**EXHIBIT F**

## AMENDMENT NO. 1 TO
## INVESTMENT AGREEMENT

This AMENDMENT NO. 1 TO INVESTMENT AGREEMENT (this "Amendment") is made and entered into as of November 15, 2022, by and between Lordstown Motors Corp., a Delaware corporation (the "Company"), and Foxconn Ventures Pte. Ltd., a private company limited by shares established under the laws of Singapore (the "Investor" and together with the Company, the "Parties").

### RECITALS

A. The Parties entered into an Investment Agreement, dated as of November 7, 2022 (the "Investment Agreement"), and now wish to amend the Investment Agreement as provided herein.

NOW THEREFORE, in consideration of the covenants, representations and warranties set forth herein, and for other good and valuable consideration, the Parties, intending to be legally bound, agree as follows:

1. Amendment. Section 5.12 of the Investment Agreement is amended by (a) deleting "and" at the end of clause (i) and inserting in lieu thereof ";" and (b) inserting the following at the end of clause (ii) "; and (iii) at any time, to fund pre-development activities and related overhead and support or other expenditures as set forth on Exhibit A, or as otherwise mutually agreed upon by the Investor and the Company from time to time.

2. Miscellaneous. The provisions of Article VIII of the Investment Agreement are incorporated herein, *mutatis mutandis*, as if a part hereof.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

IN WITNESS WHEREOF, the Parties have caused this Amendment to be executed and delivered as of the date first written above.

**LORDSTOWN MOTORS CORP.**

By: _____
Name: Edward T. Hightower
Title: CEO & President

**FOXCONN VENTURES PTE. LTD.**

By: _____
Name: Jerry Hsiao
Title: Chief Product Officer

2