# **EXHIBIT G**

# AMENDMENT NO. 1 TO
# INVESTMENT AGREEMENT

This AMENDMENT NO. 1 TO INVESTMENT AGREEMENT (this "Amendment") is made and entered into as of December 22, 2022, with an effective date as of November 15, 2022 (the "Effective Date"), by and between Lordstown Motors Corp., a Delaware corporation (the "Company"), and Foxconn Ventures Pte. Ltd., a private company limited by shares established under the laws of Singapore (the "Investor" and together with the Company, the "Parties").

RECITALS

A.   The Parties entered into an Investment Agreement, dated as of November 7, 2022 (the "Investment Agreement").

B.   The Parties further entered into an Amendment No. 1 to Investment Agreement, dated as of November 15, 2022 (the "Rescinded Amendment"), pursuant to which the Parties agreed to amend Section 5.12 of the Investment Agreement.

C.   The Parties desire to rescind, cancel and terminate *ab initio* the Rescinded Amendment and to replace it in its entirety with this Amendment.

NOW THEREFORE, in consideration of the covenants, representations and warranties set forth herein, and for other good and valuable consideration, the Parties, intending to be legally bound, agree as follows:

1.   Rescission.  The Rescinded Amendment is hereby rescinded, cancelled and terminated for any and all purposes in its entirety, and shall be void ab initio, such that the Amendment shall be cancelled, unwound and voided, in each case, as if the Rescinded Amendment was never entered into by the Parties.

2.   Amendment. As of the Effective Date, Section 5.12 of the Investment Agreement is amended by (a) deleting "and" at the end of clause (i) and inserting in lieu thereof ";" and (b) inserting the following at the end of clause (ii) "; and (iii) at any time, to fund pre-development activities and related overhead and support or other expenditures as set forth on Exhibit A, or as otherwise mutually agreed upon by the Investor and the Company from time to time.

3.   Miscellaneous.

(a)   At the Investor's election, the Investor and the Company shall have weekly meetings during which the Company shall update the Investor on the status of the vehicle program.

(b)   The provisions of Article VIII of the Investment Agreement are incorporated herein, *mutatis mutandis*, as if a part hereof.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**



IN WITNESS WHEREOF, the Parties have caused this Amendment to be executed and delivered as of the date first written above.

**LORDSTOWN MOTORS CORP.**

By: _____
Name: Edward T. Hightower
Title: CEO & President


**FOXCONN VENTURES PTE. LTD.**

By: _____  2022/12/23
Name: Jerry Hsiao
Title: Authorized Signatory

2022TW-L-K-7091    `1