**<u>EXHIBIT K</u>**

Nasdaq Regulation                                     Nasdaq

*By Electronic Delivery to: Melissa.leonard@lordstownmotors.com; jspreen@bakerlaw.com*

June 7, 2023

Ms. Melissa Leonard
General Counsel
Lordstown Motors Corp.
2300 Hallock Young Road
Lordstown, Ohio 44481

Re:    Lordstown Motors Corp. (the "Company")
       Nasdaq Symbol:  RIDE

Dear Ms. Leonard:

On April 19, 2023, Staff notified the Company that its common stock failed to maintain a minimum bid price of $1.00 over the previous 30 consecutive business days as required by the Listing Rules of The Nasdaq Stock Market.  Since then, Staff has determined that for the last 10 consecutive business days, from May 24 to June 7, 2023, the closing bid price of the Company's common stock has been at $1.00 per share or greater.  Accordingly, the Company has regained compliance with Listing Rule 5450(a)(1) and this matter is now closed.

If you have any questions, please contact me at + 1 301 978 8082.

Sincerely,

Rachel Scherr
Director
Nasdaq Listing Qualifications