IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | Joint Administration Pending |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2023, a true and correct copy of the *Notice of Entry of Appearance and Demand for Notices and Papers* was served electronically upon the parties entered in the Court's electronic case filing system in the above-captioned case.

By: */s/ William E. Chipman Jr.*
William E. Chipman, Jr. (No. 3818)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

00039839.1