# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | Joint Administration Pending |

## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., hereby certify that, on June 28, 2023, the *Limited Objection to Debtors' Motion for Order Confirming, Restating, and Enforcing the Automatic Stay* (the "**Limited Objection**") was filed *via* the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that, in addition, on the same day, I caused the Limited Objection to be served on the below-listed parties via electronic mail.

| | |
|---|---|
| Kevin Gross<br>Daniel J. DeFranceschi<br>Paul N. Heath<br>Amanda R. Steele<br>Jason M. Madron<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gross@rlf.com<br>defranceschi@rlf.com<br>heath@rlf.com<br>steele@rlf.com<br>madron@rlf.com | Thomas E Lauria<br>Matthew C. Brown<br>Fan B. He<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

00053058.1

- 2 -

| | |
|---|---|
| David M. Turetsky<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia<br>WHITE & CASE LLP<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>jzakia@whitecase.com | Roberto Kampfner<br>Doah Kim<br>RJ Szuba<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com |

By:  */s/ William E. Chipman, Jr.*
     William E. Chipman, Jr. (No. 3818)