IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp.,<br><br>                              Debtor.<br><br>Tax I.D. No. 83-2533239 | Chapter 11<br><br>Case No. 23-10831 (MFW) |
| In re<br><br>Lordstown EV Corporation,<br><br>                              Debtor.<br><br>Tax I.D. No. 83-4612250 | Chapter 11<br><br>Case No. 23-10832 (MFW) |
| In re<br><br>Lordstown EV Sales LLC<br><br>                              Debtor.<br><br>Tax I.D. No. 85-3699101 | Chapter 11<br><br>Case No. 23-10833 (MFW)<br><br>**Re: Docket No. 2** |

**ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**") pursuant to section 1015(b) of the Bankruptcy Code and 1015-1 of the Local Rules directing the joint administration of these Chapter 11 Cases for procedural purposes only, as more fully set forth in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing; and upon consideration of the First Day Declaration; and the Court having found and determined that good and sufficient cause exists for the granting of the relief requested in the Motion, and such relief is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases shall be consolidated for procedural purposes only and shall be jointly administered under the case number assigned to Lordstown Motors Corp., Case No. 23-10831 (MFW ), as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al*., | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

3. The caption shall include the following footnote in each pleading filed and notice mailed by the Debtors:

2

The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

4. The foregoing caption and footnote satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry shall be made in the Chapter 11 Cases for Lordstown EV Corporation and Lordstown EV Sales LLC, which states substantially as follows:

> The Bankruptcy Court has entered an order in accordance with Bankruptcy Rule 1015(b) directing the joint administration and procedural consolidation of the chapter 11 cases of Lordstown Motors Corp. and its affiliated debtors. The docket in the case of Lordstown Motors Corp., Case No. 23-10831 (MFW) should be consulted for all matters affecting these cases.

6. The procedural consolidation shall be for administrative purposes only and nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Chapter 11 Cases.

7. This Order shall take effect immediately upon entry.

8. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Dated: June 28th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

RLF1 29227166v.1