**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
|  | Case No. 23-10831 (MFW) |
| Lordstown Motors Corp., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re:  Docket No. 7** |

**INTERIM ORDER (A) AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS
TO (I) WAIVE REQUIREMENTS TO FILE A LIST OF, AND PROVIDE NOTICE
TO, ALL EQUITY HOLDERS, (II) REDACT CERTAIN PERSONAL
IDENTIFICATION INFORMATION FOR INDIVIDUAL CREDITORS, AND
(B) GRANTING OTHER RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**")
(a) authorizing the Debtors to (i) waive the requirement to file the LMC Equity List and modify
equity holder notice requirements for the LMC Equity Holders, (ii) redact certain personal
identification information for individual creditors, and (b) granting related relief; and the Court
having found that it has jurisdiction to consider the Motion and the relief requested therein in
accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from
the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.);
and consideration of the Motion and the relief requested therein being a core proceeding pursuant
to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408
and 1409; and due, sufficient, and proper notice of the Motion having been provided under the
circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors
Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service
address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

that no other or further notice need be provided; and a hearing having been held to consider the

relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing; and upon

consideration of the First Day Declaration; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their

stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED on an interim basis as set forth herein.

2.      The requirement under Bankruptcy Rule 1007(a)(3) to file the LMC Equity List is

waived.

3.      The requirement under Bankruptcy Rule 2002(d) to provide notice of the orders for

relief or commencement of the Chapter 11 Cases to all of the LMC Equity Holders is waived.  The

Debtors shall (i) publish the notice of commencement on the Debtors' case website located at

http://kccllc.net/lordstown; (ii) file a Form 8-K with the SEC within four (4) business days

following the Petition Date, notifying their investors and other parties of the commencement of

the Chapter 11 Cases, as well any other filings with the SEC, as necessary, and other public

announcements; and (iii) include the notice of commencement in the debtors' proposed noticing

program.

4.      The Debtors are authorized to redact on the Creditor Matrix, Schedules and

Statements, or other documents filed with this Court, the home addresses of all individual

creditors; *provided, however*, that the Claims and Noticing Agent shall maintain the unredacted

versions of such documents on a confidential basis and the Debtors or the Claims and Noticing

Agent shall submit an unredacted version of the Creditor Matrix, Schedules and Statements, or any other filings redacted pursuant to this Order to the Clerk's Office and, upon request, to the U.S. Trustee, this Court, counsel to an official committee of unsecured creditors appointed in these Chapter 11 Cases (if any), and any party in interest upon a request to the Debtors or the Court for information that is reasonably related to these Chapter 11 Cases.

5.      When serving any notice in these Chapter 11 Cases on individual creditors, the Debtors' Claims and Noticing Agent shall use such individual creditor's home address.

6.      To the extent a party in interest files a document on the docket in these Chapter 11 Cases that is required to be served on creditors whose information has been withheld or omitted pursuant to this Order, such party in interest should contact counsel for the Debtors who shall work in good faith, with the assistance of their Claims and Noticing Agent, to effectuate the service on such party's behalf.

7.      The Debtors are authorized to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

8.      Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, this Order shall be effective immediately upon entry.

9.      This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

10.      The deadline by which objections to entry of the final order on the Motion must be filed is July 20, 2023 at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").  The Final Hearing, if required, will be held on July 27, 2023 at 9:30 a.m. (Eastern Time).

**Dated: June 28th, 2023**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

3