Lordstown Motors Corp.
Case No. 23-10831

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Una | O'Boyle | c | |
| Michael | Hill | Interested Party | Alvarez & Marsal |
| Ryan | Nichols | Berkeley Research Group | |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Kevin | Gross | Debtors | Richards, Layton & Finger, P.A. |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Jonathan | Randles | Bloomberg News | |
| Evan | Gershbein | KCC | |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Jacob | Herz | N/A | Allen & Overy LLP |
| beth | friedman | debtors | KCC |
| Ian | Silverbrand | N/A | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Tim | McArdle | Shareholder | Livello Capital Management LP |
| Jason M. | Madron | Debtors | Richards, Layton & Finger, P.A. |
| Nancy | Bello | Interested Party | |
| Tyler | Okada | Interested Party | Weil, Gotshal & Manges LLP |
| Mark | Olivere | Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP |
| William | Chipman | Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP |
| Taylor | Harrison | Debtwire | |
| James | Sowka | Karma Automotive LLC | Seyfarth Shaw LLP |
| Jesse | Coleman | Karma Automotive LLP | Seyfarth Shaw LLP |
| Jeff | Kaplan | BCAS | BCAS |
| Mason | Palissery | Reorg | Reorg |
| Thomas E | Lauria | Debtors | White & Case LLP |
| Jason N. | Zakia | Debtors | White & Case LLP |
| David | Turetsky | Debtors | White & Case LLP |
| Roberto | Kampfner | Debtors | White & Case LLP |
| Fan B. | He | Debtors | White & Case LLP |
| Livy | Mezei | Debtors | White & Case LLP |
| Jennifer | Sharret | Interested Party | |
| Peter | Strom | Debtors | White & Case LLP |
| Robert | Cappucci | Interested Party FNY Managed Accounts LLC | Entwistle & Cappucci LLP |
| Nathaniel | Shahan | Interested Party | |
| Doah | Kim | Debtors | White & Case LLP |
| Michael | Whalen | Foxconn | Paul Hastings LLP |

Lordstown Motors Corp.
Case No. 23-10831

| | | | |
|---|---|---|---|
| Matthew | Murphy | Foxconn | Paul Hastings LLP |
| Kevin | Broughel | Foxconn | Paul Hastings LLP |
| Riley | Sissung | Lordstown Motors Corp. | White & Case LLP |
| Adam | Kroll | Debtors | Lordstown Motors Corp. |
| Lars | Hultgren | Debtor | Jefferies |
| Charles | Ryan | Charles Ryan | |
| Bud | Bryant | Self | |
| David | Dreier | Debtors | White & Case LLP |
| Kieran | Cunningham | Self | Kieran Cunningham |
| David | Queroli | Debtors | |
| Jeffrey | Trottier | Jeffrey Trottier | |
| RJ | Szuba | Debtors | |
| Cameron | Hearn | Myself(Shareholder) | Cameron Hearn |
| Alexander | Steiger | Debtors | |
| Robert | Stearn | Lordstown (Debtors) | Richards, Layton & Finger, P.A. |
| Akiko | Matsuda | The Wall Street Journal | |
| Jeff | Montgomery | Law360/Portfolio Media | |
| Andrea | Wood | Press | Youngstown Publishing Co. DBA The Business Journal |
| Mark | Hendron | Mark Hendron | |
| Joseph | Kronsberg | Keyframe | Keyframe |
| F. Gavin | Andrews | N/A | Weil, Gotshal & Manges LLP |
| Erin | Innes | court | |
| Anthony | Ponikvar | None | Baker & Hostetler LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Deborah | Kovsky-Apap | n/a | Troutman Pepper LLP |
| Joseph | Newcomer | I have a $100.00 Paid PreOrder | Retail Investor |
| Christopher | Gastelu | self | |
| Robert | Dehney | Foxconn Ventures PTE Ltd. | Morris Nichols Arsht & Tunnell LLP |
| Matthew | Harvey | Foxconn Ventures PTE Ltd. | Morris Nichols Arsht & Tunnell LLP |
| Melissa | Leonard | Debtor | Lordstown Motors Corp. |
| Joseph | Yannece | AV Support | W&C |
| James | McCauley | Debtors | |
| Matthew | Brown | Debtors | White & Case LLP |
| Edward | Hightower | Lordstown Motors Corp. | Lordstown Motors Corp. |
| Lavin | Gupta | Lordstown Motors Corp | Jefferies |
| jacob | mezei | None | Shearman & Sterling |
| William | Huggett | Margolis Edelstein | Margolis Edelstein |
| Utsav | Ghosh | Interested Party | IGM |
| Eric | Gottschall | N/A | |
| Sean | Dany | Sean Dany | Private Investor |
| Alysen | Garces | na | |

Lordstown Motors Corp.
Case No. 23-10831

| Ethan | Goldsmith | Keyframe Capital | Keyframe Capital |
|---|---|---|---|
| Sheldon | Klein | n/a | Butzel |
| catherine | farrell | USBC | Chambers |