**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Lordstown Motors Corp., *et al.*,[1] | ) Case No. 23-10831 (MFW) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Final Hearing Date:** |
|  | ) **July 27, 2023 at 9:30 a.m.** |
|  | ) |
|  | ) **Final Relief Objection Deadline:** |
|  | ) **July 20, 2023 at 4:00 p.m.** |
|  | ) |
|  | ) **Re: D.I. 9, 58** |
|  | ) |

**NOTICE OF ENTRY OF "INTERIM ORDER (A) AUTHORIZING,**
**BUT NOT DIRECTING, THE DEBTORS TO PAY PREPETITION**
**CLAIMS OF CRITICAL VENDORS, (B) CONFIRMING**
**ADMINISTRATIVE EXPENSE PRIORITY STATUS FOR**
**OUTSTANDING PREPETITION PURCHASE ORDERS, AND**
**(C) GRANTING OTHER RELATED RELIEF" AND FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on June 27, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, But Not Directing, the Debtors to Pay Prepetition Claims of Critical Vendors, (B) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (C) Granting Other Related Relief* [D.I. 9] (the "**Critical Vendors Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A copy of the Critical Vendors Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

consider the Critical Vendors Motion, on June 28, 2023, the Court entered the *Interim Order (A) Authorizing, But Not Directing, the Debtors to Pay Prepetition Claims of Critical Vendors, (B) Confirming Administrative Expense Priority Status For Outstanding Prepetition Purchase Orders, And (C) Granting Other Related Relief* [D.I. 58] (the "**Interim Order**").  A copy of the Interim Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, objections or responses to the final relief requested in the Critical Vendors Motion, if any, must be made in writing, and filed with the Court on or before **July 20, 2023 at 4:00 p.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order, a hearing with respect to the final relief requested in the Critical Vendors Motion, if required, will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **July 27, 2023 starting at 9:30 a.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE CRITICAL VENDORS MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE CRITICAL VENDORS MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

2

Dated: June 28, 2023

Respectfully submitted,

_/s/ Jason M. Madron_
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com

**WHITE & CASE LLP**
Thomas E Lauria (admitted _pro hac vice_)
Matthew C. Brown (admitted _pro hac vice_)
Fan B. He (admitted _pro hac vice_)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted _pro hac vice_)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com
Jason N. Zakia (admitted _pro hac vice_)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted _pro hac vice_)
Doah Kim (admitted _pro hac vice_)
RJ Szuba (admitted _pro hac vice_)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

_Proposed Co-Counsel to Debtors and Debtors in Possession_