IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date (Bidding Procedures):**<br>**July 27, 2023 at 9:30 a.m.**<br><br>**Objection Deadline (Bidding Procedures):**<br>**July 20, 2023 at 4:00 p.m.**<br><br>**Re: D.I. 16** |

**NOTICE OF "DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES,
(B) SCHEDULING CERTAIN DATES WITH RESPECT THERETO, (C) APPROVING
THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING CONTRACT
ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (E) GRANTING
OTHER RELATED RELIEF; AND (II) (A) AUTHORIZING THE DEBTORS TO
ENTER INTO A DEFINITIVE PURCHASE AGREEMENT AND (B) GRANTING
OTHER RELATED RELIEF" [D.I. 16] AND HEARING THEREON**

PLEASE TAKE NOTICE that, on June 27, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed the *Debtors' Motion For Entry of An Order (I) (A) Establishing Bidding and Auction Procedures, (B) Scheduling Certain Dates With Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Contract Assumption and Assignment Procedures, and (E) Granting Other Related Relief; and (II) (A) Authorizing the Debtors to Enter Into a Definitive Purchase Agreement and (B) Granting Other Related Relief* [D.I. 16] (the "**Bidding Procedures and Sale Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). Pursuant to the Bidding Procedures and Sale Motion, the Debtors are seeking, among other things, the entry of (A) an order (i) approving the proposed bidding procedures in connection with the sale or sales of all or substantially all of the Debtors' assets or any portion thereof (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests (the "**Sale**"), in the form attached to the Bidding Procedures Order[2] as <u>Schedule 1</u> thereto (the "**Bidding Procedures**"); (ii) subject to final Bankruptcy Court approval of the Stalking Horse Approval Order, authorizing, but not directing, the Debtors, in their discretion, to select one or more Stalking Horse Bidder(s) in accordance with the Bidding Procedures; (iii) authorizing the Debtors to conduct an auction (the "**Auction**") and a hearing (the "**Sale Hearing**") to approve the Sale, if needed; (iv) approving the form and manner of notice of the Bidding Procedures, Auction, and Sale Hearing with respect to the Sale; and (v) approving procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale and approving the form and manner of the notice thereof (collectively, (A)(i)-(v), the "**Bidding Procedures Relief**"); and (B) a subsequent order (i) authorizing and approving the Debtors' entry into a definitive purchase agreement substantially in the form that will be attached to the Sale Order; (ii) authorizing and approving the Sale of the Assets free and clear of all liens, claims, encumbrances, and other interests; (iii) authorizing and approving the assumption and assignment of the assumed contracts in connection with the Sale, including proposed cure amounts (if any); and (iv) granting related relief. A copy of the Bidding Procedures and Sale Motion is attached hereto as **<u>Exhibit A</u>**.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the **Bidding Procedures** or the **Bidding Procedures Relief** must be in writing and filed with the

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to them in the Bidding Procedures and Sale Motion.

Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 20, 2023 at 4:00 p.m. (Eastern Daylight Time).** **The deadline to file objections to the Sale of the Assets itself has not yet been set. You will receive separate notice of this deadline and of the Sale Hearing at a later time and will have a further opportunity to file an objection to the Sale of the Assets.**

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Bidding Procedures and the Bidding Procedures Relief and any objections thereto will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **July 27, 2023 starting at 9:30 a.m. (Eastern Daylight Time).**

**IF NO OBJECTIONS TO THE APPROVAL OF THE BIDDING PROCEDURES OR BIDDING PROCEDURES RELIEF SET FORTH IN THE BIDDING PROCEDURES AND SALE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY APPROVE THE BIDDING PROCEDURES AND THE BIDDING PROCEDURES RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

Dated: June 28, 2023

Respectfully submitted,

    */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com
Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*