IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 5** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (A) AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO (I) CONFIRM, RESTATE, AND ENFORCE THE WORLDWIDE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS, AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE, AND (II) USE, FORM AND MANNER OF NOTICE, AND (B) GRANTING OTHER RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On June 27, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (A) Authorizing, but not Directing, the Debtors to (I) Confirm, Restate, and Enforce the Worldwide Automatic Stay, Anti-Discrimination Provisions, and* Ipso Facto *Protections of the Bankruptcy Code and (II) Use, Form and Manner of Notice, and (B) Granting Other Related Relief* [Docket No. 5] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29233026v.1

"**Court**").  Attached thereto as **Exhibit A** was a proposed form of order granting the relief requested in the Motion (the "**Proposed Order**").

2. On June 28, 2023, Karma Automotive LLC ("**Karma**") filed the *Limited Objection to Debtor's Motion for Order Confirming, Restating, and Enforcing the Automatic Stay* [Docket No. 50].

3. Also on June 28, 2023, the Court held an initial hearing (the "**First Day Hearing**") in these chapter 11 cases.  At the First Day Hearing, the Court indicated that it would approve the Proposed Order, subject to certain revisions being made thereto.

4. Consistent with the record made at the First Day Hearing, the Debtors have prepared a revised version of the Proposed Order (the "**Revised Order**"), and such Revised Order is attached hereto as **Exhibit 1.**  For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

5. A copy of the Revised Order has been circulated to the Office of the United States Trustee for the District of Delaware and Karma, and the aforementioned parties do not object to the entry of the Revised Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: June 29, 2023

Respectfully submitted,

*/s/ Amanda R. Steele*

**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com

*Proposed Co-Counsel to Debtors and Debtors-in-Possession*

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Proposed Co-Counsel to Debtors and Debtors-in-Possession*