# Exhibit A

**Actions Summary Chart**

| **Case Caption** | **Court** | **Case Number** | **Plaintiffs** | **Defendants**[1] |
|---|---|---|---|---|
| *In re Lordstown Motors Corp. Securities Litigation* | U.S. District Court for the Northern District of Ohio | Lead case: 4:21-cv-00616-DAR<br><br>Consolidated actions:<br>• *Rico v. Lordstown Motors Corp., et al.*, No. 4:21-cv-616 (D. Ohio Mar. 18, 2021)<br>• *Palumbo v. Lordstown Motors Corp., et al.*, No. 4:21-cv-00633 (D. Ohio Mar. 19, 2021)<br>• *Zuod v. Lordstown Motors Corp., et al.*, No. 4:21-cv-00720 (D. Ohio Apr. 2, 2021)<br>• *Brury v. Lordstown Motors Corp., et al.*, No. 4:21-cv-00760 (D. Ohio Apr. 8, 2021)<br>• *Romano v. Lordstown Motors Corp., et al.*, No. 4:21-cv-00994 (D. Ohio May 13, 2021)<br>• *FNY Managed Accounts LLC v. Lordstown Motors Corp., et al.*, No. 4:21-cv-01021 (D. Ohio May 14, 2021) | Jesse Brury; FNY Managed Accounts LLC; Globestar Systems Inc.; Ashish Pabbathi; Robert Palumbo; Matthew Rico; Raymond Romano; Daniel Tavares; George Troicky;[2] Sulayman Zuod | Lordstown Motors Corp. (f/k/a DiamondPeak Holding Corp.); Lordstown EV Corp. (f/k/a Lordstown Motors Corp.); Caimin Flannery; Stephen S. Burns; Shane Brown; Caimin Flannery; David T. Hamamoto; Julio C. Rodriguez; Phil Richard Schmidt; Darren Post |
| *Thai v. Burns, et al.* (Shareholder Derivative Action) | U.S. District Court for the Northern District of Ohio | 4:21-cv-01267-DAR (N.D. Ohio Jun. 30, 2021) | An Thai | Lordstown Motors Corp. (nominal defendant); Shane Brown; |

---

[1] To the extent that any defendant(s) was previously added or is subsequently added to any of the underlying actions, the Debtors seek to stay the actions against such defendant(s) as well.

[2] George Troicky was not a named plaintiff in the underlying action but was appointed as lead plaintiff in the consolidated Action by order of the court on June 17, 2021. *In re Lordstown Motors Corp. Sec. Litig.*, No. 4:21-cv-616-DAR (D. Ohio Mar. 18, 2021) [Docket No. 47].

1

| Case Caption | Court | Case Number | Plaintiffs | Defendants[1] |
|---|---|---|---|---|
| | | | | Stephen S. Burns; Michael Fabian; Keith A. Feldman; Michael D. Gates; David T. Hamamoto; Judith A. Hannaway; Steven R. Hash; Mickey W. Kowitz; Darren Post; Jane Reiss; Andrew C. Richardson; Julio C. Rodriguez; Martin J. Rucidlo; Phil Richard Schmidt; Dale G. Spencer; Angela Strand Boydston; Chuan D. "John" Vo; Mark A. Walsh |
| ***In re Lordstown Motors Corp. Shareholder*** | U.S. District Court for the | Lead case: 1:21-cv-00604-SB<br><br>Consolidated actions: | Daniel J. Cohen; David M. Cohen; Alicia Kelley; | Lordstown Motors Corp. (nominal defendant); Stephen S. Burns; |

2

| Case Caption | Court | Case Number | Plaintiffs | Defendants[1] |
|---|---|---|---|---|
| **Derivative Litigation** | District of Delaware | • *Cohen, et al. v. Burns, et al.*, No. 1:21-cv-604 (D. Del. Apr. 28, 2021)<br>• *Kelley, et al. v. Burns, et al.*, No. 1:21-cv-00724 (D. Del. May 21, 2021)<br>• *Patterson v. Burns, et al.*, No. 1:21-cv-00910 (D. Del. Jun. 25, 2021)<br>• *Sarabia v. Burns, et al.*, No. 1:21-cv-01010 (D. Del. Jul. 9, 2021) | Claude Patterson; Evaristo Sarabia; Herbert Stotler[3] | Michael Fabian; Keith A. Feldman; Michael D. Gates; David T. Hamamoto; Judith A. Hannaway; Steven R. Hash; Mickey W. Kowitz; Darren Post; Jane Reiss; Andrew C. Richardson; Julio C. Rodriguez; Martin J. Rucidlo; Phil Richard Schmidt; Dale G. Spencer; Angela Boydston; Mark A. Walsh |
| ***In re Lordstown Motors Corp. Stockholder*** | Delaware Court of Chancery | Lead case: C.A. No. 2021-1049-LWW<br><br>Consolidated cases: | David Cormier;[4] Ed Lomont; Janelle Jackson | Lordstown Motors Corp. (nominal defendant); |

---

[3] Herbert Stotler is a named plaintiff in *Kelley, et al. v. Burns, et al.*, No. 1:21-cv-00724 (D. Del. May 21, 2021).

[4] David M. Cormier filed the initial action, C.A. No. 2021-1049, derivatively on behalf of LMC. Upon consolidation with *Jackson v. Burns, et al.*, C.A. No. 2022-0164, Ed Lomont replaced David M. Cormier to serve as co-lead plaintiff with Janelle Jackson.

| Case Caption | Court | Case Number | Plaintiffs | Defendants[1] |
|---|---|---|---|---|
| ***Derivative Litigation*** | | • *Cormier v. Burns, et al.*, C.A. No. 2021-1049 (Del. Ch. Dec. 2, 2021)<br>• *Jackson v. Burns, et al.*, C.A. No. 2022-0164 (Del. Ch. Feb 18, 2022) | | Shane Brown; Stephen S. Burns; Michael Fabian; Keith A. Feldman; Caimin Flannery; Michael D. Gates; David T. Hamamoto; Judith A. Hannaway; Steven R. Hash; Mickey W. Kowitz; Darren Post; Jane Reiss; Andrew C. Richardson; Julio C. Rodriguez; Martin Rucidlo; Phil Richard Schmidt; Dale G. Spencer; Angela Strand; Chuan D. "John" Vo; Mark A. Walsh |

| Case Caption | Court | Case Number | Plaintiffs | Defendants[1] |
|---|---|---|---|---|
| ***In re Lordstown Motors Corp. Stockholders Litigation*** | Delaware Court of Chancery | Lead case: C.A. No. 2021-1066-LWW<br><br>Consolidated actions:<br>• *Hebert v. Hamamoto, et al.*, C.A. No. 2021-1066 (Del. Ch. Dec. 8, 2021)<br>• *Amin v Hamamoto, et al.*, C.A. No. 2021-1085 (Del. Ch. Dec. 13, 2021) | Atri Amin; Benjamin Hebert | DiamondPeak Sponsor LLC[5]; David T. Hamamoto; Judith A. Hannaway; Steven R. Hash; Andrew C. Richardson; Mark A. Walsh |

---

[5] DiamondPeak Sponsor LLC, a non-debtor entity jointly controlled by D&O Defendant David Hamamoto, was dissolved prior to the filing of this action. On June 21, 2023, the Chancery Court dismissed DiamondPeak Sponsor LLC's motion to dismiss all claims against it in the Delaware Class Action on this ground.