# Exhibit B

## Defendants Summary Chart

AMERICAS 124152807

RLF1 29259815v.1

| Defendant | N.D. Ohio Securities Class Action (21-cv-00616) | N.D. Ohio Derivative Action (21-cv-01267) | District of Delaware Derivative Action (21-cv-00604) | Delaware Chancery Derivative Action (C.A. 2021-1049) | Delaware Chancery Class Action (C.A. 2021-1066) |
|---|---|---|---|---|---|
| **Debtor Entities** | | | | | |
| *Debtor* LMC (f/k/a DiamondPeak Holding Corp.) | X | X (Nominal Defendant) | X (Nominal Defendant) | X (Nominal Defendant) | |
| *Debtor* Lordstown EV Corporation | X | | | | |
| **Current Board Members** | | | | | |
| David T. Hamamoto | X | X | X | X | X |
| Keith Feldman | | X | X | X | |
| Jane Reiss | | X | X | X | |
| Dale G. Spencer | | X | X | X | |
| Angela Strand | | X | X | X | |
| **Current Officers** | | | | | |
| Darren Post | X | X | X | X | |
| **Former Board Members** | | | | | |
| Stephen S. Burns | X | X | X | X | |
| Michael D. Gates | | X | X | X | |
| Mickey W. Kowitz | | X | X | X | |
| Martin J. Rucidlo | | X | X | X | |
| **Former Officers** | | | | | |
| Phil Richard Schmidt | X | X | X | X | |

1

| Defendant | N.D. Ohio Securities Class Action (21-cv-00616) | N.D. Ohio Derivative Action (21-cv-01267) | District of Delaware Derivative Action (21-cv-00604) | Delaware Chancery Derivative Action (C.A. 2021-1049) | Delaware Chancery Class Action (C.A. 2021-1066) |
|---|---|---|---|---|---|
| Julio C. Rodriguez | X | X | X | X | |
| Shane Brown | X | X | | X | |
| Michael Fabian | | X | X | X | |
| Caimin Flannery | X | | | X | |
| Chuan D. "John" Vo | | X | | X | |
| **Former DiamondPeak Board Members** | | | | | |
| Judith A. Hannaway | | X | X | X | X |
| Steven R. Hash | | X | X | X | X |
| Andrew C. Richardson | | X | X | X | X |
| Mark A. Walsh | | X | X | X | X |
| **Non-Affiliated Entity** | | | | | |
| DiamondPeak Sponsor LLC[1] | | | | | X |

---

[1] Diamond Peak Sponsor has now been dismissed.