IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 82 and 83** |

# CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., hereby certify that, on July 5, 2023, the following documents were filed *via* the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF:

- *Karma Automotive LLC's Motion for Relief from the Automatic Stay* [Docket No. 82]

- *Declaration of Michael D. Wexler in Support of Motion for Relief from the Automatic Stay* [Docket No. 83]

I further certify that, in addition, on the same day, I caused the above-listed papers to be served on the parties listed on the attached service list *via* electronic mail as indicated. On July 6, 2023, parties without email addresses on the attached service list were served *via* First Class U.S. Mail.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

00053255.2

Dated: July 6, 2023
    Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: chipman@chipmanbrown.com

*Counsel for Karma Automotive LLC*

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | 20 Valley Street | | | Endicott | NY | 13760 | | 86-20-3160-6647 | | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies Barry Leonard | 920 Brenner St | | | Winston-Salem | NC | 27101 | | 336-971-9758 | | Barry@trans-machine.com |
| Top 30 | Bossard Inc. | Jon Dabney | 6521 Production Dr | | | Cedar Falls | IA | 50613 | | (319)859-3663 | 319-277-2964 | JDabney@bossard.com |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | 916-445-9555 | | |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | 15350 Vickery Dr | | | Houston | TX | 77032 | | 734-502-5278 | | AR@cevalogistics.com |
| Counsel to Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | Hercules Plaza | 1313 North Market Street, Suite 5400 | | Wilmington | DE | 19801 | | 302-295-0191 | | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | 1391 Wheaton Ste 700 | | | Troy | MI | 48083 | | 734.355.5141 | | Aneil.Shah@cognizant.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | 302-672-6700 | 302-739-2274 | statetreasurer@state.de.us |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | ljubljana | | | Slovenia | 386-41-943-173 | | Gregor.Golja@elaphe-ev.com |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merritt | 14 Carmel Ave | | | Ferntree Gully | | VIC 3156 | Australia | 61394655997 | | julian.merritt@fiberdyne.com.au |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-487-2564 | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | | |
| Top 30 | Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Rd Ste 204 | | | Cleveland | OH | 44121 | | | | |
| Top 30 | Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | | | | klein@butzel.com |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | 2300 Hallock Young Rd | | | Warren | OH | 44481 | | (248)466-6647 | | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | | | | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | | | jerry.hsiao@Foxconn.com |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | | |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | | |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | Plot 287 (A), Lengkok Kampung Jawa Satu | Bayan Lepas Fiz Phase 3 | | 11900 Penang | | | Malaysia | 604-646-3260 | 604-646-3261 | halai@greatech-group.com |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | 3535 Kettering Blvd | | | Moraine | OH | 45439 | | 330-219-8246 | | mknepp@harcoonline.com |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | | | jerry.hsiao@Foxconn.com |
| Top 30 | HRB Industries Corp | Kevin Yao | 3485 Swenson Ave | | | Saint Charles | IL | 60174 | | (630)513-0700 | | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | 312-814-3000 | | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | PO Box 530 | | | Mt Clemens | MI | 48046 | | 586-506-2034 | 586-884-5725 | campana@jvis.us |
| Top 30 | JVIS USA LLC | | 52048 Shelby Parkway | | | Shelby Township | MI | 48315 | | 586-884-5700 | 586-884-5725 | |
| Proposed Claims and Noticing Agent | KCC | | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | 877-709-4757; 424-236-7235 | | LordstownInfo@kccllc.net |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Rd | | | Maidstone | ON | N0R 1K0 | Canada | (519)737-1323 | 519-737-1747 | dwightman@lavaltool.net |
| Debtors | Lordtown Motors Corp. | | 27000 Hills Tech Court | | | Farmington Hills | MI | 48331 | | | | |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | Junko Smith | 1 Calsonic Way | | Shelbyville | TN | 37160 | | 931-680-6753 | | rosa.cardona@marelli.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | 517-335-7622 | 517-335-7644 | miag@michigan.gov |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | | 810-893-4584 | 989-757-4022 | Bryan.harris@nexteer.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | **TBD** | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | USTPRegion03.WL.ECF@USDOJ.GOV |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | | 614-466-4986; 614-466-4320 | | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang Matt Murphy | 200 Park Avenue | | | New York | NY | 10166 | | 212-318-6662 | 212-230-7662 | mikehuang@paulhastings.com; mattmurphy@paulhastings.com |
| Foxconn | PCE Paragon Solutions Kft. | | 2900 Komarom | | | Banki Donatu | | utca 1 | Hungary | | | |
| Top 30 | Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom | (248)565-7242 | +44-0-1332835706 | afield@pektron.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | info@attorneygeneral.gov |

In re Lordstown Motors Corp., et al.
Case No. 23-10831

Page 1 of 2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | 222 Delaware Ave., Suite 1101 | | | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | cward@polsinelli.com |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | Alex Williams | 13870 E Eleven Mile Rd | | Warren | MI | 48089 | | | 248-767-2991 | awilliams@pcamco.com; AR@proper.net |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | 28101 Schoolcraft Rd | | | Livonia | MI | 48150 | | (248)261-6700 | | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Richards, Layton & Finger, P.A. | Kevin Gross, Daniel J. DeFranceschi, Paul N. Heath, Amanda R. Steele, Jason M. Madron | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 | | 302-651-7700 | | gross@rlf.com; defranceschi@rlf.com; heath@rlf.com; steele@rlf.com; madron@rlf.com |
| Top 30 | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | | 1517.521.4205 | 517-521-4520 | Shar.Hedayat@saautomotive.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Jesse M. Coleman | 700 Milam Street, Suite 1400 | | | Houston | TX | 77002-2797 | | 713-225-2300 | | jmcoleman@seyfarth.com |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Michael D. Wexler, James B. Sowka | 233 South Wacker Drive, Suite 8000 | | | Chicago | IL | 60606-6448 | | 312-460-5000 | | mwexler@seyfarth.com; jsowka@seyfarth.com |
| Top 30 | Sharp Dimension Inc | Tracy Tran | 4240 Business Center Dr | | | Fremont | CA | 94538 | | 510-656-8938 | 510-656-8940 | tracy@sharpdimension.com |
| Top 30 | St. Clair Technologies Inc | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada | 586-215-7008 | | TArmstrong@stclairtech.com |
| Top 30 | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | | (248)588-1100 | 248-588-1104 | jbasso@diversifiedtoolinggroup.com |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft Sagar Maramreddy | 5966 Lovewood Ct | | | Canton | MI | 48187 | | (734)502-7555 | | sagarm@readysoftind.com |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | 255 Rex Blvd | | | Auburn Hills | MI | 48326 | | (989)714-0101 | | john.ruterbusch@cspplastics.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | The Timken Corporation | Charles Wojdyla | 4500 Mount Pleasant Street NW | | | North Canton | OH | 44720 | | | 234-262-6628; 877-846-5369 | charles.wojdyla@timken.com; ACCTSREC@TIMKEN.COM |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group Garry Kasaczun | 2547 Product Dr | | | Rochester Hills | MI | 48309 | | (586)484-7117 | 248-852-2110 | GarryK@3dimensional.com |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services Allyson Fridley | 22355 W Eleven Mile Rd | | | Southfield | MI | 48033 | | (440)821-9801 | 248-233-5699 | Allyson.Fridley@thyssenkrupp-materials.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford Laura Correa | 1 Riverside Drive West Ste 700 | | | Windsor | ON | N9A-5K3 | Canada | 586-519-2095 | | |
| Top 30 | VIA Optronics LLC | Brett Gaines | 6220 Hazeltine National Dr Ste 120 | | | Orlando | FL | 32822 | | 408-483-6226 | 407-745-5037 | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | 1221 Avenue of the Americas | | | New York | NY | 10020 | | 212-819-8200 | | david.turetsky@whitecase.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | 111 South Wacker Drive | | | Chicago | IL | 60606 | | 312-881-5400 | | jzakia@whitecase.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | 555 South Flower Street, Suite 2700 | | | Los Angeles | CA | 90071 | | 213-620-7700 | | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | 200 South Biscayne Boulevard, Suite 4900 | | | Miami | FL | 33131 | | 305-371-2700 | | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | 4505 W 26 Mile Rd | | | Washington | MI | 48094 | | | 586-232-8356 | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831

Page 2 of 2