## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Joint Administration Requested) |

## **CERTIFICATE OF SERVICE**

      I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

      On June 28, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Amended Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Motions Scheduled for June 28, 2023 at 3:00 p.m. (Eastern Daylight Time), Before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware** [Docket No. 51]

      Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated:  July 7, 2023

                                                         */s/* Esmeralda Aguayo
                                                         Esmeralda Aguayo
                                                        KCC
                                                        222 N Pacific Coast Highway, 3rd Floor
                                                       El Segundo, CA 90245
                                                       Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 38555 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Top 30 | Bossard Inc. | Jon Dabney | JDabney@bossard.com |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | AR@cevalogistics.com |
| Counsel to Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | Aneil.Shah@cognizant.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Gregor.Golja@elaphe-ev.com |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | julian.merritt@fiverdyne.com.au |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 | Foxconn EV System LLC | Butzel Long | klein@butzel.com |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | halai@greatech-group.com |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | mknepp@harcoonline.com |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Top 30 | HRB Industries Corp | Kevin Yao | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | campana@jvis.us |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | dwightman@lavaltool.net |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | rosa.cardona@marelli.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | Bryan.harris@nexteer.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | | USTPRegion03.WL.ECF@USDOJ.GOV |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang Matt Murphy | mikehuang@paulhastings.com; matt.murphy@paulhastings.com |
| Top 30 | Pektron EV Limited | | afield@pektron.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | awilliams@pcamco.com; AR@proper.net |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Richards, Layton & Finger, P.A. | Kevin Gross, Daniel J. DeFranceschi, Paul N. Heath, Amanda R. Steele, Jason M. Madron | gross@rlf.com; defranceschi@rlf.com; heath@rlf.com; steele@rlf.com; madron@rlf.com |
| Top 30 | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | newyork@sec.gov; bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Jesse M. Coleman | jmcoleman@seyfarth.com |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Michael D. Wexler, James B. Sowka | mwexler@seyfarth.com; jsowka@seyfarth.com |
| Top 30 | Sharp Dimension Inc | Tracy Tran | tracy@sharpdimension.com |
| Top 30 | St. Clair Technologies Inc | | TArmstrong@stclairtech.com |
| Top 30 | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; ar@superiorcam.com |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | sagarm@readysoftind.com |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | john.ruterbusch@cspplastics.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | The Timken Corporation | Charles Wojdyla | charles.wojdyla@timken.com; ACCTSREC@TIMKEN.COM |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | GarryK@3dimensional.com |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson.Fridley@thyssenkrupp-materials.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford | lcorrea@flenxgate-mi.com |
| Top 30 | VIA Optronics LLC | Brett Gaines | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Proposed Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com |

# Exhibit B

**Exhibit B**
**First Day Service Lists**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Banks | JP Morgan Asset Management | JP Morgan Institutional Investments Global Liquidity | Liquidity.client.services.americas@jpmorgan.com |
| Banks | JP Morgan Chase Bank, N.A. | Frank Beasley TMO VP Treasury Svcs | frank.beasley@chase.com |
| Insurance | Arthur J. Gallagher Risk Management Services, Inc. | Mike Roy | Mike_Roy@ajg.com |
| Insurance | AXIS Insurance Company | | notices@axiscapital.com |
| Insurance | Banyan Risk Ltd. | Mendes & Mount LLP | tusherjones@banyanrisk.com; phorrobin@banyanrisk.com; mmcdonnell@banyanrisk.com |
| Insurance | Continental Casualty Company | | branchcommunications@cna.com |
| Insurance | Hudson Insurance Company | Attn: D&O Claims | HFP-Claims@Hudsoninsgroup.com |
| Insurance | Magna Carta Insurance Ltd. / Lloyds | | Claim.Notices@asl.bm |
| Insurance | Westfield Specialty Insurance Comp | Attn: Westfield Specialty | WestfieldSpecialty@westfieldgrp.com |
| Insurance | XL Specialty Insurance Company | | proclaimnewnotices@axaxl.com |
| Substantial Shareholders | BlackRock, Inc. | Attn: Daniel Waltcher, Deputy General Counsel | daniel.waltcher@blackrock.com |
| Taxing Authority | California Department of Tax and Fee Administration | Account Information Group, MIC:29 | LegalSOB@cdtfa.ca.gov |
| Taxing Authority | California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC:74 | LegalSOB@cdtfa.ca.gov |
| Taxing Authority | California Department of Tax and Fee Administration | | IrvineInquiries@cdtfa.ca.gov |
| Taxing Authority | California State Board of Equalization | | SacramentoInquiries@cdtfa.ca.gov |
| Taxing Authority | Ohio Dept of Taxation | Attn Bankruptcy Division | rebecca_daum@tax.state.oh.us |
| Taxing Authority | State of Michigan | Michigan Department of Treasury | MIStateTreasurer@michigan.gov |
| Utilities | 275 Hills Tech Ventures LLC | | john@ventureinv.com; ashulin@libertypropertymgmt.com |
| Utilities | Comcast Holdings Corporation | dba Comcast Cable Communication Management LLC | mike_sherman@comcast.com |
| Utilities | Cox Communications California LLC | dba Cox Business | drew.gregory@cox.com |
| Utilities | CR&R Environmental Services | | arturoc@crrmail.com |
| Utilities | Detroit Disposal & Recycling | | CPlets@detroit-disposal.com |
| Utilities | ElectroCycle, Inc. | Attn: Victoria Wehrmeister | vwehrmeister@electro-cycle.com |
| Utilities | Foxconn EV Property Development LLC | c/o Paul Hastings LLP | mikehuang@paulhastings.com |
| Utilities | Foxconn EV Property Development LLC | Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Utilities | Irvine Ranch Water District | | smith@irwd.com |
| Utilities | Liberty Property and Asset Management | | john@ventureinv.com; ashulin@libertypropertymgmt.com |
| Utilities | Sonitrol Orange County | | ar@sonitroloc.com |
| Wages | Cigna Health and Life Insurance Company | James Sweeney | Gary.Faber@Cigna.com; Nicole.Freeman@Cigna.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1