**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**(302) 573-6491    FAX (302) 573-6497**

| | |
|---|---|
| ANDREW R. VARA | JOSEPH J. MCMAHON, JR. |
| UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following case(s):

| | |
|---|---|
| **DEBTORS**: | Lordstown Motors Corp., *et al.* |
| **CASE NO:** | Case Nos. 23-10831 (MFW) through 23-10833 (MFW) |
| **DATE:** | Friday, August 4, 2023 |
| **TIME:** | 12:00 p.m. (ET) |
| **LOCATION:** | **THIS MEETING MAY BE HELD TELEPHONICALLY**<br>J. Caleb Boggs Federal Building<br>844 King Street<br>3rd Floor, Room 3209<br>Wilmington, DE 19801 |

By:    /s/ *Benjamin Hackman*
       Benjamin Hackman
       Trial Attorney

Dated: July 10, 2023

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF THE BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**