IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*, | Case No. 23-10831 (MFW) |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Barry L. Leonard & Co. Inc.**, Attn: Barry Leonard, 920 Brenner Street, Winston-Salem, NC 27101 Phone: (336) 971-9758, E-mail: barry@trans-machine.com

3. **Superior Cam Inc.**, Attn: John M. Basso, 31240 Stephenson Highway, Madison Heights, MI 48071, Phone: (248) 703-0357, Fax: (248) 588-1104, E-mail: jmbasso@diversifiedtoolinggroup.com

4. **SA Automotive Ltd.**, Attn: Katherine Diederich, 1307 Highview Drive, Webberville, MI 48892, Phone: (920) 889-2133, E-mail: katherine.diederich@aesseinvltd.com

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 & 9**

 /s/ *Benjamin Hackman*     for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: July 11, 2023

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Amanda Steele, Phone: (302) 651-7700, Fax: (302) 651-7701