# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: admin | Date Created: 7/11/2023 |
| Case: 23–10831–MFW | Form ID: van472 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      USTPRegion03.WL.ECF@USDOJ.GOV
aty      Daniel J. DeFranceschi      defranceschi@rlf.com

TOTAL: 2