## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 5, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Order (A) Authorizing, but Not Directing, the Debtors to (I) Confirm, Restate, and Enforce the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, and (II) Use the Form and Manner of Notice, and (B) Granting Other Related Relief** [substantially in the form attached as Exhibit 1 to Docket No. 78]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: July 11, 2023

*/s/* Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 38555 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Aavid International Limited | Ryan Smrekar | Level 54 Hopewell Centre | 183 Wueens Rd East | | | | | Hong Kong |
| Advantage Engineering Inc. | Laura Moore | 2030 North Talbot | | | Windsor | ON | N9A 6J3 | Canada |
| Advantage Engineering Inc. | Laura Moore | 2030 North Talbot | | | Oldcastle | ON | N9G 0C1 | Canada |
| Aikar Technology | Kaci Davidson | 1-1 Building , No. 28 Huiyuan Rd. | Xiuzhou Zone | | Jiaxing City, Zhejiang | | 314000 | China |
| Albert Couture | | Address Redacted | | | | | | |
| Alcore Fabricating Corporation | Peter Ton | 65 Newkirk Rd N. | | | Richmond Hill | ON | L4C 3G4 | Canada |
| Alex Barrett | | Address Redacted | | | | | | |
| Alyn Mccauley | | Address Redacted | | | | | | |
| Alzan Khan | | Address Redacted | | | | | | |
| Amir Rouzati | | Address Redacted | | | | | | |
| AMP Industrial Services s.r.o. | | Slavnikova 436 | 289 07 Libice nad Cidlinou | | Egbert Leins | | | Czech Republic |
| Amphenol Airwave Communication Electronics Co. Ltd. | Mike Merrick | No. 158 Zhong gang Rd | Xitangqiao Street (Haiyan Economic Development Zo | | Jiaxing City | Zhejiang | 314305 | China |
| Amphenol Automotive Connection Systems (Changzhou) Co., Ltd. dba Amphenol East Asia Limited | Thomas Schaefer | 18 Lijiang Road | | | Changzhou | Jiangsu | 213022 | China |
| Amphenol Interconnect Products Corp | Sophia | No.1199 Bihua Rosd, Jinxin Street, | Tongzhou District, Nantong | | Nantong | Jiangsu | 226300 | China |
| Amphenol PCD Shenzhen Co., Ltd. | Roxane Debaty | Building C, Dagang Industrial Zone | Changzhen Community, Yutang Street, Guangming Dist | | Shenzhen | Guangdong | 518132 | China |
| Amphenol-Tuchel Electronics GmbH | Thomas Schaefer | August-Haeusser-Str.10 | | | Heilbronn | | 74080 | Germany |
| Amrak Canada | Bashir Ahmed | 4718 Colombo Crescent | | | Mississauga | ON | L5M7R4 | Canada |
| Anderton Castings SAS | Eric Donckers | 1388 Rue Adrienne BOLLAND | 42160 Andrezieux Boutheon France | | | | | France |
| Andrei Simon | | Address Redacted | | | | | | |
| Andrew Friedel | | Address Redacted | | | | | | |
| Aon (Bermuda) Ltd | | Aon House. 30 Woodbourne Avenue | | | Pembroke | | HM 08 | Bermuda |
| Aon UK Limited | | The Leadenhall Building | 122 Leadenhall Street | | London | | EC3V 4AN | United Kingdom |
| APA ENGINEERING PVT LTD | Sriram Vinnakota | E7-E10, GEM JEWEELRY COMPLEX, MPEZ-SEZ | | | TAMBARAM | CHENNAI | 600045 | India |
| Armada Toolworks LTD. | Janice Duggan | 6 LOF Drive, PO Box 535 | | | Lindsay | ON | K9V 4S5 | Canada |
| Assent Compliance Inc. | Gary Mellow | 25 Coventry Road | | | Ottawa | ON | K1K 2C5 | Canada |
| Atlassian PTY LTD | | Level 6 | 341 George Street | | Sydney | NSW | 2000 | Australia |
| Auracom Mobile Technology Ltd. | YK Ho | Room 303 East Ocean Center., 98 Granville Road | TSIM Sha E. Kowloon. | | Kowloon | | | Hong Kong |
| Austin Mulder | | Address Redacted | | | | | | |
| AUTOLIV NCS PYROTECHNIE ET TECHNOLOGIES | Alain Magne | Rue de la Cartoucherie - B.P.90010 | | | SURVILLIERS FOSSES CEDEX | | 95471 | France |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 10

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Automotive Carrier And Protection Systems | Michael Orlos | AVENIDA EL MARQUES LOTE 6 Y7 | PARQUE INDUSTRIAL QUERETARO | | MEXICO | QUERETARO | 76220 | Mexico |
| AYstein Melve | | Address Redacted | | | | | | |
| Banyan Risk Ltd. | | Maxwell Roberts Bldg 7th Floor 1 Church Street | PO Box 246 | | Hamilton | | HM JX | Bermuda |
| BCS Automotive Interface Solutions (Suzhou) Co., Ltd | Mike Green | No.2052 , Taidong Road , Caohu Street | Xiangcheng Economic Development District | | Suzhou | | | China |
| Bee Lighting Ltd | Steen McColllin | Merse Road | North Moons Moat | | Redditch, Worcestershire | | B98 9PL | United Kingdom |
| Belt-Tech Products Inc. | Lydia Hamel | 386 Dorchester Street | | | Granby | QC | J2G 3Z7 | Canada |
| Benjiamin Adler | | Address Redacted | | | | | | |
| BILAL SATTAR | | Address Redacted | | | | | | |
| Brady Technology SDN BHD | Frank Tan | Plot 6, Hilir Sungai Keluang 4 | Bayan Lepas Free Industrial Zone, Phase IV | | Bayan Lepas | | 11900 | Malaysia |
| Branavan Kasi | | Address Redacted | | | | | | |
| Brent Cooper | | Address Redacted | | | | | | |
| Brose do Brazil Ltda. | Felipe Franco | Rua Max Brose, 171 | Campo Largo da Roseira | | Pinhais | Parana | 83090-670 | Brazil |
| C&D Trojan (Shanghai) Energy Technologies Co. | Vincent Wang | ROOM 161, BUILDING 8, NO.171 WUSI SUB-ROAD, HAIWAN TOWN, | Fengxian District | | Shanghai | | 201419 | China |
| Central Corporation | KC Ryan | 551 Gongdan-RO | Seongsan-Gu | Changwon-Si | Gyeongsangnam-Do | | 51557 | South Korea |
| Central Corporation | Youngsub Kim | 551 Gongdan-Ro | Seongsan-Gu | | Changwon-si | Gyeongnam | 51557 | South Korea |
| Central Yeongsan Plant | Jungsoo Song | 307-106 Seorisangchon-gil | Yeongsan-myeon | Changnyeong-gun | Gyeonsangnam-do | | 50342 | South Korea |
| Chad Siemens | | Address Redacted | | | | | | |
| Chad Wootton | | Address Redacted | | | | | | |
| Cheil Electronics Co., Ltd. | Hyo Yeon, Na | 59-5, Gomo-Ro 216 Beon-Gil | Jillye-Myeon | Gimhae-Si | Gyeongsangnam-Do | | | South Korea |
| Chengdu Fuyu Technology. Co.,Ltd | Elina Zhang | No.1455, the fouth section of Southwest Airport Avenue | | | Chengdu | Sichuan | 61020 | China |
| CITIC Dicastal Co., Ltd. | | 185 Longai Ave. | Qinhuangdao City | | HEBEI PROVINCE | | 006011 | China |
| Cognizant Worldwide Limited | | 1 Kingdom Street | Paddington Central | | London | | W2 68D | United Kingdom |
| Cory Alle | | Address Redacted | | | | | | |
| Creating Rapid (Dongguan) Co., Ltd | Ava Leung | No.59-1 Shachong Road | Changan Town | | Dongguan | Guangdong | 523863 | China |
| Crossover Solutions, Inc | Dan Long | 5680 14th Avenue | | | Markham | ON | L3S 3K8 | Canada |
| CSS Electronics ApS | | Soeren Frichs Vej 38K | Office 35 | | Aabyhoej | | 8230 | Denmark |
| Customer Deposit | | Address Redacted | | | | | | |
| Dae Dong System Mexico Sa de CV | Brandon Lee | Av. Del Parque 1150, Cienega de Flores Centro | | | Cienega de Flores | Nuevo Leon | 65550 | Mexico |
| Darin Barker | | Address Redacted | | | | | | |
| Darryl Croft | | Address Redacted | | | | | | |
| Dave Kindrat | | Address Redacted | | | | | | |
| David Haughton | | Address Redacted | | | | | | |
| David Kolstad | | Address Redacted | | | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 10

Exhibit A
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Dennis Jeffery | | Address Redacted | | | | | | |
| Diemould Service Company (Canada) Ltd. | DeDe Marchand | 1875 BLACKACRE DRIVE | | | Oldcastle | ON | N0R 1LO | Canada |
| Don Perry | | Address Redacted | | | | | | |
| Donaldson Warehouse | Octavia Lin | 1/F C1 Wing Hing Industrial Building | 14 Hing Yip Street | | Kwun Tong, Kowloon | | | Hong Kong |
| Dongguan Yuhong Supply Chain Co.,Ltd | Mike Wei | Room 3062, Building 4,No.233, Dalang Fukang Road, | Dalang Town | | Dongguan City | Guangdong | 52824 | China |
| Doowon Heavy Industrial Co., Ltd | YoungJoon Lee | 20-7, Guhaechang-gil, Chukdong-myeon | Republic of Korea | Sacheon-si | Gyeongsangnam-do | | 52509 | South Korea |
| Dr Simon Idris Beshir | | Address Redacted | | | | | | |
| Dropcases Ltd dba Lectron | German Chan | 2609, Global Gateway Tower | 3 Wing Hong Street | | Lai Chi Kok | | 00000 | Hong Kong |
| DSE Test Solutions A-S | Poul Knudsen | Sverigesvej 19 | | | Horsens | | 8700 | Denmark |
| eCompliance Management Solutions Inc. | Patrick Smith | 111 Queen Street East | Suite 500 | | Toronto | ON | M5C 1S2 | Canada |
| Eivind Oppegaard | | Address Redacted | | | | | | |
| Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | Ljubljana | | | Slovenia |
| Elaphe Propulsion Technologies Ltd. | Luka Ambrozic | Teslova ulica 30 1000 | | | ljubljana | | | Slovenia |
| Equilibrium Solutions Pvt Ltd dba ESPL | Anand Kulkarni | 3rd Floor, Gopal House Building, Karve Rd, Karishma Chowk, Kothrud | | | Pune | MH | 4411038 | India |
| Equipo Automotriz Americana SA de CV | Linda Trevino | Carretera Presa La Amistad Km. 7, S/N Interior B | | | Acuna | Coahuila | 26238 | Mexico |
| Essex Furukawa Magnet Wire Germany GMBH | Fabian Kerl | Korbacher Str. 6 | | | Bad Arolsen | | 34454 | Germany |
| Federico Alias | | Address Redacted | | | | | | |
| Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | | Ferntree Gully | | VIC 3156 | Australia |
| Ficosa International Taicang CO. LTD | Wendy Xu | No. 518 Suzhou Zhong Road, Taicang Economy Developing Area | | | Taicang | Jiangsu | 215400 | China |
| Filec Production SAS - Amphenol | G. Bouhaben | Rue De Disse | | | AirVault | | 79600 | France |
| Finites Technologies | GowThaman T | H35-F2 Seashore Apartments | Thiruvalluvar Nagar, Thiruvanmiyur | | Chennai | Tamilnadu | 600041 | India |
| Flex N Gate Bradford | Laura Correa | 75 Reagens Industrial Pkwy | | | Bradford | ON | L3Z 0Z9 | Canada |
| Flex N Gate Tottenham | Laura Correa | 65 Industrial Rd | | | Tottenham | ON | L0G 1W0 | Canada |
| Flex N Gate Ventramex dba Ventramex | Laura Correa | Interior 49 | | | Santiago de Queretaro | Qro. | 76110 | Mexico |
| Forth EMS | Nirun Sudjai | 77 Moo 11 PHUTTAMONTON 5 RD | RAIKHING, SAMPRAN | | NAKORNPATHOM | | 73210 | Thailand |
| Foshan Aoya Electrical and Mechanical Co., Ltd. | Lydia Zhu | Unit 1, No. 17, Taojin Road, Hengjiang | Danzao Town | | Foshan City | Guangdong | 528216 | China |
| Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 10

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| GABRIEL DE COLOMBIA SA | Juan Mauricio Gomez | AVENIDA AMERICAS 50 51 | Cundinamarca | | BOGOTA | | 111611 | Colombia |
| Garry Briand | | Address Redacted | | | | | | |
| Gauthier De Gentile | | Address Redacted | | | | | | |
| Glenn Mowatt | | Address Redacted | | | | | | |
| Glenn Tinley | | Address Redacted | | | | | | |
| Goodyear Napanee Ontario dba Goodyear Canada Inc. | Jackson Wallace | 355 Goodyear Rd. | | | Napanee | ON | K7R 3L2 | Canada |
| Grant Carlson | | Address Redacted | | | | | | |
| Greatech Intergration (M) SDN.BHD. | HA Lai | PLOT 287 (A), LENGKOK KAMPUNG JAWA SATU, | BAYAN LEPAS FIZ PHASE 3, 11900 PENANG | | | | | Malaysia |
| Greg Smith | | Address Redacted | | | | | | |
| Griffing d.o.o. | Mag. Natasa Cesarek | Rakitnica 41 | | | Dolenja vas | | 1331 | Slovenia |
| Harold Smith | | Address Redacted | | | | | | |
| Helmut Klein | | Address Redacted | | | | | | |
| HENKEL GLOBAL.SUPPLY CHAIN. BV. | Querag Cho | Badener Str. 2 | | | Hirschberg | | 69493 | Germany |
| Heraeus Materials Malaysia Sdn. Bhd | Timothy Van Ness | 6 Jalan i-Park 1/1 | Kawasan Perindustrian i-Park | | Indahpura | | 81000 | Malaysia |
| Hexion B.V. | CARRIE RASMUSSEN | Seattleweg 17, Port Park Building 4 | | | Pernis | | ND-3195 | Netherlands |
| HEXION B.V.- GERMANY | VOLKER PLAGEMANN | VARZINER STRABE 87 | | | DUISBURG | | 47138 | Germany |
| HK GS RAPID CO., LIMITED | lina Liang | 2F, 3rd Bldg., Jinyuda Industrial Park, | TOWER 12 HARCOURT RD CENTRAL HK | | Baoan | Shenzhen | 518125 | China |
| HLH Prototypes Co Ltd | James Murphy | UNIT D 16/F ONE CAPITAL PLACE 18 LUARD ROAD | | | Wan Chai | | | Hong Kong |
| Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Hon Hai Technology Group | Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Huf Mexico S. De R.L. de C.V. | Farhan Zahid | Lateral Anillo Periferico Ecologico No. 421 | | | Ocotlan | Puebla | 72680 | Mexico |
| Hushan Autoparts Inc | Shawn Guo | No.3 Dingping Rd | Ruifang District | | New Taipei City | | 22452 | Taiwan |
| IBH Elektrotechnik GmbH | Patrick Winter | IBH Ingeieurburo, Harm Elektroktechnik GmbH | Gutenbergring 35 | | Norderstedt | | 22848 | Germany |
| IEE GDL MX | Jesus Mancilla | Guadalajara Technology Park | Av. De Las Americas 224 | | Zapopan | Jalisco | C.P. 45010 | Mexico |
| IEE S.A. | Antoine Arroyo | 12 Rue Pierre Richardot | Zone Industrielle | | L-6468 Echternach | | | Luxembourg |
| IMA & NAFSA China Co,. Ltd | | NO. 155-1 North Jingu Road | Yinzhou District | | Ningbo City | Zhejiang | 315105 | China |
| Inderbir Singh | | Address Redacted | | | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 4 of 10

Exhibit A
Affected Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Intelligente Sensorsysteme Dresden GmbH | Angelika Glatter | Zur Wetterwarte 50 | Haus 302 | | Dresden | | 01109 | Germany |
| InterRegs Ltd | Miss Sophie Adby | 21-23 East Street | | | Fareham | | PO16 0BZ | United Kingdom |
| Inteva Products (Zhenjiang) Co., Ltd | Sylvie Foley | 300 Sipingshan Road, | Dingmao | New District of Zhenjiang City | Jiangsu Province | | 212009 | China |
| Inteva Products, LLC - Hirain Technologies Co., Inc. | Cody Moore | 66 Keda Road | Gangzha District | | Nantong | Jiangsu | 226000 | China |
| Inteva Products, LLC - WR CONTROLS CO LTD | Cody Moore | 6B,NO.99,Shenmei Road,Zhoupu, Pudong District | | | Shanghai | | 201318 | China |
| Italdesign Guigiaro S.p.A. | Annarita Nulchis | 25 Via Acihlle Grandi | Moncalieri | | Torino | | 10024 | Italy |
| James Bennett | | Address Redacted | | | | | | |
| Jason Lavigne | | Address Redacted | | | | | | |
| Jay Connell | | Address Redacted | | | | | | |
| Jean Routhier | | Address Redacted | | | | | | |
| Jefferson Metal Products Inc | Ryan Forte | 2800 Jefferson Blvd | | | Windsor | ON | N8T3J2 | Canada |
| Jeremy Fisher | | Address Redacted | | | | | | |
| Jian Wu | | Address Redacted | | | | | | |
| Jiangyin Haida Rubber and Plastic Co., Ltd. dba Haida | Jun Xiang | No.585 Yungu Road | Zhouzhuang Town | | Jiangyin City | Jiangsu | 214424 | China |
| Jose David Gomez Rangel | | Address Redacted | | | | | | |
| Jun Kato | | Address Redacted | | | | | | |
| Justin Dobrowolski | | Address Redacted | | | | | | |
| KB Components Canada, Inc | Candice Tofflemire | 5155 Ure St | | | Windsor | ON | NOR 1L0 | Canada |
| KB Components Canada, Inc | Taylor Brydges | 3786 North Talbot | | | Windsor | ON | NOR 1L0 | Canada |
| KH Kaihui Precision Technology Co Limited | | RM 305 3/F IDEAL PLAZA NO 46-48 PAK TIN PAR ST | TSUEN WAN NT | | | | | Hong Kong |
| Kimsen Industrial Corporation | Ha Phuong Thao | Yen Phong IP | | | Bac Ninh Province | | | Vietnam |
| King Brother Technology Limited | Cindy Xie | Flat A,14/F,Willy Commercial Building,Nos.28-16 | Wing Kut Street | | Central Hong Kong | | | China |
| Kristian Velle | | Address Redacted | | | | | | |
| L&T Technology Services Limited | Harish Kumar | SEZ Unit 1, Hazel Block- L3, 6th Floor, Manyata Embassy Business Park, | Nagawara Hobli, Outer Ring Road | | Bangalore | | 560045 | India |
| Lakeside Plastics Limited | Angela Timuik | 5155 Ure Street | | | Oldcastle | ON | N0R 1L0 | Canada |
| Lakeside Plastics Limited | Taylor Brydges | 3786 North Talbot Road | | | Oldcastle | ON | N0R1L0 | Canada |
| Lansweeper NV | Ryan Gross | Zeelsebaan 83/Z | 9200 | | Dendermonde | | | Belgium |
| Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Road | | | Maidstone | ON | N0R 1K0 | Canada |
| Leo Apperloo | | Address Redacted | | | | | | |
| LG Chem Ltd | Doo Won Choi | LG Twin Towers | 128 Yeoui-Daeros Yeongdeungpo-GU | | Seoul | | 07336 | South Korea |
| LUOYANG XINCHENG PRECISION MACHINERY CO.,LTD | BONNIE | NO. 256, EAST TANGGONG ROAD | | | LUOYANG | HENAN | 47100 | China |

Exhibit A
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Magna Carta Insurance Ltd. / Lloyds | | Windsor Place 2nd Floor | 22 Queen Street | | Hamilton | | HM 12 | Bermuda |
| MAHLE Behr Namestovo s.r.o. | Amelia Mata | Namestovo 1215 | | | Namestovo | | 02901 | Slovakia |
| MAHLE Powertrain Limited | Robert Corbishley | Costin House | St James Mill Road | | Northampton | | NN55TZ | United Kingdom |
| Mainfreight, Inc - Canada | Dalida David | 230 Export Blvd | | | Mississauga | ON | L7S1Y9 | Canada |
| Mainfreight, INC - Canada#2 CAD | Dalida David | 230 Export Blvd | | | Mississauga | ON | L7S1Y9 | Canada |
| Marco Schweizer | | Address Redacted | | | | | | |
| Mark Mcmaster | | Address Redacted | | | | | | |
| Mark Palkovits | | Address Redacted | | | | | | |
| MarkLines Co., Ltd | Chi Zhang | Sanno Park Tower 14F | Nagata-cho 2-11-1 | | Chiyoda-ku | | 100-6114 | Japan |
| Marquardt Mexico, S. DE R.L. DE C.V. | Francisco Medina | Calle Rio Turia 5050 | Parque tecno Industrial Castro del Rio, C.P. | | Irapuato | Gto. | 36814 | Mexico |
| Mathieu Lavigne | | Address Redacted | | | | | | |
| Matin Paddock | | Address Redacted | | | | | | |
| Matteo Stefan | | Address Redacted | | | | | | |
| MCKENZIE AUTO CONSULTING LIMITED | STUART MCKENZIE | 254 DEREHAM ROAD | NEW COSTESSEY | | NORWICH | | NR5 0SN | United Kingdom |
| Mecanum Inc | Kevin Verdiere | 2444 Rue Bonin | | | Sharbrooke | QC | J1K 1C4 | Canada |
| Megan Perry | | Address Redacted | | | | | | |
| Megatronix (Beijing) Technology Co., Ltd. | Peter Zhong | 12F, Tower C, Rongxin Center | Chaoyang District | | BEIJING | | | China |
| Meta Systems SpA | Luicia Maggi | VIA GALIMBERTI 5 | | | Reggio Emilia | | 42124 | Italy |
| Meta Systems SpA | Matteo Luisi | Via Laghetto 1 | 21020 Mornago (VA) | | Mornago | Varese | 21020 | Italy |
| Meta Systems SpA | Mr Matteo Luisi | VIA LAGHETTO 1 | 21020 MORNAGO (VA) - ITALY | | Mornago | Varese | 21020 | Italy |
| Metalsa SA de CV | Emilio Enrique Rangel Arroyo | Carretera Miguel Aleman KM 16.5 | Num. 100 | | Apodaca | Nuevo Leon | 66600 | Mexico |
| Methode Electronics Malta Ltd. | Priscilla Gatt | Triq l-Awdituri, Zone 4 | Central Business District, CBD4070 | | Birkirkara | | QRM09 | Malta |
| Michael Bilic | | Address Redacted | | | | | | |
| Michael Sing | | Address Redacted | | | | | | |
| Mie Plant | Toshifumi Uruma | 20-16 | Nobono-cho | | Kameyama | | 519-0292 | Japan |
| Mike Knowles | | Address Redacted | | | | | | |
| Mike Verkerk | | Address Redacted | | | | | | |
| MILTON RODRICKS | | Address Redacted | | | | | | |
| Miotti Srl | Nicola Rodeghiero | Viale del Lavoro, 22 | | | Vicena | | 36100 | Italy |
| Mohammed Khan | | Address Redacted | | | | | | |
| MSSC Canada | John Higgins | 540 Park Ave E | | | Chatham | ON | N7M 3V7 | Canada |
| M-United Limited | Mena Atta | Lyndum House, 12 Hight Street | | | Petersfield | | GU32 3JG | United Kingdom |
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 6 of 10

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |
| Name Redacted | | Address Redacted | | | | | | |
| Nanjing Metalli Industrial Co Limited | | No.12,East mozhou road | Jiangning district | | Nanjing | | | China |
| Nathan Findlay | | Address Redacted | | | | | | |
| Nedschroef Plettenberg GmbH | Michael Sachs | Muhlhoff 5 | | | Plettenberg | | 58840 | Germany |
| Nedschroef Schrozberg Gmbh | Michael Sachs | Herdwiesen 1 | | | Schozberg | | 74575 | Germany |
| Next Manufacturing | Aaron Kolodziejczak | 2-131 North Port Rd | | | Port Perry | ON | L9L 1B2 | Canada |
| Parmjit Brar | | Address Redacted | | | | | | |
| PCE Paragon Solutions Kft. | | 2900 Komarom | | | Banki Donatu | | utca 1 | Hungary |
| Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom |
| Petter Kristoffersen | | Address Redacted | | | | | | |
| Phillip Gutwein | | Address Redacted | | | | | | |
| Pierburg China Ltd | Lee Plummer | Building F | No. 299 Yu Yang Road | | Kunshan | Jiangsu | 21530 | China |
| Pierburg GmbH | Kimberly Van Waeyenberge | Alfred Pierburg Str. 1 | | | Neuss | | 41460 | Germany |
| Pierburg GmbH | Markus Willemsen | Industriestrasse 43 | | | Neuss | | 41460 | Germany |
| Pierburg Pump Technology GmbH | Kimberly VanWaeyenberge | Sonnenstr 29 | | | Hartha | | 04746 | Germany |
| Pierburg Pump Technology GmbH | Peter Kretzschmar | Sonnenstr 29 | | | Hartha | | 04746 | Germany |
| Plastic Navigation Industrial LTD | Willam Qin / Mindy Wang | Weilang Zhihui Industrial Zone, Nanhuan Road, | Shanmei, HouJie Town, DongGuan City, | | DongGuan | GuangDong | 523960 | China |
| Prateek Yadav | | Address Redacted | | | | | | |
| Primeline Solutions GmbH | Petar Crnkovic | Zur Bauerwiese 25 | | | Bad Oeynhausen | | 32549 | Germany |
| QINGDAO DAEDONG SYSTEM AUTO FITTINGS CO.,LTD | S.H.Jin | NO.29 TONGKANG ROAD PINGDU CITY | TONGHE INDUSTRIAL PARK | | QINGDAO | | 26630 | China |
| Rassini Suspensiones, S.A. DE C.V. | Norm Jacobs | Puerto Arturo 803 Colonia Bravo | | | Piedras negras | Coahuila | 26030 | Mexico |
| Rich Gabruch | | Address Redacted | | | | | | |
| Richard Ross | | Address Redacted | | | | | | |
| Richard Vachon | | Address Redacted | | | | | | |
| RLS Merilna tehnika d.o.o. | Marko Hladnik | Poslovna cona Zeje pri Komendi, Pod vrbami 2, | | | Komenda | | SI - 1218 | Slovenia |
| Robert Belzerowski | | Address Redacted | | | | | | |
| Robert Bosch, LLC -Guanajuato | David Valencia | AV. PARQUE INDUSTRIAL COLINAS DE APASEO- AVENIDA APATZEO | | | Guanajuato | | 38160 | Mexico |
| Robert Bosch, LLC -Toluca | | AV. Robert Bosch #405 Col. Zona Industrial | | | Toluca, EM | | 50071 | Mexico |
| Robert Jones | | Address Redacted | | | | | | |
| Ron Konig | | Address Redacted | | | | | | |
| Ron Oneill | | Address Redacted | | | | | | |
| Ron Tomlinson | | Address Redacted | | | | | | |
| Rosenberger Hochfrequenztechnik GmbH & Co. KG | Bettina Schwangler | P.O. Box 1260 | | | Tittmoning | | 83413 | Germany |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 7 of 10

Exhibit A
Affected Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Rupinder Singh | | Address Redacted | | | | | | |
| S.A.S Diatex | Rodolphe Auvigne | 58 Chemin des Sources | | | St. Genis Laval | | 69230 | France |
| Sahil Bhardwaj | | Address Redacted | | | | | | |
| Samsung SDI (TianJin) Battery Co | ZHAOHUAN MENG | YAT-SEN SCIENTIFIC INDUSTRIAL PARK WUQING, | | | TIANJIN | | | China |
| SAMSUNG SDI CO., LTD | Ryan Allor | 467,BEONYEONG-RO, SEOBUK-GU,Cheonan-Si Gongse-dong, Giheung-gu | Yongin-si | | Gyeonggi-do Chungcheongnam-do | | | South Korea |
| Scott Linklater | | Address Redacted | | | | | | |
| Screens GmbH | Sylvester Gottlicher | Theodor-Heuss-Str. 24 | | | Stuttgart | | 70174 | Germany |
| Seyed Rouzati | | Address Redacted | | | | | | |
| SG Automotive d.o.o. | Aleksander Zmaher | Industrijska cesta 12 | | | Slovenske Konjice | | 03210 | Slovenia |
| SGL Composites GmbH | Dan Gillig | Fischerstrasse 8 | | | 4910 Ried im Innkreis | | | Austria |
| Shanghai Daimay Automotive Interior Co., Ltd | | 1299, lianxi Rd, Beicai Industry Park, Pudong | | | Shanghai | | 201204 | China |
| Shanghai Daimay Automotive Parts Co.,Ltd | Zhu Xiaocheng | No.5651 Hu Nan Road. Hangtou Town | Pudong New Area. | | Shanghai | | 201316 | China |
| Shawn Mariani | | Address Redacted | | | | | | |
| Shenzhen Jucheng Precision Model Co.,Ltd | Devin Wang | 3rd Floor, Building C, 4th Industrial Zone, Xisha Road | Shajing Street, Baoan District, Shenzhen | | Shenzhen | GuangDong | 518100 | China |
| Shenzhen Rapid Tooling Co. Ltd | Jenna | Building A10, Haosi Nanpu Tech. Industrial Zone, Nanpu Road | Shajing St., Baoan District, Shenzhen,Guangdong | | Shenzhen | Guangdong | 518000 | China |
| Shinwon USA Inc dba Shinwon Precision | Bruce Kim | 158-20, Golden root-ro, Juchon-myeon | Gimhae-si | Gyeongsangnam-do | | | 50969 | South Korea |
| Shopify | | 150 Elgin St | | | Ottawa | ON | K2P 1L4 | Canada |
| SiriusPoint Bermuda Insurance Company | | Point Building, 3 Waterloo Lane | | | Pembroke | | HM 08 | Bermuda |
| Sivakumar Annamalai | | Address Redacted | | | | | | |
| Speedy Circuits Co., LTD. | Marcello | No. 136-1, Shie-Yuan Rd. | Chung-Li District, | | Tao-Yan City | | 32057 | Taiwan |
| St. Clair Technologies Inc. | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada |
| Steve Peterson | | Address Redacted | | | | | | |
| Steve Peterson | | Address Redacted | | | | | | |
| Steven Shouldice | | Address Redacted | | | | | | |
| SUN STRONG PRECISION METAL INTERNATIONAL LTD | TaylorZhao | 8 Castle Peak Rord, Cheung Sha Wan, Kowloon, Hong Kong | 19# Cuishan Road west, Shatangbu village, Buji Tow | | Shenzhen | | 518114 | China |
| Sybridge Technologies Canada, Inc | Migena Berberi | 5000 Regal Drive | | | Oldcastle | ON | NOR 1L0 | Canada |
| Sylvain FreChette | | Address Redacted | | | | | | |
| Taiseer Hmeed | | Address Redacted | | | | | | |
| Talha Matloob | | Address Redacted | | | | | | |
| Tata Consulting Services Limited | Ashok Pathak | Nirmal Building | 9th Floor | | Nariman Point | | 400021 | India |
| Technical Molding Management System, Inc | Keith Beneteau | 5380 Brendan Lane | | | Tecumseh | ON | N0R 2L1 | Canada |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 8 of 10

Exhibit A
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Terry Reesor | | Address Redacted | | | | | | |
| Tessolve Semiconductor Private Limited | Mahendran M | Plot #31 (P2), Phase II | Electronic City | | Bangalore | Karnataka | 560 100 | India |
| The Aon Centre | | The Leadenhall Building | 122 Leadenhall Street | | London | | EC3V 4AN | United Kingdom |
| Thomas Reisser | | Address Redacted | | | | | | |
| Titan Tool & Die Limited | Domenic Chimienti | 2801 Howard Avenue | | | Windsor | ON | N0R1A0 | Canada |
| Todd Colbourne | | Address Redacted | | | | | | |
| Tommy Andreassen | | Address Redacted | | | | | | |
| Tony Linton | | Address Redacted | | | | | | |
| TRW Occupant Restraints de Chihuahua | Susana Muro | Avenida Juan Escutia 3201 | Complejo Industrial el Saucito | | Chihuahua | Chihuahua | 31115 | Mexico |
| Underwriters At Lloyds London | Attention Legal Department | One Lime Street | | | London | | EC3M 7HA | United Kingdom |
| Vadim Zakarev | | Address Redacted | | | | | | |
| Valeo Siemens eAutomotive (Shenzhen) Co.,Ltd | Larry Pietron | North Junyi Ind. Park, Huaide vil., Fuyong, Baoan Dist., | | | Shenzhen | Guangdong | 518103 | China |
| Valeo Sistemas Electricos SA DE C.V. | Miguel Angeles | Juan Slagado No. 101 Col Parque Industrial | | | Toluca | EM | 50200 | Mexico |
| Valerie Nicholls | | Address Redacted | | | | | | |
| Ventra Group Co. dba Flex N Gate Tottenham | Laura Correa | 1 Riverside Drive West | Suite 700 | | Windsor | ON | N9A 5K3 | Canada |
| Ventra Group Co. dba Flex-N-Gate Bradford | Laura Correa | 1 Riverside Drive West | SUITE 700 | | Windsor | ON | N9A 5K3 | Canada |
| Ventra Group Co. dba Ventra Plastics Peterborough | David Check | 675 Trillium Drive | | | Kitchener | ON | N2R 1G6 | Canada |
| Ventra Plastics Peterborough | Lynda Haylor | 775 Technology Drive | | | Peterborough | ON | K9J 6X7 | Canada |
| Ventramex Holdings S. DE. R. L. DE. C.V. dba Ventramex S. DE. RL. DE. CV | Randy Badiuk | Avenida Manantiales No. 3 | Parque Industrial Bernanrdo Quintana | | El Marques | Queretaro | 76246 | Mexico |
| Vibracoustic de Mexico SA de CV | Daniela Aburto | Circuito el Marques Norte 3 | Parque Industrial el Marques | | El Marques | Queretaro | 76246 | Mexico |
| Vic Djurdjevic | | Address Redacted | | | | | | |
| Victor Langdon | | Address Redacted | | | | | | |
| Victora Auto Private Limited | Mr. Deepak Kapasiya | Plot No. 42, Sector- 20A | | | Faridabad | Haryana | 121001 | India |
| Victora Auto Private Limited | Mr. Ravindra Purohit | 44th KM Stone, Delhi Mathura Road, NH 2, Village Sikri | | | Faridabad | Haryana | 121004 | India |
| Walter Weiss | | Address Redacted | | | | | | |
| Ward Kemerer | | Address Redacted | | | | | | |
| Wayne Kornelsen | | Address Redacted | | | | | | |
| Will Barkhouse | | Address Redacted | | | | | | |
| XIAMEN JOINT TECH. CO.,LTD | Zoe | NO. 268 Hyouxiang Rd, Xingyang Industrial | Haicang District | | Xiamen | Fujian | 361028 | China |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 9 of 10

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Xiamen Tmax Battery Equipments Limited | Iris Wang | 39th Xinchang Road,Xinyang Industrial Area ,Haicang District | | | Xiamen | Fujian | 361000 | China |
| Yong Seok Lee | | Address Redacted | | | | | | |
| Zetwerk Manufacturing Businesses Private Limited | Dan Feinberg | Oriental Towers No. 461 | 1st Floor,17th Cross Road, 4th Sector, HSR Layout | | Bengaluru | Karnataka | 560102 | India |
| ZETWERK Manufacturing USA Inc | Ha Phuong Thao | Yen Phong IP | Bac Ninh | | Bac Ninh, Viet Nam | | | Vietnam |
| ZF Chassis Technology, S.A. DE C.V. | Cesar Siqueira | Calle 7 Nte Manzana J Lotes 2 y 3 | Parque Industrial Toluca 2000 | | Toluca | | 50900 | Mexico |
| ZF OCCUPANT SAFETY SYSTEMS DE LA LAGUNA S DE RL DE CV | Gloria Cazarez | CIRCUITO DEL FERROCARRIL 16 | PARQUE INDUSTRIAL ZONA DE CONECTIVIDAD 16 | | GOMEZ PALACIO | DURANGO | 35024 | Mexico |
| ZF Passive Safety Systems US Inc. | Santos Casas | Avenida Pedregal No 221 | Parque Industrial Colonial | | Reynosa | Tamaulipas | 88787 | Mexico |
| ZTL Technology Co Ltd | | Bldg.14, 3rd Industrial Park of Dawangshan | Shajing St., Baoan Dist | | Shenzhen City | Guangdong | 518104 | China |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 10 of 10