**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lordstown Motors Corp., *et al.*,[1] | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Final Hearing Date:** |
| | ) | **July 27, 2023 at 9:30 a.m.** |
| | ) | |
| | ) | **Final Relief Objection Deadline:** |
| | ) | **July 20, 2023 at 4:00 p.m.** |
| | ) | |
| | ) | Re: D.I. 6, 75, 77, 106 |
| | ) | |

**NOTICE OF ENTRY OF "AMENDED INTERIM ORDER (A) AUTHORIZING,
BUT NOT DIRECTING, THE DEBTORS TO (I) PAY PREPETITION
WAGES AND COMPENSATION; (II) CONTINUE CERTAIN EMPLOYEE
BENEFITS AND INCENTIVE PROGRAMS; (III) CONTINUE CERTAIN
HEALTH AND INSURANCE BENEFITS; AND (B) GRANTING OTHER
RELATED RELIEF" AND FINAL HEARING THEREON**

**PLEASE TAKE NOTICE** that, on June 27, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing, But Not Directing, the Debtors to (I) Pay Prepetition Wages and Compensation; (II) Continue Certain Employee Benefits and Incentive Programs; (III) Continue Certain Health and Insurance Benefits; and (B) Granting Other Related Relief* [D.I. 6] (the "**Employee Wage Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). <u>You were previously served with a copy of the Employee Wage Motion</u>.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29294730v.1

**PLEASE TAKE FURTHER NOTICE** that, following an initial hearing to consider the Employee Wage Motion, on June 29, 2023, the Court entered the *Interim Order (A) Authorizing, But Not Directing, the Debtors to (I) Pay Prepetition Wages and Compensation; (II) Continue Certain Employee Benefits and Incentive Programs; (III) Continue Certain Health and Insurance Benefits; and (B) Granting Other Related Relief* [D.I. 75] (the "**Interim Order**"). <u>**You were previously served with a copy of the Interim Order**</u>.

**PLEASE TAKE FURTHER NOTICE** that, on July 13, 2023, the Court entered the *Amended Interim Order (A) Authorizing, But Not Directing, the Debtors to (I) Pay Prepetition Wages and Compensation; (II) Continue Certain Employee Benefits and Incentive Programs; (III) Continue Certain Health and Insurance Benefits; and (B) Granting Other Related Relief* [D.I. 106 (the "**Amended Interim Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order and the Amended Interim Order, objections or responses to the final relief requested in the Employee Wage Motion, if any, must be made in writing, and filed with the Court on or before **July 20, 2023 at 4:00 p.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Order and the Amended Interim Order, a hearing with respect to the final relief requested in the Employee Wage Motion, if required, will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **July 27, 2023 starting at 9:30 a.m. (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE EMPLOYEE WAGE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE**

**EMPLOYEE WAGE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: July 13, 2023 | **WHITE & CASE LLP** |
| | Thomas E Lauria (admitted *pro hac vice*) |
| Respectfully submitted, | Matthew C. Brown (admitted *pro hac vice*) |
| | Fan B. He (admitted *pro hac vice*) |
|     */s/ Jason M. Madron* | 200 South Biscayne Boulevard, Suite 4900 |
| **RICHARDS, LAYTON & FINGER, P.A.** | Miami, FL 33131 |
| Kevin Gross (No. 209) | Telephone: (305) 371-2700 |
| Daniel J. DeFranceschi (No. 2732) | tlauria@whitecase.com |
| Paul N. Heath (No. 3704) | mbrown@whitecase.com |
| Amanda R. Steele (No. 5530) | fhe@whitecase.com |
| Jason M. Madron (No. 4431) | |
| One Rodney Square | David M. Turetsky (admitted *pro hac vice*) |
| 920 N. King Street | 1221 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10020 |
| Telephone: (302) 651-7700 | Telephone: (212) 819-8200 |
| Facsimile: (302) 651-7701 | david.turetsky@whitecase.com |
| gross@rlf.com | Jason N. Zakia (admitted *pro hac vice*) |
| defranceschi@rlf.com | 111 South Wacker Drive, Suite 5100 |
| heath@rlf.com | Chicago, IL 60606 |
| steele@rlf.com | Telephone: (312) 881-5400 |
| madron@rlf.com | jzakia@whitecase.com |
| | |
| | Roberto Kampfner (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | RJ Szuba (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 620-7700 |
| | rkampfner@whitecase.com |
| | doah.kim@whitecase.com |
| | rj.szuba@whitecase.com |
| | |
| | *Proposed Co-Counsel to Debtors and Debtors in Possession* |