## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 18th day of July, 2023, I caused the foregoing **Notice of Entry of Appearance and Demand for Notices and Papers** to be served by email upon the parties set forth below; and all ECF participants registered in this case were served electronically on the date of filing through the court's ECF system at their respective email addresses registered with the court.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br>Kevin Gross, Daniel J. DeFranceschi,<br>Paul N. Heath, Amanda R. Steele and<br>Jason M. Madron<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gross@rlf.com; defranceschi@rlf.com ;<br>heath@rlf.com; steele@rlf.com; madron@rlf.com<br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | WHITE & CASE LLP<br>Roberto Kampfner, Doah Kim and<br>RJ Szuba<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br>*Proposed Co-Counsel to Debtors and Debtors in Possession* |
| WHITE & CASE LLP<br>Jason N. Zakia<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>jzakia@whitecase.com<br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | WHITE & CASE LLP<br>David M. Turetsky<br>1221 Avenue of the Americas<br>New York, NY 10020<br>david.turetsky@whitecase.com<br>*Proposed Co-Counsel to Debtors and Debtors in Possession* |
| WHITE & CASE LLP<br>Thomas E Lauria, Matthew C. Brown and Fan B. He<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | Benjamin Hackman<br>U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov |

        */s/ Marcy J. McLaughlin Smith*
        Marcy J. McLaughlin Smith (DE No. 6184)

160108618v1