**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*, | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DEBORAH KOVSKY-APAP

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Deborah Kovsky-Apap, Esq., of Troutman Pepper Hamilton Sanders LLP to represent the Official Committee of Unsecured Creditors in the above-captioned cases and any adversary proceedings related thereto.

Date: July 18, 2023
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1313 N. Market Street, Suite 5100
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Email: marcy.smith@troutman.com

*Proposed Counsel to Official Committee of Unsecured Creditors*

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Michigan, the State of New Jersey and the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: July 18, 2023

*/s/ Deborah Kovsky-Apap*
Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Email: deborah.kovsky@troutman.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

160107628v1