# **EXHIBIT 3**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMA AUTOMOTIVE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual, JOHN LEFLEUR, an individual, DARREN POST, an individual, RICH SCHMIDT, an individual, ROGER J. DURRE, an individual, HONG XIN HUAN (A.K.A. "GEORGE" HUAN), an individual, BEI QIN, an individual, STEPHEN PUNAK, an individual, CHRISTOPHER KIM, an individual, DAN ZHIHONG HUANG, an individual, PUNAK ENGINEERING, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02104-JVS-DFM<br><br>**ORDER REGARDING DEFENDANTS' *EX PARTE* APPLICATION TO VACATE APRIL 11, 2023 TRIAL DATE [502]**<br><br>Complaint Filed: October 30, 2020<br>Trial Date: April 13, 2023 |

The Court, having considered Defendants' *Ex Parte* Application to Vacate April 11, 2023 Trial Date (the "Application"), the supporting declaration, any opposition filed by Plaintiff, and all other matters presented to the Court, and for good cause, GRANTS Defendants' Application.

The April 11, 2023 trial date is hereby vacated and the parties shall meet and confer within seven days and propose a new, mutually convenient trial date no sooner than 60 days from April 11, 2023. Defendants may retain a replacement expert witness.

Any new expert report shall not exceed the factual limits of the Sowards Report nor shall it be used to cure any substantive or methodological errors, if any, in the Sowards Report.

No deadline which has lapsed shall be revived. Any remaining deadlines, including the Pretrial Conference, shall be continued commensurately with the new trial date.

If the parties require any further guidance, either side may request a telephone or Zoom status conference.

**IT IS SO ORDERED.**

DATED: March 13, 2023

Hon. James V. Selna
United States District Judge