## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 20th day of July, 2023, I caused the foregoing **The Official Committee of Unsecured Creditors' Objection to Karma Automotive LLC's Motion for Relief from the Automatic Stay** (the "Objection") to be served by email upon the following parties; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

RICHARDS, LAYTON & FINGER, P.A.
Kevin Gross, Daniel J. DeFranceschi,
Paul N. Heath, Amanda R. Steele and
Jason M. Madron
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com; defranceschi@rlf.com;
heath@rlf.com; steele@rlf.com; madron@rlf.com

WHITE & CASE LLP
Roberto Kampfner, Doah Kim and
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

WHITE & CASE LLP
Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
jzakia@whitecase.com

WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

WHITE & CASE LLP
Thomas E Lauria, Matthew C. Brown
and Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

CHIPMAN BROWN CICERO & Cole, LLP
William E. Chipman, Jr. and Mark D. Olivere
Hercules Plaza
1313 North Market Street Suite 5400
Wilmington, DE 19801
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

SEYFARTH SHAW LLP
Jesse M. Coleman
700 Milam Street, Suite 1400
Houston, TX 77002-2797
jcoleman@seyfarth.com

SEYFARTH SHAW LLP
Michael D. Wexler, James B. Sowka
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Email: mwexler@seyfarth.com;
jsowka@seyfarth.com

Matthew O Talmo
MORRIS, NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mtalmo@mnat.com

Christopher A. Ward
POLSINELLI PC 222
Delaware Ave., Suite 1101
Wilmington, DE 19801
cward@polsinelli.com

160129701v6

-8-

Joseph C. Barsalona II
PASHMAN STEIN WALDER HAYDEN, P.C.
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
jbarsalona@pashmanstein.com

Gustavo F. Bruckner, Samuel J. Adams and Ankita Sangwan
POMERANTZ LLP
600 3rd Avenue
New York, NY 10016
gfbruckner@pomlaw.com sjadams@pomlaw.com
asangwan@pomlaw.com

Gregory V. Varallo, Glenn R. McGillivray and Daniel Meyer
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
greg.varallo@blbglaw.com
glenn.mcgillivray@blbglaw.com
daniel.meyer@blbglaw.com

Jeroen van Kwawegen, Thomas G. James and Margaret Sanborn-Lowing
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
jeroen@blbglaw.com
thomas.james@blbglaw.com
margaret.lowing@blbglaw.com

Edward M. King
FROST BROWN TODD LLP
400 West Market Street Suite 3200 Louisville, KY 40202-3363
tking@fbtlaw.com

    I further certify that on the 20th day of July 2023, I caused a copy of the Objection to be served by email and first class mail, postage prepared, on the following entity:

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

                                                     /s/ *Marcy J. McLaughlin Smith*
                                                   Marcy J. McLaughlin Smith (DE No. 6184)

160129701v6