## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lordstown Motors Corp. *et al*. | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enter their appearance as counsel to **Cigna Health and Life Insurance Company** in the above-captioned bankruptcy cases.

Dated: July 20, 2023

CONNOLLY GALLAGHER LLP

*/s/ Jeffrey C. Wisler*
Jeffrey C. Wisler (No. 2795)
1201 N. Market Street
20th Floor
Wilmington, DE 19801
Telephone:   (302) 757-7300
Facsimile:    (302) 658-0380

Counsel for Cigna Health and Life Insurance Company

{05749854.DOC.}