## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2023, a true and correct copy of the foregoing document was served via email through the CM/ECF system upon the parties registered to receive such service.

Dated:  July 20, 2023

                                            */s/ Jeffrey C. Wisler*
                                            Jeffrey C. Wisler (DE 2795)