**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 22-10831 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. __** |

**ORDER GRANTING MOTION OF HON HAI PRECISION INDUSTRY CO., LTD. (A/K/A HON HAI TECHNOLOGY GROUP), FOXCONN EV TECHNOLOGY, INC., AND FOXCONN EV SYSTEM LLC TO DISMISS THE BANKRUPTCY CASES**

Upon consideration of the *Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases* (the "Motion"),[2] for entry of an order (this "Dismissal Order") dismissing the chapter 11 cases (the "Chapter 11 Cases") of Lordstown Motors Corp., Lordstown EV Corporation, and Lordstown EV Sales LLC (collectively, "Lordstown" or the Debtors) pursuant to section 1112(b) of title 11 of the United States Code (the "Bankruptcy Code"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and having considered the statements of counsel with respect to the Motion at a hearing

---

[1] The debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101) (collectively, the "Debtors"). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

before the Court (the "Hearing"); and the Court finding that the relief sought in the Motion is in the best interests of creditors, the estates, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases are hereby dismissed pursuant to section 1112(b) of the Bankruptcy Code as of the date of this Dismissal Order.

3. Notwithstanding any Bankruptcy Rule to the contrary, this Dismissal Order shall be immediately effective and enforceable upon its entry.

4. Notwithstanding the dismissal of these Chapter 11 Cases, this Court shall retain jurisdiction with respect to all matters arising from or related to this Dismissal Order.