IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 16** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER (A) ESTABLISHING BIDDING AND AUCTION PROCEDURES, (B) SCHEDULING CERTAIN DATES WITH RESPECT THERETO, (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT PROCEDURES, AND (E) GRANTING OTHER RELATED RELIEF**

PLEASE TAKE NOTICE that, on June 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of an Order (I) (A) Establishing Bidding and Auction Procedures, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Contract Assumption and Assignment Procedures, and (E) Granting Other Related Relief; and (II) (A) Authorizing the Debtors to Enter Into a Definitive Purchase Agreement and (B) Granting Other Related Relief* [Docket No. 16] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached thereto as **Exhibit A** was a proposed form of order approving, among other things, the proposed Bidding Procedures with respect to the sale of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 29338724v.1

substantially all of the Debtors' assets (the "**Proposed Bidding Procedures Order**").

PLEASE TAKE FURTHER NOTICE that, the Debtors hereby file a revised version of the Proposed Bidding Procedures Order (the "**Revised Bidding Procedures Order**"), and such Revised Bidding Procedures Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all interested parties, attached hereto as **Exhibit 2** is a blackline comparison of the Revised Bidding Procedures Order marked against the Proposed Bidding Procedures Order.

PLEASE TAKE FURTHER NOTICE that, a hearing with respect to approval of the Revised Bidding Procedures Order will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 on July 27, 2023 at 9:30 a.m. (prevailing Eastern Time) (the "**Hearing**").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Revised Bidding Procedures Order is revised further, the Debtors will present a blackline copy of such revised document to the Court either at or before the Hearing.

RLF1 29338724v.1

Dated: July 24, 2023

Respectfully submitted,

*/s/ James F. McCauley*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
James F. McCauley (No. 6991)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com
mccauley@rlf.com

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com
Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*