**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 110** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER (A) AUTHORIZING**
**THE RETENTION AND PAYMENT OF PROFESSIONALS UTILIZED**
**IN THE ORDINARY COURSE OF BUSINESS AND**
**(B) GRANTING OTHER RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On July 13, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of an Order (A) Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course of Business and (B) Granting Other Related Relief* [D.I. 110] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

2.      Pursuant to the *Notice of Motion and Hearing*, filed and served contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on July 20, 2023 (the "**Objection**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Deadline"[2]).  A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on July 27, 2023 starting at 9:30 a.m. (Eastern Daylight Time).

3.      Prior to the Objection Deadline, (i) the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") and (ii) the Creditors' Committee both provided informal comments to the Motion (together, the "**Informal Responses**").

4.      Other than the Informal Responses, as of the date hereof, the Debtors have not received any other responses or objections in connection with the Motion, nor do any objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.  To fully resolve the Informal Responses, the Debtors have prepared a revised form of order (the "**Revised Order**") in connection with the Motion.  A copy of the Revised Order is attached hereto as **Exhibit A**.  A redline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as **Exhibit B**.

5.      The Revised Order has been circulated to (i) the Debtors; (ii) the U.S. Trustee; and (iii) proposed counsel to the Creditors' Committee, and each of the parties to whom the Revised Order was circulated has indicated that it has no objection to the entry of the Revised Order.

6.      The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

---

[2] The Debtors agreed to extend the Objection Deadline for the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") only until 11:00 a.m. (Eastern Daylight Time) on July 24, 2023. The Creditors' Committee did not file an objection to the Motion by the Objection Deadline, as extended for it.

RLF1 29317599v.1

Dated: July 25, 2023

Respectfully submitted,

    */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
James F. McCauley (No. 6991)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com
mccauley@rlf.com

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com
Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Proposed Co-Counsel to Debtors and
Debtors in Possession*