UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re:

LORDSTOWN MOTORS CORP., et al.,

Debtor.

_____/

Case No: 23-10831
Chapter 11
Honorable Mary F. Walrath
Filed: June 27, 2023

**NOTICE OF APPEARANCE ON BEHALF OF ELAPHE PROPULSION TECHNOLOGIES LTD. AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of Elaphe Propulsion Technologies Ltd., in this Chapter 11 case. Pursuant to Section 1109(b) of title 11 of the United States Code and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), we request that all notices given or required to be given in the above-captioned Chapter 11 case or any related adversary proceeding and all papers served or required to be served in this case or any related adversary proceeding be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation orders and notice of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise which affect the above-captioned Debtor or property of the estate.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any pleading, claim or suit filed by Elaphe Propulsion Technologies Ltd. shall waive Elaphe Propulsion Technologies Ltd.'s right: (i) to have an Article III judge adjudicate cases, proceedings, matters, or controversies in which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (ii) to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (iii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) to any other remedy, recourse, claim, action, defense, set-off, or recoupment to which Elaphe Propulsion Technologies Ltd. may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

|  |  |
|---|---|
|  | WARNER NORCROSS + JUDD LLP<br>Attorneys for Elaphe Propulsion Technologies, Ltd. |
| Dated:  July 25, 2023 | By:  /s/ Stephen B. Grow<br>Stephen B. Grow (P39622)<br>180 Ottawa Ave NW<br>Grand Rapids, Michigan 49503<br>sgrow@wnj.com<br>(616) 752-2158 |