# EXHIBIT 1

## Ordinary Course Professionals

| Name | Description | OCP Cap |
|---|---|---|
| Ankura Intermediate Holdings, LP (DBA Ankura Consulting Group LLC) | Legal – Expert Witness | $90,000 |
| AP Expert Group LLC | Legal – Expert Witness | $25,000 |
| Brikho & Kallabat, P.C. (DBA Joseph Kallabat and Associates, PC) | Legal | $5,000 |
| Deloitte & Touche LLP | Accounting | $25,000 |
| Ernst & Young | Tax/NOL | $20,000 |
| Foley & Lardner LLP | Legal | $10,000 |
| FTI Consulting, Inc. | Legal – E-Discovery Services | $30,000 |
| Haynes and Boone, LLP | Legal | $30,000 |
| Mercer Capital Management, Inc. | Accounting | $5,000 |
| Nelson Mullins Riley & Scarborough LLP | Legal | $10,000 |
| Potter Anderson & Corroon LLP | Legal | $10,000 |
| Prospect Law LLP | Legal | $5,000 |
| Robar Public Relations | Communications | $2,500 |
| RSM US LLP | Consulting | $10,000 |
| Sullivan & Cromwell LLP | Legal | $50,000 |
| WIT Legal, LLC | Legal – Expert Witness | $10,000 |