## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | ) Case No. 23-10831 (MFW) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned case as counsel on behalf of Marelli North America, Inc. ("Marelli") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, or otherwise, which affect Marelli or this case to be served upon:

| | |
|---|---|
| A.J. Webb, Esq. | Patricia K. Burgess |
| Ohio Bar No. 0093655 | Tennessee Bar No. 039956 |
| Frost Brown Todd LLP | Frost Brown Todd LLP |
| 3300 Great American Tower | 150 3rd Avenue South |
| 301 East Fourth Street | Suite 1900 |
| Cincinnati, Ohio 45202 | Nashville, Tennessee 37201 |
| 513-651-6800 Telephone | Tel: (615) 251-5550 |
| 513-651-6981 Facsimile | Fax: (615) 251-5551 |
| awebb@fbtlaw.com | E-mail: pburgess@fbtlaw.com |

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Marelli specifically but not limited to (i) its right to have final orders in matters entered only after *de novo* reviewed by a District Court judge,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

(ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Marelli is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: July 26, 2023

Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ A.J. Webb*
A.J. Webb
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: awebb@fbtlaw.com

-and-

Patricia K. Burgess
150 3rd Avenue South
Suite 1900
Nashville, Tennessee 37201
Tel:  (615) 251-5550
Fax: (615) 251-5551
E-mail: pburgess@fbtlaw.com

**COUNSEL FOR MARELLI NORTH AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2023, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

*/s/ A.J. Webb*
A.J. Webb
