| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| James | McCauley | Debtors | |
| James | Sowka | Karma Automotive LLC | Seyfarth Shaw LLP |
| Mark | Olivere | Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP |
| William | Chipman | Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Tori | Remington | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Andrew | Sole | Interested Party | Esopus Creek Advisors LLC |
| Shaun | Kelly | Cigna | Connolly Gallagher LLP |
| Evan T. | Miller | Harco Manufacturing Group | Bayard, P.A. |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Michael | Wexler | Karma Automotive LLC | Seyfarth Shaw LLPC |
| Jesse | Coleman | Karma Automotive LLC | Seyfarth Shaw LLP |
| James | Hutzel | Self | Shareholder |
| Becky | Yerak | Wall Street Journal | News Corp |
| Kevin | Gross | Debtors | Richards, Layton & Finger, P.A. |
| Doah | Kim | Debtors | White & Case LLP |
| Jason | Madron | Debtors | Richards, Layton & Finger, P.A. |
| Daniel | DeFranceschi | Debtors | Richards, Layton Finger, P.A. |
| Adam | Kroll | Debtors | Lordstown Motors Corp. |
| Dan | Ninivaggi | Debtors | Lordstown Motors Corp. |
| Edward | Hightower | Debtors | Lordstown Motors Corp. |
| Melissa | Leonard | Debtors | Lordstown Motors Corp. |
| Thomas | Lauria | Debtors | White & Case LLP |
| Jason | Zakia | Debtors | White & Case LLP |
| David | Turetsky | Debtors | White & Case LLP |
| Roberto | Kampfner | Debtors | White & Case LLP |
| RJ | Szuba | Debtors | White & Case LLP |
| Livy | Mezei | Debtors | White & Case LLP |
| Peter | Strom | Debtors | White & Case LLP |
| Jeffrey | Finger | Debtors | Jefferies LLC |
| Jude | Orji | Self | None |
| Tristan | Manthey | Party in interest | Fishman Haygood, LLP |
| Anthony | Ponikvar | None | Baker & Hostetler LLP |
| Mathew | Laskowski | Foxconn | Paul Hastings LLP |
| Matt | Murphy | Foxconn | Paul Hastings LLP |
| Michael | Whalen | Foxconn | Paul Hastings LLP |
| Matt | Micheli | Foxconn | Paul Hastings LLP |
| Glenn | McGillivray | Atri Amin and Benjamin Hebert | Bernstein Litowitz Berger & Grossmann LLP |
| Jeff | Kaplan | BCAS | BCAS |
| Andrea | Wood | Youngstown Publishing Co. DBA The Business Journal | Youngstown Publishing Co. DBA The Business Journal |
| Nathan | Rosenblum | Hain Capital Group | |
| Seth | Pearson | Hain Capital Group | |
| Robert | Koltai | Hain Capital Group | |
| Dennis | Meloro | Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| Keith | Rolland | Keith Rolland | |
| Michael | Tomback | NA Observing | |
| Scott | Holbrook | Not participating as counsel in this hearing | Baker Hostetler |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Lauren | Molinaro | Bandol Lim | Kirby McInerney LLP |
| Amelia | Pollard | N/A | Bloomberg News |
| Wilfred | Guo | Potential Investor | JH Lane |
| Robert | Dehney | Foxconn Ventures Pte Ltd. | Morris Nichols Arsht & Tunnell LLP |
| Matthew | Harvey | Foxconn Ventures Pte Ltd. | Morris Nichols Arsht & Tunnell LLP |
| Taylor | Harrison | Debtwire | |
| Russell | Pybas | Unsecured Shareholder, Private Party | |
| Jack | Simons | Private Party | |
| Vince | Sullivan | Law360 | |
| Jay | Allen | Richard Kelly | |
| Ron | Selak | None | |
| Loren | Harman | Interested party | |