# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                                      Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before July 26, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Telephonic Section 341 Meeting** [Docket No. 95]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 98]

Furthermore, on or before July 27, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Entry of "Interim Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief" and Final Hearing Thereon** [Docket No. 71]

Dated: July 28, 2023

                                                                                               */s/* Heather Fellows
                                                                                               Heather Fellows
                                                                                               KCC
                                                                                               222 N Pacific Coast Highway, 3rd Floor
                                                                                               El Segundo, CA 90245
                                                                                               Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aaron Porter | | Address Redacted | | | | |
| Alan J Nishman | | Address Redacted | | | | |
| Alex Johnson | | Address Redacted | | | | |
| Alex Marks | | Address Redacted | | | | |
| Alexander Mulyk | | Address Redacted | | | | |
| Andrew Weissler | | Address Redacted | | | | |
| Anthony Ceccola | | Address Redacted | | | | |
| Anthony Morris | | Address Redacted | | | | |
| Ari Fingeroth | | Address Redacted | | | | |
| Brad Busa | | Address Redacted | | | | |
| Brent Reichert | | Address Redacted | | | | |
| Brett Ley | | Address Redacted | | | | |
| Charles Weber | | Address Redacted | | | | |
| Chef Andre Leite, LLC dba Padaria by Chef Andre Leite | Andre Leite | 48758 Van Dyke Ave | | Shelby Twp | MI | 48317-2561 |
| Chris Mazurkiewicz | | Address Redacted | | | | |
| Cody Knobel | | Address Redacted | | | | |
| Daniel Koskovick | | Address Redacted | | | | |
| David Bottjen | | Address Redacted | | | | |
| Dean Bonney | | Address Redacted | | | | |
| Dove Audio Visual, LLC | Chad A Davis | 358 Commerce St | | Tallmadge | OH | 44278-2139 |
| Eric Engebretson | | Address Redacted | | | | |
| Erik Stevens | | Address Redacted | | | | |
| Feby Mathew | | Address Redacted | | | | |
| Frank Garretson | | Address Redacted | | | | |
| GAC R&D Center Silicon Valley, Inc | Max Fong | 780 Montague Expy Ste 702 | | San Jose | CA | 95131-1321 |
| Gurdeep Khatra | | Address Redacted | | | | |
| Heather Blaine | | Address Redacted | | | | |
| James Vaughan | | Address Redacted | | | | |
| Jared Reynolds | | Address Redacted | | | | |
| Jay Feldmann | | Address Redacted | | | | |
| Jerome Wilson | | Address Redacted | | | | |
| Jill Williams | | Address Redacted | | | | |
| Justin Brasell | | Address Redacted | | | | |
| Kevin Ferko | | Address Redacted | | | | |
| Ky Nguyen | | Address Redacted | | | | |
| Lance Ritchie | | Address Redacted | | | | |
| Laura Medina | | Address Redacted | | | | |
| Laurence Romine | | Address Redacted | | | | |
| Mark Gingras | | Address Redacted | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Matt Rees | | Address Redacted | | | | |
| Michael Ambrozy | | Address Redacted | | | | |
| Michael Oconnell | | Address Redacted | | | | |
| New Eagle, LLC | David Duquesnel | 5220 S State Rd | | Ann Arbor | MI | 48108-7936 |
| Otto & Friends | | 287 Beeman Hill Rd | | Margaretville | NY | 12455-2025 |
| Patrick Grabill | | Address Redacted | | | | |
| Patrick Patterson | | Address Redacted | | | | |
| Peter Nguyen | | Address Redacted | | | | |
| PlantLog Corp | | PMB 48118 | 548 Market St | San Francisco | CA | 94104-5401 |
| Precision Technologies, Inc | Pete Dzugan | 4732 Lincoln Hwy | | Crestline | OH | 44827-9685 |
| Rakesh Kumar Dindukurthi | | Address Redacted | | | | |
| Ralph Degliobizzi | | Address Redacted | | | | |
| Rebecca Kheiry | | Address Redacted | | | | |
| RLE International, Inc. | Ameur Dhaimini | 11400 Metro Airport Center Dr Ste 100 | | Romulus | MI | 48174-1460 |
| Robert Markwith | | Address Redacted | | | | |
| Robert Nack | | Address Redacted | | | | |
| Ruth Dawson | | Address Redacted | | | | |
| Shane Brown | | Address Redacted | | | | |
| Taylor Made Cuisine Inc. | Alyssa Zuniga | 13231 Malta St | | Santa Ana | CA | 92705-2118 |
| Tim Judd | | Address Redacted | | | | |
| Tony Harris | | Address Redacted | | | | |
| TUV SUD America Inc. dba TUV America Inc. | Greg Kuhun | 401 Edgewater Pl Ste 500 | | Wakefield | MA | 01880-6204 |
| Tyler Tysdal | | Address Redacted | | | | |
| V Check Global | Amanda Russell | 150 E 52nd St Ste 32001 | | New York | NY | 10022-6233 |
| Vintage King Audio, Inc | Alex St Cin | 2032 Heide Dr | | Troy | MI | 48084-5510 |
| William Dueker | | Address Redacted | | | | |
| William Edgar | | Address Redacted | | | | |

# Exhibit B

**Exhibit B**
**Customers Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Gary Rennick | Address Redacted | | | |
| James Vaughan | Address Redacted | | | |
| Jerome Wilson | Address Redacted | | | |
| Josh Strickland | Address Redacted | | | |
| Michael Cary | Address Redacted | | | |
| Patrick Patterson | Address Redacted | | | |
| Robert Markwith | Address Redacted | | | |
| Roy Powers | Address Redacted | | | |
| William Edgar | Address Redacted | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1