IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, dated August 3, 2023, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following date and time has been scheduled as an omnibus hearing (the "**Omnibus Hearing**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"):

| **Date & Time** | **Location** |
|---|---|
| August 30, 2023 at 2:00 p.m. | U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 |

2. Additional Omnibus Hearings will occur thereafter in the Chapter 11 Cases as may be scheduled by subsequent order of the Court.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29405226v.1

3. All matters in the Chapter 11 Cases shall be set for and heard on the dates scheduled for Omnibus Hearings unless alternative hearing dates are approved by the Court for good cause shown.

|  |  |
|---|---|
| **Dated: August 3rd, 2023**<br>**Wilmington, Delaware** | **MARY F. WALRATH**<br>**UNITED STATES BANKRUPTCY JUDGE** |