IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | Hearing Date:  August 30, 2023 at 2:00 p.m.<br>Objection Deadline:  August 10, 2023 at 4:00 p.m. |
| | Re: D.I. 199 |

### RE-NOTICE OF "DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAKER & HOSTETLER LLP AS SPECIAL LITIGATION AND CORPORATE COUNSEL FOR THE DEBTORS EFFECTIVE <u>*NUNC PRO TUNC*</u> TO THE PETITION DATE" AND HEARING THEREON

PLEASE TAKE NOTICE that, on July 27, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Application For An Order Authorizing the Retention and Employment of Baker & Hostetler LLP As Special Litigation and Corporate Counsel For the Debtors Effective Nunc Pro Tunc to the Petition Date* [D.I. 199] (the "**Retention Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  Pursuant to the Retention Application, the Debtors are seeking entry of an order authorizing the employment and retention of the law firm of Baker & Hostetler LLP as special litigation and corporate counsel to the Debtors, effective *nunc pro tunc* to June 27, 2023.  **<u>You were previously served with a copy of the Retention Application</u>**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29411147v.1

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of Application and Hearing* filed and served contemporaneously with the Retention Application, any responses or objections to the relief requested in the Retention Application must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (Eastern Daylight Time) on August 10, 2023**.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, a hearing to consider approval of the Retention Application and any objections thereto will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **August 30, 2023 starting at 2:00 p.m. (Eastern Daylight Time)**.

IF NO OBJECTIONS TO THE RETENTION APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS OR ANY PRIOR NOTICE OF THE RETENTION APPLICATION, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE RETENTION APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 3, 2023<br><br>Respectfully submitted,<br><br>     /s/ Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Kevin Gross (No. 209)<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Amanda R. Steele (No. 5530)<br>Jason M. Madron (No. 4431)<br>James F. McCauley (No. 6991)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>gross@rlf.com<br>defranceschi@rlf.com<br>heath@rlf.com<br>steele@rlf.com<br>madron@rlf.com<br>mccauley@rlf.com<br><br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |