Judge Walrath    Case: 23-10831 / 23-50428-MFW    Lordstown Motors Corp.    Set: 08/03/2023 2:00 PM    Matter: Bid Procedures

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Doah | Kim | Debtors | White & Case LLP |
| Joseph | Barsalona II | Atri Amin and Benjamin Hebert | Pashman Stein Walder Hayden, P.C. |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Henry | Jaffe | Atri Amin and Benjamin Hebert | Pashman Stein Walder Hayden, P.C. |
| Edward | O'Leary | Atri Amin and Benjamin Hebert | Pashman Stein Walder Hayden, P.C. |
| Edward | King | Akebono | Frost Brown Todd LLP |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Rahul | Singh | self | Investor |
| Andrew | Sole | Interested Party | Esopus Creek Advisors |
| James | McCauley | Debtors | |
| Adam | Kroll | Debtors | Lordstown Motors Corp |
| Dan | Ninivaggi | Debtors | Lordstown Motors Corp. |
| Edward | Hightower | Debtors | Lordstown Motors Corp. |
| Melissa | Leonard | Debtors | Lordstown Motors Corp. |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Thomas E | Lauria | Debtors | White & Case LLP |
| Jason N. | Zakia | Debtors | White & Case LLP |
| David | Turetsky | Debtors | White & Case LLP |
| Jeffrey | Wisler | Cigna Health and Life Insurance Company | Connolly Gallagher LLP |
| Roberto | Kampfner | Debtors | White & Case LLP |
| Tori | Remington | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |

Judge Walrath     Case: 23-10831 / 23-50428-MFW     Lordstown Motors Corp.    Set: 08/03/2023 2:00 PM   Matter: Bid Procedures

| First | Last | Party | Firm |
|---|---|---|---|
| RJ | Szuba | Debtors | White & Case LLP |
| Shaun | Kelly | Cigna Health and Life Insurance Company | Connolly Gallagher LLP |
| Livy | Mezei | Debtors | White & Case LLP |
| Peter | Strom | Debtors | White & Case LLP |
| Jeffrey | Finger | Debtors | Jefferies LLC |
| Kevin | Gross | Debtors | Richards, Layton & Finger. P.A. |
| Jason M. | Madron | Debtors | Richards, Layton & Finger, P.A. |
| William | Chipman | Karma Automotive | Chipman Brown |
| Mark | Olivere | Karma Automotive LLC | Chipman Brown |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Ron | Selak | None | |
| Ankita | Sangwan | Defendants | Pomerantz LLP |
| Evan T. | Miller | Harco Manufacturing Group | Bayard, P.A. |
| Josh | Lafair | Weiss Asset Management | |
| Glenn | McGillivray | Atri Amin and Benjamin Hebert | Bernstein Litowitz Berger & Grossmann LLP |
| Samuel | Adams | Atri Amin and Banjamin Herbert | Pomerantz LLP |
| Matthew | Harvey | Foxconn Ventures Pte Ltd. | Morris Nichols Arsht & Tunnell LLP |
| Matthew | Talmo | Foxconn Ventures Pte Ltd. | Morris Nichols Arsht & Tunnell LLP |
| Gregory | Varallo | Defendants Atri Amin and Benjamin Hebert | Bernstein Litowitz Berger & Grossmann |
| Joshua | Benson | Member of Public | |
| Matt | Murphy | Foxconn | Paul Hastings LLP |
| Michael | Whalen | Foxconn | Paul Hastings LLP |
| Mathew | Laskowski | Foxconn | Paul Hastings LLP |
| Andrea | Wood | The Business Journal, Youngstown, Ohio | Youngstown Publishing Co. |
| Anthony | Ponikvar | None | Baker Hostetler |
| David | Zubkis | NA Observing | |
| Margaret | Sanborn-Lowing | Atri Amin and Benjamin Hebert | Bernstein Litowitz Berger & Grossmann LLP |
| Jack | Simons | Private | |
| Sean | Quigley | Debtors - Lordstown Motor Corp | Richards, Layton & Finger |

Judge Walrath     Case: 23-10831 / 23-50428-MFW     Lordstown Motors Corp.   Set: 08/03/2023 2:00 PM   Matter: Bid Procedures

| | | | |
|---|---|---|---|
| Taylor | Harrison | Debtwire | |
| Vince | Sullivan | Law360 | |
| James | Sowka | Karma Automotive, LLC | Seyfarth Shaw LLP |
| Jonathan | Randles | Bloomberg | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Nathan | Rosenblum | Hain Capital Group | |
| Cory | Kandestin | Debtors | Richards, Layton & Finger |
| Robert | Koltai | Hain Capital Group | |
| Alexander | Steiger | Lordstown Motors Corp. | Richards, Layton & Finger, P.A. |
| Bennett | Silverberg | Interested Party | Brown Rudnick LLP |
| Andrew | Valentini | Andrew Valentini | VonWin Capital Management |
| Thomas | James | Atri Amin and Benjamin Hebert | Bernstein Litowitz Berger & Grossmann LLP |
| | | | |