## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lordstown Motors Corp., *et al.*,[1] | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE OF COUNSEL AND**
**DEMAND FOR NOTICES AND PAPERS**

Please take notice that the undersigned firm of Sullivan Hazeltine Allinson LLC hereby enters its appearance as counsel for Elaphe Propulsion Technologies Ltd. ("Elaphe") in the above-captioned cases, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone numbers, telecopy numbers, and e-mail addresses:

William A. Hazeltine, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct, Farmington Hills, MI 48331.

informal, written or oral, and whether transmitted or conveyed by mail, hand or overnight delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Elaphe's rights (i) to have final orders in non-core matters and/or matters entitled to adjudication by a judge authorized under Article III of the U.S. Constitution entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Elaphe is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Elaphe expressly reserves.

Date: August 4, 2023  
      Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*  
William A. Hazeltine (No. 3294)  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  
Email: whazeltine@sha-llc.com

*Attorneys* for *Elaphe Propulsion Technologies Ltd.*