# EXHIBIT C

**Marcero Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831-MFW<br><br>(Jointly Administered) |

**DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Laura Marcero, declare under penalty of perjury that:

1. I am a Managing Director of Huron Consulting Group Inc. ("Huron"), a professional services firm with numerous offices throughout the country. I am duly authorized to make this declaration (the "Declaration") on behalf of Huron.

2. This Declaration is being submitted in support of the Application for Entry of an Order Authorizing the Employment and Retention of Huron Consulting Group Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of the Retention Date (the "Application").

3. I have personal knowledge of each of the facts stated in this verified statement, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I would testify as to the matters set forth below based upon my personal knowledge. To the extent that I obtain additional information, which requires further disclosure or modification, a supplemental statement will be submitted to the Court.

4. Neither I nor, to the best of my knowledge, any other member or employee of Huron had any business, or other connection, with the Debtors, its attorneys, investment banker or financial advisor,

---

[3] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

5

160315368v4

or any other party in interest, except as disclosed herein. Huron is disinterested as defined by 11 U.S.C. § 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5. Specifically, Huron obtained from the Debtors the names of individuals and entities that may be parties in interest in these Chapter 11 Cases (the "<u>Potentially Interested Parties</u>").

6. Huron has represented, represents, and in the future will likely represent, committees in matters unrelated to the Debtors and these Chapter 11 Cases, whose members are or may be creditors and/or committee members in these Chapter 11 Cases. Huron, however, is not representing any of those entities in these Chapter 11 Cases and will not represent any members of those committees in any claims that they may have collectively or individually against the Debtors.

7. Huron's conflict analysis, completed under my supervision, consisted of queries of an internal computer database containing names of individuals and entities that are present or recent former clients of Huron in order to identify relationships with the Potentially Interested Parties. A listing of the parties included in these queries are set forth on **Schedule 1** to this Declaration. A summary of the relationships and representations that Huron was able to identify using its reasonable efforts is set forth on **Schedule 2** to this Declaration. Huron's representation of each entity listed on **Schedule 2** (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors and these Chapter 11 Cases.

8. Huron is not providing, and will not provide, services to any of the clients that are listed on **Schedule 2** with respect to matters as to which they would be adverse to the Debtors or their estates or related to issues connected to the Debtors' Chapter 11 Cases. Huron has provided, and likely will continue to provide, services unrelated to these Chapter 11 Cases for the various Potentially Interested Parties listed on **Schedule 2**. Huron's provision of services to these Potentially Interested Parties primarily has involved the provision of consulting services. To the best of my knowledge, information, and belief: (a) Huron's services to these parties were and are wholly unrelated to the Debtors, their estates, and these Chapter 11 Cases; (b) Huron has not provided services to these parties that could impact their rights in these Chapter

11 Cases; and (c) Huron's involvement in these Chapter 11 Cases does not compromise its ability to continue providing such consulting services to these Potentially Interested Parties.

9. Moreover, as part of its diverse practice, Huron appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and Potentially Interested Parties in these Chapter 11 Cases. Additionally, Huron has performed in the past, and may perform in the future, consulting services for various attorneys and law firms in the legal community and has been represented by several attorneys and law firms in the legal community, some of whom may be involved in these Chapter 11 Cases. Moreover, Huron has in the past, may currently and will likely in the future be working with or against other professionals involved in these Chapter 11 Cases on matters unrelated to the Debtors or these Chapter 11 Cases. Based on my current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships create interests materially adverse to the Debtors with respect to the matters for which Huron is to be employed, and none are in connection with these Chapter 11 Cases.

10. Although Huron has researched the Potentially Interested Parties list, the Debtors may have customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potentially Interested Parties and with whom we may maintain business relationships. Other than as disclosed herein, Huron has no relationship with the Debtors of which I am aware after due inquiry.

11. To the best of my knowledge, no professional of Huron who will work on these engagements are related or connected to any United States Bankruptcy Judge for the District of Delaware, any District Judge for the District of Delaware, or any employee of the U.S. Trustee.

12. The Huron professionals providing services to the Committee will consult with internal Huron bankruptcy retention and billing advisors to ensure compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, guidelines established by the United States Trustee and any other applicable procedures and orders of the Court, as well as to decrease the overall fees associated with the administrative aspects of Huron's engagement. The services provided by these bankruptcy retention and

billing advisors shall include, but are not limited to: (a) assistance with preparation of the bankruptcy retention documents; (b) assistance with the disinterestedness disclosures; and (c) preparation of monthly fee statements and interim and final fee applications. Given the specialized nature of these services, specific billing rates exist for these Huron bankruptcy retention and billing advisors.[4]

13. I have read the statements contained in the Application. To the best of my knowledge, the statements are true and correct, including statements made therein regarding Huron's qualifications and compensation rates.

14. I declare under penalty of perjury that the foregoing is true and correct. This Declaration is made subject to the penalties of 28 U.S.C. § 1746 relating to unsworn falsifications to authorities.

Dated: August 7, 2023              Respectfully submitted,

By: /s/ Laura Marcero
    Laura Marcero
    Managing Director
    Huron Consulting Group, Inc.

---

[4] The rate per hour for these Huron bankruptcy retention and billing advisors by level of experience will be as follows: Managing Director $975 - $1,315; Director/Senior Director $700 - $950; Manager $600; Associate: $500 - $500; Analyst $325 - $500. These rates also are subject to periodic adjustments.

# SCHEDULE 1

**Potentially Interested Parties**

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

**Debtors**
Lordstown EV Corp.
Lordstown EV Sales LLC
Lordstown Motors Corp.
DiamondPeak Holdings Corp.
DPL Merger Sub Corp.
MIH EV Design, LLC

**Debtors' Bankruptcy Professionals**
Jefferies Group LLC
Kurtzman Carson Consultants, LLC
Richards Layton & Finger, P.A.
Silverman Consulting, Inc.
White & Case LLP

**Investors with over 5% Holdings**
Foxconn (Far East) Limited
Foxconn EV Technology, Inc.
Foxconn Ventures Ptd. Ltd.
Foxteq Holdings Inc.
Foxteq Integration Inc.
Hon Hai Precision Industry Co., Ltd.
Hon Hai Technology Group
PCE Paragon Solutions Kft.

**Directors and Officers**
Joseph Anderson
Donna Bell
Keith Feldman
David Hamamoto
Edward Hightower
Adam Kroll
Melissa Leonard
Daniel Ninivaggi
Jane Reiss
Laura Soave
Dale Spencer
Angela Strand

**Former Directors and Officers**
Stephen Burns
Thomas Canepa
Michael Gates
Mickey Kowitz

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

John LeFleur
Jane Ritson-Parsons
Rebecca Roof
Martin Rucidlo
John Whitcomb

**Lien Holders**
Competition Engineering, Inc.
Foxconn EV Technology, Inc.
Hewlett-Packard Financial Services Company
Peterson Jig and Fixture, Inc.
Precision Jig and Fixture
Proper Tooling International
Proper Tooling, LLC

**Insurance Parties**
Accredited Specialty Insurance Company
Allied World Specialty Insurance Company
Associated Industries Insurance Co., Inc
AXIS Insurance Company
Berkley Insurance Company
CFC Underwriting / Lloyds
Continental Casualty Company
Endurance Assurance Corporation
Fair American Insurance & Reinsurance Co
Gemini Insurance Company
General Star Indemnity Company
Hudson Insurance Company
Ironshore Specialty Insurance Company
Magna Carta Insurance Ltd. / Lloyds
National Union Fire Ins Co of Pittsburgh, PA
RSUI Indemnity Company
RT Specialty Insurance Services, LLC
Samsung Fire & Marine Ins Co Ltd (US Br)
SiriusPoint Bermuda Insurance Company
The Cincinnati Indemnity Company
The Cincinnati Insurance Company
Underwriters At Lloyds London
Westfield Specialty Insurance Comp
XL Specialty Insurance Company

**Customers**
Army Contracting Command - Detroit Arsenal (ACC-DTA)
City of Washington, D.C.

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Greenstreet EV Inc
JoeyB QB LLC
Pratt & Miller Engineering & Fabrication LLC
San Diego Unified Port District
Sherpa Commercial Vehicles LLC

**Cash Management/Banks**
JP Morgan Asset Management
JP Morgan Chase Bank, N.A.
JP Morgan Institutional Investments Global Liquidity
JP Morgan Prime
JP Morgan Securities

**Litigation Parties**
Atri Amin
Joshua Betof
Shane Brown
Jesse Brury
Stephen Burns
Kin San Chan
Mohammed Chowdhury
Daniel Cohen
David Cohen
Pnina Cohen
Simha Cohen
Carole Cooper
Kenneth Davenport
Roger Durre
Michael Fabian
Keith A Feldman
Ethan Fingerer
Caimin Flannery
FNY Managed Accounts LLC
Michael Gates
Globestar Systems, Inc.
Mario Guerrero
David Hamamoto
Judith A. Hannaway
Steven Hash
Benjamin Herbert
Hong Xin Huan
George Huan
Dan Zhihong Huang
Janelle Jackson

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

John H Jenkins
Karma Automotive LLC
Alicia Kelley
Christopher Kim
Mickey Kowitz
John LeFleur
Kevin Levent
Ed Lomont
M.R.S. Leasing Corporation LTD
Robert Miller
Ashith Pabbathi
Robert Palumbo
Claude L Patterson
Darren Post
Stephen Punak
Punak Engineering, Inc.
Bei Qin
Jane Reiss
Andrew Richardson
Matthew Rico
Julio C Rodriguez
Raymond Romano
Martin Rucidlo
Evaristo Sarabia
Phil Schmidt
Silverpeak Credit Partners LP
Silverpeak Real Estate Partners LP
Silverpeak Renewables Investment Partners LP
Silverpeak Sponsor LLC
Silverpeak Strategic Partners LLC
Gurpreet Singh
Randy Slipher
SP SPAC Sponsor LLC
Dale G Spencer
Herbert Stotler
Angela Strand Boydston
Daniel Tavares
Dari Tehrani
Eskander Tehrani
Steven Terry
An Thai
George Troicky
Chuan Vo
John Vo

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Mark Walsh
Sulayman Zuod

**Ordinary Course Professionals & Professionals of Parties in Interest**
Akin Gump Strauss Hauer & Feld LLP
Ankura Intermediate Holdings, LP dba Ankura Consulting Group LLC
Baker & Hostetler LLP
Bernstein Litowitz Berger & Grossman, LLP
Bodman PLC
Climaco, Wilcox, Peca, Tarantino & Garofoli
Cohen Rosenthal & Kramer
Cooch and Taylor
Cummins Law
Dechert LLP
deLeeuw Law LLC
Deloitte & Touche LLP
Dentons US
Dittmer, Wagoner & Steele
Elfvin, Klingshirn, Royer & Torch, LLC
Employment Law Partners
Entwistle & Cappucci LLP
Ernst & Young U.S. LLP
Fisher and Phillips LLP
Foley & Lardner LLP
FTI Consulting, Inc
Gladstein, Neandross & Associates
Hagens Berman Sobol Shapiro LLP
Haynes and Boone, LLP
Kaskela Law LLC
Frost Brown Todd LLP
Connolly Gallagher LLP
Polsinelli PC
Pashman Stein Walder Hayden, P.C.
Bayard, P.A.
Chipman Brown Cicero & Cole, LLP
Troutman Pepper Hamilton Sanders LLP
Kooperman Mentel Ferguson Yaross
KPMG LLP
Labaton Sucharow LLP
Lasky, LLC
Latham & Watkins LLP
Law Office of Daniel R. Karon
Lifshitz Law PLLC
Long Law, LLC

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE*. The following names were compared to Huron's client database to identify any connection or relationship:

Mercer Capital Management, Inc.
Merriman Legando Williams & Klang
Murray, Murphy, Moul & Basil
Nelson Mullins Riley & Scarborough LLP
Paul Hastings LLP
Perantinides & Nolan
Perez & Morris
Phillips ADR Enterprises PC
Pomerantz LLP
Potter Anderson & Corroon LLP
Prospect Law LLP
Purcell & Lefkowitz LLP
Robbins Geller Rudman & Dowd
RSM US LLP
Saxena White
Schall Law
Schubert Jonckheer & Kolbe LLP
Seyfarth Shaw LLP
Shapiro Haber & Urmy LLP
Simpson Thacher & Bartlett LLP
Socotec Advisory, LLC
Strauss Troy
Sullivan & Cromwell LLP
The Brown Law Firm, P.C.
The Rosen Law Firm, P.A.
Winston & Strawn LLP
WIT Legal, LLC
Zoll & Kranz

| **Other Parties in Interest** |
|---|
| Blackrock |
| Blackrock Institutional Trust Company, N.A. |
| Softbank |

| **Senior Employees** |
|---|
| Raghu Aerabati |
| Jill Coniglio-Kirk |
| Carter Driscoll |
| Waqar Hashim |
| Cheryl Johnson |
| Michael Port |
| Darren Post |
| Andrew Reyntjes |

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

**Significant Lease and Contract Counterparties**
Andrew Reyntjes
275 Hills Tech Ventures LLC
Aon (Bermuda) Ltd.
Aon Risk Services Central Inc.
Aon UK Limited
Applied Medical Resources Corporation
Arthur J. Gallagher Risk Management Services, Inc.
Cigna Health and Life Insurance Company
Elaphe Propulsion Technologies Ltd.
Foxconn EV Property Development LLC
Foxconn EV System LLC
GAC R&D Center Detroit, LLC
General Motors
GM EV Holdings LLC
Liberty Property and Asset Management
Michigan Strategic Fund
Paylocity Corporation
Principal Life Insurance Company
TenantBase, Inc.
TransAmerica Corporation
Willowgreen Building Group, LLC
Workhorse Group Inc.

**Significant Vendors**
A.K.Stamping Company, Inc
ABSOLUTE ELECTRONICS INC
Akebono Brake Company
Amphenol Interconnect Products Corporation
Anchor Tool and Die Company dba Anchor Manufacturing Group, Inc.
Anderton Castings SAS
AP Expert Group LLC
Armada Toolworks LTD.
AT&T MOBILITY-CC
ATCO Industries, Inc.
Auto Motive Power Inc
Baker Hostetler
Barry L. Leonard and Company Inc. dba Trans Machine Technologies
Bennie W Fowler, LLC
Bossard Inc.
Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC
CEVA Contract Logistics US Inc
CEVA International, Inc
CITIC Dicastal Co, Ltd

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Cognizant Mobility, Inc
Cognizant Worldwide Limited
Complete Discovery Source, Inc (CDS)
Contour Hardening Inc
Cox Automotive Mobility Solutions, Inc
Cox Automotive, Inc - Manheim
Custodial Building Services, Inc
DAG LTD, LLC
Detroit Engineered Products dba DEP
Duggan Manufacturing LLC
Elaphe Propulsion Technologies LTD
Fiberdyne Research Pty Ltd
Filec Production SAS - Amphenol
Foshan Aoya Electrical and Mechanical Co., Ltd.
Foxconn EV Property Development LLC
Foxconn EV System LLC
Greatech Intergration (M) SDN BHD
Harco Manufacturing Group, LLC
Haynes and Boone, LLP
HRB Industries Corp
HubSpot Inc
IEE S.A.
Infosys Limited
Jiangyin Haida Rubber and Plastic Co., Ltd. Dba Haida
JVIS USA LLC
KPMG LLP
Lasky, LLC
Laval Tool & Mould LTD
Logicalis, Inc
Lumma Clean LLC
Mahle Behr USA Inc
Mainfreight, Inc
Mainfreight, Inc - Canada
Marelli North America Inc dba CalsonicKansel North America Inc.
Megatronix（Beijing）Technology Co., Ltd
Meta Systems SpA
Miotti Srl
Mosaic Corporation
MSSC US INC
New Eagle, LLC
Nexteer Automotive Corporation
OpenText Inc
Payscale Inc
Pektron EV Limited

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Pi Innovo LLC
Pierburg US LLC
Potter Anderson & Corron LLP
Principal Life Insurance Company
Proper Group Holdings LLC dba Proper Tooling LLC
Quality MetalCraft Inc
Racar Engineering, LLC
Ready Logistics, LLC
Roush Industries, Inc
RTL Systems, LLC
SA Automotive LTD
Schwab Industries, Inc
SG Automotive doo
Sharp Dimension Inc
Sherpa Commercial Vehicles, LLC
Silverman Consulting, Inc
Simpson Thacher & Bartlett LLP
Socotec Advisory, LLC
St Clair Technologies Inc
Sullivan & Cromwell LLP
Superior Cam Inc
Sybridge Technologies Canada, Inc
Technology Solutions Anywhere LLC dba Readysoft
Teijin Automotive Technologies, Inc
TERIS - Phoenix LLC DBA TERIS
The Timken Corporation
Three-Dimensional Services dba 3 Dimensional Services Group
thyssenkrupp Materials NA, Inc dba Ken-Mac Metals or thyssenkrupp Steel Services
Transportation Research Center, Inc dba TRC, Inc
Triple Crown Consulting, LLC
TTI, INC dba Symmetry Electronics (a division of TTl, lnc,) and RFMW (a division of TTl, lnc)
Ventra Group Co dba Flex-N-Gate Bradford
VIA Optronics LLC
Victora Auto Private Limited
Zetwerk Manufacturing USA, Inc
ZF PASSIVE SAFETY SYSTEMS US INC

**Taxing and Regulatory Authorities**
California Department of Tax and Fee Administration
California Franchise Tax Board
California State Board of Equalization
Committee on Foreign Investment in the United States
Delaware Secretary of State
Delaware State Treasury

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Delaware Tax Authority
California Attorney General
Delaware Dept of Justice
Florida Attorney General
Georgia Attorney General
Illinois Attorney General
Michigan Attorney General
North Carolina Attorney General
Ohio Attorney General
Pennsylvania Attorney General
Texas Attorney General
US Attorney for District of Delaware
Internal Revenue Service
Michigan Department of Treasury
National Highway Traffic Safety Administration
Ohio Bureau of Workers' Compensation
Ohio Department of Taxation
Orange County Property Taxes
Pipeline and Hazardous Materials Safety Administration
Securities and Exchange Commission
U.S. Department of Justice
U.S. Patent and Trademark Office
Village of Lordstown, OH Income Tax

**Top Unsecured Creditors**
Amphenol Interconnect Products Corporation
AP Expert Group LLC
AT&T MOBILITY-CC
Barry L. Leonard and Company Inc. dba Trans Machine Technologies
Bossard Inc.
CalsonicKansel North America Inc
CEVA Contract Logistics US Inc
Cognizant Mobility, Inc
Elaphe Propulsion Technologies LTD
Fiberdyne Research Pty Ltd
Filec Production SAS - Amphenol
Foxconn EV System LLC
Greatech Intergration (M) SDN.BHD.
Harco Manufacturing Group, LLC
HRB Industries Corp.
JVIS USA LLC
Laval Tool & Mould LTD.
Marelli North America Inc dba
Meta Systems SpA

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Nexteer Automotive Corporation
Pektron EV Limited
Proper Group Holdings LLC dba Proper
Quality MetalCraft Inc.
SA Automotive LTD
Sharp Dimension Inc
St. Clair Technologies Inc.
Superior Cam Inc
Technology Solutions Anywhere LLC dba Readysoft
Teijin Automotive Technologies, Inc
The Timken Corporation
Three-Dimensional Services dba 3 Dimensional Services Group
thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp Steel Services
Tooling LLC
Trans Machine Technologies
Ventra Group Co. dba Flex-N-Gate Bradford
VIA Optronics LLC
Zetwerk Manufacturing USA, Inc.
ZF Passive Safety Systems US Inc.

**Office of the United States Trustee (Wilmington, DE)**
Sulayman Zuod
Lauren Attix
Linda Casey
Denis Cooke
Joseph Cudia
Holly Dice
Shakima Dortch
Timothy Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Nyanquoi Jones
Jane Leamy
Hannah McCollum
Joseph McMahon
James O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith Serrano
Rosa Sierra-Fox
Karen Starr

**Schedule 1**

**Searched Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . The following names were compared to Huron's client database to identify any connection or relationship:

Andrew Vara
Dion Wynn

**United States Bankruptcy Judges in the District of Delaware**
Ashley M. Chan
John T. Dorsey
Craig T. Goldblatt
Thomas M. Horan
Karen B. Owens
Brendan L. Shannon
Laurie S. Silverstein
Kate Stickles
Mary F. Walrath

**Utilities**
AT&T Business Direct
AT&T MOBILITY-CC
Comcast Holdings Corporation dba Comcast Cable Communication Management LLC
Cox Communications California LLC dba Cox Business
CR&R Environmental Services
Detroit Disposal & Recycling
Irvine Ranch Water District
Sonitrol Orange County
Southern California Edison
Southern California Gas Company dba The Gas Company; So Cal Gas

## SCHEDULE 2

**Connections to Potentially Interested Parties**

160315368v5

**Schedule 2**

**Potentially Interested Parties**

This information is being provided in connection with the *DECLARATION OF LAURA MARCERO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HURON CONSULTING GROUP INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF THE RETENTION DATE* . Huron has or had business relationships with, currently renders, or has previously rendered services in matters unrelated to these Chapter 11 cases for the following entities:

**The following parties have been identified as either current or former Huron clients, or have represented parties in engagements where Huron has also been retained:**

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Baker & Hostetler LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Blackrock | Other Parties in Interest |
| Blackrock Institutional Trust Company, N.A. | Other Parties in Interest |
| BODMAN PLC | Ordinary Course Professionals & Professionals of Parties in Interest |
| Dechert LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Dentons US | Ordinary Course Professionals & Professionals of Parties in Interest |
| Foley & Lardner LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| FTI Consulting, Inc | Ordinary Course Professionals & Professionals of Parties in Interest |
| General Motors | Significant Lease and Contract Counterparties |
| Haynes and Boone, LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Jefferies Group LLC | Debtors' Bankruptcy Professionals |
| KPMG LLP | Significant Vendors |
| Kurtzman Carson Consultants, LLC | Debtors' Bankruptcy Professionals |
| Latham & Watkins LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Nelson Mullins Riley & Scarborough LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Nexteer Automotive Corporation | Significant Vendors |
| Paul Hastings LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Polsinelli PC | Ordinary Course Professionals & Professionals of Parties in Interest |
| Potter Anderson & Corron LLP | Signficant Vendors |
| Principal Life Insurance Company | Significant Vendors |
| Richards Layton & Finger, P.A. | Debtors' Bankruptcy Professionals |
| Robbins Geller Rudman & Dowd | Ordinary Course Professionals & Professionals of Parties in Interest |
| RSM US LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Securities and Exchange Commission | Taxing and Regulatory Authorities |
| Seyfarth Shaw LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| Silverman Consulting, Inc. | Debtors' Bankruptcy Professionals |
| Softbank and affiliates | Other Parties in Interest |
| Southern California Edison | Utilities |
| Sullivan & Cromwell LLP | Ordinary Course Professionals & Professionals of Parties in Interest |
| White & Case LLP | Debtors' Bankruptcy Professionals |
| Winston & Strawn LLP | Ordinary Course Professionals & Professionals of Parties in Interest |

**The following parties represent Lordstown vendors, customers, or others that appear to potentially be similarly situated in other engagements undertaken by Huron:**

| | |
|---|---|
| Amphenol Interconnect Products Corporation | Signficant Vendors |
| Aon Risk Services Central Inc. | Significant Lease and Contract Counterparties |
| California Franchise Tax Board | Taxing and Regulatory Authorities |
| California State Board of Equalization | Taxing and Regulatory Authorities |
| Cigna Health and Life Insurance Company | Significant Lease and Contract Counterparties |
| CITIC Dicastal Co, Ltd | Signficant Vendors |
| Cognizant Worldwide Limited | Signficant Vendors |
| Delaware Secretary of State | Taxing and Regulatory Authorities |
| Internal Revenue Service | Taxing and Regulatory Authorities |
| Irvine Ranch Water District | Utilities |
| Logicalis, Inc | Signficant Vendors |
| Mainfreight, Inc - Canada | Signficant Vendors |
| Michigan Department of Treasury | Taxing and Regulatory Authorities |
| National Highway Traffic Safety Administration | Taxing and Regulatory Authorities |
| Ohio Department of Taxation | Taxing and Regulatory Authorities |
| Pipeline and Hazardous Materials Safety Administration | Taxing and Regulatory Authorities |
| The Timken Corporation | Signficant Vendors |
| U.S. Department of Justice | Taxing and Regulatory Authorities |