# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before August 2, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Telephonic Section 341 Meeting** [Docket No. 95]
- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 98]

Dated: August 4, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Aaron Rinehimer | | Address Redacted | | | | |
| Alana Marzich | | Address Redacted | | | | |
| Alec Gibbs | | Address Redacted | | | | |
| Brittany Smoot | | Address Redacted | | | | |
| Burgaflex North America | David Jackson | 1101 Copper Ave | | Fenton | MI | 48430-1770 |
| Caleb Johns | | Address Redacted | | | | |
| Clarence Jackson | | Address Redacted | | | | |
| David Phillips | | Address Redacted | | | | |
| FreeWire Technologies, Inc. | Patrick Flahive | 7200 Gateway Blvd | | Newark | CA | 94560-8001 |
| Giovanni Dimauro | | Address Redacted | | | | |
| GLR Solutions, Inc | Amy Stea-Fabien | 45574 Private Shore Dr | | Chesterfield | MI | 48047-5373 |
| Henry Courtney | | Address Redacted | | | | |
| Jaimie Green | | Address Redacted | | | | |
| Jakob Thompson | | Address Redacted | | | | |
| Jeffrey Morgan | | Address Redacted | | | | |
| Josh Strickland | | Address Redacted | | | | |
| Kambrea Oneal | | Address Redacted | | | | |
| Kenneth Elliott | | Address Redacted | | | | |
| Mark Hendron | | Address Redacted | | | | |
| Michael Cary | | Address Redacted | | | | |
| MMP LLC dba Creative Storm | Mike | Address Redacted | | | | |
| Mosaic Corporation | Ken Kingery | 3720 Longview Dr Ste 2 | | Atlanta | GA | 30341-2238 |
| Nephi Casuga | | Address Redacted | | | | |
| Raymond Batz | | Address Redacted | | | | |
| Robert Bosch Automotive Steering LLC dba Automotive Steering Column LLC | Dustin Ridgeway | 1 Tower Ln Ste 3100 | | Oakbrook Ter | IL | 60181-4638 |
| Savannah Sawyers | | Address Redacted | | | | |
| Scott Catania | | Address Redacted | | | | |
| Stephen Burns | | Address Redacted | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                      Page 1 of 1