## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### <u>CERTIFICATE OF SERVICE</u>

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 26, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B**:

- **Notice of Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in the Debtors and (B) Granting Other Related Relief** [Docket No. 190]

- **Order Granting Debtors' Motion for Leave to File Debtors' (A) Bidding Procedures Motion Reply and (B) Estimation Motion Reply** [Docket No. 191]

Furthermore, on July 26, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in the Debtors and (B) Granting Other Related Relief** [Docket No. 190]

Furthermore, on July 26, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Order Granting Debtors' Motion for Leave to File Debtors' (A) Bidding Procedures Motion Reply and (B) Estimation Motion Reply** [Docket No. 191]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

Furthermore, on July 28, 2023, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit E**; via Overnight Mail to the parties on the service list attached hereto as **Exhibit F** for subsequent distribution to beneficial holders of Lordstown Motors Corp. Common Stock, CUSIP 54405Q209; via First Class Mail to the parties on the service list attached hereto as **Exhibit G**, and to the registered holders of Common Stock, on the service list attached hereto as **Exhibit H**, provided by American Stock Transfer and Trust Company as transfer agent:

- **Notice of Final Order (A) Establishing Notice and Hearing Procedures for Trading in Equity Securities in the Debtors and (B) Granting Other Related Relief** [Docket No. 190]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: August 8, 2023

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30<br>Committee of Unsecured Creditors | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com |
| Top 30 | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Harco Manufacturing Group, LLC | Bayard, P.A. | Evan T. Miller | emiller@bayardlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossman LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossman LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Top 30 | Bossard Inc. | Jon Dabney | JDabney@bossard.com |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | AR@cevalogistics.com |
| Counsel to Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | Aneil.Shah@cognizant.com |
| Counsel for Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Gregor.Golja@elaphe-ev.com |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | julian.merritt@fiberdyne.com.au |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 | Foxconn EV System LLC | Butzel Long | klein@butzel.com |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel for Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | halai@greatech-group.com |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | mknepp@harcoonline.com |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Top 30 | HRB Industries Corp | Kevin Yao | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | campana@jvis.us |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | dwightman@lavaltool.net |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | rosa.cardona@marelli.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang Matt Murphy | mikehuang@paulhastings.com; mattmurphy@paulhastings.com |
| Top 30 | Pektron EV Limited | | afield@pektron.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel for Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | awilliams@pcamco.com; AR@proper.net |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Richards, Layton & Finger, P.A. | Kevin Gross, Daniel J. DeFranceschi, Paul N. Heath, Amanda R. Steele, Jason M. Madron | gross@rlf.com; defranceschi@rlf.com; heath@rlf.com; steele@rlf.com; madron@rlf.com |
| Top 30 | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Jesse M. Coleman | jmcoleman@seyfarth.com |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Michael D. Wexler, James B. Sowka | mwexler@seyfarth.com; jsowka@seyfarth.com |
| Top 30 | Sharp Dimension Inc | Tracy Tran | tracy@sharpdimension.com |
| Top 30 | St. Clair Technologies Inc | | TArmstrong@stclairtech.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | sagarm@readysoftind.com |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | john.ruterbusch@cspplastics.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | The Timken Corporation | Charles Wojdyla | charles.wojdyla@timken.com; ACCTSREC@TIMKEN.COM |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | GarryK@3dimensional.com |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson.Fridley@thyssenkrupp-materials.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | VIA Optronics LLC | Brett Gaines | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | 20 Valley Street | | | Endicott | NY | 13760 | |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Top 30 | Bossard Inc. | Jon Dabney | 6521 Production Dr | | | Cedar Falls | IA | 50613 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | 15350 Vickery Dr | | | Houston | TX | 77032 | |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | 1391 Wheaton Ste 700 | | | Troy | MI | 48083 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | Ljubljana | | | Slovenia |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | | Ferntree Gully | VIC 3156 | | Australia |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Top 30 | Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Rd Ste 204 | | | Cleveland | OH | 44121 | |
| Top 30 | Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | 2300 Hallock Young Rd | | | Warren | OH | 44481 | |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | Plot 287 (A), Lengkok Kampung Jawa Satu | Bayan Lepas Fiz Phase 3 | | 11900 Penang | | | Malaysia |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | 3535 Kettering Blvd | | | Moraine | OH | 45439 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Top 30 | HRB Industries Corp | Kevin Yao | 3485 Swenson Ave | | | Saint Charles | IL | 60174 | |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | PO Box 530 | | | Mt Clemens | MI | 48046 | |
| Top 30 | JVIS USA LLC | | 52048 Shelby Parkway | | | Shelby Township | MI | 48315 | |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Rd | | | Maidstone | ON | N0R 1K0 | Canada |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | Junko Smith | 1 Calsonic Way | | Shelbyville | TN | 37160 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang Matt Murphy | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | 2900 Komarom | | | Banki Donatu | | utca 1 | Hungary |
| Top 30 | Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | Alex Williams | 13870 E Eleven Mile Rd | | Warren | MI | 48089 | |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | 28101 Schoolcraft Rd | | | Livonia | MI | 48150 | |
| Top 30 | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 | Sharp Dimension Inc | Tracy Tran | 4240 Business Center Dr | | | Fremont | CA | 94538 | |
| Top 30 | St. Clair Technologies Inc | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | Sagar Maramreddy | 5966 Lovewood Ct | | Canton | MI | 48187 | |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | 255 Rex Blvd | | | Auburn Hills | MI | 48326 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 | The Timken Corporation | Charles Wojdyla | 4500 Mount Pleasant Street NW | | | North Canton | OH | 44720 | |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | Garry Kasaczun | 2547 Product Dr | | Rochester Hills | MI | 48309 | |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson Fridley | 22355 W Eleven Mile Rd | | Southfield | MI | 48033 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford | Laura Correa | 1 Riverside Drive West Ste 700 | | Windsor | ON | N9A-5K3 | Canada |
| Top 30 | VIA Optronics LLC | Brett Gaines | 6220 Hazeltine National Dr Ste 120 | | | Orlando | FL | 32822 | |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | 4505 W 26 Mile Rd | | | Washington | MI | 48094 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2

# Exhibit C

**Exhibit C**
**Substantital Shareholders Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| BlackRock, Inc. | Attn: Daniel Waltcher, Deputy General Counsel | 55 East 52nd St | New York | NY | 10055 |

# Exhibit D

**Exhibit D**
**Affected Party Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Michael D. Wexler, James B. Sowka | 233 South Wacker Drive, Suite 8000 | Chicago | IL | 60606-6448 |

# Exhibit E

**Exhibit E**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| ABN AMRO Clearing | caryn.dombrowski@us.abnamroclearing.com |
| AEIS | penny.l.zalesky@ampf.com |
| Amalgamated Bank | stephenerb@amalgamatedbank.com |
| AXOS Clearing LLC | corporate.action@axosclearing.com |
| Baird Robert W & Co Incorporated | reorg@rwbaird.com |
| Bank of America | tss.corporate.actions@bankofamerica.com |
| Bank of America | earl.weeks@bofa.com |
| Bank of America | bascorporateactions@bofasecurities.com |
| Bank of America | cpactionslitigation@bofa.com |
| Bank of America Merrill Lynch | jaxreorgprocessing@baml.com |
| Bank of America National Association | sec_ops_proxy@baml.com |
| Barclays Bank Inc LE | glaurella@barclayscapital.com |
| Barclays Bank PLC | nyvoluntary@barclays.com |
| Barclays Bank PLC | anthony.sciaraffo@barclays.com |
| BBS/CDS | info@bbssecurities.com |
| Bloomberg | release@bloomberg.net |
| BMO Capital Markets Corp | ronald.figueras@bmo.com |
| BMO Capital Markets/Paloma | pbenjume@paloma.com |
| BMO Nesbitt Burns Inc | operationscontrol@bmo.com |
| BMO Nesbitt Burns Inc. | phuthorn.penikett@bmonb.com |
| BMO Nesbitt Burns Inc. | wmpoclass.actions@bmo.com |
| BNP Paribas NY Branch | gc_us_corporate_actions@us.bnpparibas.com |
| BNP Paribas NY Branch | us.pb.corporate.actions@us.bnpparibas.com |
| BNP Paribas NY Branch | david.bay@us.bnpparibas.com |
| BNP Paribas NY Branch | dean.galli@us.bnpparibas.com |
| BNP Paribas NY Branch BNP PAR | aaron.collie@us.bnpparibas.com |
| BNP Paribas Prime Brokerage Inc | gc_us_corporate_actions@us.bnpparibas.com |
| BNP Paribas Prime Brokerage Inc | ronald.persaud@us.bnpparibas.com |
| BNY Mellon | theresa.stanton@bnymellon.com |
| BNY Mellon | enis.suljic@bnymellon.com |
| BNY Mellon/Re Firm Secured | meghan.sullivan@bnymellon.com |
| BNY Wealth Management | beth.coyle@bnymellon.com |
| BNYMellon/ RE Winterflood Securities | mitchel.sobel@bnymellon.com |
| Broadridge | specialprocessing@broadridge.com |
| Brown Brothers Harriman & Co | paul.nonnon@bbh.com |
| Brown Brothers Harriman & Co | nj.mandatory.inbox@bbh.com |
| Brown Brothers Harriman & Co | mavis.luque@bbh.com |
| Brown Brothers Harriman & Co | michael.salvatore@bbh.com |
| Brown Brothers Harriman & Co | emily.fan@bbh.com |
| Brown Brothers Harriman & Co | jerry.travers@bbh.com |
| Canaccord Capital Corporation | ben.thiessen@canaccord.com |
| Cantor Fitzgerald & Co | #corporateactions-ny@bgcpartners.com |
| Cantor Fitzgerald & Co | lpagnotta@cantor.com |
| Cantor Fitzgerald & Co | jpepe@cantor.com |
| CDS Clearing and Depository Services | nrmd@cds.ca |
| CDS Clearing and Depository Services | stephen.breaton@americas.ing.com |
| Cetera Investment Services LLC | dawn.malard@ceterafi.com |
| Charles Schwab & Co Inc | phxmcbr@schwab.com |
| Charles Schwab & Co Inc | voluntarysetup@schwab.com |
| Charles Schwab & Co Inc | benjamin.gibson@schwab.com |
| CIBC World Markets Corp | robert.putnam@us.cibc.com |

**Exhibit E**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| CIBC World Markets Inc | mailbox.caeventscibc@cibc.ca |
| Citadel Securities LLC | rachel.galdones@citadel.com |
| Citibank NA | gts.caec.tpa@citi.com |
| Citibank NA | corpactmaterial@citi.com |
| Citibank NA | sandra.hernandez@citi.com |
| Citibank NA | cfsc.ca.custody.ist.americas@citi.com |
| Citibank NA | elizabeth.gabb@citi.com |
| Citigroup Global Markets Inc | primeasnam@citi.com |
| Clearstream International SA | ca_mandatory.events@clearstream.com |
| Clearstream International SA | ca_general.events@clearstream.com |
| Convergex Execution Solutions LLC | hflaxer@convergex.com |
| Credit Agricole Secs USA Inc. | csicorpactions@ca-cib.com |
| Credit Suisse Securities USA LLC | list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities USA LLC | asset.servnotification@credit-suisse.com |
| Credit Suisse Securities USA LLC | list.nyreorganization@credit-suisse.com |
| Curvature Securities LLC | info@curvaturesecurities.com |
| D A Davidson & Co | rlinskey@dadco.com |
| Deseret Trust Co | daf@deserettrust.com |
| Desjardins Securities Inc | veronique.lemieux@vmd.desjardins.com |
| Deutsche Bank AG NY/US Custody | john.binder@db.com |
| Deutsche Bank Securities Inc | jaxca.notifications@db.com |
| Edward D Jones & Co | kennique.meals@edwardjones.com |
| Edward Jones CDS | rodney.bond@edwardjones.com |
| ETrade Clearing LLC | matthew.freifeld@ridgeclearing.com |
| Euroclear Bank S.A./N.V. | eb.ca@euroclear.com |
| Euroclear Bank S.A./N.V. | ca.omk@euroclear.com |
| Fidelity Clearing Canada ULC CDS | fcc.proxy@fidelity.ca |
| Fifth Third Bank | corporateactioninquiry.bancorp@53.com |
| Fifth Third Bank | daniel.wilson2@53.com |
| Financial Industry Regulatory Authority | otc.bankruptcies@finra.org |
| Financial Information Inc. | reorgnotificationlist@fiinet.com |
| Folio FN Investments Inc | proxyservices@foliofn.com |
| Folio FN Investments Inc | theobalda@foliofn.com |
| Folio FN Investments Inc | wade.lynch@gs.com |
| FUTU Clearing | corporateactions@futuclearing.com |
| Goldman Sachs & Co | gs-as-ny-proxy@ny.email.gs.com |
| Goldman Sachs & Co | newyorkannchub@gs.com |
| Goldman Sachs & Co | gs-as-ny-proxy@gs.com |
| Goldman Sachs International | vanessa.camardo@gs.com |
| Hilltop Securities | virginia.allwardt@hilltopsecurities.com |
| Hilltop Securities | brenda.west@hilltopsecurities.com |
| HRT Financial LLC | will@hudson-trading.com |
| HSBC Bank USA, NA | howard.x.dash@us.hsbc.com |
| HSBC Securities USA Inc | argentina.m.frias@us.hsbc.com |
| Huntington National Bank | debra.bailey@huntington.com |
| Industrial and Commercial Bank of China LLC | carlos.cruz@icbkfs.com |
| Instinet Inc | melissa.grant@instinet.com |
| Interactive Broker Retail Equity Clearing | kmccarthy@interactivebrokers.com |
| Interactive Brokers | bankruptcy@ibkr.com |
| J P Morgan Clearing Corp | desiree.avinger-bradley@jpmchase.com |

**Exhibit E**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Jefferies | mhardiman@jefferies.com |
| Jefferies | corporate_actions_reorg@jefferies.com |
| JMS LLC | reorgcontacts@janney.com |
| JMS LLC | mcerda@janney.com |
| JP Morgan Chase Bank | usso.proxy.team@jpmchase.com |
| JPM Chase/Blackrock | usso.proxy.team@jpmorgan.com |
| JPMorgan Chase Bank | pb.announcement.capture@jpmchase.com |
| JPMorgan Chase Bank | ibdvr.materials@jpmchase.com |
| JPMorgan Chase Bank | jpmorganinformation.services@jpmchase.com |
| JPMorgan Chase Bank NA | jpm_dallas_voluntary_reorg@jpmchase.com |
| JPMorgan Chase Bank/IA | jpmorganinformation.services@jpmorgan.com |
| JPMorgan Clearing | ib_domestic_voluntary_corporate_actions@jpmorgan.com |
| Keybank National Association | trust_corporate_actions@keybank.com |
| Knight Clearing Services LLC | kcscorporateactions@knight.com |
| Laurentien Bank of Canada | maiorinof@vmbl.ca |
| LPL Financial Corporation | corporateaction.mailbox@lplfinancial.com |
| LPL Financial Corporation | christine.stawinsky@lpl.com |
| Manulife Securities Incorporated | jchau@cds.ca |
| Marsco Investment Corporation | mkadison@marsco.com |
| Mediant Communications | corporateactions@mediantonline.com |
| Merrill Lynch, Pierce, Fenner & Smith | earl.weeks@baml.com |
| Mitsubishi UFJ Trust & Banking Corp | corporateactions-dl@us.tr.mufg.jp |
| Mitsubishi UFJ Trust & Banking Corp | corporateactions-dl@ny.tr.mufg.jp |
| Mizuho Trust & Banking Co | rdimick@mhtny.com |
| Morgan Stanley | jodancy.mackensy@morganstanley.com |
| Morgan Stanley | carol.sorhaindo-charlemagne@morganstanley.com |
| Morgan Stanley | usproxies@morganstanley.com |
| Morgan Stanley | proxy.balt@morganstanley.com |
| Morgan Stanley | cavsdom@morganstanley.com |
| Morgan Stanley | raquel.del.monte@morganstanley.com |
| Morgan Stanley | john.falco@morganstanley.com |
| Morgan Stanley | im-classact@morganstanley.com |
| Morgan Stanley | dealsetup@morganstanley.com |
| Morgan Stanley | na-voluntary@morganstanley.com |
| Morgan Stanley | john.dimartinis@morganstanley.com |
| Morgan Stanley International Ltd | mansur.president@morganstanley.com |
| Morgan Stanley Smith Barney | voluntary.processing@morganstanley.com |
| Morgan Stanley Smith Barney | john.rogan@morganstanley.com |
| National Financial Services | reorganization@fmr.com |
| NBCN Inc | anna.medeiros@nbcn.ca |
| Northern Trust Company | mec15@ntrs.com |
| Northern Trust Company | cs_notifications@ntrs.com |
| Odlum Brown Ltd CDS | rrak@odlumbrown.com |
| Oppenheimer & Co Inc | reorg@opco.com |
| Pershing LLC Securities Corporation | voluntaryprocessing@pershing.com |
| Pershing LLC Securities Corporation | sreifer@pershing.com |
| Phillip Capital Inc. | steven@philipcapital.com |
| PI Financial Corp | rmcneil@pisecurities.com |
| PNC Bank NA | caspr@pnc.com |
| PNC Bank NA | caspr@pnc.com |
| Raymond James & Associates Inc | corporateactions@raymondjames.com |

**Exhibit E**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Raymond James & Associates Inc | tracey.goodwin@raymondjames.com |
| Raymond James Ltd/CDS | aaron.steinberg@raymondjames.ca |
| RBC Capital Markets Corporation | mn_reorg_liaison@rbc.com |
| RBC Capital Markets Corporation | rbcwmreorganization@rbc.com |
| RBC Capital Markets Corporation | steve.schafer@rbc.com |
| RBC Dominion Securities Inc | deborah.nicholas@rbc.com |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK | julie.mcquiness@fisglobal.com |
| Reliance Trust/FIS Global | patrick.hogan@fisglobal.com |
| Robinhood Securities LLC | dawn.pagliaro@robinhood.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SAFRA SECURITIES LLC | paul.botta@safra.com |
| Scotia Bank | iss.reorg@scotiabank.com |
| Scotia Capital Inc | yulian.nie@scotiabank.com |
| Scotia Capital Inc | iss.reorg@scotiabank.com |
| Scotia Capital USA Inc | tim.corso@scotiacapital.com |
| SEI PV/GWP | platformca@seic.com |
| SEI PV/GWP | sptccorporateactions@seic.com |
| SEI PV/GWP | jhess@seic.com |
| SIS SegaInterSettle AG | ca.notices@six-securities-services.com |
| Southwest Securities | proxy@swst.com |
| Southwest Securities | vallwardt@swst.com |
| SSB & T Co Client Custody Services | mpiervil@statestreet.com |
| SSB IBT BGI | testremera@ibtco.com |
| SSB SPDRs | jvparrilla@statestreet.com |
| SSB Trust Custody | statestreetproxyops@statestreet.com |
| State Street Bank & Trust Co | ktjohndrow@statestreet.com |
| State Street Bank and Trust Co | rjray@statestreet.com |
| State Street Bank and Trust Co | uscaresearch@statestreet.com |
| Stifel Nicolaus & Co Inc | snipesm@stifel.com |
| Stockcross Financial Services, Inc | eleanor.pimentel@stockcross.com |
| StoneX Financial Inc. | re-org/tenders@sterneagee.com |
| StoneX Financial Inc. | kenneth.simpson@intlfcstone.com |
| StoneX Financial Inc. | dg-clre-org_tenders@stonex.com |
| Sumitomo Mitsui Trust Bank | beth_cummings@smtbusa.com |
| TD Ameritrade Clearing Inc | tdnotice@td.com |
| TD Ameritrade Clearing Inc | mandi.foster@tdameritrade.com |
| TD Ameritrade Clearing Inc | zreorganizationdept@schwab.com |
| TD Prome Services | ascarangello@albertfried.com |
| TD Waterhouse Canada Inc | tdnotice@td.com |
| The Bank of New York Mellon | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon | justin.whitehouse@bnymellon.com |
| The Bank of New York Mellon | smdbnym@bnymellon.com |
| The Bank of New York/Charles | voluntarycorporateactionsdomestic@bnymellon.com |
| The Canadian Depository | sies-cainfo@cds.ca |
| The Canadian Depository | fabrahim@cds.ca |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| The Depository Trust Co | mk-corporateactionsannouncements@markit.com |
| The Depository Trust Co | joseph.pozolante@markit.com |
| The Depository Trust Co | david.boggs@markit.com |
| The Depository Trust Co | kevin.jefferson@markit.com |

**Exhibit E**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | consentannouncements@dtcc.com |
| The Depository Trust Co | legalandtaxnotices@dtcc.com |
| The Depository Trust Co | lensnotices@dtcc.com |
| Tradestation Securities Inc. | ccanning@tradestation.com |
| UBS AG Stamford Branch/as Custodian | michael.marciano@ubs.com |
| UBS Financial Services LLC | ol-wma-volcorpactions@ubs.com |
| UBS Financial Services LLC | jane.flood@ubs.com |
| UBS Securities LLC | ol-wma-volcorpactions@ubs.com |
| UBS Securities LLC | ol-wma-vol-caip@ubs.com |
| UBS Securities LLC | ol-stamfordcorpactions@ubs.com |
| UBS Securities LLC | sh-vol-caip-na@ubs.com |
| UBS Securities LLC | ol-wma-ca-proxy@ubs.com |
| UBS Securities LLC | sh-wma-caproxyclassactions@ubs.com |
| UBS Securities LLC | ol-eventmanagement@ubs.com |
| UMB Bank National Association | raymond.coop@umb.com |
| UMB Bank National Association | robin.waters@umb.com |
| UMB Bank National Association | tiffany.everidge@umb.com |
| US Bancorp Investments Inc | cherice.tveit@usbank.com |
| US Bank NA | trustcorporateactions@usbank.com |
| US Bank NA | andy.becker@usbank.com |
| Vanguard Marketing Corporation | vbs_corporate_actions@vanguard.com |
| Velocity Clearing LLC | christopher.felicettii@velocityclearingllc.com |
| VELOCITY CLEARING, LLC/STOCK LOAN | christopher.felicetti@velocityclearingllc.com |
| Velox Clearing LLC | sales@velox-global.com |
| Vision Financial Markets | reorgs@visionfinancialmarkets.com |
| Vision Financial Markets LLC | amartinez@visionfinancialmarkets.com |
| Wedbush Securities Inc. | alan.ferreira@wedbush.com |
| Wells Fargo Advisors | matt.buettner@firstclearing.com |
| Wells Fargo Bank NA/Sig | corporate.actiongroup@wellsfargo.com |
| Wells Fargo Bank NA/Sig | bobby.matera@wachovia.com |
| Wells Fargo Securities LLC | steve.turner@wachovia.com |
| Wesbanco Bank Inc | koval@wesbanco.com |

# Exhibit F

**Exhibit F**
**Nominee Agents**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Broadridge | Receiving Department | 51 Mercedes Way | Edgewood | NY | 11717 |
| Mediant Communications | Stephany Hernandez | 100 Demarest Dr | Wayne | NJ | 07470 |

# Exhibit G

**Exhibit G**
**Nominees**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO Clearing | Caryn Dombrowski | 175 W Jackson Blvd | Ste 2050 | | Chicago | IL | 60604-2606 | |
| AEIS | Penny Zalesky | 2178 Ameriprise Financial Center | Routing S6/2178 | | Minneapolis | MN | 55474 | |
| Altruist Financial LLC | Altruist Financial LLC | 3030 S. La Cienega | | | Culver City | CA | 90232 | |
| Amalgamated Bank | Stephen Erb | 275 7th Ave | 9th Fl | | New York | NY | 10001 | |
| Apex Clearing | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| AXOS Clearing LLC | Corporate Actions | 9300 Underwood Ave | Ste 400 | | Omaha | NE | 68114 | |
| Baird Robert W & Co Incorporated | Actions Corporate | 777 E Wisconsin Ave | | | Milwaukee | WI | 53202 | |
| Bank of America Merrill Lynch | Corp Actions Notifications Jax | C/O Merrill Lynch Corporate Actions | 4804 Deer Lake Drive East | | Jacksonville | FL | 32246 | |
| Bank of America National Association | Sharon Brown | 1201 Main Street | 9th Floor | | Dallas | TX | 75202 | |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | | Jersey City | NJ | 07302-0000 | |
| Barclays Bank PLC | Anthony Sciaraffo | 1301 Sixth Avenue | | | New York | NY | 10019 | |
| BBS/CDS | Proxy/Reorg Dept | 4100 Yonge St | Ste 507 | | Toronto | ON | M2P 2B5 | Canada |
| BMO Capital Markets Corp | Ronald Figueras | 3 Second St | 12th Fl | Harborside Plaza 10 | Jer sey City | NJ | 07302 | |
| BMO Capital Markets/Paloma | John Finerty | 3 Times Square | | | New York | NY | 10036 | |
| BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Place 13th Fl | PO Box 150 | | Toronto | ON | M5X 1H3 | Canada |
| BNP Paribas NY Branch | David Bay | 525 Washington Blvd 9th Fl | | | Jersey City | NJ | 07310 | |
| BNP Paribas NY Branch BNP PAR | Aaron Collie | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | |
| BNP Paribas Prime Brokerage Inc | Ronald Persaud | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | |
| BNY Mellon | Enis Suljic | One BNY Mellon Center | 500 Grant Street | | Pittsburgh | PA | 15281-0001 | |
| BNY Mellon/Re Firm Secured | Mitchel Sobel | 401 South Salina St | 2nd Fl | | Syracuse | NY | 13202 | |
| BNY Wealth Management | Beth Coyle | Corporate Action Unit | 500 Ross Street, Ste 0325 | | Pittsburgh | PA | 15262 | |
| BNYMellon/ RE Winterflood Securities | Mitchel Sobel | 401 South Salina Street | 2nd Floor | | Syracuse | NY | 13202 | |
| BOFA Securities Inc. | Earl V. Weeks | C/O Merrill Lynch Corporate Actions | 4804 Deer Lake Drive East | | Jacksonville | FL | 32246 | |
| Brown Brothers Harriman & Co | Jerry Travers | 525 Washington Blvd | Newport Towers | | Jersey City | NJ | 07310 | |
| Canaccord Capital Corporation | Ben Thiessen | 2200-609 Granville St | | | Vancouver | BC | V7Y 1H2 | Canada |
| Cantor Fitzgerald & Co | John Pepe | 10401 Deerwood Park Blvd | | | Jacksonville | FL | 32256 | |
| Cantor Fitzgerald & Co | John Pepe | 10401 Deerwood Park Blvd | | | Jacksonville | FL | 32256 | |
| Cantor Fitzgerald & Co | Louis Pagnotta | 110 E 59th St | Asset Servicing | | New York | NY | 10022 | |
| CDS Clearing and Depository Services | Loretta Verelli | 600 Boul. de Maisonneuve | LLC/ Internatioouest | Bureau 210 | Montreal | QC | H3A 3J2 | Canada |
| Cetera Investment Services LLC | Dawn Mallard | 400 First Street South | Ste 300 | | St Cloud | MN | 56301 | |
| Charles Schwab & Co Inc | Benjamin Gibson | 2423 E Lincoln Dr | Corp Actions Dept 01-1B572 | | Phoenix | AZ | 85016 | |
| CIBC World Markets Corp | Robert J Putnam | 425 Lexington Ave | 5th Fl | | New York | NY | 10017 | |
| CIBC World Markets Inc | Roderick Roopsingh | 22 Front St West | | | Toronto | ON | M5J 2W5 | Canada |
| Citadel Securities LLC | Rachel Galdones | 131 South Dearborn St | | | Chicago | IL | 60603 | |
| Citibank NA | Elizabeth Gabb | 3800 Citigroup Center B2/2 | | | Tampa | FL | 33610 | |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | | Tampa | FL | 33610 | |
| Citigroup Global Markets Inc | Charles Fernandes | 388 Greenwich Street | 11th Floor | | New York | NY | 10013 | |
| Clear Street LLC | Clear Street LLC | 4 World Trade Center | 150 Greenwich St. | Floor 45 | New York | NY | 10007 | |
| Convergex Execution Solutions LLC | Howard Flaxer | 11486 Corporate Blvd | Ste 375 | | Orlando | FL | 32817 | |
| Credential Securities | Credential Securities | 1111 Georgia St W | Suite 800 | | Vancouver | BC | V6E 4T6 | Canada |
| Credit Suisse Securities USA LLC | Reorg Department | Eleven Madison Ave | Corporate Actions  MOAA 212 | | New York | NY | 10010-3629 | |

**Exhibit G**
**Nominees**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CREST International Nominees Limited | Nathan Ashworth | 33 Cannon St | | | London | | EC4M 5SB | United Kingdom |
| Curvature Securities LLC | Curvature Securities LLC | 39 Main Street | | | Chatham | NJ | 07928 | |
| D A Davidson & Co | Rita Linskey | 8 Third Street North | | | Great Falls | MT | 59401 | |
| Daiwa Capital Markets America Inc | Sergio Leon | Financial Square | 32 Old Slip  14th Fl | | New York | NY | 10005 | |
| Deseret Trust Co | Denisha R. Harris | 60 East South Temple | Ste 800 | | Salt Lake City | UT | 84111-1136 | |
| Desjardins Securities Inc | Veronique Lemieux | 1060 University Street | Suite 101 | | Montreal | PQ | H5B 5L7 | Canada |
| Deutsche Bank AG NY/US Custody | John Binder | Harborside Financial Center | 100 Plaza One, 2nd Floor | Corporate Actions Dept | Jersey City | NJ | 07311-3988 | |
| Drivewealth LLC | Drivewealth LLC | 15 Exchange Place | | | Jersey City | NJ | 07302 | |
| Edward D Jones & Co | Kennique Meals | 12555 Manchester Rd | Corp Actions Dept | | St Louis | MO | 63131 | |
| Edward Jones CDS | Rody Bond | 12555 Manchester Rd | Corp Actions Dept | | St Louis | MO | 63131 | |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus  Ave | Ste 100 | | Lake Success | NY | 11042 | |
| Fidelity Clearing Canada ULC CDS | Steve Adams | 401 Bay St | Ste 2910 | | Toronto | ON | M5H 2Y4 | Canada |
| Fifth Third Bank | Daniel Wilson | 5001 Kinglsy Dr | Mail Drop 1M0B2D | | Cincinnati | OH | 45263 | |
| Folio FN Investments Inc | Ashley Theobald | 8180 Greensboro Dr | 8th Fl | | McLean | VA | 22102 | |
| FUTU Clearing | Colette Rex | 12750 Merit Dr | Ste 475 | | Dallas | TX | 75251 | |
| Goldman Sachs & Co | Proxy Department | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | |
| Goldman Sachs International | Vanessa Camardo | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | |
| Hilltop Securities | Virginia Allwardt | 1201 Elm St | Ste 3700 | | Dallas | TX | 75270 | |
| HRT Financial LLC | William Krinsky | 32 Old Slip 30th Floor | | | New York | NY | 10005 | |
| HSBC Bank USA, NA | Joseph Telewiak | 545 Washington Blvd | | | Jersey City | NJ | 07310 | |
| HSBC Securities USA Inc | Argentina M. Frias | 452 5th Ave | | | New York | NY | 10018 | |
| Huntington National Bank | Debra Bailey | Easton Oval | EA4E69 | | Columbus | OH | 43219 | |
| Industrial and Commercial Bank of China LLC | Carlos Cruz | 1663 Broadway | | | New York | NY | 10019 | |
| Instinet Inc | Lauren Hammond | Worldwide Plaza | 309 West 49th St | | New York | NY | 10019-7316 | |
| Interactive Broker Retail Equity Clearing | Karin McCarthy | 2 Pickwick Plz | 2nd Fl | | Greenwich | CT | 06830 | |
| J P Morgan Clearing Corp | Desiree Avinger-Bradley | 4 Chase Metrotech Center | 3rd Floor | | Brooklyn | NY | 11245 | |
| Jefferies & Co Inc | Joseph Porcello | Harborside Financial Center | 705 Plaza 3 | | Jersey City | NJ | 07311-0000 | |
| JMS LLC | Milka Cerda | 1717 Arch St | Dividend/Reorg Dept 16th Fl | | Philadelphia | PA | 19103 | |
| JP Morgan Chase Bank | Proxy | 4 Chase Metrotech Center | | | Brooklyn | NY | 11245 | |
| JPM Chase/Blackrock | Sachin Goyal | 500 Stanton Christiana Road | OPS 4, Floor 2 | | Newark | DE | 19713 | |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Parkway | | | Dallas | TX | 75254 | |
| JPMorgan Chase Bank/Euroclear | Announcement Team | 500 Stanton Christiana Road | OPS 4 | Floor 2 | Newark | DE | 19713-2107 | |
| JPMorgan Chase Bank/IA | Marcin Bieganski | 14201 Dallas Parkway | | | Dallas | TX | 75254 | |
| Keybank National Association | Karen Bednarski | 4900 Tiedman | Mail Code OH 01 49 0230 | | Brooklyn | OH | 44114 | |
| Knight Clearing Services LLC | Anna Rossi | 545 Washington Blvd | | | Jersey City | NJ | 07310 | |
| Laurentian Bank of Canada | Francesca Maiorino | 1981 McGill College Ave | Ste 100 | | Montreal | QC | H3A 3K3 | Canada |
| LPL Financial Corporation | Christine Stawinsky | Corporate Actions | 1055 LPL Financial Way | | Fort Mill | SC | 29715 | |
| M1 Finance LLC | M1 Finance LLC | 200 N La Salle St | Suite 800 | | Chicago | IL | 60601 | |
| Manulife Securities Incorporated | Joseph Chau | 85 Richmond St West | | | Toonto | ON | M5H 2C9 | Canada |
| Marsco Investment Corporation | Karen Jacobsen | 101 Eisenhower Pkwy | | | Roseland | NJ | 07068-0000 | |
| Merrill Lynch Pierce Fenner & Smith | Earl V. Weeks | C/O Merrill Lynch Corporate Actions | 4804 Deer Lake Drive East | | Jacksonville | FL | 32246 | |
| Merrill Lynch, Pierce, Fenner & Smith | Earl Weeks | 4804 Deerlake Dr. East | | | Jacksonville | FL | 32246 | |
| Mitsubishi UFJ Trust & Banking Corp | Custody Department | 1221 Avenue of the Americas | 10th Floor | | New York | NY | 10020 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 4

**Exhibit G**
**Nominees**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Mizuho Trust & Banking Co | Robert Dimick | 135 W 50th St | 16th Fl | | New York | NY | 10020 | |
| Morgan Stanley & Co Inc | Mansur President | 1300 Thames Street | | | Baltimore | MD | 21231 | |
| Morgan Stanley & Co International | Mansur President | 1300 Thames Street | 5th Floor | | Baltimore | MD | 21231 | |
| Morgan Stanley International Ltd | Mansur President | 1300 Thames Street | | | Baltimore | MD | 21231 | |
| Morgan Stanley Smith Barney | John Rogan | Corporate Actions Dept | One New York Plaza | | New York | NY | 10004 | |
| National Financial Services | Lou Trezza | 200 Liberty St | | | New York | NY | 10281 | |
| NBCN Inc | Anna Medeiros | 1010 de la Gauchetiere | | | Montreal | BC | H3B 5J2 | Canada |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Attn  Capital Structures C1N | | Chicago | IL | 60607 | |
| Odlum Brown Ltd CDS | Ron Rak | 250 Howe St | Ste 1100 | | Vancouver | BC | V6C 3S9 | Canada |
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | | New York | NY | 10004 | |
| Pershing LLC Securities Corporation | Scott Reifer | 1 Pershing Plaza | | | Jersey City | NJ | 07399-0000 | |
| Phillip Capital Inc. | Stephen Milcarek | 141 W Jackson Blvd | Ste 1531A | | Chicago | IL | 60604-3121 | |
| PI Financial Corp | Rob McNeil | 666 Burrard St | Ste 1900 | | Vancouver | BC | V6C 3N1 | Canada |
| PNC Bank NA | Eileen Blake | 8800 Tinicum Blvd | MS F6 F266 02 2 | | Philadelphia | PA | 19153 | |
| Questrade Inc | Questrade Inc | 5700 Yonge St | | | North York | ON | M2M 44K2 | Canada |
| Raymond James & Associates Inc | Tracey Goodwin | 880 Carillion Pkwy | | | St Petersburg | FL | 33733 | |
| Raymond James Ltd/CDS | Aaron Steinberg | 333 Seymour St | Ste 800 | | Vancouver | BC | V6B 5A6 | Canada |
| RBC Capital Markets Corporation | Steve Schafer Jr | 60 South Sixth St | 9th Fl | | Minneapolis | MN | 55402-4400 | |
| RBC Dominion Securities Inc | Shareholder Services | 180 Wellington Street West | 9th Floor | | Toronto | ON | M5J 0C2 | Canada |
| RELIANCE TRUST COMPANY/FIS TRUSTDESK | Julie McGuiness | 1100 Abernathy Road NE | Ste 400 | | Atlanta | GA | 30328 | |
| Reliance Trust/FIS Global | Patrick Hogan | 2 Heritage Drive | | | Quincy | MA | 02171 | |
| Robinhood Securities LLC | Dawn Pagliaro | 500 Colonial Center Parkway, #100 | | | Lake Mary | FL | 32746 | |
| Robinhood Securities LLC | Dawn Pagliaro | 500 Colonial Center Parkway, #100 | | | Lake Mary | FL | 32746 | |
| SAFRA SECURITIES LLC | Noah Ramos | 545 5th Avenue | | | New York | NY | 10036 | |
| Scotia Capital Inc | Normita Ramirez | 40 King St West | 23rd Fl | | Toronto | ON | M5H 1H1 | Canada |
| Scotia Capital USA Inc | Tim Corso | One Liberty Plaza | | | New York | NY | 10006 | |
| SEI PV/GWP | Jeff Hess | One Freedom Valley Drive | | | Oaks | PA | 19456 | |
| SG AMERICA | Charles Hughes | 480 Washington Blvd | | | Jersey City | NJ | 07310 | |
| SSB & T Co Client Custody Services | Myriam Piervil | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| SSB IBT BGI | Trina Estremera | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| SSB SPDRs | Joseph J Callahan | Global Corp Action Dept. JAB5W | PO Box 1631 | | Boston | MA | 02105-1631 | |
| SSB Trust Custody | Ed Chaney | 1200 Crown Colony Dr | | | Quincy | MA | 02169-0000 | |
| State Street Bank & Trust Co | Karen Johndrow | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| State Street Bank and Trust Co | Corporate Action | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| Stifel Nicolaus & Co Inc | Michelle Snipes | 501 N Broadway | 7th Fl | | St. Louis | MO | 63102 | |
| Stockcross Financial Services, Inc | Eleanor Pimentel | 77 Summer St | 3rd Fl | | Boston | MA | 02210-0000 | |
| StoneX Financial Inc. | Ken Simpson | Two Perimeter Park S | Ste 100W | | Birmingham | AL | 35243 | |
| Sumitomo Mitsui Trust Bank | Beth Cummings | 527 Madison Ave | | | New York | NY | 10022 | |
| TD Ameritrade Clearing Inc | Mandi Foster | PO Box 2155 | | | Omaha | NE | 68103-2155 | |
| TD Prome Services | Alfred Scarangello | 45 Broadway | 24th Floor | | New York | NY | 10006 | |
| TD Waterhouse Canada Inc | Beverly Adams | 60 North Windplace | | | Scarborough | ON | M1S 3A7 | Canada |
| The Bank of New York Mellon | Theresa Stanton | One BNY Mellon Center | 500 Grant Street | | Pittsburgh | PA | 15281-0001 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 4

**Exhibit G**
**Nominees**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| The Bank of New York Mellon/SPDR | Michael Kania | One BNY Mellon Center | 500 Grant Street | | Pittsburgh | PA | 15281-0001 | |
| The Bank of New York/Charles | Michael Kania | One BNY Mellon Center | 500 Grant Street | | Pittsburgh | PA | 15281-0001 | |
| TradeStation Group Inc | Cindy Canning | 8050 SW 10th St | Ste 2000 | | Plantation | FL | 33324 | |
| Tradestation Securities Inc. | Cindy Canning | 8050 SW 10th St | Suite 2000 | | Plantation | FL | 33324 | |
| UBS AG Stamford Branch/as Custodian | Michael Marciano | 480 Washington Blvd | | | Jersey City | NJ | 07310-0000 | |
| UBS Financial Services LLC | Jane Flood | 1000 Harbor Blvd | | | Weehawken | NJ | 07086-0000 | |
| UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | | Kansas City | MO | 64106 | |
| US Bancorp Investments Inc | Cherice Tveit | 60 Livingston Ave | EP MN WN1B | | St Paul | MN | 55107-1419 | |
| US Bank NA | Andy Becker | 1555 N Rivercenter Dr Ste 302 | Attn Securities Control | | Milwaukee | WI | 53212 | |
| US BANK NA | Stephanie Kapta | 1555 N River Center Drive | Suite 302 | | Milwaukee | WI | 53226 | |
| Vanguard Marketing Corporation | Corporate Actions | 455 Devon Park Dr | Attn Corporate Actions | Mailstop 924 | Wayne | PA | 19087-1815 | |
| Velocity Clearing LLC | Chris Felicetti | 70 Hudson St. | Suite 5B | | Hoboken | NJ | 07030 | |
| VELOCITY CLEARING, LLC/STOCK LOAN | Chris Felicetti | 70 Hudson St. | Suite 5B | | Hoboken | NJ | 07030 | |
| Velox Clearing LLC | Velox Clearing LLC | 2400 E Katella Ave | 7th Floor | STE 725A | Anaheim | CA | 92806 | |
| Vision Financial Markets LLC | Anna Martinez | 120 Long Ride Road 3 | | | North Stamford | CT | 06902 | |
| Wedbush Morgan Securities Inc | Alan Ferreira | PO Box 30014 | | | Los Angeles | CA | 90030 | |
| Wedbush Securities Inc | Alan Ferreira | 1000 Wilshire Blvd | Ste 850 | | Los Angeles | CA | 90017 | |
| Wedbush Securities Inc. | Alan Ferreira | 1000 Wilshire Blvd | Ste 850 | | Los Angeles | CA | 90017 | |
| Wells Fargo Advisors | Matt Buettner | 2801 Market St | H0006-09B | | St Louis | MO | 63103 | |
| Wells Fargo Bank NA/Sig | Robert Matera | 1525 West WT Harris Blvd | | | Charlotte | NC | 28262 | |
| Wells Fargo Securities LLC | Steve Turner | 1525 West WT Harris Blvd | 1B1 | | Charlotte | NC | 28262 | |
| Wells Fargo Securities, LLC | Steve Turner | 1525 West WT Harris Blvd | | | Charlotte | NC | 28262 | |
| Wesbanco Bank Inc | Susan Koval | c/o Trust Operations | One Bank Plaza | | Wheeling | WV | 26003 | |
| Wilson-Davis & Co, Inc | Bill Walker | 236 South Main St | | | Salt Lake City | UT | 84101 | |

# Exhibit H

**Exhibit H**
**Registered Shareholders**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALBERT T ADAMS | TRUSTEE OF THE ALBERT T ADAMS TRUST | ADDRESS REDACTED | | | | | |
| ALBERT THOMAS ADAMS | | ADDRESS REDACTED | | | | | |
| ALICE A DEVINE | | ADDRESS REDACTED | | | | | |
| ARTICLE THIRD OF HAMAMOTO FAMILY TRUST 2003 | C/O MCCABE HEIDRICH & WONG | ADDRESS REDACTED | | | | | |
| DAVID T HAMAMOTO | C/O MCCABE HEIDRICH & WONG | ADDRESS REDACTED | | | | | |
| DAVID T HAMAMOTO GRAT 2019 - SPAC | C/O MCCABE HEIDRICH & WONG | ADDRESS REDACTED | | | | | |
| DIAMONDHEAD PARTNERS LLC | C/O MCCABE HEIDRICH & WONG | ADDRESS REDACTED | | | | | |
| EDWARD AND JUDY PTASZEK JT TEN | | ADDRESS REDACTED | | | | | |
| FOXCONN VENTURES PTE. LTD. | | ADDRESS REDACTED | | | | | |
| GARRETT PAUL EDERLE | | ADDRESS REDACTED | | | | | |
| GAVIN A SCOTTI SR | | ADDRESS REDACTED | | | | | |
| GREGORY E MAHOOD TR | GREGORY E MAHOOD REVOCABLE TRUST | ADDRESS REDACTED | | | | | |
| MICHAEL & DIANE W GIBBONS JT TEN | | ADDRESS REDACTED | | | | | |
| MICKEY W KOWITZ | | ADDRESS REDACTED | | | | | |
| NANCY HU | | ADDRESS REDACTED | | | | | |
| PATRICK BEISLER | | ADDRESS REDACTED | | | | | |
| PAYTON GUTTING | | ADDRESS REDACTED | | | | | |
| ROBERT COFFEY | | ADDRESS REDACTED | | | | | |
| SEAN C RAGER | | ADDRESS REDACTED | | | | | |
| SETH ZIMMERMAN | | ADDRESS REDACTED | | | | | |
| SUSAN E MITTLEIDER | | ADDRESS REDACTED | | | | | |
| ULUGBEK ABDURASHIDOV | | ADDRESS REDACTED | | | | | |
| VINCENT & THOMAS IANNELLI TEN COM | | ADDRESS REDACTED | | | | | |
| VINCENT IANNELLI THOMAS IANNELLI | TEN COM | ADDRESS REDACTED | | | | | |
| WILLIAM B SUMMERS JR | | ADDRESS REDACTED | | | | | |
| ZACHARY WYDRA TTE GILES FAMILY 2015 TRUST | FBO EDWARD GILES | ADDRESS REDACTED | | | | | |