# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 23-10831 (MFW) |
|     Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on August 10, 2023, the following documents were served in the manner indicated upon the parties on **Exhibit A**:

a) FoxConn's First Set of Requests for Admission to Debtors;

b) FoxConn's First Set of Requests for Production of Documents to Debtors; and

c) FoxConn's First Set of Interrogatories to Debtors.


(*Signature page follows*)

| | |
|---|---|
| Dated: August 11, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>mtalmo@morrisnichols.com<br><br>*-and-*<br><br>**PAUL HASTINGS LLP**<br>Matthew M. Murphy, Esq. (admitted *pro hac vice*)<br>Mike F. Huang, Esq. (admitted *pro hac vice*)<br>Kevin P. Broughel (admitted *pro hac vice*)<br>71 South Wacker Drive Suite 4500<br>Chicago, IL  60606<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>mattmurphy@paulhastings.com<br>mikehuang@paulhastings.com<br>michaelcwhalen@paulhastings.com<br><br>*Counsel to the Defendants* |