## Exhibit A

**VIA EMAIL**

**WHITE & CASE LLP**
Jason Zakia, Esq.
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606
jzakia@whitecase.com

Thomas Lauria, Esq.
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
tlauria@whitecase.com

David Turetsky, Esq.
1221 Avenue of the Americas
New York, New York 10020
david.turetsky@whitecase.com