**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | ) | Case No. 23-10831 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline:** **August 24, 2023 at 4:00 p.m.** |
| | ) | **Hearing Date:** **August 28, 2023 at 10:30 a.m.** |

**NOTICE OF "DEBTORS' MOTION UNDER BANKRUPTCY RULE 9019 FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT BETWEEN LORDSTOWN MOTOR CORPORATION AND KARMA AUTOMOTIVE LLC" AND HEARING THEREON**

PLEASE TAKE NOTICE that, on August 15, 2023, the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases filed the *Debtors' Motion Under Bankruptcy Rule 9019 For Entry of An Order Approving the Settlement Between Lordstown Motor Corporation and Karma Automotive LLC* [D.I. 248] (the "**Settlement Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). **You were previously served with a copy of the Settlement Motion**.

PLEASE TAKE FURTHER NOTICE that, on August 15, 2023, the Debtors also filed the *Debtors' Motion to Shorten Notice and Objection Periods For "Debtors' Motion Under Bankruptcy Rule 9019 For Entry of An Order Approving the Settlement Between Lordstown Motor Corporation and Karma Automotive LLC"* [D.I. 249] (the "**Motion to Shorten**"),

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

pursuant to which the Debtors requested approval of a shortened notice period and objection deadline relating to the Settlement Motion. **You were previously served with a copy of the Motion to Shorten**.

PLEASE TAKE FURTHER NOTICE that, on August 15, 2023, the Bankruptcy Court entered its *Order Shortening Notice and Objection Periods For "Debtors' Motion Under Bankruptcy Rule 9019 For Entry of An Order Approving the Settlement Between Lordstown Motor Corporation and Karma Automotive LLC"* [D.I. 253] (the "**Order Shortening Notice**") in connection with the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Settlement Motion will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **August 28, 2023 starting at 10:30 a.m. (Eastern Daylight Time)**, and (ii) objections to the Settlement Motion, if any, must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 24, 2023 at 4:00 p.m. (Eastern Daylight Time)**.

[*Remainder of page intentionally left blank.*]

Dated: August 15, 2023

Respectfully submitted,

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
James F. McCauley (No. 6991)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com
mccauley@rlf.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Co-Counsel to Debtors and Debtors in Possession*