Lordstown Motors Corp.

Case No. 23-10831

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Evan | Miller | Harco Manufacturing Group, LLC | Bayard, P.A. |
| Peter | Sprofera | Self | |
| Andrew | Sole | Interested Party | Esopus Creek Advisors |
| Jack | Simons | Private | |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| William | Chipman | Karma Automotive | Chipman Brown Cicero & Cole LLP |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Tori | Remington | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Anthony | Ponikvar | None | Baker Hostetler |
| Yau Sih | Liang | Greatech | |
| Mark | Olivere | Karma Automotive | Chipman Brown Cicero & Cole LLP |
| Peter | Strom | Debtors | White & Case LLP |
| Ron | Selak | None | |
| James | Sowka | Karma Automotive LLC | Seyfarth Shaw LLP |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| David | Zubkis | NA Observing | |
| Robert | Dehney | Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC | Morris Nichols Arsht & Tunnell LLP |
| Mathew | Laskowski | Foxconn | Paul Hastings LLP |
| Matt | Micheli | Foxconn | Paul Hastings LLP |
| Matt | Murphy | Foxconn | Paul Hastings LLP |
| Michael | Whalen | Foxconn | Paul Hastings LLP |
| Jonathan | Randles | Bloomberg News | |
| Scott | Cargill | Lead Plaintiff in Ohio Securites Class Action | Lowenstein Sandler LLP |
| Taylor | Harrison | Debtwire | |
| Thomas E | Lauria | Debtors | White & Case LLP |
| Jason N. | Zakia | Debtors | White & Case LLP |
| Kevin | Gross | Debtors | Richards, Layton & Finger. P.A. |
| Jason M. | Madron | Debtors | Richards, Layton & Finger, P.A. |
| Doah | Kim | Debtors | White & Case LLP |
| Cory | Kandestin | Debtors | Richards, Layton & Finger |
| James | McCauley | Debtors | Richards, Layton & Finger |
| Uday | Gorrepati | N/A (ABI Project) | |
| Adam | Yarnold | employee of Alta Fundamental Advisors (equity holder) | Alta Fundamental Advisors |