# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 182** |

## DECLARATION IN SUPPORT OF RETENTION OF
## NELSON MULLINS RILEY & SCARBOROUGH LLP
## AS PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS

I, Christie Iannetta, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief.

1. I am a Partner with Nelson Mullins Riley & Scarborough LLP, located at 101 Constitution Avenue, NW, Suite 900, Washington DC 20001 (the "**Firm**"), which has been retained by one or more of the debtors or debtors in possession (collectively, the "**Debtors**"), in the above captioned Chapter 11 Cases, in the ordinary course of the Debtors' businesses. The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services. This Declaration is submitted in compliance with the *Order (A) Authorizing Retention and Payment of Professionals Utilized in the Ordinary Course of Business and (B) Granting Other Related Relief* (the "**Ordinary Course Professionals Order**"). I have reviewed the Ordinary Course Professionals Order, and I understand the limitations on compensation and reimbursement under such order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

2. On September 7, 2021, the Debtors retained the Firm to provide legal services (the "**Services**"). The Services include the following: providing automotive and business regulatory advice.

3. The Firm may have performed services in the past two (2) years, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases as set forth in **Exhibit A** attached hereto. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases. The Firm does not perform services for any such person in connection with the Chapter 11 cases, or have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates.

4. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

5. Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

6. The Firm intends to bill the Debtors for professional services rendered in connection with the Chapter 11 Cases, in accordance with the Ordinary Course Professionals Order, with such bill to include compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal attorney designated to represent the Debtors and her current standard rate is $725/hour.

7. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and to cover fixed and routine overhead expenses.

8. It is the Firm's policy to charge its clients for all other expenses incurred in connection with a client's representation. The expenses charged to clients include, among other things, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

9. No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

10. As of June 27, 2023 (the "**Petition Date**"), the Debtors owed the Firm $4,408.01 for fees and expenses incurred for prepetition services, the payment of which is subject to the limitations contained in the Bankruptcy Code and any orders of the Court.

11. As of the Petition Date, the Firm held a prepetition retainer of $0.00.

12. The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

13. As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

14. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its retention,

if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2023

/s/Christie Iannetta_____
Christie Iannetta
Partner
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900,
Washington DC 20001
(202) 689-2910
Christie.iannetta@nelsonmullins.com

# Exhibit A

| Party | Former Client | Current Client | Client Notes |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | x | | |
| Allied World Specialty Insurance Company | | x | |
| Ankura Intermediate Holdings, LP dba Ankura Consulting Group LLC | x | | |
| Arthur J. Gallagher Risk Management Services, Inc. | | x | |
| AT&T Business Direct | | x | |
| AT&T MOBILITY-CC | | x | |
| AXIS Insurance Company | x | | |
| Baker & Hostetler LLP | x | | |
| Blackrock | | x | |
| CFC Underwriting / Lloyds | x | | |
| Cigna Health and Life Insurance Company | | x | |
| Cincinnati Insurance Company (The) | x | | |
| Comcast Holdings Corporation dba Comcast Cable Communication Management LLC | x | | |
| Continental Casualty Company | | x | sub of CNA, active client |
| Cox Automotive Mobility Solutions, Inc | | x | |
| Cox Automotive, Inc - Manheim | | x | |
| Cox Communications California LLC dba Cox Business | | x | |
| David M. Cohen | x | | |
| Dechert LLP | x | | |
| Deloitte & Touche LLP | x | | |
| Ernst & Young U.S. LLP | x | | |
| Fisher and Phillips LLP | x | | |
| Foley & Lardner LLP | x | | |
| FTI Consulting, Inc. | | x | |
| General Motors | | x | |
| General Star Indemnity Company | x | | |
| Gurpreet Singh | x | | |
| Haynes and Boone, LLP | x | | |
| Hudson Insurance Company | x | | |
| Ironshore Specialty Insurance Company | | x | Ironshore is a Liberty Mutual Company, active client |

| Name | | | |
|---|---|---|---|
| Jefferies Group LLC | | x | |
| JP Morgan Asset Management | | x | |
| JP Morgan Chase Bank, N.A. | | x | |
| JP Morgan Institutional Investments Global Liquidity | | x | |
| JP Morgan Prime | | x | |
| JP Morgan Securities | | x | |
| KPMG LLP | | x | |
| National Union Fire Ins Co of Pittsburgh, PA | x | | |
| OpenText Inc. | x | | |
| Pierburg US LLC | x | | |
| Pomerantz LLP | x | | |
| Principal Life Insurance Company | x | | |
| Raymond Romano | x | | |
| Richards Layton & Finger, P.A. | x | | |
| Robert Miller | | | Upon information and belief, we do not represent this Robert Miller. |
| Roush Industries, Inc. | x | | |
| Seyfarth Shaw LLP | x | | |
| Simpson Thacher & Bartlett LLP | x | | |
| Steven Terry | x | | |
| TERIS - Phoenix LLC DBA TERIS | x | | |
| thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp Steel Services | x | | |
| Timken Corporation (The) | x | | |
| Timothy J. Fox, Jr. | | | |
| TransAmerica Corporation | | x | |
| TTI, INC dba Symmetry Electronics (a division of TTl, lnc,) and RFMW (a division of TTl, lnc.) | | x | |
| Underwriters At Lloyds London | | x | |
| Winston & Strawn LLP | x | | |
| XL Specialty Insurance Company | x | | |