IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*, | Case No. 23-10831 (MFW) <br> Jointly Administered |
| Debtors. | Re: D.I. 89 <br> **Hearing Date: TBD** <br> **Obj. Deadline: July 20, 2023, at 4:00 p.m.** <br> **(extended for UST to Aug. 18, 2023)** |

## CERTIFICATE OF SERVICE

I certify that on August 18, 2023, I caused to be served a copy of the *Objection of the United States Trustee to Debtors' Application To Employ Richards, Layton & Finger, P.A.* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Counsel to the Debtors
WHITE & CASE LLP
Thomas E Lauria
Matthew C. Brown
Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Roberto Kampfner
Doah Kim
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

| | |
|---|---|
| Proposed Counsel to the Debtors<br>RICHARDS, LAYTON & FINGER, P.A.<br>Kevin Gross<br>Daniel J. DeFranceschi<br>Paul N. Heath<br>Amanda R. Steele<br>Jason M. Madron<br>James F. McCauley<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gross@rlf.com<br>defranceschi@rlf.com<br>heath@rlf.com<br>steele@rlf.com<br>madron@rlf.com<br>mccauley@rlf.com | Proposed Counsel to the Official Committee of Unsecured Creditors<br>TROUTMAN PEPPER HAMILTON SANDERS LLP David M. Fournier<br>Marcy J. McLaughlin Smith<br>Tori L. Remington<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>E-mail: david.fournier@troutman.com<br>marcy.smith@troutman.com<br>tori.remington@troutman.com<br><br>Francis J. Lawall<br>3000 Two Logan Square 18th & Arch Streets Philadelphia, PA 19103-2799<br>francis.lawall@troutman.com<br><br>Deborah Kovsky-Apap<br>875 Third Avenue<br>New York, NY 10022<br>Email: deborah.kovsky@troutman.com<br><br>Sean P. McNally<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Email: sean.mcnally@troutman.com |

Dated: August 18, 2023
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: */s/ Benjamin Hackman*
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (fax)
benjamin.a.hackman@usdoj.gov