# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before August 17, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Certification of Counsel Regarding "Final Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief"** [Docket No. 168]

- **Final Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief** [Docket No. 186]

Dated: August 18, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Customers Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Marc Cossette | Address Redacted | | | |
| Patrick Grabill | Address Redacted | | | |
| Richo Vergara | Address Redacted | | | |