## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |
| Lordstown Motors Corp. and Lordstown EV Corporation,<br><br>Plaintiffs,<br><br>-against-<br><br>Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, and Foxconn EV System LLC<br><br>Defendants. | Adv. Pro. No. 23-50414 (MFW)<br><br>**Re: Adv. Proc. D.I. 1, 3 & 5** |

## ORDER APPROVING STIPULATION EXTENDING RESPONSE DEADLINE

Upon consideration of the *Stipulation Further Extending Response Deadline* (the "**Stipulation**"),[2] a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that good and adequate cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED THAT**:

---

[1] The debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101) (collectively, the "**Debtors**"). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Stipulation.

1. The Stipulation is approved.

2. The time within which Foxconn may answer, move, or otherwise respond to the Complaint is hereby extended to and including September 29, 2023 (the "**Response Deadline**").

3. All other applicable deadlines and obligations under the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Federal Rules of Civil Procedure, and the Federal Rules of Bankruptcy Procedure, including under Bankruptcy Rules 7016 and 7026, are tolled and extended, to the extent necessary, by an equivalent period as the Response Deadline.

Dated: August 21st, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE