IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 131 & 259** |

### ORDER APPROVING STIPULATION EXTENDING REPLY DEADLINE

Upon consideration of the *Stipulation Extending Reply Deadline* (the "Stipulation")[2] attached hereto as **Exhibit 1**; and the Court having determined that good and adequate cause exists for approval of the Stipulation;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. The deadline by which Foxconn may file a reply in support of the Motion is hereby extended to August 25, 2023, at 4:00 p.m. (ET).

3. Except as specifically set forth herein, all rights, claims and defenses of the Parties shall be fully reserved and preserved.

---

[1] The debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101) (collectively, the "Debtors"). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Stipulation.

Dated: August 21st, 2023
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE