## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
|  | (Jointly Administered) |
| Debtors. | **Re: Docket No. 182** |

### DECLARATION IN SUPPORT OF RETENTION OF BRIKHO & KALLABAT, P.C. DBA JOSEPH KALLABAT AND ASSOCIATES, PC AS PROFESSIONAL UTILIZED IN ORDINARY COURSE OF BUSINESS

I, Joseph Kallabat, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief.

1.      I am the President of Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC, located at 7031 Orchard Lake Road, Suite 302, West Bloomfield, MI 48322 (the "**Firm**"), which has been retained by one or more of the debtors or debtors in possession (collectively, the "**Debtors**"), in the above captioned Chapter 11 Cases, in the ordinary course of the Debtors' businesses.  The Debtors wish to retain the Firm to continue providing ordinary course services during the Chapter 11 Cases, and the Firm has consented to provide such services.  This Declaration is submitted in compliance with the *Order (A) Authorizing Retention and Payment of Professionals Utilized in the Ordinary Course of Business and (B) Granting Other Related Relief* (the "**Ordinary Course Professionals Order**").  I have reviewed the Ordinary Course Professionals Order, and I understand the limitations on compensation and reimbursement under such order.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

2.      On April 28, 2023, the Debtors retained the Firm to provide legal services (the "**Services**").    The Services include the following: preparation, drafting and filing of U.S. immigration related applications with the Department of Labor and Department of Homeland Security.

3.      The Firm may have performed services in the past two (2) years, may currently perform services, and may perform services in the future in matters unrelated to the Chapter 11 Cases for persons that are parties in interest in the Chapter 11 Cases.  As part of its customary practice, the Firm is retained in [cases, proceedings, and transactions] involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 11 Cases.  The Firm does not perform services for any such person in connection with the Chapter 11 cases, or have any relationship with any such person, their attorneys, or their accountants that would be adverse to the Debtors or their estates.

4.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

5.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

6.      The Firm intends to bill the Debtors for professional services rendered in connection with the Chapter 11 Cases, in accordance with the Ordinary Course Professionals Order, with such bill to include compensation for services based on a fixed fee schedule and on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other

charges incurred by the Firm.    The principal [attorneys and paralegals/other professionals/employees] designated to represent the Debtors and their current standard rates are:

| | |
|---|---|
| H-1B Attorney Fee & Office Expense | $1,350 plus $150 |
| H-1B Department of Homeland Security Filing Fee | 1st $2,460 / 2nd $1,960 / 3rd $460 |
| H-4 Attorney Fee | $450 + $100/child |
| H-4 Department of Homeland Security Filing Fee | $370 |
| H-4 EAD Attorney Fee | $360 |
| H-4 EAD Department of Homeland Security Filing Fee | $410 |
| TN Attorney Fee & Office Expense | $1,125 plus $150 |
| TN Department of Homeland Security Filing Fee | $460 |
| E-3 (Australian) Attorney Fee & Office Expense | $1,350 plus $150 |
| E-3 Department of Homeland Security Filing Fee | $460 |
| J-1 Trainee Program | $3,150 |
| PERM Labor Certification Attorney Fee & Office Expense | $2,700 plus $200 |
| PERM Recruitment / Ad Costs | Actual Costs Incurred |
| I-140 Immigrant Petition EB-2/3 Attorney Fee & Office Expense | $2,700 plus $150 |
| I-140 Department of Homeland Security Filing Fee | $700 |
| I-485 Adjustment of Status Attorney Fee & Office Expense | $1,575 plus $150 |
| I-485 Department of Homeland Security Filing Fee | $1,225 |
| Attorney Hourly Rates:<br><br>   Lead Counsel<br>   Associate Attorney<br><br>Paralegal & Secretarial Hourly Rates:<br><br>   Senior Paralegal<br>   Paralegal<br>   Secretary | <br><br>$475/hour<br>$300/hour<br><br><br><br>$100/hour<br>$65/hour<br>$50/hour |

7.    The rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Such rates are the Firm's standard rates for work of this nature.  The rates

7/26/2023 14:28
AMERICAS 124626307 v1 [124626307_1.docx]

are set at a level designed to fairly compensate the Firm for the work of its [attorneys and paralegals/other professionals] / [employees] and to cover fixed and routine overhead expenses.

8.      It is the Firm's policy to charge its clients for all other expenses incurred in connection with a client's representation.  The expenses charged to clients include, among other things, Department of Homeland Security Filing Fees, Copy Expenses, Delivery Expenses, Educational Equivalency Evaluations, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

9.      No representations or promises have been received by the Firm, nor by any principal, partner, director, officer, or professional thereof, as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

10.     As of June 27, 2023 (the "**Petition Date**"), the Debtors owed the Firm $3,910 for fees and expenses incurred for prepetition services, the payment of which is subject to the limitations contained in the Bankruptcy Code and any orders of the Court.

11.     As of the Petition Date, the Firm does not hold a prepetition retainer.

12.     The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

13.     As of the Petition Date, the Firm was not a party to an agreement for indemnification with the Debtors.

14.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of such inquiries, or at any time during the period of its retention,

7/26/2023 14:28
AMERICAS 124626307 v1 [124626307_1.docx]

if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08-21-2023

Joseph M. Kallabat
President
Joseph Kallabat & Associates, PC
7031 Orchard Lake Road, Suite #302
West Bloomfield, MI 48322
248-865-3331
joe@insvisa.com

5