**Exhibit B**

**Publication Notice**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.,* | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION OF HON HAI PRECISION INDUSTRY CO., LTD. (A/K/A HON HAI TECHNOLOGY GROUP), FOXCONN EV TECHNOLOGY, INC., AND FOXCONN EV SYSTEM LLC TO DISMISS, OR, IN THE ALTERNATIVE, CONVERT THE BANKRUPTCY CASES**

**PLEASE TAKE NOTICE** that on July 20, 2023, Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC (collectively, the "Movants" or "Foxconn") filed the *Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases* (D.I. 131) (the "Motion"). A copy of the Motion can be accessed free of charge at the Debtors' claims agent's website through the following link: https://www.kccllc.net/lordstown/document/2310831230720000000000009.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **August 28, 2023, at 10:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 21, 2023, at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"); and (c) be served so as to be received on the following by the Objection Deadline: (i) Morris, Nichols, Arsht, & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 (Attn: Robert J. Dehney (rdehney@morrisnichols.com) and Matthew B. Harvey (mharvey@morrisnichols.com)); and (ii) Paul Hastings LLP, 71 South Wacker Drive, Suite 4500, Chicago, IL 60606 (Attn: Matthew M. Murphy (mattmurphy@paulhastings.com), Matthew Micheli (mattmicheli@paulhastings.com), and Michael C. Whalen (michaelwhalen@paulhastings.com).