**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.,*<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. __** |

### ORDER SHORTENING NOTICE OF MOTION OF HON HAI PRECISION INDUSTRY CO., LTD. (A/K/A HON HAI TECHNOLOGY GROUP), FOXCONN EV TECHNOLOGY, INC., AND FOXCONN EV SYSTEM LLC TO APPROVE THE MANNER OF NOTICE OF ITS MOTION TO DISMISS, OR, IN THE ALTERNATIVE, CONVERT THE BANKRUPTCY CASES

Upon consideration of Foxconn's motion (the "Motion to Shorten")² for entry of an order shortening notice of the *Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC Approving Manner of Notice of Motion to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases* (the "Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court finding that the relief requested in the Motion to Shorten is in the best interests

---

¹ The debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101) (collectively, the "Debtors"). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

² Capitalized terms used but not defined herein are defined in the Motion to Shorten.

of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

    1.    The Motion to Shorten is GRANTED as set forth herein.

    2.    The Motion shall be considered at a hearing scheduled for August 28, 2023, at 10:30 a.m. (ET) (the "Hearing").

    3.    Objections, if any, to the relief requested in the Motion must be made at or before the Hearing.

    4.    This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.