# Schedule A

| NO. | Counterparty | Contract / Lease Description | Counterparty Address | Debtor | Cure Amount |
|---|---|---|---|---|---|
| 1 | 275 Hills Tech Ventures LLC | Lease dated August 30, 2022 for property located at 27000 Hills Tech Court (second floor), Farmington Hills, MI 48331 | PO Box 668<br>Troy, MI 48099 | Lordstown EV Corporation | $0.00 |
| 2 | Amazon Web Services, Inc. | Purchase order 117360 dated August 3, 2023 | PO BOX 81207<br>Seattle, WA 98108 | Lordstown EV Corporation | $0.00 |
| 3 | American Stock Transfer & Trust Company, LLC dba Equiniti Trust Company, LLC | Transfer Agency and Registrar Services Agreement dated February 27, 2019 | 6201 15th Avenue<br>Brooklyn, NY 11219 | Lordstown Motors Corp. | $0.00 |
| 4 | Amerit Fleet Solutions, Inc. | Fleet Maintenance & Service Agreement dated January 9, 2023 | 1331 N. California Blvd Ste 150<br>Walnut Creek, CA 94596 | Lordstown EV Corporation | $0.00 |
| 5 | Applied Medical Resources Corporation | Standard Industrial/Commercial Single-Tenant Lease dated October 22, 2020 for property located at 9451 Toledo Way, Irvine, CA 92618, as amended by the First Amendment to Lease dated January 12, 2021 | 22872 Avenida Empresa<br>Rancho Santa Margarita, CA 92688 | Lordstown Motors Corp. | $0.00 |
| 6 | Arthur J. Gallagher Risk Management Services, Inc. | Client Services Agreement dated November 11, 2021 | 2200 Woodcrest Pl. Ste 250<br>Birmingham, AL 35209-1324 | Lordstown Motors Corp. | $0.00 |
| 7 | AT&T Mobility LLC | AT&T Internet of Things Wireless Service Pricing Schedule, as amended by Amendment No. 1 to AT&T Internet of Things Wireless Service Pricing Schedule dated November 1, 2022 | 1025 Lenox Park Boulevard<br>Atlanta, GA 30319 | Lordstown Motors Corp. | $0.00 |
| 8 | AT&T Mobility LLC | Purchase order 118647 dated June 24, 2023 | 1025 Lenox Park Boulevard<br>Atlanta, GA 30319 | Lordstown EV Corporation | $0.00 |
| 9 | Bennie W Fowler, LLC | Purchase order 119005 dated July 2, 2023 | 625 Dream Island Road<br>Longboat Key, FL 34228 | Lordstown EV Corporation | $0.00 |
| 10 | Bennie W Fowler, LLC | Purchase order 119005 dated July 2, 2023 | 625 Dream Island Road<br>Longboat Key, FL 34228 | Lordstown EV Corporation | $0.00 |
| 11 | Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC | Purchase order 119167 dated June 8, 2023 | 7031 Orchard Lake Road Ste 302<br>West Bloomfield, MI 48322 | Lordstown EV Corporation | $0.00 |
| 12 | CEVA Logistics U.S., Inc. | Services Agreement dated January 1, 2021 | 15350 Vickery Drive<br>Houston, TX 77032 | Lordstown EV Corporation | $0.00 |
| 13 | Cigna Health and Life Insurance Company | OAP Base Plan (Policy 00631629) | 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | Lordstown EV Corporation | $0.00 |
| 14 | Cigna Health and Life Insurance Company | OAP Enhanced Plan (Policy 00631629) | 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | Lordstown EV Corporation | $0.00 |
| 15 | Cigna Health and Life Insurance Company | HDHP Plan (Policy 00631629) | 900 Cottage Grove Rd<br>Bloomfield, CT 06002 | Lordstown EV Corporation | $0.00 |
| 16 | Cognizant Worldwide Limited | Purchase order 106725 dated April 1, 2023 | 1 Kingdom Street<br>Paddington Central, London W2 68D | Lordstown EV Corporation | $0.00 |
| 17 | Cognizant Worldwide Limited | Purchase order 118230 dated January 18, 2023 | 1 Kingdom Street<br>Paddington Central, London W2 68D | Lordstown EV Corporation | $0.00 |
| 18 | Comcast Business | Comcast Enterprise Services Sales Order Form dated January 12, 2021 | 1701 John F Kennedy Blvd<br>Philadelphia, PA 19103-2838 | Lordstown Motors Corp. | $0.00 |
| 19 | Comcast Cable Communications Management, LLC | Comcast Business Service Order dated September 1, 2022 | 1701 John F Kennedy Blvd<br>Philadelphia, PA 19103-2838 | Lordstown Motors Corp. | $0.00 |
| 20 | Comcast Cable Communications Management, LLC | Comcast Enterprise Services Master Services Agreement dated January 12, 2021 | 1701 John F Kennedy Blvd<br>Philadelphia, PA 19103-2838 | Lordstown Motors Corp. | $0.00 |
| 21 | Comcast Cable Communications Management, LLC | Letter re: Assignment of the Master Sales Agreement dated May 5, 2022 | One Business Center<br>Philadelphia, PA 19103 | Lordstown EV Corporation | $0.00 |
| 22 | Cox Automotive Mobility Solutions, Inc | Registration and Title Solutions Agreement Terms and Conditions dated February 8, 2023 | 6205-A Peachtree Dunwoody Road, CP-12<br>Atlanta, GA 30328 | Lordstown EV Sales LLC | $0.00 |
| 23 | Cox Automotive Mobility Solutions, Inc | Purchase order 118446 dated July 18, 2023 | 6205-A Peachtree Dunwoody Road, CP-12<br>Atlanta, GA 30328 | Lordstown EV Corporation | $0.00 |
| 24 | Cox Automotive Mobility Solutions, Inc | Purchase order 119185 dated July 18, 2023 | 6205-A Peachtree Dunwoody Road, CP-12<br>Atlanta, GA 30328 | Lordstown EV Corporation | $0.00 |

| NO. | Counterparty | Contract / Lease Description | Counterparty Address | Debtor | Cure Amount |
|---|---|---|---|---|---|
| 25 | Cox Automotive, Inc - Manheim | Purchase order 118442 dated June 1, 2023 | P.O. Box 105156 Atlanta, GA 30348 | Lordstown EV Corporation | $0.00 |
| 26 | Cox Automotive, Inc - Manheim | Purchase order 119133 dated June 22, 2023 | P.O. Box 105156 Atlanta, GA 30348 | Lordstown EV Corporation | $0.00 |
| 27 | Cox Communications California, LLC., Cox California Telcom, LLC | Commercial Services Agreement dated December 3, 2020 | 27121 Towne Centre Dr Foothill Ranch, CA 92610 | Lordstown Motors Corp. | $0.00 |
| 28 | Cox Communications California, LLC., Cox California Telcom, LLC | Purchase order 118771 dated July 23, 2023 | 27121 Towne Centre Dr Foothill Ranch, CA 92610 | Lordstown EV Corporation | $0.00 |
| 29 | Detroit Engineered Products dba DEP | Purchase order 118645 dated April 30, 2023 | 850 E Long Lake Rd Troy, MI 48085 | Lordstown EV Corporation | $0.00 |
| 30 | devPHASE LLC | Purchase order 113471 dated May 20, 2023 | P.O. Box 498943 Cincinnati, OH 45249 | Lordstown EV Corporation | $0.00 |
| 31 | E*TRADE Financial Corporate Services, Inc. | Equity Edge Online and Employee Stock Plan Services Agreement dated October 5, 2020 as amended by Amendment #3 dated October 30, 2020 | 3 Edison Drive Alpharetta, GA 30005 | Lordstown EV Corporation | $0.00 |
| 32 | Elaphe Propulsion Technologies LTD | License Agreement dated March 2020, as amended by the First Amendment to License Agreement dated July 21, 2020 | Teslova Ulica 30 1000 Ljubljana, Solvenia Attn: Luka Ambrozic Email: luka.ambrozic@elaphe-ev.com | Lordstown Motors Corp. | $283,961.19 |
| 33 | Elaphe Propulsion Technologies LTD | Facilities and Support Agreement dated March 2020 | Teslova Ulica 30 1000 Ljubljana, Solvenia Attn: Luka Ambrozic Email: luka.ambrozic@elaphe-ev.com | Lordstown Motors Corp. | $0.00 |
| 34 | Foxconn EV Property Development LLC | Lease Agreement dated May 11, 2022 for property located at 2300 Hallock Young Road, Lordstown, OH 44481 | 4568 Mayfield Rd., Ste. 204 Cleveland, OH 44121 | Lordstown EV Corporation | $0.00 |
| 35 | Foxconn EV System LLC | Manufacturing Supply Agreement dated May 11, 2022 | 4568 Mayfield Road, Suite 204 Cleveland, OH 44121 | Lordstown EV Corporation | 161001.95[1] |
| 36 | Foxconn EV System LLC | Purchase order 117863 dated June 16, 2023 | 4568 Mayfield Road, Suite 204 Cleveland, OH 44121 | Lordstown EV Corporation | $0.00 |
| 37 | GAC R&D Center Detroit, LLC | Sublease dated September 4, 2020 for property located at 38555 Hills Tech Drive, Farmington Hills, MI 48331, as amended from time to time | 38555 Hills Tech Drive Farmington Hills, MI 48331 | Lordstown EV Corporation | $0.00 |
| 38 | GE Digital LLC | Quote re: Parts dated January 8, 2021 | 2700 Camino Ramon San Ramon, CA 94583-9130 | Lordstown EV Corporation | $0.00 |
| 39 | General Motors LLC | Specialty Sales Agreement for Lordstown EV Corporation dated January 1, 2021 | 6200 Grand Pointe Drive Grand Blanc, MI 48439 | Lordstown EV Corporation | $0.00 |
| 40 | General Motors LLC | Supply Agreement dated December 2, 2021 | 777 Joslyn Avenue Pontiac, MI 48340 | Lordstown EV Corporation | $0.00 |
| 41 | General Motors LLC | Emissions Credit Agreement dated August 1, 2020 | 300 GM Renaissance Center Detroit, MI 48265 | Lordstown EV Corporation | $0.00 |
| 42 | GitLab Inc. | Professional Services Agreement dated March 1, 2023 | 268 Bush Street #350 San Francisco, CA 94104 | Lordstown Motors Corp. | $0.00 |
| 43 | HubSpot Inc. | Customer Terms of Service dated December 17, 2022 | 25 First Street, 2nd Floor Cambridge, MA 02141 | Lordstown EV Corporation | $0.00 |
| 44 | HubSpot Inc. | Purchase order 118505 dated June 17, 2023 | 25 First Street, 2nd Floor Cambridge, MA 02141 | Lordstown EV Corporation | $0.00 |
| 45 | iLoka, Inc. dba NewCloud Networks | Master Agreement dated December 15, 2021 | 160 Inverness Drive West, Suite 100 Englewood, CO 80112 | Lordstown Motors Corp. | $0.00 |
| 46 | Infosys Limited | Letter of Engagement dated July 20, 2021 | 2400 N Glenville Dr, C150 Richardson, TX 75082 | Lordstown Motors Corp. | $0.00 |
| 47 | Infosys Limited | Purchase order 118888 dated July 13, 2023 | 2400 N Glenville Dr, C150 Richardson, TX 75082 | Lordstown EV Corporation | $0.00 |
| 48 | Infosys Limited | Purchase order 118889 dated June 27, 2023 | 2400 N Glenville Dr, C150 Richardson, TX 75082 | Lordstown EV Corporation | $0.00 |

[1] The cure amount for the Manufacturing Supply Agreement dated May 11, 2022 by and between Foxconn EV System LLC and Lordstown EV Corporation does not account for any claims or subordination arguments the Debtors and thier estates may have in connection with the ongoing disputes with Foxconn EV System LLC and certain of its affiliates (together "**Foxconn**"), including any setoff, recoupment, or subordination rights. The Debtors reserve all rights, claims and defenses with respect to Foxconn in connection with thier ongoing disputes with Foxconn.

| NO. | Counterparty | Contract / Lease Description | Counterparty Address | Debtor | Cure Amount |
|---|---|---|---|---|---|
| 49 | Intrado Digital Media, LLC | Master Agreement dated October 18, 2022 | 11808 Miracle Hills Drive<br>Omaha, NE 68154 | Lordstown Motors Corp. | $0.00 |
| 50 | Intrado Digital Media, LLC | Purchase order 118860 dated April 27, 2023 | 11808 Miracle Hills Drive<br>Omaha, NE 68154 | Lordstown EV Corporation | $0.00 |
| 51 | Intralinks, Inc. | Work Order dated July 11, 2023 | 622 3rd Avenue 10th Floor<br>New York, NY 10017 | Lordstown Motors Corp. | $0.00 |
| 52 | Logicalis, Inc. | Purchase Order dated April 19, 2021 | 2600 S Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 53 | Logicalis, Inc. | Aruba Access Point Installation Services Quotation dated March 29, 2021 | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 54 | Logicalis, Inc. | Aruba WLAN Proposal Quotation dated March 26, 2021 | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 55 | Logicalis, Inc. | Select Areas 802.11 Site Survey Quotation dated March 26, 2021 | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 56 | Logicalis, Inc. | Network Deployment - Core and Access Layer Quotation dated April 21, 2021 | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 57 | Logicalis, Inc. | Palo Alto Deployment Quotation dated April 9, 2021 | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 58 | Logicalis, Inc. | APs and ClearPass License Quotation dated September 27, 2022 | 2600 S Telegraph Road<br>Bloomfield Hills, MI 48302 | Lordstown Motors Corp. | $0.00 |
| 59 | Logicalis, Inc. | Purchase order 117854 dated October 31, 2022 | 2600 S Telegraph Road<br>Bloomfield Hills, MI 48302 | Lordstown EV Corporation | $0.00 |
| 60 | Manheim Remarketing, Inc. | Vehicle Services Agreement dated April 11, 2023 | 6205 Peachtree Dunwoody Road<br>Atlanta, GA 30328 | Lordstown EV Sales LLC | $0.00 |
| 61 | Michigan Strategic Fund | Michigan Business Development Program Grant Agreement dated February 17, 2021 | 300 North Washington Square<br>Lansing, MI 48913 | Lordstown Motors Corp. | $0.00 |
| 62 | Mosaic Corporation | Purchase order 110739 dated July 16, 2021 | 3050 Northeast Pkwy Ste 100<br>Atlanta, GA 30360 | Lordstown EV Corporation | $0.00 |
| 63 | ODP Business Solution, LLC | Purchase order 118854 dated May 8, 2023 | PO Box 633211<br>Cincinnati, OH 45263 | Lordstown EV Corporation | $0.00 |
| 64 | Ohio Bureau of Workers' Compensation | Workers Compensation beginning July 1, 2023 | 30 W. Spring St.<br>Columbus, OH 43215 | Lordstown Motors Corp. | $0.00 |
| 65 | Open Text Inc. | Services Agreement dated June 22, 2021 as amended July 15, 2021 | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878 | Lordstown Motors Corp. | $0.00 |
| 66 | Open Text Inc. | Purchase order 106170 dated May 23, 2023 | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878 | Lordstown EV Corporation | $0.00 |
| 67 | Open Text Inc. | Purchase order 111548 dated May 31, 2023 | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878 | Lordstown EV Corporation | $0.00 |
| 68 | Oracle America, Inc. | Oracle Ordering Document dated February 8, 2023 | 500 Oracle Parkway<br>Redwood Shores, CA 94065 | Lordstown Motors Corp. | $0.00 |
| 69 | Paragon Die & Engineering Company | Purchase order 119189 dated June 20, 2023 | 5225 33rd St. SE<br>Grand Rapids, MI 49512 | Lordstown EV Corporation | $0.00 |
| 70 | Paylocity Corporation | Paylocity Corporation Full Bundle Subscription Term Agreement dated October 23, 2019 | 1400 American Lane<br>Schaumburg, IL 60173 | Lordstown EV Corporation | $0.00 |
| 71 | Principal Life Insurance Company Group | Group Vision Care Expense Insurance (Policy No. GVE 1119738) | 711 High Street<br>Des Moines, IA 50392 | Lordstown EV Corporation | $0.00 |
| 72 | Principal Life Insurance Company Group | Group Member Life Insurance (Policy No. GL 1119738) | 711 High Street<br>Des Moines, IA 50392 | Lordstown EV Corporation | $0.00 |
| 73 | Principal Life Insurance Company Group | Group Short Term Disability Insurance (Policy No. GST 1119738) | 711 High Street<br>Des Moines, IA 50392 | Lordstown EV Corporation | $0.00 |
| 74 | Principal Life Insurance Company Group | Group Long Term Disability Insurance (Policy No. GLT 1119738) | 711 High Street<br>Des Moines, IA 50392 | Lordstown EV Corporation | $0.00 |
| 75 | Red Dawn Intermediate I, Inc | Purchase order 118852 dated October 27, 2022 | 3854 Broadmoor Ave SE<br>Grand Rapids, MI 49512 | Lordstown EV Corporation | $0.00 |

| NO. | Counterparty | Contract / Lease Description | Counterparty Address | Debtor | Cure Amount |
|---|---|---|---|---|---|
| 76 | Rentokil North America, INC dba Western Exterminator Company | Purchase order 118659 dated April 19, 2023 | P.O. Box 16350<br>Reading, PA 19612 | Lordstown EV Corporation | $0.00 |
| 77 | Ricoh USA, Inc | Purchase order 115234 dated July 14, 2023 | PO Box 802815<br>Chicago, IL 60680 | Lordstown EV Corporation | $0.00 |
| 78 | Robar Public Relations | Purchase order 118851 dated June 4, 2023 | 1600 E Grand Blvd Unit #300<br>Detroit, MI 48211 | Lordstown EV Corporation | $0.00 |
| 79 | Robert Half International Inc | Purchase order 119036 dated May 17, 2023 | 2613 Camino Ramon<br>San Ramon, CA 94583 | Lordstown EV Corporation | $0.00 |
| 80 | Samsung SDI America, Inc. | First Amended and Restated Long Term Supply Agreement dated November 22, 2021 | 4121 North Atlantic Blvd<br>Auburn Hills, MI 48326 | Lordstown EV Corporation | $0.00 |
| 81 | Service Express, LLC | Service Express Service Agreement 43076 dated October 16, 2022 | 3854 Broadmoor Ave SE<br>Grand Rapids, MI 49512 | Lordstown Motors Corp. | $0.00 |
| 82 | Shopify Inc. | Terms of Service and Receipts dated September 6, 2022 | 151 O'Connor Street, Ground Floor<br>Ottawa, ON K2P 2L8 | Lordstown Motors Corp. | $0.00 |
| 83 | Siemens Industry Software Inc. | Quotation re: Licensed Software Designation Agreement dated October 10, 2022 | 5755 New King Drive<br>Troy, MI 48098 | Lordstown Motors Corp. | $0.00 |
| 84 | Skynet Innovations | Enterprise Managed Services Contract | 350 E Main Street Ste 200<br>Batavia, OH 45103 | Lordstown Motors Corp. | $0.00 |
| 85 | Sonitrol Orange County, LLC | Purchase order 119008 dated August 1,2023 | 23 Mauchly #100<br>Irvine, CA 92618 | Lordstown EV Corporation | $0.00 |
| 86 | Syngin Technology, LLC - Wallenius Wilhelmsen | Purchase order 119108 dated May 2, 2023 | 100 South Ashley Dr.<br>Tampa, FL 33602 | Lordstown EV Corporation | $0.00 |
| 87 | Syngin Technology, LLC - Wallenius Wilhelmsen | Purchase order 119120 dated June 23, 2023 | 100 South Ashley Dr.<br>Tampa, FL 33602 | Lordstown EV Corporation | $0.00 |
| 88 | TAG Resources, LLC | Amendment(s) Cycle 3 Restatement and the Plan dated April 26, 2022 | 6501 Deane Hill Dr<br>Knoxville, TN 37919 | Lordstown EV Corporation | $0.00 |
| 89 | Tata Consultancy Services Limited | Master Agreement for Professional Services dated December 10, 2020 | TCS House, Ravelin Street, Fort<br>Mumbai, 400 001 | Lordstown EV Corporation | $0.00 |
| 90 | Tata Consultancy Services Limited | Project Polarion Statement of Work dated February 16, 2022 | TCS House, Ravelin Street, Fort<br>Mumbai, 400 001 | Lordstown EV Corporation | $0.00 |
| 91 | Tata Consultancy Services Limited | Project PLM Change Management and Integration Statement of Work dated August 1, 2022 | TCS House, Ravelin Street, Fort<br>Mumbai, 400 001 | Lordstown EV Corporation | $0.00 |
| 92 | TERIS-Phoenix, LLC | Statement of Work dated March 14, 2023 | 11333 N. Scottsdale Road Suite 294<br>Scottsdale, AZ 85254 | Lordstown Motors Corp. | $31,065.18 |
| 93 | Toppan Merrill Bridge | Proposal re: Pre-IPO Collaboration to Post-IPO Disclosure Management dated August 14, 2020 | 1501 Energy Park Drive<br>St. Paul, MN 55108 | Lordstown EV Corporation | $0.00 |
| 94 | Toppan Merrill LLC | Proposal re: SEC Connect dated February 25, 2021 | 1501 Energy Park Dr<br>St Paul, MN 55108 | Lordstown Motors Corp. | $0.00 |
| 95 | Transportation Research Center, Inc. dba TRC, Inc. | Purchase order 113497 dated May 31, 2023 | 10820 State Route 347<br>PO Box B-67<br>East Liberty, OH 43319 | Lordstown EV Corporation | $0.00 |