# EXHIBIT B

**Foxconn Letter**

**(Filed Under Seal)**