**CERTIFICATE OF SERVICE**

      I, Marcy J. McLaughlin Smith, hereby certify that on August 22, 2023, I caused the foregoing *The Official Committee of Unsecured Creditors' Statement of Position with Respect to Foxconn's Motion to Dismiss or Convert the Bankruptcy Cases* to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

                */s/ Marcy J. McLaughlin Smith*
                Marcy J. McLaughlin Smith (DE No. 6184)

161834212v1

## Email and First Class Mail Service List

*(Proposed Co-Counsel to Debtors and Debtors in Possession)*
RICHARDS, LAYTON & FINGER, P.A.
Kevin Gross, Daniel J. DeFranceschi,
Paul N. Heath, Amanda R. Steele, and
Jason M. Madron
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com; defranceschi@rlf.com;
heath@rlf.com; steele@rlf.com; madron@rlf.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*
WHITE & CASE LLP
Roberto Kampfner, Doah Kim, and
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com rj.szuba@whitecase.com

*(Proposed Co-Counsel to Debtors and Debtors in Possession*
WHITE & CASE LLP
Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
jzakia@whitecase.com

*(Proposed Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*
WHITE & CASE LLP
Thomas E Lauria, Matthew C. Brown,
and Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*(Counsel to Foxconn)*
Robert J. Dehney, Matthew B. Harvey, and
Matthew O. Talmo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@morrisnichols.com
mharvey@morrisnichols.com
mtalmo@morrisnichols.com

*(Counsel to Foxconn)*
Matthew M. Murphy, Matthew Micheli, and
Michael C. Whalen
PAUL HASTINGS LLP
71 South Wacker Drive Suite 4500
Chicago, IL 60606
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com
michaelcwhalen@paulhastings.com

*(Counsel to Foxconn)*
Kevin P. Broughel
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
kevinbroughel@paulhastings.com

161834212v1