# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before August 14, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Second Supplemental Declaration of Kevin Gross in Support of Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date** [Docket No. 244]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: August 22, 2023

*/s/ Esmeralda Aguayo*
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Harco Manufacturing Group, LLC | Bayard, P.A. | Evan T. Miller | emiller@bayardlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Top 30 | Bossard Inc. | Jon Dabney | JDabney@bossard.com |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | AR@cevalogistics.com |
| Counsel to Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | Aneil.Shah@cognizant.com |
| Counsel for Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Gregor.Golja@elaphe-ev.com |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | julian.merritt@fiberdyne.com.au |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 | Foxconn EV System LLC | Butzel Long | klein@butzel.com |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel for Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | halai@greatech-group.com |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | mknepp@harcoonline.com |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Top 30 | HRB Industries Corp | Kevin Yao | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | campana@jvis.us |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | dwightman@lavaltool.net |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | rosa.cardona@marelli.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Matthew M. Murphy, Matthew Micheli, Michael C. Whalen | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com; michaelcwhalen@paulhastings.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Top 30 | Pektron EV Limited | | afield@pektron.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel for Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | awilliams@pcamco.com |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Richards, Layton & Finger, P.A. | Kevin Gross, Daniel J. DeFranceschi, Paul N. Heath, Amanda R. Steele, Jason M. Madron | gross@rlf.com; defranceschi@rlf.com; heath@rlf.com; steele@rlf.com; madron@rlf.com |
| Top 30 | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Jesse M. Coleman | jmcoleman@seyfarth.com |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Michael D. Wexler, James B. Sowka | mwexler@seyfarth.com; jsowka@seyfarth.com |
| Top 30 | Sharp Dimension Inc | Tracy Tran | tracy@sharpdimension.com |
| Top 30 | St. Clair Technologies Inc | | TArmstrong@stclairtech.com |
| Counsel for Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | sagarm@readysoftind.com |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | john.ruterbusch@cspplastics.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | The Timken Corporation | Charles Wojdyla | charles.wojdyla@timken.com; ACCTSREC@TIMKEN.COM |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | GarryK@3dimensional.com |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson.Fridley@thyssenkrupp-materials.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | VIA Optronics LLC | Brett Gaines | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | 20 Valley Street | | | Endicott | NY | 13760 | |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Top 30 | Bossard Inc. | Jon Dabney | 6521 Production Dr | | | Cedar Falls | IA | 50613 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | 15350 Vickery Dr | | | Houston | TX | 77032 | |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | 1391 Wheaton Ste 700 | | | Troy | MI | 48083 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | ljubljana | | | Slovenia |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | | Ferntree Gully | | VIC 3156 | Australia |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Top 30 | Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Rd Ste 204 | | | Cleveland | OH | 44121 | |
| Top 30 | Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | 2300 Hallock Young Rd | | | Warren | OH | 44481 | |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | Plot 287 (A), Lengkok Kampung Jawa Satu | Bayan Lepas Fiz Phase 3 | | 11900 Penang | | | Malaysia |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | 3535 Kettering Blvd | | | Moraine | OH | 45439 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Top 30 | HRB Industries Corp | Kevin Yao | 3485 Swenson Ave | | | Saint Charles | IL | 60174 | |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | PO Box 530 | | | Mt Clemens | MI | 48046 | |
| Top 30 | JVIS USA LLC | | 52048 Shelby Parkway | | | Shelby Township | MI | 48315 | |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Rd | | | Maidstone | ON | N0R 1K0 | Canada |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | Junko Smith | 1 Calsonic Way | | Shelbyville | TN | 37160 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | 2900 Komarom | | | Banki Donatu | | utca 1 | Hungary |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | Alex Williams | 13870 E Eleven Mile Rd | | Warren | MI | 48089 | |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | 28101 Schoolcraft Rd | | | Livonia | MI | 48150 | |
| Top 30 | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 | Sharp Dimension Inc | Tracy Tran | 4240 Business Center Dr | | | Fremont | CA | 94538 | |
| Top 30 | St. Clair Technologies Inc | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | Sagar Maramreddy | 5966 Lovewood Ct | | Canton | MI | 48187 | |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | 255 Rex Blvd | | | Auburn Hills | MI | 48326 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 | The Timken Corporation | Charles Wojdyla | 4500 Mount Pleasant Street NW | | | North Canton | OH | 44720 | |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | Garry Kasaczun | 2547 Product Dr | | Rochester Hills | MI | 48309 | |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson Fridley | 22355 W Eleven Mile Rd | | Southfield | MI | 48033 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford | Laura Correa | 1 Riverside Drive West Ste 700 | | Windsor | ON | N9A-5K3 | Canada |
| Top 30 | VIA Optronics LLC | Brett Gaines | 6220 Hazeltine National Dr Ste 120 | | | Orlando | FL | 32822 | |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | 4505 W 26 Mile Rd | | | Washington | MI | 48094 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2