**Exhibit B**

**Expense Detail**

| Name | Date | Description | Expense Category | Amount |
|---|---|---|---|---|
| CDT | 6/27/2023 | USCONNECT CRPDN MKVLROCHESTER HIL    MI (D. Tsitsis) | Meals | $5.27 |
| CDT | 6/27/2023 | SPEEDWAY 04362    STERLING HEIG MI (D. Tsitsis) - Drive back home | Transportation | $64.30 |
| EH | 6/27/2023 | Dinner at CHICK-FIL-A (E. Hammes) | Meals | $11.50 |
| MM | 6/27/2023 | Silverman team lunch from Chipotle (M. Mollerus, E. Hammes, D. Tsitsis) | Meals | $46.00 |
| MM | 6/27/2023 | Starbucks breakfast expense (M. Mollerus, E. Hammes) | Meals | $16.91 |
| CDT | 6/28/2023 | DD/BR #304009 3040  NOVI MI (D. Tsitsis, M. Mollerus) | Meals | $12.16 |
| EH | 6/28/2023 | Lunch for Silverman team (D. Tsitsis, M. Mollerus) | Meals | $45.80 |
| EH | 6/28/2023 | Breakfast STARBUCKS (E. Hammes) | Meals | $8.69 |
| MM | 6/28/2023 | Uber charge for transportation from hotel to Lordstown Farmington Hills office while in Detroit on business trip. (M. Mollerus) | Transportation | $11.96 |
| CDT | 6/29/2023 | FIVE GUYS 1696 QSR 0SAINT JOSEPH    MI (D. Tsitsis) | Meals | $23.52 |
| CDT | 6/29/2023 | LA VIE CUISINE LLC 0NOVI MI (E. Hammes, M. Mollerus, D. Tsitsis) | Meals | $38.48 |
| CDT | 6/29/2023 | USCONNECT CRPDN MKVLROCHESTER HIL  MI (D. Tsitsis) | Meals | $3.78 |
| CDT | 6/29/2023 | SPEEDWAY 04362    STERLING HEIG MI (D. Tsitsis) - Drive back home | Transportation | $36.58 |
| EH | 6/29/2023 | National Rental Car for the week 6/25 to 6/29 (E. Hammes) | Transportation | $265.06 |
| EH | 6/29/2023 | Taxi from ORD to home (E. Hammes) | Transportation | $63.00 |
| EH | 6/29/2023 | Hotel charge week 6/25 to 6/29 FOUR POINTS BY SHERATON NOVI (E. Hammes) | Lodging | $458.00 |
| EH | 6/29/2023 | Breakfast STARBUCKS (M. Mollerus and E. Hammes) | Meals | $12.99 |
| MM | 6/29/2023 | Uber from ORD airport to home in Chicago (M. Mollerus) | Transportation | $76.94 |
| MM | 6/29/2023 | Lodging at the Four Points (Detroit Novi) while in Detroit for Lordstown business at the Farmington Hills office. 4 night hotel stay @ Lordstown's corporate rate (1 night comp'd due to power outage) (M. Mollerus) | Lodging | $339.00 |

| | | | | |
|---|---|---|---|---:|
| MM | 6/29/2023 | Airfare for M. Mollerus to/from DTW/ORD (Economy class) for business trip to Lordstown Motors office in Farmington Hills, MI. | Airfare | $757.79 |
| CDT | 6/30/2023 | PHILLIPS 66 - WATERWAY NORTHBROOK   IL (D. Tsitsis) - Refill from drive home | Transportation | $70.71 |
| MM | 7/10/2023 | Uber to ORD (M. Mollerus) | Transportation | $47.96 |
| MM | 7/11/2023 | Lunch while at Lordstown Farmington Hills office for Silverman team (E. Hammes, M. Mollerus) | Meals | $22.65 |
| MM | 7/12/2023 | Lunch while at Lordstown Farmington Hills office for Silverman team (E. Hammes, M. Mollerus) | Meals | $29.92 |
| MM | 7/12/2023 | Dinner for Silverman team while in Farmington Hills for Lordstown business (E. Hammes, M. Mollerus) | Meals | $79.87 |
| MM | 7/13/2023 | Uber from ORD to Home (M. Mollerus) | Transportation | $50.91 |
| MM | 7/13/2023 | Rental car from National Car Rental while in Farmington Hills for business (M. Mollerus) | Transportation | $282.78 |
| MM | 7/13/2023 | Round trip airfare (ORD/DTW) (Economy class) | Airfare | $580.80 |
| MM | 7/13/2023 | Lodging for 7.9.23 - 7.13.23 at Four Points by Sheraton Detroit Novi (business travel to Lordstown) (M. Mollerus) | Lodging | $452.00 |
| MM | 7/13/2023 | Lunch while at Lordstown Farmington Hills office for Silverman team (E. Hammes, M. Mollerus) | Meals | $23.95 |
| SK | 7/13/2023 | Flight to Detroit 7/11 - (S. Kohler) | Airfare | $620.80 |
| SK | 7/13/2023 | Lordstown trip through 7/13 (S. Kohler) FOUR POINTS BY SHERATON (7-11 TO 7-13-23) | Lodging | $383.36 |
| SK | 7/14/2023 | Parking at Ohare 7 13 23 (S. Kohler) | Transportation | $132.00 |
| SK | 7/14/2023 | American Airlines tickets to Detroit 7/16 thru 7/20. Receipt sent to Wendy on 7/14 (Economy class) - (S. Kohler) | Airfare | $503.81 |
| MM | 7/17/2023 | Uber from home to ORD (business travel to Lordstown) (M. Mollerus) | Transportation | $82.97 |
| MM | 7/17/2023 | Uber from DTW to Lordstown's Farmington Hills office (M. Mollerus) | Transportation | $44.99 |
| SK | 7/17/2023 | Lyft  7/16 to the airport for Lordstown (S. Kohler) | Transportation | $70.38 |
| SK | 7/17/2023 | Lyft to Lordstown 7 17 23 (S. Kohler) | Transportation | $20.48 |
| SK | 7/17/2023 | Lyft ride from the Lordstown office to Hotel (S. Kohler) | Transportation | $13.24 |

RLF1 29509366v.1

| | | | | |
|---|---|---|---|---|
| MM | 7/18/2023 | Jersey Mikes lunch order to Lordstown Farmington Hills office for Silverman team (Mike M. & Scott K.) | Meals | $48.76 |
| MM | 7/18/2023 | Dinner at hotel restaurant - No. Six Prime - while in Farmington Hills for business (M. Mollerus) | Meals | $23.04 |
| SK | 7/18/2023 | Lyft ride to company (S. Kohler) | Transportation | $18.99 |
| SK | 7/18/2023 | 7/18 Lyft ride from the company to the hotel. (S. Kohler) | Transportation | $16.99 |
| MM | 7/19/2023 | Uber from office to hotel (M. Mollerus) | Transportation | $16.23 |
| MM | 7/19/2023 | Dinner at hotel restaurant - No. Six Prime - while in Farmington Hills for business (M. Mollerus) | Meals | $48.64 |
| SK | 7/19/2023 | Lyft ride to Lordstown - (S. Kohler) | Transportation | $15.68 |
| MM | 7/20/2023 | Lodging for 7.17.23 - 7.20.23 at Four Points by Sheraton Detroit Novi (business travel to Lordstown) | Lodging | $373.73 |
| MM | 7/20/2023 | Uber from hotel to office while in Farmington Hills for business | Transportation | $17.97 |
| MM | 7/20/2023 | Uber from office to DTW (returning from business travel to Lordstown's Farmington Hills office) | Transportation | $53.93 |
| MM | 7/20/2023 | Uber from Midway to home (returning from business travel to Lordstown) | Transportation | $59.91 |
| MM | 7/20/2023 | Airfare to/from Chicago from/to Detroit (business travel for Lordstown). Note that the return leg originally through Delta was canceled and refunded, and air to Chicago rebooked through Southwest. Net of all executed transactions equals $503.88 (all pdfs attached). (M. Mollerus) (Economy class) | Airfare | $503.88 |
| MM | 7/20/2023 | Dinner at airport (returning from business travel to Lordstown's Farmington Hills office) (M. Mollerus) | Meals | $22.01 |
| SK | 7/20/2023 | Lyft ride to airport (S. Kohler) | Transportation | $62.06 |
| SK | 7/20/2023 | Parking at O'Hare (S. Kohler) | Transportation | $168.00 |
| SK | 7/20/2023 | Hotel FOUR POINTS BY SHERATON (7-16 TO 7-20-23) (S. Kohler) | Lodging | $603.08 |
| MM | 7/23/2023 | Uber from home to ORD (business travel to Lordstown's Farmington Hills office) (M. Mollerus) | Transportation | $45.28 |
| SK | 7/23/2023 | Dinner at airport traveling to Detroit 7 16 (S. Kohler) SUBWAY | Meals | $15.78 |
| AB | 7/24/2023 | Dinner (A. Bauer) Chipotle | Meals | $17.55 |
| AB | 7/24/2023 | Lyft from Home to ORD for Equipment Visit (A. Bauer) | Transportation | $54.15 |

| AB | 7/25/2023 | Car rental for site visit to Lordstown for walkthrough (A. Bauer) AVIS | Transportation | $117.44 |
|---|---|---|---|---|
| AB | 7/25/2023 | Gas for Lordstown site visit rental car (A. Bauer) | Transportation | $16.33 |
| AB | 7/25/2023 | Hotel For Equipment Visit on 7/25 (A. Bauer) Hampton Inn by Hilton | Lodging | $182.71 |
| AB | 7/25/2023 | Flight to and From Akron airport for Equipment Visit (A. Bauer) (Economy class) | Airfare | $503.80 |
| AB | 7/25/2023 | Lyft from ORD to home for Equipment Visit Trip (A. Bauer) | Transportation | $38.80 |
| MM | 7/26/2023 | Airfare 07.23.2023 - 07.26.2023, net of return and rebook (united original flight and southwest rebook. Refund and new ticket shown in pdf) (M. Mollerus) (Economy class) | Airfare | $680.87 |
| MM | 7/26/2023 | Four Points Lodging - 07.23.2023 - 07.26.2023 | Lodging | $339.00 |
| MM | 7/26/2023 | Rental car from National at Lordstown rate + fuel on return -  7.24.23 - 7.26.23 (M. Mollerus) | Transportation | $183.03 |
| MM | 7/27/2023 | Uber from Midway to home (returning from business travel to Lordstown) (M. Mollerus) | Transportation | $58.99 |
| MM | 7/30/2023 | Uber from ORD to Home (M. Mollerus) | Transportation | $79.92 |
| MM | 7/30/2023 | Uber from home to ORD (business travel to Lordstown) (M. Mollerus) | Transportation | $51.97 |
| CDT | 7/31/2023 | JERSEY MIKES 31020 0NOVI MI (M. Mollerus, E. Hammes, D. Tsitsis) | Meals | $47.38 |
| CDT | 7/31/2023 | USCONNECT CRPDN MKVLROCHESTER HIL MI (D. Tsitsis) | Meals | $2.39 |
| MM | 7/31/2023 | Uber to airport from home for business travel to Lordstown's Farmington Hills office (M. Mollerus) | Transportation | $40.94 |
| MM | 7/31/2023 | National Rental Car while in Farmington Hills for business travel (M. Mollerus) | Transportation | $292.56 |
| MM | 7/31/2023 | Airfare from/to DTW to/from ORD (business travel to Lordstown's Farmington Hills office) (M. Mollerus) (Economy class) | Airfare | $503.81 |
| | | **Grand Total** | | **$11,136.91** |