IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that (i) on August 21, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), through their undersigned counsel, caused copies of: (a) *Debtors' Objections and Responses to Foxconn's First Set of Requests for Admission to Debtor Lordstown Motors Corp*; and (b) *Debtors' Objections and Responses to Foxconn's First Set of Interrogatories* to be served upon the parties specified below in the manner specified, and (ii) on August 22, 2023, the Debtors caused copies of the *Debtors' Objections and Responses to Foxconn's First Set of Requests for Production of Documents* to be served upon the parties specified below in the manner specified:

| *Via Email* | *Via Email* |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@morrisnichols.com | **PAUL HASTINGS LLP**<br>Matthew M. Murphy, Esq. (admitted *pro hac vice*)<br>Michael C. Whalen, Esq. (admitted *pro hac vice*)<br>Matthew Micheli, Esq. (admitted *pro hac vice*)<br>71 South Wacker Drive Suite 4500<br>Chicago, IL 60606<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>mattmurphy@paulhastings.com<br>michaelcwhalen@paulhastings.com |

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29492371v.2

| | |
|---|---|
| mharvey@morrisnichols.com<br>mtalmo@morrisnichols.com | mattmicheli@paulhastings.com |

| | |
|---|---|
| Dated: August 23, 2023<br><br>Respectfully submitted,<br><br>      */s/ Cory D. Kandestin*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Kevin Gross (No. 209)<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Amanda R. Steele (No. 5530)<br>Jason M. Madron (No. 4431)<br>Cory D. Kandestin (No. 5025)<br>James F. McCauley (No. 6991)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>gross@rlf.com<br>defranceschi@rlf.com<br>heath@rlf.com<br>steele@rlf.com<br>madron@rlf.com<br>kandestin@rlf.com<br>mccauley@rlf.com<br><br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |