## CERTIFICATE OF SERVICE

I, Cory D. Kandestin, hereby certify that on August 23, 2023, I caused a copy of the foregoing *Notice of Service* to be served upon the following parties in the manner indicated, and upon all parties registered to receive electronic service via CM/ECF.

| *Via Email* | *Via Email* |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> Robert J. Dehney (No. 3578) <br> Matthew B. Harvey (No. 5186) <br> Matthew O. Talmo (No. 6333) <br> 1201 North Market Street, 16th Floor <br> Wilmington, Delaware 19801 <br> Telephone: (302) 658-9200 <br> Facsimile: (302) 658-3989 <br> rdehney@morrisnichols.com <br> mharvey@morrisnichols.com <br> mtalmo@morrisnichols.com | **PAUL HASTINGS LLP** <br> Matthew M. Murphy, Esq. (admitted *pro hac vice*) <br> Michael C. Whalen, Esq. (admitted *pro hac vice*) <br> Matthew Micheli, Esq. (admitted *pro hac vice*) <br> 71 South Wacker Drive Suite 4500 <br> Chicago, IL 60606 <br> Tel: (212) 969-3000 <br> Fax: (212) 969-2900 <br> mattmurphy@paulhastings.com <br> michaelcwhalen@paulhastings.com <br> mattmicheli@paulhastings.com |

*/s/ Cory D. Kandestin*
Cory D. Kandestin (No. 5025)

RLF1 29492371v.2