# EXHIBIT A

## Parties-in-Interest Noted for Court Disclosure

### Relationships in Matters Related to These Proceedings

None

### Relationships in Unrelated Matters - Current

**Debtors**
Lordstown Motors Corp. (DE)

**Debtors' Professionals**
Richards Layton & Finger, P.A.
Jefferies Group LLC
White & Case LLP

**Cash Management Banks**

JP Morgan Asset Management
JP Morgan Chase Bank, N.A.
JP Morgan Securities

**Insurance Providers**

Allied World Specialty Insurance Company
AXIS Insurance Company
Berkley Insurance Company
Continental Casualty Company
Gemini Insurance Company
General Star Indemnity Company
Ironshore Specialty Insurance Company
RSUI Indemnity Company
Samsung Fire & Marine Ins Co Ltd (US Br)
SiriusPoint Bermuda Insurance Company
The Cincinnati Insurance Company
Underwriters At Lloyds London
XL Specialty Insurance Company

**Litigation Parties**
Silverpeak and related entities (which includes SP SPAC Sponsor LLC, Silverpeak Real Estate Partners L.P., Silverpeak Strategic Partners LLC, Silverpeak Credit Partners LP, Silverpeak Renewables Investment Partners LP, and certain other affiliated entities)

**Ordinary Course Professionals & Professionals of Parties in Interest**
Akin Gump Strauss Hauer & Feld LLP
Baker & Hostetler LLP
Bodman PLC
Dechert LLP
Deloitte & Touche LLP
Dentons US
Entwistle & Cappucci LLP
Ernst & Young U.S. LLP
Fisher and Phillips LLP
Foley & Lardner LLP
Haynes and Boone, LLP
KPMG LLP
Labaton Sucharow LLP
Latham & Watkins LLP
Nelson Mullins Riley & Scarborough LLP
Paul Hastings LLP
Pomerantz LLP
Potter Anderson & Corroon LLP
Robbins Geller Rudman & Dowd
RSM US LLP
Seyfarth Shaw LLP
Simpson Thacher & Bartlett LLP
Sullivan & Cromwell LLP
Winston & Strawn LLP

**Other Parties in Interest**
  Blackrock
  Softbank

**Significant Lease and Contract Counterparties**
  Applied Medical Resources Corporation
  Cigna Health and Life Insurance Company
  General Motors
  Principal Life Insurance Company
  TransAmerica Corporation

**Significant Vendors**

  AP Expert Group LLC
  AT&T MOBILITY-CC
  Baker Hostetler
  Haynes and Boone, LLP
  Infosys Limited
  KPMG LLP
  Nexteer Automotive Corporation
  OpenText Inc.
  Principal Life Insurance Company
  Simpson Thacher & Bartlett LLP
  Sullivan & Cromwell LLP
  thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp Steel Services
  TTI, INC dba Symmetry Electronics (a division of TTI, Inc,) and RFMW(a division of TTI, Inc.)

**Taxing and Regulatory Authorities**

  Internal Revenue Service
  Securities and Exchange Commission
  U.S. Department of Justice

**Top Unsecured Creditors**
  AP Expert Group LLC
  AT&T MOBILITY-CC
  Nexteer Automotive Corporation
  thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp Steel Services

**Utilities**
  AT&T MOBILITY-CC
  Comcast Holdings Corporation dba Comcast Cable Communicat
  Southern California Edison
  Southern California Gas Company dba The Gas Company; So Ca

## Relationships in Unrelated Matters - Former

### Debtors
Lordstown EV Corp. (DE)
Lordstown EV Sales LLC (DE)

### Debtors' Professionals
Kurtzman Carson Consultants, LLC
Silverman Consulting, Inc.

### Cash Management Banks
JP Morgan Institutional Investments Global Liquidity
JP Morgan Prime

### Insurance Providers
Accredited Specialty Insurance Company
Associated Industries Insurance Co., Inc
CFC Underwriting / Lloyds
Endurance Assurance Corporation
Fair American Insurance & Reinsurance Co
Hudson Insurance Company
Magna Carta Insurance Ltd. / Lloyds
National Union Fire Ins Co of Pittsburgh, PA
RT Specialty Insurance Services, LLC
The Cincinnati Indemnity Company
Westfield Specialty Insurance Comp

### Litigation Parties
Accredited Specialty Insurance Company
Associated Industries Insurance Co., Inc
CFC Underwriting / Lloyds
Endurance Assurance Corporation
Fair American Insurance & Reinsurance Co
Hudson Insurance Company
Magna Carta Insurance Ltd. / Lloyds
National Union Fire Ins Co of Pittsburgh, PA
RT Specialty Insurance Services, LLC
The Cincinnati Indemnity Company
Westfield Specialty Insurance Comp

### Ordinary Course Professionals & Professionals of Parties in Interest

Ankura Intermediate Holdings, LP dba Ankura Consulting Group LLC
Bernstein Litowitz Berger & Grossman, LLP
Climaco, Wilcox, Peca, Tarantino & Garofoli
Cohen Rosenthal & Kramer
Cooch and Taylor
Cummins Law
deLeeuw Law LLC
Dittmer, Wagoner & Steele
Elfvin, Klingshirn, Royer & Torch, LLC
Employment Law Partners
FTI Consulting, Inc.
Gladstein, Neandross & Associates
Hagens Berman Sobol Shapiro LLP
Kaskela Law LLC
Kooperman Mentel Ferguson Yaross
Lasky, LLC
Law Office of Daniel R. Karon
Lifshitz Law PLLC
Long Law, LLC
Mercer Capital Management, Inc.
Merriman Legando Williams & Klang
Murray, Murphy, Moul & Basil
Perantinides & Nolan
Perez & Morris
Phillips ADR Enterprises PC
Prospect Law LLP
Purcell & Lefkowitz LLP
Saxena White
Schall Law
Schubert Jonckheer & Kolbe LLP
Shapiro Haber & Urmy LLP
Socotec Advisory, LLC
Strauss Troy
The Brown Law Firm, P.C.
The Rosen Law Firm, P.A.
WIT Legal, LLC
Zoll & Kranz

**Other Parties in Interest**
Blackrock Institutional Trust Company, N.A.


**Significant Lease and Contract Counterparties**
  Aon (Bermuda) Ltd.

Aon Risk Services Central Inc.
Aon UK Limited
Arthur J. Gallagher Risk Management Services, Inc.
Elaphe Propulsion Technologies Ltd.
Foxconn EV Property Development LLC
Foxconn EV System LLC
GAC R&D Center Detroit, LLC
GM EV Holdings LLC
Hills Tech Ventures LLC
Liberty Property and Asset Management
Michigan Strategic Fund
Paylocity Corporation
TenantBase, Inc.
Willowgreen Building Group, LLC

**Significant Vendors**

A Say Inc dba Say Communications LLC
A.K.Stamping Company, Inc
ABSOLUTE ELECTRONICS INC
Akebono Brake Company
Amphenol Interconnect Products Corporation
Anchor Tool and Die Company dba Anchor Manufacturing Group, Inc.
Anderton Castings SAS
Armada Toolworks LTD.
ATCO Industries, Inc.
Auto Motive Power Inc
Barry L. Leonard and Company Inc. dba Trans Machine Technologies
Bennie W Fowler, LLC
Bossard Inc.
Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC
CEVA Contract Logistics US Inc
CEVA International, Inc
CITIC Dicastal Co., Ltd.
Cognizant Mobility, Inc
Cognizant Worldwide Limited
Complete Discovery Source, Inc (CDS)
Contour Hardening Inc.
Cox Automotive Mobility Solutions, Inc
Cox Automotive, Inc - Manheim
Custodial Building Services, Inc
DAG LTD, LLC
Detroit Engineered Products dba DEP
Duggan Manufacturing LLC

Elaphe Propulsion Technologies LTD
Fiberdyne Research Pty Ltd
Filec Production SAS - Amphenol
Foshan Aoya Electrical and Mechanical Co., Ltd.
Foxconn EV Property Development LLC
Foxconn EV System LLC
Greatech Intergration (M) SDN.BHD.
Harco Manufacturing Group, LLC
HRB Industries Corp
HubSpot Inc
IEE S.A.
Jiangyin Haida Rubber and Plastic Co., Ltd. dba Haida
JVIS USA LLC
Lasky, LLC
Laval Tool & Mould LTD.
Logicalis, Inc.
Lumma Clean LLC
Mahle Behr USA Inc
Mainfreight, Inc - Canada
Mainfreight, Inc.
Marelli North America Inc dba CalsonicKansel North America Inc
Megatronix（Beijing） Technology Co., Ltd.
Meta Systems SpA
Miotti Srl
Mosaic Corporation
MSSC US INC.
New Eagle, LLC
Payscale Inc
Pektron EV Limited
Pi Innovo LLC
Pierburg US LLC
Potter Anderson & Corron LLP
Proper Group Holdings LLC dba Proper Tooling LLC
Quality MetalCraft Inc.
Racar Engineering, LLC
Ready Logistics, LLC
Roush Industries, Inc.
RTL Systems, LLC
SA Automotive LTD
Schwab Industries, Inc.
SG Automotive d.o.o.
Sharp Dimension Inc
Sherpa Commercial Vehicles, LLC
Silverman Consulting, Inc

Socotec Advisory, LLC
St. Clair Technologies Inc.
Superior Cam Inc
Sybridge Technologies Canada, Inc
Technology Solutions Anywhere LLC dba Readysoft
Teijin Automotive Technologies, Inc
TERIS - Phoenix LLC DBA TERIS
The Timken Corporation
Three-Dimensional Services dba Dimensional Services Group
Transportation Research Center, Inc. dba TRC, Inc.
Triple Crown Consulting, LLC
Ventra Group Co. dba Flex-N-Gate Bradford
VIA Optronics LLC
Victora Auto Private Limited
Zetwerk Manufacturing USA, Inc
ZF PASSIVE SAFETY SYSTEMS US INC.

**Taxing and Regulatory Authorities**
California Department of Tax and Fee Administration
California Franchise Tax Board
California State Board of Equalization
Committee on Foreign Investment in the United States
Delaware Secretary of State
Delaware State Treasury
Delaware Tax Authority
Michigan Department of Treasury
National Highway Traffic Safety Administration
Ohio Bureau of Workers' Compensation
Ohio Department of Taxation
Orange County Property Taxes
Pipeline and Hazardous Materials Safety Administration
U.S. Patent and Trademark Office
Village of Lordstown, OH Income Tax Department

**Top Unsecured Creditors**
Amphenol Interconnect Products Corporation
Barry L. Leonard and Company Inc. dba Trans Machine Technologies
Bossard Inc.
CEVA Contract Logistics US Inc
Cognizant Mobility, Inc
Elaphe Propulsion Technologies LTD
Fiberdyne Research Pty Ltd
Filec Production SAS - Amphenol
Foxconn EV System LLC

Greatech Intergration (M) SDN.BHD.
Harco Manufacturing Group, LLC
HRB Industries Corp.
JVIS USA LLC
Laval Tool & Mould LTD.
Marelli North America Inc dba CalsonicKansel North America Inc
Meta Systems SpA
Pektron EV Limited
Proper Group Holdings LLC dba Proper Tooling LLC
Quality MetalCraft Inc.
SA Automotive LTD
Sharp Dimension Inc
St. Clair Technologies Inc.
Superior Cam Inc
Technology Solutions Anywhere LLC dba Readysoft
Teijin Automotive Technologies, Inc
The Timken Corporation
Three-Dimensional Services dba Dimensional Services Group
Ventra Group Co. dba Flex-N-Gate Bradford
VIA Optronics LLC
Zetwerk Manufacturing USA, Inc.
ZF Passive Safety Systems US Inc.

**Utilities**

AT&T Business Direct
Cox Communications California LLC dba Cox Business
CR&R Environmental Services
Detroit Disposal & Recycling
Irvine Ranch Water District
Sonitrol Orange County