# Exhibit B; FTI Pricing Schedule

## Summary of Fees

| One-Time Service Description | Unit | Rate |
|---|---|---|
| Forensic or logical data collection | hourly | $275 |
| Forensic image extraction | image | $500 |
| Image indexing for forensic analysis | GB | $35 |
| Email Collect/Acct | Account | $250 |
| Mobile Device collection | Device | $700 |
| PC Collection | Device | $500 |
| Shared Drive Collection/Location | Hour | $275 |
| Web Collection/Site | Site | $1000 |
| Inbound data<br>*Deduplication and initial processing; charged on data size after expansion of compressed items as reported by processing engine.* | GB | $50 |
| Review data loading<br>*Data promoted to review after processing and culling.* | GB | $0 |
| Brainspace | document | $0.01 |
| Relativity Analytics<br>*Concept extraction and visualization, email threading, predictive coding.* | | included |
| TIFF / OCR / Endorsements | GB | $195 |
| Machine language translation | document | $0.25 |
| Human language translation | hourly | |
| Analytics Consulting | hourly | $350-$415 |
| Standard Tech Time (including Project Administration, Custom Processing, Exception Handling, Discovery Platform Related Services, Standard Data Import, Productions and Exports) | hourly | $205 |

| Monthly Service Description | Unit | Rate |
|---|---|---|
| Review platform user fees | user/month | $75 |
| Chain of Custody and Reference Data Storage<br>*Applies to custodial data maintained by FTI, and covers retention of the reference copy of data (as delivered/organized) and tracking records for the same.* | custodian/month | $100 |
| Data hosting | GB/month | $9.00 |
| Near line, duplicate data and forensic image data hosting<br>*Data moved to near line, processing copy of data, preserved as-delivered reference copies of third-party data loaded to platform, preserved as-delivered reference copy of client productions, data preserved in data transfer environment. Data recovered from near line incurs 2 month minimum hosting.* | GB/month | $5 |

## Managed Review Rates

| Service | US rate |
|---|---|
| Standard Review Rate for English | $45 per hour |
| Privilege or Redaction Review Rate | $67 per hour |
| Find Facts Fast Research Rate | $95 per hour |
| Team Lead | $100 per hour |
| Review Manager | $195 per hour |

## Standard Rates

| Professional Title | Standard Rates per Hour | |
|---|---|---|
| | Low | High |
| **Consultant / IGPS Analyst** | $225 | $370 |
| **Senior Consultant / IGPS Senior Analyst** | $275 | $490 |
| **Director** | $325 | $610 |
| **Senior Director** | $400 | $750 |
| **Managing Director / Senior Managing Director** | $500 | $910 |