IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.,* | Case No. 23-10831 (MFW) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF DEPOSITION OF DANIEL NINIVAGGI

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 7030-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC (collectively, "Foxconn")[2] will take the deposition upon oral examination of Daniel Ninivaggi on **August 24, 2023, at 12:00 p.m. (ET)**, continuing until completed.

The deposition will take place before a notary public or other person authorized by law to administer oaths. The deposition will take place via videoconference. The deposition will be recorded by stenographic means, and may also be recorded by audio or audiovisual means. The deposition will be taken for all purposes permitted by the Federal Rules, Bankruptcy Rules, Local Rules, and applicable law.

---

[1] The debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101) (collectively, the "Debtors"). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] The term "Foxconn" is limited to those entities named in the Debtors' adversary complaint that are subject to the jurisdiction of this Court. At the appropriate time and if necessary, Foxconn will seek relief for those entities that are without the Court's jurisdiction.

| | |
|---|---|
| Dated: August 23, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Robert J. Dehney (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@morrisnichols.com<br>          mharvey@morrisnichols.com<br>          mtalmo@morrisnichols.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Matthew M. Murphy<br>Matthew Micheli<br>Michael C. Whalen<br>71 South Wacker Drive Suite 4500<br>Chicago, IL  60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>Email: mattmurphy@paulhastings.com<br>          mattmicheli@paulhastings.com<br>          michaelcwhalen@paulhastings.com<br><br>-and-<br><br>Kevin P. Broughel<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (312) 319-4090<br>Email: kevinbroughel@paulhastings.com<br><br>*Counsel to Foxconn* |