# UNITED STATES BANKRUPTCY COURT

DISTRICT OF _____ Delaware _____

In Re. Lordstown EV Corporation

§
§
§
§

Debtor(s)

Case No.  23-10832

Lead Case No.  23-10831

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2023

Petition Date: 06/27/2023

Months Pending: 1

Industry Classification: | 3 | 7 | 1 | 1 |

Reporting Method:           Accrual Basis ⦿           Cash Basis ○

Debtor's Full-Time Employees (current):           141

Debtor's Full-Time Employees (as of date of order for relief):           242

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒       Statement of cash receipts and disbursements
☒       Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒       Statement of operations (profit or loss statement)
☐       Accounts receivable aging
☐       Postpetition liabilities aging
☐       Statement of capital assets
☐       Schedule of payments to professionals
☐       Schedule of payments to insiders
☐       All bank statements and bank reconciliations for the reporting period
☐       Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jason M. Madron
Signature of Responsible Party

08/23/2023
Date

Jason M. Madron
Printed Name of Responsible Party

Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, DE 19081
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Lordstown EV Corporation                                          Case No. 23-10832

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $137,732,496 | |
| b. Total receipts (net of transfers between accounts) | $3,369,005 | $3,369,005 |
| c. Total disbursements (net of transfers between accounts) | $3,573,289 | $3,581,289 |
| d. Cash balance end of month (a+b-c) | $137,528,212 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,573,289 | $3,581,289 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ◉  Market ○   Other ○   (attach explanation)) | $104,000 |
| d. Total current assets | $148,460,661 |
| e. Total assets | $159,252,070 |
| f. Postpetition payables (excluding taxes) | $7,897,433 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $7,897,433 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $147,274 |
| m. Prepetition unsecured debt | $27,089,088 |
| n. Total liabilities (debt) (j+k+l+m) | $35,133,795 |
| o. Ending equity/net worth (e-n) | $124,118,275 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $10,005,711 | |
| f. Other expenses | $2,707,253 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-12,081,334 | $-12,089,199 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name  Lordstown EV Corporation

Case No.  23-10832

| Part 5:  Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | $0 | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name  Lordstown EV Corporation                                    Case No.  23-10832

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Lordstown EV Corporation                                    Case No.  23-10832

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Lordstown EV Corporation                    Case No.  23-10832

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Lordstown EV Corporation                                    Case No.  23-10832

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| Debtor's Name | Lordstown EV Corporation | Case No. 23-10832 |
|---|---|---|

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $155,562 | $155,562 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● |
| i. | Do you have:  Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name  Lordstown EV Corporation                                            Case No.  23-10832

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Adam B. Kroll
_____          Adam B. Kroll
Signature of Responsible Party                          _____
                                                         Printed Name of Responsible Party

Chief Financial Officer
_____          08/23/2023
Title                                                    _____
                                                         Date

Debtor's Name  Lordstown EV Corporation

Case No.  23-10832



PageOnePartOne

PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Lordstown EV Corporation

Case No.  23-10832



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Lordstown EV Corporation

Case No.  23-10832



PageThree



PageFour

Debtor: Lordstown EV Corporation                    Case No. 23-10832 (MFW)
                                                    Reporting Period: July 2023

### General Notes to Monthly Operating Report and Supporting Documentation

The Debtors have prepared the MOR with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable to the Chapter 11 Cases. The financial and supplemental information contained herein is unaudited and is not prepared in accordance with Generally Accepted Principles in the United States (GAAP) nor in accordance with securities laws or other applicable non-bankruptcy law.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.

The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

The amounts reflected for Total Current Assets, Other Assets (Cumulative Funding of / Investment in Subsidiary, and Total Assets each include, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC.  To be clear, the amounts do not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.

Certain portions of the Debtors' prepetition contingent liabilities reflect disputed liabilities that are subject to compromise, and all rights of all Debtors are reserved with respect to such liabilities and their allocation.

### General Notes to Balance Sheet and Statement of Operations Attachments

These financial statements were prepared by the Debtors' management and are preliminary and subject to final quarter-end closing adjustments, which have not been fully completed prior to preparation of this MOR.

**Debtor:**     **Lordstown EV Corporation**                                    **Case #:**      **23-10832**

**Cash Receipts Listing**

| TRX Date | Received From | Category | Amount | Bank Account Number |
|---|---|---|---:|---|
| 7/3/2023 | BLUEWATER | A/R collection | 1.00 | 7519 |
| 7/6/2023 | BLUEWATER | A/R collection | 2,787,282.22 | 7519 |
| 7/12/2023 | | Miscellaneous | 795.00 | 7675 |
| 7/13/2023 | | Miscellaneous | 3,924.11 | 7675 |
| 7/17/2023 | Paylocity | Miscellaneous | 190.56 | 7675 |
| 7/31/2023 | JPMorgan Chase Bank, N.A. | Interest | 127.54 | 7736 |
| Various | Brokerage account | Dividend income | 399,702.78 | 4520 |
| Various | Brokerage account | Dividend income | 176,981.89 | 4586 |
| | | **Total Receipts** | **3,369,005.10** | |

**Debtor:**    **Lordstown EV Corporation**                                                    **Case #:**      **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---|---|
| 7/3/2023 | Paylocity | Miscellaneous | 1,016.37 | 7592 |
| 7/3/2023 | Paylocity | Miscellaneous | 115.00 | 7592 |
| 7/6/2023 | Paylocity | Payroll Wages | 888,420.80 | 7592 |
| 7/6/2023 | Paylocity | Payroll Tax | 389,963.39 | 7592 |
| 7/6/2023 | Paylocity | Payroll Severance | 10,963.47 | 7592 |
| 7/6/2023 | Paylocity | Miscellaneous | 7,904.58 | 7592 |
| 7/6/2023 | Paylocity | Miscellaneous | 6,270.64 | 7592 |
| 7/6/2023 | Paylocity | Payroll Wages EV Sales | 3,180.83 | 7592 |
| 7/6/2023 | Paylocity | Payroll Tax | 959.55 | 7592 |
| 7/7/2023 | Paylocity | Payroll Wages | 1,675.95 | 7592 |
| 7/7/2023 | Paylocity | Miscellaneous | 717.42 | 7592 |
| 7/7/2023 | Paylocity | Miscellaneous | 355.38 | 7592 |
| 7/7/2023 | Cigna Health and Life Insurance Company | Benefits | 288,199.46 | 7675 |
| 7/10/2023 | Shopify | Refund | 100.00 | 7519 |
| 7/10/2023 | Aegon USA | 401K | 96,509.86 | 7592 |
| 7/10/2023 | Paylocity | Payroll Wages | 449.94 | 7592 |
| 7/10/2023 | Paylocity | Payroll Tax | 104.29 | 7592 |
| 7/10/2023 | Principal Life Insurance Company | Benefits | 28,343.86 | 7675 |
| 7/10/2023 | Toppan Merrill USA Inc dba Toppan Merrill LLC | Other | 5,941.25 | 7675 |
| 7/10/2023 | Cintas Corp - Payer# 21007041 | Other | 465.93 | 7675 |
| 7/10/2023 | Cintas Corporation No.2 - Payer#18650915 | Other | 504.35 | 7675 |
| 7/10/2023 | Comcast Holdings Corporation dba Comcast Cable | Other | 5,351.11 | 7675 |
| 7/11/2023 | Paylocity | Payroll Wages | 5,111.02 | 7592 |
| 7/11/2023 | Paylocity | Payroll Tax | 2,550.16 | 7592 |
| 7/11/2023 | AT&T Mobility | Utilities | 21,248.75 | 7675 |
| 7/11/2023 | Irvine Ranch Water District | Utilities | 251.87 | 7675 |
| 7/11/2023 | Irvine Ranch Water District | Utilities | 235.17 | 7675 |
| 7/11/2023 | | | 13,390.66 | 7675 |
| 7/11/2023 | | | 7.92 | 7675 |
| 7/12/2023 | Paylocity | Miscellaneous | 113.64 | 7592 |
| 7/12/2023 | Paylocity | Miscellaneous | 50.00 | 7592 |
| 7/13/2023 | Shopify | Refund | 9,300.00 | 7519 |
| 7/14/2023 | Shopify | Refund | 11,000.00 | 7519 |
| 7/14/2023 | Terminated employee | Payroll Wages | 12,612.92 | 7592 |

**Debtor:**   **Lordstown EV Corporation**                                    **Case #:**      **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|----------|---------|----------|--------|---------------------|
| 7/14/2023 | Terminated employee | Payroll Wages | 7,321.95 | 7592 |
| 7/14/2023 | Terminated employee | Payroll Wages | 1,892.81 | 7592 |
| 7/14/2023 | Terminated employee | Payroll Wages | 1,617.30 | 7592 |
| 7/14/2023 | Paylocity | Miscellaneous | 2,215.46 | 7592 |
| 7/14/2023 | Paylocity | Miscellaneous | 1,241.19 | 7592 |
| 7/14/2023 | Terminated employee | Payroll Wages | 11,498.86 | 7592 |
| 7/14/2023 | Terminated employee | Payroll Wages | 4,089.88 | 7592 |
| 7/14/2023 | U.S. Treasury | Payroll Tax | 31.10 | 7675 |
| 7/17/2023 | Paylocity | Payroll Tax | 23,490.52 | 7592 |
| 7/17/2023 | Paylocity | Payroll Wages | 2,559.92 | 7592 |
| 7/17/2023 | Altron Automation Group, Inc | Rent | 21,200.00 | 7675 |
| 7/17/2023 | Applied Medical Resources Corporation | Rent | 48,924.00 | 7675 |
| 7/17/2023 | AVI Foodsystems Inc | Other | 1,068.04 | 7675 |
| 7/17/2023 | Bennie W Fowler, LLC | Contract Labor | 7,741.55 | 7675 |
| 7/17/2023 | Cintas Corporation No.2 - Payer#18650915 | Other | 694.93 | 7675 |
| 7/17/2023 | Cox Communications California LLC dba Cox Business | Utilities | 3,053.40 | 7675 |
| 7/17/2023 | GA Cayman Holdco LLC dba GA Business Purchaser LLC | Other | 60.00 | 7675 |
| 7/17/2023 | GAC R&D Center Silicon Valley, Inc | Rent | 56,480.10 | 7675 |
| 7/17/2023 | Marks Reliable Towing LLC dba MRT | Other | 11,100.00 | 7675 |
| 7/17/2023 | Mosaic Corporation | Software | 12,224.07 | 7675 |
| 7/17/2023 | Pacific Grind Office Coffee Services, LLC | Other | 601.03 | 7675 |
| 7/17/2023 | Racar Engineering, LLC | Contract Labor | 2,320.00 | 7675 |
| 7/17/2023 | Technology Solutions Anywhere LLC dba Readysoft | Contract Labor | 11,520.00 | 7675 |
| 7/17/2023 | Toppan Merrill USA Inc dba Toppan Merrill LLC | Other | 8,740.00 | 7675 |
| 7/18/2023 | Aegon USA | 401K | 3,367.34 | 7592 |
| 7/18/2023 | City of Farmington Hills | Utilities | 6,476.39 | 7675 |
| 7/18/2023 | Federal Express Corporation | Miscellaneous | 1,333.49 | 7675 |
| 7/18/2023 | Irvine Ranch Water District | Utilities | 36.18 | 7675 |
| 7/18/2023 | Irvine Ranch Water District | Utilities | 32.38 | 7675 |
| 7/19/2023 | Paylocity | Miscellaneous | 166.66 | 7592 |
| 7/19/2023 | Paylocity | Miscellaneous | 125.00 | 7592 |
| 7/20/2023 | Shopify | Refund | 13,600.00 | 7519 |
| 7/20/2023 | Paylocity | Payroll Wages | 773,049.06 | 7592 |
| 7/20/2023 | Paylocity | Payroll Tax | 347,258.78 | 7592 |

**Debtor:**   **Lordstown EV Corporation**                                      **Case #:**      **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---|---|
| 7/20/2023 | Paylocity | Payroll Wages EV Sales | 3,137.60 | 7592 |
| 7/20/2023 | Paylocity | Payroll Tax | 955.56 | 7592 |
| 7/21/2023 | Shopify | Refund | 13,000.00 | 7519 |
| 7/21/2023 | Paylocity | Monthly Billing | 5,394.77 | 7592 |
| 7/21/2023 | Paylocity | Miscellaneous | 5,243.66 | 7592 |
| 7/21/2023 | Paylocity | Miscellaneous | 3,921.85 | 7592 |
| 7/21/2023 | Paylocity | Miscellaneous | 3,916.76 | 7592 |
| 7/21/2023 | Paylocity | Miscellaneous | 1,824.82 | 7592 |
| 7/21/2023 | Paylocity | Miscellaneous | 1,431.50 | 7592 |
| 7/21/2023 | Paylocity | Miscellaneous | 224.06 | 7592 |
| 7/21/2023 | U.S. Trustee | Quarterly Fees | 750.00 | 7675 |
| 7/21/2023 | Southern California Gas Company | Utilities | 292.95 | 7675 |
| 7/21/2023 | PCARD PMT - various vendor disbursements | | 36,587.36 | 7675 |
| 7/24/2023 | Shopify | Refund | 22,800.00 | 7519 |
| 7/24/2023 | Aegon USA | Benefits | 98,224.13 | 7592 |
| 7/25/2023 | Paylocity | Miscellaneous | 182.69 | 7592 |
| 7/25/2023 | Paylocity | Miscellaneous | 115.38 | 7592 |
| 7/27/2023 | 275 Hills Tech Ventures, LLC | Other | 40.00 | 7675 |
| 7/27/2023 | 275 Hills Tech Ventures, LLC | Other | 34,734.38 | 7675 |
| 7/27/2023 | 275 Hills Tech Ventures, LLC | Other | 4,001.40 | 7675 |
| 7/27/2023 | CEVA Contract Logistics US Inc | Other | 21,621.00 | 7675 |
| 7/27/2023 | Foxconn EV Property Development LLC | Rent | 8,000.00 | 7675 |
| 7/27/2023 | Hewlett Packard Financial Services Company | Rent | 2,976.18 | 7675 |
| 7/27/2023 | Hewlett Packard Financial Services Company | Rent | 1,073.87 | 7675 |
| 7/27/2023 | Infosys Limited | Consulting | 5,610.78 | 7675 |
| 7/27/2023 | Luis Mayen dba Guarantee Details Cleaning dba G.D.C. | Other | 280.00 | 7675 |
| 7/27/2023 | Principal Life Insurance Company | Benefits | 24,594.54 | 7675 |
| 7/27/2023 | Reliable Copy Service Inc, DBA Reliable Companies | Other | 391.50 | 7675 |
| 7/27/2023 | Tech Belt Energy Innovation Center dba Brite Energy Inn | Other | 62.98 | 7675 |
| 7/27/2023 | Transportation Research Center, Inc. dba TRC, Inc. | Other | 52,486.00 | 7675 |
| 7/28/2023 | Shopify | Refund | 14,500.00 | 7519 |
| 7/28/2023 | Paylocity | Miscellaneous | 1,129.57 | 7592 |
| 7/28/2023 | Paylocity | Miscellaneous | 239.29 | 7592 |
| 7/28/2023 | Federal Express Corporation | Miscellaneous | 559.82 | 7675 |

**Debtor:**    **Lordstown EV Corporation**                                                    **Case #:**        **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---|---|
| 7/28/2023 | Quality Sorting Services, LLC | Technical rework | 2,467.72 | 7675 |
| | | **Total Disbursements** | **3,573,289.05** | |

Lordstown EV Corporation
Balance Sheet
As of July 31, 2023 (1)

ASSETS

Current Assets

| | | |
|---|---|---|
| Cash, Cash Equivalents and Short-term Investments | $ | 137,583,779 |
| Accounts Receivable | | - |
| Inventory, net | | 104,000 |
| Prepaid Expenses and Other | | 10,772,882 |
| **Total Current Assets** | | 148,460,661 |

Property, Plant & Equipment

| | | |
|---|---|---|
| Property, Plant & Equipment, net | | 6,812,919 |

Other Assets

| | | | |
|---|---|---|---|
| Right of Use Assets | | 1,783,191 | |
| Cumulative Funding of / Investment in Subsidiary | | 111,079 | (2) |
| Receivable from Subsidiary | | 2,084,220 | |
| **Total Other Assets** | | 3,978,490 | (3) |
| **Total Assets** | $ | 159,252,070 | (3) |

LIABILITIES AND SHAREHOLDERS' EQUITY

Current Liabilities

| | | |
|---|---|---|
| Accounts Payable - post-petition | $ | 73,145 |
| Accounts Payable - pre-petition | | 13,259,963 |
| Accrued Expenses - post-petition | | 7,824,288 |
| Accrued Expenses - pre-petition | | 12,193,208 |
| Right of Use Liabilities, current | | 1,003,702 |
| **Total Current Liabilities** | | 34,354,306 |

Long-Term Liabilities

| | | |
|---|---|---|
| Right of Use Liabilities, long-term | | 779,489 |
| | | - |
| **Total Long-Term Liabilities** | | 779,489 |
| **Total Liabilities** | | 35,133,795 |

Shareholders' Equity

| | | |
|---|---|---|
| Common Stock | | - |
| Additional Paid-In Capital | | 1,212,989,918 |
| Retained Earnings | | (1,088,871,643) |
| **Total Shareholders' Equity** | | 124,118,275 |
| **Total Liabilities and Shareholders' Equity** | $ | 159,252,070 |

**See Notes to Financial Statements**

Lordstown EV Corporation
Statement of Operations
For the month ended July 31, 2023

| | | |
|---|---|---:|
| Revenues | $ | - |
| Total Revenues | | - |
| | | |
| Operating Expenses: | | |
| Selling & Administrative Expenses - | | |
| Employee Expenses | $ | 1,155,478 |
| Professional Fees | | 406,915 |
| Legal Fees | | 7,194,484 |
| Insurance Expense | | 745,299 |
| Rent Expense | | 246,556 |
| Other | | 256,979 |
| Total Selling & Administrative Expenses | | 10,005,711 |
| | | |
| Research & Development Expenses - | | |
| Employee Expenses | | 2,201,736 |
| Office and shop expenses | | 311,728 |
| Other | | 193,789 |
| Total Research & Development Expenses | | 2,707,253 |
| | | |
| Total Operating Expenses | | 12,712,964 |
| | | |
| Other Income/(Expense): | | |
| Interest and Dividend Income | | 632,380 |
| Other Expense | | (750) |
| Total Other Income/(Expense) | | 631,630 |
| | | |
| Net Income/(Loss) | $ | (12,081,334) |

Debtor: Lordstown EV Corporation

Case No. 23-10832 (MFW)
Reporting Period: July 2023

**Specific Notes to Financial Statements**

Note (1):  The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

Note (2):  The amount reflected represents the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted.

Note (3):  The amount reflected includes, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.

**In re Lordstown EV Corporation**
**Case No. 23-10832**
**All bank statements and bank reconciliations for the reporting period**
**Reporting Period: July 1 to July 31, 2023**

The Debtor hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries during July 2023.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

/s/ Adam Kroll                              August 23, 2023
Signature of Authorized Individual          Date

Adam Kroll                                  Chief Financial Officer
Printed Name of Authorized Individual       Title of Authorized Individual