**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------- x
                                                   :   Chapter 11
In re:                                             :
                                                   :   Case No. 23-10831 (MFW)
Lordstown Motors Corp., et al.,¹                   :
                                                   :   (Jointly Administered)
                                                   :
-------------------------------------------------- :   Re:  Docket No. 182
                                                   :
                                                   x
```

**DECLARATION OF ERNST & YOUNG LLP
PURSUANT TO THE ORDER AUTHORIZING THE DEBTORS TO
EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS**

I, Craig Glazier, hereby declare as follows:

1.      I am a Partner of Ernst & Young LLP ("EY LLP"), which has an office located at 950 Main Ave, Cleveland OH 44113.

2.      The facts set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or professionals of EY LLP and EY US LLP (as defined below) or employees of other member firms of EYGL (as defined below) under my supervision and direction.

3.      This Declaration is submitted in compliance with the *Order (A) Authorizing Retention and Payment of Professionals Utilized in the Ordinary Course of Business and (B) Granting Other Related Relief* (the "Ordinary Course Professionals Order").  I have reviewed the Ordinary Course Professionals Order, and I understand the limitations on compensation and reimbursement under such order.

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

4.      The debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), have requested that EY LLP provide the services summarized below to the Debtors, and EY LLP has consented to provide such services:[2]

a) Tax compliance services;

b) Tax provision calculations;

c) Tax assessment of net operating losses under Section 382 of the Internal Revenue Code; and

d) Tax advisory services.

5.      EY LLP intends to bill the Debtors for professional services rendered in connection with the chapter 11 cases, in accordance with the Ordinary Course Professionals Order, with such bill to include compensation for services based on the rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by EY LLP:

a) Tax Compliance Services

$25,000 fixed fee per tax filing year

b) Tax Provision Services

$25,000 fixed fee annually

c) Section 382 Analysis

$25,000 fixed fee to conduct an analysis of stock ownership shift through the petition date

d) Tax Advisory Services

---

[2]    The services that EY LLP intends to provide to the Debtors are set forth in one or more engagement letters (the "Engagement Letters"). The summaries of the services to be rendered by EY LLP and EY LLP's fees for such services are qualified in their entirety by reference to the provisions of the Engagement Letters. To the extent there is any discrepancy between the summaries contained in this Declaration and the terms of the Engagement Letters, the terms of the Engagement Letters shall control.

To be billed based on actual time incurred in performing the services, billed at the following rates. Where a range exists for a particular level, rates will be determined by the nature of work and the specific professional's expertise.

| Level | Rate |
|---|---|
| Partner/Principal | $1,050 - $1,450 |
| Managing Director | $900 - $1,350 |
| Senior Manager | $800 - $1,050 |
| Manager | $675 |
| Senior | $575 |
| Staff | $400 |

6.     The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. The rates are set at a level designed to fairly compensate EY LLP for the work of its professionals.

7.     EY LLP can record its hourly time in one-tenth of an hour increments for the hourly rate services listed above.

8.     EY LLP's fees are exclusive of taxes or similar charges, as well as customs, duties or tariffs imposed in respect of the services, all of which the Debtors shall pay (other than taxes imposed on EY LLP's income generally).

9.     In addition to the fees set forth above, the Debtors shall reimburse EY LLP for any direct expenses incurred in connection with the performance of the services set forth above, including all taxes, including value-added taxes, sales taxes, and other indirect taxes. EY LLP's direct expenses shall include, but not be limited to, reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses (including any fees or reasonable expenses of EY LLP's legal counsel) related to the services.

10.     The Ernst & Young global network comprises independent professional services practices conducted by separate legal entities throughout the world.  Such legal entities are members of Ernst & Young Global Limited ("EYGL"), a company incorporated under the laws of England and Wales and limited by guarantee, with no shareholders and no capital.  The EYGL member firms have agreed to operate certain of their professional practices in accordance with agreed standards, but remain separate legal entities.

11.     The particular firm that the Debtors seek to retain in these chapter 11 cases, EY LLP, is a member firm of EYGL in the United States.  EY LLP does not have a parent entity, but rather is 100% owned by its partners.  EY LLP engages in the practice of public accountancy and provides accounting and other professional services.  All partners of EY LLP are Certified Public Accountants ("CPAs").

12.     In addition, Ernst & Young U.S. LLP ("EY US LLP"), the owners of which are EY LLP CPA partners and non-CPA principals, is another member firm of EYGL in the United States.  EY US LLP provides infrastructure and support services to EY LLP, including the services of CPA and non-CPA personnel.  In particular, EY LLP uses EY US LLP personnel in providing services to EY LLP's clients.  Such EY US LLP personnel continue to be employed by EY US LLP, but work under EY LLP's supervision in EY LLP engagements.

13.     Based on the connections check process that is summarized below, to the best of my knowledge, information and belief, EY LLP (a) does not perform services for any client that relates to the Debtors or these chapter 11 cases, and (b) does not hold or represent an interest adverse to the Debtors or their estates with respect to the matters upon which EY LLP is to be employed.

14.     Debtor's counsel provided a list of parties in interest in these chapter 11 cases (the "Parties in Interest").  EY LLP has access to a computer database (the "Database") that contains information about actual client engagements and potential engagement activity of EY LLP and all other member firms of EYGL.  The Database also includes the names of other parties that the professionals on the relevant engagement team have identified as also being involved in each engagement (e.g., adverse parties and co-clients).  Thus, the Database indicates whether any Debtor entity is involved in an engagement by an EYGL member firm, in which a Party in Interest is a client.[3]

15.     EY LLP caused the names of the Parties in Interest to be run through the Database. The disclosure schedule annexed hereto as Exhibit A lists the names of the Parties in Interest and whether a client engagement has been initiated in the Database during the last three years by EY LLP or any other EYGL member firm.

16.     To the best of my knowledge, information and belief based on the information set forth in the Database, none of the services rendered to Parties in Interest by EY LLP or any other EYGL member firm have been in connection with the Debtors or these chapter 11 cases, except as otherwise stated herein.

17.     Beginning in 2021, EY LLP provided eDiscovery services to a client in responding to a FINRA request in connection with a FINRA cause exam request concerning Lordstown Motors.

---

[3]    The information in the Database is populated by the professionals who are providing services under each engagement.  Therefore, the information in the Database may not be 100% correct with respect to all engagements, as human errors may occur.  Furthermore, financial information pertaining to engagement activity is the proprietary and confidential information of each individual EYGL member firm.  EY LLP may not have the right to access, or if accessed, disclose, such information relating to other EYGL member firms.

18.     In 2021 and 2022, EY LLP provided financial, due diligence, valuation and tax services to a company in connection with a Lordstown Motors Corp. asset.

19.     John R. Whitcomb, Michael Port, Thomas V. Canepa and Rebecca Roof are former employees of EY US LLP.  Mr. Whitcomb will be entitled to receive a pension that he earned while employed at EY US LLP.

20.     As part of its customary practice, EY LLP is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and Parties in Interest in these chapter 11 cases.

21.     In the ordinary course of business, certain EYGL member firms ("EY Support Firms") provide various professional, administrative and back office support services for client-facing EYGL member firms throughout the world, as requested, coordinated and directed by such client-facing EYGL member firms (including EY LLP).  An EY Support Firm assisted EY LLP in performing EY LLP's connections check for these chapter 11 cases.  The costs paid by EY LLP to that EY Support Firm for such connections check related services will not be billed to the Debtors.

22.     To the extent required by Section 504 of the Bankruptcy Code, except as otherwise set forth herein (*e.g.*, if another EYGL member firm provides services to the Debtors under a subcontracting arrangement with EY LLP), EY LLP has not shared or agreed to share any of its compensation in connection with this matter with any other person, other than the partners, principals and employees of EY LLP and EY US LLP.

23.     The Debtors do not owe EY LLP any money for pre-petition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.

24.     As of the petition date, EY LLP was party to an agreement for indemnification with certain of the Debtors.  A copy of the agreement is attached as <u>Exhibit B</u> to this Declaration.

25.     At any time during the period of its employment before the effective date of a chapter 11 plan in these cases, if EY LLP should discover any facts that require disclosure, EY LLP will file a supplemental declaration with this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  August 24, 2023

*/s/ Craig Glazier*
Craig Glazier
Partner
Ernst & Young LLP

**Exhibit A**

**Names of Parties in Interest and whether a Client Engagement has been Initiated by EYGL Member Firms During the Last Three Years**

**Results of Connections Check**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 1 | Debtor Entities | Lordstown EV Corp. (DE) | X | |
| 2 | Debtor Entities | Lordstown EV Sales LLC (DE) | X | |
| 3 | Debtor Entities | Lordstown Motors Corp. (DE) | X | |
| 4 | Related/Former Names of Entities | DiamondPeak Holdings Corp. (n/k/a Lordstown Motors Corp.) | X | |
| 5 | Related/Former Names of Entities | DPL Merger Sub Corp. (n/k/a Lordstown EV Corporation) | X | |
| 6 | Related/Former Names of Entities | MIH EV Design, LLC | X | |
| 7 | Directors and Officers | Adam Kroll | | X |
| 8 | Directors and Officers | Angela Strand | | X |
| 9 | Directors and Officers | Dale Spencer | | X |
| 10 | Directors and Officers | Daniel Ninivaggi | | X |
| 11 | Directors and Officers | David T. Hamamoto | | X |
| 12 | Directors and Officers | Donna Bell | | X |
| 13 | Directors and Officers | Edward T. Hightower | | X |
| 14 | Directors and Officers | Jane Reiss | | X |
| 15 | Former Directors and Officers | Jane Ritson-Parsons | | X |
| 16 | Former Directors and Officers | John LeFleur | | X |
| 17 | Former Directors and Officers | John R. Whitcomb | | X |
| 18 | Directors and Officers | Joseph B. Anderson Jr. | | X |
| 19 | Directors and Officers | Keith Feldman | | X |
| 20 | Directors and Officers | Laura Soave | | X |
| 21 | Former Directors and Officers | Martin Rucidlo | | X |
| 22 | Directors and Officers | Melissa Leonard | | X |
| 23 | Former Directors and Officers | Michael Gates | | X |
| 24 | Former Directors and Officers | Mickey Kowitz | | X |
| 25 | Former Directors and Officers | Rebecca Roof | | X |
| 26 | Former Directors and Officers | Stephen S. Burns | | X |
| 27 | Former Directors and Officers | Thomas V. Canepa | | X |
| 28 | Ordinary Course Professionals & Professionals of Parties in Interest | Akin Gump Strauss Hauer & Feld LLP | X | |
| 29 | Ordinary Course Professionals & Professionals of Parties in Interest | Ankura Intermediate Holdings, LP dba Ankura Consulting Group LLC | X | |
| 30 | Ordinary Course Professionals & Professionals of Parties in Interest | Baker & Hostetler LLP | X | |
| 31 | Ordinary Course Professionals & Professionals of Parties in Interest | Bernstein Litowitz Berger & Grossman, LLP | | X |
| 32 | Ordinary Course Professionals & Professionals of Parties in Interest | Bodman PLC | | X |
| 33 | Ordinary Course Professionals & Professionals of Parties in Interest | Climaco, Wilcox, Peca, Tarantino & Garofoli | | X |
| 34 | Ordinary Course Professionals & Professionals of Parties in Interest | Cohen Rosenthal & Kramer | | X |
| 35 | Ordinary Course Professionals & Professionals of Parties in Interest | Cooch and Taylor | | X |
| 36 | Ordinary Course Professionals & Professionals of Parties in Interest | Cummins Law | | X |
| 37 | Ordinary Course Professionals & Professionals of Parties in Interest | Dechert LLP | | X |
| 38 | Ordinary Course Professionals & Professionals of Parties in Interest | deLeeuw Law LLC | | X |
| 39 | Ordinary Course Professionals & Professionals of Parties in Interest | Deloitte & Touche LLP | X | |
| 40 | Ordinary Course Professionals & Professionals of Parties in Interest | Dentons US | X | |
| 41 | Ordinary Course Professionals & Professionals of Parties in Interest | Dittmer, Wagoner & Steele | | X |
| 42 | Ordinary Course Professionals & Professionals of Parties in Interest | Elfvin, Klingshirn, Royer & Torch, LLC | | X |
| 43 | Ordinary Course Professionals & Professionals of Parties in Interest | Employment Law Partners | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 44 | Ordinary Course Professionals & Professionals of Parties in Interest | Entwistle & Cappucci LLP | | X |
| 45 | Ordinary Course Professionals & Professionals of Parties in Interest | Fisher and Phillips LLP | | X |
| 46 | Ordinary Course Professionals & Professionals of Parties in Interest | Foley & Lardner LLP | X | |
| 47 | Ordinary Course Professionals & Professionals of Parties in Interest | FTI Consulting, Inc. | X | |
| 48 | Ordinary Course Professionals & Professionals of Parties in Interest | Gladstein, Neandross & Associates | | X |
| 49 | Ordinary Course Professionals & Professionals of Parties in Interest | Hagens Berman Sobol Shapiro LLP | | X |
| 50 | Ordinary Course Professionals & Professionals of Parties in Interest | Haynes and Boone, LLP | X | |
| 51 | Ordinary Course Professionals & Professionals of Parties in Interest | Kaskela Law LLC | | X |
| 52 | Ordinary Course Professionals & Professionals of Parties in Interest | Kooperman Mentel Ferguson Yaross | | X |
| 53 | Ordinary Course Professionals & Professionals of Parties in Interest | KPMG LLP | X | |
| 54 | Ordinary Course Professionals & Professionals of Parties in Interest | Labaton Sucharow LLP | | X |
| 55 | Ordinary Course Professionals & Professionals of Parties in Interest | Lasky, LLC | | X |
| 56 | Ordinary Course Professionals & Professionals of Parties in Interest | Latham & Watkins LLP | X | |
| 57 | Ordinary Course Professionals & Professionals of Parties in Interest | Law Office of Daniel R. Karon | | X |
| 58 | Ordinary Course Professionals & Professionals of Parties in Interest | Lifshitz Law PLLC | | X |
| 59 | Ordinary Course Professionals & Professionals of Parties in Interest | Long Law, LLC | | X |
| 60 | Ordinary Course Professionals & Professionals of Parties in Interest | Mercer Capital Management, Inc. | | X |
| 61 | Ordinary Course Professionals & Professionals of Parties in Interest | Merriman Legando Williams & Klang | | X |
| 62 | Ordinary Course Professionals & Professionals of Parties in Interest | Murray, Murphy, Moul & Basil | | X |
| 63 | Ordinary Course Professionals & Professionals of Parties in Interest | Nelson Mullins Riley & Scarborough LLP | X | |
| 64 | Ordinary Course Professionals & Professionals of Parties in Interest | Paul Hastings LLP | X | |
| 65 | Ordinary Course Professionals & Professionals of Parties in Interest | Perantinides & Nolan | | X |
| 66 | Ordinary Course Professionals & Professionals of Parties in Interest | Perez & Morris | | X |
| 67 | Ordinary Course Professionals & Professionals of Parties in Interest | Phillips ADR Enterprises PC | | X |
| 68 | Ordinary Course Professionals & Professionals of Parties in Interest | Pomerantz LLP | | X |
| 69 | Ordinary Course Professionals & Professionals of Parties in Interest | Potter Anderson & Corroon LLP | | X |
| 70 | Ordinary Course Professionals & Professionals of Parties in Interest | Prospect Law LLP | | X |
| 71 | Ordinary Course Professionals & Professionals of Parties in Interest | Purcell & Lefkowitz LLP | | X |
| 72 | Ordinary Course Professionals & Professionals of Parties in Interest | Robbins Geller Rudman & Dowd | | X |
| 73 | Ordinary Course Professionals & Professionals of Parties in Interest | RSM US LLP | X | |
| 74 | Ordinary Course Professionals & Professionals of Parties in Interest | Saxena White | | X |
| 75 | Ordinary Course Professionals & Professionals of Parties in Interest | Schall Law | | X |
| 76 | Ordinary Course Professionals & Professionals of Parties in Interest | Schubert Jonckheer & Kolbe LLP | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 77 | Ordinary Course Professionals & Professionals of Parties in Interest | Seyfarth Shaw LLP | X | |
| 78 | Ordinary Course Professionals & Professionals of Parties in Interest | Shapiro Haber & Urmy LLP | | X |
| 79 | Ordinary Course Professionals & Professionals of Parties in Interest | Simpson Thacher & Bartlett LLP | X | |
| 80 | Ordinary Course Professionals & Professionals of Parties in Interest | Socotec Advisory, LLC | | X |
| 81 | Ordinary Course Professionals & Professionals of Parties in Interest | Strauss Troy | | X |
| 82 | Ordinary Course Professionals & Professionals of Parties in Interest | Sullivan & Cromwell LLP | X | |
| 83 | Ordinary Course Professionals & Professionals of Parties in Interest | The Brown Law Firm, P.C. | | X |
| 84 | Ordinary Course Professionals & Professionals of Parties in Interest | The Rosen Law Firm, P.A. | | X |
| 85 | Ordinary Course Professionals & Professionals of Parties in Interest | Winston & Strawn LLP | X | |
| 86 | Ordinary Course Professionals & Professionals of Parties in Interest | WIT Legal, LLC | | X |
| 87 | Ordinary Course Professionals & Professionals of Parties in Interest | Zoll & Kranz | | X |
| 88 | Debtor Restructuring Professionals | Jefferies Group LLC | X | |
| 89 | Debtor Restructuring Professionals | Kurtzman Carson Consultants, LLC | X | |
| 90 | Debtor Restructuring Professionals | Richards Layton & Finger, P.A. | X | |
| 91 | Debtor Restructuring Professionals | Silverman Consulting, Inc. | | X |
| 92 | Debtor Restructuring Professionals | White & Case LLP | X | |
| 93 | Cash Management Banks | JP Morgan Asset Management | X | |
| 94 | Cash Management Banks | JP Morgan Chase Bank, N.A. | X | |
| 95 | Cash Management Banks | JP Morgan Institutional Investments Global Liquidity | | X |
| 96 | Cash Management Banks | JP Morgan Prime | | X |
| 97 | Cash Management Banks | JP Morgan Securities | X | |
| 98 | Customers | Army Contracting Command - Detroit Arsenal (ACC-DTA) | | X |
| 99 | Customers | City of Washington, D.C. | | X |
| 100 | Customers | Greenstreet EV Inc. | | X |
| 101 | Customers | JoeyB QB LLC | | X |
| 102 | Customers | Pratt & Miller Engineering & Fabrication LLC | | X |
| 103 | Customers | San Diego Unified Port District | X | |
| 104 | Customers | Sherpa Commercial Vehicles LLC | | X |
| 105 | Insurance Parties | Accredited Specialty Insurance Company | | X |
| 106 | Insurance Parties | Allied World Specialty Insurance Company | | X |
| 107 | Insurance Parties | Associated Industries Insurance Co., Inc | | X |
| 108 | Insurance Parties | AXIS Insurance Company | X | |
| 109 | Insurance Parties | Berkley Insurance Company | X | |
| 110 | Insurance Parties | CFC Underwriting / Lloyds | X | |
| 111 | Insurance Parties | Continental Casualty Company | X | |
| 112 | Insurance Parties | Endurance Assurance Corporation | X | |
| 113 | Insurance Parties | Fair American Insurance & Reinsurance Co | | X |
| 114 | Insurance Parties | Gemini Insurance Company | | X |
| 115 | Insurance Parties | General Star Indemnity Company | | X |
| 116 | Insurance Parties | Hudson Insurance Company | | X |
| 117 | Insurance Parties | Ironshore Specialty Insurance Company | | X |
| 118 | Insurance Parties | Magna Carta Insurance Ltd. / Lloyds | X | |
| 119 | Insurance Parties | National Union Fire Ins Co of Pittsburgh, PA | | X |
| 120 | Insurance Parties | RSUI Indemnity Company | | X |
| 121 | Insurance Parties | RT Specialty Insurance Services, LLC | | X |
| 122 | Insurance Parties | Samsung Fire & Marine Ins Co Ltd (US Br) | X | |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 123 | Insurance Parties | SiriusPoint Bermuda Insurance Company | | X |
| 124 | Insurance Parties | The Cincinnati Indemnity Company | | X |
| 125 | Insurance Parties | The Cincinnati Insurance Company | | X |
| 126 | Insurance Parties | Underwriters At Lloyds London | | X |
| 127 | Insurance Parties | Westfield Specialty Insurance Comp | | X |
| 128 | Insurance Parties | XL Specialty Insurance Company | X | |
| 129 | Lien Holders | Competition Engineering, Inc. | | X |
| 130 | Lien Holders | Foxconn EV Technology, Inc. | | X |
| 131 | Lien Holders | Hewlett-Packard Financial Services Company | | X |
| 132 | Lien Holders | Peterson Jig and Fixture, Inc. | | X |
| 133 | Lien Holders | Precision Jig and Fixture | | X |
| 134 | Lien Holders | Proper Tooling, LLC & Proper Group International, LLC | | X |
| 135 | Litigation Parties | Alicia Kelley | | X |
| 136 | Litigation Parties | An Thai | | X |
| 137 | Litigation Parties | Andrew C. Richardson | | X |
| 138 | Litigation Parties | Angela Strand Boydston | | X |
| 139 | Litigation Parties | Ashith Pabbathi | | X |
| 140 | Litigation Parties | Atri Amin | | X |
| 141 | Litigation Parties | Bei Qin | | X |
| 142 | Litigation Parties | Benjamin Herbert | | X |
| 143 | Litigation Parties | Caimin Flannery | | X |
| 144 | Litigation Parties | Carole Cooper | | X |
| 145 | Litigation Parties | Christopher Kim | | X |
| 146 | Litigation Parties | Chuan D. Vo | | X |
| 147 | Litigation Parties | Claude L. Patterson | | X |
| 148 | Litigation Parties | Dale G. Spencer | | X |
| 149 | Litigation Parties | Dan Zhihong Huang | | X |
| 150 | Litigation Parties | Daniel J. Cohen | | X |
| 151 | Litigation Parties | Daniel Tavares | | X |
| 152 | Litigation Parties | Dari Tehrani | | X |
| 153 | Litigation Parties | Darren Post | | X |
| 154 | Litigation Parties | David M. Cohen | | X |
| 155 | Litigation Parties | David T. Hamamoto | | X |
| 156 | Litigation Parties | DiamondPeak Sponsor LLC | | X |
| 157 | Litigation Parties | Ed Lomont | | X |
| 158 | Litigation Parties | Eskander Tehrani | | X |
| 159 | Litigation Parties | Ethan Fingerer | | X |
| 160 | Litigation Parties | Evaristo Sarabia | | X |
| 161 | Litigation Parties | FNY Managed Accounts LLC | | X |
| 162 | Litigation Parties | George Troicky | | X |
| 163 | Litigation Parties | Globestar Systems Inc. | | X |
| 164 | Litigation Parties | Gurpreet Singh | X | |
| 165 | Litigation Parties | Herbert Stotler | | X |
| 166 | Litigation Parties | Hong Xin Huan (a/k/a George Huan) | | X |
| 167 | Litigation Parties | Jane Reiss | | X |
| 168 | Litigation Parties | Janelle Jackson | | X |
| 169 | Litigation Parties | Jesse Brury | | X |
| 170 | Litigation Parties | John H. Jenkins | | X |
| 171 | Litigation Parties | John LeFleur | | X |
| 172 | Litigation Parties | John Vo | | X |
| 173 | Litigation Parties | Joshua Betof | | X |
| 174 | Litigation Parties | Judith A. Hannaway | | X |
| 175 | Litigation Parties | Julio C. Rodriguez | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 176 | Litigation Parties | Karma Automotive LLC | | X |
| 177 | Litigation Parties | Keith A. Feldman | | X |
| 178 | Litigation Parties | Kenneth Davenport | | X |
| 179 | Litigation Parties | Kevin Levent | | X |
| 180 | Litigation Parties | Kin San Chan | | X |
| 181 | Litigation Parties | M.R.S. Leasing Corporation LTD | | X |
| 182 | Litigation Parties | Mario Guerrero | | X |
| 183 | Litigation Parties | Mark A. Walsh | | X |
| 184 | Litigation Parties | Martin J. Rucidlo | | X |
| 185 | Litigation Parties | Matthew Rico | | X |
| 186 | Litigation Parties | Michael D. Gates | | X |
| 187 | Litigation Parties | Michael Fabian | | X |
| 188 | Litigation Parties | Mickey W. Kowitz | | X |
| 189 | Litigation Parties | Mohammed Chowdhury | | X |
| 190 | Litigation Parties | Phil Richard Schmidt | | X |
| 191 | Litigation Parties | Pnina Cohen | | X |
| 192 | Litigation Parties | Punak Engineering, Inc. | | X |
| 193 | Litigation Parties | Randy Slipher | | X |
| 194 | Litigation Parties | Raymond Romano | | X |
| 195 | Litigation Parties | Robert Miller | | X |
| 196 | Litigation Parties | Robert Palumbo | | X |
| 197 | Litigation Parties | Roger J. Durre | | X |
| 198 | Litigation Parties | Shane Brown | | X |
| 199 | Litigation Parties | Silverpeak and related entities (which includes SP SPAC Sponsor LLC, Silve | X | |
| 200 | Litigation Parties | Simha Cohen | | X |
| 201 | Litigation Parties | Stephen Punak | | X |
| 202 | Litigation Parties | Stephen S. Burns | | X |
| 203 | Litigation Parties | Steven R. Hash | | X |
| 204 | Litigation Parties | Steven Terry | | X |
| 205 | Litigation Parties | Sulayman Zuod | | X |
| 206 | Office of the United States Trustee (Wilmington, DE) | Andrew Vara | | X |
| 207 | Office of the United States Trustee (Wilmington, DE) | Benjamin Hackman | | X |
| 208 | Office of the United States Trustee (Wilmington, DE) | Christine Green | | X |
| 209 | Office of the United States Trustee (Wilmington, DE) | Denis Cooke | | X |
| 210 | Office of the United States Trustee (Wilmington, DE) | Diane Giordano | | X |
| 211 | Office of the United States Trustee (Wilmington, DE) | Dion Wynn | | X |
| 212 | Office of the United States Trustee (Wilmington, DE) | Edith A. Serrano | | X |
| 213 | Office of the United States Trustee (Wilmington, DE) | Hannah M. McCollum | | X |
| 214 | Office of the United States Trustee (Wilmington, DE) | Holly Dice | | X |
| 215 | Office of the United States Trustee (Wilmington, DE) | James R. O'Malley | | X |
| 216 | Office of the United States Trustee (Wilmington, DE) | Jane Leamy | | X |
| 217 | Office of the United States Trustee (Wilmington, DE) | Joseph Cudia | | X |
| 218 | Office of the United States Trustee (Wilmington, DE) | Joseph McMahon | | X |
| 219 | Office of the United States Trustee (Wilmington, DE) | Juliet Sarkessian | | X |
| 220 | Office of the United States Trustee (Wilmington, DE) | Karen Starr | | X |
| 221 | Office of the United States Trustee (Wilmington, DE) | Lauren Attix | | X |
| 222 | Office of the United States Trustee (Wilmington, DE) | Linda Casey | | X |
| 223 | Office of the United States Trustee (Wilmington, DE) | Linda Richenderfer | | X |
| 224 | Office of the United States Trustee (Wilmington, DE) | Michael Panacio | | X |
| 225 | Office of the United States Trustee (Wilmington, DE) | Nyanquoi Jones | | X |
| 226 | Office of the United States Trustee (Wilmington, DE) | Richard Schepacarter | | X |
| 227 | Office of the United States Trustee (Wilmington, DE) | Rosa Sierra-Fox | | X |
| 228 | Office of the United States Trustee (Wilmington, DE) | Shakima L. Dortch | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 229 | Office of the United States Trustee (Wilmington, DE) | Timothy J. Fox, Jr. | | X |
| 230 | Other Parties in Interest | Blackrock | X | |
| 231 | Other Parties in Interest | Blackrock Institutional Trust Company, N.A. | X | |
| 232 | Other Parties in Interest | Softbank | X | |
| 233 | Senior Employees | Andrew Reyntjes | | X |
| 234 | Senior Employees | Carter Driscoll | | X |
| 235 | Senior Employees | Cheryl Johnson | | X |
| 236 | Senior Employees | Darren Post | | X |
| 237 | Senior Employees | Jill Coniglio-Kirk | | X |
| 238 | Senior Employees | Michael Port | | X |
| 239 | Senior Employees | Raghu Aerabati | | X |
| 240 | Senior Employees | Waqar Hashim | | X |
| 241 | Significant Lease and Contract Counterparties | 275 Hills Tech Ventures LLC | | X |
| 242 | Significant Lease and Contract Counterparties | Aon (Bermuda) Ltd. | | X |
| 243 | Significant Lease and Contract Counterparties | Aon Risk Services Central Inc. | | X |
| 244 | Significant Lease and Contract Counterparties | Aon UK Limited | X | |
| 245 | Significant Lease and Contract Counterparties | Applied Medical Resources Corporation | X | |
| 246 | Significant Lease and Contract Counterparties | Arthur J. Gallagher Risk Management Services, Inc. | X | |
| 247 | Significant Lease and Contract Counterparties | Cigna Health and Life Insurance Company | X | |
| 248 | Significant Lease and Contract Counterparties | Elaphe Propulsion Technologies Ltd. | | X |
| 249 | Significant Lease and Contract Counterparties | Foxconn EV Property Development LLC | | X |
| 250 | Significant Lease and Contract Counterparties | Foxconn EV System LLC | X | |
| 251 | Significant Lease and Contract Counterparties | GAC R&D Center Detroit, LLC | X | |
| 252 | Significant Lease and Contract Counterparties | General Motors | X | |
| 253 | Significant Lease and Contract Counterparties | GM EV Holdings LLC | X | |
| 254 | Significant Lease and Contract Counterparties | Liberty Property and Asset Management | | X |
| 255 | Significant Lease and Contract Counterparties | Michigan Strategic Fund | | X |
| 256 | Significant Lease and Contract Counterparties | Paylocity Corporation | X | |
| 257 | Significant Lease and Contract Counterparties | Principal Life Insurance Company | | X |
| 258 | Significant Lease and Contract Counterparties | TenantBase, Inc. | | X |
| 259 | Significant Lease and Contract Counterparties | TransAmerica Corporation | X | |
| 260 | Significant Lease and Contract Counterparties | Willowgreen Building Group, LLC | | X |
| 261 | Significant Lease and Contract Counterparties | Workhorse Group Inc. | | X |
| 262 | Significant Vendors | A Say Inc dba Say Communications LLC | | X |
| 263 | Significant Vendors | A.K.Stamping Company, Inc | | X |
| 264 | Significant Vendors | ABSOLUTE ELECTRONICS INC | | X |
| 265 | Significant Vendors | Akebono Brake Company | | X |
| 266 | Significant Vendors | Amphenol Interconnect Products Corporation | | X |
| 267 | Significant Vendors | Anchor Tool and Die Company dba Anchor Manufacturing Group, Inc. | | X |
| 268 | Significant Vendors | Anderton Castings SAS | | X |
| 269 | Significant Vendors | AP Expert Group LLC | | X |
| 270 | Significant Vendors | Armada Toolworks LTD. | | X |
| 271 | Significant Vendors | AT&T MOBILITY-CC | X | |
| 272 | Significant Vendors | ATCO Industries, Inc. | | X |
| 273 | Significant Vendors | Auto Motive Power Inc | | X |
| 274 | Significant Vendors | Baker Hostetler | X | |
| 275 | Significant Vendors | Barry L. Leonard and Company Inc. dba Trans Machine Technologies | | X |
| 276 | Significant Vendors | Bennie W Fowler, LLC | | X |
| 277 | Significant Vendors | Bossard Inc. | | X |
| 278 | Significant Vendors | Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC | | X |
| 279 | Significant Vendors | CEVA Contract Logistics US Inc | | X |
| 280 | Significant Vendors | CEVA International, Inc | | X |
| 281 | Significant Vendors | CITIC Dicastal Co., Ltd. | X | |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 282 | Significant Vendors | Cognizant Mobility, Inc | | X |
| 283 | Significant Vendors | Cognizant Worldwide Limited | X | |
| 284 | Significant Vendors | Complete Discovery Source, Inc (CDS) | | X |
| 285 | Significant Vendors | Contour Hardening Inc. | X | |
| 286 | Significant Vendors | Cox Automotive Mobility Solutions, Inc | | X |
| 287 | Significant Vendors | Cox Automotive, Inc - Manheim | X | |
| 288 | Significant Vendors | Custodial Building Services, Inc | | X |
| 289 | Significant Vendors | DAG LTD, LLC | X | |
| 290 | Significant Vendors | Detroit Engineered Products dba DEP | | X |
| 291 | Significant Vendors | Duggan Manufacturing LLC | | X |
| 292 | Significant Vendors | Elaphe Propulsion Technologies LTD | | X |
| 293 | Significant Vendors | Fiberdyne Research Pty Ltd | | X |
| 294 | Significant Vendors | Filec Production SAS - Amphenol | | X |
| 295 | Significant Vendors | Foshan Aoya Electrical and Mechanical Co., Ltd. | | X |
| 296 | Significant Vendors | Foxconn EV Property Development LLC | | X |
| 297 | Significant Vendors | Foxconn EV System LLC | X | |
| 298 | Significant Vendors | Greatech Intergration (M) SDN.BHD. | | X |
| 299 | Significant Vendors | Harco Manufacturing Group, LLC | | X |
| 300 | Significant Vendors | Haynes and Boone, LLP | X | |
| 301 | Significant Vendors | HRB Industries Corp | | X |
| 302 | Significant Vendors | HubSpot Inc | X | |
| 303 | Significant Vendors | IEE S.A. | X | |
| 304 | Significant Vendors | Infosys Limited | X | |
| 305 | Significant Vendors | Jiangyin Haida Rubber and Plastic Co., Ltd. dba Haida | | X |
| 306 | Significant Vendors | JVIS USA LLC | X | |
| 307 | Significant Vendors | KPMG LLP | X | |
| 308 | Significant Vendors | Lasky, LLC | | X |
| 309 | Significant Vendors | Laval Tool & Mould LTD. | | X |
| 310 | Significant Vendors | Logicalis, Inc. | X | |
| 311 | Significant Vendors | Lumma Clean LLC | | X |
| 312 | Significant Vendors | Mahle Behr USA Inc | X | |
| 313 | Significant Vendors | Mainfreight, Inc - Canada | | X |
| 314 | Significant Vendors | Mainfreight, Inc. | X | |
| 315 | Significant Vendors | Marelli North America Inc dba CalsonicKansel North America Inc | X | |
| 316 | Significant Vendors | Megatronix（Beijing）Technology Co., Ltd. | | X |
| 317 | Significant Vendors | Meta Systems SpA | | X |
| 318 | Significant Vendors | Miotti Srl | | X |
| 319 | Significant Vendors | Mosaic Corporation | X | |
| 320 | Significant Vendors | MSSC US INC. | | X |
| 321 | Significant Vendors | New Eagle, LLC | | X |
| 322 | Significant Vendors | Nexteer Automotive Corporation | X | |
| 323 | Significant Vendors | OpenText Inc. | X | |
| 324 | Significant Vendors | Payscale Inc | X | |
| 325 | Significant Vendors | Pektron EV Limited | | X |
| 326 | Significant Vendors | Pi Innovo LLC | | X |
| 327 | Significant Vendors | Pierburg US LLC | | X |
| 328 | Significant Vendors | Potter Anderson & Corron LLP | | X |
| 329 | Significant Vendors | Principal Life Insurance Company | | X |
| 330 | Significant Vendors | Proper Group Holdings LLC dba Proper Tooling LLC | | X |
| 331 | Significant Vendors | Quality MetalCraft Inc. | | X |
| 332 | Significant Vendors | Racar Engineering, LLC | | X |
| 333 | Significant Vendors | Ready Logistics, LLC | | X |
| 334 | Significant Vendors | Roush Industries, Inc. | | X |

Results of Connections Check

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 335 | Significant Vendors | RTL Systems, LLC | | X |
| 336 | Significant Vendors | SA Automotive LTD | | X |
| 337 | Significant Vendors | Schwab Industries, Inc. | | X |
| 338 | Significant Vendors | SG Automotive d.o.o. | | X |
| 339 | Significant Vendors | Sharp Dimension Inc | | X |
| 340 | Significant Vendors | Sherpa Commercial Vehicles, LLC | | X |
| 341 | Significant Vendors | Silverman Consulting, Inc | | X |
| 342 | Significant Vendors | Simpson Thacher & Bartlett LLP | X | |
| 343 | Significant Vendors | Socotec Advisory, LLC | | X |
| 344 | Significant Vendors | St. Clair Technologies Inc. | | X |
| 345 | Significant Vendors | Sullivan & Cromwell LLP | X | |
| 346 | Significant Vendors | Superior Cam Inc | | X |
| 347 | Significant Vendors | Sybridge Technologies Canada, Inc | | X |
| 348 | Significant Vendors | Technology Solutions Anywhere LLC dba Readysoft | | X |
| 349 | Significant Vendors | Teijin Automotive Technologies, Inc | | X |
| 350 | Significant Vendors | TERIS - Phoenix LLC DBA TERIS | | X |
| 351 | Significant Vendors | The Timken Corporation | X | |
| 352 | Significant Vendors | Three-Dimensional Services dba 3 Dimensional Services Group | | X |
| 353 | Significant Vendors | thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp St | X | |
| 354 | Significant Vendors | Transportation Research Center, Inc. dba TRC, Inc. | | X |
| 355 | Significant Vendors | Triple Crown Consulting, LLC | | X |
| 356 | Significant Vendors | TTI, INC dba Symmetry Electronics (a division of TTI, Inc,) and RFMW(a division of TTI, | X | |
| 357 | Significant Vendors | Ventra Group Co. dba Flex-N-Gate Bradford | | X |
| 358 | Significant Vendors | VIA Optronics LLC | X | |
| 359 | Significant Vendors | Victora Auto Private Limited | | X |
| 360 | Significant Vendors | Zetwerk Manufacturing USA, Inc | | X |
| 361 | Significant Vendors | ZF PASSIVE SAFETY SYSTEMS US INC. | X | |
| 362 | Taxing and Regulatory Authorities | California Department of Tax and Fee Administration | | X |
| 363 | Taxing and Regulatory Authorities | California Franchise Tax Board | | X |
| 364 | Taxing and Regulatory Authorities | California State Board of Equalization | | X |
| 365 | Taxing and Regulatory Authorities | Committee on Foreign Investment in the United States | | X |
| 366 | Taxing and Regulatory Authorities | Delaware Secretary of State | X | |
| 367 | Taxing and Regulatory Authorities | Delaware State Treasury | | X |
| 368 | Taxing and Regulatory Authorities | Delaware Tax Authority | | X |
| 369 | Taxing and Regulatory Authorities | Internal Revenue Service | X | |
| 370 | Taxing and Regulatory Authorities | Michigan Department of Treasury | | X |
| 371 | Taxing and Regulatory Authorities | National Highway Traffic Safety Administration | | X |
| 372 | Taxing and Regulatory Authorities | Ohio Bureau of Workers' Compensation | X | |
| 373 | Taxing and Regulatory Authorities | Ohio Department of Taxation | | X |
| 374 | Taxing and Regulatory Authorities | Orange County Property Taxes | | X |
| 375 | Taxing and Regulatory Authorities | Pipeline and Hazardous Materials Safety Administration | | X |
| 376 | Taxing and Regulatory Authorities | Securities and Exchange Commission | X | |
| 377 | Taxing and Regulatory Authorities | U.S. Department of Justice | X | |
| 378 | Taxing and Regulatory Authorities | U.S. Patent and Trademark Office | X | |
| 379 | Taxing and Regulatory Authorities | Village of Lordstown, OH Income Tax Department | | X |
| 380 | United States Bankruptcy Judges District of Delaware | Ashley M. Chan | | X |
| 381 | United States Bankruptcy Judges District of Delaware | Brendan L. Shannon | | X |
| 382 | United States Bankruptcy Judges District of Delaware | Craig T. Goldblatt | | X |
| 383 | United States Bankruptcy Judges District of Delaware | John T. Dorsey | | X |
| 384 | United States Bankruptcy Judges District of Delaware | Karen B. Owens | | X |
| 385 | United States Bankruptcy Judges District of Delaware | Kate Stickles | | X |
| 386 | United States Bankruptcy Judges District of Delaware | Laurie S. Silverstein | | X |
| 387 | United States Bankruptcy Judges District of Delaware | Mary F. Walrath | | X |

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|---|---|---|---|---|
| 388 | United States Bankruptcy Judges District of Delaware | Thomas M. Horan | | X |
| 389 | Utilities | AT&T Business Direct | | X |
| 390 | Utilities | AT&T MOBILITY-CC | X | |
| 391 | Utilities | Comcast Holdings Corporation dba Comcast Cable Communication Management LLC | X | |
| 392 | Utilities | Cox Communications California LLC dba Cox Business | X | |
| 393 | Utilities | CR&R Environmental Services | | X |
| 394 | Utilities | Detroit Disposal & Recycling | | X |
| 395 | Utilities | Irvine Ranch Water District | | X |
| 396 | Utilities | Sonitrol Orange County | | X |
| 397 | Utilities | Southern California Edison | X | |
| 398 | Utilities | Southern California Gas Company dba The Gas Company; So Cal Gas | X | |
| 399 | Investors with over 5% Holdings | Foxconn (Far East) Limited | X | |
| 400 | Investors with over 5% Holdings | Foxconn EV Technology, Inc. | | X |
| 401 | Investors with over 5% Holdings | Foxconn Ventures Pte. Ltd. | | X |
| 402 | Investors with over 5% Holdings | Foxteq Holdings Inc. | | X |
| 403 | Investors with over 5% Holdings | Foxteq Integration Inc. | | X |
| 404 | Investors with over 5% Holdings | Hon Hai Precision Industry Co., Ltd. | X | |
| 405 | Investors with over 5% Holdings | Hon Hai Technology Group | X | |
| 406 | Investors with over 5% Holdings | PCE Paragon Solutions Kft. | X | |
| 407 | Top Unsecured Creditors | Amphenol Interconnect Products Corporation | | X |
| 408 | Top Unsecured Creditors | AP Expert Group LLC | | X |
| 409 | Top Unsecured Creditors | AT&T MOBILITY-CC | X | |
| 410 | Top Unsecured Creditors | Barry L. Leonard and Company Inc. dba Trans Machine Technologies | | X |
| 411 | Top Unsecured Creditors | Bossard Inc. | | X |
| 412 | Top Unsecured Creditors | CEVA Contract Logistics US Inc | | X |
| 413 | Top Unsecured Creditors | Cognizant Mobility, Inc | | X |
| 414 | Top Unsecured Creditors | Elaphe Propulsion Technologies LTD | | X |
| 415 | Top Unsecured Creditors | Fiberdyne Research Pty Ltd | | X |
| 416 | Top Unsecured Creditors | Filec Production SAS - Amphenol | | X |
| 417 | Top Unsecured Creditors | Foxconn EV System LLC | X | |
| 418 | Top Unsecured Creditors | Greatech Intergration (M) SDN.BHD. | | X |
| 419 | Top Unsecured Creditors | Harco Manufacturing Group, LLC | | X |
| 420 | Top Unsecured Creditors | HRB Industries Corp. | | X |
| 421 | Top Unsecured Creditors | JVIS USA LLC | X | |
| 422 | Top Unsecured Creditors | Laval Tool & Mould LTD. | | X |
| 423 | Top Unsecured Creditors | Marelli North America Inc dba CalsonicKansel North America Inc | X | |
| 424 | Top Unsecured Creditors | Meta Systems SpA | | X |
| 425 | Top Unsecured Creditors | Nexteer Automotive Corporation | X | |
| 426 | Top Unsecured Creditors | Pektron EV Limited | | X |
| 427 | Top Unsecured Creditors | Proper Group Holdings LLC dba Proper Tooling LLC | | X |
| 428 | Top Unsecured Creditors | Quality MetalCraft Inc. | | X |
| 429 | Top Unsecured Creditors | SA Automotive LTD | | X |
| 430 | Top Unsecured Creditors | Sharp Dimension Inc | | X |
| 431 | Top Unsecured Creditors | St. Clair Technologies Inc. | | X |
| 432 | Top Unsecured Creditors | Superior Cam Inc | | X |
| 433 | Top Unsecured Creditors | Technology Solutions Anywhere LLC dba Readysoft | | X |
| 434 | Top Unsecured Creditors | Teijin Automotive Technologies, Inc | | X |
| 435 | Top Unsecured Creditors | The Timken Corporation | X | |
| 436 | Top Unsecured Creditors | Three-Dimensional Services dba 3 Dimensional Services Group | | X |
| 437 | Top Unsecured Creditors | thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp St | X | |
| 438 | Top Unsecured Creditors | Ventra Group Co. dba Flex-N-Gate Bradford | | X |
| 439 | Top Unsecured Creditors | VIA Optronics LLC | X | |
| 440 | Top Unsecured Creditors | Zetwerk Manufacturing USA, Inc. | | X |

**Results of Connections Check**

| No. | Category | Entity Name (Full Name as per PIIL) | Connection | No Connection |
|-----|----------|-------------------------------------|------------|---------------|
| 441 | Top Unsecured Creditors | ZF Passive Safety Systems US Inc. | X | |

**Exhibit B**

**Indemnification Agreement in Effect as of the Petition Date**



**Building a better working world**

Ernst & Young LLP
Suite 1800
950 Main Avenue
Cleveland, OH  44113-7214

Tel: +1 216 861 5000
Fax: +1 216 583 2013
ey.com

Lordstown Motors Corp.
Mr. Steve Burns, Chief Executive Officer
7588 Central Parke BLVD, Suite 321
Mason, OH 45040

18 September 2019

Dear Mr. Burns:

Thank you for choosing Ernst & Young LLP ("we" or "EY") to perform professional services
(the "Services") for Lordstown Motors Corp ("you" or "Client"). We appreciate the opportunity to
assist you and look forward to working with you.

For each project that we agree to undertake for you, we will prepare a Statement of Work describing
the particular Services, as well as any advice, presentations, or filings to be made, our fees therefor,
and any other project-specific arrangements. All of the Services will be subject to the terms and
conditions of this letter, its attachments, including the General Terms and Conditions, and the
applicable Statement of Work (together, this "Agreement"). Except for a claim seeking solely
injunctive relief, any dispute or claim arising out of or relating to this Agreement, the Services or any
other services provided by us or on our behalf to you shall be resolved by mediation and arbitration as
set forth in this Agreement.

We may enter into Statements of Work with you for a period of five years following the date of this
letter, although we may agree with you to extend that period, including by executing additional
Statements of Work referencing this Agreement.

Please sign this letter in the space provided below to indicate your agreement with these arrangements
and return it to Andy Wilkinson at your earliest convenience. If you have any questions about any of
these materials, please do not hesitate to contact Andy Wilkinson so that we can address any issues
you identify before we begin to provide any Services.

Very truly yours,

*Ernst & Young LLP*

AGREED:

**Lordstown Motors Corp.**

By: _____

Steve Burns
Chief Executive Officer

A member firm of Ernst & Young Global Limited

# General Terms and Conditions

## Our relationship with you

1. We will perform the Services in accordance with applicable professional standards, including those established by the American Institute of Certified Public Accountants ("**AICPA**").

2. We are a member of the global network of Ernst & Young firms ("**EY Firms**"), each of which is a separate legal entity.

3. We will provide the Services to you as an independent contractor and not as your employee, agent, partner or joint venturer. Neither you nor we have any right, power or authority to bind the other.

4. We may subcontract portions of the Services to other EY Firms, who may deal with you directly. Nevertheless, we alone will be responsible to you for the Reports (as defined in Section 11), the performance of the Services, and our other obligations under this Agreement. From time to time, non-CPA personnel may perform the Services.

5. We will not assume any of your management responsibilities in connection with the Services. We will not be responsible for the use or implementation of the output of the Services, although we may otherwise provide advice and recommendations to assist you in your management functions and making decisions.

## Your responsibilities

6. You shall assign a qualified person to oversee the Services. You are responsible for all management decisions relating to the Services, the use or implementation of the output of the Services and for determining whether the Services are appropriate for your purposes.

7. You shall provide (or cause others to provide) to us, promptly, the information, resources and assistance (including access to records, systems, premises and people) that we reasonably require to perform the Services.

8. To the best of your knowledge, all information provided by you or on your behalf ("**Client Information**") will be accurate and complete in all material respects. The provision of Client Information to us will not infringe any copyright or other third-party rights.

9. We will rely on Client Information made available to us and, unless we expressly agree otherwise, will have no responsibility to evaluate or verify it.

10. You shall be responsible for your personnel's compliance with your obligations under this Agreement.

## Our Reports

11. Any information, advice, recommendations or other content of any reports, presentations or other communications made under this Agreement ("**Reports**"), other than Client Information, are for your internal use only (consistent with the purpose of the particular Services).

12. You may not disclose a Report (or any portion or summary of a Report) externally (including to your affiliates) or refer to us or to any other EY Firm in connection with the Services, except:

    (a) to your lawyers (subject to these disclosure restrictions), who may review it only to give you advice relating to the Services,

    (b) to the extent, and for the purposes, required by subpoena or similar legal process (of which you will promptly notify us),

    (c) to other persons (including your affiliates) with our prior written consent, who have executed an access letter substantially in the form we prescribe, or

    (d) to the extent it contains Tax Advice, as set forth in Section 13.

    If you are permitted to disclose a Report (or a portion thereof) externally, you shall not alter, edit or modify it from the form we provided.

13. You may disclose to anyone a Report (or a portion thereof) solely to the extent that it relates to tax matters, including tax advice, tax opinions, tax returns, or the tax treatment or tax structure of any transaction to which the Services relate ("**Tax Advice**"). With the exception of tax authorities, you shall inform those to whom you disclose Tax Advice that they may not rely on it for any purpose without our prior written consent.

14. You may incorporate into documents that you intend to disclose externally EY summaries, calculations or tables based on Client Information contained in a Report, but not our recommendations, conclusions or findings. However, you must assume sole responsibility for the contents of those documents and not refer to us or any other EY Firm in connection with them.  This provision does not affect your ability to circulate Reports internally.

15. You may not rely on any draft Report. We shall not be required to update any final Report for circumstances of which we become aware, or events occurring, after its delivery.

## Limitations

16. You (and any others for whom Services are provided) may not recover from us, in contract or tort, under statute or otherwise, any consequential, incidental, indirect, punitive or special damages in connection with claims arising out of this Agreement or otherwise relating to the Services, including any amount for loss of profit, data or goodwill, whether or not the likelihood of such loss or damage was contemplated.

17. You (and any others for whom Services are provided) may not recover from us, in contract or tort, under statute or otherwise, aggregate damages in excess of the fees actually paid for the Services that directly caused the loss in connection with claims arising out of this Agreement or otherwise relating to the Services. This limitation will not apply to losses caused by our fraud or willful misconduct or to the extent prohibited by applicable law or professional regulations.

18. You shall make any claim relating to the Services or otherwise under this Agreement no later than one year after you became aware (or ought reasonably to have become aware) of the facts giving rise to any alleged such claim and in any event, no later than two years after the completion of the particular Services. This limitation will not apply to the extent prohibited by applicable law or professional regulations.

19. You may not make a claim or bring proceedings relating to the Services or otherwise under this Agreement against any other EY Firm or our or its subcontractors, members, shareholders, directors, officers, partners, principals or employees ("**EY Persons**"). You shall make any claim or bring proceedings only against us. The provisions of Sections 16 through 20 are intended to benefit the other EY Firms and all EY Persons, who shall be entitled to enforce them.

## Indemnity

20. To the fullest extent permitted by applicable law and professional regulations, you shall indemnify us, the other EY Firms and the EY Persons against all claims by third parties (including your affiliates and attorneys) and resulting liabilities, losses, damages, costs and expenses (including reasonable external and internal legal costs) arising out of the disclosure of any Report (other than Tax Advice) or a third party's use of or reliance on any Report (including Tax Advice) disclosed to it by you or at your request.

## Intellectual property rights

21. We may use data, software, designs, utilities, tools, models, systems and other methodologies and know-how that we own or license ("**Materials**") in performing the Services. Notwithstanding the delivery of any Reports, we retain all intellectual property rights in the Materials (including any improvements or knowledge developed while performing the Services), and in any working papers compiled in connection with the Services (but not Client Information reflected in them).

22. Upon payment for particular Services and subject to the other terms of this Agreement, you may use the Reports relating to those Services, as well as any Materials owned by us that are included therein, solely to the extent necessary to use the Reports.

## Confidentiality

23. Except as otherwise permitted by this Agreement, neither of us may disclose to third parties the contents of this Agreement or any information (other than Tax Advice) provided by or on behalf of the other that ought reasonably to be treated as confidential and/or proprietary. Either of us may, however, disclose such information to the extent that it:

    (a) is or becomes public other than through a breach of this Agreement,

    (b) is subsequently received by the recipient from a third party who, to the recipient's knowledge, owes no obligation of confidentiality to the disclosing party with respect to that information,

    (c) was known to the recipient at the time of disclosure or is thereafter created independently,

    (d) is disclosed as necessary to enforce the recipient's rights under this Agreement, or

    (e) must be disclosed under applicable law, legal process or professional regulations.

24. Either of us may use electronic media to correspond or transmit information and such use will not in itself constitute a breach of any confidentiality obligations under this Agreement.

25. Unless prohibited by applicable law, we may provide Client Information to other EY Firms (which are listed at www.ey.com) and EY Persons, as well as external third parties providing services on our or their behalf, who may collect, use, transfer, store or otherwise process (collectively, "**Process**") it in various jurisdictions in which they operate in order to facilitate performance of the Services, to comply with regulatory requirements, to check conflicts, to provide financial

accounting and other administrative support services or for quality and risk management purposes. We shall be responsible to you for maintaining the confidentiality of Client Information, regardless of where or by whom such information is Processed on our behalf.

26. With respect to any Services, if U.S. Securities and Exchange Commission auditor independence requirements apply to the relationship between you or any of your associated entities and any EY Firm, you represent, to the best of your knowledge, as of the date of this Agreement and as of the date of each Statement of Work hereunder, that neither you nor any of your affiliates has agreed, either orally or in writing, with any other advisor to restrict your ability to disclose to anyone the tax treatment or tax structure of any transaction to which the Services relate. An agreement of this kind could impair an EY Firm's independence as to your audit or that of any of your affiliates, or require specific tax disclosures as to those restrictions. Accordingly, you agree that the impact of any such agreement is your responsibility.

## Data protection

27. If we Process Client Information that can be linked to specific individuals ("**Personal Data**"), we will Process it in accordance with Section 25 of this Agreement, as well as applicable law and professional regulations, including, where applicable, the EU-U.S. Privacy Shield Framework and the Swiss-U.S. Privacy Shield Framework, each administered by the U.S. Department of Commerce and to which EY has self-certified (collectively, the "Privacy Shield Framework"). Further information (including disclosures required by the Privacy Shield Framework) is set out at www.ey.com/us/privacyshield. We will require any service provider that Processes Personal Data on our behalf to provide at least the same level of protection for such data as is required by the Privacy Shield Framework and other legal and regulatory requirements applicable to us. If any Client Information is protected health information under the Health Insurance Portability and Accountability Act, as amended, this Agreement is deemed to incorporate all of the terms otherwise required to be included in a business associate contract relating to such information.

28. You warrant that you have the authority to provide the Personal Data to us in connection with the performance of the Services and that the Personal Data provided to us has been Processed in accordance with applicable law. In order to provide the Services, we may need to access Personal Data consisting of protected health information, financial account numbers, Social Security or other government-issued identification numbers, or other data that, if disclosed without authorization, would trigger notification requirements under applicable law ("Restricted Personal Data"). In the event that we need access to such information, you will consult with us on appropriate measures (consistent with professional standards applicable to us) to protect the Restricted Personal Data, such as deleting or masking unnecessary information before it is made available to us, encrypting any data transferred to us, or making the data available for on-site review at a Client site. You will provide us with Restricted Personal Data only in accordance with mutually agreed protective measures.

## Fees and expenses generally

29. You shall pay our professional fees and specific expenses in connection with the Services as detailed in the applicable Statement of Work. You shall also reimburse us for other reasonable expenses incurred in performing the Services. Our fees are exclusive of taxes or similar charges, as well as customs, duties or tariffs imposed in respect of the Services, all of which you shall pay (other than taxes imposed on our income generally). Unless otherwise set forth in the applicable Statement of Work, payment is due within 30 days following receipt of each of our invoices. We may receive rebates in connection with certain purchases, which we use to reduce charges that we would otherwise pass on to you.

30. We may charge additional professional fees if events beyond our control (including your acts or omissions) affect our ability to perform the Services as originally planned or if you ask us to perform additional tasks.

31. If we are required by applicable law, legal process or government action to produce information or personnel as witnesses with respect to the Services or this Agreement, you shall reimburse us for any professional time and expenses (including reasonable external and internal legal costs) incurred to respond to the request, unless we are a party to the proceeding or the subject of the investigation.

## Force majeure

32. Neither you nor we shall be liable for breach of this Agreement (other than payment obligations) caused by circumstances beyond your or our reasonable control.

## Term and termination

33. This Agreement applies to the Services whenever performed (including before the date of this Agreement).

34. This Agreement shall terminate upon the completion of the Services. Either of us may terminate it, or any particular Services, earlier upon 30 days' prior written notice to the other. In addition, we may terminate this Agreement, or any particular Services, immediately upon written notice to you if we reasonably determine that we can no longer provide the Services in

accordance with applicable law or professional obligations.

35. You shall pay us for all work-in-progress, Services already performed, and expenses incurred by us up to and including the effective date of the termination of this Agreement. Payment is due within 30 days following receipt of our invoice for these amounts.

36. The provisions of this Agreement, including Section 14 and otherwise with respect to Reports, that give either of us rights or obligations beyond its termination shall continue indefinitely following the termination of this Agreement, except that our respective confidentiality obligations (other than those relating to Reports or under Section 14) shall continue thereafter for three years only.

## Governing law and dispute resolution

37. This Agreement, and any non-contractual matters or obligations arising out of this Agreement or the Services, including (without limitation) claims arising in tort, fraud, under statute or otherwise relating to the Services, or questions relating to the scope or enforceability of this Section 37, shall be governed by, and construed in accordance with, the laws of New York applicable to agreements made, and fully to be performed, therein by residents thereof. Except as otherwise expressly provided in the Cover Letter, any dispute relating to this Agreement or the Services shall be resolved as set forth in Appendix 1 to these Terms and Conditions.

## Miscellaneous

38. This Agreement constitutes the entire agreement between us as to the Services and the other matters it covers, and supersedes all prior agreements, understandings and representations with respect thereto, including any confidentiality agreements previously delivered. In addition, any policy, protocol, agreement (other than this Agreement) or other instrument, in whatever form, imposed at any time that purports to obligate EY, any other EY Firm or any EY Person with respect to the use of Client Information shall be void and of no further effect, and you shall not seek to enforce any such obligation.

39. Both of us may execute this Agreement (including Statements of Work), as well as any modifications thereto, by electronic means and each of us may sign a different copy of the same document. Both of us must agree in writing to modify this Agreement or any Statement of Work hereunder.

40. Each of us represents to the other that each person signing this Agreement or any Statement of Work hereunder on its behalf is expressly authorized to execute it and to bind such party to its terms. You also represent that this Agreement has, if necessary, been considered and approved by your Audit Committee. You represent that your affiliates and any others for whom Services are performed shall be bound by the terms of this Agreement.

41. You agree that we and the other EY Firms may, subject to professional obligations, act for other clients, including your competitors.

42. Neither of us may assign any of our rights, obligations or claims arising out of or related to this Agreement or any Services.

43. If any provision of this Agreement (in whole or part) is held to be illegal, invalid or otherwise unenforceable, the other provisions shall remain in full force and effect.

44. If there is any inconsistency between provisions in different parts of this Agreement, those parts shall have precedence as follows (unless expressly agreed otherwise): (a) the Cover Letter, (b) the applicable Statement of Work and any attachments thereto, (c) these General Terms and Conditions, and (d) other attachments to this Agreement.

45. Neither of us may use or reference the other's name, logo or trademarks publically without the other's prior written consent, although we may publically identify you as a client in connection with specific Services or generally.

46. For administrative reasons, you may from time to time ask that fees and expenses for Services performed for your international affiliates or at international locations be invoiced to you or your designate there, in local currency. You guarantee the timely payment of all those invoices by your affiliates. In addition, from time to time, an affiliate of ours, providing Services as a subcontractor to us, may bill you directly for fees incurred for work outside the US, in local currency or otherwise.

**Appendix 1**

**Dispute resolution procedures**

**Mediation**

A party shall submit a dispute to mediation by written notice to the other party or parties.
The mediator shall be selected by the parties. If the parties cannot agree on a mediator, the
International Institute for Conflict Prevention and Resolution ("CPR") shall designate a mediator at
the request of a party. Any mediator must be acceptable to all parties and must confirm in writing that
he or she is not, and will not become during the term of the mediation, an employee, partner,
executive officer, director, or substantial equity owner of any EY audit client.

The mediator shall conduct the mediation as he/she determines, with the agreement of the parties.
The parties shall discuss their differences in good faith and attempt, with the mediator's assistance, to
reach an amicable resolution of the dispute. The mediation shall be treated as a settlement discussion
and shall therefore be confidential. The mediator may not testify for either party in any later
proceeding relating to the dispute. The mediation proceedings shall not be recorded or transcribed.

Each party shall bear its own costs in the mediation. The parties shall share equally the fees and
expenses of the mediator.

If the parties have not resolved a dispute within 90 days after written notice beginning mediation
(or a longer period, if the parties agree to extend the mediation), the mediation shall terminate and the
dispute shall be settled by arbitration. In addition, if a party initiates litigation, arbitration, or other
binding dispute resolution process without initiating mediation, or before the mediation process has
terminated, an opposing party may deem the mediation requirement to have been waived and may
proceed with arbitration.

**Arbitration**

The arbitration will be conducted in accordance with the procedures in this document and the
CPR Rules for Non-Administered Arbitration ("Rules") as in effect on the date of the Agreement,
or such other rules and procedures as the parties may agree. In the event of a conflict, the provisions
of this document will control.

The arbitration will be conducted before a panel of three arbitrators, to be selected in accordance with
the screened selection process provided in the Rules. Any issue concerning the extent to which any
dispute is subject to arbitration, or concerning the applicability, interpretation, or enforceability of any
of these procedures, shall be governed by the Federal Arbitration Act and resolved by the arbitrators.
No potential arbitrator may be appointed unless he or she has agreed in writing to these procedures
and has confirmed in writing that he or she is not, and will not become during the term of the
arbitration, an employee, partner, executive officer, director, or substantial equity owner of any
EY audit client.

The arbitration panel shall have no power to award non-monetary or equitable relief of any sort or to make an award or impose a remedy that (i) is inconsistent with the agreement to which these procedures are attached or any other agreement relevant to the dispute, or (ii) could not be made or imposed by a court deciding the matter in the same jurisdiction.  In deciding the dispute, the arbitration panel shall apply the limitations period that would be applied by a court deciding the matter in the same jurisdiction, and shall have no power to decide the dispute in any manner not consistent with such limitations period.

Discovery shall be permitted in connection with the arbitration only to the extent, if any, expressly authorized by the arbitration panel upon a showing of substantial need by the party seeking discovery.

All aspects of the arbitration shall be treated as confidential. The parties and the arbitration panel may disclose the existence, content or results of the arbitration only in accordance with the Rules or applicable professional standards. Before making any such disclosure, a party shall give written notice to all other parties and shall afford them a reasonable opportunity to protect their interests, except to the extent such disclosure is necessary to comply with applicable law, regulatory requirements or professional standards.

The result of the arbitration shall be binding on the parties, and judgment on the arbitration award may be entered in any court having jurisdiction.