**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF NICHOLAS ACCORDINO ON BEHALF OF PROPOSED**
**ORDINARY COURSE PROFESSIONAL DELOITTE & TOUCHE LLP**

I, Nicholas Accordino, under penalty of perjury, declare as follows:

1.      I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"),
which has an office at 127 Public Square, 2600 Key Center, Suite 3300, Cleveland, Ohio 44114.
I am duly authorized to make and submit this declaration (the "**Declaration**") on behalf of Deloitte
& Touche pursuant to the *Order Granting Debtors' Motion for Entry of an Order Authorizing
Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket
No. 182] (the "**OCP Order**").  The Debtors included Deloitte & Touche as one of the Ordinary
Course Professionals (as such term is defined in the Debtors' motion approved by the OCP Order).

2.      The Debtors seek to retain Deloitte & Touche pursuant to the terms and
conditions set forth in that certain engagement letter, dated July 31, 2023, between Deloitte &
Touche and the Debtors to provide advisory services related to the financial reporting requirements
of the Debtors and to provide Deloitte & Touche personnel to work directly for the Debtors under
their supervision in connection with such services (the "**Engagement Letter**").  A copy of the

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors
Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service
address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Engagement Letter is attached hereto as **Exhibit 1**.

        3.    The statements set forth in this Declaration are based upon my personal knowledge, information and belief, and/or client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

### **Deloitte & Touche's Qualifications**

        4.    Deloitte & Touche is a professional services firm with offices across the United States.  Deloitte & Touche has significant experience performing accounting advisory services and has performed such services and such experience renders Deloitte & Touche well-qualified and able to provide services to the Debtors during the pendency of these chapter 11 cases in a cost-effective, efficient, and timely manner.  Deloitte & Touche's services fulfill an important need and are not provided by any of the Debtors' other professionals.

        5.    In addition, since approximately May 2021, Deloitte & Touche has provided various professional services to the Debtors.  In providing such prepetition professional services to the Debtors, Deloitte & Touche has become familiar with the Debtors and their financial affairs, debt structure, business operations, and related matters.  Having worked with the Debtors' management, Deloitte & Touche has developed relevant experience and knowledge regarding the Debtors that will assist it in providing effective and efficient services during the chapter 11 cases.  Accordingly, Deloitte & Touche is both well-qualified and able to provide the services for the Debtors during the chapter 11 cases in an efficient and timely manner.

## Disinterestedness

**A.**   ***Additional Background Information Related to Deloitte & Touche.***

6.      Deloitte Touche Tohmatsu Limited ("**DTTL**") is a United Kingdom private company limited by guarantee. DTTL itself does not provide services to clients.  Each of the member firms of DTTL (each, a "**DTTL Member Firm**") is a legally separate and distinct entity. The DTTL Member Firms are primarily organized on an individual country or regional basis, and operate within the legal and regulatory framework of their particular jurisdiction(s).  The DTTL Member Firm structure reflects the fact that the DTTL Member Firms are not affiliates, subsidiaries, or branch offices of each other or of a global parent.  Rather, they are separate and independent firms that have come together to practice under a common brand and shared methodologies, client service standards, and other professional protocols and guidelines.  DTTL Member Firm partners and/or principals are generally the sole owners of their respective DTTL Member Firms.  There is no overlap with respect to a partner's or principal's ownership in its respective DTTL Member Firm and any other DTTL Member Firm.  Profits are not shared between or among the DTTL Member Firms.

7.      In the United States, Deloitte LLP is a DTTL Member Firm.  Like DTTL, Deloitte LLP does not provide services to clients.  Rather, Deloitte LLP has operating affiliates that perform services for clients, including Deloitte & Touche, Deloitte Tax LLP ("**Deloitte Tax**"), Deloitte Consulting LLP ("**Deloitte Consulting**"), Deloitte Financial Advisory Services LLP ("**Deloitte FAS**"), and Deloitte Transactions and Business Analytics LLP ("**DTBA**") (Deloitte LLP and each of the foregoing, and together with their respective direct and indirect subsidiaries, collectively, the "**Deloitte U.S. Entities**").  The partners and/or principals of each operating affiliate of Deloitte LLP are owners of their respective affiliate along with, directly or indirectly,

Deloitte LLP.  Generally, each affiliate's respective partners and principals are also partners and principals, as applicable, of Deloitte LLP.

**B.       Conflicts Check Process, Generally**

8.       As described herein, for the most part, the conflicts searches conducted by Deloitte & Touche involve checking client and other databases of the Deloitte U.S. Entities.  Given the separateness of the various DTTL Member Firms as described above, the Deloitte U.S. Entities do not have the capability to directly check the client or other databases of any of the non-U.S. DTTL Member Firms or their respective affiliates or subsidiaries.  However, notwithstanding the separateness of the DTTL Member Firms, as described below, the Deloitte U.S. Entities' checking procedures in bankruptcy cases do result in the gathering of certain information related to the DTTL Member Firms.

9.       When any of Deloitte LLP's operating affiliates, such as Deloitte & Touche, is to be the subject of an application to be retained in a chapter 11 case, a process commences regarding checking connections to the debtor, its affiliates and the debtor's parties in interest (as provided by the debtors).  With the assistance of the Deloitte U.S. Entities' conflicts team (the "**Conflicts Team**"), a series of conflicts checking procedures are undertaken, including checking a number of Deloitte U.S. Entities' databases for their connections.  Additionally, the Conflicts Team performs procedures to identify certain relationships of other DTTL Member Firms, as described below:

a.       With respect to the debtor and debtor affiliates, the Conflicts Team will:

i.       Initiate cross-border check requests to the DTTL Member Firm(s) where the debtor or debtor affiliate is domiciled (i.e., the country of incorporation or the entity's headquarters, as the case may be) based upon information provided by the debtors and research by the Conflicts Team of publicly available information.  The DTTL Member Firm(s) will then search applicable local databases to identify client or non-client relationships in their jurisdiction (such

as lender, vendors, business relationship entities or third parties associated with a client engagement).

    ii.    Perform a search of the cross-border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms, which are submitted when a DTTL Member Firm seeks to commence an engagement with or involving a U.S. entity.[2]  This search is conducted to identify whether those prospective engagements involved the debtor or its affiliates domiciled in the U.S. as the engaging client or non-client relationship (such as business relationship entities or third parties associated with a client engagement).

    iii.    Perform a search of the database system associated with audit and other related independence requirements (the "**Independence Database**") to identify possible connections with debtor and debtor affiliates with respect to whom such requirements are actually or potentially implicated.  Each DTTL Member Firm is required to input its respective audit and attest clients into the Independence Database, and all DTTL Member Firms have access to the Independence Database.[3]  Each entity in the Independence Database has a designated partner who is responsible for approving and monitoring services for entities included in its corporate tree.  The Independence Database includes audit and attest clients of the various DTTL Member Firms, as well as certain other non-clients thereof.

b.    With respect to the debtor's parties in interest, the Conflicts Team will:

    i.    Perform a search of the cross-border conflict check requests the Conflicts Team has previously received from other DTTL Member Firms (described above) to identify whether those prospective engagements involved a U.S.-domiciled party in interest as a direct attest or litigation client or business relationship entity.

    ii.    Perform a search of the Independence Database to determine whether a party in interest is identified therein.

---

[2]    These cross border conflict check requests are pursuant to a policy adopted by DTTL Member Firms.

[3]    Inputting audit and attest clients into the Independence Database is a policy followed by DTTL Member Firms so that such relationships are tracked in connection with such firms' independence requirements.

10. Based upon the foregoing, it is my understanding that the overall design and implementation of Deloitte U.S. Entities' current procedures provide a reasonable level of comfort that relationships and potential conflicts related to a debtor will be identified.

### C. *Disinterestedness of Deloitte & Touche.*

11. Subject to the foregoing, to the best of my information, knowledge, and belief based on reasonable inquiry: (a) neither I, Deloitte & Touche, nor any partner, principal, or managing director of Deloitte & Touche that is anticipated to provide the services for which Deloitte & Touche is to be retained (the "**Engagement Partners/Principals/Managing Directors**") holds any interest adverse to the Debtors; and (b) Deloitte & Touche has no relationship to the Debtors, their significant creditors, certain other significant parties-in-interest, or to the attorneys that are known to be assisting the Debtors in the chapter 11 cases, except as stated herein or in any attachment hereto.

12. In connection with Deloitte & Touche's retention by the Debtors in these chapter 11 cases, Deloitte & Touche undertook searches to determine, and to disclose, whether it or its affiliates is or has been employed by or has other relationships with the Debtors or their affiliates, subsidiaries, directors, or officers, or any of the Debtors' significant creditors, customers, equity security holders, professionals, or other entities with significant relationships with the Debtors (the "**Potential Parties-in-Interest**"), whose specific names were provided to Deloitte & Touche by the Debtors, listed on **Schedule 1** attached hereto. To check upon and disclose possible relationships with significant Potential Parties-in-Interest in these chapter 11 cases, Deloitte & Touche researched its client databases and performed reasonable due diligence to determine whether it or its affiliates had any relationships with the Debtors or the significant Potential Parties-in-Interest.

13.     With respect to Deloitte & Touche's conflicts checks conducted in these cases, if a database query identified a potential connection between a Potential Party-in-Interest and a Deloitte U.S. Entity or DTTL Member Firm, an email was sent to certain of the Deloitte U.S. Entity's and/or DTTL Member Firm's individuals, as applicable, associated with such Potential Party-in-Interest to confirm whether or not the relationship with such Potential Party-in-Interest related or currently relates to the Debtors' chapter 11 cases.  Responses to these emails were consolidated and subsequently reviewed.  As stated in this Declaration, these processes result in the disclosures that are set forth herein, including the disclosure of certain connections with Potential Parties-in-Interest that do not relate to the Debtors' chapter 11 cases.  The identified potential connections to the Potential Parties-in-Interest are included on **Schedule 2** appended hereto, and such connections do not relate to the chapter 11 cases.

14.     Deloitte & Touche and its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other Potential Parties-in-Interest. Accordingly, Deloitte & Touche and/or its affiliates have had, currently have and/or may have in the future banking or other relationships with such parties, or provided, may currently provide, and/or may provide in the future professional services to certain of these parties in matters unrelated to the chapter 11 cases.  From time to time, Deloitte & Touche and its affiliates have provided or may currently provide services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties potentially adverse to the Debtors in matters unrelated to the chapter 11 cases, except as set forth herein or in the attachments hereto. Additionally, certain significant Potential Parties-in-Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to Deloitte & Touche and/or its affiliates and the Engagement

Partners/Principals/Managing Directors in matters unrelated to the chapter 11 cases.  A listing of such parties is attached to this Declaration as **Schedule 2**.

15.     Deloitte & Touche believes that the relationships described herein or reflected on **Schedule 2** have no bearing on the services for which Deloitte & Touche's retention is being sought by the Debtors in the chapter 11 cases.  Furthermore, such relationships do not impair Deloitte & Touche's disinterestedness, and Deloitte & Touche does not represent an adverse interest in connection with the chapter 11 cases.

16.     Despite the efforts described above to identify and disclose Deloitte & Touche's connections with the significant Potential Parties-in-Interest in the chapter 11 cases, because Deloitte & Touche is a nationwide firm with many personnel, Deloitte & Touche is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if Deloitte & Touche discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

17.     To the best of my knowledge, based on the internal search discussed above, Deloitte & Touche has determined that certain relationships should be disclosed as follows:

    a.  Deloitte & Touche and/or its affiliates provide services in matters unrelated to the chapter 11 cases to certain of the Debtors' largest unsecured creditors and other Potential Parties-in-Interest or their affiliates listed on **Schedule 2**.

    b.  Law firms identified on **Schedule 2**, including Akin Gump Strauss Hauer & Feld LLP; Baker & Hostetler LLP; Bodman PLC; Dechert LLP; Dentons US; Fisher & Phillips LLP; Foley & Lardner LLP; Haynes & Boone LLP; Latham & Watkins LLP; Nelson Mullins Riley & Scarborough LLP; Paul Hastings LLP; Richards Layton & Finger, P.A.; Seyfarth Shaw LLP; Simpson Thacher & Bartlett LLP; Sullivan & Cromwell LLP; White & Case LLP; and Winston & Strawn LLP, have provided, currently provide and may in the future provide legal services to Deloitte & Touche or its affiliates in matters unrelated to the chapter 11 cases, and/or Deloitte & Touche or its affiliates have provided, currently provide and may in the future provide services to such firms or their clients.

    c.  In the ordinary course of its business, Deloitte & Touche and its affiliates have

business relationships in unrelated matters with its principal competitors, which together with their affiliates may be Potential Parties-in-Interest in the chapter 11 cases.  For example, from time to time, Deloitte & Touche and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

d.  Certain financial institutions or their respective affiliates (including JP Morgan Chase Bank, N.A.; JP Morgan Prime; and JP Morgan Securities) on **Schedule 2** (i) are lenders to an affiliate of Deloitte & Touche (Deloitte & Touche is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various partners and principals, respectively, of Deloitte & Touche and its affiliates.  In addition, certain institutions or their respective affiliates, including BlackRock, JP Morgan Asset Management; and JP Morgan Chase Bank, N.A., provide asset management services for, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by affiliates of Deloitte & Touche.

e.  Deloitte & Touche and/or its affiliates and/or certain DTTL Member Firms have performed and continue to perform services for certain significant equity holders of the Debtors, including Foxconn (Far East) Limited and Foxconn Ventures Pte. Ltd., in matters unrelated to these chapter 11 cases.

f.  Certain Potential Parties-in-Interest may be adverse to and/or involved in litigation matters with Deloitte & Touche or its affiliates in connection with matters unrelated to these chapter 11 cases.

g.  Deloitte & Touche has provided and continues to provide audit services to certain Potential Parties-in-Interest and/or their affiliates in matters unrelated to these chapter 11 cases.  In its capacity as independent auditor, Deloitte & Touche also provides such clients with ordinary course accounting advice and conducts typical audit procedures that may arise from such Potential Parties-in-Interest's business arrangements with the Debtors.

h.  Deloitte Consulting and certain of its affiliates have provided and will continue to provide services to the Executive Office of the United States Trustee in matters unrelated to these chapter 11 cases.

18.    Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte & Touche or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in the chapter 11 cases, the U.S. Trustee for Region 3 and Region 9, the Assistant United States Trustee for the District of New Jersey, and the attorneys therefor assigned to the chapter 11 cases.

19.     Except as may be disclosed herein, to the best of my knowledge, information, and belief, Deloitte & Touche and the Engagement Partners/Principals/Managing Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte & Touche is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## Scope of Services

20.     As set forth more fully in the Engagement Letter, Deloitte & Touche has agreed to provide the Debtors with advice and recommendations on technical accounting matters related to the financial reporting requirements of the Debtors, including: (i) a going concern analysis in accordance with Accounting Standards Codification ("**ASC**") 250; (ii) an impairment analysis in accordance with ASC 360; and (iii) an inventory lower of cost or market analysis in accordance with ASC 330.  Additionally, Deloitte & Touche will provide the Debtors with Deloitte & Touche personnel to work directly for the Debtors, under the Debtors' supervision, in connection with such advisory services.

## Professional Compensation

21.     Deloitte & Touche's retention by the Debtors is conditioned upon its ability to be retained in accordance with its terms and conditions of employment, including the proposed compensation arrangements set forth in the Engagement Letter.

22.     Pursuant to the terms and conditions of the Engagement Letter, Deloitte & Touche will bill the Debtors based on actual time incurred by each professional at agreed-upon rates, as set forth in the following table:

| Professional Level | Hourly Rates |
|---|---|
| Partner | $600 |
| Senior Manager | $400 |
| Manager | $300 |
| Senior Consultant | $200 |

23.     Hourly rates are revised periodically in the ordinary course of Deloitte & Touche's business.  Deloitte & Touche shall advise the Debtors of any new rates should it institute a rate-change during the chapter 11 cases.  Such changes will be noted on the invoices for the first time period in which a revised rate becomes effective.

24.     In addition to the fees set forth above, actual, reasonable and necessary expenses, including travel, report production, delivery services, and other expenses incurred in providing Deloitte & Touche's services will be included in the total amount billed.

25.     Prior to the Petition Date, Deloitte & Touche provided professional services to the Debtors.  In the ninety (90) days prior to the Petition Date, the Debtors paid Deloitte & Touche approximately $82,302 with respect to invoices issued by Deloitte & Touche for services performed.  As of the Petition Date, no amounts were outstanding with respect to the invoices issued by Deloitte & Touche prior to such date.

26.     Some services incidental to the tasks to be performed by Deloitte & Touche in these chapter 11 cases may be performed by personnel now employed by or associated with affiliates of Deloitte & Touche, such as Deloitte FAS, DTBA, Deloitte Tax, and Deloitte Consulting, or their respective subsidiaries, including subsidiaries located outside of the United States.

27.     Deloitte & Touche has received no promises regarding compensation in the chapter 11 cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration.  Deloitte & Touche has no agreement with any nonaffiliated or unrelated entity to

share any compensation earned in the chapter 11 cases.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 23, 2023

/s/ Nicholas Accordino
Nicholas Accordino
Partner
Deloitte & Touche LLP

**<u>EXHIBIT 1</u>**

**Schedule 1**

**Potential Parties-in-Interest List**

| |
|---|
| 275 Hills Tech Ventures LLC |
| A Say Inc dba Say Communications LLC |
| A.K.Stamping Company, Inc |
| ABSOLUTE ELECTRONICS INC |
| Accredited Specialty Insurance Company |
| Adam Kroll |
| Akebono Brake Company |
| Akin Gump Strauss Hauer & Feld LLP |
| Alicia Kelley |
| Allied World Specialty Insurance Company |
| Amphenol Interconnect Products Corporation |
| An Thai |
| Anchor Tool and Die Company dba Anchor Manufacturing Group, Inc. |
| Anderton Castings SAS |
| Andrew C. Richardson |
| Andrew Reyntjes |
| Andrew Vara |
| Angela Strand |
| Angela Strand Boydston |
| Ankura Intermediate Holdings, LP dba Ankura Consulting Group LLC |
| Aon (Bermuda) Ltd. |
| Aon Risk Services Central Inc. |
| Aon UK Limited |
| AP Expert Group LLC |
| Applied Medical Resources Corporation |
| Armada Toolworks LTD. |
| Army Contracting Command - Detroit Arsenal (ACC-DTA) |
| Arthur J. Gallagher Risk Management Services, Inc. |
| Ashith Pabbathi |
| Ashley M. Chan |
| Associated Industries Insurance Co., Inc |
| AT&T Business Direct |
| AT&T MOBILITY-CC |

| |
|---|
| ATCO Industries, Inc. |
| Atri Amin |
| Auto Motive Power Inc |
| AXIS Insurance Company |
| Baker & Hostetler LLP |
| Barry L. Leonard and Company Inc. dba Trans Machine Technologies |
| Bei Qin |
| Benjamin Hackman |
| Benjamin Herbert |
| Bennie W Fowler, LLC |
| Berkley Insurance Company |
| Bernstein Litowitz Berger & Grossman, LLP |
| Blackrock |
| Blackrock Institutional Trust Company, N.A. |
| Bodman PLC |
| Bossard Inc. |
| Brendan L. Shannon |
| Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC |
| Caimin Flannery |
| California Department of Tax and Fee Administration |
| California Franchise Tax Board |
| California State Board of Equalization |
| Carole Cooper |
| Carter Driscoll |
| CEVA Contract Logistics US Inc |
| CEVA International, Inc |
| CFC Underwriting / Lloyds |
| Cheryl Johnson |
| Christine Green |
| Christopher Kim |
| Chuan D. Vo |
| Cigna Health and Life Insurance Company |
| CITIC Dicastal Co., Ltd. |
| City of Washington, D.C. |
| Claude L. Patterson |
| Climaco, Wilcox, Peca, Tarantino & Garofoli |

| |
|---|
| Cognizant Mobility, Inc |
| Cognizant Worldwide Limited |
| Cohen Rosenthal & Kramer |
| Comcast Holdings Corporation dba Comcast Cable Communication Management LLC |
| Committee on Foreign Investment in the United States |
| Competition Engineering, Inc. |
| Complete Discovery Source, Inc (CDS) |
| Continental Casualty Company |
| Contour Hardening Inc. |
| Cooch and Taylor |
| Cox Automotive Mobility Solutions, Inc |
| Cox Automotive, Inc - Manheim |
| Cox Communications California LLC dba Cox Business |
| CR&R Environmental Services |
| Craig T. Goldblatt |
| Cummins Law |
| Custodial Building Services, Inc |
| DAG LTD, LLC |
| Dale G. Spencer |
| Dan Zhihong Huang |
| Daniel J. Cohen |
| Daniel Ninivaggi |
| Daniel Tavares |
| Dari Tehrani |
| Darren Post |
| David M. Cohen |
| David T. Hamamoto |
| Dechert LLP |
| Delaware State Treasury |
| Delaware Tax Authority |
| deLeeuw Law LLC |
| Deloitte & Touche LLP |
| Denis Cooke |
| Dentons US |
| Detroit Disposal & Recycling |

| |
|---|
| Detroit Engineered Products dba DEP |
| DiamondPeak Holdings Corp. (n/k/a Lordstown Motors Corp.) |
| DiamondPeak Sponsor LLC |
| Diane Giordano |
| Dion Wynn |
| Dittmer, Wagoner & Steele |
| Donna Bell |
| DPL Merger Sub Corp. (n/k/a Lordstown EV Corporation) |
| Duggan Manufacturing LLC |
| Ed Lomont |
| Edith A. Serrano |
| Edward T. Hightower |
| Elaphe Propulsion Technologies Ltd. |
| Elfvin, Klingshirn, Royer & Torch, LLC |
| Employment Law Partners |
| Endurance Assurance Corporation |
| Entwistle & Cappucci LLP |
| Ernst & Young U.S. LLP |
| Eskander Tehrani |
| Ethan Fingerer |
| Evaristo Sarabia |
| Fair American Insurance & Reinsurance Co |
| Fiberdyne Research Pty Ltd |
| Filec Production SAS - Amphenol |
| Fisher and Phillips LLP |
| FNY Managed Accounts LLC |
| Foley & Lardner LLP |
| Foshan Aoya Electrical and Mechanical Co., Ltd. |
| Foxconn (Far East) Limited |
| Foxconn EV Property Development LLC |
| Foxconn EV System LLC |
| Foxconn EV Technology, Inc. |
| Foxconn Ventures Pte. Ltd. |
| Foxteq Holdings Inc. |
| Foxteq Integration Inc. |
| FTI Consulting, Inc. |

| |
|---|
| GAC R&D Center Detroit, LLC |
| Gemini Insurance Company |
| General Motors |
| General Star Indemnity Company |
| George Troicky |
| Gladstein, Neandross & Associates |
| Globestar Systems Inc. |
| GM EV Holdings LLC |
| Greatech Intergration (M) SDN.BHD. |
| Greenstreet EV Inc. |
| Gurpreet Singh |
| Hagens Berman Sobol Shapiro LLP |
| Hannah M. McCollum |
| Harco Manufacturing Group, LLC |
| Haynes and Boone, LLP |
| Herbert Stotler |
| Hewlett-Packard Financial Services Company |
| Holly Dice |
| Hon Hai Precision Industry Co., Ltd. |
| Hon Hai Technology Group |
| Hong Xin Huan (a/k/a George Huan) |
| HRB Industries Corp. |
| HubSpot Inc |
| Hudson Insurance Company |
| IEE S.A. |
| Infosys Limited |
| Internal Revenue Service |
| Ironshore Specialty Insurance Company |
| Irvine Ranch Water District |
| James R. O'Malley |
| Jane Leamy |
| Jane Reiss |
| Jane Ritson-Parsons |
| Janelle Jackson |
| Jefferies Group LLC |
| Jesse Brury |

| |
|---|
| Jiangyin Haida Rubber and Plastic Co., Ltd. dba Haida |
| Jill Coniglio-Kirk |
| JoeyB QB LLC |
| John H. Jenkins |
| John LeFleur |
| John R. Whitcomb |
| John T. Dorsey |
| John Vo |
| Joseph B. Anderson Jr. |
| Joseph Cudia |
| Joseph McMahon |
| Joshua Betof |
| JP Morgan Asset Management |
| JP Morgan Chase Bank, N.A. |
| JP Morgan Institutional Investments Global Liquidity |
| JP Morgan Prime |
| JP Morgan Securities |
| Judith A. Hannaway |
| Juliet Sarkessian |
| Julio C. Rodriguez |
| JVIS USA LLC |
| Karen B. Owens |
| Karen Starr |
| Karma Automotive LLC |
| Kaskela Law LLC |
| Kate Stickles |
| Keith A. Feldman |
| Keith Feldman |
| Kenneth Davenport |
| Kevin Levent |
| Kin San Chan |
| Kooperman Mentel Ferguson Yaross |
| KPMG LLP |
| Kurtzman Carson Consultants, LLC |
| Labaton Sucharow LLP |
| Lasky, LLC |

| |
|---|
| Latham & Watkins LLP |
| Laura Soave |
| Lauren Attix |
| Laurie S. Silverstein |
| Laval Tool & Mould LTD. |
| Law Office of Daniel R. Karon |
| Liberty Property and Asset Management |
| Lifshitz Law PLLC |
| Linda Casey |
| Linda Richenderfer |
| Logicalis, Inc. |
| Long Law, LLC |
| Lordstown EV Corp. (DE) |
| Lordstown EV Sales LLC (DE |
| Lordstown Motors Corp. (DE) |
| Lumma Clean LLC |
| M.R.S. Leasing Corporation LTD |
| Magna Carta Insurance Ltd. / Lloyds |
| Mahle Behr USA Inc |
| Mainfreight, Inc - Canada |
| Mainfreight, Inc. |
| Marelli North America Inc dba CalsonicKansel North America Inc |
| Mario Guerrero |
| Mark A. Walsh |
| Martin J. Rucidlo |
| Mary F. Walrath |
| Matthew Rico |
| Megatronix（Beijing）Technology Co., Ltd. |
| Melissa Leonard |
| Mercer Capital Management, Inc. |
| Merriman Legando Williams & Klang |
| Meta Systems SpA |
| Michael D. Gates |
| Michael Fabian |
| Michael Gates |
| Michael Panacio |

| |
|---|
| Michael Port |
| Michigan Department of Treasury |
| Michigan Strategic Fund |
| Mickey Kowitz |
| Mickey W. Kowitz |
| MIH EV Design, LLC |
| Miotti Srl |
| Mohammed Chowdhury |
| Mosaic Corporation |
| MSSC US INC. |
| Murray, Murphy, Moul & Basil |
| National Highway Traffic Safety Administration |
| National Union Fire Ins Co of Pittsburgh, PA |
| Nelson Mullins Riley & Scarborough LLP |
| New Eagle, LLC |
| Nexteer Automotive Corporation |
| Nyanquoi Jones |
| Ohio Bureau of Workers' Compensation |
| Ohio Department of Taxation |
| OpenText Inc. |
| Orange County Property Taxes |
| Paul Hastings LLP |
| Paylocity Corporation |
| Payscale Inc |
| PCE Paragon Solutions Kft |
| Pektron EV Limited |
| Perantinides & Nolan |
| Perez & Morris |
| Peterson Jig and Fixture, Inc. |
| Phil Richard Schmidt |
| Phillips ADR Enterprises PC |
| Pi Innovo LLC |
| Pierburg US LLC |
| Pipeline and Hazardous Materials Safety Administration |
| Pnina Cohen |
| Pomerantz LLP |

| |
|---|
| Potter Anderson & Corron LLP |
| Precision Jig and Fixture |
| Principal Life Insurance Company |
| Proper Group Holdings LLC dba Proper Tooling LLC |
| Proper Tooling, LLC & Proper Group International, LLC |
| Prospect Law LLP |
| Punak Engineering, Inc. |
| Purcell & Lefkowitz LLP |
| Quality MetalCraft Inc. |
| Racar Engineering, LLC |
| Raghu Aerabati |
| Randy Slipher |
| Raymond Romano |
| Ready Logistics, LLC |
| Rebecca Roof |
| Richard Schepacarter |
| Richards Layton & Finger, P.A. |
| Robbins Geller Rudman & Dowd |
| Robert Miller |
| Robert Palumbo |
| Roger J. Durre |
| Rosa Sierra-Fox |
| Roush Industries, Inc. |
| RSM US LLP |
| RSUI Indemnity Company |
| RT Specialty Insurance Services, LLC |
| RTL Systems, LLC |
| SA Automotive LTD |
| Samsung Fire & Marine Ins Co Ltd (US Br) |
| San Diego Unified Port District |
| Saxena White |
| Schall Law |
| Schubert Jonckheer & Kolbe LLP |
| Schwab Industries, Inc. |
| Securities and Exchange Commission |
| Seyfarth Shaw LLP |

| |
|---|
| SG Automotive d.o.o. |
| Shakima L. Dortch |
| Shane Brown |
| Shapiro Haber & Urmy LLP |
| Sharp Dimension Inc |
| Sherpa Commercial Vehicles, LLC |
| Silverman Consulting, Inc. |
| Silverpeak and related entities (which includes SP SPAC Sponsor LLC, Silverpeak Real Estate Partners L.P., Silverpeak Strategic Partners LLC, Silverpeak Credit Partners LP, Silverpeak Renewables Investment Partners LP, and certain other affiliated entities) |
| Silverpeak Credit Partners LP |
| Silverpeak Real Estate Partners L.P. |
| Silverpeak Renewables Investment Partners LP |
| Silverpeak Strategic Partners LLC |
| Simha Cohen |
| Simpson Thacher & Bartlett LLP |
| SiriusPoint Bermuda Insurance Company |
| Socotec Advisory, LLC |
| Softbank |
| Sonitrol Orange County |
| Southern California Edison |
| Southern California Gas Company dba The Gas Company; So Cal Gas |
| SP SPAC Sponsor LLC |
| St. Clair Technologies Inc. |
| Stephen Punak |
| Stephen S. Burns |
| Steven R. Hash |
| Steven Terry |
| Strauss Troy |
| Sulayman Zuod |
| Sullivan & Cromwell LLP |
| Superior Cam Inc |
| Sybridge Technologies Canada, Inc |
| Technology Solutions Anywhere LLC dba Readysoft |
| Teijin Automotive Technologies, Inc |

| |
|---|
| TenantBase, Inc. |
| TERIS - Phoenix LLC DBA TERIS |
| The Brown Law Firm, P.C. |
| The Cincinnati Insurance Company |
| The Rosen Law Firm, P.A. |
| The Timken Corporation |
| Thomas M. Horan |
| Thomas V. Canepa |
| Three-Dimensional Services dba 3 Dimensional Services Group |
| thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp Steel Services |
| Timothy J. Fox, Jr. |
| TransAmerica Corporation |
| Transportation Research Center, Inc. dba TRC, Inc. |
| Triple Crown Consulting, LLC |
| TTI, INC dba Symmetry Electronics (a division of TTI, Inc,) and RFMW(a division of TTI, Inc.) |
| U.S. Department of Justice |
| U.S. Patent and Trademark Office |
| Underwriters At Lloyds London |
| Ventra Group Co. dba Flex-N-Gate Bradford |
| VIA Optronics LLC |
| Victora Auto Private Limited |
| Village of Lordstown, OH Income Tax Department |
| Waqar Hashim |
| Westfield Specialty Insurance Comp |
| White & Case LLP |
| Willowgreen Building Group, LLC |
| Winston & Strawn LLP |
| WIT Legal, LLC |
| Workhorse Group Inc. |
| XL Specialty Insurance Company |
| Zetwerk Manufacturing USA, Inc. |
| ZF Passive Safety Systems US Inc. |
| Zoll & Kranz |

**Schedule 2**

**Potential Parties-in-Interest with Connections**

Potential parties-in-interest or their affiliates for whom Deloitte & Touche LLP or its affiliates, or certain non-U.S. member firms of Deloitte Touche Tohmatsu Limited, has provided or is currently providing services in matters unrelated to these chapter 11 cases, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| Akebono Brake Company |
| Akin Gump Strauss Hauer & Feld LLP |
| Allied World Specialty Insurance Company |
| Amphenol Interconnect Products Corporation |
| Ankura Intermediate Holdings, LP dba Ankura Consulting Group LLC |
| Aon (Bermuda) Ltd. |
| Aon Risk Services Central Inc. |
| Aon UK Limited |
| Applied Medical Resources Corporation |
| Arthur J. Gallagher Risk Management Services, Inc. |
| AT&T Business Direct |
| AT&T MOBILITY-CC |
| ATCO Industries, Inc. |
| AXIS Insurance Company |
| Baker & Hostetler LLP |
| Berkley Insurance Company |
| Blackrock |
| Bodman PLC |
| California Department of Tax and Fee Administration |
| California Franchise Tax Board |
| California State Board of Equalization |
| CEVA Contract Logistics US Inc |
| CFC Underwriting / Lloyds |
| Cigna Health and Life Insurance Company |
| CITIC Dicastal Co., Ltd. |
| City of Washington, D.C. |

| |
|---|
| Cognizant Worldwide Limited |
| Comcast Holdings Corporation dba Comcast Cable Communication Management LLC |
| Committee on Foreign Investment in the United States |
| Continental Casualty Company |
| Cox Automotive Mobility Solutions, Inc |
| Cox Automotive, Inc - Manheim |
| Cox Communications California LLC dba Cox Business |
| Dale G. Spencer |
| Daniel J. Cohen |
| Daniel Ninivaggi |
| Dechert LLP |
| Delaware State Treasury |
| Delaware Tax Authority |
| Dentons US |
| DiamondPeak Holdings Corp. (n/k/a Lordstown Motors Corp.) |
| Elaphe Propulsion Technologies Ltd. |
| Endurance Assurance Corporation |
| Ernst & Young U.S. LLP |
| Fair American Insurance & Reinsurance Co |
| Filec Production SAS - Amphenol |
| Fisher and Phillips LLP |
| Foley & Lardner LLP |
| Foxconn (Far East) Limited |
| Foxconn EV Technology, Inc. |
| Foxconn Ventures Pte. Ltd. |
| Foxteq Holdings Inc. |
| Foxteq Integration Inc. |
| FTI Consulting, Inc. |
| Gemini Insurance Company |
| General Motors |
| General Star Indemnity Company |
| Gladstein, Neandross & Associates |
| Haynes and Boone, LLP |

| |
|---|
| Hewlett-Packard Financial Services Company |
| Hon Hai Precision Industry Co., Ltd. |
| HubSpot Inc |
| Hudson Insurance Company |
| Infosys Limited |
| Internal Revenue Service |
| Ironshore Specialty Insurance Company |
| Jefferies Group LLC |
| Joseph B. Anderson Jr. |
| JP Morgan Asset Management |
| JP Morgan Chase Bank, N.A. |
| JP Morgan Prime |
| JP Morgan Securities |
| Karma Automotive LLC |
| KPMG LLP |
| Latham & Watkins LLP |
| Logicalis, Inc. |
| Lordstown Motors Corp. (DE) |
| Mahle Behr USA Inc |
| Marelli North America Inc dba CalsonicKansel North America Inc |
| Meta Systems SpA |
| Michigan Department of Treasury |
| Michigan Strategic Fund |
| Mosaic Corporation |
| MSSC US INC. |
| National Highway Traffic Safety Administration |
| National Union Fire Ins Co of Pittsburgh, PA |
| Nelson Mullins Riley & Scarborough LLP |
| New Eagle, LLC |
| Nexteer Automotive Corporation |
| Blackrock Institutional Trust Company, N.A. |
| Ohio Bureau of Workers' Compensation |
| Ohio Department of Taxation |
| OpenText Inc. |

| |
|---|
| Orange County Property Taxes |
| Paul Hastings LLP |
| Paylocity Corporation |
| Payscale Inc |
| PCE Paragon Solutions Kft |
| Pierburg US LLC |
| Pipeline and Hazardous Materials Safety Administration |
| Principal Life Insurance Company |
| Proper Group Holdings LLC dba Proper Tooling LLC |
| Proper Tooling, LLC & Proper Group International, LLC |
| Ready Logistics, LLC |
| Richards Layton & Finger, P.A. |
| RSM US LLP |
| RSUI Indemnity Company |
| RTL Systems, LLC |
| SA Automotive LTD |
| Samsung Fire & Marine Ins Co Ltd (US Br) |
| San Diego Unified Port District |
| Securities and Exchange Commission |
| Seyfarth Shaw LLP |
| Silverpeak and related entities (which includes SP SPAC Sponsor LLC, Silverpeak Real Estate Partners L.P., Silverpeak Strategic Partners LLC, Silverpeak Credit Partners LP, Silverpeak Renewables Investment Partners LP, and certain other affiliated entitie |
| Silverpeak Real Estate Partners L.P. |
| Simpson Thacher & Bartlett LLP |
| SiriusPoint Bermuda Insurance Company |
| Socotec Advisory, LLC |
| Softbank |
| Southern California Edison |
| Southern California Gas Company dba The Gas Company; So Cal Gas |
| Sullivan & Cromwell LLP |

| |
|---|
| Sybridge Technologies Canada, Inc |
| Teijin Automotive Technologies, Inc |
| TERIS - Phoenix LLC DBA TERIS |
| The Cincinnati Insurance Company |
| The Timken Corporation |
| thyssenkrupp Materials NA, Inc. dba Ken-Mac Metals or thyssenkrupp Steel Services |
| TransAmerica Corporation |
| TTI, INC dba Symmetry Electronics (a division of TTI, Inc,) and RFMW(a division of TTI, Inc.) |
| U.S. Department of Justice |
| U.S. Patent and Trademark Office |
| Ventra Group Co. dba Flex-N-Gate Bradford |
| White & Case LLP |
| Winston & Strawn LLP |
| Workhorse Group Inc. |
| XL Specialty Insurance Company |
| ZF Passive Safety Systems US Inc. |