# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., et al.,[1] | Case No. 23-10831 (MFW) |
| Debtors | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to GAC R&D Center Silicon Valley, Inc., in this bankruptcy matter.

The undersigned hereby requests that copies of all notices, pleadings and other papers served or required to be served in this case also be served, electronically or otherwise, on:

Marc N. Swanson
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone:  (313) 496-7591
Fax:  (313) 496-8452
swansonm@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

41036055.1/158039.00001

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Marc N. Swanson
Marc N. Swanson (Michigan P71149)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com

Dated: August 24, 2023

41036055.1/158039.00001