**CERTIFICATE OF SERVICE**

        I, Marcy J. McLaughlin Smith, hereby certify that on August 24, 2023, I caused the foregoing *The Official Committee of Unsecured Creditors' Statement in Support of the Debtors' Motion to Approve the Settlement Between Lordstown Motors Corporation and Karma Automotive* to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

        */s/ Marcy J. McLaughlin Smith*
        Marcy J. McLaughlin Smith (DE No. 6184)

161936283v1

## Email and First Class Mail Service List

*(Proposed Co-Counsel to Debtors and Debtors in Possession)*
RICHARDS, LAYTON & FINGER, P.A.
Kevin Gross, Daniel J. DeFranceschi,
Paul N. Heath, Amanda R. Steele, and
Jason M. Madron
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com; defranceschi@rlf.com;
heath@rlf.com; steele@rlf.com; madron@rlf.com

*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
Roberto Kampfner, Doah Kim, and
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com rj.szuba@whitecase.com

*(Co-Counsel to Debtors and Debtors in Possession*
WHITE & CASE LLP
Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
jzakia@whitecase.com

*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

*(Co-Counsel to Debtors and Debtors in Possession*
WHITE & CASE LLP
Thomas E Lauria, Matthew C. Brown,
and Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com
fhe@whitecase.com

Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*(Counsel to Karma)*
Michael D. Wexler and James B. Sowka
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
mwexler@seyfarth.com; jsowka@seyfarth.com

*(Counsel to Karma)*
Jesse M. Coleman
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002-2797
jmcoleman@seyfarth.com

*(Counsel to Karma)*
William E. Chipman, Jr. and Mark D. Olivere
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com;
olivere@chipmanbrown.com

161936283v1