**Exhibit C**

**Form of California District Court Order**

RLF1 29527943v.2

ROBERT B. MILLIGAN, SBN 217348
*rmilligan@seyfarth.com*
DANIEL JOSHUA SALINAS, SBN 282065
*jsalinas@seyfarth.com*
SIERRA J. CHINN-LIU, SBN 322994
*schinnliu@seyfarth.com*
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

*Attorneys for Plaintiff*
KARMA AUTOMOTIVE LLC

THOMAS R. LUCCHESI
(*admitted pro hac vice*)
*tlucchesi@bakerlaw.com*
TERRY M. BRENNAN
(*admitted pro hac vice*)
*tbrennan@bakerlaw.com*
ANTHONY B. PONIKVAR
(*admitted pro hac vice*)
*aponikvar@bakerlaw.com*
**BAKER & HOSTETLER LLP**
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

*Attorneys for Defendants*
LORDSTOWN MOTORS CORP., *et al.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KARMA AUTOMOTIVE LLC, a California limited liability company,

Plaintiff,

v.

LORDSTOWN MOTORS CORP., an Ohio corporation; STEVE BURNS, an individual, JOHN LEFLEUR, an individual, DARREN POST, an individual, RICH SCHMIDT, an individual, ROGER J. DURRE, an individual, HONG XIN HUAN (A.K.A. "GEORGE" HUAN), an individual, BEI QIN, an individual, STEPHEN PUNAK, an individual, CHRISTOPHER KIM, an individual, DAN ZHIHONG HUANG, an individual, PUNAK ENGINEERING, INC., a California corporation, and DOES 1 through 50, inclusive,

Defendants.

Case No.: 8:20-cv-02104-JVS-DFM

**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING A STAY OF PROCEEDINGS AND DISMISSAL OF ACTION PENDING SETTLEMENT APPROVAL**

Complaint Filed: October 30, 2020
Trial Date: September 12, 2023

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Karma Automotive LLC ("Karma") and Defendants Lordstown Motors Corp. ("Lordstown"), Steve Burns, John LaFleur, Darren Post, Rich Schmidt, Roger J. Durre, George Huan, Bei Qin, Stephen Punak, Christopher Kim, Dan Huang, and Punak Engineering, Inc. (the "Individual Defendants," collectively with Lordstown, "Defendants" and together with Karma, the "Parties") hereby jointly submit this Notice of Settlement and Stipulation and [Proposed] Order Regarding a Stay of Proceedings and Dismissal of Action Pending Settlement Approval.

WHEREAS, on October 30, 2020, Karma commenced this action against Defendants;

WHEREAS, on June 27, 2023, Lordstown and certain affiliates (the "Debtors") each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which chapter 11 cases are being jointly administered under Case No. 23-01831 (collectively, the "Chapter 11 Cases");

WHEREAS the Parties agree that if this action proceeds and if there are additional potential disputes and litigation between and among the Parties, such litigation and disputes would result in significant additional cost and expense to the Parties, include risks of trial and litigation, and may be protracted and burdensome for all Parties, including with respect to the relief sought in the Chapter 11 Cases;

WHEREAS Karma and Lordstown have engaged in extensive arm's-length negotiations and have entered in good faith into a settlement agreement and release dated August 14, 2023 (the "Settlement Agreement"). Among other things, the Settlement Agreement contemplates a settlement payment to Karma in exchange for releases and the dismissal of this action with prejudice as to all defendants after certain terms are met;

WHEREAS, the Settlement Agreement is binding from the date of its execution, subject to certain terms, but is expressly subject to and contingent upon entry of a final, nonappealable approval order by the Bankruptcy Court;

WHEREAS, the Debtors filed a motion with the Bankruptcy Court seeking approval of the Settlement Agreement on an expedited basis;

WHEREAS, on ____________, 2023, the Bankruptcy Court entered an order approving the Settlement Agreement (the "Approval Order");

WHEREAS, on ____________, 2023, the Debtors made the settlement payment contemplated by the Settlement Agreement;

WHEREAS, Karma and Lordstown have stipulated in the Settlement Agreement to stay any and all dates, statutes of limitations, and deadlines scheduled in this action, including the trial set for September 12, 2023;

WHEREAS, Karma and Lordstown have stipulated in the Settlement Agreement to the dismissal of this action with prejudice as to all defendants upon certification of the Parties that the Approval Order has been entered and become a final, nonappealable order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Karma and Defendants, through their undersigned counsel of record and subject to the approval of the Court, as follows:

1. This action shall be stayed in its entirety. Any and all dates, statutes of limitations and deadlines scheduled in this action, including the trial set for September 12, 2023, shall be stayed.

2. This action shall be dismissed with prejudice upon a certification filed by Karma and Lordstown that the Approval Order has become a final, nonappealable order.

3. This Court shall retain jurisdiction of this matter and the Parties to enforce the terms of the Stipulated Protective Order entered by this Court on

November 13, 2020, and to ensure that the Individual Defendants certify in writing that each has or will within forty-five (45) days of the [Settlement Effective Date] made a good faith effort to return, or confirm the destruction of, all hard-copy and electronic documents and information that each provided to Lordstown that were produced in discovery in this Action that contains information originating from Karma.

Dated: August [●], 2023

Respectfully Submitted,

**SEYFARTH SHAW LLP**

By:

ROBERT B. MILLIGAN, SBN 217348
*rmilligan@seyfarth.com*
DANIEL JOSHUA SALINAS, SBN 282065
*jsalinas@seyfarth.com*
SIERRA J. CHINN-LIU, SBN 322994
*schinnliu@seyfarth.com*
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

MICHAEL D. WEXLER (*admitted pro hac vice*)
*mwexler@seyfarth.com*
KEVIN J. MAHONEY (*admitted pro hac vice*)
*kmahoney@seyfarth.com*
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

JESSE M. COLEMAN *(admitted pro hac vice)*
*jmcoleman@seyfarth.com*
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

**BAKER & HOSTETLER LLP**

By:

THOMAS R. LUCCHESI (*admitted pro hac vice*)
*tlucchesi@bakerlaw.com*
TERRY M. BRENNAN (*admitted pro hac vice*)
*tbrennan@bakerlaw.com*
ANTHONY B. PONIKVAR (*admitted pro hac vice*)
*aponikvar@bakerlaw.com*
Key Tower, 127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

RYAN D. FISCHBACH (SBN 204406)
*rfischbach@bakerlaw.com*
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025-0509
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Attorneys for Defendants*
LORDSTOWN MOTORS CORP., *et al.*

*Attorneys for Plaintiff*
Karma Automotive LLC

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER REGARDING A STAY OF PROCEEDINGS AND DISMISSAL OF ACTION PENDING SETTLEMENT APPROVAL
CASE NO.: 8:20-CV-02104-JVS-DFM

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:**

1. This action is hereby stayed in its entirety. Any and all dates, statutes of limitations and deadlines scheduled in this action, including the trial set for September 12, 2023, are stayed.

2. This action shall be dismissed with prejudice upon a certification by the Parties that the Approval Order has become a final, nonappealable order.

3. The Court shall retain jurisdiction of this matter and the Parties to enforce the terms of the Stipulated Protective Order entered by this Court on November 13, 2020, and to ensure that the Individual Defendants certify in writing that each has within forty-five (45) days of the [Settlement Effective Date] made a good faith effort to return, or confirm the destruction of, all hard-copy and electronic documents and information that each provided to Lordstown that were produced in discovery in this Action that contains information originating from Karma.

**IT IS SO ORDERED.**

DATED: ____________________ ______________________________

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE