IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lordstown Motors Corp., *et al.*,[1] | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 30, 2023 AT 2:00 P.M. (EDT)**

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.*

**I.     ADJOURNED MATTER:**

1. Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date [Docket No. 89; filed July 6, 2023]

    Response/Objection Deadline:    July 20, 2023 at 4:00 p.m. (EDT); extended to July 31, 2023 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"); extended to a date to be determined for the Official Committee of Unsecured Creditors (the "Creditors' Committee")

    Responses/Objections Received:

    A.    Informal Comments from the Creditors' Committee

    B.    Objection of the United States Trustee to Debtors' Application to Employ Richards, Layton & Finger, P.A. [Docket No. 267; filed August 18, 2023]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29533627v.1

Related Documents:

    i.    Supplemental Declaration of Kevin Gross in Support of Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date [Docket No. 223; filed August 3, 2023]

    ii.    Second Supplemental Declaration of Kevin Gross in Support of Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date [Docket No. 244; filed August 12, 2023]

Status: The hearing on this matter is continued to a date and time to be determined.

## II. RESOLVED MATTERS:

2. Debtors' Application for an Order Authorizing the Retention and Employment of Baker & Hostetler LLP as Special Litigation and Corporate Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 199; filed July 27, 2023]

    Response/Objection Deadline:    August 10, 2023 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.    Informal comments from the U.S. Trustee

    B.    Informal comments from the Creditors' Committee

    Related Documents:

    i.    Re-Notice of "Debtors' Application for an Order Authorizing the Retention and Employment of Baker & Hostetler LLP as Special Litigation and Corporate Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date" and Hearing Thereon [Docket No. 225; filed August 3, 2023]

    ii.    Certification of Counsel Concerning Order Authorizing the Retention and Employment of Baker & Hostetler LLP as Special Litigation and Corporate Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 264; filed August 17, 2023]

    iii.    Order Authorizing the Retention and Employment of Baker & Hostetler LLP as Special Litigation and Corporate Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 265; entered August 18, 2023]

Status: On August 18, 2023, the Court entered an order in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

3. Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of KPMG LLP to Provide Audit Services to the Debtors Effective as of the Petition Date and (B) Granting Other Related Relief [Docket No. 200; filed July 27, 2023]

   Response/Objection Deadline:    August 10, 2023 at 4:00 p.m. (EDT)

   Responses/Objections Received:    None

   Related Documents:

   i. Re-Notice of "Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of KPMG LLP to Provide Audit Services to the Debtors Effective as of the Petition Date and (B) Granting Other Related Relief" and Hearing Thereon [Docket No. 226; filed August 3, 2023]

   ii. Certification of No Objection Regarding "Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of KPMG LLP to Provide Audit Services to the Debtors Effective as of the Petition Date and (B) Granting Other Related Relief" [D.I. 200] [Docket No. 250; filed August 15, 2023]

   iii. Order Authorizing the Debtors and Debtors-in-Possession to Retain and Employ KPMG LLP to Provide Audit Services Effective as of the Petition Date [Docket No. 254; entered August 15, 2023]

   Status: On August 15, 2023, the Court entered an order in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

4. Application for Entry of an Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of July 17, 2023 [Docket No. 234; filed August 7, 2023]

   Response/Objection Deadline:    August 21, 2023 at 4:00 p.m. (EDT)

   Responses/Objections Received:

   A.    Informal comments from the Debtors

3

Related Documents:

i. Certification of Counsel Regarding Order with Respect to Application for Entry of an Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of July 17, 2023 [Docket No. 290; filed August 22, 2023]

ii. Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of July 17, 2023 [Docket No. 294; entered August 23, 2023]

Status: On August 23, 2023, the Court entered an order in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

5. Application of Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Huron Consulting Group, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of the Retention Date [Docket No. 235; filed August 7, 2023]

Response/Objection Deadline: August 21, 2023 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Informal comments from the U.S. Trustee

Related Documents:

i. Certification of Counsel Regarding Order with Respect to the Application of Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Huron Consulting Group Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of the Retention Date [Docket No. 292; filed August 22, 2023]

ii. Order Authorizing the Employment and Retention of Huron Consulting Group Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of the Retention Date [Docket No. 295; entered August 23, 2023]

Status: On August 23, 2023, the Court entered an order in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

6. Debtors' Motion for Entry of an Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising Under Section

503(b)(9) of the Bankruptcy Code, (B) Approving the Form, Manner, and Procedures of Notice Thereof, and (C) Granting Related Relief [Docket No. 228; filed August 8, 2023]

Response/Objection Deadline:    August 18, 2023 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Informal comments from the U.S. Trustee

Related Documents:

i.   Certification of Counsel Concerning Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form, Manner, and Procedures of Notice Thereof, and (C) Granting Related Relief [Docket No. 293; filed August 23, 2023]

ii.  Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form, Manner, and Procedures of Notice Thereof, and (C) Granting Related Relief [Docket No. 317; entered August 24, 2023]

Status: On August 24, 2023, the Court entered an order in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 28, 2023<br><br>Respectfully submitted,<br><br>    */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Kevin Gross (No. 209)<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Amanda R. Steele (No. 5530)<br>Jason M. Madron (No. 4431)<br>James F. McCauley (No. 6991)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>gross@rlf.com<br>defranceschi@rlf.com<br>heath@rlf.com<br>steele@rlf.com<br>madron@rlf.com<br>mccauley@rlf.com<br><br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |