## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 28th day of August, 2023, a copy of the **Objection of Cigna to Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts** was served via CM/ECF and as indicated upon the counsel below.

**BY EMAIL**

Kevin Gross, Esq.
Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Amanda R. Steele, Esq.
Richards, Layton & Finger, P.A.
Email: gross@rlf.com
    defranceschi@rlf.com
    heath@rlf.com
    steele@rlf.com

Thomas E. Lauria, Esq.
Matthew C. Brown, Esq.
Fan B. He, Esq.
David M. Turetsky, Esq.
Adam Cieply, Esq.
White & Case LLP
Email: tlauria@whitecase.com
    mbrown@whitecase.com
    fhe@whitecase.com
    david.turetsky@whitecase.com
    adam.cieply@whitecase.com

Sean Costello
Jeff Finger
Ryan Hamilton
Kelly Pasekoff
Kevin Lisanti
Jefferies LLC
Email: scostello@jefferies.com
    jfinger@jefferies.com
    rhamilton@jefferies.com
    kpasekoff@jefferies.com
    klisanti@jefferies.com

Scott Kohler
Constadinos Tsitsis
Silverman Consulting
Email: skohler@silvermanconsulting.net
    ctsitsis@silvermanconsulting.net

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)

#05756531