| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Peter | Strom | Debtors | White & Case LLP |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Andrew | Sole | Interested Party | Esopus Creek Advisors |
| Anthony | Ponikvar | None | Baker & Hostetler |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Mat | Laskowski | Foxconn | Paul Hastings LLP |
| Matt | Murphy | Foxconn | Paul Hastings LLP |
| Matt | Micheli | Foxconn | Paul Hastings LLP |
| Michael | Whalen | Foxconn | Paul Hastings LLP |
| Peter | Sprofera | Self | |
| Angelika | Glogowski | Foxconn | Paul Hastings LLP |
| James | Sowka | Karma Automotive, LLC | Seyfarth Shaw LLP |
| Jeff | Kaplan | BCAS | BCAS |
| Evan | Miller | Harco Manufacturing Group, LLC | Bayard, P.A. |
| Ron | Selak | None | |
| Joshua | Benson | Member of Public | |
| James | McCauley | Debtors | Richards, Layton & Finger |
| Edward | King | Akebono Brake | Frost Brown Todd LLP |
| William | Chipman | Lordstown Motors Corp., et al. | Chipman Brown Cicero & Cole, LLP |
| Naznen | Rahman | Certain equity holders | Glenn Agre Bergman & Fuentes |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper LLP |
| Glenn | McGillivray | Atri Amin and Benjamin Hebert | |
| Jack | Simons | Private | |
| Andrea | Wood | The Business Journal | Youngstown Publishing Co. |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Jesse | Coleman | Karma Automotive LLC | Seyfarth Shaw |
| Robert | Stearn | Lordstown | Richards, Layton & Finger, P.A. |
| Shane | Reil | Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP |
| Mary | Vanac | Media | Cleveland Business Journal |
| Michael | Tomback | NA Observing | |
| Mark | Olivere | Lordstown Motors Corp., et al. | Chipman Brown Cicero & Cole |
| Tori | Remington | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Cory | Kandestin | Debtors | RLF |
| Taylor | Harrison | Debtwire | |
| Matthew | Sawyer | Interested Party | Brown Rudnick |
| Tiffany | Cobb | CEVA Logistics U.S., Inc. | Vorys, Sater, Seymour and Pease LLP |
| Thomas E | Lauria | Debtors | White & Case LLP |
| Jason N. | Zakia | Debtors | White & Case LLP |
| Kevin | Gross | Debtors | Richards, Layton & Finger, P.A. |
| Jason M. | Madron | Debtors | Richards, Layton & Finger, P.A. |
| Daniel | Ninivaggi | Debtors | Lordstown Motors Corp |
| Jeffrey | Finger | Debtors | Jefferies LLC |
| Edward | Hightower | Debtors | Lordstown Motors Corp. |
| David | Turetsky | Debtors | White & Case LLP |
| Michael | Gauntner | wfmj tv | wfmj television |
| Peter | Coviello | Self | |
| Michael | Wexler | Karma | Seyfarth Shaw |
| David | Chasen | N/A | |
| Daniel | Guyder | Interested Party | |
| Jacob | Herz | Interested party | |
| Matthew | Harvey | Foxconn | Morris Nichols Arsht & Tunnell LLP |
| Nathan | Rosenblum | Hain Capital Group | |
| Sean | O'Kane | Bloomberg News | |
| Jeremy | Hill | Bloomberg News | N/A -- Media |