# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF PUBLICATION OF NOTICE OF AUCTION AND SALE HEARING IN THE WALL STREET JOURNAL AND AUTOMTOTIVE NEWS

This Affidavit of Publication includes the sworn statements verifying that the Notice of Auction and Sale Hearing was published and incorporated by reference herein as follows:

1. In *The Wall Street Journal* on August 11, 2023, attached hereto as **Exhibit A**;

2. In *Automotive News* on August 14, 2023, attached hereto as **Exhibit B**;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

# AFFIDAVIT

**STATE OF NEW JERSEY** )
) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 8/11/23

ADVERTISER: Lordstown Motors Corp

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to before me this
11th day of August 2023

_____
Notary Public



## BUSINESS & FINANCE

# Europe Embarks on Mining Renaissance

Governments want a secure supply of green minerals but face stiff opposition

By Yusuf Khan

COVAS DO BARROSO, Portugal—Tucked away in the mountains of northern Portugal, about two hours northeast from the country's second-largest city of Porto, sits this idyllic farming village. It is home to under 200 people, most over the age of 60. The nearest town, Boticas, is a 20-minute drive away, and if you stand on the hilltop, the only sounds you hear are the cattle, song birds and insects.

Covas, however, is set to play host to the green-energy transition in its rawest form. Just a third of a mile away is one of Europe's richest lithium deposits and a planned mining operation to dig out the mineral.

Locals are worried about the environmental impact as well as the blight on the village from the mine. A protest is scheduled later this month. "Our biggest opposition to the mine is that they want to destroy us," said Nelson Gomes, president of Associação Unidos em defesa de Covas do Barroso, the local protest group.

Governments and companies around the world are scrambling to find new sources of critical materials—and in doing so they are easing the approval process for projects that once took years or sometimes more than a decade to get off the ground. Additional supplies of metals like copper, nickel and lithium are going to be crucial to meet the growing demand for the energy transition—with the wiring, magnets, motors and battery cells used in green technologies such as electric vehicles, wind turbines and batteries for storage all requiring mined minerals.

"No doubt there is a real demand story," said Alex Gorman, mining analyst at U.K. investment bank Peel Hunt. "We are talking about a 35-fold increase in lithium demand and we do not have any large-scale lithium mines in Europe. It's a massive problem."

But as governments fast-track approvals on such projects and struggle to convey the importance of efforts to secure materials for the green-energy transition, resistance is growing among locals like the Covas residents.



Despite worries about the environmental impact, several companies are beginning to tap mineral resources.

### Race for resources

The proposed Covas site is one of the nearly 50 mines now expected to open across Europe by 2030. In Germany, Vulcan Energy Resources is looking to open a lithium mine, harnessing a new technology for extracting the battery metal from brine. In Sweden, Copperstone Resources is hoping to reopen a brownfield mine to extract the red metal, while Adriatic Metals has just started mining for silver and zinc in Bosnia, with more projects planned from Finland to Greece.

"It's definitely a [mining] renaissance," said Rebecca Campbell, global mining and metals lead at law firm White & Case. "For many of us who have been working in the sector, it's the first time we are seeing primary projects in Europe during our careers."

The situation in Europe and the U.S. is strikingly similar, according to Jayni Hein, of counsel at law firm Covington & Burling and former senior director for clean energy, infrastructure and the National Environmental Policy Act at the White House Council on Environmental Quality.

"There's an uptick in interest in domestic manufacturing and production in the U.S.," driven by the passage of the climate law known as the Inflation Reduction Act in 2022, said Hein. She said the IRA and other acts have increased funds available for federal agencies to accelerate and improve permitting but noted that working with individual states and their legislatures remains a challenge. "We're trying to foster a permitting landscape that is both efficient and responsible."

In Europe, the mining renaissance comes after years of nearly no new mining activity on the continent. Usually, opening a new mine takes 10 to 15 years, often because permitting can take years, according to Peel Hunt's Gorman.

### The Covas deposit

In 2017 Savannah Resources, a London-listed mining company, identified the Covas deposit as a possible area to mine, hoping to cash in on green demand. Geological studies of the area stretching back to the 1980s had found possible lithium reserves. The project, however, seemed to have stalled after failing to get the backing of Portugal's environmental agency.

That changed this year. In May, Savannah Resources received permitting approval from the environmental agency allowing the company to move forward with pre-feasibility studies that include mining one small site to show how it would proceed with a full-scale operation. The company aims to dig four mine sites in the valley, with the largest 1,600 feet across, about the length of five football fields. Currently, Savannah Resources is mining the smallest of those sites, with some of the proceeds used in the local ceramics industry because the company hasn't yet won approval to process lithium.

"Some of the rock that's being mined for spodumene—that is currently being mined for ceramics. Well, what we are doing instead of using it all for ceramics, is we're taking the spodumene out and turning that into lithium hydroxide," said Dale Ferguson, chief executive of Savannah Resources. Lithium hydroxide is used to make cathode materials for lithium-ion batteries.

Locals worry the Covas river will be used by the mine. Savannah Resources, which has set up two offices in the municipality, has said it would strictly avoid that and instead build reservoirs to store rain water.

But Gomes, the local opposition leader, is doubtful. Savannah Resources "will not take water from the river but they need to take it from somewhere. The river Covas springs 20 kilometers away, so they will take it before the river starts, even if not actually using the river."

Despite the strong local opposition, Portugal still wants to mine its resources. "We have a responsibility to do so since we have the highest lithium resource [in Europe]," said Ana Fontoura Gouveia, Portugal's secretary of state for energy and climate.

---

# San Francisco Lets Cruise, Waymo Add Driverless Cars

By Lindsey Choo

Self-driving car companies Cruise and Waymo can expand in San Francisco.

The California Public Utilities Commission, which regulates passenger transportation, voted on Thursday to allow Cruise, majority-owned by **General Motors**, and Waymo, part of Google parent **Alphabet**, to deploy more vehicles in the city and to start charging for rides at all times.

The result, after a vote that had been delayed twice, signifies a big win for the self-driving car companies in their quest to expand statewide and to other cities across the U.S.

San Francisco has played host to thousands of self-driving car test miles, and some residents are regular users. Now the companies want to offer ride-hailing businesses that can compete with Lyft and Uber. Residents have expressed concerns about their deployment. Some first responders say they get in the way, and pedestrians have filled social media with reports of the cars' antics.

"We do expect the AV companies to engage with first responders, with law enforcement, with city officials and we do expect actions to address concerns. In the meantime, the resolutions before us do meet our requirements," said Alice Reynolds, president of the commission.

The commission voted 3 to 1 to approve the companies' proposals. Commissioner Genevieve Shiroma rejected them after saying a vote was premature. She pointed out that Cruise and Waymo hadn't provided the number of vehicles they planned to deploy if the resolutions were approved.

Waymo said after the vote it will begin charging fares for rider-only trips in the city in the coming weeks and will be gradually inviting more people on the wait list for the app to ride. Cruise didn't respond to a request for comment.

Before the vote, dozens of people spent several hours making public comments for and against the companies' proposals. Some urged the commission to reject them, citing concerns over the readiness of the technology, disability accessibility and the threat to human jobs. Others encouraged the commission to embrace technology that could eliminate human error and improve safety and disability accessibility. Some in favor of the proposals identified themselves as testers and partners associated with Cruise and Waymo.

Cruise currently offers paid rides at night in San Francisco, while people have been riding in Waymo cars free of charge as the company sought the state's permission to offer paid rides. Both apps have waiting lists.

In May, San Francisco city officials sent a letter to the state expressing concerns about the proposed expansion in the city. City officials said the number of reported incidents involving Cruise and Waymo vehicles has tripled in recent months.

Cruise and Waymo both previously told The Wall Street Journal that their cars haven't caused any traffic fatalities. In their first million miles driven, Waymo said its self-driving vehicles in fully autonomous mode didn't cause any collisions with human drivers.

The companies face pressure not only from city officials, but also their shareholders. So far, the businesses have produced minimal revenue. GM reported $102 million of sales and $3.3 billion of costs and expenses related to Cruise last year. Alphabet was asked by shareholders last November to cut their losses on long-term bets like Waymo.




Self-driving cars from Waymo (top) and Cruise.

---

**ADVERTISEMENT**

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

### NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re Lordstown Motors Corp., et al., Debtors.
Chapter 11
Case No. 23-10831 (MFW)
(Joint Administration Requested)

**NOTICE OF AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE that, on June 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE NOTICE that, on August 8, 2023, the Court entered an order [Docket No. 237] (the "**Bidding Procedures Order**"): (a) approving the bidding and auction procedures in connection with the sale or sales of all or substantially all of the Debtors' assets or any portion thereof, free and clear of liens, claims, encumbrances, and other interests (the "**Sale**"), attached to the Bidding Procedures Order as **Schedule 1** (the "**Bidding Procedures**"); (b) subject to final Court approval, authorizing, but not directing, the Debtors to select one or more Stalking Horse Bidder(s) in accordance with the Bidding Procedures; (c) authorizing the Debtors to conduct an auction (the "**Auction**") and a sale hearing (the "**Sale Hearing**") with respect to the Sale; (d) approving the form and manner of the notice of the Bidding Procedures, Auction, and the Sale Hearing, and (e) establishing procedures for the assumption and assignment of the Assumed Contracts as defined in the Bidding Procedures) to any purchaser(s) of the Assets and approving the manner of notice thereof.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on September 19, 2023 at 10:30 a.m. (prevailing Eastern Time) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 or such other location as may be determined by the Debtors. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

PLEASE TAKE FURTHER NOTICE that, except as otherwise determined by the Debtors, only the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) the Consultation Parties; (iii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iv) the U.S. Trustee; and (v) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to andrew.knopp@whitecase.com and doah.kim@whitecase.com no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, the Sale Hearing to consider approval of the Sale of the Assets to the Successful Bidder(s) at the Auction, free and clear of all liens, claims and encumbrances, will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, if any, shall commence on October 5, 2023 at 10:30 a.m. (prevailing Eastern Time). The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

PLEASE TAKE FURTHER NOTICE that objections to approval of the Sale must be in writing, state the basis of such objection with specificity, and be filed with the Court and served before **September 14, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") on the following parties: (a) counsel to the Debtors, (i) White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, Attn: Thomas E. Lauria (tlauria@whitecase.com), Matthew C. Brown (mbrown@whitecase.com), and Fan B. He (fhe@whitecase.com), White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: David M. Turetsky (david.turetsky@whitecase.com) and Adam Cieply (adam.cieply@whitecase.com), and (ii) Richards, Layton, & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Kevin Gross (gross@rlf.com), Daniel J. DeFranceschi (defranceschi@rlf.com), Paul N. Heath (heath@rlf.com), Amanda R. Steele (steele@rlf.com), (b) the Office of the United States Trustee for the District of Delaware, and (c) proposed counsel to the official committee of unsecured creditors that has been appointed in the Chapter 11 Cases (the "Committee"), (i) Troutman Pepper LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, Attn: David M. Fournier (david.fournier@troutman.com), Marcy McLaughlin Smith (marcy.smith@troutman.com) and Tori L. Remington (tori.remington@troutman.com); (ii) Troutman Pepper LLP, 3000 Two Logan Square, 18th & Arch Streets, Philadelphia, PA 19103-2799, Attn: Francis J. Lawall (francis.lawall@troutman.com); and (iii) Troutman Pepper LLP, 875 Third Avenue, New York, NY 10022, Attn: Deborah Kovsky-Apap (deborah.kovsky@troutman.com); provided, that any objection to the Sale to the Successful Bidder and adequate assurance of future performance shall be filed on or before **September 26, 2023 at 4:00 p.m. (prevailing Eastern Time)** and served on the same parties. UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

PLEASE TAKE FURTHER NOTICE that this Sale Notice is subject to the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict. Copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at kccllc.net/lordstown.

CONSEQUENCES OF FAILING TO OBJECT. ANY PERSON OR ENTITY WHO FAILS TO FILE AND SERVE AN OBJECTION TO THE PROPOSED SALE TRANSACTION IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THIS NOTICE BY THE SALE OBJECTION DEADLINE SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE PROPOSED SALE AND TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL INTERESTS.

NO SUCCESSOR LIABILITY. THE SALE WILL BE FREE AND CLEAR OF, AMONG OTHER THINGS, ANY CLAIM ARISING FROM ANY CONDUCT OF THE DEBTORS PRIOR TO THE CLOSING OF THE SALE, WHETHER KNOWN OR UNKNOWN, WHETHER DUE OR TO BECOME DUE, WHETHER ACCRUED, ABSOLUTE, CONTINGENT OR OTHERWISE, SO LONG AS SUCH CLAIM ARISES OUT OF OR RELATES TO EVENTS OCCURRING PRIOR TO THE CLOSING OF THE SALE. ACCORDINGLY, AS A RESULT OF THE SALE, ANY SUCCESSFUL BIDDER WILL NOT BE A SUCCESSOR TO ANY OF THE DEBTORS BY REASON OF ANY THEORY OF LAW OR EQUITY, AND THE SUCCESSFUL BIDDER WILL HAVE NO LIABILITY, EXCEPT AS EXPRESSLY PROVIDED IN THE SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT, FOR ANY LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AGAINST OR IN ANY OF THE DEBTORS UNDER ANY THEORY OF LAW, INCLUDING SUCCESSOR LIABILITY THEORIES.

Dated: August 9, 2023. RICHARDS, LAYTON & FINGER, P.A., Kevin Gross (No. 209), Daniel J. DeFranceschi (No. 2732), Paul N. Heath (No. 3704), Amanda R. Steele (No. 5530), One Rodney Square, 920 N. King Street, Wilmington, DE 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, gross@rlf.com, defranceschi@rlf.com, heath@rlf.com, steele@rlf.com, Proposed Co-Counsel to Debtors and Debtors-in-Possession -and- **WHITE & CASE LLP**, Thomas E Lauria (admitted pro hac vice), Matthew C. Brown (admitted pro hac vice), Fan B. He (admitted pro hac vice), 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, Telephone: (305) 371-2700, tlauria@whitecase.com, mbrown@whitecase.com, fhe@whitecase.com -and- David M. Turetsky (admitted pro hac vice), 1221 Avenue of the Americas, New York, NY 10020, Telephone: (212) 819-8200, david.turetsky@whitecase.com -and- Jason N. Zakia (admitted pro hac vice), 111 South Wacker Drive, Chicago, IL 60606, Telephone: (312) 881-5400, jzakia@whitecase.com -and- Roberto Kampfner (admitted pro hac vice), Doah Kim (admitted pro hac vice), RJ Szuba (admitted pro hac vice), 555 South Flower Street, Suite 2700, Los Angeles, CA 90071, Telephone: (213) 620-7700, rkampfner@whitecase.com, doah.kim@whitecase.com, rj.szuba@whitecase.com, Proposed Co-Counsel to Debtors and Debtors-in-Possession

* Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

### BUSINESS OPPORTUNITIES

**MIAMI**
**Adult Entertainment Club**
Turn-key and Spectacular Design.
Fully Licensed, 5:00 am license.
**$2,500,000**
Pat Burnside Realty 305-389-5800

### BUSINESS OPPORTUNITIES

**THERE IS ONLY ONE...**
**1 A - New York**
Best offer / Transferable
License Plate
jkg@gradyresearch.com
- Ends 8/25 -

### PUBLIC NOTICES

**NOTICE OF PUBLIC DISPOSITION OF COLLATERAL**

On August 14, 2023, at 10:00 a.m. prevailing Eastern time (the "Sale Date"), H.I.G. Realty Financing II, LLC ("Secured Party") shall appear at the offices of King & Spalding LLP, legal counsel to Secured Party, at 1185 Avenue of the Americas, 34th Floor, New York, NY 10036, and shall then and there offer for sale at a public auction (the "Sale"), pursuant to the Uniform Commercial Code (as enacted in the State of New York), the property of East Chestnut Realty Holdings LLC ("Original Debtor"), EC21 Holdings LLC ("EC Debtor"), and DC21 Holdings LLC ("DC Debtor"; together with Original Debtor and EC Debtor, "Debtors"), each a Delaware limited liability company, on account of unpaid indebtedness owed by Debtors to Secured Party. The property offered for sale (collectively, the "Collateral") shall consist of any and all right, title and interest of Debtors in, to, or under that certain property identified (i) a Uniform Commercial Code Financing Statement, Filing No. 2020 1885773, that was filed by Secured Party against Original Debtor with the Delaware Department of State on March 13, 2020, and (ii) Uniform Commercial Code Financing Statement, Filing No. 2021 5553285, that was filed by Secured Party against EC Debtor and DC Debtor with the Delaware Department of State on July 15, 2021, with respect to certain personal property of Debtors (including, without limitation, all of Original Debtor's membership interests in East Chestnut Realty LLC, a Delaware limited liability company ("Original Owner"), all of EC Debtor's membership interests in EC21 Realty LLC, a Delaware limited liability company ("EC Owner"), and all of DC Debtor's membership interests in DC21 Realty LLC, a Delaware limited liability company ("DC Owner"; together with Original Owner and EC Owner, "Owners"), together with the certificates (if any) evidencing same (collectively, the "Pledged Interests"); all securities, security certificates, moneys or property representing the Pledged Interests or representing dividends or interest on any of the Pledged Interests, or representing a distribution in respect of the Pledged Interests, or resulting from a split-up, revision, reclassification or other like change of the Pledged Interests or otherwise received in exchange therefor, and any subscription warrants, rights or options issued to the holders of, or otherwise in respect of, the Pledged Interests; proceeds of any policy of insurance payable by reason of loss or damage to the Pledged Company Interests and any other pledged collateral; all "accounts", "general intangibles", "instruments" and "investment property" (in each case as defined in the Uniform Commercial Code) constituting or relating to the foregoing; all proceeds of any of the foregoing property; and all rights of Debtors under Owners' organizational documents or any other agreement or instrument relating to the Pledged Interests). Owners are the owners, as tenants in common of the real property and improvements located at and known by the street address of 23 East Chestnut Street, Chicago, Illinois.

On the Sale Date, the Collateral will be offered for sale, as one unit, on an "AS IS, WHERE IS" basis, and sold to the highest bidder at the conclusion of the Sale, as determined by Secured Party in its reasonable discretion. In its sole and absolute discretion, Secured Party reserves its rights, on or prior to the Sale Date, to continue the Sale to such time and date as Secured Party may deem fit, to offer the Collateral for sale in multiple lots or to cancel or postpone the Sale without notice. Secured Party also reserves its right to credit bid at the Sale. Further information regarding the Sale and the Collateral may be obtained by contacting Britney Baker at King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, Email: bbaker@kslaw.com.

---

## THE MARKETPLACE

ADVERTISE TODAY

**(800) 366-3975**

For more information visit:
wsj.com/classifieds

© 2023 Dow Jones & Company, Inc.
All Rights Reserved.

# Exhibit B

CRAIN COMMUNICATIONS INC

1155 Gratiot Avenue· Detroit, MI 48207-2913
Telephone (313) 446-6000

# AFFIDAVIT OF PUBLICATION

## KCC

STATE OF MICHIGAN  }

COUNTY OF WAYNE  }

Angela Schutte, Automotive News Classified Manager, being duly

sworn, deposes and says that the attached advertisement was published in Automotive News on the following:

Date: 8/14/23    Page: 28

and as an authorized employee of Crain Communications Inc knows well the facts herein stated.

*Angela Schutte*

On  8/14/23  before me personally appeared,  Angela Schutte
to me known to be the person described in and who executed the foregoing instrument doing so as an act of free will and deed.

*Teryl J. McCoy*

TERYL J. MCCOY
NOTARY PUBLIC - MICHIGAN
WASHTENAW COUNTY
ACTING IN THE COUNTY OF Wayne
MY COMMISSION EXPIRES June 25, 2028

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Lordstown Motors Corp., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 23-10831 (MFW)<br>(Joint Administration Requested) |

**NOTICE OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on June 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2023, the Court entered an order [Docket No. 237] (the "**Bidding Procedures Order**"),[2] (a) approving the bidding and auction procedures in connection with the sale or sales of all or substantially all of the Debtors' assets or any portion thereof, free and clear of liens, claims, encumbrances, and other interests (the "**Sale**"), attached to the Bidding Procedures Order as Schedule 1 (the "**Bidding Procedures**"); (b) subject to final Court approval, authorizing, but not directing, the Debtors to select one or more Stalking Horse Bidder(s) in accordance with the Bidding Procedures; (c) authorizing the Debtors to conduct an auction (the "**Auction**") and a sale hearing (the "**Sale Hearing**") with respect to the Sale; (d) approving the form and manner of the notice of the Bidding Procedures, Auction, and the Sale Hearing, and (e) establishing procedures for the assumption and assignment of the Assumed Contracts (as defined in the Bidding Procedures) to any purchaser(s) of the Assets and approving the manner of notice thereof.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on September 19, 2023 at 10:30 a.m. (prevailing Eastern Time) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 or such other location as may be determined by the Debtors. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise determined by the Debtors, only the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) the Consultation Parties; (iii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iv) the U.S. Trustee; and (v) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to andrea.kropp@whitecase.com and doah.kim@whitecase.com) no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, free and clear of all liens, claims and encumbrances, will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, if any, shall commence on October 5, 2023 at 10:30 a./p.m. (prevailing Eastern Time). The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that objections to approval of the Sale must be in writing, state the basis of such objection with specificity, and be filed with the Court and served before **September 14, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") on the following parties: (a) counsel to the Debtors, (i) White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, Attn: Thomas E Laura (tlauria@whitecase.com), Matthew C. Brown (mbrown@whitecase.com), and Fan B. He (fhe@whitecase.com), White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: David M. Turetsky (david.turetsky@whitecase.com) and Adam Cieply (adam.cieply@whitecase.com), and (ii) Richards, Layton, & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn.: Kevin Gross (gross@rlf.com), Daniel J. DeFranceschi (defranceschi@rlf.com), Paul N. Heath (heath@rlf.com), Amanda R. Steele (steele@rlf.com), (b) the Office of the United States Trustee for the District of Delaware, and (c) proposed counsel to the official committee of unsecured creditors that has been appointed in the Chapter 11 Cases (the "Committee"), (i) Troutman Pepper LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, Attn: David M. Fournier (david.fournier@troutman.com), Marcy McLaughlin Smith (marcy.smith@troutman.com) and Tori L. Remington (tori.remington@troutman.com), (ii) Troutman Pepper LLP, 3000 Two Logan Square, 18th & Arch Streets, Philadelphia, PA 19103-2799, Attn: Francis J. Lawall (francis.lawall@troutman.com), and (iii) Troutman Pepper LLP, 875 Third Avenue, New York, NY 10022, Attn: Deborah Kovsky-Apap (deborah.kovsky@troutman.com); *provided*, that any objection to the Sale to the Successful Bidder and adequate assurance of future performance shall be filed on or before **September 26, 2023 at 4:00 p.m. (prevailing Eastern Time)** and served on the same parties. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

**PLEASE TAKE FURTHER NOTICE** that this Sale Notice is subject to the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict. Copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at kccllc.net/lordstown.

**CONSEQUENCES OF FAILING TO OBJECT. ANY PERSON OR ENTITY WHO FAILS TO FILE AND SERVE AN OBJECTION TO THE PROPOSED SALE TRANSACTION IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THIS NOTICE BY THE SALE OBJECTION DEADLINE SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE PROPOSED SALE AND TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL INTERESTS.**

**NO SUCCESSOR LIABILITY. THE SALE WILL BE FREE AND CLEAR OF, AMONG OTHER THINGS, ANY CLAIM ARISING FROM ANY CONDUCT OF THE DEBTORS PRIOR TO THE CLOSING OF THE SALE, WHETHER KNOWN OR UNKNOWN, WHETHER DUE OR TO BECOME DUE, WHETHER ACCRUED, ABSOLUTE, CONTINGENT OR OTHERWISE, SO LONG AS SUCH CLAIM ARISES OUT OF OR RELATES TO EVENTS OCCURRING PRIOR TO THE CLOSING OF THE SALE. ACCORDINGLY, AS A RESULT OF THE SALE, ANY SUCCESSFUL BIDDER WILL NOT BE A SUCCESSOR TO ANY OF THE DEBTORS BY REASON OF ANY THEORY OF LAW OR EQUITY, AND THE SUCCESSFUL BIDDER WILL HAVE NO LIABILITY, EXCEPT AS EXPRESSLY PROVIDED IN THE SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT, FOR ANY LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AGAINST OR IN ANY OF THE DEBTORS UNDER ANY THEORY OF LAW, INCLUDING SUCCESSOR LIABILITY THEORIES.**

Dated: August 9, 2023, **RICHARDS, LAYTON & FINGER, P.A.,** Kevin Gross (No. 209), Daniel J. DeFranceschi (No. 2732), Paul N. Heath (No. 3704), Amanda R. Steele (No. 5530), One Rodney Square, 920 N. King Street, Wilmington, DE 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, gross@rlf.com, defranceschi@rlf.com, heath@rlf.com, steele@rlf.com, *Proposed Co-Counsel to Debtors and Debtors-in-Possession* -and- **WHITE & CASE LLP,** Thomas E Lauria (admitted *pro hac vice*), Matthew C. Brown (admitted *pro hac vice*), Fan B. He (admitted *pro hac vice*), 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, Telephone: (305) 371-2700, tlauria@whitecase.com, mbrown@whitecase.com, fhe@whitecase.com -and- David M. Turetsky (admitted *pro hac vice*), 1221 Avenue of the Americas, New York, NY 10020, Telephone: (212) 819-8200, david.turetsky@whitecase.com -and- Jason N. Zakia (admitted *pro hac vice*), 111 South Wacker Drive, Chicago, IL 60606, Telephone: (312) 881-5400, jzakia@whitecase.com -and- Roberto Kampfner (admitted *pro hac vice*), Doah Kim (admitted *pro hac vice*), RJ Szuba (admitted *pro hac vice*), 555 South Flower Street, Suite 2700, Los Angeles, CA 90071, Telephone: (213) 620-7700, rkampfner@whitecase.com, doah.kim@whitecase.com, rj.szuba@whitecase.com, *Proposed Co-Counsel to Debtors and Debtors-in-Possession*

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

<-- ad -->
**SHOP EQUIPMENT FOR SALE**

# MAXIMIZE SPACE.
# MINIMIZE EXPANSION.



Low-Profile • Sleek • Safe

**1.888.977.8225** ▪ autostacker.com

**AUTOSTACKER**™
A Division of BendPak

© 2022 BendPak Holdings LLC. A wholly owned subsidiary of BendPak, Inc. Autostacker is protected by one or more patents in the United States, China, Europe, and other countries.

## RECRUITING?
### CHECK OUT THE
**Automotive News**
**JOBS BOARD**

**40,000+**
job views per month

**31,000+**
registered candidates

Emails sent to nearly
**100,000**
job seekers per month

**JOBS.AUTONEWS.COM**

**LEGAL NOTICE**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re Lordstown Motors Corp., et al.,[1] Debtors.

Chapter 11
Case No. 23-10831 (MFW)
(Joint Administration Requested)

**NOTICE OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on June 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 8, 2023, the Court entered an order [Docket No. 237] (the "**Bidding Procedures Order**"),[2] (a) approving the bidding and auction procedures in connection with the sale or sales of all or substantially all of the Debtors' assets or any portion thereof, free and clear of liens, claims, encumbrances, and other interests (the "**Sale**"), attached to the Bidding Procedures Order as Schedule 1 (the "**Bidding Procedures**"); (b) subject to final Court approval, authorizing, but not directing, the Debtors to select one or more Stalking Horse Bidder(s) in accordance with the Bidding Procedures; (c) authorizing the Debtors to conduct an auction (the "**Auction**") and a sale hearing (the "**Sale Hearing**") with respect to the Sale; (d) approving the form and manner of the notice of the Bidding Procedures, Auction, and the Sale Hearing, and (e) establishing procedures for the assumption and assignment of the Assumed Contracts (as defined in the Bidding Procedures) to any purchaser(s) of the Assets and approving the manner of notice thereof.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction, if any, shall commence on September 19, 2023 at 10:30 a.m. (prevailing Eastern Time) via remote video or in-person, at the Debtors' election. In the event the Debtors elect to conduct the Auction in-person, the Auction shall take place at the offices of White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020 or such other location as may be determined by the Debtors. For the avoidance of doubt, any party, other than a Qualified Bidder, that wishes to attend the Auction may do so via remote video.

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise determined by the Debtors, only the following parties and their respective representatives and counsel shall be entitled to attend the auction: (i) the Debtors; (ii) the Consultation Parties; (iii) any Qualified Bidder, including the Stalking Horse Bidder (if any); (iv) the U.S. Trustee; and (v) any other creditor of the Debtors that delivers to Debtors' counsel a written request to attend the Auction (by email to andrea.kropp@whitecase.com and doah.kim@whitecase.com) no later than 24 hours prior to commencement of the Auction. Only Qualified Bidders will be entitled to make any Bids at the Auction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, free and clear of all liens, claims and encumbrances, will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, if any, shall commence on October 5, 2023 at 10:30 a./p.m. (prevailing Eastern Time). The Sale Hearing may be adjourned by the Debtors from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by including such adjournment on any agenda filed with the Court or by the filing of a notice with the Court.

**PLEASE TAKE FURTHER NOTICE** that objections to approval of the Sale must be in writing, state the basis of such objection with specificity, and be filed with the Court and served before **September 14, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**") on the following parties: (a) counsel to the Debtors, (i) White & Case LLP, 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, Attn: Thomas E Laura (tlauria@whitecase.com), Matthew C. Brown (mbrown@whitecase.com), and Fan B. He (fhe@whitecase.com), White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: David M. Turetsky (david.turetsky@whitecase.com) and Adam Cieply (adam.cieply@whitecase.com), and (ii) Richards, Layton, & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn.: Kevin Gross (gross@rlf.com), Daniel J. DeFranceschi (defranceschi@rlf.com), Paul N. Heath (heath@rlf.com), Amanda R. Steele (steele@rlf.com), (b) the Office of the United States Trustee for the District of Delaware, and (c) proposed counsel to the official committee of unsecured creditors that has been appointed in the Chapter 11 Cases (the "Committee"), (i) Troutman Pepper LLP, Hercules Plaza, Suite 5100, 1313 N. Market Street, Wilmington, DE 19801, Attn: David M. Fournier (david.fournier@troutman.com), Marcy McLaughlin Smith (marcy.smith@troutman.com) and Tori L. Remington (tori.remington@troutman.com), (ii) Troutman Pepper LLP, 3000 Two Logan Square, 18th & Arch Streets, Philadelphia, PA 19103-2799, Attn: Francis J. Lawall (francis.lawall@troutman.com), and (iii) Troutman Pepper LLP, 875 Third Avenue, New York, NY 10022, Attn: Deborah Kovsky-Apap (deborah.kovsky@troutman.com); *provided*, that any objection to the Sale to the Successful Bidder and adequate assurance of future performance shall be filed on or before **September 26, 2023 at 4:00 p.m. (prevailing Eastern Time)** and served on the same parties. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

**PLEASE TAKE FURTHER NOTICE** that this Sale Notice is subject to the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict. Copies of the Bidding Procedures Order, the Bidding Procedures, and all other documents filed with the Court may be obtained by visiting the Debtors' restructuring website at kccllc.net/lordstown.

**CONSEQUENCES OF FAILING TO OBJECT. ANY PERSON OR ENTITY WHO FAILS TO FILE AND SERVE AN OBJECTION TO THE PROPOSED SALE TRANSACTION IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THIS NOTICE BY THE SALE OBJECTION DEADLINE SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE PROPOSED SALE AND TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL INTERESTS.**

**NO SUCCESSOR LIABILITY. THE SALE WILL BE FREE AND CLEAR OF, AMONG OTHER THINGS, ANY CLAIM ARISING FROM ANY CONDUCT OF THE DEBTORS PRIOR TO THE CLOSING OF THE SALE, WHETHER KNOWN OR UNKNOWN, WHETHER DUE OR TO BECOME DUE, WHETHER ACCRUED, ABSOLUTE, CONTINGENT OR OTHERWISE, SO LONG AS SUCH CLAIM ARISES OUT OF OR RELATES TO EVENTS OCCURRING PRIOR TO THE CLOSING OF THE SALE. ACCORDINGLY, AS A RESULT OF THE SALE, ANY SUCCESSFUL BIDDER WILL NOT BE A SUCCESSOR TO ANY OF THE DEBTORS BY REASON OF ANY THEORY OF LAW OR EQUITY, AND THE SUCCESSFUL BIDDER WILL HAVE NO LIABILITY, EXCEPT AS EXPRESSLY PROVIDED IN THE SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT, FOR ANY LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AGAINST OR IN ANY OF THE DEBTORS UNDER ANY THEORY OF LAW, INCLUDING SUCCESSOR LIABILITY THEORIES.**

Dated: August 9, 2023, **RICHARDS, LAYTON & FINGER, P.A.,** Kevin Gross (No. 209), Daniel J. DeFranceschi (No. 2732), Paul N. Heath (No. 3704), Amanda R. Steele (No. 5530), One Rodney Square, 920 N. King Street, Wilmington, DE 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, gross@rlf.com, defranceschi@rlf.com, heath@rlf.com, steele@rlf.com, *Proposed Co-Counsel to Debtors and Debtors-in-Possession* -and- **WHITE & CASE LLP,** Thomas E Lauria (admitted *pro hac vice*), Matthew C. Brown (admitted *pro hac vice*), Fan B. He (admitted *pro hac vice*), 200 South Biscayne Boulevard, Suite 4900, Miami, FL 33131, Telephone: (305) 371-2700, tlauria@whitecase.com, mbrown@whitecase.com, fhe@whitecase.com -and- David M. Turetsky (admitted *pro hac vice*), 1221 Avenue of the Americas, New York, NY 10020, Telephone: (212) 819-8200, david.turetsky@whitecase.com -and- Jason N. Zakia (admitted *pro hac vice*), 111 South Wacker Drive, Chicago, IL 60606, Telephone: (312) 881-5400, jzakia@whitecase.com -and- Roberto Kampfner (admitted *pro hac vice*), Doah Kim (admitted *pro hac vice*), RJ Szuba (admitted *pro hac vice*), 555 South Flower Street, Suite 2700, Los Angeles, CA 90071, Telephone: (213) 620-7700, rkampfner@whitecase.com, doah.kim@whitecase.com, rj.szuba@whitecase.com, *Proposed Co-Counsel to Debtors and Debtors-in-Possession*

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings ascribed to such terms in the Bidding Procedures Order or Bidding Procedures, as applicable.

**Automotive News**

**EXPERIENCE THE POWER OF A WELL-PLACED AD**

❝…Being hired to initiate a commercial/fleet department at three of our locations requiring multiple positions, I turned to *Automotive News* to find qualified personnel. …Hats off to Angela for making this process painless and fruitful…❞

— TODD CARTER
*Corporate Commercial/Fleet Government Director*
**Step One Automotive Group**

**Contact**
Angela Schutte
313-446-0326
aschutte@autonews.com