**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 21, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Frist Class Mail upon the service list attached hereto as **Exhibit B**:

• **Declaration in Support of Retention of AP Expert Group, LLC as Professional Utilized in Ordinary Course of Business** [Docket No. 273]

• **Declaration in Support of Retention of Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC as Professional Utilized in Ordinary Course of Business** [Docket No. 276]

• **Declaration in Support of Retention of Prospect Law LLP as Professional Utilized in Ordinary Course of Business** [Docket No. 277]

Furthermore, on August 21, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and via First Class Mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

• **Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts** [Docket No. 280]

Furthermore, on or before August 22, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit E**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

- **Debtors' Objection to Foxconn's Motion to Dismiss, or in the Alternative, Convert the Bankruptcy Cases** [Docket No. 281]

- **Declaration of Jeffrey Finger in Support of Debtors' Objection to Foxconn's Motion** [Docket No. 282]

- **Declaration of Daniel Ninivaggi in Support of Debtors' Objection to Foxconn's Motion** [Docket No. 284]

- **Declaration of Edward T. Hightower in Support of Debtors' Objection to Foxconn's Motion** [Docket No. 285]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated: August 30, 2023

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**OCP Notice Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |

# Exhibit B

**Exhibit B**
**OCP Notice Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Harco Manufacturing Group, LLC | Bayard, P.A. | Evan T. Miller | emiller@bayardlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Top 30 | Bossard Inc. | Jon Dabney | JDabney@bossard.com |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | AR@cevalogistics.com |
| Counsel to Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | Aneil.Shah@cognizant.com |
| Counsel for Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Gregor.Golja@elaphe-ev.com |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | julian.merritt@fiberdyne.com.au |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top 30 | Foxconn EV System LLC | Butzel Long | klein@butzel.com |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel for Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | halai@greatech-group.com |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | mknepp@harcoonline.com |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Top 30 | HRB Industries Corp | Kevin Yao | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | campana@jvis.us |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | dwightman@lavaltool.net |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | rosa.cardona@marelli.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Matthew M. Murphy, Matthew Micheli, Michael C. Whalen | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com; michaelcwhalen@paulhastings.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |

Exhibit C
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 | Pektron EV Limited | | afield@pektron.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel for Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | awilliams@pcamco.com |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Richards, Layton & Finger, P.A. | Kevin Gross, Daniel J. DeFranceschi, Paul N. Heath, Amanda R. Steele, Jason M. Madron | gross@rlf.com; defranceschi@rlf.com; heath@rlf.com; steele@rlf.com; madron@rlf.com |
| Top 30 | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Jesse M. Coleman | jmcoleman@seyfarth.com |
| Counsel to Karma Automotive LLC | Seyfarth Shaw LLP | Michael D. Wexler, James B. Sowka | mwexler@seyfarth.com; jsowka@seyfarth.com |
| Top 30 | Sharp Dimension Inc | Tracy Tran | tracy@sharpdimension.com |
| Top 30 | St. Clair Technologies Inc | | TArmstrong@stclairtech.com |
| Counsel for Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | sagarm@readysoftind.com |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | john.ruterbusch@cspplastics.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 | The Timken Corporation | Charles Wojdyla | charles.wojdyla@timken.com; ACCTSREC@TIMKEN.COM |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | GarryK@3dimensional.com |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson.Fridley@thyssenkrupp-materials.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 | VIA Optronics LLC | Brett Gaines | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com |

# Exhibit D

**Exhibit D**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 275 Hills Tech Ventures LLC | | john@ventureinv.com; ashulin@libertypropertymgmt.com |
| American Stock Transfer & Trust Company, LLC | dba Equiniti Trust Company, LLC | legalteamAST@astfinancial.com |
| Applied Medical Resources Corporation | Nabil Hilal - Group President - Technology | nabil@appliedmedical.com; contracts@aircre.com |
| AT&T Mobility II, LLC | Legal Department/Internet of Things | dg2725@att.com |
| Comcast Cable Communications Management, LLC | | legal_notices@comcast.com |
| Elaphe Propulsion Technologies LTD | Attn: Luka Ambrozic | luka.ambrozic@elaphe-ev.com |
| Foxconn EV Property Development LLC | Attn Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn EV Property Development LLC | Paul Hastings LLP | mikehuang@paulhastings.com |
| Foxconn EV System LLC | Butzel Long | klein@butzel.com |
| GE Digital LLC | Attention General Counsel | gedigitalsalessupport@ge.com |
| General Motors LLC | Assistant General Counsel, Corporate Development | elena.centeio@gm.com |
| General Motors LLC | General Counsel | craig.glidden@gm.com |
| GitLab Inc. | | srenton@gitlab.com |
| iLoka, Inc. dba NewCloud Networks | | info@newcloudnetworks.com; khogaboom@newcloudnetworks.com |
| Siemens Industry Software Inc. | Justin Price, AM-#1GT AT Sales Manager | justin.price@siemens.com; kim.kelchner@siemens.com |
| TERIS-Phoenix, LLC | | bcolburn@teris.com |
| Toppan Merrill Bridge | | LoriFrederick@ToppanMerrill.com |

# Exhibit E

Exhibit E
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | 20 Valley Street | | | Endicott | NY | 13760 | |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Top 30 | Bossard Inc. | Jon Dabney | 6521 Production Dr | | | Cedar Falls | IA | 50613 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | 15350 Vickery Dr | | | Houston | TX | 77032 | |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | 1391 Wheaton Ste 700 | | | Troy | MI | 48083 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | ljubljana | | | Slovenia |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | | Ferntree Gully | | VIC 3156 | Australia |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Top 30 | Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Rd Ste 204 | | | Cleveland | OH | 44121 | |
| Top 30 | Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | 2300 Hallock Young Rd | | | Warren | OH | 44481 | |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | Plot 287 (A), Lengkok Kampung Jawa Satu | Bayan Lepas Fiz Phase 3 | | 11900 Penang | | | Malaysia |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | 3535 Kettering Blvd | | | Moraine | OH | 45439 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Top 30 | HRB Industries Corp | Kevin Yao | 3485 Swenson Ave | | | Saint Charles | IL | 60174 | |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | PO Box 530 | | | Mt Clemens | MI | 48046 | |
| Top 30 | JVIS USA LLC | | 52048 Shelby Parkway | | | Shelby Township | MI | 48315 | |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Rd | | | Maidstone | ON | N0R 1K0 | Canada |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | Junko Smith | 1 Calsonic Way | | Shelbyville | TN | 37160 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary |

**Exhibit E**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | Alex Williams | 13870 E Eleven Mile Rd | | Warren | MI | 48089 | |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | 28101 Schoolcraft Rd | | | Livonia | MI | 48150 | |
| Top 30 | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 | Sharp Dimension Inc | Tracy Tran | 4240 Business Center Dr | | | Fremont | CA | 94538 | |
| Top 30 | St. Clair Technologies Inc | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | Sagar Maramreddy | 5966 Lovewood Ct | | Canton | MI | 48187 | |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | 255 Rex Blvd | | | Auburn Hills | MI | 48326 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 | The Timken Corporation | Charles Wojdyla | 4500 Mount Pleasant Street NW | | | North Canton | OH | 44720 | |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | Garry Kasaczun | 2547 Product Dr | | Rochester Hills | MI | 48309 | |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson Fridley | 22355 W Eleven Mile Rd | | Southfield | MI | 48033 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford | Laura Correa | 1 Riverside Drive West Ste 700 | | Windsor | ON | N9A-5K3 | Canada |
| Top 30 | VIA Optronics LLC | Brett Gaines | 6220 Hazeltine National Dr Ste 120 | | | Orlando | FL | 32822 | |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | 4505 W 26 Mile Rd | | | Washington | MI | 48094 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2

# Exhibit F

**Exhibit F**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 275 Hills Tech Ventures LLC | | PO Box 668 | | | Troy | MI | 48099 | |
| Amazon Web Services, Inc. | | PO BOX 81207 | | | Seattle | WA | 98108 | |
| American Stock Transfer & Trust Company, LLC | dba Equiniti Trust Company, LLC | Attention Legal Department | 48 Wall Street, 22nd Floor | | New York | NY | 10005 | |
| American Stock Transfer & Trust Company, LLC d/b/a Equiniti Trust Company, LLC | Attention Relationship Management | 6201 15th Avenue | | | Brooklyn | NY | 11219 | |
| Amerit Fleet Solutions, Inc. | Dan Williams | 1331 N. California Blvd., Ste. 150 | | | Walnut Creek | CA | 94596 | |
| Applied Medical Resources Corporation | Nabil Hilal - Group President - Technology | 22872 Avenida Empresa | | | Rancho Santa Margarita | CA | 92688 | |
| Applied Medical Resources Corporation | Zoran Falkenstein | 22872 Avenida Empresa | | | Rancho Santa Margarita | CA | 92688 | |
| Arthur J. Gallagher Risk Management Services, Inc. | | 2200 Woodcrest Pl. | Ste. 250 | | Birmingham | AL | 35209-1324 | |
| AT&T | Internet of Things (IoT) | 1025 Lenox Park Boulevard | | | Atlanta | GA | 30319 | |
| AT&T Mobility II, LLC | Legal Department/Internet of Things | 1025 Lenox Park Blvd., 5th Floor | | | Atlanta | GA | 30319 | |
| AT&T Mobility LLC | Legal Department/Internet of Things | 5th Floor, 1025 Lenox Park Boulevard | | | Atlanta | GA | 30319 | |
| AT&T Mobility LLC | | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| AT&T Mobility LLC | | 2180 Lenox Park Blvd., 10th Floor | | | Atlanta | GA | 30319 | |
| Bennie W Fowler, LLC | | 625 Dream Island Road | | | Longboat Key | FL | 34228 | |
| Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC | | 7031 Orchard Lake Road Ste 302 | | | West Bloomfield | MI | 48322 | |
| CEVA Logistics U.S., Inc. | | 15350 Vickery Drive | | | Houston | TX | 77032 | |
| Cigna Health and Life Insurance Company | | 900 Cottage Grove Rd | | | Bloomfield | CT | 06002 | |
| Cognizant Worldwide Limited | | 1 Kingdom Street | | | Paddington Central | London | W2 68D | United Kingdom |
| Comcast Business | dba Comcast Cable Communication Management LLC | 1701 John F Kennedy Blvd | | | Philadelphia | PA | 19103-2838 | |
| Comcast Cable Communications Management, LLC | dba Comcast Cable Communication Management LLC | 1701 John F Kennedy Blvd | | | Philadelphia | PA | 19103-2838 | |
| Comcast Cable Communications Management, LLC | | One Business Center | 1701 JFK Blvd. | | Philadelphia | PA | 19103 | |
| Cox Automotive Mobility Solutions, Inc | Jamie Martin | 6205-A Peachtree Dunwoody Road, CP-12 | | | Atlanta | GA | 30328 | |
| Cox Automotive, Inc - Manheim | | P.O. Box 105156 | | | Atlanta | GA | 30348 | |
| Cox Communications California, LLC., Cox California Telcom, LLC | | 27121 Towne Centre Dr | | | Foothill Ranch | CA | 92610 | |
| Detroit Engineered Products dba DEP | | 850 E Long Lake Rd | | | Troy | MI | 48085 | |
| devPHASE LLC | | P.O. Box 498943 | | | Cincinnati | OH | 45249 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

**Exhibit F**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| E*TRADE Financial Corporate Services, Inc. | President | 3 Edison Drive | | | Alpharetta | GA | 30005 | |
| E*TRADE Financial Corporate Services, Inc. | | 3 Edison Drive | | | Alpharetta | GA | 30005 | |
| Elaphe Propulsion Technologies LTD | Attn: Luka Ambrozic | Teslova Ulica 30 | | | Ljubljana | | 1000 | Slovenia |
| Equiniti Trust Company, LLC | | 6201 15th Avenue | | | Brooklyn | NY | 11219 | |
| ETRADE Financial Corporate Services, Inc. | Managing Attorney | 3 Edison Drive | | | Alpharetta | GA | 30005 | |
| Foxconn EV Property Development LLC | Attn Jerry Hsiao and Steven Yu | 4568 Mayfield Rd., Ste. 204 | | | Cleveland | OH | 44121 | |
| Foxconn EV Property Development LLC | Paul Hastings LLP | Attn Mike Huang | 200 Park Avenue | | New York | NY | 10166 | |
| Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | |
| GAC R&D Center Detroit, LLC | Ding Dong | 38555 Hills Tech Dr. | | | Famington Hills | MI | 48331 | |
| GAC R&D Center Detroit, LLC | | 38555 Hills Tech Drive | | | Farmington Hills | MI | 48331 | |
| GE Digital LLC | Attention General Counsel | 2700 Camino Ramon | | | San Ramon | CA | 94583-9130 | |
| General Motors LLC | Assistant General Counsel, Corporate Development | 300 GM Renaissance Center | Mail Code 482-C22-A68 | | Detroit | MI | 48265 | |
| General Motors LLC | Attn Practice Area Manager | Legal Staff Transactions Group | 300 Renaissance Center | Mail Code 482-C23-D24 | Detroit | MI | 48265-3000 | |
| General Motors LLC | General Counsel | 300 GM Renaissance Center | Mail Code 483-C20-C76 | | Detroit | MI | 48265 | |
| General Motors LLC | Manager On-Highway NA OEM Sales | 777 Joslyn Avenue | Mail Code 483-720-250 | | Pontiac | MI | 48340 | |
| General Motors LLC | | 6200 Grand Pointe Drive | | | Grand Blanc | MI | 48439 | |
| GitLab Inc. | | 268 Bush Street #350 | | | San Francisco | CA | 94104 | |
| HubSpot Inc. | Attention General Counsel | 25 First Street, 2nd Floor | | | Cambridge | MA | 02141 | |
| iLoka, Inc. dba NewCloud Networks | | 160 Inverness Drive West, Suite 100 | | | Englewood | CO | 80112 | |
| Infosys Limited | Attention Abhishek Sharma, Business Development Manager | 2400 N Glenville Dr, C150 | | | Richardson | TX | 75082 | |
| Intrado Digital Media, LLC | | 11808 Miracle Hills Drive | | | Omaha | NE | 68154 | |
| Intralinks, Inc. | | 622 3rd Avenue 10th Floor | | | New York | NY | 10017 | |
| Logicalis, Inc. | Bill LEsperance | 2600 S Telegraph Road | Suite 200 | | Bloomfield Hills | MI | 48302 | |
| Manheim Remarketing, Inc. | | 6205 Peachtree Dunwoody Road | | | Atlanta | GA | 30328 | |
| Michigan Strategic Fund | | 300 North Washington Square | | | Lansing | MI | 48913 | |
| Mosaic Corporation | | 3050 Northeast Pkwy Ste 100 | | | Atlanta | GA | 30360 | |
| ODP Business Solution, LLC | | PO Box 633211 | | | Cincinnati | OH | 45263 | |
| Ohio Bureau of Workers Compensation | | 30 W. Spring St. | | | Columbus | OH | 43215-2256 | |
| Open Text Inc. | Rallito Caabas | 2950 S Delaware Street, Bay Meadows Station 3 Building | & 4th Floors | | San Mateo | CA | 94403 | |
| Open Text Inc. | | 9711 Washingtonian Blvd., Suite 700 | | | Gaithersburg | MD | 20878 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 3

**Exhibit F**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Oracle America, Inc. | | 500 Oracle Parkway | | | Redwood Shores | CA | 94065 | |
| Paragon Die & Engineering Company | | 5225 33rd St. SE | | | Grand Rapids | MI | 49512 | |
| Paylocity Corporation | | 1400 American Lane | | | Schaumburg | IL | 60173 | |
| Principal Life Insurance Company Group | | 711 High Street | | | Des Moines | IA | 50392 | |
| Red Dawn Intermediate I, Inc | | 3854 Broadmoor Ave SE | | | Grand Rapids | MI | 49512 | |
| Rentokil North America, INC dba Western Exterminator Company | | P.O. Box 16350 | | | Reading | PA | 19612 | |
| Ricoh USA, Inc | | PO Box 802815 | | | Chicago | IL | 60680 | |
| Robar Public Relations | | 1600 E Grand Blvd Unit #300 | | | Detroit | MI | 48211 | |
| Robert Half International Inc | | 2613 Camino Ramon | | | San Ramon | CA | 94583 | |
| Samsung SDI America, Inc. | | 4121 North Atlantic Blvd | | | Auburn Hills | MI | 48326 | |
| Service Express, LLC | Austin Piglowski | 3854 Broadmoor Ave SE | | | Grand Rapids | MI | 49512 | |
| Shopify Inc. | | 151 OConnor Street, Ground Floor | | | Ottawa | ON | K2P 2L8 | Canada |
| Siemens Industry Software Inc. | Justin Price, AM-#1GT AT Sales Manager | 5755 New King Drive | | | Troy | MI | 48098 | |
| Skynet Innovations | Ray Walriven | 350 E Main Street | Suite 200 | | Batavia | OH | 45103 | |
| Sonitrol Orange County, LLC | | 23 Mauchly #100 | | | Irvine | CA | 92618 | |
| Syngin Technology, LLC - Wallenius Wilhelmsen | | 100 South Ashley Dr. | | | Tampa | FL | 33602 | |
| TAG Resources, LLC | | 6501 Deane Hill Dr | | | Knoxville | TN | 37919 | |
| Tata Consultancy Services Limited | Ashok Pathak | Nirmal Building | 9th Floor | | Nariman Point | | 400021 | |
| Tata Consultancy Services Limited | | TCS House, Ravelin Street, Fort | | | Mumbai | | 400 001 | India |
| TERIS-Phoenix, LLC | | 11333 N. Scottsdale Road Suite 294 | | | Scottsdale | AZ | 85254 | |
| Toppan Merrill Bridge | | 1501 Energy Park Drive | | | St. Paul | MN | 55108 | |
| Toppan Merrill LLC | Elyssia Gonzales | 1501 Energy Park Dr | | | St Paul | MN | 55108 | |
| Transportation Research Center, Inc. dba TRC, Inc. | | 10820 State Route 347 | PO Box B-67 | | East Liberty | OH | 43319 | |