**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 22, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Entry of "Interim Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief" and Final Hearing Thereon** [Docket No. 71]

Furthermore, on August 23, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail to the registered holders of Common Stock, on the service list attached hereto as **Exhibit B**:

- **Notice of Auction and Sale Hearing** [Docket No. 241]

Furthermore, on or before August 24, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Auction and Sale Hearing** [Docket No. 241]

Furthermore, on or before August 24, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit D**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

- **Certification of Counsel Regarding "Final Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief"** [Docket No. 168]

- **Final Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief** [Docket No. 186]

Dated:  August 30, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Customers Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Todd Zampa | Address Redacted | | | |

# Exhibit B

**Exhibit B**
**Registered Shareholders**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Garrett Paul Ederle | Address Redacted | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                    Page 1 of 1

# Exhibit C

**Exhibit C**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Alex Viader | | Address Redacted | | | |
| Axalta Coating Systems | David Macheel | 50 Applied Bank Blvd Ste 300 | Glen Mills | PA | 19342-1094 |
| David Smith | | Address Redacted | | | |
| Deanna Ferry | | Address Redacted | | | |
| Edwin Bulleit | | Address Redacted | | | |
| Jeffrey Newman | | Address Redacted | | | |
| Marc Cossette | | Address Redacted | | | |
| Shrimat Gothivarekar | | Address Redacted | | | |
| Snehal Balu Shinde | | Address Redacted | | | |
| Thomas Collins | | Address Redacted | | | |
| Todd Zampa | | Address Redacted | | | |

# Exhibit D

**Exhibit D**
**Customers Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Justin Brasell | Address Redacted | | | |
| Ruth Dawson | Address Redacted | | | |
| Thomas Collins | Address Redacted | | | |
| Todd Zampa | Address Redacted | | | |
| Tony Harris | Address Redacted | | | |