FILED
2023 AUG 31 AM 9:09
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner
Doah Kim
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

Respectfully Submitted,

Richard D Hier Tr Fbo
Hier Family Trust Ua 10/19/74
───────────────────────────
(Name of Shareholder)

By: SHAREHOLDER
Name: RD Hier
Title: TRUSTEE
Address: 510 Ashland Loop Rd
Ashland, OR 97520-3145

Telephone: 541-488-4000
Facsimile: N/A
Date: 8-21-23

SSH ___ - 2780

3

RLF1 29351501v.1



August 07, 2023

Richard D Hier Tr Fbo
Hier Family Trust Ua 10/19/74
510 Ashland Loop
Ashland, OR 97520-3167

Re: Confirmation of Your Account Transaction History

Dear Richard Hier,

Thank you for your request regarding your TD Ameritrade account ending in 9645. Here is the transaction history information you requested.

### DPHC - DIAMONDPEAK HOLDINGS CORP

| Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|
| 8/28/2020 | Buy | 1,000 | $ 17.72 | $(17,720.00) |
| 10/26/2020 | 1:1 EXCHANGE TO LORDSTOWN MOTORS CORP 54405Q100 | 1,000 | | |

### RIDE - LORDSTOWN MOTORS CORP

| Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|
| 10/26/2020 | 1:1 EXCHANGE TO LORDSTOWN MOTORS CORP 54405Q100 | 1,000 | | |
| 12/31/2020 | Sell | 1,000 | $ 20.33 | $ 20,333.03 |
| 1/25/2021 | Buy | 5,000 | $ 22.76 | $(113,799.50) |
| 12/27/2022 | TRANSFER TO *****6767 | 5,000 | | |

If you have questions regarding your tax liability or need assistance with determining your cost basis, please consult with a qualified tax advisor. TD Ameritrade does not provide tax advice.

If we can be of any further assistance, please let us know. Just log in to your account and go to Client Services

200 South 108th Ave,
Omaha, NE 68154

www.tdameritrade.com



August 07, 2023

Richard D Hier Tr Fbo
Hier Family Trust Ua 10/19/74
510 Ashland Loop Rd
Ashland, OR 97520-3145

Re: Confirmation of Your Account Transaction History

Dear Richard Hier,

Thank you for your request regarding your TD Ameritrade account ending in 6767. Here is the transaction history information you requested.

**RIDE - LORDSTOWN MOTORS CORP**

| Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|
| 12/27/2022 | TRANSFER FROM *****9645 | 5,000 | | |
| 5/24/2023 | 1:15 REVERSE SPLIT TO LORDSTOWN MOTORS CORP 54405Q209 | 5,000 | | |

**RIDE- LORDSTOWN MOTORS CORP**

| Date | Activity | Quantity | Price | Amount |
|---|---|---|---|---|
| 5/24/2023 | 1:15 REVERSE SPLIT TO LORDSTOWN MOTORS CORP 54405Q209 | 333 | $371.24 | $(113,799.53) |

If you have questions regarding your tax liability or need assistance with determining your cost basis, please consult with a qualified tax advisor. TD Ameritrade does not provide tax advice.

If we can be of any further assistance, please let us know. Just log in to your account and go to Client Services > Message Center to write us. You can also call Private Client Services at 800-400-4078. We're available 24 hours a day, 7 days a week.

200 South 108th Ave,
Omaha, NE 68154

www.tdameritrade.com

Clerk of the U.S. Bankruptcy Court for
The District of Delaware
824 North Market St. 3RD Floor
Wilmington DE 19801

Mr. Richard D. Hier
510 Ashland Loop
Ashland, OR 97520
23SP1MA