# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: admin | Date Created: 8/31/2023 |
| Case: 23–10831–MFW | Form ID: van489 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp   Richard D Hier

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
   Richard D Hier   510 Ashland Loop   Ashland, OR 97520–3167

TOTAL: 1