## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.* | Case No. 23-10831 (MFW) |
| Debtor. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On August 30, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via electronic mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 08/30/2023 | 349 | Response and Reservation of Rights Regarding Notice of Potential Assumption and Assignment Filed by Elaphe Propulsion Technologies Ltd. (Hazeltine, William) (Entered: 08/30/2023) |

X _____
David Kitto

Dated: August 31, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 31st day of August 2023, by David Kitto, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

**VIA ELECTRONIC MAIL:**
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com;
fhe@whitecase.com;

**VIA ELECTRONIC MAIL:**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com;
adam.cieply@whitecase.com;

**VIA ELECTRONIC MAIL:**
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
gross@rlf.com;
defranceschi@rlf.com; heath@rlf.com;
steele@rlf.com;

**VIA ELECTRONIC MAIL:**
Jefferies LLC
520 Madison Avenue
New York, NY 10022
scostello@jefferies.com; jfinger@jefferies.com;
rhamilton@jefferies.com; kpasekoff@jefferies.com;
klisanti@jefferies.com;

**VIA ELECTRONIC MAIL:**
Silverman Consulting
One North Wacker Drive, Suite 3925
Chicago, IL 60606,
skohler@silvermanconsulting.net;
ctsitsis@silvermanconsulting.net;