**EXHIBIT A**

RLF1 29563251v.1



July 26, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills, MI 48331

       Re: Lordstown Motor Corporation
           USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period June 27, 2023 to June 30, 2023 in the amount of $378.53 for the above referenced matter.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Kurtzman Carson Consultants LLC 222 N Pacific Coast Hwy, El Segundo, CA, 90245  Phone 310-823-9000  Fax 310-823-9133  kccllc.com

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | July 26, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2535397 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| Description | Amount |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $378.53 |
| *Total of Hourly Fees* | $378.53 |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| *Invoice Subtotal* | $378.53 |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$378.53** |

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 71001FA | **Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_KCC2535397 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $378.53 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

06/27/2023 - 06/30/2023

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 1.30 | $201.75 | $262.28 |
| DPM | Dan McSwigan | SOL | 0.60 | $193.75 | $116.25 |
|  |  | ***Total*** |  |  | ***$378.53*** |

# Kurtzman Carson Consultants LLC

06/27/2023 - 06/30/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 6/27/2023 | AAE | Prepare for and participate in schedules and SOFA prepare call with Silverman | SOL | Schedules & SOFA | 0.70 |
| 6/27/2023 | AAE | Coordinate with KCC team and Silverman regarding schedules and SOFA; prepare and send SOAL and SOFA templates | SOL | Schedules & SOFA | 0.50 |
| 6/27/2023 | DPM | Kickoff Call with Company personnel, Silverman re: Schedule and SOFA preparation | SOL | Schedules & SOFA | 0.60 |
| | | | | *Total for 6/27/2023* | *1.80* |
| 6/29/2023 | AAE | Call with F He regarding contract review for schedule G | SOL | Schedules & SOFA | 0.10 |
| | | | | *Total for 6/29/2023* | *0.10* |
| | | | | *Total Hours* | *1.90* |

## *Kurtzman Carson Consultants LLC*

06/27/2023 - 06/30/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | *Total Expenses* | |



August 22, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills, MI 48331

      Re: Lordstown Motor Corporation
          USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period July 1, 2023 to July 31, 2023 in the amount of $5,648.99 for the above referenced matter.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Kurtzman Carson Consultants LLC 222 N Pacific Coast Hwy, El Segundo, CA, 90245  Phone 310-823-9000  Fax 310-823-9133  kccllc.com

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 71001FA | **Invoice Date** | August 22, 2023 |
|---|---|---|---|
| **Invoice Number** | US_KCC2554880 | **Due Date** | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $5,648.99 |
| *Total of Hourly Fees* | $5,648.99 |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| *Invoice Subtotal* | $5,648.99 |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | $5,648.99 |

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 71001FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_KCC2554880 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $5,648.99 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

07/01/2023 - 07/31/2023

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 28.00 | $201.75 | $5,648.99 |
|  |  |  |  | *Total* | *$5,648.99* |

# Kurtzman Carson Consultants LLC

07/01/2023 - 07/31/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 7/7/2023 | AAE | Coordinate with KCC team on schedules SOFA status; call with counsel re same | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 7/7/2023* | | *0.40* |
| 7/10/2023 | AAE | Prepare for and participate in Schedules call with company and Silverman | SOL | Schedules & SOFA | 0.70 |
| 7/10/2023 | AAE | Review contracts data room and download new contracts for inclusion in Schedule G | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 7/10/2023* | | *1.10* |
| 7/12/2023 | AAE | Call with counsel regarding schedules and SOFA process and status | SOL | Schedules & SOFA | 0.30 |
| 7/12/2023 | AAE | Coordinate with KCC team on status of schedules and SOFA | SOL | Schedules & SOFA | 0.30 |
| 7/12/2023 | AAE | Prepare SOAL/SOFA templates, memos and forms for counsel; correspondence regarding same | SOL | Schedules & SOFA | 0.80 |
| | | | *Total for 7/12/2023* | | *1.40* |
| 7/14/2023 | AAE | Coordinate with KCC team on schedules and SOFA planning, deadlines and schedule G process | SOL | Schedules & SOFA | 0.30 |
| 7/14/2023 | AAE | Review correspondence with company, Silverman and counsel regarding schedule G; follow correspondence re same | SOL | Schedules & SOFA | 0.20 |
| | | | *Total for 7/14/2023* | | *0.50* |
| 7/17/2023 | AAE | Call with Silverman regarding source data files for schedules D and E/F | SOL | Schedules & SOFA | 0.10 |
| | | | *Total for 7/17/2023* | | *0.10* |
| 7/20/2023 | AAE | Review correspondence from company regarding litigation for schedule F; call with counsel re same | SOL | Schedules & SOFA | 0.30 |
| 7/20/2023 | AAE | Call with Silverman regarding Schedules/SOFA status and KCC progress on contract review; follow up with KCC team re same | SOL | Schedules & SOFA | 0.20 |
| 7/20/2023 | AAE | Coordinate with counsel, Silverman and company on Schedules and SOFA process | SOL | Schedules & SOFA | 1.20 |
| 7/20/2023 | AAE | Prepare and send company template for schedule F; email correspondence related to same | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 7/20/2023* | | *2.10* |
| 7/24/2023 | AAE | Correspondence with company, counsel and A&M regarding compiling schedules and SOFA forms for filing | SOL | Schedules & SOFA | 0.20 |
| 7/24/2023 | AAE | Prepare and send Schedule D form and template to company | SOL | Schedules & SOFA | 0.20 |
| 7/24/2023 | AAE | Review contract review results (1.6); review pre 2020 contracts and update debtor entities for schedule G based on organization chart (2.3) | SOL | Schedules & SOFA | 3.90 |
| | | | *Total for 7/24/2023* | | *4.30* |
| 7/25/2023 | AAE | Coordinate with Silverman regarding format of schedules | SOL | Schedules & SOFA | 0.20 |
| 7/25/2023 | AAE | Prepare master Schedule G attachment for compiling schedule forms | SOL | Schedules & SOFA | 1.10 |
| | | | *Total for 7/25/2023* | | *1.30* |

# *Kurtzman Carson Consultants LLC*

07/01/2023 - 07/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 7/26/2023 | AAE | Call with KCC team regarding Schedule D-G formatting and importing into system for generating forms | SOL | Schedules & SOFA | 0.10 |
| 7/26/2023 | AAE | Prepare and send schedule G master file and updated contract review file to company, counsel and Silverman (1.3); follow up correspondence re same (.2) | SOL | Schedules & SOFA | 1.50 |
| | | | | *Total for 7/26/2023* | *1.60* |
| 7/27/2023 | AAE | Correspondence with Silverman regarding Schedule and SOFA compilation | SOL | Schedules & SOFA | 0.20 |
| 7/27/2023 | AAE | Format schedule G for filing | SOL | Schedules & SOFA | 1.20 |
| 7/27/2023 | AAE | Call with Silverman regarding schedules/SOFA status and preparing schedule G | SOL | Schedules & SOFA | 0.10 |
| | | | | *Total for 7/27/2023* | *1.50* |
| 7/28/2023 | AAE | Update schedule G with additional contracts and comments from company | SOL | Schedules & SOFA | 2.90 |
| 7/28/2023 | AAE | Coordinate address research of NDAs for Schedule G | SOL | Schedules & SOFA | 0.90 |
| | | | | *Total for 7/28/2023* | *3.80* |
| 7/29/2023 | AAE | Update contract tracking sheet and scheduled G with additional contracts | SOL | Schedules & SOFA | 1.10 |
| | | | | *Total for 7/29/2023* | *1.10* |
| 7/30/2023 | AAE | Review contracts related to counsel's comments for additional information for schedule G (1.9); prepare notes and email correspondence related to same (.5) | SOL | Schedules & SOFA | 2.40 |
| 7/30/2023 | AAE | Prepare and upload contracts related to counsel's comments to White & Case site for additional review | SOL | Schedules & SOFA | 1.20 |
| 7/30/2023 | AAE | Update scheduled G with comments from counsel | SOL | Schedules & SOFA | 1.30 |
| | | | | *Total for 7/30/2023* | *4.90* |
| 7/31/2023 | AAE | Update contract review sheet (2.2) and schedule G with new contracts (1.6) | SOL | Schedules & SOFA | 3.80 |
| 7/31/2023 | AAE | Correspondence with counsel regarding additional contracts for schedule G | SOL | Schedules & SOFA | 0.10 |
| | | | | *Total for 7/31/2023* | *3.90* |
| | | | | ***Total Hours*** | **28.00** |

## *Kurtzman Carson Consultants LLC*

07/01/2023 - 07/31/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | *Total Expenses* | |