**EXHIBIT A**

**Plan**

**[Filed at Docket No. 360]**

AMERICAS 124924883