Case 23-10831-MFW    Doc 361-2    Filed 09/01/23    Page 1 of 2

# **EXHIBIT B**

## **Organizational Chart**
AMERICAS 124924883

# Lordstown Motors Corp. and its Debtor Affiliates

