IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before August 31, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases** [Docket No. 259]

Dated: September 1, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Alex Viader | | Address on File | | | |
| Axalta Coating Systems | David Macheel | 50 Applied Bank Blvd Ste 300 | Glen Mills | PA | 19342-1094 |
| Carl Williams | | Address on File | | | |
| David Smith | | Address on File | | | |
| Ernie Green Industries dba EG Transpire | Michael F. Auten | Address on File | | | |
| Evelyn Floyd | Magic Valley Auction, LLC | Address on File | | | |
| John Oetinger | | Address on File | | | |
| John Schuber | | Address on File | | | |
| Jose Canales | | Address on File | | | |
| KoneCranes | | 331 Treeworth Blvd | Broadview Hts | OH | 44147-2985 |
| Marc Cossette | | Address on File | | | |
| Russell Morgan | | Address on File | | | |
| Ruth Sandoval | | Address on File | | | |
| Shrimat Gothivarekar | | Address on File | | | |
| Sunil Chhabra | | Address on File | | | |
| Taylor Williams | | Address on File | | | |
| Todd Zampa | | Address on File | | | |
| Xiujuan Jiang | | Address on File | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1