# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
Lordstown Motors Corp.

Case No.: 23−10831−MFW

**Chapter:** 11

### *Notice of Deficiency*

☑ The document(s) you submitted to the Court was received on 8/31/2023 and has been docketed at Docket # 355 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy−forms/proof−claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

☐ The bankruptcy petition you filed was received on . It was docketed and assigned Case # . At the time of the filing, the applicable photo identification requirement was not satisifed. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing−without−attorney

☐ A bankruptcy petition, affirmed to be authorized to be filed on your behalf, was received on . It was docketed and assigned Case # . At the time of filing, the applicable photo identfcation requirement was not satisfied. The debtor(s) named in the petition must either present in person a current, valid form of photo identification or file a legible copy by mail within the next fourteen (14) days. The form titled *Pro Se Filer Acknowledgement of Photo ID Requirement* can be found on the Court's website at http://www.deb.uscourts.gov/filing−without−attorney

☐ The document(s) you filed with the Court at Docket # is not in compliance with Local Rule 9018−1(d).

☐ Other:

*Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov*

---

I certify that this Notice of Deficiency was mailed on the date indicated below to:  
☑ Richard D Hier  
510 Ashland Loop  
Ashland, OR 97520

*Una O'Boyle*  
Una O'Boyle, Clerk of Court

Date: 8/31/23                                             By:  Lee Anne Monti, Deputy Clerk

(VAN–489)

United States Bankruptcy Court
District of Delaware

In re:     Case No. 23-10831-MFW
Lordstown Motors Corp.     Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 4
Date Rcvd: Aug 31, 2023     Form ID: van489     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | Richard D Hier, 510 Ashland Loop, Ashland, OR 97520-3167 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp |  | Richard D Hier |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Marelli North America Inc. awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Albert Kass | on behalf of Claims Agent Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com ecfpleadings@kccllc.com |
| Alexander R. Steiger | on behalf of Plaintiff Lordstown Motors Corp. steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Plaintiff Lordstown EV Sales LLC steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alexander R. Steiger | on behalf of Plaintiff Lordstown EV Corporation steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amanda R. Steele | on behalf of Debtor Lordstown Motors Corp. steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Benjamin A. Hackman |  |

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov |
| Christopher A. Ward | on behalf of Creditor Logicalis Inc. cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Cory D. Kandestin | on behalf of Plaintiff Lordstown Motors Corp. kandestin@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Cory D. Kandestin | on behalf of Debtor Lordstown Motors Corp. kandestin@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Cory D. Kandestin | on behalf of Plaintiff Lordstown EV Sales LLC kandestin@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Cory D. Kandestin | on behalf of Plaintiff Lordstown EV Corporation kandestin@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | on behalf of Debtor Lordstown EV Corporation defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | on behalf of Debtor Lordstown EV Sales LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | on behalf of Debtor Lordstown Motors Corp. defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David M. Fournier | on behalf of Creditor Committee Official Committee of Unsecured Creditors david.fournier@troutman.com wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| David T Queroli | on behalf of Debtor Lordstown Motors Corp. Queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Edward Michael King | on behalf of Creditor Akebono Brake Corporation tking@fbtlaw.com tking@ecf.insoruptcy.com |
| Evan T. Miller | on behalf of Interested Party Harco Manufacturing Group LLC emiller@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Francis J. Lawall | on behalf of Creditor Committee Official Committee of Unsecured Creditors francis.lawall@troutman.com susan.henry@troutman.com |
| JESSE M COLEMAN | on behalf of Creditor Karma Automotive LLC JMCOLEMAN@SEYFARTH.COM |
| James McCauley | on behalf of Debtor Lordstown Motors Corp. mccauley@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| James B. Sowka | on behalf of Creditor Karma Automotive LLC jsowka@seyfarth.com |
| Jason M. Madron | on behalf of Debtor Lordstown EV Corporation madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Jason M. Madron | on behalf of Debtor Lordstown EV Sales LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Jason M. Madron | on behalf of Debtor Lordstown Motors Corp. madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Jeffrey C. Wisler | on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com |
| Joseph Charles Barsalona II | on behalf of Defendant ATRI AMIN jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph Charles Barsalona II | on behalf of Interested Party Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph Charles Barsalona II | on behalf of Defendant BENJAMIN HEBERT jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Kevin Gross | on behalf of Debtor Lordstown Motors Corp. gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Kevin Gross | on behalf of Debtor Lordstown EV Sales LLC gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

| | |
|---|---|
| Kevin Gross | on behalf of Debtor Lordstown EV Corporation gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Kurtzman Carson Consultants LLC | info@kccllc.com ecfpleadings@kccllc.com |
| Marc N. Swanson | on behalf of Creditor GAC R&D Center Silicon Valley Inc. swansonm@millercanfield.com, Baxter@millercanfield.com,wysocki@millercanfield.com |
| Marcy J. McLaughlin Smith | on behalf of Creditor Committee Official Committee of Unsecured Creditors Marcy.Smith@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com |
| Matthew O Talmo | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Foxconn EV System LLC mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Foxconn EV Technology Inc. mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn EV System LLC mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn Ventures Pte. Ltd. mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Debtor Lordstown Motors Corp. mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn EV Technology Inc. mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn (Far East) Limited mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Hon Hai Precision Industry Co. Ltd mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Michael C. Whalen | on behalf of Interested Party Foxconn EV Technology Inc. michaelcwhalen@paulhastings.com |
| Michael C. Whalen | on behalf of Interested Party Foxconn EV System LLC michaelcwhalen@paulhastings.com |
| Michael C. Whalen | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) michaelcwhalen@paulhastings.com |
| Paul Noble Heath | on behalf of Debtor Lordstown Motors Corp. heath@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Roberto J Kampfner | on behalf of Debtor Lordstown Motors Corp. rkampfner@whitecase.com amackintosh@whitecase.com |
| Sean Matthew Beach | on behalf of Interested Party Darren Post Steve Burns, John LaFleur, and Rich Schmidt bankfilings@ycst.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |

| District/off: 0311-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: van489 | Total Noticed: 1 |

Stephen B. Grow
    on behalf of Creditor Elaphe Propulsion Technologies Ltd. sgrow@wnj.com  bpowers@wnj.com

Thomas E Lauria
    on behalf of Debtor Lordstown Motors Corp. tlauria@whitecase.com  mco@whitecase.com;jdisanti@whitecase.com

Tori Lynn Remington
    on behalf of Creditor Committee Official Committee of Unsecured Creditors tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine
    on behalf of Creditor Elaphe Propulsion Technologies Ltd. Bankruptcy001@sha-llc.com

William E. Chipman, Jr.
    on behalf of Creditor Karma Automotive LLC chipman@chipmanbrown.com fusco@chipmanbrown.com;lord@chipmanbrown.com

TOTAL: 59