# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| **LORDSTOWN MOTORS CORP. et. al.,** | ) ) Case No. 23-10831 (MFW) |
| Debtors. | ) ) **(Jointly Administered)** ) |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: September 5, 2023         **Respectfully Submitted,**
Lake Success, New York

By:     /s/ Amish R. Doshi
Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:     amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **LORDSTOWN MOTORS CORP. et. al.,** | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on September 5, 2023, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                                            /s/ Amish R. Doshi
                                                            Amish R. Doshi

## SERVICE LIST

**BY REGULAR MAIL**

| | |
|---|---|
| Kevin Gross, Esq.<br>Daniel J. DeFranceschi, Esq.<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Benjamin Hackman, Esq<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| KCC<br>c/o Lordstown Motors Corp Bankruptcy Team<br>222 N. Pacific Coast Highway, Suite 300<br>El Segundo, CA 90245 | David M. Turetsy, Esq.<br>WHITE & CASE, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Thomas E. Lauria<br>WHITE & CASE, LLP<br>200 South Biscayne Blvd, Suite 4900<br>Miami, FL 33131 | Roberto Kampfner, Esq.<br>WHITE & CASE, LLP<br>555 South Flower Street<br>Los Angeles, CA 90071 |
| Jason Zakia, Esq.<br>WHITE & CASE, LLP<br>111 South Wacker Drive, Suite 51000<br>Chicago, IL 60606 | |