## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **LORDSTOWN MOTORS CORP. et. al.,** <br><br> Debtors. | **Chapter 11** <br><br> **Case No. 23-10831 (MFW)** <br><br> **(Jointly Administered)** <br><br> Hearing Date: October 5, 2023 at 10:30 AM <br> Sale Objection Date: September 14, 2023 <br> Cure Objection Date: September 5, 2023 <br><br> Docket Nos. 16 and 280 |

### CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on September 5, 2023, I served a copy of *Oracle's Limited Objection To And Reservation Of Rights Regarding Debtors Sale Motion And Related Notice Of (I) Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases And (II) Cure Amounts* on the parties listed on the attached Service List via electronic mail, where available.

                                                                                   /s/ James E. Huggett
                                                                                James E. Huggett (#3956)

## SERVICE LIST

### BY ECF

| | |
|---|---|
| Kevin Gross, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Paul Heath, Esq.<br>Amanda Steele, Esq.<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Benjamin Hackman, Esq<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

### BY REGULAR MAIL

| | |
|---|---|
| Thomas E. Lauria, Esq.<br>Mathew C. Brown, Esq.<br>Fan B. He, Esq.<br>WHITE & CASE, LLP<br>200 South Biscayne Blvd, Suite 4900<br>Miami, FL 33131 | Roberto Kampfner, Esq.<br>WHITE & CASE, LLP<br>555 South Flower Street<br>Los Angeles, CA 90071 |
| Jason Zakia, Esq.<br>WHITE & CASE, LLP<br>111 South Wacker Drive, Suite 51000<br>Chicago, IL 60606 | David M. Turetsy, Esq.<br>Adam Cieply, Esq.<br>WHITE & CASE, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Sean Costello<br>Jeff Finger<br>Ryan Hamilton<br>Kelly Pasekoff<br>Kevin Lisanti<br>JEFFRIES, LLC<br>520 Madison Avenue<br>New York, New York 10022 | Scott Kohler<br>Constadinos Tsitsis<br>SILVERMAN CONSULTING<br>One North Wacker Drive, Suite 3925<br>Chicago, IL 60606 |