IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

2023 SEP -5  AM 10: 09

| | |
|---|---|
| In re. | Chapter 11 |
| Lordstown Motors Corp., et al., | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |

## MOTION TO COMPEL PAYBACK TO DEFRAUDED SHAREHOLDERS

1. We plead with the court to not allow Foxconn and Lordstown Motors Corp. (LMC) to use bankruptcy court to defraud United States citizens of their savings.

2. Our family put $1,090,406.56 from our retirement accounts into LMC stock only to be defrauded by Foxconn and LMC as follows:

   a) Foxconn's fraud *after* getting a talented workforce and generously equipped auto plant (one of the biggest) for a mere 230 million dollars,

   b) LMC not telling shareholders about Foxconn's fraud in a timely manner.

3. After being defrauded, we plead with the court to order LMC to pay the four claims listed below from LMC's current cash balance and if necessary, order Foxconn to pay any remaining unpaid claim amount.

   $492,105.43 Claim #10 at kccllc.net/lordstown/register. Date filed 8/3/2023

   $364,739.60 Claim #11 at kccllc.net/lordstown/register. Date filed:8/3/2023

   $152,118.81 Claim #9 at kccllc.net/lordstown/register. Date filed: 8/3/2023

   $81,442.72 Claim #8 at kccllc.net/lordstown/register. Date filed:8/3/2023.

By

/s/ Rahul Singh

Rahul Singh, 2061 Argentum Ave., Indian Land SC 29707.

PH: 224-706-0017.  E-mail: sonuram@aol.com

/s/ Pravesh Singh

Pravesh Singh, 2061 Argentum Ave., Indian Land SC 29707.

/s/ Renu Singh

Renu Singh, 8477 Myrtlewood Ave, Cincinnati OH 45236.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | Chapter 11 |
| Lordstown Motors Corp., et al., | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |

## MOTION TO COMPEL PAYBACK TO DEFRAUDED SHAREHOLDERS

1. We plead with the court to not allow Foxconn and Lordstown Motors Corp. (LMC) to use bankruptcy court to defraud United States citizens of their savings.

2. Our family put $1,090,406.56 from our retirement accounts into LMC stock only to be defrauded by Foxconn and LMC as follows:

   a) Foxconn's fraud *after* getting a talented workforce and generously equipped auto plant (one of the biggest) for a mere 230 million dollars,

   b) LMC not telling shareholders about Foxconn's fraud in a timely manner.

3. After being defrauded, we plead with the court to order LMC to pay the four claims listed below from LMC's current cash balance and if necessary, order Foxconn to pay any remaining unpaid claim amount.

   $492,105.43 Claim #10 at kccllc.net/lordstown/register. Date filed 8/3/2023

   $364,739.60 Claim #11 at kccllc.net/lordstown/register. Date filed:8/3/2023

   $152,118.81 Claim #9 at kccllc.net/lordstown/register. Date filed: 8/3/2023

   $81,442.72 Claim #8 at kccllc.net/lordstown/register. Date filed:8/3/2023.

By

/s/ Rahul Singh

Rahul Singh, 2061 Argentum Ave., Indian Land SC 29707.

PH: 224-706-0017. E-mail: sonuram@aol.com

/s/ Pravesh Singh

Pravesh Singh, 2061 Argentum Ave., Indian Land SC 29707.

/s/ Renu Singh

Renu Singh, 8477 Myrtlewood Ave, Cincinnati OH 45236.

Align top of **FedEx Express Shipping Label** here.

```
ORIGIN ID:OXDA  (224) 706-0017      SHIP DATE: 01SEP23
RAHUL SINGH                         ACTWGT: 0.10 LB
2061 ARGENTUM AVE                   CAD: 6992129/SSF02422

FORT MILL, SC 29707
UNITED STATES US                    BILL CREDIT CARD

TO  ATTN: CLERK
    US BANCKRUPTCY COURT
    824 N MARKET ST
    3RD FLOOR
    WILMINGTON DE 19801
    (000) 000-0000         REF:
    INV:
    PO:                    DEPT:
```



TRK# 7832 3643 6346    TUE – 05 SEP 10:30A
0201                   PRIORITY OVERNIGHT

**XE ZWIA**            19801
                       DE-US  PHL



The World C

748  3  10:30  C

For FedEx Express® Shipments Only

Align bottom of **Peel and Stick Airbill** here.