# Notice Recipients

District/Off: 0311−1                    User: admin                        Date Created: 9/6/2023
Case: 23−10831−MFW                Form ID: van489                  Total: 1


**Recipients of Notice of Electronic Filing:**
intp            Rahul Singh            sonuram@aol.com

TOTAL: 1