# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

162184552v4

Print Date: September 5, 2023 13:50:46

**TROUTMAN PEPPER**

Page 42

Billing Rep: Monta Smith

Prebill #5705980

Thru 07/31/23

**UNBILLED DISBURSEMENT DETAIL**

| Type | Date | Timekeeper | Description | E-Code | Amount |
|---|---|---|---|---|---|
| 34 Copy Charges | 07/19/23 | Henry, Susan M | Vendor: Parcels, Inc. Invoice#: 1032681 Date: 7/19/2023   - Bankruptcy service of 3 documents on 11 parties via first class mail - Bankruptcy service of 3 documents on 11 parties via first class mail [Check No. 791515/Disb ID No. 17348109] | E102 | 17.68 |
| 53 Transcript Cost | 07/24/23 | Henry, Susan M | Vendor: Reliable Copy Service Invoice#: WL111720 Date: 7/24/2023   - Copy of transcript - Copy of transcript [Check No. 791373/Disb ID No. 17348121] | E116 | 64.80 |
| | | | | **Total** | **82.48** |