**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LORDSTOWN MOTORS CORP., *et al.*, | : | Case No. 23-10831 (MFW) |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY SECURITY |
| | : | HOLDERS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Equity Security Holders in connection with the above captioned case:

1. **Crestline Management, L.P.**, Attn: Shaun McGowan, 201 Main Street, Suite 1100, Fort Worth, TX 76102, Phone: (817) 339-7600, E-mail: summitcompliance@crestlineinc.com

2. **Pertento Partners LLP**, Attn: Ian Trundle, 111 Park Street, London, W1K 7JL, Phone: +44 20 7173 1051, E-mail: ian@pertento.com

3. **Esopus Creek Value Series Fund LP – Series "A"**, Attn: Andrew L. Sole, 81 Newtown Ln. #307, East Hampton, NY 11937, Phone: (631) 604-5776, E-mail: andrewsole@ecvlp.com

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 & 9**

/s/ *Benjamin Hackman*   for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: September 7, 2023

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Amanda Steele, Phone: (302) 651-7700, Fax: (302) 651-7701