IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: D.I. 213, 214** |

**NOTICE OF FILING OF AMENDMENTS TO CERTAIN
SCHEDULES OF ASSETS AND LIABILITIES FOR
<u>LORDSTOWN EV CORPORATION (CASE NO. 23-10832)</u>**

On August 1, 2023, debtor Lordstown EV Corporation ("**LEVC**") filed its *Schedules of Assets and Liabilities* [D.I. 213, 214] (the "**Schedules**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

LEVC hereby amends Schedule A/B, Schedule E/F, Schedule G, and Summary of Assets and Liabilities (collectively, the "**Amended Schedules**") [D.I. 379, 380]. Free copies of the Amended Schedules and the original Schedules can be viewed online at https://www.kccllc.net/lordstown/document/list/5893. **<u>All parties receiving this notice are encouraged to review the Amended Schedules and original Schedules to determine if any of the changes affect them</u>**.

Amended Schedules A/B, E/F, G and Summary of Assets and Liabilities supersede and replaces the original Schedules A/B, E/F, G and Summary of Assets and Liabilities filed on August 1, 2023 in their entirety. Except for the Amended Schedules, no further changes have

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29603998v.1

been made to the Schedules. The Amended Schedules are incorporated into, and comprise an integral part of, the Schedules. LEVC reserves all rights to further amend the Schedules, including the Amended Schedules.

On August 24, 2023, the Court entered an order [D.I. 319] (the "**Bar Date Order**"), which established certain bar dates in the above-captioned chapter 11 cases. On August 28, 2023, the above-captioned debtors filed the *Notice of Deadlines for Filing Proofs of Claim Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against Debtors* [D.I. 335] (the "**Bar Date Notice**").

To the extent any claimant affected by the Amended Schedules disagrees with the nature, amount or characterization of their claim(s), then the affected claimant must file a proof of claim with respect to such claim <u>**on or before**</u>: (i) **5:00 p.m. (prevailing Eastern Time) on October 10, 2023** (the "**General Bar Date**"), or (ii) **5:00 p.m. (prevailing Eastern Time) on December 26, 2023**, if the amendment relates to a claim of a governmental unit (the "**Governmental Bar Date**"). Claimants affected by the Amended Schedules need not submit a duplicate proof of claim if any such party has already filed a valid proof of claim prior to the General Bar Date.

The Schedules, the Amended Schedules, the Bar Date Order, the Bar Date Notice, and Proof of Claim Form are all available free of charge on the Debtors' case website at https://www.kccllc.net/lordstown. If you have any questions concerning this notice or how to fill out or submit a proof of claim, you may contact the Debtors' claims agent, Kurtzman Carson Consultants, by phone at (877) 709-4757 (toll-free in the U.S.) or (424) 236-7235 (for parties outside of the U.S.), or email at www.kccllc.net/lordstown/inquiry.

[*Remainder of page intentionally left blank*]

Dated: September 7, 2023

Respectfully submitted,

      */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
Cory D. Kandestin (No. 5025)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Co-Counsel to Debtors and Debtors in Possession*