**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION**

   Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Matthew A. Sawyer, Esq. of the law firm Brown Rudnick LLP to represent the Official Committee of Equity Security Holders, in the above-captioned chapter 11 cases.

Dated: September 8, 2023

/s/ *Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16297594/1

-2-

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Massachusetts and the United States District Court for the District of Massachusetts. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

  Dated: September 8, 2023                    */s/ Matthew A. Sawyer*
                                                             Matthew A. Sawyer, Esquire
                                                              Brown Rudnick LLP
                                                              One Financial Center
                                                             Boston, MA 02111
                                                             Telephone: (617) 856-8200
                                                             Facsimile: (617) 856-8201
                                                             E-mail: msawyer@brownrudnick.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.