**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al*., | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Michael Modesto Gale of Allen & Overy LLP to represent Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC (collectively "Foxconn") in the above-captioned cases.

Dated: September 11, 2023

*/s/ Matthew O. Talmo*
Matthew O. Talmo (No. 6333)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: mtalmo@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 11, 2023

*/s/ Michael Modesto Gale*
Michael Modesto Gale
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
Email: michael.modestogale@allenovery.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.