## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 1, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Auction and Sale Hearing** [Docket No. 241]

Furthermore, on September 5, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Entry of "Interim Order (A) Authorizing, but Not Directing, the Debtors to (I) Maintain Their Existing Warranty Programs and (II) Honor Certain Customer Obligations and (B) Granting Other Related Relief" and Final Hearing Thereon** [Docket No. 71]

Furthermore, on September 6, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

- **Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts** [Docket No. 280]

Dated:  September 8, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**

**Creditor Matrix**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Jose Canales | Address Redacted | | | |

# Exhibit B

**Exhibit B**

**Customers Service List**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Justin Brasell | Address Redacted | | | |

# Exhibit C

**Exhibit C**

**Contract Counterparties Service List**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Mosaic Corporation | 3720 Longview Dr Ste 2 | Atlanta | GA | 30341-2238 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)