**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 7, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases** [Docket No. 259]

Furthermore, on September 7, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail to the registered shareholders of Common Stock, on the service list attached hereto as **Exhibit B**:

- **Notice of Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases** [Docket No. 259]

Dated: September 11, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**

**Creditor Matrix**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Edwin Bulleit | Address Redacted | | | |
| Jose Canales | Address Redacted | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

# Exhibit B

**Exhibit B**

**Registered Shareholders**

**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Garrett Paul Ederle | Address Redacted | | | |