**Exhibit B**

**Expenses**

| Date | Timekeeper | English Narrative | Category | Amount |
|---|---|---|---|---|
| 6/30/2023 | Kampfner, Roberto | Car Services: 06/29/2023 - VOUCHER NUMBER 3062924845 - Roberto Kampfner - FROM 1221 6 AVE MANHATTAN NY - TO JFK Airport Jamaica NY | Taxi - Business | $110.18 |
| 7/17/2023 | Kampfner, Roberto | Hotel stay by Roberto Kampfner at The Muse New York in New York for 2 nights to attend hearings. 27-Jun-23 - 28-Jun-23 | Hotel Expense | $893.10 |
| 7/7/2023 | Kim, Doah | Hotel stay by Doah Kim at The Muse New York in New York for 1 night to prepare the case filing for Lordstown Motors and attend virtual first day hearing. 28-Jun-23 | Hotel Expense | $456.68 |
| 7/7/2023 | Kim, Doah | Taxi - Hotel / Airport - Prepare the case filing for Lordstown Motors and attend virtual first day hearing. - 29-Jun-2023 | Taxi - Business | $91.26 |
| 7/7/2023 | Kim, Doah | Hotel stay by Doah Kim at The Muse New York in New York for 1 night to prepare the case filing for Lordstown Motors and attend virtual first day hearing. 27-Jun-23 | Hotel Expense | $424.89 |
| 6/30/2023 | He, Fan | Car Services: 06/30/2023 - VOUCHER NUMBER 3062925378 - Fan He - FROM 130 W. 46 ST MANHATTAN NY - TO Newark Airport Newark NJ | Taxi - Business | $127.43 |
| 7/11/2023 | He, Fan | Lunch - Internal Guest F.He - Project Pickup - filing - 28-Jun-2023 | Travel Meals | $4.00 |
| 7/11/2023 | He, Fan | One Way, Economy airfare on American Airlines from New York to Miami for He Fan on 6/30/2023 for Project Pickup - filing | Airfare | $735.90 |
| 7/11/2023 | He, Fan | One Way, Economy airfare on American Airlines from Miami to New York for He Fan on 7/25/2023 for Project Pickup - filing | Airfare | $274.90 |
| 7/11/2023 | He, Fan | Car Service - MIA airport/Residence - Project Pickup - filing - 30-Jun-2023 | Taxi - Business | $15.99 |
| 7/11/2023 | He, Fan | Dinner - Internal Guest F. He - Project Pickup - filing - 29-Jun-2023 | Overtime Meals | $11.92 |
| 7/11/2023 | He, Fan | Breakfast - Internal Guest F. He - Project Pickup - filing - 27-Jun-2023 | Overtime Meals | $8.06 |
| 7/11/2023 | He, Fan | Lunch - Internal Guest F.He - Project Pickup - filing - 29-Jun-2023 | Travel Meals | $55.00 |
| 7/11/2023 | He, Fan | Hotel stay by Fan He at The Muse New York in New York for 3 nights for Project Pickup Filing. 27-Jun-23 - 29-Jun-23 | Hotel Expense | $1,051.27 |
| 6/30/2023 | Turetsky, David | Catering services for in New York provided by FLIK on 6/27/2023 for Client - Full Beverage Service - Approximate headcount: 8 | Conference Room Dining | $78.39 |
| 6/30/2023 | Turetsky, David | Catering services for in New York provided by FLIK on 6/28/2024 for Client - Full Beverage Service - Approximate headcount: 8 | Conference Room Dining | $78.39 |
| 7/7/2023 | Turetsky, David | 06/27/2023 - Cardholder- KATHY SKINNER - GENERAL REGISTRY - 1902563-0002 (J. Green) - Cayman Islands Registry company information search | Document Research | $36.59 |

| Date | Name | Description | Category | Amount |
|---|---|---|---|---|
| 7/7/2023 | Turetsky, David | 06/28/2023 - Cardholder- KATHY SKINNER - FOREIGN EXCHANGE FEE - 1902563-0002 (J. Green) - Cayman Islands Registry company information search | Document Research | $1.03 |
| 7/31/2023 | Turetsky, David | Catering services for Second Day Hearing in New York provided by FLIK on 7/27/2023 for Client - Full Beverage Service - Approximate headcount: 5 | Conference Room Dining | $36.75 |
| 7/10/2023 | Mezei, Livy | Taxi - Expense of Uber after late work on June 28. Uber taken at 12:27 AM on June 29. - 29-Jun-2023 | Taxi - Overtime | $77.60 |
| 7/12/2023 | Padmanabhan, Aditi | Dinner - Internal Guest A. Padmanabhan - Dinner expense. - 03-Jul-2023 | Overtime Meals | $20.00 |
| 7/12/2023 | Padmanabhan, Aditi | Dinner - Internal Guest A. Padmanabhan - Dinner expense. - 28-Jun-2023 | Overtime Meals | $20.00 |
| 7/12/2023 | Padmanabhan, Aditi | Dinner - Internal Guest A. Padmanabhan - Dinner expense. - 30-Jun-2023 | Overtime Meals | $20.00 |
| 7/12/2023 | Padmanabhan, Aditi | Dinner - Internal Guest A. Padmanabhan - Dinner expense. - 01-Jul-2023 | Overtime Meals | $20.00 |
| 7/20/2023 | Padmanabhan, Aditi | Overtime Meals - Aditi Padmanabhan - Worked past 8 PM at office on client billable matter. - 12-Jul-23 | Overtime Meals | $20.00 |
| 7/12/2023 | Strom, Peter | Overtime Transportation - overtime transportation home - 27-Jun-23 | Taxi - Overtime | $49.45 |
| 7/12/2023 | Strom, Peter | Overtime Transportation - overtime transportation home - 27-Jun-23 | Taxi - Overtime | $61.86 |
| 7/12/2023 | Strom, Peter | Overtime Meals - Peter Strom, Fan He, Livy Mezei, RJ Szuba, Doah Kim - overtime meal with team - 27-Jun-23 | Overtime Meals | $100.00 |
| | | | **Total** | **$4,880.64** |

AMERICAS 124646340