IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear, pursuant to Section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors-in-possession (collectively, the "Debtors") for and on behalf of George Troicky (the "Lead Plaintiff"), the court-appointed lead plaintiff in the putative class action captioned *In re Lordstown Motors Corp. Securities Litigation*, Case No. 4:21-cv-00616 (DAR), pending in the United States District Court for the Northern District of Ohio.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, on behalf of the Lead Plaintiff and the proposed class the Lead Plaintiff seeks to represent in the Securities Class Action Proceedings, hereby requests service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

42879/2
09/14/2023 214499328.1

Proceedings"), and requests that the names and addresses of the undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases. Service may be made and directed as follows:

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **CROSS & SIMON, LLC** |
| Michael S. Etkin, Esq. | Christopher P. Simon, Esq. |
| Andrew Behlmann, Esq. | 1105 North Market Street, Suite 901 |
| Scott Cargill, Esq. | Wilmington, DE 19801 |
| One Lowenstein Drive | Telephone: (302) 777-4200 |
| Roseland, New Jersey 07068 | Facsimile: (302) 777-4224 |
| Telephone: (973) 597-2500 | Email: csimon@crosslaw.com |
| Facsimile: (973) 597-2333 | *Bankruptcy Co-Counsel to the Securities Litigation Lead Plaintiff George Troicky* |
| E-mail: metkin@lowenstein.com | |
| E-mail: abehlmann@lowenstein.com | |
| E-mail: scargill@lowenstein.com | |
| *Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky* | |

**PLEASE TAKE FURTHER NOTICE** that this request for service includes not only the notices and papers referred to in the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure (wherever applicable), but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, email, or electronic filing or otherwise filed or made with regard to the Chapter 11 Cases or any Related Proceedings, and for the purposes of CM/ECF.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by the Lead Plaintiff, either individually or on behalf of the Class or any member thereof, does not, shall not, and shall not be deemed to:

- constitute a submission by the Lead Plaintiff, either individually or on behalf of the Class or any member thereof, to the jurisdiction of the Bankruptcy Court;

- constitute consent by the Lead Plaintiff, either individually or on behalf of the Class or any member thereof, to entry by the Bankruptcy Court of any final order in any non-core proceeding, **which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific proceeding**;

- waive any substantive or procedural rights of the Lead Plaintiff or the Class or any member thereof, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on any matter; (b) the right to have final orders in non-core matters entered only after de novo review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in any Related Proceedings, in the Securities Class Action Proceedings, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Class Action Proceedings; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which the Lead Plaintiff or the Class or any member thereof are or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under any applicable law, rule, regulation, or order.

| | |
|---|---|
| Dated: September 14, 2023<br>Wilmington, Delaware | **CROSS & SIMON, LLC**<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>Email: csimon@crosslaw.com<br><br>*- and -* |

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
Scott Cargill, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone 973-597-2500
metkin@lowenstein.com
abehlmann@lowenstein.com
scargill@lowenstein.com

*Bankruptcy Counsel for*
*Lead Plaintiff George Troicky*