# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Lordstown Motors Corp., *et al.*,[1] | ) Case No. 23-10831 (MFW) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Domenic E. Pacitti, Esq. of Klehr Harrison Harvey Branzburg LLP, hereby certify that on the 14th day of September 2023, I served a copy of the *Limited Objection and Reservation of Rights of Workhorse Group Inc. to the Proposed Sale of Substantially All of the Debtors' Assets to the Successful Bidder* on the registered parties via ECF and on the attached service list via first class mail and electronic mail.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Domenic E. Pacitti*
　　　　　　　　　　　　　　　　　　　　　　Domenic E. Pacitti (DE Bar No. 3989)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 2700 Hills Tech Ct., Farmington Hills, MI 48331.

SERVICE LIST

White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
Attn:   Thomas E Laura
        Matthew C. Brown
        Fan B. He

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Attn:   David M. Turetsky
        Adam Cieply

Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Attn.:  Kevin Gross
        Daniel J. DeFranceschi
        Paul N. Heath
        Amanda R. Steele

Office of the United States Trustee
for the District of Delaware
844 King Street
Suite 2207
Wilmington, DE 19801
Attn:   Benjamin A. Hackman


Troutman Pepper LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Attn:   David M. Fournier
        Marcy McLaughlin Smith
        Tori L. Remington

Troutman Pepper LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Attn:   Francis J. Lawall

Troutman Pepper LLP
875 Third Avenue
New York, NY 10022
Attn:   Deborah Kovsky-Apap