**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below enter their appearance as counsel on behalf of Applied Medical Resources Corp. pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010. The undersigned request that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon them as follows:

| | |
|---|---|
| Matthew P. Austria | Andrew B. Still |
| Austria Legal, LLC | Snell & Wilmer L.L.P. |
| 1007 N. Orange Street, 4th Floor | 600 Anton Boulevard, Suite 1400 |
| Wilmington, Delaware 19801 | Costa Mesa, CA 92626-7689 |
| Telephone: (302) 521-5197 | Telephone: (714) 427-7000 |
| Facsimile: (302) 291-1722 | Facsimile: (714) 427-7799 |
| Email: maustria@austriallc.com | Email: astill@swlaw.com |

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Applied Medical Resources Corp.'s right to have final orders in *Stern* matters entered only by a district judge; (ii) Applied Medical Resources Corp.'s right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Applied Medical Resources Corp.'s right

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 2700 Hills Tech Ct., Farmington Hills, MI 48331.

to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any lack of venue or jurisdiction by this Court over this case or any adversary proceeding, contested matter, or other proceeding; (v) the right to service under Bankruptcy Rule 7004 in adversary proceedings, and counsel is not appointed as its agent for service of process in any such adversary proceedings; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which Applied Medical Resources Corp. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Applied Medical Resources Corp. expressly reserves. This request shall not be deemed to constitute consent to electronic service in instances where mailed or personal service is required under applicable rules.

Dated: September 18, 2023
Wilmington, Delaware

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Facsimile: (302) 291-1722
Email: maustria@austriallc.com

-and-

**SNELL & WILMER L.L.P.**
Andrew B. Still
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
Email: astill@swlaw.com

*Counsel for Applied Medical Resources Corp.*