**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 39** |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Seyfarth Shaw LLP and Chipman Brown Cicero & Cole, LLP

hereby withdraw as counsel for *Karma Automotive LLC, a California limited liability company*

and request to be removed from all electronic (and any other) service lists in these cases.

Dated: September 19, 2023        **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
              olivere@chipmanbrown.com

*Counsel for Karma Automotive LLC*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.