**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 5, 2023 at 10:30 a.m. (ET)**<br>**Responses Due: September 28, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS FOR ENTRY OF AN ORDER PERMITTING SECURITIES TRADING
UPON ESTABLISHMENT OF A SCREENING WALL**

**PLEASE TAKE NOTICE** that on September 19, 2023, the Official Committee of Equity Security Holders (the "Equity Committee" or the "Committee"), appointed in the Chapter 11 cases of Lordstown Motors Corp. and its affiliates (the "Debtors") filed the *Motion of Official Committee of Equity Security Holders for an Order Permitting Securities Trading Upon Establishment of a Screening Wall* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon the undersigned counsel so as to be received on or before **September 28, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").** At the same time, you must also serve a copy of the response upon the Equity Committee's undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion before the Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801 will be held on **October 5, 2023 at 10:30 a.m. (ET) (the "Hearing Date")**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16310758/1

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 19, 2023

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: rstark@brownrudnick.com
E-mail: bsilverberg@brownrudnick.com

-and-

Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: msawyer@brownrudnick.com

*Proposed Counsel to the Official Committee of Equity Security Holders*