## **EXHIBIT B**

**Letter**

(Name)

(Firm)

Re: Lordstown Motors Corp., *et al.* (23-10831 (MFW))

Order to Permit Securities Trading Upon Establishment of a Screening Wall

Dear [_____];

I am writing this letter pursuant to, and in accordance with, the *Order Permitting Securities Trading Upon Establishment of Screening Wall* (the "Order") entered by the Bankruptcy Court for the District of Delaware on [_], 2023. I am a [Title] of [Committee Member]. [Committee Member] is a Committee Member of the Official Committee of Equity Security Holders ("Equity Committee") of Lordstown Motors Corp. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"). I hereby acknowledge that: (a) I may receive nonpublic information regarding the Debtors as a consequence of serving on the Equity Committee; (b) I am aware of, and agree to comply with, the Order and the Screening Wall procedures (as defined in the Order) which are in effect with respect to the Stock (as defined in the Order); and (c) I will inform Equity Committee counsel and the United States Trustee in writing if such procedures are materially breached.

                                                Sincerely yours,

                                                [Name]