**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules") and the attached certification, counsel moves for the admission *pro hac vice* of Bruce Vanyo of Katten Muchin Rosenman LLP, to represent Edward Hightower and Adam Kroll in the above-captioned cases.

Dated: September 19, 2023

/s/ *Jennifer R. Hoover*
Jennifer R. Hoover (DE 5111)
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7010
jhoover@Beneschlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New York and California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 19, 2023

/s/ *Bruce Vanyo*
Bruce Vanyo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8787
bruce@katten.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

23281453