# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |
| | **RE: D.I. 441** |

## NOTICE OF WITHDRAWAL OF DUPLICATE MOTION

**PLEASE TAKE NOTICE** on September 19, 2023, the undersigned counsel erroneously filed the *Motion and Order for Admission Pro Hac Vice* (of Sarah Eichenberger, Esq) (the "Motion") twice at D.I. 440 and D.I. 441.

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the duplicate Motion filed at D.I. 441.

Dated: September 20, 2023

                                               */s/ Steven L. Walsh*
                                               Jennifer R. Hoover (DE No. 5111)
                                               Steven L. Walsh (DE No. 6499)
                                               **BENESCH FRIEDLANDER COPLAN**
                                                    **& ARONOFF LLP**
                                               1313 North Market Street, Suite 1201
                                               Wilmington, DE 19801-6101
                                               Telephone: (302) 442-7010
                                               Email:  jhoover@Beneschlaw.com
                                                                      swalsh@Beneschlaw.com

                                                    -and-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

23281858

Bruce G. Vanyo (*pro hac vice* forthcoming)
Sarah Eichenberger (*pro hac vice* forthcoming)
Jonathan Rotenberg (*pro hac vice* forthcoming)
Cindi M. Giglio (*pro hac vice* forthcoming)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8788
Email:  bruce@katten.com
 sarah.eichenberger@katten.com
 jonathan.rotenberg@katten.com
 cgiglio@katten.com

*Counsel to Edward Hightower and Adam Kroll*

## CERTIFICATE OF SERVICE

I, Steven L. Walsh, hereby certify that, on September 20, 2023, I caused to be served a true and correct copy of the *Notice of Withdrawal of Duplicate Motion* upon all parties registered to receive electronic notice in the above-captioned case via the Court's CM/ECF electronic notification system.

    */s/ Steven L. Walsh*
Steven L. Walsh (DE No. 6499)