### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., et al., | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott Cargill of Lowenstein Sandler LLP to represent George Troicky, the court-appointed lead plaintiff in the putative class action captioned: In re Lordstown Motors Corp. Securities Litigation, Case No. 4:21-cv-00616 (DAR), pending in the United States District Court for the Northern District of Ohio in the above-captioned cases and any related adversary proceedings.

Dated: September 20, 2023

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of New Jersey, New York and Arizona and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 20, 2023

*/s/ Scott Cargill*
Scott Cargill, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey
Telephone: (973) 597-2500
scargill@lowenstein.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.