**EXHIBIT A**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
June 27, 2023 through August 31, 2023

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Celeste Campbell | Manager - Bankruptcy | 0.0 | $ 298 | $ - |
| Dan Varnish | Senior Associate - Audit | 34.0 | $ 300 | $ 10,200.00 |
| Darrin Schultz | Partner - Audit | 2.5 | $ 500 | $ 1,250.00 |
| Juanita Garza | Senior Associate - Bankruptcy | 0.0 | $ 245 | $ - |
| Mark Schierholt | Managing Director - Audit | 11.8 | $ 450 | $ 5,310.00 |
| Melina Lynn | Associate - Audit | 47.1 | $ 250 | $ 11,775.00 |
| Mila Orobia | Associate - Bankruptcy | 10.3 | $ 210 | $ 2,163.00 |
| Sara Rufo | Manager - Audit | 48.8 | $ 350 | $ 17,080.00 |
| Sarah Pencak | Senior Associate - Audit | 39.3 | $ 300 | $ 11,790.00 |
| Scott Stelk | Partner - Audit | 19.2 | $ 500 | $ 9,600.00 |
| Teresa Williams | Associate - Bankruptcy | 0.0 | $ 210 | $ - |
| Wendy Shaffer | Associate Director - Bankruptcy | 11.0 | $ 333 | $ 3,663.00 |
| **Hours and Fees at Discounted Rates** | | **224.0** | | **$ 72,831.00** |
| **Total Discounted Fees** | | | | $ 72,831.00 |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | $ 72,831.00 |
| Less Holdback Adjustment (20%) | | | | (14,566.20) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 58,264.80** |
| **Blended Hourly Rate** | | | **$325.14** | |