**EXHIBIT B**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Hours and Discounted Fees Incurred by Category
June 27, 2023 through August 31, 2023

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| Audit Services | C1 | 201.2 | $ 66,480.00 |
| Retention Services | C2 | 12.4 | $ 4,154.70 |
| Fee Application Preparation Services | C3 | 10.4 | $ 2,196.30 |
| **Total** | | **224.0** | **$ 72,831.00** |