**EXHIBIT D**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Out of Pocket Expenses
June 27, 2023 through August 31, 2023

| **Category** | **Amount** |
|---|---:|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

**EXHIBIT D1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Detail of Out of Pocket Expenses
June 27, 2023 through August 31, 2023

| Name | Date | Description | Amount |
|---|---|---|---|
| | | **Air Fare Subtotal** | $ - |
| | | **Lodging Subtotal** | $ - |
| | | **Meals Subtotal** | $ - |
| | | **Total Ground Transportation** | $ - |
| | | **Miscellaneous Subtotal** | $ - |
| | | **Total Out of Pocket Expenses** | $ - |