# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: Lordstown Motors Corp. and Lordstown EV Corporation <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case Nos. 23-10831 and 23-10832 <br> ) <br> ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cedar Glade LP | Zetwerk Manufacturing USA Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cedar Glade LP
600 Madison Avenue, 17th Floor
New York, NY  10022
Attn: Robert K. Minkoff, President

Phone: (646) 979-4083
Last Four Digits of Acct #:

Last known address:

548 Market Street, #70774
San Francisco, CA  94104-5401

Court Claim # (if known): N/A
Amount of Scheduled Claim: $62,638.30
Date Claim Filed: N/A

Phone: (619) 317-2082
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert K. Minkoff     Date: September 21, 2023
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Zetwerk Manufacturing USA, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its scheduled claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the amount of **$62,638.30** against **Lordstown EV Corporation** (the "Debtor"), **Case No. 23-10832, jointly administered under Case No. 23-10831, United States Bankruptcy Court for the District of New Jersey** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ DAY OF _____ 2023.

BY: **ZETWERK MANUFACTURING USA, INC.**

_____
DocuSigned by: Anirudh Reddy
42E5CFCDF6D7408...

Name: Anirudh Reddy
Title: Director


BY: **CEDAR GLADE LP**

/s/ Robert K. Minkoff
_____
Name: Robert K. Minkoff
Title: President