**EXHIBIT B**



Raymond J. DiCamillo
Director
302-651-7786
DiCamillo@rlf.com

June 20, 2023

David Hamamoto
Mark Walsh
Andrew Richardson
Steven Hash
Judith Hannaway

Re:  **Lordstown Motors Corp. — Conflict Waiver**

Dear David, Mark, Andrew, Steven and Judith:

Richards, Layton & Finger, P.A. ("RLF") has been asked to represent Lordstown Motors Corp., and certain of its affiliates and/or subsidiaries (collectively, the "Company") as legal co-counsel, along with White & Case LLP, in connection with the Company's possible filing and prosecution of a chapter 11 case (the "Company Engagement").  Each of you (collectively, the "Chancery Court Defendants") are, among other things, defendants in that certain civil action styled *In re Lordstown Motors Corp. Stockholders Litigation*, C.A. No. 2021-1066-LWW, pending in the Court of Chancery of the State of Delaware (the "Chancery Action") and, in connection with the Company Engagement, the Company and the Chancery Court Defendants may be required to negotiate, take adverse positions, or become involved in litigation.  As you know, RLF currently serves as Delaware co-counsel to the Chancery Court Defendants in the Chancery Action.

In connection with the foregoing, RLF is hereby seeking a written waiver from the Chancery Court Defendants of any actual or potential conflict of interest in connection with RLF representing the Company in the Company Engagement, on the one hand, and RLF's past, present, and future representation of the Chancery Court Defendants in the Chancery Action, on the other hand.  For the avoidance of doubt, RLF seeks to act in all potential capacities on behalf of, and as legal co-counsel to, the Company in connection with the Company Engagement, provided, however, that RLF will not act on behalf of the Company in any adversary proceeding or contested direct dispute between the Company and any of the Chancery Court Defendants.  At the same time, RLF will not be able to represent any of the Chancery Court Defendants in any proceedings in any potential bankruptcy case that may be filed by the Company.  As such, in the event of any such filing by the Company, you will need to engage separate counsel to advise and represent you in connection with any such case or proceedings.

David Hamamoto
Mark Walsh
Andrew Richardson
Steven Hash
Judith Hannaway
June 20, 2023
Page 2

      We understand that the Chancery Court Defendants have consented to and agreed to waive any actual or potential conflict raised by RLF's representation of the Company and the Chancery Court Defendants as described herein. We have disclosed to the Company our representation of the Chancery Court Defendants and have obtained a similar consent and waiver from the Company.

      RLF will staff its representation of the Company in the Company Engagement with attorneys that are not providing services to the Chancery Court Defendants, and RLF will otherwise make sure that an ethical screen is in place and remains in place with respect to such attorneys. We take very seriously our obligations to maintain the confidentiality of information we receive from all of our clients and we will take appropriate steps to make sure that we maintain the confidences of both the Chancery Court Defendants and the Company. In connection with or related to the matters discussed herein, we will not be under a duty to disclose any confidential information belonging to the Chancery Court Defendants or the Company. Moreover, the Chancery Court Defendants agree that they will not consider it a breach of any duty that we may owe to the Chancery Court Defendants for RLF to honor confidentialities and to limit the disclosure of information in this manner. In addition, RLF agrees that the RLF attorneys representing the Company and the RLF attorneys representing Chancery Court Defendants will not act against each other, and further agrees that any negotiations between the Chancery Court Defendants and the Company will be handled by their respective other outside counsel.

      This letter constitutes informed written consent under Rule 1.7 and/or Rule 1.9 of the Delaware Rules of Professional Conduct. In addition, you should feel free to consult with other counsel regarding the contents of this letter.

      Should you have any questions regarding the matters addressed herein, please do not hesitate to contact me. If the foregoing is acceptable and agreed to, we would appreciate the execution and return of this letter to my attention by email at DiCamillo@rlf.com. Thank you for your consideration.

      Very best regards,

      RICHARDS, LAYTON & FINGER, P.A.

      By: */s/ Raymond J. DiCamillo*
          Raymond J. DiCamillo

RLF1 29141890v.2

David Hamamoto
Mark Walsh
Andrew Richardson
Steven Hash
Judith Hannaway
June 20, 2023
Page 3

Accepted and Agreed:

_____          Date:  June 22        , 2023
Name: David Hamamoto

_____          Date:  _____, 2023
Name: Mark Walsh

_____          Date:  _____, 2023
Name: Andrew Richardson

_____          Date:  _____, 2023
Name: Steven Hash

_____          Date:  _____, 2023
Name: Judith Hannaway

RLF1 29141890v.2

David Hamamoto
Mark Walsh
Andrew Richardson
Steven Hash
Judith Hannaway
June 20, 2023
Page 3

Accepted and Agreed:

_____          Date: _____, 2023
Name: David Hamamoto

*[signature: Mark Walsh]*
_____          Date: _____, 2023
Name: Mark Walsh

_____          Date: _____, 2023
Name: Andrew Richardson

_____          Date: _____, 2023
Name: Steven Hash

_____          Date: _____, 2023
Name: Judith Hannaway

David Hamamoto  
Mark Walsh  
Andrew Richardson  
Steven Hash  
Judith Hannaway  
June 20, 2023  
Page 3

Accepted and Agreed:

_____  
Name: David Hamamoto

Date: _____, 2023

_____  
Name: Mark Walsh

Date: _____, 2023

_____  
Name: Andrew Richardson

Date: _6/23_____, 2023

_____  
Name: Steven Hash

Date: _____, 2023

_____  
Name: Judith Hannaway

Date: _____, 2023

David Hamamoto
Mark Walsh
Andrew Richardson
Steven Hash
Judith Hannaway
June 20, 2023
Page 3

Accepted and Agreed:

_____          Date: _____, 2023
Name: David Hamamoto


_____          Date: _____, 2023
Name: Mark Walsh


_____          Date: _____, 2023
Name: Andrew Richardson

_____          Date: __6/27__, 2023
Name: Steven Hash


_____          Date: _____, 2023
Name: Judith Hannaway


RLF1 29141890v.2

Defendants with each other, and further agrees that any negotiations between the Chancery Court Defendants and the Company will be handled by their respective other outside counsel.

       This letter constitutes informed written consent under Rule 1.7 and/or Rule 1.9 of the Delaware Rules of Professional Conduct. In addition, you should feel free to consult with other counsel regarding the contents of this letter.

       Should you have any questions regarding the matters addressed herein, please do not hesitate to contact me. If the foregoing is acceptable and agreed to, we would appreciate the execution and return of this letter to my attention by email at DiCamillo@rlf.com. Thank you for your consideration.

Very best regards,
RICHARDS, LAYTON & FINGER, P.A.

By: /s/ *Raymond J. DiCamillo*

    Raymond J. DiCamillo

Accepted and Agreed:

_____  Date: _____, 2023
Name: David Hamamoto

_____  Date: _____, 2023
Name: Mark Walsh

_____  Date: _____, 2023
Name: Andrew Richardson

_____  Date: _____, 2023
Name: Steven Hash

/s/ Judith Hannaway  Date: June 23, 2023
Name: Judith Hannaway