**<u>EXHIBIT D</u>**

## **Exhibit D-1**

**Company Confirmation**

**From:** Melissa Leonard
**Sent:** Friday, June 30, 2023 2:05 PM
**To:** DeFranceschi, Daniel J.
**Cc:** Gross, Kevin
**Subject:** RE: Lordstown Chapter 11 Case

* EXTERNAL EMAIL *

Dan:

Confirmed.

Regards,
Melissa

**From:** DeFranceschi, Daniel J. <defranceschi@RLF.com>
**Sent:** Friday, June 30, 2023 1:32 PM
**To:** Melissa Leonard ████████████████████
**Cc:** DeFranceschi, Daniel J. <defranceschi@RLF.com>; Gross, Kevin <gross@rlf.com>
**Subject:** Lordstown Chapter 11 Case

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Melissa,

I hope this finds you well.

I write further to my firm's engagement letter ( a copy of which is attached for your convenience) and the conflict waiver that Lordstown Motors Corp. et al. granted thereunder. Therein, my partner Kevin Gross referred to cases pending in the Delaware District Court and the Delaware Court of Chancery. With regard to the Court of Chancery, the letter specifically referred to the case bearing case number 2021-1066, but inadvertently did not specifically refer to another filed case in the Court of Chancery bearing case number 2021-1049, in which other attorneys at RLF similarly represent the Chancery Defendants (as defined in our engagement letter). I therefore write to confirm our understanding that the waivers that were granted under our engagement letter similarly extend to case no. 2021-1049, to the same extent as under the waivers provided under our engagement letter.

Please let me know if you have question about this matter or want to discuss.

I also would appreciate if you would confirm your acceptance by return email.

My best regards,

Dan

Daniel J. DeFranceschi

1

Richards, Layton & Finger
920 N. King Street
Wilmington, Delaware 19801
Direct Dial 302-651-7816
Mobile 484-753-4861
defranceschi@rlf.com

---

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

NOTICE: This email may contain information that is privileged, confidential and/or exempt from disclosure. It may also contain trade secrets or other materials the release of which may cause prejudice or loss to Lordstown Motors. No waiver whatsoever is intended by sending this e mail, which is intended only for the named recipient(s). Unauthorized use, dissemination or copying is prohibited. If you have received this email in error, please notify the sender and delete this email and any attachments from your computer system. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of Lordstown Motors. Lordstown Motors accepts no responsibility for any damage caused by any virus transmitted by this email or other risk of loss, destruction, deletion, error, or omission that can arise from sending information over the Internet.

CAUTION RLF: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**<u>Exhibit D-2</u>**

**Director Confirmation – Hanaway**

**From:** Judith Hannaway ████████████████
**Sent:** Wednesday, July 19, 2023 5:54 PM
**To:** DiCamillo, Raymond J. <DiCamillo@RLF.com>
**Subject:** Re: Lordstown Conflict Waiver

<mark>* EXTERNAL EMAIL *</mark>

I confirm

> On Jul 19, 2023, at 3:05 PM, DiCamillo, Raymond J. <DiCamillo@rlf.com> wrote:
>
> Dear all,
>
> I write regarding the conflict waivers that each of you granted in connection with our firm's representation of Lordstown Motor Corporation and affiliated entities in their pending bankruptcy cases in the Delaware Bankruptcy Court.  In those waivers, I referred to cases pending in the Delaware District Court and the Delaware Court of Chancery.  With regard to the Court of Chancery, I specifically referred to the case bearing case number 2021-1066 (which is the case filed by Bernstein Litowitz which is being actively litigated), but I inadvertently did not specifically refer to another filed case in the Court of Chancery bearing case number 2021-1049 (which is a derivative case similar to the federal cases which is stayed), in which we similarly represent each of you.  I therefore write to confirm our understanding that the waivers that you have granted similarly extend to case no. 2021-1049, to the same extent as under the waivers you have provided in connection with our firm's representation of Lordstown Motor Corporation and affiliated entities in their pending bankruptcy cases in the Delaware Bankruptcy Court.
>
> Please let me know if you have question about this matter or want to discuss.  I also would appreciate if you would confirm your acceptance by return email.
>
> Raymond J. DiCamillo
> Richards, Layton & Finger, P.A.
> dicamillo@rlf.com
> 302-651-7786 (direct)
> 302-584-8821 (cell)
>
> 920 North King Street
> Wilmington, Delaware 19801
> www.rlf.com

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

**CAUTION RLF:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

## **Exhibit D-3**

**Director Confirmation – Hash, Walsh, Richardson, Hamamoto**

**From:** David Hamamoto ███████████████████████████
**Sent:** Wednesday, July 19, 2023 6:08 PM
**To:** Andrew Richardson ██████████████████
**Cc:** Walsh, Mark █████████████████████████; stevehash██████████████; DiCamillo, Raymond J. <DiCamillo@RLF.com>; judhanna████████████████
**Subject:** Re: [EXTERNAL]:RE: Lordstown Conflict Waiver

<div style="background:yellow">**\* EXTERNAL EMAIL \***</div>

Confirmed

Sent from my iPhone

> On Jul 19, 2023, at 5:20 PM, Andrew Richardson █████████████████████ wrote:
>
> Confirmed.
>
>> On Jul 19, 2023, at 2:57 PM, Walsh, Mark ████████████████████ wrote:
>>
>> confirmed ✅
>>
>> ---
>> **From:** ████████████████ <stevehash███████████>
>> **Sent:** Wednesday, July 19, 2023 4:57:10 PM
>> **To:** 'DiCamillo, Raymond J.' <DiCamillo@RLF.com>;
>> ████████████████████████████████████████████████
>> ████████████████████████████████████████████████
>> **Subject:** [EXTERNAL]:RE: Lordstown Conflict Waiver
>>
>> | CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |
>> | --- |
>>
>> Confirmed
>>
>> ---
>> **From:** DiCamillo, Raymond J. <DiCamillo@RLF.com>
>> **Sent:** Wednesday, July 19, 2023 3:01 PM

**To:** █████████████████████████████████████

**Subject:** Lordstown Conflict Waiver

Dear all,

I write regarding the conflict waivers that each of you granted in connection with our firm's representation of Lordstown Motor Corporation and affiliated entities in their pending bankruptcy cases in the Delaware Bankruptcy Court.  In those waivers, I referred to cases pending in the Delaware District Court and the Delaware Court of Chancery.  With regard to the Court of Chancery, I specifically referred to the case bearing case number 2021-1066 (which is the case filed by Bernstein Litowitz which is being actively litigated), but I inadvertently did not specifically refer to another filed case in the Court of Chancery bearing case number 2021-1049 (which is a derivative case similar to the federal cases which is stayed), in which we similarly represent each of you.  I therefore write to confirm our understanding that the waivers that you have granted similarly extend to case no. 2021-1049, to the same extent as under the waivers you have provided in connection with our firm's representation of Lordstown Motor Corporation and affiliated entities in their pending bankruptcy cases in the Delaware Bankruptcy Court.

Please let me know if you have question about this matter or want to discuss.  I also would appreciate if you would confirm your acceptance by return email.

Raymond J. DiCamillo
Richards, Layton & Finger, P.A.
dicamillo@rlf.com
302-651-7786 (direct)
302-584-8821 (cell)

920 North King Street
Wilmington, Delaware 19801
www.rlf.com

---

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

CAUTION RLF: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.