**EXHIBIT E**

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

**4:21-cv-00616-DAR** Rico v. Lordstown Motors Corp. et al
David A. Ruiz, presiding
Date filed: 03/18/2021
Date of last filing: 08/28/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed & Entered:*                03/18/2021 | Utility Event |
| | *Docket Text:* Judge Patricia A. Gaughan assigned to case. (S,Ke) | |
| | *Filed & Entered:*                03/18/2021 | Random Assignment of Magistrate Judge |
| | *Docket Text:* Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge David A. Ruiz. (S,Ke) | |
| 1 | *Filed & Entered:*                03/18/2021 | Complaint |
| | *Docket Text:* Class Action **Complaint** with jury demand against All Defendants. Filing fee paid $ 402, Receipt number AOHNDC-10726672. Filed by Matthew Rico. (Attachments: # (1) Exhibit A, Plaintiff's Certification, # (2) Civil Cover Sheet, # (3) Summons Lordstown, # (4) Summons Burns, # (5) Summons Schmidt, # (6) Summons Rodriguez) (Legando, Drew) | |
| 2 | *Filed & Entered:*                03/18/2021 | Summons Issued |
| | *Docket Text:* Original Summons and Magistrate Consent Form issued to counsel for service upon All Defendants. (Attachments: # (1) Magistrate Consent Form) (S,Ke) | |
| | *Filed & Entered:*                03/24/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document]: Plaintiff's Motion for Admission Pro Hac Vice of attorney Jeffrey C. Block is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # [3]). Judge Patricia A. Gaughan on 3/24/21. (LC,S) | |
| 3 | *Filed & Entered:*                03/24/2021 *Terminated:*                     03/24/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Jeffrey C. Block to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10737848, filed by Plaintiff Matthew Rico. (Attachments: # (1) Certificate of Good Standing) (Legando, Drew) | |
| 4 | *Filed & Entered:*                03/25/2021 | Attorney Appearance |
| | *Docket Text:* Attorney Appearance by Douglas L. Shively filed by on behalf of All Defendants. (Shively, Douglas) | |
| 5 | *Filed & Entered:*                03/30/2021 *Terminated:*                     04/06/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Douglas W. Greene to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10749494, filed by Stephen S. Burns, Lordstown Motors Corp., Julio Rodriguez, Rich Schmidt. (Attachments: # (1) Exhibit A: Declaration of Good Standing in Support of Motion for Admission of Douglas W. Greene Pro Hac Vice)(Shively, Douglas) | |
| 6 | *Filed & Entered:*                03/30/2021 | Corporate Disclosure Statement |

| 6 | *Filed & Entered:* | 03/30/2021 | Corporate Disclosure Statement |
|---|---|---|---|
| | *Docket Text:* Corporate Disclosure Statement filed by Lordstown Motors Corp.. (Shively, Douglas) | | |
| 7 | *Filed & Entered:* | 03/30/2021 | Stipulation |
| | *Docket Text:* Proposed Stipulation *and Proposed Scheduling Order* filed by All Defendants. (Shively, Douglas) | | |
| 8 | *Filed & Entered:* | 03/30/2021 | Order |
| | *Docket Text:* **Order**: This is a class action securities fraud case. A second class action securities fraud case, i.e., 4:21 CV 633, was filed before Judge Boyko based on the same or similar conduct. The plaintiff marked the case as related to this case. Judge Boyko and the undersigned agreed with the designation and this Court accepted Judge Boyko's case as a related action. The parties are hereby notified that the Court intends to consolidate the two cases for pretrial purposes and perhaps trial. The parties are directed to inform the Court within seven days after entry of this Order as to whether any reason exists that would counsel against consolidation. Judge Patricia A. Gaughan on 3/30/21. (LC,S) | | |
| | *Filed & Entered:* | 04/06/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document]: Defendants' Motion for Admission of Douglas W. Greene Pro Hac Vice is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [5]). Judge Patricia A. Gaughan on 4/6/21. (LC,S) | | |
| | *Filed & Entered:* | 04/13/2021 | Order |
| | *Docket Text:* **Order** [non-document]: Defendants Lordstown Motors Corp., Stephen S. Burns, Julio C. Rodriguez, Rich Schmidt, and Michael Fabian's Motion for Admission of Douglas W. Greene Pro Hac Vice is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # 10). Judge Patricia A. Gaughan on 4/13/21. (LC,S) | | |
| 9 | *Filed & Entered:* | 04/13/2021 | Order |
| | *Docket Text:* **Order** of Consolidation: There are currently four pending class action securities fraud cases filed against Lordstown Motors Corp. and certain individual defendants. The Court has reviewed the complaints and finds that consolidation is appropriate because the complaints allege similar instances of wrongdoing against the defendants. Consolidation will also preserve judicial resources and promote efficiency in resolving the pending matters. Accordingly, it is hereby ORDERED that the four above-captioned cases are hereby consolidated for all purposes. Any subsequent case filed before the undersigned or transferred as a related action will be subject to this Order. All filings must be made solely in Case No. 21 CV 616, i.e., the first-filed case, and need only contain the case caption for that case. Judge Patricia A. Gaughan on 4/13/21. (LC,S) | | |
| 10 | *Filed & Entered:* | 04/13/2021 | Order |
| | *Docket Text:* **Scheduling Order**: The following initial scheduling Order is hereby set: 1. Motions for appointment of Lead Plaintiff and Lead Plaintiff's counsel are due May 17, 2021. Briefs in opposition are due 14 days thereafter and any reply brief must be filed within seven days of the filing of a brief in opposition. 2 Within ten days after this Court appoints a Lead Plaintiff, the Lead Plaintiff and Defendants will submit to the Court a proposed schedule for (i) Lead Plaintiff's filing of a consolidated complaint or designating a previously filed complaint as operative and (ii) Defendants' time to answer or otherwise respond to the operative complaint. Until such time, defendants need not respond to any complaint currently pending or subsequently filed and consolidated in this action. 3. Defendants expressly agree to accept | | |

| | | |
|---|---|---|
| | | service of process in Case Nos. 21 CV 616, 21 CV 633, and 21 CV 720. Judge Patricia A. Gaughan on 4/13/21. (LC,S) |
| | *Filed & Entered:*       05/07/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order**[non-document] Granting Motion for Admission Pro Hac Vice of attorney Joseph Alexander Hood, II for Jesse Brury. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [11]). Judge Patricia A. Gaughan on 5/7/21.(LC,S) Modified on 5/7/2021 (LC,S). | |
| | *Filed & Entered:*       05/07/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document] Granting Motion for Admission Pro Hac Vice of attorney Jeremy A. Lieberman for Jesse Brury. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. Judge Patricia A. Gaughan on 5/7/21. (Related Doc # [12]) | |
| 11 | *Filed & Entered:*       05/07/2021<br>*Terminated:*       05/07/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Joseph Alexander Hood, II to Appear Pro Hac Vice with Certificate of Good Standing. Filing fee $ 120, receipt number OHNDC-10821942, filed by Plaintiff Jesse Brury. Associated Cases: 4:21-cv-00616-PAG, 4:21-cv-00633-PAG, 4:21-cv-00720-PAG, 4:21-cv-00760-PAG(Wagoner, Robert) Modified text on 5/10/2021 (M,TL). | |
| 12 | *Filed & Entered:*       05/07/2021<br>*Terminated:*       05/07/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Jeremy A. Lieberman to Appear Pro Hac Vice with Certificate of Good Standing. Filing fee $ 120, receipt number OHNDC-10821956, filed by Plaintiff Jesse Brury. Associated Cases: 4:21-cv-00616-PAG, 4:21-cv-00633-PAG, 4:21-cv-00720-PAG, 4:21-cv-00760-PAG(Wagoner, Robert) Modified text on 5/10/2021 (M,TL). | |
| | *Filed & Entered:*       05/17/2021 | Request to Clerk for Refund of Erroneous or Duplicate On-line Filing Fee Payment |
| | *Docket Text:* Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: duplicate. Receipt #: 4188391, filed by Jesse Brury. (Wagoner, Robert) | |
| | *Filed & Entered:*       05/17/2021 | Request to Clerk for Refund of Erroneous or Duplicate On-line Filing Fee Payment |
| | *Docket Text:* Request to Clerk for refund of erroneous or duplicate on-line filing fee payment. Reason for refund request: duplicate. Receipt #: BOHNDC-10769327, filed by Jesse Brury. (Wagoner, Robert) | |
| 13 | *Filed & Entered:*       05/17/2021<br>*Terminated:*       06/17/2021 | Motion for order |
| | *Docket Text:* **Motion** Appointment as Lead Plaintiff and Approval of Selection of Counsel filed by Steven Terry, Kin San Chan, Randy Slipher. (Attachments: # (1) Exhibit Memorandum of Law, # (2) Exhibit Declaration of James R. Cummins, # (3) Proposed Order)(Cummins, James) | |
| 14 | *Filed & Entered:*       05/17/2021<br>*Terminated:*       06/17/2021 | Motion for appointment of counsel |
| | *Docket Text:* **Motion** for appointment of counsel *And the Appointment of FNY Managed Accounts LLC as Lead Plaintiff* filed by Movant FNY Managed Accounts LLC. (Attachments: # (1) Brief in Support, # (2) Exhibit Declaration of William K. Flynn in Support of Motion, # (3) Exhibit Ex. A. to Declaration - | |

| | | | |
|---|---|---|---|
| | Certification of FNY Managed Accounts LLC, # (4) Exhibit Ex. B to Declaration - Loss Chart, # (5) Exhibit Ex. C to Declaration - Notice of Action, # (6) Exhibit Ex. D to Declaration - Entwistle & Cappucci Resume, # (7) Exhibit Ex. E to Declaration - Strauss Troy Resume, # (8) Proposed Order)(Wayne, Richard) | | |
| 15 | *Filed & Entered:* | 05/17/2021 | Motion for appointment of counsel |
| | *Terminated:* | 06/17/2021 | |
| | *Docket Text:* **Motion** for appointment of counsel , **Motion** to consolidate cases *and Appointment as Lead Plaintiff* filed by Eskandar Tehrani, Dari Tehrani. (Attachments: # (1) Brief in Support Memorandum of Law in Support of Motion of Eskandar Tehrani and Dari Tehrani for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel, # (2) Exhibit 1 - Declaration of Katherine Connor Ferguson, # (3) Exhibit A - Press Release, # (4) Exhibit B - PSLRA Certificate, # (5) Exhibit C - Loss Chart, # (6) Exhibit D - GPM Firm Resume, # (7) Proposed Order)(Ferguson, Katherine) | | |
| 16 | *Filed & Entered:* | 05/17/2021 | Motion for appointment of counsel |
| | *Terminated:* | 06/17/2021 | |
| | *Docket Text:* **Motion** for appointment of counsel *and for appointment as lead plaintiff* filed by Mohammed Chowdhury, Simha & Pnina Cohen. (Attachments: # (1) Brief in Support, # (2) Proposed Order)(Murray, Joseph) | | |
| 17 | *Filed & Entered:* | 05/17/2021 | Affidavit/Declaration |
| | *Docket Text:* Affidavit/Declaration *of Joseph F. Murray in Support* filed by Mohammed Chowdhury, Simha & Pnina Cohen. Related document(s)[16]. (Attachments: # (1) Exhibit A - PSLRA Notice, # (2) Exhibit B - Certifications, # (3) Exhibit C - Estimate of losses, # (4) Exhibit D - Joint Declaration in Support)(Murray, Joseph) | | |
| 18 | *Filed & Entered:* | 05/17/2021 | Motion to consolidate cases |
| | *Terminated:* | 06/17/2021 | |
| | *Docket Text:* **Motion** to consolidate cases , **Motion** for appointment of counsel *and Lead Plaintiffs* filed by Daniel Tavares, Globestar Systems Inc.. (Attachments: # (1) Proposed Order, # (2) Brief in Support, # (3) Rosenthal Declaration, # (4) Exhibit 1 - PSLRA Early Notice, # (5) Exhibit 2 - Movants' PSLRA Certifications, # (6) Exhibit 3 - Movants' Loss Chart, # (7) Exhibit 4 - RLF Firm Resume, # (8) Exhibit 5 - CRK Firm Resume)(Rosenthal, James) | | |
| 19 | *Filed & Entered:* | 05/17/2021 | Motion for order |
| | *Terminated:* | 06/17/2021 | |
| | *Docket Text:* **Motion** Appointment as Lead Co-Plaintiff and Approval of Selection of Counsel filed by Kenneth Davenport, Joshua Betof. (Attachments: # (1) Brief in Support, # (2) Exhibit Declaration of Matthew M. Guiney, # (3) Exhibit 1 to Declaration: Notice of Action, # (4) Exhibit 2 to Declaration: Certifications by Kevin Davenport and and Joshua Betof, # (5) Exhibit 3 to Declaration: Movants' Loss Chart, # (6) Exhibit 4 to Declaration: Firm Resume for Wolf Haldenstein, # (7) Exhibit 5 to Declaration: Proposed Order, # (8) Exhibit 6 to Declaration: Joint Declaration, # (9) Proposed Order)(Kranz, Michelle) | | |
| 20 | *Filed & Entered:* | 05/17/2021 | Motion to appear pro hac vice |
| | *Terminated:* | 06/09/2021 | |
| | *Docket Text:* **Motion** for attorney Francis P. McConville to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10837827, filed by Movant George Troicky. (Attachments: # (1) Exhibit Certificate of Good Standing)(McConville, Francis) | | |
| 21 | *Filed & Entered:* | 05/17/2021 | Motion to consolidate cases |
| | *Terminated:* | 06/17/2021 | |
| | *Docket Text:* **Motion** to consolidate cases *and for Appointment as Lead Plaintiff*, **Motion** for appointment of counsel filed by Movant George Troicky. (Attachments: # (1) Brief in Support, # (2) Declaration of Francis P. McConville, # (3) Exhibit A - Certification, # (4) Exhibit B - Loss Analysis, # (5) Exhibit C - Notice, # (6) Exhibit D - George Troicky Declaration, # (7) Exhibit E - Labaton Sucharow Firm Resume, # (8) Proposed Order)(McConville, Francis) | | |
| 22 | *Filed & Entered:* | 05/17/2021 | Motion for appointment of counsel |

|  | | | |
|---|---|---|---|
|  | *Terminated:* | 06/17/2021 | |
|  | *Docket Text:* **Motion** for appointment of counsel *And Appointment as Lead Plaintiff* filed by Movant Gurpreet Singh. (Attachments: # (1) Brief in Support, # (2) Exhibit Declaration of Kim E. Miller, # (3) Exhibit A to Declaration - Singh Certification, # (4) Exhibit B to Declaration - Singh Loss Chart, # (5) Exhibit C to Declaration - PSLRA Notice, # (6) Exhibit D to Declaration - Singh Declaration, # (7) Exhibit E to Declaration - KSF Resume, # (8) Proposed Order)(Nolan, Chris) | | |
| 23 | *Filed & Entered:* | 05/17/2021 | Motion for appointment of counsel |
|  | *Terminated:* | 06/17/2021 | |
|  | *Docket Text:* **Motion** for appointment of counsel filed by Movant Ashith Pabbathi. Related document(s)[1]. (Attachments: # (1) Brief in Support, # (2) Affidavit Declaration in Support including (1) Movant's Certification, (2) Movant's Loss Chart, (3) Movant's Declaration, (4) Notice, and (5) counsel's resumes, # (3) Proposed Order)(Karon, Daniel) | | |
| 24 | *Filed & Entered:* | 05/17/2021 | Motion for appointment of counsel |
|  | *Terminated:* | 06/17/2021 | |
|  | *Docket Text:* **Motion** to consolidate of related cases **Motion** for appointment of counsel filed by John H Jenkins, Robert Miller. (Attachments: # (1) Exhibit Damages Analysis, # (2) Exhibit PSLRA Notice, # (3) Exhibit Certifications and Schedule A, # (4) Exhibit Declaration, # (5) Exhibit Pomerantz Firm bio, # (6) Exhibit Wagoner Resume, # (7) Proposed Order Proposed order)(Wagoner, Robert). Added**Motion** to consolidate cases on 5/18/2021 (L,Ja). Modified on 5/18/2021 (L,Ja). | | |
| 25 | *Filed & Entered:* | 05/17/2021 | Motion to consolidate cases |
|  | *Terminated:* | 06/17/2021 | |
|  | *Docket Text:* **Motion** to consolidate cases of related cases and **Motion** for appointment of counsel filed by Ethan Fingerer, Kevin Levent, M.R.S. Leasing Corporation LTD, Mario Guerrero, Carole Cooper. (Attachments: # (1) Brief in Support of Motion for Consolidation of Related Actions, Appointment as Lead Counsel, and Approval of Selection of Counsel, # (2) Affidavit of Juan Jose Perez, # (3) Exhibit A-G in to Declaration of Juan Jose Perez, # (4) Proposed Order)(Perez, Juan). Added**Motion** for appointment of counsel on 5/18/2021 (L,Ja). ). | | |
| 26 | *Filed & Entered:* | 05/17/2021 | Corporate Disclosure Statement |
|  | *Docket Text:* Corporate Disclosure Statement filed by M.R.S. Leasing Corporation LTD. (Perez, Juan) | | |
| 27 | *Filed & Entered:* | 05/19/2021 | Order |
|  | *Docket Text:* **Order**: The following two cases were recently transferred as related to the above-captioned case: 21 CV 994 and 21 CV 1021. Pursuant to the consolidation Order entered by this Court on April 13, 2021 (Doc. [9]), the recently filed actions are consolidated with Case No. 21 CV 616. All filings must be made solely in Case No. 21 CV 616 and need only contain the case caption for that case. Judge Patricia A. Gaughan on 5/19/21. (LC,S) | | |
| 28 | *Filed & Entered:* | 05/20/2021 | Notice |
|  | *Docket Text:* Notice of Withdrawal of Motion of Eskandar and Dari Tehrani for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel filed by Dari Tehrani, Eskandar Tehrani. Related document(s)[15].(Ferguson, Katherine) | | |
| 29 | *Filed & Entered:* | 05/24/2021 | Notice |
|  | *Docket Text:* Notice of Withdrawal of Lead Plaintiff Motion filed by Mohammed Chowdhury, Simha & Pnina Cohen. Related document(s)[16].(Murray, Joseph) | | |
| 30 | *Filed & Entered:* | 05/25/2021 | Notice |
|  | *Docket Text:* Notice of Withdrawal of the Motion seeking: (1) consolidation of related actions; (2) appointment as Lead Plaintiff; and (3) approval of their selection of lead and liaison counsel for the class. filed by Carole Cooper, Ethan Fingerer, Mario Guerrero, Kevin Levent, M.R.S. Leasing Corporation LTD. Related document(s)[25].(Perez, Juan) | | |
| 31 | *Filed & Entered:* | 06/01/2021 | Notice |

| | | | |
|---|---|---|---|
| | *Docket Text:* Notice of withdrawal of motion of John H. Jenkins and Robert Miller for consolidation of related actions, appointment as lead plaintiffs, and approval of selection counsel (Related Document [24]) filed by John Jenkins, Robert Miller. (Wagoner, Robert) | | |
| 32 | *Filed & Entered:* | 06/01/2021 | Notice |
| | *Docket Text:* Notice of Non-Opposition of movants to competing motion of George Troicky for appointment as lead Plaintiff and selection of lead counsel, filed by Globestar Systems Inc., Daniel Tavares. (Rosenthal, James) | | |
| 33 | *Filed & Entered:* | 06/01/2021 | Response |
| | *Docket Text:* **Response** to [13] **Motion** Appointment as Lead Plaintiff and Approval of Selection of Counsel filed by FNY Managed Accounts LLC. (Wayne, Richard) | | |
| 34 | *Filed & Entered:* | 06/01/2021 | Notice |
| | *Docket Text:* Notice of Non-Opposition to Competing Motions for Appointment of Lead Plaintiff and Approval of Lead Counsel filed by Joshua Betof, Kenneth Davenport. Related document(s)[19].(Kranz, Michelle) | | |
| 35 | *Filed & Entered:* | 06/01/2021 | Notice |
| | *Docket Text:* Notice of Non-Opposition to the Competing Motion of George Troicky for Appointment as Lead Plaintiff and Approval of Lead Counsel filed by Gurpreet Singh. Related document(s)[22], [21]. (Nolan, Chris) | | |
| 36 | *Filed & Entered:*<br>*Terminated:* | 06/01/2021<br>06/02/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney David R. Kaplan to Appear Pro Hac Vice and Verified Statement and Oath. Filing fee $ 120, receipt number AOHNDC-10862773, filed by Plaintiff Raymond Romano. (Simpkins, Scott) | | |
| 37 | *Filed & Entered:* | 06/01/2021 | Opposition |
| | *Docket Text:* **Opposition** to [14] **Motion** for appointment of counsel *And the Appointment of FNY Managed Accounts LLC as Lead Plaintiff*, [21] **Motion** to consolidate cases *and for Appointment as Lead Plaintiff* **Motion** for appointment of counsel , [19] **Motion** Appointment as Lead Co-Plaintiff and Approval of Selection of Counsel, [13] **Motion** Appointment as Lead Plaintiff and Approval of Selection of Counsel filed by Ashith Pabbathi. (Attachments: # (1) Exhibit Declaration of Danielle Smith, # (2) Exhibit Estimated Losses and Damages of George Troicky, # (3) Exhibit Publicly Available Records Concerning Globestar Systems, Inc.)(Karon, Daniel) | | |
| 38 | *Filed & Entered:* | 06/01/2021 | Notice |
| | *Docket Text:* Notice of Availability to Serve as Co-Lead Plaintiff for Section 14(a) Claims filed by Raymond Romano. (Attachments: # (1) Declaration of David R. Kaplan, # (2) Exhibit A - Saxena White Firm Resume)(Simpkins, Scott) | | |
| 39 | *Filed & Entered:* | 06/01/2021 | Opposition |
| | *Docket Text:* **Opposition** to [23] **Motion** for appointment of counsel , [13] **Motion** Appointment as Lead Plaintiff and Approval of Selection of Counsel . *Memorandum of Law in Further Support of George Troicky's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;and in Opposition to All Competing Movants,* filed by George Troicky. (Attachments: # (1) Declaration of Francis P. McConville, # (2) Exhibit A - Labaton Sucharow - Professional Profiles)(McConville, Francis) | | |
| 40 | *Filed & Entered:* | 06/01/2021 | Notice |
| | *Docket Text:* Notice of Non-Opposition of the RIDE Investor Group to Competing Lead Plaintiff Motions filed by Kin San Chan, Randy Slipher, Steven Terry. (Cummins, James) | | |
| | *Filed & Entered:* | 06/02/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document] Granting Motion for Admission Pro Hac Vice of attorney David R. Kaplan for Plaintiffs Robert Palumbo and Raymond Romano. Local Rule 5.1(c) requires that attorneys | | |

register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # [36]). Judge Patricia A. Gaughan on 6/2/21.(LC,S)

| 41 | *Filed & Entered:* | 06/07/2021 | Reply |
|----|---|---|---|

*Docket Text:* **Reply** to response to [21] **Motion** to consolidate cases *and for Appointment as Lead Plaintiff* **Motion** for appointment of counsel *Notice of Nonopposition to Troicky's Motion for Appointment as Lead Plaintiff and Selection of Lead Counsel* filed by Ashith Pabbathi. (Karon, Daniel)

| 42 | *Filed & Entered:* | 06/08/2021 | Reply |
|----|---|---|---|

*Docket Text:* **Reply** in support of [14] **Motion** for appointment of counsel *And the Appointment of FNY Managed Accounts LLC as Lead Plaintiff* filed by FNY Managed Accounts LLC. (Flynn, William)

| 43 | *Filed & Entered:* | 06/08/2021 | Reply |
|----|---|---|---|

*Docket Text:* **Reply** in support of [18] **Motion** to consolidate cases **Motion** for appointment of counsel *and Lead Plaintiffs* filed by Globestar Systems Inc., Daniel Tavares. (Rosenthal, James)

| 44 | *Filed & Entered:* | 06/08/2021 | Notice |
|----|---|---|---|

*Docket Text:* Supplemental Notice of Availability to Serve as Co-Lead Plaintiff for Section 14(a) Claims filed by Raymond Romano. (Simpkins, Scott)

| 45 | *Filed & Entered:* | 06/08/2021 | Reply |
|----|---|---|---|

*Docket Text:* **Reply** in support of [21] **Motion** to consolidate cases *and Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel* filed by George Troicky. (McConville, Francis)

| | *Filed & Entered:* | 06/09/2021 | Order on Motion to Appear Pro Hac |
|----|---|---|---|

*Docket Text:* **Order** [non-document] Granting Motion for Admission Pro Hac Vice of Attorney Francis P. McConville for George Troicky. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # [20]). Judge Patricia A. Gaughan on 6/9/21.(LC,S)

| 46 | *Filed & Entered:* | 06/14/2021 | Response |
|----|---|---|---|

*Docket Text:* **Notice** to [22] **Motion** for appointment of counsel *And Appointment as Lead Plaintiff*, [14] **Motion** for appointment of counsel *And the Appointment of FNY Managed Accounts LLC as Lead Plaintiff*, [15] **Motion** for appointment of counsel **Motion** to consolidate cases *and Appointment as Lead Plaintiff*, [21] **Motion** to consolidate cases *and for Appointment as Lead Plaintiff* **Motion** for appointment of counsel , [24] **Motion** for appointment of counsel *MOTION OF JOHN H. JENKINS AND ROBERT MILLER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL***Motion** to consolidate cases, [23] **Motion** for appointment of counsel , [16] **Motion** for appointment of counsel *and for appointment as lead plaintiff*, [18] **Motion** to consolidate cases **Motion** for appointment of counsel *and Lead Plaintiffs*, [19] **Motion** Appointment as Lead Co-Plaintiff and Approval of Selection of Counsel, [13] **Motion** Appointment as Lead Plaintiff and Approval of Selection of Counsel, [25] **Motion** to consolidate cases **Motion** for appointment of counsel filed by Stephen Burns, Lordstown Motors Corp., Julio Rodriguez, Rich Schmidt. (Greene, Douglas)

| 47 | *Filed & Entered:* | 06/17/2021 | Order |
|----|---|---|---|

*Docket Text:* **Order**: This matter is a consolidated class action securities fraud case involving Lordstown Motor Corporation ("Lordstown'). A number of parties move the Court to be appointed lead plaintiff in this case. For the reasons that follow, the Court appoints George Troicky as lead plaintiff and approves Labaton Sucharow LLP ("Labaton Sucharow") as lead plaintiffs' counsel. The Court reminds counsel of the Court's April 13, 2021 scheduling Order. Within ten days ofthe entry of this Order, the Lead Plaintiff and

Defendants must submit to the Court a proposed schedule for (i) Lead Plaintiff's filing of a consolidated complaint or designating a previously filed complaint as operative and (ii) Defendants' time to answer or otherwise respond to the operative complaint. As an initial matter, four plaintiffs filed motions for appointment as lead plaintiff, but later withdrew those motions. Accordingly, the following motions are MOOT: (1) Motion of Eskandar Tehrani and Dari Tehrani for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (Doc. [15]). This motion was withdrawn in its entirety pursuant to Doc. [28]. (2) Mohammed Chowdhury and Simha & Pnina Cohen's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (Doc. [16]). This motion was withdrawn in its entirety pursuant to Doc. [29]. (3) Motion of John H. Jenkins and Robert Miller for Consolidation of Related Actions, Appointment as Co-Lead Plaintiffs, and Approval of Selection of Counsel (Doc. [24]). This motion was withdrawn in its entirety pursuant to Doc. [31]. (4) Motion of the Lordstown Shareholder Group for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (Doc. 25). This motion was withdrawn in its entirety pursuant to Doc. [30]. Based on the foregoing, the Court rules as follows on the outstanding motions: (1) The Motion of George Troicky for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel is GRANTED in PART and MOOT in PART (Doc. [21]). The motion is GRANTED to the extent George Troicky is appointed as Lead Plaintiff. It is further GRANTED to the extent it seeks approval of the selection of Labaton Sucharow as lead counsel. The motion is MOOT to the extent it seeks consolidation, as the Court previously consolidated all cases. (2) The Motion of the RIDE Investor Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. [13]) is DENIED. (3) The Motion of FNY Managed Accounts LLC for Appointment as Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel (Doc. [14]) is DENIED. (4) The Motion of Daniel Tavares and Globestar Systems, Inc. to (1) Consolidate Related Actions; (2) Appoint Lead Plaintiffs; and (3) Approve Lead Plaintiffs' Selection of Counsel (Doc. [18]) is DENIED in PART and MOOT in PART. The motion is DENIED to the extent it seeks the appointment of lead plaintiff and approval of counsel. It is MOOT to the extent it seeks consolidation, as the Court previously consolidated all cases. (5) The Motion of Kenneth Davenport and Joshua Betof for (1) Appointment as Co-Lead Plaintiffs and (2) Approval of Selection of Counsel (Doc. [19]) is DENIED. (6) The Motion of Gurpreet Singh for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel (Doc. [22]) is DENIED. (7) The Motion to Consolidate the Related Actions, Appoint Ashith Pabbathi as Lead Plaintiff and Approve the Selection of Lead Counsel (Doc. [23]) is MOOT in PART and DENIED in PART. The motion is MOOT to the extent it seeks consolidation, as the Court previously consolidated all cases. It is DENIED to the extent is seeks appointment of lead plaintiff and approval of counsel. Judge Patricia A. Gaughan on 6/17/21. (LC,S)

| 48 | Filed & Entered: | 06/28/2021 | Stipulation |
|---|---|---|---|
| | Docket Text: Joint Proposed Stipulation *and Scheduling Order* filed by George Troicky. (McConville, Francis) | | |
| | Filed: 06/30/2021 Entered: 07/02/2021 | | Order on Motion to Appear Pro Hac |
| | Docket Text: **Order** [non-document]: Motion for Admission of Jake Bissell-Linsk to Appear Pro Hac Vice for Lead Plaintiff George Troicky is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # [49]). Judge Patricia A. Gaughan on 6/30/21. (LC,S) | | |
| | Filed: 06/30/2021 Entered: 07/02/2021 | | Order on Motion to Appear Pro Hac |
| | Docket Text: **Order** [non-document]: Motion for Admission of David J. Schwartz to Appear Pro Hac Vice for Lead Plaintiff George Troicky is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you | | |

| | | | |
|---|---|---|---|
| | | | <span style="color:red">were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [50]). Judge Patricia A. Gaughan on 6/30/21. (LC,S) |
| | *Filed:* <br> *Entered:* | 06/30/2021 <br> 07/02/2021 | Order on Motion to Appear Pro Hac |
| | | | *Docket Text:* **Order** [non-document]: Motion for Admission of Carol C. Villegas to Appear Pro Hac Vice for Lead Plaintiff George Troicky is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [51]). Judge Patricia A. Gaughan on 6/30/21. (LC,S) |
| | *Filed:* <br> *Entered:* | 06/30/2021 <br> 07/02/2021 | Order on Motion to Appear Pro Hac |
| | | | *Docket Text:* **Order** [non-document]: Motion for Admission of Christine M. Fox to Appear Pro Hac Vice for Lead Plaintiff George Troicky is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [52]). Judge Patricia A. Gaughan on 6/30/21. (LC,S) |
| | *Filed:* <br> *Entered:* | 06/30/2021 <br> 07/02/2021 | Order on Motion to Appear Pro Hac |
| | | | *Docket Text:* **Order** [non-document]: Motion for Admission of Charles Farrell to Appear Pro Hac Vice for Lead Plaintiff George Troicky is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [53]). Judge Patricia A. Gaughan on 6/30/21. (LC,S) |
| 49 | *Filed & Entered:* <br> *Terminated:* | 06/30/2021 <br> 06/30/2021 | Motion to appear pro hac vice |
| | | | *Docket Text:* **Motion** for attorney Jake E. Bissell-Linsk to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10909732, filed by Movant George Troicky. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(McConville, Francis) |
| 50 | *Filed & Entered:* <br> *Terminated:* | 06/30/2021 <br> 06/30/2021 | Motion to appear pro hac vice |
| | | | *Docket Text:* **Motion** for attorney David J. Schwartz to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10909777, filed by Movant George Troicky. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(McConville, Francis) |
| 51 | *Filed & Entered:* <br> *Terminated:* | 06/30/2021 <br> 06/30/2021 | Motion to appear pro hac vice |
| | | | *Docket Text:* **Motion** for attorney Carol C. Villegas to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10909793, filed by Movant George Troicky. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(McConville, Francis) |
| 52 | *Filed & Entered:* <br> *Terminated:* | 06/30/2021 <br> 06/30/2021 | Motion to appear pro hac vice |
| | | | *Docket Text:* **Motion** for attorney Christine M. Fox to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10909809, filed by Movant George Troicky. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(McConville, Francis) |

| 53 | *Filed & Entered:* 06/30/2021<br>*Terminated:* 06/30/2021 | Motion to appear pro hac vice |
|---|---|---|
| | *Docket Text:* **Motion** for attorney Charles M. Farrell to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-10909824, filed by Movant George Troicky. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(McConville, Francis) | |
| 54 | *Filed & Entered:* 07/06/2021 | Order |
| | *Docket Text:* **Joint** Stipulation and Scheduling Order. Judge Patricia A. Gaughan on 7/6/21. (LC,S) re [48] | |
| | *Filed & Entered:* 07/09/2021 | Remark by Finance |
| | *Docket Text:* Remark by Finance. Funds in the amount of $402.00 refunded on 07/02/2021 for receipt BOHNDC-10769327. (K,Ve) | |
| 55 | *Filed & Entered:* 09/08/2021<br>*Terminated:* 09/09/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Phillip Kim to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-11024518, filed by Globestar Systems Inc., Daniel Tavares. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(Rosenthal, James) | |
| 56 | *Filed & Entered:* 09/08/2021<br>*Terminated:* 09/09/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Daniel Tyre-Karp to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-11024539, filed by Globestar Systems Inc., Daniel Tavares. (Attachments: # (1) Exhibit 1 - Certificate of Good Standing)(Rosenthal, James) | |
| | *Filed & Entered:* 09/09/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document]: Movants Globestar Systems Inc. and Daniel Tavares' Motion for Admission of attorney Phillip C. Kim, Pro Hac Vice is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [55]). Judge Patricia A. Gaughan on 9/9/21. (LC,S) | |
| | *Filed & Entered:* 09/09/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document]: Movants Globestar Systems Inc. and Daniel Tavares' Motion for Admission of attorney Daniel Tyre-Karp, Pro Hac Vice is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [56]). Judge Patricia A. Gaughan on 9/9/21. (LC,S) | |
| 57 | *Filed & Entered:* 09/09/2021<br>*Terminated:* 09/10/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Steve W. Berman to Appear Pro Hac Vice and Verified Statement and Oath. Filing fee $ 120, receipt number AOHNDC-11026535, filed by Movant Ashith Pabbathi. (Attachments: # (1) Proposed Order )(Karon, Daniel) . | |
| 58 | *Filed & Entered:* 09/09/2021<br>*Terminated:* 09/10/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Lucas E. Gilmore to Appear Pro Hac Vice and Verified Statement and Oath. Filing fee $ 120, receipt number AOHNDC-11026707, filed by Movant Ashith Pabbathi. (Attachments: # (1) Proposed Order )(Karon, Daniel) | |

| 59 | *Filed & Entered:* | 09/09/2021 | Motion to appear pro hac vice |
| | *Terminated:* | 09/10/2021 | |

| | *Docket Text:* **Motion** for attorney Reed R. Kathrein to Appear Pro Hac Vice and Verified Statement and Oath. Filing fee $ 120, receipt number AOHNDC-11026853, filed by Movant Ashith Pabbathi. (Attachments: # (1) Proposed Order )(Karon, Daniel) |

| | *Filed & Entered:* | 09/10/2021 | Order on Motion to Appear Pro Hac |

| | *Docket Text:* **Order** [non-document]: Motion of Movant Ashith Pabbathi for Admission Pro Hac Vice of attorney Steve W. Berman is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [57]). Judge Patricia A. Gaughan on 9/10/21. (LC,S) |

| | *Filed & Entered:* | 09/10/2021 | Order on Motion to Appear Pro Hac |

| | *Docket Text:* **Order** [non-document]: Motion of Movant Ashith Pabbathi for Admission Pro Hac Vice of attorney Lucas E. Gilmore is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [58]). Judge Patricia A. Gaughan on 9/10/21. (LC,S) |

| | *Filed & Entered:* | 09/10/2021 | Order on Motion to Appear Pro Hac |

| | *Docket Text:* **Order** [non-document]: Motion of Movant Ashith Pabbathi for Admission Pro Hac Vice of attorney Reed R. Kathrein is Granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. <span style="color:red">If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again.</span> (Related Doc # [59]). Judge Patricia A. Gaughan on 9/10/21. (LC,S) |

| 60 | *Filed & Entered:* | 09/10/2021 | Corporate Disclosure Statement |
| | *Docket Text:* Corporate Disclosure Statement filed by Globestar Systems Inc.. (Rosenthal, James) | | | |

| 61 | *Filed & Entered:* | 09/10/2021 | Amended complaint |

| | *Docket Text:* **Consolidated Amended Class Action Complaint** against All Defendants and adding new party defendant(s) Caimin Flannery and Lordstown EV Corporation f/k/a Lordstown Motors Corp.. Filed by FNY Managed Accounts LLC, Globestar Systems Inc., Ashith Pabbathi, Daniel Tavares, George Troicky. (Attachments: # (1) Exhibit A - The Lordstown Motors Mirage, # (2) Exhibit B - Troicky Certification, # (3) Exhibit C - Tavares Certification, # (4) Exhibit D - Globestar Systems Inc. Certification, # (5) Exhibit E - FNY Managed Accounts LLC Certification, # (6) Summons for Caimin Flannery, # (7) Summons for Darren Post, # (8) Summons for David T. Hamamoto, # (9) Summons for Lordstown EV Corporation, # (10) Summons for Shane Brown) (Villegas, Carol) |

| 62 | *Filed & Entered:* | 09/13/2021 | Supplement |

| | *Docket Text:* Supplement to Amended complaint,, - Certification of Ashith Pabbathi, filed by George Troicky. Related document(s)[61]. (Villegas, Carol) |

| 63 | *Filed & Entered:* | 10/14/2021 | Motion to lift stay |
| | *Terminated:* | 11/30/2021 | |

| | *Docket Text:* Plaintiffs' Motion for a Partial Lifting of the PSLRA Discovery Stay filed by FNY Managed Accounts LLC, Globestar Systems Inc., Ashith Pabbathi, Daniel Tavares, George Troicky. (Attachments: # (1) Brief in Support, # (2) Declaration of Carol C. Villegas, # (3) Exhibit A - Karma Order, # (4) Exhibit B - |

| | | | |
|---|---|---|---|
| | Karma First Amended Complaint, # (5) Exhibit C - Durre Deposition Transcript Excerpts, # (6) Exhibit D - Huan Deposition Transcript Excerpts, # (7) Proposed Order)(Villegas, Carol) | | |
| 64 | *Filed & Entered:* *Terminated:* | 10/28/2021 11/01/2021 | Motion to appear pro hac vice |
| | *Docket Text:* **Motion** for attorney Brian J. Schall to Appear Pro Hac Vice. Filing fee $ 120, receipt number AOHNDC-11107327, filed by Movant George Troicky. (Attachments: # (1) Certificate of Good Standing) (Villegas, Carol) | | |
| 65 | *Filed & Entered:* | 10/28/2021 | Stipulation |
| | *Docket Text:* Joint Proposed Stipulation *Regarding Service* filed by George Troicky. (Villegas, Carol) | | |
| 66 | *Filed & Entered:* | 10/28/2021 | Opposition |
| | *Docket Text:* **Opposition** to [63] Plaintiffs' Motion for a Partial Lifting of the PSLRA Discovery Stay filed by All Defendants. (Attachments: # (1) Affidavit Declaration of Douglas L. Shively, # (2) Exhibit A: Karma Action Defendants' Opposition Brief, # (3) Exhibit B: Karma Action Order)(Shively, Douglas) | | |
| 67 | *Filed & Entered:* | 10/29/2021 | Order |
| | *Docket Text:* **Order** and Joint Stipulation Regarding Service. Judge Patricia A. Gaughan on 10/29/21. (LC,S) re [65] | | |
| | *Filed:* *Entered:* | 11/01/2021 11/03/2021 | Order on Motion to Appear Pro Hac |
| | *Docket Text:* **Order** [non-document]: Lead Plaintiff George Troicky's Motion for Admission Pro Hac Vice of attorney Brian Schall is granted. Local Rule 5.1(c) requires that attorneys register for NextGen CM/ECF and file and receive all documents electronically. NextGen CM/ECF registration can be done online at www.pacer.gov. Login with your PACER credentials, go to the Maintenance tab, click Attorney Admissions/E-File Registration, select Ohio Northern District Court and then select Pro Hac Vice. If you were previously granted pro hac vice status and are already registered to file electronically, it is not necessary to register again. (Related Doc # [64]). Judge Patricia A. Gaughan on 11/1/21.(LC,S) | | |
| 68 | *Filed & Entered:* *Terminated:* | 11/02/2021 11/03/2021 | Motion to exceed page limitations |
| | *Docket Text:* Consent **Motion** for leave to exceed page limitations filed by Shane Brown, Shane Brown, Stephen Burns, Caimin Flannery, David Hamamoto, Lordstown EV Corporation, Lordstown Motors Corp., Darren Post, Julio Rodriguez, Rich Schmidt. (Shively, Douglas) | | |
| | *Filed & Entered:* | 11/03/2021 | Order on Motion to exceed page limitations |
| | *Docket Text:* **Order** [non-document]: Defendants' Agreed Motion to Extend Page Limits is granted. Judge Patricia A. Gaughan on 11/3/21. (LC,S) (Related Doc # [68]) | | |
| 69 | *Filed & Entered:* | 11/04/2021 | Reply |
| | *Docket Text:* **Reply** in support of [63] Plaintiffs' Motion for a Partial Lifting of the PSLRA Discovery Stay filed by George Troicky. (Villegas, Carol) | | |
| 70 | *Filed & Entered:* | 11/09/2021 | Motion to dismiss |
| | *Docket Text:* **Motion** to dismiss *Plaintiffs' Consolidated Amended Complaint* filed by Shane Brown, Shane Brown, Stephen Burns, Caimin Flannery, David Hamamoto, Lordstown EV Corporation, Lordstown Motors Corp., Darren Post, Julio Rodriguez, Rich Schmidt. (Attachments: # (1) Brief in Support, # (2) Appendix 1, # (3) Request for Judicial Notice, # (4) Declaration of Douglas W. Greene in Support, # (5) Exhibit 1 - (excerpted) - DPHC Proxy Materials, # (6) Exhibit 2 - (excerpted) - Proxy Prelim 14a, # (7) Exhibit 3 - Lordstown's Form 8-K, # (8) Exhibit 4 - Lordstowns Form 8-K, # (9) Exhibit 5 - Lordstown's Press Release, # (10) Exhibit 6 - (excerpted) Lordstowns 2020 Form 10-K, # (11) Exhibit 7 - Transcript, # (12) Exhibit 8 - Lordstowns Form 8-K, # (13) Exhibit 9 - (excerpted) DPHC's Schedule 14A, # (14) Exhibit 10 - Press Release 10/23/20, # (15) Exhibit 11 - Lordstowns Form 8-K, # (16) Exhibit 12 - Lordstowns Form 8-K, # (17) Exhibit 13 - Press Release 1/11/21, # (18) Exhibit 14 - Press Release 1/28/21, # (19) Exhibit 15 - Lordstowns Form 8-K, # (20) Exhibit 16 - (excerpted) Lordstowns Form S-1, # (21) Exhibit 17 - Form 4, # | | |

| | | | |
|---|---|---|---|
| | (22) Exhibit 18 - Press Release 6/14/21, # (23) Exhibit 19 - Yahoo!Finances full stock price history, # (24) Certificate of Service)(Greene, Douglas) | | |
| [71](#) | *Filed & Entered:* | 11/30/2021 | Memorandum Opinion and Order |
| | *Docket Text:* **Memorandum of Opinion and Order**: Plaintiffs' Motion for a Partial Lifting of the PSLRA Discovery Stay Pursuant to 15 U.S.C. § 78u-4(b)(3)(B) is DENIED. Judge Patricia A. Gaughan on 11/30/21. (LC,S) re [63] | | |
| [72](#) | *Filed & Entered:* | 01/11/2022 | Stipulation |
| | *Docket Text:* Proposed Stipulation *and Proposed Order* filed by Stephen Burns, Lordstown Motors Corp., Julio Rodriguez, Rich Schmidt. Related document(s)[71].(Shively, Douglas) | | |
| [73](#) | *Filed & Entered:* | 01/11/2022 | Stipulation & Order |
| | *Docket Text:* **Joint Stipulation & Order** of Lead Plaintiff George Triocky and Lordstown Motors Corp., Stephen S. Burns, Rich Schmidt and Julio Rodriguez is So Ordered. Judge Patricia A. Gaughan on 1/11/22. (LC,S) re [72] | | |
| [74](#) | *Filed & Entered:* | 01/17/2022 | Opposition |
| | *Docket Text:* **Opposition** to [70] **Motion** to dismiss *Plaintiffs' Consolidated Amended Complaint* filed by FNY Managed Accounts LLC, Globestar Systems Inc., Ashith Pabbathi, Daniel Tavares, George Troicky. (Attachments: # (1) Partial Opposition to Defendants' Request for Judicial Notice)(Villegas, Carol) | | |
| | *Filed & Entered:* | 02/20/2022 | Reassignment of Case - Creation of Ruiz Docket |
| | *Docket Text:* Case reassigned to District Judge David A. Ruiz pursuant to General Order 2022-03. (S,HR) | | |
| | *Filed & Entered:* | 02/23/2022 | Random Assignment of Magistrate Judge |
| | *Docket Text:* Random Reassignment of Magistrate Judge pursuant to General Order 2022-03. In the event of a referral, case will be assigned to to Magistrate Judge Jonathan D. Greenberg. (S,HR) | | |
| [75](#) | *Filed:* 02/28/2022<br>*Entered:* 03/01/2022 | | Order |
| | *Docket Text:* **Order: All prior orders** issued in this action, including (but not limited to) Initial Orders and Case Management Orders, shall **remain in effect** unless such order(s) were superseded by subsequent court order(s). Parties are **ordered** to confer and file a brief **Joint Status Report** within **14 days** of this Order. IMPORTANT: Parties are advised to carefully read this Order for additional information and requirements. Judge David A. Ruiz on 2/28/2022. (H,SN) | | |
| [76](#) | *Filed & Entered:* | 03/03/2022 | Reply |
| | *Docket Text:* **Reply** in support of [70] **Motion** to dismiss *Plaintiffs' Consolidated Amended Complaint* filed by Shane Brown, Stephen Burns, Caimin Flannery, David Hamamoto, Lordstown EV Corporation, Lordstown Motors Corp., Darren Post, Julio Rodriguez, Rich Schmidt. (Attachments: # (1) Reply in Further Support of the Defendants' Request for Full Context Review and/or Judicial Notice in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint)(Greene, Douglas) | | |
| [77](#) | *Filed & Entered:* | 03/14/2022 | Status Report |
| | *Docket Text:* Joint Status Report filed by George Troicky. Related document(s)[75].(Villegas, Carol) | | |
| [78](#) | *Filed & Entered:* | 06/28/2023 | Notice of Filing Bankruptcy |
| | *Docket Text:* Notice of Filing Bankruptcy filed by Shane Brown, Stephen Burns, Michael Fabian, Caimin Flannery, David Hamamoto, Judith Hannaway, Steven Hash, Lordstown EV Corporation, Lordstown Motors Corp., Darren Post, Andrew Richardson, Julio Rodriguez, Rich Schmidt. (Attachments: # (1) Exhibit A- Notice of Bankruptcy Case Filing)(Shively, Douglas) | | |
| [79](#) | *Filed & Entered:* | 07/11/2023 | Notice of Filing Bankruptcy |
| | *Docket Text:* Amended Notice of Filing Bankruptcy filed by Shane Brown, Stephen Burns, Michael Fabian, Caimin Flannery, David Hamamoto, Judith Hannaway, Steven Hash, Lordstown EV Corporation, | | |

| | | | |
|---|---|---|---|
| | Lordstown Motors Corp., Darren Post, Andrew Richardson, Julio Rodriguez, Rich Schmidt. (Attachments: # (1) Exhibit A- Notice of Bankruptcy Case Filing)(Shively, Douglas) | | |
| 80 | *Filed & Entered:* | 08/28/2023 | Order |
| | *Docket Text:* **Order** Given the Amended Notice of a Filing of Bankruptcy [79], filed by Caimin Flannery, Judith A. Hannaway, Steven R. Hash, Michael Fabian, Rich Schmidt, Lordstown Motors Corp., Julio Rodriguez, Shane Brown, Andrew C. Richardson, Lordstown EV Corporation, David T. Hamamoto, Darren Post and Stephen S. Burns and the resulting automatic stay of further proceedings, the pending motion to dismiss [70] is denied without prejudice, subject to its potential re-filing following the lifting of the stay. Judge David A. Ruiz on 08/28/2023. (K,SJ) | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/29/2023 16:27:04 | | | |
| **PACER Login:** | mccauleyrlf | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 4:21-cv-00616-DAR |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |