# **EXHIBIT G**

1:21-cv-00604-SB In re Lordstown Motors Corp. Shareholder Derivative Litigation
Stephanos Bibas, presiding
Date filed: 04/28/2021
Date of last filing: 06/28/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 04/28/2021<br>*Entered:* 04/29/2021 | Complaint |
| | *Docket Text:* VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS, BREACH OF FIDUCIARY DUTY, AND UNJUST ENRICHMENT filed with Jury Demand against Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Judith A. Hannaway, Steven R. Hash, Mickey W. Kowitz, Lordstown Motors Corp., Jane Reiss, Andrew C. Richardson, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Mark A. Walsh - Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC-3603517.) - filed by Daniel J. Cohen, David M. Cohen. (Attachments: # (1) Verification-Daniel J. Cohen, # (2) Verification-David M. Cohen, # (3) Civil Cover Sheet)(myr) (Attachment 3 replaced on 4/29/2021) (sam). | |
| 2 | *Filed:* 04/28/2021<br>*Entered:* 04/29/2021 | Magistrate Consent Forms |
| | *Docket Text:* Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (myr) | |
| 3 | *Filed & Entered:* 04/29/2021 | Summons Issued - Electronic |
| | *Docket Text:* Summonses Issued (please complete the top portion of the form and print out for use/service). (myr) | |
| 4 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Lordstown Motors Corp. served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | |
| 5 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Phil Richard Schmidt served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | |
| 6 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Julio C. Rodriguez served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | |
| 7 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Michael Fabian served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | |
| 8 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. David T. Hamamoto served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | |
| 9 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Mark A. Walsh served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | |
| 10 | *Filed & Entered:* 05/04/2021 | Summons Returned Executed |

| | | | |
|---|---|---|---|
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Andrew C. Richardson served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 11 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Steven R. Hash served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 12 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Judith A. Hannaway served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 13 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Keith A. Feldman served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 14 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Jane Reiss served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 15 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Dale G. Spencer served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 16 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Michael D. Gates served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 17 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Mickey W. Kowitz served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 18 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Angela Strand Boydston served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 19 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Martin J. Rucidlo served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| 20 | *Filed & Entered:* | 05/04/2021 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Daniel J. Cohen, David M. Cohen. Stephen S. Burns served on 4/30/2021, answer due 5/21/2021. (Bennett, Blake) | | |
| | *Filed & Entered:* | 05/05/2021 | Case Assigned/Reassigned |
| | *Docket Text:* Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (rjb) | | |
| | *Filed & Entered:* | 05/20/2021 | SO ORDERED |
| | *Docket Text:* SO ORDERED, re [21] MOTION for Extension of Time to answer, move or otherwise respond to Complaint filed by Daniel J. Cohen, David M. Cohen. Signed by Judge Leonard P. Stark on 5/20/21. (ntl) | | |
| 21 | *Filed & Entered:*<br>*Terminated:* | 05/20/2021<br>05/20/2021 | Motion for Extension of Time |
| | *Docket Text:* MOTION for Extension of Time to *answer, move or otherwise respond to Complaint* - filed by Daniel J. Cohen, David M. Cohen. (Bennett, Blake) | | |
| 22 | *Filed & Entered:* | 06/09/2021 | Stipulation |

| | | | |
|---|---|---|---|
| | *Docket Text:* STIPULATION to Consolidate Related Derivative Actions and Appoint Lead and Liaison Counsel by Daniel J. Cohen, David M. Cohen, Herbert Stotler. (Bennett, Blake) | | |
| | *Filed & Entered:* | 06/10/2021 | SO ORDERED |
| | *Docket Text:* SO ORDERED, re (22 in 1:21-cv-00604-LPS, 3 in 1:21-cv-00724-LPS) STIPULATION to Consolidate Related Derivative Actions and Appoint Lead and Liaison Counsel. Signed by Judge Leonard P. Stark on 6/10/21. Associated Cases: 1:21-cv-00604-LPS, 1:21-cv-00724-LPS (ntl) | | |
| | *Filed & Entered:* | 07/15/2021 | SO ORDERED |
| | *Docket Text:* SO ORDERED, re [23] MOTION for Pro Hac Vice Appearance of Attorney Michael I. Fistel, Jr. filed by Daniel J. Cohen, David M. Cohen. Signed by Judge Leonard P. Stark on 7/15/21. (ntl) | | |
| 23 | *Filed & Entered:*<br>*Terminated:* | 07/15/2021<br>07/15/2021 | Motion for Leave to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Pro Hac Vice Appearance of Attorney Michael I,. Fistel, Jr. - filed by Daniel J. Cohen, David M. Cohen. (Bennett, Blake) | | |
| | *Filed & Entered:* | 07/20/2021 | Add Attorneys Pro Hac Vice |
| | *Docket Text:* Pro Hac Vice Attorney Michael I. Fistel, Jr. for Daniel J. Cohen, for David M. Cohen added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (myr) | | |
| 24 | *Filed & Entered:* | 08/10/2021 | Stipulation |
| | *Docket Text:* STIPULATION and Proposed Order Regarding Scheduling and Consolidation of Related Action by David M. Cohen. (Bennett, Blake) | | |
| | *Filed & Entered:* | 08/16/2021 | SO ORDERED |
| | *Docket Text:* SO ORDERED, re [24] Stipulation and Order Regarding Scheduling and Consolidation of Related Action filed by David M. Cohen. Signed by Judge Leonard P. Stark on 8/16/21. (ntl) | | |
| | *Filed & Entered:* | 08/27/2021 | CORRECTING ENTRY: |
| | *Docket Text:* CORRECTING ENTRY: 6 verifications were added to D.I. 25 per request of counsel. (ntl) | | |
| 25 | *Filed & Entered:* | 08/27/2021 | Amended Complaint |
| | *Docket Text:* AMENDED COMPLAINT *Consolidated Verified Stockholder Derivative Complaint for Violations of Federal Securities Laws, Breach of Fiduciary Duty, and Unjust Enrichment* against All Defendants - filed by Daniel J. Cohen, Alicia Kelley, David M. Cohen, Herbert Stotler, Claude L. Patterson. (Bennett, Blake) (Additional attachment(s) added on 8/27/2021: # (1) Verification of Cohen, # (2) Verification of Kelley, # (3) Verification of Sarabia, # (4) Verification of Patterson, # (5) Verification of Stotler, # (6) Verification of David Cohen) (ntl). | | |
| 26 | *Filed & Entered:*<br>*Terminated:* | 08/27/2021<br>08/30/2021 | Motion for Leave to Appear Pro Hac Vice |
| | *Docket Text:* MOTION for Pro Hac Vice Appearance of Attorney Douglas W. Greene and Douglas L. Shively - filed by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Lordstown Motors Corp., Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer. (Choa, Jonathan) | | |
| | *Filed & Entered:* | 08/30/2021 | SO ORDERED |
| | *Docket Text:* SO ORDERED, re [26] MOTION for Pro Hac Vice Appearance of Attorney Douglas W. Greene and Douglas L. Shively filed by Lordstown Motors Corp., Martin J. Rucidlo, Michael D. Gates, Jane Reiss, Angela Strand Boydston, Mickey W. Kowitz, Keith A. Feldman, Phil Richard Schmidt, Julio C. Rodriguez, David T. Hamamoto, Michael Fabian, Stephen S. Burns, Dale G. Spencer. Signed by Judge Leonard P. Stark on 8/30/21. (ntl) | | |
| | *Filed & Entered:* | 10/01/2021 | Case Assigned/Reassigned |

| | | | |
|---|---|---|---|
| | *Docket Text:* Case Reassigned to Judge Stephanos Bibas of the United States Court of Appeals for the Third Circuit. Please include the initials of the Judge (SB) after the case number on all documents filed. (rjb) | | |
| 27 | *Filed & Entered:* | 10/01/2021 | Order |
| | *Docket Text:* ORDER:DESIGNATION OF CIRCUIT JUDGE TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT, designating and assigning the Honorable Stephanos Bibas of the United States Court of Appeals for the Third Circuit. Signed by Judge D. Brooks Smith, Chief Judge of the United States Court of Appeals for the Third Circuit on 10/1/2021. (rjb) | | |
| 28 | *Filed & Entered:*<br>*Terminated:* | 10/11/2021<br>11/23/2021 | Motion to Stay |
| | *Docket Text:* MOTION to Stay - filed by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Judith A. Hannaway, Steven R. Hash, Mickey W. Kowitz, Lordstown Motors Corp., Darren Post, Jane Reiss, Andrew C. Richardson, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Mark A. Walsh. (Attachments: # (1) Text of Proposed Order)(Choa, Jonathan) | | |
| 29 | *Filed & Entered:* | 10/11/2021 | Opening Brief in Support |
| | *Docket Text:* OPENING BRIEF in Support re [28] MOTION to Stay filed by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Judith A. Hannaway, Steven R. Hash, Mickey W. Kowitz, Lordstown Motors Corp., Darren Post, Jane Reiss, Andrew C. Richardson, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Mark A. Walsh.Answering Brief/Response due date per Local Rules is 10/25/2021. (Choa, Jonathan) | | |
| 30 | *Filed & Entered:* | 11/23/2021 | Memorandum Opinion |
| | *Docket Text:* MEMORANDUM OPINION. Signed by Judge Stephanos Bibas on 11/23/2021. (smg) | | |
| 31 | *Filed & Entered:* | 11/23/2021 | Order on Motion to Stay |
| | *Docket Text:* ORDER granting [28] Motion to Stay. All motions practice, obligation to respond to the Complaint, and all discovery in the above-captioned action are stayed until the resolution of the motion to dismiss filed on November 9, 2021 in Rico v. Lordstown Motors Corp. et al., No. 21-616 (N.D. Oh. Sept. 10, 2021) (D.I. 70). Within twenty days of the resolution of that motion to dismiss, the parties shall meet and confer and submit a proposed scheduling order for responding to the Complaint in the above-captioned action. Signed by Judge Stephanos Bibas on 11/23/2021. (smg) | | |
| | *Filed & Entered:* | 11/24/2021 | Oral Order |
| | *Docket Text:* ORAL ORDER : The order staying this case (D.I. [31]) and the accompanying memorandum opinion (D.I. [30]) are hereby VACATED. The parties may continue briefing whether this case should be stayed in line with the schedule from the stipulated scheduling order (D.I. [24]). Signed by Judge Stephanos Bibas on 11/24/2021. (mal) | | |
| 32 | *Filed & Entered:* | 11/24/2021 | Answering Brief in Opposition |
| | *Docket Text:* ANSWERING BRIEF in Opposition *to Defendants' Motion to Stay* filed by Daniel J. Cohen, David M. Cohen, Alicia Kelley, Claude L. Patterson, Evaristo Sarabia, Herbert Stotler.Reply Brief due date per Local Rules is 12/1/2021. (Bennett, Blake) | | |
| 33 | *Filed & Entered:* | 12/22/2021 | Reply to Response to Motion |
| | *Docket Text:* REPLY to Response to Motion re [28] MOTION to Stay filed by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Judith A. Hannaway, Steven R. Hash, Mickey W. Kowitz, Lordstown Motors Corp., Darren Post, Jane Reiss, Andrew C. Richardson, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Mark A. Walsh. (Choa, Jonathan) | | |
| 34 | *Filed & Entered:* | 02/25/2022 | Oral Order |
| | *Docket Text:* ORAL ORDER, The Court has found a possible ripeness problem. Peachlum v. City of York, 333 F.3d 429, 433 (3d Cir. 2003). I am considering whether Count II, the claim for contribution for violations of Section 10(b) and 21D of the Exchange Act, is unripe and thus must be dismissed without | | |

| | | | |
|---|---|---|---|
| | prejudice. See, e.g., DiBattista v. Greco, 2021 WL 327399, at *7 (D. Del. Jan. 31, 2021), report and recommendation adopted, 2021 WL 5061720 (D. Del. Feb. 17, 2021); Pall v. KPMG, LLP, 2006 WL 2800064, at *3 (D. Conn. Sept. 29, 2006); In re Cendant Corp. Derivative Action Litig., 96 F. Supp. 2d 394, 397 (D.N.J. 2000). If the parties wish to take a position on whether the contribution claim is ripe, they may submit letter briefs not to exceed five pages, single-spaced, by 5pm on Friday, March 4, 2022. After that, I will rule on ripeness and the motion to stay this case [D.I. [28]]. Entered by Judge Stephanos Bibas on 2/25/2022. (nmg) | | |
| | *Filed & Entered:* | 02/28/2022 | Add Attorneys Pro Hac Vice |
| | *Docket Text:* Pro Hac Vice Attorneys Douglas L. Shively, Douglas W. Greene for Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Lordstown Motors Corp., Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (twk) | | |
| 35 | *Filed & Entered:* | 03/04/2022 | Response to Order |
| | *Docket Text:* RESPONSE to Order re [34] Oral Order,,,, Set Deadlines,,, filed by Daniel J. Cohen, David M. Cohen, Alicia Kelley, Claude L. Patterson, Evaristo Sarabia, Herbert Stotler. (Bennett, Blake) | | |
| 36 | *Filed & Entered:* | 03/04/2022 | Response to Order |
| | *Docket Text:* RESPONSE to Order re [34] Oral Order,,,, Set Deadlines,,, filed by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Judith A. Hannaway, Steven R. Hash, Mickey W. Kowitz, Lordstown Motors Corp., Darren Post, Jane Reiss, Andrew C. Richardson, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Mark A. Walsh. (Choa, Jonathan) | | |
| 37 | *Filed & Entered:* | 03/07/2022 | Memorandum Opinion |
| | *Docket Text:* MEMORANDUM OPINION. Signed by Judge Stephanos Bibas on 3/7/2022. Associated Cases: 1:21-cv-00604-SB, 1:21-cv-00724-SB, 1:21-cv-00910-SB, 1:21-cv-01010-SB(nmg) | | |
| 38 | *Filed & Entered:* | 03/07/2022 | Order |
| | *Docket Text:* ORDER re (28 in 1:21-cv-00604-SB) MOTION to Stay is GRANTED IN PART. (See Order for further details). Signed by Judge Stephanos Bibas on 3/7/2022. Associated Cases: 1:21-cv-00604-SB, 1:21-cv-00724-SB, 1:21-cv-00910-SB, 1:21-cv-01010-SB(nmg) | | |
| 39 | *Filed & Entered:* | 09/09/2022 | Status Report |
| | *Docket Text:* Joint STATUS REPORT by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Lordstown Motors Corp., Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer. (Choa, Jonathan) | | |
| 40 | *Filed & Entered:* | 09/12/2022 | Oral Order |
| | *Docket Text:* ORAL ORDER, I ORDER the parties to file a joint status update by October 31, 2022. Entered by Judge Stephanos Bibas on 9/12/2022. (srs) | | |
| 41 | *Filed & Entered:* | 10/28/2022 | Status Report |
| | *Docket Text:* Joint STATUS REPORT by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Lordstown Motors Corp., Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer. (Choa, Jonathan) | | |
| 42 | *Filed & Entered:* | 10/31/2022 | Oral Order |
| | *Docket Text:* ORAL ORDER, I ORDER the parties to file a joint status update by January 6, 2023( Status Report due by 1/6/2023.). Signed by Judge Stephanos Bibas on 10/31/2022. (apk) | | |
| 43 | *Filed & Entered:* | 01/06/2023 | Status Report |
| | *Docket Text:* Joint STATUS REPORT *[Third]* by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Lordstown Motors | | |

|    |    |    |    |
|----|----|----|----|
|    |    |    | Corp., Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer. (Choa, Jonathan) |
|    | *Filed & Entered:* | 01/10/2023 | Oral Order |
|    | *Docket Text:* ORAL ORDER, The parties shall submit a joint status report on April 3, 2023( Joint Status Report due by 4/3/2023.) Signed by Judge Stephanos Bibas on 1/10/2023. (apk) ||||
| 44 | *Filed & Entered:* | 04/03/2023 | Status Report |
|    | *Docket Text:* Joint STATUS REPORT *Fourth Joint Status Report* by Angela Strand Boydston, Stephen S. Burns, Michael Fabian, Keith A. Feldman, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Lordstown Motors Corp., Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer. (Choa, Jonathan) ||||
| 45 | *Filed & Entered:* | 04/04/2023 | Oral Order |
|    | *Docket Text:* ORAL ORDER, The parties shall submit letter briefs of no more than five single-spaced pages by April 14, 2023, addressing whether the Court should lift the stay. Ordered by Judge Stephanos Bibas on 4/4/2023. (twk) ||||
| 46 | *Filed & Entered:* | 04/14/2023 | Letter |
|    | *Docket Text:* Joint Letter to The Honorable Stephanos Bibas from Jonathan A. Choa regarding Request to Maintain the Stay - re [45] Oral Order. (Choa, Jonathan) ||||
| 47 | *Filed & Entered:* | 04/17/2023 | Order Lifting Stay |
|    | *Docket Text:* ORAL ORDER: I ORDER that the stay of this case is lifted. The parties shall meet and confer and, within 21 days, submit a proposed case-management plan. The plan should include a proposed scheduling order, and the parties should consider how to use information already produced in the Ohio litigation to minimize duplication of effort. Signed by Judge Stephanos Bibas on 04/17/2023. (apk) ||||
| 48 | *Filed & Entered:* | 05/08/2023 | Status Report |
|    | *Docket Text:* STATUS REPORT *Joint Status Report Concerning Initial Case Management* by David M. Cohen, Alicia Kelley, Claude L. Patterson, Evaristo Sarabia, Herbert Stotler. (Attachments: # (1) Text of Proposed Order, # (2) Text of Proposed Order)(Bennett, Blake) ||||
| 49 | *Filed & Entered:* | 05/09/2023 | Case Stayed |
|    | *Docket Text:* ORAL ORDER: In light of the parties' status report [D.I. [48]] and recent regulatory filings, I again STAY this case. The parties shall apprise the Court of any developments in the Ohio case or material changes to Lordstown's condition. The parties shall also submit a joint status report on August 1, 2023, addressing whether to lift the stay. Ordered by Judge Stephanos Bibas on 05/09/2023. (smg) ||||
| 50 | *Filed & Entered:* | 06/27/2023 | Suggestion of Bankruptcy |
|    | *Docket Text:* SUGGESTION OF BANKRUPTCY Upon the Record as to Nominal Defendant Lordstown Motors Corp. by Lordstown Motors Corp.. (Attachments: # (1) Exhibit A)(Choa, Jonathan) ||||
| 51 | *Filed & Entered:* | 06/28/2023 | Oral Order |
|    | *Docket Text:* ORAL ORDER, I recognize the effect of the automatic stay. D.I. [50]. I WITHDRAW my order to file a status report on August 1. D.I. [49]. The parties shall keep the Court apprised of material developments that affect this case. Signed by Judge Stephanos Bibas on 6/28/2023. (apk) ||||

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 08/30/2023 12:14:56 ||||
| **PACER Login:** | mccauleyrlf | **Client Code:** |  |
| **Description:** | History/Documents | **Search Criteria:** | 1:21-cv-00604-SB |

| Billable Pages: | 6 | Cost: | 0.60 |