**EXHIBIT H**

# Court Dockets

CONS W/ 2022-0164-LWW - IN RELORDSTOWN MOTORS CORP. STOCKHOLDER DERIVATIVE LITIGATION, Docket No. 2021-1049 (Del. Ch. Dec 02, 2021), Court Docket

**Delaware Court of Chancery**
**Docket for Case #: 2021-1049-LWW**

**CONS W/ 2022-0164-LWW - IN RELORDSTOWN MOTORS CORP. STOCKHOLDER DERIVATIVE LITIGATION**

| DOCKET INFORMATION | Minimize |
|---|---|
| DATE FILED: | Dec 2, 2021 |
| STATUS: | Active |
| ASSIGNED TO: | Lori W. Will |
| CASE TYPE: | Breach of Fiduciary Duties |
| CATEGORY: | Civil Action |

| PARTIES AND ATTORNEYS | Expand All  Minimize |
|---|---|

**Janelle Jackson**
Plaintiff

Representation

**Brian D Long**
phone: (302) 729-9100
fax: (302) 729-9100

**Andrew C. Richardson**
Defendant

Representation

**Raymond J DiCamillo**
phone: (302) 651-7700
fax: (302) 651-7701

**Kevin M Gallagher**
phone: (302) 651-7700
fax: (302) 651-7701

**Alexander M Krischik**
phone: (302) 651-7700
fax: (302) 651-7701

**Alena V Smith**
phone: (302) 888-6863
fax: (302) 571-1750

**Andrew C. Richardson**
Defendant

**Angela Strand**
Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
[jhymes@potteranderson.com](mailto:jhymes@potteranderson.com)
Bar Id: DE/006671

### Angela Strand
Defendant

### Caimin Flannery
Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
[jhymes@potteranderson.com](mailto:jhymes@potteranderson.com)
Bar Id: DE/006671

### Caimin Flannery
Defendant

### Chuan D. Vo
Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192

jhymes@potteranderson.com
Bar Id: DE/006671

**Chuan D. Vo**

Defendant

**Dale G. Spencer**

Defendant

Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

**Dale G. Spencer**

Defendant

**Darren Post**

Defendant

Representation

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Darren Post**

Defendant

**David T. Hamamoto**

Defendant

Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Raymond J DiCamillo**
phone: (302) 651-

**Jonathan Choa**
phone: (302) 984-

| | | |
|---|---|---|
| **Kevin M Gallagher**<br>phone: (302) 651-7700<br>fax: (302) 651-7701 | **Nicholas Mozal**<br>phone: (302) 984-6000<br>fax: (302) 658-1192 | **Alexander M Krischik**<br>phone: (302) 651-7700<br>fax: (302) 651-7701 |
| **Hymes, Justin**<br>*Potter Anderson & Corroon LLP-Wilmington*<br>1313 N Market St Fl 6<br>Wilmington, DE 19801<br>phone: (302) 984-6000<br>fax: (302) 658-1192<br>**jhymes@potteranderson.com**<br>Bar Id: DE/006671 | **Alena V Smith**<br>phone: (302) 888-6863<br>fax: (302) 571-1750 | |

### David T. Yamamoto
Defendant

### Jane Reiss
Defendant

### Representation

| | | |
|---|---|---|
| **Michael A Pittenger**<br>phone: (302) 984-6000<br>fax: (302) 658-1192 | **Jonathan Choa**<br>phone: (302) 984-6000<br>fax: (302) 658-1192 | **Nicholas Mozal**<br>phone: (302) 984-6000<br>fax: (302) 658-1192 |
| **Hymes, Justin**<br>*Potter Anderson & Corroon LLP-Wilmington*<br>1313 N Market St Fl 6<br>Wilmington, DE 19801<br>phone: (302) 984-6000<br>fax: (302) 658-1192<br>**jhymes@potteranderson.com**<br>Bar Id: DE/006671 | | |

### Jane Reiss
Defendant

### Judith A. Hannaway
Defendant

### Representation

| | | |
|---|---|---|
| **Raymond J DiCamillo**<br>phone: (302) 651-7700<br>fax: (302) 651-7701 | **Kevin M Gallagher**<br>phone: (302) 651-7700<br>fax: (302) 651-7701 | **Alexander M Krischik**<br>phone: (302) 651-7700<br>fax: (302) 651-7701 |
| **Alena V Smith**<br>phone: (302) 888-6863<br>fax: (302) 571-1750 | | |

### Judith A. Hannaway

Defendant

**Julio C. Rodriguez**

Defendant

## Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

**Julio C. Rodriguez**

Defendant

**Keith A. Feldman**

Defendant

## Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

**Keith T. Feldman**

Defendant

**Mark A. Walsh**

Defendant

## Representation

**Alexander M Krischik**
phone: (302) 651-7700
fax: (302) 651-7701

**Alena V Smith**
phone: (302) 888-6863
fax: (302) 571-1750

**Raymond J DiCamillo**
phone: (302) 651-7700
fax: (302) 651-7701

**Kevin M Gallagher**
phone: (302) 651-7700
fax: (302) 651-7701

### Mark A. Walsh
Defendant

### Martin J. Rucidlo
Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

### Martin J. Rucidlo
Defendant

### Michael D. Gates
Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

### Michael D. Gates
Defendant

### Michael Fabian
Defendant

### Mickey W. Kowitz
Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-

**Nicholas Mozal**
phone: (302) 984-

6000
fax: (302) 658-1192

6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
**jhymes@potteranderson.com**
Bar Id: DE/006671

**Mickey W. Kowitz**

Defendant

**Phil Richard Schmidt**

Defendant

Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
**jhymes@potteranderson.com**
Bar Id: DE/006671

**Phil Richard Schmidt**

Defendant

**Shane Brown**

Defendant

Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
**jhymes@potteranderson.com**
Bar Id: DE/006671

**Shane Brown**

Defendant

**Stephen S. Burns**

Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

**Stephen S. Burns**

Defendant

**Steven R. Hash**

Defendant

### Representation

**Raymond J DiCamillo**
phone: (302) 651-7700
fax: (302) 651-7701

**Kevin M Gallagher**
phone: (302) 651-7700
fax: (302) 651-7701

**Alexander M Krischik**
phone: (302) 651-7700
fax: (302) 651-7701

**Alena V Smith**
phone: (302) 888-6863
fax: (302) 571-1750

**Steven R. Hash**

Defendant

**Lordstown Motors Corp.**

Nominal Defendant

### Representation

**Michael A Pittenger**
phone: (302) 984-6000
fax: (302) 658-1192

**Jonathan Choa**
phone: (302) 984-6000
fax: (302) 658-1192

**Nicholas Mozal**
phone: (302) 984-6000
fax: (302) 658-1192

**Hymes, Justin**
*Potter Anderson & Corroon LLP-Wilmington*
1313 N Market St Fl 6
Wilmington, DE 19801
phone: (302) 984-6000
fax: (302) 658-1192
jhymes@potteranderson.com
Bar Id: DE/006671

| | |
|---|---|
| **Lordstown Motors Corporation** <br> Nominal Defendant | |
| **David M. Cormier** <br> Interested Party | |
| **Representation** <br><br> **Peter Bradford deLeeuw** <br> phone: (302) 274-2180 <br> fax: (302) 351-6905 | |
| **George Troicky** <br> Interested Party | |
| **New Castle County, Sheriff** <br> Sheriff | |
| **Representation** <br><br> **Sheriff New Castle County** <br> phone: (302) 395-8457 <br> fax: (302) 395-8460 | |

## DOCKET ENTRIES  Minimize ∧

**KEYWORD**  [Type here to filter entries by keyword]

**DATE**  [Any ▾]

[Clear Filters]  [Filter]

🖨 Print Entries    📄 Request Entries                Reverse Entries ⇅

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
| ☐ BL-1 | Dec. 02, 2021 | View | Verified Shareholder Derivative Complaint - Unsealed per order dated, January 24, 2022. <br> **TYPE** Complaint-class action or derivative>10defs <br> **DATE** 12/02/2021 <br> **TIME** 15:04:25 <br> **STATUS** Accepted - Sealed |
| ☐ BL-2 | Dec. 02, 2021 | View | Unsworn Declaration and Verification of David M. Cormier Pursuant to Court of Chancery Standing Order No. 8 and 10 Del. C. 3927 <br> **TYPE** Verification to Complaint <br> **DATE** 02/02/2022 <br> **TIME** 10:40:40 <br> **STATUS** Accepted |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
| ☐ BL-3 | Dec. 02, 2021 | View | Supplemental Information Sheet<br>**TYPE** Supplemental Information Sheet<br>**DATE** 02/02/2022<br>**TIME** 10:40:40<br>**STATUS** Accepted |
| ☐ BL-4 | Dec. 02, 2021 | View | Letter from P. Bradford deLeeuw to the Register in Chancery pursuant to Court of Chancery Rule 5.1(e)(1)(ii)<br>**TYPE** Certificate of Rule 5.1<br>**DATE** 02/02/2022<br>**TIME** 10:40:40<br>**STATUS** Accepted |
| ☐ BL-5 | Dec. 08, 2021 | View | Public Redacted Version of Verified Shareholder Derivative Complaint with Certificate of Service<br>**TYPE** Public Version<br>**DATE** 12/09/2021<br>**TIME** 08:01:04<br>**STATUS** Accepted |
| ☐ BL-6 | Dec. 20, 2021 | View | Entry of Appearance of Derrick Farrell on Behalf of George Troicky with Certificate of Service<br>**TYPE** Entry of Appearance<br>**DATE** 12/20/2021<br>**TIME** 16:36:00<br>**STATUS** Accepted |
| ☐ BL-7 | Dec. 28, 2021 | View | Entry of Appearance of Michael A. Pittenger, Jonathan A. Choa, Nicholas D. Mozal, and Justin T. Hymes of Potter Anderson & Corroon LLP on behalf of Nominal Defendant Lordstown Motors Corp., with Certificate of Service<br>**TYPE** Entry of Appearance<br>**DATE** 12/29/2021<br>**TIME** 10:14:25<br>**STATUS** Accepted |
| ☐ BL-8 | Dec. 28, 2021 | View | Lordstown's Motion for Continued Confidential Treatment, with Certificate of Service<br>**TYPE** Motion<br>**DATE** 12/29/2021<br>**TIME** 10:14:25<br>**STATUS** Accepted |
| ☐ BL-9 | Dec. 28, 2021 | View | [Proposed] Order Granting Lordstown's Motion for Continued Confidential Treatment<br>**TYPE** Proposed Order<br>**DATE** 12/29/2021<br>**TIME** 10:14:26<br>**STATUS** Accepted |
| ☐ BL-10 | Dec. 28, 2021 | View | Exhibit A to Lordstown's Motion for Continued Confidential Treatment (Public Redacted Version |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
|  |  |  | **TYPE** Exhibits<br>**DATE** 12/29/2021<br>**TIME** 10:14:26<br>**STATUS** Accepted |
| ☐ BL-11 | Dec. 29, 2021 | View | Letter to The Honorable Morgan T. Zurn from Justin T. Hymes, Esquire enclosing courtesy copies of Nominal Defendant Lordstown's Motion for Continued Confidential Treatment and accompanying papers<br>**TYPE** Letter<br>**DATE** 12/29/2021<br>**TIME** 11:22:25<br>**STATUS** Accepted |
| ☐ BL-12 | Jan. 03, 2022 | View | Petitioner s Opposition to Lordstown Motors Corp. s Motion for Continued Confidential Treatment with Certificate of Service<br>**TYPE** Opposition<br>**DATE** 01/03/2022<br>**TIME** 17:03:39<br>**STATUS** Accepted |
| ☐ BL-13 | Jan. 03, 2022 | View | Exhibits A-B to Petitioner s Opposition to Lordstown Motors Corp. s Motion for Continued Confidential Treatment<br>**TYPE** Exhibits<br>**DATE** 01/03/2022<br>**TIME** 17:03:39<br>**STATUS** Accepted |
| ☐ BL-14 | Jan. 03, 2022 | View | Letter to Vice Chancellor Zurn from Derrick Farrell, Esq. enclosing courtesy copies of Petitioner s Opposition to Lordstown Motors Corp. s Motion for Continued Confidential Treatment<br>**TYPE** Letter<br>**DATE** 01/03/2022<br>**TIME** 17:03:40<br>**STATUS** Accepted |
| ☐ BL-15 | Jan. 14, 2022 | View | Entry of Appearance of Raymond J. DiCamillo, Kevin M. Gallagher, Alexander M. Krischik and Alena V. Smith of Richards, Layton & Finger, P.A. on behalf of Defendants David T. Hamamoto, Andrew C. Richardson, Judith A. Hannaway, Steven R. Hash and Mark A. Walsh<br>**TYPE** Entry of Appearance<br>**DATE** 01/14/2022<br>**TIME** 12:48:23<br>**STATUS** Accepted |
| ☐ BL-16 | Jan. 14, 2022 | View | Certificate of Service to Entry of Appearance of Raymond J. DiCamillo, Kevin M. Gallagher, Alexander M. Krischik and Alena V. Smith of Richards, Layton & Finger, P.A. on behalf of Defendants David T. Hamamoto, |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
|  |  |  | Andrew C. Richardson, Judith A. Hannaway, Steven R. Hash and Mark A. Walsh<br>**TYPE** Certificate of Service<br>**DATE** 01/14/2022<br>**TIME** 12:48:23<br>**STATUS** Accepted |
| ☐ BL-17 | Jan. 18, 2022 | View | Entry of Appearance of Michael A. Pittenger, Jonathan A. Choa, Nicholas D. Mozal, and Justin T. Hymes of Potter Anderson & Corroon LLP on behalf of defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo, with Certificate of Service<br>**TYPE** Entry of Appearance<br>**DATE** 01/19/2022<br>**TIME** 10:47:30<br>**STATUS** Accepted |
| ☐ BL-18 | Jan. 18, 2022 | View | Defendants' Motion to Stay, with Certificate of Service<br>**TYPE** Motion<br>**DATE** 01/19/2022<br>**TIME** 10:47:31<br>**STATUS** Accepted |
| ☐ BL-19 | Jan. 19, 2022 | View | Letter to The Honorable Morgan T. Zurn from Justin T. Hymes dated January 19, 2022 enclosing courtesy copies of Entry of Appearance (on behalf of certain Defendants), Defendants' Motion to Stay and accompanying Proposed Order as filed on January 18, 2022<br>**TYPE** Letter<br>**DATE** 01/19/2022<br>**TIME** 16:01:16<br>**STATUS** Accepted |
| ☐ BL-20 | Jan. 24, 2022 | View | Denied ([Proposed] Order Granting Lordstown's Motion for Continued Confidential Treatment)<br>**TYPE** Order<br>**DATE** 01/24/2022<br>**TIME** 12:54:55<br>**STATUS** Accepted |
| ☐ BL-21 | Feb. 03, 2022 | View | Reassignment Letter<br>**TYPE** Letter<br>**DATE** 02/03/2022<br>**TIME** 16:34:21<br>**STATUS** Accepted |
| ☐ BL-22 | Feb. 28, 2022 | View | Motion for the Admission Pro Hac Vice of Douglas W. Greene to represent nominal defendant Lordstown Motors Corp., and defendants Stephen S. |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
|  |  |  | Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo (with Certificate of Service)<br>**TYPE**          Motion for Pro Hac Vice<br>**DATE**          02/28/2022<br>**TIME**          19:20:11<br>**STATUS**      Accepted |
| ☐ BL-23 | Feb. 28, 2022 | View | Greene, Douglas W.: Proposed Order Granting Motion for Admission Pro Hac Vice to represent nominal defendant Lordstown Motor Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo<br>**TYPE**          Proposed Order - Pro Hac Vice<br>**DATE**          02/28/2022<br>**TIME**          19:20:11<br>**STATUS**      Accepted |
| ☐ BL-24 | Feb. 28, 2022 | View | Certification of Douglas W. Greene for Motion for the Admission Pro Hac Vice of Douglas W. Greene to represent defendant Lordstown Motor Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo<br>**TYPE**          Certification for Pro Hac Vice<br>**DATE**          02/28/2022<br>**TIME**          19:20:11<br>**STATUS**      Accepted |
| ☐ BL-25 | Feb. 28, 2022 | View | Motion for the Admission Pro Hac Vice of Erica Barrow to represent nominal defendant Lordstown Motors Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo (with Certificate of Service)<br>**TYPE**          Motion for Pro Hac Vice<br>**DATE**          02/28/2022<br>**TIME**          19:20:11<br>**STATUS**      Accepted |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
| ☐ BL-26 | Feb. 28, 2022 | View | Barrow, Erica: Proposed Order Granting Motion for Admission Pro Hac Vice to represent nominal defendant Lordstown Motor Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo<br>**TYPE** Proposed Order - Pro Hac Vice<br>**DATE** 02/28/2022<br>**TIME** 19:20:12<br>**STATUS** Accepted |
| ☐ BL-27 | Feb. 28, 2022 | View | Certification of Erica Barrow for Motion for the Admission Pro Hac Vice of Erica Barrow to represent nominal defendant Lordstown Motor Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo<br>**TYPE** Certification for Pro Hac Vice<br>**DATE** 02/28/2022<br>**TIME** 19:20:12<br>**STATUS** Accepted |
| ☐ BL-28 | Mar. 01, 2022 | View | Granted (Greene, Douglas W.: Proposed Order Granting Motion for Admission Pro Hac Vice to represent nominal defendant Lordstown Motor Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo)<br>**TYPE** Order - Pro Hac Vice<br>**DATE** 03/02/2022<br>**TIME** 10:58:05<br>**STATUS** Accepted |
| ☐ BL-29 | Mar. 01, 2022 | View | Granted (Barrow, Erica: Proposed Order Granting Motion for Admission Pro Hac Vice to represent nominal defendant Lordstown Motor Corp., and defendants Stephen S. Burns, Shane Brown, Keith A. Feldman, Caimin Flannery, Michael D. Gates, David T. Hamamoto, Mickey W. Kowitz, Darren Post, Jane Reiss, Julio C. Rodriguez, Martin J. Rucidlo, Phil Richard Schmidt, Dale G. Spencer, Angela Strand, and Chuan D. Vo)<br>**TYPE** Order - Pro Hac Vice |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
| | | | DATE 03/02/2022<br>TIME 10:58:05<br>STATUS Accepted |
| ☐ BL-30 | Apr. 19, 2022 | View | Stipulation and [Proposed] Order Regarding Service of Process, Consolidation and Appointment of Plaintiffs Co-Lead Counsel and Delaware Counsel, and Staying Action<br>TYPE Stipulation & (Proposed) Order<br>DATE 04/20/2022<br>TIME 10:18:13<br>STATUS Accepted |
| ☐ BL-31 | Apr. 19, 2022 | View | Exhibits A and B to Stipulation and [Proposed] Order Regarding Service of Process, Consolidation and Appointment of Plaintiffs Co-Lead Counsel and Delaware Counsel, and Staying Action<br>TYPE Exhibits<br>DATE 04/20/2022<br>TIME 10:18:13<br>STATUS Accepted |
| ☐ BL-32 | May. 10, 2022 | View | Granted (Stipulation and [Proposed] Order Regarding Service of Process, Consolidation and Appointment of Plaintiffs Co-Lead Counsel and Delaware Counsel, and Staying Action)<br>TYPE Order<br>DATE 05/10/2022<br>TIME 13:59:14<br>STATUS Accepted |
| ☐ BL-33 | Jun. 24, 2022 | View | Plaintiffs Verified Consolidated Shareholder Derivative Complaint<br>TYPE Amended Complaint<br>DATE 06/24/2022<br>TIME 14:27:18<br>STATUS Accepted |
| ☐ BL-34 | Jun. 24, 2022 | View | Exhibit 1 Blackline of Plaintiff s Verified Consolidated Shareholder Derivative Complaint<br>TYPE Exhibits<br>DATE 06/24/2022<br>TIME 14:27:18<br>STATUS Accepted |
| ☐ BL-35 | Jun. 24, 2022 | View | Verification and Affidavit of Plaintiff Ed Lomont to Verified Consolidated Shareholder Derivative Complaint<br>TYPE Verification to Complaint<br>DATE 06/24/2022<br>TIME 14:27:19<br>STATUS Accepted |

| ENTRY | FILED | PDF | DESCRIPTION |
|---|---|---|---|
| ☐ BL-36 | Jun. 24, 2022 | View | Verification of Plaintiff Janelle Jackson to Verified Consolidated Shareholder Derivative Complaint<br>**TYPE** Verification to Complaint<br>**DATE** 06/24/2022<br>**TIME** 14:27:19<br>**STATUS** Accepted |
| ☐ BL-37 | Jun. 24, 2022 | View | Certificate of Service to Plaintiffs Verified Consolidated Shareholder Derivative Complaint and Supporting Documents<br>**TYPE** Certificate of Service<br>**DATE** 06/24/2022<br>**TIME** 14:27:19<br>**STATUS** Accepted |
| ☐ BL-38 | Mar. 31, 2023 | View | Motion to Withdraw Derrick Farrell as Counsel of Record on Behalf of Non-Party George Troicky with Certificate of Service<br>**TYPE** Motion<br>**DATE** 03/31/2023<br>**TIME** 12:30:48<br>**STATUS** Accepted |
| ☐ BL-39 | Mar. 31, 2023 | View | [Proposed] Order Granting Motion to Withdraw Derrick Farrell as Counsel of Record on Behalf of Non-Party George Troicky<br>**TYPE** Proposed Order<br>**DATE** 03/31/2023<br>**TIME** 12:30:48<br>**STATUS** Accepted |
| ☐ BL-40 | Apr. 04, 2023 | View | Granted ([Proposed] Order Granting Motion to Withdraw Derrick Farrell as Counsel of Record on Behalf of Non-Party George Troicky)<br>**TYPE** Order<br>**DATE** 04/04/2023<br>**TIME** 16:52:16<br>**STATUS** Accepted |
| ☐ BL-41 | Jun. 27, 2023 | View | Suggestion of Bankruptcy of Nominal Defendant Lordstown Motors Corp. and Notice of the Automatic Stay with Certificate of Service<br>**TYPE** Suggestion of Bankruptcy<br>**DATE** 06/28/2023<br>**TIME** 08:48:48<br>**STATUS** Accepted |
| ☐ BL-42 | Jun. 27, 2023 | View | Exhibit A to Suggestion of Bankruptcy of Nominal Defendant Lordstown Motors Corp. and Notice of the Automatic Stay<br>**TYPE** Exhibits<br>**DATE** 06/28/2023<br>**TIME** 08:48:48 |

| ENTRY | FILED | PDF | DESCRIPTION | |
|---|---|---|---|---|
| | | | STATUS | Accepted |

This does not constitute the official record of the court. The information is provided "as is" and may be subject to errors or omissions.