IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 5, 2023 at 10:30 a.m.**<br>**Objection Deadline: July 20, 2023 at 4:00 p.m.**<br><br>**Re: D.I. 89, 223, 244, 267, 460** |

### RE-NOTICE OF "DEBTORS' APPLICATION TO RETAIN AND EMPLOY RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE" AND HEARING THEREON

PLEASE TAKE NOTICE that, on July 6, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date* [D.I. 199] (the "**Retention Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Pursuant to the Retention Application, the Debtors are seeking entry of an order authorizing the Debtors to retain and employ Richards, Layton & Finger, P.A. as their co-counsel in the above-captioned chapter 11 cases effective as of June 27, 2023. **You were previously served with a copy of the Retention Application**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of Application and Hearing* filed and served contemporaneously with the Retention Application, any responses or objections to the relief requested in the Retention Application must have been in writing and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29669816v.1

filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (Eastern Daylight Time) on July 20, 2023** (the "**Objection Deadline**"[2]).

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, a hearing to consider approval of the Retention Application and any objections thereto will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **October 5, 2023 starting at 10:30 a.m. (Eastern Daylight Time)**.

[*Remainder of page intentionally left blank.*]

---

[2] The Objection Deadline was subsequently extended for the Office of the United States Trustee for the District of Delaware only through and including August 18, 2023, and the hearing with respect to the Retention Application was adjourned *sine die*.

Dated: September 21, 2023

Respectfully submitted,

       */s/ Robert J. Stearn, Jr.*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (No. 209)
Daniel J. DeFranceschi (No. 2732)
Robert J. Stearn, Jr. (No. 2915)
Paul N. Heath (No. 3704)
Amanda R. Steele (No. 5530)
Jason M. Madron (No. 4431)
Cory D. Kandestin (No. 5025)
James F. McCauley (No. 6991)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
defranceschi@rlf.com
stearn@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com
kandestin@rlf.com
mccauley@rlf.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Co-Counsel to Debtors and Debtors in Possession*