**Exhibit B**

**Expense Detail**

| Name | Date | Description | Expense Category | Amount |
|---|---|---|---|---|
| AC | 8/1/2023 | Flight from Chicago to Detroit to visit client (A. Crnkovich) | Airfare | $503.80 |
| AC | 8/1/2023 | Uber to O'Hare airport and from Detroit airport to Lordstown (A. Crnkovich) | Transportation | $152.35 |
| MM | 8/1/2023 | Dinner at hotel restaurant while in Farmington Hills for Lordstown business travel | Meals | $24.08 |
| EH | 8/1/2023 | Uber from home to ORD (E. Hammes) | Transportation | $37.97 |
| CDT | 8/1/2023 | DUNKIN #348568 3485 WARREN        MI (D. Tsitsis) | Meals | $5.90 |
| CDT | 8/1/2023 | PANERA BREAD #600689248-324-4402       MI  (D. Tsitsis, E. Hammes, C. Crnkovich) | Meals | $50.24 |
| CDT | 8/1/2023 | TST* SEDONA TAPHOUSENOVI        MI (D. Tsitsis, E. Hammes, C. Crnkovich, M. Mollerus) | Meals | $251.34 |
| CDT | 8/1/2023 | USCONNECT CRPDN MKVLROCHESTER HIL     MI (D. Tsitsis) | Meals | $1.89 |
| EH | 8/1/2023 | Uber from DTW to Farmington Hills office (E. Hammes) | Transportation | $60.92 |
| CDT | 8/2/2023 | DD/BR #304009 3040  NOVI        MI (D. Tsitsis) | Meals | $4.12 |
| CDT | 8/2/2023 | DUNKIN #348568 3485 WARREN       MI (D. Tsitsis, E. Hammes) | Meals | $6.43 |
| CDT | 8/2/2023 | PANERA BREAD #600689FARMINGTON       MI (D. Tsitsis, E. Hammes, M. Mollerus, C. Crnkovich) | Meals | $68.29 |
| CDT | 8/2/2023 | USCONNECT CRPDN MKVLROCHESTER HIL     MI (D. Tsitsis) | Meals | $1.89 |
| CDT | 8/2/2023 | USCONNECT CRPDN MKVLROCHESTER HIL     MI (D. Tsitsis, M. Mollerus) | Meals | $8.28 |
| MM | 8/3/2023 | Lodging for 07.31.2023 - 08.03.2023 (business travel to Lordstown) | Lodging | $369.34 |
| MM | 8/3/2023 | Uber from airport (ORD) to home after returning from business travel to Detroit for Lordstown | Transportation | $55.91 |
| EH | 8/3/2023 | Lunch at JERSEY MIKES (working lunch) (E. Hammes, A. Crnkovich, M. Mollerus) | Meals | $44.90 |
| EH | 8/3/2023 | Dinner at OISHI (working dinner) (E. Hammes and A. Crnkovich) | Meals | $89.95 |
| EH | 8/3/2023 | Taxi from ORD to home (E. Hammes) | Transportation | $55.20 |

| | | | | |
|---|---|---|---|---|
| AC | 8/4/2023 | Hotel from 7/31 through 8/3 (A. Crnkovich; 4 Points Sheraton, Novi) | Lodging | $361.90 |
| AC | 8/4/2023 | Dinner at the office in 7.31 (A. Crnkovich) | Meals | $22.18 |
| AC | 8/4/2023 | Breakfast at the hotel on 8.3 (A. Crnkovich) | Meals | $19.90 |
| AC | 8/4/2023 | Taxi home from O'Hare airport (A. Crnkovich) | Transportation | $60.90 |
| EH | 8/4/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $503.80 |
| EH | 8/4/2023 | Lodging at Four Points by Sheraton Novi from 8/1 to 8/3 (E. Hammes) | Lodging | $241.82 |
| MM | 8/7/2023 | Uber from Home to O'Hare (Business travel to Lordstown's Farmington hills office) | Transportation | $47.91 |
| MM | 8/7/2023 | Dinner at hotel restaurant while on business travel in Farmington Hills | Meals | $67.12 |
| MM | 8/7/2023 | Team lunch while in Farmington Hills for business travel | Meals | $20.54 |
| EH | 8/7/2023 | Dinner at NO 6 PRIME (working dinner) (E. Hammes) | Meals | $60.50 |
| MM | 8/8/2023 | Breakfast from Starbucks while in Farmington Hills for business travel | Meals | $12.40 |
| MM | 8/8/2023 | Dinner at hotel restaurant while on business travel in Farmington Hills | Meals | $40.96 |
| EH | 8/8/2023 | Dinner at NO 6 PRIME (working dinner) (E. Hammes) | Meals | $37.80 |
| EH | 8/8/2023 | Lunch at POTBELLY (working lunch) (E. Hammes) | Meals | $10.55 |
| EH | 8/9/2023 | Dinner at NO 6 PRIME (working dinner) (E. Hammes) | Meals | $49.14 |
| CDT | 8/9/2023 | 1629 S MAIN ST 12411CHELSEA          MI (D. Tsitsis) | Meals | $2.50 |
| CDT | 8/9/2023 | DD/BR #304009 3040  NOVI          MI (D. Tsitsis, M. Mollerus, E. Hammes) | Meals | $12.58 |
| CDT | 8/9/2023 | DK'S CONEY ISLAND 56STERLING HEIG     MI (D. Tsitsis) | Meals | $27.51 |
| CDT | 8/9/2023 | DUNKIN #359597       CHELSEA         MI (D. Tsitsis) | Meals | $2.25 |
| CDT | 8/9/2023 | PANERA BREAD #600689FARMINGTON        MI (D. Tsitsis, E. Hammes, M. Mollerus) | Meals | $41.95 |
| CDT | 8/9/2023 | USCONNECT CRPDN MKVLROCHESTER HIL     MI (D. Tsitsis) | Meals | $1.49 |
| MM | 8/10/2023 | Airfare from/to ORD to/from DTW (business travel to Lordstown's Farmington Hills office) | Airfare | $614.80 |
| MM | 8/10/2023 | Hotel while in Farmington Hills on business travel for Lordstown (08.06.2023 - 08.10.2023) | Lodging | $462.00 |
| EH | 8/10/2023 | Lodging at Four Points by Sheraton Novi from 8/6 to 8/10 (E. Hammes) | Lodging | $517.54 |

| | | | | |
|---|---|---|---|---|
| MM | 8/10/2023 | Rental car using Lordstown corporate rate through National (08.06.2023 - 08.10.2023) | Transportation | $312.64 |
| MM | 8/10/2023 | Uber from O'Hare to home (returning from business travel to Lordstown's Farmington hills office). Note that the amount expensed does not include the tip. | Transportation | $46.90 |
| CDT | 8/10/2023 | DUNKIN #348568 3485 WARREN         MI (D. Tsitsis) | Meals | $4.34 |
| CDT | 8/10/2023 | DUNKIN #348568 3485 WARREN         MI (D. Tsitsis) | Meals | $4.34 |
| CDT | 8/10/2023 | EXXONMOBIL 9741     WARREN         MI (D. Tsitsis) | Meals | $4.99 |
| CDT | 8/10/2023 | LA VIE CUISINE LLC 0NOVI         MI (D. Tsitsis, E. Hammes, M. Mollerus) | Meals | $32.24 |
| CDT | 8/10/2023 | SPEEDWAY         1-800-643-1948     OH (D. Tsitsis) | Meals | $5.99 |
| CDT | 8/10/2023 | SPEEDWAY         1-800-643-1949     OH (D. Tsitsis) - Refill fuel from travel into FH | Transportation | $29.01 |
| CDT | 8/10/2023 | WATERWAY NORTH BROOKNORTHBROOK     IL (D. Tsitsis) - Refill fuel from drive home | Transportation | $60.99 |
| AB | 8/11/2023 | Rental car from CAK to Lordstown and back for Lordstown site visits (A. Bauer) - Rental car for site visits | Transportation | $269.46 |
| AB | 8/11/2023 | Flight from ORD to CAK for site visits at Lordstown Facility (A. Bauer) - Flight for site visits | Airfare | $658.45 |
| CDT | 8/11/2023 | DUNKIN #338015     CHICAGO         IL | | $9.64 |
| EH | 8/13/2023 | Uber from home to ORD (E. Hammes) | Transportation | $47.90 |
| EH | 8/13/2023 | Uber from DTW to Four Points by Sheraton Novi (E. Hammes) | Transportation | $63.97 |
| AC | 8/14/2023 | Flight from Chicago to Detroit (A. Crnkovich) | Airfare | $479.80 |
| AB | 8/14/2023 | Dinner at ORD for trip to Lordstown for site visits (A. Bauer) | Meals | $18.76 |
| AB | 8/14/2023 | Uber to Ohare for equipment trips (A. Bauer) | Transportation | $62.18 |
| AB | 8/14/2023 | Uber from ORD to home after Lordstown Site Visits (A. Bauer) | Transportation | $37.82 |
| EH | 8/14/2023 | Dinner at NO 6 PRIME (working dinner) (E. Hammes) | Meals | $45.36 |
| EH | 8/14/2023 | Uber from hotel to Farmington Hills office (E. Hammes) | Transportation | $40.57 |
| AC | 8/14/2023 | Uber to Airport (A. Crnkovich) | Transportation | $57.48 |
| CDT | 8/14/2023 | DD/BR #304009 3040 NOVI         MI (D. Tsitsis, M. Mollerus) | Meals | $7.40 |
| CDT | 8/14/2023 | DK'S CONEY ISLAND 56STERLING HEIG     MI (D. Tsitsis) | Meals | $15.00 |
| CDT | 8/14/2023 | JERSEY MIKES 31020 0NOVI         MI (D. Tsitsis, E. Hammes, M. Mollerus) | Meals | $42.04 |

| | | | | |
|---|---|---|---|---|
| CDT | 8/14/2023 | PILOT_00017 00017 BATTLE CREEK MI (D. Tsitsis) - Refill fuel from travel into FH | Transportation | $58.89 |
| CDT | 8/14/2023 | Sunoco Gas 215-977-3000 TX (D. Tsitsis) | Meals | $4.19 |
| AB | 8/15/2023 | Dinner in Lordstown for Site visits (A. Bauer) | Meals | $9.38 |
| EH | 8/15/2023 | Dinner at PANERA (working dinner) (E. Hammes) | Meals | $10.79 |
| AC | 8/15/2023 | Dinner at Panera bread (A.Crnkovich) | Meals | $23.06 |
| CDT | 8/15/2023 | DUNKIN #348568 3485 WARREN MI (D. Tsitsis) | Meals | $4.34 |
| CDT | 8/15/2023 | TST* KYMA GREEK 0011FARMINGTON HILL MI (D. Tsitsis, E. Hammes, M. Mollerus) | Meals | $52.70 |
| AB | 8/16/2023 | Dinner in Lordstown for Site visits (A. Bauer) | Meals | $10.30 |
| EH | 8/16/2023 | Delta flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $531.80 |
| EH | 8/16/2023 | Lodging at Four Points by Sheraton Novi from 8/13 to 8/16 (E. Hammes) | Lodging | $661.05 |
| EH | 8/16/2023 | Taxi from ORD to Home (E. Hammes) | Transportation | $58.50 |
| EH | 8/16/2023 | Uber from Farmington Hills office to DTW (E. Hammes) | Transportation | $52.40 |
| AC | 8/16/2023 | Lunch at Burrito Bowl (A.Crnkovich) | Meals | $26.04 |
| AC | 8/16/2023 | Dinner at Le Vie (A.Crnkovich) | Meals | $24.35 |
| CDT | 8/16/2023 | DUNKIN #348568 3485 WARREN MI (D. Tsitsis, E. Hammes) | Meals | $6.43 |
| CDT | 8/16/2023 | DUNKIN #355288 3552 KALAMAZOO MI (D. Tsitsis) | Meals | $4.97 |
| CDT | 8/16/2023 | PANERA BREAD #600689FARMINGTON MI (D. Tsitsis, E. Hammes) | Meals | $22.96 |
| CDT | 8/16/2023 | SPEEDWAY 1-800-643-1949 OH (D. Tsitsis) - Refill fuel from travel into FH | Transportation | $49.69 |
| CDT | 8/16/2023 | WATERWAY NORTH BROOKNORTHBROOK IL (D. Tsitsis) - Refill fuel from drive home | Transportation | $61.65 |
| AB | 8/17/2023 | Hotel stay outside of Lordstown for Lordstown site visits (A. Bauer) | Lodging | $737.85 |
| AB | 8/17/2023 | Dinner at CAK, return from Lordstown for Site visits (A. Bauer) | Meals | $29.35 |
| AB | 8/17/2023 | Lordstown site visits Rental Car Gas for return to CAK (A. Bauer) | Transportation | $35.26 |
| AC | 8/17/2023 | Hotel for 8/14-8/17 (A.Crnkovich) | Lodging | $426.26 |
| AC | 8/17/2023 | Rental Car for 8/14-8/17 (A.Crnkovich) | Transportation | $258.95 |
| AC | 8/17/2023 | Lunch at Panera (A. Crnkovich and E. Hammes) | Meals | $21.29 |

RLF1 29682324v.1

| | | | | |
|---|---|---|---|---|
| AC | 8/17/2023 | Dinner at Margaritaville (A. Crnkovich and M. Mollerus) | Meals | $48.26 |
| AC | 8/17/2023 | Taxi ride home from ORD (A.Crnkovich) | Transportation | $61.50 |
| CDT | 8/17/2023 | AVIS.COM PREPAY    VIRGINIA BEACH    VA (D. Tsitsis) - Rental car fee | Transportation | $264.24 |
| CDT | 8/17/2023 | UNITED AIRLINES    HOUSTON    TX (D. Tsitsis) | Airfare | $21.00 |
| CDT | 8/17/2023 | UNITED AIRLINES    HOUSTON    TX (D. Tsitsis) | Airfare | $45.00 |
| CDT | 8/17/2023 | UNITED AIRLINES    HOUSTON    TX (D. Tsitsis) | Airfare | $626.45 |
| EH | 8/21/2023 | Lunch at POTBELLY (working lunch) (E. Hammes) | Meals | $10.79 |
| EH | 8/21/2023 | Dinner at NO 6 PRIME (working dinner) (E. Hammes) | Meals | $54.64 |
| EH | 8/21/2023 | Uber from home to ORD (E. Hammes) | Transportation | $65.66 |
| EH | 8/21/2023 | Uber from DTW to Farmington Hills office (E. Hammes) | Transportation | $56.93 |
| AC | 8/21/2023 | Flight to Detroit(A.Crnkovich) | Airfare | $796.40 |
| AC | 8/21/2023 | Hotel in Detroit (A.Crnkovich) | Lodging | $482.72 |
| AC | 8/21/2023 | Lunch at Potbelly (A.Crnkovich) | Meals | $16.57 |
| MM | 8/21/2023 | Uber for one from home to ORD on 8.21.2023 for business travel to Lordstown's Farmington Hills office | Transportation | $79.67 |
| CDT | 8/21/2023 | DUNKIN #358055 3580 CHICAGO    IL (D. Tsitsis) | Meals | $5.30 |
| EH | 8/22/2023 | Lunch at QDOBA (working lunch) (E. Hammes) | Meals | $16.43 |
| MM | 8/22/2023 | Lunch for one at Qdoba Mexican Grill on 08.22.2023 while on business travel to Lordstown's Farmington Hills office | Meals | $14.31 |
| MM | 8/22/2023 | Dinner for one at Ford's Garage on 08.22.2023 while on business travel to Lordstown's Farmington Hills office | Meals | $34.61 |
| EH | 8/22/2023 | Dinner at FORD'S GARAGE NOVI (working dinner) (E. Hammes) | Meals | $27.31 |
| AC | 8/22/2023 | Dinner at Ford's Garage (A.Crnkovich) | Meals | $35.66 |
| AC | 8/22/2023 | Lunch at Qdoba (A.Crnkovich) | Meals | $16.24 |
| MM | 8/22/2023 | Uber for one on 8.22.2023 from DTW to hotel in NOVI when traveling to Farmington Hills for Lordstown business | Transportation | $76.31 |
| CDT | 8/22/2023 | 365 MARKET  888 432-TROY    MI (D. Tsitsis) | Meals | $5.16 |
| CDT | 8/22/2023 | DUNKIN #343769 Q35 3WARREN    OH (D. Tsitsis) | Meals | $3.19 |
| CDT | 8/22/2023 | DUNKIN #358496    NORTH JACKSON    OH (D. Tsitsis) | Meals | $3.99 |
| CDT | 8/22/2023 | MEIJER STORE #329   SE WARREN    OH (D. Tsitsis) | Meals | $13.52 |

RLF1 29682324v.1

| | | | | |
|---|---|---|---|---|
| CDT | 8/22/2023 | SUBWAY LISBON OH (D. Tsitsis, A. Vahratian, D. Bell) | Meals | $23.31 |
| MM | 8/23/2023 | Lunch for one at Panera Bread on 08.23.2023 while on business travel to Lordstown's Farmington Hills office | Meals | $18.55 |
| EH | 8/23/2023 | Lunch at PANERA (working lunch) (E. Hammes) | Meals | $14.07 |
| AC | 8/23/2023 | Lunch at Panera (A.Crnkovich) | Meals | $21.09 |
| CDT | 8/23/2023 | 365 MARKET  888 432-TROY MI (D. Tsitsis) | Meals | $4.10 |
| CDT | 8/23/2023 | DUNKIN #343769 Q35 3WARREN OH (D. Tsitsis) | Meals | $3.19 |
| CDT | 8/23/2023 | DUNKIN #358496 NORTH JACKSON OH (D. Tsitsis) | Meals | $3.99 |
| CDT | 8/23/2023 | MIZU SUSHI BAR AND GNILES OH (D. Tsitsis) | Meals | $47.27 |
| CDT | 8/23/2023 | SUBWAY LISBON OH (D. Tsitsis, A. Vahratian, D. Bell) | Meals | $32.10 |
| EH | 8/24/2023 | Delta flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $531.80 |
| MM | 8/24/2023 | Lodging at Four Points by Sheraton Detroit Novi while on business travel to Lordstown's Farmington Hills office for period 08.21.2023 - 08.24.2023 | Lodging | $391.40 |
| MM | 8/24/2023 | Airfare via Delta from/to ORD/DTW to/from ORD/DTW for business travel to Lordstown's Farmington Hills office for dates 08.21.2023 and 08.24.2023. | Airfare | $614.80 |
| EH | 8/24/2023 | Lodging at Four Points by Sheraton Novi from 8/21 to 8/24 (E. Hammes) | Lodging | $422.90 |
| EH | 8/24/2023 | Uber to DTW (Cancellation fee due to travel disruptions) (E. Hammes) | Transportation | $33.00 |
| MM | 8/24/2023 | Lunch at Culvers while traveling home from Lordstown's Farmington Hills office for business travel on 08.24.2023 - for M. Mollerus, E. Hammes, and A. Crnkovich | Meals | $26.35 |
| CDT | 8/24/2023 | AKRON CANTON AIRPORTNORTH CANTON OH (D. Tsitsis) | Meals | $6.39 |
| CDT | 8/24/2023 | AVIS RENT A CAR   NORTH CANTON OH (D. Tsitsis) - Rental car during trip to Youngstown | Transportation | $13.87 |
| CDT | 8/24/2023 | CAK HOSPITALITY 6500NORTH CANTON OH (D. Tsitsis) | Meals | $17.40 |
| CDT | 8/24/2023 | CIRCLE K 05413/CIRCLUNIONTOWN OH (D. Tsitsis) - Refill fuel in rental car | Transportation | $29.99 |

| | | | | |
|---|---|---|---|---|
| CDT | 8/24/2023 | DUNKIN #343769 Q35 3WARREN OH (D. Tsitsis) | Meals | $3.19 |
| CDT | 8/24/2023 | LOT A EPS 000000045 CHICAGO IL (D. Tsitsis) - Parking at ORD to travel to Youngstown | Transportation | $126.00 |
| AC | 8/25/2023 | Car rental (A.Crnkovich) | Transportation | $595.21 |
| AC | 8/25/2023 | Uber to Airport (A.Crnkovich) | Transportation | $58.55 |
| CDT | 8/25/2023 | HAMPTON INN NILES HANILES OH (D. Tsitsis) - Hotel charges for 3 nights stay | Lodging | $661.64 |
| EH | 8/28/2023 | Uber to ORD (E. Hammes) | Transportation | $57.49 |
| AC | 8/28/2023 | Uber to ORD - Missed on an earlier expense report (A.Crnkovich) | Transportation | $55.36 |
| AC | 8/28/2023 | Flight to Detroit (A.Crnkovich) | Airfare | $531.80 |
| AC | 8/28/2023 | Uber to ORD (A.Crnkovich) | Transportation | $45.81 |
| EH | 8/28/2023 | Delta flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $531.80 |
| EH | 8/28/2023 | Lodging at Four Points by Sheraton Novi from 8/28 to 8/30 (E. Hammes) | Lodging | $316.40 |
| EH | 8/28/2023 | Dinner at CHICK FIL A (working dinner) (E. Hammes) | Meals | $12.39 |
| AC | 8/28/2023 | Dinner at Chik-fil-a (A.Crnkovich) | Meals | $13.73 |
| MM | 8/28/2023 | Uber for one from home to ORD (business travel to Lordstown's Farmington Hills office) on 08.28.2023 | Transportation | $45.42 |
| MM | 8/28/2023 | Silverman team lunch from Jersey Mikes via Uber Eats on 08.28.2023 for M. Mollerus, E. Hammes, C. Tsitsis, and A. Crnkovich | Meals | $73.05 |
| CDT | 8/28/2023 | DUNKIN #355288 3552 KALAMAZOO MI (D. Tsitsis) | Meals | $7.41 |
| CDT | 8/28/2023 | JERSEY MIKES 31020 0NOVI MI (D. Tsitsis) | Meals | $13.98 |
| CDT | 8/28/2023 | SPEEDWAY 1-800-643-1948 OH (D. Tsitsis) | Meals | $2.29 |
| CDT | 8/28/2023 | SPEEDWAY 1-800-643-1949 OH (D. Tsitsis) - Refill fuel from travel into FH | Transportation | $68.53 |
| EH | 8/29/2023 | Dinner at NO 6 PRIME (working dinner) (E. Hammes) | Meals | $54.58 |
| CDT | 8/29/2023 | DD/BR #304009 3040 NOVI MI (D. Tsitsis, E. Hammes, C. Crnkovich) | Meals | $15.43 |
| CDT | 8/29/2023 | DUNKIN #348568 3485 WARREN MI (D. Tsitsis) | Meals | $4.34 |
| CDT | 8/29/2023 | PANERA BREAD #600689FARMINGTON MI (D. Tsitsis, E. Hammes, C. Crnkovich) | Meals | $68.76 |
| EH | 8/30/2023 | Lunch at QDOBA (working lunch) (E. Hammes and M. Mollerus) | Meals | $25.71 |

7

RLF1 29682324v.1

| | | | | |
|---|---|---|---|---|
| AC | 8/30/2023 | Lunch at Qdoba (A.Crnkovich) | Meals | $15.08 |
| AC | 8/30/2023 | Dinner at the airport on Wednesday - ( E. Hammes and M. Mollerus and A. Crnkovich) | Meals | $112.87 |
| AC | 8/30/2023 | Taxi from ORD (A.Crnkovich) | Transportation | $58.12 |
| AC | 8/30/2023 | Car rental for the week (A.Crnkovich) | Transportation | $372.64 |
| AC | 8/30/2023 | Hotel for the week (A.Crnkovich) | Lodging | $291.84 |
| MM | 8/30/2023 | Uber for one from ORD to home (returning from business travel to Lordstown's Farmington Hills office) | Transportation | $61.13 |
| MM | 8/30/2023 | Lodging for one at the Four Points by Sheraton Detroit Novi for 08.28.2023 - 08.30.2023 | Lodging | $319.20 |
| MM | 8/30/2023 | Delta round trip airfare for one from/to ORD/DTW for business travel to Lordstown's Farmington Hills office for dates 08.28.2023 and 08.30.2023 | Airfare | $541.80 |
| CDT | 8/30/2023 | BIG TOMMY'S PARTHENONOVI           MI (D. Tsitsis) | Meals | $16.78 |
| CDT | 8/30/2023 | DD/BR #304009 3040  NOVI            MI (D. Tsitsis) | Meals | $4.12 |
| CDT | 8/30/2023 | DUNKIN #348568 3485 WARREN          MI (D. Tsitsis) | Meals | $3.81 |
| CDT | 8/30/2023 | EXXONMOBIL 9731    NOVI            MI (D. Tsitsis) - Refill fuel from travel into FH | Transportation | $61.42 |
| CDT | 8/30/2023 | Verizon (D. Tsitsis) - Cell phone charges for phone calls/meetings while in Greece | Administrative | $180.49 |
| EH | 8/30/2023 | Taxi from ORD to home (E. Hammes) | Transportation | $56.70 |
| CDT | 8/31/2023 | WATERWAY NORTH BROOKNORTHBROOK        IL (D. Tsitsis) - Refill fuel from drive home | Transportation | $56.70 |
| | | **Grand Total** | | **$21,241.92** |

RLF1 29682324v.1