# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 19, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and its Debtor Affiliates** [Docket No. 362]

Furthermore, on September 19, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Deadlines for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against Debtors** [Docket No. 335]

- [Customized] **Official Form 410 Proof of Claim** [substantially in the form of Exhibit 2 to Docket No. 317]

Dated: September 22, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Daniel Macy | Address Redacted | | | |
| Janine Koss | Address Redacted | | | |
| Joshua Lapp | Address Redacted | | | |
| Karim Abotchi | Address Redacted | | | |
| Matthew Mitchell | Address Redacted | | | |
| Mridusmita Rajkhowa | Address Redacted | | | |
| Paul Hack | Address Redacted | | | |
| Scott Linzer | Address Redacted | | | |
| Zaina Abdelaziz | Address Redacted | | | |

# Exhibit B

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Workhorse Group, Inc. | Attn CEO | 3600 Park 42 Dr # 160E | Cincinnati | OH | 45241-4039 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                    Page 1 of 1