## EXHIBIT A



September 25, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

      Re: Lordstown Motor Corporation
          USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period August 1, 2023 to August 31, 2023 in the amount of $5,810.43 for the above referenced matter.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 71001FA | **Invoice Date** | September 25, 2023 |
|---|---|---|---|
| **Invoice Number** | US_KCC2574865 | **Due Date** | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $5,810.43 |
| *Total of Hourly Fees* | $5,810.43 |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| *Invoice Subtotal* | $5,810.43 |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | $5,810.43 |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 71001FA | **Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_KCC2574865 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $5,810.43 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| **Amount Paid** | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 28.80 | $201.75 | $5,810.43 |
| | | | | *Total* | *$5,810.43* |

## *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 8/1/2023 | AAE | Update schedule G with new contracts and comments from company and counsel | SOL | Schedules & SOFA | 3.30 |
| | | | *Total for 8/1/2023* | | *3.30* |
| 8/3/2023 | AAE | Update contract review file and schedule G with additional contracts and information | SOL | Schedules & SOFA | 1.30 |
| | | | *Total for 8/3/2023* | | *1.30* |
| 8/9/2023 | AAE | Review contracts from counsel regarding amending schedules | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 8/9/2023* | | *0.40* |
| 8/10/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 1.40 |
| 8/10/2023 | AAE | Prepare latest versions of schedule G and contract review file for Silverman; call re same | SOL | Schedules & SOFA | 0.80 |
| | | | *Total for 8/10/2023* | | *2.20* |
| 8/11/2023 | AAE | Review creditor matrix for noticing information for amended schedule G | SOL | Schedules & SOFA | 0.60 |
| 8/11/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 1.00 |
| 8/11/2023 | AAE | Prepare comments to amended schedule G for counsel, Silverman and company | SOL | Schedules & SOFA | 0.70 |
| | | | *Total for 8/11/2023* | | *2.30* |
| 8/14/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 1.30 |
| 8/14/2023 | AAE | Prepare comments to amended schedule G for counsel, Silverman and company | SOL | Schedules & SOFA | 0.50 |
| | | | *Total for 8/14/2023* | | *1.80* |
| 8/15/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 0.80 |
| 8/15/2023 | AAE | Review creditor matrix for noticing information for amended schedule G | SOL | Schedules & SOFA | 0.90 |
| | | | *Total for 8/15/2023* | | *1.70* |
| 8/16/2023 | AAE | Review counsel's comments to schedule amendments; review schedule G related to same | SOL | Schedules & SOFA | 0.30 |
| | | | *Total for 8/16/2023* | | *0.30* |
| 8/17/2023 | AAE | Review counsel and company comments to schedule G and prepare updates including contacts additions | SOL | Schedules & SOFA | 1.90 |
| 8/17/2023 | AAE | Prepare comments to amended schedule G for counsel, Silverman and company | SOL | Schedules & SOFA | 0.60 |
| | | | *Total for 8/17/2023* | | *2.50* |
| 8/21/2023 | AAE | Prepare amended schedule G with additional contracts and comments from counsel, Silverman and company | SOL | Schedules & SOFA | 2.80 |
| 8/21/2023 | AAE | Review cure schedule for master service agreements and POs for adding to schedule G | SOL | Schedules & SOFA | 2.10 |

# *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | *Total for 8/21/2023* | | *4.90* |
| 8/22/2023 | AAE | Review Silverman and counsel's comments and files related to schedule G updates; prepare updates re same | SOL | Schedules & SOFA | 0.50 |
| 8/22/2023 | AAE | Add additional purchases orders to Schedule G amendments; correspondence with company, counsel and Silverman re same | SOL | Schedules & SOFA | 1.20 |
| | | | *Total for 8/22/2023* | | *1.70* |
| 8/23/2023 | AAE | Prepare amended schedule G exhibits for attaching to amended forms | SOL | Schedules & SOFA | 1.70 |
| | | | *Total for 8/23/2023* | | *1.70* |
| 8/24/2023 | AAE | Call with Silverman re amended schedules | SOL | Schedules & SOFA | 0.20 |
| | | | *Total for 8/24/2023* | | *0.20* |
| 8/28/2023 | AAE | Update contract review tracking sheet and schedule G with new contracts and prepare updated exhibits for amended schedule forms | SOL | Schedules & SOFA | 1.60 |
| | | | *Total for 8/28/2023* | | *1.60* |
| 8/29/2023 | AAE | Update contract review tracking sheet and schedule G with new contracts and prepare updated exhibits for amended schedule forms | SOL | Schedules & SOFA | 1.70 |
| | | | *Total for 8/29/2023* | | *1.70* |
| 8/30/2023 | AAE | Call with Silverman regarding amended schedule G | SOL | Schedules & SOFA | 0.10 |
| 8/30/2023 | AAE | Update contract review tracking sheet and schedule G with new contracts and prepare updated exhibits for amended schedule forms | SOL | Schedules & SOFA | 1.10 |
| | | | *Total for 8/30/2023* | | *1.20* |
| | | | ***Total Hours*** | | ***28.80*** |

## *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | *Total Expenses* | |