**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 358** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO FILE UNDER SEAL (I) REPLY IN FURTHER SUPPORT OF MOTION OF HON HAI PRECISION INDUSTRY CO., LTD. (A/K/A HON HAI TECHNOLOGY GROUP), FOXCONN EV TECHNOLOGY, INC., AND FOXCONN EV SYSTEM LLC TO DISMISS, OR, IN THE ALTERNATIVE, CONVERT THE BANKRUPTCY CASES AND (II) DECLARATION OF MICHAEL C. WHALEN**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), as co-counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC (collectively, "Foxconn") has received no answer, objection or other responsive pleading to the *Motion to File Under Seal (I) Reply in Further Support of Motion of Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., and Foxconn EV System LLC to Dismiss, or, in the Alternative, Convert the Bankruptcy Cases and (II) Declaration of Michael C. Whalen* (D.I. 358) (the "Motion"), filed on August 31, 2023.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to the Motion were to be filed and served no later than September 14, 2023, at 4:00 p.m. (ET).

WHEREFORE, Morris Nichols respectfully requests that the Final Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 27, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Matthew O. Talmo (No. 6333)

1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@morrisnichols.com
mharvey@morrisnichols.com
mtalmo@morrisnichols.com

**ALLEN & OVERY LLP**
Daniel J. Guyder
Bradley Pensyl
Christopher Newcomb
Justin Ormand
Joseph Badtke-Berkow
Jacob R. Herz

1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610 6399
daniel.guyder@allenovery.com
bradley.pensyl@allenovery.com
chris.newcomb@allenovery.com
justin.ormand@allenovery.com
joseph.badtke-berkow@allenovery.com
jacob.herz@allenovery.com

-and-

Noah Brumfield
Patrick Pearsall
Michael Modesto Gale

1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (212) 610-6399
noah.brumfield@allenovery.com
patrick.pearsall@allenovery.com
michael.modestogale@allenovery.com

*Co-Counsel to Foxconn Parties*