**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: October 11, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: October 18, 2023 at 10:30 a.m. (ET)** |

**NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF M3 ADVISORY PARTNERS, LP AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY
HOLDERS *NUNC PRO TUNC* TO SEPTEMBER 7, 2023**

  **PLEASE TAKE NOTICE** that on September 27, 2023, the Official Committee of Equity Security Holders (the "Committee") of Lordstown Motors Corp., *et al.*, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Application for Entry of an Order Authorizing the Retention and Employment of M3 Advisory Partners LP as Financial Advisor to the Official Committee of Equity Security Holders* Nunc Pro Tunc *to September 7, 2023* (the "Application").

  **PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Application or the relief requested therein must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **October 11, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Committee so as to be received on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON OCTOBER 18, 2023 AT 10:30 A.M. (ET) BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

  **PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16329379/1

| | |
|---|---|
| Dated: September 27, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>Robert J. Stark (admitted *pro hac vice*)<br>Bennett S. Silverberg (admitted *pro hac vice*)<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>E-mail: rstark@brownrudnick.com<br>E-mail: bsilverberg@brownrudnick.com<br><br>and<br><br>Matthew A. Sawyer (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>E-mail: msawyer@brownrudnick.com<br><br>*Proposed Counsel to the Official Committee of Equity Security Holders* |