**CERTIFICATE OF SERVICE**

        I, Tori L. Remington, hereby certify that on September 27, 2023, I caused the foregoing *Certificate of No Objection Regarding First Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for The Period from July 17, 2023 Through and Including July 31, 2023* (the "CNO") to be served upon the parties set forth on the attached service list in the manner indicated. I further certify that all ECF participants registered in these cases were served electronically on September 27, 2023 with the CNO through the Court's ECF system at their respective email addresses registered with the Court.

Dated: September 27, 2023                          */s/ Tori L. Remington*
                                                                         Tori L. Remington (DE No. 6901)

**Email and First Class Mail**
*(Proposed Co-Counsel to Debtors and Debtors in Possession)*
RICHARDS, LAYTON & FINGER, P.A.
Kevin Gross, Daniel J. DeFranceschi,
Paul N. Heath, Amanda R. Steele, and
Jason M. Madron
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com; defranceschi@rlf.com;
heath@rlf.com; steele@rlf.com; madron@rlf.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
Thomas E. Lauria, Matthew C. Brown,
and Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com
fhe@whitecase.com

**Email and First Class Mail**
Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

**First Class Mail**
The Debtors, c/o Lordstown Motors Corporation
Attn: Adam Kroll
27000 Hills Tech Ct.
Farmington Hills, MI 48331

**Email and First Class Mail**
(*Proposed Co-counsel to Equity Committee*)
BROWN RUDNICK LLP
Robert J. Stark and Bennett S. Silverberg
7 Times Square
New York, NY 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com

**Email and First Class Mail**
(*Proposed Co-counsel to Equity Committee*)
MORRIS JAMES LLP
Eric J. Monzo and Brya M. Keilson
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

**Email and First Class Mail**
(*Proposed Co-counsel to Equity Committee*)
BROWN RUDNICK LLP
Matthew A. Sawyer
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com

163369939v2