IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-10831 MFW |
| LORDSTOWN MOTORS CORP. *et al.*, | § | CHAPTER 11 |
| | § | (Jointly Administered) |
| | § | |
| DEBTORS. | § | Re: D.I. 16, 237, 425 |

### JOINDER TO LEAD PLAINTIFF'S LIMITED OBJECTION AND LIMITED OBJECTION OF THE RIDE INVESTOR GROUP TO SALE APPROVAL

Bandol Lim, Nico Gatzaros, and Richard Dowell (collectively, the "RIDE Investor Group"), lead plaintiff movants in the action styled: *Lim v. Hightower, et al.*, Case No. 23 Civ. 01454, (the "Lim Securities Action") in the United States District Court for the Northern District of Ohio, brought on behalf of all others similarly situated (the "Putative Class" or the "Claimants"), hereby file this joinder (this "Joinder") on behalf of the Claimants to the *Lead Plaintiff's Limited Objection to Sale Approval* (the "Limited Objection") [D.I. 425], and respectfully states as follows:

1. On June 27, 2023 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed their petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Plaintiff Bandol Lim commenced the Lim Securities Action on July 26, 2023, naming as defendants Edward Hightower and Adam Kroll, directors and/or officers of debtor Lordstown Motors Corp ("LMC"). On September 25, 2023, the RIDE Investor Group filed a motion in the Lim Securities Action seeking their appointment as lead plaintiff and approval of their selection of lead counsel. *See Lim v. Hightower, et al.*, Case No. 23 Civ. 01454 (N.D. Ohio Sept. 25, 2023) (ECF No. 19). This motion remains pending.

3. The claims of the RIDE Investor Group and the Putative Class arise from the purchase or acquisition of securities of LMC between August 4, 2022 through and including June

26, 2023. While the Debtors are not named in the complaint filed in the Lim Securities Action, the Claimants have direct claims against LMC and the other Debtors for the counts contained in the complaint, and Claimants seek to adjudicate such claims against the Debtors in these chapter 11 cases.

4. On September 14, 2023, George Troicky ("Troicky"), the court-appointed lead plaintiff in the putative class action captioned *In re Lordstown Motors Corp. Securities Litigation*, Case No. 4:21-cv-00616 (DAR) (the "Troicky Securities Litigation"), filed the Limited Objection.

5. The RIDE Investor Group shares Troicky's concerns regarding the Sale[1] and preservation of Potentially Relevant Books and Records (as such term is applicable to the Troicky Securities Litigation and the Lim Securities Action), and therefore files this Joinder to the Limited Objection.

6. By filing this Joinder, the members of the RIDE Investor Group do not waive, and expressly reserve, their rights to amend or more fully object to the Sale Procedures Order and reserve all rights to pursue their and the Claimants' claims in these cases and the Lim Securities Action pursuant to the Bankruptcy Code and other applicable law.

Dated: September 29, 2023

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (#4167)
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
gfmcdaniel@dkhogan.com

- *and* -

**FISHMAN HAYGOOD LLP**
Tristan Manthey (*pro hac vice* forthcoming)

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Limited Objection.

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Tel: (504) 586-5252
Fax: (504) 586-5250
tmanthey@fishmanhaygood.com

***Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class***

*-and-*

**KIRBY McINERNEY LLP**
Ira M. Press (*pro hac vice* forthcoming)
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com

***Counsel for Lead Plaintiff Movant RIDE Investor Group and Proposed Lead Counsel for the Putative Class***