IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831-MFW |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 437** |

### CERTIFICATE OF NO OBJECTION REGARDING EDWARD HIGHTOWER AND ADAM KROLL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PERMIT PAYMENT, REIMBURSEMENT AND/OR ADVANCEMENT OF DEFENSE COSTS AND FEES, AND RELATED EXPENSES, UNDER DIRECTORS AND OFFICERS INSURANCE POLICIES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to *Edward Hightower and Adam Kroll's Motion for Relief From the Automatic Stay, to the Extent Applicable, to Permit Payment, Reimbursement and/or Advancement of Defense Costs and Fees, and Related Expenses, Under Directors and Officers Insurance Policies* [D.I. 437] (the "Motion") filed on September 19, 2023. The undersigned further certifies that after reviewing the Court's docket in the above-captioned cases, no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of Edward Hightower and Adam Kroll's Motion for Relief From the Automatic Stay, to the Extent Applicable, to Permit Payment, Reimbursement and/or Advancement of Defense Costs and Fees, and Related Expenses, Under Directors and Officers Insurance Policies* [D.I. 437-5], objections to the Motion were to be filed and served no later than September 28, 2023, at 4:00 p.m. (ET).

*[Remainder of page intentionally blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation ("LMC") (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

It is hereby respectfully requested that the Order attached to the Motion as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

Dated: September 29, 2023  Respectfully submitted,

<u>/s/ *Jennifer R. Hoover*</u>
Jennifer R. Hoover (DE No. 5111)
Steven L. Walsh (DE No. 6499)
**BENESCH FRIEDLANDER COPLAN
     & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7010
Email:  jhoover@Beneschlaw.com
            swalsh@Beneschlaw.com

-and-

Bruce G. Vanyo (*pro hac vice*)
Sarah Eichenberger (*pro hac vice*)
Jonathan Rotenberg (*pro hac vice*)
Cindi M. Giglio (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8788
Email: bruce@katten.com
           sarah.eichenberger@katten.com
           jonathan.rotenberg@katten.com
           cgiglio@katten.com

*Counsel to Edward Hightower and Adam Kroll*