IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before September 23, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** as **Exhibit C**:

- **Debtors' Motion for Entry of an Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 466]

- **Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief** [Docket No. 467]

Furthermore, on September 22, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit D**; and via First Class Mail upon the service list attached hereto as **Exhibit E**:

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- **Debtors' Motion for Entry of an Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 466]

Dated: September 29, 2023

*/s/* Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | maustria@austriallc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer | msawyer@brownrudnick.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | rstark@brownrudnick.com; bsilverberg@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Partners | Robert Winning | rwinning@m3-partners.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Matthew M. Murphy, Matthew Micheli, Michael C. Whalen | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com; michaelcwhalen@paulhastings.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Richards, Layton & Finger, P.A. | Kevin Gross, Daniel J. DeFranceschi, Paul N. Heath, Amanda R. Steele, Jason M. Madron | gross@rlf.com; defranceschi@rlf.com; heath@rlf.com; steele@rlf.com; madron@rlf.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 3

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz | 1221 Avenue of the Americas | | | New York | NY | 10020 | |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | 1101 New York Avenue, NW | | | Washington | DC | 20005 | |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | 201 Main Street, Suite 1100 | | | Fort Worth | TX | 76102 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | 81 Newtown Ln. #307 | | | East Hampton | NY | 11937 | |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Partners | Robert Winning | 1700 Broadway, 19th Floor | | | New York | NY | 10019 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | 111 Park Street | | | London | | W1K 7JL | United Kingdom |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |

# Exhibit C

**Exhibit C**
**Lienholders Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| COMPETITION ENGINEERING, INC | 975 COMSTOCK STREET | MARNE | MI | 49435-8751 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | 200 CONNELL DRIVE | BERKELEY HEIGHTS | NJ | 07922 |
| PETERSON JIG AND FIXTURE, INC. | 301 ROCKFORD PARK DR. NE | ROCKFORD | MI | 49341 |
| PETERSON JIG AND FIXTURE, INC. | PO BOX 641 | ROCKFORD | MI | 49341 |
| PROPER TOOLING, LLC & PROPER GROUP INTERNATIONAL, LLC | 13870 E 11 MILE ROAD | WARREN | MI | 48089 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1

# Exhibit D

**Exhibit D**
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | bsachsmichaels@glancylaw.com |
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | rprongay@glancylaw.com; prajesh@glancylaw.com |
| An Thai | ELFVIN, KLINGSHIRN, ROYER & TORCH, LLC | david@ekrtlaw.com; stuart@ekrtlaw.com; chris@ekrtlaw.com |
| An Thai | THE BROWN LAW FIRM, P.C. | tbrown@thebrownlawfirm.net |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | reed@hbsslaw.com; ucasg@hbsslaw.com |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | steve@hbsslaw.com |
| Bandol Lim Individually and on Behalf of all Others Similarly Situated | Climaco Wilcox Peca & Garofoli Co, LPA | sdsimp@climacolaw.com |
| Bandol Lim Individually and on Behalf of all Others Similarly Situated | Kirby Mcinerney LLP | ipress@kmllp.com; lmolinaro@kmllp.com |
| Bandol Lim Individually and on Behalf of all Others Similarly Situated | The Law Offices of Frank R. Cruz | fcruz@frankcruzlaw.com |
| Claude L. Patterson | ANDREWS & SPRINGER LLC | pandrews@andrewsspringer.com; cspringer@andrewsspringer.com; dsborz@andrewsspringer.com |
| Claude L. Patterson | ROBBINS GELLER RUDMAN & DOWD LLP | BennyG@rgrdlaw.com; ELuedeke@rgrdlaw.com |
| Claude L. Patterson | ROBBINS LLP | brobbins@robbinsllp.com; csmith@robbinsllp.com; ssanders@robbinsllp.com; ebishop@robbinsllp.com |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | FrankJ@johnsonfistel.com |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | MichaelF@johnsonfistel.com |
| Daniel J. Cohen, David M. Cohen, Alicia Kelly, and Herbert Stotler | COOCH AND TAYLOR, P.A. | bbennett@coochtaylor.com |
| Daniel Tavares and Globestar Systems Inc | THE ROSEN LAW FIRM, P.A. | pkim@rosenlegal.com; lrosen@rosenlegal.com; dtyrekarp@rosenlegal.com |
| Evaristo Sarabia | BIELLI & KLAUDER, LLC | rernst@bk-legal.com |
| Evaristo Sarabia | LEVI & KORSINSKY, LLP | gnespole@zlk.com; ckamin@zlk.com; rmessina@zlk.com |
| FNY Managed Accounts LLC | ENTWISTLE & CAPPUCCI LLP | aentwistle@entwistle-law.com |
| FNY Managed Accounts LLC | ENTWISTLE & CAPPUCCI LLP | rcappucci@entwistle-law.com |
| George Troicky | LABATON SUCHAROW LLP | cvillegas@labaton.com; dschwartz@labaton.com; jbissell-linsk@labaton.com |
| George Troicky | THE SCHALL LAW FIRM | brian@schallfirm.com; rina@schallfirm.com |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas L. Shively | dshively@bakerlaw.com |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas W. Greene | dgreene@bakerlaw.com |

**Exhibit D**
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas L. Shively | dshively@bakerlaw.com |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas W. Greene | dgreene@bakerlaw.com |
| Karma Automotive LLC | SEYFARTH SHAW LLP | jmcoleman@seyfarth.com |
| Karma Automotive LLC | SEYFARTH SHAW LLP | mwexler@seyfarth.com; kmahoney@seyfarth.com; krmiller@seyfarth.com |
| Karma Automotive LLC | SEYFARTH SHAW LLP | rmilligan@seyfarth.com; jsalinas@seyfarth.com; schinnliu@seyfarth.com |
| LORDSTOWN MOTORS CORP., et al. | RYAN D. FISCHBACH | rfischbach@bakerlaw.com |
| LORDSTOWN MOTORS CORP., et al. | THOMAS R. LUCCHESI, TERRY M. BRENNAN, ANTHONY B. PONIKVAR | tlucchesi@bakerlaw.com; tbrennan@bakerlaw.com; aponikvar@bakerlaw.com |
| LORDSTOWN MOTORS CORP., et al. | WILLIAM W. OXLEY, RYAN D. FISCHBACH | woxley@bakerlaw.com; rfischbach@bakerlaw.com |

# Exhibit E

**Exhibit E**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alicia Kelley | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | Benjamin I. Sachs-Michaels | 712 Fifth Avenue | | New York | NY | 10019 | |
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | Robert V. Prongay, Pavithra Rajesh | 1925 Century Park East, Suite 2100 | | Los Angeles | CA | 90067 | |
| An Thai | ELFVIN, KLINGSHIRN, ROYER & TORCH, LLC | David N. Truman, Stuart G. Torch, Christina M. Royer | 4700 Rockside Road, Suite 530 | | Independence | OH | 44131 | |
| An Thai | THE BROWN LAW FIRM, P.C. | Timothy Brown | 767 Third Avenue, Suite 2501 | | New York | NY | 10017 | |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | Steve W. Berman | 715 Hearst Avenue, Suite 202 | | Berkeley | CA | 94710 | |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | Reed R. Kathrein, Lucas Gilmore | 1301 Second Ave., Suite 2000 | | Seattle | WA | 98101 | |
| Atri Amin | Pomerantz LLP | 600 3rd Avenue | | | New York | NY | 10016 | |
| Atri Amin and Bejamin Hebert | c/o Mark Lebovitch, Jeroen van Kwawegen, Christopher J. Orrico, T. James, M. Sanborn-Lowing | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| Atri Amin and Bejamin Hebert | Gregory V. Varallo, Daniel E. Meyer | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | 500 Delaware Avenue, Suite 901 | | Wilmington | DE | 19801 | |
| Atri Amin and Bejamin Hebert | POMERANTZ LLP | Gustavo F. Bruckner, Daryoush Behbood, Samuel Adams | 600 Third Avenue | | New York | NY | 10016 | |
| Bandol Lim Individually and on Behalf of all Others Similarly Situated | Climaco Wilcox Peca & Garofoli Co, LPA | Scott D. Simpkins | 55 Public Square, Suite 1950 | | Cleveland | OH | 44113 | |
| Bandol Lim Individually and on Behalf of all Others Similarly Situated | Kirby Mcinerney LLP | Ira M. Press Lauren K. Molinaro | 250 Park Avenue, Suite 820 | | New York | NY | 10177 | |
| Bandol Lim Individually and on Behalf of all Others Similarly Situated | The Law Offices of Frank R. Cruz | Frank R. Cruz | 1999 Avenue of the Stars, Suite 1100 | | Los Angeles | CA | 90067 | |
| Bejamin Hebert | Labaton Sucharow LLP | 140 Broadway | | | New York | NY | 10005 | |
| Benjamin Hebert | KASKELA LAW LLC | D. Seamus Kaskela | 18 Campus Blvd., Suite 100 | | Newton Square | PA | 19073 | |
| Carole Cooper | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Claude L. Patterson | ANDREWS & SPRINGER LLC | Peter B. Andrews Craig J. Springer David M. Sborz | 4001 Kennett Pike Suite 250 | | Wilmington | DE | 19807 | |
| Claude L. Patterson | ROBBINS GELLER RUDMAN & DOWD LLP | Benny C. Goodman III, Erik W. Luedeke | 655 West Broadway, Suite 1900 | | San Diego, | CA | 92101 | |
| Claude L. Patterson | ROBBINS LLP | Brian J. Robbins, Craig W. Smith, Shane P. Sanders, Emily R. Bishopo | 5040 Shoreham Place | | San Diego, | CA | 92122 | |
| Daniel Cohen | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | MICHAEL I. FISTEL, JR. | 40 Powder Springs Street | | Marietta | GA | 30064 | |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | FRANK J. JOHNSON | 655 West Broadway, Suite 1400 | | San Diego | CA | 92101 | |
| Daniel J. Cohen, David M. Cohen, Alicia Kelly, and Herbert Stotler | COOCH AND TAYLOR, P.A. | Blake A. Bennett | The Nemours Building | 1007 N. Orange Street, Suite 1120 | Wilmington | DE | 19801 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 4

Exhibit E
Litigation Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Daniel Tavares and Globestar Systems Inc | THE ROSEN LAW FIRM, P.A. | Phillip Kim, Laurence M. Rosen, Daniel Tyre-Karp | 275 Madison Avenue, 40th Floor | | New York | NY | 10016 | |
| Dari Tehrani | Katherine C. Ferguson | Kooperman Mentel Ferguson Yaross | 250 E. Town Street, Suite 200 | | Columbus | OH | 43215 | |
| David Corimer | Labaton Sucharow LLP | 140 Broadway | | | New York | NY | 10005 | |
| Ed Lomont and Janelle Jackson | deLeeuw Law LLC | P. Bradford deLeeuw | 1301 Walnut Green Road | | Wilmington | DE | 19807 | |
| Ed Lomont and Janelle Jackson | Lifshitz Law PLLC | Joshua M. Lifshitz | 1190 Broadway | | Hewlett | NY | 11557 | |
| Ed Lomont and Janelle Jackson | Long Law, LLC | Brian D. Long | 3828 Kennett Pike, Suite 208 | | Wilmington | DE | 19807 | |
| Ed Lomont and Janelle Jackson | Schubert Jonckheer & Kolbe LLP | Robert C. Schubert, Willem F. Jonckheer | Three Embarcadero Center Suite 1650 | | San Francisco | CA | 94111 | |
| Ed Lomont and Janelle Jackson | Shapiro Haber & Urmy LLP | Edward F. Haber | Seaport East | Two Seaport Lane | Boston | MA | 02210 | |
| Eskander Tehrani | Katherine C. Ferguson | Kooperman Mentel Ferguson Yaross | 250 E. Town Street, Suite 200 | | Columbus | OH | 43215 | |
| Ethan Fingerer | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Evaristo Sarabia | BIELLI & KLAUDER, LLC | Ryan M. Ernst | 1204 N. King Street | | Wilmington | DE | 19801 | |
| Evaristo Sarabia | LEVI & KORSINSKY, LLP | Gregory M. Nespole, Correy Kamin, Ryan Messina | 55 Broadway, 10th Floor | | New York | NY | 10006 | |
| FNY Managed Accounts LLC | ENTWISTLE & CAPPUCCI LLP | Robert N. Cappucci | 230 Park Avenue, 3rd Floor | | New York | NY | 10169 | |
| FNY Managed Accounts LLC | ENTWISTLE & CAPPUCCI LLP | Andrew J. Entwistle | Frost Bank Tower | 401 Congress Avenue, Suite 1170 | Austin | TX | 78701 | |
| Foxconn (Far East) Limited | c/o Vistra (Cayman) Limited | P.O. Box 31119 | Grand Pavilion Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn EV System LLC | | c/o URS Agents Inc. | 4568 Mayfield Road, Suite 204 | | Cleveland | OH | 44121 | |
| Foxconn EV Technology, Inc. | Attention Jerry Hsiao and Steven Yu | c/o URS Agents Inc. | 4568 Mayfield Road, Suite 204 | | Cleveland | OH | 44121 | |
| George Troicky | LABATON SUCHAROW LLP | Carol C. Villegas, David J. Schwartz, Jake Bissell-Linsk | 140 Broadway, 34th Floor | | New York | NY | 10005 | |
| George Troicky | LABATON SUCHAROW LLP | Derrick Farrell | 300 Delaware Avenue Suite 1340 | | Wilmington | DE | 19801 | |
| George Troicky | THE SCHALL LAW FIRM | Brian Schall, Rina Restaino | 2049 Century Park East, Suite 2460 | | Los Angeles | CA | 90067 | |
| Gurpreet Singh | Chris T. Nolan | Perantinides & Nolan | 80 S. Summit St., Suite 300 | | Akron | OH | 44308 | |
| Herbert Stotler | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Hon Hai Precision Industry Co., Ltd. | c/o URS Agents Inc. | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas L. Shively | BAKER & HOSTETLER LLP | Key Tower, 127 Public Square, Suite 2000 | | Cleveland | OH | 44114 | |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas W. Greene | BAKER & HOSTETLER LLP | 45 Rockefeller Plaza, 14th Floor | | New York | NY | 10111 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 4

Exhibit E
Litigation Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas L. Shively | BAKER & HOSTETLER LLP | Key Tower, 127 Public Square, Suite 2000 | | Cleveland | OH | 44114 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas W. Greene | BAKER & HOSTETLER LLP | 45 Rockefeller Plaza, 14th Floor | | New York | NY | 10111 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | POTTER ANDERSON & CORROON LLP | Michael A. Pittenger, Jonathan A. Choa, Nicholas D. Mozal, Justin T. Hymes | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801-6108 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Raymond J. DiCamillo, Kevin M. Gallagher, Alexander M. Krischik, Alena V. Smith | RICHARDS, LAYTON & FINGER, P.A. | 920 North King Street | | Wilmington | DE | 19801 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | RICHARDS, LAYTON & FINGER, P.A. | Edmond S. Kim | 920 North King Street | | Wilmington | DE | 19801 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | SULLIVAN & CROMWELL LLP | Jacob M. Croke, Michael R. Mayer, Arun Bodapati | 125 Broad Street | | New York | NY | 10004 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | SULLIVAN & CROMWELL LLP | Laura Kabler Oswell | 1870 Embarcadero Road | | Palo Alto | CA | 94303 | |
| Janelle Jackson | Schubert Jonckheer & Kolbe | 2001 Union Street | Suite 200 | | San Francisco | CA | 94123 | |
| Jesse Brury | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Jesse Brury | Joseph Alexander Hood, II and Jeremy A. Lieberman | Pomerantz | 600 3rd Ave | | New York | NY | 10016 | |
| John H. Jenkins | Robert J. Wagoner | Dittmer, Wagoner & Steele | 107 W. Johnstown Road | | Gahanna | OH | 43230 | |
| Joshua Betof | Michelle L. Kranz | Zoll & Kranz | 6620 West Central Avenue Suite 100 | | Toledo | OH | 43617 | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | MICHAEL D. WEXLER, KEVIN J. MAHONEY, KATELYN R. MILLER | 233 South Wacker Drive, Suite 8000 | | Chicago | IL | 60606 | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | JESSE M. COLEMAN | 700 Milam Street, Suite 1400 | | Houston | TX | 77002 | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | ROBERT B. MILLIGAN, DANIEL JOSHUA SALINAS, SIERRA J. CHINN-LIU | 2029 Century Park East, Suite 3500 | | Los Angeles | CA | 90067 | |
| Kenneth Davenport | Zoll & Kranz | 6620 West Central Avenue Suite 100 | | | Toledo | OH | 43617 | |
| Kevin Levent | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Kin San Chan | James R. Cummins | Cummins Law | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| LORDSTOWN MOTORS CORP., et al. | RYAN D. FISCHBACH | BAKER & HOSTETLER LLP | 11601 Wilshire Boulevard, Ste. 1400 | | Los Angeles | CA | 90025 | |
| LORDSTOWN MOTORS CORP., et al. | THOMAS R. LUCCHESI, TERRY M. BRENNAN, ANTHONY B. PONIKVAR | BAKER & HOSTETLER LLP | Key Tower, 127 Public Square, Suite 2000 | | Cleveland | OH | 44114 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 4

**Exhibit E**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LORDSTOWN MOTORS CORP., et al. | WILLIAM W. OXLEY, RYAN D. FISCHBACH | BAKER & HOSTETLER LLP | 11601 Wilshire Boulevard, Ste. 1400 | | Los Angeles | CA | 90025 | |
| M.R.S. Leasing Corporation LTD | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | | Columbus | OH | 43235 | |
| Mario Guerrero | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Matthew Rico | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Matthew Rico | Jeffrey C. Block | Block & Leviton | 260 Franklin Street Ste 1860 | | Boston | MA | 02110 | |
| Michael D. Gates | Jonathan A. Choa, Michael A. Pittenger | Potter Anderson & Corroon, LLP | 1313 N. Market St., Hercules Plaza, 6th Flr. | PO Box 951 | Wilmington | DE | 19899-0951 | |
| Mohammed Chowdhury | Joseph F. Murray | Murray, Murphy, Moul & Basil | 1114 Dublin Road | | Columbus | OH | 43215 | |
| Pnina Cohen | Joseph F. Murray | Murray, Murphy, Moul & Basil | 1114 Dublin Road | | Columbus | OH | 43215 | |
| Randy Slipher | James R. Cummins | Cummins Law | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Raymond Romano | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Raymond Romano | Lester R. Hooker | Saxena White | 7777 Glades Road Ste 300 | | Boca Raton | FL | 33434 | |
| Raymond Romano | Saxena White P.A. | 7777 Glades Road | Suite 300 | | Boca Raton | FL | 33434 | |
| Robert Miller | Robert J. Wagoner | Dittmer, Wagoner & Steele | 107 W. Johnstown Road | | Gahanna | OH | 43230 | |
| Robert Palumbo | David R. Kaplan | Saxena White | 12750 High Bluff Drive Ste 475 | | San Diego | CA | 92130 | |
| Roberto Palumbo | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Roberto Palumbo | Saxena White P.A. | 7777 Glades Road | Suite 300 | | Boca Raton | FL | 33434 | |
| Silverpeak Credit Partners LP | Jonathan Socolow, Esq. | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Silverpeak Real Estate Partners L.P. | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Silverpeak Renewables Investment Partners LP | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Silverpeak Strategic Partners LLC | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Simha Cohen | Joseph F. Murray | Murray, Murphy, Moul & Basil | 1114 Dublin Road | | Columbus | OH | 43215 | |
| SP SPAC Sponsor LLC | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Steven R. Hash | Douglas L. Shively | Baker & Hostetler | 127 Public Square Ste 200 | | Cleveland | OH | 44114 | |
| Steven Terry | James R. Cummins | Cummins Law | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Sulayman Zuod | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Sulayman Zuod | Murray Murphy Moul & Basil | 1114 Dublin Road | | | Columbus | OH | 43215 | |
| Sulayman Zuod | Samuel H. Rudman and Mary K. Blasy | Robbins Geller Rudman & Dowd LLP | 58 South Service Road, Suite 200 | | Melville | NY | 11747 | |