**Schedule A**

**Schedule A**

| NO. | Counterparty | Contract Description | Counterparty Address | Debtor | Cure Amount |
|---|---|---|---|---|---|
| 1 | Altium LLC | Altium LLC End-User License Agreement dated April 2023 | 4225 Executive Square, Suite 800<br>La Jolla, CA 92037 | Lordstown Motors Corp. | $0.00 |
| 2 | Bosch Engineering North America | Quotation BE-062453_03 Endurance Vehicle Active Safety, CAT 4 through CAT 5 Software Releases | Robert Bosch LLC<br>38000 Hills Tech Dr.<br>Farmington Hills, MI 48331<br>c/o Melissa Findlay | Lordstown EV Corporation | $0.00 |
| 3 | DSP Concepts, Inc. | DSP Concepts Technology License Agreement Dated September 30, 2022 | 3235 Kifer Road, Suite 100<br>Santa Clara, CA 95051 | Lordstown EV Corporation | $0.00 |
| 4 | Epic Games, Inc. | Unreal® Enterprise Proram License Agreement and Order Form Dated May 17, 2021 | 620 Crossroads Blvd.<br>Cary, NC 27518 | Lordstown EV Corporation | $0.00 |
| 5 | Huf Baolong Electronics North America Corp. (BH Sense) | Agreement Regarding Tire Pressure Management System and ED&D Custom Configuration | 13555 Bishops Court, Suite 320<br>Brookfeild, WI 53005 | Lordstown EV Corporation | $0.00 |
| 6 | Megatronix (Beijing) Technology Co., Ltd. | Agreement Regarding Infotainment, Gateway, Headway, Telematics, Customized Bracket and Internal Components; and Modems | 12F, Tower C, Rongxin Center<br>Chaoyang District, Beijing, China | Lordstown EV Corporation | $0.00 |
| 7 | Nexteer Automotive Corporation | Agreement Regarding ED&D Parts | 3900 E Holland Rd<br>Saginaw, MI 48601 | Lordstown EV Corporation | $0.00 |