**Exhibit 1**

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM JULY 21, 2023, THROUGH AUGUST 31, 2023**

| Professional | Title | Standard Rates | Hours | Standard Fees |
|---|---|---|---|---|
| Laura Marcero | Managing Director | $ 1,100 | 88.2 | $ 97,020.00 |
| Timothy Martin | Managing Director | $ 1,100 | 55.1 | $ 60,610.00 |
| Robert Loh | Senior Director | $ 950 | 47 | $ 44,650.00 |
| Shawn Creedon | Project Consultant | $ 950 | 21.9 | $ 20,805.00 |
| Paul Trenti | Director | $ 700 | 90.2 | $ 63,140.00 |
| Holger Ericsson | Manager | $ 600 | 40 | $ 24,000.00 |
| Rommel Hernandez | Analyst | $ 325 | 19.1 | $ 6,207.50 |
| **Total Hours and Fees for Professionals** | | | 361.5 | $ 316,432.50 |
| Technology Fee - 6% | | | | $ 18,985.95 |
| | | | | |
| Less: 50% Travel Fees | | | | $ (4,950.00) |
| **Total Fees for Professionals** | | | | $ 330,468.45 |
| Less: 20% Holdback | | | | $ (66,093.69) |
| Total Fees for Professionals | | | | $ 264,374.76 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM JULY 21, 2023, THROUGH AUGUST 31, 2023**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 2 | Claim Analysis | 29.2 | $ 22,345.00 |
| 3 | Asset Analysis and Recovery | 31.6 | 31,550.00 |
| 5 | Cash Flow Analysis/Reporting | 87.5 | 61,252.50 |
| 6 | Meetings and Communications | 91.3 | 81,015.00 |
| 7 | Disclosure Statement / Plan of Reorganization | 9.2 | 8,625.00 |
| 8 | Business Analysis | 87.2 | 85,910.00 |
| 10 | Court Hearings / Preparation | 8.8 | 8,640.00 |
| 11 | Case Administration | 1.9 | 1,430.00 |
| 12 | Retention and Fee Applications | 5.8 | 5,765.00 |
| 14 | Travel Time | 9.0 | 9,900.00 |
| | **Total Hours and Fees by Matter Category** | **361.5** | **$316,432.50** |

**Average Billing Rate**     **$875.33**

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Meetings and Communications | Robert Loh | 7/21/2023 | Participate in working session with counsel. | 0.6 | $ 950.00 | $ 570.00 |
| 6 | Meetings and Communications | Robert Loh | 7/21/2023 | Review annual and quarterly SEC filings in advance of call with counsel | 1.7 | $ 950.00 | $ 1,615.00 |
| 6 | Meetings and Communications | Robert Loh | 7/21/2023 | Review case filings in advance of call with counsel | 1.4 | $ 950.00 | $ 1,330.00 |
| 6 | Meetings and Communications | Timothy Martin | 7/21/2023 | Participate in working session with counsel. | 0.6 | $ 1,100.00 | $ 660.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/21/2023 | Participate in working session with counsel. | 0.6 | $ 1,100.00 | $ 660.00 |
| 8 | Business Analysis | Laura Marcero | 7/21/2023 | Review Debtors' Foxconn contracts. | 1.8 | $ 1,100.00 | $ 1,980.00 |
| 8 | Business Analysis | Timothy Martin | 7/21/2023 | Review of documents related to Debtors' contracts with Foxconn. | 1.3 | $ 1,100.00 | $ 1,430.00 |
| 10 | Court Hearings / Preparation | Laura Marcero | 7/21/2023 | Analyze first day declaration and motions. | 2.0 | $ 1,100.00 | $ 2,200.00 |
| 10 | Court Hearings / Preparation | Timothy Martin | 7/21/2023 | Analyze first day declaration and motions. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 12 | Retention and Fee Applications | Timothy Martin | 7/21/2023 | Attend to retention matters. | 0.9 | $ 1,100.00 | $ 990.00 |
| 12 | Retention and Fee Applications | Laura Marcero | 7/21/2023 | Attend to retention matters. | 0.6 | $ 1,100.00 | $ 660.00 |
| 6 | Meetings and Communications | Robert Loh | 7/24/2023 | Participate in kickoff call with counsel and Debtors' professionals. | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Timothy Martin | 7/24/2023 | Participate in kickoff call with counsel and Debtors' professionals. | 0.5 | $ 1,100.00 | $ 550.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/24/2023 | Participate in kickoff call with counsel and Debtors' professionals, Review of Huron workproduct to date and follow up with questions/clarifications | 3.0 | $ 1,100.00 | $ 3,300.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/25/2023 | Internal call re: UCC updates, document requests. | 0.4 | $ 1,100.00 | $ 440.00 |
| 6 | Meetings and Communications | Timothy Martin | 7/25/2023 | Participate in internal planning call regarding workstreams, document requests, and updates to UCC. | 0.4 | $ 1,100.00 | $ 440.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/25/2023 | Review first day motions, other filings on docket | 3.1 | $ 1,100.00 | $ 3,410.00 |
| 8 | Business Analysis | Robert Loh | 7/25/2023 | Preliminary review of the Debtors' Virtual Dataroom contents | 0.6 | $ 950.00 | $ 570.00 |
| 8 | Business Analysis | Robert Loh | 7/25/2023 | Prepare updates to intial document request list | 1.1 | $ 950.00 | $ 1,045.00 |
| 8 | Business Analysis | Paul Trenti | 7/25/2023 | Review data room, court filings, outside resources to generate analysis of company. | 2.0 | $ 700.00 | $ 1,400.00 |
| 11 | Case Administration | Robert Loh | 7/26/2023 | Participate in internal planning call regarding workstreams, document requests, and updates to UCC. | 0.4 | $ 950.00 | $ 380.00 |
| 11 | Case Administration | Paul Trenti | 7/26/2023 | Participate in internal planning call regarding workstreams, document requests, and updates to UCC. | 0.5 | $ 700.00 | $ 350.00 |
| 11 | Case Administration | Paul Trenti | 7/25/2023 | Create indexed data room file for team. | 0.4 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Paul Trenti | 7/26/2023 | Compile list of legal proceedings with descriptions and analysis. | 0.8 | $ 700.00 | $ 560.00 |
| 2 | Claim Analysis | Paul Trenti | 7/26/2023 | Review notable court filings and circulate analysis to team. | 0.8 | $ 700.00 | $ 560.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/26/2023 | Participate in Huron meeting regarding workstreams and open items, follow up on requests with professionals | 2.0 | $ 1,100.00 | $ 2,200.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/26/2023 | Meeting with R. Loh to review conflict check results and necessary disclosures | 0.5 | $ 1,100.00 | $ 550.00 |
| 6 | Meetings and Communications | Paul Trenti | 7/26/2023 | Prepare for and attend call with Debtor and its financial advisor Silverman to review latest status, available information, and timeline. | 1.0 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Paul Trenti | 7/26/2023 | Research and analyze SEC filings over last three years. | 1.6 | $ 700.00 | $ 1,120.00 |
| 12 | Retention and Fee Applications | Robert Loh | 7/26/2023 | Meeting with L. Marcero to review conflict check results and necessary disclosures | 0.5 | $ 950.00 | $ 475.00 |
| 12 | Retention and Fee Applications | Robert Loh | 7/26/2023 | Review conflict check results in preparation of retention affidavit | 1.3 | $ 950.00 | $ 1,235.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/27/2023 | Call with Debtors re: financials and operations. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 6 | Meetings and Communications | Paul Trenti | 7/27/2023 | Prepare for and attend call to meet and update UCC members. | 0.7 | $ 700.00 | $ 490.00 |
| 8 | Business Analysis | Robert Loh | 7/27/2023 | Participate in call with Debtor regarding operations and financial data. | 1.2 | $ 950.00 | $ 1,140.00 |
| 8 | Business Analysis | Timothy Martin | 7/27/2023 | Participate in call with Debtor regarding operations and financial data. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 8 | Business Analysis | Laura Marcero | 7/27/2023 | Review Debtors' financial statements | 0.9 | $ 1,100.00 | $ 990.00 |
| 6 | Meetings and Communications | Robert Loh | 7/28/2023 | Participate in call with counsel regarding litigation hold and related workstreams. | 0.7 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Robert Loh | 7/28/2023 | Prepare for call with counsel regarding litigation workstreams. | 0.8 | $ 950.00 | $ 760.00 |
| 6 | Meetings and Communications | Timothy Martin | 7/28/2023 | Participate in call with counsel regarding litigation hold and related workstreams. | 0.7 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Timothy Martin | 7/28/2023 | Prepare for call with counsel regarding litigation workstreams. | 0.4 | $ 1,100.00 | $ 440.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/28/2023 | Call with counsel regarding litigation workstreams. | 0.7 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/28/2023 | Prepare for call with counsel regarding litigation workstreams. | 0.4 | $ 1,100.00 | $ 440.00 |
| 6 | Meetings and Communications | Laura Marcero | 7/28/2023 | Review of financial statements, 10k's, huron summaries, follow up on open items and requests | 3.4 | $ 1,100.00 | $ 3,740.00 |
| 8 | Business Analysis | Timothy Martin | 7/31/2023 | Review of Debtor's 10K in connection with litigation summary and compare to company statements. | 0.8 | $ 1,100.00 | $ 880.00 |
| 8 | Business Analysis | Laura Marcero | 7/31/2023 | Review Debtors' public filings, bankruptcy filings re outstanding litigation | 2.5 | $ 1,100.00 | $ 2,750.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 8/1/2023 | Call with counsel and Jefferies regarding indications of interest from potential buyers. | 0.8 | $ 950.00 | $ 760.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/1/2023 | Call with counsel and Jefferies regarding indications of interest from potential buyers. | 0.8 | $1,100.00 | $880.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/1/2023 | Call with Troutman, Jefferies re: potential buyer IOIs | 1.0 | $1,100.00 | $1,100.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/1/2023 | Prepare for and attend call with Debtor, Counsel, and Banker to review first round bids. | 1.2 | $700.00 | $840.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/1/2023 | Create side-by-side of first round bids for UCC professionals. | 1.3 | $700.00 | $910.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/1/2023 | Participate in call to discuss open questions on Debtor's cash flow forecast. | 0.6 | $950.00 | $570.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/1/2023 | Review and analyze cash flow forecast provided by Debtors advisors. | 0.7 | $1,100.00 | $770.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/1/2023 | Participate in call to discuss open questions on Debtor's cash flow forecast. | 0.6 | $1,100.00 | $660.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/1/2023 | Review and respond to Debtors' response to questions on cash flows. | 0.9 | $1,100.00 | $990.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 8/1/2023 | Review Huron analyses and work product | 1.0 | $1,100.00 | $1,100.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/1/2023 | Review and analyze thirteen-week cash flow provided by Debtor. | 1.4 | $700.00 | $980.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/1/2023 | Draft and distribute list of questions on thirteen-week cash flow forecast to Debtor. | 0.4 | $700.00 | $280.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/1/2023 | Prepare for and attend Huron call to discuss thirteen-week cashflow forecast. | 0.5 | $700.00 | $350.00 |
| 8 | Business Analysis | Laura Marcero | 8/1/2023 | Call to discuss questions on Debtors' cash flow forecast. | 0.8 | $1,100.00 | $880.00 |
| 8 | Business Analysis | Laura Marcero | 8/1/2023 | Review Debtors' response to cash flow questions. | 0.7 | $1,100.00 | $770.00 |
| 2 | Claim Analysis | Paul Trenti | 8/2/2023 | Review and analyze SOFA and Schedules filed to the court docket. | 1.6 | $700.00 | $1,120.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/2/2023 | Update bid summary for new bid provided by Jefferies. | 0.2 | $700.00 | $140.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/2/2023 | Create model to input Debtors' thirteen-week cash flow, add dynamic formulas, and create charts for analysis. | 1.0 | $700.00 | $700.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/2/2023 | Prepare slides for weekly UCC update meeting, distribute first draft to Huron team. | 1.4 | $700.00 | $980.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/2/2023 | Review edits and comments from Huron team on UCC presentation and incorporate. | 0.9 | $700.00 | $630.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/2/2023 | Meeting with T. Martin and R. Loh (Huron) regarding DIP budget, indications of interest, and committee updates | 0.6 | $700.00 | $420.00 |
| 8 | Business Analysis | Robert Loh | 8/2/2023 | Meeting with T. Martin and P. Trenti (Huron) regarding DIP budget, indications of interest, and committee updates | 0.7 | $950.00 | $665.00 |
| 8 | Business Analysis | Laura Marcero | 8/2/2023 | Review Huron work product on work streams, follow up on open items | 2.0 | $1,100.00 | $2,200.00 |
| 2 | Claim Analysis | Paul Trenti | 8/3/2023 | Review edits to UCC update email, add commentary for cash flow reports and activity, search docket for any other updates. | 0.7 | $700.00 | $490.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/3/2023 | Review and revise bid summary prepared for counsel. | 0.6 | $1,100.00 | $660.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/3/2023 | Draft update to Committee regarding cash flow variances and sale process. | 0.8 | $1,100.00 | $880.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/3/2023 | Update bid summary and prepare for distribution to Counsel. | 0.3 | $700.00 | $210.00 |
| 6 | Meetings and Communications | Robert Loh | 8/3/2023 | Participate in call with T. Martin and P. Trenti (both Huron) regarding analysis of statements and statements and update to Committee. | 0.4 | $950.00 | $380.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/3/2023 | Correspond with counsel regarding update to Committee. | 0.1 | $1,100.00 | $110.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/3/2023 | Participate in call with R. Loh and P. Trenti (both Huron) regarding analysis of statements and statements and update to Committee. | 0.4 | $1,100.00 | $440.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/3/2023 | Review and edit UCC Committee update re: CF variances and sale process update | 1.0 | $1,100.00 | $1,100.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/3/2023 | Conduct site visit to Lordstown MI facility, meet with debtors, follow up and communicate overview of visit | 5.0 | $1,100.00 | $5,500.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/3/2023 | Summarize presentation for UCC in email given cancellation of call. | 0.4 | $700.00 | $280.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/3/2023 | Participate in call with R. Loh and T. Martin (both Huron) regarding analysis of statements and statements and update to Committee. | 0.5 | $700.00 | $350.00 |
| 10 | Court Hearings / Preparation | Paul Trenti | 8/3/2023 | Prepare for and attend court hearing on bid procedures motion. | 1.2 | $700.00 | $840.00 |
| 2 | Claim Analysis | Paul Trenti | 8/4/2023 | Review SOALs and SOFAs to gather information on Debtors', compile list of follow up questions. | 1.1 | $700.00 | $770.00 |
| 2 | Claim Analysis | Paul Trenti | 8/4/2023 | Review docket and MORs to clarify certain details of Debtors' operations and claims. | 0.9 | $700.00 | $630.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/4/2023 | Review notes from 341 hearing, edit, and send recap to Huron team. | 0.4 | $700.00 | $280.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/4/2023 | Prepare for and attend call with Huron team to draft questions for Debtors ahead of Monday meeting. | 0.6 | $700.00 | $420.00 |
| 8 | Business Analysis | Laura Marcero | 8/4/2023 | Review Huron work product on work streams | 2.2 | $1,100.00 | $2,420.00 |
| 10 | Court Hearings / Preparation | Paul Trenti | 8/4/2023 | Prepare for and attend Debtors' 341 hearing. | 0.9 | $700.00 | $630.00 |
| 11 | Case Administration | Paul Trenti | 8/4/2023 | Upload latest files in Debtors' data room to team site. | 0.3 | $700.00 | $210.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 12 | Retention and Fee Applications | Robert Loh | 8/4/2023 | Prepare revisions to retention affidavit and declaration based on feedback from local counsel. | 2.3 | $ 950.00 | $ 2,185.00 |
| 8 | Business Analysis | Paul Trenti | 8/6/2023 | Review and analyze new files uploaded to Debtors' data room. | 1.2 | $ 700.00 | $ 840.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 8/7/2023 | Participate in call with Jefferies regarding sale process. | 0.4 | $ 950.00 | $ 380.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 8/7/2023 | Participate in call with the Debtors and Debtors' Financial Advisors re: DIP budget and court filings | 0.6 | $ 950.00 | $ 570.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/7/2023 | Participate in call with Jefferies regarding sale process. | 0.4 | $ 1,100.00 | $ 440.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/7/2023 | Review and edit update to counsel regarding meeting with Debtors and Jefferies. | 0.9 | $ 1,100.00 | $ 990.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/7/2023 | Call with Jefferies re sale process. | 0.5 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/7/2023 | Review and comment upon update to counsel re: meeting with Debtors and Jefferies. | 1.0 | $ 1,100.00 | $ 1,100.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/7/2023 | Draft, review, and edit email to Counsel providing an update of cash flows and sales process. | 0.4 | $ 700.00 | $ 280.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/7/2023 | Adjust Debtors' TWCFF to split out budget by litigation matter, distribute to Huron team. | 0.8 | $ 700.00 | $ 560.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/7/2023 | Prepare for and attend call with Huron team to review morning call with Debtors. | 0.4 | $ 700.00 | $ 280.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/7/2023 | Compile and send notes from calls with Debtor and Jefferies. | 0.6 | $ 700.00 | $ 420.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/7/2023 | Prepare for and attend call with Jefferies to review sales process updates. | 0.3 | $ 700.00 | $ 210.00 |
| 8 | Business Analysis | Robert Loh | 8/7/2023 | Call with T. Martin (Huron) regarding meeting with Debtors in connection with Statements and Schedules. | 0.4 | $ 950.00 | $ 380.00 |
| 8 | Business Analysis | Timothy Martin | 8/7/2023 | Call with R. Loh (Huron) regarding meeting with Debtors in connection with Statements and Schedules. | 0.4 | $ 1,100.00 | $ 440.00 |
| 8 | Business Analysis | Paul Trenti | 8/7/2023 | Create summary analyzing payroll based on items in data room. | 1.5 | $ 700.00 | $ 1,050.00 |
| 8 | Business Analysis | Paul Trenti | 8/7/2023 | Prepare for and attend call with Debtors and advisors to address questions on TWCFF, SOFA, SOAL. | 0.5 | $ 700.00 | $ 350.00 |
| 11 | Case Administration | Paul Trenti | 8/7/2023 | Draft and submit email to Jefferies setting agenda ahead of afternoon call. | 0.3 | $ 700.00 | $ 210.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/8/2023 | Create an analysis of proforma cash available to unsecured creditors based on information received from Debtor to date. | 1.7 | $ 700.00 | $ 1,190.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/8/2023 | Call with T. Martin and P. Trenti (both Huron) regarding cash forecast. | 0.3 | $ 950.00 | $ 285.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/8/2023 | Call with R. Loh and P. Trenti (both Huron) regarding cash forecast. | 0.3 | $ 1,100.00 | $ 330.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/8/2023 | Incorporate edits from first round of review on proforma cash analysis into draft and circulate to Huron team. | 1.0 | $ 700.00 | $ 700.00 |
| 6 | Meetings and Communications | Robert Loh | 8/8/2023 | Call with counsel regarding litigation update | 0.7 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/8/2023 | Call with counsel regarding litigation update | 0.7 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/8/2023 | Call with Troutman re: litigation update | 0.7 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/8/2023 | Prepare for and attend call with Counsel to review discussions with Debtors' and Debtor Counsel. | 0.9 | $ 700.00 | $ 630.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/8/2023 | Prepare for and attend call with T. Martin, R. Loh (Huron) to review initial draft of proforma cash analysis. | 0.6 | $ 700.00 | $ 420.00 |
| 8 | Business Analysis | Robert Loh | 8/8/2023 | Review court filings and case dockets for information related to the Debtors' litigation activities | 2.1 | $ 950.00 | $ 1,995.00 |
| 10 | Court Hearings / Preparation | Timothy Martin | 8/8/2023 | Review of litigation filings in connection with summary for UCC. | 1.6 | $ 1,100.00 | $ 1,760.00 |
| 10 | Court Hearings / Preparation | Laura Marcero | 8/8/2023 | Review litigation filings to summarize for Committee. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/9/2023 | Prepare update on sale proceedings for UCC meeting. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/9/2023 | Review sale process update for UCC Committee. | 0.9 | $ 1,100.00 | $ 990.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/9/2023 | Revise analysis of the Debtors' Statements & Schedules in advance of UCC meeting. | 0.8 | $ 950.00 | $ 760.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/9/2023 | Meeting with Counsel and Huron to review cash flow projection and potential funds available to pay unsecured creditors. | 0.8 | $ 950.00 | $ 760.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/9/2023 | Participate on call with Huron team regarding model of cash balances in preparation for call with counsel. | 0.7 | $ 1,100.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/9/2023 | Participate in working session with counsel regarding potential cash balances. | 0.8 | $ 1,100.00 | $ 880.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/9/2023 | Review and edit cash flow summary for UCC meeting. | 0.4 | $ 1,100.00 | $ 440.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 8/9/2023 | Call with Huron team regarding model of cash balances in advance of call with Troutman. | 0.7 | $ 1,100.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 8/9/2023 | Working session with counsel re: waterfall. | 0.8 | $ 1,100.00 | $ 880.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 8/9/2023 | Review and edit cash flow summary for UCC Committee. | 0.3 | $ 1,100.00 | $ 330.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/9/2023 | Incorporate edits from Huron team on reviewed version of proforma cash analysis. | 1.0 | $ 700.00 | $ 700.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/9/2023 | Build projected wind-down budget for post-sale period to calculate total cash burn figure. | 1.3 | $ 700.00 | $ 910.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/9/2023 | Review thirteen-week cash flow sent by Debtors. | 0.8 | $ 700.00 | $ 560.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/9/2023 | Prepare for variance analysis of thirteen-week cash flow . | 1.2 | $ 700.00 | $ 840.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/9/2023 | Create sensitivity tables to reflect cash recoveries under different scenarios. | 1.1 | $ 700.00 | $ 770.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/9/2023 | Prepare for and attend call to review proforma cash analysis with Huron team. | 0.6 | $ 700.00 | $ 420.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/9/2023 | Prepare for and attend call to discuss analysis of cash flows projected to be available to unsecured creditors. | 0.8 | $ 700.00 | $ 560.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/9/2023 | Draft slides to weekly UCC update presentation and circulate to Huron team. | 1.0 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Laura Marcero | 8/9/2023 | Correspondence with Troutman regarding open items for UCC presentation and open questions on workstreams | 0.8 | $ 1,100.00 | $ 880.00 |
| 8 | Business Analysis | Paul Trenti | 8/9/2023 | Analyze SOFAs and SOALs, prepare list of key points. | 1.0 | $ 700.00 | $ 700.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/10/2023 | Review work product on SOFAs and schedules for UCC presentation | 1.5 | $ 1,100.00 | $ 1,650.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/10/2023 | Review and edit analysis of SOFAs and schedules for UCC presentation. | 3.2 | $ 1,100.00 | $ 3,520.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/10/2023 | Review and comment on draft UCC update presentation | 0.9 | $ 950.00 | $ 855.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/10/2023 | Draft list of questions on Debtors' thirteen-week forecast, circulate for review. | 0.7 | $ 700.00 | $ 490.00 |
| 6 | Meetings and Communications | Robert Loh | 8/10/2023 | Call with counsel regarding updates on the sale process and case developments | 0.4 | $ 950.00 | $ 380.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/10/2023 | Add slides to weekly UCC update regarding site visit, proforma cash, unsecured claim analysis. | 1.3 | $ 700.00 | $ 910.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/10/2023 | Prepare for and attend call with Counsel to discuss updates to outstanding Debtor litigation. | 0.3 | $ 700.00 | $ 210.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/10/2023 | Prepare for and attend call with UCC to review SOFA/SOAL findings, update cash flow forecast, unsecured recovery analysis. | 1.0 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Laura Marcero | 8/10/2023 | Review presentation, prepare for and attend UCC call | 2.5 | $ 1,100.00 | $ 2,750.00 |
| 8 | Business Analysis | Timothy Martin | 8/10/2023 | Prepare for and attend call with UCC to review Debtors' filings, updated cash flow forecast and unsecured recovery analysis. | 1.3 | $ 1,100.00 | $ 1,430.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/10/2023 | Compile and circulate list of questions on Debtors' 13-week cash flow forecast, and prepare an agenda of discussion items for sales update call with Jefferies. | 0.5 | $ 700.00 | $ 350.00 |
| 8 | Business Analysis | Timothy Martin | 8/14/2023 | Review proposed settlement with IP litigant. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 8 | Business Analysis | Paul Trenti | 8/14/2023 | Review and analyze latest batch of documents posted to Debtors' data room. | 2.0 | $ 700.00 | $ 1,400.00 |
| 8 | Business Analysis | Robert Loh | 8/15/2023 | Review court filings related to the proposed Karma settlement | 0.8 | $ 950.00 | $ 760.00 |
| 10 | Court Hearings / Preparation | Paul Trenti | 8/15/2023 | Prepare for and attend hearing on Foxconn case dismissal / conversion. | 0.5 | $ 700.00 | $ 350.00 |
| 14 | Travel Time | Timothy Martin | 8/15/2023 | Travel to Lordstown, PA for plant inspection. | 2.5 | $ 1,100.00 | $ 2,750.00 |
| 8 | Business Analysis | Timothy Martin | 8/15/2023 | Review of Debtors' asset listing in preparation for site visit. | 0.6 | $ 1,100.00 | $ 660.00 |
| 14 | Travel Time | Laura Marcero | 8/15/2023 | Travel to Lordstown, PA for plant inspection. | 3.5 | $ 1,100.00 | $ 3,850.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/16/2023 | Review TWCF PDFs in preparation for creating working model | 0.5 | $ 600.00 | $ 300.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/16/2023 | From TWCF PDFs created working TWCF model for later use in creating TWCF Variance Model | 2.5 | $ 600.00 | $ 1,500.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/16/2023 | Created Variance tab of TWCF Model | 1.5 | $ 600.00 | $ 900.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/16/2023 | Build and review cash flow variance analysis file with Huron team (H. Ericsson). | 1.3 | $ 700.00 | $ 910.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/16/2023 | Call with Huron team (H. Ericsson) to go over 13-week, add slides presentation. | 1.5 | $ 700.00 | $ 1,050.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/16/2023 | Update weekly UCC presentation including sales process, cash flow items. | 1.0 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Robert Loh | 8/16/2023 | Call with H. Ericsson regarding updated 13-week cashflow provided by the Debtors | 0.4 | $ 950.00 | $ 380.00 |
| 8 | Business Analysis | Robert Loh | 8/16/2023 | Review and comment on analysis of the Debtors' 13-week cashflow projections | 1.2 | $ 950.00 | $ 1,140.00 |
| 8 | Business Analysis | Timothy Martin | 8/16/2023 | Participate in plant inspection with Debtors and Debtors advisors. | 2.8 | $ 1,100.00 | $ 3,080.00 |
| 8 | Business Analysis | Timothy Martin | 8/16/2023 | Call with J. DiDonato (Huron) regarding plant visit. | 0.3 | $ 1,100.00 | $ 330.00 |
| 8 | Business Analysis | Laura Marcero | 8/16/2023 | Participate in plant inspection with Debtors and Debtors' advisors. | 8.0 | $ 1,100.00 | $ 8,800.00 |
| 14 | Travel Time | Timothy Martin | 8/16/2023 | Travel to Lordstown, PA for plant inspection. | 3.0 | $ 1,100.00 | $ 3,300.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/17/2023 | Communication with professionals regarding feedback on plant tour, asset observations and communications with debtor and professionals | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/17/2023 | Prepare TWCF Variance Analysis | 2.1 | $ 600.00 | $ 1,260.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/17/2023 | Create cumulative variance analysis to compare prior cash flow forecasts to actual results. | 1.2 | $ 700.00 | $ 840.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/17/2023 | Create a professional fee accrual calculator to understand expense run-rates. | 1.2 | $ 700.00 | $ 840.00 |
| 6 | Meetings and Communications | Holger Ericsson | 8/17/2023 | Call with D. Kovsky, F. Lawall (Troutman) and L. Marcero, T. Martin, R. Loh, P. Trenti (Huron) re UCC update | 1.0 | $ 600.00 | $ 600.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Meetings and Communications | Robert Loh | 8/17/2023 | Participate in internal Huron call regarding analyses to be presented on UCC update call. | 0.9 | $ 950.00 | $ 855.00 |
| 6 | Meetings and Communications | Robert Loh | 8/17/2023 | Participate in weekly update call with UCC. | 1.2 | $ 950.00 | $ 1,140.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/17/2023 | Participate in weekly update call with UCC. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/17/2023 | Participate in internal Huron call regarding analyses to be presented on UCC update call. | 0.9 | $ 1,100.00 | $ 990.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/17/2023 | Participate in internal Huron call regarding analyses to be presented on UCC update call. | 0.9 | $ 1,100.00 | $ 990.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/17/2023 | Prepare for and attend call with Counsel to review litigation items, updates from court hearings. | 0.8 | $ 700.00 | $ 560.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/17/2023 | Edit UCC presentation per comments from Huron team. | 0.8 | $ 700.00 | $ 560.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Paul Trenti | 8/17/2023 | Review and summarize Plan of Reorg draft provided by Counsel. | 0.8 | $ 700.00 | $ 560.00 |
| 8 | Business Analysis | Holger Ericsson | 8/17/2023 | Analysis on plan for claim priority | 0.5 | $ 600.00 | $ 300.00 |
| 8 | Business Analysis | Laura Marcero | 8/17/2023 | Prepare for UCC call, participate in UCC call, correspond with debtor professionals on open items on work streams | 3.0 | $ 1,100.00 | $ 3,300.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/18/2023 | Updates to TWCF Variance Model | 0.4 | $ 600.00 | $ 240.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/18/2023 | Review and comment on Debtors cash flow forecast and variance report. | 1.8 | $ 1,100.00 | $ 1,980.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 8/18/2023 | Review and comment on Debtors cash flow forecast and variance report. | 2.0 | $ 1,100.00 | $ 2,200.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/18/2023 | Call with R. Loh, H.Ericsson, P.Trenti for intro to project and responsibilities. | 0.5 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Robert Loh | 8/18/2023 | Meeting with White & Case and Troutman regarding the Debtors' draft plan of reorganization and securities litigation matters | 0.9 | $ 950.00 | $ 855.00 |
| 6 | Meetings and Communications | Robert Loh | 8/18/2023 | Telephone call with D. Kovsky and F. Lawall (Troutman), L. Marcero, T. Martin, and P. Trenti (Huron) regarding next steps based on information received from Debtors' counsel. | 0.4 | $ 950.00 | $ 380.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/18/2023 | Prepare for and attend call with UCC Counsel to regroup and review follow up items from discussion with Debtor Counsel. | 0.3 | $ 700.00 | $ 210.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/18/2023 | Prepare for and attend call with R. Hernandez to provide updates on sale process and cash forecast. | 0.4 | $ 700.00 | $ 280.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 8/18/2023 | Summarize draft disclosure statement and plan of reorganization for information related to the treatment of unsecured creditors and potential releases for current/former executives | 1.7 | $ 950.00 | $ 1,615.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Paul Trenti | 8/18/2023 | Prepare for and attend call with Debtors' Counsel (D. Turetsky) to discuss Plan of Reorg and Disclosure Statement. | 0.9 | $ 700.00 | $ 630.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Paul Trenti | 8/18/2023 | Review and summarize Disclosure Statement draft provided by Counsel. | 1.0 | $ 700.00 | $ 700.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Paul Trenti | 8/18/2023 | Review, edit, and circulate notes from call with Debtor Counsel to Huron team. | 0.4 | $ 700.00 | $ 280.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/21/2023 | Review and comment on analysis of sale process and potential recoveries. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 8/21/2023 | Review PP&E asset files posted by Debtors' and create summary of asset values. | 1.5 | $ 700.00 | $ 1,050.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/21/2023 | Review and edit summary of Debtors' cash position and forecasted availability. | 0.8 | $ 1,100.00 | $ 880.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 8/21/2023 | Review and edit summary of Debtors' cash position and forecasted availability. | 1.7 | $ 1,100.00 | $ 1,870.00 |
| 8 | Business Analysis | Robert Loh | 8/21/2023 | Additional review of the Debtors' SEC filings related to litigation matters | 1.4 | $ 950.00 | $ 1,330.00 |
| 8 | Business Analysis | Laura Marcero | 8/21/2023 | Review and comment on analysis of sale process and potential recoveries. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 2 | Claim Analysis | Paul Trenti | 8/22/2023 | Review outstanding litigation items including dockets, filings, notes, and compile into a summary for UCC. | 2.0 | $ 700.00 | $ 1,400.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 8/22/2023 | Participate in call with Jefferies to discuss sale process. | 0.6 | $ 950.00 | $ 570.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/22/2023 | Participate in call with Jefferies to discuss sale process. | 0.6 | $ 1,100.00 | $ 660.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/22/2023 | Call with Jefferies re sale process. | 0.6 | $ 1,100.00 | $ 660.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/22/2023 | Review and incorporate changes to TWCF Variance Model | 1.2 | $ 600.00 | $ 720.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/22/2023 | Prepare TWCF Variance Model for UCC Committee update | 1.2 | $ 600.00 | $ 720.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/22/2023 | Review and incorporate changes to previous TWCF Variance Slides in presentation | 0.8 | $ 600.00 | $ 480.00 |
| 8 | Business Analysis | Robert Loh | 8/22/2023 | Prepare summary of MDL litigation case status in advance of UCC update | 0.7 | $ 950.00 | $ 665.00 |
| 8 | Business Analysis | Robert Loh | 8/22/2023 | Continue review of MDL and securities litigations filed against the Debtors | 2.1 | $ 950.00 | $ 1,995.00 |
| 8 | Business Analysis | Laura Marcero | 8/22/2023 | Review TWCF, review sale process status, review UCC presentation | 2.1 | $ 1,100.00 | $ 2,310.00 |
| 12 | Retention and Fee Applications | Timothy Martin | 8/22/2023 | Call with B. Olivera and L. Marcero (both Huron) regarding retention. | 0.2 | $ 1,100.00 | $ 220.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Paul Trenti | 8/23/2023 | Compile claims analysis based on SOALs for UCC. | 0.5 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Paul Trenti | 8/23/2023 | Create recovery waterfall based on current claims, assets, expected sales proceeds, and cash flows, break out by Debtor. | 2.3 | $ 700.00 | $ 1,610.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 8/23/2023 | Call with T. Martin regarding case litigation and claims analysis | 0.6 | $ 950.00 | $ 570.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 8/23/2023 | Call with T. Martin and P. Trenti re: Weekly UCC update on sale process and litigation | 0.8 | $ 950.00 | $ 760.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 8/23/2023 | Prepare update to UCC regarding sale process and litigation claims. | 2.6 | $ 1,100.00 | $ 2,860.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 8/23/2023 | Review UCC Committee update re: sale process, litigation claims. | 2.1 | $ 1,100.00 | $ 2,310.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/23/2023 | Updated TWCF Variance Model with 8.19 numbers | 2.4 | $ 600.00 | $ 1,440.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/23/2023 | Created TWCF Variance Slide for Committee Call | 2.1 | $ 600.00 | $ 1,260.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/23/2023 | Email correspondence with Counsel re: weekly UCC update | 0.4 | $ 950.00 | $ 380.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/23/2023 | Meeting with T. Martin and P. Trenti regarding status of Debtor litigation activities | 0.5 | $ 950.00 | $ 475.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/23/2023 | Review and comment on materials for UCC meeting. | 0.3 | $ 1,100.00 | $ 330.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/23/2023 | Prepare for and attend call to review UCC presentation draft with Huron team (T. Martin, R. Loh). | 0.5 | $ 700.00 | $ 350.00 |
| 8 | Business Analysis | Paul Trenti | 8/23/2023 | Compile initial draft of UCC update presentation, circulate to Huron team. | 1.5 | $ 700.00 | $ 1,050.00 |
| 8 | Business Analysis | Paul Trenti | 8/23/2023 | Update latest draft of UCC presentation based on comments from Huron team. | 0.5 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Holger Ericsson | 8/24/2023 | Clean up PDF to Excel converted claim files | 2.5 | $ 600.00 | $ 1,500.00 |
| 2 | Claim Analysis | Paul Trenti | 8/24/2023 | Prepare for and attend call to review recovery waterfall and claims analysis with Huron team (L. Marcero, S. Creedon). | 0.5 | $ 700.00 | $ 350.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/24/2023 | Update of 13 week cash flow and presentation for UCC. | 3.0 | $ 325.00 | $ 975.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/24/2023 | Teleconference with D. Kovsky-Apap (Troutman), L. Marcero, and T. Martin (Huron) regarding committee update and Lordstown litigation liabilities | 0.4 | $ 950.00 | $ 380.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 8/24/2023 | Meeting with L. Marcero, T. Martin, S. Creedon, P. Trenti, H. Ericsson, and R. Hernandez regarding analysis of DIP operations and sale process | 0.9 | $ 950.00 | $ 855.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/24/2023 | Participate in walk through of claims waterfall and litigation summary. | 0.5 | $ 1,100.00 | $ 550.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/24/2023 | Call with counsel to review weekly presentation to UCC. | 0.3 | $ 1,100.00 | $ 330.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 8/24/2023 | Review and update weekly presentation to UCC. | 0.8 | $ 1,100.00 | $ 880.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/24/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti, H. Ericsson, R. Hernandez (Huron) re introduction to engagement, review UCC deck slides | 0.6 | $ 950.00 | $ 570.00 |
| 6 | Meetings and Communications | Holger Ericsson | 8/24/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti, S. Creedon, R. Hernandez (Huron) re review UCC deck slides | 0.6 | $ 600.00 | $ 360.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/24/2023 | Call with S.Creedon,R. Loh, P. Trenti, H. Ericsson, R. Hernandez (Furon) re update deck for UCC | 1.0 | $ 325.00 | $ 325.00 |
| 8 | Business Analysis | Robert Loh | 8/24/2023 | Meeting with L. Marcero, T. Martin, S. Creedon, P. Trenti, H. Ericsson, R. Hernandez (Huron) regarding UCC updates on the monthly operating reports, claims, and DIP budget results | 0.6 | $ 950.00 | $ 570.00 |
| 8 | Business Analysis | Paul Trenti | 8/24/2023 | Prepare for and attend call with Huron team (S. Creedon, H. Ericsson) to provide overview of case and current workstreams. | 0.7 | $ 700.00 | $ 490.00 |
| 8 | Business Analysis | Paul Trenti | 8/24/2023 | Review amendments to June MORs, circulate list of changes to team. | 0.8 | $ 700.00 | $ 560.00 |
| 8 | Business Analysis | Paul Trenti | 8/24/2023 | Review July MORs for each Debtor, prepare highlights and questions for Huron team. | 2.5 | $ 700.00 | $ 1,750.00 |
| 8 | Business Analysis | Timothy Martin | 8/24/2023 | Review of recently amended Monthly Operating Report. | 0.6 | $ 1,100.00 | $ 660.00 |
| 8 | Business Analysis | Timothy Martin | 8/24/2023 | Correspond with Huron team regarding revised GUC amounts in MOR. | 0.2 | $ 1,100.00 | $ 220.00 |
| 8 | Business Analysis | Laura Marcero | 8/24/2023 | Review amended MORs, call with Huron team re same. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/25/2023 | Review amended, new monthly operating reports | 3.7 | $ 950.00 | $ 3,515.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/25/2023 | Draft email to A. Kroll (Debtor CFO), D. Tsitsis (Debtor financial advisor) re MOR questions | 0.3 | $ 950.00 | $ 285.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/25/2023 | Made edits to TWCF Variance Analysis based on P. Trenti feedback | 1.9 | $ 600.00 | $ 1,140.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/25/2023 | Made edits to TWCF Variance presentation slides based on P. Treniti feedback | 1.8 | $ 600.00 | $ 1,080.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/25/2023 | Review MORs | 0.8 | $ 600.00 | $ 480.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/25/2023 | Analyze/compare MORs to TWCF | 1.0 | $ 600.00 | $ 600.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/25/2023 | Update of 13 week cash flow model to include 8.31.2023 actuals | 2.0 | $ 325.00 | $ 650.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/25/2023 | Update to variance analysis model of one week variance and variance cumulative to 7/29 forecast. | 2.0 | $ 325.00 | $ 650.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/25/2023 | Call with P. Trenti, R. Hernandez to discuss TWCF | 0.5 | $ 325.00 | $ 162.50 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/25/2023 | Prepare for and attend call with S. Creedon to review latest 13-week cash flow forecast. | 0.6 | $ 700.00 | $ 420.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/25/2023 | Call with P. Trenti, R. Loh (Huron) re monthly operating reports | 0.2 | $ 950.00 | $ 190.00 |
| 6 | Meetings and Communications | Holger Ericsson | 8/25/2023 | Call with P. Trenti , R. Hernandez to discuss TWCF | 0.5 | $ 600.00 | $ 300.00 |
| 8 | Business Analysis | Robert Loh | 8/25/2023 | Meeting with S. Creedon and P. Trenti to review the Debtors' Monthly Operating reports | 0.2 | $ 950.00 | $ 190.00 |
| 8 | Business Analysis | Paul Trenti | 8/25/2023 | Prepare for and attend call with Huron team to discuss questions and follow-ups on MORs. | 0.5 | $ 700.00 | $ 350.00 |
| 8 | Business Analysis | Paul Trenti | 8/25/2023 | Review LMC 10-Q report and AP Aging reconciliation file. | 1.0 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Timothy Martin | 8/25/2023 | Review correspondence with Debtors' advisors regarding revised MOR. | 0.3 | $ 1,100.00 | $ 330.00 |
| 8 | Business Analysis | Timothy Martin | 8/25/2023 | Review of revised MOR and modifications to claim amounts. | 0.4 | $ 1,100.00 | $ 440.00 |
| 8 | Business Analysis | Laura Marcero | 8/25/2023 | Review correspondence with Debtors' advisors regarding revised MOR. | 0.5 | $ 1,100.00 | $ 550.00 |
| 8 | Business Analysis | Laura Marcero | 8/25/2023 | Review of revised MOR and modifications to claim amounts. | 0.4 | $ 1,100.00 | $ 440.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/26/2023 | Review response from A. Kroll (Debtor CFO) to questions, discuss with P. Trenti | 1.0 | $ 950.00 | $ 950.00 |
| 2 | Claim Analysis | Paul Trenti | 8/26/2023 | Compile and circulate email to Huron team showing different unsecured claims balances reported by Debtor. | 0.4 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/28/2023 | Emails with L. Marcero/T. Martin (Huron) and D Kovsky, F. Lawall (Troutman, UCC counsel) re GUC claims | 0.4 | $ 950.00 | $ 380.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/28/2023 | Review, resopnd to A. Kroll (Debtor CFO) re questions on MORs, SOALs | 0.7 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/28/2023 | Review Debtor SOALs | 3.0 | $ 950.00 | $ 2,850.00 |
| 2 | Claim Analysis | Holger Ericsson | 8/28/2023 | Initial review of Claim files that were converted | 1.7 | $ 600.00 | $ 1,020.00 |
| 2 | Claim Analysis | Paul Trenti | 8/28/2023 | Prepare for and attend call with S. Creedon to review claims analysis to request from Debtors'. | 0.5 | $ 700.00 | $ 350.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/28/2023 | Continue comparison of Debtors' MORs to TWCF | 1.5 | $ 600.00 | $ 900.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/28/2023 | Update of 13 week cash flow and presentation for UCC. | 1.0 | $ 325.00 | $ 325.00 |
| 8 | Business Analysis | Robert Loh | 8/28/2023 | Email correspondence with Counsel re: general unsecured claims | 0.3 | $ 950.00 | $ 285.00 |
| 8 | Business Analysis | Laura Marcero | 8/28/2023 | Review of TWCF, review claims status, review SOALs, review Huron analyses on work streams | 3.1 | $ 1,100.00 | $ 3,410.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/29/2023 | Prepare for, participate in conference call with  L. Marcero/T. Martin (Huron) and D Kovsky, F. Lawall (Troutman) re GUC claims, status of litigation proceedings | 1.1 | $ 950.00 | $ 1,045.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/29/2023 | Emails with A. Kroll, D. Tsitsis re MOR/SOAL questions, coordinate call | 0.2 | $ 950.00 | $ 190.00 |
| 6 | Meetings and Communications | Robert Loh | 8/29/2023 | Participate in call with counsel regarding case matters and discussions with Debtors advisors. | 0.6 | $ 950.00 | $ 570.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/29/2023 | Prepare for and attend call with UCC Counsel to review litigation accrual amounts and unsecured claims analysis. | 0.6 | $ 700.00 | $ 420.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/29/2023 | Participate in call with counsel regarding case matters and discussions with Debtors advisors. | 0.5 | $ 1,100.00 | $ 550.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/29/2023 | Call with Troutman re case matters and discussions with Debtors' advisors. | 0.5 | $ 1,100.00 | $ 550.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 8/29/2023 | Review and update analysis of open claims. | 0.5 | $ 1,100.00 | $ 550.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 8/29/2023 | Review and update analysis of litigation claims. | 0.5 | $ 1,100.00 | $ 550.00 |
| 8 | Business Analysis | Robert Loh | 8/29/2023 | Teleconference with L. Marcero, T. Martin, S. Creedon (Huron) and D. Kovsky, F. Lawall (Troutman) regarding unsecured claims base and litigation proceedings | 0.7 | $ 950.00 | $ 665.00 |
| 8 | Business Analysis | Laura Marcero | 8/29/2023 | Participate in call regarding unsecured claims and litigation, review of claims status, correspond with debtors on open items, coordination for UCC call | 1.6 | $ 1,100.00 | $ 1,760.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 8/30/2023 | Prepare draft PPT deck for update call with UCC; incorporate edits, send to Huron team | 2.5 | $ 950.00 | $ 2,375.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/30/2023 | Prepare TWCF Variance template for 8.26 update | 2.0 | $ 600.00 | $ 1,200.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/30/2023 | Create 8.26 TWCF Variance Slides | 2.2 | $ 600.00 | $ 1,320.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/30/2023 | Review TWCF 8.26 Variance model update | 1.8 | $ 600.00 | $ 1,080.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/30/2023 | Update of 13 week cash flow to incorporate 09.08.2023 actuals | 2.0 | $ 325.00 | $ 650.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/30/2023 | Update to variance analysis model of actual and projected one week variance, cumulative to 7/29 forecast and variance of projected weeks. | 2.0 | $ 325.00 | $ 650.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/30/2023 | Call with Paul Trenti, Shawn Creedon, and Holger Ericcson for redraft of cash flow and waterfall. | 0.5 | $ 325.00 | $ 162.50 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/30/2023 | Analyze 13-week cash flow forecast circulated by Debtor. | 0.5 | $ 700.00 | $ 350.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 8/30/2023 | Review cash flow variance analysis and related slides for UCC update, provide edits to H. Erricson. | 1.3 | $ 700.00 | $ 910.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/30/2023 | Prepare for, participate in video call with A. Kroll, D. Tsitsis re MOR/SOAL questions, summarize same for Huron/Troutman teams | 2.3 | $ 950.00 | $ 2,185.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/30/2023 | Call with P. Trenti, H. Ericsson, R. Hernandez (Huron) re draft waterfall | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Holger Ericsson | 8/30/2023 | Call with P. Trenti, H. Ericsson, R. Hernandez (Huron) re draft waterfall | 0.5 | $ 600.00 | $ 300.00 |
| 6 | Meetings and Communications | Holger Ericsson | 8/30/2023 | Call with S. Creedon, R. Loh, T. Martin, R. Hernandez, E. Hammes to review unsecured claims | 1.0 | $ 600.00 | $ 600.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/30/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti, H. Ericsson, A.Kroll and more for updates on sales process. | 1.0 | $ 325.00 | $ 325.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/30/2023 | Prepare for and attend meeting with Huron team (S. Creedon, H. Ericsson) to explain and review setup of waterfall model. | 0.5 | $ 700.00 | $ 350.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/30/2023 | Prepare for and attend call with Debtors' and Silverman Consulting to discuss reconciling different claims amounts and understanding litigation accruals. | 1.0 | $ 700.00 | $ 700.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/30/2023 | Prepare for and attend call with Jefferies to review latest updates on sales process, ask questions about different bidders, understand potential bids ahead of deadline. | 0.5 | $ 700.00 | $ 350.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 8/30/2023 | Participate in call with Debtors regarding unsecured claims pool. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 8/30/2023 | Analyze Debtors' claims waterfall in connection with draft plan. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 8/30/2023 | Analyze Debtors' draft plan or reorganization. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 8 | Business Analysis | Robert Loh | 8/30/2023 | Prepare for call with UCC regarding sales efforts and recent developments | 0.5 | $ 950.00 | $ 475.00 |
| 8 | Business Analysis | Robert Loh | 8/30/2023 | Prepare summary of the Debtors' statements regarding historical financial records | 0.8 | $ 950.00 | $ 760.00 |
| 8 | Business Analysis | Robert Loh | 8/30/2023 | Participate in call with Debtors regarding unsecured claims pool and amended statements and schedules. | 1.1 | $ 950.00 | $ 1,045.00 |
| 8 | Business Analysis | Paul Trenti | 8/30/2023 | Review latest turn of UCC update deck and provide comments to S. Creedon. | 0.5 | $ 700.00 | $ 350.00 |
| 8 | Business Analysis | Timothy Martin | 8/30/2023 | Analysis of Debtors' intercompany accounting. | 0.3 | $ 1,100.00 | $ 330.00 |
| 8 | Business Analysis | Laura Marcero | 8/30/2023 | Review Debtors' intercompany accounting, draft plan of reorg | 2.8 | $ 1,100.00 | $ 3,080.00 |
| 2 | Claim Analysis | Shawn Creedon | 8/31/2023 | Prepare list of open information requests, send to F. Lawall, D. Kovsky | 0.2 | $ 950.00 | $ 190.00 |
| 2 | Claim Analysis | Paul Trenti | 8/31/2023 | Update claims waterfall based on latest data provided by Debtors' and comments from Huron team. | 1.0 | $ 700.00 | $ 700.00 |
| 2 | Claim Analysis | Paul Trenti | 8/31/2023 | Create claims waterfall summary tab for presentation to UCC. | 0.5 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Paul Trenti | 8/31/2023 | Add a new scenario to claims waterfall per comments from Huron team. | 0.7 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Paul Trenti | 8/31/2023 | Fold new scenarios added to claims waterfall onto presentation summary tab. | 0.5 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Paul Trenti | 8/31/2023 | Update claims waterfall based on comments from Counsel. | 0.4 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Paul Trenti | 8/31/2023 | Pull files from docket showing names and amounts owed to creditors, review and circulate to H. Ericsson and R. Hernandez to convert to excel. | 0.5 | $ 700.00 | $ 350.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/31/2023 | Review presentation material and changes. | 1.5 | $ 600.00 | $ 900.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 8/31/2023 | Update TWCF Variance Analysis slides in deck per input | 2.0 | $ 600.00 | $ 1,200.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 8/31/2023 | Update UCC deck | 1.5 | $ 325.00 | $ 487.50 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti, H. Ericsson, R. Hernandez (Huron) re update deck for UCC | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Call with D. Kovsky, F. Lawall (Troutman) and L. Marcero, T. Martin, R. Loh, P. Trenti (Huron) re UCC update | 0.7 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Update UCC deck, finalize and send to Committee members | 1.8 | $ 950.00 | $ 1,710.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Conf call with Committee | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Call with L. Marcero, P. Trenti (Huron) to review waterfall; finalize and add to UCC update deck | 0.7 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Call with D. Kovsky, F. Lawall (Troutman) and L. Marcero, T. Martin, R. Loh, P. Trenti (Huron) to finalize UCC update deck | 0.4 | $ 950.00 | $ 380.00 |
| 6 | Meetings and Communications | Shawn Creedon | 8/31/2023 | Update UCC deck, send to Huron/Troutman teams | 0.6 | $ 950.00 | $ 570.00 |
| 6 | Meetings and Communications | Holger Ericsson | 8/31/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti, S. Creedon, R. Hernandez (Huron) re update deck for UCC | 0.5 | $ 600.00 | $ 300.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/31/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti, H. Ericsson, R. Hernandez (Furon) re update deck for UCC | 0.5 | $ 325.00 | $ 162.50 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Meetings and Communications | Rommel Hernandez | 8/31/2023 | Call with L. Marcero, T. Martin, R. Loh, P. Trenti , H. Ericsson, R. Hernandez (Furon) re update deck for UCC | 0.5 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/31/2023 | Call with D. Kovsky, F. Lawall (Troutman) and L. Marcero, T. Martin, R. Loh, P. Trenti (Huron) re UCC update | 0.5 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Rommel Hernandez | 8/31/2023 | Participate in weekly update call with UCC. | 0.6 | $ 325.00 | $ 195.00 |
| 6 | Meetings and Communications | Robert Loh | 8/31/2023 | Review updated UCC presentation | 0.4 | $ 950.00 | $ 380.00 |
| 6 | Meetings and Communications | Robert Loh | 8/31/2023 | Participate in weekly update call with UCC. | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Robert Loh | 8/31/2023 | Meeting with Huron team to review UCC update presentation | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Robert Loh | 8/31/2023 | Participate in meeting with counsel regarding update to UCC. | 1.2 | $ 950.00 | $ 1,140.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/31/2023 | Prepare for and attend call with Counsel to walk through UCC update presentation. | 1.0 | $ 700.00 | $ 700.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/31/2023 | Prepare for and attend call with Huron team to review latest claims waterfall. | 0.4 | $ 700.00 | $ 280.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/31/2023 | Prepare for and attend call with Counsel to review claims waterfall and final draft of UCC presentation. | 0.5 | $ 700.00 | $ 350.00 |
| 6 | Meetings and Communications | Paul Trenti | 8/31/2023 | Prepare for and attend call updating UCC of sales process and claims analysis. | 1.0 | $ 700.00 | $ 700.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/31/2023 | Review and comment on draft update to UCC. | 1.0 | $ 1,100.00 | $ 1,100.00 |
| 6 | Meetings and Communications | Timothy Martin | 8/31/2023 | Participate in meeting with counsel regarding update to UCC. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/31/2023 | Review and comment on draft update to UCC. | 1.0 | $ 1,100.00 | $ 1,100.00 |
| 6 | Meetings and Communications | Laura Marcero | 8/31/2023 | Participate in meeting with counsel regarding update to UCC. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 8 | Business Analysis | Robert Loh | 8/31/2023 | Review recent case filings in advance of UCC update | 0.7 | $ 950.00 | $ 665.00 |
| 8 | Business Analysis | Laura Marcero | 8/31/2023 | Participate in update to UCC and review Huron materials for meeting | 1.0 | $ 1,100.00 | $ 1,100.00 |
| | | | | **TOTAL** | **361.50** | | **$ 316,432.50** |

**Exhibit 1.D - Expense Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Professional  | Date      | Description                    | Amount    |
|---------------|-----------|--------------------------------|-----------|
| Laura Marcero | 8/15/2023 | Mileage - Auto                 | $ 153.34  |
| Laura Marcero | 8/15/2023 | Parking & Tolls                | $  12.25  |
| Tim Martin    | 8/15/2023 | Meal with Employees Only       | $ 104.11  |
| Laura Marcero | 8/16/2023 | Parking & Tolls                | $  12.75  |
| Laura Marcero | 8/16/2023 | Meal - Individual              | $  19.59  |
| Laura Marcero | 8/16/2023 | Mileage - Auto                 | $ 153.20  |
| Laura Marcero | 8/17/2023 | Hotel - Tour of Lordstown Plant| $ 257.04  |

**TOTAL  $   712.28**