# EXHIBIT 1

## Revised Letter

16333035/1

(Name)

(Firm)

Re: Lordstown Motors Corp., *et al.* (23-10831 (MFW))

Order Permitting Securities Trading Upon Establishment of a Screening Wall

Dear [_____];

I am writing this letter pursuant to, and in accordance with, the *Order Permitting Securities Trading Upon Establishment of Screening Wall* (the "Order") entered by the Bankruptcy Court for the District of Delaware on [_], 2023 [Docket No. ].   I am a [Title] of [Committee Member]. [Committee Member] is a Committee Member of the Official Committee of Equity Security Holders ("Equity Committee") of Lordstown Motors Corp. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").   I hereby acknowledge that: (a) I may receive nonpublic committee Information (as defined in the Order) regarding the Debtors as a consequence of serving on the Equity Committee; (b) I am aware of, and agree to comply with, the Order and the Screening Wall procedures, which are in effect with respect to the Stock (as defined in the Order); and (c) I will immediately inform Equity Committee counsel, the United States Trustee, and Debtors' counsel in writing if such procedures are materially breached.

          Sincerely yours,

          [Name]