IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 26, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Deadlines for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against Debtors** [Docket No. 335]

- [Customized] **Official Form 410 Proof of Claim** [substantially in the form of Exhibit 2 to Docket No. 317]

Furthermore, on September 26, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail to the registered holders of Common Stock, on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and its Debtor Affiliates** [Docket No. 362]

Furthermore, on or before September 29, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- **Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and its Debtor Affiliates**
  [Docket No. 362]

Dated:  October 2, 2023

/s/ Jennifer Grageda
Jennifer Grageda
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Joe Reale | | Address Redacted | | | |
| YRC Inc. dba YRC Freight | Andy Lamancusa | 11500 Outlook St Ste 400 | Overland Park | KS | 66211-2030 |

# Exhibit B

**Exhibit B**
**Registered Shareholders**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Garrett Paul Ederle | Address Redacted | | | |

# Exhibit C

**Exhibit C**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Advanced Controls & Distribution LLC | | 6950 Engle Rd Ste XX | | Cleveland | OH | 44130-3494 |
| Charles Jurenovich | | Address Redacted | | | | |
| George Troicky | Labaton Sucharow LLP | Derrick Farrell | 222 Delaware Ave Ste 1500 | Wilmington | DE | 19801-1682 |
| Hung Le | | Address Redacted | | | | |
| Jared Premick | | Address Redacted | | | | |
| JCL Energy | Mandy Schneider | 54 S Sharpsville Ave | | Sharon | PA | 16146-1864 |
| Joe Lawver | | Address Redacted | | | | |
| Joe Reale | | Address Redacted | | | | |
| Karandeep Chahal | | Address Redacted | | | | |
| Matthew Nielsen | | Address Redacted | | | | |
| Noopur Nitin Apte | | Address Redacted | | | | |
| Pharos Holdings, LLC dba Lighthouse Services, LLC | Shannon Orourke | 630 Freedom Business Ctr Dr Ste 300 | | Kng of Prussia | PA | 19406-0201 |
| Tracie Wilson | | Address Redacted | | | | |
| Weston Jones | | Address Redacted | | | | |
| Workhorse Group Inc. | Attn CEO | 3600 Park 42 Dr # 160E | | Cincinnati | OH | 45241-4039 |
| Zaina Abdelaziz | | Address Redacted | | | | |