# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Diana Mauricio, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 28, 2023, I caused copies of the
- [Customized for Rule 3001(e)(1) or 3001(e)(3)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or 3001(e)(3) [Re Docket Nos. 458 and 472]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: October 2, 2023

*/s/ Diana Mauricio*
Diana Mauricio
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cedar Glade LP | | 600 Madison Avenue, 17th Floor | | New York | NY | 10022 | | $62,638.30 | $62,638.30 | 458 | Transferee |
| Zetwerk Manufacturing USA Inc | | The Oriental Towers No 461 1st Floor | 17th Cross Rd, 4th Sector, Sector 4 | Bengaluru | Karnataka | 560102 | India | $62,638.30 | $62,638.30 | 458 | Transferor |
| Zetwerk Manufacturing USA Inc | | 548 Market Street, #70774 | | San Francisco | CA | 94104-5401 | | $62,638.30 | $62,638.30 | 458 | Notice Party |
| Armada Toolworks LTD. | Janice Duggan | 6 LOF Drive, PO Box 535 | | Lindsay | ON | K9V 4S5 | Canada | $13,730.00 | $13,730.00 | 472 | Transferor |
| Cedar Glade LP | | 600 Madison Avenue, 17th Floor | | New York | NY | 10022 | | $13,730.00 | $13,730.00 | 472 | Transferee |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1