# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ) | Chapter 11 |
| ) | |
| LORDSTOWN MOTORS CORP., *et. al.*,[1][2]  ) | Case No. 23-10831-MFW |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### CERTIFICATION OF GOVERNMENT COUNSEL
### REPRESENTING AGENCY OF THE UNITED STATES

Pursuant to L.R. 9010-1(e)(1), the undersigned hereby certifies as follows:

1. I am an attorney representing the U.S. Securities and Exchange Commission, an agency of the government of the United States.

2. I have been admitted in the District Court for the Southern District of Florida since April 16, 1999, the District Court for the Northern District of Illinois since January 13, 2005, the District Court for the Western District of Wisconsin since February 18, 2009, and the District Court for the Northern District of Ohio since July 17, 2019.

3. I am a member in good standing in all jurisdictions in which I have been admitted. Those jurisdictions are the States of Florida (Bar No. 0148393), Illinois (ARDC No. 6282466) and Georgia (Bar No. 934048).

4. I will be bound by the Local Rules of this Court and agree to the jurisdiction of the Court for disciplinary purposes.

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

.

Dated: October 3, 2023
Wilmington, Delaware

/s/ David W. Baddley
**U.S. SECURITIES & EXCHANGE COMMISSION**
David W. Baddley
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
baddleyd@sec.gov

*Counsel for U.S. Securities and Exchange Commission*