**<u>EXHIBIT A</u>**
**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et. al.,*[1][2] | ) | Case No. 23-10831-MFW |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. _____** |

**ORDER GRANTING MOTION OF THE U.S. SECURITIES AND
EXCHANGE COMMISSION FOR ORDER EXTENDING TIME TO TAKE
ACTION TO DETERMINE THE DISCHARGEABILITY OF A DEBT TO A
GOVERNMENTAL UNIT PURSUANT TO 11 U.S.C. § 1141(d)(6)**

Upon the motion (the "Motion") of the U.S. Securities and Exchange Commission (the

"Commission") for entry of an Order, pursuant to Rule 4007(c) of the Federal Rules of

Bankruptcy Procedure, to extend the time for the Commission to take action, to the extent

necessary, to determine the dischargeability of a debt to a governmental unit pursuant to 11

U.S.C. §1141(d)(6), and due and proper notice of the Motion having been given, and after due

deliberation and sufficient cause appearing therefor, it is **ORDERED, ADJUDGED AND**

**DECREED:**

      1.      The Motion is GRANTED as set forth herein.

      2.      To the extent an action under Section 1141(d)(6) of the Bankruptcy Code is

governed by Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, the deadline for the

Commission to file a complaint or take any other action that may be required, if any, to

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

.

determine the dischargeability of a debt pursuant to Section 1141(d)(6) of the Bankruptcy Code is extended to <u>November 10, 2023</u>, without prejudice to the Commission's right to seek further extensions, and without prejudice to the rights of other parties in interest to oppose any such extensions.

3.    Nothing in this Order constitutes a determination that any deadline exists for the Commission to seek a determination of nondischargeability under Section 1141(d)(6) of the Bankruptcy Code.

4.    The Court retains jurisdiction to interpret and enforce the terms of this Order.