# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et. al.*,[1] | ) | Case No. 23-10831-MFW |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on October 3, 2023, the *Motion of the U.S. Securities and Exchange Commission for Order Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. §1141(d)(6)* (ECF No. 503) was served via email through the CM/ECF system upon the parties registered to receive such service, and further, by email on October 3, 2023 upon the following:

*Counsel for the Debtors*
Kevin Gross — gross@rlf.com
Daniel J. DeFranceschi — defranceschi@rlf.com
Paul N. Heath — heath@rlf.com
Jason M. Madron — madron@rlf.com
Amanda R. Steele — steele@rlf.com
Thomas E. Lauria — tlauria@whitecase.com
Matthew C. Brown — mbrown@whitecase.com
Fan B. He — fhe@whitecase.com
David M. Turetsky — david.turetsky@whitecase.com
Jason N. Zakia — jzakia@whitecase.com
Roberto Kampfner — rkampfner@whitecase.com
Doah Kim — doah.kim@whitecase.com
RJ Szuba — rj.szuba@whitecase.com

*Counsel for Logicalis, Inc.*
Christopher A. Ward — cward@polsinelli.com

*Counsel for Benjamin Hebert and Atri Amin, and similarly-situated stockholders*
Joseph C. Barsalona II — jbarsalona@pashmanstein.com
Gustavo F. Bruckner — gfbruckner@pomlaw.com

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

| | |
|---|---|
| Samuel J. Adams | sjadams@pomlaw.com |
| Ankita Sangwan | asangwan@pomlaw.com |
| Gregory V. Varallo | greg.varallo@blbglaw.com |
| Glenn R. McGillivray | glenn.mcgillivray@blbglaw.com |
| Daniel Meyer | daniel.meyer@blbglaw.com |
| Jeroen van Kwawegen | jeroen@blbglaw.com |
| Thomas G. James | Thomas.James@blbglaw.com |
| Margaret Sanborn-Lowing | Margaret.Lowing@blbglaw.com |

*Counsel for Akebono Brake Corporation*
Edward M. King            tking@fbtlaw.com

*Counsel for the Official Committee of Unsecured Creditors*
| | |
|---|---|
| David M. Fournier | david.fournier@troutman.com |
| Marcy J. McLaughlin Smith | marcy.smith@troutman.com |
| Tori L. Remington | tori.remington@troutman.com |
| Francis J. Lawall | francis.lawall@troutman.com |
| Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Sean P. McNally | sean.mcnally@troutman.com |

*Counsel for Cigna Health and Life Insurance Company*
Jeffrey C. Wisler         jwisler@connollygallagher.com

*Counsel for Harco Manufacturing Group, LLC*
Evan T. Miller            emiller@bayardlaw.com

*Counsel for Elaphe Propulsion Technologies Ltd.*
| | |
|---|---|
| Stephen B. Grow | sgrow@wnj.com |
| William A. Hazeltine | whazeltine@sha-llc.com |

*Counsel for Marelli North America, Inc.*
| | |
|---|---|
| A.J. Webb | awebb@fbtlaw.com |
| Patricia K. Burgess | pburgess@fbtlaw.com |

*Counsel for GAC R&D Center Silicon Valley, Inc.*
Marc N. Swanson          swansonm@millercanfield.com

*Counsel for Darren Post, Steve Burns, John LaFleur and Rich Schmidt*
| | |
|---|---|
| Sean M. Beach | sbeach@ycst.com |
| Shane Reil | sreil@ycst.com |
| | bankfilings@ycst.com |

*Counsel for the Official Committee of Equity Security Holders*
| | |
|---|---|
| Robert J. Stark | rstark@brownrudnick.com |
| Bennett S. Silverberg | bsilverberg@brownrudnick.com |
| Matthew A. Sawyer | msawyer@brownrudnick.com |

Eric J. Monzo emonzo@morrisjames.com
Brya M. Keilson bkeilson@morrisjames.com

*Counsel for George Troicky, as Court-Appointed Lead Plaintiff*
Michael S. Etkin metkin@lowenstein.com
Andrew Behlmann abehlmann@lowenstein.com
Scott Cargill scargill@lowenstein.com
Christopher P. Simon csimon@crosslaw.com

*Counsel for Applied Medical Resources Corp.*
Matthew P. Austria maustria@austiallc.com
Andrew B. Still astill@swlaw.com

*Counsel for Edward Hightower and Adam Kroll*
Jennifer R. Hoover jhoover@beneschlaw.com
Steven L. Walsh swalsh@beneschlaw.com
Bruce G. Vanyo bruce@katten.com
Sarah Eichenberger sarah.eichenberger@katten.com
Jonathan Rotenberg jonathan.rotenberg@katten.com
Cindi M. Giglio cgiglio@katten.com

*Office of the United States Trustee*
Benjamin A. Hackman benjamin_a_hackman@usdoj.gov


Dated: October 3, 2023

/s/ David W. Baddley
**U.S. SECURITIES & EXCHANGE COMMISSION**
David W. Baddley
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
baddleyd@sec.gov

*Counsel for U.S. Securities and Exchange Commission*