IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 505** |

**NOTICE OF FILING OF DEBTORS' AND U.S. TRUSTEE'S *AMENDED* JOINT WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR OCTOBER 5, 2023 AT 10:30 A.M. (PREVAILING EASTERN TIME**

PLEASE TAKE NOTICE THAT, on October 3, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the *Debtors' and U.S. Trustee's Joint Witness and Exhibit List for Hearing Scheduled for October 5, 2023 at 10:30 A.M. (Prevailing Eastern Time)* [D.I. 505] (the "**Initial Exhibit List**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file an amended version of the Initial Exhibit List (the "**Amended Exhibit List**") for the hearing scheduled for October 5, 2023 at 10:30 a.m. (Prevailing Eastern Time). The Amended Exhibit List adds as an additional exhibit an order that was entered after the filing of the Initial Exhibit List (the "**Additional Exhibit**"). The Debtors have conferred with the U.S. Trustee, and the U.S. Trustee does not object to the Debtors addition of the Additional Exhibit to the Amended Exhibit List. The Debtors will

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

RLF1 29735210v.1

promptly submit the Additional Exhibit to chambers, along with a revised e-binder that includes the Additional Exhibit.

PLEASE TAKE FURTHER NOTICE that, a redline comparing the Initial Exhibit List to the Amended Exhibit List is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: October 4, 2023<br><br>Respectfully submitted,<br><br>*/s/ James F. McCauley*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Kevin Gross (No. 209)<br>Daniel J. DeFranceschi (No. 2732)<br>Paul N. Heath (No. 3704)<br>Amanda R. Steele (No. 5530)<br>Jason M. Madron (No. 4431)<br>James F. McCauley (No. 6991)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>gross@rlf.com<br>defranceschi@rlf.com<br>heath@rlf.com<br>steele@rlf.com<br>madron@rlf.com<br>mccauley@rlf.com<br><br>*Proposed Co-Counsel to Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |