# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.,* | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew P. Austria, hereby certify that on October 5, 2023, a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of Applied Medical Resources Corporation to Debtors' Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts* was served electronically upon all parties requesting service via ECF notification in this matter and upon the parties on the attached Service List in the manner indicated.

Dated: October 5, 2023
Wilmington, Delaware

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE #4827)

**SERVICE LIST**

**VIA FIRST CLASS MAIL AND EMAIL**
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attn: Thomas E Lauria
Attn: Matthew C. Brown
Attn: Fan B. He
Email:
(tlauria@whitecase.com)
(mbrown@whitecase.com)
(fhe@whitecase.com)

**VIA FIRST CLASS MAIL AND EMAIL**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
Attn: David M. Turetsky
Attn: Adam Cieply
Email:
(david.turetsky@whitecase.com)
(adam.cieply@whitecase.com)

**VIA FIRST CLASS MAIL AND EMAIL**
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Attn.: Kevin Gross
Attn: Daniel J. DeFranceschi
Attn: Paul N. Heath
Attn: Amanda R. Steele
Attn: Jason M. Madron
Email:
(gross@rlf.com)
(defranceschi@rlf.com)
(heath@rlf.com)
(steele@rlf.com)
(madron@rlf.com)

**VIA FIRST CLASS MAIL AND EMAIL**
Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn.: Sean Costello
Attn: Jeffrey Finger
Attn: Ryan Hamilton
Attn: Kelly Pasekoff
Attn: Kevin Lisanti
Email:
(scostello@jefferies.com)
(jfinger@jefferies.com)
(rhamilton@jefferies.com)
(kpasekoff@jefferies.com)
(klisanti@jefferies.com)

**VIA FIRST CLASS MAIL AND EMAIL**
Silverman Consulting
One North Wacker Drive, Suite 3925
Chicago, IL 60606
Attn.: Scott Kohler
Attn: Constadinos Tsitsis
Email:
(skohler@silvermanconsulting.net)
(ctsitsis@silvermanconsulting.net)

**VIA FIRST CLASS MAIL AND EMAIL**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Attn: Ron E. Meisler
Attn: Robert D. Drain
Attn: Richard L. Oliver
Email:
(ron.meisler@skadden.com)
(robert.drain@skadden.com)
(richard.oliver@skadden.com)