| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Brian | Rosen | Interested Party | |
| Cory | Kandestin | Debtors | RLF |
| Jeff | Kaplan | BCAS | BCAS |
| Andrew | Sole | Member of the Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP- Series "A" |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Tori | Remington | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Robert | Stearn | Lordstown | Richards, Layton & Finger, P.A. |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Emily | MacKay | Observer | |
| Stephen | Lam | interested party | Corre Partners |
| Eric | Monzo | Official Committee of Equity Security Holders | Morris James LLP |
| Kevin | Gross | N/A | Richards, Layton & Finger, P.A. |
| Melissa | Leonard | Debtors | Lordstown Motors Corp. |
| Daniel | White | n/a | RLF |
| Livy | Mezei | Debtors | |
| Becky | Yerak | Wall Street Journal | News Corp |
| David | Kim | Lordstown | White & Case LLP |
| Jessica | Steinhagen | Interested Party | |
| James | McCauley | Debtors | Richards, Layton & Finger, P.A. |
| Jeremy | Hill | N/A -- Media | Bloomberg |
| Amelia | Pollard | N/A | Bloomberg News |
| Doah | Kim | Debtors | White & Case LLP |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| David | Turetsky | Debtors | White & Case LLP |
| Taylor | Harrison | Debtwire | |
| Hilary | Russ | Law360 | |
| Matthew | Harvey | Foxconn | Morris Nichols |
| Marcos | Ramos | Debtors | Richards, Layton & Finger P.A. |
| Andrea | Wood | The Business Journal | Youngstown Publishing Co. |
| Zach | Javorsky | Observing | |
| Dietrich | Knauth | Reuters, non-participant media | |