# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et. al.*,[1] | ) | Case No. 23-10831-MFW |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on October 6, 2023, the *Objection by the U.S. Securities and Exchange Commission to Debtors' Motion to Approve Disclosure Statement, Plan and Solicitation Procedures, Forms of Ballots and Other Relief, and Reservation of Rights* was served via email through the CM/ECF system upon the parties registered to receive such service, and further, by email on October 6, 2023 upon the following:

*Counsel for the Debtors*
| | |
|---|---|
| Kevin Gross | gross@rlf.com |
| Daniel J. DeFranceschi | defranceschi@rlf.com |
| Paul N. Heath | heath@rlf.com |
| Jason M. Madron | madron@rlf.com |
| Amanda R. Steele | steele@rlf.com |
| Thomas E. Lauria | tlauria@whitecase.com |
| Matthew C. Brown | mbrown@whitecase.com |
| Fan B. He | fhe@whitecase.com |
| David M. Turetsky | david.turetsky@whitecase.com |
| Jason N. Zakia | jzakia@whitecase.com |
| Roberto Kampfner | rkampfner@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| RJ Szuba | rj.szuba@whitecase.com |

*Counsel for Logicalis, Inc.*
| | |
|---|---|
| Christopher A. Ward | cward@polsinelli.com |

*Counsel for Benjamin Hebert and Atri Amin, and similarly-situated stockholders*
| | |
|---|---|
| Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Gustavo F. Bruckner | gfbruckner@pomlaw.com |

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

| | |
|---|---|
| Samuel J. Adams | sjadams@pomlaw.com |
| Ankita Sangwan | asangwan@pomlaw.com |
| Gregory V. Varallo | greg.varallo@blbglaw.com |
| Glenn R. McGillivray | glenn.mcgillivray@blbglaw.com |
| Daniel Meyer | daniel.meyer@blbglaw.com |
| Jeroen van Kwawegen | jeroen@blbglaw.com |
| Thomas G. James | Thomas.James@blbglaw.com |
| Margaret Sanborn-Lowing | Margaret.Lowing@blbglaw.com |

*Counsel for Akebono Brake Corporation*
Edward M. King — tking@fbtlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| David M. Fournier | david.fournier@troutman.com |
| Marcy J. McLaughlin Smith | marcy.smith@troutman.com |
| Tori L. Remington | tori.remington@troutman.com |
| Francis J. Lawall | francis.lawall@troutman.com |
| Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Sean P. McNally | sean.mcnally@troutman.com |

*Counsel for Cigna Health and Life Insurance Company*
Jeffrey C. Wisler — jwisler@connollygallagher.com

*Counsel for Harco Manufacturing Group, LLC*
Evan T. Miller — emiller@bayardlaw.com

*Counsel for Elaphe Propulsion Technologies Ltd.*

| | |
|---|---|
| Stephen B. Grow | sgrow@wnj.com |
| William A. Hazeltine | whazeltine@sha-llc.com |

*Counsel for Marelli North America, Inc.*

| | |
|---|---|
| A.J. Webb | awebb@fbtlaw.com |
| Patricia K. Burgess | pburgess@fbtlaw.com |

*Counsel for GAC R&D Center Silicon Valley, Inc.*
Marc N. Swanson — swansonm@millercanfield.com

*Counsel for Darren Post, Steve Burns, John LaFleur and Rich Schmidt*

| | |
|---|---|
| Sean M. Beach | sbeach@ycst.com |
| Shane Reil | sreil@ycst.com |
| | bankfilings@ycst.com |

*Counsel for the Official Committee of Equity Security Holders*

| | |
|---|---|
| Robert J. Stark | rstark@brownrudnick.com |
| Bennett S. Silverberg | bsilverberg@brownrudnick.com |
| Matthew A. Sawyer | msawyer@brownrudnick.com |

| | |
|---|---|
| Eric J. Monzo | emonzo@morrisjames.com |
| Brya M. Keilson | bkeilson@morrisjames.com |

*Counsel for George Troicky, as Court-Appointed Lead Plaintiff*
| | |
|---|---|
| Michael S. Etkin | metkin@lowenstein.com |
| Andrew Behlmann | abehlmann@lowenstein.com |
| Scott Cargill | scargill@lowenstein.com |
| Christopher P. Simon | csimon@crosslaw.com |

*Counsel for Applied Medical Resources Corp.*
| | |
|---|---|
| Matthew P. Austria | maustria@austiallc.com |
| Andrew B. Still | astill@swlaw.com |

*Counsel for Edward Hightower and Adam Kroll*
| | |
|---|---|
| Jennifer R. Hoover | jhoover@beneschlaw.com |
| Steven L. Walsh | swalsh@beneschlaw.com |
| Bruce G. Vanyo | bruce@katten.com |
| Sarah Eichenberger | sarah.eichenberger@katten.com |
| Jonathan Rotenberg | jonathan.rotenberg@katten.com |
| Cindi M. Giglio | cgiglio@katten.com |

*Office of the United States Trustee*
| | |
|---|---|
| Benjamin A. Hackman | benjamin_a_hackman@usdoj.gov |

Dated:    October 6, 2023

/s/ David W. Baddley
**U.S. SECURITIES & EXCHANGE COMMISSION**
David W. Baddley
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
baddleyd@sec.gov

*Counsel for U.S. Securities and Exchange Commission*