## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et al.*, | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission pro hac vice of Ira M. Press, Esq., of Kirby McInerney LLP, to represent RIDE Investor Group in this action.

Dated: October 6, 2023

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
HOGAN♦MCDANIEL
1311 Delaware Avenue, Wilmington, DE 19806
(302) 656-7540; (302) 656-7599 (f)
gfmcdaniel@dkhogan.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 6, 2023

*/s/ Ira M Press*
Ira M. Press
KIRBY McINERNEY LLP
250 Park Ave., Ste. 820, New York, NY 10177
(212) 371-6600
ipress@kmllp.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.