## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on October 6, 2023, a true and correct copy of the foregoing *Lead Plaintiff's Objection to the Debtors' Disclosure Statement and Disclosure Statement Motion* was served upon all interested parties via CM/ECF and the attached service list by electronic mail:

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

## SERVICE LIST

Thomas E Laura, Esq.
Matthew C. Brown, Esq.
Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

Jason N. Zakia, Esq.
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
jzakia@whitecase.com

Roberto Kampfner, Esq.
Doah Kim, Esq.
RJ Szuba, Esq.
White & Case LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

Kevin Gross, Esq.
Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Amanda R. Steele, Esq.
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com

Office of the United States Trustee
Attn: Benjamin A. Hackman, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

David M. Fournier, Esq.
Marcy McLaughlin Smith, Esq.
Tori L. Remington, Esq.
Troutman Pepper LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com
tori.remington@troutman.com

Francis J. Lawall, Esq.
Troutman Pepper LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
francis.lawall@troutman.com

| | |
|---|---|
| Deborah Kovsky-Apap, Esq. | Sean P. McNally, Esq. |
| Troutman Pepper LLP | Troutman Pepper Hamilton Sanders LLP |
| 875 Third Avenue | 4000 Town Center, Suite 1800 |
| New York, NY 10022 | Southfield, MI 48075 |
| deborah.kovsky@troutman.com | sean.mcnally@troutman.com |