**EXHIBIT A**

[Address of Interest Holder]

Date: [x]

**Re: *In re Lordstown Motors Corp., et al.*, Case No. 23-10831 (MFW), pending in the Bankruptcy Court for the District of Delaware**

To Whom It May Concern:

We are counsel to co-lead plaintiffs in the class action styled *In re Lordstown Motors Corp. Stockholders Litigation*, C.A. No. 2021-1066-LWW (Del. Ch.) (the "Delaware Class Action"), currently pending in the Delaware Court of Chancery. The Delaware Class Action is brought on behalf of a class of investors (the "Class") who held shares of DiamondPeak Holdings Corp. ("DiamondPeak") on October 23, 2020—the date DiamondPeak consummated a merger (the "SPAC Merger") with Lordstown Motors Corp. ("LMC")—and did not exercise their right to redeem their shares. The Delaware Class Action asserts breach of fiduciary duty claims against the five former DiamondPeak directors (the "DiamondPeak Directors"), each of whom is a non-debtor. One of the DiamondPeak Directors, David Hamamoto, is a current director of LMC. LMC is a Debtor in the Chapter 11 Cases (defined below).

You are receiving this letter as you have been identified as a member or possible member of the Class and are a Holder of an Interest classified in Class 7 of the *Debtors' Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors* [D.I. 360, Case No. 23-10831 (MFW)] (the "Plan"), which was filed in the bankruptcy case styled *In re Lordstown Motors Corp., et. al.*, Case No. 23-10831 (MFW) (the "Chapter 11 Cases").[1] As a Holder of an Interest, you are an equity holder in at least one of the Debtors, are entitled to vote on the Plan, and should have or will receive a ballot so that you can indicate your vote (the "Ballot").

The Plan contains certain releases set forth in Article VIII therein (the "Release Provisions") for parties that are defined as a "Released Party," which includes certain directors and officers of the Debtors, including potentially, certain of the DiamondPeak Directors that are being sued in the Delaware Class Action. The Release Provisions include "third party releases," (the "Third-Party Releases") whereby non-debtors, such as the DiamondPeak Directors, may be released from any Cause of Action related to pre-petition conduct of the Debtors' businesses. This may include claims against certain of the DiamondPeak Directors in the Delaware Class Action.

Importantly, on your Ballot there is a box that permits you to "opt-in" to the Third-Party Releases (the "Opt-In"). **Pursuant to the terms of the Plan, you, as a member of the Class, may be releasing your claims against the DiamondPeak Directors in the Delaware Class Action if you: (1) vote to accept the Plan; or (2) vote to reject the Plan and affirmatively Opt-In to the Third-Party Releases**.

**In light of the Third-Party Releases, we recommend that you *not* vote in favor of the Plan, and instead either: (1) reject the Plan and do not Opt-In to the Third Party Releases; or (2) abstain from voting and do not return a Ballot you received.**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**You will receive the same treatment under the Plan whether or not you: (a) vote to accept, vote to reject, or abstain from voting on the Plan; and (b) opt-in or do not opt-in to the Third-Party Releases.**

If you have any questions regarding the contents of this Letter or the status of the Delaware Class Action, please contact [x].

Best Regards,

[x]