**CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on October 6, 2023, I caused a copy of the foregoing *DELAWARE CLASS PLAINTIFFS' OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT AND THE FORM AND MANNER OF NOTICE, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES, (III) APPROVING FORMS OF BALLOTS, (IV) APPROVING FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES, (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, AND (VI) GRANTING RELATED RELIEF* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the parties listed on the attached service list.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Henry J. Jaffe (No. 2987)
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: hjaffe@pashmanstein.com
          jbarsalona@pashmanstein.com

*Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp.*

## Service List

**Via Email**

| | |
|---|---|
| White & Case LLP<br>200 South Biscayne Boulevard,<br>Suite 4900, Miami, FL 33131<br>Attn: Thomas E Lauria<br>     Matthew C. Brown<br>     Fan B. He<br> Email: tlauria@whitecase.com;<br>        mbrown@whitecase.com<br>        fhe@whitecase.com | White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Attn: David M. Turetsky<br>Email: david.turetsky@whitecase.com |
| White & Case LLP<br>111 South Wacker Drive,<br>Suite 5100,<br>Chicago, IL 60606<br>Attn: Jason N. Zakia<br>Email: jzakia@whitecase.com | White & Case LLP<br>555 South Flower Street,<br>Suite 2700,<br>Los Angeles, CA 90071<br>Attn: Roberto Kampfner<br>     Doah Kim<br>     RJ Szuba<br>Email: rkampfner@whitecase.com<br>        doah.kim@whitecase.com<br>        rj.szuba@whitecase.com |
| Richards, Layton & Finger, P.A.,<br>One Rodney Square,<br>920 North King Street,<br>Wilmington, DE 19801<br>Attn: Kevin Gross<br>     Daniel J. DeFranceschi<br>     Paul N. Heath<br>     Amanda R. Steele<br>     Jason M. Madron<br>Email: Gross@rlf.com<br>        DeFranceschi@rlf.com<br>        Heath@rlf.com<br>        Steele@rlf.com<br>        Madron@rlf.com | Troutman Pepper Hamilton Sanders LLP,<br>Hercules Plaza, Suite 5100,<br>1313 N. Market Street,<br>Wilmington, DE 19801<br>Attn: David M. Fournier<br>     Marcy J. McLaughlin Smith<br>     Tori L. Remington<br>Email: david.fournier@troutman.com<br>        marcy.smith@troutman.com<br>        tori.remington@troutman.com |
| Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square,<br>18th & Arch Streets,<br>Philadelphia, PA 19103-2799<br>Attn: Francis J. Lawall<br>Email: francis.lawall@troutman.com | Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>Attn: Deborah Kovsky-Apap<br>Email: deborah.kovsky@troutman.com |

-2-

| Troutman Pepper Hamilton Sanders LLP<br>4000 Town Center, Suite 1800,<br>Southfield, MI 48075<br>Attn: Sean P. McNally<br>Email: sean.mcnally@troutman.com | Office of The United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Attn: Benjamin A. Hackman<br>Email: Benjamin.A.Hackman@usdoj.gov |