# CERTIFICATE OF SERVICE

I, Garvan F. McDaniel, hereby certify that on October 6, 2023, I caused a copy of the foregoing to be served upon the below parties via electronic mail and all parties registered for service via CM/ECF:

Thomas E Laura, Esq.
Matthew C. Brown, Esq.
Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky, Esq.
Adam Cieply, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com
adam.cieply@whitecase.com

Kevin Gross, Esq.
Daniel J. DeFranceschi, Esq.
Paul N. Heath, Esq.
Amanda R. Steele, Esq.
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com

Office of the United States Trustee
Attn: Benjamin A. Hackman, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

David M. Fournier, Esq.
Marcy McLaughlin Smith, Esq.
Tori L. Remington, Esq.
Troutman Pepper LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com
tori.remington@troutman.com

Francis J. Lawall, Esq.
Troutman Pepper LLP
3000 Two Logan Square 1
8th & Arch Streets
Philadelphia, PA 19103
francis.lawall@troutman.com

Deborah Kovsky-Apap, Esq.
Troutman Pepper LLP
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (#4167)