**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* <br><br> LORDSTOWN MOTORS CORP., *et al.*,[1] <br><br> Debtors. | : : : : : : : : : : : : | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br> (Jointly Administered) <br><br> Re: D.I. 89, 267 & 460 |

**CERTIFICATION OF COUNSEL**

The undersigned counsel for Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "U.S. Trustee") hereby certifies as follows:

1. On October 5, 2023, the Court held a hearing on the *Debtors' Application To Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date* [D.I. 89] (the "Application").

2. At the hearing, after issuing its ruling on the Application, the Court directed counsel to submit a proposed form of order under certification of counsel.

3. Undersigned counsel sent the proposed form of order attached hereto as **Exhibit 1** to Richards, Layton & Finger, P.A. The Debtors had no comments to the proposed form of order.

4. Wherefore, the U.S. Trustee respectfully requests entry of the Order attached hereto has **Exhibit 1**.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Dated: October 6, 2023
      Wilmington, Delaware

Respectfully submitted,

By: */s/ Benjamin A. Hackman*

Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
benjamin.a.hackman@usdoj.gov