# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |
| Lordstown Motors Corp. and Lordstown EV Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, and Foxconn EV System LLC<br><br>Defendants. | Adv. Pro. No. 23-50414 (MFW) |
| Lordstown Motors Corp., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATRI AMIN and BENJAMIN HEBERT, on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. (f/k/a DiamondPeak Holdings Corp.),<br><br>Defendants. | Adv. Pro. No. 23-50428 (MFW) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Richards, Layton & Finger, P.A., ("**RL&F**") hereby withdraws its appearance as counsel to Lordstown Motors Corp., Lordstown EV Corporation, and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Lordstown EV Sales, LLC (collectively, the "**Debtors**"), and Womble Bond Dickinson (US) LLP ("**Womble**") hereby enters its appearance as co-counsel to the Debtors, pursuant to Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures in the above-referenced bankruptcy cases and adversary proceedings.   The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or the claims or noticing agent appointed in these cases, remove RL&F from electronic and paper noticing for the above-referenced bankruptcy cases and adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that all notices given in the above-referenced cases and all papers served or required to be served in the above-referenced cases should be given and served upon Womble as set forth below.

**PLEASE TAKE FURTHER NOTICE** that White & Case LLP remains as counsel for the Debtors.

[SIGNATURES ON NEXT PAGE]

Dated: October 9, 2023
Wilmington, Delaware

| **RICHARDS LAYTON & FINGER, P.A.** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| */s/ Amanda R. Steele* <br> Kevin Gross (No. 209) <br> Daniel J. DeFranceschi (No. 2732) <br> Paul N. Heath (No. 3704) <br> Amanda R. Steele (No. 5530) <br> Jason M. Madron (No. 4431) <br> James F. McCauley (No. 6991) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 651-7700 <br> Facsimile: (302) 651-7701 <br> gross@rlf.com <br> ddefranceschi@rlf.com <br> heath@rlf.com <br> steele@rlf.com <br> madron@rlf.com <br> mccauley@rlf.com <br><br> *Withdrawing Counsel to Debtors and Debtors in Possession* | */s/ Morgan L. Patterson* <br> Donald J. Detweiler (Bar No. 3087) <br> Morgan L. Patterson (Bar No. 5388) <br> 1313 North Market Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-4320 <br> Facsimile: (302) 252-4330 <br> don.detweiler@wbd-us.com <br> morgan.patterson@wbd-us.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* <br><br> **WHITE & CASE LLP** <br> Thomas E. Lauria (admitted pro hac vice) <br> Matthew C. Brown (admitted pro hac vice) <br> Fan B. He (admitted pro hac vice) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> tlauria@whitecase.com <br> mbrown@whitecase.com <br> fhe@whitecase.com <br><br> David M. Turetsky (admitted pro hac vice) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> david.turetsky@whitecase.com <br><br> Jason N. Zakia (admitted pro hac vice) <br> 111 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone: (312) 881-5400 <br> jzakia@whitecase.com |

|  | Roberto Kampfner (admitted pro hac vice)<br>Doah Kim (admitted pro hac vice)<br>RJ Szuba (admitted pro hac vice)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |
|---|---|