IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 182** |

**NOTICE OF FILING OF DEBTORS' FIRST QUARTERLY STATEMENT REGARDING PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS FOR SERVICES RENDERED DURING THE PERIOD JUNE 27, 2023 THROUGH SEPTEMBER 30, 2023**

**PLEASE TAKE NOTICE** that on July 13, 2023, the above-captioned debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [D.I. 110] (the "Motion") with the United States Bankruptcy Court for the District Court of Delaware (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors sought entry of an order authorizing the Debtors to retain and compensate certain professionals utilized in the ordinary course of the Debtors' business (the "Ordinary Course Professionals").

**PLEASE TAKE FURTHER NOTICE** that on July 25, 2023, the Bankruptcy Court entered the *Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [D.I. 182] (the "Order") granting the relief requested in the Motion. Pursuant to the Order, the Debtors are authorized, but not required, to retain and pay certain Ordinary Course Professionals.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(i) of the Order, the Debtors hereby submit the report attached hereto as **Exhibit A** (the "First Quarterly Statement") which contains the following information: (i) the name of each Ordinary Course Professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each Ordinary Course Professional on a monthly basis during the period of June 27, 2023 through September 30, 2023 (the "Quarter"); and (iii) the aggregate amount of postpetition payments made to each Ordinary Course Professional through the end of the Quarter. The Debtors will serve a copy of this Notice, including the First Quarterly Statement, on the Reviewing Parties (as defined in the Order).

**PLEASE TAKE FURTHER NOTICE** that the Debtors may pay for services rendered and expenses incurred by any Ordinary Course Professional during the Quarter at a later date, and any such payments will be disclosed in future reports.

| | |
|---|---|
| Dated: October 9, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Donald J. Detweiler (Bar No. 3087)<br>Morgan L. Patterson (Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession*<br><br>and |

|  | **WHITE & CASE LLP**<br>Thomas E. Lauria (admitted pro hac vice)<br>Matthew C. Brown (admitted pro hac vice)<br>Fan B. He (admitted pro hac vice)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted pro hac vice)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted pro hac vice)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted pro hac vice)<br>Doah Kim (admitted pro hac vice)<br>RJ Szuba (admitted pro hac vice)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |
|---|---|