# **<u>EXHIBIT A</u>**

# QUARTERLY STATEMENT

**Ordinary Course Professionals**
**Petition Date (June 27, 2023) through September 2023**

| Name | Petition Date through July 31, 2023 Payments | August 2023 Monthly Payments | September 2023 Monthly Payments | Cumulative Post-Petition Payments |
|---|---|---|---|---|
| Robar Public Relations | $0.00 | $0.00 | $0.00 | $0.00 |
| Potter Anderson & Corroon LLP | $0.00 | $0.00 | $4,648.00 | $4,648.00 |
| Haynes and Boone, LLP | $0.00 | $476.00 | $6,010.00 | $6,486.00 |
| Foley & Lardner LLP | $0.00 | $0.00 | $8,984.00 | $8,984.00 |
| Nelson Mullins Riley & Scarborough LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Mercer Capital Management, Inc. | $0.00 | $0.00 | $1,638.00 | $1,638.00 |
| WIT Legal, LLC | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| AP Expert Group LLC | $0.00 | $0.00 | $0.00 | $0.00 |
| Brikho & Kallabat, P.C. (DBA Joseph Kallabat and Associates, PC) | $0.00 | $0.00 | $0.00 | $0.00 |
| Prospect Law LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Ankura Intermediate Holdings, LP (DBA Ankura Consulting Group LLC) | $0.00 | $0.00 | $14,415.00 | $14,415.00 |
| FTI Consulting, Inc. | $0.00 | $0.00 | $2,062.00 | $2,062.00 |
| RSM US LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Sullivan & Cromwell LLP | $0.00 | $0.00 | $0.00 | $0.00 |
| Deloitte & Touche LLP | $0.00 | $0.00 | $24,772.00 | $24,772.00 |
| Ernst & Young | $0.00 | $0.00 | $20,000.00 | $20,000.00 |