**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*, | Case No. 23-10831 (MFW) <br> Jointly Administered |
| Debtors. | Re: D.I. 360, 361, 467 <br> **Hearing Date: Oct. 18, 2023, at 10:30 a.m.** <br> **Obj. Deadline: Oct. 6, 2023, at 4:00 p.m.** <br> **(extended for UST to Oct. 10 at 4:00 p.m.)** |

## **CERTIFICATE OF SERVICE**

I certify that on October 10, 2023, I caused to be served a copy of the *Objection of the United States Trustee to Approval of Disclosure Statement and Solicitation Procedures* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

WHITE & CASE LLP
Thomas E Lauria
Matthew C. Brown
Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner
Doah Kim
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler
Morgan L. Patterson
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

TROUTMAN PEPPER HAMILTON SANDERS LLP David M. Fournier
Marcy J. McLaughlin Smith
Tori L. Remington
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com
tori.remington@troutman.com

Francis J. Lawall
3000 Two Logan Square 18th & Arch Streets Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Deborah Kovsky-Apap
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

Sean P. McNally
4000 Town Center, Suite 1800
Southfield, MI 48075
sean.mcnally@troutman.com

MORRIS JAMES LLP
Brya M. Keilson
Eric J. Monzo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

BROWN RUDNICK LLP
Robert J. Stark
Bennett S. Silverberg
7 Times Square New York, NY 10036
rstark@brownrudnick.com E-mail:
bsilverberg@brownrudnick.com

Matthew A. Sawyer
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com

Dated: October 10, 2023
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: <u>*/s/ Benjamin Hackman*</u>
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (fax)
benjamin.a.hackman@usdoj.gov