IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Lordstown Motors Corp., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br><br> (Jointly Administered) <br><br> **Rescheduled Hearing Date: Oct. 25, 2023 at 2:00 p.m. (EDT)** <br> **Objection Deadline: Oct. 4, 2023 at 4:00 p.m. (EDT)** <br> **Ref. Docket Nos. 360, 361 & 467** |

**NOTICE OF RESCHEDULED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR THE JOINT CHAPTER 11 PLAN OF LORDSTOWN MOTORS CORP. AND ITS DEBTOR AFFILIATES HEARING RESCHEDULED FROM OCTOBER 18, 2023 TO <u>OCTOBER 25, 2023 @ 2:00 P.M. (EDT)</u>**

**PLEASE TAKE NOTICE THAT**, on September 1, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [D.I. 360] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**")[2] and the proposed *Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Debtor Affiliates* [D.I. 361] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 22, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines In Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [D.I. 467] (the "**Disclosure Statement Motion**"). A hearing on the Disclosure Statement Motion was originally scheduled for October 18, 2023 at 10:30 a.m. (Eastern Daylight Time).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used, but not otherwise defined, herein have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT:**

1. At the request of the Debtors, the Disclosure Statement Hearing has been rescheduled to **October 25, 2023 at 2:00 p.m. (Eastern Daylight Time)** (the "**Disclosure Statement Hearing**"). The rescheduled Disclosure Statement Hearing will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

2. The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court. If the Disclosure Statement Hearing is continued, the Debtors will post the new date and time of the Disclosure Statement Hearing at https://www.kccllc.net/lordstown. The Disclosure Statement and Plan may be modified, if necessary, in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and other applicable law, before, during, or as a result of the Disclosure Statement Hearing, without further notice to creditors or other parties in interest.

3. Copies of the Disclosure Statement and Plan are available for review free-of-charge on the website maintained by the Debtors' claims, noticing, and solicitation agent, Kurtzman Carson Consultants LLC, at https://www.kccllc.net/lordstown. Copies of the Disclosure Statement and Plan are also available upon request by contacting Kurtzman Carson Consultants LLC through the following link at www.kccllc.net/lordstown/inquiry or by telephone at (877) 709-4757 (Toll-Free) or (424) 236-7235 (International).

Dated: October 11, 2023

| | |
|---|---|
| */s/ Morgan L. Patterson* | **WHITE & CASE LLP** |
| **WOMBLE BOND DICKINSON (US) LLP** | Thomas E Lauria (admitted *pro hac vice*) |
| Donald J. Detweiler (DE Bar No. 3087) | Matthew C. Brown (admitted *pro hac vice*) |
| Morgan L. Patterson (DE Bar No. 5388) | Fan B. He (admitted *pro hac vice*) |
| 1313 North Market Street, Suite 1200 | 200 South Biscayne Boulevard, Suite 4900 |
| Wilmington, Delaware 19801 | Miami, FL 33131 |
| Telephone: (302) 252-4320 | Telephone: (305) 371-2700 |
| Facsimile: (302) 252-4330 | tlauria@whitecase.com |
| don.detweiler@wbd-us.com | mbrown@whitecase.com |
| morgan.patterson@wbd-us.com | fhe@whitecase.com |
| | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | David M. Turetsky (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 819-8200 |
| | david.turetsky@whitecase.com |

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Co-Counsel to Debtors and
Debtors in Possession*