## <u>CERTIFICATE OF SERVICE</u>

I, William A. Hazeltine, hereby certify, that on the 11th day of October 2023, a true and correct copy of the foregoing *Elaphe Propulsion Technologies Ltd.'s Response and Reservation of Rights Regarding Debtors' Supplemental Notice of Potential Assumption and Assignment* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*

Thomas E. Lauria, Esq.
Matthew C. Brown, Esq.
Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky, Esq.
Adam Cieply, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020,
david.turetsky@whitecase.com
adam.cieply@whitecase.com

Kevin Gross, Esq.
Daniel J. DeFranceschi , Esq.
Paul N. Heath, Esq.
Amanda R. Steele, Esq.
Jason M. Madron, Esq.
Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
gross@rlf.com
defranceschi@rlf.com
heath@rlf.com
steele@rlf.com
madron@rlf.com

*Debtors' Investment Banker:*

    Sean Costello
    Jeffrey Finger
    Ryan Hamilton
    Kelly Pasekoff
    Kevin Lisanti
    Jefferies LLC
    520 Madison Avenue
    New York, NY 10022
    scostello@jefferies.com
    jfinger@jefferies.com
    rhamilton@jefferies.com
    kpasekoff@jefferies.com
    klisanti@jefferies.com

*Debtors' Restructuring Advisors:*

Scott Kohler
Constadinos Tsitsis
Silverman Consulting
One North Wacker Drive, Suite 3925
Chicago, IL 60606
skohler@silvermanconsulting.net
ctsitsis@silvermanconsulting.net

October 11, 2023
Date

*/s/ William A. Hazeltine*
William A. Hazeltine