# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Lordstown Motors Corp., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 23-10831-MFW <br> ) (Jointly Administered) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, I caused true and correct copies of the foregoing document to be served upon the parties on the attached service list via First Class Mail and email delivery.

Dated: October 11, 2023

COZEN O'CONNOR

*/s/ Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
T:  302-295-2011
sfraser@cozen.com

*Counsel to Nexteer Automotive Corporation*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

66334651\1

**Service List**

White & Case LLP
200 South
Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attn: Thomas E Lauria (tlauria@whitecase.com)
Matthew C. Brown (mbrown@whitecase.com)
Fan B. He (fhe@whitecase.com)

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
David M. Turetsky (david.turetsky@whitecase.com)
Adam Cieply (adam.cieply@whitecase.com)

Richards, Layton, & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Attn.: Kevin Gross (gross@rlf.com)
Daniel J. DeFranceschi (defranceschi@rlf.com)
Paul N. Heath (heath@rlf.com)
Amanda R. Steele (steele@rlf.com)
Jason M. Madron (madron@rlf.com)

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn.: Sean Costello (scostello@jefferies.com)
Jeffrey Finger (jfinger@jefferies.com)
Ryan Hamilton (rhamilton@jefferies.com)
Kelly Pasekoff (kpasekoff@jefferies.com)
Kevin Lisanti (klisanti@jefferies.com)

Silverman Consulting
One North Wacker Drive, Suite 3925
Chicago, IL 60606
Attn.: Scott Kohler (skohler@silvermanconsulting.net)
Constadinos Tsitsis (ctsitsis@silvermanconsulting.net)