IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 494 and 538** |

**JOINDER OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF LORDSTOWN MOTORS CORP., ET AL., TO THE DEBTORS' OBJECTION TO THE MOTION OF RAHUL SINGH FOR RELIEF TO DEFRAUDED SHAREHOLDERS**

The Official Committee of Equity Security Holders (the "Equity Committee") of Lordstown Motors Corp. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned cases (the "Cases"), hereby submits this joinder (the "Joinder") to the *Debtors' Objection to Motion of Rahul Singh for Relief to Defrauded Shareholders* [Docket No. 538] (the "Debtors' Objection") and requests that this Court deny the relief requested in the *Motion of Rahul Singh for Relief to Defrauded Shareholders* [Docket No. 494] (the "Singh Motion"). In support of this Joinder, the Equity Committee incorporates the Debtors' Objection by reference, and respectfully states as follows:

**JOINDER**

1. The Singh Motion seeks payment in the aggregate of $1,090,406.56 on account of four filed proofs of claims: (i) Claim No. 8; (ii) Claim No. 9; (iii) Claim No. 10; and (iv) Claim No. 11 (collectively, the "Singh Claims").[2] As the Singh Motion clearly provides, and the Debtors'

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] *See* Singh Motion at ¶ 4.

Objection correctly concludes, the Singh Claims are based on the purchase and ownership of equity in the Debtors. The Singh Claims, therefore, are not general unsecured claims, but rather are claims subject to subordination to pursuant to section 510(b) of the Bankruptcy Code.[3] For this reason, the Equity Committee joins in the Debtors' Objection to the relief requested in the Singh Motion.

[*The remainder of this page has been intentionally left blank.*]

---

[3] *See* Debtors' Objection at ¶ 5.

| | |
|---|---|
| Dated: October 11, 2023<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/Eric J. Monzo*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>Robert J. Stark (admitted *pro hac vice*)<br>Bennett S. Silverberg (admitted *pro hac vice*)<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>E-mail: rstark@brownrudnick.com<br>E-mail: bsilverberg@brownrudnick.com<br><br>-and-<br><br>Matthew A. Sawyer (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>E-mail: msawyer@brownrudnick.com<br><br>*Proposed Counsel to the Official Committee of Equity Security Holders* |