### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Joinder of the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al. to the Debtors' Objection to Motion of Rahul Singh for Relief to Defrauded Shareholders* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail or First-Class Mail, postage prepaid thereon, on the parties indicated on the attached service list.

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16356479/1

## SERVICE LIST

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler
Morgan L. Patterson
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

*Proposed Co-Counsel to Debtors and Debtors in Possession*

WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

*Co-Counsel to Debtors and Debtors in Possession*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier
Marcy J. McLaughlin Smith
Tori L. Remington
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com
tori.remington@troutman.com

-and-
Francis J. Lawall
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

-and-

WHITE & CASE LLP
Thomas E. Lauria,
Matthew C. Brown
Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

*Co-Counsel to Debtors and Debtors in Possession*

Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

*Office of the Unites States Trustee*

Rahul Singh
Pravesh Singh
2016 Argentum Ave.
Indian Land, SC 29707
Sonuram@aol.com


Renu Singh
8477 Myrtlewood Ave.
Cincinnati, OH 45236

2

Deborah Kovsky-Apap
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

-and-

Sean P. McNally
4000 Town Center, Suite 1800
Southfield, MI 48075
sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

16356479/1