# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LORDSTOWN MOTORS CORP., *et al.*, | : | Case No. 23-10831 (MFW) |
| | : | |
| | : | **Hearing Date: October 18, 2023, at 10:30 a.m.** |
| Debtors. | : | **Objection Deadline: extended to** |
| | : | **to October 12, 2023, at noon** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2023 a copy of the OBJECTION BY THE UNITED STATES TO THE DEBTORS' SALE MOTION was served on the following in the manner indicated below:

**Counsel to the Debtors**,

White & Case LLP, 200 South Biscayne Boulevard, Suite 4900,
Miami, FL 33131,
Attn: Thomas E Laura, Matthew C. Brown
Fan B. He
Email to: fhe@whitecase.com,
tlauria@whitecase.com,
mbrown@whitecase.com,

White & Case LLP,
1221 Avenue of the Americas,
New York, NY 10020,
Attn: David M. Turetsky, Adam Cieply
Email to: david.turetsky@whitecase.com
adam.cieply@whitecase.com

and

**The Office of the United States Trustee for the District of Delaware, and**

**Proposed counsel to the official committee of unsecured creditors that has been appointed in the Chapter 11 Cases**

**The Committee**

Troutman Pepper LLP
Hercules Plaza, Suite 5100,
1313 N. Market Street,
Wilmington, DE 19801,
Attn: David M. Fournier,
Marcy McLaughlin Smith
Tori L. Remington
Email to: david.fournier@troutman.com,
marcy.smith@troutman.com
tori.remington@troutman.com

Troutman Pepper LLP
3000 Two Logan Square, 18th &Arch Streets
Philadelphia, PA 19103-2799,
Attn: Francis J. Lawall
Email to:francis.lawall@troutman.com

Troutman Pepper LLP,
875 Third Avenue,
New York,NY 10022,
Attn: Deborah Kovsky-Apap
Email to: deborah.kovsky@troutman.com

        */s/ Montasha Saunders*
          Montasha Saunders
          Legal Assistant