**Schedule A**
**Potential Parties in Interest**

**Top Unsecured Creditors**

1. CSB Strategic Business Solutions

**Vendors**

1. Amazon Web Services
2. Amerit Fleet Solutions, Inc.
3. Cintas Corp.
4. Cintas Corporation No. 2
5. devPHASE LLC
6. E*TRADE Financial Corporate Services, Inc. c/o Corp Tax Dep Arlington
7. Fiberdyne
8. GE Digital LLC
9. Intrado Digital Media, LLC
10. Kevin J. Soltis dba Quality Sorting
11. Luis Mayen dba Guarantee Details Cleaning
12. Luxit
13. Marks Reliable Towing LLC dba MRT
14. ODP Business Solutions, LLC
15. Paragon Die & Engineering Company
16. Red Dawn Intermediate I, Inc.
17. Rentokil North America, Inc dba Western Exterminator Company
18. Ricoh USA, Inc.
19. Robar Public Relations
20. Robert Half International Inc.
21. Samsung SDI America, Inc.
22. Syngin Technology, LLC – Wallenius Wilhelmsen
23. Tata Consulting Services Limited
24. Technical Molding Management System, Inc
25. Teoresi, Inc.
26. Vestige Ltd dba Vestige Digital Investments

**Debtor Restructuring Professionals**

1. Womble Bond Dickinson (US) LLP

**Ordinary Course Professionals & Professionals of Parties in Interest**

1. Allen & Overy LLP
2. Brown Rudnick LLP
3. Chipman Brown Cicero & Cole, LLP
4. Connolly Gallagher LLP
5. Cross & Simon, LLC
6. Lowenstein Sandler LLP
7. M3 Partners
8. Miller, Canfield, Paddock and Stone, P.L.C.
9. Morris James LLP
10. Pashman Stein Walder Hayden, P.C.
11. Polsinelli PC
12. Snell & Wilmer L.L.P. Strauss Troy
13. Sullivan Hazeltine Allinson LLC
14. Troutman Pepper Hamilton Sanders LLP
15. Warner Norcross + Judd LLP
16. Young Conaway Stargatt & Taylor, LLP

**Other Parties in Interest**

1. GAC R&D Silicon Valley, Inc.
2. QMC
3. Rheinmetall
4. Sybridge Advantage Engineering, Inc.
5. The Renco Group, Inc. dba Inteva Products, LLC
6. Victoria[1]

**Equity Committee**

1. Crestline Management, L.P.
2. Esopus Creed Value Series Fund LP – Series "A"
3. Pertento Partners LLP

**Sale Parties**

1. LAS Capital LLC
2. Skadden Arps Slate Meagher & Flom LLP
3. Miller Buckfire & Co.

---

[1] Searched for Victora Auto Private Limited.

## Schedule B

**White & Case's Relationships with Potential Parties in Interest**

| Category | Name | Open/ Closed |
|---|---|---|
| Ordinary Course Professionals & Professionals of Parties in Interest | Allen & Overy LLP | Open |
| Significant Vendors | Amazon Web Services | Closed |
| Sale Parties | Miller Buckfire & Co. | Closed |
| Other Parties in Interest | QMC | Closed |
| Significant Vendors | Ricoh USA, Inc. | Closed |
| Significant Vendors | Samsung SDI America, Inc. | Closed |
| Other Parties in Interest | The Renco Group, Inc. dba Inteva Products, LLC | Closed |