# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Declaration of Andrew L. Sole, on Behalf of Esopus Creek Value Series Fund LP – Series "A", as Chairperson of the Official Committee of Equity Holders of Lordstown Motors Corp., et al., in Support of the Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel Therefor,* Nunc Pro Tunc *to September 7, 2023* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail or first class mail upon the parties indicated on the attached service list.

Dated: October 12, 2023  /s/ Brya M. Keilson
　　　　　　　　　　　　　　　　　　Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16358458/1

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | 1221 Avenue of the Americas | | | New York | NY | 10020 | | 212-610-6300; 212-756-1132; 212-756-1127 | 212-610-6399 | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com; robin.spigel@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | 1101 New York Avenue, NW | | | Washington | DC | 20005 | | 202-683-3800 | 212-610-6399 | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | 1007 N. Orange Street, 4th Floor | | | Wilmington | DE | 19801 | | 302-521-5197 | 302-291-1722 | maustria@austriallc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | | 336-971-9758 | | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | | 336-971-9758 | | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | 1313 North Market Street, Suite 1201 | | | Wilmington | DE | 19801-6101 | | 302-442-7010 | | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | 500 Delaware Avenue, Suite 901 | | | Wilmington | DE | 19801 | | 302-364-3600 | | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | 1251 Avenue of the Americas | | | New York | NY | 10020 | | 212-554-1400 | | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer | One Financial Center | | | Boston | MA | 02111 | | 617-856-8200 | 617-856-8201 | msawyer@brownrudnick.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | 7 Times Square | | | New York | NY | 10036 | | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com; bsilverberg@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | | San Francisco | CA | 94105- | | 415-227-0900 | | schristianson@buchalter.com |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814- | | 916-445-9555 | | |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | 1201 N. Market Street, 20th Floor | | | Wilmington | DE | 19801 | | 302-757-7300 | 302-658-0380 | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | 201 Main Street, Suite 1100 | | | Fort Worth | TX | 76102 | | 817-339-7600 | | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | 1105 North Market Street, Suite 901 | | | Wilmington | DE | 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | 302-672-6700 | 302-739-2274 | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | 1979 Marcus Avenue, Suite 210E | | | Lake Success | NY | 11042 | | 516-622-2335 | | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | 81 Newtown Ln. #307 | | | East Hampton | NY | 11937 | | 631-604-5776 | | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-487-2564 | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | | |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | | | | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | | | jerry.hsiao@Foxconn.com |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | | |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | | |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | 3300 Great American Tower | 301 East Fourth Street | | Cincinnati | OH | 45202 | | 513-651-6800 | 513-651-6981 | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | 400 West Market Street Suite 3200 | | | Louisville | KY | 40202-3363 | | 502-568-0359 | | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | 150 3rd Avenue South, Suite 1900 | | | Nashville | TN | 37201 | | 615-251-5550 | 615-251-5551 | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334- | | 404-656-3300 | 404-657-8733 | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | | | jerry.hsiao@Foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | 312-814-3000 | | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | 800-913-9358 | 855-852-4141 | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101- | | 800-973-0424 | 855-235-6787 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | 50 Rockefeller Plaza | | | New York | NY | 10020-1605 | | 212-940-8788 | | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |
| Claims and Noticing Agent | KCC | | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | 877-709-4757; 424-236-7235 | | LordstownInfo@kccllc.com |
| Debtors | Lordstown Motors Corp. | Attn: Adam Kroll | 27000 Hills Tech Court | | | Farmington Hills | MI | 48331 | | | | |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | One Lowenstein Drive | | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | 1700 Broadway, 19th Floor | | | New York | NY | 10019 | | 212-202-2226 | | rwinning@m3-partners.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | 517-335-7622 | 517-335-7644 | miag@michigan.gov |
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue, Suite 2500 | | | Detroit | MI | 48226 | | 313-496-7591 | 313-496-8452 | swansonm@millercanfield.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | 500 Delaware Avenue, Suite 1500 | | | Wilmington | DE | 19801 | | 302-888-6800 | 302-571-1750 | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo | 1201 North Market Street, 16th Floor | P.O. Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699- | | 919-716-6400 | 919-716-6750 | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | | 614-466-4986; 614-466-4320 | | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | 1007 North Orange Street | 4th Floor, Suite 183 | | Wilmington | DE | 19801 | | 302-592-6497 | | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Matthew M. Murphy, Matthew Micheli, Michael C. Whalen | 71 South Wacker Drive Suite 4500 | | | Chicago | IL | 60606 | | 312-499-6000 | 312-499-6100 | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com; michaelcwhalen@paulhastings.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | | 212-318-6662 | 212-230-7662 | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary | | | |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | 111 Park Street | | | London | | W1K 7JL | United Kingdom | +44-20-7173-1051 | | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | 222 Delaware Ave., Suite 1101 | | | Wilmington | DE | 19801 | | 302-252-0920 | 302-252-0921 | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | 600 3rd Avenue | | | New York | NY | 10016 | | 212-661-1100 | | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | | 1517.521.4205 | 517-521-4520 | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | | 920-889-2133 | | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | 1201 North Market Street, Suite 2300 | | | Wilmington | DE | 19801 | | 302-421-6864 | | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | | 212-336-1100 | 212-336-1320 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | 215-597-3194 | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | 202-942-8088 | 202-772-9317; 202-772-9318 | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | 600 Anton Boulevard, Suite 1400 | | | Costa Mesa | CA | 92626-7689 | | 714-427-7000 | 714-427-7799 | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | 919 North Market Street, Suite 420 | | | Wilmington | DE | 19801 | | 302-428-8191 | 302-428-8195 | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | | 248-588-1100; 248-703-0357 | 248-588-1104 | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | Hercules Plaza, Suite 5100 | 1313 N. Market Street | | Wilmington | DE | 19801 | | 302-421-8390 | 302-421-8390 | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | 875 Third Avenue | | | New York | NY | 10022 | | 212-808-2726 | 212-704-6288 | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | 3000 Two Logan Square | 18th & Arch Streets | | Philadelphia | PA | 19103-2799 | | 215-981-4451 | 215-981-4450 | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | 4000 Town Center, Suite 1800 | | | Southfield | MI | 48075 | | 248-359-7700 | 248-359-7700 | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | 180 Ottawa Ave NW | | | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | 1221 Avenue of the Americas | | | New York | NY | 10020 | | 212-819-8200 | | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | 111 South Wacker Drive | | | Chicago | IL | 60606 | | 312-881-5400 | | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | 555 South Flower Street, Suite 2700 | | | Los Angeles | CA | 90071 | | 213-620-7700 | | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | 200 South Biscayne Boulevard, Suite 4900 | | | Miami | FL | 33131 | | 305-371-2700 | | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | 1313 North Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | 302-252-4320 | 302-252-4330 | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2