IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 477** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF BROWN RUDNICK LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF LORDSTOWN MOTORS CORP.,** *ET AL.***,**
<u>***NUNC PRO TUNC*** **TO SEPTEMBER 7, 2023**</u>

I, Brya M. Keilson, hereby certify as follows:

1. On September 27, 2023, the Official Committee of Equity Security Holders (the "<u>Committee</u>") of Lordstown Motors Corp., *et al.*, filed the *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al.,* Nunc Pro Tunc *to September 7, 2023* (the "<u>Application</u>") [Docket No. 477] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

2. The deadline to object to the Application was October 11, 2023.

3. The Committee received informal comments from the United States Trustee (the "<u>US Trustee</u>") regarding the Application.

4. On October 12, 2023, the Committee filed the *Declaration of Andrew L. Sole, on Behalf of Esopus Creek Value Series Fund LP - Series "A", as Chairperson of the Official*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16357437/1

*Committee of Equity Holders of Lordstown Motors Corp., et al., in Support of the Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel Therefor,* Nunc Pro Tunc *to September 7, 2023* (the "Sole Declaration") [Docket No. 549].

5. By filing the Sole Declaration, the Committee has resolved the US Trustee's comments, and the US Trustee has no objection to Application.

6. The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon. The Committee respectfully requests that the Court enter the Order granting the Application, a copy of which was attached to the Application.

Dated: October 14, 2023
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: rstark@brownrudnick.com
E-mail: bsilverberg@brownrudnick.com

and

16357437/1

Matthew A. Sawyer (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: msawyer@brownrudnick.com

*Proposed Counsel to the Official Committee of Equity Security Holders*