# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andres A. Estrada, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 13, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit B**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Successful Bidder's Assignment of Asset Purchase Agreement [Exhibit A]**

Dated: October 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/* Andres A. Estrada
　　　　　　　　　　　　　　　　　　　　　　　Andres Estrada
　　　　　　　　　　　　　　　　　　　　　　　KCC
　　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　　Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: D.I. 16, 237, 418, 434, 475, 484, 488** |

## NOTICE OF SUCCESSFUL BIDDER'S ASSIGNMENT OF ASSET PURCHASE AGREEMENT

PLEASE TAKE NOTICE that, on June 27, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed the *Debtors' Motion For Entry of An Order (I) (A) Establishing Bidding and Auction Procedures, (B) Scheduling Certain Dates With Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Contract Assumption and Assignment Procedures, and (E) Granting Other Related Relief; and (II) (A) Authorizing the Debtors to Enter Into a Definitive Purchase Agreement and (B) Granting Other Related Relief* [D.I. 16] (the "**Bidding Procedures and Sale Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**"). Pursuant to the Bidding Procedures and Sale Motion, the Debtors were seeking, among other things, the entry of (A) an order (i) approving the proposed bidding procedures in connection with the sale or sales of all or substantially all of the Debtors' assets or any portion thereof (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

(the "**Sale**"), in the form attached to the Bidding Procedures Order[2] as Schedule 1 thereto (the "**Bidding Procedures**"); (ii) subject to final Court approval of the Stalking Horse Approval Order, authorizing, but not directing, the Debtors, in their discretion, to select one or more Stalking Horse Bidder(s) in accordance with the Bidding Procedures; (iii) authorizing the Debtors to conduct an auction (the "**Auction**") and a hearing (the "**Sale Hearing**") to approve the Sale, if needed; (iv) approving the form and manner of notice of the Bidding Procedures, Auction, and Sale Hearing with respect to the Sale; and (v) approving procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale and approving the form and manner of the notice thereof (collectively, (A)(i)-(v), the "**Bidding Procedures Relief**"); and (B) a subsequent order (i) authorizing and approving the Debtors' entry into a definitive purchase agreement substantially in the form that will be attached to the Sale Order; (ii) authorizing and approving the Sale of the Assets free and clear of all liens, claims, encumbrances, and other interests; (iii) authorizing and approving the assumption and assignment of the assumed contracts in connection with the Sale, including proposed cure amounts (if any); and (iv) granting related relief.

PLEASE TAKE FURTHER NOTICE that, following notice and a hearing, the Court entered the *Order (A) Establishing Bidding and Auction Procedures, (B) Scheduling Certain Dates With Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Contract Assumption and Assignment Procedures, and (E) Granting Other Related Relief*, dated August 8, 2023 [D.I. 237] (the "**Bidding Procedures Order**"). Pursuant to the Bidding Procedures Order, among other things, the Court granted the Bidding Procedures Relief on the

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to them in the Bidding Procedures and Sale Motion.

2

terms set forth therein, and scheduled various dates and deadlines in connection with the Sale of the Assets.

PLEASE TAKE FURTHER NOTICE that, on September 29, 2023, the Debtors filed their *Notice of (I) Selection of Successful Bidder, (II) Cancellation of Auction, and (III) Sale Hearing* [D.I. 488] (the "**Sale Hearing Notice**"), pursuant to which the Debtors (i) disclosed their selection of LAS Capital LLC, a Delaware limited company ("**LAS Capital**") as the Successful Bidder, subject to Court approval, and (ii) their intent to seek the Court's approval of, and to consummate, the Sale to LAS Capital pursuant to that certain Asset Purchase Agreement attached to the Sale Hearing Notice as Exhibit A (the "**Asset Purchase Agreement**") between the Debtors, LAS Capital, and Stephen S. Burns, an individual, as guarantor.[3]

PLEASE TAKE FURTHER NOTICE that, pursuant to and in accordance with Section 10.4 of the Asset Purchase Agreement, LAS Capital has notified the Debtors in writing that it will assign prior to Closing (as defined in the Asset Purchase Agreement) its rights under the Asset Purchase Agreement, including its rights to be assigned Assumed Agreements (as defined in the Asset Purchase Agreement), to its Affiliate (as defined in the Asset Purchase Agreement), LandX Motors Inc., a Delaware corporation ("**LandX**").

PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of the transactions contemplated in the Asset Purchase Agreement will be held virtually on **October 18, 2023 starting at 10:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware. Further notice regarding access to the virtual hearing will be provided with the agenda for the Sale Hearing.

---

[3] A copy of the Asset Purchase Agreement was filed as Exhibit A to the *Notice of (I) Selection of Successful Bidder, (II) Cancellation of Auction, and (III) Sale Hearing* [D.I. 488].

PLEASE TAKE FURTHER NOTICE that **the deadline to file objections to adequate assurance of future performance to be provided by LandX is October 17, 2023 at 9:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that copies of the Bidding Procedures Order, the Bidding Procedures, the Asset Purchase Agreement, the proposed order approving the Asset Purchase Agreement, and all other documents filed with the Court may be obtained free of charge by visiting the Debtors' restructuring website at https://www.kccllc.net/lordstown.

# Exhibit B

**Exhibit B**
**APA Assignment Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Advanced Controls & Distribution LLC dba Adcon Engineering | Tyler York | ACD_AR@genuinecable.com |
| Alliance Advisors, LLC | | aoseneko@allianceadvisors.com |
| Altium LLC | | legal@altium.com; aaron.robinson@altium.com |
| Amazon Web Services, Inc. | Attn Brian Peterson | brian.peterson@klgates.com |
| Amazon Web Services, Inc. | Steve Beranek | sberanek@amazon.com |
| Amazon Web Services, Inc. | | aws-receivables-support@email.amazon.com |
| Amerit Fleet Solutions, Inc. | Dan Williams Haley Grimm | hgrimm@ameritfleet.com |
| Ankura Consulting, LLC | James E. Pampinella, Senior Managing Director | jim.pampinella@ankura.com |
| Ankura Intermediate Holdings, LP DBA Ankura Consulting Group LLC | Renee Wong | renee.wong@ankura.com; eva.pickinpaugh@ankura.com |
| AT&T Mobility LLC | | dg2725@att.com |
| Atlassian PTY LTD | | advocates@am.atlassian.com |
| Bosch Engineering North America | Robert Bosch LLC | melissa.findlay@us.bosch.com |
| CEVA Logistics U.S., Inc. | c/o Tiffany Strelow Cobb | tscobb@vorys.com |
| CEVA Logistics U.S., Inc. | | Charissa.Sebesta@cevalogistics.com |
| Cox Automotive Mobility Solutions, Inc | Jamie Martin | jamie.martin@coxautoinc.com; killian.dempsey@coxautoinc.com |
| DSP Concepts, Inc. | Shaun Neddermeyer | sneddermeyer@dspconcepts.com |
| DSP Concepts, Inc. | | eskup@dspconcepts.com |
| Elaphe Propulsion Technologies LTD | Attn: Luka Ambrozic | luka.ambrozic@elaphe-ev.com |
| Elaphe Propulsion Technologies LTD | Luka Ambrozic | Gregor.Golja@elaphe-ev.com; luka.ambrozic@elaphe-ev.com |
| Elaphe Propulsion Technologies Ltd. | c/o Stephen Grow | sgrow@wnj.com |
| Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | whazeltine@sha-llc.com |
| Elaphe Propulsion Technologies Ltd. | Warner Norcross + Judd LLP | sgrow@wnj.com |
| Epic Games, Inc. | Aaron Vlk | legal@epicgames.com; aaron.vlk@epicgames.com |
| GE Digital LLC | Attention General Counsel | gedigitalsalessupport@ge.com |
| General Motors Company | John Ashman | john.ashman@gm.com |
| General Motors Company dba General Motors LLC - Production Part | Griselle Rodriquez | griselle.rodriguez@gm.com |
| General Motors LLC | Assistant General Counsel, Corporate Development | elena.centeio@gm.com |
| General Motors LLC | General Counsel | craig.glidden@gm.com |
| GitLab Inc. | | afeldman@gitlab.com;srenton@gitlab.com |
| GM EV Holdings LLC | c/o General Motors Company | craig.glidden@gm.com |
| HubSpot Inc | | billing@hubspot.com |
| Huf Baolong Electronics North America Corp. (BH Sense) | | info@bh-sens.com; nicole.king@bh-sens.com |
| Infosys Limited | Suhas R Kanitkar | suhas.kanitkar@infosys.com |
| Infosys Ltd | Suhas Kanitkar | suhas.kanitkar@infosys.com |
| Infosys Ltd. | Kevin M. Capuzzi, Esquire | kcapuzzi@beneschlaw.com |
| Intralinks, Inc. | Michael Perone | mperone@intralinks.com |

**Exhibit B**
**APA Assignment Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| Karma Automotive LLC | Seyfarth Shaw LLP | jmcoleman@seyfarth.com |
| Karma Automotive LLC | Seyfarth Shaw LLP | mwexler@seyfarth.com; kmahoney@seyfarth.com; krmiller@seyfarth.com; jsowka@seyfarth.com |
| Karma Automotive LLC | SEYFARTH SHAW LLP | rmilligan@seyfarth.com; jsalinas@seyfarth.com; schinnliu@seyfarth.com |
| Megatronix (Beijing) Technology Co., Ltd. | | weipeng.zhong@megatronix.co |
| Michigan Strategic Fund | Dwight Walker Compliance Analyst | walkerd30@michigan.org |
| Nelson Mullins Riley & Scarborough LLP | Christie L. Lannetta | christie.iannetta@nelsonmullins.com |
| Nelson Mullins Riley and Scarborough LLP | Frank B.B. Knowlton | frank.knowlton@nelsonmullins.com |
| Nexteer Automotive Corporation | BROOKS WILKINS SHARKEY & TURCO PLLC | wilkins@bwst-law.com |
| Nexteer Automotive Corporation | Bryan Harris | bryan.harris@nexteer.com |
| Nexteer Automotive Corporation | COZEN O'CONNOR | sfraser@cozen.com |
| Open Text Inc | c/o JP Morgan Lockbox | Accounts.receivable@opentext.com |
| Open Text Inc. | Rallito Caabas | rcaabas@opentext.com |
| OpenText Inc | Attn Accounts Receivable Department | lisaj@opentext.com |
| Siemens Industry Software Inc | Justin Price | justin.price@siemens.com |
| Siemens Industry Software Inc. | Justin Price, AM-#1GT AT Sales Manager | justin.price@siemens.com; kim.kelchner@siemens.com |
| Tata Consultancy Services Limited | Attn Latesh Sewani | latesh.sewani@tcs.com |
| Tata Consultancy Services Limited | Attn Legal Department | legalnotices.us@tcs.com |
| Tata Consulting Services Limited | Ashok Pathak | ashok.pathak@tcs.com; us.ar@tcs.com |

# Exhibit C

Exhibit C
APA Assignment Counterparties Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Advanced Controls & Distribution LLC | | 6950 Engle Rd Ste XX | | | Cleveland | OH | 44130-3494 | |
| Advanced Controls & Distribution LLC dba Adcon Engineering | Tyler York | 20800 Route 19 | | | Cranberry TWP | PA | 16066 | |
| Alliance Advisors, LLC | | 200 Broadacres Drive, 3rd Floor | | | Bloomfield | NJ | 07003 | |
| Altium LLC | | 4225 Executive Square, Suite 800 | | | La Jolla | CA | 92037 | |
| Amazon Web Services, Inc. | Attn Brian Peterson | c/o KL Gates LLP | 925 4th Avenue Suite 2900 | | Seattle | WA | 98104 | |
| Amazon Web Services, Inc. | Steve Beranek | 525 14th Street South | | | Arlington | VA | 22202 | |
| Amazon Web Services, Inc. | | 410 Terry Ave N | | | Seattle | WA | 98109-5210 | |
| Amazon Web Services, Inc. | | PO BOX 81207 | | | Seattle | WA | 98108 | |
| Amazon Web Services, Inc. | | PO Box 84023 | | | Seattle | WA | 98124 | |
| Amerit Fleet Solutions, Inc. | Dan Williams Haley Grimm | 1331 N. California Blvd., Ste. 150 | | | Walnut Creek | CA | 94596 | |
| Ankura Consulting Group, LLC | General Counsel | 485 Lexington Avenue, 10th Floor | | | New York | NY | 10017 | |
| Ankura Consulting, LLC | James E. Pampinella, Senior Managing Director | 425 California Street, Suite 2600 | | | San Francisco | CA | 94104 | |
| Ankura Intermediate Holdings, LP DBA Ankura Consulting Group LLC | Renee Wong | 485 Lexington Ave | 10th Floor | | New York | NY | 10017 | |
| AT&T | Internet of Things (IoT) | 1025 Lenox Park Boulevard | | | Atlanta | GA | 30319 | |
| AT&T Mobility LLC | Legal Department/Internet of Things | 5th Floor, 1025 Lenox Park Boulevard | | | Atlanta | GA | 30319 | |
| AT&T Mobility LLC | | 1025 Lenox Park Boulevard | | | Atlanta | GA | 30319 | |
| AT&T Mobility LLC | | 208 S. Akard St. | | | Dallas | TX | 75202 | |
| AT&T Mobility LLC | | 2180 Lenox Park Blvd., 10th Floor | | | Atlanta | GA | 30319 | |
| AT&T MOBILITY-CC | | PO BOX 5085 | | | CAROL STREAM | IL | 60197 | |
| Atlassian Pty Ltd | Attn: General Counsel | 350 Bush Street, Floor 13 | | | San Francisco | CA | 94104 | |
| Atlassian PTY LTD | | Level 6 | 341 George Street | | Sydney | NSW | 2000 | Australia |
| Bosch Engineering North America | Robert Bosch LLC | c/o Melissa Findlay | 38000 Hills Tech Dr. | | Farmington Hills | MI | 48331 | |
| CEVA Logistics U.S., Inc. | c/o Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LLP | 52 East Gay Street | | Columbus | OH | 43215 | |
| CEVA Logistics U.S., Inc. | | 15350 Vickery Drive | | | Houston | TX | 77032 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 4

**Exhibit C**
**APA Assignment Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cox Automotive Mobility Solutions, Inc | Jamie Martin | 6205-A Peachtree Dunwoody Road, CP-12 | | | Atlanta | GA | 30328 | |
| DSP Concepts, Inc. | Shaun Neddermeyer | 3235 Kifer Rd | Suite 100 | | Santa Clara | CA | 95051 | |
| DSP Concepts, Inc. | | 3235 Kifer Road, Suite 100 | | | Santa Clara | CA | 95051 | |
| Elaphe Propulsion Technologies LTD | Attn: Luka Ambrozic | Teslova Ulica 30 | | | Ljubljana | | 1000 | Slovenia |
| Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | Ljubljana | | | Slovenia |
| Elaphe Propulsion Technologies Ltd. | c/o Stephen Grow | 150 Ottawa Ave NW Suite 1500 | | | Grand Rapids | MI | 49503 | |
| Elaphe Propulsion Technologies Ltd. | Luka Ambrozic | Teslova ulica 30 1000 | | | ljubljana | | | Slovenia |
| Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | |
| Elaphe Propulsion Technologies Ltd. | Warner Norcross + Judd LLP | Stephen B. Grow | 180 Ottawa Ave NW | | Grand Rapids | MI | 49503 | |
| Epic Games, Inc. | Aaron Vlk | 620 Crossroads Blvd. | | | Cary | NC | 27518 | |
| GE Digital LLC | Attention General Counsel | 2700 Camino Ramon | | | San Ramon | CA | 94583-9130 | |
| General Motors Company | John Ashman | 300 Renaissance Center | MC 482-c14-c66 | | Detroit | MI | 48265-3000 | |
| General Motors Company dba General Motors LLC - Production Part | Griselle Rodriquez | 300 Renaissance Center | MC 482-C14-C66 | | Detroit | MI | 48265 | |
| General Motors LLC | Assistant General Counsel, Corporate Development | 300 GM Renaissance Center | Mail Code 482-C22-A68 | | Detroit | MI | 48265 | |
| General Motors LLC | Attn Practice Area Manager | Legal Staff Transactions Group | 300 Renaissance Center | Mail Code 482-C23-D24 | Detroit | MI | 48265-3000 | |
| General Motors LLC | General Counsel | 300 GM Renaissance Center | Mail Code 483-C20-C76 | | Detroit | MI | 48265 | |
| General Motors LLC | Manager On-Highway NA OEM Sales | 777 Joslyn Avenue | Mail Code 483-720-250 | | Pontiac | MI | 48340 | |
| General Motors LLC | | 6200 Grand Pointe Drive | | | Grand Blanc | MI | 48439 | |
| GitLab Inc. | | 268 Bush Street #350 | | | San Francisco | CA | 94104 | |
| GM EV Holdings LLC | c/o General Motors Company | Craig Glidden General Counsel | 300 Renaissance Center | | Detroit | MI | 48265-3000 | |
| HubSpot Inc | | 2 Canal Park | | | Cambridge | MA | 02141 | |
| HubSpot Inc | | PO Box 419842 | | | Boston | MA | 02241 | |
| HubSpot Inc. | Attention General Counsel | 25 First Street, 2nd Floor | | | Cambridge | MA | 02141 | |
| Huf Baolong Electronics North America Corp. (BH Sense) | | 13555 Bishops Court, Suite 320 | | | Brookfeild | WI | 53005 | |
| Infosys Limited | Attention Abhishek Sharma, Business Development Manager | 2400 N Glenville Dr, C150 | | | Richardson | TX | 75082 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 4

**Exhibit C**
**APA Assignment Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Infosys Limited | Suhas R Kanitkar | 2400 N. Glenville Dr Suite C150 | | | Richardson | TX | 75082 | |
| Infosys Ltd | Suhas Kanitkar | 22503 Edgeview Lane | | | Northville | MI | 48167 | |
| Infosys Ltd. | Kevin M. Capuzzi, Esquire | Benesch, Friedlander, Coplan and Aronoff LLP | 1313 N Market Street Suite 1201 | | Wilmington | DE | 19801 | |
| Intralinks, Inc. | Michael Perone | 622 3rd Avenue 10th Floor | | | New York | NY | 10017 | |
| Karma Automotive LLC | Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | Hercules Plaza | 1313 North Market Street, Suite 5400 | Wilmington | DE | 19801 | |
| Karma Automotive LLC | Seyfarth Shaw LLP | Jesse M. Coleman | 700 Milam Street, Suite 1400 | | Houston | TX | 77002-2797 | |
| Karma Automotive LLC | Seyfarth Shaw LLP | MICHAEL D. WEXLER, KEVIN J. MAHONEY, KATELYN R. MILLER | 233 South Wacker Drive, Suite 8000 | | Chicago | IL | 60606-6448 | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | ROBERT B. MILLIGAN, DANIEL JOSHUA SALINAS, SIERRA J. CHINN-LIU | 2029 Century Park East, Suite 3500 | | Los Angeles | CA | 90067 | |
| Megatronix | | Room 1101, 11th Floor, Building 6 | No. 34 Chuangyuan Road | | Beijing | | | China |
| Megatronix (Beijing) Technology Co., Ltd. | | 12F, Tower C, Rongxin Center | | | Chaoyang District | Beijing | | China |
| Michigan Strategic Fund | Dwight Walker Compliance Analyst | Business Compliance Unit | 300 North Washington Square | | Lansing | MI | 48913 | |
| Nelson Mullins Riley & Scarborough LLP | Christie L. Lannetta | 101 Constitution Ave, Suite 900 | | | Washington | DC | 20001 | |
| Nelson Mullins Riley & Scarborough LLP | | 1320 Main St 17th FL | | | Columbia | SC | 29201 | |
| Nelson Mullins Riley and Scarborough LLP | Frank B.B. Knowlton | PO Box 11070 | | | Columbia | SC | 29211 | |
| Nexteer Automotive | | 1272 Doris Road | | | Auburn Hills | MI | 48326 | |
| Nexteer Automotive Corporation | BROOKS WILKINS SHARKEY & TURCO PLLC | Matthew E. Wilkins | 401 South Old Woodward, Suite 400 | | Birmingham | MI | 48009 | |
| Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | |
| Nexteer Automotive Corporation | COZEN O'CONNOR | Simon E. Fraser | 1201 N. Market Street, Suite 1001 | | Wilmington | DE | 19801-1147 | |
| Open Text Inc | c/o JP Morgan Lockbox | 24685 Network Place | | | Chicago | IL | 60673 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 4

**Exhibit C**
**APA Assignment Counterparties Service List**
**Served via Overnight Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Open Text Inc. | Rallito Caabas | 2950 S Delaware Street | Bay Meadows Station 3 Building | & 4th Floors | San Mateo | CA | 94403 | |
| Open Text Inc. | | 9711 Washingtonian Blvd., Suite 700 | | | Gaithersburg | MD | 20878 | |
| OpenText Inc | Attn Accounts Receivable Department | 275 Frank Tompa Drive | | | Waterloo | ON | N2L 0A1 | Canada |
| Siemens Industry Software Inc | Justin Price | 5800 Granite Parkway | #600 | | Plano | TX | 75024 | |
| Siemens Industry Software Inc. | Justin Price, AM-#1GT AT Sales Manager | 5755 New King Drive | | | Troy | MI | 48098 | |
| Tata Consultancy Services Limited | Attn Latesh Sewani | 379 Thornall Street 4th Floor | | | Edison | NJ | 08837 | |
| Tata Consultancy Services Limited | Attn Legal Department | 101 Park Avenue 26th Floor | | | New York | NY | 10178 | |
| Tata Consultancy Services Limited | | TCS House, Ravelin Street, Fort | | | Mumbai | | 400 001 | India |
| Tata Consulting Services Limited | Ashok Pathak | Nirmal Building | 9th Floor | | Nariman Point | | 400021 | India |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 4 of 4