IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br>(Jointly Administered)<br><br>Re: D.I. 89, 267 & 460 |

### ORDER DENYING RETENTION APPLICATION

Upon the Court's consideration of the *Debtors' Application To Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date* [D.I. 89] (the "Application"), and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided under the circumstances and in accordance with the Bankruptcy Rules and Local Rules, and it appearing that no other or further notice need be provided; and upon the Court's consideration of the supplemental declarations filed in support of the Application [D.I. 223 & 244]; and upon the Court's consideration of the *Objection of the United States Trustee to Debtors' Application To Employ Richards, Layton & Finger, P.A.* [D.I.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

267]; and upon the Court's consideration of the *Debtors' Reply in Support of Application To Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective as of the Petition Date* [D.I. 460]; and the Court having held a hearing on October 5, 2023, to consider the relief requested in the Application; and based on the record established at the hearing and the arguments of counsel; and after due deliberation and sufficient cause appearing therefor, for the reasons stated by the Court on the record,

IT IS HEREBY ORDERED THAT:

1. The Application is DENIED.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation, and/or enforcement of this Order.

Dated: October 16th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE