IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **Lordstown Motors Corp.,** *et al.*,[1] | Case No. 23-10831 (MFW) |
| **Debtor.** | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in the above-captioned case (the "**Chapter 11 Case**") as counsel for LAS Capital LLC ("**LAS**"), pursuant to section 1109(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and Rule 2002-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), and requests copies of any and all notices and papers filed or entered in this Chapter 11 Case be given to and served upon the following:

Joseph O. Larkin, Esq.
Stephen J. Della Penna, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Joseph.Larkin@Skadden.com

Ron E. Meisler, Esq.
Jennifer Madden, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0549
Fax: (312) 407-8641
Email: Ron.Meisler@Skadden.com
Email: Jennifer.Madden@Skadden.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

>Robert D. Drain, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Manhattan West
>New York, NY 10001
>Telephone: (212) 735-3000
>Fax: (212) 735-2000
>Email: Robert.Drain@skadden.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002 and Local Bankruptcy Rule 2002-1), motion, petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the Chapter 11 Case and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive LAS' rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after *de novo* review by a higher court, (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which LAS is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that LAS does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: Wilmington, Delaware
October 17, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (I.D. No. 4883)
Stephen J. Della Penna (ID No. 6103)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Joseph.Larkin@Skadden.com

- and -

Ron E. Meisler (*pro hac vice* admission forthcoming)
Jennifer Madden (*pro hac vice* admission forthcoming)
155 North Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0549
Fax: (312) 407-8641
Ron.Meisler@Skadden.com
Jennifer.Madden@Skadden.com

- and -

Robert D. Drain (*pro hac vice* admission forthcoming)
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Robert.Drain@Skadden.com

*Counsel to LAS Capital LLC*

## CERTIFICATE OF SERVICE

I, Joseph O. Larkin, certify that on October 16, 2023, I caused the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served by electronic transmission using the Court's CM/ECF system on all parties who have registered to receive notifications in this case.

                                              */s/ Joseph O. Larkin*
                                              Joseph O. Larkin