IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **Lordstown Motors Corp.,** *et al.***,** | Case No. 23-10831 (MFW) |
| **Debtor.** | **(Jointly Administered)** |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ron E. Meisler to represent LAS Capital LLC in the above captioned chapter 11 case and any related adversary proceedings.

Dated: Wilmington, Delaware
October 17, 2023                */s/ Joseph O. Larkin*
                               Joseph O. Larkin (I.D. No. 4883)
                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                               One Rodney Square, 920 N. King Street
                               Wilmington, Delaware 19801

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 9/1/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: Chicago, Illinois
October 17, 2023                */s/ Ron E. Meisler*
                               Ron E. Meisler
                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                               155 North Wacker Drive
                               Chicago, Illinois 60606-1720

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.