# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **Lordstown Motors Corp.,** *et al.*, | Case No. 23-10831 (MFW) |
| Debtor. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert D. Drain to represent LAS Capital LLC in the above captioned chapter 11 cases and any related adversary proceedings.

Dated: Wilmington, Delaware
October 17, 2023

*/s/ Joseph O. Larkin*
Joseph O. Larkin (I.D. No. 4883)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: New York, New York
October 17, 2023

*/s/ Robert D. Drain*
Robert D. Drain
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.