# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

163034131v2

Invoice Date 10/09/23
Invoice Number 30625670
File No. 264995.000001
 Claim/Client File No. Case No. 23-10831-MFW



Page 58

Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FOR COSTS AND EXPENSES INCURRED THROUGH  08/31/23**

| **Name** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|

**FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/23**

| **Description** | **Amount** |
|---|---|
| Copy Charges | 253.51 |
| Filing Fees | 50.00 |
| | Total Costs: 303.51 |