# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 26, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Filing of Amendments to Certain Schedules of Assets and Liabilities for Debtor Lordstown Motors Corp. (Case No. 23-10831)** [Docket No. 383]

Furthermore, on or before September 29, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Amendments to Certain Schedules of Assets and Liabilities for Lordstown EV Corporation (Case No. 23-10832)** [Docket No. 384]

Furthermore, on October 5, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Deadlines for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against Debtors** [Docket No. 335]

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- [Customized] **Official Form 410 Proof of Claim** [substantially in the form of Exhibit 2 to Docket No. 317]

Dated: October 6, 2023

/s/ Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Advanced Controls & Distribution LLC | 6950 Engle Rd Ste XX | Cleveland | OH | 44130-3494 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                    Page 1 of 1

# Exhibit B

**Exhibit B**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Andrea Mcrae | | Address Redacted | | | |
| Daniel Macy | | Address Redacted | | | |
| Hung Le | | Address Redacted | | | |
| Jake Hammill | | Address Redacted | | | |
| Jared Premick | | Address Redacted | | | |
| Joe Lawver | | Address Redacted | | | |
| Joe Reale | | Address Redacted | | | |
| Joshua Lapp | | Address Redacted | | | |
| Karandeep Chahal | | Address Redacted | | | |
| Matthew Mitchell | | Address Redacted | | | |
| Matthew Nielsen | | Address Redacted | | | |
| Russell Romeo | | Address Redacted | | | |
| Scott Linzer | | Address Redacted | | | |
| Workhorse Group Inc. | Attn CEO | 3600 Park 42 Dr # 160E | Cincinnatti | OH | 45241-4039 |

# Exhibit C

**Exhibit C**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Austin Mowry | Address Redacted | | | |
| Jeffrey Mowry | Address Redacted | | | |