Lordstown Motors Corp.
Case No. 23-10831

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Dan | Guyder | Hon Hai Precision Industry Co., Ltd. et al. | Allen & Overy LLP |
| Rosa | Sierra-Fox | U.S. Trustee | USTP |
| ellen | slights | United States | USAO District of Delaware |
| Rahul | Singh | Self | |
| Andrew | Sole | Member of the Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP- Series "A" |
| Tristan | Manthey | Interested party | Fishman Haygood LLP |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Tori | Remington | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Jeff | Kaplan | BCAS | BCAS |
| Jacob | Herz | Foxconn Parties | Allen & Overy LLP |
| Ron | Selak | None | |
| Kenneth | Buckfire | LAS Capital | Miller Buckfire & Co. |
| Joseph | Badtke-Berkow | Foxconn Parties | Allen & Overy LLP |
| Scott | Cargill | George Troicky | Lowenstein Sandler LLP |
| Jeffrey | Wisler | Cigna Health and Life Insurance Company | Connolly Gallagher LLP |
| Tara | Pakrouh | Official Committee of Equity Security Holders | Morris James LLP |
| Brya | Keilson | Official Committee of Equity Security Holders | Morris James LLP |
| Robert | Stark | Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Bennett | Silverberg | Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Tristan | Axelrod | Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Matthew | Sawyer | Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Rob | Winning | Official Committee of Equity Security Holders | M3 Advisory Partners, LP |
| Lyle | Bauck | Official Committee of Equity Security Holders | M3 Advisory Partners, LP |
| Anthony | Lo | Official Committee of Equity Security Holders | M3 Advisory Partners, LP |
| Matt | Altman | Official Committee of Equity Security Holders | M3 Advisory Partners, LP |

Lordstown Motors Corp.
Case No. 23-10831

| | | | |
|---|---|---|---|
| Doah | Kim | Debtors | White & Case LLP |
| David | Turetsky | Debtors | White & Case LLP |
| Morgan | Patterson | Debtors | Womble Bond Dickinson (US) LLP |
| Donald | Detweiler | Debtors | Womble Bond Dickinson (US) LLP |
| Roberto | Kampfner | Debtors | White & Case LLP |
| Jason | Zakia | Debtors | White & Case LLP |
| Ryan | Hamilton | Debtors | Jefferies |
| Adam | Cieply | Debtors | White & Case LLP |
| Andrea | Wood | The Business Journal | Youngstown Publishing Co. |
| David | Baddley | U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission |
| Stephen | Lam | interested party | Corre Partners |
| Livy | Mezei | Debtors | |
| Seth | Pearson | Hain Capital Group | |
| Nathan | Rosenblum | Hain Capital Group | |
| Jessica | Steinhagen | Interested Party | |
| Lurah | Lowery | News media | |
| Shane | Reil | Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP |
| Peter | Strom | Debtors | White & Case LLP |
| William | Hazeltine | Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC |
| Joseph | Larkin | LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Ron | Meisler | LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Robert | Drain | LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Tiffany | Cobb | CEVA Logistics U.S., Inc. | Vorys, Sater, Seymour and Pease LLP |
| Jennifer | Madden | LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Thomas | Loeb | CEVA Logistics U.S., Inc. | Vorys, Sater, Seymour and Pease LLP |
| Steve | Burns | LAS Capital LLC | |
| Amy | Van Gelder | LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP |
| Thomas E | Lauria | Debtors | White & Case LLP |
| Taylor | Harrison | Debtwire | |
| Steve | Fleming | LAS Capital LLC | |
| Alex | Wittenberg | Law360 | |
| Matthew | Talmo | Foxconn | MNAT |
| Stephen | Della Penna | LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP |