**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 478** |

**FIRST SUPPLEMENTAL DECLARATION OF ERIC J. MONZO IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRIS JAMES LLP AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS *NUNC PRO TUNC* TO SEPTEMBER 7, 2023**

I, Eric J. Monzo, being duly sworn, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury that deposes and says:

1. I am a partner with the law firm of Morris James LLP ("Morris James" or the "Firm")[2] with offices located at 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801 and am duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the State of Maryland, the United States District Court for the District of Maryland, the State of New Jersey, the United States District Court for the District of New Jersey, the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Western Districts of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

2. I am duly authorized to execute this supplemental declaration (the "Supplemental Declaration") on behalf of Morris James. I am familiar with the matters set forth herein and, if called as a witness, I could and would testify thereto. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon Morris James' completion

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

of further analysis or additional creditor information becomes available to Morris James, a further supplemental declaration will be submitted to the Court.

3. I am filing this Supplemental Declaration to supplement the disclosures that were included in my original declaration, dated September 27, 2022 (the "Original Declaration"), that was filed with the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Equity Security Holders Nunc Pro Tunc to September 7, 2023* [Docket No. 478] (the "Application") in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). On October 16, 2023, the Court entered the *Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Equity Security Holders Nunc Pro Tunc to September 7, 2023* [Docket No. 560].

4. Pursuant to Paragraph 22 of the Original Declaration, Morris James indicated that it would promptly file a supplemental declaration with the Court if it discovers any information that is contrary to the statements made in the Original Declaration or otherwise requires further disclosure.

5. Except as otherwise indicated herein, all facts stated in this Supplemental Declaration are based on my personal knowledge of Morris James' operations and finances, information learned from my review of relevant documents, and information supplied to me by Morris James' partners or employees. If called upon to testify, I could and would testify on that basis.

## ADDITIONAL DISCLOSURES

6. In accordance with its ongoing obligations under Bankruptcy Rule 2014 and Local Rule 2014-1, Morris James has conducted, and continues to conduct, an examination of its relationships with the Debtors, its creditors, and other parties in interest in these Chapter 11 Cases. Based on ongoing conflicts review, Morris James learned that it inadvertently did not run the following parties through conflicts and therefore supplements the disclosures in the Application:

a. Ashley M. Chan;

b. Andrew Vara;

c. Daniel Ninivaggi;

d. DEP;

e. Hong Xin Huan;

f. Lloyds;

g. Magna Carta Insurance Ltd.;

h. Proper Group International, LLC; and

i. So Cal Gas.

7. To the best of my knowledge, after due inquiry, Morris James does not have any connection with the parties listed above and will not represent any of the aforementioned parties in connection with the Debtors or these Chapter 11 Cases.

8. Morris James, to the best of its knowledge, information and belief, believes that it continues to be a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and that it does not hold or represent an interest adverse to the Debtors' estates with respect to the matters on which it is employed.

9. I continue to reserve the right to supplement Morris James' disclosures in the event that Morris James learns of any additional connections that require disclosure. If any new material, relevant facts, or relationships are discovered or arise, Morris James will promptly file another supplemental declaration pursuant to Bankruptcy Rule 2014.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 18, 2023

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)