# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM, INCLUDING CLAIMS ARISING UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE, AGAINST DEBTORS IN THE WALL STREET JOURNAL AND AUTOMOTIVE NEWS

This Affidavit of Publication includes the sworn statements verifying that the Notice of Deadlines for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against the Debtors was published and incorporated by reference herein as follows:

1. In *The Wall Street Journal* on August 31, 2023, attached hereto as **Exhibit A**; and

2. In *Automotive News* on September 11, 2023, attached hereto as **Exhibit B**;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Dr., Farmington Hills, MI 48331.

# Exhibit A

# AFFIDAVIT

**STATE OF NEW JERSEY** )
                                         ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 8/31/23

ADVERTISER: Lordstown Motors Corp.

and that the foregoing statements are true and correct to the best of my knowledge.

                                                        *Wayne Sidor*

Sworn to before me this
31st day of August 2023

_____
Notary Public



IAN C MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
7/18/2023
STATE OF NEW JERSEY

# COMMODITIES

wsj.com/market-data/commodities

## Futures Contracts

### Metal & Petroleum Futures

| | Open | Contract High | hi lo | Contract Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Copper-High (CMX)**-25,000 lbs.; $ per lb. | | | | | | | |
| Sept | 3.7925 | 3.7950 | | 3.7635 | 3.7850 | –0.0095 | 7,110 |
| Dec | 3.8395 | 3.8505 | | 3.8120 | 3.8440 | 0.0050 | 129,783 |
| **Gold (CMX)**-100 troy oz.; $ per troy oz. | | | | | | | |
| Sept | 1936.00 | 1946.40 | | 1934.60 | 1944.30 | 7.90 | 3,949 |
| Oct | 1947.80 | 1958.00 | | 1943.80 | 1954.00 | 7.90 | 28,791 |
| Dec | 1966.00 | 1977.10 | | 1962.80 | 1973.00 | 7.90 | 378,907 |
| Feb'24 | 1984.70 | 1997.10 | | 1983.10 | 1993.40 | 8.00 | 17,086 |
| April | 2003.60 | 2016.40 | | 2002.50 | 2012.60 | 8.10 | 7,787 |
| June | 2023.70 | 2035.80 | | 2021.80 | 2032.20 | 8.10 | 3,207 |
| **Palladium (NYM)**- 50 troy oz.; $ per troy oz. | | | | | | | |
| Sept | 1236.50 | 1241.00 | | 1203.00 | 1216.90 | –26.80 | 437 |
| Dec | 1253.50 | 1257.00 | | 1228.00 | 1229.00 | –28.20 | 16,266 |
| **Platinum (NYM)**-50 troy oz.; $ per troy oz. | | | | | | | |
| Sept | | | | | 980.20 | –2.80 | 1 |
| Oct | 987.30 | 993.30 | | 978.50 | 983.30 | –2.80 | 65,174 |
| **Silver (CMX)**-5,000 troy oz.; $ per troy oz. | | | | | | | |
| Sept | 24.780 | 25.060 | | 24.570 | 24.734 | –0.054 | 6,147 |
| Dec | 25.135 | 25.425 | | 24.920 | 25.104 | –0.035 | 117,740 |
| **Crude Oil, Light Sweet (NYM)**-1,000 bbls.; $ per bbl. | | | | | | | |
| Oct | 81.29 | 82.05 | | 80.88 | 81.63 | 0.47 | 320,989 |
| Nov | 80.78 | 81.54 | | 80.43 | 81.12 | 0.44 | 205,391 |
| Dec | 80.24 | 81.00 | | 79.94 | 80.57 | 0.40 | 227,597 |
| Jan'24 | 79.75 | 80.48 | | 79.44 | 80.02 | 0.35 | 97,699 |
| June | 77.50 | 78.11 | | 77.23 | 77.68 | 0.19 | 139,621 |
| Dec | 75.08 | 75.62 | | 74.84 | 75.22 | 0.10 | 122,442 |
| **NY Harbor ULSD (NYM)**-42,000 gal.; $ per gal. | | | | | | | |
| Sept | 3.2037 | 3.2175 | | 3.0925 | 3.0962 | –.1133 | 14,496 |
| Oct | 3.1619 | 3.1806 | | 3.0588 | 3.0658 | –.1067 | 82,468 |
| **Gasoline-NY RBOB (NYM)**-42,000 gal.; $ per gal. | | | | | | | |
| Sept | 2.7803 | 2.8219 | | 2.7777 | 2.8092 | .0187 | 11,067 |
| Oct | 2.5471 | 2.5868 | | 2.5390 | 2.5671 | .0106 | 115,665 |
| **Natural Gas (NYM)**-10,000 MMBtu.; $ per MMBtu. | | | | | | | |
| Oct | 2.680 | 2.813 | | 2.647 | 2.796 | .134 | 234,085 |
| Nov | 3.083 | 3.196 | | 3.039 | 3.181 | .119 | 210,179 |
| Dec | 3.514 | 3.636 | | 3.479 | 3.613 | .108 | 76,137 |
| Jan'24 | 3.758 | 3.856 | | 3.706 | 3.831 | .082 | 93,709 |
| March | 3.371 | 3.446 | | 3.323 | 3.426 | .062 | 87,154 |
| April | 3.086 | 3.150 | | 3.046 | 3.135 | .055 | 75,650 |

### Agriculture Futures

| | Open | Contract High | hi lo | Contract Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Corn (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Sept | 469.00 | 474.75 | ▼ | 460.25 | 461.75 | –7.75 | 47,015 |
| Dec | 486.75 | 491.75 | | 479.50 | 480.75 | –6.00 | 682,661 |
| **Oats (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Sept | 491.25 | 496.25 | ▲ | 488.75 | 474.75 | –16.25 | 510 |
| Dec | 517.50 | 522.50 | ▲ | 500.00 | 500.25 | –16.50 | 3,312 |
| **Soybeans (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Sept | 1378.50 | 1391.75 | | 1366.75 | 1381.25 | –.75 | 7,837 |
| Nov | 1390.75 | 1401.00 | | 1380.50 | 1386.75 | –5.75 | 331,089 |
| **Soybean Meal (CBT)**-100 tons; $ per ton. | | | | | | | |
| Sept | 420.00 | 423.40 | | 411.80 | 423.00 | 3.70 | 9,549 |
| Dec | 412.20 | 414.90 | | 405.50 | 410.20 | –1.70 | 204,468 |
| **Soybean Oil (CBT)**-60,000 lbs.; cents per lb. | | | | | | | |
| Sept | 66.50 | 67.20 | | 65.35 | 65.54 | –1.02 | 8,284 |
| Dec | 63.33 | 64.04 | | 62.41 | 62.63 | –.70 | 199,431 |
| **Rough Rice (CBT)**-2,000 cwt.; $ per cwt. | | | | | | | |
| Sept | 16.46 | 16.83 | | 16.40 | 16.71 | .16 | 522 |
| Nov | 16.51 | 16.88 | | 16.48 | 16.69 | .01 | 9,077 |
| **Wheat (CBT)**-5,000 bu.; cents per bu. | | | | | | | |
| Sept | 572.75 | 579.50 | ▼ | 564.50 | 576.75 | 7.00 | 9,405 |
| Dec | 602.75 | 610.75 | ▼ | 599.50 | 607.00 | 6.50 | 211,442 |
| **Wheat (KC)**-5,000 bu.; cents per bu. | | | | | | | |
| Sept | 715.00 | 722.50 | ▼ | 706.25 | 719.25 | 4.75 | 3,202 |
| Dec | 729.50 | 733.50 | ▼ | 721.25 | 731.75 | 2.50 | 112,615 |
| **Cattle-Feeder (CME)**-50,000 lbs.; cents per lb. | | | | | | | |
| Aug | 250.525 | 250.525 | | 249.675 | 250.050 | –.650 | 3,782 |
| Oct | 256.350 | 256.550 | | 254.500 | 255.225 | –1.525 | 21,962 |
| **Cattle-Live (CME)**-40,000 lbs.; cents per lb. | | | | | | | |
| Aug | 180.500 | 180.650 | | 178.675 | 178.800 | –2.200 | 1,070 |
| Oct | 180.725 | 181.300 | | 179.750 | 180.050 | –1.425 | 128,309 |
| **Hogs-Lean (CME)**-40,000 lbs.; cents per lb. | | | | | | | |
| Oct | 80.075 | 83.825 | | 79.525 | 83.600 | 2.875 | 79,447 |
| Dec | 72.350 | 75.250 | | 71.550 | 75.200 | 2.275 | 61,007 |
| **Lumber (CME)**-27,500 bd. ft., $ per 1,000 bd. ft. | | | | | | | |
| Sept | 517.50 | 518.00 | | 510.00 | 510.00 | –5.00 | 2,411 |
| Nov | 514.50 | 514.50 | | 506.50 | 507.00 | –5.00 | 4,042 |
| **Milk (CME)**-200,000 lbs., cents per lb. | | | | | | | |
| Sept | 19.04 | 19.14 | | 18.71 | 18.87 | –.17 | 4,463 |
| Oct | 18.92 | 19.10 | | 18.74 | 18.95 | .03 | 4,045 |
| **Cocoa (ICE-US)**-10 metric tons; $ per ton. | | | | | | | |
| Sept | 3,576 | 3,576 | | 3,576 | 3,606 | 51 | 617 |
| Dec | 3,586 | 3,641 | ▲ | 3,556 | 3,639 | 51 | 153,555 |
| **Coffee (ICE-US)**-37,500 lbs.; cents per lb. | | | | | | | |
| Sept | 150.00 | 153.70 | | 150.00 | 153.35 | 2.00 | 998 |
| Dec | 153.50 | 155.95 | | 153.30 | 155.35 | 2.25 | 117,962 |
| **Sugar-World (ICE-US)**-112,000 lbs.; cents per lb. | | | | | | | |
| Oct | 25.39 | 25.90 | | 25.23 | 25.34 | –.11 | 360,299 |
| March'24 | 25.72 | 26.21 | ▲ | 25.58 | 25.68 | –.08 | 260,576 |
| **Sugar-Domestic (ICE-US)**-112,000 lbs.; cents per lb. | | | | | | | |
| Nov | | | | | 41.50 | ... | 1,456 |
| March'24 | | | | | 42.45 | .19 | 3,286 |
| **Cotton (ICE-US)**-50,000 lbs.; cents per lb. | | | | | | | |
| Oct | 87.84 | 88.30 | | 87.18 | 88.28 | 1.19 | 99 |
| Dec | 86.86 | 88.18 | | 86.86 | 87.88 | .99 | 125,262 |
| **Orange Juice (ICE-US)**-15,000 lbs.; cents per lb. | | | | | | | |
| Sept | 329.70 | 334.30 | | 327.05 | 334.30 | 10.00 | 455 |
| Nov | 321.50 | 329.20 | | 321.10 | 329.20 | 10.00 | 7,877 |

### Interest Rate Futures

| | Open | Contract High | hi lo | Contract Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Ultra Treasury Bonds (CBT)** - $100,000; pts 32nds of 100% | | | | | | | |
| Sept | 127-090 | 127-220 | | 126-180 | 127-130 | 3.0 | 54,906 |
| Dec | 128-270 | 129-060 | | 128-000 | 128-290 | 4.0 | 1,495,357 |
| **Treasury Bonds (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Sept | 121-050 | 121-190 | | 120-190 | 121-040 | 1.0 | 50,291 |
| Dec | 121-080 | 121-230 | | 120-230 | 121-080 | 1.0 | 1,289,070 |
| **Treasury Notes (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Sept | 110-110 | 110-195 | | 110-020 | 110-115 | 1.0 | 189,819 |
| Dec | 110-265 | 111-035 | | 110-180 | 110-270 | 1.0 | 4,635,414 |
| **5 Yr. Treasury Notes (CBT)**-$100,000; pts 32nds of 100% | | | | | | | |
| Sept | 106-082 | 106-147 | | 106-027 | 106-092 | 1.2 | 214,929 |
| Dec | 106-247 | 106-317 | | 106-190 | 106-257 | 1.2 | 5,166,808 |
| **2 Yr. Treasury Notes (CBT)**-$200,000; pts 32nds of 100% | | | | | | | |
| Sept | 101-129 | 101-144 | | 101-111 | 101-141 | .9 | 166,325 |
| Dec | 101-269 | 101-306 | | 101-246 | 101-280 | .6 | 3,591,846 |
| **30 Day Federal Funds (CBT)**-$5,000,000; 100 - daily avg. | | | | | | | |
| Aug | 94.6700 | 94.6725 | | 94.6700 | 94.6700 | .0000 | 378,093 |
| Oct | 94.6400 | 94.6500 | | 94.6350 | 94.6450 | .0100 | 423,150 |
| **Three-Month SOFR (CME)**-$1,000,000; 100 - daily avg. | | | | | | | |
| June | 94.7625 | 94.7625 | | 94.7600 | 94.7625 | .0000 | 1,121,322 |
| Dec | 94.5650 | 94.6000 | | 94.5500 | 94.5750 | .0100 | 1,289,645 |

### Currency Futures

| | Open | Contract High | hi lo | Contract Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Japanese Yen (CME)**-¥12,500,000; $ per 100¥ | | | | | | | |
| Sept | .6875 | .6891 | | .6845 | .6862 | –.0017 | 239,248 |
| Dec | .6978 | .6992 | | .6946 | .6963 | –.0017 | 5,616 |
| **Canadian Dollar (CME)**-CAD 100,000; $ per CAD | | | | | | | |
| Sept | .7380 | .7402 | | .7368 | .7392 | .0019 | 170,353 |
| Dec | .7388 | .7411 | | .7378 | .7402 | .0018 | 5,868 |
| **British Pound (CME)**-£62,500; $ per £ | | | | | | | |
| Sept | 1.2645 | 1.2748 | | 1.2620 | 1.2718 | .0084 | 213,069 |
| Dec | 1.2640 | 1.2745 | | 1.2621 | 1.2717 | .0083 | 13,733 |
| **Swiss Franc (CME)**-CHF 125,000; $ per CHF | | | | | | | |
| Sept | 1.1406 | 1.1459 | | 1.1382 | 1.1408 | .0003 | 42,046 |
| Dec | 1.1513 | 1.1570 | | 1.1494 | 1.1520 | .0002 | 894 |
| **Australian Dollar (CME)**-AUD 100,000; $ per AUD | | | | | | | |
| Sept | .6484 | .6527 | | .6453 | .6486 | .0006 | 219,102 |
| Dec | .6507 | .6547 | | .6478 | .6508 | .0007 | 3,872 |
| **Mexican Peso (CME)**-MXN 500,000; $ per MXN | | | | | | | |
| Sept | .05935 | .05960 | | .05933 | .05955 | .00019 | 233,567 |
| Dec | .05838 | .05861 | | .05837 | .05858 | .00019 | 5,188 |
| **Euro (CME)**-€125,000; $ per € | | | | | | | |
| Sept | 1.0889 | 1.0956 | | 1.0865 | 1.0934 | .0051 | 722,816 |
| Dec | 1.0938 | 1.1003 | | 1.0914 | 1.0981 | .0051 | 13,614 |

### Index Futures

| | Open | Contract High | hi lo | Contract Low | Settle | Chg | Open interest |
|---|---|---|---|---|---|---|---|
| **Mini DJ Industrial Average (CBT)**-$5 x index | | | | | | | |
| Sept | 34900 | 35090 | | 34849 | 34956 | 69 | 94,690 |
| Dec | 35216 | 35417 | | 35178 | 35283 | 73 | 2,212 |
| **Mini S&P 500 (CME)**-$50 x index | | | | | | | |
| Sept | 4508.75 | 4530.75 | | 4496.25 | 4524.25 | 17.50 | 2,220,519 |
| Dec | 4558.00 | 4580.25 | | 4546.25 | 4574.00 | 17.50 | 39,947 |
| **Mini S&P Midcap 400 (CME)**-$100 x index | | | | | | | |
| Sept | 2644.50 | 2658.60 | | 2637.40 | 2649.10 | 5.80 | 38,160 |
| Dec | | | | | 2668.00 | 6.10 | 1 |
| **Mini Nasdaq 100 (CME)**-$20 x index | | | | | | | |
| Sept | 15427.50 | 15522.75 | | 15361.50 | 15501.25 | 85.50 | 254,162 |
| Dec | 15615.00 | 15716.75 | | 15555.00 | 15695.50 | 87.00 | 11,111 |
| **Mini Russell 2000 (CME)**-$50 x index | | | | | | | |
| Sept | 1898.90 | 1912.80 | | 1889.60 | 1906.60 | 7.80 | 506,557 |
| Dec | 1917.70 | 1931.80 | | 1909.00 | 1925.90 | 7.80 | 3,639 |
| March'24 | 1938.00 | 1948.40 | | 1933.80 | 1944.80 | 7.90 | 40 |
| **Mini Russell 1000 (CME)**-$50 x index | | | | | | | |
| Sept | 2469.60 | 2481.40 | | 2466.10 | 2478.40 | 10.20 | 8,187 |
| **U.S. Dollar Index (ICE-US)**-$1,000 x index | | | | | | | |
| Sept | 103.48 | 103.64 | | 102.86 | 103.09 | –.38 | 34,743 |
| Dec | 103.13 | 103.27 | | 102.55 | 102.76 | –.38 | 1,975 |

Source: FactSet

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## NOTICE OF SALE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: 225 BOWERY LLC,[1] Debtor. | Chapter 11, Case No. 23-10094 (TMH) **Docket Ref. No. 279** |

**NOTICE OF AUCTION AND SALE HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On January 24, 2023, the above-captioned debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under chapter 11, of Title 11, of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

2. On August 28, 2023, the Bankruptcy Court entered the *Order (I) Approving Certain Bidding Procedures, (II) Scheduling an Auction and a Hearing on the Approval of the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens Claims, Interests, and Encumbrances, (III) Establishing Certain Assumption and Assignment Procedures, (IV) Approving the Form and Manner of Notice of the Foregoing, and (V) Granting Related Relief* [Docket No. 279] (the "**Bidding Procedures Order**"), which, among other things, (a) approved bidding procedures (the "**Bidding Procedures**")[2] with respect to the sale (the "**Sale**") of substantially all of the assets of the Debtor, free and clear of all liens, claims, interests, and encumbrances, including real property of the Debtor and a hotel thereon located thereon at the location commonly known as 225 Bowery, New York, New York (the "**Assets**") and approved the form and manner of notice thereof; (b) subject to the Bankruptcy Court's entry of a Stalking Horse Approval Order, authorized, but not directed, the Debtor to designate a Stalking Horse Bidder in accordance with the Bidding Procedures; (c) subject to the Bankruptcy Court's entry of an order, authorized and approved the Debtor's entry into and performance under an asset purchase agreement consistent with the Bidding Procedures; (d) scheduled an auction (the "**Auction**"), if necessary, and a sale hearing (the "**Sale Hearing**") in connection with the Sale; (f) established procedures for the assumption and assignment of executory contracts and unexpired leases and approved the form and manner of notice thereof; and (g) granted related relief.

3. Pursuant to the Bidding Procedures Order, if at least two Qualified Bids are received by the Bid Deadline with regard to the Assets, and provided that the Debtor has determined, in its sole and absolute discretion, in consultation with the Consultation Parties, to proceed with the sale process, the Debtor will conduct the Auction with respect to such Assets. **The Auction shall be held on November 14, 2023, starting at 10:00 a.m. (prevailing Eastern Time)** (or as soon as reasonably practicable thereafter), as may be postponed or modified by the Debtor. In the event the Auction is rescheduled or the location of the Auction changes, the Debtor shall file a notice with the Court at least twenty-four (24) hours in advance of the start time of the Auction to indicate any such change. Professionals and principals for the Debtor, each Qualified Bidder (including, its representative(s), if any), each of the Consultation Parties (including their professionals), the U.S. Trustee, and any other parties the Debtors deem appropriate shall be permitted to attend and observe the Auction. Creditors of the Debtor may attend the Auction, provided that they provide the Debtor's counsel at least two business days advance notice.

4. Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures, by no later than the **Bid Deadline** of **November 7, 2023, at 10:00 a.m. (prevailing Eastern Time)** are eligible to participate in the Auction.

5. The **Sale Hearing** to consider approval of the Sale of the Assets to the Successful Bidder or Next-Highest Bidder, **free and clear of all liens, claims and, encumbrances**, will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **November 28, 2023, at 2:00 p.m. (prevailing Eastern Time)**. Such hearing may be adjourned by the Debtor from time to time without further notice to creditors or other parties in interest other than by announcement of said adjournment at the Sale Hearing or in a notice or agenda filed with the Bankruptcy Court.

6. **Objections to approval of the Sale of the Assets** other than objections related solely to the conduct of the Auction, identity of the Successful Bidder or the Next-Highest Bidder, and adequate assurance of future performance by the Successful Bidder or the Next-Highest Bidder, which objections are subject to separate deadlines, must be in writing, state the basis of such objection with specificity, and be filed with this Court and served on or before **4:00 p.m. (prevailing Eastern Time) on October 18, 2023 (prevailing Eastern Time)** on the following parties (collectively, the "**Notice Parties**"):

(a) counsel to the Debtor, (a) Alston & Bird LLP (Attn: Gerard S. Catalanello (Gerard.Catalanello@alston.com), Dylan S. Cassidy (Dylan.Cassidy@alston.com), and (c) Kimberly Schiffman (Kimberly.Schiffman@alston.com)), and (b) Young Conaway Stargatt & Taylor, LLP (Attn: Ryan. M. Bartley (rbartley@ycst.com), and Andrew A. Mark (amark@ycst.com));

(b) the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn.: Joseph Cudia, Esq. (Joseph.Cudia@usdoj.gov));

(c) counsel to the Prepetition Secured Party, McDermott Will & Emery (Attn: Marcus Helt (mhelt@mwe.com) and Maris Kandestin (mkandestin@mwe.com)).

7. **Objections related solely to conduct at the Auction, the identity of the Successful Bidder or the Next-Highest Bidder, and adequate assurance of future performance by the Successful Bidder or the Next-Highest Bidder** must be in writing, state the basis of such objection with specificity, and be filed with this Court and served so as to be received by the Notice Parties on or before **4:00 p.m. (prevailing Eastern Time) on November 21, 2023**.

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

8. This Sale Notice is subject in all respects to the terms and conditions set forth in the Bidding Procedures and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict. The Debtor encourages all parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale of the Assets and/or copies of any related documents, including the Bidding Procedures and the Bidding Procedures Order, may make a written request to the Debtor's counsel, Alston & Bird LLP (Attn: Gerard S. Catalanello (Gerard.Catalanello@alston.com), Dylan S. Cassidy (Dylan.Cassidy@alston.com), and Kimberly Schiffman (Kimberly.Schiffman@alston.com)). In addition, copies of the Bidding Procedures, the Bidding Procedures Order, and this Sale Notice are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 North Market Street, Wilmington, Delaware 19801 and are available on PACER (pacer.uscourts.gov).

Dated: August 29, 2023, Wilmington, Delaware, **YOUNG CONAWAY STARGATT & TAYLOR, LLP,** */s/ Andrew A. Mark*, Michael R. Nestor (No. 3526), Ryan M. Bartley (No. 4985), Andrew A. Mark (No. 6861), 1000 North King Street, Rodney Square, Wilmington, Delaware 19801, Tel.: (302) 571-6600, Facsimile: (302) 571-1253, Email: mnestor@ycst.com, rbartley@ycst.com, amark@ycst.com -*and*- **ALSTON & BIRD LLP,** Gerard S. Catalanello (admitted *pro hac vice*), James J. Vincequerra (admitted *pro hac vice*), Dylan S. Cassidy (admitted *pro hac vice*), Kimberly J. Schiffman (admitted *pro hac vice*), 90 Park Avenue, New York, NY 10016, Telephone: (212) 210-9400, Email: Gerard.Catalanello@alston.com, James.Vincequerra@alston.com, Dylan.Cassidy@alston.com, Kimberly.Schiffman@alston.com, *Counsel for the Debtor and Debtor in Possession*

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number is 225 Bowery LLC (1333). The location of the Debtor's service address is: 187 Chrystie Street, New York, NY, 10002.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures.

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Lordstown Motors Corp., *et al.*,[1] Debtors. | Chapter 11 Case No. 23-10831 (MFW) (Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM, INCLUDING CLAIMS ARISING UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, AGAINST DEBTORS**

**GENERAL BAR DATE IS OCTOBER 10, 2023 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

TO: ALL HOLDERS OF POTENTIAL CLAIMS AGAINST THE DEBTORS LISTED BELOW: **DEBTOR, CASE NO.:** Lordstown Motors Corp., 23-10831 (MFW); Lordstown EV Corporation, 23-10832 (MFW); Lordstown EV Sales LLC, 23-10833 (MFW)

Please take notice that on June 27, 2023 (the "**Petition Date**"), Lordstown Motors Corp., Lordstown EV Corporation, and Lordstown EV Sales LLC, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), each commenced in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**").

On August 24, 2023, the Court entered an order [Docket No. 319] (the "**Bar Date Order**")[2] establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Cases.

To the extent required by the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code), including claims arising under section 503(b)(9) of the Bankruptcy Code,[3] against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **5:00 p.m. (prevailing Eastern Time)** on **October 10, 2023** (the "**General Bar Date**"), by sending an original proof of claim form to Kurtzman Carson Consultants LLC ("**KCC**"), the Debtors' claims and noticing agent, by (i) filing such Proof of Claim electronically through KCC's website at *https://www.kccllc.net/lordstown* under the link entitled "Submit Electronic Proof of Claim"; (ii) mailing the original Proof of Claim by regular mail to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (iii) delivering such original Proof of Claim by overnight mail or messenger to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245, so that it is **actually received** on or before 5:00 p.m. (prevailing Eastern Time) on the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim against the Debtors is **December 26, 2023 at 5:00 p.m. (prevailing Eastern Time)** (the "**Governmental Bar Date**"). All persons or entities holding claims arising from the Debtors' rejection of executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code are required to file Proofs of Claim by the date that is **the later of (a) the General Bar Date or the Governmental Bar Date**, as applicable, and **(b) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the service of an order of the Court authorizing the Debtors' rejection of the executory contract or unexpired lease giving rise to the applicable rejection damages claim (the "Rejection Bar Date")**. All entities holding claims affected by an amendment or supplement of the Debtors' Schedules must file Proofs of Claim **by the later of (a) the General Bar Date or the Governmental Bar Date**, as applicable, and **(b) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the service of the notice of the applicable amendment or supplement to the Schedules** (the "**Amended Schedule Bar Date**").

Any person or entity holding an equity security or other ownership interest in the Debtors (an "**Interest Holder**") is not required to file a proof of interest on or before the applicable Bar Date on account of such equity or ownership interest; *provided*, *however*, that an Interest Holder (or any other person or entity) that wishes to assert claims against the Debtors, including, but not limited to, claims that arise out of or relate to the ownership or purchase of an equity security or other ownership interest, including, but not limited to, a claim for damages or rescission based on the purchase or sale of such equity security or other ownership interest, must file a Proof of Claim on or before the applicable Bar Date; *provided*, *further*, that an Interest Holder (or any other person or entity) that is included in, or represented by, a purported class action, class suit, or similar representative action filed, or that may be filed, against the Debtors, and/or any Proof of Claim in respect of a Representative Action, must properly file timely an individual Proof of Claim on or before the applicable Bar Date. The Debtors' rights are reserved to seek relief at a later date establishing a deadline for Interest Holders to file proofs of interest.

For the avoidance of any doubt, except to the extent otherwise set forth in the Bar Date Order, each person or entity that holds or seeks to assert a claim against any of the Debtors **must properly and timely file a Proof of Claim by the applicable Bar Date even if the Claimant is, or may be included in, or represented by, a purported class action, class suit, or similar representative action filed, or that may be filed, against the Debtors**.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL, WITH RESPECT TO SUCH CLAIM, NOT BE TREATED AS A CREDITOR OF THE DEBTORS AND WILL NOT BE PERMITTED TO VOTE UPON, OR RECEIVE DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES, ABSENT FURTHER ORDER OF THE COURT.

Proofs of Claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through KCC's website. Proofs of Claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

Proof of Claim Forms and a copy of the Bar Date Order may be obtained by visiting KCC's website at *https://www.kccllc.net/lordstown* or by contacting KCC through (i) regular mail to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (iii) delivering such original Proof of Claim by overnight mail or messenger to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. KCC cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to KCC, at (877) 709-4757 (toll-free in the U.S.) or (424) 236-7235 (for parties outside the U.S.), or email at www.kccllc.net/lordstown/inquiry. Please note that neither KCC's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Bar Date Order. A copy of the Bar Date Order is available online free of charge at *https://www.kccllc.net/lordstown*.

[3] A claim arising under section 503(b)(9) of the Bankruptcy Code is a claim arising from the value of goods received by the Debtors within twenty (20) days before the Petition Date, provided that the goods were sold to the Debtors in the ordinary course of business.

## PUBLIC NOTICES

**This notice is not an offer to purchase or a solicitation of an offer to sell Equity Shares.**

# PIRAMAL ENTERPRISES LIMITED

**Corporate Identity Number ("CIN"):** L24110MH1947PLC005719
**Registered Office:** Piramal Ananta, Agastya Corporate Park, Opposite Fire Brigade, Kamani Junction, LBS Marg, Kurla (West), Mumbai 400070
**Tel. No.:** +91 22 3802 3000/4000 | **Fax No.:** +91 22 3802 3884
**E-mail:** complianceofficer.pel@piramal.com | **Website:** www.piramal.com
**Company Secretary:** Mr. Bipin Singh

**Piramal Enterprises Limited – Buy-back of Equity Shares**

Piramal Enterprises Limited (the "**Company**") had on July 28, 2023, announced an offer to buy-back up to 14,000,000 (Fourteen Million) fully paid-up equity shares of face value of INR 2 each ("**Equity Shares**") of the Company at a price of INR 1,250 per Equity Share on a proportionate basis through a tender offer from the shareholders of the Company (the "**Buyback**"). The Buyback will open on Thursday, August 31, 2023 and will close on Wednesday, September 6, 2023. The Letter of Offer and Tender Form for Buyback was dispatched to all the Eligible Shareholders through electronic means who had their e-mail ids registered with the Company/Depositories and were holding Equity Shares as on the Record Date i.e., Friday, August 25, 2023. However, in case the Company receives a request from any Eligible Shareholders for a physical copy of the Letter of Offer/Tender Form, the Company shall dispatch the same by registered post / speed post/ courier. The letter of offer is available on the website of the Company at https://www.piramal.com/investor/piramal-enterprises-limited/shareholder-information/buyback-2023/, the Securities and Exchange Board of India at www.sebi.gov.in and on the websites of the Indian stock exchanges where the shares of the Company are listed at www.bseindia.com and www.nseindia.com, the website of the Registrar to the Buyback at www.linkintime.co.in and the manager to the Buyback at www.jmfl.com.

**Date:** August 31, 2023

For **Piramal Enterprises Limited**
**Mr. Bipin Singh, Company Secretary**

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit:
wsj.com/classifieds

© 2023 Dow Jones & Company, Inc. All Rights Reserved.

## Cash Prices | wsj.com/market-data/commodities

Wednesday, August 30, 2023

These prices reflect buying and selling of a variety of actual or "physical" commodities in the marketplace—separate from the futures price on an exchange, which reflects what the commodity might be worth in future months.

| | Wednesday |
|---|---|
| **Energy** | |
| Coal,C.Aplc.,12500Btu,1.2SO2-r,w | 70.000 |
| Coal,PwdrRvrBsn,8800Btu,0.8SO2-r,w | 14.300 |
| **Metals** | |
| **Gold, per troy oz** | |
| Engelhard industrial | 1944.00 |
| Handy & Harman base | 1947.55 |
| Handy & Harman fabricated | 2161.78 |
| LBMA Gold Price AM | *1923.50 |
| LBMA Gold Price PM | *1930.00 |
| Krugerrand,wholesale-e | 2036.18 |
| Maple Leaf-e | 2084.90 |
| American Eagle-e | 2084.90 |
| Mexican peso-e | 2513.76 |
| Austria crown-e | 1912.92 |
| Austria phil-e | 2045.93 |
| **Silver, troy oz.** | |
| Engelhard industrial | 24.9000 |
| Handy & Harman base | 24.6800 |
| Handy & Harman fabricated | 30.8500 |
| LBMA spot price | *£19.2400 |
| (U.S.$ equivalent) | *24.2200 |
| Coins,wholesale $1,000 face-a | 20848 |
| **Other metals** | |
| LBMA Platinum Price PM | *979.0 |
| Platinum,Engelhard industrial | 988.0 |
| Palladium,Engelhard industrial | 1250.0 |
| Aluminum, LME, $ per metric ton | *2116.5 |
| Copper,Comex spot | 3.7850 |
| Iron Ore, 62% Fe CFR China-s | n.a. |
| Shredded Scrap, US Midwest-s,m | n.a. |
| Steel, HRC USA, FOB Midwest Mill-s | n.a. |
| **Battery/EV metals** | |
| BMI Lithium Carbonate, EXW China, =99.2%-v,w | 30550 |
| BMI Lithium Hydroxide, EXW China, =56.5%-v,w | 28075 |
| BMI Cobalt sulphate, EXW China, >20.5%-v,m | 6090 |
| BMI Nickel Sulphate, EXW China, >22%-v,m | 4638 |
| BMI Flake Graphite, FOB China, -100 Mesh, 94-95%-v,m | 620 |
| **Fibers and Textiles** | |
| Burlap,10-oz,40-inch NY yd-n,w | 0.7150 |
| Cotton,1 1/16 std lw-mdMphs-u | 0.8578 |
| Cotlook 'A' Index-t | *96.95 |
| Hides,hvy native steers piece fob-u | n.a. |
| Wool,64s,staple,Terr del-u,w | n.a. |
| **Grains and Feeds** | |
| Barley,top-quality Mnpls-u | n.a. |
| Bran,wheat middlings, KC-u,w | 148 |
| Corn,No. 2 yellow,Cent IL-bp,u | 4.7000 |
| Corn gluten feed,Midwest-u,w | 155.2 |
| Corn gluten meal,Midwest-u,w | 551.2 |
| Cottonseed meal-u,w | 350 |
| Hominy feed,Cent IL-u,w | 145 |
| Meat-bonemeal,50% pro Mnpls-u,w | 438 |
| Oats,No.2 milling,Mnpls-u | 4.6025 |
| Rice, Long Grain Milled, No. 2 AR-u,w | 37.25 |
| Sorghum,(Milo) No.2 Gulf-u | n.a. |
| SoybeanMeal,Cent IL,rail,ton48%-u,w | 436.65 |
| Soybeans,No.1 yllw IL-bp,u | 14.0200 |
| Wheat,Spring14%-pro Mnpls-u | 8.6875 |
| Wheat,No.2 soft red,St.Louis-u | 5.2938 |
| Wheat - Hard - KC (USDA) $ per bu-u | 7.5925 |
| Wheat,No.1soft white,Portld,OR-u | 6.8750 |
| **Food** | |
| Beef,carcass equiv. index | |
| choice 1-3,600-900 lbs.-u | 289.64 |
| select 1-3,600-900 lbs.-u | 264.61 |
| Broilers, National comp wtd. avg.-u,w | 1.1485 |
| Butter,AA Chicago-d | 2.6200 |
| Cheddar cheese,bbl,Chicago-d | 186.00 |
| Cheddar cheese,blk,Chicago-d | 199.25 |
| Milk,Nonfat dry,Chicago lb.-d | 109.25 |
| Coffee,Brazilian,Comp-y | 1.5138 |
| Coffee,Colombian, NY-y | 1.8432 |
| Eggs,large white,Chicago-u | 1.4850 |
| Flour,hard winter KC-p | 18.25 |
| Hams,17-20 lbs,Mid-US fob-u | n.a. |
| Hogs,Iowa-So. Minnesota-u | 86.33 |
| Pork bellies,12-14 lb MidUS-u | n.a. |
| Pork loins,13-19 lb MidUS-u | n.a. |
| Steers,Tex.-Okla. Choice-u | n.a. |
| Steers,feeder,Okla. City-u,w | 279.25 |
| **Fats and Oils** | |
| Degummed corn oil, crude wtd. avg.-u,w | n.a. |
| Grease,choice white,Chicago-h | 0.6600 |
| Lard,Chicago-u | n.a. |
| Soybean oil,crude;Cent IL-u,w | 0.7058 |
| Tallow,bleach;Chicago-h | 0.6950 |
| Tallow,edible,Chicago-u | n.a. |

KEY TO CODES: A=ask; B=bid; BP=country elevator bids to producers; C=corrected; D=CME; E=Manfra,Tordella & Brookes; H=American Commodities Brokerage Co; K=bi-weekly; M=Monthly; N=nominal; n.a.=not quoted or not available; P=Sosland Publishing; R=SNL Energy; S=Platts-TSI; T=Cotlook Limited; U=USDA; V=Benchmark Mineral Intelligence; W=weekly; Y=International Coffee Organization; Z=not quoted. *Data as of 8/29

Source: Dow Jones Market Data

## Borrowing Benchmarks | wsj.com/market-data/bonds/benchmarks

### Money Rates

August 30, 2023

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

**Inflation**

| | July index level | Chg From (%) June '23 | July '22 |
|---|---|---|---|
| **U.S. consumer price index** | | | |
| All items | 305.691 | 0.19 | 3.2 |
| Core | 309.402 | 0.16 | 4.7 |

**International rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Prime rates** | | | | |
| U.S. | 8.50 | 8.50 | 8.50 | 5.50 |
| Canada | 7.20 | 7.20 | 7.20 | 4.70 |
| Japan | 1.475 | 1.475 | 1.475 | 1.475 |
| **Policy Rates** | | | | |
| Euro zone | 4.25 | 4.25 | 4.25 | 0.50 |
| Switzerland | 2.25 | 2.25 | 2.25 | 0.25 |
| Britain | 5.25 | 5.25 | 5.25 | 1.75 |
| Australia | 4.10 | 4.10 | 4.10 | 1.85 |
| **Overnight repurchase** | | | | |
| U.S. | 5.32 | 5.30 | 5.35 | 2.25 |

**U.S. government rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Discount** | 5.50 | 5.50 | 5.50 | 2.50 |
| **Federal funds** | | | | |
| Effective rate | 5.3400 | 5.3400 | 5.3400 | 2.3300 |
| High | 5.6500 | 5.6500 | 5.6500 | 2.4500 |
| Low | 5.3100 | 5.3100 | 5.3100 | 2.3000 |
| Bid | 5.3300 | 5.3300 | 5.3300 | 2.3000 |
| Offer | 5.3500 | 5.3600 | 5.3700 | 2.3200 |
| **Treasury bill auction** | | | | |
| 4 weeks | 5.285 | 5.280 | 5.840 | 2.310 |
| 13 weeks | 5.340 | 5.300 | 5.340 | 2.880 |
| 26 weeks | 5.350 | 5.295 | 5.350 | 3.235 |

**Secondary market**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Fannie Mae** 30-year mortgage yields | | | | |
| 30 days | 6.573 | 6.830 | 6.881 | 5.212 |
| 60 days | 6.593 | 6.858 | 6.988 | 5.250 |

**Other short-term rates**

| | Latest | Week ago | 52-Week high | 52-Week low |
|---|---|---|---|---|
| **Call money** | 7.25 | 7.25 | 7.25 | 4.25 |
| **Commercial paper (AA financial)** | | | | |
| 90 days | n.a. | n.a. | 5.54 | 2.64 |
| **Secured Overnight Financing Rate** | 5.30 | 5.30 | 5.31 | 2.25 |

| **DTCC GCF Repo Index** | Latest | Value Traded | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| Treasury | 5.338 | 21.416 | 5.365 | 2.221 |
| MBS | 5.385 | 56.650 | 5.407 | 2.319 |

**Notes on data:**

**U.S. prime rate** is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective July 27, 2023. **Other prime rates** aren't directly comparable; lending practices vary widely by location; **Discount rate** is effective July 27, 2023. **Secured Overnight Financing Rate** is as of August 29, 2023. **DTCC GCF Repo Index** is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. **Federal-funds rates** are Tullett Prebon rates as of 5:30 p.m. ET.

Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; FactSet; Tullett Prebon Information, Ltd.

## Exchange-Traded Portfolios | WSJ.com/ETFresearch

Largest 100 exchange-traded funds, latest session

Wednesday, August 30, 2023

| ETF | Symbol | Closing Price | Chg (%) | YTD (%) |
|---|---|---|---|---|
| CnsmrDiscSelSector | XLY | 170.18 | 0.43 | 31.8 |
| CnsStapleSelSector | XLP | 73.13 | 0.16 | –1.9 |
| DimenUSCoreEq2 | DFAC | 27.60 | 0.36 | 13.7 |
| EnSelSectorSPDR | XLE | 88.86 | 0.50 | 1.6 |
| FinSelSectorSPDR | XLF | 34.51 | 0.06 | 0.9 |
| HealthCareSelSect | XLV | 134.82 | –0.07 | –0.8 |
| IndSelSectorSPDR | XLI | 108.72 | 0.45 | 10.7 |
| InvscQQQI | QQQ | 376.86 | 0.56 | 41.5 |
| InvscS&P500EW | RSP | 150.45 | 0.31 | 6.5 |
| iShCoreDivGrowth | DGRO | 52.16 | 0.15 | 4.3 |
| iShCoreMSCIEAFE | IEFA | 67.15 | –0.03 | 8.9 |
| iShCoreMSCIEM | IEMG | 49.65 | –0.32 | 6.3 |
| iShCoreMSCITotInt | IXUS | 62.53 | –0.11 | 8.0 |
| iShCoreS&P500 | IVV | 453.49 | 0.44 | 18.0 |
| iShCoreS&P MC | IJH | 264.36 | 0.25 | 9.3 |
| iShCoreS&P SC | IJR | 100.91 | 0.44 | 6.6 |
| iShCoreS&PTotUS | ITOT | 99.49 | 0.41 | 17.3 |
| iShCoreTotalUSDBd | IUSB | 44.86 | ... | –0.2 |
| iShCoreUSAggBd | AGG | 96.66 | –0.04 | –0.3 |
| iShEdgeMSCIMinUSA | USMV | 75.31 | 0.13 | 4.5 |
| iShEdgeMSCIUSAQual | QUAL | 139.33 | 0.30 | 22.3 |
| iShGoldTr | IAU | 36.81 | 0.30 | 6.4 |
| iShiBoxx$HYCpBd | HYG | 75.33 | –0.04 | 2.3 |
| iShiBoxx$IGCpBd | LQD | 105.98 | –0.14 | 0.5 |
| iShJPMUSDEmBd | EMB | 85.80 | –0.27 | 1.4 |
| iShMBS | MBB | 91.74 | –0.07 | –1.1 |
| iShMSCIACWI | ACWI | 96.80 | 0.25 | 14.0 |
| iShMSCI EAFE | EFA | 71.81 | –0.06 | 9.4 |
| iSh MSCI EM | EEM | 39.66 | –0.33 | 4.6 |
| iShMSCIEAFEValue | EFV | 49.55 | –0.08 | 8.0 |
| iShNatlMuniBd | MUB | 105.34 | –0.02 | –0.2 |
| iSh1-5YIGCorpBd | IGSB | 50.17 | –0.02 | 0.7 |
| iSh1-3YTreaBd | SHY | 81.16 | ... | –0.0 |
| iShRussMC | IWR | 73.40 | 0.47 | 8.8 |
| iShRuss1000 | IWB | 248.03 | 0.46 | 17.8 |
| iShRuss1000Grw | IWF | 281.57 | 0.65 | 31.4 |
| iShRuss1000Val | IWD | 159.57 | 0.26 | 5.2 |
| iShRussell2000 | IWM | 188.94 | 0.38 | 8.4 |
| iShS&P500Grw | IVW | 72.28 | 0.57 | 23.6 |
| iShS&P500Value | IVE | 162.34 | 0.18 | 11.9 |
| iShSelectDiv | DVY | 113.58 | –0.13 | –5.8 |
| iSh7-10YTreaBd | IEF | 94.61 | –0.01 | –1.2 |
| iShShortTreaBd | SHV | 110.44 | 0.01 | 0.5 |
| iShTIPSBondETF | TIP | 105.85 | –0.15 | –0.6 |
| iSh20+YTreaBd | TLT | 96.21 | –0.10 | –3.4 |
| iShUSTreasuryBd | GOVT | 22.55 | –0.02 | –0.7 |
| JPMEquityPrem | JEPI | 55.73 | 0.27 | 2.3 |
| JPM UltShIncm | JPST | 50.23 | 0.02 | 0.2 |
| ProShUltPrQQQ | TQQQ | 42.06 | 1.67 | 143.1 |
| SPDRBbg1-3MTB | BIL | 91.80 | 0.02 | 0.4 |
| SPDR DJIA Tr | DIA | 349.40 | 0.22 | 5.5 |
| SPDR Gold | GLD | 180.32 | 0.25 | 6.3 |
| SPDRPtfDevxUS | SPDW | 32.33 | –0.06 | 8.9 |
| SPDRS&P500Value | SPYV | 43.51 | 0.18 | 11.9 |
| SPDRPtfS&P500 | SPLG | 53.06 | 0.42 | 18.0 |
| SPDRS&P500Growth | SPYG | 62.60 | 0.59 | 23.5 |
| SPDR S&P 500 | SPY | 451.01 | 0.41 | 17.9 |
| SchwabIntEquity | SCHF | 35.38 | –0.03 | 9.8 |
| SchwabUS BrdMkt | SCHB | 52.60 | 0.50 | 17.4 |
| SchwabUS Div | SCHD | 74.59 | 0.17 | –1.3 |
| SchwabUS LC | SCHX | 53.31 | 0.40 | 18.1 |
| SchwabUS LC Grw | SCHG | 76.75 | 0.63 | 38.1 |
| SchwabUS SC | SCHA | 44.26 | 0.41 | 9.3 |
| SPDR S&PMdCpTr | MDY | 483.23 | 0.17 | 9.1 |
| SPDR S&P Div | SDY | 122.66 | 0.11 | –2.0 |
| TechSelectSector | XLK | 174.81 | 0.76 | 40.5 |
| UtilitiesSelSector | XLU | 63.57 | –0.45 | –9.8 |
| VangdInfoTech | VGT | 442.66 | 0.82 | 38.6 |
| VangdSC Val | VBR | 168.60 | 0.27 | 6.2 |
| VangdExtMkt | VXF | 150.85 | 0.57 | 13.5 |
| VangdSC Grwth | VBK | 229.35 | 0.65 | 14.4 |
| VangdDivApp | VIG | 163.77 | 0.28 | 7.8 |
| VangdFTSEAWxUS | VEU | 54.32 | –0.09 | 8.3 |
| VangdFTSEDevMk | VEA | 45.90 | –0.02 | 9.4 |
| VangdFTSE EM | VWO | 41.02 | –0.36 | 5.2 |
| VangdFTSE Europe | VGK | 61.47 | –0.05 | 10.9 |
| VangdGrowth | VUG | 288.88 | 0.65 | 35.6 |
| VangdHlthCr | VHT | 247.06 | 0.05 | –0.4 |
| VangdHiDiv | VYM | 107.90 | 0.12 | –0.3 |
| VangdIntermBd | BIV | 74.27 | –0.04 | –0.1 |
| VangdIntrCorpBd | VCIT | 78.18 | –0.06 | 0.9 |
| VangdIntermTrea | VGIT | 58.13 | –0.03 | –0.6 |
| VangdLC | VV | 206.31 | 0.42 | 18.4 |
| VangdMC | VO | 220.43 | 0.46 | 8.2 |
| VangdMC Val | VOE | 138.58 | 0.14 | 2.5 |
| VangdMBS | VMBS | 45.21 | –0.11 | –0.7 |
| VangdRealEst | VNQ | 82.99 | 0.36 | 0.6 |
| VangdS&P500ETF | VOO | 414.36 | 0.42 | 17.9 |
| VangdST Bond | BSV | 75.56 | –0.01 | 0.4 |
| VangdSTCpBd | VCSH | 75.68 | –0.03 | 0.7 |
| VangdShortTrea | VGSH | 57.76 | 0.02 | –0.1 |
| VangdSC | VB | 201.05 | 0.47 | 9.5 |
| VangdTaxExemptBd | VTEB | 49.36 | –0.10 | –0.3 |
| VangdTotalBd | BND | 71.63 | –0.04 | –0.3 |
| VangdTotIntlBd | BNDX | 48.53 | –0.16 | 2.3 |
| VangdTotIntlStk | VXUS | 56.02 | –0.04 | 8.3 |
| VangdTotalStk | VTI | 224.18 | 0.44 | 17.3 |
| VangdTotWrldStk | VT | 97.98 | 0.25 | 13.7 |
| VangdValue | VTV | 144.11 | 0.14 | 2.7 |
| WisdTrFRTrea | USFR | 50.31 | 0.02 | 0.1 |

# Exhibit B



## CRAIN COMMUNICATIONS INC

1155 Gratiot Avenue· Detroit, MI 48207-2913
Telephone (313) 446-6000

## AFFIDAVIT OF PUBLICATION

### LORDSTOWN BD

STATE OF MICHIGAN   }

COUNTY OF WAYNE   }

Angela Schutte, Automotive News Classified Manager, being duly

sworn, deposes and says that the attached advertisement was published in Automotive News on the following:

Date: 9-11-23     Page: 44

and as an authorized employee of Crain Communications Inc. knows well the facts herein

stated.

*Angela Schutte*

On  9/11/23   before me personally appeared,   Angela Schutte

to me known to be the person described in and who executed the foregoing instrument doing so as an act of free will and deed.

*Teryl J. McCoy*
TERYL J. McCOY, Notary Public
State of Michigan County of Washtenaw
My Commission Expires 6/25/2026
Acting in the County of  Wayne

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re : Chapter 11
Lordstown Motors Corp., *et al.*,[1] : Case No. 23-10831 (MFW)
    Debtors. : (Jointly Administered)

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM,
INCLUDING CLAIMS ARISING UNDER SECTION 503(b)(9)
OF THE BANKRUPTCY CODE, AGAINST DEBTORS
GENERAL BAR DATE IS OCTOBER 10, 2023
AT 5:00 P.M. (PREVAILING EASTERN TIME)**

TO: ALL HOLDERS OF POTENTIAL CLAIMS AGAINST THE DEBTORS LISTED BELOW: **DEBTOR, CASE NO.:** Lordstown Motors Corp., 23-10831 (MFW); Lordstown EV Corporation, 23-10832 (MFW); Lordstown EV Sales LLC, 23-10833 (MFW)

Please take notice that on June 27, 2023 (the "**Petition Date**"), Lordstown Motors Corp., Lordstown EV Corporation, and Lordstown EV Sales LLC, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), each commenced in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**").

On August 24, 2023, the Court entered an order [Docket No. 319] (the "**Bar Date Order**")[2] establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Cases.

To the extent required by the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code), including claims arising under section 503(b)(9) of the Bankruptcy Code,[3] against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **5:00 p.m. (prevailing Eastern Time)** on **October 10, 2023** (the "**General Bar Date**"), by sending an original proof of claim form to Kurtzman Carson Consultants LLC ("**KCC**"), the Debtors' claims and noticing agent, by (i) filing such Proof of Claim electronically through KCC's website at *https://www.kccllc.net/lordstown* under the link entitled "Submit Electronic Proof of Claim"; (ii) mailing the original Proof of Claim by regular mail to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (iii) delivering such original Proof of Claim by overnight mail or messenger to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245, so that it is **actually received** on or before 5:00 p.m. (prevailing Eastern Time) on the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim against the Debtors is **December 26, 2023 at 5:00 p.m. (prevailing Eastern Time)** (the "**Governmental Bar Date**"). All persons or entities holding claims arising from the Debtors' rejection of executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code are required to file Proofs of Claim by the date that is **the later of (a) the General Bar Date or the Governmental Bar Date**, as applicable, and **(b) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the service of an order of the Court authorizing the Debtors' rejection of the executory contract or unexpired lease giving rise to the applicable rejection damages claim (the "Rejection Bar Date")**. All entities holding claims affected by an amendment or supplement of the Debtors' Schedules must file Proofs of Claim **by the later of (a) the General Bar Date or the Governmental Bar Date**, as applicable, and **(b) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the service of the notice of the applicable amendment or supplement to the Schedules** (the "**Amended Schedule Bar Date**").

Any person or entity holding an equity security or other ownership interest in the Debtors (an "**Interest Holder**") is not required to file a proof of interest on or before the applicable Bar Date on account of such equity or ownership interest; *provided, however*, that an Interest Holder (or any other person or entity) that wishes to assert claims against the Debtors, including, but not limited to, claims that arise out of or relate to the ownership or purchase of an equity security or other ownership interest, including, but not limited to, a claim for damages or rescission based on the purchase or sale of such equity security or other ownership interest, must file a Proof of Claim on or before the applicable Bar Date; *provided, further*, that an Interest Holder (or any other person or entity) that is included in, or represented by, a purported class action, class suit, or similar representative action filed, or that may be filed, against the Debtors, and/or any Proof of Claim in respect of a Representative Action, must properly file timely an individual Proof of Claim on or before the applicable Bar Date. The Debtors' rights are reserved to seek relief at a later date establishing a deadline for Interest Holders to file proofs of interest.

For the avoidance of any doubt, except to the extent otherwise set forth in the Bar Date Order, each person or entity that holds or seeks to assert a claim against any of the Debtors **must properly and timely file a Proof of Claim by the applicable Bar Date even if the Claimant is, or may be included in, or represented by, a purported class action, class suit, or similar representative action filed, or that may be filed, against the Debtors**.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL, WITH RESPECT TO SUCH CLAIM, NOT BE TREATED AS A CREDITOR OF THE DEBTORS AND WILL NOT BE PERMITTED TO VOTE UPON, OR RECEIVE DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES, ABSENT FURTHER ORDER OF THE COURT.

Proofs of Claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through KCC's website. Proofs of Claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

Proof of Claim Forms and a copy of the Bar Date Order may be obtained by visiting KCC's website at *https://www.kccllc.net/lordstown* or by contacting KCC through (i) regular mail to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (iii) delivering such original Proof of Claim by overnight mail or messenger to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. KCC cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to KCC, at (877) 709-4757 (toll-free in the U.S.) or (424) 236-7235 (for parties outside the U.S.), or email at www.kccllc.net/lordstown/inquiry. Please note that neither KCC's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Bar Date Order. A copy of the Bar Date Order is available online free of charge at *https://www.kccllc.net/lordstown*.

[3] A claim arising under section 503(b)(9) of the Bankruptcy Code is a claim arising from the value of goods received by the Debtors within twenty (20) days before the Petition Date, provided that the goods were sold to the Debtors in the ordinary course of business.

**CLASSIFIEDS • autonews.com • 800-388-1800 or 313-446-0326**

**SHOP EQUIPMENT FOR SALE**

# MAXIMIZE SPACE.
# MINIMIZE EXPANSION.



Low-Profile • Sleek • Safe

**1.888.977.8225 • autostacker.com**

© 2022 BendPak Holdings LLC. A wholly owned subsidiary of BendPak, Inc. Autostacker is protected by one or more patents in the United States, China, Europe, and other countries.

**Autostacker™**
A Division of BendPak

**LEGAL NOTICE**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re Lordstown Motors Corp., et al.,[1] Debtors.

Chapter 11
Case No. 23-10831 (MFW)
(Jointly Administered)

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM, INCLUDING CLAIMS ARISING UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE, AGAINST DEBTORS**

**GENERAL BAR DATE IS OCTOBER 10, 2023 AT 5:00 P.M. (PREVAILING EASTERN TIME)**

TO: ALL HOLDERS OF POTENTIAL CLAIMS AGAINST THE DEBTORS LISTED BELOW: **DEBTOR, CASE NO.:** Lordstown Motors Corp., 23-10831 (MFW); Lordstown EV Corporation, 23-10832 (MFW); Lordstown EV Sales LLC, 23-10833 (MFW)

Please take notice that on June 27, 2023 (the "**Petition Date**"), Lordstown Motors Corp., Lordstown EV Corporation, and Lordstown EV Sales LLC, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), each commenced in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**").

On August 24, 2023, the Court entered an order [Docket No. 319] (the "**Bar Date Order**")[2] establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Cases.

To the extent required by the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code), including claims arising under section 503(b)(9) of the Bankruptcy Code,[3] against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **5:00 p.m. (prevailing Eastern Time) on October 10, 2023** (the "**General Bar Date**"), by sending an original proof of claim form to Kurtzman Carson Consultants LLC ("**KCC**"), the Debtors' claims and noticing agent, by (i) filing such Proof of Claim electronically through KCC's website at *https://www.kccllc.net/lordstown* under the link entitled "Submit Electronic Proof of Claim"; (ii) mailing the original Proof of Claim by regular mail to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (iii) delivering such original Proof of Claim by overnight mail or messenger to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245, so that it is **actually received** on or before 5:00 p.m. (prevailing Eastern Time) on the General Bar Date; provided that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a Proof of Claim against the Debtors is **December 26, 2023 at 5:00 p.m. (prevailing Eastern Time)** (the "**Governmental Bar Date**"). All persons or entities holding claims arising from the Debtors' rejection of executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code are required to file Proofs of Claim by the date that is **the later of (a) the General Bar Date or the Governmental Bar Date**, as applicable, and **(b) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the service of an order of the Court authorizing the Debtors' rejection of the applicable contract or unexpired lease giving rise to the applicable rejection damages claim (the "Rejection Bar Date")**. All entities holding claims affected by an amendment or supplement of the Debtors' Schedules must file Proofs of Claim **by the later of (a) the General Bar Date or the Governmental Bar Date**, as applicable, and **(b) 5:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the service of the notice of the applicable amendment or supplement to the Schedules** (the "**Amended Schedule Bar Date**").

Any person or entity holding an equity security or other ownership interest in the Debtors (an "**Interest Holder**") is not required to file a proof of interest on or before the applicable Bar Date on account of such equity or ownership interest; *provided, however*, that an Interest Holder (or any other person or entity) that wishes to assert claims against the Debtors, including, but not limited to, claims that arise out of or relate to the ownership or purchase of an equity security or other ownership interest, including, but not limited to, a claim for damages or rescission based on the purchase or sale of such equity security or other ownership interest, must file a Proof of Claim on or before the applicable Bar Date; *provided, further,* that an Interest Holder (or any other person or entity) that is included in, or represented by, a purported class action, class suit, or similar representative action filed, or that may be filed, against the Debtors, and/or any Proof of Claim in respect of a Representative Action, must properly file timely an individual Proof of Claim on or before the applicable Bar Date. The Debtors' rights are reserved to seek relief at a later date establishing a deadline for Interest Holders to file proofs of interest.

For the avoidance of any doubt, except to the extent otherwise set forth in the Bar Date Order, each person or entity that holds or seeks to assert a claim against any of the Debtors **must properly and timely file a Proof of Claim by the applicable Bar Date even if the Claimant is, or may be included in, or represented by, a purported class action, class suit, or similar representative action filed, or that may be filed, against the Debtors**.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL, WITH RESPECT TO SUCH CLAIM, NOT BE TREATED AS A CREDITOR OF THE DEBTORS AND WILL NOT BE PERMITTED TO VOTE UPON, OR RECEIVE DISTRIBUTIONS UNDER, ANY CHAPTER 11 PLAN IN THE CHAPTER 11 CASES, ABSENT FURTHER ORDER OF THE COURT.

Proofs of Claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through KCC's website. Proofs of Claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

Proof of Claim Forms and a copy of the Bar Date Order may be obtained by visiting KCC's website at *https://www.kccllc.net/lordstown* or by contacting KCC through (i) regular mail to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (ii) delivering such original Proof of Claim by overnight mail or messenger to Lordstown Claims Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. KCC cannot advise you how to file, or whether you should file, a proof of claim. Questions concerning the contents of this Notice and requests for copies of filed proofs of claim should be directed to KCC, at (877) 709-4757 (toll-free in the U.S.) or (424) 236-7235 (for parties outside the U.S.), or email at www.kccllc.net/lordstown/inquiry. Please note that neither KCC's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice.

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] All capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to them in the Bar Date Order. A copy of the Bar Date Order is available online free of charge at *https://www.kccllc.net/lordstown*.

[3] A claim arising under section 503(b)(9) of the Bankruptcy Code is a claim arising from the value of goods received by the Debtors within twenty (20) days before the Petition Date, provided that the goods were sold to the Debtors in the ordinary course of business.

---

# Automotive News and Automotive News Canada

## DEALERSHIP
# SALARY SURVEY

### DO YOU WORK IN AUTOMOTIVE RETAIL?

## HOW DOES YOUR COMPENSATION COMPARE TO YOUR PEERS?

Last year's survey revealed that automotive retail can be a lucrative career: The average annual pay was $131,200!





*take the survey!*

## autonews.com/salarysurvey

Please be assured that your responses will remain anonymous and confidential and any reporting or references to survey results will be presented in aggregate form only.