**Exhibit B**

**Expenses**

| Timekeeper | Date | English Narrative | Category | Amount |
|---|---|---|---|---|
| Zakia, Jason | 8/29/2023 | Car Service - home to airport - Attend witness preparation meetings - 22-Aug-2023 | Taxi - Business | $122.12 |
| Zakia, Jason | 8/29/2023 | Car Service - airport to home - Attend witness preparation meetings - 23-Aug-2023 | Taxi - Business | $159.72 |
| Zakia, Jason | 8/29/2023 | One way, Economy airfare/fee on American Airlines from Detroit to Chicago for Jason Zakia on 8/23/2023 | Airfare | $715.90 |
| Zakia, Jason | 8/29/2023 | One way, Economy airfare/fee on American Airlines from Chicago to Detroit for Jason Zakia on 8/23/2024 | Airfare | $265.90 |
| Zakia, Jason | 8/29/2023 | Car Rental - 22-Aug-23 to 23-Aug-23 - Attend witness preparation meetings - 23-Aug-2023 | Car Rental | $112.21 |
| Szuba, RJ | 8/3/2023 | Internet - Filing Chapter 11 case and attend first day hearing. - 24-Jul-2023 | Computer Services | $20.00 |
| Szuba, RJ | 8/3/2023 | Subway/Bus - NY / Syracuse - Filing Chapter 11 case and attend first day hearing. - 30-Jun-2023 | Bus - Out of Town | $78.98 |
| Szuba, RJ | 8/3/2023 | Hotel stay by RJ Szuba at The Muse New York in New York for 4 nights. | Hotel Expense | $1,804.58 |
| Szuba, RJ | 8/3/2023 | Taxi - Hotel / Bus Station - Filing Chapter 11 case and attend first day hearing. - 30-Jun-2023 | Taxi - Business | $40.99 |
| Zhang, Shirley | 8/31/2023 | CT Corporation System. Invoice Date: 28 August 2022. Professional Service - Lordstown Motors Corp. (DE) | Professional Service | $665.48 |
| Padmanabhan, Aditi | 8/4/2023 | Overtime Transportation - Late night taxi home from office. - 21-Jul-23 | Taxi - Overtime | $14.90 |
| Padmanabhan, Aditi | 8/4/2023 | Overtime Meals - Aditi Padmanabhan - Overtime meal expense. - 21-Jul-23 | Overtime Meals | $35.00 |
| Padmanabhan, Aditi | 8/4/2023 | Overtime Meals - Aditi Padmanabhan - Overtime meal expense. - 20-Jul-23 | Overtime Meals | $35.00 |
| Padmanabhan, Aditi | 8/9/2023 | Overtime Transportation - Car service home from office. - 02-Aug-23 | Taxi - Overtime | $15.97 |
| Padmanabhan, Aditi | 8/9/2023 | Dinner - Internal Guest A.Padmanabhan - Dinner expense. - 01-Aug-2023 | Overtime Meals | $37.90 |
| Padmanabhan, Aditi | 8/24/2023 | Dinner - Internal Guest A.Padmanabhan - Dinner expense. - 11-Aug-2023 | Business Meals | $25.00 |
| | | | | $4,149.65 |

AMERICAS 125321631

WBD (US) 4872-2536-9225v1