# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Delaware

In Re. Lordstown EV Corporation
§
§
§
§

Debtor(s)

Case No.  23-10832

Lead Case No.  23-10831

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2023

Petition Date: 06/27/2023

Months Pending: 3

Industry Classification: 3 7 1 1

Reporting Method:                    Accrual Basis ⦿            Cash Basis ○

Debtor's Full-Time Employees (current):                    92

Debtor's Full-Time Employees (as of date of order for relief):                    242

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☐        Accounts receivable aging
☐        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☐        Schedule of payments to insiders
☐        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Morgan Patterson
Signature of Responsible Party

10/20/2023
Date

Morgan Patterson
Printed Name of Responsible Party

1313 North Market St., Suite 1200, Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | Lordstown EV Corporation | Case No. | 23-10832 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $94,600,746 | |
| b. Total receipts (net of transfers between accounts) | $2,470,222 | $6,578,140 |
| c. Total disbursements (net of transfers between accounts) | $3,376,133 | $50,623,801 |
| d. Cash balance end of month (a+b-c) | $93,694,835 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $3,376,133 | $50,623,801 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿   Market ◯   Other ◯    (attach explanation)) | $104,000 |
| d. Total current assets | $102,876,240 |
| e. Total assets | $110,948,578 |
| f. Postpetition payables (excluding taxes) | $22,676,845 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $22,676,845 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $26,174 |
| m. Prepetition unsecured debt | $16,914,088 |
| n. Total liabilities (debt) (j+k+l+m) | $39,617,107 |
| o. Ending equity/net worth (e-n) | $71,331,471 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $9,472,312 | |
| f. Other expenses | $175,147 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $3,687,489 | |
| k. Profit (loss) | $-9,235,040 | $-24,196,804 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name Lordstown EV Corporation

Case No. 23-10832

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $200,785 | $200,785 | $162,855 | $162,855 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Silverman Consulting | Financial Professional | $194,757 | $194,757 | $158,033 | $158,033 |
| ii | Kurtzman Carson Consultants | Other | $6,028 | $6,028 | $4,822 | $4,822 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Lordstown EV Corporation                                    Case No.  23-10832

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Lordstown EV Corporation                                      Case No.  23-10832

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $97,557 | $98,033 | $97,557 | $98,033 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Haynes and Boone, LLP | Other | $6,010 | $6,486 | $6,010 | $6,486 |
| ii | Nelson Mullins Riley | Other | $5,028 | $5,028 | $5,028 | $5,028 |
| iii | Foley & Lardner LLP | Other | $8,984 | $8,984 | $8,984 | $8,984 |
| iv | FTI Consulting | Other | $2,062 | $2,062 | $2,062 | $2,062 |
| v | Mercer Capital Management | Other | $1,638 | $1,638 | $1,638 | $1,638 |
| vi | Deloitte & Touche LLP | Financial Professional | $24,772 | $24,772 | $24,772 | $24,772 |
| vii | Ernst & Young | Financial Professional | $20,000 | $20,000 | $20,000 | $20,000 |
| viii | WIT Legal, LLC | Other | $10,000 | $10,000 | $10,000 | $10,000 |
| ix | Ankura Consulting Group | Financial Professional | $14,415 | $14,415 | $14,415 | $14,415 |
| x | Potter Anderson & Corron | Other | $4,648 | $4,648 | $4,648 | $4,648 |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Lordstown EV Corporation                                      Case No.  23-10832

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Lordstown EV Corporation                                        Case No.  23-10832

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Lordstown EV Corporation                                          Case No.  23-10832

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $469,949 | $470,425 | $397,714 | $398,190 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $74,051 | $376,079 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ⬤

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯  No ⬤

c. Were any payments made to or on behalf of insiders?    Yes ⬤  No ◯

d. Are you current on postpetition tax return filings?    Yes ⬤  No ◯

e. Are you current on postpetition estimated tax payments?    Yes ⬤  No ◯

f. Were all trust fund taxes remitted on a current basis?    Yes ⬤  No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯  No ⬤

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ⬤  No ◯  N/A ◯

i. Do you have:          Worker's compensation insurance?    Yes ⬤  No ◯

   If yes, are your premiums current?    Yes ⬤  No ◯  N/A ◯  (if no, see Instructions)

   Casualty/property insurance?    Yes ⬤  No ◯

   If yes, are your premiums current?    Yes ⬤  No ◯  N/A ◯  (if no, see Instructions)

   General liability insurance?    Yes ⬤  No ◯

   If yes, are your premiums current?    Yes ⬤  No ◯  N/A ◯  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ⬤  No ◯

k. Has a disclosure statement been filed with the court?    Yes ⬤  No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⬤  No ◯

Debtor's Name  Lordstown EV Corporation

Case No.  23-10832

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Adam B. Kroll
_____
Signature of Responsible Party

Chief Financial Officer
_____
Title

Adam B. Kroll
_____
Printed Name of Responsible Party

10/20/2023
_____
Date

Debtor's Name Lordstown EV Corporation

Case No. 23-10832


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name Lordstown EV Corporation

Case No. 23-10832



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  Lordstown EV Corporation                                    Case No.  23-10832



PageThree



PageFour

Debtor: Lordstown EV Corporation                                    Case No. 23-10832 (MFW)
                                                                    Reporting Period: September 2023

### General Notes to Monthly Operating Report and Supporting Documentation

The Debtors have prepared the MOR with the assistance of their advisors and professionals solely for the
purpose of complying with the reporting requirements applicable to the Chapter 11 Cases.  The financial
and supplemental information contained herein is unaudited and is not prepared in accordance with
Generally Accepted Principles in the United States (GAAP) nor in accordance with securities laws or
other applicable non-bankruptcy law.  Although the Debtors have made commercially reasonable efforts
to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.

The Debtors have historically accounted for and reported (and their accounting systems and practices
were developed to account for and report) assets and liabilities on a consolidated basis and not on an
entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has  been operated on
a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this
Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein
on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In
light of the foregoing, this report is subject to material change and should not be construed as constituting
a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors
(and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors
(and each of their estates) with respect to these issues are reserved.

The amounts reflected for Total Current Assets, Other Assets (Cumulative Funding of / Investment in
Subsidiary, and Total Assets each include, without limitation, the cumulative funding/investment by
Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. To be clear, the amounts do
not reflect the fair value amount and no fair value analysis or impairment has been conducted with
respect to such funding/investment and any related equity value.

Certain portions of the Debtors' prepetition contingent liabilities reflect disputed liabilities that are
subject to compromise, and all rights of all Debtors are reserved with respect to such liabilities and their
allocation.

### General Notes to Balance Sheet and Statement of Operations Attachments

These financial statements were prepared by the Debtors' management and are preliminary and subject to
final quarter-end closing adjustments, which have not been fully completed prior to preparation of this
MOR.

**Debtor:**     **Lordstown EV Corporation**                                                    **Case #:**     **23-10832**

**Cash Receipts Listing**

| TRX Date | Received From | Category | Amount | Bank Account Number |
|----------|---------------|----------|--------|---------------------|
| 9/1/2023 | Shopify | Receivable Adjustment | 800.00 | 7519 |
| 9/6/2023 | Shopify | Receivable Adjustment | 500.00 | 7519 |
| 9/11/2023 | Shopify | Revenue | 35,725.94 | 7519 |
| 9/11/2023 | Paylocity Corporation | COBRA Reimbursement | 9,508.25 | 7675 |
| 9/13/2023 | Lordstown EV Sales LLC | Receivable from Subsidiary | 390,360.00 | 7865 |
| 9/20/2023 | Lordstown EV Sales LLC | Receivable from Subsidiary | 260,240.00 | 7865 |
| 9/25/2023 | Shopify | Receivable Adjustment | 100.00 | 7519 |
| 9/26/2023 | City of Washington D.C. / Lordstown EV Sales LLC | Receivable from Subsidiary | 1,099,395.00 | 7675 |
| 9/27/2023 | Paylocity Corporation | COBRA Reimbursement | 11,174.61 | 7675 |
| 9/28/2023 | Tamaroff Leasing Company DBA Capture Automotive | Revenue | 250,000.00 | 7675 |
| 9/29/2023 | JPMorgan Chase Bank, N.A. | Interest | 131.66 | 7736 |
| Various | JPMorgan Chase Bank, N.A. | Dividend Income | 412,287.02 | 4520 |
| | | **Total Receipts** | **2,470,222.48** | |

**Debtor:**    **Lordstown EV Corporation**                                    **Case #:**    **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|----------|---------|----------|--------|---------------------|
| 9/1/2023 | Paylocity | Payroll | $ 4,832.75 | 7592 |
| 9/1/2023 | Paylocity | Payroll | $ 4,147.55 | 7592 |
| 9/1/2023 | Paylocity | Payroll | $ 3,246.26 | 7592 |
| 9/1/2023 | Paylocity | Payroll | $ 375.98 | 7592 |
| 9/1/2023 | Paylocity | Payroll | $ 188.28 | 7592 |
| 9/5/2023 | Aegon USA | Payroll | $ 68,038.51 | 7592 |
| 9/5/2023 | Amazon Web Services | Other | $ 11,818.79 | 7675 |
| 9/5/2023 | Amazon Web Services | Other | $ 7.94 | 7675 |
| 9/8/2023 | Paylocity | Payroll | $ 414.94 | 7592 |
| 9/8/2023 | Paylocity | Payroll | $ 346.28 | 7592 |
| 9/8/2023 | Paylocity | Payroll | $ 163.17 | 7592 |
| 9/11/2023 | See attached detail | AP Disbursement 1 | $ 242,048.28 | 7675 |
| 9/11/2023 | See attached detail | AP Disbursement 2 | $ 109,865.00 | 7675 |
| 9/12/2023 | Federal Express Corporation | Other | $ 411.17 | 7675 |
| 9/12/2023 | Irvine Ranch Water District | Utilities | $ 389.35 | 7675 |
| 9/12/2023 | Fedex Freight | Other | $ 275.60 | 7675 |
| 9/12/2023 | Irvine Ranch Water District | Utilities | $ 213.65 | 7675 |
| 9/13/2023 | Paylocity | Payroll | $ 496,081.06 | 7592 |
| 9/13/2023 | Paylocity | Payroll | $ 220,117.36 | 7592 |
| 9/13/2023 | Paylocity | Payroll | $ 3,137.60 | 7592 |
| 9/13/2023 | Paylocity | Payroll | $ 955.56 | 7592 |
| 9/14/2023 | Paylocity | Payroll | $ 3,859.10 | 7592 |
| 9/14/2023 | Paylocity | Payroll | $ 3,071.85 | 7592 |
| 9/15/2023 | Paylocity | Payroll | $ 1,481.77 | 7592 |
| 9/15/2023 | Paylocity | Payroll | $ 238.27 | 7592 |
| 9/15/2023 | Paylocity | Payroll | $ 188.28 | 7592 |
| 9/15/2023 | Silverman Consulting, Inc | Consulting | $ 158,033.07 | 7675 |
| 9/18/2023 | Aegon USA | Payroll | $ 61,036.90 | 7592 |
| 9/20/2023 | Paylocity | Payroll | $ 3,577.46 | 7592 |
| 9/20/2023 | Paylocity | Payroll | $ 224.06 | 7592 |

**Debtor:**    **Lordstown EV Corporation**                                                                      **Case #:**        **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---|---|
| 9/22/2023 | Paylocity | Payroll | $         1,773.50 | 7592 |
| 9/22/2023 | Paylocity | Payroll | $            866.92 | 7592 |
| 9/25/2023 | See attached detail | AP Disburement 3 | $     453,428.36 | 7675 |
| 9/25/2023 | Southern California Edison | Utilities | $         9,041.89 | 7675 |
| 9/25/2023 | Federal Express Corporation | Other | $            147.08 | 7675 |
| 9/25/2023 | Southern California Gas Company dba The Gas Company; So Cal Gas | Utilities | $              14.51 | 7675 |
| 9/26/2023 | DHL | Other | $         2,015.01 | 7675 |
| 9/26/2023 | PCard | Other | $         3,997.29 | 7725 |
| 9/27/2023 | Paylocity | Payroll | $     456,262.07 | 7592 |
| 9/27/2023 | Paylocity | Payroll | $     196,669.66 | 7592 |
| 9/27/2023 | Paylocity | Payroll | $         3,137.60 | 7592 |
| 9/27/2023 | Paylocity | Payroll | $         1,366.83 | 7592 |
| 9/27/2023 | Paylocity | Payroll | $         1,324.42 | 7592 |
| 9/27/2023 | Paylocity | Payroll | $            955.56 | 7592 |
| 9/27/2023 | CR&R Incorporated dba CR&R Environmental Services | Utilities | $         1,124.04 | 7675 |
| 9/29/2023 | Paylocity | Payroll | $         4,356.06 | 7592 |
| 9/29/2023 | Paylocity | Payroll | $         3,224.51 | 7592 |
| 9/29/2023 | Paylocity | Payroll | $         2,687.18 | 7592 |
| 9/29/2023 | Paylocity | Payroll | $         1,115.35 | 7592 |
| 9/29/2023 | Paylocity | Payroll | $            188.28 | 7592 |
| 9/29/2023 | See attached detail | AP Disberment 4 | $     833,651.09 | 7675 |

|  |  | **Total Disbursements** | **3,376,133.05** |  |

**Debtor:**      **Lordstown EV Corporation**                                                                                    **Case #:**      **23-10832**

**Cash Disbursement Listing - Detail for AP Disbursements**

| # | Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|---|
| 1 | 9/18/2023 | V15800 | Lumma Clean LLC | $ (11,375.00) | Other |
| 1 | 9/18/2023 | V15550 | Cigna-68470 | $ (8,331.05) | Benefits |
| 1 | 9/18/2023 | V14770 | Triple Crown Consulting, LLC | $ (12,064.00) | Contract Labor |
| 1 | 9/18/2023 | V14170 | Cintas Corporation No.2 -  Payer#18650915 | $ (676.69) | Other |
| 1 | 9/18/2023 | V13360 | Haynes and Boone, LLP | $ (6,010.00) | Legal |
| 1 | 9/18/2023 | V11820 | Complete Discovery Source, Inc (CDS) | $ (1,096.14) | Legal |
| 1 | 9/18/2023 | V11800 | Nelson Mullins Riley & Scarborough LLP | $ (2,410.62) | Legal |
| 1 | 9/18/2023 | V11530 | CT Corporation System | $ (580.00) | Legal |
| 1 | 9/18/2023 | V11060 | FOLEY & LARDNER LLP | $ (1,233.00) | Legal |
| 1 | 9/18/2023 | V10490 | Potter Anderson & Corron LLP | $ (4,648.43) | Legal |
| 1 | 9/18/2023 | V10440 | Infosys Limited | $ (17,539.84) | Consulting |
| 1 | 9/18/2023 | V09920 | ElectroCycle, Inc | $ (40.00) | Utilities |
| 1 | 9/18/2023 | V09740 | FTI Consulting, Inc. | $ (2,062.27) | Consulting |
| 1 | 9/18/2023 | V09380 | Mercer Capital Management, Inc. | $ (1,637.50) | Consulting |
| 1 | 9/18/2023 | V08260 | RTL Systems, LLC | $ (20,280.00) | Consulting |
| 1 | 9/18/2023 | V07280 | Veritext LLC | $ (1,190.36) | Legal |
| 1 | 9/18/2023 | V06760 | Ricoh USA, Inc | $ (601.55) | Rent |
| 1 | 9/18/2023 | V05260 | Armor Holdco, Inc. dba American Stock Transfer & Trust Company, LLC | $ (2,428.50) | Consulting |
| 1 | 9/18/2023 | V04530 | Cigna Health and Life Insurance Company | $ (119,971.04) | Benefits |
| 1 | 9/18/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (940.00) | Consulting |
| 1 | 9/18/2023 | V03530 | Detroit Disposal and Recycling LLC | $ (551.00) | Utilities |
| 1 | 9/18/2023 | V03400 | Marks Reliable Towing LLC dba MRT | $ (1,300.00) | Other |
| 1 | 9/18/2023 | V03380 | Tata Consulting Services Limited | $ (14,661.00) | Consulting |
| 1 | 9/18/2023 | V03340 | Cox Communications California LLC dba Cox Business | $ (3,055.29) | Utilities |
| 1 | 9/18/2023 | V02680 | Teoresi, Inc. | $ (7,365.00) | Contract Labor |
| | | | **Total AP Disbursement 1** | **(242,048.28)** | |
| | | | | | |
| 2 | 9/11/2023 | V03400 | Marks Reliable Towing LLC dba MRT | $ (9,230.00) | Other |

**Debtor:**      **Lordstown EV Corporation**                                                                              **Case #:**      **23-10832**

**Cash Disbursement Listing - Detail for AP Disbursements**

| # | Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|---|
| 2 | 9/11/2023 | V02680 | Teoresi, Inc. | $ (100,635.00) | Contract Labor |
|   |   |   | **Total AP Disbursement 2** | **$ (109,865.00)** | |
|   |   |   |   |   |   |
| 3 | 9/25/2023 | V15530 | Cintas Corp - Payer# 21007041 | $ (587.83) | Other |
| 3 | 9/25/2023 | V15250 | Cox Automotive, Inc - Manheim | $ (15.98) | Other |
| 3 | 9/25/2023 | V14870 | 275 Hills Tech Ventures, LLC | $ (42,249.21) | Other |
| 3 | 9/25/2023 | V14790 | Foxconn EV System LLC | $ (104,000.00) | Other |
| 3 | 9/25/2023 | V14780 | Foxconn EV Property Development LLC | $ (8,000.00) | Rent |
| 3 | 9/25/2023 | V14770 | Triple Crown Consulting, LLC | $ (8,352.00) | Contract Labor |
| 3 | 9/25/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (1,133.65) | Other |
| 3 | 9/25/2023 | V11820 | Complete Discovery Source, Inc (CDS) | $ (20,505.33) | Legal |
| 3 | 9/25/2023 | V10020 | GA Cayman Holdco LLC dba GA Business Purchaser LLC dba Guardian Alarm Com | $ (70.20) | Other |
| 3 | 9/25/2023 | V09570 | Deloitte & Touche LLP | $ (24,771.70) | Consulting |
| 3 | 9/25/2023 | V08260 | RTL Systems, LLC | $ (16,666.00) | Consulting |
| 3 | 9/25/2023 | V07960 | Rentokil North America, INC dba Western Exterminator Company | $ (105.00) | Other |
| 3 | 9/25/2023 | V06760 | Ricoh USA, Inc | $ (24.13) | Rent |
| 3 | 9/25/2023 | V04510 | Comcast Holdings Corporation dba Comcast Cable Communication Managemen | $ (5,368.96) | Utilities |
| 3 | 9/25/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (14,846.75) | Consulting |
| 3 | 9/25/2023 | V03600 | Digital Media Innovations, LLC | $ (4,003.12) | Consulting |
| 3 | 9/25/2023 | V03400 | Marks Reliable Towing LLC dba MRT | $ (4,500.00) | Other |
| 3 | 9/25/2023 | V03230 | Applied Medical Resources Corporation | $ (48,924.00) | Rent |
| 3 | 9/25/2023 | V01400 | CEVA Contract Logistics US Inc | $ (87,040.50) | Other |
| 3 | 9/25/2023 | V01180 | AVI Foodsystems Inc | $ (45.00) | Other |
| 3 | 9/25/2023 | V01130 | GAC R&D Center Silicon Valley, Inc | $ (14,998.08) | Rent |
| 3 | 9/25/2023 | V00740 | HubSpot Inc | $ (6,957.60) | Other |
| 3 | 9/25/2023 | V00440 | Principal Life Insurance Company | $ (12,668.86) | Benefits |
| 3 | 9/25/2023 | V00330 | SKYNET INNOVATIONS | $ (27,594.46) | Other |
|   |   |   | **Total AP Disbursement 3** | **$ (453,428.36)** | |

**Debtor:**    **Lordstown EV Corporation**    **Case #:**    **23-10832**

**Cash Disbursement Listing - Detail for AP Disbursements**

| # | Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|---|
| 4 | 9/27/2023 | V15860 | Kurtzman Carson Consultants, LLC | $ (4,822.02) | Consulting |
| 4 | 9/27/2023 | V15860 | Kurtzman Carson Consultants, LLC | $ (632,230.85) | Consulting |
| 4 | 9/27/2023 | V00110 | Ernst & Young | $ (20,000.00) | Consulting |
| 4 | 9/29/2023 | V15550 | Cigna-68470 | $ (4,512.24) | Benefits |
| 4 | 9/29/2023 | V16010 | Troutman Pepper Hamilton Sanders LLP | $ (137,302.48) | Legal |
| 4 | 9/29/2023 | V09350 | WIT Legal, LLC | $ (5,450.00) | Legal |
| 4 | 9/29/2023 | V09350 | WIT Legal, LLC | $ (4,550.00) | Legal |
| 4 | 9/29/2023 | V11800 | Nelson Mullins Riley & Scarborough LLP | $ (2,617.25) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (270.00) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (135.00) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (135.00) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (357.75) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (168.75) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (189.00) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (135.00) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (425.25) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (135.00) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (5,665.50) | Legal |
| 4 | 9/29/2023 | V11060 | FOLEY & LARDNER LLP | $ (135.00) | Legal |
| 4 | 9/29/2023 | V15700 | Ankura Intermediate Holdings, LP  DBA Ankura Consulting Group  LLC | $ (14,415.00) | Legal |
| | | | **Total AP Disbursement 4** | **$ (833,651.09)** | |

Lordstown EV Corporation
Balance Sheet
As of September 30, 2023 (1)

ASSETS

Current Assets
| | | | |
|---|---|---|---|
| Cash, Cash Equivalents and Short-term Investments | $ | 93,657,271 | |
| Accounts Receivable | | - | |
| Inventory, net | | 104,000 | |
| Prepaid Expenses and Other | | 9,114,969 | |
| **Total Current Assets** | | 102,876,240 | |

Property, Plant & Equipment
| | | |
|---|---|---|
| Property, Plant & Equipment, net | | 6,373,466 |

Other Assets
| | | | |
|---|---|---|---|
| Right of Use Assets | | 1,466,457 | |
| Cumulative Funding of / Investment in Subsidiary | | 133,295 | (2) |
| Receivable from Subsidiary | | 99,120 | |
| **Total Other Assets** | | 1,698,872 | (3) |
| **Total Assets** | $ | 110,948,578 | (3) |

LIABILITIES AND SHAREHOLDERS' EQUITY

Current Liabilities
| | | |
|---|---|---|
| Accounts Payable - post-petition | $ | 917,180 |
| Accounts Payable - pre-petition | | 6,381,358 |
| Accrued Expenses - post-petition | | 20,293,208 |
| Accrued Expenses - pre-petition | | 10,558,904 |
| Right of Use Liabilities, current | | 863,855 |
| **Total Current Liabilities** | | 39,014,505 |

Long-Term Liabilities
| | | |
|---|---|---|
| Right of Use Liabilities, long-term | | 602,602 |
| | | - |
| **Total Long-Term Liabilities** | | 602,602 |
| **Total Liabilities** | | 39,617,107 |

Shareholders' Equity
| | | |
|---|---|---|
| Common Stock | | - |
| Additional Paid-In Capital | | 1,175,347,316 |
| Retained Earnings | | (1,104,015,845) |
| **Total Shareholders' Equity** | | 71,331,471 |
| **Total Liabilities and Shareholders' Equity** | $ | 110,948,578 |

**See Notes to Financial Statements**

# Lordstown EV Corporation
## Statement of Operations
### For the month ended September 30, 2023

| | | |
|---|---|---:|
| Revenues | $ | - |
| Total Revenues | | - |
| | | |
| Operating Expenses: | | |
| Employee Expenses | $ | 4,036,614 |
| Professional Fees | | 433,613 |
| Legal Fees | | 3,337,283 |
| Insurance Expense | | 745,829 |
| Rent Expense | | 199,284 |
| Freight Expense | | 66,878 |
| Shop and Misc. Expense | | 9,757 |
| Office and shop expenses | | 590,036 |
| Other | | 53,018 |
| Total Operating Expenses | | 9,472,312 |
| | | |
| Other Income/(Expense): | | |
| Interest and Dividend Income | | 412,419 |
| Gain/(Loss) on Sale of Assets | | (175,147) |
| | | |
| Total Other Income/(Expense) | | 237,272 |
| | | |
| Net Income/(Loss) | $ | (9,235,040) |

Debtor:    Lordstown EV Corporation                    Case No.23-10832 (MFW)
                                                       Reporting Period: September 2023

## Specific Notes to Financial Statements

Note (1):    The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has  been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

Note (2):    The amount reflected represents the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted.

Note (3):    The amount reflected includes, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.

**In re Lordstown EV Corporation**
**Case No. 23-10832**
**All bank statements and bank reconciliations for the reporting period**
**Reporting Period: September 1, 2023 to September 30, 2023**

The Debtor hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries during September 2023.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

*/s/ Adam Kroll*                                     October 20, 2023
Signature of Authorized Individual                   Date


Adam Kroll                                           Chief Financial Officer
Printed Name of Authorized Individual                Title of Authorized Individual