## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 23-10831 (MFW) |
| Lordstown Motors Corp., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 494, 538, 541 & 543** |

### ORDER DENYING MOTION OF RAHUL SINGH FOR RELIEF
### TO DEFRAUDED SHAREHOLDERS

Upon consideration of the *Motion of Rahul Singh for Relief to Defrauded Shareholders* (the **"Motion"**) and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference,* dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and upon the Court's consideration of the *Debtors' Objection to Motion of Rahul Singh for Relief to Defrauded Shareholders* [Docket No. 538]; the *Official Committee of Unsecured Creditors Objection to Motion of Rahul Singh for Relief to Defrauded Shareholders* [Docket No. 541]; and *Joinder of the Official Committee of Equity Security Holders of Lordstown Motor Corp., et al., to the Debtors' Objection to Motion of Rahul Singh for Relief to Defrauded Shareholders* [Docket No. 543] and the Court having held a hearing on October 18, 2023, to consider the relief requested in the Motion (the **"Hearing"**); and upon the record of the Hearing

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

and the arguments of counsel; and after due deliberation and sufficient cause appearing therefor,

for the reasons stated by the Court on the record,

IT IS HEREBY ORDERED THAT:

1.      The Motion is DENIED.

2.      This Court shall, and hereby does, retain jurisdiction with respect to matters arising

from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: October 23rd, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**