**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Lordstown Motors Corp, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br><br> (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON OCTOBER 25, 2023 AT 2:00 P.M. (ET)**

**PLEASE NOTE**: **THE HEARING ON OCTOBER 25, 2023 WILL GO FORWARD AS A BRIEF STATUS REPORT TO THE COURT WITH AN ANNOUNCEMENT THAT THE HEARING ON THE DISCLOSURE STATEMENT WILL BE RESCHEDULED FOR OCTOBER 31, 2023 AT 10:30 (A.M.)**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdOyrqjkoE9UbxK5RXNdhz3g1hcE019s

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    STATUS CONFERENCE**:

1. Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notice, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 467 – filed September 22, 2023]

    Response/Objection Deadline:    October 6, 2023 at 4:00 p.m. (ET); extended until October 27, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Responses/Objections Received:

A. Objection by the U.S. Securities and Exchange Commission to Debtors' Motion to Approve Disclosure Statement, Plan and Solicitation Procedures, Forms and Ballots and Other Relief, and Reservation of Rights [Docket No. 522 – filed October 6, 2023]

B. Lead Plaintiff's Objection to the Debtors' Disclosure Statement and Disclosure Statement Motion [Docket No. 525 – filed October 6, 2023]

C. Delaware Class Plaintiffs' Objection to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notice, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 526 – filed October 6, 2023]

D. Objection of Foxconn Parties to Debtors' Disclosure Statement with Respect to Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 528 – filed October 6, 2023]

E. Objection of Ride Investor Group to Approval of the Debtors' Disclosure Statement [Docket No. 529 – filed October 6, 2023]

F. Objection of the United States Trustee to Approval of Disclosure Statement and Solicitation Procedures [Docket No. 537 – filed October 10, 2023]

Related Documents:

i. Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 360 – filed September 1, 2023]

ii. Disclosure Statement Pursuant to 11 U.S.C. Section 1125 with Respect to Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 361 – filed September 1, 2023]

iii. Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 362 – filed September 1, 2023]

iv. Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and its Debtor Affiliates [Docket No. 539 – filed October 11, 2023]

<u>Status</u>: The October 25, 2023 hearing is going forward as a brief status report to the Court with an announcement that the hearing on the Disclosure Statement motion will be rescheduled, with permission from the Court, for October 31, 2023 at 10:30 a.m. (ET).

Dated: October 23, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to Debtors and Debtors in Possession* |