**EXHIBIT A**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
September 1, 2023 through September 30, 2023

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Celeste Campbell | Manager - Bankruptcy | 2.6 | $ 298 | $ 774.80 |
| Mark Schierholt | Managing Director - Audit | 0.3 | $ 450 | $ 135.00 |
| Mila Orobia | Associate - Bankruptcy | 6.2 | $ 210 | $ 1,302.00 |
| Sara Rufo | Manager - Audit | 3.3 | $ 350 | $ 1,155.00 |
| Wendy Shaffer | Associate Director - Bankruptcy | 0.2 | $ 333 | $ 66.60 |
| **Hours and Fees at Discounted Rates** | | **12.6** | | **$ 3,433.40** |
| **Total Discounted Fees** | | | | $ 3,433.40 |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | $ 3,433.40 |
| Less Holdback Adjustment (20%) | | | | (686.68) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 2,746.72** |
| **Blended Hourly Rate** | | | **$272.49** | |