**EXHIBIT B**

**Lordstown Motors Corp., et al.**

**Case No. 23-10831**

Summary of Hours and Discounted Fees Incurred by Category

September 1, 2023 through September 30, 2023

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Audit Services | C1 | 2.1 | $ 765.00 |
| Retention Services | C2 | 0.2 | $ 66.60 |
| Fee Application Preparation Services | C3 | 10.3 | $ 2,601.80 [1] |
| **Total** | | **12.6** | **$ 3,433.40** |

[1] Fee applications can only be prepared subsequent to the period in which services were rendered.