**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
September 1, 2023 through September 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sara Rufo | 09/13/23 | 1.0 Continued to provide services related to the Audit of consolidated balance sheets of Lordstown Motors Corp. as of December 31, 2023 and 2022, the related consolidated statements of operations, stockholders' equity and cash flows for each of the years in the three-year period ended December 31, 2023 and the related notes to the financial statements and quarterly reviews for the quarters ended September 30, 2023. | 1.0 | $ 350 | $ 350.00 |
| Sara Rufo | 09/27/23 | (0.3) Call to discuss overall update, as of 09/27/23, on the Company's bid process and to discuss initial timing for Q3 10Q timeline with M. Schierholt, S. Rufo (KPMG) and B. Sauer, P. English (Deloitte), M. Port (Lordstown). | 0.3 | $ 350 | $ 105.00 |
| Mark Schierholt | 09/27/23 | (0.3) Call to discuss overall update, as of 09/27/23, on the Company's bid process and to discuss initial timing for Q3 10Q timeline with M. Schierholt, S. Rufo (KPMG) and B. Sauer, P. English (Deloitte), M. Port (Lordstown). | 0.3 | $ 450 | $ 135.00 |
| Sara Rufo | 09/28/23 | (0.2) Manager review, as of 09/28/23, of Q3 PBC list to confirm the request is accurate/complete before sending to client. | 0.2 | $ 350 | $ 70.00 |
| Sara Rufo | 09/28/23 | (0.3) Prepare budget for Q3 review procedures to align engagement team schedule with client's reporting timeline. | 0.3 | $ 350 | $ 105.00 |
| **Total Audit Services** | | | **2.1** | | **$ 765.00** |

**EXHIBIT C2**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Retention Services
September 1, 2023 through September 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 09/13/23 | 0.1 Call with C. Woll (KPMG) regarding additional tax services to be provided to Lordstown. | 0.1 | $ 333 | $ 33.30 |
| Wendy Shaffer | 09/13/23 | 0.1 Review, concurrently draft response to email communication from S. Stelk (KPMG) regarding next steps, as of 09/13/23, related to new EL / additional services to be provided to Lordstown. | 0.1 | $ 333 | $ 33.30 |
| | | **Total Retention Services** | **0.2** | | **$ 66.60** |

**EXHIBIT C3**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Fee Application Preparation Services
September 1, 2023 through September 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mila Orobia | 09/06/23 | 0.1 Draft email in preparation for sending to W. Shaffer (KPMG) requesting to review/approve Lordstown 1st Monthly fee application exhibits in advance of partner review. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 09/06/23 | 3.9 Continue, as of 9/6/23, to prepare exhibit C1 for inclusion in the Lordstown 1st Monthly fee application. | 3.9 | $ 210 | $ 819.00 |
| Mila Orobia | 09/07/23 | 1.0 Clear, concurrently update, as of 09/7/23, Lordstown 1st monthly exhibit based on C. Campbell (KPMG) review comments / additional information provided by professionals. | 1.0 | $ 210 | $ 210.00 |
| Celeste Campbell | 09/07/23 | 2.2 Perform Manager review of Lordstown 1st monthly fee statement exhibits as required in advance of filing, concurrently providing comments. | 2.2 | $ 298 | $ 655.60 |
| Mila Orobia | 09/08/23 | 0.1 Draft email in preparation for sending to Lordstown Audit project lead (S. Rufo - KPMG) requesting approval of Lordstown 1st monthly fee exhibit. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 09/08/23 | 0.1 Draft email to S. Rufo (KPMG) requesting description of services to be included in KPMG's 1st monthly application for Lordstown Motors Corp. | 0.1 | $ 210 | $ 21.00 |
| Sara Rufo | 09/11/23 | 1.5 Manager (subject matter expert) review, as of 09/11/23, of the 1st monthly fee application exhibit C1 for bankruptcy filing. | 1.5 | $ 350 | $ 525.00 |
| Mila Orobia | 09/12/23 | 0.1 Email communication with C. Campbell (KPMG) to send Lordstown 1st monthly Narrative / Declaration/certification for review. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 09/12/23 | 0.1 Updated, as of 09/11/23, Lordstown 1st monthly exhibit based on S. Rufo (KPMG) responses to review comments. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 09/12/23 | 0.2 Updated, as of 09/11/23, Lordstown 1st Monthly Narrative / Declaration/Certification based on Manager review comments. | 0.2 | $ 210 | $ 42.00 |
| Mila Orobia | 09/13/23 | 0.1 Draft email in preparation for sending to S. Stelk (KPMG) requesting for approval/permission to apply electronic signature to Lordstown 1st monthly fee application. | 0.1 | $ 210 | $ 21.00 |
| Celeste Campbell | 09/15/23 | 0.4 Revise Lordstown 1st monthly narrative, PDF, provide for inclusion in deliverable. | 0.4 | $ 298 | $ 119.20 |
| Mila Orobia | 09/18/23 | 0.1 Email communication with debtors counsel requesting to file /serve Lordstown 1st monthly fee application. | 0.1 | $ 210 | $ 21.00 |

**EXHIBIT C3**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Fee Application Preparation Services
September 1, 2023 through September 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mila Orobia | 09/18/23 | 0.4 Created final combined deliverable of Lordstown 1st monthly fee application for submission for filing. | 0.4 | $ 210 | $ 84.00 |
| | | **Total Fee Application Preparation Services** | **10.3** | | **$ 2,601.80** |