**EXHIBIT D**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Out of Pocket Expenses
September 1, 2023 through September 30, 2023

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | $ - |