# EXHIBIT B

## Organizational Chart

## Lordstown Motors Corp. and its Debtor Affiliates

