**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 496** |

**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY STAFFING
AND COMPENSATION REPORT OF HURON CONSULTING SERVICES LLC
FOR THE PERIOD FROM JULY 21, 2023, THROUGH AUGUST 31, 2023**

On October 2, 2023,  the undersigned counsel filed on behalf of Huron Consulting Services LLC ("Huron") the *Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from July 21, 2023, Through August 31, 2023* [Docket No. 496] (the "Application").  The notice attached to the Application established a deadline of October 23, 2023 at 4:00 p.m. (Eastern Time) for filing and serving objections or responses to the Application (the "Objection Deadline").

Prior to the Objection Deadline, Huron received informal comments from the Chief Financial Officer of the above-captioned Debtors.  Huron resolved these informal comments without requiring any changes to the Application.  Apart from these informal comments, the undersigned counsel certifies that no other formal or informal objections or responses have been received with respect to Application.   The undersigned further certifies that she has reviewed the docket in these cases and that no objection or response to the Application appears thereon.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

*Members* [Docket No. 181], the Debtors are authorized to pay Huron a total of $265,087.04, which represents (i) $264,374.76 in fees [80% of the total fees $330,468.45] plus (ii) $712.28 in expenses [100%], as set forth in the Application without the need of a further court order.

Dated: October 24, 2023
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Tori L. Remington*
David M. Fournier (DE 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email:  david.fournier@troutman.com
          marcy.smith@troutman.com
          tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email: francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

164410821v1

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

164410821v1