# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Rossmery Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 23, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via Overnight Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Agenda of Matters Scheduled for Hearing on October 25, 2023 at 2:00 p.m. (ET)** [Docket No. 603]

Dated: October 24, 2023

*/s/ Rossmery Martinez*
Rossmery Martinez
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com; robin.spigel@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | maustria@austriallc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer | msawyer@brownrudnick.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | rstark@brownrudnick.com; bsilverberg@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 3

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | rwinning@m3-partners.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Proposed Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Matthew M. Murphy, Matthew Micheli, Michael C. Whalen | mattmurphy@paulhastings.com; mattmicheli@paulhastings.com; michaelcwhalen@paulhastings.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq. | Joseph.Larkin@Skadden.com; stephen.dellapenna@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Robert D. Drain, Esq. | Robert.Drain@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Esq., Jennifer Madden, Esq. | Ron.Meisler@Skadden.com; Jennifer.Madden@Skadden.com |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington | david.fournier@troutman.com; marcy.smith@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

# Exhibit B

**Exhibit B**
**Objecting Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Fishman Haygood LLP | Tristan Manthey | tmanthey@fishmanhaygood.com |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Hogan McDaniel | Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| Counsel for Lead Plaintiff Movant RIDE Investor Group and Proposed Lead Counsel for the Putative Class | Kirby McInerney LLP | Ira M. Press | ipress@kmllp.com; lmolinaro@kmllp.com |
| Counsel to U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | David W. Baddley | baddleyd@sec.gov |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | 1221 Avenue of the Americas | | | New York | NY | 10020 | |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | 1101 New York Avenue, NW | | | Washington | DC | 20005 | |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | 201 Main Street, Suite 1100 | | | Fort Worth | TX | 76102 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | 81 Newtown Ln. #307 | | | East Hampton | NY | 11937 | |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

Exhibit C
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | 1700 Broadway, 19th Floor | | | New York | NY | 10019 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | 111 Park Street | | | London | | W1K 7JL | United Kingdom |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |

# Exhibit D

**Exhibit D**
**Objecting Parties Service List**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Fishman Haygood LLP | Tristan Manthey | 201 St. Charles Avenue, 46th Floor | New Orleans | LA | 70170-4600 |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Hogan McDaniel | Garvan F. McDaniel | 1311 Delaware Avenue | Wilmington | DE | 19806 |
| Counsel for Lead Plaintiff Movant RIDE Investor Group and Proposed Lead Counsel for the Putative Class | Kirby McInerney LLP | Ira M. Press | 250 Park Avenue, Suite 820 | New York | NY | 10177 |
| Counsel to U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | David W. Baddley | 950 East Paces Ferry Road, N.E., Suite 900 | Atlanta | GA | 30326-1382 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1