**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 13, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and its Debtor Affiliates** [Docket No. 362]

Furthermore, on October 13, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Amendments to Certain Schedules of Assets and Liabilities for Lordstown EV Corporation (Case No. 23-10832)** [Docket No. 384]

Furthermore, on October 13, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for Entry of an Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 466]

Furthermore, on or before October 19, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit D**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- **Notice of Deadlines for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against Debtors** [Docket No. 335]

- [Customized] **Official Form 410 Proof of Claim** [substantially in the form of Exhibit 2 to Docket No. 317]

Furthermore, on or before October 19, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Notice of (I) Selection of Successful Bidder, (II) Cancellation of Auction, and (III) Sale Hearing** [Docket No. 488]

Dated: October 20, 2023

                                                   */s/* Heather Fellows
                                                   Heather Fellows
                                                   KCC
                                                   222 N Pacific Coast Highway, 3rd Floor
                                                   El Segundo, CA 90245
                                                   Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Leroy Walters | Address Redacted | | | |

# Exhibit B

**Exhibit B**
**Affected Parties Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Leroy Walters | Address Redacted | | | |

# Exhibit C

**Exhibit C**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| George Troicky | Labaton Sucharow LLP | Derrick Farrell | 222 Delaware Ave Ste 1500 | Wilmington | DE | 19801-1682 |

# Exhibit D

**Exhibit D**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Advanced Controls & Distribution LLC | 6950 Engle Rd Ste XX | Cleveland | OH | 44130-3494 |
| Leroy Walters | Address Redacted | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                             Page 1 of 1

# Exhibit E

**Exhibit E**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Alan Roessler | | Address Redacted | | | |
| Andy Cracchiolo | | Address Redacted | | | |
| Brad Troutner | | Address Redacted | | | |
| Craig Anderson dba Anderson Structural Engineering | | Address Redacted | | | |
| David Bird | | Address Redacted | | | |
| Emily Emch | | Address Redacted | | | |
| Geoff Curley | | Address Redacted | | | |
| Jake Gaddy | | Address Redacted | | | |
| John Buenavista | | Address Redacted | | | |
| Leonard Digiovanna | | Address Redacted | | | |
| Richard Kemnitz | | Address Redacted | | | |
| Roshmitha Parvathaneni | | Address Redacted | | | |
| Ryan Baker | | Address Redacted | | | |
| Simon Smith | | Address Redacted | | | |
| Travis Curnutte | | Address Redacted | | | |
| Vitro Assets Corp. dba Pittsburgh Glass Works LLC | Trent Thiry | 400 Guys Run Rd | Cheswick | PA | 15024-9464 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                    Page 1 of 1