**Exhibit B**

**Expense Detail**

| Name | Date | Description | Expense Category | Amount |
|---|---|---|---|---|
| SK | 9/3/2023 | Lunch Noodles and Company (S. Kohler) – 1 Person | Meals | $16.70 |
| EH | 9/5/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) – 1 Person | Airfare | $265.90 |
| EH | 9/5/2023 | Dinner at SEDONA TAPHOUSE (working dinner) (E. Hammes, M. Mollerus, A. Crnkevich, D. Tsitsis) – 4 People | Meals | $133.93 |
| EH | 9/5/2023 | Lunch at JERSEY MIKE'S SUBS (working lunch) (E. Hammes) – 1 Person | Meals | $9.37 |
| EH | 9/5/2023 | Uber from home to ORD (E. Hammes) – 1 Person | Transportation | $46.69 |
| AC | 9/5/2023 | Uber to ORD (9.5; A. Crnkovich) – 1 Person | Transportation | $49.71 |
| AC | 9/5/2023 | Hotel in Detroit (9/5/23-9/7/23; 4 point Sheraton; A. Crnkovich) – 1 Person | Lodging | $340.71 |
| AC | 9/5/2023 | Flight to Detroit (A. Crnkovich; Economy class; United) – 1 Person | Airfare | $581.75 |
| AC | 9/5/2023 | Rental car (9.5.23 -9.7.23; National; A. Crnkovich) – 1 Person | Transportation | $397.15 |
| AC | 9/5/2023 | Lunch at Jersey Mike's, (Including C. Tsitsis, A. Crnkovich) – 2 People | Meals | $33.20 |
| CDT | 9/5/2023 | CIRCLE K # 06309/CIRWARREN MI (C. Tsitsis) – 1 Person | Transportation | $68.10 |
| CDT | 9/5/2023 | DD/BR #304009 3040 NOVI MI (C. Tsitsis) – 1 Person | Meals | $7.93 |
| CDT | 9/5/2023 | DUNKIN #352004 Q35 3NORTHBROOK IL (C. Tsitsis) – 1 Person | Meals | $7.03 |
| CDT | 9/5/2023 | SPEEDWAY 1-800-643-1948 OH (C. Tsitsis) – 1 Person | Meals | $4.00 |
| AB | 9/6/2023 | Hotel 9/5 -9/6 - Residence Inn - Youngstown - Warren/Niles for Lordstown Site Visit (A. Bauer) – 1 Person | Lodging | $190.49 |
| AB | 9/6/2023 | Rental Car, Lordstown Site Visit (A.Bauer) – 1 Person | Transportation | $69.91 |
| AB | 9/6/2023 | Lyft from Home to ORD for trip to Lordstown for Site Visit (A.Bauer) – 1 Person | Transportation | $44.35 |
| AB | 9/6/2023 | Fuel for Rental Car, Returning after site visit at Lordstown Facility (A.Bauer) – 1 Person | Transportation | $27.89 |

| | | | | |
|---|---|---|---|---|
| AB | 9/6/2023 | Flight from ORD to CAK, trip to Lordstown for site visits (A.Bauer) – 1 Person | Airfare | $553.80 |
| EH | 9/6/2023 | Lunch at BEYOND JUICERY + EATERY (working lunch) (E. Hammes, D. Tsitsis) – 2 People | Meals | $30.89 |
| AC | 9/6/2023 | Lunch at Beyond including (C. Tsitsis, A. Crnkovich) – 2 People | Meals | $31.79 |
| AC | 9/6/2023 | Taxi Home from ORD (A. Crnkovich) – 1 Person | Transportation | $61.00 |
| AC | 9/7/2023 | Dinner at the airport Margaritaville ( A. Crnkovich, M. Mollerus) – 2 People | Meals | $49.86 |
| MM | 9/6/2023 | Lunch for one on at Beyond Juice - Novi on Novi Rd on 09.06.2023 while in Farmington Hills for business travel (M. Mollerus) – 2 People | Meals | $25.86 |
| AC | 9/6/2023 | "Flight to Detroit from Chicago (9/11/23-9/14/23; A. Crnkovich; Economy class; United) – 1 Person | Airfare | $705.60 |
| CDT | 9/6/2023 | DD/BR #304009 3040  NOVI            MI (C. Tsitsis) – 1 Person | Meals | $7.93 |
| CDT | 9/6/2023 | DUNKIN #348568 3485 WARREN           MI (C. Tsitsis) – 1 Person | Meals | $4.34 |
| EH | 9/7/2023 | Delta flight from DTW to CLT (E. Hammes) (Economy class) – 1 Person | Airfare | $238.90 |
| MM | 9/7/2023 | Airfare on United Airlines on 09/07/2023 for one on return from Detroit to Chicago for business travel to Lordstown's Farmington Hills office (M. Mollerus) – 1 Person | Airfare | $265.90 |
| MM | 9/7/2023 | Taxi cab (Flash Cab - Chicago) for one on 09/07/2023 from O'Hare to home upon returning to Chicago from business travel to Lordstown's Farmington Hills office. (M. Mollerus) – 1 Person | Transportation | $68.50 |
| EH | 9/7/2023 | Lodging at Four Points by Sheraton Novi from 9/5 to 9/7 (E. Hammes) – 1 Person | Lodging | $338.32 |
| EH | 9/7/2023 | Lodging at Four Points by Sheraton Novi from 9/5 to 9/7 (M. Mollerus) – 1 Person | Lodging | $320.24 |
| EH | 9/7/2023 | Uber from Farmington Hills to DTW (E. Hammes) – 1 Person | Transportation | $56.21 |
| MM | 9/7/2023 | Lunch for one on at La Vie Cuisine in Farmington Hills on 09.07.2023 while in Farmington Hills for business travel (M. Mollerus) – 1 Person | Meals | $21.42 |
| CDT | 9/7/2023 | CASEYS #3697 0000036WATERVLIET         MI (C. Tsitsis) – 1 Person | Meals | $8.38 |

AMERICAS 124847520

| | | | | |
|---|---|---|---|---|
| CDT | 9/7/2023 | DUNKIN #348568 3485 WARREN        MI (C. Tsitsis) – 1 Person | Meals | $4.34 |
| CDT | 9/7/2023 | WENDY'S #266 0000002WARREN        MI (C. Tsitsis) – 1 Person | Meals | $11.28 |
| EH | 9/11/2023 | Dinner at GRILLE 39 (working dinner) (E. Hammes) – 1 Person | Meals | $40.00 |
| EH | 9/11/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) – 1 Person | Airfare | $649.60 |
| EH | 9/11/2023 | Uber from home to ORD (E. Hammes) – 1 Person | Transportation | $58.66 |
| MM | 9/11/2023 | Taxicab (Yellow Cab) to ORD for Travel to Detroit/Lordstown's Farmington Hills office for business - 09.11.2023 - 09.14.2023 (M. Mollerus) – 1 Person | Transportation | $57.25 |
| AC | 9/11/2023 | Rental Car (9.11-9.14; A. Crnkovich; AVIS) – 1 Person | Transportation | $589.15 |
| AC | 9/11/2023 | Uber to Chicago Airport (A. Crnkovich) – 1 Person | Transportation | $57.95 |
| AC | 9/11/2023 | Dinner at the Double Tree by Hilton (A. Crnkovich) – 1 Person | Meals | $54.58 |
| CDT | 9/11/2023 | AMOCO#1817500KG MARKSTEVENSVILLE      MI (C. Tsitsis) – 1 Person | Meals | $2.39 |
| CDT | 9/11/2023 | AMOCO#1817500KG MARKSTEVENSVILLE      MI (C. Tsitsis) – 1 Person | Transportation | $65.88 |
| CDT | 9/11/2023 | DUNKIN #352004 Q35 3NORTHBROOK       IL (C. Tsitsis) – 1 Person | Meals | $3.40 |
| CDT | 9/11/2023 | DUNKIN #353683 Q35 3GRASS LAKE       MI (C. Tsitsis) – 1 Person | Meals | $3.49 |
| EH | 9/12/2023 | Lunch at BEYOND JUICERY + EATERY (working lunch) (E. Hammes) – 1 Person | Meals | $22.20 |
| MM | 9/12/2023 | Lunch for one on 09.12.2023 at Qdoba Mexican Eats, Novi, MI while on business travel to Lordstown's Farmington Hills office (M. Mollerus) – 1 Person | Meals | $11.40 |
| AC | 9/12/2023 | Breakfast at the Double Tree by Hilton (A. Crnkovich) – 1 Person | Meals | $19.00 |
| AC | 9/12/2023 | Team lunch at Beyond Juicery (CTsitsis, E. Hammes, M. Mollerus, A. Crnkovich) – 4 People | Meals | $79.38 |
| AC | 9/12/2023 | Hotel in Detroit (Double Tree by Hilton (9/11/23 - 9/14/23; A. Crnkovich) – 1 Person | Lodging | $898.35 |
| CDT | 9/12/2023 | DD/BR #304009 3040 NOVI         MI (C. Tsitsis) – 1 Person | Meals | $8.35 |

AMERICAS 124847520

| | | | | |
|---|---|---|---|---|
| CDT | 9/12/2023 | DUNKIN #348568 3485 WARREN           MI (C. Tsitsis) – 1 Person | Meals | $4.34 |
| CDT | 9/12/2023 | USCONNECT CRPDN MKVLROCHESTER HIL    MI (C. Tsitsis) – 1 Person | Meals | $1.49 |
| EH | 9/13/2023 | Lunch at PANERA (working lunch) (E. Hammes, D. Tsitsis) – 2 People | Meals | $25.40 |
| MM | 9/13/2023 | Meal for one at Panera Bread on 09.13.2023 in Farmington Hills while on business travel to Lordstown's Farmington Hills office  (M. Mollerus) – 1 Person | Meals | $11.53 |
| AC | 9/13/2023 | Lunch at Jersey Mikes (A. Crnkovich) – 1 Person | Meals | $15.88 |
| AC | 9/13/2023 | Lunch at Panera bread (A. Crnkovich) – 1 Person | Meals | $21.47 |
| CDT | 9/13/2023 | BP#8974966NORTHBROOKNORTHBROOK       IL (C. Tsitsis) – 1 Person | Transportation | $62.37 |
| CDT | 9/13/2023 | BP#93540448100 FIFTESTERLING HEIG    MI (C. Tsitsis) – 1 Person | Transportation | $71.94 |
| CDT | 9/13/2023 | DUNKIN #348568 3485 WARREN           MI (C. Tsitsis) – 1 Person | Meals | $4.34 |
| CDT | 9/13/2023 | MODERN LEASING - MI MALVERN          PA (C. Tsitsis) – 1 Person | Meals | $1.60 |
| CDT | 9/13/2023 | MODERN LEASING - MI MALVERN          PA (C. Tsitsis) – 1 Person | Meals | $1.60 |
| MM | 9/14/2023 | Airfare via Delta Airlines to/from Detroit/Chicago for travel to Lordstown's Farmington Hills office - 09.11.2023 & 09.14.2023 (M. Mollerus) – 1 Person | Airfare | $697.81 |
| MM | 9/14/2023 | Lodging for one at DoubleTree by Hilton Detroit, MI for 09.11.2023 to 09.14.2023 while on business travel to Lordstown's Farmington Hills office (M. Mollerus) – 1 Person | Lodging | $996.21 |
| EH | 9/14/2023 | Lodging at DoubleTree by Hilton - Dearborn from 9/11 to 9/14 (E. Hammes); Dinner at GRILLE 39 on 9/12 and 9/13 (working dinners) (E. Hammes) – 1 Person | Lodging | $923.25 |
| MM | 9/14/2023 | Taxicab for one (Flash Cab - Chicago) from ORD to home on 09.14.2023 upon return leg from business travel to Detroit (Lordstown's Farmington Hills office)  (M. Mollerus) – 1 Person | Transportation | $46.75 |

AMERICAS 124847520

| AC | 9/14/2023 | Cab home From airport (A. Crnkovich) – 1 Person | Transportation | $68.12 |
|---|---|---|---|---|
| AC | 9/14/2023 | Hotel Meal Charges for the Week at the Hilton Double Tree (A. Crnkovich) – 1 Person | Meals | $138.16 |
| AC | 9/18/2023 | Flights to Detroit and Chicago (A. Crnkovich, Economy Class; United) – 1 Person | Airfare | $574.75 |
| AC | 9/18/2023 | Hotel 9.18-9.21 (4-point Sheraton, A. Crnkovich) – 1 Person | Lodging | $358.90 |
| AC | 9/18/2023 | Dinner at Sendona Taphouse on Monday ( E. Hammes and A. Crnkovich) – 2 People | Meals | $72.20 |
| AC | 9/18/2023 | Lunch at beyond juicery on 9.18 (A. Crnkovich) – 1 Person | Meals | $34.72 |
| AC | 9/18/2023 | Uber to ORD( A. Crnkovich) – 1 Person | Transportation | $55.27 |
| MM | 9/18/2023 | Taxi (VTS FLASH CABCURB) to the airport for business travel to Lordstown, Ohio on 9.18.2023 (M. Mollerus) – 1 Person | Transportation | $56.88 |
| EH | 9/18/2023 | Delta flight from ORD to DTW (E. Hammes) (Economy class) – 1 Person | Airfare | $524.80 |
| EH | 9/18/2023 | Water at EVOLVE BY HUDSON ST236 DES PLAINES IL (E. Hammes) – 1 Person | Meals | $5.46 |
| EH | 9/18/2023 | Coffee at MCDONALD'S F10987 ROMULUS MI (E. Hammes) – 1 Person | Meals | $2.73 |
| EH | 9/18/2023 | Water and snack at DTW TODAY SHOW DEPARTU DETROIT MI (E. Hammes) – 1 Person | Meals | $12.78 |
| EH | 9/18/2023 | Taxi from ORD to home on 9/14/23 (E. Hammes) – 1 Person | Transportation | $60.94 |
| EH | 9/18/2023 | Taxi from ORD to home on 9/21/23 (E. Hammes) – 1 Person | Transportation | $63.44 |
| EH | 9/18/2023 | Uber from home to ORD on 9/18/23 (E. Hammes) – 1 Person | Transportation | $56.65 |
| AC | 9/19/2023 | Lunch at Noodles and company on 9.20 (A. Crnkovich) – 1 Person | Meals | $16.27 |
| AC | 9/19/2023 | Lunch at Qdoba 9.19 (A. Crnkovich) – 1 Person | Meals | $16.94 |
| MM | 9/19/2023 | Hotel parking for two days (9/18/23 - 9/19/23), Dinner from Bistro 1907 (at Doubletree by Hilton Youngstown Downtown) on 9.18.23 and breakfast at Bistro 1907 (at Doubletree by Hilton Youngstown Downtown) on 9.19.23 (M. Mollerus) – 1 Person | Lodging | $90.68 |
| MM | 9/19/2023 | Rental car from National Car Rental for days 09/18 - 09/19/2023 with pickup at the Akron Canton Reg Arpt (CAK) and drop off at same location. Used while traveling to Lordstown, Ohio for business. (M. Mollerus, E. Hammes, A. Crnkovich) – 3 People | Transportation | $145.15 |

5

AMERICAS 124847520

| | | | | |
|---|---|---|---|---|
| MM | 9/19/2023 | Round trip airfare ORD/CAK; 09/18 departure and 09/19 return. Business travel to Lordstown plant in Ohio. Note that the receipt attached only lists one of the flights, but this is for round trip. (M. Mollerus) – 1 Person | Airfare | $553.80 |
| MM | 9/19/2023 | Lodging for 2 nights at Doubletree by Hilton Youngstown Downtown (M. Mollerus) – 1 Person | Lodging | $390.74 |
| MM | 9/19/2023 | Taxi (VTS FLASH CABCURB) to airport from home on return from business travel to Lordstown Ohio on 09.19.2923 (M. Mollerus) – 1 Person | Transportation | $62.81 |
| EH | 9/19/2023 | Lunch at QDOBA 2823 NOVI CA (working lunch) (E. Hammes) – 1 Person | Meals | $14.31 |
| EH | 9/19/2023 | Water at USCONNECT CRPDN MKVL 0036ROCHESTER HILMI (E. Hammes) – 1 Person | Meals | $6.17 |
| EH | 9/19/2023 | Lunch at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working lunch) (E. Hammes) – 1 Person | Meals | $25.32 |
| CDT | 9/20/2023 | DUNKIN #348568 3485 WARREN MI (C. Tsitsis) – 1 Person | Meals | $5.90 |
| CDT | 9/20/2023 | SPEEDWAY 1-800-643-1949 OH (C. Tsitsis) – 1 Person | Transportation | $66.21 |
| EH | 9/20/2023 | Lunch at NOODLES & CO - 8020 NOVI MI (working lunch) (E. Hammes) – 1 Person | Meals | $15.90 |
| EH | 9/20/2023 | Dinner at CHICK-FIL-A #04367 NOVI MI (working dinner) (E. Hammes, A Crnkovich) – 2 People | Meals | $27.06 |
| EH | 9/20/2023 | Breakfast at USCONNECT CRPDN MKVL 0036ROCHESTER HILMI (E. Hammes) – 1 Person | Meals | $1.89 |
| EH | 9/20/2023 | Dinner at TST* BAR LOUIE - NOVI NOVI MI (working dinner) (E. Hammes, A. Crnkovich) – 2 People | Meals | $74.02 |
| AC | 9/21/2023 | Lunch at Panera Bread on 9.21 (A. Crnkovich) - `1 Person | Meals | $18.93 |
| AC | 9/21/2023 | Uber to DTW from Client (A. Crnkovich) – 1 Person | Transportation | $71.65 |
| AC | 9/21/2023 | Taxi from ORD to Home (A. Crnkovich) – 1 Person | Transportation | $60.94 |
| AC | 9/21/2023 | Dinner at DTW airport (A. Crnkovich) – 1 Person | Meals | $37.27 |
| AC | 9/21/2023 | Breakfast at Beyond (A. Crnkovich) – 1 Person | Meals | $13.70 |
| CDT | 9/21/2023 | SPEEDWAY 1-800-643-1949 OH (C. Tsitsis) – 1 Person | Transportation | $57.50 |

AMERICAS 124847520

| | | | | |
|---|---|---|---|---|
| EH | 9/21/2023 | Lodging at Four Points by Sheraton Novi from 9/18 to 9/21 (E. Hammes) – 1 Person | Lodging | $429.63 |
| EH | 9/21/2023 | Lunch at PANERA BREAD #600689 P FARMINGTON MI (working lunch) (E. Hammes) – 1 Person | Meals | $14.18 |
| EH | 9/21/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (E. Hammes) – 1 Person | Meals | $9.54 |
| AC | 9/25/2023 | Flight to Detroit and return to Chicago 9.25.23 - 9.28.23 (A. Crnkovich; economoy class; United) – 1 Person | Airfare | $594.80 |
| AC | 9/25/2023 | Lunch at Beyond (A. Crnkovich) – 1 Person | Meals | $40.46 |
| AC | 9/25/2023 | Uber to ORD (9.25) (A. Crnkovich) – 1 Person | Transportation | $53.12 |
| MM | 9/25/2023 | Uber for one on 9.25.2023 from DTW to hotel while traveling for business to Lordstown's Farmington Hills office (M. Mollerus) – 1 Person | Transportation | $71.13 |
| MM | 9/25/2023 | Taxi (VTS FLASH CABCURB) to ORD for business travel to Lordstown's Farmington Hills office on 09.25/2023 (M. Mollerus) – 1 Person | Transportation | $49.00 |
| CDT | 9/25/2023 | FIVE GUYS 1696 QSR 0SAINT JOSEPH      MI (C. Tsitsis) – 1 Person | Meals | $21.55 |
| CDT | 9/25/2023 | SPEEDWAY        1-800-643-1949     OH (C. Tsitsis) – 1 Person | Transportation | $62.20 |
| AC | 9/26/2023 | Breakfast at Beyond Juicery 9.26 (A. Crnkovich, M. Mollerus) – 2 People | Meals | $15.90 |
| AC | 9/26/2023 | Dinner at Chik-Fil-A for 2 (A. Crnkovich, M. Mollerus) – 2 People | Meals | $31.94 |
| AC | 9/26/2023 | Lunch at Panera for 2 (C. Tsitsis, A. Crnkovich) – 2 People | Meals | $37.66 |
| MM | 9/26/2023 | Lunch at Panera Bread Co in Farmington MI on 09.26.23 (for one) while on business travel to Lordstown's Farmington Hills office. (M. Mollerus) – 1 Person | Meals | $11.84 |
| CDT | 9/26/2023 | DUNKIN #348568 3485 WARREN       MI (C. Tsitsis) – 1 Person | Meals | $5.90 |
| CDT | 9/26/2023 | SPEEDWAY        1-800-643-1948     OH (C. Tsitsis) – 1 Person | Meals | $2.50 |
| CDT | 9/26/2023 | USCONNECT CRPDN MKVLROCHESTER HIL     MI (C. Tsitsis) – 1 Person | Meals | $1.59 |
| AC | 9/27/2023 | Breakfast at Beyond Juicery 9.27 (A. Crnkovich) – 1 Person | Meals | $7.95 |

AMERICAS 124847520

| | | | | |
|---|---|---|---|---|
| AC | 9/27/2023 | Lunch for 3 at Jersey Mike (M. Mollerus, A. Crnkovich, C. Tsitsis) – 3 People | Meals | $46.24 |
| CDT | 9/27/2023 | CHEESECAKE TWELVE OANOVI MI (A. Crnkovich, E. Hammes, C. Tsitsis) – 3 People | Meals | $121.44 |
| CDT | 9/27/2023 | DUNKIN #348568 3485 WARREN MI (C. Tsitsis) – 1 Person | Meals | $5.90 |
| MM | 9/28/2023 | Airfare via Delta Airlines for business travel to Lordstown's Farmington Hills office - departure on 9.25.23 with return on 9.28.23 (M. Mollerus) – 1 Person | Airfare | $531.80 |
| AC | 9/28/2023 | Cab from ORD to Home (A. Crnkovich) – 1 Person | Transportation | $61.88 |
| AC | 9/28/2023 | "Hotel Stay (9.25-9.28; A. Crnkovich; 4 Point Sheraton) – 1 Person | Lodging | $431.34 |
| AC | 9/28/2023 | Lunch at Beyond for 2 (A. Crnkovich, M. Mollerus) – 2 People | Meals | $40.46 |
| AC | 9/28/2023 | Rental Car in Detroit (National; 9.25-9.28; A.Crnkovich) – 1 Person | Transportation | $521.65 |
| MM | 9/28/2023 | Lodging at Four Points by Sheraton Detroit Novi for 09/25/2023 - 09/28/2023 while on business travel to Lordstown's Farmington Hills office (M. Mollerus) – 1 Person | Lodging | $449.92 |
| MM | 9/28/2023 | Taxi (Taxi company - Mr. Taxi) from ORD to home upon return from business travel to Lordstown's Farmington Hills office on 09.28.2023 (M. Mollerus) – 1 Person | Transportation | $47.75 |
| CDT | 9/28/2023 | DUNKIN #348568 3485 WARREN MI (C. Tsitsis) – 1 Person | Meals | $5.90 |
| CDT | 9/28/2023 | DUNKIN #355288 3552 KALAMAZOO MI (C. Tsitsis) – 1 Person | Meals | $4.23 |
| CDT | 9/28/2023 | MCDONALD'S KALAMAZOO MI (C. Tsitsis) – 1 Person | Meals | $8.14 |
| CDT | 9/28/2023 | SPEEDWAY 1-800-643-1949 OH (C. Tsitsis) – 1 Person | Transportation | $66.48 |
| SK | 9/30/2023 | Economy plus tickets to and from Detroit (S. Kohler) – 1 Person | Airfare | $651.80 |
| | | **Grand Total** | | **$18,921.16** |

AMERICAS 124847520

WBD (US) 4878-1301-8762v1