IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 21, 2023 at 11:30 a.m. (ET)**<br>**Objection Deadline: November 8, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTORS' MOTION FOR AN ORDER EXTENDING THE DEADLINE
FOR THE DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)**

**PLEASE TAKE NOTICE** that, on October 25, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed *Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **November 8, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **November 21, 2023 at 11:30 a.m. (prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Remainder of Page Intentionally Left Blank]*

Dated: October 24, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson* <br> **WOMBLE BOND DICKINSON (US) LLP** <br> Donald J. Detweiler (DE Bar No. 3087) <br> Morgan L. Patterson (DE Bar No. 5388) <br> 1313 North Market Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-4320 <br> Facsimile: (302) 252-4330 <br> don.detweiler@wbd-us.com <br> morgan.patterson@wbd-us.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP** <br> Thomas E Lauria (admitted *pro hac vice*) <br> Matthew C. Brown (admitted *pro hac vice*) <br> Fan B. He (admitted *pro hac vice*) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> tlauria@whitecase.com <br> mbrown@whitecase.com <br> fhe@whitecase.com <br><br> David M. Turetsky (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> david.turetsky@whitecase.com <br><br> Jason N. Zakia (admitted *pro hac vice*) <br> 111 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone: (312) 881-5400 <br> jzakia@whitecase.com <br><br> Roberto Kampfner (admitted *pro hac vice*) <br> Doah Kim (admitted *pro hac vice*) <br> RJ Szuba (admitted *pro hac vice*) <br> 555 South Flower Street, Suite 2700 <br> Los Angeles, CA 90071 <br> Telephone: (213) 620-7700 <br> rkampfner@whitecase.com <br> doah.kim@whitecase.com <br> rj.szuba@whitecase.com <br><br> *Counsel to Debtors and Debtors in Possession* |

WBD (US) 4877-7290-3562v1