**Schedule A**

**Schedule A**

| NO. | Counterparty | Contract Description | Counterparty Address | Debtor | Cure Amount |
|---|---|---|---|---|---|
| 1 | Advanced Controls & Distribution LLC | Advance Controls & Distribution LLC Quotation dated September 1, 2021 | 20102 Progress Drive, Suite 1<br>Strongsville, OH 44149 | Lordstown EV Corporation | $0.00 |
| 2 | Atlassian Pty Ltd. | Atlassian Pty Ltd Quote/Invoice dated July 11, 2022 for Lordstown Motors Corp. including Atlassian Marketplace Terms of Use and Atlassian Cloud Terms of Service | Level 6, 341 George Street<br>Sydney NSW 2000, Australia | Lordstown EV Corporation | $0.00 |
| 3 | Cintas Corporation | Cintas Facility Services Rental Agreement dated December 14, 2021 (Contract No. 210859527) | P.O Box 631025<br>Cincinnati, OH 45263 | Lordstown Motors Corp. | $0.00 |
| 4 | Cintas Corporation | Addendum to Service Agreement dated August 23, 2022 | P.O Box 630910<br>Cincinnati, OH 45263 | Lordstown Motors Corp. | $0.00 |
| 5 | Detroit Disposal & Recycling, LLC | Service Agreement dated December 17, 2021 | 1475 E Milwaukee Street<br>Detroit, MI 48211 | Lordstown Motors Corp. | $0.00 |
| 6 | Guardian Alarm Company | Alarm Services Contract dated March 8, 2021 | 20800 Southfield Road<br>Southfield, MI 48075<br><br>26711 Northwestern Highway<br>Southfield, MI 48033 | Lordstown Motors Corp. | $0.00 |