**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases. David M. Fournier and Tori L. Remington of Troutman Pepper Hamilton Sanders LLP will continue to represent the Committee as counsel in these cases.

Dated: October 26, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for Official Committee of Unsecured Creditors*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

## <u>CERTIFICATE OF SERVICE</u>

I, Marcy J. McLaughlin Smith, hereby certify that on the 26th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in these cases.

*/s/   Marcy J. McLaughlin Smith*

Marcy J. McLaughlin Smith (DE 6184)
