**EXHIBIT B**

**Organizational Chart**

# Lordstown Motors Corp. and its Debtor Affiliates

