# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE (Delaware)

| | |
|---|---|
| In Re: | Case No. 23-10831-mfw |
| LORDSTOWN MOTORS CORP., | Chapter 11 |
| Debtor. | Judge Mary F. Walrath |
| _____/ | |

### THE MICHIGAN DEPARTMENT OF TREASURY'S
### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE of appearance of Heather L. Donald, Assistant Attorney General, as attorney for the Michigan Department of Treasury.

Pursuant to Bankruptcy Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, the undersigned requests that all notices given or required to be given and all papers served in these cases be delivered to and served upon the Michigan Department of Treasury at the following address:

Heather L. Donald
Assistant Attorney General
Cadillac Place
3030 West Grand Blvd., Ste 10-200
Detroit, MI  48202
Office: (313) 456-0140
Email: donaldh@michigan.gov

The appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

1

2

          Respectfully submitted,

          **/s/Heather L. Donald**
          Heather L. Donald (P57351)
          Assistant Attorney General
          Cadillac Place
          3030 W. Grand Blvd., Ste. 10-200
          Detroit, MI  48202
          Telephone: (313) 456-0140
          Email: donaldh@michigan.gov

          *Counsel for the Michigan Department of Treasury*

Dated:  October 30, 2023