IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE (Delaware)

| | |
|---|---|
| In Re: | Case No. 23-10831-mfw |
| LORDSTOWN MOTORS CORP., | Chapter 11 |
| Debtor.                                  / | Judge Mary F. Walrath |

## PROOF OF SERVICE

      The undersigned certifies that on October 30, 2023, a copy of The Michigan Department of Treasury's Notice of Appearance and Request for Notices was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Donald J. Detweiler
Morgan L. Patterson
Womble Bond Dickinson LLP
1313 North Market Street, Ste. 1200
Wilmington, DE 19801

Fan B. He
Thomas E. Lauria
White & Case LLP
Southeast Financial Center
200 S. Biscayne Blvd., Ste. 4900
Miami, FL 33131

Robert J. Kampfner
White & Case LLP
633 W. Fifth Street, Ste. 1900
Los Angeles, CA 90017

Livy Mezei
Peter Strom
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Jason Zakia
White & Case LLP
111 S. Wacker Drive, Ste. 5100
Chicago, IL 33130

Mathew O'Talmo
Morris, Nicholas, Arsht & Tunnell, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Benjamin A. Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE 19801

Albert Kass
Kurtzman Carson Consultants LLC
222 N. Pacific Coast Highway, Ste. 300
El Segundo, CA 90245

                                          **/s/ Cammie O. Anderson**
                                          Cammie O. Anderson
                                          Secretary to: Heather L. Donald (P57351)
                                          Assistant Attorney General
                                          Cadillac Place
                                          3030 W. Grand Blvd., Suite 10-200
                                          Detroit, MI  48202
                                          (313) 456-0140

Dated:  October 30, 2023