IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. ____ |

**ORDER PURSUANT TO LOCAL RULE 9006-1(d) GRANTING DEBTORS' MOTION FOR LEAVE TO FILE LATE REPLY OF THE DEBTORS' OMNIBUS REPLY IN SUPPORT OF REQUEST FOR APPROVAL OF DISCLOSURE STATEMENT**

Upon consideration of the motion (the "**Motion for Leave**")[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") for the entry of an order (this **"Order"**), and the Court finding that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of these Bankruptcy Cases and the Motion for Leave are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and (iv) after due deliberation, good and sufficient cause exists for the relief requested in the Motion for Leave. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED THAT:

1.　　The Motion for Leave is granted, as set forth herein.

2.　　The Debtors are granted leave and permission, pursuant to Local Rule 9006-1(d), to file the Reply, and the Reply is deemed timely filed and a matter of record in this Bankruptcy Case.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion for Leave.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this order.

Dated: October 30th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

2

WBD (US) 4872-3809-7547v2