# EXHIBIT B

## Organizational Chart

# Lordstown Motors Corp. and its Debtor Affiliates

