**CERTIFICATE OF SERVICE**

    I, Christopher P. Simon, hereby certify that on October 31, 2023, a true and correct copy of the foregoing *Lead Plaintiff's Supplemental Limited Objection and Reservation of Rights to the Debtors' Modified Amended Disclosure Statement and Solicitation Motion* was served upon all interested parties via CM/ECF and the attached service list by electronic mail:

        */s/ Christopher P. Simon*
        Christopher P. Simon (No. 3697)

**SERVICE LIST**

Thomas E Laura, Esq.
Matthew C. Brown, Esq.
Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

Jason N. Zakia, Esq.
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
jzakia@whitecase.com

Roberto Kampfner, Esq.
Doah Kim, Esq.
RJ Szuba, Esq.
White & Case LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

Donald J. Detweiler, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

Office of the United States Trustee
Attn: Benjamin A. Hackman, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

David M. Fournier, Esq.
Marcy McLaughlin Smith, Esq.
Tori L. Remington, Esq.
Troutman Pepper LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com
tori.remington@troutman.com

Francis J. Lawall, Esq.
Troutman Pepper LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
francis.lawall@troutman.com

| | |
|---|---|
| Deborah Kovsky-Apap, Esq.<br>Troutman Pepper LLP<br>875 Third Avenue<br>New York, NY 10022<br>deborah.kovsky@troutman.com | Sean P. McNally, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>sean.mcnally@troutman.com |