## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On October 23, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail to the registered holders of Common Stock, on the service list attached hereto as **Exhibit A**:

- **Notice of (I) Selection of Successful Bidder, (II) Cancellation of Auction, and (III) Sale Hearing** [Docket No. 488]

Furthermore, on or before October 26, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of (I) Selection of Successful Bidder, (II) Cancellation of Auction, and (III) Sale Hearing** [Docket No. 488]

Furthermore, on or before October 26, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- **Notice of Rescheduled Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Lordstown Motors Corp. and its Debtor Affiliates Hearing Rescheduled from October 18, 2023 to October 25, 2023 at 2:00 p.m. (EDT)** [Docket No. 539]

Dated: October 30, 2023

*/s/* Heather Fellows
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

2

# Exhibit A

**Exhibit A**

**Registered Shareholders Service List**

**Served via First Class Mail**

| CreditorName | Address |
| --- | --- |
| Garrett Paul Ederle | Address Redacted |

# Exhibit B

**Exhibit B**

**Creditor Matrix**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Ajai Karthick Arangaraman | | Address Redacted | | | |
| Bradley Todora | | Address Redacted | | | |
| Touchstone Merchandise Group LLC | Racheal Sparks | 110 Mercantile Dr # 2 | Fairfield | OH | 45014-3699 |

# Exhibit C

**Exhibit C**

**Creditor Matrix**

**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Ajai Karthick Arangaraman | | Address Redacted | | | |
| Alan Roessler | | Address Redacted | | | |
| Andy Cracchiolo | | Address Redacted | | | |
| Brad Troutner | | Address Redacted | | | |
| David Bird | | Address Redacted | | | |
| John Buenavista | | Address Redacted | | | |
| Roshmitha Parvathaneni | | Address Redacted | | | |
| Ryan Baker | | Address Redacted | | | |
| Travis Curnutte | | Address Redacted | | | |
| Vitro Assets Corp. dba Pittsburgh Glass Works LLC | Trent Thiry | 400 Guys Run Rd | Cheswick | PA | 15024-9464 |
| Yuan Shi | | Address Redacted | | | |