**<u>Exhibit C</u>**
Leonard Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**DECLARATION OF MELISSA LEONARD IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER UNDER 11 U.S.C. §§ 327(A) AND 328(A), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND DICKINSON (US) LLP AS CO-COUNSEL**
***NUNC PRO TUNC* TO OCTOBER 6, 2023**

I, Melissa Leonard, under penalty of perjury, declare as follows:

1. I am the General Counsel of the above-captioned debtors and debtors in possession (the "**Debtors**"). I submit this declaration (the "**Declaration**") in support of the application (the "**Application**")[2] for authority and approval to retain and employ Womble Bond Dickinson (US) LLP ("**WBD**") as co-counsel for the Debtors *nunc pro tunc* to October 6, 2023. Except as otherwise noted, I have personal knowledge of the matters set forth herein, information gathered from my review of relevant documents and information supplied to me by other members of the Debtors' personnel and the Debtors' advisors.

2. I am familiar with all aspects of the Debtors' decision to retain and employ WBD as bankruptcy counsel with respect to the Chapter 11 Cases. In addition, I generally am

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

responsible for, among other things, supervising outside counsel of the Debtors and monitoring and controlling legal costs.

### THE DEBTORS' SELECTION OF COUNSEL

3. The Debtors desire to employ WBD because of, among other reasons, the nature of the legal services that will be required in connection with the Chapter 11 Cases. The services of legal counsel are necessary to enable the Debtors to execute faithfully their duty as debtors-in-possession.

4. The Debtors have selected WBD to serve as the as the Debtors' bankruptcy co-counsel with White & Case LLP ("**W&C**") to perform the legal services that will be necessary during the Chapter 11 Cases. WBD was selected based on its extensive experience with and knowledge of large chapter 11 proceedings, and its experience practicing before this Court.

### RATE STRUCTURE

5. In my capacity as General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.

6. WBD has informed me that it will charge the Debtors for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered and for reimbursement of all costs and expenses incurred by WBD in connection with its representation of the Debtors.

7. I am responsible for reviewing the invoices regularly submitted by WBD and will ensure that the fees and expenses paid by the Debtors' estates remain consistent with the Debtors' expectations and the exigencies of the Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 31, 2023
      Lordstown, Ohio

*/s/ Melissa Leonard*
Melissa Leonard
General Counsel,
Lordstown Motors Corp.