**EXHIBIT A**



October 24, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

      Re: Lordstown Motor Corporation
          USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period September 1, 2023 to September 30, 2023 in the amount of $5,689.34 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures



October 24, 2023

Copy Parties

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Amanda R. Steele
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington DE 19801

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



October 24, 2023

Copy Parties

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 71001FA | **Invoice Date** | October 24, 2023 |
|---|---|---|---|
| **Invoice Number** | US_KCC2594456 | **Due Date** | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $5,689.34 |
| *Total of Hourly Fees* | $5,689.34 |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| *Invoice Subtotal* | $5,689.34 |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | $5,689.34 |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| **Account Number** | 71001FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| **Invoice Number** | US_KCC2594456 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $5,689.34 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 17.20 | $201.75 | $3,470.11 |
| JEE | James Lee | SOL | 5.80 | $201.75 | $1,170.14 |
| KVR | Kevin Martin | SOL | 4.80 | $201.75 | $968.39 |
| LVR | Leanne Rehder | SOL | 0.40 | $201.75 | $80.70 |
|  |  |  |  | ***Total*** | ***$5,689.34*** |

# *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/5/2023 | AAE | Update master schedule G with new contracts | SOL | Schedules & SOFA | 0.40 |
| 9/5/2023 | AAE | Review counsel and company comments to schedule G amendments and prepare contracts in question and return comments for group | SOL | Schedules & SOFA | 0.90 |
| | | | *Total for 9/5/2023* | | *1.30* |
| 9/6/2023 | JEE | Respond to inquiries from nominees and DTC re: disclosure statement hearing issues | SOL | Solicitation | 0.40 |
| 9/6/2023 | AAE | Correspondence and call with Silverman regarding schedule G comments | SOL | Schedules & SOFA | 0.30 |
| 9/6/2023 | AAE | Update schedules G based on Silverman comments | SOL | Schedules & SOFA | 1.50 |
| | | | *Total for 9/6/2023* | | *2.20* |
| 9/7/2023 | AAE | Coordinate with W&C and Silverman on amended schedules; review latest versions of amendments for finalization | SOL | Schedules & SOFA | 0.80 |
| 9/7/2023 | AAE | Call with counsel regarding finalizing amended schedules and preparing redlines | SOL | Solicitation | 0.20 |
| 9/7/2023 | AAE | Prepare redlines of amended schedules | SOL | Schedules & SOFA | 2.40 |
| | | | *Total for 9/7/2023* | | *3.40* |
| 9/11/2023 | JEE | Review draft DS motion from counsel | SOL | Solicitation | 0.80 |
| 9/11/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel | SOL | Solicitation | 2.20 |
| 9/11/2023 | AAE | Prepare and send schedule G source files | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 9/11/2023* | | *3.40* |
| 9/12/2023 | JEE | Continue review of draft disclosure statement motion and solicitation procedures | SOL | Solicitation | 1.00 |
| 9/12/2023 | AAE | Coordinate with KCC securities team re draft solicitation procedures order | SOL | Solicitation | 0.90 |
| 9/12/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel; correspondence with counsel re same | SOL | Solicitation | 1.60 |
| | | | *Total for 9/12/2023* | | *3.50* |
| 9/13/2023 | JEE | Review draft solicitation procedures and ballots | SOL | Solicitation | 1.50 |
| 9/13/2023 | JEE | Office conference with securities team re: solicitation and ballot comments | SOL | Solicitation | 0.40 |
| 9/13/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel | SOL | Solicitation | 2.10 |
| 9/13/2023 | KVR | Review of draft Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot | SOL | Solicitation | 0.60 |
| 9/13/2023 | KVR | Added comments to Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot; saved as Securities comments versions and forwarded to securities team for review and adding any additional comments | SOL | Solicitation | 0.90 |
| 9/13/2023 | KVR | Added J Lee comments to Securities comment versions of Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot | SOL | Solicitation | 0.40 |
| 9/13/2023 | KVR | Forwarded Securities team comment versions of Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot | SOL | Solicitation | 0.40 |
| | | | *Total for 9/13/2023* | | *6.30* |

## *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 9/14/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel | SOL | Solicitation | 2.20 |
| 9/14/2023 | KVR | Call with A Estrada re: voting deadline and voting declaration deadline | SOL | Solicitation | 0.40 |
| 9/14/2023 | KVR | Communication with A Estrada re: Class 7 Beneficial and Master Ballot updated with correct case team email for inquiries | SOL | Solicitation | 0.40 |
| | | | *Total for 9/14/2023* | | *3.00* |
| 9/15/2023 | KVR | Review of draft Solicitation Procedures Motion, forward comments to securities team | SOL | Solicitation | 1.10 |
| 9/15/2023 | KVR | Communication with counsel re: securities team availability for call to discuss solicitation | SOL | Solicitation | 0.30 |
| | | | *Total for 9/15/2023* | | *1.40* |
| 9/18/2023 | JEE | Research precedent for solicitation with no USB thumb drive to include for plan/DS | SOL | Solicitation | 1.00 |
| 9/18/2023 | JEE | Emails with counsel re: timing of service of solicitation documents to public securities holders | SOL | Solicitation | 0.30 |
| 9/18/2023 | JEE | Call with counsel re: solicitation motion issues | SOL | Solicitation | 0.40 |
| 9/18/2023 | AAE | Prepare for and participate in Solicitation call with counsel | SOL | Solicitation | 0.60 |
| 9/18/2023 | AAE | Update solicitation notes and plans based on call with counsel | SOL | Solicitation | 0.20 |
| 9/18/2023 | LVR | Review precedent for Plan and D/S not included in packages and coordinate with KCC team | SOL | Solicitation | 0.40 |
| 9/18/2023 | KVR | Communication with L Scott re: cases from Delaware and Judge Walrath with solicitation procedures where creditors directed to claims agent website for Disclosure Statement and Plan in solicitation | SOL | Solicitation | 0.30 |
| | | | *Total for 9/18/2023* | | *3.20* |
| 9/29/2023 | AAE | Review solicitation procedures motion and update notes; coordinate with KCC Team re same | SOL | Solicitation | 0.50 |
| | | | *Total for 9/29/2023* | | *0.50* |
| | | | ***Total Hours*** | | ***28.20*** |

## *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | *Total Expenses* | |