**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>**November 27, 2023, at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF SECOND MONTHLY STAFFING AND**
**COMPENSATION REPORT OF HURON CONSULTING SERVICES LLC**
**FOR THE PERIOD FROM SEPTEMBER 1, 2023, THROUGH SEPTEMBER 30, 2023**[2]

　　　　**PLEASE TAKE NOTICE** that on August 7, 2023, the Official Committee of Unsecured Creditors of Lordstown Motors Corp. and its affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") filed the *Application of Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Huron Consulting Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of the Retention Date* [Docket No. 235], with the United States Bankruptcy Court for the District of Delaware (the "Court").

　　　　**PLEASE TAKE FURTHER NOTICE** that, on August 23, 2023, the Court entered the *Order Authorizing the Employment and Retention of Huron Consulting Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of the Retention Date* [Docket No. 295] (the "Retention Order").

　　　　**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Huron Consulting Group LLC hereby files its second monthly staffing and compensation report on the engagement for the period from September 1, 2023, through September 30, 2023, (the "Monthly Report") in the form attached hereto as **Exhibit 1**.

　　　　**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention order, objections, if any, to the Monthly Report must be filed with the Court on or before **November 27, 2023, at 4:00 p.m. (ET).**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181].

| | |
|---|---|
| Dated: November 3, 2023<br>Wilmington, Delaware | TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>*/s/ Tori L. Remington*<br>David M. Fournier (DE No. 2812)<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email:  david.fournier@troutman.com<br>         tori.remington@troutman.com<br>-and-<br><br>Francis J. Lawall (admitted *pro hac vice*)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Fax: (215) 981-4750<br>Email:  francis.lawall@troutman.com<br><br>-and-<br><br>Deborah Kovsky-Apap (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 808-2726<br>Fax: (212) 704-6288<br>Email: deborah.kovsky@troutman.com<br><br>-and-<br><br>Sean P. McNally (admitted *pro hac vice*)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>Email: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |