**<u>Exhibit 1</u>**

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM SEPTEMBER 1, 2023, THROUGH SEPTEMBER 30, 2023**

| Professional | Title | Standard Rates | | Hours | Standard Fees | |
|---|---|---|---|---|---|---|
| Laura Marcero | Managing Director | $ | 1,100 | 46.8 | $ | 51,480.00 |
| Timothy Martin | Managing Director | $ | 1,100 | 21.0 | $ | 23,100.00 |
| Robert Loh | Senior Director | $ | 950 | 8.7 | $ | 8,265.00 |
| Shawn Creedon | Project Consultant | $ | 950 | 72.3 | $ | 68,685.00 |
| Paul Trenti | Director | $ | 700 | 26.4 | $ | 18,480.00 |
| Holger Ericsson | Manager | $ | 600 | 62.4 | $ | 37,440.00 |
| Rommel Hernandez | Analyst | $ | 325 | 31.7 | $ | 10,302.50 |
| **Total Hours and Fees for Professionals** | | | | 269.3 | $ | 217,752.50 |
| | | | | | | |
| **Total Fees for Professionals** | | | | | $ | 217,752.50 |
| Less: 20% Holdback | | | | | $ | (43,550.50) |
| Total Fees for Professionals | | | | | $ | 174,202.00 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM SEPTEMBER 1, 2023, THROUGH SEPTEMBER 30, 2023**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 2 | Claim Analysis | 53.6 | $  32,580.00 |
| 3 | Asset Analysis and Recovery | 81.6 | 75,542.50 |
| 5 | Cash Flow Analysis/Reporting | 69.3 | 47,317.50 |
| 6 | Meetings and Communications | 30.6 | 28,867.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 13.9 | 14,240.00 |
| 8 | Business Analysis | 14.0 | 13,115.00 |
| 12 | Retention and Fee Applications | 6.3 | 6,090.00 |
| | | | |
| | **Total Hours and Fees by Matter Category** | **269.3** | **$217,752.50** |

**Average Billing Rate        $808.59**

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Holger Ericsson | 09/01/23 | Prepare analysis of unsecured claims (Filed POCs) | 1.300 | $ 600.00 | $ 780.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/01/23 | Prepare analysis of unsecured claims (scheduled amounts) | 1.800 | $ 600.00 | $ 1,080.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/01/23 | Initial review of filed POCs | 2.400 | $ 600.00 | $ 1,440.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/01/23 | Continue preparation of unsecured claims analysis | 2.100 | $ 600.00 | $ 1,260.00 |
| 2 | Claim Analysis | Robert Loh | 09/01/23 | Research availability of filed POCs compare select POCs to scheduled amounts | 0.700 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Rommel Hernandez | 09/01/23 | Prepare consolidated schedule of potential unsecured claims based on a review of the Debtors' bankruptcy filings | 2.500 | $ 325.00 | $ 812.50 |
| 2 | Claim Analysis | Rommel Hernandez | 09/01/23 | Compare scheduled claimants to creditor matrix in connection with unsecured claims pool estimation | 2.400 | $ 325.00 | $ 780.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/02/23 | Continue preparation of unsecured claims analysis | 1.400 | $ 600.00 | $ 840.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/05/23 | Clean up data from additional converted claims  documents | 2.700 | $ 600.00 | $ 1,620.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/05/23 | Format data from additional converted claims  documents | 2.500 | $ 600.00 | $ 1,500.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/05/23 | Integrate additional converted documents in Claims Analysis | 2.500 | $ 600.00 | $ 1,500.00 |
| 2 | Claim Analysis | Rommel Hernandez | 09/05/23 | Format and compile creditor analysis excel files for upper management review and ensure names match between files | 2.200 | $ 325.00 | $ 715.00 |
| 2 | Claim Analysis | Rommel Hernandez | 09/05/23 | Compare converted files to filed claims from KCC to determine if any differences exist | 2.300 | $ 325.00 | $ 747.50 |
| 2 | Claim Analysis | Rommel Hernandez | 09/05/23 | Compare converted files to filed claims from KCC to determine if any differences exist | 1.900 | $ 325.00 | $ 617.50 |
| 2 | Claim Analysis | Holger Ericsson | 09/06/23 | Revise analysis of filed POCs | 1.900 | $ 600.00 | $ 1,140.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/06/23 | Expand analysis of filed POCs | 1.600 | $ 600.00 | $ 960.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/06/23 | Expand analysis of filed POCs (additional filed claims) | 1.700 | $ 600.00 | $ 1,020.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/06/23 | Prepare overview of preliminary waterfall analysis in advance of meeting with counsel | 1.400 | $ 600.00 | $ 840.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/06/23 | Discussion with P. Trenti regarding claims analysis | 0.400 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Paul Trenti | 09/06/23 | Discussion with H. Ericsson regarding claims analysis | 0.400 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Paul Trenti | 09/06/23 | Review claims analysis file circulated by H. Ericsson. | 0.500 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Robert Loh | 09/06/23 | Analysis of certain filed POCs in connection with potential waterfall scenarios | 1.600 | $ 950.00 | $ 1,520.00 |
| 2 | Claim Analysis | Rommel Hernandez | 09/06/23 | Prepare summary schedules for preliminary analysis of unsecured claims | 2.100 | $ 325.00 | $ 682.50 |
| 2 | Claim Analysis | Paul Trenti | 09/07/23 | Review additional filed claims to compare amounts scheduled as tooling against filed | 0.500 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/08/23 | Analysis of modified claims. | 2.300 | $ 600.00 | $ 1,380.00 |
| 2 | Claim Analysis | Laura Marcero | 09/12/23 | Review and comment on analysis of unsecured claims | 0.800 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/14/23 | Meeting with S. Creedon and P. Trenti to review structure of claims analysis. | 0.400 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Paul Trenti | 09/14/23 | Meeting with S. Creedon and H. Ericsson to review structure of claims analysis. | 0.400 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Shawn Creedon | 09/14/23 | Meeting with P. Trenti and H. Ericsson to review structure of claims analysis. | 0.400 | $ 950.00 | $ 380.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/21/23 | Review claims register for newly filed POCs and update claims analysis. | 0.700 | $ 600.00 | $ 420.00 |
| 2 | Claim Analysis | Robert Loh | 09/21/23 | Email correspondence regarding claims analysis. | 0.200 | $ 950.00 | $ 190.00 |
| 2 | Claim Analysis | Robert Loh | 09/21/23 | Review and comment on claims analysis. | 0.800 | $ 950.00 | $ 760.00 |
| 2 | Claim Analysis | Holger Ericsson | 09/22/23 | Continue to review claims register for newly filed POCs and update claims analysis. | 0.900 | $ 600.00 | $ 540.00 |
| 2 | Claim Analysis | Laura Marcero | 09/22/23 | Review and comment on analysis of unsecured claims | 2.100 | $ 1,100.00 | $ 2,310.00 |
| 2 | Claim Analysis | Tim Martin | 09/22/23 | Provide edits to analysis of filed POCs | 0.800 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Paul Trenti | 09/25/23 | Review claims analysis provided by Debtors' included comparison of amounts to MORs | 0.800 | $ 700.00 | $ 560.00 |
| 2 | Claim Analysis | Tim Martin | 09/25/23 | Review revised claims analysis reconciliation. | 1.200 | $ 1,100.00 | $ 1,320.00 |
| 2 | Claim Analysis | Paul Trenti | 09/29/23 | Review TWCF slides and analysis, cash waterfall, circulate questions and comments to H. Ericsson. | 1.000 | $ 700.00 | $ 700.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/06/23 | Teleconference with Troutman and Huron team regarding waterfall projections | 0.900 | $ 1,100.00 | $ 990.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/06/23 | Teleconference with Troutman and Huron team regarding waterfall projections | 0.900 | $ 700.00 | $ 630.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 09/06/23 | Review and comment on draft waterfall analysis | 0.400 | $ 950.00 | $ 380.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3 | Asset Analysis and Recovery | Rommel Hernandez | 09/06/23 | Teleconference with Troutman and Huron team regarding waterfall projections | 0.900 | $ 325.00 | $ 292.50 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/06/23 | Teleconference with Troutman and Huron team regarding waterfall projections | 0.900 | $ 950.00 | $ 855.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/06/23 | Teleconference with Troutman and Huron team regarding waterfall projections | 0.900 | $ 1,100.00 | $ 990.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/07/23 | Participate in meeting with Jefferies to discuss sale process and potential bids | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/07/23 | Review and comment on weekly UCC update materials | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/07/23 | Participate in meeting with Jefferies to discuss sale process and potential bids | 0.500 | $ 700.00 | $ 350.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 09/07/23 | Participate in meeting with Jefferies to discuss sale process and potential bids | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/07/23 | Participate in meeting with Jefferies to discuss sale process and potential bids | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/09/23 | Email correspondence re sale process, amended SOALs | 0.300 | $ 950.00 | $ 285.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 09/10/23 | Prepare a summary of various bid offers received by the Debtors | 0.900 | $ 950.00 | $ 855.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/11/23 | Review Jefferies' bid proposals (liquidators) | 2.300 | $ 1,100.00 | $ 2,530.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/11/23 | Review Jefferies' bid proposals (going concern) | 1.900 | $ 1,100.00 | $ 2,090.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/11/23 | Review summaries of bids circulated by Jefferies | 1.600 | $ 1,100.00 | $ 1,760.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/11/23 | Review bid proposals provided by Jefferies | 2.400 | $ 950.00 | $ 2,280.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/11/23 | Review liquidator/auction bid proposals provided by Jefferies | 0.900 | $ 950.00 | $ 855.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/11/23 | Review Jefferies' bid proposals | 1.300 | $ 1,100.00 | $ 1,430.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/12/23 | Review of Sales Bids and impact to cash models. | 2.100 | $ 600.00 | $ 1,260.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/12/23 | Follow up discussion with T. Martin re: Jefferies sale update | 0.800 | $ 1,100.00 | $ 880.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/12/23 | Call with Jefferies re sale process update | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/12/23 | Attend call with Jefferies to discuss bids received in detail and next steps including | 0.500 | $ 700.00 | $ 350.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 09/12/23 | Call with Debtors' professionals (White & Case and Jefferies) regarding bid received by | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/12/23 | Call with Jefferies re sale process update | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/12/23 | Follow up discussion with L. Marcero re: Jefferies sale update | 0.800 | $ 1,100.00 | $ 880.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/12/23 | Call with Jefferies re sale process update | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/13/23 | Update waterfall analysis to include 13-week projections as of September 9th. | 2.200 | $ 600.00 | $ 1,320.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/13/23 | Update waterfall analysis to include 13-week projections as of September 2nd. | 2.400 | $ 600.00 | $ 1,440.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/14/23 | Update to waterfall based on meeting feedback. | 2.200 | $ 600.00 | $ 1,320.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/14/23 | Review weekly UCC update materials re: sale process bids, other | 1.700 | $ 1,100.00 | $ 1,870.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/14/23 | Participate on weekly UCC update call | 0.700 | $ 1,100.00 | $ 770.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/14/23 | Teleconference with Troutman and Huron to review UCC update | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/14/23 | Review and update claims waterfall file based on latest discussions with Debtors and | 1.100 | $ 700.00 | $ 770.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/14/23 | Adjust latest waterfall per comments from Huron team including adding two scenarios | 0.800 | $ 700.00 | $ 560.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/14/23 | Prepare updated projected waterfall recovery for Committee | 1.600 | $ 950.00 | $ 1,520.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/14/23 | Prepare update for Committee on sale process, 13-week cash flow forecast | 1.100 | $ 950.00 | $ 1,045.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/19/23 | Prepare summary of call with Jefferies regarding bid updates | 0.400 | $ 600.00 | $ 240.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/19/23 | Call with Jefferies to discuss latest set of bids received and updates to existing bids. | 0.200 | $ 600.00 | $ 120.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/19/23 | Review updated analysis of waterfall recovery projections. | 1.800 | $ 1,100.00 | $ 1,980.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/19/23 | Call with Jefferies to discuss latest set of bids received and updates to existing bids. | 0.200 | $ 1,100.00 | $ 220.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/19/23 | Call with Jefferies to discuss latest set of bids received and updates to existing bids. | 0.200 | $ 700.00 | $ 140.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/19/23 | Revise projected waterfall recovery scenarios based on request from counsel. | 2.100 | $ 950.00 | $ 1,995.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/19/23 | Preparation for call with Jefferies to discuss bid updates. | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/19/23 | Call with Jefferies to discuss latest set of bids received and updates to existing bids. | 0.200 | $ 950.00 | $ 190.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/19/23 | Review updated waterfall recovery projections. | 0.700 | $ 1,100.00 | $ 770.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/20/23 | Modify Waterfall Model based on feedback | 2.100 | $ 600.00 | $ 1,260.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/20/23 | Review claims waterfall slides and send comments to S. Creedon. | 0.800 | $ 700.00 | $ 560.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/20/23 | Pull professional fee statements from court docket, review, compile details into spreadsheet, circulate to Huron team. | 0.400 | $ 700.00 | $ 280.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/20/23 | Call with T. Martin and P. Trenti to review updated waterfall recovery analyses | 0.500 | $ 700.00 | $ 350.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/20/23 | Prepare updated projected waterfall recovery scenarios. | 1.300 | $ 950.00 | $ 1,235.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/20/23 | Call with Troutman and Huron teams to review UCC presentation updates | 0.800 | $ 950.00 | $ 760.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/20/23 | Finalize updated waterfall recovery projection, send to counsel | 0.700 | $ 950.00 | $ 665.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/20/23 | Call with T. Martin and P. Trenti to review updated waterfall recovery analyses requested by counsel | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/20/23 | Revise UCC update deck based on new 13-week cash flow projection and waterfall | 1.700 | $ 1,100.00 | $ 1,870.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/20/23 | Call with Troutman and Huron teams to review UCC presentation updates | 0.800 | $ 1,100.00 | $ 880.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/20/23 | Call with S. Creedon and P. Trenti to review updated waterfall recovery analyses requested by counsel | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/21/23 | Review and comment on weekly UCC update materials | 1.600 | $ 1,100.00 | $ 1,760.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/24/23 | Review revised draft LAS Capital APA and summary | 1.900 | $ 1,100.00 | $ 2,090.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/24/23 | Review and summarize revised draft LAS Capital APA | 2.500 | $ 950.00 | $ 2,375.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/25/23 | Review APAs and analysis showing differences between bids from going-concern | 0.600 | $ 700.00 | $ 420.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/25/23 | Review revised draft of the LAS Capital APA. | 2.400 | $ 1,100.00 | $ 2,640.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/26/23 | Discuss latest draft APA from LAS Capital with Huron team | 1.000 | $ 1,100.00 | $ 1,100.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/26/23 | Review revised draft LAS Capital APA, prepare summary thereof for Huron, Troutman teams | 2.400 | $ 950.00 | $ 2,280.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/26/23 | Discuss latest draft APA from LAS Capital with Huron team | 1.000 | $ 950.00 | $ 950.00 |
| 3 | Asset Analysis and Recovery | Tim Martin | 09/26/23 | Discuss latest draft APA from LAS Capital with Huron team | 1.000 | $ 1,100.00 | $ 1,100.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 09/27/23 | Review bidder APA and Disclosure Schedule to understand structure, consideration of | 0.900 | $ 700.00 | $ 630.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/27/23 | Review revised draft LAS Capital APA, prepare summary thereof for Huron, Troutman | 1.600 | $ 950.00 | $ 1,520.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 09/28/23 | Performed updates to TWCF weekly waterfall update | 1.400 | $ 600.00 | $ 840.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/28/23 | Review and comment on weekly UCC update materials | 0.900 | $ 1,100.00 | $ 990.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/28/23 | Prepare summary of the revised draft LAS Capital APA. | 1.800 | $ 950.00 | $ 1,710.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/28/23 | Review further revised draft LAS Capital APA and initial draft disclosure schedule. | 1.300 | $ 950.00 | $ 1,235.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 09/28/23 | Call with K. Lisanti (Jefferies) re sale process update; email summary of same to Huron team | 0.400 | $ 950.00 | $ 380.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 09/29/23 | Review updated 13-week cash flow forecast and waterfall analysis in connection with | 2.400 | $ 1,100.00 | $ 2,640.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/06/23 | Review latest 13-week cash flow from Debtors; email questions re same to Debtors | 2.400 | $ 950.00 | $ 2,280.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/06/23 | Draft email to Debtors/Debtors' Financial Advisory regarding 13-week cashflow changes | 0.800 | $ 950.00 | $ 760.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/07/23 | Update templates for analysis of the Debtors' 13-week cashflow projections | 1.400 | $ 600.00 | $ 840.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/07/23 | Prepare for, participate in call with A. Kroll (Debtor CFO) re pro fee run rate, severance | 1.600 | $ 950.00 | $ 1,520.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/07/23 | Prepare status update for UCC counsel regarding additional information received from | 1.300 | $ 950.00 | $ 1,235.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/08/23 | Prepare UCC update materials related to the Debtors' revised cash flow forecast. | 2.100 | $ 600.00 | $ 1,260.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/08/23 | Review and revise updated analysis of the Debtors' 13-week cashflow forecast based | 2.200 | $ 600.00 | $ 1,320.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/08/23 | Review of the Debtors' updated 13-week cashflow forecast and results through the | 0.500 | $ 700.00 | $ 350.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/08/23 | Review cash flow analysis and slides circulated by Huron team, compile list of | 1.700 | $ 700.00 | $ 1,190.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/08/23 | Update analysis of the Debtors' 13-week cashflow forecast based on newly received | 2.100 | $ 325.00 | $ 682.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/08/23 | Update to variance analysis model of actual and projected one week variance, | 0.900 | $ 325.00 | $ 292.50 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/09/23 | Review and edit draft slides for update to UCC Committee members | 1.900 | $ 950.00 | $ 1,805.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/11/23 | Prepare weekly update materials in advance of call with UCC | 1.800 | $ 950.00 | $ 1,710.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/13/23 | Prepare draft of weekly update to the UCC based on the revised cashflow projection received from the Debtors. | 2.300 | $ 600.00 | $ 1,380.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/13/23 | Review analysis of the Debtors' 13-week cashflow forecast based on newly received | 2.300 | $ 600.00 | $ 1,380.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/13/23 | Update draft of weekly update to the UCC based on the additional cashflow projection | 0.700 | $ 600.00 | $ 420.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/13/23 | Discuss Committee updates with S. Creedon. | 0.500 | $ 600.00 | $ 300.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/13/23 | Review thirteen-week cash flow projection circulated by the company. | 0.800 | $ 700.00 | $ 560.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/13/23 | Review formulas in latest cashflow forecast analysis file to ensure correctness. | 0.700 | $ 700.00 | $ 490.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/13/23 | Update of 13 week cash flow to incorporate 09.09.2023 actuals and projected period | 2.300 | $ 325.00 | $ 747.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/13/23 | Update to variance analysis model of actual and projected one week variance | 2.400 | $ 325.00 | $ 780.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/13/23 | Review updated 13-week cash flow forecast from Debtors through 09/09/23. | 1.900 | $ 950.00 | $ 1,805.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/13/23 | Discuss Committee updates with H. Ericsson | 0.500 | $ 950.00 | $ 475.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/13/23 | Review updates for Committee re cash burn rate, updated recovery waterfall projection, | 0.400 | $ 950.00 | $ 380.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/14/23 | Continue to revise UCC update slides based on feedback from engagement team | 1.700 | $ 600.00 | $ 1,020.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/14/23 | Working session to review UCC update deck | 0.300 | $ 600.00 | $ 180.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 09/14/23 | Working session to review UCC update deck | 0.300 | $ 1,100.00 | $ 330.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/14/23 | Working session to review UCC update deck | 0.300 | $ 700.00 | $ 210.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/14/23 | Review slides and analysis of thirteen-week cash flow put together by Huron team. | 0.900 | $ 700.00 | $ 630.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/14/23 | Working session to review UCC update deck | 0.300 | $ 325.00 | $ 97.50 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/14/23 | Edit, finalize update deck and send to Committee members | 0.300 | $ 950.00 | $ 285.00 |
| 5 | Cash Flow Analysis/Reporting | Tim Martin | 09/14/23 | Working session to review UCC update deck | 0.300 | $ 1,100.00 | $ 330.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/20/23 | Update UCC presentation based on 13-week cashflow forecast variances. | 1.400 | $ 600.00 | $ 840.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/20/23 | Meeting with S. Creedon and P. Trenti to review cash forecast assumptions and | 1.300 | $ 600.00 | $ 780.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/20/23 | Review updates to cash flow projection model | 0.900 | $ 600.00 | $ 540.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 09/20/23 | Review proposed updates to Committee re: 13-week cash flow, variance, sale process, waterfall | 2.300 | $ 1,100.00 | $ 2,530.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 09/20/23 | Participate on call with Counsel to review details of cash flow forecast updates in advance of discussions with the Debtors and Equity Committee Counsel. | 0.800 | $ 1,100.00 | $ 880.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/20/23 | Review and analyze TWCFF provided by Debtors for WE 9/16. | 0.700 | $ 700.00 | $ 490.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/20/23 | Meeting with S. Creedon and H. Ericsson to review cash forecast assumptions and updates to forecast model with revised figures. | 1.300 | $ 700.00 | $ 910.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 09/20/23 | Review cash flow slides for presentation to UCC on updated budget, circulate | 1.000 | $ 700.00 | $ 700.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/20/23 | Update of 13 week cash flow to incorporate 09.16.2023 actuals and projections. | 2.400 | $ 325.00 | $ 780.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/20/23 | Update to variance analysis model of actual and projected one week variance, | 2.100 | $ 325.00 | $ 682.50 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/20/23 | Prepare analysis of payroll costs under various scenarios | 1.600 | $ 950.00 | $ 1,520.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/20/23 | Review 13-week cash forecast variance analysis, send comments to H. Ericsson | 1.600 | $ 950.00 | $ 1,520.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/20/23 | Meeting with P. Trenti and H. Ericsson to review cash forecast assumptions and | 1.300 | $ 950.00 | $ 1,235.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/20/23 | Review updated 13-week cash flow forecast from Debtors | 0.900 | $ 950.00 | $ 855.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/28/23 | Review updates to TWCF weekly variance analysis slides. | 1.700 | $ 600.00 | $ 1,020.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/28/23 | Review updates to TWCF weekly variance analysis model. | 0.500 | $ 600.00 | $ 300.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/28/23 | Update of 13 week cash flow to incorporate 09.23.2023 actuals and projected forecast | 1.900 | $ 325.00 | $ 617.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 09/28/23 | Update variance analysis model for actual and projected one week variances | 1.700 | $ 325.00 | $ 552.50 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/28/23 | Prepare update materials for discussion with UCC | 1.000 | $ 950.00 | $ 950.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 09/29/23 | Revise analysis of thirteen week cash flow based on feedback from P. Trenti. | 0.800 | $ 600.00 | $ 480.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/29/23 | Revise 13-week cash flow forecast analysis update and circulate same to Committee | 1.200 | $ 950.00 | $ 1,140.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 09/30/23 | Review proposed edits to fee application from Troutman, incorporate and update application, redistribute | 1.000 | $ 950.00 | $ 950.00 |

Exhibit 1.C - Time Details
Financial Advisors to the Official Committee of Unsecured Creditors

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6 | Meetings and Communications | Robert Loh | 09/11/23 | Call with D. Kovsky and F. Lawall (Troutman) regarding purchase offers received by the Debtors | 0.300 | $ 950.00 | $ 285.00 |
| 6 | Meetings and Communications | Robert Loh | 09/11/23 | Participate on update call with the UCC | 1.000 | $ 950.00 | $ 950.00 |
| 6 | Meetings and Communications | Shawn Creedon | 09/11/23 | Participate on call with Committee to update on 13-week cash flow, sale process, and | 1.000 | $ 950.00 | $ 950.00 |
| 6 | Meetings and Communications | Shawn Creedon | 09/11/23 | Teleconference with Counsel to UCC re: purchase offers | 0.300 | $ 950.00 | $ 285.00 |
| 6 | Meetings and Communications | Holger Ericsson | 09/14/23 | Participate on weekly UCC update call | 0.700 | $ 600.00 | $ 420.00 |
| 6 | Meetings and Communications | Laura Marcero | 09/14/23 | Call with Troutman and Equity Committee counsel re: updated 13-week cash flow and sale process | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 6 | Meetings and Communications | Paul Trenti | 09/14/23 | Prepare for and attend call with Equity Committee to review key case issues including cash budget and claims analysis. | 1.100 | $ 700.00 | $ 770.00 |
| 6 | Meetings and Communications | Paul Trenti | 09/14/23 | Participate on weekly UCC update call | 0.700 | $ 700.00 | $ 490.00 |
| 6 | Meetings and Communications | Robert Loh | 09/14/23 | Participate on weekly UCC update call | 0.700 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Robert Loh | 09/14/23 | Teleconference with Troutman, Huron, and Brown Rudnick (Equity Committee) | 1.100 | $ 950.00 | $ 1,045.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 09/14/23 | Teleconference with Troutman and Huron to review UCC update | 0.500 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Shawn Creedon | 09/14/23 | Participate on weekly UCC update call | 0.700 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Shawn Creedon | 09/14/23 | Teleconference with Troutman and Huron to review UCC update | 0.500 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Shawn Creedon | 09/14/23 | Call with Huron to review Committee update deck | 0.300 | $ 950.00 | $ 285.00 |
| 6 | Meetings and Communications | Tim Martin | 09/14/23 | Teleconference with Troutman, Huron, and Brown Rudnick (Equity Committee) regarding case status, sale process, and plan issues | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 6 | Meetings and Communications | Tim Martin | 09/14/23 | Attend UCC update call regarding latest cash budget, case milestones, and latest | 0.700 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Paul Trenti | 09/20/23 | Participate on call with Counsel to review details of cash flow forecast updates in | 0.800 | $ 700.00 | $ 560.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 09/20/23 | Call with Troutman and Huron teams to review UCC presentation updates | 0.800 | $ 325.00 | $ 260.00 |
| 6 | Meetings and Communications | Laura Marcero | 09/21/23 | Prepare for, and participate in, meeting with Debtor (A. Kroll), Debtors' legal advisor (White & Case), Debtors' financial advisor (Silverman), Equity Committee counsel re | 4.100 | $ 1,100.00 | $ 4,510.00 |
| 6 | Meetings and Communications | Shawn Creedon | 09/21/23 | Prepare in meeting with Debtor (A. Kroll), Debtors' legal advisor (White | 4.600 | $ 950.00 | $ 4,370.00 |
| 6 | Meetings and Communications | Tim Martin | 09/21/23 | Participate in meeting with Debtor (A. Kroll), Debtors' legal advisor (White & Case), | 2.900 | $ 1,100.00 | $ 3,190.00 |
| 6 | Meetings and Communications | Holger Ericsson | 09/28/23 | Participate on call with Committee to update on 13-week cash flow and sale process. | 0.600 | $ 600.00 | $ 360.00 |
| 6 | Meetings and Communications | Laura Marcero | 09/28/23 | Prepare for and attend call with UCC to discuss claims process, and updates to sales process. | 1.000 | $ 1,100.00 | $ 1,100.00 |
| 6 | Meetings and Communications | Paul Trenti | 09/28/23 | Prepare for and attend call with UCC to discuss claims process, and updates to sales process. | 1.000 | $ 700.00 | $ 700.00 |
| 6 | Meetings and Communications | Shawn Creedon | 09/28/23 | Prepare for, participate in call with Committee to update on 13-week cash flow, sale | 0.800 | $ 950.00 | $ 760.00 |
| 6 | Meetings and Communications | Tim Martin | 09/28/23 | Prepare for, attend UCC meeting | 1.900 | $ 1,100.00 | $ 2,090.00 |
| 6 | Meetings and Communications | Tim Martin | 09/29/23 | Provide feedback on draft Committee update deck | 0.300 | $ 1,100.00 | $ 330.00 |
| 7 | Disclosure Statement / Plan of | Laura Marcero | 09/05/23 | Review Debtors' draft Plan of Reorganization. | 2.300 | $ 1,100.00 | $ 2,530.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 09/05/23 | Review Debtors' draft Disclosure Statement. | 1.900 | $ 1,100.00 | $ 2,090.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 09/05/23 | Outline discussion points related to the draft Plan of Reorganization | 1.400 | $ 1,100.00 | $ 1,540.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 09/05/23 | Outline discussion points related to the draft Disclosure Statement. | 0.900 | $ 1,100.00 | $ 990.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Paul Trenti | 09/05/23 | Initial review of the Debtors' draft Disclosure Statement | 0.500 | $ 700.00 | $ 350.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Paul Trenti | 09/05/23 | Prepare summary of the Debtors' draft disclosure statement | 0.700 | $ 700.00 | $ 490.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Shawn Creedon | 09/05/23 | Initial review of the Debtors' draft Plan of Reorganization | 2.100 | $ 950.00 | $ 1,995.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Shawn Creedon | 09/05/23 | Continued review of the Debtors' draft Plan of Reorganization | 1.700 | $ 950.00 | $ 1,615.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 09/21/23 | Review Plan of Reorganization. | 2.400 | $ 1,100.00 | $ 2,640.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Business Analysis | Laura Marcero | 09/08/23 | Review monthly operating reports and 13-week cashflow analysis | 2.400 | $ 1,100.00 | $ 2,640.00 |
| 8 | Business Analysis | Paul Trenti | 09/08/23 | Review amended statements and schedules related to unsecured claims amounts | 1.000 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Shawn Creedon | 09/08/23 | Review amended and new monthly operating reports filed by the Debtors. | 3.200 | $ 950.00 | $ 3,040.00 |
| 8 | Business Analysis | Tim Martin | 09/08/23 | Review monthly operating reports | 1.200 | $ 1,100.00 | $ 1,320.00 |
| 8 | Business Analysis | Shawn Creedon | 09/21/23 | Draft email to the Debtors regarding terminated contracts, tooling, claims reconciliation process. | 0.800 | $ 950.00 | $ 760.00 |
| 8 | Business Analysis | Paul Trenti | 09/22/23 | Review and analyze August Monthly Operating Reports posted to court docket by Debtors. | 1.000 | $ 700.00 | $ 700.00 |
| 8 | Business Analysis | Shawn Creedon | 09/27/23 | Review Debtors' August monthly operating reports, compile list of questions | 2.600 | $ 950.00 | $ 2,470.00 |
| 8 | Business Analysis | Paul Trenti | 09/28/23 | Meeting with P. Trenti to review the Debtors' August monthly operating reports and | 0.900 | $ 700.00 | $ 630.00 |
| 8 | Business Analysis | Shawn Creedon | 09/28/23 | Meeting with P. Trenti to review the Debtors' August monthly operating reports and outline follow up questions for the Debtors | 0.900 | $ 950.00 | $ 855.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 09/17/23 | Initial preparation of Huron's fee application for the period through August 31, 2023 | 2.300 | $ 950.00 | $ 2,185.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 09/25/23 | Review and revise project category classifications in connection with Huron's initial fee application. | 1.800 | $ 950.00 | $ 1,710.00 |
| 12 | Retention and Fee Applications | Laura Marcero | 09/27/23 | Review draft of Huron's fee application for the period ending August 31, 2023 | 0.700 | $ 1,100.00 | $ 770.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 09/27/23 | Revise Huron's fee application for the period through August 31, 2023 | 1.100 | $ 950.00 | $ 1,045.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 09/29/23 | Finalize initial fee application and forward to counsel | 0.400 | $ 950.00 | $ 380.00 |

**TOTAL   269.300                    $ 217,752.50**