**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

<u>**ORDER SCHEDULING OMNIBUS HEARING DATE**</u>

      Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

      ORDERED, ADJUDGED AND DECREED THAT:

      1.    The following date and time has been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| <u>**Date & Time**</u> | <u>**Location**</u> |
|---|---|
| December 11, 2023 at 2:00 p.m. (ET)<br>(Interim Fee Hearing) | U.S. Bankruptcy Court for the<br>District of Delaware,<br>824 North Market Street,<br>5th Floor, Courtroom 4,<br>Wilmington, Delaware 19801 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.