IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br>Case No. 23-10831 (MFW)<br>Jointly Administered<br><br>**Hearing Date: Nov. 21, 2023 at 11:30 a.m. (ET)**<br>**Objection Deadline: Nov. 14, 2023 at 4:00 p.m. (ET)** |

### NOTICE OF LEAD PLAINTIFF'S MOTION TO
### APPLY BANKRUPTCY RULE 7023 TO CLASS CLAIMS

**PLEASE TAKE NOTICE** that George Troicky ("Lead Plaintiff"), the court-appointed lead plaintiff in the securities class action captioned *In re Lordstown Motors Corp. Securities Litigation*, Case No. 4:21-cv-00616 (DAR), pending in the United States District Court for the Northern District of Ohio, for himself and on behalf of the putative class that he represents in the Securities Litigation (the "Class") filed *Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, objections to the Motion, if any, must be filed on or before **November 14, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Lead Plaintiff so that the response is received on or before the Objection Deadline.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 21, 2023 at 11:30 a.m. (Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware, 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 6, 2023<br>Wilmington, Delaware | **CROSS & SIMON, LLC**<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br> *- and -*<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin, Esq.<br>Andrew Behlmann, Esq.<br>Scott Cargill, Esq.<br>Collen M. Restel, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone 973-597-2500<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br>crestel@lowenstein.com<br><br>*Bankruptcy Counsel for*<br>*Lead Plaintiff and the Class* |