IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br>Case No. 23-10831 (MFW)<br>Jointly Administered<br><br>Re: Docket No. __ |

### ORDER GRANTING LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS CLAIMS

Upon the motion (the "**Motion**")[2] of George Troicky ("**Lead Plaintiff**") for the entry of an order (the "**Order**"), pursuant to Rules 9014(a) and (c) and 7023 of the Federal Rules of Bankruptcy Procedure, (i) directing that Bankruptcy Rule 7023 applies to the Class Claims; and (ii) establishing a briefing schedule for, and scheduling a hearing on, certification of the Class for all purposes in the Chapter 11 Cases; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 (Sleet, C.J.); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief requested in the Motion; and upon consideration of the record of all of the proceedings had before the Court; and the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 7023 and Bankruptcy Rule 9014(c), Fed. R. Civ. P. 23 is applicable to the Class Claims.

3. Counsel for the Debtors, Lead Plaintiff, the Creditors' Committee and the Equity Committee (the "**Parties**") shall meet and confer on an appropriate briefing schedule with respect to certification of the Class for all purposes, including the assertion of the Class Claims, under Fed. R. Civ. P. 23, provided that if the Parties cannot reach agreement on a consensual schedule, any of the Parties may seek entry of an order implementing an appropriate schedule.