## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on November 6, 2023, a true and correct copy of the foregoing *Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims* was served upon all interested parties via CM/ECF and the attached service list by first class mail.

    */s/ Christopher P. Simon*
    Christopher P. Simon (No. 3697)

| | | |
|---|---|---|
| **Allen & Overy LLP**<br>Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel<br>1221 Avenue of the Americas<br>New York, NY 10020 | **Allen & Overy LLP**<br>Noah Brumfield, Patrick Pearsall, Michael Modesto Gale<br>1101 New York Avenue, NW<br>Washington, DC 20005 | **Austria Legal, LLC**<br>Matthew P. Austria<br>1007 N. Orange Street, 4th Floor<br>Wilmington, DE 19801 |
| **Barry L. Leonard & Co. Inc.**<br>Attn: Kim Parsons<br>920 Brenner St<br>Winston-Salem, NC 27101 | **Barry L. Leonard and Company Inc.**<br>dba Trans Machine Technologies<br>Barry Leonard<br>920 Brenner St<br>Winston-Salem, NC 27101 | **Benesch Friedlander Coplan & Aronoff LLP**<br>Jennifer R. Hoover, Steven L. Walsh<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801-6101 |
| **Bernstein Litowitz Berger & Grossmann LLP**<br>Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer<br>500 Delaware Avenue, Suite 901<br>Wilmington, DE 19801 | **Bernstein Litowitz Berger & Grossmann LLP**<br>Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing<br>1251 Avenue of the Americas<br>New York, NY 10020 | **Brown Rudnick LLP**<br>Matthew A. Sawyer<br>One Financial Center<br>Boston, MA 02111 |
| **Brown Rudnick LLP**<br>Robert J. Stark, Bennett S. Silverberg<br>7 Times Square<br>New York, NY 10036 | **Buchalter, A Professional Corporation**<br>Shawn M. Christianson, Esq.<br>425 Market Street, Suite 2900<br>San Francisco, CA 94105-3493 | **California Attorney General**<br>Attn Bankruptcy Department<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 |
| **Connolly Gallagher LLP**<br>Jeffrey C. Wisler<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801 | **Crestline Management, L.P.**<br>Attn: Shaun McGowan<br>201 Main Street, Suite 1100<br>Fort Worth, TX 76102 | **Womble Bond Dickinson (US) LLP**<br>Donald J. Detweiler, Morgan L. Patterson<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801 |
| **Delaware Dept of Justice**<br>Attorney General<br>Attn Bankruptcy Department<br>Carvel State Building<br>820 N French St<br>Wilmington, DE 19801 | **Delaware Secretary of State**<br>Division of Corporations<br>Franchise Tax<br>PO Box 898<br>Dover, DE 19903 | **Delaware State Treasury**<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| **Doshi Legal Group, P.C.**<br>Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042 | **Esopus Creek Value Series Fund LP - Series "A"**<br>Attn: Andrew L. Sole<br>81 Newtown Ln. #307<br>East Hampton, NY 11937 | **Florida Attorney General**<br>Attn Bankruptcy Department<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 |
| **Foxconn (Far East) Limited**<br>P.O. Box 31119<br>Grand Pavilion, Hibiscus Way<br>802 West Bay Road<br>Grand Cayman, KY1-1205<br>Cayman Islands | **Foxconn EV Technology, Inc.**<br>Attention: Jerry Hsiao and Steven Yu<br>4568 Mayfield Road, Suite 204<br>Cleveland, OH 44121 | **Foxconn Ventures Ptd. Ltd.**<br>c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao<br>No. 66, Zhongshan Road<br>Tucheng Industrial Zone<br>Tucheng District<br>New Taipei City, 23680<br>Taiwan |
| **Foxteq Holdings Inc.**<br>P.O. Box 31119<br>Grand Pavilion, Hibiscus Way<br>802 West Bay Road<br>Grand Cayman, KY1-1205<br>Cayman Islands | **Foxteq Integration Inc.**<br>P.O. Box 31119<br>Grand Pavilion, Hibiscus Way<br>802 West Bay Road<br>Grand Cayman, KY1-1205<br>Cayman Islands | **Frost Brown Todd LLP**<br>A.J. Webb, Esq<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202 |
| **Frost Brown Todd LLP**<br>Edward M. King<br>400 West Market Street Suite 3200<br>Louisville, KY 40202-3363 | **Frost Brown Todd LLP**<br>Patricia K. Burgess<br>150 3rd Avenue South, Suite 1900<br>Nashville, TN 37201 | **Georgia Attorney General**<br>Attn Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |

| | | |
|---|---|---|
| **Hon Hai Precision Industry Co., Ltd**<br>Attention Jerry Hsiao<br>No. 66, Zhongshan Road<br>Tucheng Industrial Zone<br>Tucheng District<br>New Taipei City, 23680<br>Taiwan | **Illinois Attorney General**<br>Attn Bankruptcy Department<br>James R. Thompson Ctr<br>100 W. Randolph St.<br>Chicago, IL 60601 | **Internal Revenue Service**<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Katten Muchin Rosenman LLP**<br>Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 |
| **KCC**<br>222 N Pacific Coast Highway<br>Suite 300<br>El Segundo, CA 90245 | **Lordstown Motors Corp.**<br>Attn: Adam Kroll<br>27000 Hills Tech Court<br>Farmington Hills, MI 48331 | **Young Conaway Stargatt & Taylor, LLP**<br>Sean M. Beach, Shane Reil<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| **M3 Advisory Partners**<br>Robert Winning<br>1700 Broadway, 19th Floor<br>New York, NY 10019 | **Michigan Attorney General**<br>Attn Bankruptcy Department<br>G. Mennen Williams Building<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 | **Miller, Canfield, Paddock and Stone, P.L.C.**<br>Marc N. Swanson<br>150 W. Jefferson Avenue, Suite 2500<br>Detroit, MI 48226 |
| **Morris James LLP**<br>Eric J. Monzo, Brya M. Keilson<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | **Morris, Nichols, Arsht & Tunnell LLP**<br>Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | **North Carolina Attorney General**<br>Attn Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| **Office of the United States Trustee Delaware**<br>Benjamin Hackman<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Ohio Attorney General**<br>Attn Bankruptcy Department<br>30 E. Broad St. 14th Fl<br>Columbus, OH 43215-0410 | **Pashman Stein Walder Hayden, P.C.**<br>Joseph C. Barsalona II<br>1007 North Orange Street<br>4th Floor, Suite 183<br>Wilmington, DE 19801 |
| **Paul Hastings LLP**<br>Matthew M. Murphy, Matthew Micheli, Michael C. Whalen<br>71 South Wacker Drive Suite 4500<br>Chicago, IL 60606 | **Paul Hastings LLP**<br>Mike Huang, Kevin P. Broughel<br>200 Park Avenue<br>New York, NY 10166 | **PCE Paragon Solutions Kft.**<br>Komarom<br>Banki Donatu utca 1<br>, 2900<br>Hungary |
| **Pennsylvania Attorney General**<br>Attn Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | **Pertento Partners LLP**<br>Attn: Ian Trundle<br>111 Park Street<br>London, W1K 7JL<br>United Kingdom | **Polsinelli PC**<br>Christopher A. Ward<br>222 Delaware Ave., Suite 1101<br>Wilmington, DE 19801 |
| **Pomerantz LLP**<br>Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan<br>600 3rd Avenue<br>New York, NY 10016 | **SA Automotive LTD**<br>Shar Hedayat<br>1307 Highview Dr<br>Webberville, MI 48892 | **SA Automotive Ltd.**<br>Attn: Katherine Diederich<br>1307 Highview Drive<br>Webberville, MI 48892 |
| **Saul Ewing LLP**<br>Evan T. Miller<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801 | **Securities & Exchange Commission**<br>NY Regional Office<br>Regional Director<br>100 Pearl St., Suite 20-100<br>New York, NY 10004-2616 | **Securities & Exchange Commission**<br>PA Regional Office<br>Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 |

| | | |
|---|---|---|
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Skadden, Arps, Slate, Meagher & Flom LLP**<br>Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq.<br>One Rodney Square, 920 N. King Street<br>Wilmington, DE 19801 | **Skadden, Arps, Slate, Meagher & Flom LLP**<br>Robert D. Drain, Esq.<br>One Manhattan West<br>New York, NY 10001 |
| **Skadden, Arps, Slate, Meagher & Flom LLP**<br>Ron E. Meisler, Esq., Jennifer Madden, Esq.<br>155 North Wacker Drive<br>Chicago, IL 60606-1720 | **Snell & Wilmer L.L.P.**<br>Andrew B. Still<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-7689 | **Sullivan Hazeltine Allinson LLC**<br>William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801 |
| **Superior Cam Inc**<br>John Basso<br>31240 Stephenson Hwy<br>Madison Heights, MI 48071 | **Texas Attorney General**<br>Attn Bankruptcy Department<br>300 W. 15th St<br>Austin, TX 78701 | **Troutman Pepper Hamilton Sanders LLP**<br>David M. Fournier, Marcy J. McLaughlin Smith, Tori L. Remington<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801 |
| **Troutman Pepper Hamilton Sanders LLP**<br>Deborah Kovsky-Apap<br>875 Third Avenue<br>New York, NY 10022 | **Troutman Pepper Hamilton Sanders LLP**<br>Francis J. Lawall<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799 | **Troutman Pepper Hamilton Sanders LLP**<br>Sean P. McNally<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075 |
| **US Attorney for District of Delaware**<br>US Attorney for Delaware<br>1313 N Market Street<br>Hercules Building<br>Wilmington, DE 19801 | **Warner Norcross + Judd LLP**<br>Stephen B. Grow<br>180 Ottawa Ave NW<br>Grand Rapids, MI 49503 | **White & Case LLP**<br>David M. Turetsky<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **White & Case LLP**<br>Jason N. Zakia<br>111 South Wacker Drive<br>Chicago, IL 60606 | **White & Case LLP**<br>Roberto Kampfner, Doah Kim, RJ Szuba<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071 | **White & Case LLP**<br>Thomas E Lauria, Matthew C. Brown, Fan B. He<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131 |