# EXHIBIT B

# SUMMARY OF DISBURSEMENTS

# brownrudnick

| | | | | |
|---|---|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | | Invoice | | 6967853 |
| 27000 HILLS TECH CT. | | Date | | Oct 31, 2023 |
| FARMINGTON HILLS, MI 48331 | | Client | | 039963 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0001 | COSTS | 0.00 | 2,274.38 | 2,274.38 |
| | **Total** | **0.00** | **2,274.38** | **2,274.38** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $2,274.38 |
| **Total Invoice** | **$2,274.38** |



| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice 6967853 |
| --- | --- |
| RE: COSTS | Page 2 |
| October 31, 2023 | |

## COST SUMMARY

| Description | Value |
| --- | ---: |
| TAXI | 105.93 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,020.00 |
| PACER | 38.30 |
| COPIES | 110.15 |
| **Total Costs** | **2,274.38** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE<br>27000 HILLS TECH CT.<br>FARMINGTON HILLS, MI 48331 | Invoice        6967853<br>Date        Oct 31, 2023<br>Client           039963 |

RE: COSTS



Remittance

**Balance Due:  $2,274.38**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200