# EXHIBIT A

## Compensation By Category – First Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 19.60 | $9,792.50 |
| B120 Asset Analysis and Recovery | 4.80 | $3,816.00 |
| B130 Asset Disposition | 78.40 | $42,605.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 15.60 | $11,149.50 |
| B160 Retention Applications (MJ) | 6.00 | $3,395.00 |
| B165 Retention Applications (Others) | 13.20 | $7,639.00 |
| B185 Assumption/Rejection of Leases and Contracts | 0.20 | $159.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 26.70 | $17,071.50 |
| B240 Tax Issues | 2.40 | $1,908.00 |
| B320 Plan and Disclosure Statement | 8.50 | $6,381.00 |
| **Totals** | **175.40** | **$103,916.50** |

16364102/1

## Timekeeper Summary – First Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Carl N. Kunz III | Member of the Delaware Bar since 1993; Partner in Bankruptcy Department since 2004 | $850.00 | 3.60 | $3,060.00 |
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $795.00 | 34.60 | $27,507.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $750.00 | 27.20 | $20,400.00 |
| Eric Hacker | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2015 | $675.00 | 24.90 | $16,807.50 |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | $660.00 | 4.70 | $3,102.00 |
| Bryan Townsend | Member of the Delaware Bar since 2010; Counsel in Corporate and Commercial Litigation Department since 2012 | $550.00 | 15.20 | $8,360.00 |
| Brian M. Ellis | Member of the Delaware Bar since 2005; Partner in the Real Estate and Tax, Estates and Business Transactions Departments since 2005 | $500.00 | 5.90 | $2,950.00 |
| Jason S. Levin | Member of the Delaware Bar since 2017; Associate in Bankruptcy Department since 2020 | $450.00 | 1.40 | $630.00 |

16364102/1

| Christopher M. Donnelly | Law Clerk in Bankruptcy Department since 2023 | $375.00 | 33.40 | $12,562.50 |
|---|---|---|---|---|
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $350.00 | 7.70 | $2,695.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $350.00 | 16.80 | $5,880.00 |
| **Totals** | | | **175.40** | **$103,916.50** |
| **Blended Rate $592.45** | | | | |

16364102/1



500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Lordstown Motors Corp. Official Committee of Equity Security
Holders

November 6, 2023
Invoice 597000

Matter Name:      Lordstown Motor Corp., et al.
Matter Number:    142570-0001
Attorney:         Eric J. Monzo

**For Professional Services through September 30, 2023**

| | |
|---|---:|
| **Fees** | $103,916.50 |
| **Disbursements** | $106.57 |
| **Total Charges** | $104,023.07 |

### Fee Recap

| Name | Title | Hours | Rate/Hours | Amount |
|---|---|---:|---:|---:|
| Brian M. Ellis | Partner | 5.90 | 500.00 | 2,950.00 |
| Eric Hacker | Partner | 24.90 | 675.00 | 16,807.50 |
| Brya M. Keilson | Partner | 27.20 | 750.00 | 20,400.00 |
| Carl N. Kunz III | Partner | 3.60 | 850.00 | 3,060.00 |
| Eric J. Monzo | Partner | 34.60 | 795.00 | 27,507.00 |
| Christopher M. Donnelly | Law Clerk | 33.40 | 375.00 | 12,525.00 |
| Jason S. Levin | Associate | 1.40 | 450.00 | 630.00 |
| Tara C. Pakrouh | Associate | 4.70 | 660.00 | 3,102.00 |
| Bryan Townsend | Counsel | 15.20 | 550.00 | 8,360.00 |
| Douglas J. Depta | Paralegal | 16.80 | 350.00 | 5,880.00 |
| Stephanie A. Lisko | Paralegal | 7.70 | 350.00 | 2,695.00 |
| **Totals** | | **175.40** | | **103,916.50** |

Matter Number:  142570-0001
11/06/23
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 19.60 | 9,792.50 |
| B120 | Asset Analysis and Recovery | 4.80 | 3,816.00 |
| B130 | Asset Disposition | 78.40 | 42,605.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 15.60 | 11,149.50 |
| B160 | Retention Applications (MJ) | 6.00 | 3,395.00 |
| B165 | Retention Applications (Others) | 13.20 | 7,639.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.20 | 159.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 26.70 | 17,071.50 |
| B240 | Tax Issues | 2.40 | 1,908.00 |
| B320 | Plan and Disclosure Statement | 8.50 | 6,381.00 |
| | **Totals** | **175.40** | **$103,916.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 09/07/23 | SAL | Finalize, file, and circulate notice of appearance, including adding attorneys to case and email to clerk re notifications. | 0.50 | 350.00 | 175.00 |
| 09/07/23 | EJM | Review timeline and case background. | 2.00 | 795.00 | 1,590.00 |
| 09/07/23 | EJM | Emails and discussions with co-counsel re case agenda and issues. | 1.10 | 795.00 | 874.50 |
| 09/07/23 | EJM | Review and discussions with co-counsel re notice of appearance. | 0.20 | 795.00 | 159.00 |
| 09/07/23 | DJD | Draft NOA and PHV motions and circulate for review. | 1.30 | 350.00 | 455.00 |
| 09/07/23 | CMD | Various emails to and from E. Monzo, B. Keilson and T. Pakrouh re federated order motion. | 0.70 | 375.00 | 262.50 |
| 09/08/23 | DJD | Review docket and download pleadings, update case folder, and update calendar. | 5.00 | 350.00 | 1,750.00 |
| 09/08/23 | CMD | Review and send email from B. Keilson re first day declaration for federated motion. | 0.20 | 375.00 | 75.00 |
| 09/08/23 | CMD | Email and review emails with D. Depta re contact list. | 0.30 | 375.00 | 112.50 |
| 09/08/23 | SAL | Finalize, file, and circulate PHV motions for co-counsel, including submission of proposed orders. | 0.50 | 350.00 | 175.00 |
| 09/08/23 | CMD | Review and summarize first day declaration and email to and from B. Keilson and D. Depta re same. | 0.80 | 375.00 | 300.00 |
| 09/08/23 | CMD | Review emails from B. Keilson , T. Pakrouh, S. Lisko, and D. Depta re federated order and exhibits. | 0.50 | 375.00 | 187.50 |
| 09/11/23 | SAL | Circulate entered PHV orders to co-counsel and update case folder. | 0.10 | 350.00 | 35.00 |
| 09/11/23 | EJM | Emails re confidentially agreement and sign off on same. | 0.20 | 795.00 | 159.00 |

Matter Number:  142570-0001
11/06/23
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/23 | EJM | Emails with local counsel to parties and UST re motion to shorten notice on Federated motion. | 0.40 | 795.00 | 318.00 |
| 09/14/23 | EJM | Emails re meeting with debtors. | 0.40 | 795.00 | 318.00 |
| 09/18/23 | DJD | Draft critical dates memorandum. | 0.50 | 350.00 | 175.00 |
| 09/19/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.60 | 350.00 | 210.00 |
| 09/19/23 | BMK | Emails with Debtors' counsel regarding pending motion and hearing dates. | 0.50 | 750.00 | 375.00 |
| 09/20/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 09/20/23 | EJM | Address equity holder inquiries re case status and proof of claim notice. | 0.30 | 795.00 | 238.50 |
| 09/21/23 | SAL | Email from E. Monzo re extended sale objection deadline and update critical dates and case calendar. | 0.10 | 350.00 | 35.00 |
| 09/21/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar ands folder. | 0.20 | 350.00 | 70.00 |
| 09/22/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 09/26/23 | EJM | Discussions internally re corporate charter and Delaware law issues and inquiries. | 1.10 | 795.00 | 874.50 |
| 09/27/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.50 | 350.00 | 175.00 |
| 09/27/23 | EJM | Emails re class issues re case update and strategy. | 0.30 | 795.00 | 238.50 |
| 09/28/23 | SAL | Review relevant pleadings filed, update critical dates, and update case folder. | 0.20 | 350.00 | 70.00 |
| 09/29/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 09/29/23 | SAL | Finalize revised securities trading order, redline and COC. | 0.40 | 350.00 | 140.00 |
| | | **Task Code Subtotal** | **19.60** | | **9,792.50** |
| **B120 Asset Analysis and Recovery** | | | | | |
| 09/18/23 | EJM | Email update on bidding and sale. | 0.20 | 795.00 | 159.00 |
| 09/18/23 | EJM | Review updates financial information re bidding. | 1.00 | 795.00 | 795.00 |
| 09/19/23 | EJM | Address shareholder issues. | 0.20 | 795.00 | 159.00 |
| 09/19/23 | EJM | Review sale relates documents and address equity holder inquires. | 1.20 | 795.00 | 954.00 |
| 09/22/23 | EJM | Discussion with B. Ellis re update on transactional issues. | 0.20 | 795.00 | 159.00 |
| 09/26/23 | EJM | Review notice and exhibit extending sale related deadlines. | 0.20 | 795.00 | 159.00 |
| 09/29/23 | EJM | Follow up re issues update on corporate governance issues and analysis. | 1.80 | 795.00 | 1,431.00 |
| | | **Task Code Subtotal** | **4.80** | | **3,816.00** |
| **B130 Asset Disposition** | | | | | |
| 09/12/23 | EJM | Review notice re scheduling and modification of sale milestones and internal emails for update. | 0.20 | 795.00 | 159.00 |
| 09/19/23 | CMD | Review sale motion and related documents. | 2.70 | 375.00 | 1,012.50 |
| 09/20/23 | EJM | Emails with co-counsel and counsel to debtor re responding to sale. | 0.10 | 795.00 | 79.50 |
| 09/21/23 | BME | Research corporate governance issues. | 2.10 | 500.00 | 1,050.00 |

Matter Number:  142570-0001
11/06/23
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/23 | CMD | Review email to and from E. Monzo re research request. | 0.40 | 375.00 | 150.00 |
| 09/22/23 | CMD | Review emails to and from E. Hacker, B. Townsend and B. Ellis; teleconference with B. Towsend re relevant cases researched. | 0.60 | 375.00 | 225.00 |
| 09/22/23 | BJT | Review research re corporate governance issues. | 0.50 | 550.00 | 275.00 |
| 09/22/23 | BME | Further research of corporate governance issues (1.6); review of sources (.5); teleconference with B. Silverberg (.2). | 2.30 | 500.00 | 1,150.00 |
| 09/22/23 | REH | Review materials; email exchange with team regarding research assignments and call to discuss preliminary research. | 2.40 | 675.00 | 1,620.00 |
| 09/23/23 | CMD | Review sale motion and order approving sale motion. | 0.40 | 375.00 | 150.00 |
| 09/23/23 | CMD | Call with E. Hacker and B. Townsend re strategy call on research re corporate governance issues. | 0.90 | 375.00 | 337.50 |
| 09/23/23 | CMD | Research re corporate governance issues. | 3.00 | 375.00 | 1,125.00 |
| 09/23/23 | BJT | Review research re corporate governance issues (4.4); confer with E. Hacker and C. Donnelly re same (.9). | 5.30 | 550.00 | 2,915.00 |
| 09/23/23 | REH | Team strategy meeting regarding research questions and guidance for research (1.0); follow up email exchange regarding same (.2). | 1.20 | 675.00 | 810.00 |
| 09/24/23 | CMD | Review emails from B. Townsend, B. Ellis and E. Hacker re reframing the research issue and draft Memorandum timeline. | 0.90 | 375.00 | 337.50 |
| 09/24/23 | CMD | Research re corporate governance issues. | 8.40 | 375.00 | 3,150.00 |
| 09/24/23 | CMD | Call with E. Hacker and B. Townsend re research update. | 1.00 | 375.00 | 375.00 |
| 09/24/23 | BJT | Review research re corporate governance issues; confer with E. Hacker and C. Donnelly re same. | 3.60 | 550.00 | 1,980.00 |
| 09/24/23 | REH | Team strategy meeting regarding status of research and next step (2.0); follow up call with B. Townsend regarding follow up questions (.5). | 2.50 | 675.00 | 1,687.50 |
| 09/25/23 | CMD | Correspondence with E. Monzo re research inquiry. | 0.30 | 375.00 | 112.50 |
| 09/25/23 | CMD | Review email from E. Monzo re research inquiry. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | CMD | Email E. Monzo re follow up to research inquiry. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | CMD | Review email from E. Hacker re draft Memorandum of research. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | CMD | Email B. Townsend re draft Memorandum of research. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | BJT | Draft memorandum (4.6) re confer with E. Hacker re same (1.0); review case law (.2). | 5.80 | 550.00 | 3,190.00 |
| 09/25/23 | BME | Review of follow up request; preparing summary for research purposes. | 0.50 | 500.00 | 250.00 |
| 09/25/23 | REH | Review research from B. Townsend and C. Donnelly (1.0); draft executive summary of same (2.4). | 3.40 | 675.00 | 2,295.00 |
| 09/25/23 | CMD | Email B. Townsend re research. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | CMD | Review email from B. Townsend re additional corporate governance issues research. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | CMD | Email B. Townsend re additional research. | 0.10 | 375.00 | 37.50 |
| 09/25/23 | CMD | Review emails from B. Townsend re update on additional bankruptcy research. | 0.20 | 375.00 | 75.00 |
| 09/25/23 | CMD | Research re corporate governance issues. | 3.00 | 375.00 | 1,125.00 |
| 09/25/23 | CMD | Call with E. Monzo re corporate governance issues research. | 0.20 | 375.00 | 75.00 |
| 09/26/23 | CNK | Research provisions for committee (2.5); confer with C. | 2.90 | 850.00 | 2,465.00 |

Matter Number:  142570-0001
11/06/23
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Donnelly re same (.4). | | | |
| 09/26/23 | CNK | Continued research into corporate governance issues. | 0.70 | 850.00 | 595.00 |
| 09/26/23 | CMD | Emails to and from B. Townsend C. Kunz and B. Ellis re additional research. | 0.70 | 375.00 | 262.50 |
| 09/26/23 | REH | Review research and draft memorandum re corporate governance issues. | 6.60 | 675.00 | 4,455.00 |
| 09/26/23 | CMD | Email B. Townsend re additional research. | 0.10 | 375.00 | 37.50 |
| 09/26/23 | CMD | Emails to and from C. Kunz, E. Monzo and E. Hacker re corporate governance issues and research. | 0.60 | 375.00 | 225.00 |
| 09/26/23 | CMD | Review email from E. Monzo re research corporate governance issues. | 0.10 | 375.00 | 37.50 |
| 09/26/23 | CMD | Review email from C. Kunz re clarification on additional research request. | 0.10 | 375.00 | 37.50 |
| 09/26/23 | CMD | Research re corporate governance issues. | 1.60 | 375.00 | 600.00 |
| 09/26/23 | CMD | Meet with C. Kunz re corporate governance issues. | 1.10 | 375.00 | 412.50 |
| 09/27/23 | SAL | Emails from E. Monzo and B. Keilson re modified deadlines re sale. | 0.10 | 350.00 | 35.00 |
| 09/27/23 | CMD | Review email from B. Ellis re issues. | 0.10 | 375.00 | 37.50 |
| 09/27/23 | BME | Review of relevant caselaw; answering questions. | 0.50 | 500.00 | 250.00 |
| 09/28/23 | REH | Follow up email exchange regarding research (.4); review additional case law in preparation of Memorandum (.5); draft finalized Memorandum (4.0). | 4.90 | 675.00 | 3,307.50 |
| 09/29/23 | CMD | Review email from E. Hacker re final research Memorandum. | 0.10 | 375.00 | 37.50 |
| 09/29/23 | BME | Review of draft memorandum. | 0.50 | 500.00 | 250.00 |
| 09/29/23 | REH | Finalize and circulate Memorandum. | 1.50 | 675.00 | 1,012.50 |
| 09/30/23 | EJM | Emails with co-counsel and intensely re transactional issues and analysis. | 1.20 | 795.00 | 954.00 |
| 09/30/23 | REH | Review and respond to follow up questions re corporate governance issues (.4); research related to same (2.0). | 2.40 | 675.00 | 1,620.00 |
| | | **Task Code Subtotal** | **78.40** | | **42,605.00** |
| **B150 Meetings/Communications with Committee and/or Creditors** | | | | | |
| 09/08/23 | EJM | Attend committee call and update on issues. | 1.40 | 795.00 | 1,113.00 |
| 09/08/23 | BMK | Emails with committee members and co-counsel regarding updates and status and bylaws. | 1.40 | 750.00 | 1,050.00 |
| 09/13/23 | EJM | Emails re committee meeting and update with clients. | 0.20 | 795.00 | 159.00 |
| 09/14/23 | BMK | Emails with co-counsel and committee regarding call and updates. | 0.30 | 750.00 | 225.00 |
| 09/15/23 | EJM | Attend weekly committee discussion. | 1.50 | 795.00 | 1,192.50 |
| 09/19/23 | EJM | Field calls with equity holders re case status. | 0.50 | 795.00 | 397.50 |
| 09/21/23 | EJM | Conversations with equity inquiries. | 0.40 | 795.00 | 318.00 |
| 09/22/23 | EJM | Attend weekly committee call. | 1.60 | 795.00 | 1,272.00 |
| 09/22/23 | BMK | Attend committee call. | 1.60 | 750.00 | 1,200.00 |
| 09/27/23 | BMK | Emails with committee and committee professionals regarding updates on sales. | 0.70 | 750.00 | 525.00 |
| 09/27/23 | BMK | Emails and speak with co-counsel and counsel for committee member regarding trading order and updates. | 0.80 | 750.00 | 600.00 |
| 09/28/23 | EJM | Emails re committee meeting. | 0.20 | 795.00 | 159.00 |
| 09/28/23 | BMK | Emails with professionals regarding committee call and updates. | 0.50 | 750.00 | 375.00 |

Matter Number:  142570-0001
11/06/23
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/28/23 | BMK | Emails with co-counsel and committee regarding upcoming call and agenda. | 0.40 | 750.00 | 300.00 |
| 09/29/23 | CMD | Prepare for call and call with R. Basch and discuss re same. | 0.40 | 375.00 | 150.00 |
| 09/29/23 | EJM | Address issues re trading motion and corporate governance for committee discussion. | 0.30 | 795.00 | 238.50 |
| 09/29/23 | CMD | Review email to and from E. Monzo re call with R. Basch. | 0.20 | 375.00 | 75.00 |
| 09/29/23 | CMD | Email to and from B. Keilson re approach to call with R. Basch. | 0.20 | 375.00 | 75.00 |
| 09/29/23 | CMD | Various emails from and to E. Monzo and B. Keilson re bar date motion, equity claims, and R. Basch claim. | 1.40 | 375.00 | 525.00 |
| 09/29/23 | BMK | Attend committee call. | 0.80 | 750.00 | 600.00 |
| 09/30/23 | BMK | Attend equity committee call. | 0.80 | 750.00 | 600.00 |
| | | **Task Code Subtotal** | **15.60** | | **11,149.50** |

**B160 Retention Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/23 | DJD | Draft application. | 1.80 | 350.00 | 630.00 |
| 09/10/23 | CMD | Review email from D. Depta re Morris James retention application. | 0.10 | 375.00 | 37.50 |
| 09/10/23 | CMD | Review email from B. Keilson re Morris James retention application. | 0.10 | 375.00 | 37.50 |
| 09/14/23 | DJD | Update and emails with E. Monzo re application. | 0.30 | 350.00 | 105.00 |
| 09/15/23 | DJD | Emails with E. Monzo re deadline to file applications. | 0.10 | 350.00 | 35.00 |
| 09/22/23 | DJD | Email with E. Monzo re application, conflicts, and deadline. | 0.10 | 350.00 | 35.00 |
| 09/26/23 | EJM | Finalize disclosures and retention papers. | 2.00 | 795.00 | 1,590.00 |
| 09/26/23 | BMK | Emails with E. Monzo and D. Depta regarding draft retention application (.4); review draft (.6). | 1.00 | 750.00 | 750.00 |
| 09/27/23 | DJD | Finalize and file application, update case folder, and update calendar. | 0.50 | 350.00 | 175.00 |
| | | **Task Code Subtotal** | **6.00** | | **3,395.00** |

**B165 Retention Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/23 | EJM | Emails re status and strategy of retention. | 0.10 | 795.00 | 79.50 |
| 09/10/23 | DJD | Begin drafting M3 application. | 1.50 | 350.00 | 525.00 |
| 09/11/23 | DJD | Further draft M3 application. | 1.30 | 350.00 | 455.00 |
| 09/12/23 | EJM | Review draft of financial advisor retention application. | 0.30 | 795.00 | 238.50 |
| 09/12/23 | EJM | Review special counsel retention application. | 0.30 | 795.00 | 238.50 |
| 09/22/23 | BMK | Emails with co-counsel regarding retention applications. | 0.40 | 750.00 | 300.00 |
| 09/25/23 | BMK | Emails with co-counsel regarding retention applications and updates. | 0.70 | 750.00 | 525.00 |
| 09/26/23 | EJM | Review and finalize draft retention papers re financial advisor. | 0.40 | 795.00 | 318.00 |
| 09/26/23 | EJM | Emails with professionals and client re retention papers. | 0.30 | 795.00 | 238.50 |
| 09/26/23 | BMK | Emails with co-counsel and E. Monzo regarding draft retention applications and review same. | 1.10 | 750.00 | 825.00 |
| 09/27/23 | DJD | Review and file BR application, draft notice, emails with B. Silverberg re same, update case folder, and update calendar. | 1.50 | 350.00 | 525.00 |
| 09/27/23 | DJD | Review and file M3 application, update case folder, and | 1.10 | 350.00 | 385.00 |

Matter Number: 142570-0001
11/06/23
Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | update calendar. | | | |
| 09/27/23 | DJD | Draft and file COS re applications, email counsel for service, arrange mail service, and update case folder. | 0.40 | 350.00 | 140.00 |
| 09/27/23 | EJM | Coordinate filing of retention applications and discussions with committee chair, D. Depta and other professionals re form and authority. | 0.80 | 795.00 | 636.00 |
| 09/28/23 | DJD | Email from E. Monzo and to M. Sawyer re committee declaration. | 0.10 | 350.00 | 35.00 |
| 09/28/23 | BMK | Emails with equity committee professionals and UST regarding open questions on retention applications (1.2) and review revised orders (.8). | 2.00 | 750.00 | 1,500.00 |
| 09/28/23 | BMK | Emails with UST and professionals regarding retention applications. | 0.90 | 750.00 | 675.00 |
| | | **Task Code Subtotal** | **13.20** | | **7,639.00** |
| **B185 Assumption/Rejection of Leases and Contracts** | | | | | |
| 09/28/23 | EJM | Review assumption notice. | 0.20 | 795.00 | 159.00 |
| | | **Task Code Subtotal** | **0.20** | | **159.00** |
| **B190 Other Contested Matters (excluding assumption/rejection motions)** | | | | | |
| 09/07/23 | JSL | Research equity committee motions re screening (1.0); review precedent re same (.2); communicate with E. Monzo re same (.2). | 1.40 | 450.00 | 630.00 |
| 09/07/23 | TCP | Confer with E. Monzo re researching equity trading motion (.4); research (1.2) same; emails with MJ re same (.2). | 1.80 | 660.00 | 1,188.00 |
| 09/07/23 | BMK | Emails with E. Monzo and co-counsel regarding trading motion. | 0.80 | 750.00 | 600.00 |
| 09/08/23 | SAL | Emails with B. Keilson and D. Depta re form motion to permit securities trading. | 0.20 | 350.00 | 70.00 |
| 09/08/23 | SAL | Prepare form order to permit securities trading. | 0.40 | 350.00 | 140.00 |
| 09/08/23 | DJD | Convert and update equity securities motion, and email B. Keilson. | 0.40 | 350.00 | 140.00 |
| 09/08/23 | EJM | Review draft Federated motion and emails and call with B. Keilson. | 0.50 | 795.00 | 397.50 |
| 09/08/23 | TCP | Research pleadings (1.0); draft order and exhibit (1.2); multiple emails with MJ re finalizing same (.2); confer with B. Keison and E. Monzo(.5) re same. | 2.90 | 660.00 | 1,914.00 |
| 09/08/23 | BMK | Emails with T. Pakrouh and E. Monzo regarding motion to allow trading and draft same. | 1.10 | 750.00 | 825.00 |
| 09/11/23 | BMK | Emails with committee and co-counsel regarding draft trading motion (.5); review draft (.8). | 1.30 | 750.00 | 975.00 |
| 09/12/23 | EJM | Emails with co-counsel and update on trading motion and timing of same. | 0.40 | 795.00 | 318.00 |
| 09/15/23 | SAL | Emails with B. Keilson re securities trading motion. | 0.20 | 350.00 | 70.00 |
| 09/15/23 | SAL | Review, update, and circulate securities trading motion, draft notice, and compile exhibits and service list. | 0.70 | 350.00 | 245.00 |
| 09/15/23 | BMK | Emails with S. Lisko regarding finalizing draft trading motion and related documents (.6); review and finalize documents (.9). | 1.50 | 750.00 | 1,125.00 |
| 09/18/23 | BMK | Emails with co-counsel and S. Lisko regarding draft | 1.50 | 750.00 | 1,125.00 |

Matter Number: 142570-0001
11/06/23
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | motion and proposed order regarding trading and finalizing same (.7); review and edit drafts (.8). | | | |
| 09/18/23 | EJM | Emails with co-counsel and committee re update and filing of trading motion. | 0.60 | 795.00 | 477.00 |
| 09/19/23 | SAL | Emails with B. Keilson re securities trading motion. | 0.30 | 350.00 | 105.00 |
| 09/19/23 | SAL | Review and update securities trading motion, order, notice and COS. | 0.40 | 350.00 | 140.00 |
| 09/19/23 | SAL | Finalize, file, circulate and serve securities trading motion and update critical dates and case calendar. | 0.90 | 350.00 | 315.00 |
| 09/19/23 | EJM | Review final federated motion and emails with counsel to debtor and B. Keilson. | 0.30 | 795.00 | 238.50 |
| 09/19/23 | BMK | Emails with S. Lisko regarding finalizing and filing trading motion (.6); review draft (.7). | 1.30 | 750.00 | 975.00 |
| 09/21/23 | EJM | Emails with US Trustee re federated motion. | 0.20 | 795.00 | 159.00 |
| 09/21/23 | BMK | Emails with UST regarding pending trading motion and proposed order (.3); review proposed changes (.6). | 0.90 | 750.00 | 675.00 |
| 09/22/23 | EJM | Emails re trading motion and proposal on resolution. | 0.10 | 795.00 | 79.50 |
| 09/22/23 | BMK | Emails with co-counsel and UST regarding draft order for trading motion and UST comments (.6); review and update draft order (.6). | 1.20 | 750.00 | 900.00 |
| 09/26/23 | BMK | Review and update draft trading order. | 0.90 | 750.00 | 675.00 |
| 09/27/23 | DJD | Compile UST and Debtors' comments regarding equity securities motion and email B. Keilson consolidated redline. | 0.90 | 350.00 | 315.00 |
| 09/27/23 | CMD | Research re pending adversary. | 0.50 | 375.00 | 187.50 |
| 09/29/23 | SAL | Draft and update COC re securities trading motion. | 0.40 | 350.00 | 140.00 |
| 09/29/23 | SAL | Emails with B. Keilson re revised securities trading order. | 0.30 | 350.00 | 105.00 |
| 09/29/23 | BMK | Emails with UST and Debtors' counsel and co-counsel regarding updated proposed order for trading motion (.8); review and update proposed order and COC (1.1). | 1.90 | 750.00 | 1,425.00 |
| 09/30/23 | EJM | Review defendants Motion to dismiss. | 0.50 | 795.00 | 397.50 |
| | | **Task Code Subtotal** | **26.70** | | **17,071.50** |
| **B240 Tax Issues** | | | | | |
| 09/21/23 | EJM | Emails and discussions with co-counsel and Brian Ellis re tax issues. | 0.60 | 795.00 | 477.00 |
| 09/21/23 | EJM | Research on tax related issues. | 1.80 | 795.00 | 1,431.00 |
| | | **Task Code Subtotal** | **2.40** | | **1,908.00** |
| **B320 Plan and Disclosure Statement** | | | | | |
| 09/07/23 | EJM | Review plan documents. | 1.10 | 795.00 | 874.50 |
| 09/08/23 | EJM | Review plan related documents. | 2.50 | 795.00 | 1,987.50 |
| 09/12/23 | BMK | Attend Plan call. | 0.90 | 750.00 | 675.00 |
| 09/12/23 | EJM | Review plan information and emails with debtors' counsel and co-counsel. | 1.60 | 795.00 | 1,272.00 |
| 09/22/23 | EJM | Internal discussions re update plan issues and corporate governance. | 0.60 | 795.00 | 477.00 |
| 09/22/23 | EJM | Review governance documents re plan. | 1.00 | 795.00 | 795.00 |
| 09/29/23 | CMD | Review notice of bar date, bar date order for equity claims and review debtor schedules for claim. | 0.80 | 375.00 | 300.00 |

Matter Number: 142570-0001
11/06/23
Page 9

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Task Code Subtotal** | **8.50** | | **6,381.00** |
| | | | | **Sub-Total Fees:** | **103,916.50** |

**For Disbursements through September 30, 2023**

| | Disbursements | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Westlaw | 106.57 |
| **Total Disbursements** | | **106.57** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$104,023.07** |
| **Balance Due** | **$104,023.07** |