# EXHIBIT B

## Summary of Expenses – First Monthly Compensation Period

|  | Total |
|---|---:|
| Westlaw | $106.57 |
| **TOTAL**: | **$106.57** |

16364102/1