## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP and Allen & Overy LLP hereby enter their appearance (this "Notice of Appearance") in the above-captioned cases as counsel to represent Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC (collectively, the "Foxconn Parties"), pursuant to section 1109(b) of title 11 of the United States Code, Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Matthew B. Harvey (No. 5186)
Matthew Talmo (No. 6333)

1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:
       rdehney@morrisnichols.com
       dculver@morrisnichols.com
       mharvey@morrisnichols.com
       mtalmo@morrisnichols.com

**ALLEN & OVERY LLP**
Daniel J. Guyder (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Bradley Pensyl (admitted *pro hac vice*)
Christopher Newcomb (admitted *pro hac vice*)
Justin Ormand (admitted *pro hac vice*)
Joseph Badtke-Berkow (admitted *pro hac vice*)
Jacob R. Herz (admitted *pro hac vice*)

1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610 6399
Email:
       daniel.guyder@allenovery.com
       robin.spigel@allenovery.com
       bradley.pensyl@allenovery.com
       chris.newcomb@allenovery.com
       justin.ormand@allenovery.com
       joseph.badtke-berkow@allenovery.com
       jacob.herz@allenovery.com

**-**and-

Noah Brumfield (admitted *pro hac vice*)
Patrick Pearsall (admitted *pro hac vice*)
Michael Modesto Gale (admitted *pro hac vice*)

1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (212) 610-6399
Email:
       noah.brumfield@allenovery.com
       patrick.pearsall@allenovery.com
       michael.modestogale@allenovery.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules or Local Rules, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery,

telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

   **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Foxconn Parties: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Foxconn Parties are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Foxconn Parties' consent to the jurisdiction of the Bankruptcy Court or the entry of final orders and judgments in any case, proceeding, matter, or controversy if

it is determined that the Court, consistent with Article III of the United States Constitution does not have such authority.

PLEASE TAKE FURTHER NOTICE that, by this Notice of Appearance and pursuant to Local Rule 9010-2(a), Allen & Overy LLP is substituted as counsel to the Foxconn Parties, and Paul Hastings LLP hereby withdraws its appearance for the Foxconn Parties in these chapter 11 cases, including the adversary proceeding captioned *Lordstown Motors Corp. v. Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group), et al.*, Case No. 23-50414 (MFW). Paul Hastings LLP will no longer represent the Foxconn Parties in these cases, and all such representations will be undertaken by Allen & Overy LLP and Morris, Nichols, Arsht & Tunnell LLP.

*(Signature pages follow)*

Dated: November 8, 2023
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ Matthew O. Talmo
Robert J. Dehney (Del. Bar No. 3578)
Donna L. Culver (No. 2983)
Matthew B. Harvey (Del. Bar No. 5186)
Matthew Talmo (Del. Bar No. 6333)

1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:
        rdehney@morrisnichols.com
        dculver@morrisnichols.com
        mharvey@morrisnichols.com
        mtalmo@morrisnichols.com

**ALLEN & OVERY LLP**
Daniel J. Guyder (admitted *pro hac vice*)
Robin Spigel (admitted *pro hac vice*)
Bradley Pensyl (admitted *pro hac vice*)
Christopher Newcomb (admitted *pro hac vice*)
Justin Ormand (admitted *pro hac vice*)
Joseph Badtke-Berkow (admitted *pro hac vice*)
Jacob R. Herz (admitted *pro hac vice*)

1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610 6399
Email:
        daniel.guyder@allenovery.com
        robin.spigel@allenovery.com
        bradley.pensyl@allenovery.com
        chris.newcomb@allenovery.com
        justin.ormand@allenovery.com
        joseph.badtke-berkow@allenovery.com
        jacob.herz@allenovery.com

-and-

Noah Brumfield (admitted *pro hac vice*)
Patrick Pearsall (admitted *pro hac vice*)
Michael Modesto Gale (admitted *pro hac vice*)

1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
Facsimile: (212) 610-6399
Email:
        noah.brumfield@allenovery.com
        patrick.pearsall@allenovery.com
        michael.modestogale@allenovery.com

*Counsel to the Foxconn Parties*

**PAUL HASTINGS LLP**

*/s/ Matthew M. Murphy*
Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
Michael C. Whalen (admitted *pro hac vice*)

71 South Wacker Drive Suite 4500
Chicago, IL  60606
Tel: (212) 969-3000
Fax: (212) 969-2900
mattmurphy@paulhastings.com
mattmicheli@paulhastings.com
michaelcwhalen@paulhastings.com

*Withdrawing Attorneys for the Foxconn Parties*