IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Related to Docket Nos. 234 and 294** |

**FIRST SUPPLEMENTAL DECLARATION OF DEBORAH KOVSKY-APAP IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF TROUTMAN PEPPER HAMILTON SANDERS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 17, 2023**

I, Deborah Kovsky-Apap, under penalty of perjury, state as follows:

1. I am a partner at the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), which maintains offices at, among other locations, 875 Third Avenue, New York, New York 10022. I am a member in good standing of the Bars of the States of New York, New Jersey and Michigan and I have been admitted to practice in each of those states. I am also admitted *pro hac vice* in the above-captioned cases. There are no disciplinary proceedings pending against me.

2. I submit this declaration (the "First Supplemental Declaration") to supplement my declaration, dated August 7, 2023, attached as Exhibit A to the *Application for Entry of an Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of July 17, 2023* [Docket

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

No. 234] (the "Application").² This First Supplemental Declaration is intended to supplement my previous declaration, and in no way replaces anything set forth in the Application.

3. Except as otherwise indicated, I have personal knowledge of the matters set forth herein.

4. Troutman Pepper conducted, and continues to conduct, searches into its relationships with the Debtors, their creditors and other parties in interest in these chapter 11 cases. In connection with this continued search, Troutman Pepper hereby discloses the following search:

| Name | Relationship to Debtors | Relationship to Troutman Pepper |
|---|---|---|
| Amazon Web Services | Vendor | Amazon.com, Inc. is a current client of Troutman Pepper in unrelated matters |

5. Should any additional information relevant to Troutman Pepper's retention and employment in the above-captioned cases come to Troutman Pepper's attention, Troutman Pepper will file additional supplemental declarations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 8, 2023        /s/ *Deborah Kovsky-Apap*
                               Deborah Kovsky-Apap, Esq.

---

² Capitalized terms used but not defined herein are ascribed the definitions given to them in the Application. Troutman Pepper does not waive by this First Supplemental Declaration, the Application or its contents, and hereby reserves and preserves, all privileges.