**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et. al.*,[1] | ) | Case No. 23-10831-MFW |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on November 9, 2023, the *Motion of the U.S. Securities and Exchange Commission for Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. §1141(d)(6)* [ECF No. 676] was served via email through the CM/ECF system upon the parties registered to receive such service, and further, by email on November 9, 2023 upon the following:

*Counsel for the Debtors*
| | |
|---|---|
| Donald J. Detweiler | don.detweiler@wbd-us.com |
| Morgan L. Patterson | morgan.patterson@wbd-us.com |
| Thomas E. Lauria | tlauria@whitecase.com |
| Matthew C. Brown | mbrown@whitecase.com |
| Fan B. He | fhe@whitecase.com |
| David M. Turetsky | david.turetsky@whitecase.com |
| Jason N. Zakia | jzakia@whitecase.com |
| Roberto Kampfner | rkampfner@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| RJ Szuba | rj.szuba@whitecase.com |

*Counsel for Logicalis, Inc.*
| | |
|---|---|
| Christopher A. Ward | cward@polsinelli.com |

*Counsel for Benjamin Hebert and Atri Amin, and similarly-situated stockholders*
| | |
|---|---|
| Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Gustavo F. Bruckner | gfbruckner@pomlaw.com |
| Samuel J. Adams | sjadams@pomlaw.com |
| Ankita Sangwan | asangwan@pomlaw.com |
| Gregory V. Varallo | greg.varallo@blbglaw.com |

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Glenn R. McGillivray          glenn.mcgillivray@blbglaw.com
Daniel Meyer                  daniel.meyer@blbglaw.com
Jeroen van Kwawegen           jeroen@blbglaw.com
Thomas G. James               Thomas.James@blbglaw.com
Margaret Sanborn-Lowing       Margaret.Lowing@blbglaw.com

*Counsel for Akebono Brake Corporation*
Edward M. King                tking@fbtlaw.com

*Counsel for the Official Committee of Unsecured Creditors*
David M. Fournier             david.fournier@troutman.com
Tori L. Remington             tori.remington@troutman.com
Francis J. Lawall             francis.lawall@troutman.com
Deborah Kovsky-Apap           deborah.kovsky@troutman.com
Sean P. McNally               sean.mcnally@troutman.com

*Counsel for Cigna Health and Life Insurance Company*
Jeffrey C. Wisler             jwisler@connollygallagher.com

*Counsel for Harco Manufacturing Group, LLC*
Evan T. Miller                emiller@bayardlaw.com

*Counsel for Elaphe Propulsion Technologies Ltd.*
Stephen B. Grow               sgrow@wnj.com
William A. Hazeltine          whazeltine@sha-llc.com

*Counsel for Marelli North America, Inc.*
A.J. Webb                     awebb@fbtlaw.com
Patricia K. Burgess           pburgess@fbtlaw.com

*Counsel for GAC R&D Center Silicon Valley, Inc.*
Marc N. Swanson               swansonm@millercanfield.com

*Counsel for Darren Post, Steve Burns, John LaFleur and Rich Schmidt*
Sean M. Beach                 sbeach@ycst.com
Shane Reil                    sreil@ycst.com
                              bankfilings@ycst.com

*Counsel for the Official Committee of Equity Security Holders*
Robert J. Stark               rstark@brownrudnick.com
Bennett S. Silverberg         bsilverberg@brownrudnick.com
Matthew A. Sawyer             msawyer@brownrudnick.com
Eric J. Monzo                 emonzo@morrisjames.com
Brya M. Keilson               bkeilson@morrisjames.com

*Counsel for George Troicky, as Court-Appointed Lead Plaintiff*
Michael S. Etkin          metkin@lowenstein.com
Andrew Behlmann           abehlmann@lowenstein.com
Scott Cargill             scargill@lowenstein.com
Christopher P. Simon      csimon@crosslaw.com

*Counsel for Applied Medical Resources Corp.*
Matthew P. Austria        maustria@austiallc.com
Andrew B. Still           astill@swlaw.com

*Counsel for Edward Hightower and Adam Kroll*
Jennifer R. Hoover        jhoover@beneschlaw.com
Steven L. Walsh           swalsh@beneschlaw.com
Bruce G. Vanyo            bruce@katten.com
Sarah Eichenberger        sarah.eichenberger@katten.com
Jonathan Rotenberg        jonathan.rotenberg@katten.com
Cindi M. Giglio           cgiglio@katten.com

*Office of the United States Trustee*
Benjamin A. Hackman       benjamin_a_hackman@usdoj.gov

*Counsel for LAS Capital LLC*
Joseph O. Larkin          joseph.larkin@skadden.com
Ron E. Meisler            ron.meisler@skadden.com
Jennifer Madden           jennifer.madden@skadden.com
Robert D. Drain           robert.drain@skadden.com

*Counsel for Michigan Department of Treasury*
Heather L. Donald         donaldh@michigan.gov

*Counsel for Hon Hai Precision Industry Co., Ltd. and Others*
Robert J. Dehney          rdehney@morrisnichols.com
Donna L. Culver           dculver@morrisnichols.com
Matthew B. Harvey         mharvey@morrisnichols.com
Matthew Talmo             mtalmo@morrisnichols.com
Daniel J. Guyder          daniel.guyder@allenovery.com
Robin Spigel              robin.spigel@allenovery.com
Bradley Pensyl            bradley.pensyl@allenovery.com
Christopher Newcomb       chris.newcomb@allenovery.com
Justin Ormand             justin.ormand@allenovery.com
Joseph Badtke-Berkow      joseph.badtke-berkow@allenovery.com
Jacob R. Herz             jacob.herz@allenovery.com
Noah Brumfield            noah.brumfield@allenovery.com
Patrick Pearsall          patrick.pearsall@allenovery.com
Michael Modesto Gale      michael.modestogale@allenovery.com

Dated:    November 9, 2023

> */s/ David W. Baddley*
> **U.S. SECURITIES & EXCHANGE COMMISSION**
> David W. Baddley
> 950 East Paces Ferry Road, N.E., Suite 900
> Atlanta, GA 30326-1382
> Telephone: (404) 842-7625
> baddleyd@sec.gov
>
> *Counsel for U.S. Securities and Exchange Commission*