**Exhibit B**

**Expense Detail**

| Date | Timekeeper | English Narrative | Category | Amount |
|---|---|---|---|---|
| 9/30/2023 | Akkoyun, Ty | 09/19/2023 Invoice#SL-227-177- Meal Order#145023797068264 Locanut (late night dinner) - Ty Akkoyun | Overtime Meals | $36.58 |