**EXHIBIT A**
Lordstown Motors Corp., et al. - CASE NO: 23-10831
DETAIL OF TIME ENTRIES
FOR THE PERIOD FROM SEPTEMBER 7, 2023 TO SEPTEMBER 30, 2023

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| *Plan of Reorganization/Disclosure Statement* | | | | | |
| Winning, Robert | 9/7/2023 | Review plan and disclosure statement | 1.3 | $1,150 | $1,495.00 |
| Bauck, Lyle | 9/11/2023 | Read and review plan of reorganization | 2.6 | 1,150 | 2,990.00 |
| Winning, Robert | 9/12/2023 | Review plan | 0.8 | 1,150 | 920.00 |
| Bauck, Lyle | 9/12/2023 | Continue to read and review plan of reorganization | 2.9 | 1,150 | 3,335.00 |
| Winning, Robert | 9/25/2023 | Prepare analysis of different post-reorganization opportunities and impact on recoveries | 1.4 | 1,150 | 1,610.00 |
| Winning, Robert | 9/27/2023 | Prepare analysis of recovery waterfall | 1.2 | 1,150 | 1,380.00 |
| | | ***Plan of Reorganization/Disclosure Statement*** | **10.2** | | **$11,730.00** |
| *Case Administration* | | | | | |
| Winning, Robert | 9/7/2023 | Participate in call with B. Silverberg (Brown Rudnick) re: initial case issues | 0.5 | $1,150 | $575.00 |
| Winning, Robert | 9/10/2023 | Develop work plan re: sale process and cash flow diligence | 1.2 | 1,150 | 1,380.00 |
| Altman, Matthew | 9/10/2023 | Prepare working group list and request access to data rooms | 0.6 | 550 | 330.00 |
| Dombrowski, Lauren | 9/11/2023 | Analyze and review documents in data room | 1.8 | 550 | 990.00 |
| Altman, Matthew | 9/12/2023 | Review retention applications on the docket | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/12/2023 | Prepare agenda for intro call with Debtor professionals | 0.2 | 1,150 | 230.00 |
| Winning, Robert | 9/15/2023 | Edit and revise work plan re: sale process and cash flow diligence | 0.4 | 1,150 | 460.00 |
| Lo, Anthony | 9/15/2023 | Edit and revise workstream tracker re: data request list and SOFAs and SOALs | 0.2 | 750 | 150.00 |
| Altman, Matthew | 9/18/2023 | Correspond with case professionals to create working group list | 0.7 | 550 | 385.00 |
| Winning, Robert | 9/18/2023 | Review diligence tracker | 0.4 | 1,150 | 460.00 |
| Altman, Matthew | 9/19/2023 | Continue to revise working group list for M3 | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/22/2023 | Review diligence materials produced by Debtors | 1.2 | 1,150 | 1,380.00 |
| | | ***Case Administration*** | **8.2** | | **$6,890.00** |
| *General Correspondence with Debtor & Debtors' Professionals* | | | | | |
| Winning, Robert | 9/8/2023 | Participate in call with A. Lo (M3), M. Altman (M3) and R. Hamilton (Jefferies) on diligence items | 0.5 | $1,150 | $575.00 |
| Lo, Anthony | 9/8/2023 | Participate in call with R. Winning (M3), M. Altman (M3) and R. Hamilton (Jefferies) on diligence items | 0.5 | 750 | 375.00 |
| Altman, Matthew | 9/8/2023 | Participate in call with R. Winning (M3), A. Lo (M3), and R. Hamilton (Jefferies) on diligence items | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/11/2023 | Call with C. Tsitsis (Silverman) re: case status and next steps | 0.3 | 1,150 | 345.00 |
| Altman, Matthew | 9/12/2023 | Participate in call with Brown Rudnick, Jefferies, Silverman, White & Case, B. Silverberg (Brown Rudnick), R. Winning (M3), L. Bauck (M3), A. Lo (M3), and D. Edward (M3) on case progress and diligence | 1.3 | 550 | 715.00 |
| Bauck, Lyle | 9/12/2023 | Participate in call with Brown Rudnick, Jefferies, Silverman, White & Case, B. Silverberg (Brown Rudnick), A. Lo (M3), R. Winning (M3), M. Altman (M3), D. Edward on case progress and diligence | 1.3 | 1,150 | 1,495.00 |
| Lo, Anthony | 9/12/2023 | Participate in call with Brown Rudnick, Jefferies, Silverman, White & Case, B. Silverberg (Brown Rudnick), L. Bauck (M3), R. Winning (M3), M. Altman (M3), D. Edward on case progress and diligence | 1.3 | 750 | 975.00 |
| Winning, Robert | 9/12/2023 | Participate in call with Brown Rudnick, Jefferies, Silverman, White & Case, B. Silverberg (Brown Rudnick), A. Lo (M3), L. Bauck (M3), M. Altman (M3), D. Edward (M3) on case progress and diligence | 1.3 | 1,150 | 1,495.00 |
| Edward, David | 9/12/2023 | Participate in call with Brown Rudnick, Jefferies, Silverman, White & Case, B. Silverberg (Brown Rudnick), A. Lo (M3), R. Winning (M3), M. Altman (M3), L. Bauck (M3) on case progress and diligence | 1.3 | 450 | 585.00 |
| Altman, Matthew | 9/13/2023 | Participate in conversation with C. Tsitsis (Silverman) re: 13-week cash flow questions | 0.4 | 550 | 220.00 |
| Dombrowski, Lauren | 9/13/2023 | Call with L. Bauck, M. Altman, R. Winning, A. Lo (M3), S. Costello, J. Finger, L. Hultgren (Jefferies) to review M&A process | 0.8 | 550 | 440.00 |
| Lo, Anthony | 9/13/2023 | Call with L. Bauck, M. Altman, R. Winning, L. Dombrowski (M3), S. Costello, J. Finger, L. Hultgren (Jefferies) to review M&A process | 0.8 | 750 | 600.00 |
| Winning, Robert | 9/13/2023 | Call with L. Dombrowski, M. Altman, L. Bauck, A. Lo (M3), S. Costello, J. Finger, L. Hultgren (Jefferies) to review M&A process | 0.8 | 1,150 | 920.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Altman, Matthew | 9/13/2023 | Call with L. Dombrowski, L. Bauck, R. Winning, A. Lo (M3), S. Costello, J. Finger, L. Hultgren (Jefferies) to review M&A process | 0.8 | 550 | 440.00 |
| Bauck, Lyle | 9/13/2023 | Call with L. Dombrowski, M. Altman, R. Winning, A. Lo (M3), S. Costello, J. Finger, L. Hultgren (Jefferies) to review M&A process | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/15/2023 | Participate in meeting on Foxconn updates with White & Case, B. Silverberg (Brown Rudnick), D. Ninivaggi, R. Winning (M3), L. Bauck (M3), A. Lo (M3), and D. Edward (M3) | 1.0 | 550 | 550.00 |
| Winning, Robert | 9/15/2023 | Participate in meeting on Foxconn updates with White & Case, Brown Rudnick, B. Silverberg (Brown Rudnick), D. Ninivaggi, M. Altman (M3), L. Bauck (M3), A. Lo (M3), and D. Edward (M3) | 1.0 | 1,150 | 1,150.00 |
| Bauck, Lyle | 9/15/2023 | Participate in meeting on Foxconn updates with White & Case, Brown Rudnick, B. Silverberg (Brown Rudnick), D. Ninivaggi, R. Winning (M3), M. Altman (M3), A. Lo (M3), and D. Edward (M3) | 1.0 | 1,150 | 1,150.00 |
| Edward, David | 9/15/2023 | Participate in meeting on Foxconn updates with White & Case, Brown Rudnick, B. Silverberg (Brown Rudnick), D. Ninivaggi, R. Winning (M3), L. Bauck (M3), A. Lo (M3), and M. Altman (M3) | 1.0 | 450 | 450.00 |
| Lo, Anthony | 9/15/2023 | Participate in meeting on Foxconn updates with White & Case, Brown Rudnick, B. Silverberg (Brown Rudnick), D. Ninivaggi, R. Winning (M3), L. Bauck (M3), M. Altman (M3), and D. Edward (M3) | 1.0 | 750 | 750.00 |
| Altman, Matthew | 9/20/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), E. Hammes (Silverman), and C. Tsitsis (Silverman) on the open diligence items | 0.8 | 550 | 440.00 |
| Altman, Matthew | 9/20/2023 | Participate in meeting with R. Hamilton, L. Hultgren, K. Lisanti (Jefferies) R. Winning, L. Bauck, A. Lo, D. Edward (M3) on the latest bids and status of the auction | 0.6 | 550 | 330.00 |
| Edward, David | 9/20/2023 | Participate in meeting with R. Hamilton, L. Hultgren, K. Lisanti (Jefferies) R. Winning, L. Bauck, A. Lo, M. Altman on the latest bids and status of the auction | 0.6 | 450 | 270.00 |
| Winning, Robert | 9/20/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), E. Hammes (Silverman), and C. Tsitsis (Silverman) on the open diligence items | 0.8 | 1,150 | 920.00 |
| Lo, Anthony | 9/20/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), M. Altman (M3), E. Hammes (Silverman), and C. Tsitsis (Silverman) on the open diligence items | 0.8 | 750 | 600.00 |
| Lo, Anthony | 9/20/2023 | Participate in meeting with R. Hamilton, L. Hultgren, K. Lisanti (Jefferies) R. Winning, L. Bauck, M. Altman, D. Edward (M3) on the latest bids and status of the auction | 0.6 | 750 | 450.00 |
| Bauck, Lyle | 9/20/2023 | Participate in meeting with R. Hamilton, L. Hultgren, K. Lisanti (Jefferies) R. Winning, M. Altman, A. Lo, D. Edward (M3) on the latest bids and status of the auction | 0.6 | 1,150 | 690.00 |
| Winning, Robert | 9/20/2023 | Participate in meeting with R. Hamilton, L. Hultgren, K. Lisanti (Jefferies) L. Bauck, A. Lo, D. Edward, M. Altman (M3) on the latest bids and status of the auction | 0.6 | 1,150 | 690.00 |
| Winning, Robert | 9/21/2023 | Attend in-person meeting with Debtors (incl. Daniel Ninivaggi), Debtors' professionals (including D. Turetsky of White & Case), OEC professionals (incl. Deborah Kovsky-Apap), and Brown Rudnick (including Robert Stark) | 3.5 | 1,150 | 4,025.00 |
| Bauck, Lyle | 9/23/2023 | Correspondence with C. Tsitsis (Silverman) re: claims analysis | 0.2 | 1,150 | 230.00 |
| Bauck, Lyle | 9/23/2023 | Read and review correspondence from White & Case re: data request responses | 0.6 | 1,150 | 690.00 |
| Altman, Matthew | 9/24/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), and others on the claims analysis | 1.1 | 550 | 605.00 |
| Winning, Robert | 9/24/2023 | Participate in meeting with M. Altman (M3), L. Bauck (M3), A. Lo (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), and others on the claims analysis | 1.1 | 1,150 | 1,265.00 |
| Lo, Anthony | 9/24/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), M. Altman (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), and others on the claims analysis | 1.1 | 750 | 825.00 |
| Bauck, Lyle | 9/24/2023 | Participate in meeting with R. Winning (M3), M. Altman (M3), A. Lo (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), and others on the claims analysis | 1.1 | 1,150 | 1,265.00 |
| Winning, Robert | 9/26/2023 | Call with A. Kroll (Lordstown) and C. Tsitsis (Silverman) re: asset sales and go-forward planning | 1.5 | 1,150 | 1,725.00 |
| Winning, Robert | 9/26/2023 | Correspondence with B. Silverberg and R. Stark (Brown Rudnick) re: asset sales and plan issues | 0.7 | 1,150 | 805.00 |
| Altman, Matthew | 9/27/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), C. Tsitsis (Silverman) and A. Kroll on the waterfall analysis | 1.0 | 550 | 550.00 |
| Lo, Anthony | 9/27/2023 | Participate in meeting with L. Bauck (M3), M. Altman (M3), C. Tsitsis (Silverman) and A. Kroll on the waterfall analysis | 1.0 | 750 | 750.00 |
| Bauck, Lyle | 9/27/2023 | Participate in meeting with M. Altman (M3), A. Lo (M3), C. Tsitsis (Silverman) and A. Kroll on the waterfall analysis | 1.0 | 1,150 | 1,150.00 |
| Altman, Matthew | 9/28/2023 | Participate in call with E. Hammes (Silverman) on waterfall | 0.3 | 550 | 165.00 |
| Altman, Matthew | 9/28/2023 | Participate in call with E. Hammes (Silverman) on updated cash flow forecast | 0.4 | 550 | 220.00 |
| Winning, Robert | 9/28/2023 | Call with B. Silverberg (Brown Rudnick) re: plan structure | 0.5 | 1,150 | 575.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Altman, Matthew | 9/29/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), C. Tsitsis (Silverman) and A. Kroll (Lordstown) on professional fees and the waterfall analysis | 1.0 | 550 | 550.00 |
| Lo, Anthony | 9/29/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), C. Tsitsis (Silverman) and A. Kroll (Lordstown) on professional fees and the waterfall analysis | 1.0 | 750 | 750.00 |
| Winning, Robert | 9/29/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), C. Tsitsis (Silverman) and A. Kroll on professional fees and the waterfall analysis | 1.0 | 1,150 | 1,150.00 |
| Bauck, Lyle | 9/29/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), C. Tsitsis (Silverman) and A. Kroll (Debtor) on professional fees and the waterfall analysis | 1.0 | 1,150 | 1,150.00 |
| | | ***General Correspondence with Debtor & Debtors' Professionals*** | **42.2** | | **$37,260.00** |

***Financial & Operational Matters***

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Altman, Matthew | 9/8/2023 | Review case materials for kickoff call with Jefferies | 1.0 | $550 | $550.00 |
| Dombrowski, Lauren | 9/11/2023 | Prepare materials to provide an overview of Foxconn | 1.1 | 550 | 605.00 |
| Dombrowski, Lauren | 9/11/2023 | Continue to prepare materials re: Foxconn | 0.9 | 550 | 495.00 |
| Dombrowski, Lauren | 9/11/2023 | Continue to prepare materials re: Foxconn | 1.7 | 550 | 935.00 |
| Edward, David | 9/11/2023 | Create materials on SOFA/SOAL for Lordstown OEC | 2.9 | 450 | 1,305.00 |
| Edward, David | 9/11/2023 | Continue to create materials for Lordstown OEC on SOFA/SOAL | 2.3 | 450 | 1,035.00 |
| Edward, David | 9/11/2023 | Continue to create materials for Lordstown OEC on SOFA/SOAL | 1.2 | 450 | 540.00 |
| Lo, Anthony | 9/11/2023 | Perform analysis re: SOFA/SOALs | 0.4 | 750 | 300.00 |
| Lo, Anthony | 9/11/2023 | Analyze and review assets and liabilities by legal entity | 2.5 | 750 | 1,875.00 |
| Dombrowski, Lauren | 9/12/2023 | Prepare analysis re: Foxconn and its relationship with Lordstown | 1.4 | 550 | 770.00 |
| Dombrowski, Lauren | 9/12/2023 | Continue to prepare analysis re: Foxconn and its relationship with Lordstown | 1.1 | 550 | 605.00 |
| Dombrowski, Lauren | 9/12/2023 | Prepare research and analysis re: Foxconn and Lordstown | 2.1 | 550 | 1,155.00 |
| Edward, David | 9/12/2023 | Continue to prepare analysis re: SOFA / SOFAL's | 2.5 | 450 | 1,125.00 |
| Edward, David | 9/12/2023 | Continue to prepare analysis re: SOFA / SOFAL's | 2.3 | 450 | 1,035.00 |
| Edward, David | 9/12/2023 | Continue to prepare materials for OEC on SOFA / SOALs | 2.7 | 450 | 1,215.00 |
| Lo, Anthony | 9/12/2023 | Review the VDR's files and documents | 1.7 | 750 | 1,275.00 |
| Lo, Anthony | 9/12/2023 | Perform analysis re: diligence list items | 0.2 | 750 | 150.00 |
| Lo, Anthony | 9/12/2023 | Prepare materials for OEC re: SOFAs/Schedules | 1.2 | 750 | 900.00 |
| Dombrowski, Lauren | 9/13/2023 | Continue to prepare materials re: Foxconn's involvement with Lordstown | 1.9 | 550 | 1,045.00 |
| Dombrowski, Lauren | 9/13/2023 | Continue to prepare materials re: Foxconn's involvement with Lordstown | 1.8 | 550 | 990.00 |
| Dombrowski, Lauren | 9/13/2023 | Edit and revise Foxconn materials following comments from A. Lo (M3) | 1.6 | 550 | 880.00 |
| Winning, Robert | 9/13/2023 | Analyze Debtors' assets and liabilities | 1.3 | 1,150 | 1,495.00 |
| Edward, David | 9/13/2023 | Prepare materials for Lordstown OEC re: SOFA/SOALs | 2.9 | 450 | 1,305.00 |
| Lo, Anthony | 9/13/2023 | Review and revise the SOFA/Schedules Deck Summary | 0.4 | 750 | 300.00 |
| Lo, Anthony | 9/13/2023 | Review and edit Foxconn and Lordstown legal entity analysis | 1.4 | 750 | 1,050.00 |
| Lo, Anthony | 9/13/2023 | Review and edit cash flow analysis | 1.2 | 750 | 900.00 |
| Lo, Anthony | 9/13/2023 | Review and edit the SOFAs/SOALs materials for OEC | 0.4 | 750 | 300.00 |
| Lo, Anthony | 9/13/2023 | Review and edit cash flow analysis, Foxconn research, and SOFA/SOALs materials for OEC | 0.2 | 750 | 150.00 |
| Lo, Anthony | 9/13/2023 | Continue to review and edit cash flow analysis, Foxconn research, and SOFA/SOALs materials for OEC | 1.5 | 750 | 1,125.00 |
| Bauck, Lyle | 9/13/2023 | Analyze and review latest 13-week cash flow budget | 1.3 | 1,150 | 1,495.00 |
| Bauck, Lyle | 9/13/2023 | Prepare and review diligence questions re: 13-week cash flow budget | 0.8 | 1,150 | 920.00 |
| Bauck, Lyle | 9/13/2023 | Analyze and review SOALs re: materials for OEC | 1.8 | 1,150 | 2,070.00 |
| Bauck, Lyle | 9/13/2023 | Analyze and review SOFAs re: materials for OEC | 1.4 | 1,150 | 1,610.00 |
| Winning, Robert | 9/14/2023 | Prepare materials for OEC presentation on sale process, cash flow, and assets and liabilities | 2.3 | 1,150 | 2,645.00 |
| Edward, David | 9/14/2023 | Continue to prepare materials for Lordstown OEC re: SOFA/SOALs | 2.3 | 450 | 1,035.00 |
| Lo, Anthony | 9/14/2023 | Review and edit cash flow, Foxconn, and SOFA/SOALs materials for OEC | 1.5 | 750 | 1,125.00 |
| Lo, Anthony | 9/14/2023 | Review and edit OEC draft materials | 0.4 | 750 | 300.00 |
| Bauck, Lyle | 9/14/2023 | Analyze and review Schedule G of the SOALs | 0.7 | 1,150 | 805.00 |
| Bauck, Lyle | 9/14/2023 | Analyze and review priority and non-priority claims included in the SOALs | 1.8 | 1,150 | 2,070.00 |
| Bauck, Lyle | 9/14/2023 | Analyze and review 90-day payments listed in the Statement of Financial Affairs | 1.1 | 1,150 | 1,265.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Bauck, Lyle | 9/14/2023 | Analyze and review payments to insiders listed in the Statement of Financial Affairs | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/15/2023 | Prepare diligence list for debtor advisors | 1.9 | 550 | 1,045.00 |
| Altman, Matthew | 9/15/2023 | Prepare analysis and research on Lordstown financials re: diligence items | 1.9 | 550 | 1,045.00 |
| Altman, Matthew | 9/15/2023 | Continued analysis re: OEC materials and diligence | 1.8 | 550 | 990.00 |
| Winning, Robert | 9/15/2023 | Prepare for OEC call re: sale process, assets, and cash flow | 1.8 | 1,150 | 2,070.00 |
| Edward, David | 9/15/2023 | Identify monthly fees for all advisors from Lordstown court docket | 1.3 | 450 | 585.00 |
| Lo, Anthony | 9/15/2023 | Prepare and edit diligence list with information provided by Debtors | 0.7 | 750 | 525.00 |
| Bauck, Lyle | 9/15/2023 | Edit and revise OEC materials | 1.2 | 1,150 | 1,380.00 |
| Bauck, Lyle | 9/16/2023 | Read and review data request list | 0.5 | 1,150 | 575.00 |
| Altman, Matthew | 9/17/2023 | Provide responses to diligence list after feedback from L. Bauck (M3) | 0.9 | 550 | 495.00 |
| Altman, Matthew | 9/17/2023 | Provide updates to diligence list with research from Lordstown docket and VDR | 1.1 | 550 | 605.00 |
| Altman, Matthew | 9/18/2023 | Edit and revise diligence list | 1.1 | 550 | 605.00 |
| Altman, Matthew | 9/18/2023 | Continued analysis re: waterfall recovery model | 2.6 | 550 | 1,430.00 |
| Winning, Robert | 9/18/2023 | Analyze potential uses of NOLs | 0.6 | 1,150 | 690.00 |
| Bauck, Lyle | 9/18/2023 | Edit and revise data request list | 1.3 | 1,150 | 1,495.00 |
| Bauck, Lyle | 9/18/2023 | Analyze and review 10Q reports and stockholders equity table | 0.7 | 1,150 | 805.00 |
| Bauck, Lyle | 9/18/2023 | Analyze and review the Debtors' MORs to assess intercompany assets and claims | 0.9 | 1,150 | 1,035.00 |
| Bauck, Lyle | 9/18/2023 | Read and review correspondence from B. Silverberg (Brown Rudnick) re: data requests | 0.2 | 1,150 | 230.00 |
| Bauck, Lyle | 9/18/2023 | Read and review correspondence from M. Altman (M3) re: sale process bids | 0.9 | 1,150 | 1,035.00 |
| Altman, Matthew | 9/19/2023 | Update diligence items relating to liquidation analysis | 0.9 | 550 | 495.00 |
| Winning, Robert | 9/19/2023 | Analyze Debtors capital structure and waterfall re: recovery analysis | 1.3 | 1,150 | 1,495.00 |
| Lo, Anthony | 9/19/2023 | Prepare analysis re: recovery waterfall | 3.0 | 750 | 2,250.00 |
| Bauck, Lyle | 9/19/2023 | Analyze and review draft recovery projections analysis | 0.7 | 1,150 | 805.00 |
| Winning, Robert | 9/20/2023 | Prepare for meeting with Debtors re: plan and case issues | 1.1 | 1,150 | 1,265.00 |
| Lo, Anthony | 9/20/2023 | Analyze and edit recovery analysis | 1.5 | 750 | 1,125.00 |
| Lo, Anthony | 9/20/2023 | Continue to analyze and edit the recovery analysis | 2.5 | 750 | 1,875.00 |
| Bauck, Lyle | 9/20/2023 | Read and review revised APA from bidder | 0.2 | 1,150 | 230.00 |
| Bauck, Lyle | 9/20/2023 | Analyze and review revised 13-week cash flow from the Debtors | 0.4 | 1,150 | 460.00 |
| Edward, David | 9/21/2023 | Prepare materials for Lordstown OEC re: Schedules & statements | 2.9 | 450 | 1,305.00 |
| Edward, David | 9/21/2023 | Continue to prepare materials for Lordstown OEC re: Schedules & statements | 1.8 | 450 | 810.00 |
| Lo, Anthony | 9/21/2023 | Review and edit recovery analysis and waterfall | 0.9 | 750 | 675.00 |
| Lo, Anthony | 9/21/2023 | Review and edit OEC presentation materials re: cash flow and SOFA/SOALS | 0.5 | 750 | 375.00 |
| Lo, Anthony | 9/21/2023 | Review and edit recovery analysis and waterfall | 0.8 | 750 | 600.00 |
| Bauck, Lyle | 9/21/2023 | Continue to analyze and edit recovery analysis and waterfall | 0.8 | 1,150 | 920.00 |
| Lo, Anthony | 9/22/2023 | Continue to analyze and edit recovery analysis and waterfall | 0.3 | 750 | 225.00 |
| Bauck, Lyle | 9/22/2023 | Continue to analyze and review revised 13-week cash flow from the Debtors | 0.2 | 1,150 | 230.00 |
| Bauck, Lyle | 9/22/2023 | Read and review correspondence form White & Case re: claims reports and analysis | 0.3 | 1,150 | 345.00 |
| Edward, David | 9/24/2023 | Prepare analysis re: reconciliation between contracts in the data room and ones in Schedule G | 1.4 | 450 | 630.00 |
| Lo, Anthony | 9/24/2023 | Review and edit recovery analysis: re updated professional fee estimates | 0.8 | 750 | 600.00 |
| Bauck, Lyle | 9/24/2023 | Analyze and review profession fee estimates and admin claims summary | 0.4 | 1,150 | 460.00 |
| Lo, Anthony | 9/25/2023 | Continue to review and edit recovery analysis: re updated professional fee estimates | 2.6 | 750 | 1,950.00 |
| Bauck, Lyle | 9/25/2023 | Continue analysis re: the recovery waterfall model | 1.6 | 1,150 | 1,840.00 |
| Lo, Anthony | 9/26/2023 | Continue analysis re: the recovery waterfall model | 0.6 | 750 | 450.00 |
| Bauck, Lyle | 9/26/2023 | Review and edit presentation materials: re recovery waterfall | 1.6 | 1,150 | 1,840.00 |
| Bauck, Lyle | 9/26/2023 | Edit and revise waterfall summary and OEC materials to include summary of key risks and open items | 0.7 | 1,150 | 805.00 |
| Lo, Anthony | 9/27/2023 | Prepare analysis re: professional Fees and Administrative Claims Reconciliation Analysis | 0.8 | 750 | 600.00 |
| Lo, Anthony | 9/27/2023 | Consolidate and refine call notes with the Debtors/Debtors' professionals | 0.7 | 750 | 525.00 |
| Bauck, Lyle | 9/27/2023 | Analyze and review post-effective date and claims reconciliation budget | 0.4 | 1,150 | 460.00 |
| Bauck, Lyle | 9/27/2023 | Analyze and review employee claims included in the waterfall analysis | 0.3 | 1,150 | 345.00 |
| Lo, Anthony | 9/28/2023 | Continue to analyze recovery analysis and prepare OEC presentation materials | 1.0 | 750 | 750.00 |
| Lo, Anthony | 9/28/2023 | Edit and review recovery analysis and professional fees schedule | 2.5 | 750 | 1,875.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Winning, Robert | 9/28/2023 | Continue analysis: re post-effective date operations | 1.2 | 1,150 | 1,380.00 |
| Bauck, Lyle | 9/28/2023 | Analyze and review recovery analysis materials for the OEC prepared by M. Altman (M3) | 1.9 | 1,150 | 2,185.00 |
| Bauck, Lyle | 9/28/2023 | Review and edit waterfall analysis and OEC materials | 0.6 | 1,150 | 690.00 |
| Bauck, Lyle | 9/28/2023 | Analyze and review revised waterfall analysis prepared by the Debtors | 0.7 | 1,150 | 805.00 |
| Bauck, Lyle | 9/28/2023 | Analyze and review revised professional fees schedule prepared by the Debtors | 0.9 | 1,150 | 1,035.00 |
| Lo, Anthony | 9/29/2023 | Prepare analysis re: professional fee estimates and balance analysis | 1.0 | 750 | 750.00 |
| Lo, Anthony | 9/29/2023 | Review and edit diligence list for the Debtors/Debtors' professionals | 0.3 | 750 | 225.00 |
| Lo, Anthony | 9/29/2023 | Prepare analysis re: recovery model and waterfall | 2.0 | 750 | 1,500.00 |
| Winning, Robert | 9/29/2023 | review materials to prepare for OEC presentation on cash flow and waterfall | 0.8 | 1,150 | 920.00 |
| Bauck, Lyle | 9/29/2023 | Read and review correspondence from M. Altman (M3) re: outstanding diligence requests | 0.3 | 1,150 | 345.00 |
| Bauck, Lyle | 9/29/2023 | Analyze and review diligence responses; edit and review data request list | 0.8 | 1,150 | 920.00 |
| Bauck, Lyle | 9/29/2023 | Analyze and review professional fee roll forward analysis and summary of accrued and unpaid fees on the effective date | 0.9 | 1,150 | 1,035.00 |
| | | ***Financial & Operational Matters*** | **128.3** | | **$98,715.00** |

***Asset Sales***

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Winning, Robert | 9/9/2023 | Develop key priority diligence list | 0.4 | $1,150 | $460.00 |
| Altman, Matthew | 9/11/2023 | Construct bid summary for OEC | 2.1 | 550 | 1,155.00 |
| Altman, Matthew | 9/11/2023 | Continue analysis on bid summary for OEC | 1.6 | 550 | 880.00 |
| Altman, Matthew | 9/11/2023 | Research potential bidders for asset sales | 1.3 | 550 | 715.00 |
| Altman, Matthew | 9/11/2023 | Continue to develop materials on M&A summaries and timelines | 2.1 | 550 | 1,155.00 |
| Altman, Matthew | 9/11/2023 | Continue to build asset summary deck and diligence tracker on asset sales | 2.1 | 550 | 1,155.00 |
| Altman, Matthew | 9/11/2023 | Analyze data room to create diligence list for asset sales | 1.9 | 550 | 1,045.00 |
| Winning, Robert | 9/11/2023 | Continued revision of bid analysis | 0.8 | 1,150 | 920.00 |
| Winning, Robert | 9/11/2023 | Revise materials re: bids received | 0.8 | 1,150 | 920.00 |
| Lo, Anthony | 9/11/2023 | Research bid summary review and data | 1.5 | 750 | 1,125.00 |
| Bauck, Lyle | 9/11/2023 | Analyze and review sale process LOIs | 2.8 | 1,150 | 3,220.00 |
| Bauck, Lyle | 9/11/2023 | Analyze and review sale process summary analysis prepared by M. Altman (M3) | 1.8 | 1,150 | 2,070.00 |
| Altman, Matthew | 9/12/2023 | Edit bid summary deck for Brown Rudnick team | 0.4 | 550 | 220.00 |
| Altman, Matthew | 9/12/2023 | Prepare analysis re: equity sales by insiders | 0.7 | 550 | 385.00 |
| Altman, Matthew | 9/12/2023 | Continue to create analysis on bids placed for Lordstown assets | 0.7 | 550 | 385.00 |
| Altman, Matthew | 9/12/2023 | Edit diligence list with feedback from team | 0.7 | 550 | 385.00 |
| Winning, Robert | 9/12/2023 | Prepare further research and revision to presentation re: bids | 1.3 | 1,150 | 1,495.00 |
| Bauck, Lyle | 9/12/2023 | Analyze and review revised sales process summary analysis prepared by M. Altman (M3) | 1.5 | 1,150 | 1,725.00 |
| Altman, Matthew | 9/13/2023 | Combine edits to deck on asset sales and cash forecast | 2.2 | 550 | 1,210.00 |
| Altman, Matthew | 9/13/2023 | Continue to provide edits to OEC deck on cash forecast and asset sales | 1.3 | 550 | 715.00 |
| Altman, Matthew | 9/13/2023 | Continue to provide edits to OEC deck on asset sales pages | 1.4 | 550 | 770.00 |
| Altman, Matthew | 9/13/2023 | Review OEC deck with team and send to senior leadership | 1.9 | 550 | 1,045.00 |
| Altman, Matthew | 9/14/2023 | Update bid summaries on asset sales | 1.4 | 550 | 770.00 |
| Altman, Matthew | 9/15/2023 | Continue to refine deck on asset sales with edits from R. Winning (M3) and L. Bauck (M3) | 0.8 | 550 | 440.00 |
| Altman, Matthew | 9/18/2023 | Analyze and update bid summary with new bids | 1.1 | 550 | 605.00 |
| Altman, Matthew | 9/19/2023 | Update bid tracker and analyze new bid from prospective party | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/19/2023 | Review revised bid information | 1.2 | 1,150 | 1,380.00 |
| Bauck, Lyle | 9/19/2023 | Review revised sale process LOIs | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/22/2023 | Analyze and update bid summary with new updates | 1.1 | 550 | 605.00 |
| Winning, Robert | 9/22/2023 | Review of revised bids | 1.4 | 1,150 | 1,610.00 |
| Winning, Robert | 9/23/2023 | Correspondence with Brown Rudnick re: asset sale bids | 0.7 | 1,150 | 805.00 |
| Winning, Robert | 9/26/2023 | Review materials from specific bidder | 0.8 | 1,150 | 920.00 |
| Winning, Robert | 9/29/2023 | Review correspondence from Jefferies re: update on specific bidder | 0.8 | 1,150 | 920.00 |
| | | ***Asset Sales*** | **41.9** | | **$32,405.00** |

**General Correspondence with Other Professionals**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Winning, Robert | 9/8/2023 | Participate in meeting with OEC re: plan issues and case next steps | 1.1 | $1,150 | $1,265.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Winning, Robert | 9/9/2023 | Call with B. Silverberg (Brown Rudnick) re: sale process and next steps | 0.5 | 1,150 | 575.00 |
| Winning, Robert | 9/9/2023 | Call with A. Sole (OEC) re: sale process | 0.4 | 1,150 | 460.00 |
| Winning, Robert | 9/9/2023 | Email to Brown Rudnick team re: sale process issues | 0.4 | 1,150 | 460.00 |
| Winning, Robert | 9/10/2023 | Call with L. Bauck (M3) re: case issues and workstreams | 0.3 | 1,150 | 345.00 |
| Bauck, Lyle | 9/10/2023 | Call with R. Winning (M3) re: case issues and workstreams | 0.3 | 1,150 | 345.00 |
| Winning, Robert | 9/11/2023 | Correspondence with Brown Rudnick re: sale process | 0.3 | 1,150 | 345.00 |
| Winning, Robert | 9/11/2023 | Call with B. Silverberg (Brown Rudnick) re: sale process and next steps | 0.5 | 1,150 | 575.00 |
| Altman, Matthew | 9/11/2023 | Participate in call with R. Winning (M3), L. Bauck (M3), and A. Lo (M3) on diligence items and case preparation | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/11/2023 | Participate in call with M. Altman (M3), L. Bauck (M3), and A. Lo (M3) on diligence items and case preparation | 0.5 | 1,150 | 575.00 |
| Bauck, Lyle | 9/11/2023 | Participate in call with R. Winning (M3), M. Altman (M3), and A. Lo (M3) on diligence items and case preparation | 0.5 | 1,150 | 575.00 |
| Altman, Matthew | 9/11/2023 | Participate in call with R. Winning (M3), L. Bauck (M3), A. Lo (M3), L. Dombrowski (M3), D. Edward (M3) on diligence items and case preparation | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/11/2023 | Participate in call with M. Altman (M3), L. Bauck (M3), A. Lo (M3), L. Dombrowski (M3), D. Edward (M3) on diligence items and case preparation | 0.5 | 1,150 | 575.00 |
| Bauck, Lyle | 9/11/2023 | Participate in call with M. Altman (M3), R. Winning (M3), A. Lo (M3), L. Dombrowski (M3), D. Edward (M3) on diligence items and case preparation | 0.5 | 1,150 | 575.00 |
| Dombrowski, Lauren | 9/11/2023 | Call with M. Altman (M3) to review current status on case | 0.3 | 550 | 165.00 |
| Altman, Matthew | 9/11/2023 | Call with L. Dombrowski (M3) to review current status on case | 0.3 | 550 | 165.00 |
| Dombrowski, Lauren | 9/11/2023 | Participate in call with M. Altman (M3), R. Winning (M3), A. Lo (M3), L. Bauck (M3), D. Edward (M3) on diligence items and case preparation | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/11/2023 | Calls with L. Bauck (M3) re: WIP list | 0.6 | 1,150 | 690.00 |
| Bauck, Lyle | 9/11/2023 | Calls with R. Winning (M3) re: WIP list | 0.6 | 1,150 | 690.00 |
| Edward, David | 9/11/2023 | Participate in call with R. Winning (M3), L. Bauck (M3), A. Lo (M3), M. Altman (M3), L. Dombrowski (M3) on diligence items and case preparation | 0.5 | 450 | 225.00 |
| Lo, Anthony | 9/11/2023 | Participate in call with R. Winning (M3), L. Bauck (M3), and M. Altman (M3) on diligence items and case preparation | 0.5 | 750 | 375.00 |
| Lo, Anthony | 9/11/2023 | Discussion re: SOFAs, Schedules, Statements and other public info/research with D. Edward (M3) | 0.3 | 750 | 225.00 |
| Edward, David | 9/11/2023 | Discussion re: SOFAs, Schedules, Statements and other public info/research with A. Lo (M3) | 0.3 | 450 | 135.00 |
| Lo, Anthony | 9/11/2023 | Discussion with L. Bauck (M3) re workstream logistics and updates | 0.2 | 750 | 150.00 |
| Bauck, Lyle | 9/11/2023 | Discussion with A. Lo (M3) re: workstream logistics and updates | 0.2 | 1,150 | 230.00 |
| Lo, Anthony | 9/11/2023 | Participate in call with R. Winning (M3), L. Bauck (M3), M. Altman (M3), L. Dombrowski (M3), D. Edward (M3) on diligence items and case preparation | 0.5 | 750 | 375.00 |
| Altman, Matthew | 9/12/2023 | Prepare correspondence related to asset sales and insider transactions | 0.3 | 550 | 165.00 |
| Altman, Matthew | 9/12/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), L. Dombrowski (M3), D. Edward (M3) on bid summary, diligence items, and SOFA/SOAL | 0.6 | 550 | 330.00 |
| Dombrowski, Lauren | 9/12/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), D. Edward (M3) on bid summary, diligence items, and SOFA/SOAL | 0.6 | 550 | 330.00 |
| Edward, David | 9/12/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), L. Dombrowski (M3) on bid summary, diligence items, and SOFA's / SOFAL's | 0.6 | 450 | 270.00 |
| Lo, Anthony | 9/12/2023 | Participate in a meeting with L. Bauck (M3), and D. Edward (M3) re: review of SOFAs/Schedules and preparation of summary materials | 0.2 | 750 | 150.00 |
| Edward, David | 9/12/2023 | Participate in a meeting with L. Bauck (M3) and A. Lo (M3) re: review of SOFAs/Schedules and preparation of summary materials | 0.2 | 450 | 90.00 |
| Lo, Anthony | 9/12/2023 | Participate in meeting with L. Bauck (M3), L. Dombrowski (M3), M. Altman (M3), D. Edward (M3) on bid summary, diligence items, and SOFA/SOAL | 0.6 | 750 | 450.00 |
| Bauck, Lyle | 9/12/2023 | Draft correspondence to D. Edward (M3) and A. Lo (M3) re: SOFAs/Schedules and other data requests | 0.4 | 1,150 | 460.00 |
| Bauck, Lyle | 9/12/2023 | Participate in a meeting with D. Edward (M3) and A. Lo (M3) re: review of SOFAs/Schedules and preparation of summary materials | 0.2 | 1,150 | 230.00 |
| Bauck, Lyle | 9/12/2023 | Participate in meeting with A. Lo (M3), L. Dombrowski (M3), M. Altman (M3), D. Edward (M3) on bid summary, diligence items, and SOFA/SOAL | 0.6 | 1,150 | 690.00 |
| Altman, Matthew | 9/13/2023 | Correspond with M3 re: OEC deck | 0.3 | 550 | 165.00 |
| Lo, Anthony | 9/13/2023 | Discussion re: slides changes and markups for OEC (M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Altman, Matthew | 9/13/2023 | Discussion re: slides changes and markups for OEC (A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Lo, Anthony | 9/13/2023 | Discussion re: slides deck status update for OEC (M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Lo, Anthony | 9/13/2023 | Discussion re: OEC deck changes and updates for OEC (M. Altman)(M3) | 0.4 | 750 | 300.00 |
| Altman, Matthew | 9/13/2023 | Discussion re: slides deck status update for OEC (A. Lo)(M3) | 0.2 | 550 | 110.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Altman, Matthew | 9/13/2023 | Discussion re: OEC deck changes and updates for OEC (A. Lo)(M3) | 0.4 | 550 | 220.00 |
| Altman, Matthew | 9/14/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), L. Dombrowski (M3), D. Edward (M3) on OEC materials | 0.7 | 550 | 385.00 |
| Altman, Matthew | 9/14/2023 | Discussion re: OEC draft deck revisions and diligence with debtors' professionals (R. Winning, L. Bauck, A. Lo)(M3) | 1.0 | 550 | 550.00 |
| Dombrowski, Lauren | 9/14/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), M. Altman (M3), D. Edward (M3) on OEC materials | 0.7 | 550 | 385.00 |
| Edward, David | 9/14/2023 | Participate in meeting with R. Winning, L. Bauck (M3), A. Lo (M3), M. Altman (M3), L. Dombrowski (M3) on OEC materials | 0.7 | 450 | 315.00 |
| Lo, Anthony | 9/14/2023 | Participate in meeting with R. Winning, L. Bauck (M3), D. Edward (M3), M. Altman (M3), L. Dombrowski (M3), D. Edward (M3) on OEC materials | 0.7 | 750 | 525.00 |
| Winning, Robert | 9/14/2023 | Discussion re: OEC draft deck revisions and diligence with debtors' professionals (M. Altman, L. Bauck, A. Lo)(M3) | 1.0 | 1,150 | 1,150.00 |
| Bauck, Lyle | 9/14/2023 | Discussion re: OEC draft deck revisions and diligence with debtors' professionals (R. Winning, M. Altman, A. Lo)(M3) | 1.0 | 1,150 | 1,150.00 |
| Lo, Anthony | 9/14/2023 | Discussion re: OEC draft deck revisions and diligence with debtors' professionals (R. Winning, M. Altman, L. Bauck) (M3) | 1.0 | 750 | 750.00 |
| Winning, Robert | 9/14/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), L. Dombrowski (M3), D. Edward (M3) on OEC materials | 0.7 | 1,150 | 805.00 |
| Bauck, Lyle | 9/14/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), L. Dombrowski (M3), D. Edward (M3) on OEC materials | 0.7 | 1,150 | 805.00 |
| Altman, Matthew | 9/15/2023 | Participate in OEC meeting with Brown Rudnick, OEC members, R. Winning (M3), L. Bauck (M3), and A. Lo (M3) | 0.5 | 550 | 275.00 |
| Winning, Robert | 9/15/2023 | Participate in OEC meeting with Brown Rudnick, OEC members, M. Altman (M3), L. Bauck (M3), and A. Lo (M3) | 0.5 | 1,150 | 575.00 |
| Lo, Anthony | 9/15/2023 | Participate in OEC meeting with Brown Rudnick, OEC members, R. Winning (M3), L. Bauck (M3), and M. Altman (M3) | 0.5 | 750 | 375.00 |
| Bauck, Lyle | 9/15/2023 | Participate in OEC meeting with Brown Rudnick, OEC members, R. Winning (M3), M. Altman (M3), and A. Lo (M3) | 0.5 | 1,150 | 575.00 |
| Winning, Robert | 9/15/2023 | Call with OEC member re: next steps in sale process | 0.5 | 1,150 | 575.00 |
| Winning, Robert | 9/15/2023 | Call with L. Bauck (M3) re: preparation for OEC weekly meeting and SOFA/SOALs | 0.3 | 1,150 | 345.00 |
| Bauck, Lyle | 9/15/2023 | Call with R. Winning (M3) re: preparation for OEC weekly meeting and SOFA/SOALs | 0.3 | 1,150 | 345.00 |
| Altman, Matthew | 9/18/2023 | Participate in meeting with R. Winning, L. Bauck (M3), and A. Lo (M3) on edits to the external diligence list and upcoming tasks | 0.7 | 550 | 385.00 |
| Winning, Robert | 9/18/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3) on edits to the external diligence list and upcoming tasks | 0.7 | 1,150 | 805.00 |
| Lo, Anthony | 9/18/2023 | Participate in meeting with R. Winning, L. Bauck (M3), M. Altman (M3) on edits to the external diligence list and upcoming tasks | 0.7 | 750 | 525.00 |
| Bauck, Lyle | 9/18/2023 | Participate in meeting with A. Lo (M3), R. Winning (M3), M. Altman (M3) on edits to the external diligence list and upcoming tasks | 0.7 | 1,150 | 805.00 |
| Altman, Matthew | 9/19/2023 | Participate in meeting with A. Lo (M3) on edits liquidation analysis | 0.5 | 550 | 275.00 |
| Altman, Matthew | 9/19/2023 | Participate in meeting with M. Young (M3), L. Bauck (M3), and A. Lo (M3) on the liquidation analysis | 0.5 | 550 | 275.00 |
| Altman, Matthew | 9/19/2023 | Participate in meeting with L. Bauck (M3) and A. Lo (M3) on the liquidation analysis and outstanding diligence items | 1.3 | 550 | 715.00 |
| Lo, Anthony | 9/19/2023 | Participate in meeting with M. Young (M3), L. Bauck (M3), and M. Altman (M3) on the liquidation analysis | 0.5 | 750 | 375.00 |
| Lo, Anthony | 9/19/2023 | Participate in meeting with M. Altman (M3) on edits of liquidation analysis | 0.5 | 750 | 375.00 |
| Lo, Anthony | 9/19/2023 | Participate in meeting with L. Bauck (M3) and M. Altman (M3) on the liquidation analysis and outstanding diligence items | 1.3 | 750 | 975.00 |
| Bauck, Lyle | 9/19/2023 | Participate in meeting with M. Young (M3), A. Lo (M3), and M. Altman (M3) on the liquidation analysis | 0.5 | 1,150 | 575.00 |
| Bauck, Lyle | 9/19/2023 | Call with R. Winning (M3) re: discussion of recovery model | 0.4 | 1,150 | 460.00 |
| Winning, Robert | 9/19/2023 | Call with L. Bauck (M3) re: discussion of recovery model | 0.4 | 1,150 | 460.00 |
| Bauck, Lyle | 9/19/2023 | Participate in meeting with A. Lo (M3) and M. Altman (M3) on the liquidation analysis and outstanding diligence items | 1.3 | 1,150 | 1,495.00 |
| Altman, Matthew | 9/20/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and A. Lo (M3) on the waterfall analysis and upcoming diligence meetings | 0.8 | 550 | 440.00 |
| Altman, Matthew | 9/20/2023 | Discussion re: recovery model assumptions, risks and upside opportunities (A. Lo) (M3) | 0.4 | 550 | 220.00 |
| Lo, Anthony | 9/20/2023 | Discussion re: recovery model assumptions, risks and upside opportunities (M. Altman) (M3) | 0.4 | 750 | 300.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Winning, Robert | 9/20/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), and M. Altman (M3) on the waterfall analysis and upcoming diligence meetings | 0.8 | 1,150 | 920.00 |
| Lo, Anthony | 9/20/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and M. Altman (M3) on the waterfall analysis and upcoming diligence meetings | 0.8 | 750 | 600.00 |
| Bauck, Lyle | 9/20/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), E. Hammes (Silverman), and C. Tsitsis (Silverman) on the open diligence items | 0.8 | 1,150 | 920.00 |
| Bauck, Lyle | 9/20/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), and M. Altman (M3) on the waterfall analysis and upcoming diligence meetings | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/21/2023 | Participate in meeting with A. Lo (M3) to discuss OEC presentation and waterfall | 0.5 | 550 | 275.00 |
| Altman, Matthew | 9/21/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and A. Lo (M3), on the waterfall analysis | 1.3 | 550 | 715.00 |
| Altman, Matthew | 9/21/2023 | Correspond with M3 re: equity and waterfall analysis | 0.7 | 550 | 385.00 |
| Winning, Robert | 9/21/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), and M. Altman (M3) on the waterfall analysis | 1.3 | 1,150 | 1,495.00 |
| Lo, Anthony | 9/21/2023 | Participate in meeting with M. Altman (M3) to discuss OEC presentation and waterfall | 0.5 | 750 | 375.00 |
| Lo, Anthony | 9/21/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3) and M. Altman (M3) on the waterfall analysis | 1.3 | 750 | 975.00 |
| Bauck, Lyle | 9/21/2023 | Participate in meeting with R. Winning (M3), M. Altman and A. Lo (M3), on the waterfall analysis | 1.3 | 1,150 | 1,495.00 |
| Altman, Matthew | 9/22/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.5 | 550 | 825.00 |
| Altman, Matthew | 9/22/2023 | Participate in meeting with L. Bauck (M3) and A. Lo (M3) on the waterfall analysis | 1.0 | 550 | 550.00 |
| Winning, Robert | 9/22/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.5 | 1,150 | 1,725.00 |
| Lo, Anthony | 9/22/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.5 | 750 | 1,125.00 |
| Lo, Anthony | 9/22/2023 | Participate in meeting with L. Bauck (M3) and M. Altman (M3) on the waterfall analysis | 1.0 | 750 | 750.00 |
| Bauck, Lyle | 9/22/2023 | Read and review OEC meeting agenda; call with R. Winning (M3) regarding same | 0.2 | 1,150 | 230.00 |
| Winning, Robert | 9/22/2023 | Read and review OEC meeting agenda; call with L. Bauck (M3) regarding same | 0.2 | 1,150 | 230.00 |
| Bauck, Lyle | 9/22/2023 | Participate in meeting with M. Altman (M3) and A. Lo (M3) on the waterfall analysis | 1.0 | 1,150 | 1,150.00 |
| Bauck, Lyle | 9/22/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.5 | 1,150 | 1,725.00 |
| Bauck, Lyle | 9/23/2023 | Read and review revised data request list; discussion with M. Altman (M3) regarding same | 0.4 | 1,150 | 460.00 |
| Altman, Matthew | 9/23/2023 | Read and review revised data request list; discussion with L. Bauck (M3) regarding same | 0.4 | 550 | 220.00 |
| Lo, Anthony | 9/25/2023 | Discussion re: recovery waterfall model analysis schedules (L. Bauck)(M3) | 0.5 | 750 | 375.00 |
| Bauck, Lyle | 9/25/2023 | Discussion re: recovery waterfall model and analysis of schedules based on new data(A. Lo)(M3) | 0.5 | 1,150 | 575.00 |
| Altman, Matthew | 9/26/2023 | Discussion re: recovery model analysis and next steps (A. Lo) (M3) | 0.6 | 550 | 330.00 |
| Altman, Matthew | 9/26/2023 | Discussion re: the recovery analysis next steps (A. Lo)(M3) | 0.4 | 550 | 220.00 |
| Altman, Matthew | 9/26/2023 | Participate in meeting with L. Bauck (M3) on waterfall analysis edits and output pages | 0.8 | 550 | 440.00 |
| Lo, Anthony | 9/26/2023 | Discussion re: recovery model analysis and next steps (M. Altman) (M3) | 0.6 | 750 | 450.00 |
| Lo, Anthony | 9/26/2023 | Discussion re: Recovery model analysis, assumptions, and next steps (M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Altman, Matthew | 9/26/2023 | Discussion re: Recovery model analysis, assumptions, and next steps (A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Lo, Anthony | 9/26/2023 | Discussion re: DIP Budget with Latham, M3 and Jefferies teams | 0.7 | 750 | 525.00 |
| Lo, Anthony | 9/26/2023 | Discussion re: the recovery analysis next steps (M. Altman)(M3) | 0.4 | 750 | 300.00 |
| Bauck, Lyle | 9/26/2023 | Participate in meeting with M. Altman (M3) on waterfall analysis edits and output pages | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/27/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and A. Lo (M3) on the waterfall analysis and diligence questions | 1.2 | 550 | 660.00 |
| Altman, Matthew | 9/27/2023 | Discussion re: waterfall recovery analysis, slide deck drafting and next steps (L. Bauck and A. Lo)(M3) | 0.4 | 550 | 220.00 |
| Altman, Matthew | 9/27/2023 | Discussion re: recovery water analysis update and slide deck drafting (A. Lo)(M3) | 0.3 | 550 | 165.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Lo, Anthony | 9/27/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3) and M. Altman (M3) on the waterfall analysis and diligence questions | 1.2 | 750 | 900.00 |
| Lo, Anthony | 9/27/2023 | Discussion re: waterfall recovery analysis, slide deck drafting and next steps (L. Bauck and M. Altman)(M3) | 0.4 | 750 | 300.00 |
| Lo, Anthony | 9/27/2023 | Discussion re: recovery analysis update and slide deck drafting (M. Altman))(M3) | 0.3 | 750 | 225.00 |
| Winning, Robert | 9/27/2023 | Draft email memorandum to OEC re: ordinary course asset sales | 0.4 | 1,150 | 460.00 |
| Winning, Robert | 9/27/2023 | Call with member of OEC re: sale process | 0.3 | 1,150 | 345.00 |
| Winning, Robert | 9/27/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), and M. Altman (M3) on the waterfall analysis and diligence questions | 1.2 | 1,150 | 1,380.00 |
| Bauck, Lyle | 9/27/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), and M. Altman (M3) on the waterfall analysis and diligence questions | 1.2 | 1,150 | 1,380.00 |
| Bauck, Lyle | 9/27/2023 | Discussion re: waterfall recovery analysis, slide deck drafting and next steps (M. Altman, A. Lo)(M3) | 0.4 | 1,150 | 460.00 |
| Gallagher, William | 9/28/2023 | Calls with Lordstown OEC counsel and OEC member | 1.0 | 1,150 | 1,150.00 |
| Lo, Anthony | 9/28/2023 | Discussion re: recovery model analysis and next steps for the OEC status update | 1.0 | 750 | 750.00 |
| Altman, Matthew | 9/29/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.0 | 550 | 550.00 |
| Lo, Anthony | 9/29/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.0 | 750 | 750.00 |
| Winning, Robert | 9/29/2023 | Participate in meeting with L. Bauck (M3),  A. Lo (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.0 | 1,150 | 1,150.00 |
| Bauck, Lyle | 9/29/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the OEC on weekly status updates | 1.0 | 1,150 | 1,150.00 |
| | | ***General Correspondence with Other Professionals*** | **80.0** | | **$69,090.00** |

**Financing Matters (Cash Budget, Exit, Other)**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Winning, Robert | 9/11/2023 | Review and analyze cash flow report from Silverman | 0.3 | $1,150 | $345.00 |
| Altman, Matthew | 9/12/2023 | Create cash flow update materials for the OEC | 2.7 | 550 | 1,485.00 |
| Altman, Matthew | 9/12/2023 | Continue to analyze cash flow forecast from the debtors | 2.3 | 550 | 1,265.00 |
| Altman, Matthew | 9/12/2023 | Analyze cash flow forecast from Lordstown and create open items list | 1.1 | 550 | 605.00 |
| Altman, Matthew | 9/12/2023 | Continue to edit and revise cash flow update analysis for OEC | 1.8 | 550 | 990.00 |
| Altman, Matthew | 9/13/2023 | Edit and revise cash forecast analysis by including summary of risks and opportunities | 2.3 | 550 | 1,265.00 |
| Altman, Matthew | 9/13/2023 | Continue to edit and revise OEC materials re: cash flow | 1.8 | 550 | 990.00 |
| Winning, Robert | 9/13/2023 | Continue analysis re: debtors' cash flow | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/14/2023 | Review and edit OEC Deck after feedback from L. Bauck (M3) | 2.4 | 550 | 1,320.00 |
| Altman, Matthew | 9/14/2023 | Edit OEC presentation re: cash flow slides on cash burn | 2.6 | 550 | 1,430.00 |
| Altman, Matthew | 9/14/2023 | Prepare analysis re: cash flow forecast and cash burn with professional fees | 2.2 | 550 | 1,210.00 |
| Winning, Robert | 9/14/2023 | Continue analysis re: cash flow forecast | 0.9 | 1,150 | 1,035.00 |
| Altman, Matthew | 9/15/2023 | Continue to revise and edit OEC presentation materials re: cash flow forecast | 0.2 | 550 | 110.00 |
| Altman, Matthew | 9/18/2023 | Prepare analysis re: Professional Fee variances from budget to filed fee applications | 1.8 | 550 | 990.00 |
| Altman, Matthew | 9/18/2023 | Analyze capital structure and create waterfall model for recoveries | 2.9 | 550 | 1,595.00 |
| Altman, Matthew | 9/19/2023 | Analyze equity structure on waterfall analysis | 2.2 | 550 | 1,210.00 |
| Altman, Matthew | 9/19/2023 | Analyze liquidation analysis and build extra cases onto base case | 1.4 | 550 | 770.00 |
| Altman, Matthew | 9/20/2023 | Create variance report for cash budget | 2.9 | 550 | 1,595.00 |
| Altman, Matthew | 9/20/2023 | Continue analysis re: cash budget and variance reporting | 2.1 | 550 | 1,155.00 |
| Altman, Matthew | 9/20/2023 | Prepare analysis re: waterfall equity | 1.1 | 550 | 605.00 |
| Altman, Matthew | 9/20/2023 | Continue to analyze waterfall recoveries | 0.9 | 550 | 495.00 |
| Altman, Matthew | 9/21/2023 | Prepare analysis on variance between 13-week cash flow forecasts | 1.0 | 550 | 550.00 |
| Altman, Matthew | 9/21/2023 | Review cash flow forecast presentation materials re: OEC presentation | 1.1 | 550 | 605.00 |
| Altman, Matthew | 9/21/2023 | Prepare analysis on cash flow forecast variances | 1.7 | 550 | 935.00 |
| Altman, Matthew | 9/21/2023 | Analyze and edit waterfall recovery analysis | 2.1 | 550 | 1,155.00 |
| Altman, Matthew | 9/22/2023 | Prepare analysis re: cash flow forecast variance report with updates from A. Lo (M3) and L. Bauck (M3) | 2.5 | 550 | 1,375.00 |
| Altman, Matthew | 9/22/2023 | Review waterfall analysis and pro fee schedule | 1.7 | 550 | 935.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Altman, Matthew | 9/22/2023 | Review recovery analysis with updates from A. Lo (M3) on claims | 1.3 | 550 | 715.00 |
| Altman, Matthew | 9/24/2023 | Analyze professional fees sent by Silverman | 0.5 | 550 | 275.00 |
| Altman, Matthew | 9/26/2023 | Prepare analysis re: waterfall model for OEC presentation | 2.7 | 550 | 1,485.00 |
| Altman, Matthew | 9/26/2023 | Prepare analysis on pro-forma waterfall model vs Silverman waterfall | 2.4 | 550 | 1,320.00 |
| Altman, Matthew | 9/26/2023 | Prepare analysis re: assumptions page on waterfall model | 1.6 | 550 | 880.00 |
| Altman, Matthew | 9/26/2023 | Continue to analyze waterfall analysis and format for outputs | 2.5 | 550 | 1,375.00 |
| Altman, Matthew | 9/27/2023 | Develop model on Silverman Waterfall scenario re: OEC presentation | 1.8 | 550 | 990.00 |
| Altman, Matthew | 9/27/2023 | Review and edit pro-forma waterfall model | 1.9 | 550 | 1,045.00 |
| Altman, Matthew | 9/27/2023 | Analyze bridge between unadjusted Silverman Waterfall to pro-forma waterfall recovery model | 0.8 | 550 | 440.00 |
| Altman, Matthew | 9/28/2023 | Analyze updated waterfall from Silverman | 1.5 | 550 | 825.00 |
| Altman, Matthew | 9/28/2023 | Analyze updated cash flow forecast and prepare variance report | 2.6 | 550 | 1,430.00 |
| Altman, Matthew | 9/28/2023 | Analyze waterfall analysis re: OEC presentation | 2.3 | 550 | 1,265.00 |
| Altman, Matthew | 9/28/2023 | Review and edit materials re: waterfall analysis | 1.7 | 550 | 935.00 |
| Altman, Matthew | 9/28/2023 | Review professional fee schedule from Silverman re: cash flow forecast | 1.9 | 550 | 1,045.00 |
| Altman, Matthew | 9/28/2023 | Continue to review and edit waterfall analysis re: updates from Silverman on waterfall | 1.4 | 550 | 770.00 |
| Altman, Matthew | 9/28/2023 | Prepare analysis and supporting materials re: presentation for OEC | 1.4 | 550 | 770.00 |
| Altman, Matthew | 9/28/2023 | Continue to prepare materials for OEC re: OEC meeting and presentation | 1.2 | 550 | 660.00 |
| Winning, Robert | 9/28/2023 | Review cash flow projections through emergence | 1.3 | 1,150 | 1,495.00 |
| Winning, Robert | 9/28/2023 | Revise presentation to OEC re: waterfall | 1.4 | 1,150 | 1,610.00 |
| Winning, Robert | 9/28/2023 | Review information re: Debtors' professionals and workstreams | 0.8 | 1,150 | 920.00 |
| Altman, Matthew | 9/29/2023 | Analyze and edit cash flow forecast re: revised 12/31 emergence model | 2.8 | 550 | 1,540.00 |
| Altman, Matthew | 9/29/2023 | Analyze waterfall model for recovery analysis | 2.5 | 550 | 1,375.00 |
| | | ***Financing Matters (Cash Budget, DIP, Exit, Other)*** | **85.1** | | **$50,105.00** |

### Firm Retention

| | | | | | |
|---|---|---|---|---|---|
| Altman, Matthew | 9/12/2023 | Review retention application for submission to court | 1.0 | $550 | $550.00 |
| Winning, Robert | 9/26/2023 | Revise M3 retention application | 0.9 | 1,150 | 1,035.00 |
| | | ***Firm Retention*** | **1.9** | | **$1,585.00** |

### Investigations and Litigation Support

| | | | | | |
|---|---|---|---|---|---|
| Altman, Matthew | 9/14/2023 | Research insurance matters | 0.8 | $550 | $440.00 |
| Altman, Matthew | 9/21/2023 | Prepare analysis on diligence files uploaded by debtors | 0.8 | 550 | 440.00 |
| Altman, Matthew | 9/22/2023 | Revise and edit diligence list with new information from Lordstown | 1.2 | 550 | 660.00 |
| Altman, Matthew | 9/23/2023 | Revise and analyze diligence items | 1.3 | 550 | 715.00 |
| Altman, Matthew | 9/24/2023 | Review documents uploaded as support for schedule G of SOALs and prepare diligence list in response to the new items | 0.7 | 550 | 385.00 |
| Altman, Matthew | 9/26/2023 | Review diligence list with updates from Lordstown | 0.4 | 550 | 220.00 |
| Altman, Matthew | 9/27/2023 | Prepare analysis on information shared in call with Silverman for M3 | 0.9 | 550 | 495.00 |
| Altman, Matthew | 9/29/2023 | Draft correspondence and analyze diligence items for Silverman team | 1.7 | 550 | 935.00 |
| | | ***Investigations and Litigation Support*** | **7.8** | | **$4,290.00** |

### Claims/Liabilities Subject to Compromise

| | | | | | |
|---|---|---|---|---|---|
| Altman, Matthew | 9/22/2023 | Analyze claims reconciliation file | 0.4 | $550 | $220.00 |
| Winning, Robert | 9/22/2023 | Review information re: potential claims pool and related analysis | 1.2 | 1,150 | 1,380.00 |
| Altman, Matthew | 9/23/2023 | Analyze claims documents and prepare questions list for Silverman | 1.0 | 550 | 550.00 |
| Winning, Robert | 9/25/2023 | Review information re: claims reconciliation conducted to date | 1.2 | 1,150 | 1,380.00 |
| Edward, David | 9/25/2023 | Analyze and review contracts included in data room | 1.3 | 450 | 585.00 |
| Edward, David | 9/26/2023 | Create analysis on size of trade claims GUC pool | 2.9 | 450 | 1,305.00 |
| Edward, David | 9/27/2023 | Continue to create analyze size of trade claims GUC pool | 1.8 | 450 | 810.00 |
| | | ***Claims/Liabilities Subject to Compromise*** | **9.8** | | **$6,230.00** |
| | | **Hours and Fees Total** | **415.4** | | **$318,300.00** |