**EXHIBIT B**
**Lordstown Motors Corp., et al. - CASE NO: 23-10831**
**EXPENSE SUMMARY**
**FOR THE PERIOD SEPTEMBER 7, 2023 TO SEPTEMBER 30, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|---|---|---|---|
| ***Business Meals*** | | | |
| 9/11/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | $23.40 |
| 9/13/2023 | Lo, Anthony | Overtime Meal (Working Dinner) | 29.99 |
| 9/13/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 26.80 |
| 9/19/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 27.45 |
| 9/21/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 29.53 |
| 9/26/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 25.49 |
| 9/27/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 27.07 |
| 9/28/2023 | Lo, Anthony | Overtime Meal (Working Dinner) | 28.59 |
| | | ***Subtotal Business Meal Expenses*** | **$218.32** |
| ***Transportation*** | | | |
| 9/26/2023 | Altman, Matthew | Late Night Uber/Taxi - Office to Home | $30.20 |
| 9/27/2023 | Altman, Matthew | Late Night Uber/Taxi - Office to Home | 39.96 |
| 9/28/2023 | Lo, Anthony | Late Night Uber/Taxi - Office to Home | 44.94 |
| | | ***Subtotal Transportation Expense*** | **$115.10** |
| ***Conference Calls*** | | | |
| 3/31/2023 | M3 Team | Conference Calls | $45.24 |
| | | ***Subtotal Conference Calls Expense*** | **$45.24** |
| ***Total*** | | | **$378.66** |