# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *First Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period From September 7, 2023 Through September 30, 2023* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail or first class mail on the parties listed on the attached service list.

                                                                */s/ Brya M. Keilson*
                                                                 Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

## Service List

| | |
|---|---|
| Adam Kroll<br>Lordstown Motors Corporation<br>27000 Hills Tech Ct.<br>Farmington Hills, MI 48331<br><br>*Debtors* | Benjamin Hackman, Esq.<br>Office of The United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>E-mail: Benjamin.a.hackman@usdoj.gov |
| Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>E-mail: don.detweiler@wbd-us.com<br>E-mail: morgan.patterson@wbd-us.com | *Office of The United States Trustee* |

and

David M. Turetsky, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: david.turetsky@whitecase.com

and

Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
E-mail: fhe@whitecase.com

*Counsel to the Debtors*