IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Diana Mauricio, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 6, 2023, I caused copies of the
- [Customized for Rule 3001(e)(1) or 3001(e)(3)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or 3001(e)(3) [Re Docket No. 643]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: November 13, 2023

                                                                                                        */s/ Diana Mauricio*
                                                                                                        Diana Mauricio
                                                                                                        KCC
                                                                                                        222 N. Pacific Coast Highway, 3rd Floor
                                                                                                        El Segundo, CA 90245
                                                                                                         Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|
| Hain Capital Investors Master Fund, LTD | | 301 Route 17 North, 7th Floor | Rutherford | NJ | 07070 | $323,060.00 | $323,060.00 | 643 | Transferee |
| Sharp Dimension, Inc | Tracy Tran | 4240 Business Center Dr | Fremont | CA | 94538 | $323,060.00 | $323,060.00 | 643 | Transferor |