## Exhibit C

**Chart of Essential Employees**

**Essential Employees Positions, Proofs of Claim, and Employment Agreements**

| Employee | Position | Proof of Claim Numbers | Employment Agreement |
|---|---|---|---|
| Edward Hightower | CEO & President | 1054, 1055 & 1056 | Amended and Restated Employment Agreement dated July 12, 2022 |
| Daniel Ninivaggi | Executive Chairman | 1057, 1058 & 1059 | Amended and Restated Employment Agreement dated August 3, 2022 |
| Melissa Leonard | EVP, General Counsel & Secretary | 1237, 1265 & 1266 | Employment Agreement dated January 1, 2022 |
| Adam Kroll | EVP & CFO | 1050, 1052 & 1053 | Employment Agreement dated October 13, 2021 |
| Michael Port | VP, Finance & Controller | 1232, 1233, 1236 & 11279 | Employment Agreement dated September 7, 2021, as amended June 21, 2022 |
| Jill Coniglio-Kirk | VP, People & Culture | 1131, 1136, 1422, 1423 & 1424 | Employment Agreement dated June 20, 2022 |