# EXHIBIT A

# Invoices

**LORDSTOWN MOTORS CORP.**
**TASK CODE SUMMARY**
**SEPTEMBER 1, 2023 - SEPTEMBER 30, 2023**

| Code | Category | Hours | Amount |
|---|---|---|---|
| B100 | Administration | 3.6 | 1,800.00 |
| B110 | Case Administration | 4.6 | 3,369.00 |
| B160 | Fee - Employment Applications | 4.1 | 1,066.00 |
| B190 | Other Contested Matters | 4.1 | 2,550.00 |
| B200 | Operations | 3.2 | 2,126.50 |
| B210 | Business Operations | 1.4 | 890.00 |
| B220 | Employee Benefits - Pensions | 5.4 | 3,049.00 |
| B460 | Securities Matters | 35.2 | 22,551.00 |
| B470 | Karma Automotice LLC v. Client, et al. | 39.1 | 25,795.50 |
| | | 100.7 | 63,197.00 |
| | Less Discounts | | -6,319.70 |
| | **Total** | | **56,877.30** |

**LORDSTOWN MOTORS CORP.**
**TIMEKEEPER SUMMARY**
**SEPTEMBER 1, 2023 - SEPTEMBER 30, 2023**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Beachdell, Alexis C. | Partner | 570.00 | 0.6 | 342.00 |
| Brennan, Terry M. | Partner | 720.00 | 0.1 | 72.00 |
| Harrington, John J. | Partner | 770.00 | 0.3 | 231.00 |
| Holbrook, Scott C. | Partner | 690.00 | 13.0 | 8,970.00 |
| Kavouras, Daniel M. | Partner | 565.00 | 2.5 | 1,412.50 |
| Lucchesi, Thomas R. | Partner | 920.00 | 9.3 | 8,556.00 |
| Mannino, Melissa B. | Partner | 1,020.00 | 0.4 | 408.00 |
| Martucci, Natalie E. | Paralegal | 250.00 | 0.5 | 125.00 |
| McDonald, Michael H. | Litigation Project Manager | 310.00 | 1.0 | 310.00 |
| Murray, Brian M. | Partner | 685.00 | 3.4 | 2,329.00 |
| Ponikvar, Anthony B. | Associate | 500.00 | 12.7 | 6,350.00 |
| Prince, Scott E. | Associate | 500.00 | 3.6 | 1,800.00 |
| Shadi, Sabrina L. | Partner | 790.00 | 0.7 | 553.00 |
| Slater, James A. | Partner | 685.00 | 0.8 | 548.00 |
| Spreen, Janet A. | Partner | 780.00 | 22.0 | 17,160.00 |
| Stevenson, Brittany E. | Associate | 400.00 | 12.9 | 5,160.00 |
| Switzer, Christopher R. | Associate | 360.00 | 2.0 | 720.00 |
| Szalay, Sarah M. | Paralegal | 260.00 | 5.9 | 1,534.00 |
| VanNiel, Michael A. | Partner | 790.00 | 6.9 | 5,451.00 |
| Vlasek, Jeffrey R. | Partner | 555.00 | 2.1 | 1,165.50 |
| | | | 100.7 | 63,197.00 |
| | | Less Discounts | | -6,319.70 |
| | | **Total** | **100.7** | **56,877.30** |

**LORDSTOWN MOTORS CORP.**
**EXPENSE SUMMARY**
**SEPTEMBER 1, 2023 - SEPTEMBER 30, 2023**

None.
**Total** 0.00

| | | |
|---|---|---|
| Lordstown Motors Corp. | Invoice Date: | 11/13/23 |
| | Invoice Number: | 51213120 |
| | Matter Number: | 116592.000110 |
| | | Page 3 |

**Regarding:** General Corporate Matters (2022-2024)

Matter Number: 116592.000110

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Beachdell, Alexis C. | 0.60 | $ 570.00 | $ 342.00 |
| Mannino, Melissa B. | 0.40 | 1,020.00 | 408.00 |
| Murray, Brian M. | 3.40 | 685.00 | 2,329.00 |
| Shadi, Sabrina L. | 0.70 | 790.00 | 553.00 |
| Slater, James A. | 0.80 | 685.00 | 548.00 |
| VanNiel, Michael A. | 6.90 | 790.00 | 5,451.00 |
| Vlasek, Jeffrey R. | 2.10 | 555.00 | 1,165.50 |
| Prince, Scott E. | 3.60 | 500.00 | 1,800.00 |
| Switzer, Christopher R. | 2.00 | 360.00 | 720.00 |
| Szalay, Sarah M. | 5.90 | 260.00 | 1,534.00 |
| **10% Courtesy Discount** | | | (1,485.05) |
| **Total** | **26.40** | | **$ 13,365.45** |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/15/23 | Prince, Scott E. | Correspondence with Mr. VanNiel regarding motion to amend Baker & Hostetler retention order. | 500.00 | 0.40 | 200.00 |
| 09/15/23 | Prince, Scott E. | Draft motion to amend scope of Baker retention at Mr. VanNiel's request. | 500.00 | 1.70 | 850.00 |
| 09/18/23 | Prince, Scott E. | Complete draft motion to amend scope of Baker retention at Mr. VanNiel's request. | 500.00 | 1.50 | 750.00 |
| **Administration(B100)** | | | | **3.60** | **1,800.00** |
| 09/11/23 | VanNiel, Michael A. | Review and analyze recent bankruptcy filings and developments potentially affecting special counsel matters. | 790.00 | 0.80 | 632.00 |
| 09/11/23 | VanNiel, Michael A. | Correspondence with working group regarding recent relevant bankruptcy | 790.00 | 0.20 | 158.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.  
Invoice Date: 11/13/23  
Invoice Number: 51213120  
Matter Number: 116592.000110  
Page 4

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | developments. | | | |
| 09/15/23 | VanNiel, Michael A. | Review and analyze latest developments in bankruptcy case possibly impacting pending open corporate matters. | 790.00 | 1.20 | 948.00 |
| 09/15/23 | VanNiel, Michael A. | Telephone conference call with working group regarding recent bankruptcy developments. | 790.00 | 0.40 | 316.00 |
| 09/22/23 | Szalay, Sarah M. | Review and analyze select bankruptcy issues possibly affecting corporate matters at the request of Mr. VanNiel. | 260.00 | 0.50 | 130.00 |
| 09/25/23 | VanNiel, Michael A. | Review and analyze recent bankruptcy pleadings relevant to ongoing matters. | 790.00 | 1.50 | 1,185.00 |
| **Case Administration(B110)** | | | | **4.60** | **3,369.00** |
| 09/01/23 | Szalay, Sarah M. | Prepare and assemble exhibits for Baker & Hostetler's first monthly fee statement and forward to Mr. VanNiel for review and comment. | 260.00 | 2.20 | 572.00 |
| 09/27/23 | Szalay, Sarah M. | Revise Baker & Hostetler's first monthly fee statement and exhibits and forward to Mr. VanNiel for review. | 260.00 | 1.90 | 494.00 |
| **Fee - Employment Application(B160)** | | | | **4.10** | **1,066.00** |
| 09/15/23 | Szalay, Sarah M. | Review and analyze selective materials in the bankruptcy case and provide a summary to Mr VanNiel per his request. | 260.00 | 1.30 | 338.00 |
| 09/19/23 | VanNiel, Michael A. | Review and analyze recent bankruptcy case developments regarding possible affect on open matters being handled as special counsel. | 790.00 | 1.30 | 1,027.00 |
| 09/20/23 | VanNiel, Michael A. | Review and analyze recent bankruptcy case developments and plan regarding effect on open litigated and corporate matters. | 790.00 | 1.50 | 1,185.00 |
| **Other Contested Matters(B190)** | | | | **4.10** | **2,550.00** |
| 09/01/23 | Vlasek, Jeffrey R. | Discuss potential WARN act issues with Mr. Dawson. | 555.00 | 0.40 | 222.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston  
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| | | | | | |
|---|---|---|---|---|---|
| Lordstown Motors Corp. | | | Invoice Date: | | 11/13/23 |
| | | | Invoice Number: | | 51213120 |
| | | | Matter Number: | | 116592.000110 |
| | | | | | Page 5 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/23 | Vlasek, Jeffrey R. | Review and respond to client questions regarding WARN Act language. | 555.00 | 0.80 | 444.00 |
| 09/05/23 | Vlasek, Jeffrey R. | Revise draft WARN notices. | 555.00 | 0.50 | 277.50 |
| 09/11/23 | Vlasek, Jeffrey R. | Review updated WARN notices for discussion with client. | 555.00 | 0.40 | 222.00 |
| 09/28/23 | Shadi, Sabrina L. | Review and respond to emails from Ms. Leonard regarding ending PTO accruals for California employees, and call with Ms. Leonard in connection with same. | 790.00 | 0.70 | 553.00 |
| 09/29/23 | Mannino, Melissa B. | Review and respond to M. Leonard emails on BE-13 outreach and required filing. | 1,020.00 | 0.40 | 408.00 |
| **Operations(B200)** | | | | **3.20** | **2,126.50** |
| 09/05/23 | Slater, James A. | Conference with Ms. Leonard to review claims process and ANSYS claim. | 685.00 | 0.80 | 548.00 |
| 09/21/23 | Beachdell, Alexis C. | Review and respond to questions from Ms. Leonard regarding issues related to continuation of dealer entity. | 570.00 | 0.60 | 342.00 |
| **Business Operations(B210)** | | | | **1.40** | **890.00** |
| 09/11/23 | Murray, Brian M. | Attention to legal requirement that safe harbor matching contributions be trued up on at least a quarterly basis. | 685.00 | 1.30 | 890.50 |
| 09/11/23 | Switzer, Christopher R. | Review materials from client concerning question of safe harbor matching contribution. | 360.00 | 0.30 | 108.00 |
| 09/12/23 | Switzer, Christopher R. | Research safe harbor matching contributions under the retirement plan. | 360.00 | 0.20 | 72.00 |
| 09/12/23 | Switzer, Christopher R. | Continue to review materials from client to respond to question concerning safe harbor matching contribution. | 360.00 | 1.50 | 540.00 |
| 09/27/23 | Murray, Brian M. | Review documentation from TAG to determine what is needed to terminate the 401(k) plan on an expedited basis. | 685.00 | 2.10 | 1,438.50 |

**Baker & Hostetler LLP**

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| | | | | | |
|---|---|---|---|---|---|
| Lordstown Motors Corp. | | | Invoice Date: | | 11/13/23 |
| | | | Invoice Number: | | 51213120 |
| | | | Matter Number: | | 116592.000110 |
| | | | | | Page 6 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Employee Benefits - Pensions(B220)** | | | | **5.40** | **3,049.00** |

Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

Case 23-10831-MFW    Doc 691-2    Filed 11/14/23    Page 9 of 16

Lordstown Motors Corp.
Invoice Date: 11/13/23
Invoice Number: 51213123
Matter Number: 116592.000024
Page 4

**B460**        **Securities Matters**
116592.000024

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Harrington, John J. | Partner | 0.30 | $ 770.00 | $ 231.00 |
| Spreen, Janet A. | Partner | 22.00 | 780.00 | 17,160.00 |
| Stevenson, Brittany E. | Associate | 12.90 | 400.00 | 5,160.00 |
| **10% Courtesy Discount** | | | | (2,255.10) |
| **Total** | | **35.20** | | **$ 20,295.90** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---:|---:|
| 09/01/23 | Spreen, Janet A. | Attention to draft of Form 8-K. | 2.00 | 1,560.00 |
| 09/01/23 | Spreen, Janet A. | Review revisions to Bankruptcy Plan and Disclosure Statement. | 0.50 | 390.00 |
| 09/01/23 | Spreen, Janet A. | Attention to stockholder list request. | 0.20 | 156.00 |
| 09/03/23 | Spreen, Janet A. | Attention to draft of Form 8-K. | 0.70 | 546.00 |
| 09/04/23 | Spreen, Janet A. | Attention to draft of Form 8-K. | 0.60 | 468.00 |
| 09/05/23 | Spreen, Janet A. | Attention to filing of Form 8-K. | 0.50 | 390.00 |
| 09/05/23 | Stevenson, Brittany E. | Review sample post-effective amendments in connection with registration statement terminations. | 0.70 | 280.00 |
| 09/06/23 | Spreen, Janet A. | Call with Ms. Leonard regarding upcoming court hearing and potential disclosure considerations. | 0.20 | 156.00 |
| 09/07/23 | Spreen, Janet A. | Attention to insider trading policy question. | 0.40 | 312.00 |
| 09/07/23 | Spreen, Janet A. | Attention to insurance settlement question for financial reporting. | 0.10 | 78.00 |
| 09/08/23 | Spreen, Janet A. | Call with Ms. Stevenson regarding deregistration of shares and termination of filing obligations. | 0.80 | 624.00 |

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver  Houston
Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC  Wilmington

Lordstown Motors Corp.  
Invoice Date: 11/13/23  
Invoice Number: 51213123  
Matter Number: 116592.000024  
Page 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/23 | Spreen, Janet A. | Research regarding deregistration matters. | 0.30 | 234.00 |
| 09/08/23 | Stevenson, Brittany E. | Call with Ms. Spreen to discuss registration statement terminations. | 0.60 | 240.00 |
| 09/11/23 | Harrington, John J. | Attend to correspondence regarding continuing SEC reporting obligations and deregistration options. | 0.30 | 231.00 |
| 09/11/23 | Spreen, Janet A. | Attention to Board matters. | 0.20 | 156.00 |
| 09/11/23 | Stevenson, Brittany E. | Review rules, agreements and documents related to registration statement terminations. | 5.90 | 2,360.00 |
| 09/12/23 | Spreen, Janet A. | Call with Ms. Stevenson regarding termination of registration statements and reporting obligation and resulting ability to trade shares. | 0.80 | 624.00 |
| 09/12/23 | Stevenson, Brittany E. | Review rules, agreements and documents related to registration statement terminations. | 2.60 | 1,040.00 |
| 09/12/23 | Stevenson, Brittany E. | Call with Ms. Spreen to discuss registration statement terminations. | 0.40 | 160.00 |
| 09/25/23 | Spreen, Janet A. | Review docket for updates in preparation for board meeting. | 0.50 | 390.00 |
| 09/26/23 | Spreen, Janet A. | Attend board meeting. | 1.50 | 1,170.00 |
| 09/27/23 | Spreen, Janet A. | Correspondence regarding disclosure obligations. | 0.20 | 156.00 |
| 09/27/23 | Stevenson, Brittany E. | Prepare meeting minutes. | 0.70 | 280.00 |
| 09/28/23 | Spreen, Janet A. | Attention to Form 8-K and coordination of disclosure. | 7.00 | 5,460.00 |
| 09/29/23 | Spreen, Janet A. | Attention to Form 8-K and coordination of disclosure. | 5.50 | 4,290.00 |
| 09/29/23 | Stevenson, Brittany E. | Review and update Form 8-K. | 2.00 | 800.00 |
| | **Total** | | **35.20** | **22,551.00** |

Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*  
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

Lordstown Motors Corp. Case 23-10831-MFW    Doc 691-2    Filed 11/14/23    Page 11 of 16

Invoice Date: 11/13/23
Invoice Number: 51213123
Matter Number: 116592.000025
Page 6

**B470**  **Karma Automotive LLC vs. Client, et al.**
116592.000025
20428108

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brennan, Terry M. | Partner | 0.10 | $ 720.00 | $ 72.00 |
| Holbrook, Scott C. | Partner | 13.00 | 690.00 | 8,970.00 |
| Kavouras, Daniel M. | Partner | 2.50 | 565.00 | 1,412.50 |
| Lucchesi, Thomas R. | Partner | 9.30 | 920.00 | 8,556.00 |
| Ponikvar, Anthony B. | Associate | 12.70 | 500.00 | 6,350.00 |
| Martucci, Natalie E. | Paralegal | 0.50 | 250.00 | 125.00 |
| McDonald, Michael H. | Litigation Project Manager | 1.00 | 310.00 | 310.00 |
| **10% Courtesy Discount** | | | | (2,579.55) |
| **Total** | | **39.10** | | **$ 23,215.95** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/23 | Holbrook, Scott C. | Develop course of action regarding compliance with document destruction aspects of protective order and settlement. | 0.70 | 483.00 |
| 09/05/23 | Ponikvar, Anthony B. | Draft correspondence to opposing counsel related to engagement of third-party forensic examiner. | 0.20 | 100.00 |
| 09/06/23 | McDonald, Michael H. | Coordinate plaintiff exhibit hard copy conversion with Profile Discovery. | 0.10 | 31.00 |
| 09/07/23 | Holbrook, Scott C. | Telephone call with White & Case regarding settlement issues. | 0.20 | 138.00 |
| 09/07/23 | Lucchesi, Thomas R. | Carry out compliance with terms of settlement agreement and protective order regarding document destruction. | 1.00 | 920.00 |
| 09/07/23 | Ponikvar, Anthony B. | Draft correspondence to non-parties regarding duties to destroy documentation received pursuant to protective order. | 0.30 | 150.00 |
| 09/07/23 | Ponikvar, Anthony B. | Draft instructions to clients regarding | 1.50 | 750.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | destruction of documents. | | |
| 09/07/23 | Ponikvar, Anthony B. | Correspond with expert witnesses to confirm destruction of documents pursuant to protective order. | 0.30 | 150.00 |
| 09/11/23 | Holbrook, Scott C. | Correspondence with Ms. Leonard regarding protective order. | 0.20 | 138.00 |
| 09/11/23 | Holbrook, Scott C. | Revise stipulation of dismissal and certification of final order. | 0.80 | 552.00 |
| 09/11/23 | Holbrook, Scott C. | Draft correspondence to opposing counsel regarding settlement. | 0.30 | 207.00 |
| 09/11/23 | Holbrook, Scott C. | Formulate plan regarding finalizing settlement. | 0.50 | 345.00 |
| 09/11/23 | Holbrook, Scott C. | Develop course of action regarding document destruction pursuant to settlement and protective order. | 0.60 | 414.00 |
| 09/11/23 | Kavouras, Daniel M. | Revise draft correspondence and proposed order to opposing counsel. | 0.40 | 226.00 |
| 09/11/23 | Ponikvar, Anthony B. | Communicate with subpoenaed individuals regarding case update. | 0.20 | 100.00 |
| 09/11/23 | Ponikvar, Anthony B. | Work with litigation support team regarding identification and deletion of information pursuant to settlement agreement. | 1.00 | 500.00 |
| 09/11/23 | Ponikvar, Anthony B. | Draft and revise certification of final order and joint stipulation of dismissal. | 0.90 | 450.00 |
| 09/12/23 | Holbrook, Scott C. | Correspondence with opposing counsel regarding settlement. | 0.10 | 69.00 |
| 09/12/23 | Holbrook, Scott C. | Arrange for document destruction pursuant to settlement. | 0.60 | 414.00 |
| 09/12/23 | Holbrook, Scott C. | Revise correspondence to client regarding document hosting. | 0.10 | 69.00 |
| 09/12/23 | Holbrook, Scott C. | Correspondence with Ms. Leonard regarding case dismissal. | 0.10 | 69.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/12/23 | Kavouras, Daniel M. | Analyze proposed deletion procedure for compliance with terms of Karma settlement. | 0.60 | 339.00 |
| 09/12/23 | McDonald, Michael H. | Evaluate methodology for deletion of Karma data in client environment. | 0.20 | 62.00 |
| 09/12/23 | McDonald, Michael H. | Plan and prepare for deletion of Karma data in client environment. | 0.30 | 93.00 |
| 09/12/23 | Ponikvar, Anthony B. | Communicate with Lordstown's IT department and IT vendor regarding document retention policies in order to comply with protective order. | 0.50 | 250.00 |
| 09/12/23 | Ponikvar, Anthony B. | Communicate with litigation support specialist regarding deletions of information pursuant to protective order. | 0.70 | 350.00 |
| 09/12/23 | Ponikvar, Anthony B. | Finalize certification of final order and stipulation of dismissal. | 0.20 | 100.00 |
| 09/12/23 | Ponikvar, Anthony B. | Draft correspondence to Ms. Leonard regarding retention of data hosted by CDS Legal. | 0.20 | 100.00 |
| 09/13/23 | Holbrook, Scott C. | Correspondence with White & Case regarding case issues. | 0.20 | 138.00 |
| 09/13/23 | Holbrook, Scott C. | Revise correspondence to clients regarding settlement. | 0.10 | 69.00 |
| 09/13/23 | Holbrook, Scott C. | Effectuate compliance with protective order. | 1.00 | 690.00 |
| 09/13/23 | Lucchesi, Thomas R. | Review Stipulation of Dismissal and draft notice to defendants regarding fact of final order and next steps for document destruction. | 0.50 | 460.00 |
| 09/13/23 | Lucchesi, Thomas R. | Coordinate document destruction obligations pursuant to settlement. | 0.60 | 552.00 |
| 09/13/23 | Lucchesi, Thomas R. | Carry out document destruction requirements of settlement. | 2.00 | 1,840.00 |
| 09/13/23 | Ponikvar, Anthony B. | Coordinate compliance with settlement agreement in light of order in other pending litigation. | 1.50 | 750.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| | | | | |
|---|---|---|---|---|
| Lordstown Motors Corp. | | | Invoice Date: | 11/13/23 |
| | | | Invoice Number: | 51213123 |
| | | | Matter Number: | 116592.000025 |
| | | | | Page 9 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/14/23 | Holbrook, Scott C. | Develop plan to effectuate document provisions of settlement. | 0.70 | 483.00 |
| 09/14/23 | Lucchesi, Thomas R. | Carry out document destruction requirements of settlement. | 1.00 | 920.00 |
| 09/14/23 | Lucchesi, Thomas R. | Oversee execution of parties' document destruction obligations pursuant to settlement. | 0.60 | 552.00 |
| 09/14/23 | Martucci, Natalie E. | Docket settlement deadlines. | 0.50 | 125.00 |
| 09/15/23 | Holbrook, Scott C. | Create plan regarding compliance with protective order following settlement. | 0.80 | 552.00 |
| 09/15/23 | Lucchesi, Thomas R. | Establish course of action regarding compliance with protective order following settlement. | 0.60 | 552.00 |
| 09/15/23 | Ponikvar, Anthony B. | Fashion plan regarding deletion of Karma materials in light of court order in class action lawsuits. | 0.50 | 250.00 |
| 09/18/23 | Ponikvar, Anthony B. | Communicate with defendants regarding obligations to delete information pursuant to settlement. | 0.30 | 150.00 |
| 09/19/23 | Holbrook, Scott C. | Coordinate document destruction in connection with settlement agreement. | 1.10 | 759.00 |
| 09/19/23 | Kavouras, Daniel M. | Correspondence with clients regarding document deletion. | 0.20 | 113.00 |
| 09/19/23 | Kavouras, Daniel M. | Analyze various document deletion and preservation scenarios pursuant to Karma settlement. | 1.30 | 734.50 |
| 09/19/23 | Lucchesi, Thomas R. | Carry out compliance with document destruction. | 1.50 | 1,380.00 |
| 09/19/23 | Lucchesi, Thomas R. | Develop course of action for compliance with document destruction and retention requirements of Karma settlement. | 1.50 | 1,380.00 |
| 09/19/23 | Ponikvar, Anthony B. | Coordinate with class action defense team regarding preservation and destruction of | 1.00 | 500.00 |

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | information. | | |
| 09/19/23 | Ponikvar, Anthony B. | Communicate with neutral forensic examiner regarding deletion of information pursuant to settlement. | 0.10 | 50.00 |
| 09/19/23 | Ponikvar, Anthony B. | Draft correspondence to client regarding performance under settlement agreement and protective order. | 0.40 | 200.00 |
| 09/20/23 | Brennan, Terry M. | Review correspondence on settlement. | 0.10 | 72.00 |
| 09/20/23 | Holbrook, Scott C. | Correspondence with White & Case regarding document preservation. | 0.10 | 69.00 |
| 09/20/23 | Holbrook, Scott C. | Coordinate plan for data destruction consistent with protective order and settlement. | 0.20 | 138.00 |
| 09/21/23 | Holbrook, Scott C. | Develop plan regarding document preservation and destruction issues in connection with settlement. | 0.20 | 138.00 |
| 09/21/23 | Holbrook, Scott C. | Correspondence with White & Case regarding document preservation. | 0.10 | 69.00 |
| 09/22/23 | Holbrook, Scott C. | Telephone calls with White & Case regarding document preservation issues in connection with settlement. | 0.40 | 276.00 |
| 09/22/23 | Holbrook, Scott C. | Coordinate preservation and destruction of data in connection with settlement. | 1.10 | 759.00 |
| 09/22/23 | Ponikvar, Anthony B. | Communicate with Mr. Zakia and Mr. Shively regarding deletion of Karma information pursuant to settlement. | 0.50 | 250.00 |
| 09/25/23 | Holbrook, Scott C. | Coordinate plan to comply with document destruction provisions of settlement. | 0.30 | 207.00 |
| 09/25/23 | McDonald, Michael H. | Plan and prepare for deletion of Karma data in client environment. | 0.40 | 124.00 |
| 09/25/23 | Ponikvar, Anthony B. | Communicate with litigation support team regarding potential hosting of LMC information beyond sale. | 0.40 | 200.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/23 | Ponikvar, Anthony B. | Finalize task list regarding preservation and destruction of data. | 1.50 | 750.00 |
| 09/27/23 | Holbrook, Scott C. | Correspondence to Ms. Leonard regarding settlement issues. | 0.50 | 345.00 |
| 09/27/23 | Holbrook, Scott C. | Advise on compliance with document destruction requirements of settlement agreement. | 0.80 | 552.00 |
| 09/27/23 | Holbrook, Scott C. | Correspondence with White & Case regarding settlement. | 0.20 | 138.00 |
| 09/28/23 | Ponikvar, Anthony B. | Coordinate deletion and preservation of documents pursuant to various court orders. | 0.50 | 250.00 |
| 09/29/23 | Holbrook, Scott C. | Coordinate compliance with document destruction requirements in settlement agreement. | 0.40 | 276.00 |
| 09/29/23 | Holbrook, Scott C. | Correspondence with White & Case regarding document destruction and preservation. | 0.20 | 138.00 |
| 09/29/23 | Holbrook, Scott C. | Telephone call with White & Case regarding settlement issues. | 0.10 | 69.00 |
| 09/29/23 | Holbrook, Scott C. | Correspondence with Ms. Leonard regarding settlement issues. | 0.30 | 207.00 |
| | **Total** | | **39.10** | **25,795.50** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington