**Exhibit B**

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

## SUMMARY OF FIRST INTERIM APPLICATION

| | | |
|---|---|---|
| Name of Applicant | White & Case LLP | |
| Name of Client | Lordstown Motors Corp. *et al.* | |
| Time period covered by Application | June 27, 2023 – September 30, 2023 | |
| Total compensation sought during the Application Period | $5,533,760.00 | |
| Total expenses sought during the Application Period | $9,066.87 | |
| Petition Date | June 27, 2023 | |
| Retention Date | *Effective* June 27, 2023 | |
| Date of order approving employment | July 25, 2023 | |
| Total compensation approved by interim order to date | $0.00 | |
| Total expenses approved by interim order to date | $0.00 | |
| Total allowed compensation paid to date | $0.00 | |
| Total allowed expenses paid to date | $0.00 | |
| Blended rate in the Application for all attorneys | $1,347 | |
| Blended rate in the Application for all timekeepers | $1,338 | |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $4,427,008.00 | [1] |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $9,066.87 | [1] |
| Number of timekeepers included in the Application | 33 | |
| If applicable, number of timekeepers in the Application not included in staffing plan approved by client | See note | [2] |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $4.3 million – $5.9 million<br><br>Amount Sought: $5,533,760.00 | |
| Number of timekeepers billing fewer than 15 hours to the case during the Application Period | 2 | |

---

[1] Although the objection period for the Third Monthly Fee Application under the Interim Compensation Procedures has not yet passed, these figures assume that no objection will be raised with respect to same and thus includes 80% of the fees and 100% of the expenses from the Third Monthly Fee Application. These figures also include fees and expenses from the Second Monthly Fee Application, which objection period passed without objection, although payment thereon may not yet have been processed by the Debtors by the time of the filing of this Application.

[2] While the total number of timekeepers billed during the time period covered by this Application was 33, this was a result of timekeepers shifting on and off the matter as needed to address issues as they arose (or fell away) during the chapter 11 cases. On a monthly basis, the number of timekeepers billed never exceeded the staffing plan for each month. To wit, the number of timekeepers included in each Monthly Fee Application and the number of timekeepers on each staffing plan are as follows: 23 in First Monthly Fee Application and 23 in staffing plan; 26 in Second Monthly Fee Application and 26 in staffing plan; and 21 in Third Monthly Fee Application and 23 in staffing plan.

AMERICAS 125501238

| | |
|---|---|
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this Application using the rates originally disclosed in the retention application. | No |