# Exhibit C

## Combined Budgets and Staffing Plans

AMERICAS 125501238

**In re Lordstown Motors Corp. et al.**
**White & Case LLP Estimate/Budget**

The Debtors filed their chapter 11 petitions on June 27, 2023. Initially, White & Case estimated that its fees from the Petition Date through July 31, 2023 (~1 month) would be $1.1 - $1.5 million. As noted to the Debtors, the estimated budget was preliminary and subject to substantial revision, including if the chapter 11 cases or other matters proved to be contentious, were shorter or longer than expected, or there were unforeseen events. Thereafter, on August 23, 2023, White & Case estimated that its fees would be $1.6 - $2.2 million per month for the months of August and September.[1]

The above estimates were subject to substantial revision, including if the chapter 11 cases or other matters prove to be contentious, are shorter or longer than expected, or there are other unforeseen events. White & Case notes that chapter 11 cases and other matters can involve significant uncertainty, which makes it inherently difficult to predict the full scope and magnitude of services that will be provided.

The following chart breaks down by project category White & Case's fees incurred from the Petition Date through September 31, 2023. As noted above, the estimated fees for the period from June 27 through and including September 31, 2023 were $4.3 - $5.9 million. **White & Case's total fees of $5,533,760.00 during the period were within the range of fees that White & Case estimated.**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| B01 | Asset Analysis, Sale & Disposition | 830.1 | $1,116,653.00 |
| B02 | Automatic Stay Issues | 185.4 | $208,792.00 |
| B03 | Avoidance Actions & Other Asset Recovery | 0.0 | $0.00 |
| B04 | Business Operations, Vendor & Utility Issues | 41.8 | $56,183.00 |
| B05 | Case Administration | 70.3 | $70,049.00 |
| B06 | Case Strategy | 95.0 | $140,720.00 |
| B07 | Claims Administration & Objections | 148.0 | $200,266.00 |
| B08 | Corporate Advice & Board Meetings | 71.0 | $114,947.00 |
| B09 | Creditor Meetings & Statutory Committees | 243.7 | $280,493.00 |
| B10 | Disbursement | 0.0 | $0.00 |
| B11 | Discovery | 0.0 | $0.00 |
| B12 | Exclusivity, Plan & Disclosure Statement | 400.7 | $557,376.00 |
| B13 | Executory Contracts & Unexpired Leases | 119.4 | $146,911.00 |
| B14 | First Day Pleadings | 173.2 | $227,243.00 |
| B15 | Hearings & Court Matters | 191.9 | $296,365.00 |
| B16 | Insurance Issues | 58.6 | $73,271.00 |
| B17 | Litigation | 947.2 | $1,311,394.00 |
| B18 | Nonworking Travel | 0.0 | $0.00 |
| B19 | Professional Retention & Fees – W&C | 49.2 | $57,224.00 |
| B20 | Professional Retention & Fees – Other | 124.7 | $155,190.00 |
| B21 | Reports, Schedules & U.S. Trustee Issues | 273.3 | $368,341.00 |
| B22 | Tax Issues | 52.5 | $68,236.00 |
| B23 | Employee Issues | 61.3 | $84,106.00 |

---

[1] Although White & Case included anticipated project categories in connection with its initial fee estimate, a breakdown of fee estimates by project category was not included.

| | Grand Total | 4,137.3 | $5,533,760.00 |
|---|---|---|---|

**In re Lordstown Motors Corp. et al.**
**White & Case LLP Staffing**

Included below is White & Case's staffing plan for advising Lordstown Motors Corp. and certain of its affiliates as debtors and debtors-in-possession (collectively, "Debtors") in their chapter 11 cases during each month of the Application Period. Representing Debtors generally requires the work of lawyers across several practice areas, including financial restructuring and insolvency, corporate/M&A, litigation, tax, and others. Additional expertise may also be required depending upon the circumstances and events in the particular chapter 11 case, which cannot be predicted with certainty.

The staffing plan below, therefore, represented only White & Case's best estimate of certain of the lawyers who will be materially involved during the chapter 11 cases. The staffing plan is subject to substantial change, and additional or fewer attorneys may become involved as circumstances dictate. It is also anticipated that the level of involvement of the attorneys will vary depending upon the circumstances.

Thomas E Lauria (Financial Restructuring & Insolvency) will lead White & Case's representation of the Debtors with the assistance of other partners, counsel, associates, and paraprofessionals, including, without limitation, partners Jason Zakia (Commercial Litigation), Gregory Pryor (M&A - Corporate), and David Turetsky (Financial Restructuring & Insolvency).

From the Petition Date through September 31, 2023, White & Case has billed or expects to bill the following number of timekeepers:

| Category | Jul.[2] | Aug. | Sep. | Average Hourly Rate[3] | Range of Hourly Rates[4] |
|---|---|---|---|---|---|
| Partners | 8 | 9 | 9 | $1,522 | $1,370 - $2,100 |
| Counsel | 2 | 2 | 1 | $1,227 | $1,310 |
| Associates | 12 | 14 | 12 | $932 | $740 - $1,270 |
| Paraprofessionals[5] | 1 | 1 | 1 | $391 | $215 - $640 |

The following chart contains the names, titles, and practice groups of the primary timekeepers who were billed on the matter during the Application Period (i.e., from the Petition Date through September 31, 2023).

---

[2] Petition Date through July 31, 2023
[3] The Average Hourly Rate was calculated by dividing the total dollar amount invoiced by the total number of hours invoiced for all U.S. timekeepers to all restructuring matters invoiced from June 1, 2022 through May 31, 2023.
[4] The Range of Hourly Rates represents the rates of all U.S. timekeepers with the Firm for calendar year 2023, and is not necessarily limited to those U.S. timekeepers who may work on the matter nor does it reflect the rates charged by timekeepers located outside the U.S.
[5] This category may include certain staff who have passed the bar, but whom the firm bills at paraprofessional rates.

| Name | Title | Group |
|---|---|---|
| Thomas Lauria | Partner | Financial Restructuring & Insolvency |
| David Dreier | Partner | Tax |
| Gregory Pryor | Partner | M&A - Corporate |
| Jason Zakia | Partner | Commercial Litigation |
| David Turetsky | Partner | Financial Restructuring & Insolvency |
| Roberto Kampfner | Partner | Financial Restructuring & Insolvency |
| Adam Cieply | Partner | M&A – Corporate |
| Laura Garr | Partner | Commercial Litigation |
| Ronald Gorsich | Partner | Financial Restructuring & Insolvency |
| Fan He | Counsel | Financial Restructuring & Insolvency |
| Jesse Green | Counsel | Commercial Litigation |
| Doah Kim | Associate | Financial Restructuring & Insolvency |
| Erin Smith | Associate | Commercial Litigation |
| Stephen Ludovici | Associate | Financial Restructuring & Insolvency |
| RJ Szuba | Associate | Financial Restructuring & Insolvency |
| Sequoia Kaul | Associate | Commercial Litigation |
| Andrea Kropp | Associate | Financial Restructuring & Insolvency |
| Livy Mezei | Associate | Financial Restructuring & Insolvency |
| David Kim | Associate | Financial Restructuring & Insolvency |
| Coleman Saunders | Associate | Commercial Litigation |
| Peter Strom | Associate | Financial Restructuring & Insolvency |
| Michael Iloegbunam | Associate | Tax |
| Shirley Zhang | Associate | M&A - Private Equity |
| Aditi Padmanabhan | Associate | Pool Associates – Litigation |
| Deanna Hirshorn | Legal Assistant | Financial Restructuring & Insolvency |