# EXHIBIT A



July 26, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills, MI 48331

      Re: Lordstown Motor Corporation
        USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period June 27, 2023 to June 30, 2023 in the amount of $378.53 for the above referenced matter.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | July 26, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2535397 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $378.53 |
| ***Total of Hourly Fees*** | $378.53 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $0.00 |
| ***Total Expenses*** | $0.00 |
| | |
| ***Invoice Subtotal*** | **$378.53** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$378.53** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | Check Payments to: | Wire Payments to: |
|---|---|---|---|
| Account Number | 71001FA | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Invoice Number | US_KCC2535397 | Dept CH 16639 | HSBC Bank, NA |
| Total Amount Due | $378.53 | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

06/27/2023 - 06/30/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 1.30 | $201.75 | $262.28 |
| DPM | Dan McSwigan | SOL | 0.60 | $193.75 | $116.25 |

|  |  |  |  | *Total* | *$378.53* |

# *Kurtzman Carson Consultants LLC*

*06/27/2023 - 06/30/2023*

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 6/27/2023 | AAE | Prepare for and participate in schedules and SOFA prepare call with Silverman | SOL | Schedules & SOFA | 0.70 |
| 6/27/2023 | AAE | Coordinate with KCC team and Silverman regarding schedules and SOFA; prepare and send SOAL and SOFA templates | SOL | Schedules & SOFA | 0.50 |
| 6/27/2023 | DPM | Kickoff Call with Company personnel, Silverman re: Schedule and SOFA preparation | SOL | Schedules & SOFA | 0.60 |
| | | | ***Total for 6/27/2023*** | | ***1.80*** |
| 6/29/2023 | AAE | Call with F He regarding contract review for schedule G | SOL | Schedules & SOFA | 0.10 |
| | | | ***Total for 6/29/2023*** | | ***0.10*** |
| | | | ***Total Hours*** | | ***1.90*** |

# *Kurtzman Carson Consultants LLC*

06/27/2023 - 06/30/2023

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|

*Total Expenses*



August 22, 2023


Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills, MI 48331

      Re: Lordstown Motor Corporation
        USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period July 1, 2023 to July 31, 2023 in the amount of $5,648.99 for the above referenced matter.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | August 22, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2554880 | Due Date | Due upon receipt |

### Lordstown Motor Corporation

### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $5,648.99 |
| *Total of Hourly Fees* | $5,648.99 |
| | |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| | |
| *Invoice Subtotal* | **$5,648.99** |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | **$5,648.99** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA |
|---|---|
| Invoice Number | US_KCC2554880 |
| Total Amount Due | $5,648.99 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# *Kurtzman Carson Consultants LLC*

07/01/2023 - 07/31/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 28.00 | $201.75 | $5,648.99 |

|  |  |
|--|--|
| *Total* | *$5,648.99* |

# Kurtzman Carson Consultants LLC

### 07/01/2023 - 07/31/2023

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/7/2023 | AAE | Coordinate with KCC team on schedules SOFA status; call with counsel re same | SOL | Schedules & SOFA | 0.40 |
| | | | **Total for 7/7/2023** | | **0.40** |
| 7/10/2023 | AAE | Prepare for and participate in Schedules call with company and Silverman | SOL | Schedules & SOFA | 0.70 |
| 7/10/2023 | AAE | Review contracts data room and download new contracts for inclusion in Schedule G | SOL | Schedules & SOFA | 0.40 |
| | | | **Total for 7/10/2023** | | **1.10** |
| 7/12/2023 | AAE | Call with counsel regarding schedules and SOFA process and status | SOL | Schedules & SOFA | 0.30 |
| 7/12/2023 | AAE | Coordinate with KCC team on status of schedules and SOFA | SOL | Schedules & SOFA | 0.30 |
| 7/12/2023 | AAE | Prepare SOAL/SOFA templates, memos and forms for counsel; correspondence regarding same | SOL | Schedules & SOFA | 0.80 |
| | | | **Total for 7/12/2023** | | **1.40** |
| 7/14/2023 | AAE | Coordinate with KCC team on schedules and SOFA planning, deadlines and schedule G process | SOL | Schedules & SOFA | 0.30 |
| 7/14/2023 | AAE | Review correspondence with company, Silverman and counsel regarding schedule G; follow correspondence re same | SOL | Schedules & SOFA | 0.20 |
| | | | **Total for 7/14/2023** | | **0.50** |
| 7/17/2023 | AAE | Call with Silverman regarding source data files for schedules D and E/F | SOL | Schedules & SOFA | 0.10 |
| | | | **Total for 7/17/2023** | | **0.10** |
| 7/20/2023 | AAE | Review correspondence from company regarding litigation for schedule F; call with counsel re same | SOL | Schedules & SOFA | 0.30 |
| 7/20/2023 | AAE | Call with Silverman regarding Schedules/SOFA status and KCC progress on contract review; follow up with KCC team re same | SOL | Schedules & SOFA | 0.20 |
| 7/20/2023 | AAE | Coordinate with counsel, Silverman and company on Schedules and SOFA process | SOL | Schedules & SOFA | 1.20 |
| 7/20/2023 | AAE | Prepare and send company template for schedule F; email correspondence related to same | SOL | Schedules & SOFA | 0.40 |
| | | | **Total for 7/20/2023** | | **2.10** |
| 7/24/2023 | AAE | Correspondence with company, counsel and A&M regarding compiling schedules and SOFA forms for filing | SOL | Schedules & SOFA | 0.20 |
| 7/24/2023 | AAE | Prepare and send Schedule D form and template to company | SOL | Schedules & SOFA | 0.20 |
| 7/24/2023 | AAE | Review contract review results (1.6); review pre 2020 contracts and update debtor entities for schedule G based on organization chart (2.3) | SOL | Schedules & SOFA | 3.90 |
| | | | **Total for 7/24/2023** | | **4.30** |
| 7/25/2023 | AAE | Coordinate with Silverman regarding format of schedules | SOL | Schedules & SOFA | 0.20 |
| 7/25/2023 | AAE | Prepare master Schedule G attachment for compiling schedule forms | SOL | Schedules & SOFA | 1.10 |
| | | | **Total for 7/25/2023** | | **1.30** |

# *Kurtzman Carson Consultants LLC*

07/01/2023 - 07/31/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 7/26/2023 | AAE | Call with KCC team regarding Schedule D-G formatting and importing into system for generating forms | SOL | Schedules & SOFA | 0.10 |
| 7/26/2023 | AAE | Prepare and send schedule G master file and updated contract review file to company, counsel and Silverman (1.3); follow up correspondence re same (.2) | SOL | Schedules & SOFA | 1.50 |
| | | *Total for 7/26/2023* | | | *1.60* |
| 7/27/2023 | AAE | Correspondence with Silverman regarding Schedule and SOFA compilation | SOL | Schedules & SOFA | 0.20 |
| 7/27/2023 | AAE | Format schedule G for filing | SOL | Schedules & SOFA | 1.20 |
| 7/27/2023 | AAE | Call with Silverman regarding schedules/SOFA status and preparing schedule G | SOL | Schedules & SOFA | 0.10 |
| | | *Total for 7/27/2023* | | | *1.50* |
| 7/28/2023 | AAE | Update schedule G with additional contracts and comments from company | SOL | Schedules & SOFA | 2.90 |
| 7/28/2023 | AAE | Coordinate address research of NDAs for Schedule G | SOL | Schedules & SOFA | 0.90 |
| | | *Total for 7/28/2023* | | | *3.80* |
| 7/29/2023 | AAE | Update contract tracking sheet and scheduled G with additional contracts | SOL | Schedules & SOFA | 1.10 |
| | | *Total for 7/29/2023* | | | *1.10* |
| 7/30/2023 | AAE | Review contracts related to counsel's comments for additional information for schedule G (1.9); prepare notes and email correspondence related to same (.5) | SOL | Schedules & SOFA | 2.40 |
| 7/30/2023 | AAE | Prepare and upload contracts related to counsel's comments to White & Case site for additional review | SOL | Schedules & SOFA | 1.20 |
| 7/30/2023 | AAE | Update scheduled G with comments from counsel | SOL | Schedules & SOFA | 1.30 |
| | | *Total for 7/30/2023* | | | *4.90* |
| 7/31/2023 | AAE | Update contract review sheet (2.2) and schedule G with new contracts (1.6) | SOL | Schedules & SOFA | 3.80 |
| 7/31/2023 | AAE | Correspondence with counsel regarding additional contracts for schedule G | SOL | Schedules & SOFA | 0.10 |
| | | *Total for 7/31/2023* | | | *3.90* |
| | | *Total Hours* | | | *28.00* |

# *Kurtzman Carson Consultants LLC*

07/01/2023 - 07/31/2023

## *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|

*Total Expenses*



September 25, 2023


Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

       Re: Lordstown Motor Corporation
          USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period August 1, 2023 to August 31, 2023 in the amount of $5,810.43 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring



Enclosures

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | September 25, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2574865 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $5,810.43 |
| *Total of Hourly Fees* | $5,810.43 |
| | |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| | |
| *Invoice Subtotal* | **$5,810.43** |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | **$5,810.43** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA |
|---|---|
| Invoice Number | US_KCC2574865 |
| Total Amount Due | $5,810.43 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 28.80 | $201.75 | $5,810.43 |
| | | | | *Total* | *$5,810.43* |

# *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/1/2023 | AAE | Update schedule G with new contracts and comments from company and counsel | SOL | Schedules & SOFA | 3.30 |
| | | | *Total for 8/1/2023* | | *3.30* |
| 8/3/2023 | AAE | Update contract review file and schedule G with additional contracts and information | SOL | Schedules & SOFA | 1.30 |
| | | | *Total for 8/3/2023* | | *1.30* |
| 8/9/2023 | AAE | Review contracts from counsel regarding amending schedules | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 8/9/2023* | | *0.40* |
| 8/10/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 1.40 |
| 8/10/2023 | AAE | Prepare latest versions of schedule G and contract review file for Silverman; call re same | SOL | Schedules & SOFA | 0.80 |
| | | | *Total for 8/10/2023* | | *2.20* |
| 8/11/2023 | AAE | Review creditor matrix for noticing information for amended schedule G | SOL | Schedules & SOFA | 0.60 |
| 8/11/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 1.00 |
| 8/11/2023 | AAE | Prepare comments to amended schedule G for counsel, Silverman and company | SOL | Schedules & SOFA | 0.70 |
| | | | *Total for 8/11/2023* | | *2.30* |
| 8/14/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 1.30 |
| 8/14/2023 | AAE | Prepare comments to amended schedule G for counsel, Silverman and company | SOL | Schedules & SOFA | 0.50 |
| | | | *Total for 8/14/2023* | | *1.80* |
| 8/15/2023 | AAE | Prepare amended schedule G with additional contracts | SOL | Schedules & SOFA | 0.80 |
| 8/15/2023 | AAE | Review creditor matrix for noticing information for amended schedule G | SOL | Schedules & SOFA | 0.90 |
| | | | *Total for 8/15/2023* | | *1.70* |
| 8/16/2023 | AAE | Review counsel's comments to schedule amendments; review schedule G related to same | SOL | Schedules & SOFA | 0.30 |
| | | | *Total for 8/16/2023* | | *0.30* |
| 8/17/2023 | AAE | Review counsel and company comments to schedule G and prepare updates including contacts additions | SOL | Schedules & SOFA | 1.90 |
| 8/17/2023 | AAE | Prepare comments to amended schedule G for counsel, Silverman and company | SOL | Schedules & SOFA | 0.60 |
| | | | *Total for 8/17/2023* | | *2.50* |
| 8/21/2023 | AAE | Prepare amended schedule G with additional contracts and comments from counsel, Silverman and company | SOL | Schedules & SOFA | 2.80 |
| 8/21/2023 | AAE | Review cure schedule for master service agreements and POs for adding to schedule G | SOL | Schedules & SOFA | 2.10 |

## *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 8/21/2023* | | *4.90* |
| 8/22/2023 | AAE | Review Silverman and counsel's comments and files related to schedule G updates; prepare updates re same | SOL | Schedules & SOFA | 0.50 |
| 8/22/2023 | AAE | Add additional purchases orders to Schedule G amendments; correspondence with company, counsel and Silverman re same | SOL | Schedules & SOFA | 1.20 |
| | | | *Total for 8/22/2023* | | *1.70* |
| 8/23/2023 | AAE | Prepare amended schedule G exhibits for attaching to amended forms | SOL | Schedules & SOFA | 1.70 |
| | | | *Total for 8/23/2023* | | *1.70* |
| 8/24/2023 | AAE | Call with Silverman re amended schedules | SOL | Schedules & SOFA | 0.20 |
| | | | *Total for 8/24/2023* | | *0.20* |
| 8/28/2023 | AAE | Update contract review tracking sheet and schedule G with new contracts and prepare updated exhibits for amended schedule forms | SOL | Schedules & SOFA | 1.60 |
| | | | *Total for 8/28/2023* | | *1.60* |
| 8/29/2023 | AAE | Update contract review tracking sheet and schedule G with new contracts and prepare updated exhibits for amended schedule forms | SOL | Schedules & SOFA | 1.70 |
| | | | *Total for 8/29/2023* | | *1.70* |
| 8/30/2023 | AAE | Call with Silverman regarding amended schedule G | SOL | Schedules & SOFA | 0.10 |
| 8/30/2023 | AAE | Update contract review tracking sheet and schedule G with new contracts and prepare updated exhibits for amended schedule forms | SOL | Schedules & SOFA | 1.10 |
| | | | *Total for 8/30/2023* | | *1.20* |
| | | | *Total Hours* | | *28.80* |

# *Kurtzman Carson Consultants LLC*

08/01/2023 - 08/31/2023

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|

*Total Expenses*



October 24, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

       Re: Lordstown Motor Corporation
         USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period September 1, 2023 to September 30, 2023 in the amount of $5,689.34 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC


Evan Gershbein
EVP Restructuring



Enclosures



October 24, 2023

<u>Copy Parties</u>

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Amanda R. Steele
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington DE 19801

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



October 24, 2023

<u>Copy Parties</u>

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | October 24, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2594456 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**
*Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $5,689.34 |
| ***Total of Hourly Fees*** | $5,689.34 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $0.00 |
| ***Total Expenses*** | $0.00 |
| | |
| ***Invoice Subtotal*** | **$5,689.34** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$5,689.34** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2594456 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $5,689.34 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 17.20 | $201.75 | $3,470.11 |
| JEE | James Lee | SOL | 5.80 | $201.75 | $1,170.14 |
| KVR | Kevin Martin | SOL | 4.80 | $201.75 | $968.39 |
| LVR | Leanne Rehder | SOL | 0.40 | $201.75 | $80.70 |

|  |  |  | ***Total*** | **$5,689.34** |
|---|---|---|---|---|

# *Kurtzman Carson Consultants LLC*

### 09/01/2023 - 09/30/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/5/2023 | AAE | Update master schedule G with new contracts | SOL | Schedules & SOFA | 0.40 |
| 9/5/2023 | AAE | Review counsel and company comments to schedule G amendments and prepare contracts in question and return comments for group | SOL | Schedules & SOFA | 0.90 |
| | | | *Total for 9/5/2023* | | *1.30* |
| 9/6/2023 | JEE | Respond to inquiries from nominees and DTC re: disclosure statement hearing issues | SOL | Solicitation | 0.40 |
| 9/6/2023 | AAE | Correspondence and call with Silverman regarding schedule G comments | SOL | Schedules & SOFA | 0.30 |
| 9/6/2023 | AAE | Update schedules G based on Silverman comments | SOL | Schedules & SOFA | 1.50 |
| | | | *Total for 9/6/2023* | | *2.20* |
| 9/7/2023 | AAE | Coordinate with W&C and Silverman on amended schedules; review latest versions of amendments for finalization | SOL | Schedules & SOFA | 0.80 |
| 9/7/2023 | AAE | Call with counsel regarding finalizing amended schedules and preparing redlines | SOL | Solicitation | 0.20 |
| 9/7/2023 | AAE | Prepare redlines of amended schedules | SOL | Schedules & SOFA | 2.40 |
| | | | *Total for 9/7/2023* | | *3.40* |
| 9/11/2023 | JEE | Review draft DS motion from counsel | SOL | Solicitation | 0.80 |
| 9/11/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel | SOL | Solicitation | 2.20 |
| 9/11/2023 | AAE | Prepare and send schedule G source files | SOL | Schedules & SOFA | 0.40 |
| | | | *Total for 9/11/2023* | | *3.40* |
| 9/12/2023 | JEE | Continue review of draft disclosure statement motion and solicitation procedures | SOL | Solicitation | 1.00 |
| 9/12/2023 | AAE | Coordinate with KCC securities team re draft solicitation procedures order | SOL | Solicitation | 0.90 |
| 9/12/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel; correspondence with counsel re same | SOL | Solicitation | 1.60 |
| | | | *Total for 9/12/2023* | | *3.50* |
| 9/13/2023 | JEE | Review draft solicitation procedures and ballots | SOL | Solicitation | 1.50 |
| 9/13/2023 | JEE | Office conference with securities team re: solicitation and ballot comments | SOL | Solicitation | 0.40 |
| 9/13/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel | SOL | Solicitation | 2.10 |
| 9/13/2023 | KVR | Review of draft Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot | SOL | Solicitation | 0.60 |
| 9/13/2023 | KVR | Added comments to Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot; saved as Securities comments versions and forwarded to securities team for review and adding any additional comments | SOL | Solicitation | 0.90 |
| 9/13/2023 | KVR | Added J Lee comments to Securities comment versions of Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot | SOL | Solicitation | 0.40 |
| 9/13/2023 | KVR | Forwarded Securities team comment versions of Solicitation Procedures, Class 7 Registered Holder Ballot, Class 7 Beneficial Holder Ballot and Class 7 Master Ballot | SOL | Solicitation | 0.40 |
| | | | *Total for 9/13/2023* | | *6.30* |

# *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/14/2023 | AAE | Review draft solicitation procedures order and prepare comments for counsel | SOL | Solicitation | 2.20 |
| 9/14/2023 | KVR | Call with A Estrada re: voting deadline and voting declaration deadline | SOL | Solicitation | 0.40 |
| 9/14/2023 | KVR | Communication with A Estrada re: Class 7 Beneficial and Master Ballot updated with correct case team email for inquiries | SOL | Solicitation | 0.40 |
| | | *Total for 9/14/2023* | | | *3.00* |
| 9/15/2023 | KVR | Review of draft Solicitation Procedures Motion, forward comments to securities team | SOL | Solicitation | 1.10 |
| 9/15/2023 | KVR | Communication with counsel re: securities team availability for call to discuss solicitation | SOL | Solicitation | 0.30 |
| | | *Total for 9/15/2023* | | | *1.40* |
| 9/18/2023 | JEE | Research precedent for solicitation with no USB thumb drive to include for plan/DS | SOL | Solicitation | 1.00 |
| 9/18/2023 | JEE | Emails with counsel re: timing of service of solicitation documents to public securities holders | SOL | Solicitation | 0.30 |
| 9/18/2023 | JEE | Call with counsel re: solicitation motion issues | SOL | Solicitation | 0.40 |
| 9/18/2023 | AAE | Prepare for and participate in Solicitation call with counsel | SOL | Solicitation | 0.60 |
| 9/18/2023 | AAE | Update solicitation notes and plans based on call with counsel | SOL | Solicitation | 0.20 |
| 9/18/2023 | LVR | Review precedent for Plan and D/S not included in packages and coordinate with KCC team | SOL | Solicitation | 0.40 |
| 9/18/2023 | KVR | Communication with L Scott re: cases from Delaware and Judge Walrath with solicitation procedures where creditors directed to claims agent website for Disclosure Statement and Plan in solicitation | SOL | Solicitation | 0.30 |
| | | *Total for 9/18/2023* | | | *3.20* |
| 9/29/2023 | AAE | Review solicitation procedures motion and update notes; coordinate with KCC Team re same | SOL | Solicitation | 0.50 |
| | | *Total for 9/29/2023* | | | *0.50* |
| | | *Total Hours* | | | *28.20* |

# *Kurtzman Carson Consultants LLC*

09/01/2023 - 09/30/2023

## *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| | | | |

*Total Expenses*