**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FIRST INTERIM FEE APPLICATION**
**REQUEST OF KPMG LLP**

| | |
|---|---|
| Name of applicant (the "Applicant"): | KPMG, LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | August 15, 2023 effective as of the Petition Date |
| Period for which compensation and reimbursement is sought: | June 27, 2023 through September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $76,264.40 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a: _____ Monthly   __X__ Interim   _____ Final Application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Summary of fee applications for the compensation period:

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Approved by Court to Date | | Holdback Fees Requested @ 20% |
| | | Fees | Expenses | Fees @ 80% | Expenses @ 100% | |
|---|---|---|---|---|---|---|
| 9/20/23 / Docket # 457 (1st combined monthly) | 6/27/23 to 8/31/23 | $ 72,831.00 | $0.00 | $ 58,264.80 | $0.00 | $ 14,566.20 |
| 10/23/23 / Docket # 604 (2nd monthly) | 9/1/23 to 9/30/23 | $ 3,433.40 | $0.00 | TBD* | $0.00 | $ 686.68 |
| TOTAL | | $ 76,264.40 | $0.00 | $ 58,264.80 | $0.00 | $ 15,252.88 |

*The objection period related to KPMG's 2nd monthly fee application ends on November 13, 2023.

Summary of any objection to fee application: None

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members,* dated July 25, 2023 [Docket No. 181] (the "**Interim Compensation Order**"),[2] KPMG, LLP (the "**Applicant**") hereby files its *Notice of First Interim Fee Application Request of KPMG, LLP* (the "**Interim Fee Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, objections, if any, to this Interim Fee Application must be filed with the Court by **December 4, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**") and served on the Applicant at the address set forth below and the Notice Parties.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

A hearing to consider this Interim Fee Application and any objections thereto will be held as the court deems appropriate.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: November 14, 2023

Respectfully submitted,

*/s/ Scott Stelk*
Scott Stelk
KPMG LLP
345 Park Avenue
New York, NY 10154-0102