# EXHIBIT B

**(Detailed Description of Expenses Incurred During Fee Period)**

Invoice Date 11/14/23
Invoice Number 30650412
File No. 264995.000001
 Claim/Client File No. Case No. 23-10831-MFW
Page 34



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/23**

| Date | Description | Amount |
|---|---|---:|
| 09/11/23 | Miscellaneous Expenses - Vendor: JANET O. KUSCH Invoice#: 6140339509111809 Date: 9/11/2023   - Detroit Visa - Janet Kusch - Other, 08/09/23, Certificate of Good Standing for Sean McNally | 50.00 |
| 09/15/23 | Search Costs - VENDOR: Pacer Service Center INVOICE#: 8312023 DATE: 8/31/2023  Document Retrieval | 135.30 |
| 09/26/23 | Airfare Costs - Vendor: DEBORAH KOVSKY-APAP Invoice#: 6179295209261851 Date: 9/26/2023   - Lordstown - Deborah Kovsky-Apap - Airfare, 09/21/23, Travel to New York for meeting with debtors and equity committee | 962.80 |
| | Total: | 1,148.10 |
| | Total  Costs: | $1,148.10 |