### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Objection of the Official Committee of Equity Security Holders to the Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

                                            */s/ Eric J. Monzo*
                                            Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16410656/1

**SERVICE LIST**

| | |
|---|---|
| WOMBLE BOND DICKINSON (US) LLP<br>Donald J. Detweiler, Esq.<br>Morgan L. Patterson, Esq.<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* | WHITE & CASE LLP<br>Thomas E. Lauria, Esq.<br>Matthew C. Brown, Esq.<br>Fan B. He, Esq.<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* |
| WHITE & CASE LLP<br>David M. Turetsky, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>david.turetsky@whitecase.com<br><br>*Co-Counsel to Debtors and Debtors in Possession* | Benjamin Hackman, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov<br><br>*Office of the Unites States Trustee* |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>David M. Fournier, Esq.<br>Marcy J. McLaughlin Smith, Esq.<br>Tori L. Remington, Esq.<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>david.fournier@troutman.com<br>marcy.smith@troutman.com<br>tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall, Esq.<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>francis.lawall@troutman.com<br><br>-and- | CROSS & SIMON, LLC<br>Christopher P. Simon, Esq.<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com<br><br>- and –<br><br>LOWENSTEIN SANDLER LLP<br>Michael S. Etkin, Esq.<br>Andrew Behlmann, Esq.<br>Scott Cargill, Esq.<br>Collen M. Restel, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br>crestel@lowenstein.com<br><br>*Bankruptcy Counsel for Lead Plaintiff and the Class* |

16410656/1

Deborah Kovsky-Apap, Esq.
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

-and-

Sean P. McNally, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*