# Exhibit A

Application Period Fee and Expense Detail

# WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, IL  60601-9703
TAX ID NO. 36-1975990

| | |
|---|---|
| Lordstown Motors Corp | Invoice No.  2949695 |
| Melissa Leonard | Invoice Date  11/13/23 |
| Executive Vice President | Client Matter No  018709.00010 |
| 2300 Hallock Young Rd | |
| Lordstown, OH 44481 | |

**Professional Services and Expenses through 08/31/23**

| Task Code | Task Description | Fee Amount | Cost Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 12,421.00 | |
| B180L | Bankruptcy Litigation Matters | 32,339.00 | 44,760.00 |
| | **Total Fees** | | 44,760.00 |
| | Less 10% Discount (on fees) | | 4,476.00 |
| | | | 40,284.00   0.00 |
| | **Total Fees and Expenses** | | 40,284.00 |

# WINSTON & STRAWN LLP

Lordstown Motors Corp

Invoice No 2949695
Invoice Date 11/13/23
Page No. 2

**00010 Special Counsel**

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| B160 | Fee/Employment Applications | Partner | M. DiRisio | 1,215.00 | 1.80 | 2,187.00 |
|  |  | Partner | C. Hardman | 1,190.00 | 8.60 | 10,234.00 |
|  |  | **Category Total:** |  |  | **10.40** | **12,421.00** |
| B180L | Bankruptcy Litigation Matters | Partner | M. DiRisio | 1,215.00 | 7.20 | 8,748.00 |
|  |  | Partner | A. Machala | 1,175.00 | 13.00 | 15,275.00 |
|  |  | Of Counsel | J. Harding | 1,080.00 | 7.70 | 8,316.00 |
|  |  | **Category Total:** |  |  | **27.90** | **32,339.00** |
|  | Grand Total All Categories | Partner | M. DiRisio | 1,215.00 | 9.00 | 10,935.00 |
|  |  | Partner | C. Hardman | 1,190.00 | 8.60 | 10,234.00 |

# WINSTON & STRAWN LLP

Lordstown Motors Corp

Invoice No: 2949695
Invoice Date: 11/13/23
Page No.: 3

**00010 Special Counsel**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | | Partner | A. Machala | 1,175.00 | 13.00 | 15,275.00 |
| | | Of Counsel | J. Harding | 1,080.00 | 7.70 | 8,316.00 |
| | | | **Grand Total:** | | **38.30** | **44,760.00** |

**Professional Fees Statement**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---|---|---|---|---|
| **Task: B160 Fee/Employment Applications** | | | | | | |
| M. DiRisio | Partner | 1,215.00 | 08/15/23 | 0.80 | 972.00 | Emails J. Zakia, J. Smith, C. Hardman re retention; (.3) email memorandum to A. Machala, J. Harding re engagement (.3); review conflicts list (.2) |
| C. Hardman | Partner | 1,190.00 | 08/15/23 | 1.20 | 1,428.00 | Confer with J. Smith and M. Dirisio re special counsel engagement (.3); review and circulate first day declaration (.7); confer (email) with J. Smith and M. Dirisio re preparation for engagement (.2) |
| M. DiRisio | Partner | 1,215.00 | 08/17/23 | 0.20 | 243.00 | Emails C. Hardman re derivative investigation, intake |
| C. Hardman | Partner | 1,190.00 | 08/21/23 | 1.90 | 2,261.00 | Review and consider issues in connection with retention application |
| C. Hardman | Partner | 1,190.00 | 08/22/23 | 0.20 | 238.00 | Review and consider issues related to retention application, conferring with M. Sullivan thereon |
| M. DiRisio | Partner | 1,215.00 | 08/24/23 | 0.50 | 607.50 | Emails Ms. Leonard, White & Case, C. Hardman, J. Smith, A. Machala, J. Harding re bankruptcy |

# WINSTON & STRAWN LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Lordstown Motors Corp | | | | Invoice No | | 2949695 |
| | | | | Invoice Date | | 11/13/23 |
| | | | | Page No. | | 4 |

**00010 Special Counsel**

| **Atty** | **Class** | **Rate** | **Date** | **Hours** | **Amount** | **Description of Services Rendered** |
|---|---|---|---|---|---|---|
| | | | | | | application, retention |
| C. Hardman | Partner | 1,190.00 | 08/24/23 | 0.80 | 952.00 | Review and consider issues in preparation of retention application, conferring with Debtors' bankruptcy counsel (S. Ludovici) and M. Dirisio thereon |
| C. Hardman | Partner | 1,190.00 | 08/25/23 | 1.10 | 1,309.00 | Begin draft retention application |
| C. Hardman | Partner | 1,190.00 | 08/29/23 | 2.30 | 2,737.00 | Revise draft retention application, conferring internally re potential parties in interest and related analyses |
| M. DiRisio | Partner | 1,215.00 | 08/30/23 | 0.30 | 364.50 | Emails J. Smith, C. Hardman re retention application |
| C. Hardman | Partner | 1,190.00 | 08/30/23 | 1.10 | 1,309.00 | Review, revise and continue drafting retention application (.8); confer with M. Dirisio and A. Machala re same (.3) |
| | | | **Task Total:** | **10.40** | **12,421.00** | |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949695 |
| | | | | | | Invoice Date | 11/13/23 |
| | | | | | | Page No. | 5 |

**00010 Special Counsel**

**Task: B180L Bankruptcy Litigation Matters**

| Name | Title | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| M. DiRisio | Partner | 1,215.00 | 08/15/23 | 0.50 | 607.50 | Review first day affidavit |
| A. Machala | Partner | 1,175.00 | 08/15/23 | 0.90 | 1,057.50 | Review background materials from M. DiRisio and notes re status of derivative actions |
| M. DiRisio | Partner | 1,215.00 | 08/16/23 | 0.70 | 850.50 | Prepare for derivative claim investigation (.5); emails J. Zakia, A. Machala, J. Harding re derivative investigation (.2) |
| J. Harding | Of Counsel | 1,080.00 | 08/16/23 | 1.40 | 1,512.00 | Conduct review of information and send response re types of claims involved in parallel litigation (1.4); review and respond to correspondence from M. DiRisio (.4) |
| A. Machala | Partner | 1,175.00 | 08/16/23 | 1.80 | 2,115.00 | Review background materials from M. DiRisio and notes re status of derivative actions and strategy |
| M. DiRisio | Partner | 1,215.00 | 08/17/23 | 0.50 | 607.50 | Call with B. Toth, J. Smith re derivative claim investigation |
| A. Machala | Partner | 1,175.00 | 08/18/23 | 1.10 | 1,292.50 | Review and analyze June 2021 Report of the Special Committee, and draft strategy plan |
| M. DiRisio | Partner | 1,215.00 | 08/19/23 | 1.00 | 1,215.00 | Call with J. Zakia re derivative claim investigation status, strategy (.7); emails J. Smith re investigation strategy (.3) |
| M. DiRisio | Partner | 1,215.00 | 08/21/23 | 1.20 | 1,458.00 | Review and analyze A. Machala memo re initial observations (.5); Review and comment on work plan |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | Invoice No | 2949695 |
| | | | | | Invoice Date | 11/13/23 |
| | | | | | Page No. | 6 |

**00010 Special Counsel**

| | | | | | | outline (.7) |
|---|---|---|---|---|---|---|
| A. Machala | Partner | 1,175.00 | 08/21/23 | 3.40 | 3,995.00 | Review and analyze Sullivan & Cromwell report and related documents, and draft strategy document for further investigation |
| A. Machala | Partner | 1,175.00 | 08/22/23 | 0.40 | 470.00 | Review notes and confer with J. Harding re next steps |
| A. Machala | Partner | 1,175.00 | 08/23/23 | 2.30 | 2,702.50 | Continue review and analysis of derivative complaints and draft strategy plan |
| M. DiRisio | Partner | 1,215.00 | 08/24/23 | 0.80 | 972.00 | Review and comment on work plan and strategy |
| J. Harding | Of Counsel | 1,080.00 | 08/24/23 | 0.90 | 972.00 | Review correspondence and file re relevant individuals |
| A. Machala | Partner | 1,175.00 | 08/24/23 | 2.10 | 2,467.50 | Continue review and analysis of derivative complaints and draft strategy plan |
| J. Harding | Of Counsel | 1,080.00 | 08/25/23 | 0.40 | 432.00 | Review file and analysis re relevant individuals |
| J. Harding | Of Counsel | 1,080.00 | 08/26/23 | 1.50 | 1,620.00 | Review file and draft chart for derivative actions |
| J. Harding | Of Counsel | 1,080.00 | 08/27/23 | 3.00 | 3,240.00 | Review analysis of parallel litigation matters (1.2); draft chart for derivative complaint (1.0); review docket and case status (.8) |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949695 |
| | | | | | | Invoice Date | 11/13/23 |
| | | | | | | Page No. | 7 |

**00010 Special Counsel**

| Timekeeper | Title | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| M. DiRisio | Partner | 1,215.00 | 08/29/23 | 1.30 | 1,579.50 | Prepare for and attend call with J. Zakia re derivative investigation(.7); review and comment on investigation outline (.4); emails J. Smith, C. Hardman re derivative investigation.(.2) |
| A. Machala | Partner | 1,175.00 | 08/29/23 | 0.30 | 352.50 | Review notes and e-mail communications with team re status |
| M. DiRisio | Partner | 1,215.00 | 08/30/23 | 0.70 | 850.50 | Review special committee report in connection with derivative investigation. |
| J. Harding | Of Counsel | 1,080.00 | 08/30/23 | 0.40 | 432.00 | Confer with A. Malchala re status of work product, and review notes re same |
| A. Machala | Partner | 1,175.00 | 08/30/23 | 0.40 | 470.00 | Confer with J. Harding re status of work product, and review notes re same |
| M. DiRisio | Partner | 1,215.00 | 08/31/23 | 0.50 | 607.50 | Emails Ms. Leonard re demand letters (.3); emails A. Machala, J. Harding re investigation issues (.2) |
| J. Harding | Of Counsel | 1,080.00 | 08/31/23 | 0.10 | 108.00 | Review and respond to correspondence re investigation |
| A. Machala | Partner | 1,175.00 | 08/31/23 | 0.30 | 352.50 | E-mail communications with team re status and strategy |
| | | | **Task Total:** | 27.90 | 32,339.00 | |

# WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, IL  60601-9703
TAX ID NO. 36-1975990

| | |
|---|---|
| Lordstown Motors Corp | Invoice No.        2949701 |
| Melissa Leonard | Invoice Date        11/15/23 |
| Executive Vice President | Client Matter No        018709.00010 |
| 2300 Hallock Young Rd | |
| Lordstown, OH 44481 | |

**Professional Services and Expenses through 09/30/23**

| Task Code | Task Description | Fee Amount | Cost Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 19,524.50 | |
| B180L | Bankruptcy Litigation Matters | 42,997.50 | 62,522.00 |
| | **Total Fees** | 62,522.00 | |
| | Less 10% Discount (on fees) | 6,252.20 | |
| | | 56,269.80 | 0.00 |
| | **Total Fees and Expenses** | | 56,269.80 |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | Invoice No | 2949701 |
|---|---|---|
|  | Invoice Date | 11/15/23 |
|  | Page No. | 2 |

**00010 Special Counsel**

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| B160 | Fee/Employment Applications | Partner | M. DiRisio | 1,215.00 | 5.10 | 6,196.50 |
|  |  | Partner | C. Hardman | 1,190.00 | 11.20 | 13,328.00 |
|  |  | **Category Total:** |  |  | **16.30** | **19,524.50** |
| B180L | Bankruptcy Litigation Matters | Partner | M. DiRisio | 1,215.00 | 3.20 | 3,888.00 |
|  |  | Partner | A. Machala | 1,175.00 | 8.30 | 9,752.50 |
|  |  | Of Counsel | J. Harding | 1,080.00 | 15.00 | 16,200.00 |
|  |  | Associate | N. Khorram | 890.00 | 5.80 | 5,162.00 |
|  |  | Associate | M. Tuma | 975.00 | 8.20 | 7,995.00 |
|  |  | **Category Total:** |  |  | **40.50** | **42,997.50** |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | Invoice No | 2949701 |
| | | | Invoice Date | 11/15/23 |
| | | | Page No. | 3 |

**00010 Special Counsel**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| | Grand Total All Categories | Partner | M. DiRisio | 1,215.00 | 8.30 | 10,084.50 |
| | | Partner | C. Hardman | 1,190.00 | 11.20 | 13,328.00 |
| | | Partner | A. Machala | 1,175.00 | 8.30 | 9,752.50 |
| | | Of Counsel | J. Harding | 1,080.00 | 15.00 | 16,200.00 |
| | | Associate | N. Khorram | 890.00 | 5.80 | 5,162.00 |
| | | Associate | M. Tuma | 975.00 | 8.20 | 7,995.00 |
| | | | **Grand Total:** | | **56.80** | **62,522.00** |

**Professional Fees Statement**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---:|---|---:|---:|---|
| **Task: B160 Fee/Employment Applications** | | | | | | |
| M. DiRisio | Partner | 1,215.00 | 09/01/23 | 1.70 | 2,065.50 | Review derivative complaints in connection with retention application (.4); emails C. Hardman, A. Machala re retention application (.3); review and edit retention application materials (1.0) |
| C. Hardman | Partner | 1,190.00 | 09/01/23 | 5.80 | 6,902.00 | Revise, draft, and finalize initial draft retention application for review by M. Dirisio and A. Machala |
| M. DiRisio | Partner | 1,215.00 | 09/05/23 | 1.20 | 1,458.00 | Review and edit retention application (.9); emails C. Hardman re retention application (.3) |
| C. Hardman | Partner | 1,190.00 | 09/05/23 | 1.50 | 1,785.00 | Revise draft retention application based on comments thereto (.5); email draft to Debtors' bankruptcy counsel for review (.2); confer with A. Machala and |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949701 |
| | | | | | | Invoice Date | 11/15/23 |
| | | | | | | Page No. | 4 |

**00010 Special Counsel**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---|---|---|---|---|
| | | | | | | others re budget and staffing plan (.2); revise same, conferring periodically with A. Machala and others (.6) |
| M. DiRisio | Partner | 1,215.00 | 09/06/23 | 0.90 | 1,093.50 | Review and edit retention application, supporting affidavits. |
| C. Hardman | Partner | 1,190.00 | 09/06/23 | 1.10 | 1,309.00 | Further review/revise retention application and budget/staffing plan, conferring with M. Dirisio and A. Machala thereon (.7); further revise and email Debtors' bankruptcy counsel thereon (.4) |
| M. DiRisio | Partner | 1,215.00 | 09/07/23 | 0.20 | 243.00 | Emails Ms. Leonard re retention application. |
| M. DiRisio | Partner | 1,215.00 | 09/11/23 | 0.30 | 364.50 | Review proposed retention application revisions. |
| C. Hardman | Partner | 1,190.00 | 09/11/23 | 0.80 | 952.00 | Revise draft retention application to account for Debtors' bankruptcy counsel comments (.6); email same to same (.2) |
| C. Hardman | Partner | 1,190.00 | 09/12/23 | 0.30 | 357.00 | Finalize fee application, conferring with J. Madron re same |
| M. DiRisio | Partner | 1,215.00 | 09/19/23 | 0.80 | 972.00 | Prepare answers to trustee questions re retention application (.5); emails White & Case, C. Hardman, A. Machala re responses to trustee questions.(.3) |
| C. Hardman | Partner | 1,190.00 | 09/19/23 | 1.00 | 1,190.00 | Confer (multiple emails) with M. Dirisio and S. Ludovici re UST comments to retention application (.8); email |

# WINSTON & STRAWN LLP

Lordstown Motors Corp

Invoice No 2949701
Invoice Date 11/15/23
Page No. 5

**00010 Special Counsel**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---|---|---|---|---|
| | | | | | | Winston working team (A. Machala, M. Dirisio and others) re billing guidelines (.2) |
| C. Hardman | Partner | 1,190.00 | 09/26/23 | 0.30 | 357.00 | Confer with A. Machala and M. Dirisio re comments from official committees to Winston retention |
| C. Hardman | Partner | 1,190.00 | 09/27/23 | 0.20 | 238.00 | Call with J. Zakia re committee's comments to Winston retention |
| C. Hardman | Partner | 1,190.00 | 09/28/23 | 0.20 | 238.00 | Confer with A. Machala and M. Dirisio re committee comments to Winston retention |
| | | | **Task Total:** | 16.30 | 19,524.50 | |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949701 |
| | | | | | | Invoice Date | 11/15/23 |
| | | | | | | Page No. | 6 |

**00010 Special Counsel**

**Task: B180L Bankruptcy Litigation Matters**

| Name | Title | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| M. DiRisio | Partner | 1,215.00 | 09/01/23 | 0.30 | 364.50 | Emails Ms. Leonard re scope and coverage issues |
| J. Harding | Of Counsel | 1,080.00 | 09/01/23 | 3.50 | 3,780.00 | Review procedural history of derivative matters and put to file (1.0); review and respond to correspondence from M. DiRisio with questions re derivative matters (1.8); draft and send correspondence re derivative matters to A. Machala for further handling (.7) |
| A. Machala | Partner | 1,175.00 | 09/01/23 | 0.50 | 587.50 | Review notes and confer with team re status and strategy |
| J. Harding | Of Counsel | 1,080.00 | 09/02/23 | 2.20 | 2,376.00 | Review special committee report, derivative complaints and draft document request list and send to A. Machala for review |
| J. Harding | Of Counsel | 1,080.00 | 09/04/23 | 0.60 | 648.00 | Modify list of defendants in derivative suits and send to A. Machala for review |
| J. Harding | Of Counsel | 1,080.00 | 09/05/23 | 0.20 | 216.00 | Review correspondence from A. Machala re document request list |
| A. Machala | Partner | 1,175.00 | 09/05/23 | 0.90 | 1,057.50 | Review and revise draft document requests related to investigation and review background materials |
| M. DiRisio | Partner | 1,215.00 | 09/06/23 | 0.60 | 729.00 | Review index of investigation materials (.4); emails Ms. Leonard, White & Case, C. Hardman re retention application, supporting affidavits (.2) |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949701 |
| | | | | | | Invoice Date | 11/15/23 |
| | | | | | | Page No. | 7 |

**00010 Special Counsel**

| Timekeeper | Title | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| J. Harding | Of Counsel | 1,080.00 | 09/06/23 | 0.30 | 324.00 | Review comments from A. Machala on document request list and send revisions to M. DiRisio |
| A. Machala | Partner | 1,175.00 | 09/06/23 | 0.30 | 352.50 | Review and revise draft document requests related to work advising Lordstown about outstanding derivative claims, and confer with J. Harding re same |
| M. DiRisio | Partner | 1,215.00 | 09/07/23 | 0.40 | 486.00 | Emails A. Machala, J. Harding re document request list(.2); review and edit document request list (.2) |
| J. Harding | Of Counsel | 1,080.00 | 09/07/23 | 0.60 | 648.00 | Review and revise document request list based on comments from M. DiRisio |
| A. Machala | Partner | 1,175.00 | 09/07/23 | 0.20 | 235.00 | E-mail communications with team re draft document requests and status |
| M. DiRisio | Partner | 1,215.00 | 09/08/23 | 0.20 | 243.00 | Review and comment on document request list.(.2); emails A. Machala, J. Harding re document request list (.2) |
| A. Machala | Partner | 1,175.00 | 09/08/23 | 1.10 | 1,292.50 | Review and revise draft document requests related to work advising Lordstown about outstanding derivative claims, and confer with team re same |
| M. DiRisio | Partner | 1,215.00 | 09/11/23 | 0.50 | 607.50 | Review and finalize document requests (.3); Emails A. Machala, J. Harding re document request list (.2) |
| J. Harding | Of Counsel | 1,080.00 | 09/11/23 | 1.60 | 1,728.00 | Review and revise document request list based on comments from A. Machala and M. DiRisio (1.3); draft correspondence and send document request to A. Machala for further handling (.3) |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949701 |
| | | | | | | Invoice Date | 11/15/23 |
| | | | | | | Page No. | 8 |

**00010 Special Counsel**

| Name | Title | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| A. Machala | Partner | 1,175.00 | 09/11/23 | 1.00 | 1,175.00 | Review, revise and circulate initial document requests to White & Case |
| M. DiRisio | Partner | 1,215.00 | 09/12/23 | 0.50 | 607.50 | Edit and finalize retention application (.3); emails White & Case, C. Hardman re final retention application (.2) |
| J. Harding | Of Counsel | 1,080.00 | 09/18/23 | 1.30 | 1,404.00 | Collect relevant documents and information into folder and provide to team (.6); draft and send correspondence to N. Khorram with initial assignment (.4); draft and send correspondence to M. Tuma re case background (.2); schedule call for team with A. Machala .1) |
| A. Machala | Partner | 1,175.00 | 09/18/23 | 0.40 | 470.00 | E-mail communications with J. Harding re status and strategy, and review notes re same |
| J. Harding | Of Counsel | 1,080.00 | 09/19/23 | 1.50 | 1,620.00 | Prepare for (.2) and join meeting with A. Machala, N. Khorram, and M. Tuma to discuss project background and tasks (.6);draft and send correspondence with initial case documents (.7) |
| N. Khorram | Associate | 890.00 | 09/19/23 | 3.30 | 2,937.00 | Call with J. Harding and others to discuss investigation (.6); prepare derivative case charts (2.7) |
| A. Machala | Partner | 1,175.00 | 09/19/23 | 1.40 | 1,645.00 | Review notes and investigative materials, and confer with team re status and strategy |
| M. Tuma | Associate | 975.00 | 09/19/23 | 1.30 | 1,267.50 | Meeting with J. Harding and others related to new investigation (6); analyze materials ahead of meeting |

# WINSTON & STRAWN LLP

| Lordstown Motors Corp | | | | | | Invoice No | 2949701 |
| | | | | | | Invoice Date | 11/15/23 |
| | | | | | | Page No. | 9 |

**00010 Special Counsel**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | (.7) | |
| N. Khorram | Associate | 890.00 | 09/20/23 | 2.50 | 2,225.00 | Prepare materials analyzing issues in investigation |
| M. Tuma | Associate | 975.00 | 09/20/23 | 0.50 | 487.50 | Analysis of issues in investigation |
| A. Machala | Partner | 1,175.00 | 09/21/23 | 0.70 | 822.50 | Review and analyze work product summarizing derivative claims, and review notes re same |
| M. Tuma | Associate | 975.00 | 09/21/23 | 1.70 | 1,657.50 | Legal research regarding elements of claims asserted and standards of proof |
| A. Machala | Partner | 1,175.00 | 09/22/23 | 0.80 | 940.00 | Review notes and correspond with team re status and strategy (.4); e-mail and telephone communications with Jason Zakia re status (.4) |
| M. Tuma | Associate | 975.00 | 09/22/23 | 2.60 | 2,535.00 | Legal research re elements (1.0); analysis of prior reports (1.6) |
| M. DiRisio | Partner | 1,215.00 | 09/24/23 | 0.70 | 850.50 | Review and comment on investigation outline (.4); research re substantive claim analysis (.3) |
| J. Harding | Of Counsel | 1,080.00 | 09/25/23 | 2.00 | 2,160.00 | Review information pertinent to investigation (1.5); review legal requirements and analysis by M. Tuma (.3); draft and send correspondence to M. Tuma thereon (.2) |
| A. Machala | Partner | 1,175.00 | 09/25/23 | 0.40 | 470.00 | Review notes and e-mail communications with team |

# WINSTON & STRAWN LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| Lordstown Motors Corp | | | | Invoice No | | 2949701 |
| | | | | Invoice Date | | 11/15/23 |
| | | | | Page No. | | 10 |

**00010 Special Counsel**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | re status |
| M. Tuma | Associate | 975.00 | 09/25/23 | 2.10 | 2,047.50 | Analysis of claims asserted in pending derivative actions |
| A. Machala | Partner | 1,175.00 | 09/26/23 | 0.60 | 705.00 | E-mail and telephone communications with J. Zakia re investigation (.3) and confer with Winston team re same (.3) |
| J. Harding | Of Counsel | 1,080.00 | 09/29/23 | 1.20 | 1,296.00 | Review comparison chart documents |
| | | | **Task Total:** | 40.50 | 42,997.50 | |

**Total Due This Invoice**      **$56,269.80**