## Exhibit D

**Budget and Staffing Plan**

*In re Lordstown Motors Corp., et al.*
**Chapter 11 Case No. 23-10831 (MFW)**

**BUDGET AND STAFFING PLAN**

**BUDGET:  AUGUST 15, 2023 THROUGH OCTOBER 31, 2023**

| Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B160 | Fee/Employment | 10.0 | $11,950.00 |
| B180L | Bankruptcy Litigation | 430.0 | $387,315.00 |
| **TOTALS** | | | **$399,265.00** |

**STAFFING: AUGUST 15, 2023 THROUGH OCTOBER 31, 2023**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Fee Period | Average Rate |
|---|---|---|
| Partner | 4 | $1,316.25 |
| Of Counsel | 1 | $1,080.00 |
| Associate | 3 | $870.00 |
| Paralegal (including Practice Support) | 2 | $305.00 |