IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 604 |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND COMBINED MONTHLY APPLICATION OF KPMG LLP PROVIDING AUDIT SERVICES TO THE DEBTORS REQUESTING ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection, or other responsive pleading with respect to the first monthly fee application for compensation and reimbursement of expenses (the "**Monthly Application**") of KPMG LLP (the "**Applicant**") listed on **Exhibit A** attached hereto. The Monthly Application was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on October 23, 2023. The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Application appears thereon. Pursuant to the Notice of Fee Application filed with the Monthly Application, objections to the Monthly Application were to be filed and served no later than **November 13, 2023 at 4:00 p.m. (ET)**. The Monthly Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses for Chapter 11*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

*Professionals and Committee Members*, entered July 25, 2023 [D.I. 181] (the "**Interim Compensation Order**").

Consequently, pursuant to the Interim Compensation Order, the debtors and debtors in possession in the above-captioned cases are authorized to pay Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Applicant is annexed hereto as **Exhibit A**.

Dated: November 14, 2023
Wilmington, Delaware

Respectfully submitted,

| | |
|---|---|
| */s/ Morgan L. Patterson* <br> **WOMBLE BOND DICKINSON (US) LLP** <br> Donald J. Detweiler (DE Bar No. 3087) <br> Morgan L. Patterson (DE Bar No. 5388) <br> 1313 North Market Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-4320 <br> Facsimile:  (302) 252-4330 <br> don.detweiler@wbd-us.com <br> morgan.patterson@wbd-us.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP** <br> Thomas E Lauria (admitted *pro hac vice*) <br> Matthew C. Brown (admitted *pro hac vice*) <br> Fan B. He (admitted *pro hac vice*) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> tlauria@whitecase.com <br> mbrown@whitecase.com <br> fhe@whitecase.com <br><br> David M. Turetsky (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> david.turetsky@whitecase.com <br><br> Jason N. Zakia (admitted *pro hac vice*) <br> 111 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone: (312) 881-5400 <br> jzakia@whitecase.com |

|  | Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Co-Counsel to Debtors and*<br>*Debtors in Possession* |
|---|---|

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, D.I. | Total Fees Requested | Total Expenses Requested | Objection Deadline: | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| KPMG LLP | 9/1/23 – 9/30/23 D.I. 604 | $3,433.40 | $0.00 | 11/13/23 | $2,746.72 | $0.00 | $686.68 |