## EXHIBIT B

**Expense Detail**

**Expense Detail**
June 27, 2023 - September 30, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| JOSEPH SU | 6/29/2023 | $45.41 | TAXI |
| JOSEPH GUERRERO | 6/29/2023 | $68.82 | TAXI |
| JOSEPH GUERRERO | 6/29/2023 | $220.00 | PRESENTATION SERVICES |
| DENTONS | 6/30/2023 | $1,458.00 | LEGAL |
| JOSEPH SU | 7/5/2023 | $24.93 | EMPLOYEE MEAL |
| JOSEPH GUERRERO | 7/6/2023 | $27.97 | EMPLOYEE MEAL |
| JOSEPH GUERRERO | 7/6/2023 | $22.95 | TAXI |
| JOSEPH SU | 7/6/2023 | $19.27 | TAXI |
| JOSEPH SU | 7/7/2023 | $27.61 | EMPLOYEE MEAL |
| JOSEPH SU | 7/7/2023 | $18.34 | TAXI |
| JOSEPH SU | 7/7/2023 | $25.93 | EMPLOYEE MEAL |
| JOSEPH SU | 7/8/2023 | $19.93 | TAXI |
| JOSEPH SU | 7/10/2023 | $24.93 | EMPLOYEE MEAL |
| JOSEPH SU | 7/11/2023 | $27.08 | EMPLOYEE MEAL |
| JOSEPH SU | 7/11/2023 | $19.94 | TAXI |
| JOSEPH SU | 7/12/2023 | $28.10 | EMPLOYEE MEAL |
| JOSEPH SU | 7/12/2023 | $19.93 | TAXI |
| KELLY PASEKOFF | 7/13/2023 | $24.93 | EMPLOYEE MEAL |
| JOSEPH SU | 7/13/2023 | $21.97 | TAXI |
| JOSEPH SU | 7/14/2023 | $22.75 | EMPLOYEE MEAL |
| JOSEPH SU | 7/14/2023 | $17.40 | TAXI |
| KELLY PASEKOFF | 7/17/2023 | $29.08 | EMPLOYEE MEAL |
| JOSEPH SU | 7/17/2023 | $29.08 | EMPLOYEE MEAL |
| JOSEPH SU | 7/18/2023 | $24.93 | EMPLOYEE MEAL |
| JOSEPH SU | 7/18/2023 | $19.97 | TAXI |
| JOSEPH SU | 7/19/2023 | $29.08 | EMPLOYEE MEAL |
| JOSEPH SU | 7/19/2023 | $23.98 | TAXI |
| JOSEPH SU | 7/20/2023 | $27.71 | EMPLOYEE MEAL |
| JOSEPH SU | 7/20/2023 | $18.99 | TAXI |
| KEVIN LISANTI | 7/20/2023 | $30.00 | EMPLOYEE MEAL |
| KEVIN LISANTI | 7/20/2023 | $63.93 | TAXI |
| JOSEPH SU | 7/24/2023 | $27.71 | EMPLOYEE MEAL |
| JOSEPH SU | 7/25/2023 | $28.80 | EMPLOYEE MEAL |
| JOSEPH SU | 7/25/2023 | $18.96 | TAXI |
| JOSEPH SU | 7/26/2023 | $28.80 | EMPLOYEE MEAL |
| JOSEPH SU | 7/26/2023 | $20.27 | TAXI |
| JOSEPH SU | 7/27/2023 | $17.98 | TAXI |
| KEVIN LISANTI | 7/27/2023 | $29.74 | EMPLOYEE MEAL |
| JOSEPH SU | 7/28/2023 | $21.95 | TAXI |
| DENTONS | 7/31/2023 | $23,802.00 | LEGAL |
| JOSEPH SU | 8/1/2023 | $18.97 | TAXI |
| JOSEPH SU | 8/2/2023 | $30.00 | EMPLOYEE MEAL |
| JOSEPH SU | 8/3/2023 | $28.80 | EMPLOYEE MEAL |
| JOSEPH SU | 8/3/2023 | $23.00 | TAXI |
| JOSEPH SU | 8/4/2023 | $21.89 | TAXI |
| JOSEPH SU | 8/7/2023 | $27.71 | EMPLOYEE MEAL |
| KELLY PASEKOFF | 8/7/2023 | $28.80 | EMPLOYEE MEAL |
| JEFFREY FINGER | 8/21/2023 | $19.99 | INTERNET ACCESS FEES |
| DENTONS | 8/31/2023 | $9,843.00 | LEGAL |
| DENTONS | 9/30/2023 | $1,938.00 | LEGAL |
| **Total Expense** | | **$38,459.31** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

July 14, 2023

**Invoice No. 2649055A**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

Total This Invoice                    $        1,458.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

| Payments by check should be sent to: | | Payment by wire transfer/ACH should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 3078 | OR | 227 West Monroe, Chicago, IL 60606 |
| Carol Stream, IL  60132-3078 | | ABA Transit # ▮▮▮▮ |
| | | Account #: ▮▮▮▮ |
| | | Account Name: Dentons US LLP |
| | | Swift Code: ▮▮▮▮ |
| | | Reference: Invoice # and/or client matter # |

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP                    dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Jefferies LLC                                                    July 14, 2023
520 Madison Avenue
New York NY 10022                               **Invoice No. 2649055A**
United States

Client/Matter:   09806540-000061

Lordstown Motors
8396

_____

For Professional Services Rendered from June 27 through June 30, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 06/27/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re retention application. |
| 06/27/23 | S. Ruben | 0.20 | 132.00 | Correspond with R. Hamilton re retention application. |
| 06/27/23 | S. Ruben | 1.20 | 792.00 | Draft retention application. |
| 06/27/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re draft retention documents. |
| 06/28/23 | T. Labuda | 0.10 | 135.00 | Emails with client team and Ruben re draft retention documents and filing timing. |
| 06/28/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re preparing fee application. |
| 06/28/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton re retention application. |
| 06/30/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and C. Passoni re conflicts list for retention application. |
| Total Hours | | 2.00 | | |
| Fee Amount | | | | $ 1,458.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | .20 | $ 270.00 |
| S. Ruben | $ 660.00 | 1.80 | $ 1,188.00 |
| Totals | | 2.00 | $ 1,458.00 |

Lordstown Motors
8396

July 14, 2023

Matter: 09806540-000061
Invoice No.: 2649055A

| | | |
|---|---|---|
| Fee Total | $ | 1,458.00 |
| | | |
| Invoice Total | $ | 1,458.00 |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

September 18, 2023

**Invoice No. 2666809**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

Total This Invoice                                    $          9,843.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 3078<br>Carol Stream, IL  60132-3078 | OR | Payment by wire transfer/ACH should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit ▉▉▉▉▉<br>Account ▉▉▉▉▉<br>Account Name: Dentons US LLP<br>Swift Code: ▉▉▉▉▉<br>Reference: Invoice # and/or client matter # |

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

September 18, 2023

**Invoice No. 2666809**

Client/Matter:   09806540-000061

Lordstown Motors
8396

_____

For Professional Services Rendered through August 31, 2023:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 08/01/23 | T. Labuda | 0.10 | 135.00 | Conference with Hackman re potential supplemental declaration. |
| 08/01/23 | T. Labuda | 0.10 | 135.00 | Emails with DeSpirito re potential supplemental declaration. |
| 08/01/23 | S. Ruben | 0.10 | 66.00 | Correspond with deal team re retention application. |
| 08/14/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re Foxconn discovery. |
| 08/15/23 | T. Labuda | 0.30 | 405.00 | Review discovery requests and analyze proposed responses to same. |
| 08/15/23 | T. Labuda | 0.30 | 405.00 | Emails and conference with Hamilton re response to discovery requests. |
| 08/15/23 | T. Labuda | 0.20 | 270.00 | Emails with Finger re potential declaration. |
| 08/16/23 | T. Labuda | 0.20 | 270.00 | Emails with Finger re Foxconn discovery and potential declaration. |
| 08/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and W. Johnson re fee application. |
| 08/19/23 | S. Ruben | 0.10 | 66.00 | Correspond with deal team and T. Labuda re motion to dismiss case. |
| 08/19/23 | T. Labuda | 1.40 | 1,890.00 | Review and comment on Finger declaration in support of objection to motion to dismiss. |
| 08/19/23 | T. Labuda | 0.20 | 270.00 | Emails with client team re Finger declaration. |
| 08/20/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re Finger declaration. |
| 08/21/23 | T. Labuda | 0.30 | 405.00 | Review revised Finger declaration and objection. |
| 08/21/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re deposition. |
| 08/21/23 | T. Labuda | 0.10 | 135.00 | Emails with Hamilton re declaration and objection comments. |

Lordstown Motors
8396

September 18, 2023

Matter: 09806540-000061
Invoice No.: 2666809

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 08/23/23 | T. Labuda | 0.40 | 540.00 | Emails and conference with Finger re deposition preparation. |
| 08/24/23 | T. Labuda | 0.20 | 270.00 | Conference with Finger re deposition preparation. |
| 08/24/23 | T. Labuda | 0.40 | 540.00 | Conference with Finger and W&C team re deposition. |
| 08/24/23 | T. Labuda | 0.30 | 405.00 | Conferences with DeSpirito and Kane re 30(b)(6) designation. |
| 08/24/23 | T. Labuda | 0.30 | 405.00 | Emails and conference with Finger re deposition preparation and issues. |
| 08/26/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re deposition and hearing. |
| 08/26/23 | T. Labuda | 0.20 | 270.00 | Review direct examination outline. |
| 08/27/23 | T. Labuda | 0.70 | 945.00 | Review Finger deposition transcript. |
| 08/27/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Finger re same and hearing preparation. |
| 08/28/23 | T. Labuda | 0.40 | 540.00 | Review deposition submissions. |
| 08/28/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re deposition submissions and hearing outcome. |
| 08/30/23 | T. Labuda | 0.10 | 135.00 | Emails with client and Ruben re interim compensation procedures. |
| 08/30/23 | S. Ruben | 0.10 | 66.00 | Correspond with deal team and T. Labuda re monthly fee application. |
| 08/30/23 | S. Ruben | 0.10 | 66.00 | Review procedures for payment of monthly fees and monthly fee application. |
| 08/31/23 | S. Ruben | 0.10 | 66.00 | Correspond with deal team and T. Labuda re monthly fee application. |
| 08/31/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re procedures for payment of monthly fees and monthly fee application. |
| 08/31/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti re monthly fee application. |

| Total Hours | | 7.70 | | |

Fee Amount                                                                 $ 9,843.00

Lordstown Motors
8396

September 18, 2023

Matter: 09806540-000061
Invoice No.: 2666809

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 6.90 | $ 9,315.00 |
| S. Ruben | $ 660.00 | 0.80 | $ 528.00 |
| Totals | | 7.70 | $ 9,843.00 |

| | | |
|---|---|---|
| Fee Total | $ | 9,843.00 |
| Invoice Total | $ | 9,843.00 |

4

# DENTONS

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

October 10, 2023

**Invoice No. 2674065**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

Total This Invoice                                        $          1,938.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # ▇▇▇▇▇▇
Account #: ▇▇▇▇▇▇
Account Name: Dentons US LLP
Swift Code: ▇▇▇▇▇▇
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

October 10, 2023

**Invoice No. 2674065**

Client/Matter:   09806540-000061

Lordstown Motors
8396

---

For Professional Services Rendered through September 30, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/05/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti re monthly fee application. |
| 09/13/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re consolidated monthly fee statement. |
| 09/13/23 | S. Ruben | 0.10 | 66.00 | Review procedures for monthly and interim fee application. |
| 09/13/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee application. |
| 09/13/23 | S. Ruben | 0.20 | 132.00 | Draft consolidated monthly fee application. |
| 09/19/23 | T. Labuda | 0.20 | 270.00 | Conference with Finger re case status. |
| 09/19/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren re monthly fee application. |
| 09/20/23 | S. Ruben | 0.20 | 132.00 | Review interim compensation procedures. |
| 09/20/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti re monthly fee application. |
| 09/20/23 | T. Labuda | 0.10 | 135.00 | Emails with client re transaction fee terms. |
| 09/20/23 | T. Labuda | 0.20 | 270.00 | Review engagement letter and retention order re fee terms. |
| 09/27/23 | S. Ruben | 0.30 | 198.00 | Review interim compensation procedures. |
| 09/27/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti re monthly fee application. |
| 09/27/23 | T. Labuda | 0.10 | 135.00 | Emails with client and Ruben re fee filings. |
| 09/27/23 | T. Labuda | 0.10 | 135.00 | Conference with Ruben re fee filings. |
| Total Hours | | 2.10 | | |

Fee Amount                                                                       $ 1,938.00

Lordstown Motors
8396

October 10, 2023

Matter: 09806540-000061
Invoice No.: 2674065

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 0.80 | $ 1,080.00 |
| S. Ruben | $ 660.00 | 1.30 | $ 858.00 |
| Totals | | 2.10 | $ 1,938.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 1,938.00 |
| | | |
| Invoice Total | $ | 1,938.00 |

3