**<u>Exhibit B</u>**

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

## SUMMARY OF FIRST INTERIM APPLICATION

| | |
|---|---|
| Name of Applicant | Baker & Hostetler LLP |
| Name of Client | Lordstown Motors Corp. |
| Time period covered by Application | June 27, 2023 – September 30, 2023 |
| Total compensation sought during the Application Period | $1,020,635.10 |
| Total expenses sought during the Application Period | $30,373.22 |
| Petition Date | June 27, 2023 |
| Retention Date | *Effective* June 27, 2023 |
| Date of order approving employment | August 18, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $269,092.44 |
| Total allowed expenses paid to date | $5,201.32 |
| Blended rate in the Application for all attorneys | $544.58 |
| Blended rate in the Application for all timekeepers | $526.15 |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $269,092.44 [8] |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $5,201.32 [1] |
| Number of professionals included in the Application | 36 [9] |
| If applicable, number of professionals in the Application not included in staffing plan approved by client | 0 [2] |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | 0 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 22 [2] |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this Application using the rates originally disclosed in the retention application. | No |

---

[8] Through the First Monthly Fee Application. As of the date hereof, the objection period for the Second and Third Monthly Fee Applications under the Interim Compensation Procedures have not yet passed.

[9] For purposes of this line item, "professionals" is construed to mean "timekeepers."