IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LORDSTOWN MOTORS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br><br> (Jointly Administered) <br><br> **Related Docket Nos. 372, 574, and 698** <br><br> <u>Objection Deadline</u>: <br> **December 4, 2023 at 4:00 p.m. (ET)** <br><br> <u>Hearing Date</u>: <br> **December 11, 2023 at 2:00 p.m. (ET)** |

**FIRST INTERIM APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 17, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Troutman Pepper Hamilton Sanders LLP |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Petition Date: | June 27, 2023 |
| Date of Retention: | August 23, 2023 effective as of July 17, 2023 |
| Period for which compensation and reimbursement are sought: | July 17, 2023 through September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $683,137.00[2] |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,534.09 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] This amount reflects the aggregate fees incurred by Troutman Pepper during the application period. Troutman Pepper seeks payment of only a portion of this amount as described herein at this time. Troutman Pepper reserves the right to seek the payment of the difference in fees at the non-discounted rate pursuant to the terms of our retention.

This is a(n):   ___ monthly   _X_ interim ___ final application

Troutman Pepper Hamilton Sanders LLP intends to seek compensation in connection with the preparation of this Application at a later date.

Summary of monthly fee applications for interim fee period (which are incorporated herein by reference):

| Date Filed Docket No. | Period Covered | Requested | | Approved To Date* | | Holdback** |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 9/6/23 [D.I. 372] | 7/17/23 – 7/31/23 | $178,858[1] | $82.48 | $137,220 (80% of $171,525) | $82.48 | $34,305 (20% of $171,525) |
| 10/17/23 [D.I. 574] | 8/1/23 – 8/31/23 | $299,460[2] | $303.51 | $225,990 (80% of $282,375) | $303.51 | $56,475 (20% of $282,375) |
| 11/14/23 [D.I. 698] | 9/1/23 – 9/30/23 | $204,819[3] | $1,148.10 | $158,580 (80% of $198,225) | $1,148.10 | $39,645 (20% of $198,225) |
| **Totals** | | **$683,137** | **$1,534.09** | **$521,790** | **$1,534.09** | **$130,425** |

[1] Reduced to $171,525, based on Troutman Pepper's agreement to charge, on a monthly basis, the lesser of (a) the blended rate of $750/hour for all timekeepers; or (b) its professionals' standard hourly billing rates, subject to payment of the difference, if any, pursuant to terms of its Retention Order.

[2] Reduced to $282,375, based on Troutman Pepper's agreement to charge, on a monthly basis, the lesser of (a) the blended rate of $750/hour for all timekeepers; or (b) its professionals' standard hourly billing rates, subject to payment of the difference, if any, pursuant to terms of its Retention Order.

[3] Reduced to $198,225.00, based on Troutman Pepper's agreement to charge, on a monthly basis, the lesser of (a) the blended rate of $750/hour for all timekeepers; or (b) its professionals' standard hourly billing rates, subject to payment of the difference, if any, pursuant to terms of its Retention Order.

* Provided no responses are filed with respect to the third application, Applicant anticipates filing a Certificate of No Objection after 4:00 p.m. on December 5, 2023.

** Troutman Pepper reserves its right to seek payment of its fees at the non-discounted rate pursuant to the terms of our retention.

**PLEASE TAKE NOTICE** that pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181] (the "Compensation Procedures Order"), Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper" or "Applicant"), as counsel to the Official Committee of Unsecured Creditors, hereby files this first interim fee application (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Compensation Procedures Order, any objection or other response to the Application must be (i) filed with the Bankruptcy Court **on or before December 4, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"); and (ii) served so as to be actually received no later than the Objection Deadline by (a) the Applicant and (b) the Notice Parties (as that term is defined in the Compensation Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application has been scheduled on **December 11, 2023 at 2:00 p.m. (Eastern Time)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that (1) **Exhibit A** attached hereto is a summary of compensation for each professional of the Applicant that worked on the above-captioned Chapter 11 cases during the interim fee period; (ii) **Exhibit B** attached hereto is a summary of compensation by project category for the interim fee period; (iii) **Exhibit C** attached hereto is an expense summary for the interim fee period; (iv) **Exhibit D** attached hereto is the applicant's customary and comparable compensation disclosures; (v) **Exhibit E** attached hereto is the staffing plan for the period from July 17, 2023 through and including September 30, 2023; (vi) **Exhibit F**

4

attached hereto is certain additional disclosures; and (vii) **Exhibit G** attached hereto is the attorney certification in support of the Interim Fee Application.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: November 14, 2023
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP
*/s/ Tori L. Remington*
David M. Fournier (DE 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: david.fournier@troutman.com
       tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email: francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*