# EXHIBIT A - TIMEKEEPER SUMMARY

## (Interim Compensation by Individual for Interim Period)

| Timekeeper Name | Position (Year of Bar Admission) | Department | Fees Billed in this Fee Application | Hours billed in this Fee Application | Hourly Rate Billed in this Fee Application | Number of Rate Increases in this Fee Application |
|---|---|---|---|---|---|---|
| Francis J. Lawall | Partner (1985) | Finance & Restructuring | $173,125 | 138.5 | $1,250 | None |
| David M. Fournier | Partner (1989) | Finance & Restructuring | $18,375 | 14.7 | $1,250 | None |
| Donald R. Readlinger | Partner (1998) | Corporate | $550 | .5 | $1,100 | None |
| Gwendolyn Tawresey | Partner (2012) | Intellectual Property | $3,876 | 3.8 | $1,020 | None |
| Deborah Kovsky-Apap | Partner (2003) | Finance & Restructuring | $210,168 | 250.2 | $840 | None |
| Marcy J. McLaughlin Smith | Associate (2015) | Finance & Restructuring | $27,720 | 33 | $840 | None |
| Nicholas J. Schuchert | Associate (2015) | Business Litigation | $2,016 | 2.4 | $840 | None |
| Kenneth A. Listwak | Associate (2016) | Finance & Restructuring | $8,134 | 9.8 | $830 | None |
| Sean P. McNally | Partner (2003) | Business Litigation | $47,360 | 64 | $740 | None |
| Tori L. Remington | Associate (2020) | Finance & Restructuring | $81,204 | 121.2 | $670 | None |
| Dylan J. DeWitt | Associate (not yet admitted) | Business Litigation | $19,942 | 33.8 | $590 | None |
| Jessica Ring | Associate (2022) | Business Litigation | $16,402 | 27.8 | $590 | None |
| Tyler Wilson | Associate (2022) | Business Litigation | $9,381 | 15.9 | $590 | None |
| Armeen M. Shroff | Associate (2015) | Business Litigation | $13,674 | 25.8 | $530 | None |
| Kelley E. Kane | Associate (2017) | Business Litigation | $11,500 | 23 | $500 | None |
| Susan M. Henry | Paralegal | Finance & Restructuring | $20,124 | 51.6 | $390 | None |
| Monica A. Molitor | Paralegal | Finance & Restructuring | $18,720 | 48 | $390 | None |
| Dorothy L. Willauer | Legal Practice Assistant | Finance & Restructuring | $656 | 4.1 | $160 | None |
| Janet Kusch | Legal Practice Assistant | Finance & Restructuring | $210 | 1.4 | $150 | None |
| | | TOTALS: | $683,137.00 | 869.5 | | |

# EXHIBIT B - SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## (Summary of Compensation Incurred During Interim Fee Period)

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 51.3 | $33,855 |
| B111 | Preparation of Statement of Financial Affairs, Schedules | 12.1 | $9,547 |
| B112 | General Creditor Inquiries | 1.6 | $1,270 |
| B113 | Pleadings Review/Memos | 33.1 | $25,086 |
| B120 | Asset Analysis and Recovery | 18.1 | $13,668 |
| B130 | Asset Sales/Disposition | 62.6 | $57,421 |
| B132 | Sale of Equipment | .5 | $625 |
| B133 | Auction of Assets | .1 | $67 |
| B140 | Relief from Stay-Adequate Protection Proceedings | 23.7 | $21,543 |
| B150 | Meetings of and Communications with Creditors' Committee | 58 | $45,672 |
| B155 | Court Hearings | 47.9 | $42,035 |
| B160 | Fee Applications | 33.6 | $17,181 |
| B165 | Fee Applications - Others | 3.4 | $2,458 |
| B170 | Retention Applications | 20.7 | $12,908 |
| B175 | Retention Applications- Others | 40.8 | $31,372 |
| B185 | Assumption/Rejection of Contracts | .8 | $733 |
| B186 | Assumption/Rejection of Contracts | .3 | $252 |
| B187 | Assumption/Rejection of Equipment Leases | .3 | $375 |
| B190 | Other Contested Matters | 127.2 | $103,708 |
| B191 | General Litigation | 101.6 | $76,179 |
| B195 | Non-Working Travel | 7.2 | $7,688 |
| B210 | Business Operations | 7.8 | $,7037 |
| B211 | Financial Reports | 13.4 | $13,248 |
| B221 | Employment Contracts/Issues | 1.8 | $1,512 |
| B230 | Financing/Cash Collateral | 1.1 | $924 |
| B231 | Security Document Analysis | 1.7 | $1,139 |
| B240 | Tax Issues | .1 | $83 |
| B261 | Investigations | 18.4 | $16,044 |
| B310 | Claims Administration and Objections | 9.1 | $6,394 |
| B320 | Plan and Disclosure Statement | 102.9 | $93,372 |
| B430 | Adversary Proceedings & Bankruptcy Court Litigation | 68.3 | $39,741 |
| | **TOTALS:** | **869.5** | **$683,137.00** |

# EXHIBIT C - SUMMARY OF EXPENSES BY CATEGORY

## (Summary of Expenses Incurred During Interim Fee Period)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT |
|---|---|---|
| Production, Efiling, Courier, and Mailing Charges | Parcels Inc., Reliable | $271.19 |
| Travel Expenses | 9.21.23 airfare for D. Kovsky-Apap travel to New York for meeting with Debtors and Equity Committee | $962.80 |
| Filing Fees | State Bar of Michigan - Fee to obtain Certificate of Good Standing for S. McNally; USBC D. Del. | $100 |
| Hearing Transcripts | Reliable | $64.80 |
| Online Services/Internet web sites | PACER Service Center | $ 135.30 |
| | **TOTAL** | **$1,534.09** |

# EXHIBIT D – CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| POSITION | BLENDED HOURLY RATE FOR THIS FEE APPLICATION | BLENDED HOURLY RATE FIRM-WIDE FOR PRECEDING FISCAL YEAR 2022[1] |
|---|---|---|
| Partner | $996.06 | $1,036 |
| Special Counsel | NA | NA |
| Associate | $665.36 | $639 |
| Paralegal | $390 | $307 |
| Case Management Assistant/Legal Practice Assistant/Project Assistant | $157.45 | $136 |
| **AGGREGATE BLENDED HOURLY RATE FOR THIS FEE APPLICATION:** | **$785.67[2]** | **$530** |

---

[1] The billable rates for Troutman Pepper Hamilton Sanders LLP attorneys are adjusted on January 1st of each year. In addition, the data in this column excludes FY2022 blended hourly rate information for the Bankruptcy and Finance & Restructuring group at Troutman Pepper Hamilton Sanders LLP as well as engagements at materially discounted rates.

[2] As set forth in the order approving the Applicant's retention and herein, the Applicant has agreed to a blended hourly rate of $750 for this retention, subject to Applicant's right to seek payment of the difference, if any, between $750 and Applicant's actual blended hourly rate. This amount reflects the non-discounted blended rate.

# EXHIBIT E – BUDGET AND STAFFING PLAN

**(Project Category Budget – Troutman Pepper Hamilton Sanders LLP – July 17, 2023 through October 31, 2023)[1]**

| Project Category Code | Project Category Description | Low Hours | High Hours | Low Total Compensation | High Total Compensation |
|---|---|---|---|---|---|
| B110 | Case Administration, Activities in Multiple Categories | 150 | 175 | $112,500 | $131,250 |
| B111 | Statement of Financial Affairs and Schedules | 25 | 40 | $18,750 | $30,000 |
| B112, B113, B190, B191 | Creditor Inquiries, Review of Pleadings, Contested Matters and Motions, and General Litigation | 250 | 400 | $187,500 | $300,000 |
| B140 | Relief from Stay | 30 | 50 | $22,500 | $37,500 |
| B150 | Creditors' Committee | 35 | 60 | $26,250 | $45,000 |
| B155 | Court Hearings | 30 | 45 | $22,500 | $33,750 |
| B160, B165, B170, B175 | Employment/Retention, Objections to Employment/Retention, and Fee Applications | 40 | 60 | $30,000 | $45,000 |
| B185 | Assumption/Rejection of Leases and Contracts | 15 | 25 | $11,250 | $18,750 |
| B210, B211, B212, B220, B240, B241 | Business Operations, Financial Reports, Vendor Issues, Employee Benefits/Pensions, Tax Issues, and Utility Issues | 75 | 125 | $56,250 | $93,750 |
| B310 | Claims Administration & Objections | 20 | 35 | $15,000 | $18,750 |
| B130, B320 | Asset Disposition, Disclosure Statement, Solicitation, Plan and Confirmation | 200 | 275 | $150,000 | $206,250 |
| TOTALS: | | 870 | 1,290 | $652,500 | $967,500 |

---

[1] This budget reflects the agreed upon budget from July 17, 2023 through October 31, 2023. The budget may be amended to reflect changed circumstances or unexpected developments. Any such amended budget will be provided to the Committee. All dollar amounts are calculated assuming a blended hourly rate of $750.

**(Staffing Plan)***

| CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD[1] | AVERAGE 2023 HOURLY RATE FOR TIMEKEEPERS EXPECTED TO WORK ON THE MATTER** |
|---|---|---|
| Partner[2] | 3 | $1,020 |
| Associate[3] | 3 | $780 |
| Paralegal[4] | 1 | $390 |

*The staffing plan reflects the prospective staffing plan from May 5, 2023 through October 31, 2023.

** As set forth in the order approving the Applicant's retention, the Applicant has agreed to a blended hourly rate of $750 for this retention, subject to Applicant's right to seek payment of the difference, if any, between $750 and Applicant's actual blended hourly rate.

---

[1] Note that this reflects primary timekeepers staffed on this engagement. Additional timekeepers may be called upon from time to time to handle discrete matters.

[2] Kovsky-Apap ($840); McNally ($740); Lawall ($1,250).

[3] McLaughlin ($840); Ring ($590); Remington ($670).

[4] Henry ($390); Molitor ($390)

2

# EXHIBIT F – ADDITIONAL DISCLOSURES

| | |
|---|---|
| Are rates in interim fee application higher than those approved or disclosed at retention? | No |
| Total compensation[5] sought in this Application | $684,671.09 |
| Total compensation sought in this Application approved to date pursuant to the Compensation Procedures Order | $363,595.99 |
| Total compensation sought in this Application already paid pursuant to the Compensation Procedures Order | $137,302.48 |
| Total compensation sought in this Application not yet paid | $547,368.61 |
| Number of professionals included in this Application | 19 |
| If applicable, number of professionals in this Application not included in the Staffing Plan | 11 |
| If applicable, difference between fees budgeted and fees incurred for the interim compensation period | Troutman Pepper budgeted fees between the range of $652,500 and $967,500 through October 31. The actual fees incurred through September 30 total $683,137, within the budgeted range. |

---

[5] Total compensation includes both fees of, and expenses incurred by, Troutman Pepper.

3

**EXHIBIT G - CERTIFICATION**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION REGARDING FIRST INTERIM FEE APPLICATION REQUEST OF TROUTMAN PEPPER HAMILTON SANDERS LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

1. I am a partner at the law firm of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), which maintains offices at, among other locations, 875 Third Avenue, New York, New York 10022. I am a member in good standing of the Bars of the States of New York, New Jersey and Michigan and I have been admitted to practice in each of those states. I am also admitted pro hac vice in the above-captioned cases. There are no disciplinary proceedings pending against me.

2. I am making this certification regarding the *First Interim Application of Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 17, 2023 Through and Including September 30, 2023* (the "Application") to certify to certain matters addressed in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181] (the "Compensation Procedures Order").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

3.      Specifically, I have reviewed the Application, including the monthly fee applications relating to the interim fee period covered by the Application, and I hereby certify that such applications comply with the Compensation Procedures Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. In addition, I hereby certify that, in accordance with the Compensation Procedures Order, and in connection with preparing the Application, Troutman Pepper has made a reasonable best effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the *U.S. Trustee Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (Appendix B to 28 C.F.R. §58) (the "U.S. Trustee Guidelines"). In accordance with the U.S. Trustee Guidelines, Troutman Pepper responds to the questions set forth in Section C.5 of the U.S. Trustee Guidelines as follows:

A.   Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

   Answer: Consistent with the Application, Troutman Pepper shall, on a monthly basis, charge the lesser of (a) the blended rate of $750/hour for all timekeepers or (b) its standard hourly billing rates for professional services rendered for such applicable month (subject to the discount of approximately 25% for certain timekeepers, as stated in the Application). If the general unsecured creditors receive a recovery of at least 50% in these chapter 11 cases, Troutman Pepper may apply to recover the difference (if any) between its standard billed rates and the blended rate, subject to further Court approval.

B.   If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

   Answer: Not applicable, as the fees sought in this fee application are well within the amounts budgeted.

C.   Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

   Answer: None of the professionals included in the Application varied their hourly rate based on the geographic location of the bankruptcy case.

D.     Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

Answer: No, the Application does not include time or fees related to reviewing or revising time records.

E.     Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Answer: The Application includes a limited amount of time related to reviewing and revising entries for privileged and confidential information, which is necessary to file the Application. Troutman estimates that this amount of time does not exceed 5 hours.

F.     Does the Application include any rate increases since the firm's retention?

Answer: The Application does not include any rate increases since the retention of Troutman Pepper.

Dated: November 14, 2023                          */s/ Deborah Kovsky-Apap*
                                                                  Deborah Kovsky-Apap