# **EXHIBIT A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br>(Jointly Administered)<br><br>Re: Docket No. 656 |

**ORDER (I) AUTHORIZING THE REJECTION OF**
**CERTAIN EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES EFFECTIVE AS OF DATES**
**SPECIFIED HEREIN  AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") pursuant to sections 105 and 365 of the Bankruptcy Code, (a) authorizing the rejection of certain executory contracts and unexpired leases, as set forth on **Schedule 1** attached hereto, effective as of the dates set forth in **Schedule 1**, and (b) granting related relief, as more fully set forth in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief requested in

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the Motion (the "**Hearing**"); and the record of the Hearing, if any, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Each of the unexpired leases and executory contracts set forth on **Schedule 1**, attached hereto, are rejected, effective as of the respective effective date of rejection set forth in **Schedule 1** for each unexpired lease or executory contract.

3. Any claim held by the Debtors against the Counterparties, whether or not such claims arise under, are related to the rejection of, or are independent of the Contracts, are fully preserved.

4. Any claims based on the rejection of the Contracts shall be filed in accordance with the Bar Date Order by no later than 5:00 p.m. (prevailing Eastern Time) on the date that is 30 days after service of this Order on the applicable Counterparty.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, extent, perfection, priority, allowability, enforceability, or character of any claim or any security interest which purportedly secures such claim or other asserted right or obligation, or a waiver or other limitation on the Debtors' ability to contest the same on any ground permitted by bankruptcy or applicable non-bankruptcy law; (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (c) a

promise to pay any claim; (d) a waiver of any claims or causes of action which may exist against any creditor or interest holder; (e) an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code, except as specified herein, and nothing herein otherwise affects the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease with any party, except as specified in this Motion; (f) granting third-party beneficiary status or bestowing any additional rights on any third party; (g) being otherwise enforceable by any third party, or (h) an admission by the Debtors that such Contract is, in fact, executory.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Rejected Executory Contracts & Unexpired Leases

AMERICAS 125022523

**Schedule 1**
**Rejected Executory Contracts & Unexpired Leases**

| Counterparty or Landlord | Counterparty of Landlord Address | Contract or Lease Description | Debtor | Effective Date of Rejection |
|---|---|---|---|---|
| Akebono Corp. | 34385 W Twelve Mile Road, Farmington Hills, MI 48331 | Warranty Sharing Agreement dated January 17, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Akebono Corp. | 34386 W Twelve Mile Road, Farmington Hills, MI 48331 | Any other agreements with Akebono Corp., to the extent that they are executory, including but not limited to the following purchase orders: Lordstown EV Corp. Schedule Agreement Purchase Order Nos. 114549, 114550, 114551, 114552, 117874, and 117875 | Lordstown EV Corporation | 11/1/2023 |
| Akebono Corp. | 34387 W Twelve Mile Road, Farmington Hills, MI 48331 | Lordstown Motors Corp. Purchase Order No. 106190 | Lordstown Motors Corp. | 11/1/2023 |
| Amerit Fleet Solutions, Inc. | 1331 N. California Blvd Ste 150, Walnut Creek, CA 94596 | Fleet Maintenance & Service Agreement dated January 9, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Applied Medical Resources Corporation | 22872 Avenida Empresa, Rancho Santa Margarita, CA 92688 | Standard Industrial/Commercial Single-Tenant Lease dated October 22, 2020 for property located at 9451 Toledo Way, Irvine, CA 92618, as amended by the First Amendment to Lease dated January 12, 2021 | Lordstown Motors Corp. | 12/31/2023 |
| Bennie W Fowler, LLC | 625 Dream Island Road, Longboat Key, FL 34228 | Purchase order 119005 dated July 2, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC | 7031 Orchard Lake Road Ste 302, West Bloomfield, MI 48322 | Purchase order 119167 dated June 8, 2023 | Lordstown EV Corporation | 11/1/2023 |
| CEVA Logistics U.S., Inc. | 15350 Vickery Drive, Houston, TX 77032 | Services Agreement dated January 1, 2021 | Lordstown EV Corporation | 11/1/2023 |
| CEVA Logistics U.S., Inc. | 15350 Vickery Drive, Houston, TX 77032 | Short-term Warehouse Agreement dated December 1, 2020 | Lordstown EV Corporation | 11/1/2023 |
| Cognizant Worldwide Limited | 1 Kingdom Street, Paddington Central, London W2 68D | Purchase order 106725 dated April 1, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cognizant Worldwide Limited | 1 Kingdom Street, Paddington Central, London W2 68D | Purchase order 118230 dated January 18, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive Mobility Solutions, Inc | 6205-A Peachtree Dunwoody Road, CP-12, Atlanta, GA 30328 | Registration and Title Solutions Agreement Terms and Conditions dated February 8, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive Mobility Solutions, Inc | 6205-A Peachtree Dunwoody Road, CP-12, Atlanta, GA 30328 | Purchase order 118446 dated July 18, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive Mobility Solutions, Inc | 6205-A Peachtree Dunwoody Road, CP-12, Atlanta, GA 30328 | Purchase order 119185 dated July 18, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive, Inc - Manheim | P.O. Box 105156, Atlanta, GA 30348 | Purchase order 118442 dated June 1, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive, Inc - Manheim | P.O. Box 105156, Atlanta, GA 30348 | Purchase order 119133 dated June 22, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Detroit Engineered Products dba DEP | 850 E Long Lake Rd, Troy, MI 48085 | Purchase order 118645 dated April 30, 2023 | Lordstown EV Corporation | 11/1/2023 |
| devPHASE LLC | P.O. Box 498943, Cincinnati, OH 45249 | Purchase order 113471 dated May 20, 2023 | Lordstown EV Corporation | 11/1/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor, Cambridge, MA 02141 | Customer Terms of Service dated December 17, 2022 | Lordstown EV Corporation | 11/1/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor, Cambridge, MA 02141 | Purchase order 118505 dated June 17, 2023 | Lordstown EV Corporation | 11/1/2023 |
| iLoka, Inc. dba NewCloud Networks | 160 Inverness Drive West, Suite 100, Englewood, CO 80112 | Master Agreement dated December 15, 2021 | Lordstown EV Corporation | 11/1/2023 |

| Counterparty or Landlord | Counterparty of Landlord Address | Contract or Lease Description | Debtor | Effective Date of Rejection |
|---|---|---|---|---|
| Intralinks, Inc. | 622 3rd Avenue 10th Floor New York, NY 10017 | Work Order dated July 11, 2023 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road, Suite 200 Bloomfield Hills, MI 48302 | Purchase Order dated April 19, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200 Bloomfield Hills, MI 48302 | Aruba Access Point Installation Services Quotation dated March 29, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200 Bloomfield Hills, MI 48302 | Aruba WLAN Proposal Quotation dated March 26, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200 Bloomfield Hills, MI 48302 | Select Areas 802.11 Site Survey Quotation dated March 26, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200 Bloomfield Hills, MI 48302 | Network Deployment - Core and Access Layer Quotation dated April 21, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200 Bloomfield Hills, MI 48302 | Palo Alto Deployment Quotation dated April 9, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Bloomfield Hills, MI 48302 | APs and ClearPass License Quotation dated September 27, 2022 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Bloomfield Hills, MI 48302 | Purchase order 117854 dated October 31, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Manheim Remarketing, Inc. | P.O. Box 105156 Atlanta, GA 30348 | Vehicle Services Agreement dated April 11, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Marelli North America, Inc. | 633 Garrett Pkwy Lewisburg, TN 37091 | Business award letter dated December 4, 2020 | Lordstown EV Corporation | 11/1/2023 |
| Marelli North America, Inc. | 634 Garrett Pkwy Lewisburg, TN 37091 | Development services agreement dated 10/20/2020 | Lordstown EV Corporation | 11/1/2023 |
| Marelli North America, Inc. | 635 Garrett Pkwy Lewisburg, TN 37091 | Marelli statement of work dated 11/17/2020 | Lordstown EV Corporation | 11/1/2023 |
| Michigan Strategic Fund | 300 North Washington Square Lansing, MI 48913 | Michigan Business Development Program Grant Agreement dated February 17, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Mosaic Corporation | 3050 Northeast Pkwy Ste 100 Atlanta, GA 30360 | Purchase order 110739 dated July 16, 2021 | Lordstown EV Corporation | 11/1/2023 |
| Nexteer Automotive Corporation | 3900 E Holland Rd Saginaw, MI 48601 | Agreement Regarding ED&D Parts | Lordstown EV Corporation | 11/1/2023 |
| ODP Business Solution, LLC | PO Box 633211 Cincinnati, OH 45263 | Purchase order 118854 dated May 8, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Paragon Die & Engineering Company | 5225 33rd St. SE Grand Rapids, MI 49512 | Purchase order 119189 dated June 20, 2023 | Lordstown EV Corporation | 11/1/2023 |
| QT Company | 3031 Tisch Way 110 Plaza West San Jose, CA 95128 | Auto renewal invoice for Qt Design Studio Enterprise 9.30.23 | Lordstown EV Corporation | 11/1/2023 |
| Red Dawn Intermediate I, Inc | 3854 Broadmoor Ave SE Grand Rapids, MI 49512 | Purchase order 118852 dated October 27, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Rentokil North America, INC dba Western Exterminator Company | P.O. Box 16350 Reading, PA 19612 | Purchase order 118659 dated April 19, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Ricoh USA, Inc | P.O. Box 802815 Chicago, IL 60680 | Lease Agreement dated 2/22/21 | Lordstown EV Corporation | 11/1/2023 |
| Ricoh USA, Inc | PO Box 802815 Chicago, IL 60680 | Purchase order 115234 dated July 14, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Robar Public Relations | 1600 E Grand Blvd Unit #300 Detroit, MI 48211 | Purchase order 118851 dated June 4, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Robert Half International Inc | 2613 Camino Ramon San Ramon, CA 94583 | Purchase order 119036 dated May 17, 2023 | Lordstown EV Corporation | 11/1/2023 |

| Counterparty or Landlord | Counterparty of Landlord Address | Contract or Lease Description | Debtor | Effective Date of Rejection |
|---|---|---|---|---|
| Samsung SDI America, Inc. | 4121 North Atlantic Blvd<br>Auburn Hills, MI 48326 | First Amended and Restated Long Term Supply Agreement dated November 22, 2021 | Lordstown EV Corporation | 11/1/2023 |
| Service Express, LLC | 3854 Broadmoor Ave SE<br>Grand Rapids, MI 49512 | Service Express Service Agreement 43076 dated October 16, 2022 | Lordstown Motors Corp. | 11/1/2023 |
| Syngin Technology, LLC - Wallenius Wilhelmsen | 100 South Ashley Dr.<br>Tampa, FL 33602 | Purchase order 119108 dated May 2, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Syngin Technology, LLC - Wallenius Wilhelmsen | 100 South Ashley Dr.<br>Tampa, FL 33602 | Purchase order 119120 dated June 23, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Tata Consultancy Services Limited | Nirmal Building 9th Floor<br>Nariman Point, India 400021 | Project PLM Change Management and Integration Statement of Work dated August 1, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Tata Consultancy Services Limited | Nirmal Building 9th Floor<br>Nariman Point, India 400021 | Project Polarion Statement of Work dated February 16, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Tata Consultancy Services Limited | TCS House, Ravelin Street, Fort Mumbai, 400 001 | Master Agreement for Professional Services dated December 10, 2020 | Lordstown EV Corporation | 11/1/2023 |
| Transportation Research Center, Inc. dba TRC, Inc. | 10820 State Route 347<br>PO Box B-67<br>East Liberty, OH 43319 | Purchase order 113497 dated May 31, 2023 | Lordstown EV Corporation | 11/1/2023 |