## Schedule 1

**Rejected Executory Contracts & Unexpired Leases**

AMERICAS 125022523

**Schedule 1**
**Rejected Executory Contracts & Unexpired Leases**

| Counterparty or Landlord | Counterparty of Landlord Address | Contract or Lease Description | Debtor | Effective Date of Rejection |
|---|---|---|---|---|
| Akebono Corp. | 34385 W Twelve Mile Road, Farmington Hills, MI 48331 | Warranty Sharing Agreement dated January 17, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Akebono Corp. | 34386 W Twelve Mile Road, Farmington Hills, MI 48331 | Any other agreements with Akebono Corp., to the extent that they are executory, including but not limited to the following purchase orders: Lordstown EV Corp. Schedule Agreement Purchase Order Nos. 114549, 114550, 114551, 114552, 117874, and 117875 | Lordstown EV Corporation | 11/1/2023 |
| Akebono Corp. | 34387 W Twelve Mile Road, Farmington Hills, MI 48331 | Lordstown Motors Corp. Purchase Order No. 106190 | Lordstown Motors Corp. | 11/1/2023 |
| Amerit Fleet Solutions, Inc. | 1331 N. California Blvd Ste 150, Walnut Creek, CA 94596 | Fleet Maintenance & Service Agreement dated January 9, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Applied Medical Resources Corporation | 22872 Avenida Empresa, Rancho Santa Margarita, CA 92688 | Standard Industrial/Commercial Single-Tenant Lease dated October 22, 2020 for property located at 9451 Toledo Way, Irvine, CA 92618, as amended by the First Amendment to Lease dated January 12, 2021 | Lordstown Motors Corp. | 12/31/2023 |
| Bennie W Fowler, LLC | 625 Dream Island Road, Longboat Key, FL 34228 | Purchase order 119005 dated July 2, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC | 7031 Orchard Lake Road Ste 302, West Bloomfield, MI 48322 | Purchase order 119167 dated June 8, 2023 | Lordstown EV Corporation | 11/1/2023 |
| CEVA Logistics U.S., Inc. | 15350 Vickery Drive, Houston, TX 77032 | Services Agreement dated January 1, 2021 | Lordstown EV Corporation | 11/1/2023 |
| CEVA Logistics U.S., Inc. | 15350 Vickery Drive, Houston, TX 77032 | Short-term Warehouse Agreement dated December 1, 2020 | Lordstown EV Corporation | 11/1/2023 |
| Cognizant Worldwide Limited | 1 Kingdom Street, Paddington Central, London W2 68D | Purchase order 106725 dated April 1, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cognizant Worldwide Limited | 1 Kingdom Street, Paddington Central, London W2 68D | Purchase order 118230 dated January 18, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive Mobility Solutions, Inc | 6205-A Peachtree Dunwoody Road, CP-12, Atlanta, GA 30328 | Registration and Title Solutions Agreement Terms and Conditions dated February 8, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive Mobility Solutions, Inc | 6205-A Peachtree Dunwoody Road, CP-12, Atlanta, GA 30328 | Purchase order 118446 dated July 18, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive Mobility Solutions, Inc | 6205-A Peachtree Dunwoody Road, CP-12, Atlanta, GA 30328 | Purchase order 119185 dated July 18, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive, Inc - Manheim | P.O. Box 105156, Atlanta, GA 30348 | Purchase order 118442 dated June 1, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Cox Automotive, Inc - Manheim | P.O. Box 105156, Atlanta, GA 30348 | Purchase order 119133 dated June 22, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Detroit Engineered Products dba DEP | 850 E Long Lake Rd, Troy, MI 48085 | Purchase order 118645 dated April 30, 2023 | Lordstown EV Corporation | 11/1/2023 |
| devPHASE LLC | P.O. Box 498943, Cincinnati, OH 45249 | Purchase order 113471 dated May 20, 2023 | Lordstown EV Corporation | 11/1/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor, Cambridge, MA 02141 | Customer Terms of Service dated December 17, 2022 | Lordstown EV Corporation | 11/1/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor, Cambridge, MA 02141 | Purchase order 118505 dated June 17, 2023 | Lordstown EV Corporation | 11/1/2023 |
| iLoka, Inc. dba NewCloud Networks | 160 Inverness Drive West, Suite 100, Englewood, CO 80112 | Master Agreement dated December 15, 2021 | Lordstown EV Corporation | 11/1/2023 |

| Counterparty or Landlord | Counterparty of Landlord Address | Contract or Lease Description | Debtor | Effective Date of Rejection |
|---|---|---|---|---|
| Intralinks, Inc. | 622 3rd Avenue 10th Floor<br>New York, NY 10017 | Work Order dated July 11, 2023 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road, Suite 200<br>Bloomfield Hills, MI 48302 | Purchase Order dated April 19, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Aruba Access Point Installation Services Quotation dated March 29, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Aruba WLAN Proposal Quotation dated March 26, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Select Areas 802.11 Site Survey Quotation dated March 26, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Network Deployment - Core and Access Layer Quotation dated April 21, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road Ste 200<br>Bloomfield Hills, MI 48302 | Palo Alto Deployment Quotation dated April 9, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road<br>Bloomfield Hills, MI 48302 | APs and ClearPass License Quotation dated September 27, 2022 | Lordstown Motors Corp. | 11/1/2023 |
| Logicalis, Inc. | 2600 S Telegraph Road<br>Bloomfield Hills, MI 48302 | Purchase order 117854 dated October 31, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Manheim Remarketing, Inc. | P.O. Box 105156<br>Atlanta, GA 30348 | Vehicle Services Agreement dated April 11, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Marelli North America, Inc. | 633 Garrett Pkwy<br>Lewisburg, TN 37091 | Business award letter dated December 4, 2020 | Lordstown EV Corporation | 11/1/2023 |
| Marelli North America, Inc. | 634 Garrett Pkwy<br>Lewisburg, TN 37091 | Development services agreement dated 10/20/2020 | Lordstown EV Corporation | 11/1/2023 |
| Marelli North America, Inc. | 635 Garrett Pkwy<br>Lewisburg, TN 37091 | Marelli statement of work dated 11/17/2020 | Lordstown EV Corporation | 11/1/2023 |
| Michigan Strategic Fund | 300 North Washington Square<br>Lansing, MI 48913 | Michigan Business Development Program Grant Agreement dated February 17, 2021 | Lordstown Motors Corp. | 11/1/2023 |
| Mosaic Corporation | 3050 Northeast Pkwy Ste 100<br>Atlanta, GA 30360 | Purchase order 110739 dated July 16, 2021 | Lordstown EV Corporation | 11/1/2023 |
| Nexteer Automotive Corporation | 3900 E Holland Rd<br>Saginaw, MI 48601 | Agreement Regarding ED&D Parts | Lordstown EV Corporation | 11/1/2023 |
| ODP Business Solution, LLC | PO Box 633211<br>Cincinnati, OH 45263 | Purchase order 118854 dated May 8, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Paragon Die & Engineering Company | 5225 33rd St. SE<br>Grand Rapids, MI 49512 | Purchase order 119189 dated June 20, 2023 | Lordstown EV Corporation | 11/1/2023 |
| QT Company | 3031 Tisch Way 110 Plaza West<br>San Jose, CA 95128 | Auto renewal invoice for Qt Design Studio Enterprise 9.30.23 | Lordstown EV Corporation | 11/1/2023 |
| Red Dawn Intermediate I, Inc | 3854 Broadmoor Ave SE<br>Grand Rapids, MI 49512 | Purchase order 118852 dated October 27, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Rentokil North America, INC dba Western Exterminator Company | P.O. Box 16350<br>Reading, PA 19612 | Purchase order 118659 dated April 19, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Ricoh USA, Inc | P.O. Box 802815<br>Chicago, IL 60680 | Lease Agreement dated 2/22/21 | Lordstown EV Corporation | 11/1/2023 |
| Ricoh USA, Inc | PO Box 802815<br>Chicago, IL 60680 | Purchase order 115234 dated July 14, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Robar Public Relations | 1600 E Grand Blvd Unit #300<br>Detroit, MI 48211 | Purchase order 118851 dated June 4, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Robert Half International Inc | 2613 Camino Ramon<br>San Ramon, CA 94583 | Purchase order 119036 dated May 17, 2023 | Lordstown EV Corporation | 11/1/2023 |

| Counterparty or Landlord | Counterparty of Landlord Address | Contract or Lease Description | Debtor | Effective Date of Rejection |
|---|---|---|---|---|
| Samsung SDI America, Inc. | 4121 North Atlantic Blvd Auburn Hills, MI 48326 | First Amended and Restated Long Term Supply Agreement dated November 22, 2021 | Lordstown EV Corporation | 11/1/2023 |
| Service Express, LLC | 3854 Broadmoor Ave SE Grand Rapids, MI 49512 | Service Express Service Agreement 43076 dated October 16, 2022 | Lordstown Motors Corp. | 11/1/2023 |
| Syngin Technology, LLC - Wallenius Wilhelmsen | 100 South Ashley Dr. Tampa, FL 33602 | Purchase order 119108 dated May 2, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Syngin Technology, LLC - Wallenius Wilhelmsen | 100 South Ashley Dr. Tampa, FL 33602 | Purchase order 119120 dated June 23, 2023 | Lordstown EV Corporation | 11/1/2023 |
| Tata Consultancy Services Limited | Nirmal Building 9th Floor Nariman Point, India 400021 | Project PLM Change Management and Integration Statement of Work dated August 1, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Tata Consultancy Services Limited | Nirmal Building 9th Floor Nariman Point, India 400021 | Project Polarion Statement of Work dated February 16, 2022 | Lordstown EV Corporation | 11/1/2023 |
| Tata Consultancy Services Limited | TCS House, Ravelin Street, Fort Mumbai, 400 001 | Master Agreement for Professional Services dated December 10, 2020 | Lordstown EV Corporation | 11/1/2023 |
| Transportation Research Center, Inc. dba TRC, Inc. | 10820 State Route 347 PO Box B-67 East Liberty, OH 43319 | Purchase order 113497 dated May 31, 2023 | Lordstown EV Corporation | 11/1/2023 |