IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 647 |

**SUPPLEMENTAL DECLARATION OF DONALD J. DETWEILER IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER UNDER 11 U.S.C. §§ 327(A) AND 328(A), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE BOND DICKINSON (US) LLP AS CO-COUNSEL <u>*NUNC PRO TUNC* TO OCTOBER 6, 2023</u>**

Donald J. Detweiler, pursuant to 28 U.S.C. § 1746, certifies as follows:

1. I am a partner of the law firm of Womble Bond Dickinson (US) LLP ("**WBD**") which maintains an office for the practice of law at 1313 North Market Street, Suite 1200, Wilmington, Delaware 19801, as well as offices in California, the District of Columbia, Georgia, Maryland, Massachusetts, New York, North Carolina, South Carolina, Texas, and Virginia. I will assume primary responsibility within WBD for its engagement in the Chapter 11 Cases.

2. Except as otherwise indicated, all facts set forth in this Supplemental Declaration (the "**Supplemental Declaration**") are based upon my personal knowledge, information supplied to me by other WBD professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional party in interest information becomes available to WBD, a

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

supplemental declaration will be submitted to this Court reflecting such amended or modified information.

3. I submit this Declaration to provide further support and disclosures in connection with the *Application of the Debtors for an Order Under 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Nunc Pro Tunc to October 6, 2023*[2] [Docket No. 647] (the "**Application**") to retain WBD as bankruptcy counsel for the above-captioned debtors and debtors-in-possession (the "**Debtors**"), *nunc pro tunc* to October 6, 2023, as required by Bankruptcy Code sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

4. Following the filing of the Application, WBD employed Marcy McLaughlin Smith ("**Ms. Smith**") as an associate at the firm. Ms. Smith was previously employed by Troutman Pepper Hamilton Sanders LLP ("**Troutman Pepper**") which acts as counsel to the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in these Chapter 11 Cases. At Troutman Pepper, Ms. Smith worked briefly on matters related to these Chapter 11 Cases for the Creditors' Committee. Accordingly, and ethical wall has been established and Ms. Smith has been screened from any involvement with WBD's representation of the Debtors.

5. Additionally, in the Application, WBD disclosed a representation of an individual named David Cohen in matters unrelated to these Chapter 11 Cases. An individual named David Cohen is also a litigant in a securities litigation against the Debtors. Upon further investigation, it does not appear that WBD's client is the same individual because the WBD client was represented by WBD UK and is related to an insurance matter for a business located in the United Kingdom.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

6. Finally, WBD has confirmed that it has no connection with U.S. Trustee employees Jonathan Nyaku and Jonathan Lipshie.

I hereby declare under the penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief.

Dated: November 17, 2023

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)