## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.* | Case No. 23-10831 (MFW) |
| Debtor. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On November 10, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document by first class mail on the service list attached hereto as Exhibit A:

| 11/10/2023 | 687 | Omnibus Objection to Claims // Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims. Filed by Lordstown Motors Corp.. Hearing scheduled for 12/11/2023 at 02:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #4, Wilmington, Delaware. Objections due by 11/27/2023. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Patterson, Morgan) (Entered: 11/10/2023) |
|---|---|---|

X _____
Laurie Heggan

Dated: November 13, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 13th day of November 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

**VIA FIRST CLASS MAIL**

Allen & Overy LLP
Daniel Guyder, Bradley Pensyl, Christopher Newcomb,
Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz,
Robin Spigel
1221 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL**

Allen & Overy LLP
Noah Brumfield, Patrick Pearsall, Michael Modesto
Gale
1101 New York Avenue, NW
Washington, DC 20005

**VIA FIRST CLASS MAIL**

Austria Legal, LLC
Matthew P. Austria
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Barry L. Leonard & Co. Inc.
Attn: Kim Parsons
920 Brenner St
Winston-Salem, NC 27101

**VIA FIRST CLASS MAIL**

Barry L. Leonard and Company Inc.
dba Trans Machine Technologies
Barry Leonard
920 Brenner St
Winston-Salem, NC 27101

**VIA FIRST CLASS MAIL**

Benesch Friedlander Coplan & Aronoff LLP
Jennifer R. Hoover, Steven L. Walsh
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101

**VIA FIRST CLASS MAIL**

Bernstein Litowitz Berger & Grossmann LLP
Gregory V. Varallo, Glenn R. McGillivray, Daniel
Meyer
500 Delaware Avenue, Suite 901
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Bernstein Litowitz Berger & Grossmann LLP
Jeroen van Kwawegen, Thomas G. James, Margaret
Sanborn-Lowing
1251 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL**

Brown Rudnick LLP
Matthew A. Sawyer
One Financial Center
Boston, MA 02111

**VIA FIRST CLASS MAIL**

Brown Rudnick LLP
Robert J. Stark, Bennett S. Silverberg
7 Times Square
New York, NY 10036

**VIA FIRST CLASS MAIL**

Buchalter, A Professional Corporation
Shawn M. Christianson, Esq.
425 Market Street, Suite 2900
San Francisco, CA 94105-3493

**VIA FIRST CLASS MAIL**

California Attorney General
Attn Bankruptcy Department
1300 I St., Ste. 1740
Sacramento, CA 95814-2919

**VIA FIRST CLASS MAIL**

Connolly Gallagher LLP
Jeffrey C. Wisler
1201 N. Market Street, 20th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Crestline Management, L.P.
Attn: Shaun McGowan
201 Main Street, Suite 1100
Fort Worth, TX 76102

**VIA FIRST CLASS MAIL**

Cross & Simon, LLC
Christopher P. Simon, Esq.
1105 North Market Street, Suite 901
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Delaware Dept of Justice
Attorney General
Attn Bankruptcy Department
Carvel State Building
820 N French St
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Delaware Secretary of State
Division of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903

**VIA FIRST CLASS MAIL**

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**VIA FIRST CLASS MAIL**

Doshi Legal Group, P.C.
Amish R. Doshi, Esq.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

**VIA FIRST CLASS MAIL**

Esopus Creek Value Series Fund LP - Series "A"
Attn: Andrew L. Sole
81 Newtown Ln. #307
East Hampton, NY 11937

**VIA FIRST CLASS MAIL**

Florida Attorney General
Attn Bankruptcy Department
PL-01 The Capitol
Tallahassee, FL 32399-1050

**VIA FIRST CLASS MAIL**

Foxconn (Far East) Limited
P.O. Box 31119
Grand Pavilion, Hibiscus Way
802 West Bay Road
Grand Cayman, KY1-1205
Cayman Islands

**VIA FIRST CLASS MAIL**

Foxconn EV Technology, Inc.
Attention: Jerry Hsiao and Steven Yu
4568 Mayfield Road, Suite 204
Cleveland, OH 44121

**VIA FIRST CLASS MAIL**

Foxconn Ventures Ptd. Ltd.
c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao
No. 66, Zhongshan Road
Tucheng Industrial Zone
Tucheng District
New Taipei City,  23680
Taiwan

**VIA FIRST CLASS MAIL**

Foxteq Holdings Inc.
P.O. Box 31119
Grand Pavilion, Hibiscus Way
802 West Bay Road
Grand Cayman, KY1-1205
Cayman Islands

**VIA FIRST CLASS MAIL**

Foxteq Integration Inc.
P.O. Box 31119
Grand Pavilion, Hibiscus Way
802 West Bay Road
Grand Cayman, KY1-1205
Cayman Islands

**VIA FIRST CLASS MAIL**

Frost Brown Todd LLP
A.J. Webb, Esq
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

**VIA FIRST CLASS MAIL**

Frost Brown Todd LLP
Edward M. King
400 West Market Street Suite 3200
Louisville, KY 40202-3363

**VIA FIRST CLASS MAIL**

Frost Brown Todd LLP
Patricia K. Burgess
150 3rd Avenue South, Suite 1900
Nashville, TN 37201

**VIA FIRST CLASS MAIL**

Georgia Attorney General
Attn Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

**VIA FIRST CLASS MAIL**

Hon Hai Precision Industry Co., Ltd
Attention Jerry Hsiao
No. 66, Zhongshan Road
Tucheng Industrial Zone
Tucheng District
New Taipei City,  23680
Taiwan

**VIA FIRST CLASS MAIL**

Illinois Attorney General
Attn Bankruptcy Department
James R. Thompson Ctr
100 W. Randolph St.
Chicago, IL 60601

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Attn Susanne Larson
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

**VIA FIRST CLASS MAIL**

Katten Muchin Rosenman LLP
Bruce G. Vanyo, Sarah Eichenberger, Jonathan
Rotenberg, Cindi M. Giglio
50 Rockefeller Plaza
New York, NY 10020-1605

**VIA FIRST CLASS MAIL**

KCC
222 N Pacific Coast Highway
Suite 300
El Segundo, CA 90245

**VIA FIRST CLASS MAIL**

Lordstown Motors Corp.
Attn: Adam Kroll
27000 Hills Tech Court
Farmington Hills, MI 48331

**VIA FIRST CLASS MAIL**

Lowenstein Sandler LLP
Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott
Cargill, Esq.
One Lowenstein Drive
Roseland, NJ 07068

**VIA FIRST CLASS MAIL**

M3 Advisory Partners
Robert Winning
1700 Broadway, 19th Floor
New York, NY 10019

**VIA FIRST CLASS MAIL**

Michigan Attorney General
Attn Bankruptcy Department
G. Mennen Williams Building
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

**VIA FIRST CLASS MAIL**

Michigan Department of Treasury
Heather L. Donald, Assistant Attorney General
3030 West Grand Blvd., Ste 10-200
Cadillac Place
Detroit, MI 48202

**VIA FIRST CLASS MAIL**

Miller, Canfield, Paddock and Stone, P.L.C.
Marc N. Swanson
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

**VIA FIRST CLASS MAIL**

Morris James LLP
Eric J. Monzo, Brya M. Keilson
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Morris, Nichols, Arsht & Tunnell LLP
Robert J. Dehney, Matthew B. Harvey, Matthew O.
Talmo, Donna L. Culver
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FIRST CLASS MAIL**

North Carolina Attorney General
Attn Bankruptcy Department
9001 Mail Service Center
Raleigh, NC 27699-9001

**VIA FIRST CLASS MAIL**

Office of the United States Trustee Delaware
Benjamin Hackman
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Ohio Attorney General
Attn Bankruptcy Department
30 E. Broad St. 14th Fl
Columbus, OH 43215-0410

**VIA FIRST CLASS MAIL**

Pashman Stein Walder Hayden, P.C.
Joseph C. Barsalona II
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Paul Hastings LLP
Mike Huang, Kevin P. Broughel
200 Park Avenue
New York, NY 10166

**VIA FIRST CLASS MAIL**

PCE Paragon Solutions Kft.
Komarom
Banki Donatu utca 1
, 2900
Hungary

**VIA FIRST CLASS MAIL**

Pennsylvania Attorney General
Attn Bankruptcy Department
16th Floor, Strawberry Square
Harrisburg, PA 17120

**VIA FIRST CLASS MAIL**

Pertento Partners LLP
Attn: Ian Trundle
111 Park Street
London,  W1K 7JL
United Kingdom

**VIA FIRST CLASS MAIL**

Polsinelli PC
Christopher A. Ward
222 Delaware Ave., Suite 1101
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Pomerantz LLP
Gustavo F. Bruckner, Samuel J. Adams, Ankita
Sangwan
600 3rd Avenue
New York, NY 10016

**VIA FIRST CLASS MAIL**

SA Automotive LTD
Shar Hedayat
1307 Highview Dr
Webberville, MI 48892

**VIA FIRST CLASS MAIL**

SA Automotive Ltd.
Attn: Katherine Diederich
1307 Highview Drive
Webberville, MI 48892

**VIA FIRST CLASS MAIL**

Saul Ewing LLP
Evan T. Miller
1201 North Market Street, Suite 2300
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Securities & Exchange Commission
NY Regional Office
Regional Director
100 Pearl St., Suite 20-100
New York, NY 10004-2616

**VIA FIRST CLASS MAIL**

Securities & Exchange Commission
PA Regional Office
Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

**VIA FIRST CLASS MAIL**

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

**VIA FIRST CLASS MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq.
One Rodney Square, 920 N. King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
Robert D. Drain, Esq.
One Manhattan West
New York, NY 10001

**VIA FIRST CLASS MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
Ron E. Meisler, Esq., Jennifer Madden, Esq.
155 North Wacker Drive
Chicago, IL 60606-1720

**VIA FIRST CLASS MAIL**

Snell & Wilmer L.L.P.
Andrew B. Still
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689

**VIA FIRST CLASS MAIL**

Sullivan Hazeltine Allinson LLC
William A. Hazeltine
919 North Market Street, Suite 420
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Superior Cam Inc
John Basso
31240 Stephenson Hwy
Madison Heights, MI 48071

**VIA FIRST CLASS MAIL**

Texas Attorney General
Attn Bankruptcy Department
300 W. 15th St
Austin, TX 78701

**VIA FIRST CLASS MAIL**

Troutman Pepper Hamilton Sanders LLP
David M. Fournier, Tori L. Remington
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Troutman Pepper Hamilton Sanders LLP
Deborah Kovsky-Apap
875 Third Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**

Troutman Pepper Hamilton Sanders LLP
Francis J. Lawall
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

**VIA FIRST CLASS MAIL**

Troutman Pepper Hamilton Sanders LLP
Sean P. McNally
4000 Town Center, Suite 1800
Southfield, MI 48075

**VIA FIRST CLASS MAIL**

US Attorney for District of Delaware
US Attorney for Delaware
1313 N Market Street
Hercules Building
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Warner Norcross + Judd LLP
Stephen B. Grow
180 Ottawa Ave NW
Grand Rapids, MI 49503

**VIA FIRST CLASS MAIL**

White & Case LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020

**VIA FIRST CLASS MAIL**

White & Case LLP
Jason N. Zakia
111 South Wacker Drive
Chicago, IL 60606

**VIA FIRST CLASS MAIL**

White & Case LLP
Roberto Kampfner, Doah Kim, RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071

**VIA FIRST CLASS MAIL**

White & Case LLP
Thomas E Lauria, Matthew C. Brown, Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

**VIA FIRST CLASS MAIL**

Womble Bond Dickinson (US) LLP
Donald J. Detweiler, Morgan L. Patterson
1313 North Market Street, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Young Conaway Stargatt & Taylor, LLP
Sean M. Beach, Shane Reil
Rodney Square
1000 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Abdelkader Bougar

607 - 328 Agnes Street

New Westminster, BC V3L 0J4

Canada

**VIA FIRST CLASS MAIL**

Abdoul K Diop

5 Chicory Street

Stewartstown, PA 17363

**VIA FIRST CLASS MAIL**

Adeel Saddiqui

34 Hepburn Street

Markham, ON L3S 3Z6

Canada

**VIA FIRST CLASS MAIL**

Akash Sharma

1823 Heritage Pass

Milton, GA 30004

**VIA FIRST CLASS MAIL**

Andre Horasanian Trust UA DTD 11/16/2

2279 Kelmscott Court

Westlake Vlg, CA 91361

**VIA FIRST CLASS MAIL**

Anthony Karnowski

314 Bowman Drive

Kent, OH 44240

**VIA FIRST CLASS MAIL**

Baba Traware

2510 Grants Lake Blvd. #114

Sugar Land, TX 77479

**VIA FIRST CLASS MAIL**

Bashir Tanko

1401 Kings Hwy, Apt 339B

Fairfield, CT 6824

**VIA FIRST CLASS MAIL**

Benjamin Gilles

11 Crisci Lane

Highland, NY 12528

**VIA FIRST CLASS MAIL**

Benjamin Sanabria

608 Cambridge CT

Discovery Bay, CA 94505

**VIA FIRST CLASS MAIL**

Boris Kagarlitskiy

2254 Wrenford Rd.

Cleveland, OH 44118

**VIA FIRST CLASS MAIL**

Brenda P Alfaro

1823 S Roberts Rd.

Tempe, AZ 85281

**VIA FIRST CLASS MAIL**

Brian Canty

35 Folsom Ave

Huntington Station, NY 11746

**VIA FIRST CLASS MAIL**

Brian Rankin

5186 Corduroy Rd

Mentor, OH 44060

**VIA FIRST CLASS MAIL**

Calvin J. Minkins

21518 Haylee Way

Humble, TX 77338

**VIA FIRST CLASS MAIL**

Cara Hafferty

118 Commercial St

Braintree, MA 2184

**VIA FIRST CLASS MAIL**

Charles L. & Lyona Hannahs

105 Main St

Union, IA 50258

**VIA FIRST CLASS MAIL**

Charles Sandstrom

478 Tobin Alpha Rd

Crystal Falls, MI 49920

**VIA FIRST CLASS MAIL**

Charlie Johns

210 Grove Park Drive

Burlington, ON L7T 2H4

Canada

**VIA FIRST CLASS MAIL**

Chinh V Hoang

10832 Blake St

Garden Grove, CA 92843

**VIA FIRST CLASS MAIL**

Christabel Bryant

34 Village St

South Easton, MA 2375

**VIA FIRST CLASS MAIL**

Columbia Diane Carfolo

7464 Drury Ln

Canfield, OH 44406

**VIA FIRST CLASS MAIL**

Craig Bauer

1 Troy Street

Edison, NJ 8820

**VIA FIRST CLASS MAIL**

Cynthia Beebe

11560 NW Highway Kk

Appleton City, MO 64724-2326

**VIA FIRST CLASS MAIL**

Daniel Adams

354 Johnson Place

Poland, OH 44514

**VIA FIRST CLASS MAIL**

David Callaway

2400 Johnson Ave Unit 3G

Bronx, NY 10463

**VIA FIRST CLASS MAIL**

David Dzenutis

512 Cherry Brook Road

Canton, CT 6019

**VIA FIRST CLASS MAIL**

David H. Tyner

2898 Hwy 14 West

Autaugaville, AL 36003

**VIA FIRST CLASS MAIL**

Dennis Mugwanya

681 11th St

Richmond, CA 94801

**VIA FIRST CLASS MAIL**

Din B. Premy and Joyce R. Premy

82 Linton Street

Nashua, NH 3060

**VIA FIRST CLASS MAIL**

Dionald Tamara

4 Pleasant Park Close West

Brooks, AB T1R 1H5

Canada

**VIA FIRST CLASS MAIL**

Donald Drake

2871 N Ocean Blvd V463

Boca Raton, FL 33431

**VIA FIRST CLASS MAIL**

Donald R. Drake

2871 N. Ocean Blvd V463

Boca Raton, FL 33431

**VIA FIRST CLASS MAIL**

Douglas Wargo

11119 Aquilla Rd

Chardon, OH 44024

**VIA FIRST CLASS MAIL**

Douglas Wargo

11119 Aquilla Rd

Chardon, OH 44024

**VIA FIRST CLASS MAIL**

Douglas Wargo

11119 Aquilla Rd

Chardon, OH 44024

**VIA FIRST CLASS MAIL**

Dwayne L Adams

2093 Majestic Dr

Canonsburg, PA 15317

**VIA FIRST CLASS MAIL**

Edelyn Saint Louis

27414 129th Pl SE

Kent, WA 98030

**VIA FIRST CLASS MAIL**

Edward Fait

15412 Royal Oak Dr

Middlefield, OH 440620-9029

**VIA FIRST CLASS MAIL**

Eric Knies

23118 Greencrest St.

Saint Clair Shores, MI 48080

**VIA FIRST CLASS MAIL**

Farkhonda Sangar

4401 Haydock Park Dr

Mississauga, ON L5M 3C2

Canada

**VIA FIRST CLASS MAIL**

Frangilan Patrick

2036 Martin Grove Road

Toronto, ON M9V 4B6

Canada

**VIA FIRST CLASS MAIL**

Gagik Keshishi

2543 Montrose Ave

Montrose, CA 91020

**VIA FIRST CLASS MAIL**

Garrett Baumann

3240 Welton Circle

Roseville, CA 95747

**VIA FIRST CLASS MAIL**

Gary Krikorian

25922 Monte Royale Dr

Mission Viejo, CA 92692

**VIA FIRST CLASS MAIL**

Gary Wayne Browne

9265 122 Street Unit 31

Surrey, BC V3V 7R4

Canada

**VIA FIRST CLASS MAIL**

Gauri Agrawal

10147 N. Portal Ave.

Cupertino, CA 95014

**VIA FIRST CLASS MAIL**

George M Moats Sr

409 Sunshine Hollow Rd

Uniontown, PA 15401

**VIA FIRST CLASS MAIL**

Graham Liechty Roth IRA

423 Shepherds Way

Osceola, IN 46561

**VIA FIRST CLASS MAIL**

Gregory Scott Shank

PO Box 104

Reedsport, OR 97467

**VIA FIRST CLASS MAIL**

Harold Kallies

567 Idlewild Rd

Crystal Falls, MI 49920

**VIA FIRST CLASS MAIL**

Henry Taguba

4 Vauhgn Drive

Welland, ON L3B 0G7

Canada

**VIA FIRST CLASS MAIL**

Hui Chan Liu

1601-6611 Southoaks Cres.

Burnaby, BC V5E 4L5

Canada

**VIA FIRST CLASS MAIL**

Huyen T Nguyen

4967 Rice Drive

San Jose, CA 95111

**VIA FIRST CLASS MAIL**

James A Jacobs

126 Sarah Jane Dr

Madison, AL 35757

**VIA FIRST CLASS MAIL**

James Claudius Smith

8703 Sunnyfield Dr

Houston, TX 77099

**VIA FIRST CLASS MAIL**

James Duhaime

2316 Raccoon Run

Monroe, NC 28110

**VIA FIRST CLASS MAIL**

James L. Morehead Sr

4135 Ave L

Santa Fe, TX 77510

**VIA FIRST CLASS MAIL**

Jeffrey W Marsee

14416 Andina Trl

Fort Wayne, IN 46845

**VIA FIRST CLASS MAIL**

Jie Zheng

35 Kentley Street

Markham, ON L6C 3G2

Canada

**VIA FIRST CLASS MAIL**

Joh Rojao

650 Kenwood Road

Ridgewood, NJ 7450

**VIA FIRST CLASS MAIL**

John Bedford

6349 Chestnut Ave

Orangevale, CA 95662

**VIA FIRST CLASS MAIL**

John Chou and Yajane Chu, JT

1108 Ranchwood Pl

Diamond Bar, CA 91765

**VIA FIRST CLASS MAIL**

John Patrick Meegan

PO Box 463

Baraboo, WI 53913

**VIA FIRST CLASS MAIL**

John S D. Blasi & Patricia A D. Blasi

4 Spearfield Lane

Lynnfield, MA 1940

**VIA FIRST CLASS MAIL**

John Steele

335 Warden Avenue

Ottawa, ON K1E 1T3

Canada

**VIA FIRST CLASS MAIL**

Jonathan Clark

3509 Hanna Dr

Memphis, TN 38128

**VIA FIRST CLASS MAIL**

Jose B Ruiz

2 10th Ave

Huntington, NY 11746

**VIA FIRST CLASS MAIL**

Joyce Jeanette Holmes

6015 Niles Rd

Valders, WI 54245

**VIA FIRST CLASS MAIL**

Jude Ezeigwe

7298 Tunbridge Dr

New Albany, OH 43054

**VIA FIRST CLASS MAIL**

Julie Schroeder

114B Elk Street

Santa Cruz, CA 95065

**VIA FIRST CLASS MAIL**

Jung-Jin  LEE

1600 Hillsborough St

Chula Vista, CA 91913

**VIA FIRST CLASS MAIL**

Justin Saba

1717 Bel Air Rd

Los Angeles, CA 90077

**VIA FIRST CLASS MAIL**

Kai Jin Huang

81 Wepawaug Rd

Woodbridge, CT 6525

**VIA FIRST CLASS MAIL**

KalaWati Narayan

11235 81A Avenue

Delta, BC V4C2A2

Canada

**VIA FIRST CLASS MAIL**

Kang Liu

2040 Lake Vista Court

San Jose, CA 95148

**VIA FIRST CLASS MAIL**

Kelli Codianne

610 7Th Street

Boonville, MO 65233

**VIA FIRST CLASS MAIL**

Kenneth Adams

354 Johnston Pl

Poland, OH 44514

**VIA FIRST CLASS MAIL**

Kenneth Alcazar

17401 Devonshire St

Northridge, CA 91325

**VIA FIRST CLASS MAIL**

Kenton W. Riggs

2220 W Tripp Ave

Peoria, IL 61604

**VIA FIRST CLASS MAIL**

Kerry M. Powers

4411 Harrison Grade Rd

Sebastopol, CA 95472

**VIA FIRST CLASS MAIL**

Kevin Kilpatrick

9 Roger Norton Pl

Cranford, NJ 7016

**VIA FIRST CLASS MAIL**

Laurie L. Jordan

144 Sherwood St

Portland, ME 4103

**VIA FIRST CLASS MAIL**

Laurie L. Jordan

144 Sherwood St

Portland, ME 4103

**VIA FIRST CLASS MAIL**

Lone Pine Farms Inc

600 E Hillcrest Ave Apt 311

Indianola, IA 50125

**VIA FIRST CLASS MAIL**

Louise Prystaloski

23349 Hazeltine Dr

Athens, AL 35613

**VIA FIRST CLASS MAIL**

Man Bum Hahn

13818 Estuary Dr

Clarksburg, MD 20871

**VIA FIRST CLASS MAIL**

Mark C Cleland

10927 Pendragon Place

Raleigh, NC 27614

**VIA FIRST CLASS MAIL**

Mark Cunliffe

140 Robinson St Apt 1002

Hamilton, ON L8P 4R6

Canada

**VIA FIRST CLASS MAIL**

Maryann Jamieson

2752 Pala Dura Drive

Henderson, NV 89074

**VIA FIRST CLASS MAIL**

Md Mokarrom Hossain

1003-15 Orton Park Rd

Scarborough, ON M1G 3G3

Canada

**VIA FIRST CLASS MAIL**

Michael J Teuscher

4857 Regents Park Ln

Fremont, CA 94538

**VIA FIRST CLASS MAIL**

Michael Pinterics

891 Smokey Lake Dr

Phelps, WI 54554

**VIA FIRST CLASS MAIL**

Michael T. Moore

2006 West 43rd Street #42

Houston, TX 77018

**VIA FIRST CLASS MAIL**

Minh Tran

356 Montecito Way

Milpitas, CA 95035

**VIA FIRST CLASS MAIL**

Ms Donna R Taman

8814 Killians Greens Dr

Las Vegas, NV 89131

**VIA FIRST CLASS MAIL**

Muhammad S. Chaudhry

400 Glendale Rd D/35

Havertown, PA 19083

**VIA FIRST CLASS MAIL**

Nelson Debasa

5289 Ambleside Drive

Concord, CA 94521

**VIA FIRST CLASS MAIL**

Nicholas Lynn

101 Grace Crescent

Barrie, ON L4N 0C3

Canada

**VIA FIRST CLASS MAIL**

Nicholaus Schilling

30504 SW 195th Ave

Homestead, FL 33030

**VIA FIRST CLASS MAIL**

Olaf Robrecht

#2307 969 Richards St

Vancouver, BC V6B1A8

Canada

**VIA FIRST CLASS MAIL**

Pamela Kritz

5038 Snapdragon Cr

Little Suamico, WI 54141

**VIA FIRST CLASS MAIL**

Paramesu Badugu

63 A View Green Crescent

Etobicoke, ON M9W7E1

Canada

**VIA FIRST CLASS MAIL**

Pauline Ottomanelli

3 Dante Drive

Manchester, NJ 8759

**VIA FIRST CLASS MAIL**

Philip Andrew Samples

400 Sable Lane

Statesboro, GA 30461

**VIA FIRST CLASS MAIL**

Praveenan Puvananayagan

619 Rue Toussaint

Laval, QC H7X 4G1

Canada

**VIA FIRST CLASS MAIL**

Quang Huynh

75 Harvest Oak Drive NE

Calgary, AB T3K 4V2

Canada

**VIA FIRST CLASS MAIL**

Rachel Clark

5520 Wilson Dr

Mentor, OH 44060

**VIA FIRST CLASS MAIL**

Ralph Slotnick

2755 Aqua Verde Circle

Los Angeles, CA 90077

**VIA FIRST CLASS MAIL**

Ray Ingrassia

10623 Aventura Drive

Jacksonville, FL 32256

**VIA FIRST CLASS MAIL**

Rex A Wyrick

1825 Bankfoot Ct

Folsom, CA 95630

**VIA FIRST CLASS MAIL**

Robert A. Minton

3760 Ewart Rd

Mt Vernon, OH 43050

**VIA FIRST CLASS MAIL**

Robert Carnevale

23 Ashwood Ave

Whitesboro, NY 13492

**VIA FIRST CLASS MAIL**

Robert R Coder Jr

44876 S.R 517

Columbiana, OH 44408

**VIA FIRST CLASS MAIL**

Robert Radulski

115 Diogenes St

Dunedin, FL 34698

**VIA FIRST CLASS MAIL**

Rodney J Carelock

2941 Winburn Dr

Florence, SC 29501

**VIA FIRST CLASS MAIL**

Rodolfo Oreste

107 Dean St.

Mansfield, MA 2048

**VIA FIRST CLASS MAIL**

Roman Shevchuk

2406 166th Ave SE

Bellevue, WA 98008

**VIA FIRST CLASS MAIL**

Roy M. Jacobs

1691 Broadway Ave.

East Canton, OH 44730

**VIA FIRST CLASS MAIL**

Scott A. Davis

30 Carroll Ave

Norwich, CT 6360

**VIA FIRST CLASS MAIL**

Scott Hansen

PO Box 1451

Albany, OR 97321

**VIA FIRST CLASS MAIL**

Shane D Semb

618 Tall Pines Way

Verona, WI 53593

**VIA FIRST CLASS MAIL**

Simon James Milde

39 North Haven Way

Sag Harbor, NY 11963

**VIA FIRST CLASS MAIL**

Solomon Wab Lumor

12 Andover Road

Old Bridge, NJ 8857

**VIA FIRST CLASS MAIL**

Stacy Waugh

2802 Cooper Ln

Nashville, TN 37216

**VIA FIRST CLASS MAIL**

Stanley Michaud

544 Greenwich Street

Hempstead, NY 11550

**VIA FIRST CLASS MAIL**

Stephen Fleming

31432 San Juan St

Harrison Township, MI 48045-5901

**VIA FIRST CLASS MAIL**

Sumi Yi

2500 Stanford Dr

Flower Mound, TX 75022

**VIA FIRST CLASS MAIL**

Sumi Yi

2500 Stanford Dr

Flower Mound, TX 75022

**VIA FIRST CLASS MAIL**

Ta Kai Hsia

1107 Samstag Ct

Naperville, IL 60563

**VIA FIRST CLASS MAIL**

Tam Q Trac

3809 Gayle St

San Diego, CA 92115

**VIA FIRST CLASS MAIL**

Thanh Huynh

75 Harvest Oak Drive NE

Calgary, AB T3K 4V2

Canada

**VIA FIRST CLASS MAIL**

Trent Sharp

8955 Upbeat Way

Elk Grove, CA 95757

**VIA FIRST CLASS MAIL**

Tri Vinh Nguyen

104-98 Richmond Road

Ottawa, ON K1Z 0B2

Canada

**VIA FIRST CLASS MAIL**

Vincent & Pauline Ottomanelli

3 Dante Drive

Manchester, NJ 8759

**VIA FIRST CLASS MAIL**

Vincent Ottomanelli

3 Dante Drive

Manchester, NJ 8759

**VIA FIRST CLASS MAIL**

Wen Hwai Horng

181 Nathan Hale Dr

Deptford, NJ 8096

**VIA FIRST CLASS MAIL**

William Ortega

106-03 77th Street

Ozone Park, NY 11417

**VIA FIRST CLASS MAIL**

Filec Production SAS - Amphenol

ZI Rue de Disse

Airvault, Aquitaine 79600

France

**VIA FIRST CLASS MAIL**

JVIS USA LLC

52048 Shelby Parkway

Shelby Township, MI 48315

**VIA FIRST CLASS MAIL**

State of Michigan, Unemployment Insurance Agency,
Tax Office

3024 W. Grand Blvd., Ste 12-650

Detroit, MI 48202

**VIA FIRST CLASS MAIL**

Thomas Skook

10260 Market St

North Lima, OH 44452

**VIA FIRST CLASS MAIL**

Amazon Web Services, Inc.

c/o KL Gates LLP

925 4th Avenue Suite 2900

Seattle, WA 98104

**VIA FIRST CLASS MAIL**

Meta System S.p.A.

201 Nevada St Suite A

El Segundo, CA 90245

**VIA FIRST CLASS MAIL**

Superior Cam Inc.

31240 Stephenson Hwy

Madison Heights, MI 48071

**VIA FIRST CLASS MAIL**

The Timken Company and The Timken Corporation

Thompson Hine LLP

127 Public Sq Suite 3900

Cleveland, OH 44114

**VIA FIRST CLASS MAIL**

Fiberdyne Research Pty Ltd

14 Carmel Avenue

Ferntree Gully, VIC 3156

Australia

**VIA FIRST CLASS MAIL**

Skynet Innovations

350 E Main Street, Suite 200

Batavia, OH 45103