**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al*.,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON NOVEMBER 21, 2023 AT 11:30 A.M. (ET)**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItcuCupzMsGSte8zoypRdU7lRDdSBwd2Q

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

I.     **RESOLVED MATTERS/ MATTERS SUBMITTED VIA CNO/COC**:

1.     Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [Docket No. 617 – filed October 25, 2023]

    Response/Objection Deadline:      November 8, 2023 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

    i.     Certificate of No Objection Regarding Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [Docket No. 678 – filed November 9, 2023]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

ii.   Order Extending the Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 688 – entered November 13, 2023]

Status: On November 13, 2023, the Court entered an order resolving this matter. Accordingly, a hearing is no longer necessary with regard to this matter.

2.   Debtors' Motion for Entry of an Order (I) Approving (A) Procedures for the Sale or Other Disposition of Miscellaneous Assets and (B) the Sale or Other Disposition of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances in Accordance with Such Procedures, and (III) Granting Related Relief [Docket No. 650 – filed October 31, 2023]

Response/Objection Deadline:        November 14, 2023 at 4:00 p.m. (ET); extended until November 15, 2023 at 4:00 p.m. (ET) for the Ohio Lead Plaintiffs

Responses/Objections Received:

A.   Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

B.   Informal comments from the U.S. Securities and Exchange Commission

C.   Informal comments from the Ohio Lead Plaintiffs

Related Documents:

i.   Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Approving (A) Procedures for the Sale or Other Disposition of Miscellaneous Assets and (B) the Sale or Other Disposition of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances in Accordance with Such Procedures, and (III) Granting Related Relief [Docket No. 710 – filed November 16, 2023]

Status: A revised proposed order resolving the informal objections received was filed under certification of counsel. No hearing is necessary unless the Court has questions.

3.   Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases as of Dates Specified Herein and (II) Granting Related Relief [Docket No. 656 -filed November 1, 2023]

Response/Objection Deadline:        November 14, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:        None.

Related Documents:

i.       Certification of Counsel Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases as of Dates Specified Herein and (II) Granting Related Relief [Docket No. 709 – filed November 16, 2023]

ii.      Order (I) Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases as of Dates Specified Herein and (II) Granting Related Relief [Docket No. 711 – entered November 16, 2023]

Status: On November 16, 2023, the Court entered an order resolving this matter. Accordingly, a hearing is no longer necessary with regard to this matter.

## II.    MATTERS GOING FORWARD

4.     Application of the Debtors for an Order Under 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel *Nunc Pro Tunc* to October 6, 2023 [Docket No. 647 – filed October 31, 2023]

Response/Objection Deadline:          November 14, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:       Informal comments from the U.S. Trustee.

Related Documents:

i.       Supplemental Declaration of Donald J. Detweiler in Support of the Application of the Debtors for an Order Under 11. U.S.C. §§ 327(A) and 328(A), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Co-Counsel Nunc Pro Tunc to October 6, 2023 [Docket No. 713 – filed November 17, 2023]

Status: The hearing on this matter is going forward.

5.     Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 668 – filed November 6, 2023]

Response/Objection Deadline:          November 14, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:

A.       Debtors' Objection to Ohio Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 696 – filed November 14, 2023]

B.     Objection of the Official Committee of Equity Security Holders to the Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 699 – filed November 14, 2023]

<u>Related Documents</u>:

i.     Declaration of James Lee in Support of Debtors' Objection to Ohio Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 697 – filed November 14, 2023]

<u>Status</u>: The hearing on this matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 17, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson* <br> **WOMBLE BOND DICKINSON (US) LLP** <br> Donald J. Detweiler (DE Bar No. 3087) <br> Morgan L. Patterson (DE Bar No. 5388) <br> 1313 North Market Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-4320 <br> Facsimile: (302) 252-4330 <br> don.detweiler@wbd-us.com <br> morgan.patterson@wbd-us.com <br><br> *Proposed Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP** <br> Thomas E Lauria (admitted *pro hac vice*) <br> Matthew C. Brown (admitted *pro hac vice*) <br> Fan B. He (admitted *pro hac vice*) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> tlauria@whitecase.com <br> mbrown@whitecase.com <br> fhe@whitecase.com <br><br> David M. Turetsky (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> david.turetsky@whitecase.com <br><br> Jason N. Zakia (admitted *pro hac vice*) <br> 111 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone: (312) 881-5400 <br> jzakia@whitecase.com <br><br> Roberto Kampfner (admitted *pro hac vice*) <br> Doah Kim (admitted *pro hac vice*) <br> RJ Szuba (admitted *pro hac vice*) <br> 555 South Flower Street, Suite 2700 <br> Los Angeles, CA 90071 <br> Telephone: (213) 620-7700 <br> rkampfner@whitecase.com <br> doah.kim@whitecase.com <br> rj.szuba@whitecase.com <br><br> *Counsel to Debtors and Debtors in Possession* |

WBD (US) 4861-0089-2042v1