**EXHIBIT B**

**Exhibit B**

**Expense Detail**

| Name | Date | Description | Expense Category | Amount |
|---|---|---|---|---|
| AC | 10/2/2023 | Rental car for the week (A. Crnkovich, E. Hammes, M. Mollerus, S. Kohler) | Transportation | $551.65 |
| AC | 10/2/2023 | Dinner at Ken Ken (A. Crnkovich) | Meals | $28.09 |
| AC | 10/2/2023 | Gas for Rental (A. Crnkovich) | Transportation | $16.00 |
| AC | 10/2/2023 | Lunch at Beyond (A. Crnkovich) | Meals | $24.65 |
| AC | 10/2/2023 | Parking for Rental (A. Crnkovich) | Transportation | $34.82 |
| EH | 10/2/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $531.80 |
| EH | 10/2/2023 | Uber from home to ORD (E. Hammes) | Transportation | $48.02 |
| EH | 10/2/2023 | Uber from DTW to Four Points Hotel Novi (E. Hammes) | Transportation | $101.23 |
| EH | 10/2/2023 | Water for travel at HUDSONNEWS ST868 DES PLAINES US | Meals | $5.66 |
| EH | 10/2/2023 | Dinner at MCDONALD'S F17277 CHICAGO US (dinner while traveling) (E. Hammes) | Meals | $10.37 |
| MM | 10/2/2023 | United flight from ORD to DTW (M. Mollerus) | Airfare | $541.80 |
| MM | 10/2/2023 | Uber from Detroit airport to Lordstown's Farmington Hills office (M. Mollerus) | Transportation | $57.40 |
| MM | 10/3/2023 | Lunch at oodles and company for one on 10/4/23 (M. Mollerus) | Meals | $11.28 |
| SK | 10/3/2023 | Lunch at Noodles and Company (S. Kohler) | Meals | $16.70 |
| SK | 10/3/2023 | Dinner Alec C., Ellen H., Michael M. and Scott K. of Silverman Sedona Tap House Novi MI | Meals | $119.20 |
| AC | 10/3/2023 | Lunch at Noodle and Company (A. Crnkovich) | Meals | $18.43 |
| AC | 10/3/2023 | Breakfast at Beyond (A. Crnkovich) | Meals | $8.70 |
| EH | 10/3/2023 | Uber from home to ORD (E. Hammes) | Transportation | $48.90 |
| EH | 10/3/2023 | Lunch at NOODLES & CO - 8020 NOVI MI (working lunch) (E. Hammes) | Meals | $14.10 |
| EH | 10/3/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (E. Hammes) | Meals | $9.54 |
| MM | 10/4/2023 | Lunch for one at BURRITO BAR FRESH (M. Mollerus) | Meals | $13.73 |
| SK | 10/4/2023 | Lunch at Burrito Bar (S. Kohler) | Meals | $14.82 |
| SK | 10/4/2023 | Dinner Alex C., Ellen H., Michael M., and Scott K. of Silverman Bar Louie Novi MI | Meals | $139.06 |
| AC | 10/4/2023 | Lunch at Burrito Bar (A. Crnkovich) | Meals | $10.84 |
| AC | 10/4/2023 | Lunch at Jersey Mikes (A. Crnkovich, M. Mollerus, E. Hammes) | Meals | $67.83 |
| EH | 10/4/2023 | Lunch at BURRITO BAR FARMINGTON SWARTZ CREEK MI (working lunch) (E. Hammes) | Meals | $9.84 |

| | | | | |
|---|---|---|---|---|
| SK | 10/5/2023 | Hotel room 10/2 thru 10/5, standard Four Points by Sheraton - Novi, MI 1 person (S. Kohler) | Lodging | $533.80 |
| AC | 10/5/2023 | Breakfast at Beyond (A. Crnkovich) | Meals | $7.95 |
| AC | 10/6/2023 | Breakfast at Beyond (A. Crnkovich) | Meals | $7.95 |
| AC | 10/4/2023 | Breakfast at Beyond including (A. Crnkovich, S. Kohler) | Meals | $17.40 |
| AC | 10/5/2023 | Gas for Rental (A. Crnkovich) | Transportation | $32.65 |
| AC | 10/5/2023 | Lodging at Four Points by Sheraton Novi from 10/2 to 10/5 (A. Crnkovich) | Lodging | $351.00 |
| AC | 10/5/2023 | Parking for rental (A. Crnkovich) | Transportation | $17.94 |
| EH | 10/5/2023 | Lodging at Four Points by Sheraton Novi from 10/2 to 10/5 (E. Hammes) | Lodging | $530.80 |
| EH | 10/5/2023 | Taxi from ORD to home on 10/5/23 (E. Hammes) | Transportation | $62.40 |
| EH | 10/5/2023 | Uber from Farmington Hills office to DTW (E. Hammes) | Transportation | $98.14 |
| EH | 10/5/2023 | DETROIT AIRPORT NEW BOSTON MI | Meals | $17.27 |
| EH | 10/5/2023 | Breakfast at BEYOND JUICERY + EATERY (working breakfast) (S. Kohler, E. Hammes) | Meals | $17.49 |
| MM | 10/5/2023 | Four Points by Sheraton Detroit Novi for stay in business travel for 10/2-10/5 (M. Mollerus) | Lodging | $310.36 |
| MM | 10/5/2023 | Taxi (CMT Chicago) from airport to home in return from Farmington Hills for Lordstown engagement | Transportation | $66.00 |
| SK | 10/6/2023 | Lunch in Detroit (S. Kohler) Jimmy Johns | Meals | $20.41 |
| SK | 10/6/2023 | parking at O'Hare for Lordstown travel 10/2 thru 10/5 | Transportation | $126.00 |
| SK | 10/6/2023 | Lyft ride to the airport from Lordstown, Farmington Hills, one rider | Transportation | $74.00 |
| SK | 10/6/2023 | United flight from ORD to DTW (S. Kohler) (Economy class) | Airfare | $671.79 |
| MM | 10/9/2023 | Taxicab (VTS FLASH CABCURB) to ORD for business travel to Farmington Hills for Lordstown Motors engagement for week of 10/9 - 10/13 | Transportation | $85.50 |
| EH | 10/9/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $551.80 |
| EH | 10/9/2023 | Uber from home to ORD (E. Hammes) | Transportation | $62.22 |
| MM | 10/9/2023 | Delta flight from ORD to DTW (M. Mollerus) | Airfare | $355.90 |
| SK | 10/10/2023 | Dinner with Alex C., Ellen H., and Scott K. Fords Garage | Meals | $103.34 |
| AC | 10/10/2023 | Breakfast at Beyond (A. Crnkovich) | Meals | $8.12 |
| AC | 10/10/2023 | Lunch at Panera (A. Crnkovich, E. Hammes, S. Kohler, M. Mollerus) | Meals | $66.06 |
| AC | 10/10/2023 | 4 points at Sheraton (10.9 -10.12; A. Crnkovich) | Lodging | $449.23 |
| AC | 10/10/2023 | United flight from ORD to DTW (A. Crnkovich) (Economy class) | Airfare | $620.08 |
| AC | 10/10/2023 | Uber to ORD (A. Crnkovich) | Transportation | $55.33 |
| EH | 10/10/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (E. Hammes) | Meals | $9.54 |

| | | | | |
|---|---|---|---|---|
| EH | 10/10/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (S. Kohler) | Meals | $9.54 |
| EH | 10/10/2023 | Lunch at LA VIE CUISINE (working lunch) (E. Hammes, M. Mollerus, S. Kohler, A Crnkovich) | Meals | $63.05 |
| EH | 10/11/2023 | Lunch at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working lunch) (E. Hammes, A. Crnkovich) | Meals | $49.29 |
| MM | 10/11/2023 | Meal for Silverman team from Qdoba Mexican Grill while in Detroit for Lordstown engagement (S. Kohler & M. Mollerus) | Meals | $37.15 |
| SK | 10/12/2023 | Hotel (Four Points by Sheraton - Novi MI), 3 nights - Oct 9 thru Oct. 12 (S. Kohler) | Lodging | $374.74 |
| SK | 10/12/2023 | Dinner for Lordstown - Bar Louie Alex C., Ellen H., Scott K. | Meals | $103.94 |
| EH | 10/12/2023 | Lodging at Four Points by Sheraton Novi from 10/9 to 10/12 (E. Hammes) | Lodging | $478.43 |
| AC | 10/12/2023 | Lunch at burrito bar (A. Crnkovich) | Meals | $21.11 |
| EH | 10/12/2023 | Taxi from ORD to home on 10/12/23 (E. Hammes) | Transportation | $61.85 |
| EH | 10/12/2023 | Water for travel at DETROIT AIRPORT NEW BOSTON MI | Meals | $9.48 |
| EH | 10/12/2023 | Lunch at BURRITO BAR (working lunch) (E. Hammes, M. Mollerus) | Meals | $20.23 |
| MM | 10/12/2023 | Uber from Lordstown's Farmington Hills office to Detroit airport (DTW) (M. Mollerus) | Transportation | $65.92 |
| MM | 10/12/2023 | Taxi (VTS Flash Cabcurb) from airport returning home from Lordstown business travel | Transportation | $48.60 |
| CDT | 10/12/2023 | Fuel at BP#8974966NORTHBROOKNORTHBROOK IL (D. Tsitsis) | Transportation | $67.89 |
| CDT | 10/12/2023 | Coffee at DD/BR #304009 3040 NOVI MI (D. Tsitsis) | Meals | $4.59 |
| CDT | 10/12/2023 | Coffee DUNKIN #348568 3485 WARREN MI (D. Tsitsis) | Meals | $4.81 |
| CDT | 10/12/2023 | Fuel at EXXONMOBIL 9731 NOVI MI (D. Tsitsis) | Transportation | $30.00 |
| MM | 10/12/2023 | Lodging at Four Points by Sheraton Detroit Novi 10/9-10/12 (M. Mollerus) | Lodging | $523.39 |
| MM | 10/12/2023 | Delta flight from DTW to ORD (M. Mollerus) | Airfare | $355.90 |
| SK | 10/13/2023 | Parking at O'Hare 10/9 thru 10/12 | Transportation | $168.00 |
| AC | 10/13/2023 | Taxi ride back from ORD (A. Crnkovich) | Transportation | $55.80 |
| SK | 10/15/2023 | United flight from ORD to DTW (S. Kohler) (Economy class) | Airfare | $671.79 |
| MM | 10/16/2023 | Lunch at La Vie Mediterranean (M. Mollerus) | Meals | $12.67 |
| MM | 10/16/2023 | Taxi (CMT Chicago) to airport for departure flight for Lordstown engagement | Transportation | $56.85 |
| SK | 10/17/2023 | Dinner at McDonalds during travel to Detroit for Lordstown | Meals | $15.06 |
| SK | 10/17/2023 | Lyft ride from the airport to hotel for Lordstown. From Airport to 4 Pointes by Sheraton Novi | Transportation | $74.39 |
| MM | 10/17/2023 | Lunch from Jersey Mike's for M. Mollerus and S. Kohler | Meals | $37.77 |
| MM | 10/18/2023 | Lunch from Jersey Mike's for M. Mollerus and S. Kohler | Meals | $28.87 |
| MM | 10/18/2023 | Lunch for M. Mollerus and S. Kohler | Meals | $28.87 |

| | | | | |
|---|---|---|---|---|
| MM | 10/19/2023 | Delta flight from ORD to DTW (M. Mollerus) | Airfare | $551.80 |
| MM | 10/19/2023 | Four Points by Sheraton Novi for 10/16/2023 - 10/19/2023 (M. Mollerus) | Lodging | $589.86 |
| SK | 10/19/2023 | Lodging for Oct.16 thru Oct.19. Hotel is Four Points by Sheraton - Novi, MI. (S. Kohler) | Lodging | $344.58 |
| MM | 10/19/2023 | National Car Rental for 10/16/2023 - 10/19/2023 (E. Hammes, M. Mollerus, S. Kohler) | Transportation | $312.46 |
| MM | 10/19/2023 | Taxi (VTS Sun Taxi) from airport returning home from Lordstown business travel | Transportation | $64.67 |
| SK | 10/22/2023 | United flight from ORD to DTW (S. Kohler) (Economy class) | Airfare | $707.79 |
| SK | 10/22/2023 | Parking at O'Hare 10/16 to 10/19 for Lordstown | Transportation | $140.00 |
| SK | 10/22/2023 | Dinner at Lordstown for Michael M. and Scott K. of Silverman 10/18/23 At Fords Garage Novi MI | Meals | $73.72 |
| SK | 10/22/2023 | Lunch at Lordstown 10/19/23 (S. Kohler, M. Mollerus) at Burrito Bar Farmington Hills | Meals | $24.07 |
| EH | 10/23/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) | Airfare | $598.02 |
| EH | 10/23/2023 | Uber from home to ORD on 10/23/23 (E. Hammes) | Transportation | $51.97 |
| EH | 10/23/2023 | Dinner at Summer House ORD (dinner while traveling) (E. Hammes) | Meals | $35.26 |
| EH | 10/23/2023 | Water for travel at HUDSONNEWS ST868 DES PLAINES US | Meals | $4.13 |
| EH | 10/23/2023 | Uber from DTW to Four Points Hotel in Novi (E. Hammes) | Transportation | $53.91 |
| EH | 10/23/2023 | Uber from home to ORD (E. Hammes) | Transportation | $51.97 |
| MM | 10/23/2023 | Taxi (CMT Chicago) to Chicago O'Hare airport for Lordstown business travel | Transportation | $54.90 |
| MM | 10/23/2023 | Lunch at Jersey Mikes in Novi, MI for M. Port (LMC controller) | Meals | $12.57 |
| MM | 10/23/2023 | Lunch at Jersey Mikes (M. Mollerus) | Meals | $15.07 |
| CDT | 10/24/2023 | Snack at BP#1284400EXPRESS STBATTLE CREEK MI (D. Tsitsis) | Meals | $9.99 |
| SK | 10/25/2023 | Lyft ride to the airport | Transportation | $72.68 |
| SK | 10/25/2023 | Lunch (S. Kohler, M. Mollerus, E. Hammes) at Potbelly Sandwich Shop Farmington Hills | Meals | $46.33 |
| SK | 10/25/2023 | Dinner with Scott Kohler, Michael M. and Ellen H. at Redcoat Tavern West Bloomfield, MI | Meals | $114.87 |
| SK | 10/25/2023 | Parking at O'Hare while in Farmington Hills 10/25 to 10/26 | Transportation | $60.99 |
| SK | 10/25/2023 | Hotel Four Points by Sheraton Novi, 2 nights 10/23 and 10/24 (S. Kohler) | Lodging | $506.07 |
| SK | 10/25/2023 | Parking at O'Hare 10/23, 120/24, 10/25 | Transportation | $84.00 |
| SK | 10/25/2023 | Meal at McDonalds 10/23/23 | Meals | $15.06 |
| CDT | 10/25/2023 | Fuel at KROGER FUEL #9619 00FARMINGTON HI MI (D. Tsitsis) | Transportation | $60.06 |
| CDT | 10/25/2023 | Snack at SPEEDWAY 1-800-643-1948 OH (D. Tsitsis) | Meals | $1.47 |
| CDT | 10/25/2023 | Dinner at DWENDYS 8713 00000871JACKSON MI (D. Tsitsis) | Meals | $13.02 |
| MM | 10/25/2023 | Dinner at Shiro Restaurant in Novi, MI for E. Hammes and M. Mollerus | Meals | $130.13 |

124847520

| | | | | |
|---|---|---|---|---|
| EH | 10/26/2023 | Lunch at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working lunch) (E. Hammes) | Meals | $9.95 |
| EH | 10/26/2023 | Water & snacks for travel at DET MARKETPLACE DETROIT MI (traveling meal) | Meals | $11.66 |
| EH | 10/26/2023 | Taxi from ORD to home on 10/26/23 (E. Hammes) | Transportation | $61.56 |
| EH | 10/26/2023 | Lodging at Four Points by Sheraton Novi from 10/23 to 10/26 (E. Hammes) | Lodging | $701.26 |
| MM | 10/26/2023 | National Car Rental for 10/23/2023 - 10/26/2023 (E. Hammes, M. Mollerus, S. Kohler) | Transportation | $303.05 |
| MM | 10/26/2023 | Four Points by Sheraton Novi for 10/23/2023 - 10/26/2023 (M. Mollerus) | Lodging | $885.63 |
| MM | 10/26/2023 | Taxi (CMT Chicago) from airport returning home from Lordstown business travel | Transportation | $67.25 |
| MM | 10/26/2023 | Delta flight from ORD to DTW (M. Mollerus) | Airfare | $711.80 |
| MM | 10/26/2023 | Lunch at Beyond in Novi, MI (M. Mollerus) | Meals | $10.90 |
| WB | 10/27/2023 | UPS Charges - Vendor Prepaids With No Claims Letters | Other | $1,002.48 |
| EH | 10/30/2023 | Dinner at MCDONALD'S F17277 CHICAGO US (dinner while traveling) (E. Hammes) | Meals | $10.37 |
| EH | 10/30/2023 | Water for travel at HUDSONNEWS ST868 DES PLAINES US | Meals | $4.13 |
| EH | 10/30/2023 | Uber from home to ORD (E. Hammes) | Transportation | $47.96 |
| EH | 10/30/2023 | Uber from DTW to Four Points Hotel in Novi (E. Hammes) | Transportation | $62.93 |
| EH | 10/30/2023 | United flight from ORD to DTW (A. Crnkovich) (Economy class) | Airfare | $499.80 |
| EH | 10/30/2023 | Lodging at Four Points by Sheraton Novi from 10/30 to 11/2 (E. Hammes) | Lodging | $415.89 |
| MM | 10/30/2023 | Uber from airport (DTW) to Four Points by Sheraton Novi upon arrival to Detroit (M. Mollerus) | Transportation | $72.93 |
| MM | 10/30/2023 | Taxi (VTS Chicago Independents) to Chicago O'Hare airport for Lordstown business travel | Transportation | $64.50 |
| AC | 10/30/2023 | United flight from ORD to DTW (A. Crnkovich) (Economy class) | Airfare | $302.77 |
| AC | 10/30/2023 | Hotel from 10/30 - 11/2 (A. Crnkovich; 4 points Sheraton) | Lodging | $386.08 |
| AC | 10/30/2023 | Rental car for the week (10/30 - 11/3) National (A. Crnkovich, E. Hammes, M. Mollerus) | Transportation | $436.55 |
| AC | 10/30/2023 | Uber to the O'Hare airport (A. Crnkovich) | Transportation | $63.95 |
| AC | 10/30/2023 | Taxi ride home from airport (A. Crnkovich) | Transportation | $64.26 |
| AC | 10/30/2023 | Dinner at Ken sushi (A. Crnkovich) | Meals | $36.57 |
| AC | 10/30/2023 | Lunch at Beyond Juice (A. Crnkovich) | Meals | $36.50 |
| MM | 10/30/2023 | Dinner at cubs O'Hare bar and grill during travel to Farmington Hills, MI for Lordstown business | Meals | $38.12 |
| EH | 10/31/2023 | Lunch at PANERA BREAD #600689 P FARMINGTON MI (working lunch) (E. Hammes) | Meals | $13.23 |
| EH | 10/31/2023 | Coffee at PANERA BREAD #600689 P FARMINGTON MI (coffee during meeting) (E. Hammes) | Meals | $2.96 |

124847520

| | | | | |
|---|---|---|---|---|
| EH | 10/31/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (E. Hammes) | Meals | $7.95 |
| EH | 10/31/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (M. Mollerus) | Meals | $7.95 |
| EH | 10/31/2023 | Dinner at NOODLES AND COMPANY (working dinner) (E. Hammes) | Meals | $18.92 |
| MM | 10/31/2023 | Uber from hotel to Lordstown's Farmington Hills office (M. Mollerus) | Transportation | $19.05 |
| AC | 10/31/2023 | Breakfast at beyond Juice (A. Crnkovich) | Meals | $11.02 |
| AC | 10/31/2023 | Dinner at Noodles and CO (A. Crnkovich) | Meals | $18.77 |
| AC | 10/31/2023 | Lunch at Panera (A. Crnkovich) | Meals | $15.23 |
| MM | 10/31/2023 | Dinner at Noodles and Company in Farmington Hills/Novi while on Lordstown business travel | Meals | $13.48 |
| MM | 10/31/2023 | Lunch at Panera Company (M. Mollerus) | Meals | $11.44 |
| | | **Grand Total** | | **$22,515.18** |

6

124847520