| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Benjamin | Hackman | Andrew R. Vara, United States Trustee for Region 3 | |
| Jeff | Kaplan | BCAS | BCAS |
| Morgan | Patterson | Debtors | Womble Bond Dickinson (US) LLP |
| Donald | Detweiler | Debtors | Womble Bond Dickinson (US) LLP |
| Peter | Strom | Debtors | White & Case |
| Doah | Kim | Debtors | White & Case LLP |
| Livy | Mezei | Debtors | |
| Wilfred | Guo | Equity | JH Lane |
| Chris | Newcomb | Foxconn | Allen & Overy LLP |
| Matthew | Harvey | Foxconn Ventures Pte Ltd. | Morris, Nichols, Arsht & Tunnell LLP |
| Scott | Cargill | George Troicky | Lowenstein Sandler LLP |
| Nathan | Rosenblum | Hain Capital | Hain Capital |
| Daniel | Guyder | Hon Hai et al. | Allen & Overy LLP |
| Jacob | Herz | Hon Hai et al. | Allen & Overy LLP |
| Michael | Tomback | Interested Party | |
| Stephen | Lam | interested party | Corre Partners |
| Andrew | Sole | Member of the Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP- Series "A" |
| Ryan | Hedrick | N/A - Observing Hearing | The Rosen Law Firm, P.A. |
| Howard | W | Observer | |
| Brya | Keilson | Official Committee of Equity Security Holders | Morris James LLP |
| Deborah | Kovsky-Apap | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Francis | Lawall | Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP |
| Tyler | Wilson | Official Unsecured Creditors' Committee | Troutman Pepper Hamilton Sanders |
| Matthew | Sawyer | The Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Robert | Stark | The Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Bennett | Silverberg | The Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Madelyn | Soliman | The Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Shari | Dwoskin | The Official Committee of Equity Security Holders | Brown Rudnick LLP |
| Rob | Winning | The Official Committee of Equity Security Holders | M3 Partners |
| Lyle | Bauck | The Official Committee of Equity Security Holders | M3 Partners |
| Anthony | Lo | The Official Committee of Equity Security Holders | M3 Partners |
| Matt | Altman | The Official Committee of Equity Security Holders | M3 Partners |
| Becky | Yerak | Wall Street Journal | News Corp |