**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

　　　　I, Michael Villa, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

　　　　On November 10, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and, on November 13, 2023, via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Third Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2023 to and Including September 30, 2023** [Docket No. 684]

　　　　Furthermore, on November 10, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**; and, on November 13, 2023, via First Class Mail upon the service list attached hereto as **Exhibit E:**

- **Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims** [Docket No. 687]

Dated: November 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Villa*
　　　　　　　　　　　　　　　　　　　　　　　　Michael Villa
　　　　　　　　　　　　　　　　　　　　　　　　KCC
　　　　　　　　　　　　　　　　　　　　　　　　222 N Pacific Coast Highway, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　　　　　　　　　　Tel 310.823.9000

---

[1] 　　The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Fee Application Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer | msawyer@brownrudnick.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | rstark@brownrudnick.com; bsilverberg@brownrudnick.com |
| Debtors | Lordstown Motors Corp. | Attn: Adam Kroll | Email Redacted |
| Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |

# Exhibit B

**Exhibit B**
**Fee Application Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1

# Exhibit C

**Exhibit C**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com; robin.spigel@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | maustria@austriallc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer | msawyer@brownrudnick.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | rstark@brownrudnick.com; bsilverberg@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |

**Exhibit C**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | rwinning@m3-partners.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Michigan Department of Treasury | Michigan Department of Treasury | Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo, Donna L. Culver | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com; dculver@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq. | Joseph.Larkin@Skadden.com; stephen.dellapenna@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Robert D. Drain, Esq. | Robert.Drain@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Esq., Jennifer Madden, Esq. | Ron.Meisler@Skadden.com; Jennifer.Madden@Skadden.com |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |

**Exhibit C**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Proposed Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

# Exhibit D

**Exhibit D**
**First Omnibus Objection Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Abdelkader Bougar | | Email Redacted |
| Abdoul K Diop | | Email Redacted |
| Adeel Saddiqui | | Email Redacted |
| Akash Sharma | | Email Redacted |
| Amazon Web Services, Inc. | Attn Brian Peterson | brian.peterson@klgates.com |
| Amazon Web Services, Inc. | Steve Beranek | sberanek@amazon.com |
| Anthony Karnowski | | Email Redacted |
| BABA TRAWARE | | Email Redacted |
| Bashir Tanko | | Email Redacted |
| Benjamin Gilles | | Email Redacted |
| Benjamin Sanabria | | Email Redacted |
| Boris Kagarlitskiy | | Email Redacted |
| BRENDA P ALFARO | | Email Redacted |
| Brian Canty | | Email Redacted |
| Brian Rankin | | Email Redacted |
| Calvin J. Minkins | | Email Redacted |
| Charles Sandstrom | | Email Redacted |
| Charlie Johns | | Email Redacted |
| Chinh V Hoang | | Email Redacted |
| Christabel Bryant | | Email Redacted |
| Columbia Diane Carfolo | | Email Redacted |
| Craig Bauer | | Email Redacted |
| Cynthia Beebe | | Email Redacted |
| Daniel Adams | | Email Redacted |
| David Callaway | | Email Redacted |
| David Dzenutis | | Email Redacted |
| Dennis Mugwanya | | Email Redacted |
| Din B. Premy and Joyce R. | | Email Redacted |
| Dionald Tamara | | Email Redacted |
| Donald Drake | | Email Redacted |
| Donald R. Drake | | Email Redacted |
| Douglas Wargo | | Email Redacted |
| Dwayne L Adams | | Email Redacted |
| Edelyn Saint Louis | | Email Redacted |
| Edward Fait | | Email Redacted |
| Eric Knies | | Email Redacted |
| Fiberdyne Research Pty Ltd | Julian Merrit | julian.merritt@fiverdyne.com.au |
| Filec Production SAS - Amphenol | Herve Wrzesniewski | herve.wrzesniewski@filec.fr |
| Frangilan Patrick | | Email Redacted |
| Gagik Keshishi | | Email Redacted |
| Garrett Baumann | | Email Redacted |
| Gary Krikorian | | Email Redacted |
| Gary Wayne Browne | | Email Redacted |
| Gauri Agrawal | | Email Redacted |
| George M Moats Sr | | Email Redacted |
| Graham Liechty Roth IRA | | Email Redacted |
| Harold Kallies | | Email Redacted |
| Henry Taguba | | Email Redacted |
| Hui Chan Liu | | Email Redacted |
| Huyen T Nguyen | | Email Redacted |

**Exhibit D**
**First Omnibus Objection Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| James A Jacobs | | Email Redacted |
| James Claudius Smith | | Email Redacted |
| James Duhaime | | Email Redacted |
| James L. Morehead Sr | | Email Redacted |
| Jeffrey W Marsee | | Email Redacted |
| Jie Zheng | | Email Redacted |
| Joh Rojao | | Email Redacted |
| John Bedford | | Email Redacted |
| John Chou and Yajane Chu, JT | | Email Redacted |
| John Patrick Meegan | | Email Redacted |
| John S D. Blasi & Patricia A D. Blasi | | Email Redacted |
| John Steele | | Email Redacted |
| Jonathan Clark | | Email Redacted |
| Jose B Ruiz | | Email Redacted |
| Joyce Jeanette Holmes | | Email Redacted |
| Jude Ezeigwe | | Email Redacted |
| Julie Schroeder | | Email Redacted |
| Jung-Jin Lee | | Email Redacted |
| Justin Saba | | Email Redacted |
| JVIS USA LLC | David Woy | woy@jvis.us |
| JVIS USA LLC | Tim Bradley | bradley@venturecorporation.net |
| JVIS USA LLC | | woy@jvis.us |
| Kai Jin Huang | | Email Redacted |
| KalaWati Narayan | | Email Redacted |
| Kang Liu | | Email Redacted |
| Kelli Codianne | | Email Redacted |
| Kenneth Adams | | Email Redacted |
| Kenneth Adams | | Email Redacted |
| Kenneth Alcazar | | Email Redacted |
| Kenton W. Riggs | | Email Redacted |
| Kerry M. Powers | | Email Redacted |
| Laurie L. Jordan | | Email Redacted |
| Louise Prystaloski | | Email Redacted |
| Man Bum Hahn | | Email Redacted |
| Mark C Cleland | | Email Redacted |
| Mark Cunliffe | | Email Redacted |
| Maryann Jamieson | | Email Redacted |
| Md Mokarrom Hossain | | Email Redacted |
| Meta System S.p.A. | Derrick Coleman, Esq. | derrick@colemanfrost.com |
| Meta System S.p.A. | | giada.bonomi@metasystemcorporation.com |
| Michael J Teuscher | | Email Redacted |
| Michael Pinterics | | Email Redacted |
| Michael T. Moore | | Email Redacted |
| Minh Tran | | Email Redacted |
| Ms Donna R Taman | | Email Redacted |
| Muhammad S. Chaudhry | | Email Redacted |
| Nelson Debasa | | Email Redacted |
| Nicholas Lynn | | Email Redacted |
| Nicholaus Schilling | | Email Redacted |

**Exhibit D**
**First Omnibus Objection Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Olaf Robrecht | | Email Redacted |
| Pamela Kritz | | Email Redacted |
| Paramesu Badugu | | Email Redacted |
| Pauline Ottomanelli | | Email Redacted |
| Philip Andrew Samples | | Email Redacted |
| Praveenan Puvananayagan | | Email Redacted |
| Quang Huynh | | Email Redacted |
| Rachel Clark | | Email Redacted |
| Ralph Slotnick | | Email Redacted |
| Ray Ingrassia | | Email Redacted |
| Rex A Wyrick | | Email Redacted |
| Robert A. Minton | | Email Redacted |
| Robert Carnevale | | Email Redacted |
| Robert R Coder Jr | | Email Redacted |
| Robert Radulski | | Email Redacted |
| Rodney J Carelock | | Email Redacted |
| Rodolfo Oreste | | Email Redacted |
| Roman Shevchuk | | Email Redacted |
| Scott A. Davis | | Email Redacted |
| Scott Hansen | | Email Redacted |
| Shane D Semb | | Email Redacted |
| Simon James Milde | | Email Redacted |
| SKYNET INNOVATIONS | Ray Walriven | audrey@skynetinnovations.com |
| Solomon Wab Lumor | | Email Redacted |
| Stacy Waugh | | Email Redacted |
| Stanley Michaud | | Email Redacted |
| State of Michigan, Unemployment Insurance Agency, Tax Office | UIA Tax Office, POC Unit | stephensd10@michigan.gov |
| Stephen Fleming | | Email Redacted |
| Sumi Yi | | Email Redacted |
| Superior Cam Inc. | c/o John Basso | jmbasso@diversifiedtoolinggroup.com |
| Ta Kai Hsia | | Email Redacted |
| Thanh Huynh | | Email Redacted |
| The Timken Company and The Timken Corporation | c/o Jeremy M. Campana, Esq. | jeremy.campana@thompsonhine.com |
| The Timken Company and The Timken Corporation | Joy Moxon, Director Legal Services | joy.moxon@timken.com |
| The Timken Company and The Timken Corporation | Michael T. Hart, ICCE, Manager Corporate Credit | michael.hart@timken.com |
| Thomas Skook | | Email Redacted |
| Trent Sharp | | Email Redacted |
| Tri Vinh Nguyen | | Email Redacted |
| Vincent & Pauline Ottomanelli | | Email Redacted |
| Vincent Ottomanelli | | Email Redacted |
| Wen Hwai Horng | | Email Redacted |
| William Ortega | | Email Redacted |

# Exhibit E

**Exhibit E**
**First Omnibus Objection Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Adeel Saddiqui | | Address Redacted | | | | |
| Amazon Web Services, Inc. | Steve Beranek | 525 14th Street South | Arlington | VA | 22202 | |
| Amazon Web Services, Inc. | | PO Box 84023 | Seattle | WA | 98124 | |
| JVIS USA LLC | Tim Bradley | 42400 Merrill | Sterling Heights | MI | 48314 | |
| JVIS USA LLC | | PO Box 530 | Mt Clemens | MI | 48046 | |
| Kenneth Adams | | Address Redacted | | | | |
| Kenneth Adams | | Address Redacted | | | | |
| Meta System S.p.A. | | Via T. Galimberti 5 | Reggio | Emilia | 42124 | Italy |
| The Timken Company and The Timken Corporation | Joy Moxon, Director Legal Services | 4500 Mount Pleasant St NW | North Canton | OH | 44720-5450 | |
| The Timken Company and The Timken Corporation | Michael T. Hart, ICCE, Manager Corporate Credit | 4500 Mount Pleasant St NW | North Canton | OH | 44720-5450 | |