# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Lordstown Motors Corp., et al. | Chapter 11 <br><br> Case Number: 23-10831 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRC MASTER FUND LLC | Racar Engineering, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Court Claim # (if known): N/A
Amount of Claim: N/A
Date Claim Filed: N/A
Schedule Amount: $41,180.00

Phone: (614) 973-9266
Last four digits of Acct.# N/A

Name and Current Address of Transferor:

Racar Engineering, LLC
555 Metro PL N Ste #500
Dublin, OH 43017

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                              Date: November __, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
         District of Delaware
         Attention: Clerk

AND TO: Lordstown EV Corporation,
            Case Number # 23-10832 (the "Debtor"),
            (Jointly administered under Lordstown Motors Corp., et al. Case Number: 23-10831)

Claim #NA

**Racar Engineering, LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$41,180.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21st DAY OF November, 2023.

**ASSIGNOR: Racar Engineering, LLC**
DocuSigned by:
_Vinayak Rangareji_
(Signature)

Vinayak Rangareji
(Print Name)

Director-Engineering
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**
_[signature]_
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Case 23-10831-MFW    Doc 214    Filed 08/01/23    Page 42 of 82

**Debtor:** Lordstown EV Corporation

**Schedule E/F: Creditors Who Have Unsecured Claims**
**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

APPENDIX G

**Case #:** 23-10832

| Name | Mailing address | | | | | | Date Incurred | Basis for Claim | Disputed Unliquidated Contingent | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Miotti Srl | Viale del Lavaro 22 | | Vicenza | | 36100 | Italy | | Goods or services | | $67,640.00 |
| MSSC | 540 Park Ave. E | | Chatham | ON | N7M 3V7 | Canada | | Goods or services | X | $16,100.93 |
| Nelson Mullins Riley & Scarborough | 1320 Main St. | | Columbia | SC | 29201 | | | Goods or services | | $2,341.75 |
| Nexteer Automotive | 1272 Doris Road | | Auburn Hills | MI | 48326 | | | Goods or services | | $568,511.35 |
| OpenText Inc. | 2950 S Deleware Street | Bay Meadows Station 3 Building | San Mateo | CA | 94403 | | | Goods or services | | $18,061.91 |
| Payscale Inc | 1000 1st Ave S | | Seattle | WA | 98134 | | | Goods or services | | $11,500.00 |
| Pektron | Alfreton Road | | Derby | | DE21 4AP | United Kingdom | | Goods or services | X | $188,549.92 |
| Pi Innovo LLC | 47047 W Five Mile Rd | | Plymouth | MI | 48170 | | | Goods or services | X | $29,172.00 |
| Potter Anderson & Corron LLP | 1313 North Markert St | PO Box 951 | Wilmington | DE | 19899-0951 | | | Goods or services | X | $9,091.50 |
| Prospect Law LLP | 120 N. LaSalle St. | Suite 2000 | Chicago | IL | 60602 | | | Goods or services | X | $1,950.00 |
| QMC | 12001 Farmington Road | | Livonia | MI | 48150 | | | Goods or services | | $209,017.92 |
| Racar Engineering, LLC | 555 Metro PL N | | Dublin | OH | 43017 | | | Goods or services | X | $41,180.00 |
| Rheinmetall | Rheinmetall Platz 1 | | Dusseldorf | | 40476 | Germany | | Goods or services | X | $270,000.00 |
| Roush Industries, Inc. | 34300 West Nine Mile Rd | | Farmington | MI | 48334 | | | Goods or services | | $28,504.76 |
| RTL Systems, LLC | 30 N Gould St. | STE R | Sheridan | WY | 82801 | | | Goods or services | | $15,912.00 |
| SA Automotive LTD | 1307 Highview Dr | | Webberville | MI | 48892 | | | Goods or services | X | $380,030.74 |
| Schwab Industries, Inc. | 50850 Rizzo Drive | | Shelby Township | MI | 48315 | | | Goods or services | X | $64,336.94 |
| SG Automotive | Industrijska cesta 12 | | Slovenske Konjice | | SI-3210 | Slovenija | | Goods or services | X | $20,766.00 |
| Sharp Dimension Inc | 4240 Business Center Dr. | | Fremont | CA | 94538 | | | Goods or services | X | $323,060.00 |
| Shinwon USA Inc dba Shinwon Precision | 12147 Globe Street | | Livonia | MI | 48150 | | | Goods or services | | $344.26 |
| Simpson Thacher & Bartlett LLP | 425 Lexington Ave | | New York | NY | 10017 | | | Goods or services | | $424,710.68 |
| SKYNET INNOVATIONS | 350 E Main Street | | Batavia | OH | 45103 | | | Goods or services | | $38,323.67 |
| Socotec Advisory, LLC | 1601 Elm Street | Suite 200 | Dallas | TX | 75201 | | | Goods or services | X | $4,725.00 |
| Southern California Edison | 2244 Walnut Grove Ave | Suite 3600 | Rosemead | CA | 91770 | | | Goods or services | | $8,505.68 |
| Southern California Gas Company dba The Gas Company; So Cal Gas | 555 West 5th Street | | Los Angeles | CA | 90013 | | | Goods or services | | $1,098.04 |
| St. Clair | 827 Dufferin Ave. | | Wallaceburg | ON | N8A 2V5 | Canada | | Goods or services | X | $159,398.16 |
| Superior Cam Inc | 31240 Stephenson Highway | | Madison Heights | MI | 48071 | | | Goods or services | X | $851,488.41 |
| Sybridge | Advantage Engineering, Inc. | 2030 North Talbot | Windsor | ON | N9A 6J3 | Canada | | Goods or services | | $5,927.00 |
| Syngin Technology, LLC - Wallenius Wilhelmsen | 100 South Ashley Dr | Suite 600 | Tampa | FL | 33602 | | | Goods or services | | $1,709.75 |
| Tata Consulting Services Limited | Nirmal Building 9th Floor | Nariman Point | Mumbai | | 400021 | India | | Goods or services | X | $14,544.00 |
| Tech Belt Energy Innovation Center dba Brite Energy Innovators | 125 West Market Street | | Warren | OH | 44481 | | | Goods or services | | $407.02 |
| Technical Molding Management System, Inc | 5380 Brendan Lane | | Tecumseh | Ontario | N0R 2L1 | Canada | | Goods or services | | $2,500.00 |
| Technology Solutions Anywhere LLC dba Readysoft | 5966 Lovewood Ct | | Canton | Mi | 48187 | | | Goods or services | | $191,945.00 |
| Teijin Automotive Technologies, Inc | 255 Rex Boulevard | | Auburn Hills | MI | 48326 | | | Goods or services | X | $2,083,980.20 |
| Teoresi, Inc. | 3001 West Big Beaver Rd | Suite 306 | Troy | MI | 48984 | | | Goods or services | X | $108,000.00 |
| TERIS - Phoenix LLC DBA TERIS | 11333 N Scottsdale Rd | Suite 294 | Scottsdale | AZ | 85254 | | | Goods or services | | $31,065.18 |
| The Renco Group, Inc dba Inteva Products, LLC | 1401 Crooks Rd. | Suite 100 | Troy | MI | 48084 | | | Goods or services | X | $621,354.16 |
| Three-Dimensional Services dba 3 Dimensional Services Group | 2547 Product Dr. | | Rochester Hills | MI | 48309 | | | Goods or services | X | $1,529,719.95 |
| Timken | 4500 Mount Pleasant Street NW | | North Canton | OH | 44720 | | | Goods or services | X | $316,514.00 |
| Transportation Research Center, Inc. dba TRC, Inc. | 10820 State Route 347 | PO Box B-67 | East Liberty | OH | 43319 | | | Goods or services | | $42,203.02 |
| Triple Crown Consulting, LLC | 10820 State Route 347 | PO Box B-67 | East Liberty | OH | 43319 | | | Goods or services | | $18,560.00 |
| TTI | 3737 Meacham Road | | Fort Worth | TX | 76137-5024 | | | Goods or services | X | $27,431.00 |
| Vestige | 23 Public Square | Suite 250 | Medina | OH | 44256 | | | Goods or services | | $3,015.00 |
| Victoria | Plot No. 42 | Sector - 20A | Faridabad | Haryana | 121001 | India | | Goods or services | X | $35,353.77 |
| WIT Legal, LLC | 1370 Broadway | 15th Floor | New York | NY | 10018 | | | Goods or services | | $2,935.00 |
| Zetwerk Manufacturing USA, Inc | The Oriental Towers No 461 1st Floor | 17th Cross Rd, 4th Sector, Sector 4 | Bengaluru | Karnataka | 560102 | India | | Goods or services | | $62,638.30 |
| ZF PASSIVE SAFETY SYSTEMS US INC. | 4505 W. 26 Mile Rd. | | Washington | MI | 48094 | | | Goods or services | X | $692,948.56 |
| Aaron Godwin | Address on file | | | | | | | Deposit | | $100.00 |
| Aaron Harburg | Address on file | | | | | | | Deposit | | $100.00 |
| Aaron Hui | Address on file | | | | | | | Deposit | | $100.00 |
| Aaron Sheeley | Address on file | | | | | | | Deposit | | $100.00 |
| Aaron Spring | Address on file | | | | | | | Deposit | | $100.00 |
| Aaron Towle | Address on file | | | | | | | Deposit | | $100.00 |
| Aaron Vibeto | Address on file | | | | | | | Deposit | | $100.00 |
| Abass El-Hage | Address on file | | | | | | | Deposit | | $100.00 |
| Abbas Ali | Address on file | | | | | | | Deposit | | $100.00 |
| Abdul Motlani | Address on file | | | | | | | Deposit | | $100.00 |
| Abel Duran | Address on file | | | | | | | Deposit | | $100.00 |
| Abhijeet Bhandari | Address on file | | | | | | | Deposit | | $100.00 |
| Adam Berger | Address on file | | | | | | | Deposit | | $100.00 |

## Creditor Data

**Creditor**  
Racar Engineering, LLC  
Poornima Kustagishettar  
555 Metro PL N Ste #500  
Dublin, OH 43017

**Date Claim Filed:**

**Claim #:**

**Schedule:** F

**Notice Parties**

## Debtor Info

**Debtor Name:** Lordstown EV Corporation    **Debtor Case Number:** 23-10832

## Claim Amounts

### General Unsecured

**Claim Amount:** —    **Original Claim Amount:** —    **Schedule Amount:** $41,180.00

**TOTALS**

**Claim Amount:** —    **Original Claim Amount:** —    **Scheduled Amount:** $41,180.00