IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 650 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING (A) PROCEDURES FOR THE SALE OR OTHER DISPOSITION OF MISCELLANEOUS ASSETS AND (B) THE SALE OR OTHER DISPOSITION OF MISCELLANEOUS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES IN ACCORDANCE WITH SUCH PROCEDURES, AND (III) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies as follows:

1. On October 31, 2023 the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving (A) Procedures for the Sale or Other Disposition of Miscellaneous Assets and (B) the Sale or Other Disposition of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances in Accordance with Such Procedures, and (III) Granting Related Relief* [Docket No. 650] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Motion was, among other things, a proposed form of order approving the relief requested in the Motion (the "**Proposed Order**").

2. Pursuant to the notice filed with the Motion, any objection or response to the relief requested in the Motion was to be filed and served so as to be received no later than **November 14, 2023 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"). The objection deadline was

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

extended for the Ohio Lead Plaintiffs (the "**Lead Plaintiffs**") until November 15, 2023 at 4:00 p.m. (ET).

3. Prior to the Objection Deadline, the Debtors received informal responses (the "**Informal Responses**") from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), the U.S. Securities and Exchange Commission (the "**SEC**") and the Lead Plaintiffs. Other than the Informal Responses, the Debtors received no other responses to the Motion and no objections or responses were filed on the Docket. On November 16, 2023, a certification of counsel and revised proposed order (the "**Revised Order**") [Docket No. 710] was filed to address the resolution of the Informal Responses.

4. On November 21, 2023, a hearing on the Motion was held and the Court made certain rulings with respect to the Motion. Attached hereto as **Exhibit A** is a further revised proposed order (the "**Further Revised Order**") incorporating such rulings. For the convenience of the Court and all parties in interest, a blackline of the Further Revised Order against the Revised Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the proposed form of order granting the relief requested in the Motion, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: November 22, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to Debtors and Debtors in Possession* |