# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

165246249v1

Invoice Date 11/21/23
Invoice Number 30655246
File No. 264995.000001
 Claim/Client File No. Case No. 23-10831-MFW
Page 43



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**EXPENSES INCURRED THROUGH 10/31/23**

| Description | Amount |
| --- | ---: |
| Copy Charges | 19.08 |
| Meals | 25.00 |
| Miscellaneous Expenses | 13.00 |
| Search Costs | 183.80 |
| Taxi/Train/Parking | 769.45 |
| Total: | 1,010.33 |
| Total Fees & Costs: | $213,618.33 |