**CERTIFICATE OF SERVICE**

I, Kenneth A. Listwak, hereby certify that on November 22, 2023, I caused the foregoing *Fourth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2023 Through and Including October 31, 2023* to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

*/s/ Kenneth A. Listwak*
Kenneth A. Listwak (DE No. 6300)

**Service List**

**Email and First Class Mail**
*(Co-Counsel to Debtors and*
*Debtors in Possession)*
Donald J. Detweiler
Morgan L. Patterson
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in*
*Possession)*
David M. Turetsky
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in*
*Possession*
Thomas E. Lauria, Matthew C. Brown,
and Fan B. He
WHITE & CASE LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com
fhe@whitecase.com

**Email and First Class Mail**
Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

**First Class Mail**
The Debtors, c/o Lordstown Motors Corporation
Attn: Adam Kroll
27000 Hills Tech Ct.
Farmington Hills, MI 48331

**Email and First Class Mail**
*(Co-counsel to Equity Committee)*
Robert J. Stark and Bennett S. Silverberg
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com

**Email and First Class Mail**
*(Co-counsel to Equity Committee)*
Eric J. Monzo and Brya M. Keilson
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

**Email and First Class Mail**
*(Co-counsel to Equity Committee)*
Matthew A. Sawyer
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com