**<u>Exhibit 1</u>**

Case 23-10831-MFW    Doc 734-2    Filed 11/22/23    Page 1 of 7

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM OCTOBER 1, 2023, THROUGH OCTOBER 31, 2023**

| Professional | Title | Standard Rates | Hours | Standard Fees |
|---|---|---|---|---|
| Laura Marcero | Managing Director | $ 1,100 | 27.1 | $ 29,810.00 |
| Timothy Martin | Managing Director | $ 1,100 | 19.9 | $ 21,890.00 |
| Robert Loh | Senior Director | $ 950 | 17.4 | $ 16,530.00 |
| Shawn Creedon | Project Consultant | $ 950 | 37.7 | $ 35,815.00 |
| Paul Trenti | Director | $ 700 | 29.7 | $ 20,790.00 |
| Holger Ericsson | Manager | $ 600 | 41.5 | $ 24,900.00 |
| Kirstyn McGuinness | Manager | $ 600 | 2.9 | $ 1,740.00 |
| Rommel Hernandez | Analyst | $ 325 | 22.7 | $ 7,377.50 |
| **Total Hours and Fees for Professionals** | | | 198.9 | $ 158,852.50 |
| | | | | |
| **Total Fees for Professionals** | | | | $ 158,852.50 |
| Less: 20% Holdback | | | | $ (31,770.50) |
| Total Fees for Professionals | | | | $ 127,082.00 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM OCTOBER 1, 2023, THROUGH OCTOBER 31, 2023**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 2 | Claim Analysis | 79.2 | $ 61,377.50 |
| 3 | Asset Analysis and Recovery | 51.0 | 42,650.00 |
| 5 | Cash Flow Analysis/Reporting | 39.3 | 26,537.50 |
| 6 | Meetings and Communications | 13.5 | 12,572.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 10.1 | 10,300.00 |
| 8 | Business Analysis | 1.1 | 845.00 |
| 12 | Retention and Fee Applications | 4.7 | 4,570.00 |
| | | | |
| | **Total Hours and Fees by Matter Category** | **198.9** | **$158,852.50** |

**Average Billing Rate**     **$798.66**

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Shawn Creedon | 10/03/23 | Review certain filed POCs flagged by engagement team. | 1.300 | $ 950.00 | $ 1,235.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/04/23 | Meeting with H. Ericsson and R. Hernandez to discuss claims analysis and next steps for comparison to SOAL and MORs. | 0.500 | $ 950.00 | $ 475.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/04/23 | Review updates to claims analysis with H. Ericsson. | 1.000 | $ 325.00 | $ 325.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/04/23 | Review updates to claims analysis with R. Hernandez. | 1.000 | $ 600.00 | $ 600.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/04/23 | Meeting with S. Creedon and H. Ericsson to discuss claims analysis and next steps for comparison to SOAL and MORs. | 0.500 | $ 325.00 | $ 162.50 |
| 2 | Claim Analysis | Holger Ericsson | 10/04/23 | Meeting with S. Creedon and R. Hernandez to discuss claims analysis and next steps for comparison to SOAL and MORs. | 0.500 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Laura Marcero | 10/04/23 | Review status of claims analysis. | 0.800 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/05/23 | Prepare analysis of additional claims data obtained via KCC portal and court filings. | 1.900 | $ 325.00 | $ 617.50 |
| 2 | Claim Analysis | Rommel Hernandez | 10/05/23 | Continue analysis of additional claims data obtained via KCC portal and court filings. | 1.800 | $ 325.00 | $ 585.00 |
| 2 | Claim Analysis | Laura Marcero | 10/05/23 | Outline additional revisions to claims analysis. | 0.600 | $ 1,100.00 | $ 660.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/09/23 | Revise updated analysis of unsecured claims filings. | 0.800 | $ 325.00 | $ 260.00 |
| 2 | Claim Analysis | Paul Trenti | 10/10/23 | Review and revise updated claims analysis waterfall model. | 1.000 | $ 700.00 | $ 700.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/11/23 | Review filed POCs in connection with unsecured claims pool analysis. | 1.900 | $ 600.00 | $ 1,140.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/11/23 | Prepare listing of potential equity claims filed as unsecured claims. | 1.700 | $ 325.00 | $ 552.50 |
| 2 | Claim Analysis | Shawn Creedon | 10/11/23 | Working session with H. Ericsson and P. Trenti to develop methodology for comparing scheduled vs. filed claims. | 1.500 | $ 950.00 | $ 1,425.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/11/23 | Additional review of filed POCs in connection with unsecured claims pool analysis. | 1.400 | $ 600.00 | $ 840.00 |
| 2 | Claim Analysis | Paul Trenti | 10/11/23 | Working session with H. Ericsson and S. Creedon to develop methodology for comparing scheduled vs. filed claims. | 1.500 | $ 700.00 | $ 1,050.00 |
| 2 | Claim Analysis | Paul Trenti | 10/11/23 | Working session with H. Ericsson to review POCs. | 0.400 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/11/23 | Working session with P. Trenti and S. Creedon to develop methodology for comparing scheduled vs. filed claims. | 1.500 | $ 600.00 | $ 900.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/11/23 | Review filed POCs in connection with unsecured claims pool analysis. | 1.600 | $ 950.00 | $ 1,520.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/11/23 | Working session with P. Trenti to review POCs. | 0.400 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/12/23 | Continue preparation of listing of potential equity claims filed as unsecured claims. | 1.300 | $ 325.00 | $ 422.50 |
| 2 | Claim Analysis | Shawn Creedon | 10/12/23 | Working session with R. Hernandez, P. Trenti, and H. Ericsson review initial analysis of unsecured claims. | 0.500 | $ 950.00 | $ 475.00 |
| 2 | Claim Analysis | Paul Trenti | 10/12/23 | Add new equity filed claims into master version of claims analysis. | 0.500 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/12/23 | Working session with R. Hernandez, P. Trenti, and S. Creedon review initial analysis of unsecured claims. | 0.500 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Paul Trenti | 10/12/23 | Update claims waterfall with post-Bar Date claim amounts. | 0.500 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/12/23 | Prepare updated claims analysis and circulate to counsel. | 1.600 | $ 950.00 | $ 1,520.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/12/23 | Meeting with H. Ericsson to discuss equity claims analysis. | 0.500 | $ 325.00 | $ 162.50 |
| 2 | Claim Analysis | Rommel Hernandez | 10/12/23 | Meeting with P. Trenti, S. Creedon, H. Ericsson to discuss creditor and equity analysis. | 0.500 | $ 325.00 | $ 162.50 |
| 2 | Claim Analysis | Paul Trenti | 10/12/23 | Working session with S. Creedon, R. Hernandez, and H. Ericsson review initial analysis of unsecured claims. | 0.500 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/12/23 | Meeting with R. Hernandez to discuss equity claims analysis. | 0.500 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Laura Marcero | 10/13/23 | Call with counsel regarding claims reconciliation. | 0.300 | $ 1,100.00 | $ 330.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Compile list of equity claims for inclusion in final claims analysis draft. | 0.800 | $ 700.00 | $ 560.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Continue to research and analyze equity status of certain claims. | 1.700 | $ 700.00 | $ 1,190.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Meeting with T. Martin, R. Loh, and S. Creedon to outline revisions to claims analysis. | 0.700 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Research and analyze equity status of certain claims. | 1.400 | $ 700.00 | $ 980.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Review and address comments from Huron team on claims analysis, recirculate draft. | 2.200 | $ 700.00 | $ 1,540.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Review list of filed claims and remove potential duplicates. | 1.500 | $ 700.00 | $ 1,050.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Update claims analysis per team comments, dig through detail to identify any discrepancies with filed claims, spot check certain filed claims. | 1.900 | $ 700.00 | $ 1,330.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/13/23 | Working session with P. Trenti to review certain filed POCs. | 0.700 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Call with counsel regarding claims reconciliation. | 0.300 | $ 700.00 | $ 210.00 |
| 2 | Claim Analysis | Timothy Martin | 10/13/23 | Call with counsel regarding claims reconciliation. | 0.300 | $ 1,100.00 | $ 330.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/13/23 | Continue with analysis of equity POCs. | 0.700 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Paul Trenti | 10/13/23 | Working session with S. Creedon to review certain filed POCs. | 0.700 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/13/23 | Meeting with R. Loh, P. Trenti, and T. Martin to outline revisions to claims analysis. | 0.700 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/13/23 | Review equity classifications for various unsecured claims filed with KCC. | 1.700 | $ 950.00 | $ 1,615.00 |
| 2 | Claim Analysis | Timothy Martin | 10/13/23 | Review and comment on claims summary including reconciliation of largest variances. | 0.900 | $ 1,100.00 | $ 990.00 |
| 2 | Claim Analysis | Timothy Martin | 10/13/23 | Meeting with R. Loh, P. Trenti, and S. Creedon to outline revisions to claims analysis. | 0.700 | $ 1,100.00 | $ 770.00 |
| 2 | Claim Analysis | Timothy Martin | 10/13/23 | Analysis of GUC vs. equity claims filed in connection with POR discussions. | 1.000 | $ 1,100.00 | $ 1,100.00 |
| 2 | Claim Analysis | Robert Loh | 10/13/23 | Meeting with T. Martin, P. Trenti, and S. Creedon to outline revisions to claims analysis. | 0.700 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Robert Loh | 10/13/23 | Continue to review filed POCs for indications of equity/priority amounts filed as general unsecured claims. | 1.400 | $ 950.00 | $ 1,330.00 |
| 2 | Claim Analysis | Laura Marcero | 10/13/23 | Review and comment on revised claims analysis. | 1.900 | $ 1,100.00 | $ 2,090.00 |
| 2 | Claim Analysis | Robert Loh | 10/13/23 | Review filed POCs for indications of equity/priority amounts filed as general unsecured claims. | 1.900 | $ 950.00 | $ 1,805.00 |
| 2 | Claim Analysis | Robert Loh | 10/16/23 | Review and comment on analysis of filed POCs. | 0.800 | $ 950.00 | $ 760.00 |
| 2 | Claim Analysis | Laura Marcero | 10/17/23 | Call with Jefferies regarding update sale terms. | 0.300 | $ 1,100.00 | $ 330.00 |
| 2 | Claim Analysis | Laura Marcero | 10/23/23 | Meeting with Debtors and Troutman to discuss winddown budget. | 0.300 | $ 1,100.00 | $ 330.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/23/23 | Meeting with R. Hernandez to discuss equity claims analysis. | 0.500 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Rommel Hernandez | 10/23/23 | Meeting with H. Ericsson to discuss equity claims analysis. | 0.300 | $ 325.00 | $ 97.50 |
| 2 | Claim Analysis | Laura Marcero | 10/26/23 | Review and comment on analysis of claims in connection with ongoing negotiations. | 1.200 | $ 1,100.00 | $ 1,320.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/26/23 | Update and revise unsecured claims analysis. | 1.700 | $ 600.00 | $ 1,020.00 |
| 2 | Claim Analysis | Shawn Creedon | 10/26/23 | Revise analysis of unsecured claims based on continuing review of POCs and information received from the Debtors. | 2.400 | $ 950.00 | $ 2,280.00 |
| 2 | Claim Analysis | Laura Marcero | 10/30/23 | Call with T. Martin regarding claims process. | 0.200 | $ 1,100.00 | $ 220.00 |
| 2 | Claim Analysis | Laura Marcero | 10/30/23 | Call with Troutman to discuss claims analysis for latest Plan of Reorganization. | 0.400 | $ 1,100.00 | $ 440.00 |
| 2 | Claim Analysis | Laura Marcero | 10/30/23 | Call with Huron team to discuss workplan on claims analysis. | 0.500 | $ 1,100.00 | $ 550.00 |
| 2 | Claim Analysis | Laura Marcero | 10/30/23 | Review updated claims analysis and overview in preparation for meeting with Troutman. | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/30/23 | Prepare a summary of claims flagged by Huron and Troutman for further analysis. | 2.100 | $ 600.00 | $ 1,260.00 |
| 2 | Claim Analysis | Holger Ericsson | 10/30/23 | Call with Huron team to discuss workplan on claims analysis. | 0.500 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Paul Trenti | 10/30/23 | Call with Huron team to discuss workplan on claims analysis. | 0.500 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Paul Trenti | 10/30/23 | Call with Troutman to discuss claims analysis for latest Plan of Reorganization. | 0.400 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Paul Trenti | 10/30/23 | Prepare summary analysis of unsecured claims reserve to support negotiations by counsel. | 0.700 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Timothy Martin | 10/30/23 | Review of draft claims analysis in connection with meeting with counsel. | 0.600 | $ 1,100.00 | $ 660.00 |
| 2 | Claim Analysis | Timothy Martin | 10/30/23 | Review and comment on claims summary for meeting with counsel. | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 2 | Claim Analysis | Timothy Martin | 10/30/23 | Participate in call with Huron team regarding claims reconciliation. | 0.500 | $ 1,100.00 | $ 550.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Timothy Martin | 10/30/23 | Call with L. Marcero (Huron) regarding claims process. | 0.200 | $ 1,100.00 | $ 220.00 |
| 2 | Claim Analysis | Robert Loh | 10/31/23 | Meeting with K. McGuinness to review unsecured claims analysis. | 0.300 | $ 950.00 | $ 285.00 |
| 2 | Claim Analysis | Robert Loh | 10/31/23 | Working session with L. Marcero to review revised claims analysis and the status of communication from the Debtors regarding same. | 0.800 | $ 950.00 | $ 760.00 |
| 2 | Claim Analysis | Laura Marcero | 10/31/23 | Review draft update materials for counsel and UCC related to analysis of POCs. | 1.400 | $ 1,100.00 | $ 1,540.00 |
| 2 | Claim Analysis | Laura Marcero | 10/31/23 | Working session with R. Loh to review revised claims analysis and the status of communication from the Debtors regarding same. | 0.800 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 10/31/23 | Analyze classifications of unsecured claims as outlined by Counsel following review of filed POCs. | 2.600 | $ 600.00 | $ 1,560.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 10/31/23 | Meeting with R. Loh regarding claims analysis. | 0.300 | $ 600.00 | $ 180.00 |
| 2 | Claim Analysis | Robert Loh | 10/31/23 | Detailed review of various POCs flagged by Huron and Troutman for further analysis. | 2.100 | $ 950.00 | $ 1,995.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 10/02/23 | Review updates to preliminary liquidation analysis. | 0.700 | $ 1,100.00 | $ 770.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 10/02/23 | Review revised liquidation analysis and outline discussion points for UCC meeting. | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/04/23 | Review and comment on updated cash flow analysis. | 0.700 | $ 1,100.00 | $ 770.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/04/23 | Review of updated bidder analysis. | 0.300 | $ 1,100.00 | $ 330.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/04/23 | Revise Waterfall Analysis to incorporate updated cashflow projections. | 1.700 | $ 600.00 | $ 1,020.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/05/23 | Revise waterfall analysis based on additional information received from Debtors. | 1.800 | $ 600.00 | $ 1,080.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 10/06/23 | Meeting with P. Trenti, H. Ericsson, and R. Hernandez to review updates to potential waterfall scenarios. | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/06/23 | Update waterfall analysis scenarios to incorporate additional forecasted data received from Silverman. | 2.100 | $ 600.00 | $ 1,260.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/06/23 | Review and analyze bids as received from Debtors' advisors. | 1.200 | $ 1,100.00 | $ 1,320.00 |
| 3 | Asset Analysis and Recovery | Rommel Hernandez | 10/06/23 | Meeting with L. Marcero, P. Trenti, and H. Ericsson to review updates to potential waterfall scenarios. | 0.500 | $ 325.00 | $ 162.50 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/06/23 | Meeting with L. Marcero, P. Trenti, and R. Hernandez to review updates to potential waterfall scenarios. | 0.500 | $ 600.00 | $ 300.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 10/06/23 | Review analysis of various waterfall scenarios. | 1.800 | $ 1,100.00 | $ 1,980.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/11/23 | Revise preliminary waterfall analysis based on updated analysis of potential unsecured claims. | 1.100 | $ 600.00 | $ 660.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 10/11/23 | Update waterfall analysis for latest cash flows and professional fee budget. | 1.000 | $ 700.00 | $ 700.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 10/11/23 | Update waterfall claims model to pull in professional fees provided by Debtors and info from August MOR. | 1.200 | $ 700.00 | $ 840.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/12/23 | Revise analysis of unsecured claims. | 2.200 | $ 950.00 | $ 2,090.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/16/23 | Email correspondence related to professional fee issues. | 0.200 | $ 950.00 | $ 190.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/16/23 | Review and comment on updated waterfall analysis. | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/17/23 | Call with Jefferies regarding update sale terms. | 0.300 | $ 950.00 | $ 285.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/17/23 | Call with counsel regarding updated sale terms. | 0.200 | $ 1,100.00 | $ 220.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/17/23 | Review of revised sale terms related to individual assets. | 0.400 | $ 1,100.00 | $ 440.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/17/23 | Call with Jefferies regarding update sale terms. | 0.300 | $ 1,100.00 | $ 330.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/17/23 | Review communication regarding updated sale terms. | 0.200 | $ 1,100.00 | $ 220.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/18/23 | Revise Waterfall Analysis to incorporate updated cashflow projections and professional fees accruals. | 1.800 | $ 600.00 | $ 1,080.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/18/23 | Revise preliminary waterfall analysis based on updated cashflow projections and further analysis of potential unsecured claims. | 2.100 | $ 600.00 | $ 1,260.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/18/23 | Review and edit update slides for UCC Committee members. | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/18/23 | Draft UCC update materials related to Jefferies sales information. | 0.700 | $ 950.00 | $ 665.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 10/19/23 | Discussion with R. Loh to review UCC update materials, claims analyses and strategy going forward. | 0.800 | $ 1,100.00 | $ 880.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/19/23 | Discussion with L. Marcero to review UCC update materials, claims analyses and strategy going forward. | 0.800 | $ 950.00 | $ 760.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 10/20/23 | Review correspondence related to LAS side letter. | 0.600 | $ 1,100.00 | $ 660.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/20/23 | Review of side agreement regarding assets to be included as part of sale. | 0.400 | $ 1,100.00 | $ 440.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/20/23 | Review letter from LAS Capital re: additional assets to be included in sale transaction. | 0.700 | $ 950.00 | $ 665.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/22/23 | Correspondence with Troutman and Huron teams related to the review of Debtors' liquidation analysis. | 0.800 | $ 950.00 | $ 760.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/22/23 | Review draft liquidation analysis from Debtors, compare to Committee estimate, prepare analysis of differences. | 2.300 | $ 950.00 | $ 2,185.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/22/23 | Continue analysis of differences between the Debtors' waterfall analysis and similar analysis prepared by UCC advisors. | 0.900 | $ 950.00 | $ 855.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/22/23 | Review and comment on draft bridge analysis between sale scenarios. | 1.400 | $ 1,100.00 | $ 1,540.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/22/23 | Review correspondence from Debtors regarding prepaid expenses and accounts payable. | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/22/23 | Prepare for call with Debtors regarding updated liquidation analysis. | 0.400 | $ 1,100.00 | $ 440.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/23/23 | Meeting with Debtors and Troutman to discuss winddown budget. | 0.300 | $ 950.00 | $ 285.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/23/23 | Review updated liquidation analysis. | 0.800 | $ 600.00 | $ 480.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/23/23 | Meeting with Debtors and Troutman to discuss winddown budget. | 0.300 | $ 1,100.00 | $ 330.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 10/23/23 | Prepare for meeting with Debtors to review winddown budget. | 0.500 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Rommel Hernandez | 10/23/23 | Meeting with Debtors and Troutman to discuss winddown budget. | 0.300 | $ 325.00 | $ 97.50 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/23/23 | Prepare for meeting with the Debtors to review winddown budget assumptions. | 1.400 | $ 950.00 | $ 1,330.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/25/23 | Update waterfall analysis with based on revised professional fees schedule and other new items. | 1.400 | $ 600.00 | $ 840.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 10/25/23 | Update draft waterfall analysis based on the Debtors revised projections. | 1.400 | $ 600.00 | $ 840.00 |
| 3 | Asset Analysis and Recovery | Shawn Creedon | 10/25/23 | Review and comment on the Debtors' updated cash flow forecast. | 1.700 | $ 950.00 | $ 1,615.00 |
| 3 | Asset Analysis and Recovery | Rommel Hernandez | 10/26/23 | Prepare analysis of the Debtors' liquidation analysis as to be filed with the Disclosure Statement. | 1.400 | $ 325.00 | $ 455.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 10/26/23 | Add slide for liquidation analysis into UCC update deck. | 0.600 | $ 700.00 | $ 420.00 |
| 3 | Asset Analysis and Recovery | Paul Trenti | 10/26/23 | Edit and reformat plan waterfall slide for UCC update deck. | 0.500 | $ 700.00 | $ 350.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/26/23 | Revise analysis of potential unsecured creditor recovery scenarios in preparation for update to UCC. | 2.300 | $ 950.00 | $ 2,185.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/30/23 | Call with Troutman to discuss claims analysis for latest Plan of Reorganization. | 0.400 | $ 950.00 | $ 380.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/30/23 | Participate in call with Huron team regarding claims reconciliation. | 0.500 | $ 950.00 | $ 475.00 |
| 3 | Asset Analysis and Recovery | Rommel Hernandez | 10/30/23 | Compare the Debtors' liquidation analysis to cash flow results. | 0.600 | $ 325.00 | $ 195.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 10/30/23 | Review updated claims analysis in advance of discussions with Counsel. | 0.900 | $ 950.00 | $ 855.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 10/04/23 | Meeting with L. Marcero to review UCC update materials and results through September 30. | 0.700 | $ 950.00 | $ 665.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/04/23 | Review updated 13-week cash flow analysis (through 09/30) and draft UCC update prepared by engagement team. | 1.100 | $ 700.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/04/23 | Revise updated 13 week cashflow analysis for the week ended 09/30. | 1.400 | $ 600.00 | $ 840.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/04/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 09/30. | 1.100 | $ 325.00 | $ 357.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/04/23 | Meeting with H. Ericsson to review actual results through 09/30 and updated forecast through December 30. | 1.000 | $ 325.00 | $ 325.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/04/23 | Meeting with R. Hernandez to review actual results through 09/30 and updated forecast through December 30. | 1.000 | $ 600.00 | $ 600.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/04/23 | Prepare UCC update materials covering the week ended 09/30. | 0.800 | $ 600.00 | $ 480.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/04/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 09/30 and cumulatively since 07/29 forecast. | 0.700 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/04/23 | Outline proposed updates to UCC presentation deck. | 0.500 | $ 325.00 | $ 162.50 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 10/04/23 | Meeting with S. Creedon to review UCC update materials and results through September 30. | 0.700 | $ 1,100.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 10/04/23 | Review status of cash flow results through 09/30. | 0.900 | $ 1,100.00 | $ 990.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 10/05/23 | Finalize and distribute weekly UCC update materials. | 0.600 | $ 950.00 | $ 570.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/05/23 | Review cash flow update and claims waterfall slides prepared in preparation for UCC update call. | 0.900 | $ 700.00 | $ 630.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 10/05/23 | Revise weekly UCC update materials. | 1.900 | $ 950.00 | $ 1,805.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 10/05/23 | Review and comment on draft update materials in advance of UCC meeting. | 1.600 | $ 1,100.00 | $ 1,760.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/06/23 | Meeting with L. Marcero, H. Ericsson, and R. Hernandez to review updates to potential waterfall scenarios. | 0.500 | $ 700.00 | $ 350.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/11/23 | Prepare UCC update materials covering the week ended 10/07. | 1.700 | $ 600.00 | $ 1,020.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/11/23 | Review updated 13-week cash flow analysis (through 10/07) and revise draft UCC update prepared by engagement team. | 1.400 | $ 700.00 | $ 980.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/11/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 10/07. | 0.800 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/11/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 10/07 and cumulatively since 07/29 forecast. | 0.700 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/11/23 | Revise updated 13 week cashflow analysis for the week ended 10/07. | 0.600 | $ 600.00 | $ 360.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 10/16/23 | Review and comment on updated cash flow analysis through end of 13 week period. | 1.900 | $ 950.00 | $ 1,805.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/18/23 | Prepare UCC update materials covering the week ended 10/14. | 2.100 | $ 600.00 | $ 1,260.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/18/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 10/14. | 1.000 | $ 325.00 | $ 325.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/18/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 10/14 and cumulatively since 07/29 forecast. | 1.000 | $ 325.00 | $ 325.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/18/23 | Revise updated 13 week cashflow analysis for the week ended 10/14. | 0.900 | $ 600.00 | $ 540.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/18/23 | Review and revise updated analysis of the Debtors' cash flow projections through planned effective date. | 0.900 | $ 700.00 | $ 630.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/18/23 | Review updated 13-week cash flow analysis (through 10/14) and revise draft UCC update prepared by engagement team. | 0.800 | $ 700.00 | $ 560.00 |
| 5 | Cash Flow Analysis/Reporting | Shawn Creedon | 10/18/23 | Review updated 13-week cash flow forecast received from Debtors. | 1.300 | $ 950.00 | $ 1,235.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 10/18/23 | Review and comment on draft presentation to UCC for weekly meeting. | 1.800 | $ 1,100.00 | $ 1,980.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/18/23 | Working session with H. Ericsson to review cash flow results through 10/14. | 0.300 | $ 325.00 | $ 97.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/18/23 | Working session with R. Hernandez to review cash flow results through 10/14. | 0.300 | $ 600.00 | $ 180.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/25/23 | Prepare UCC update materials covering the week ended 10/21. | 1.800 | $ 600.00 | $ 1,080.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/25/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 10/21 and cumulatively since 07/29 forecast. | 1.200 | $ 325.00 | $ 390.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 10/25/23 | Revise updated 13 week cashflow analysis for the week ended 10/21. | 1.000 | $ 600.00 | $ 600.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 10/25/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 10/21. | 0.800 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 10/25/23 | Review updated 13-week cash flow analysis (through 10/21) and revise draft UCC update prepared by engagement team. | 1.600 | $ 700.00 | $ 1,120.00 |
| 6 | Meetings and Communications | Shawn Creedon | 10/04/23 | Review and revise weekly UCC update materials. | 2.400 | $ 950.00 | $ 2,280.00 |
| 6 | Meetings and Communications | Timothy Martin | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 1,100.00 | $ 550.00 |
| 6 | Meetings and Communications | Laura Marcero | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 1,100.00 | $ 550.00 |
| 6 | Meetings and Communications | Paul Trenti | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 700.00 | $ 350.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Holger Ericsson | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 600.00 | $ 300.00 |
| 6 | Meetings and Communications | Robert Loh | 10/05/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.500 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Laura Marcero | 10/05/23 | Prepare for UCC update call. | 1.200 | $ 1,100.00 | $ 1,320.00 |
| 6 | Meetings and Communications | Laura Marcero | 10/19/23 | Prepare for UCC update call. | 0.700 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Holger Ericsson | 10/19/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.700 | $ 600.00 | $ 420.00 |
| 6 | Meetings and Communications | Laura Marcero | 10/19/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.700 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Paul Trenti | 10/19/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.700 | $ 700.00 | $ 490.00 |
| 6 | Meetings and Communications | Shawn Creedon | 10/19/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.700 | $ 950.00 | $ 665.00 |
| 6 | Meetings and Communications | Timothy Martin | 10/19/23 | Provide additional comment on draft presentation to UCC. | 0.900 | $ 1,100.00 | $ 990.00 |
| 6 | Meetings and Communications | Timothy Martin | 10/19/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.700 | $ 1,100.00 | $ 770.00 |
| 6 | Meetings and Communications | Shawn Creedon | 10/19/23 | Finalize weekly UCC update deck. | 1.100 | $ 950.00 | $ 1,045.00 |
| 6 | Meetings and Communications | Robert Loh | 10/19/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.700 | $ 950.00 | $ 665.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 10/11/23 | Review of correspondence from counsel regarding Plan status. | 0.800 | $ 1,100.00 | $ 880.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 10/19/23 | Review outline of the first amended plan and disclosure statements. | 0.800 | $ 1,100.00 | $ 880.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Holger Ericsson | 10/19/23 | Review the Debtors' first amended plan of reorganization for changes potentially impacting the treatment of unsecured creditors. | 1.500 | $ 600.00 | $ 900.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 10/19/23 | Review of Debtors' first amended joint Ch.11 plan. | 1.100 | $ 1,100.00 | $ 1,210.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 10/23/23 | Review the Debtors' winddown budget in advance of discussion with Counsel. | 1.000 | $ 1,100.00 | $ 1,100.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 10/24/23 | Review of amended plan and disclosure statements as filed. | 0.400 | $ 1,100.00 | $ 440.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 10/24/23 | Review of amended plan and disclosure statements and draft follow ups for discussion with counsel. | 2.300 | $ 1,100.00 | $ 2,530.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 10/30/23 | Participate in meeting with counsel regarding Plan hearing. | 0.400 | $ 950.00 | $ 380.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 10/30/23 | Review updated plan of reorganization draft in advance of discussion with committee counsel. | 1.400 | $ 1,100.00 | $ 1,540.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 10/30/23 | Participate in meeting with counsel regarding Plan hearing. | 0.400 | $ 1,100.00 | $ 440.00 |
| 8 | Business Analysis | Shawn Creedon | 10/03/23 | Review and respond to inquiry from Debtor regarding July/August 2023 UCC professional fees in connection with cash flow forecast updates. | 0.300 | $ 950.00 | $ 285.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Business Analysis | Paul Trenti | 10/10/23 | Review case docket for court filings related to on going operations, lease/contract rejections, etc. | 0.800 | $ 700.00 | $ 560.00 |
| 12 | Retention and Fee Applications | Timothy Martin | 10/16/23 | Review and comment on request from A. Kroll (Lordstown) regarding fees. | 0.100 | $ 1,100.00 | $ 110.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 10/17/23 | At the Debtors' request, prepare summary of Financial Advisor fees during the months of July, August, and September 2023. | 0.300 | $ 950.00 | $ 285.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 10/18/23 | Initial preparation of Huron's September 2023 monthly fee application. | 1.700 | $ 950.00 | $ 1,615.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 10/21/23 | Continue preparation of Huron's September 2023 monthly fee application. | 0.700 | $ 950.00 | $ 665.00 |
| 12 | Retention and Fee Applications | Shawn Creedon | 10/26/23 | Update draft of Huron's September 2023 fee statement. | 1.300 | $ 950.00 | $ 1,235.00 |
| 12 | Retention and Fee Applications | Timothy Martin | 10/26/23 | Review of draft Huron September 2023 fee statement. | 0.600 | $ 1,100.00 | $ 660.00 |
| | | | | **TOTAL** | **198.900** | | **158,852.50** |