**CERTIFICATE OF SERVICE**

        I, Kenneth A. Listwak, hereby certify that on November 22, 2023, I caused the foregoing *Third Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from October 1, 2023, Through October 31, 2023* to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

                                                 */s/ Kenneth A. Listwak*
                                                 Kenneth A. Listwak (DE 6300)

## Service List

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
Donald J. Detweiler
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession*
WHITE & CASE LLP
Thomas E. Lauria, Matthew C. Brown,
and Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com
fhe@whitecase.com

**Email and First Class Mail**
Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

**First Class Mail**
The Debtors, c/o Lordstown Motors Corporation
Attn: Adam Kroll
27000 Hills Tech Ct.
Farmington Hills, MI 48331

**Email and First Class Mail**
(*Proposed Co-counsel to Equity Committee*)
BROWN RUDNICK LLP
Robert J. Stark and Bennett S. Silverberg
7 Times Square
New York, NY 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com

**Email and First Class Mail**
(*Proposed Co-counsel to Equity Committee*)
MORRIS JAMES LLP
Eric J. Monzo and Brya M. Keilson
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

**Email and First Class Mail**
(*Proposed Co-counsel to Equity Committee*)
BROWN RUDNICK LLP
Matthew A. Sawyer
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com