**<u>EXHIBIT A</u>**

**WOMBLE BOND DICKINSON**

**Womble Bond Dickinson (US) LLP**
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801

Tel: (302) 252-4320
Fax: (302) 252-4330
www.womblebonddickinson.com

November 20, 2023
Matter Number 120360.0001.8
Bill Number 4850972
STATEMENT FOR SERVICES RENDERED

2300 Hallock Young Rd SW
Lordstown, OH  44481

RE:    Lordstown Motors Corp.

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2023 _____ $114,369.00

**CURRENT TOTAL**    **$114,369.00**

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

### ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|-------|-------------|-----------|--------|-------|---------|
| **BKAD - Asset Disposition - General** | | | | | |
| 10/11/2023 | Emails to and from White & Case re: contracts to be assumed and assigned pursuant to recent bid | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/11/2023 | Telephone call and email to and from M. Patterson re: contracts to be assumed and assigned pursuant to recent bid | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/11/2023 | Address sale reply deadline | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 10/12/2023 | Review and analysis of Reply to Sale objections (.1); telephone call M. Patterson re: reply to sale and supplemental sale disclosures (.1) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/12/2023 | Address assignment notices (.3); calls with co-counsel regarding same (.6) | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 10/13/2023 | Review and analysis of emails to and from Debtors and Womble team re: service of sale documents | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/13/2023 | Multiple correspondence with co-counsel regarding sale notice communications (.3); call with co-counsel regarding same (.3) | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/15/2023 | Prepare notice of sale order | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 10/16/2023 | Call White & Case re sale status (.2); Review and analysis of sale motion (.3) | Detweiler, Donald J. (10135) | 0.50 | 845.00 | $ 422.50 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2023 | Review/revise/file sale order, reply, and declarations in support of sale | Patterson, Morgan L. (2372) | 2.20 | 720.00 | $ 1,584.00 |
| 10/16/2023 | Prepare reply in support of sale and exhibits for filing (.8); prepare Jefferies and Buyers declaration for filing (.4); efile reply (.1); efile declarations (x2) (.2); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.60 | 370.00 | $ 592.00 |
| 10/17/2023 | Emails to D. Turestsky re: open sale issues and clarifying language in deal (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/17/2023 | Revise sale order and address objections to same (4.6); call with co-counsel and Don Detweiler regarding sale status (.4); review and revise sale order notice (.3) | Patterson, Morgan L. (2372) | 5.30 | 720.00 | $ 3,816.00 |
| 10/17/2023 | Revise notice of revised sale order (.3); email to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/2023 | Email (x5) to/from F. He re: notice and sale order (.3); email to D. Kim re: same (.1); email (x10) to/from M. Patterson re: same (.5) revise notice of revised proposed sale order and exhibits (4.4); efile same (.1) coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 5.50 | 370.00 | $ 2,035.00 |
| 10/18/2023 | Edit/file revised sale order (2.3); prepare for sale hearing (1.3); work with co-counsel regarding drafting de minimis asset motion (1.2) | Patterson, Morgan L. (2372) | 4.80 | 720.00 | $ 3,456.00 |
| 10/18/2023 | Email (x2) to/from M. Patterson re: sale order (.1); upload same (.1); coordinate service of same (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 10/22/2023 | Review and analysis of emails regarding De Minimus Asset Sale issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/23/2023 | Review/revise de minimis asset motion | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4850972
Lordstown Motors Corp.

| 10/26/2023 | Work with Fan He regarding sale closing | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
|---|---|---|---|---|---|
| 10/27/2023 | Work with co-counsel and review/revise De Minimis asset sale motion | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
| 10/31/2023 | Review further revised de minimis asset sale motion and file | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 10/31/2023 | Prepare notice re: asset sale procedures motion (.2); email (x5) same to M. Patterson (.3); email (x3) to/from R. Szuba re: same (.2); prepare notice, motion and exhibits for filing (1.5); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 2.40 | 370.00 | $ 888.00 |

|  |  | **Total for Task:** | | | $ 18,608.50 |
|---|---|---|---|---|---|

**BKAV - Adversary**

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2023 | Review stipulation extending time to answer motion to dismiss (.1); calendar deadlines re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| | | | | | $ 74.00 |
| | | **Total for Task:** | | | |

**BKB - Investigation of Claims**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/2023 | Email with CEO regarding open issues being researched under the Plan (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/19/2023 | Email and telephone call with D. Turetsky regarding contribution and indemnity issues under the plan (.4) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/24/2023 | Draft memorandum on treatment of D&O contribution and indemnity claims in bankruptcy (1.2); circulate draft memo to working group (.1) | Detweiler, Donald J. (10135) | 1.30 | 845.00 | $ 1,098.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/2023 | Telephone call with D. Turetsky re: analysis of treatment of D&O contribution and indemnity claims in bankruptcy | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| | **Total for Task:** | | | | $ 1,690.00 |

**BKCO - Claims Objections**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/2023 | Confer with M. Patterson regarding coverage and review of Objection to Singh Motion | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/09/2023 | Review/revise objection to Singh motion | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 10/10/2023 | Research and revise objection to Singh motion | Patterson, Morgan L. (2372) | 2.80 | 720.00 | $ 2,016.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/11/2023 | Review and analysis of Objection to Singh claim (.1) and Committee's Joinder to Objection to Singh claim (.1) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/11/2023 | Emails regarding objection to motion (.1); finalize, efile and coordinate service of objection to Singh motion for payment (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/16/2023 | Follow-up M. Patterson re: Singh claim motion (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/18/2023 | Prepare for Singh motion hearing | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/18/2023 | Prepare order denying Singh motion (.6); email to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4850972
Lordstown Motors Corp.

| 10/19/2023 | Review and circulate proposed Singh claimant order | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 10/19/2023 | Email to/from M. Patterson re: Singh motion (.1); prepare certification of counsel denying motion (.5) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 10/20/2023 | Email to/from M. Patterson re: Singh order (.1); revise certification of counsel (.1); efile same, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 10/23/2023 | Emails to and from M. Patterson and C. Giobbe re: hearing on Amended Plan and Disclosure Statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/23/2023 | Telephone call D. Turetsky re: hearing on Amended Plan and Disclosure Statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                                                                  120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/2023 | Retrieve and review entered order denying Singh motion (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 10/24/2023 | Call with David Turetsy regarding claims objections and allowance (.4); call with Don Detweiler regarding same (.2) | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/26/2023 | Call with Fan He regarding next steps for claims motions | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |

|  |  |  |  |  | $ 5,304.00 |
|---|---|---|---|---|---|
|  | **Total for Task:** |  |  |  |  |

**BKD - Documentations/Plan Negotiation**

| 10/14/2023 | Call with M. Patterson re Plan revisions and open disclosure statement and plan issues | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |
|---|---|---|---|---|---|

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/14/2023 | Call with client re: plan inquiry | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 10/14/2023 | Review/revise CNO for exclusivity motion | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 10/14/2023 | Calls with Don Detweiler regarding Plan revisions | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/19/2023 | Review and analysis of contribution and indemnity issues under plan and corporate organizational documents (1.3) | Detweiler, Donald J. (10135) | 1.30 | 845.00 | $ 1,098.50 |
| 10/19/2023 | Research law for indemnity claim under 510(b) | Kosman, Elazar A. (10329) | 2.00 | 385.00 | $ 770.00 |

Lordstown Motors Corp (DE)                                                   120360.0001.8/4850972
Lordstown Motors Corp.

| 10/20/2023 | Research potential release and contribution issues under proposed plan | Detweiler, Donald J. (10135) | 1.10 | 845.00 | $ 929.50 |
| 10/20/2023 | Research regarding directors indemnification claims. | Kosman, Elazar A. (10329) | 0.70 | 385.00 | $ 269.50 |
| 10/23/2023 | Review and analysis of Amended Plan and Disclosure Statement | Detweiler, Donald J. (10135) | 1.10 | 845.00 | $ 929.50 |

|  |  | **Total for Task:** |  |  | $ 5,321.00 |

**BKDS - Disclosure Statement**

| 10/06/2023 | Review/revise disclosure statement | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.                                                    120360.0001.8/4850972

| 10/07/2023 | Call with co-counsel regarding preparation for DS hearing | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 10/09/2023 | Review and analyze disclosure statement objections (.5); confer with M. Patterson regarding review and any open issues (.1) | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |
| 10/09/2023 | Review Disclosure Statement objections and prepare for hearing | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
| 10/10/2023 | Multiple emails D. Turetsky re: open issues concerning disclosure statement and plan | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/10/2023 | Call with White & Case team re: open disclosure statement issues and potential new hearing date | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2023 | Email from US Trustee re: objection to disclosure statement | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/10/2023 | Call with co-counsel regarding disclosure statement revisions | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 10/10/2023 | Draft notice of rescheduling disclosure statement hearing (.6); emails with Morgan Patterson re same (.1) | Thomas, Elizabeth C.* (10159) | 0.70 | 370.00 | $ 259.00 |
| 10/11/2023 | Emails to and from D. Kim re: service of continued Disclosure Statement Hearing on equity interests | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/11/2023 | Emails to and from M. Patterson re: service of continued Disclosure Statement Hearing on equity interests | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/11/2023 | Emails re: filing of Notice of Continued Disclosure Statement hearing | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/11/2023 | Review/revise and address service of disclosure statement hearing notice | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 10/11/2023 | Emails regarding rescheduling disclosure statement hearing (.1); finalize, efile and coordinate service of notice of rescheduled hearing (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |
| 10/17/2023 | Conference call M. Patterson and White & Case team re: sale status (.4) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/17/2023 | Emails re: disclosure statement objections (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/17/2023 | Email to/from M. Patterson re: continued disclosure statement hearing (.1); email to KCC re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
|---|---|---|---|---|---|
| 10/18/2023 | Call with White & Case team regarding disclosure statement issues and new hearing date (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/19/2023 | Multiple emails D. Turetsky regarding open issues concerning disclosure statement and plan | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/20/2023 | Telephone call D. Turetsky regarding open issues concerning disclosure statement and plan (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/20/2023 | Call M. Patterson regarding open scheduling issues (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                      120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2023 | Emails and telephone call with L. Capp regarding potential continuance of hearing (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/22/2023 | Multiple emails M. Patterson and C. Giobbe and White & Case regarding Amended Plan and Disclosure Statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/22/2023 | Emails to and from working team members regarding proposed changes to Disclosure Statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/22/2023 | Calls with Don Detweiler regarding Plan/DS revisions (.5); work with co-counsel regarding same (.3) | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 10/24/2023 | Review, revise and edit Notice of Continuance of Disclosure Statement (.3); emails M. Patterson and C. Giobbe re: proposed edits to Notice of Continuance of Disclsoure Statement (.1) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

| | | | | | |
|---|---|---|---|---|---|
| 10/24/2023 | Emails and telephone call with M. Patterson re: continuance of Disclosure Statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/24/2023 | Review and analysis of US Trustee's objection to Disclosure Statement and Solicitation Procedures | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/24/2023 | Emails to and from White & Case and M. Patterson re: disclsoure statement and confirmation time lines | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/24/2023 | Telpehone call with D. Turetsky re: plan and disclosure statement issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/24/2023 | Emails from Creditors Committee and other parties in interest re: continued hearing date on Disclosure Statement hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2023 | Prepare for disclosure statement hearing (1.8); work with chambers regarding same (.2) | Patterson, Morgan L. (2372) | 2.00 | 720.00 | $ 1,440.00 |
| 10/27/2023 | Review and analysis of updated changes to disclosure statement | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/27/2023 | Prepare motion to file late reply re: disclosure statement reply (1.9); email (x2) to/from M. Patterson re: same (.1); revise notice of filing of blacklines re: modified disclosure statement (.3); revise notice of filing of proposed disclosure statement order (.4); email to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 2.80 | 370.00 | $ 1,036.00 |
| 10/28/2023 | Review and analysis of emails re: plan confirmation schedule and forwarding schedule to Committees and US Trustee | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/29/2023 | Review and analysis of emails re: updated disclosure statement and solicitation materials | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/29/2023 | Review and analysis of emails re: updated disclosure statement and solicitation materials | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/29/2023 | Telephone call and email M. Patterson re: recent filings and open issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/29/2023 | Prepare motion to file late reply in support of disclosure statement (.7); review/revise notice of filing of revised proposed disclosure statement order (.3); review/revise notice of revised Plan and Disclosure statement (.2); review/revise and file modified Plan and Disclosure Statement (2.2); calls with co-counsel regarding resolutions of disclosure statement objections (.4) | Patterson, Morgan L. (2372) | 4.10 | 720.00 | $ 2,952.00 |
| 10/30/2023 | Respond to email from W&C re: supplemental revisions to disclosure statement and filing with Court | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/30/2023 | Telephone call to M. Patterson re: response to email from W&C re: supplemental revisions to disclosure statement and filing with Court | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/30/2023 | Review/revise/file proposed disclosure statement order (1.8); calls with co-counsel team regarding same (.6) | Patterson, Morgan L. (2372) | 2.40 | 720.00 | $ 1,728.00 |
| 10/31/2023 | Review shareholder reservation of rights (.2); review and analysis of emails re: resolution of shareholder reservation of rights | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/31/2023 | Emails D. Turetsky and M. Patterson resolution of objections to disclosure statement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/31/2023 | Calls with co-counsel regarding order revisions and submission (.4); review/revise and upload order (.8) | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |

**Total for Task:**                                           $ 18,799.00

**BKE - Executory Contracts/Lease Agreements**

Lordstown Motors Corp (DE)                                                    120360.0001.8/4850972
Lordstown Motors Corp.

| 10/11/2023 | Review and analysis of cure objections filed by Elaphe Propulsion and Nexter Automotive | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/13/2023 | Review and analysis of emails to and from Debtors and Womble re: service of executory contract info to potential assumed contracts | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/23/2023 | Address 365(d)(4) deadline extension and other upcoming deadlines | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/24/2023 | Address lease assumption and rejection extension motion (.3); prepare for amended cure notice filing (.9) | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |
| 10/24/2023 | Draft and revise motion to extend time to assume or reject leases and executory contracts and proposed order | Curtis, William D. (368) | 1.00 | 470.00 | $ 470.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/24/2023 | Research re: 365(d)(4) motion (.1); email to W. Curtis re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 10/24/2023 | Review emails from F. He re: cure notice (.1); email (x2) to/from M. Patterson re: same (.2); review/revise cure notice (1.0) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |
| 10/25/2023 | Review/revise/file lease assumption/rejection extension motion (1.2); review and file cure notice (.4) | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
| 10/25/2023 | Revise and finalize draft of motion to extend time to assume or reject leases (.3) | Curtis, William D. (368) | 0.30 | 470.00 | $ 141.00 |
| 10/25/2023 | Prepare notice re: motion to extend time to assume or reject (.2); Revise motion to extend time to assume/reject (.9); email to M. Patterson re: same (.1); review White & Case edits, revise same (.5); email to M. Patterson (.1); prepare motion, order and exhibits for filing (.1); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 2.20 | 370.00 | $ 814.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/25/2023 | Review third cure notice (.1); email to M. Patterson re: same (.1); revise notice (.1); efile same (.1); coordinate service (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
|---|---|---|---|---|---|
| 10/30/2023 | Email to/from M. Patterson re: final assumption notice (.1); review and revise exhibit (.8) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 10/31/2023 | Work with Cindy Giobbe and co-counsel regarding final assumption list for sale | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 10/31/2023 | Prepare notice re: first rejection motion (.2); email same to M. Patterson (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 10/31/2023 | Revise final cure notice chart (.4); email to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4850972
Lordstown Motors Corp.

|  |  |  |  |  | $ 6,193.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKEB - Employee Benefits**

| 10/27/2023 | Prepare motion to file under seal motion to settle employee contract claims (1.9); email (x2) to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 2.00 | 370.00 | $ 740.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 740.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKFO - Fees of Others**

| 10/09/2023 | Review and forward email regarding Ordinary Course Retention Report | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 10/09/2023 | Work with co-counsel regarding fee application preparation and filing (.5); Review/revise OCP notice and file (.6) | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 10/09/2023 | Emails re Baker fee application (.1); finalize, efile and coordinate service of Baker 1st fee application (.2) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/16/2023 | Email (x2) to/from M. Patterson re: KPMG first monthly fee application (.1); prepare certificate of no objection re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 10/17/2023 | Prepare CNO re: Silverman second monthly fee application (.2); email (x2) to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 10/18/2023 | Email to S. Ludovici re: CNO re: Silverman second monthly fee application (.1); Email to S. Ludovici re: CNOs re: KPMG first monthly fee application (.1); email (x2) to/from C. Tsitsis re: Silverman CNO (.1); efile same (.1); email to/from M. Orobia re: CNO (.1); efile same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 10/19/2023 | Review and prepare for filing amended notice of OCP | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 10/19/2023 | Email to/from M. Patterson re: amended OCP quarterly report (.1); prepare notice re: same (.4) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/20/2023 | Review and file W&C fee application (.2); review and file OCP amended report (.2) | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 10/20/2023 | Email to/from S. Ludovici re: White & Case second monthly fee application (.1); prepare notice re: same (.4); prepare fee application, notice and exhibits for filing (.2); email to M. Patterson re: review of same (.1); efile fee application (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.00 | 370.00 | $ 370.00 |
| 10/20/2023 | Revise quarterly OCP statement (.2); email to M. Patterson re: same (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 10/23/2023 | Prepare notice re: KPMG second monthly fee application (.2); email to M. Patterson re: same (.1); prepare application, notice and exhibits for filing (.2); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 10/25/2023 | Review and file Silverman fee application | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/2023 | Prepare notice re: Silverman third monthly fee application (.1); revise application (.2); prepare notice, exhibits and application for filing (.1); email to M. Patterson re: same (.1); efile same (.1); calendar objection deadline (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 10/26/2023 | Review KCC invoice regarding payment | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
| 10/30/2023 | Prepare certificate of no objection re: Baker & Hostetler first monthly fee application (.2); email to M. Patterson re: same (.1); email to S. Ludovici re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 10/31/2023 | Review/file KCC fee app | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 10/31/2023 | Prepare notice of KCC third monthly fee application (.2); review fee application (.3); email to M. Patterson re: same (.1); email to S. Harbuck re: same (.1); efile application (.1); coordinate service of same (.1); calendar deadlines (.1); email to S. Ludovici re: CNO re: Baker first monthly fee application (.1); email to M. VanNeil re: same (.1); efile same (.1) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

|  |  |  |  |  | $ 4,411.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

### BKG - General Case Administration

| 10/06/2023 | Review and analysis of critical dates and upcoming hearing dates (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 10/06/2023 | Address critical dates and upcoming deadlines (1.1); review/revise notice of appearance (.5) | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
| 10/06/2023 | Review critical dates calendar (.4); review docket (.9); update critical dates calendar (.3); retrieve and review ECF filings (1.0); prepare 10/18/23 hearing agenda (2.5); create docket distribution list (.1); email to White & Case and Womble teams re: ECF filings (.1); prepare certificate of no objection re: removal deadline (.5) | Giobbe, Cynthia M.* (10258) | 5.60 | 370.00 | $ 2,072.00 |
| 10/08/2023 | Review and analysis of emails with review of notice of appearance and substitution of counsel (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                    120360.0001.8/4850972
Lordstown Motors Corp.

| 10/08/2023 | Review/circulate notice of appearance and substitution of counsel | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
|---|---|---|---|---|---|
| 10/09/2023 | Review and analysis of daily email regarding recently filed bankruptcy pleadings | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/09/2023 | Finalize and efile NOA/substitution of counsel in main and adversary cases (.3); coordinate service of same (.1) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 10/09/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/10/2023 | Review and analysis of daily bankruptcy filings email | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4850972
Lordstown Motors Corp.

| | | | | | |
|---|---|---|---|---|---|
| 10/10/2023 | Call with M. Patterson re: open case issues and pending motions | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/10/2023 | Update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/10/2023 | Emails with claims agent re update to case site | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/10/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/11/2023 | Emails to and from L. Thomas re: pleadings to be filed and preparatin of same | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/11/2023 | Telephone call M. Patterson re: pleadings to be filed | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/11/2023 | Update case calendar | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/11/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/12/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
| 10/13/2023 | Obtain and circulate recently filed pleadings | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4850972
Lordstown Motors Corp.

| 10/15/2023 | Follow-up on Agenda and potential continuance | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/15/2023 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 10/16/2023 | Review and analysis of daily bankruptcy filings email (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/17/2023 | Review and analysis of daily bankruptcy filings email (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/17/2023 | Call with M. Patterson re: open case issues and hearing preparation (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/2023 | Draft and revise retention application (.90) | Curtis, William D. (368) | 0.90 | 470.00 | $ 423.00 |
| 10/18/2023 | Review emails regarding omnibus hearing dates (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/18/2023 | Address omnibus hearing dates | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 10/19/2023 | Call with M. Patterson regarding open case issues and pending motions (.2) | Detweiler, Donald J. (10135) | 0.00 | 0.00 | $ 0.00 |
| 10/19/2023 | Email D. Turetsky regarding case administration question (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)                                    120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2023 | Review and analysis of daily bankruptcy filings email (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/20/2023 | Update weekly critical dates calendar (.3); email to White & Case and WBD teams re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 10/23/2023 | Calendar 10/31/23 hearing (.1); revise critical dates calendar (.1); email to W&C and WBD teams re: daily docket distribution (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 10/26/2023 | Email to/from M. Patterson re: notice of address change (.1); prepare notice re: same (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 10/30/2023 | Email to KCC re: 10/30/23 hearing documents and service re: same | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |

Lordstown Motors Corp (DE)                                        120360.0001.8/4850972
Lordstown Motors Corp.

|  |  |  |  | $ 6,768.00 |
|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |

**BKH - Court Hearings/Preparation/Agenda**

| 10/10/2023 | Address disclosure statement hearing scheduling (.3); review/revise hearing notice (.4) | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
|---|---|---|---|---|---|
| 10/10/2023 | Revise 10/18 hearing agenda | Thomas, Elizabeth C.* (10159) | 1.40 | 370.00 | $ 518.00 |
| 10/11/2023 | Revise hearing agenda (.3); emails regarding same (.1) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 10/12/2023 | Revise hearing agenda | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4850972
Lordstown Motors Corp.

| 10/13/2023 | Review/revise/circulate the agenda for 10/18 hearing | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 10/13/2023 | Revise and update 10/18 hearing agenda (.2); emails with Morgan Patterson re same (.1); email to chambers requesting zoom link (.1) | Thomas, Elizabeth C.* (10159) | 0.40 | 370.00 | $ 148.00 |
| 10/14/2023 | Review/revise agenda and circulate | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 10/14/2023 | Email to/from M. Patterson re: 10/18/23 agenda (.1); review ECF filings re: same (.4) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 10/15/2023 | Review/revise agenda for 10/18 hearing | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2023 | Revise 10/18/23 hearing agenda (1.0); email to D. Detweiler and M. Patterson re: same (.1); email to K. Doah re: same (.1); further revise 10/18/23 agenda (.5); email to F. He re: same (.1); further revise 10/18/23 agenda (.2); email to/from F. He re: same (.1) | Giobbe, Cynthia M.* (10258) | 2.10 | 370.00 | $ 777.00 |
| 10/16/2023 | Follow-up with M. Patterson re: handling of hearing and open hearing issues (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/16/2023 | Review/revise agenda and amended agenda and file | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 10/16/2023 | Revise 10/18/23 hearing agenda (.5); email to M. Patterson re: same (.1); efile agenda (.1); coordinate service of same (.1); email to Chambers re: agenda (.1); email (x3) to/from D. Kim re: zoom registrations (.2); email to White & Case and Womble teams re: zoom registrations (.1); register D. Detweiler, M. Patterson, A. Cieply, J. Hamilton, R. Kampfner, D. Turetsky and J. Zakia for 10/18/23 hearing (.3); prepare 10/18/23 amended agenda (.4); revise amended agenda (.1) email (x3) to/from M. Patterson re: amended agenda (.1); efile same (.1); coordinate service of same (.1); email to Chambers re: amended agenda (.1) | Giobbe, Cynthia M.* (10258) | 2.40 | 370.00 | $ 888.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4850972
Lordstown Motors Corp.

| 10/17/2023 | Follow-up on hearing and info needed for hearing (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/17/2023 | Review/revise agenda and prepare for hearing | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 10/18/2023 | Follow-up on Disclosure Statement Hearing and continuance of hearing date (.2); call with M. Patterson regarding same (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/18/2023 | Prepare for and attend hearing | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 10/18/2023 | Preparation for 10/18/23 hearing (.4); email to Chambers re: revised sale order (.1); email to/from M. Patterson re: hearing documents (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Lordstown Motors Corp (DE)                                                                      120360.0001.8/4850972
Lordstown Motors Corp.

| 10/19/2023 | Email to/from M. Patterson re: hearing dates (.1); prepare certification of counsel re: November hearing date (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
|---|---|---|---|---|---|
| 10/20/2023 | Emails regarding revised agenda for hearing (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/20/2023 | Review/revise and circulate agenda | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 10/20/2023 | Email (x2) to/from M. Patterson re: 10/25/23 hearing (.1); email to Chambers re: zoom link (.1); revise 10/25/23 agenda (.3); email to M. Patterson and D. Detweiler re: review of same (.1); revise certification of counsel re: November omnibus hearing date (.1); email to M. Patterson re: same; email to White & Case team re: review of same (.1); efile COC, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 10/23/2023 | Emails to and from Court's Chambers re: continuation of hearing on Amended Plan and Disclosure Statement to October 31, 2023 | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

| 10/23/2023 | Calls with co-counsel regarding hearing rescheduling (.3); review and file agenda (.3); multiple correspondence with court chambers regarding agenda (.2) | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
|---|---|---|---|---|---|
| 10/23/2023 | Retrieve and review 11/21/23 omnibus hearing order (.1); coordinate service of same (.1); update critical dates calendar (.1); calendar deadlines (.1); review 10/25/23 hearing agenda (.1); email to W&C and WBD teams (.1); further revise 10/25/23 hearing agenda (.4); email (x3) to/from D. Detweiler re: same (.1); efile same (.1); coordinate service of same (.1); email to Chambers re: same (.1) | Giobbe, Cynthia M.* (10258) | 1.40 | 370.00 | $ 518.00 |
| 10/24/2023 | Email to White and Case team re: 10/25/23 hearing (.1); register M. Patterson and D. Detweiler re: same (.1); register R. Szuba, D. Turetsky, J. Zakia and R. Kampfner for 10/25/23 hearing (.2); email to same re: registrations (.1); register M. Leonard for 10/25/23 hearing (.1); email to F. He re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 10/25/2023 | Emails re: Disclosure Statement hearing preparation | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/25/2023 | Prepare for and attend hearing | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/25/2023 | Email (x3) to/from M. Patterson re: 10/25/23 hearing (.2); revise 10/31/23 hearing agenda (.3); prepare 10/21/23 hearing agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
|---|---|---|---|---|---|
| 10/26/2023 | Email to Chambers re: zoom link for 10/31/23 hearing (.1); revise agenda (.1); email to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 10/27/2023 | Multiple emails WBD and W&C teams re: hearing agenda (.2); review and edit proposed agenda (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/27/2023 | Review/revise and file agenda | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 10/27/2023 | Email (x3) to/from M. Patterson re: 10/31/23 hearing agenda (.2); email (x4) to White & Case team re: review of same (.2); revise hearing agenda (.1); efile same (.1); email to Chambers (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4850972
Lordstown Motors Corp.

| 10/30/2023 | Review and analysis of emails re: disclosure objections, objections resolved and amended agenda for hearing | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/30/2023 | Telephone call M. Patterson re: amended agenda and supplemental documents to be filed for disclosure statement hearing | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 10/30/2023 | Multiple emails and telephone calls C. Giobbe and M. Patterson re: documents for disclosure statement hearing and service of documents on parties and open issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/30/2023 | Review/revise/file second amended agenda | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/30/2023 | Prepare for disclosure statement hearing | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |

Lordstown Motors Corp (DE)                                      120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 10/30/2023 | Register D. Turetsky, R. Kampfner, J. Zakia, D. Detweiler and M. Patterson re: 10/31/23 hearing (.2); email (x2) to/from D. Detweiler and M. Patterson re: 10/31/23 amended agenda (.1); prepare amended agenda (.4); email same to White & Case team (.1); update amended agenda (.2); email to White & Case team re: same (.1); email to/from M. Patterson re: amended agenda (.1); efile same (.1); coordinate service of same (.1); email to Chambers re: as-filed copy (.1); prepare second amended agenda (.4); email to M. Patterson for review (.1); email to R. Szuba re: revisions (.1); efile same (.1); coordinate service to KCC and Chambers (.1) | Giobbe, Cynthia M.* (10258) | 2.30 | 370.00 | $ 851.00 |
| 10/31/2023 | Multiple emails M. Patterson re: disclosure statement hearing | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/31/2023 | Multiple emails D. Turetsky re: disclosure statement hearing and plan issues | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/31/2023 | Prepare for and attend hearing on disclosure statement | Patterson, Morgan L. (2372) | 2.30 | 720.00 | $ 1,656.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

| 10/31/2023 | Preparation for 10/31/23 hearing (.3); update 11/21/23 hearing agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
|---|---|---|---|---|---|
| | | | | | $ 16,568.50 |
| | | | | **Total for Task:** | |

**BKLT - Litigation**

| 10/09/2023 | Draft Notice of Filing OCP Quarterly Statement | Couch, Ashley L.* (5534) | 1.10 | 385.00 | $ 423.50 |
|---|---|---|---|---|---|
| 10/11/2023 | Emails to and from White & Case re: Stipulation to be filed with Foxconn | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/11/2023 | Review and analyze Foxconn Stipulation (.1); telephone call M. Patterson re: same (.1) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4850972
Lordstown Motors Corp.

| 10/11/2023 | Emails to and from M. Patterson re: CNO for Removal motion | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 10/11/2023 | Review and circulate CNO regarding removal motion | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 10/11/2023 | Finalize CNO re removal extension motion (.1); emails re same (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
| 10/12/2023 | Review/file stipulation related to extension of time to answer (.3); correspondence with Foxconn counsel regarding same (.1) | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 10/12/2023 | Emails re CNO to removal motion (.1); finalize CNO with proposed order (.1); efile CNO and upload order for approval (.1) | Thomas, Elizabeth C.* (10159) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

| 10/12/2023 | Finalize and efile COC re order approving stipulation regarding deadline to motion to dismiss and upload order | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |
|---|---|---|---|---|---|
| 10/19/2023 | Review order re: Commission deadline to extend re: 1141(d)(6) (.1); calendar deadline re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

|  |  |  |  |  | $ 1,611.00 |
|---|---|---|---|---|---|
|  |  |  | **Total for Task:** | | |

**BKPO - Plan of Reorganization**

| 10/11/2023 | Emails re CNO for exclusivity motion | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |
|---|---|---|---|---|---|
| 10/13/2023 | Draft CNO re exclusivity motion (.1); email with Morgan Patterson re same (.1) | Thomas, Elizabeth C.* (10159) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4850972
Lordstown Motors Corp.

| 10/20/2023 | Email (x2) to/from M. Patterson re: amended plan and disclosure statement | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 10/23/2023 | Review and analysis of Amended Plan and Disclosure Statement | Detweiler, Donald J. (10135) | 1.10 | 845.00 | $ 929.50 |
| 10/23/2023 | Review/revise and file amended Plan/DS | Patterson, Morgan L. (2372) | 3.90 | 720.00 | $ 2,808.00 |
| 10/23/2023 | Email (x20) to/from M. Patterson re: amended plan and disclosure statement (.5); email (x8) to/from R. Szuba re: plan documents (.3); prepare notice of filing of blacklines (.5); assist in preparation of amended plan and disclosure statement (3.0); prepare plan for filing (.2); efile same (.1); prepare disclosure statement for filing (.5); efile same (.1); prepare notice of blacklines for filing (.2); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 5.60 | 370.00 | $ 2,072.00 |
| 10/24/2023 | Review/revise/file amended Plan and DS and related blacklines (2.9); address plan/ds timeline and hearing preparation (.7) | Patterson, Morgan L. (2372) | 3.60 | 720.00 | $ 2,592.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

| 10/24/2023 | Email to KCC re: amended plan/disclosure statement documents | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 10/25/2023 | Calls with Don Detweiler and co-counsel regarding Plan revisions (.7); legal research regarding same (1.4); review rules and prepare confirmation timeline (1.1) | Patterson, Morgan L. (2372) | 3.20 | 720.00 | $ 2,304.00 |
| 10/25/2023 | Email (x4) to/from M. Patterson (.2); research re: disclosure statement hearing (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 10/26/2023 | Prepare notice of further amended blacklines (.5); prepare notice re: disclosure statement proposed order (.6); email (x3) to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 1.10 | 370.00 | $ 407.00 |
| 10/27/2023 | Multiple emails disclosure statement and plan issues (.2); telephone call M. Patterson plan issues (.1); emails to W&C team plan issues (.1) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |

Lordstown Motors Corp (DE)                                      120360.0001.8/4850972
Lordstown Motors Corp.

| 10/29/2023 | Revise notice of blacklines re: modified disclosure statement (.4); revise motion to file late reply (.6); email/to from M. Patterson re: motion to exceed page limit (.1); email (x20) to/from M. Patterson re: disclosure documents (.6); prepare amended plan for filing (.5); efile same (.1); prepare amended disclosure statement for filing (.5); efile same (.1); prepare notice of blacklines re: amended plan and d/s for filing (.5); efile same (.1); prepare reply and exhibit for filing (.5); efile same (.1); prepare revised disclosure statement order, exhibits and redline for filing (2.0); efile same (.1); prepare motion for leave to file late reply for filing (.5); efile same (.1); email to D. Kim re: service (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 7.00 | 370.00 | $ 2,590.00 |
| 10/30/2023 | Telephone call D. Turetsky re: certification of shareholder class and class voting on plan (.2); telephone call M. Patterson re: same (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/30/2023 | Review/revise/file further amended Plan (1.2); review/file related blacklines (.6) | Patterson, Morgan L. (2372) | 1.80 | 720.00 | $ 1,296.00 |
| 10/30/2023 | Retrieve entered order re: late reply (.1); coordinate service of same (.1); email (x4) to/from M. Patterson re: further revised disclosure statement/plan (.2); prepare notice of blacklines re: plan/ds (.5); prepare notice re: revised ballots (.5); email to White & Case team (.1); prepare plan for filing (.5); email to M. Patterson re: review of same (.1); prepare disclosure statement and exhibits for filing (.8); email to M. Patterson re: review of same (.1); prepare notice of filing of blacklines and exhibits for filing (.8); email to M. Patterson re: review of same (.1); prepare notice of revised ballots and exhibits for filing (1.5); email to M. Patterson re: review of same (.1); efile same | Giobbe, Cynthia M.* (10258) | 5.70 | 370.00 | $ 2,109.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4850972

(.1); coordinate service of same (.1)

| 10/31/2023 | Address solicitation of Plan (1.2); review/prepare for filing solicitation versions of Plan/DS (.7) | Patterson, Morgan L. (2372) | 1.90 | 720.00 | $ 1,368.00 |
| 10/31/2023 | Prepare disclosure statement order for upload (.2); email to M. Patterson re: same (.1); upload same (.1); email to F. He re: same (.1); review emails re: solicitation procedures (.3) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |

|  |  | **Total for Task:** |  |  | $ 19,733.00 |

**BKRA - Retention of Applicant**

| 10/10/2023 | Follow-up on retention issues and parties-in interest disclosures | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                    120360.0001.8/4850972
Lordstown Motors Corp.

| 10/10/2023 | Address parties in interest disclosures and review for WBD retention | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 10/14/2023 | Prepare WBD retention application | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 10/15/2023 | Attend to retention and disclosures issues | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |
| 10/16/2023 | Follow-up on retention issues and parties-in interest disclosures | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/17/2023 | Follow-up on retention issues and parties-in interest disclosures | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4850972
Lordstown Motors Corp.

| 10/23/2023 | Prepare Womble retention application | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 10/23/2023 | Email (x3) to/from M. Patterson re: WBD retention application (.2); prepare WBD retention application, order, Detweiler declaration and Ninivaggi declaration (2.7) | Giobbe, Cynthia M.* (10258) | 2.90 | 370.00 | $ 1,073.00 |
| 10/30/2023 | Draft/revise/prepare for filing Womble retention application | Patterson, Morgan L. (2372) | 2.20 | 720.00 | $ 1,584.00 |
| 10/31/2023 | Review and analysis of WBD retention application (.2); emails to Company re: retention application (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 10/31/2023 | Revise and file retention application | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/31/2023 | Revise WBD retention application (1.1); email (x5) to/from M. Patterson re: same (.2); prepare same for filing (.2); efile same (.1); coordinate service of same (.1); calendar deadlines re: same (.1) | Giobbe, Cynthia M.* (10258) | 1.80 | 370.00 | $ 666.00 |
| | | **Total for Task:** | | | $ 6,594.00 |

**BKRO - Retention of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 10/09/2023 | Review notice of 1st OCP quarterly statement (.4); finalize, efile and coordinate service of same (.2) | Thomas, Elizabeth C.* (10159) | 0.60 | 370.00 | $ 222.00 |
| 10/12/2023 | Emails to and from White & Case re: supplement disclosures to retention application | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 10/12/2023 | Review and analysis of supplement disclosures filed by Brown Rudnick | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)                                                  120360.0001.8/4850972
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/12/2023 | Review and file White and Case supplemental declaration | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 10/12/2023 | Finalize, efile and coordinate service of White & Case's 2nd supplemental retention declaration | Thomas, Elizabeth C.* (10159) | 0.10 | 370.00 | $ 37.00 |

|  |  |  |  |  | $ 728.50 |
|---|---|---|---|---|---|
|  | **Total for Task:** |  |  |  |  |

**BKRS - Reports and Schedules**

| 10/19/2023 | Emails regarding filing of MORs | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
|---|---|---|---|---|---|
| 10/19/2023 | Prepare attestation's for September monthly operating reports (x3) (.5); email to M. Patterson re: same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Lordstown Motors Corp (DE)                                                          120360.0001.8/4850972
Lordstown Motors Corp.

| 10/20/2023 | Review/revise and file MORs | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
|---|---|---|---|---|---|
| 10/20/2023 | Emaill (x4) to/from M. Patterson re: monthly operating reports (.1); email (x3) to/from F. He re: same (.1); email to/from D. Kim re: same (.1); prepare monthly operating reports and ancillary documents for filing (1.1); efile same (.1); coordinate service to UST (.1) | Giobbe, Cynthia M.* (10258) | 1.90 | 370.00 | $ 703.00 |

|  |  |
|---|---|
| **Total for Task:** | $ 1,225.50 |
| **Total for Services:** | $ 114,369.00 |

\*    If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)

Lordstown Motors Corp.

120360.0001.8/4850972

**TIMEKEEPER SUMMARY**

| Attorney: | | Hours: | Amount: | Rate: |
|---|---|---|---|---|
| Detweiler, Donald J. | | 26.40 | $ 22,308.00 | $ 845.00 |
| Patterson, Morgan L. | | 80.20 | $ 57,744.00 | $ 720.00 |
| Kosman, Elazar A. | | 2.70 | $ 1,039.50 | $ 385.00 |
| Curtis, William D. | | 2.20 | $ 1,034.00 | $ 470.00 |
| Thomas, Elizabeth C.* | | 7.20 | $ 2,664.00 | $ 370.00 |
| Giobbe, Cynthia M.* | | 78.80 | $ 29,156.00 | $ 370.00 |
| Couch, Ashley L.* | | 1.10 | $ 423.50 | $ 385.00 |
| | **Totals:** | 198.60 | $ 114,369.00 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                               120360.0001.8/4850972
Lordstown Motors Corp.

### TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 30.80 | $ 18,608.50 |
| BKAV | Adversary | 0.20 | $ 74.00 |
| BKB | Investigation of Claims | 2.00 | $ 1,690.00 |
| BKCO | Claims Objections | 8.20 | $ 5,304.00 |
| BKD | Documentations/Plan Negotiation | 7.90 | $ 5,321.00 |
| BKDS | Disclosure Statement | 26.70 | $ 18,799.00 |
| BKE | Executory Contracts/Lease Agreements | 11.90 | $ 6,193.00 |
| BKEB | Employee Benefits | 2.00 | $ 740.00 |
| BKFO | Fees of Others | 9.30 | $ 4,411.00 |
| BKG | General Case Administration | 13.40 | $ 6,768.00 |
| BKH | Court Hearings/Preparation/Agenda | 30.30 | $ 16,568.50 |
| BKLT | Litigation | 3.10 | $ 1,611.00 |
| BKPO | Plan of Reorganization | 37.40 | $ 19,733.00 |
| BKRA | Retention of Applicant | 11.20 | $ 6,594.00 |
| BKRO | Retention of Others | 1.30 | $ 728.50 |
| BKRS | Reports and Schedules | 2.90 | $ 1,225.50 |
| | **Total** | 198.60 | $ 114,369.00 |

## <u>Use of Legal Support Service Providers</u>

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.