## **EXHIBIT B**

**SUMMARY OF EXPENSES**

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| Binding | $0.00 |
| Filing Fee | $0.00 |
| Messenger/Courier Service | $0.00 |
| Photocopies | $0.00 |
| Postage | $0.00 |
| Transcript | $0.00 |
| **Total Expenses Requested:** | **$0.00** |