IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 732 |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING, BUT NOT DIRECTING, THE DEBTORS TO REPURCHASE ENDURANCE TRUCKS FROM CUSTOMERS, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for entry of an order (this "**Order**"), pursuant to Bankruptcy Rule 9006 and Local Rule 9006-1 scheduling a hearing and shortening the notice periods for the *Debtors' Motion for Entry of an Order (I) Authorizing, but not Directing, the Debtors to Repurchase Endurance Trucks from Customers, and (II) Granting Related Relief* (the "**Repurchase Motion**"), as more fully described in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion to Shorten has been given and is sufficient and adequate under the circumstances and that no other or further notice is necessary; and the Court having determined that there is good and sufficient cause to grant the relief in the Motion to Shorten

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Repurchase Motion shall be heard at the Hearing on December 11, 2023 at 2:00 p.m. (ET).

3. The Objection Deadline with respect to the Repurchase Motion is December 5, 2023 at 4:00 p.m. (ET).

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 27th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

2

WBD (US) 4870-0080-2706v2