IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LORDSTOWN MOTORS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br><br> (Jointly Administered) <br><br> **Related Docket No. 664** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY STAFFING AND COMPENSATION REPORT OF HURON CONSULTING SERVICES LLC FOR THE PERIOD FROM SEPTEMBER 1, 2023, THROUGH SEPTEMBER 30, 2023**

On November 3, 2023, the undersigned counsel filed on behalf of Huron Consulting Services LLC ("Huron") the *Second Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from September 1, 2023, Through September 30, 2023* [Docket No. 664] (the "Application"). The notice attached to the Application established a deadline of November 27, 2023 at 4:00 p.m. (Eastern Time) for filing and serving objections or responses to the Application (the "Objection Deadline").

The undersigned further certifies that he has reviewed the docket in these cases and that no objection or response to the Application appears thereon.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181], the Debtors are authorized to pay Huron a total of $174,202, which represents 80% of the total requested fees of $217,752.50[2], as set forth in the Application without the need of a further court order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Reimbursement of expenses was not requested in the Application.

164410821v1

| | |
|---|---|
| Dated: November 28, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>*/s/ Kenneth A. Listwak*<br>David M. Fournier (DE 2812)<br>Kenneth A. Listwak (DE No. 6300)<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email:  david.fournier@troutman.com<br>          ken.listwak@troutman.com<br>          tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall (admitted *pro hac vice*)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>-and-<br><br>Deborah Kovsky-Apap (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 808-2726<br>Fax: (212) 704-6288<br>Email: deborah.kovsky@troutman.com<br><br>-and-<br><br>Sean P. McNally (admitted *pro hac vice*)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>Email: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

164410821v1