**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 670** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

On November 6, 2023, Morris James LLP ("Morris James"), Delaware counsel to the Official Committee of Equity Security Holders (the "Equity Committee"), appointed in the above-referenced bankruptcy cases, filed the *First Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 through September 30, 2023* (the "Application") [Docket No. 670].

The deadline to object to the Application was November 27, 2023 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181], no further order is required, and Morris James is entitled to receive 80% of its fees ($83,133.20) and 100% of its expenses ($106.57).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16419098/1

| | |
|---|---|
| Dated: November 28, 2023 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | |
| | *Counsel to the Official Committee of Equity Security Holders* |