**EXHIBIT A**
Lordstown Motors Corp., et al. - CASE NO: 23-10831
DETAIL OF TIME ENTRIES
FOR THE PERIOD FROM OCTOBER 1, 2023 TO OCTOBER 31, 2023

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| *Plan of Reorganization/Disclosure Statement* | | | | | |
| Robert Winning | 10/1/2023 | Analyze post-reorganization options and structure | 2.2 | $1,150 | $2,530.00 |
| Robert Winning | 10/5/2023 | Analyze potential reorganized entity activities | 1.2 | 1,150 | 1,380.00 |
| Robert Winning | 10/6/2023 | Analyze post-effective date options | 1.0 | 1,150 | 1,150.00 |
| Robert Winning | 10/9/2023 | Analyze potential post-effective options | 2.8 | 1,150 | 3,220.00 |
| Robert Winning | 10/11/2023 | Review revised plan | 1.3 | 1,150 | 1,495.00 |
| Robert Winning | 10/11/2023 | Analyze potential post-effective date alternatives | 2.2 | 1,150 | 2,530.00 |
| Robert Winning | 10/12/2023 | Continued analysis of potential post-effective date activity | 1.3 | 1,150 | 1,495.00 |
| Robert Winning | 10/13/2023 | Review revised plan and analysis re: treatment of claims | 1.3 | 1,150 | 1,495.00 |
| Robert Winning | 10/18/2023 | Continued analysis of treatment of different creditor classes | 0.8 | 1,150 | 920.00 |
| Matthew Altman | 10/20/2023 | Prepare analysis re: liquidation analysis | 0.6 | 550 | 330.00 |
| Matthew Altman | 10/20/2023 | Review liquidation analysis provided by the debtors | 0.6 | 550 | 330.00 |
| Robert Winning | 10/21/2023 | Conduct review and analysis of liquidation analysis | 0.8 | 1,150 | 920.00 |
| Lyle Bauck | 10/21/2023 | Analyze and review Debtor's draft liquidation analysis. | 0.8 | 1,150 | 920.00 |
| Matthew Altman | 10/21/2023 | Review liquidation analysis provided by debtors | 0.3 | 550 | 165.00 |
| Robert Winning | 10/22/2023 | Continue to review liquidation analysis | 2.8 | 1,150 | 3,220.00 |
| Matthew Altman | 10/22/2023 | Review liquidation analysis ahead of call with Silverman | 0.6 | 550 | 330.00 |
| Robert Winning | 10/23/2023 | Review revised liquidation analysis | 0.7 | 1,150 | 805.00 |
| Robert Winning | 10/23/2023 | Review revised Disclosure Statement | 0.6 | 1,150 | 690.00 |
| Matthew Altman | 10/23/2023 | Review updated liquidation analysis prior to filing | 1.2 | 550 | 660.00 |
| Matthew Altman | 10/23/2023 | Review waterfall recoveries re: liquidation analysis | 2.5 | 550 | 1,375.00 |
| Matthew Altman | 10/23/2023 | Continue to review analysis re: to liquidation analysis | 1.3 | 550 | 715.00 |
| Robert Winning | 10/29/2023 | Review portion of disclosure statement revisions | 0.6 | 1,150 | 690.00 |
| | | ***Plan of Reorganization/Disclosure Statement*** | **27.5** | | **$27,365.00** |
| | | | | | |
| *General Correspondence with Debtor & Debtors' Professionals* | | | | | |
| Lyle Bauck | 10/3/2023 | Read and review correspondence from E. Hammes (Silverman) re: responses to diligence requests. | 0.5 | $1,150 | $575.00 |
| Robert Winning | 10/4/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), A. Kroll (LMC) and others on open diligence items and the waterfall analysis | 0.9 | 1,150 | 1,035.00 |
| Matthew Altman | 10/4/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), A. Kroll (LMC) and others on open diligence items and the waterfall analysis | 0.9 | 550 | 495.00 |
| Lyle Bauck | 10/4/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), A. Kroll (LMC) and others on open diligence items and the waterfall analysis | 0.9 | 1,150 | 1,035.00 |
| Anthony Lo | 10/4/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3) M. Altman (M3), C. Tsitsis (Silverman), E. Hammes (Silverman), A. Kroll (LMC) and others on open diligence items and the waterfall analysis | 0.9 | 750 | 675.00 |
| Robert Winning | 10/6/2023 | Participate in meeting with Debtor and OEC professionals re: plan issues | 1.6 | 1,150 | 1,840.00 |
| Lyle Bauck | 10/11/2023 | Participate in a diligence meeting with Debtors/Debtors' professionals re: updated estimates and clarification (M. Altman and A. Lo)(M3) (A. Kroll)(Debtors) (E. Hammes)(Silverman) | 0.8 | 1,150 | 920.00 |
| Matthew Altman | 10/11/2023 | Participate in a diligence meeting with Debtors/Debtors' professionals re: updated estimates and clarification (L. Bauck and A. Lo)(M3) (A. Kroll)(Debtors) (E. Hammes)(Silverman) | 0.8 | 550 | 440.00 |
| Anthony Lo | 10/11/2023 | Participate in a diligence meeting with Debtors/Debtors' professionals re: updated estimates and clarification (L. Bauck, M. Altman)(M3) (A. Kroll)(Debtors) (E. Hammes)(Silverman) | 0.8 | 750 | 600.00 |
| Robert Winning | 10/13/2023 | Participate in call with A. Kroll (Lordstown) and follow-up re: asset sales | 0.7 | 1,150 | 805.00 |
| Robert Winning | 10/16/2023 | Participate in call with D. Turetsky (White & Case) re: plan structure | 0.7 | 1,150 | 805.00 |
| Robert Winning | 10/17/2023 | Participate in call with A. Kroll (Lordstown) re: LAS sale | 0.2 | 1,150 | 230.00 |
| Robert Winning | 10/17/2023 | Participate in meeting with A. Lo (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), and R. Kampfner (WC) on 510(b) claims | 0.6 | 1,150 | 690.00 |
| Matthew Altman | 10/17/2023 | Participate in meeting with A. Lo (M3) and E. Hammes (Silverman) on open diligence items and the waterfall analysis | 0.5 | 550 | 275.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 10/17/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), B. Silverberg (Brown Rudnick), and R. Kampfner (WC) on 510(b) claims | 0.6 | 550 | 330.00 |
| Anthony Lo | 10/17/2023 | Participate in meeting with R. Winning (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), and R. Kampfner (WC) on 510(b) claims | 0.6 | 750 | 450.00 |
| Anthony Lo | 10/17/2023 | Participate in meeting with M. Altman (M3) and E. Hammes (Silverman) on open diligence items and the waterfall analysis | 0.5 | 750 | 375.00 |
| Lyle Bauck | 10/20/2023 | Correspondence with E. Hammes (Silverman) re: professional fee estimates | 0.1 | 1,150 | 115.00 |
| Matthew Altman | 10/22/2023 | Correspondence with Silverman and M3 teams RE: Liquidation Analysis | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/22/2023 | Participate in meeting with C. Tsitsis (Silverman) and E. Hammes (Silverman) on open items on the liquidation analysis | 0.5 | 550 | 275.00 |
| Robert Winning | 10/27/2023 | Participate in a call with D. Ninivaggi (Lordstown) re: damages under employment agreements | 0.6 | 1,150 | 690.00 |
| Matthew Altman | 10/30/2023 | Participate in a call with S. Kohler (Silverman) on Contracts motion | 0.3 | 550 | 165.00 |
| Robert Winning | 10/30/2023 | Prepare for and participate in call with D. Ninivaggi (Lordstown) re: employment agreement claims | 0.7 | 1,150 | 805.00 |
| Matthew Altman | 10/31/2023 | Participate in call with E. Hammes (Silverman) on claims analysis | 0.1 | 550 | 55.00 |
| | | ***General Correspondence with Debtor & Debtors' Professionals*** | **15.1** | | **$13,845.00** |

***Financial & Operational Matters***

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Jonathan Boffi | 10/2/2023 | Analysis of post-effective date options | 1.2 | $945 | $1,134.00 |
| Anthony Lo | 10/2/2023 | Research Foxconn ownership | 0.6 | 750 | 450.00 |
| Matthew Altman | 10/3/2023 | Analyze diligence items re: waterfall recovery analysis | 2.2 | 550 | 1,210.00 |
| Anthony Lo | 10/3/2023 | Analyze employee estimated severance payments | 0.8 | 750 | 600.00 |
| Anthony Lo | 10/3/2023 | Review follow-up diligence questions on asset sale and cash flow model | 0.7 | 750 | 525.00 |
| Anthony Lo | 10/4/2023 | Review the Debtors' cash flow and other analysis, and update recovery analysis | 1.7 | 750 | 1,275.00 |
| Jonathan Boffi | 10/4/2023 | Analysis of post-effective date options | 2.0 | 945 | 1,890.00 |
| Lyle Bauck | 10/4/2023 | Analyze and review employment contract and claim summary provided by the Debtors | 0.4 | 1,150 | 460.00 |
| Anthony Lo | 10/4/2023 | Review Debtors' revised estimates and calculations re: waterfall, and update recovery analysis based on latest estimates | 0.4 | 750 | 300.00 |
| Anthony Lo | 10/4/2023 | Review the rejection damage claims estimates provided by the Debtors' professionals | 0.4 | 750 | 300.00 |
| Jonathan Boffi | 10/4/2023 | Analysis of post-effective date options | 2.0 | 945 | 1,890.00 |
| Jonathan Boffi | 10/5/2023 | Analysis of post-effective date options | 2.3 | 945 | 2,173.50 |
| Matthew Altman | 10/5/2023 | Analyze diligence items re: the waterfall | 2.0 | 550 | 1,100.00 |
| Jonathan Boffi | 10/5/2023 | Analysis of post-effective date options | 1.7 | 945 | 1,606.50 |
| Jonathan Boffi | 10/6/2023 | Analysis of post-effective date options | 2.9 | 945 | 2,740.50 |
| Jonathan Boffi | 10/6/2023 | Analysis of post-effective date options | 1.1 | 945 | 1,039.50 |
| Jonathan Boffi | 10/9/2023 | Analysis of post-effective date options | 2.6 | 945 | 2,457.00 |
| William Gallagher | 10/9/2023 | Analysis of post-effective date options | 0.5 | 1,150 | 575.00 |
| Jonathan Boffi | 10/10/2023 | Analysis of post-effective date options | 2.2 | 945 | 2,079.00 |
| Jonathan Boffi | 10/10/2023 | Analysis of post-effective date options | 2.4 | 945 | 2,268.00 |
| Lyle Bauck | 10/10/2023 | Analyze and review revised waterfall analysis | 0.4 | 1,150 | 460.00 |
| Anthony Lo | 10/10/2023 | Analyze recovery analysis with new GUC estimates from the Debtors' professionals | 0.1 | 750 | 75.00 |
| William Gallagher | 10/10/2023 | Analysis of post-effective date options | 0.5 | 1,150 | 575.00 |
| Jonathan Boffi | 10/11/2023 | Analysis of post-effective date options | 2.6 | 945 | 2,457.00 |
| Lyle Bauck | 10/11/2023 | Continue to analyze and review revised waterfall analysis; correspondence with M3 team regarding same | 0.6 | 1,150 | 690.00 |
| Anthony Lo | 10/11/2023 | Review executory contracts and/or leases for contract rejection damage analysis | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/11/2023 | Draft equity committee status update deck and supporting schedules | 2.0 | 750 | 1,500.00 |
| Anthony Lo | 10/11/2023 | Continue to draft equity committee status update deck and supporting schedules | 1.5 | 750 | 1,125.00 |
| Anthony Lo | 10/11/2023 | Review the updated cash flow forecast and professional fee estimates | 0.2 | 750 | 150.00 |
| Anthony Lo | 10/11/2023 | Review the revised disclosure statement re: impacts on waterfall and asset recoveries | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/11/2023 | Analyze recovery analysis | 0.2 | 750 | 150.00 |
| William Gallagher | 10/11/2023 | Analysis of post-effective date options | 0.8 | 1,150 | 920.00 |
| Jonathan Boffi | 10/12/2023 | Analysis of post-effective date options | 1.9 | 945 | 1,795.50 |
| Jonathan Boffi | 10/12/2023 | Analysis of post-effective date options | 1.9 | 945 | 1,795.50 |
| Lyle Bauck | 10/12/2023 | Analyze and review revised waterfall analysis prepared by A. Lo (M3) | 1.6 | 1,150 | 1,840.00 |
| Anthony Lo | 10/12/2023 | Review the class action lawsuits to estimate the potential damage claims | 1.1 | 750 | 825.00 |
| Anthony Lo | 10/12/2023 | Review the equity committee status update draft deck | 0.4 | 750 | 300.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| William Gallagher | 10/12/2023 | Analysis of post-effective date options | 0.5 | 1,150 | 575.00 |
| Jonathan Boffi | 10/13/2023 | Analysis of post-effective date options | 1.7 | 945 | 1,606.50 |
| Lyle Bauck | 10/13/2023 | Draft correspondence to A. Lo (M3) re: recovery analysis data requests | 0.2 | 1,150 | 230.00 |
| Lyle Bauck | 10/13/2023 | Continue to analyze and review revised waterfall analysis prepared by A. Lo (M3) | 0.9 | 1,150 | 1,035.00 |
| Lyle Bauck | 10/13/2023 | Analyze and review severance and PTO claims analysis | 0.8 | 1,150 | 920.00 |
| Lyle Bauck | 10/13/2023 | Draft correspondence to C. Tsitsis (Silverman) re: open data requests and recovery analysis | 0.8 | 1,150 | 920.00 |
| Anthony Lo | 10/13/2023 | Update open item list and diligence list, and list the next steps to the Debtors/Debtors' Professionals | 0.3 | 750 | 247.50 |
| Anthony Lo | 10/13/2023 | Update recovery model and professional fees payments | 0.5 | 750 | 375.00 |
| Anthony Lo | 10/16/2023 | Analyze professional fees and reconcile to waterfall | 0.5 | 750 | 375.00 |
| Anthony Lo | 10/16/2023 | Review OEC update materials draft re: waterfall and case updates | 3.3 | 750 | 2,475.00 |
| Lyle Bauck | 10/18/2023 | Read and review correspondence from B. Silverberg (M3) re: sale order and other case issues | 0.8 | 1,150 | 920.00 |
| Lyle Bauck | 10/18/2023 | Read and review OEC materials re: claims and waterfall update analysis | 1.3 | 1,150 | 1,495.00 |
| Anthony Lo | 10/18/2023 | Analyze the recovery analysis | 0.7 | 750 | 525.00 |
| Anthony Lo | 10/18/2023 | Prepare draft OEC status update deck re: claims and waterfall update analysis | 1.4 | 750 | 1,050.00 |
| Lyle Bauck | 10/18/2023 | Analyze and review professional fees forecast and assumed administrative claims at effective date | 0.6 | 1,150 | 690.00 |
| Lyle Bauck | 10/19/2023 | Analyze and review OEC materials re: contract rejection claim summary | 0.8 | 1,150 | 920.00 |
| Lyle Bauck | 10/19/2023 | Analyze and review OEC materials re: estimated employee claim obligations | 0.7 | 1,150 | 805.00 |
| Lyle Bauck | 10/19/2023 | Analyze and review OEC materials re: estimated administrative expense claims | 0.4 | 1,150 | 460.00 |
| Anthony Lo | 10/19/2023 | Review the draft OEC status update deck | 0.4 | 750 | 300.00 |
| Anthony Lo | 10/20/2023 | Analyze professional fee estimates | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/20/2023 | Review MORs | 0.2 | 750 | 150.00 |
| Anthony Lo | 10/20/2023 | Analyze recovery analysis based on latest liquidation analysis | 0.4 | 750 | 300.00 |
| Anthony Lo | 10/25/2023 | Review the latest cash flow forecast and professional fees | 0.1 | 750 | 75.00 |
| Anthony Lo | 10/25/2023 | Continue to review latest cash flow forecast | 0.6 | 750 | 450.00 |
| Lyle Bauck | 10/26/2023 | Continue to analyze and review OEC materials re: estimated employee claim obligations | 0.3 | 1,150 | 345.00 |
| Anthony Lo | 10/26/2023 | Review recovery analysis draft and status update to OEC draft | 0.7 | 750 | 525.00 |
| Anthony Lo | 10/26/2023 | Continue to review latest cash flow forecast | 0.2 | 750 | 150.00 |
| Matthew Altman | 10/26/2023 | Continue to perform analysis related to employee contracts | 1.5 | 550 | 825.00 |
| Anthony Lo | 10/27/2023 | Continue to review latest cash flow forecast | 0.1 | 750 | 75.00 |
| Lyle Bauck | 10/31/2023 | Read and review correspondence from E. Hammes (Silverman) re: claims reconciliation process update | 0.2 | 1,150 | 230.00 |
| | | *Financial & Operational Matters* | **67.7** | | **$60,455.00** |

**General Correspondence with Other Professionals**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Lyle Bauck | 10/1/2023 | Read and review correspondence from M. Altman (M3) and A. Lo (M3) re: Lordstown equity ownership. | 0.3 | $1,150 | $345.00 |
| Lyle Bauck | 10/2/2023 | Email correspondence from M. Altman (M3) re: outstanding diligence requests from the Debtor. | 0.3 | 1,150 | 345.00 |
| Robert Winning | 10/2/2023 | Participate in call with A. Sole (OEC) and B. Gallagher (M3) re: plan process | 0.4 | 1,150 | 460.00 |
| Robert Winning | 10/2/2023 | Participate in call with N. Bouchard (Brown Rudnick) and B. Gallagher (M3) re: plan structure and alternatives | 0.6 | 1,150 | 690.00 |
| Robert Winning | 10/2/2023 | Participate in call with Equity Holder | 0.3 | 1,150 | 345.00 |
| William Gallagher | 10/2/2023 | Participate in call with N. Bouchard (Brown Rudnick) and R. Winning (M3) re: plan structure and alternatives | 0.6 | 1,150 | 690.00 |
| William Gallagher | 10/2/2023 | Participate in call with A. Sole (OEC) and R. Winning (M3) re: plan process | 0.4 | 1,150 | 460.00 |
| Robert Winning | 10/3/2023 | Participate in call with Equity Holder | 0.4 | 1,150 | 460.00 |
| Matthew Altman | 10/4/2023 | Participate in waterfall discussion re: estimates provided by Debtors professionals, diligence questions and next steps with A. Lo (M3) | 0.2 | 550 | 110.00 |
| Anthony Lo | 10/4/2023 | Participate in waterfall discussion re: estimates provided by Debtors professionals, diligence questions and next steps with M. Altman (M3) | 0.2 | 750 | 150.00 |
| Robert Winning | 10/5/2023 | Participate in call with L. Bauck (M3) re: cash flow and recovery projection worksteams | 0.4 | 1,150 | 460.00 |
| Lyle Bauck | 10/5/2023 | Participate in call with R. Winning (M3) re: cash flow and recovery projection worksteams | 0.4 | 1,150 | 460.00 |
| Robert Winning | 10/5/2023 | Participate in Call with B. Silverberg (Brown Rudnick) re: plan issues and case next steps | 0.7 | 1,150 | 805.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Lyle Bauck | 10/6/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 1.0 | 1,150 | 1,150.00 |
| Robert Winning | 10/6/2023 | Participate in meeting with L. Bauck (M3), M. Altman (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 1.0 | 1,150 | 1,150.00 |
| Matthew Altman | 10/6/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 1.0 | 550 | 550.00 |
| Lyle Bauck | 10/6/2023 | Review latest data request list and status of open items; discussion with M. Altman (M3) regarding same | 0.9 | 1,150 | 1,035.00 |
| Anthony Lo | 10/6/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 1.0 | 750 | 750.00 |
| Lyle Bauck | 10/10/2023 | Participate in meeting with M. Altman (M3) and A. Lo (M3) on waterfall analysis | 0.8 | 1,150 | 920.00 |
| Lyle Bauck | 10/10/2023 | Discussion re: latest recovery analysis and the current estimates (M. Altman and A. Lo)(M3) | 0.4 | 1,150 | 460.00 |
| Matthew Altman | 10/10/2023 | Discussion re: latest recovery analysis and the current estimates (L. Bauck and A. Lo)(M3) | 0.4 | 550 | 220.00 |
| Matthew Altman | 10/10/2023 | Participate in discussion re: latest GUC estimates and other estimates with A. Lo (M3) | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/10/2023 | Participate in meeting with L. Bauck (M3) and A. Lo (M3) on waterfall analysis | 0.8 | 550 | 440.00 |
| Anthony Lo | 10/10/2023 | Participate in discussion re: latest GUC estimates and other estimates with M. Altman (M3) | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/10/2023 | Discussion re: latest recovery analysis and the current estimates (L. Bauck, M. Altman)(M3) | 0.4 | 750 | 300.00 |
| Lyle Bauck | 10/11/2023 | Discussion re: the diligence list/questions (M. Altman and A. Lo)(M3) | 0.1 | 1,150 | 115.00 |
| Lyle Bauck | 10/11/2023 | Discussion re: recovery analysis, updated estimates and status update (R. Winning, M. Altman, A. Lo)(M3) | 0.2 | 1,150 | 230.00 |
| Matthew Altman | 10/11/2023 | Discussion re: the diligence list/questions (L. Bauck and A. Lo)(M3) | 0.1 | 550 | 55.00 |
| Matthew Altman | 10/11/2023 | Discussion re: recovery analysis, updated estimates and status update (R. Winning, L. Bauck, A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Matthew Altman | 10/11/2023 | Discussion re: committee status update deck draft and next steps (A. Lo)(M3) | 0.1 | 550 | 55.00 |
| Matthew Altman | 10/11/2023 | Discussion re: potential class action claims and impact on the recovery analysis, and next steps (R. Winning, A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Anthony Lo | 10/11/2023 | Discussion re: the diligence list/questions (L. Bauck, M. Altman and A. Lo)(M3) | 0.1 | 750 | 75.00 |
| Anthony Lo | 10/11/2023 | Discussion re: recovery analysis, updated estimates and status update (R. Winning, L. Bauck, M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Anthony Lo | 10/11/2023 | Discussion re: committee status update deck draft and next steps (M. Altman)(M3) | 0.1 | 750 | 75.00 |
| Anthony Lo | 10/11/2023 | Discussion re: potential class action claims and impact on the recovery analysis, and next steps (R. Winning, M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Robert Winning | 10/11/2023 | Discussion re: potential class action claims and impact on the recovery analysis, and next steps (M. Altman, A. Lo)(M3) | 0.2 | 1,150 | 230.00 |
| Robert Winning | 10/11/2023 | Discussion re: recovery analysis, updated estimates and status update (L. Bauck, M. Altman, A. Lo)(M3) | 0.2 | 1,150 | 230.00 |
| Jonathan Boffi | 10/12/2023 | Participate in call with  with counsel to discuss plan options | 0.6 | 945 | 567.00 |
| Lyle Bauck | 10/12/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick) on litigation analysis | 0.5 | 1,150 | 575.00 |
| Lyle Bauck | 10/12/2023 | Participate in call with R. Winning (M3) re: NOLs analysis and revised waterfall | 0.2 | 1,150 | 230.00 |
| Matthew Altman | 10/12/2023 | Discussion re: class action lawsuit potential damage claims (A. Lo)(M3) | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/12/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick) on litigation analysis | 0.5 | 550 | 275.00 |
| Anthony Lo | 10/12/2023 | Discussion re: class action lawsuit potential damage claims (M. Altman)(M3) | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/12/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick) on litigation analysis | 0.5 | 750 | 375.00 |
| Robert Winning | 10/12/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick) on litigation analysis | 0.5 | 1,150 | 575.00 |
| Lyle Bauck | 10/13/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.5 | 1,150 | 575.00 |
| Matthew Altman | 10/13/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.5 | 550 | 275.00 |
| Matthew Altman | 10/13/2023 | Participate in meeting with L. Bauck (M3) on diligence items for Silverman | 0.8 | 550 | 440.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Anthony Lo | 10/13/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status | 0.5 | 750 | 375.00 |
| Robert Winning | 10/13/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.5 | 1,150 | 575.00 |
| Matthew Altman | 10/16/2023 | Discussion re: OEC Update Deck Draft and 510(b) Preliminary Analysis (A. Lo)(M3) | 1.0 | 550 | 550.00 |
| Matthew Altman | 10/16/2023 | Discussion re: preliminary 510(b) claims analysis (A. Lo)(M3) | 0.5 | 550 | 275.00 |
| Matthew Altman | 10/16/2023 | Discussion re: 510(b) Claims Preliminary Analysis (R. Winning and A. Lo)(M3) | 0.6 | 550 | 330.00 |
| Matthew Altman | 10/16/2023 | Discussion re: the OEC status update draft deck and the diligence items provided by the Debtors' Professionals (A. Lo)(M3) | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/16/2023 | Discussion re: executives' proof of claims summary and OEC status update draft deck (A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Matthew Altman | 10/16/2023 | Discussion re: draft OEC status update deck and next steps (A. Lo)(M3) | 0.3 | 550 | 165.00 |
| Anthony Lo | 10/16/2023 | Discussion re: OEC Update Deck Draft and 510(b) Preliminary Analysis (M. Altman)(M3) | 1.0 | 750 | 750.00 |
| Anthony Lo | 10/16/2023 | Review and update the preliminary 510(b) claims analysis | 0.8 | 750 | 600.00 |
| Anthony Lo | 10/16/2023 | Discussion re: preliminary 510(b) claims analysis (M. Altman)(M3) | 0.5 | 750 | 375.00 |
| Anthony Lo | 10/16/2023 | Discussion re: 510(b) Claims Preliminary Analysis (R. Winning, M. Altman)(M3) | 0.6 | 750 | 450.00 |
| Anthony Lo | 10/16/2023 | Discussion re: the OEC status update draft deck and the diligence items provided by the Debtors' Professionals (M. Altman)(M3) | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/16/2023 | Discussion re: executives' proof of claims summary and OEC status update draft deck (M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Anthony Lo | 10/16/2023 | Discussion re: draft OEC status update deck and next steps (M. Altman)(M3) | 0.3 | 750 | 225.00 |
| Robert Winning | 10/16/2023 | Participate in Discussion re: 510(b) Claims Preliminary Analysis (M. Altman, and A. Lo)(M3) | 0.6 | 1,150 | 690.00 |
| Robert Winning | 10/17/2023 | Participate in call with B. Silverberg (Brown Rudnick) re: LAS sale | 0.2 | 1,150 | 230.00 |
| Matthew Altman | 10/18/2023 | Discussion re: draft OEC status update (A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Matthew Altman | 10/18/2023 | Discussion re: draft OEC status update deck (A. Lo)(M3) | 0.7 | 550 | 385.00 |
| Robert Winning | 10/18/2023 | Discussion re: draft OEC status update (A. Lo)(M3) | 0.3 | 1,150 | 345.00 |
| Matthew Altman | 10/18/2023 | Discussion re: draft OEC status update (R. Winning and A. Lo)(M3) | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/18/2023 | Participate in meeting with L. Bauck (M3) on severance calculations and OEC deck | 0.5 | 550 | 275.00 |
| Lyle Bauck | 10/18/2023 | Participate in meeting with M. Altman (M3) on severance calculations and OEC deck | 0.5 | 1,150 | 575.00 |
| Lyle Bauck | 10/18/2023 | Discussion re: draft OEC status update deck (R. Winning, M. Altman and A. Lo)(M3) | 1.0 | 1,150 | 1,150.00 |
| Anthony Lo | 10/18/2023 | Discussion re: draft OEC status update (R. Winning, M. Altman)(M3) | 0.3 | 750 | 225.00 |
| Anthony Lo | 10/18/2023 | Discussion re: draft OEC status update (M. Altman)(M3) | 0.2 | 750 | 150.00 |
| Anthony Lo | 10/18/2023 | Discussion re: draft OEC status update deck (R. Winning, L. Bauck, M. Altman)(M3) | 1.0 | 750 | 750.00 |
| Anthony Lo | 10/18/2023 | Discussion re: draft OEC status update deck (M. Altman)(M3) | 0.7 | 750 | 525.00 |
| Robert Winning | 10/18/2023 | Discussion re: draft OEC status update (M. Altman and A. Lo)(M3) | 0.3 | 1,150 | 345.00 |
| Lyle Bauck | 10/19/2023 | Participate in call with M. Altman (M3) on OEC deck | 1.0 | 1,150 | 1,150.00 |
| Matthew Altman | 10/19/2023 | Participate in call with L. Bauck (M3) on OEC deck | 1.0 | 550 | 550.00 |
| Anthony Lo | 10/20/2023 | Discussion re: next steps on recovery analysis and fee estimates (M. Altman)(M3) | 0.3 | 750 | 225.00 |
| Robert Winning | 10/20/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.9 | 1,150 | 1,035.00 |
| Matthew Altman | 10/20/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.9 | 550 | 495.00 |
| Matthew Altman | 10/20/2023 | correspond with M3 and Brown Rudnick teams re: liquidation analysis | 0.2 | 550 | 110.00 |
| Lyle Bauck | 10/20/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.9 | 1,150 | 1,035.00 |
| Lyle Bauck | 10/20/2023 | Correspondence with M. Altman (M3) and A. Lo (M3) re: professional fee estimates | 0.3 | 1,150 | 345.00 |
| Anthony Lo | 10/20/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.4 | 750 | 300.00 |
| Anthony Lo | 10/20/2023 | Discussion re: fee estimates summary for Sep and Oct (D. Edward)(M3) | 0.2 | 750 | 150.00 |
| Anthony Lo | 10/20/2023 | Discussion re: professional fees estimates and summary (D. Edward)(M3) | 0.1 | 750 | 75.00 |
| David Edward | 10/20/2023 | Lordstown - Discussion re: professional fees estimates and summary (A. Lo)(M3) | 0.1 | 450 | 45.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| David Edward | 10/20/2023 | Lordstown - Discussion re: fee estimates summary for Sep and Oct (A. Lo)(M3) | 0.2 | 450 | 90.00 |
| Matthew Altman | 10/20/2023 | Participate in discussion re: next steps on recovery analysis and fee estimates (A. Lo)(M3) | 0.3 | 550 | 165.00 |
| Robert Winning | 10/21/2023 | Participate in meeting with M. Altman (M3), L. Bauck (M3), and A. Lo (M3) on the Debtor's preliminary liquidation analysis | 1.5 | 1,150 | 1,725.00 |
| Matthew Altman | 10/21/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and A. Lo (M3) on the Debtor's preliminary liquidation analysis | 1.5 | 550 | 825.00 |
| Lyle Bauck | 10/21/2023 | Participate in a call with R. Winning (M3), A. Lo (M3) and M. Altman (M3) re: liquidation analysis. | 1.5 | 1,150 | 1,725.00 |
| Anthony Lo | 10/21/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and M. Altman (M3) on the Debtor's preliminary liquidation analysis | 1.5 | 750 | 1,125.00 |
| Matthew Altman | 10/22/2023 | Provide update to internal M3 team on call with Silverman | 0.2 | 550 | 110.00 |
| Lyle Bauck | 10/22/2023 | Read and review correspondence from R. Winning (M3) re: revised plan and liquidation analysis. | 0.3 | 1,150 | 345.00 |
| Lyle Bauck | 10/22/2023 | Read and review correspondence from B. Silverberg (Brown Rudnick) re: revised plan and liquidation analysis. | 0.2 | 1,150 | 230.00 |
| Lyle Bauck | 10/22/2023 | Read and review correspondence from M. Altman (M3) re: liquidation analysis and claim estimates. | 0.9 | 1,150 | 1,035.00 |
| Robert Winning | 10/23/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), and M. Altman (M3) on the Debtor's updated liquidation analysis | 0.4 | 1,150 | 460.00 |
| Matthew Altman | 10/23/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and A. Lo (M3) on the Debtor's updated liquidation analysis | 0.4 | 550 | 220.00 |
| Lyle Bauck | 10/23/2023 | Participate in meeting with R. Winning (M3), A. Lo (M3), and M. Altman (M3) on the Debtor's updated liquidation analysis | 0.4 | 1,150 | 460.00 |
| Anthony Lo | 10/23/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and M. Altman (M3) on the Debtor's updated liquidation analysis | 0.4 | 750 | 300.00 |
| Matthew Altman | 10/24/2023 | Participate in discussion re: draft OEC status update (A. Lo)(M3) | 0.5 | 550 | 275.00 |
| Robert Winning | 10/24/2023 | Participate in call with Committee member re: plan and DS | 0.3 | 1,150 | 345.00 |
| Anthony Lo | 10/24/2023 | Discussion re: draft OEC status update (M. Altman)(M3) | 0.5 | 750 | 375.00 |
| Lyle Bauck | 10/26/2023 | Participate in meeting with R. Winning (M3), M. Altman (M3), A. Lo (M3), BR and MJ on employee matters | 0.5 | 1,150 | 575.00 |
| Lyle Bauck | 10/26/2023 | Participate in meeting with R. Winning (M3), M. Altman (M3) ,and A. Lo (M3) re: employee matters and related claims | 0.5 | 1,150 | 575.00 |
| Matthew Altman | 10/26/2023 | Discussion re: OEC draft deck updates (A. Lo)(M3) | 0.2 | 550 | 110.00 |
| Matthew Altman | 10/26/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), BR and MJ on employee matters | 0.5 | 550 | 275.00 |
| Matthew Altman | 10/26/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), and A. Lo (M3) on employee matters | 0.5 | 550 | 275.00 |
| Robert Winning | 10/26/2023 | Participate in call with B. Gallagher (M3) re: post-effective date operations and requirements | 0.3 | 1,150 | 345.00 |
| William Gallagher | 10/26/2023 | Participate in call with R. Winnign (M3) re: post-effective date operations and requirements | 0.3 | 1,150 | 345.00 |
| Anthony Lo | 10/26/2023 | Discussion re: OEC draft deck updates (M. Altman)(M3) | 0.1 | 750 | 75.00 |
| Anthony Lo | 10/26/2023 | Participate in meeting with R. Winning (M3), M. Altman (M3), L. Bauck (M3), BR and MJ on employee matters | 0.5 | 750 | 375.00 |
| Anthony Lo | 10/26/2023 | Participate in meeting with R. Winning (M3), L. Bauck (M3), A. Lo (M3), and M. Altman (M3) on the Debtors' revised employment obligations | 0.5 | 750 | 375.00 |
| Lyle Bauck | 10/27/2023 | Participate in meeting with R. Winning (M3) and M. Altman (M3) on employee matters and case administration | 0.3 | 1,150 | 345.00 |
| Lyle Bauck | 10/27/2023 | Participate in meeting with M. Altman (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.5 | 1,150 | 575.00 |
| Matthew Altman | 10/27/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.5 | 550 | 275.00 |
| Robert Winning | 10/27/2023 | Participate in call with OEC re: plan and next steps | 0.7 | 1,150 | 805.00 |
| Robert Winning | 10/27/2023 | Participate in call with equity holders | 0.5 | 1,150 | 575.00 |
| Anthony Lo | 10/27/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), M. Altman (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), M. Winograd (Brown Rudnick), and the EOC on weekly status updates | 0.8 | 750 | 600.00 |
| Robert Winning | 10/30/2023 | Call with B. Silverberg (Brown Rudnick) re: employment contracts | 0.5 | 1,150 | 575.00 |
| Matthew Altman | 10/31/2023 | Participate in meeting with L. Bauck (M3) and R. Winning (M3) on employee matters and case administration | 0.5 | 550 | 275.00 |
| Matthew Altman | 10/31/2023 | Correspond with M3 on case administration and meetings | 0.5 | 550 | 275.00 |
| Lyle Bauck | 10/31/2023 | Participate in meeting with M. Altman (M3) and R. Winning (M3) on employee matters and case administration | 0.5 | 1,150 | 575.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Robert Winning | 10/31/2023 | Call with B. Silverberg (Brown Rudnick) and M. Winograd (Brown Rudnick) re: class claims and insurance coverage | 0.5 | 1,150 | 575.00 |
| Robert Winning | 10/31/2023 | Participate in meeting with L. Bauck (M3), and M. Altman (M3) on employee matters and case administration | 0.5 | 1,150 | 575.00 |
| | | *General Correspondence with Other Professionals* | **62.5** | | **$54,922.00** |

**Financing Matters (Cash Budget, Exit, Other)**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 10/1/2023 | Draft correspondence to M3 re: preferred share conversions. | 0.4 | $550 | $220.00 |
| Matthew Altman | 10/2/2023 | Analyze recovery model | 2.7 | 550 | 1,485.00 |
| Matthew Altman | 10/2/2023 | Research equity ownership and share counts | 1.6 | 550 | 880.00 |
| Matthew Altman | 10/4/2023 | Analyze weekly cash flow forecast | 2.7 | 550 | 1,485.00 |
| Matthew Altman | 10/6/2023 | Analyze claims file sent by Silverman | 0.7 | 550 | 385.00 |
| Matthew Altman | 10/10/2023 | Analyze cash flow forecast and wind down budget waterfall | 1.5 | 550 | 825.00 |
| Matthew Altman | 10/11/2023 | Analyze waterfall model | 2.0 | 550 | 1,100.00 |
| Matthew Altman | 10/11/2023 | Analyze 13 week cash flow forecast re: weekly update from company | 2.3 | 550 | 1,265.00 |
| Matthew Altman | 10/11/2023 | Analyze disclosure statement and waterfall analysis | 1.5 | 550 | 825.00 |
| Matthew Altman | 10/11/2023 | Analyze cash flow forecast and cash balances | 0.7 | 550 | 385.00 |
| Robert Winning | 10/11/2023 | Analyze case waterfall | 1.3 | 1,150 | 1,495.00 |
| Matthew Altman | 10/13/2023 | Prepare materials for EOC on waterfall and cash flows | 2.7 | 550 | 1,485.00 |
| Matthew Altman | 10/13/2023 | Continue to prepare materials for EOC on cash flows | 0.5 | 550 | 275.00 |
| Matthew Altman | 10/16/2023 | Review and edit materials for committee members on waterfall | 2.9 | 550 | 1,595.00 |
| Matthew Altman | 10/16/2023 | Review and revise materials for OEC presentation | 2.3 | 550 | 1,265.00 |
| Matthew Altman | 10/16/2023 | Analyze class action treatment and model | 2.1 | 550 | 1,155.00 |
| Matthew Altman | 10/16/2023 | Review and edit committee deck and create pages on cash bridges for opening cash balances | 2.2 | 550 | 1,210.00 |
| Matthew Altman | 10/17/2023 | Review materials on 510(b) claims | 1.1 | 550 | 605.00 |
| Matthew Altman | 10/17/2023 | Review and edit materials for OEC presentation | 1.2 | 550 | 660.00 |
| Robert Winning | 10/18/2023 | Review updated cash flow projections | 0.8 | 1,150 | 920.00 |
| Matthew Altman | 10/18/2023 | Analyze revised cash flow forecast provided by Silverman | 2.8 | 550 | 1,540.00 |
| Matthew Altman | 10/18/2023 | Prepare materials for OEC to create new slide on Administrative expenses variance | 0.6 | 550 | 330.00 |
| Matthew Altman | 10/18/2023 | Analyze waterfall analysis and OEC materials | 2.3 | 550 | 1,265.00 |
| Matthew Altman | 10/18/2023 | Prepare OEC materials for presentation | 2.9 | 550 | 1,595.00 |
| Matthew Altman | 10/19/2023 | Prepare presentation materials for OEC | 0.8 | 550 | 440.00 |
| Matthew Altman | 10/19/2023 | Continue to prepare materials for OEC | 2.1 | 550 | 1,155.00 |
| Matthew Altman | 10/19/2023 | Analyze cash flow forecast and recovery analysis | 0.9 | 550 | 495.00 |
| Matthew Altman | 10/20/2023 | Analyze severance claims included in the recovery analysis | 0.7 | 550 | 385.00 |
| Matthew Altman | 10/20/2023 | Analyze cash flow forecast | 2.9 | 550 | 1,595.00 |
| Matthew Altman | 10/20/2023 | Continue to analyze cash flow forecast variance analysis | 1.6 | 550 | 880.00 |
| Matthew Altman | 10/20/2023 | Analyze professional fee variances to budget | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/20/2023 | Review professional fee analysis | 0.9 | 550 | 495.00 |
| Matthew Altman | 10/24/2023 | Prepare presentation materials re: liquidation analysis | 1.1 | 550 | 605.00 |
| Matthew Altman | 10/24/2023 | Continue to prepare presentation materials re: liquidation analysis | 0.8 | 550 | 440.00 |
| Matthew Altman | 10/25/2023 | Analyze refreshed cash flow forecast | 2.3 | 550 | 1,265.00 |
| Matthew Altman | 10/25/2023 | Review presentation materials for OEC | 1.7 | 550 | 935.00 |
| Matthew Altman | 10/25/2023 | Review cash flow and liquidation from Debtors | 2.2 | 550 | 1,210.00 |
| Matthew Altman | 10/26/2023 | Prepare updates to budgets and presentation for OEC | 1.7 | 550 | 935.00 |
| Matthew Altman | 10/26/2023 | Perform analysis related to employee matters | 1.6 | 550 | 880.00 |
| Matthew Altman | 10/30/2023 | Prepare analysis on employee matters | 1.2 | 550 | 660.00 |
| | | *Financing Matters (Cash Budget, Exit, Other)* | **64.6** | | **$36,790.00** |

**Investigations and Litigation Support**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 10/10/2023 | Research indemnification claims | 1.0 | $550 | $550.00 |
| Matthew Altman | 10/12/2023 | Analyze recoveries re: class actions | 2.1 | 550 | 1,155.00 |
| Matthew Altman | 10/12/2023 | Continue to analyze class actions and recoveries | 2.7 | 550 | 1,485.00 |
| Matthew Altman | 10/16/2023 | Analyze plan for class action treatment and create model for recoveries | 1.9 | 550 | 1,045.00 |
| Matthew Altman | 10/31/2023 | Prepare diligence items for Brown Rudnick | 1.0 | 550 | 550.00 |
| | | *Investigations and Litigation Support* | **8.7** | | **$4,785.00** |

**Claims/Liabilities Subject to Compromise**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Lyle Bauck | 10/4/2023 | Analyze and review contract rejection claims estimates provided by the Debtors | 0.5 | $1,150 | $575.00 |
| Lyle Bauck | 10/6/2023 | Analyze and review revised claims file provided by the Debtors; review correspondence from M. Altman (M3) regarding same. | 1.2 | 1,150 | 1,380.00 |
| Robert Winning | 10/11/2023 | Analyze claims asserted against the Debtors | 2.2 | 1,150 | 2,530.00 |
| Lyle Bauck | 10/12/2023 | Analyze and review draft class action claims analysis | 0.6 | 1,150 | 690.00 |
| Lyle Bauck | 10/12/2023 | Review latest data request list and claims analysis open items | 0.6 | 1,150 | 690.00 |
| Robert Winning | 10/12/2023 | Continue analysis of potential claims against estate | 2.3 | 1,150 | 2,645.00 |
| Lyle Bauck | 10/13/2023 | Analyze and review contract rejection claims analysis | 0.9 | 1,150 | 1,035.00 |
| Lyle Bauck | 10/13/2023 | Read and review plan re: federal judgement rate for GUC claims | 0.4 | 1,150 | 460.00 |
| Matthew Altman | 10/13/2023 | Prepare materials for diligence items related to claims | 1.2 | 550 | 660.00 |
| David Edward | 10/16/2023 | Identify claims filed against executives of company and create analysis | 1.3 | 450 | 585.00 |
| Matthew Altman | 10/18/2023 | Analyze 510(b) claims | 0.3 | 550 | 165.00 |
| Matthew Altman | 10/21/2023 | Analyze volume-weighted average price calculations for class periods and flow through legal structure | 0.8 | 550 | 440.00 |
| Robert Winning | 10/23/2023 | Analyze potential rejection claims | 1.3 | 1,150 | 1,495.00 |
| Robert Winning | 10/24/2023 | Review information re: contract rejection estimates | 1.3 | 1,150 | 1,495.00 |
| Robert Winning | 10/26/2023 | Analyze employment contract rejection claims and approach | 2.3 | 1,150 | 2,645.00 |
| Robert Winning | 10/29/2023 | Preparation of proposals re: management contract rejections | 1.3 | 1,150 | 1,495.00 |
| Robert Winning | 10/31/2023 | Review information re: class claims and insurance | 1.7 | 1,150 | 1,955.00 |
| | | ***Claims/Liabilities Subject to Compromise*** | **20.2** | | **$20,940.00** |
| **Fee Application** | | | | | |
| David Edward | 10/2/2023 | Compile fee application exhibits for court for September 2023 | 2.8 | $450 | $1,260.00 |
| David Edward | 10/2/2023 | Draft fee application template for court for September 2023 | 1.3 | 450 | 585.00 |
| David Edward | 10/3/2023 | Compile fee application exhibits for court | 2.9 | 450 | 1,305.00 |
| David Edward | 10/3/2023 | Analyze time entries and format exhibits for court | 1.5 | 450 | 675.00 |
| David Edward | 10/4/2023 | Prepare legal document for fee application | 1.3 | 450 | 585.00 |
| David Edward | 10/19/2023 | Prepare fee app analysis for month for September 2023 | 2.8 | 450 | 1,260.00 |
| David Edward | 10/19/2023 | Continue to prepare fee application analysis for September | 2.9 | 450 | 1,305.00 |
| David Edward | 10/20/2023 | Prepare fee app for month of September | 2.9 | 450 | 1,305.00 |
| David Edward | 10/20/2023 | Continue to prepare fee application materials and exhibits for court | 1.7 | 450 | 765.00 |
| Matthew Altman | 10/25/2023 | Review time detail for fee application | 2.1 | 550 | 1,155.00 |
| Matthew Altman | 10/25/2023 | Revise September fee application | 1.1 | 550 | 605.00 |
| David Edward | 10/26/2023 | Analyze reconciliation on time entries | 2.9 | 450 | 1,305.00 |
| | | ***Fee Application*** | **26.2** | | **$12,110.00** |
| **Court Attendance/Participation** | | | | | |
| Anthony Lo | 10/18/2023 | Attend sale hearing on behalf of the OEC | 0.6 | $750 | $450.00 |
| Matthew Altman | 10/18/2023 | Attend sale hearing on behalf of the OEC | 0.6 | 550 | 330.00 |
| Matthew Altman | 10/25/2023 | Attend DS hearing on behalf of the OEC | 0.6 | 550 | 330.00 |
| Matthew Altman | 10/31/2023 | Attend DS hearing on behalf of the OEC | 0.6 | 550 | 330.00 |
| Anthony Lo | 10/31/2023 | Attend DS hearing on behalf of the OEC | 0.7 | 750 | 525.00 |
| Robert Winning | 10/31/2023 | Attend DS hearing on behalf of the OEC | 0.5 | 1,150 | 575.00 |
| | | ***Court Attendance/Participation*** | **3.6** | | **$2,540.00** |
| | | **Hours and Fees Total** | **296.1** | | **$233,752.00** |