**EXHIBIT B**
**Lordstown Motors Corp., et al. - CASE NO: 23-10831**
**EXPENSE SUMMARY**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|---|---|---|---|
| ***Business Meals*** | | | |
| 9/28/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | $28.58 |
| 10/11/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 21.50 |
| 10/12/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 27.07 |
| 10/16/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 28.11 |
| 10/16/2023 | Lo, Anthony | Overtime Meal (Working Dinner) | 29.40 |
| 10/18/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 29.22 |
| 10/25/2023 | Altman, Matthew | Overtime Meal (Working Dinner) | 29.33 |
| | | ***Subtotal Business Meal Expenses*** | **$193.21** |
| ***Transportation*** | | | |
| 9/28/2023 | Altman, Matthew | Late Night Uber/Taxi - Office to Home | $42.65 |
| 9/29/2023 | Bauck, Lyle | Late Night Uber/Taxi - Office to Home | 32.90 |
| 10/25/2023 | Altman, Matthew | Late Night Uber/Taxi - Office to Home | 34.64 |
| | | ***Subtotal Transportation Expense*** | **$110.19** |
| ***Conference Calls*** | | | |
| 10/31/2023 | M3 Team | Conference Calls | $42.79 |
| | | ***Subtotal Conference Calls Expense*** | **$42.79** |
| ***Total*** | | | **$346.19** |