IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[5] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ROBERT WINNING REGARDING SECOND MONTHLY APPLICATION OF M3 ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

STATE OF DELAWARE        :
                                              :
COUNTY OF NEW CASTLE  :

I, Robert Winning, hereby declare as follows:

1. I am a managing director in the applicant firm of M3 Advisory Partners, LP ("M3 Partners").

2. I have personally performed many of the services rendered by M3 Partners, as financial advisor to Official Equity Committee appointed in the above referenced case (the "Committee"), and am generally familiar with all other work performed on behalf of the Committee by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to

---

[5] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

    4.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2023        **M3 ADVISORY PARTNERS, LP**

                                        */s/ Robert Winning*
                                        Robert Winning
                                        Managing Director, M3 Advisory Partners, LP