Debtor: Lordstown EV Corporation                                   Case No. 23-10832 (MFW)
                                                                  Reporting Period: October 2023

### General Notes to Monthly Operating Report and Supporting Documentation

The Debtors have prepared the MOR with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable to the Chapter 11 Cases. The financial and supplemental information contained herein is unaudited and is not prepared in accordance with Generally Accepted Principles in the United States (GAAP) nor in accordance with securities laws or other applicable non-bankruptcy law. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.

The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

The amounts reflected for Total Current Assets, Other Assets (Cumulative Funding of / Investment in Subsidiary, and Total Assets each include, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>To be clear, the amounts do not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value</u>.

Certain portions of the Debtors' prepetition contingent liabilities reflect disputed liabilities that are subject to compromise, and all rights of all Debtors are reserved with respect to such liabilities and their allocation.

### General Notes to Balance Sheet and Statement of Operations Attachments

These financial statements were prepared by the Debtors' management and are preliminary and subject to final quarter-end closing adjustments, which have not been fully completed prior to preparation of this MOR.

**Debtor:**   **Lordstown EV Corporation**                                                                                           **Case #:**   **23-10832**

**Cash Receipts Listing**

| TRX Date | Received From | Category | Amount | Bank Account Number |
|---|---|---|---:|---:|
| 10/4/2023 | City of Washington D.C. | Revenue | 99,120.00 | 7675 |
| 10/27/2023 | LANDX HOLDINGS INC | Sale Proceeds | 9,200,000.00 | 7675 |
| 10/27/2023 | LANDX HOLDINGS INC | Sale Proceeds | 1,000,000.00 | 7675 |
| Various | JPMorgan Chase Bank, N.A. | Dividend Income | 388,320.00 | 4520 |
| 10/31/2023 | JPMorgan Chase Bank, N.A. | Interest | 136.22 | 7736 |
|  |  | **Total Receipts** | **10,687,576.22** |  |

**Debtor:** Lordstown EV Corporation                                                                                                **Case #:** 23-10832

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---:|---:|
| 10/2/2023 | Aegon USA | Payroll | $ 52,431.98 | 7592 |
| 10/3/2023 | Amazon Web Services | Other | $ 11,741.41 | 7675 |
| 10/3/2023 | Amazon Web Services | Other | $ 7.94 | 7675 |
| 10/5/2023 | TAMAROFF LEASING CO US | Refund | $ 2,000.00 | 7675 |
| 10/6/2023 | Paylocity | Payroll | $ 3,688.97 | 7592 |
| 10/6/2023 | Paylocity | Payroll | $ 928.60 | 7592 |
| 10/6/2023 | White & Case LLP | Legal | $ 1,842,174.24 | 7675 |
| 10/6/2023 | Various | AP Disbursement 1 | $ 1,198,967.10 | 7675 |
| 10/10/2023 | Southern California Edison | Utilities | $ 8,371.06 | 7675 |
| 10/10/2023 | AT&T | Utilities | $ 2,053.69 | 7675 |
| 10/10/2023 | Irvine Ranch Water District | Utilities | $ 477.67 | 7675 |
| 10/10/2023 | Irvine Ranch Water District | Utilities | $ 220.77 | 7675 |
| 10/10/2023 | Federal Express Corporation | Other | $ 136.89 | 7675 |
| 10/11/2023 | Paylocity | Payroll | $ 419,634.11 | 7592 |
| 10/11/2023 | Paylocity | Payroll | $ 187,028.81 | 7592 |
| 10/11/2023 | Paylocity | Payroll | $ 3,137.60 | 7592 |
| 10/11/2023 | Paylocity | Payroll | $ 955.56 | 7592 |
| 10/12/2023 | Paylocity | Payroll | $ 2,993.75 | 7592 |
| 10/12/2023 | Paylocity | Payroll | $ 2,537.18 | 7592 |
| 10/13/2023 | Paylocity | Payroll | $ 915.03 | 7592 |
| 10/13/2023 | Paylocity | Payroll | $ 188.28 | 7592 |
| 10/13/2023 | Paylocity | Payroll | $ 141.54 | 7592 |
| 10/16/2023 | Aegon USA | Payroll | $ 53,472.17 | 7592 |
| 10/20/2023 | Paylocity | Monthly Billing | $ 3,222.48 | 7592 |
| 10/20/2023 | Paylocity | Payroll | $ 743.88 | 7592 |
| 10/20/2023 | Paylocity | Payroll | $ 310.92 | 7592 |
| 10/20/2023 | Paylocity | Monthly Billing | $ 224.06 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 28,817.53 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 13,352.23 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 12,453.80 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 9,647.73 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 7,437.76 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 6,317.71 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 6,176.57 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 4,624.70 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 12,796.65 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 10,306.28 | 7592 |
| 10/23/2023 | Paylocity | Payroll | $ 6,962.20 | 7592 |

**Debtor:** Lordstown EV Corporation **Case #:** 23-10832

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---:|---:|
| 10/23/2023 | Paylocity | Payroll | $ 5,584.92 | 7592 |
| 10/23/2023 | BRIAN T GREEN | Payroll | $ 21,852.11 | 7592 |
| 10/23/2023 | SUNIL K SARVEPALLI | Payroll | $ 21,442.52 | 7592 |
| 10/23/2023 | KENNETH M SNYDER | Payroll | $ 13,170.62 | 7592 |
| 10/23/2023 | JOSIAH KRUSE | Payroll | $ 12,608.55 | 7592 |
| 10/23/2023 | SANTHIPRADA DUSI | Payroll | $ 8,675.49 | 7592 |
| 10/23/2023 | RICHARD DINH | Payroll | $ 3,940.37 | 7592 |
| 10/23/2023 | U.S. TRUSTEE PAYMENT CENTER | Quarterly Fee | $ 250,000.00 | 7675 |
| 10/23/2023 | AT&T MOBILITY | Other | $ 3,512.75 | 7675 |
| 10/23/2023 | U.S. TRUSTEE PAYMENT CENTER | Quarterly Fee | $ 250.00 | 7675 |
| 10/23/2023 | U.S. TRUSTEE PAYMENT CENTER | Quarterly Fee | $ 250.00 | 7675 |
| 10/23/2023 | Various | AP Disbursement 2 | $ 329,829.99 | 7675 |
| 10/23/2023 | Various | AP Disbursement 3 | $ 312,322.14 | 7675 |
| 10/24/2023 | Paylocity | Payroll | $ 180,721.36 | 7592 |
| 10/24/2023 | Paylocity | Payroll | $ 45.65 | 7592 |
| 10/24/2023 | Federal Express Corporation | Other | $ 32.47 | 7675 |
| 10/24/2023 | Southern California Gas Company dba The Gas Company; So Cal Gas | Utilities | $ 18.22 | 7675 |
| 10/25/2023 | Paylocity | Payroll | $ 317,474.88 | 7592 |
| 10/25/2023 | Paylocity | Payroll | $ 135,017.30 | 7592 |
| 10/25/2023 | Paylocity | Payroll | $ 12,200.65 | 7592 |
| 10/25/2023 | Paylocity | Payroll | $ 3,137.60 | 7592 |
| 10/25/2023 | Paylocity | Payroll | $ 955.56 | 7592 |
| 10/25/2023 | PCard | Other | $ 7,673.07 | 7725 |
| 10/26/2023 | Aegon USA | Payroll | $ 13,929.10 | 7592 |
| 10/26/2023 | Paylocity | Payroll | $ 550.89 | 7592 |
| 10/26/2023 | Paylocity | Payroll | $ 533.17 | 7592 |
| 10/26/2023 | Paylocity | Payroll | $ 520.48 | 7592 |
| 10/26/2023 | Paylocity | Payroll | $ 285.85 | 7592 |
| 10/27/2023 | Paylocity | Payroll | $ 2,235.20 | 7592 |
| 10/27/2023 | Paylocity | Payroll | $ 1,524.23 | 7592 |
| 10/27/2023 | Paylocity | Payroll | $ 942.51 | 7592 |
| 10/27/2023 | Paylocity | Payroll | $ 734.65 | 7592 |
| 10/27/2023 | Paylocity | Payroll | $ 188.28 | 7592 |
| 10/27/2023 | Various | AP Disbursement 4 | $ 301,496.21 | 7675 |
| 10/30/2023 | Aegon USA | Payroll | $ 32,898.27 | 7592 |
| 10/30/2023 | Various | AP Disbursement 5 | $ 30,994.54 | 7675 |
| | | **Total Disbursements** | **5,945,148.45** | |

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|
| 10/9/2023 | V00590 | Jane Reiss | $ (15,000.00) | Board Fees |
| 10/9/2023 | V00890 | Dale Gene Spencer | $ (16,750.00) | Board Fees |
| 10/9/2023 | V01400 | CEVA Contract Logistics US Inc | $ (43,242.00) | Other |
| 10/9/2023 | V02980 | Hewlett Packard Financial Services Company | $ (219.30) | Rent |
| 10/9/2023 | V03280 | Cintas Corporation No. 2 - Payer 18652177 | $ (509.81) | Other |
| 10/9/2023 | V03340 | Cox Communications California LLC dba Cox Business | $ (3,053.72) | Utilities |
| 10/9/2023 | V03380 | Tata Consulting Services Limited | $ (8,865.00) | Consulting |
| 10/9/2023 | V03400 | Marks Reliable Towing LLC dba MRT | $ (1,150.00) | Other |
| 10/9/2023 | V03870 | Vestige Ltd dba Vestige Digital Investigations | $ (4,997.50) | Legal |
| 10/9/2023 | V04840 | Angela Strand dba Strand Strategy | $ (14,125.00) | Board Fees |
| 10/9/2023 | V05140 | Keith Feldman | $ (17,875.00) | Board Fees |
| 10/9/2023 | V05170 | David Hamamoto | $ (21,250.00) | Board Fees |
| 10/9/2023 | V06120 | Luis Mayen dba Guarantee Details Cleaning dba G.D.C. | $ (1,550.00) | Utilities |
| 10/9/2023 | V07280 | Veritext LLC | $ (3,271.47) | Other |
| 10/9/2023 | V09920 | ElectroCycle, Inc | $ (40.00) | Utilities |
| 10/9/2023 | V10020 | GA Cayman Holdco LLC dba GA Business Purchaser LLC dba Guardian Alarm Com | $ (1,117.80) | Other |
| 10/9/2023 | V13600 | Berkeley Research Group, LLC | $ (46.67) | Consulting |
| 10/9/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (538.22) | Other |
| 10/9/2023 | V14320 | Joseph B. Anderson Jr | $ (15,000.00) | Board Fees |
| 10/9/2023 | V14340 | Laura Soave | $ (13,750.00) | Board Fees |
| 10/9/2023 | V14770 | Triple Crown Consulting, LLC | $ (6,496.00) | Contract Labor |
| 10/9/2023 | V15800 | Lumma Clean LLC | $ (11,375.00) | Other |
| 10/9/2023 | V15810 | Pacific Grind Office Coffee Services, LLC | $ (250.00) | Other |
| 10/9/2023 | V15950 | Jefferies Financial Group Inc DBA Jefferies LLC | $ (400,000.00) | Professionals |
| 10/9/2023 | V15960 | Reliable Copy Service Inc, DBA Reliable Companies | $ (1,044.00) | Board Fees |
| 10/9/2023 | V15990 | Jeffrey Santrock | $ (400.00) | Consulting |
| 10/9/2023 | V05370 | Sonitrol Orange County, LLC | $ (382.13) | Utilities |

**Debtor:** **Lordstown EV Corporation**  **Case #:** **23-10832**

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|
| 10/9/2023 | V04530 | Cigna Health and Life Insurance Company | $ (139,154.98) | Benefits |
| 10/9/2023 | V15860 | Kurtzman Carson Consultants, LLC | $ (457,513.50) | Professionals |
| | | **Total AP Disbursement 1** | **(1,198,967.10)** | |
| | | | | |
| 10/23/2023 | V14870 | 275 Hills Tech Ventures, LLC | $ (40.00) | Rent |
| 10/23/2023 | V15870 | Altron Automation Group, Inc | $ (21,200.00) | Rent |
| 10/23/2023 | V01180 | AVI Foodsystems Inc | $ (45.00) | Other |
| 10/23/2023 | V01400 | CEVA Contract Logistics US Inc | $ (21,621.00) | Other |
| 10/23/2023 | V15530 | Cintas Corp - Payer# 21007041 | $ (767.79) | Other |
| 10/23/2023 | V03280 | Cintas Corporation No. 2 - Payer 18652177 | $ (202.75) | Other |
| 10/23/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (1,125.00) | Other |
| 10/23/2023 | V03530 | Detroit Disposal and Recycling LLC | $ (551.00) | Utilities |
| 10/23/2023 | V03910 | ETRADE Financial Corporate Services, Inc. | $ (8,750.00) | Other |
| 10/23/2023 | V10020 | GA Cayman Holdco LLC dba GA Business Purchaser LLC dba Guardian Alarm Com | $ (1,117.80) | Other |
| 10/23/2023 | V01130 | GAC R&D Center Silicon Valley, Inc | $ (13,610.20) | Rent |
| 10/23/2023 | V10440 | Infosys Limited | $ (16,439.24) | Other |
| 10/23/2023 | V15950 | Jefferies Financial Group Inc DBA Jefferies LLC | $ (200,000.00) | Consulting |
| 10/23/2023 | V00440 | Principal Life Insurance Company | $ (10,627.42) | Benefits |
| 10/23/2023 | V07960 | Rentokil North America, INC dba Western Exterminator Company | $ (105.00) | Other |
| 10/23/2023 | V06760 | Ricoh USA, Inc | $ (630.79) | Rent |
| 10/23/2023 | V08260 | RTL Systems, LLC | $ (15,730.00) | Consulting |
| 10/23/2023 | V15760 | TERIS - Phoenix LLC DBA TERIS | $ (3,072.00) | Consulting |
| 10/23/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (4,460.00) | Other |
| 10/23/2023 | V14770 | Triple Crown Consulting, LLC | $ (9,280.00) | Contract Labor |
| 10/23/2023 | V03870 | Vestige Ltd dba Vestige Digital Investigations | $ (455.00) | Legal |
| | | **Total AP Disbursement 2** | **$ (329,829.99)** | |
| | | | | |
| 10/23/2023 | V11060 | FOLEY & LARDNER LLP | $ (2,664.75) | OCP |

**Debtor:** **Lordstown EV Corporation**  **Case #:** **23-10832**

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---:|---|
| 10/23/2023 | V11060 | FOLEY & LARDNER LLP | $ (2,213.75) | OCP |
| 10/23/2023 | V09740 | FTI Consulting, Inc. | $ (15,969.77) | OCP |
| 10/23/2023 | V13360 | Haynes and Boone, LLP | $ (1,390.00) | OCP |
| 10/23/2023 | V10490 | Potter Anderson & Corron LLP | $ (8,466.75) | OCP |
| 10/23/2023 | V04430 | KPMG LLP | $ (58,264.80) | Fee App |
| 10/23/2023 | V15840 | Silverman Consulting, Inc | $ (223,352.32) | Fee App |
| | | **Total AP Disbursement 3** | **$ (312,322.14)** | |
| | | | | |
| 10/27/2023 | V11100 | Aon Risk Services Central, Inc dba Aon Risk Services Northeast, Inc. | $ (1,152.00) | Insurance |
| 10/27/2023 | V14780 | Foxconn EV Property Development LLC | $ (8,000.00) | Rent |
| 10/27/2023 | V14870 | 275 Hills Tech Ventures, LLC | $ (42,209.21) | Rent |
| 10/27/2023 | V03230 | Applied Medical Resources Corporation | $ (50,135.00) | Rent |
| 10/27/2023 | V15950 | Jefferies Financial Group Inc DBA Jefferies LLC | $ (200,000.00) | Consulting |
| | | **Total AP Disbursement 4** | **$ (301,496.21)** | |
| | | | | |
| 10/27/2023 | V00110 | Ernst & Young | $ (15,000.00) | Legal |
| 10/27/2023 | V09740 | FTI Consulting, Inc. | $ (15,994.54) | Legal |
| | | **Total AP Disbursement 5** | **$ (30,994.54)** | |

Lordstown EV Corporation
Balance Sheet
As of October 31, 2023 (1)

### ASSETS

**Current Assets**

| | |
|---|---:|
| Cash, Cash Equivalents and Short-term Investments | $ 98,395,702 |
| Accounts Receivable | - |
| Inventory, net | - |
| Prepaid Expenses and Other | 6,115,267 |
| **Total Current Assets** | **104,510,969** |

**Property, Plant & Equipment**

| | |
|---|---:|
| Property, Plant & Equipment, net | 178,094 |

**Other Assets**

| | |
|---|---:|
| Right of Use Assets | 728,388 |
| Cumulative Funding of / Investment in Subsidiary | 142,181 (2) |
| Receivable from Subsidiary | - |
| **Total Other Assets** | **870,569 (3)** |

| | |
|---|---:|
| **Total Assets** | **$ 105,559,632 (3)** |

### LIABILITIES AND SHAREHOLDERS' EQUITY

**Current Liabilities**

| | |
|---|---:|
| Accounts Payable - post-petition | $ 1,594,881 |
| Accounts Payable - pre-petition | 513,003 |
| Accrued Expenses - post-petition | 19,192,215 |
| Accrued Expenses - pre-petition | 5,730,757 |
| Right of Use Liabilities, current | 863,855 |
| **Total Current Liabilities** | **27,894,711** |

**Long-Term Liabilities**

| | |
|---|---:|
| Right of Use Liabilities, long-term | 602,602 |
| | - |
| **Total Long-Term Liabilities** | **602,602** |

| | |
|---|---:|
| **Total Liabilities** | **28,497,313** |

**Shareholders' Equity**

| | |
|---|---:|
| Common Stock | - |
| Additional Paid-In Capital | 1,172,304,374 |
| Retained Earnings | (1,095,242,055) |
| **Total Shareholders' Equity** | **77,062,319** |

| | |
|---|---:|
| **Total Liabilities and Shareholders' Equity** | **$ 105,559,632** |

See Notes to Financial Statements

# Lordstown EV Corporation
## Statement of Operations
### For the month ended October 31, 2023

| | | |
|---|---:|---:|
| Revenues | $ | - |
| Total Revenues | | - |
| | | |
| Operating Expenses: | | |
|     Employee Expenses | $ | 1,669,482 |
|     Professional Fees | | 452,048 |
|     Legal Fees | | 2,916,207 |
|     Insurance Expense | | 650,368 |
|     Rent Expense | | 228,908 |
|     Freight Expense | | 108,105 |
|     Shop and Misc. Expense | | 130,169 |
|     Office and shop expenses | | 39,877 |
|     Other | | 26,733 |
|     Total Operating Expenses | | 6,221,897 |
| | | |
| Other Income/(Expense): | | |
|     Interest and Dividend Income | | 388,456 |
|     Gain/(Loss) on Sale of Assets | | 1,898,628 |
|     Other Income/(Expense) | | (250,500) |
| | | |
|     Total Other Income/(Expense) | | 2,036,584 |
| | | |
| Net Income/(Loss) | $ | (4,185,313) |

Debtor: Lordstown EV Corporation          Case No.23-10832 (MFW)
                                          Reporting Period: October 2023

## Specific Notes to Financial Statements

Note (1): The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

Note (2): The amount reflected represents the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted</u>.

Note (3): The amount reflected includes, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.</u>

**Debtor:**     **Lordstown EV Corporation**                                                                                                                        **Case #:**        **23-10832**

**Schedule of Asset Sales**

On Sptember 29, 2023, Lordstown EV Corporation, Lordstown Motors Corp. and Lordstown EV Sales LLC, entererd into an asset purchase agreement with LAS Capital LLC to sell substantially all of the assets related to the design, production and sale of its electric light duty vehicles for a total purchase price of $10.2 million plus the assumption of certain executory contracts.  LAS Capital LLC subsequently assigned its rights in the asset purchase agreement to LandX Motors Inc.

On October 18, 2023, the bankruptcy court issued an order approving the sale of the assets and the assumption and assignment of certain executory contracts as provided for in the asset purchase agreement [Docket No. 586].  Pursuant to such approval order, the asset sale closed on October 27, 2023 and the Debtors received $10.2 million.

**In re Lordstown EV Corporation**
**Case No. 23-10832**
**All bank statements and bank reconciliations for the reporting period**
**Reporting Period: October 1, 2023 to October 31, 2023**

The Debtor hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries during September 2023.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| | |
|---|---|
| */s/ Adam Kroll* | November 28, 2023 |
| Signature of Authorized Individual | Date |
| | |
| Adam Kroll | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |