IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Andres Estrada, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On November 17, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Deadlines for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, Against Debtors** [Docket No. 335]

- **Official Form 410 Proof of Claim** [substantially in the form of Exhibit 2 to Docket No. 317]

- **Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Plan, (IV) Procedures for Objecting to the Confirmation of the Plan, and (V) Procedures and Deadline for Voting on the Plan** [Docket No. 661]

- **Notice of Non-Voting Status to Holders of Unclassified and Unimpaired Claims Conclusively Presumed to Accept the Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors** [substantially in the form of Exhibit 4 to Docket No. 651]

*(Continued on Next Page)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- Note re Electronic Access to Plan, Disclosure Statement, and Disclosure Statement Order [attached hereto as **Exhibit A**]

Dated: November 29, 2023

*/s/ Andres Estrada*
Andres Estrada
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Electronic Access to Plan, Disclosure Statement, and Disclosure Statement Order:**

The Plan, Disclosure Statement, and Disclosure Statement Order, including the Solicitation Procedures and other exhibits, may be accessed, free of charge at https://www.kccllc.net/Lordstown by clicking on the "Solicitation Materials" tab on the home page.

You can also request, free of charge, copies in paper or flash drive format of any Solicitation Package Materials by (a) calling the Debtors' toll-free restructuring hotline at (877) 709-4757 (U.S./Canada) or (424) 236-7235 (International); (b) Visiting the Debtors' restructuring website at https://www.kccllc.net/Lordstown; (c) writing to Lordstown Processing Center, c/o Kurtzman Carson Consultants, 222 N. Pacific Coast Highway, Suite 300, El Segundo, Ca 90245 (D) Emailing Lordstowninfo@kccllc.com (with 'Lordstown' in the subject line).  As soon as reasonably practicable after receiving such a request, the solicitation agent will provide you with the copies you requested.

# Exhibit B

**Exhibit B**
**Florida Department of Revenue Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Florida Dept of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | Tallahassee | FL | 32399-0112 |
| Florida Dept of Revenue | Out of State Collections Unit | 1415 W US Highway 90 STE115 | | Lake City | FL | 32055-6156 |
| STATE OF FLORIDA | DEPARTMENT OF REVENUE | General Counsel, Mark Hamilton | PO BOX 6668 | Tallahassee | FL | 32314-6668 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                                      Page 1 of 1