**EXHIBIT B**

**Exhibit B**

**Expense Detail**

| Date | Timekeeper | English Narrative | Category | Amount |
|---|---|---|---|---|
| 10/5/2023 | Zakia, Jason | Lexitas. Invoice Date: 06 September 2023. Transcript Copy - Video/Technical Testimony - NEXT DAY EXPEDITE | Deposition Transcripts | $3,409.95 |
| 10/30/2023 | Hirshorn, Deanna | Printing - User Name: Deanna Hirshorn; Processed File:; Location Dialed: | Printing | $0.20 |
| 10/4/2023 | Cieply, Adam | Dinner - Internal Guest A.Cieply - Client related matters - 28-Sep-2023 | Business Meals | $35.92 |
| 10/12/2023 | Cieply, Adam | Overtime Transportation - Client-related matters - 15-Sep-23 | Taxi - Overtime | $24.02 |
| 10/12/2023 | Cieply, Adam | Overtime Transportation - Client-related matters - 14-Sep-23 | Taxi - Overtime | $22.18 |
| 10/13/2023 | Turetsky, David | Catering services for Lordstown Motors Corp., Project Pickup - W&C in New York provided by FLIK on 9/21/2023 for meeting with Client, Creditors' Committee and Equity Committee re: Plan issues - Full Beverage Service, Chef's Daily Special Sandwiches, and Beverage Refresh - Approximate headcount: 9 | Conference Room Dining | $411.06 |
|  |  |  |  | $3,903.33 |