**EXHIBIT A**



November 21, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

      Re: Lordstown Motor Corporation
          USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period October 1, 2023 to October 31, 2023 in the amount of $10,548.94 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring



Enclosures



November 21, 2023

<u>Copy Parties</u>

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington DE 19801

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



November 21, 2023

<u>Copy Parties</u>

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

# *Kurtzman Carson Consultants LLC*

| **Account Number** | 71001FA | **Invoice Date** | November 21, 2023 |
|---|---|---|---|
| **Invoice Number** | US_KCC2612664 | **Due Date** | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| Description | Amount |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $10,548.94 |
| *Total of Hourly Fees* | $10,548.94 |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| *Invoice Subtotal* | $10,548.94 |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | $10,548.94 |

--- 

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | 71001FA | **Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US_KCC2612664 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $10,548.94 | Dept CH 16639 | HSBC Bank, NA |
| **Amount Paid** | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

## *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

*Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 34.10 | $201.75 | $6,879.67 |
| ASK | Ashley Kuarasingh | SOL | 5.50 | $193.75 | $1,065.70 |
| CJI | Cooper Ide | TPC | 1.00 | $76.75 | $76.75 |
| JEE | James Lee | SEC | 5.80 | $201.75 | $1,170.11 |
| JMG | Jennifer Westwood | SOL | 1.90 | $193.75 | $368.12 |
| KVR | Kevin Martin | SEC | 4.90 | $201.75 | $988.59 |
| | | | | *Total* | **$10,548.94** |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/2/2023 | JEE | Coordinate with securities team re: creation of mailbox for ballot submission | SEC | Solicitation | 0.30 |
| | | | **Total for 10/2/2023** | | **0.30** |
| 10/3/2023 | AAE | Coordinate with KCC team and counsel regarding filed claims by equity holders and classifying for voting purposes | SOL | Solicitation | 0.30 |
| 10/3/2023 | KVR | Communication with A Estrada re: Class 7 Beneficial Holders as of the voting record date will receive ballots from their nominee or third party proxy agent and will be eligible to vote | SEC | Solicitation | 0.40 |
| | | | **Total for 10/3/2023** | | **0.70** |
| 10/5/2023 | AAE | Review solicitation procedures motion and update notes to prepare estimates for counsel | SOL | Solicitation | 0.90 |
| 10/5/2023 | CJI | Finalize schedules amendments in KCC CaseView | TPC | Schedules & SOFA | 1.00 |
| | | | **Total for 10/5/2023** | | **1.90** |
| 10/11/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/11/2023 | KVR | Communication with A Estrada confirming securities team is prepared to complete Notice Rescheduled Disclosure Statement hearing same day | SEC | Solicitation | 0.30 |
| | | | **Total for 10/11/2023** | | **0.40** |
| 10/13/2023 | ASK | Coordinate with Mediant re Solicitation mailing to securities parties | SOL | Solicitation | 0.20 |
| 10/13/2023 | ASK | Coordinate with Broadridge re Solicitation mailing to securities parties | SOL | Solicitation | 0.20 |
| 10/13/2023 | ASK | Prepare Broadridge JEF re Solicitation mailing to securities parties | SOL | Solicitation | 0.50 |
| | | | **Total for 10/13/2023** | | **0.90** |
| 10/16/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/16/2023 | ASK | Prepare DTC request letter re Solicitation mailing to securities parties | SOL | Solicitation | 0.50 |
| 10/16/2023 | KVR | Communication with J Ngo re: contact at Equiniti for requesting common share register | SEC | Solicitation | 0.50 |
| | | | **Total for 10/16/2023** | | **1.10** |
| 10/17/2023 | AAE | Coordinate with KCC team on newly proposed solicitation timeline | SOL | Solicitation | 0.80 |
| 10/17/2023 | AAE | Prepare voting amount spreadsheet; coordinate with KCC team re same | SOL | Solicitation | 1.10 |
| 10/17/2023 | JEE | Office conference with case team re: updated solicitation timeline | SEC | Solicitation | 0.30 |
| 10/17/2023 | ASK | Enter DTC lists onto excel spreadsheets | SOL | Solicitation | 0.80 |
| 10/17/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/17/2023 | KVR | Call with L Mezei re: revised proposed solicitation timeline and how it affects equity beneficial holders | SEC | Solicitation | 0.50 |
| | | | **Total for 10/17/2023** | | **3.60** |
| 10/18/2023 | AAE | Review solicitation procedures and update voting amount spreadsheet related to same | SOL | Solicitation | 0.60 |
| 10/18/2023 | JMG | Review solicitation procedures and claims classifications | SOL | Solicitation | 1.90 |
| | | | **Total for 10/18/2023** | | **2.50** |

# Kurtzman Carson Consultants LLC

## 10/01/2023 - 10/31/2023

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 10/19/2023 | AAE | Research precedent on 510b claims voting procedures | SOL | Solicitation | 0.90 |
| 10/19/2023 | AAE | Review first amended Plan for solicitation preparations (.6); update notes and coordinate with KCC team re same (.8) | SOL | Solicitation | 1.40 |
| 10/19/2023 | AAE | Coordinate with KCC team regarding solicitation procedures | SOL | Solicitation | 1.20 |
| 10/19/2023 | AAE | Call with KCC securities team regarding classes 7-10 | SOL | Solicitation | 0.40 |
| 10/19/2023 | JEE | Review claims implicated in new class 8, 9 and 10 | SEC | Solicitation | 1.50 |
| 10/19/2023 | JEE | Call with case team re: prep for solicitation launch and implication of new classes for voting and service of materials | SEC | Solicitation | 0.80 |
| 10/19/2023 | JEE | Review updated plan and changes to voting classes, and implication on service | SEC | Solicitation | 0.70 |
| 10/19/2023 | JEE | Office conference with securities team re: update on solicitation | SEC | Solicitation | 0.40 |
| 10/19/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/19/2023 | KVR | Communication with securities re: revised Plan and addition of Class 8, 9 and 10 | SEC | Solicitation | 0.50 |
| 10/19/2023 | KVR | Call with A Estrada to discuss revised equity Classes 8, 9 and 10 | SEC | Solicitation | 0.40 |
| 10/19/2023 | KVR | Review of Amended Disclosure Statement and Plan for changes to equity classes | SEC | Solicitation | 0.50 |
| 10/19/2023 | KVR | Call with securities team re: changes to Class 7, 8, 9 and 10 for solicitation planning | SEC | Solicitation | 0.50 |
| | | | *Total for 10/19/2023* | | *9.30* |
| 10/20/2023 | AAE | Prepare for and participate in Solicitation call with counsel | SOL | Solicitation | 0.70 |
| 10/20/2023 | AAE | Coordinate with KCC team on Plan classification updates and voting amount spreadsheet | SOL | Solicitation | 1.00 |
| 10/20/2023 | AAE | Review equity claims for 510(b) status for solicitation | SOL | Solicitation | 3.90 |
| 10/20/2023 | JEE | Office conference with securities team re: update on solicitation | SEC | Solicitation | 0.20 |
| 10/20/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/20/2023 | KVR | Call with A Estrada re: review of call with counsel clarifying Class 8, 9 and 10 parties | SEC | Solicitation | 0.30 |
| | | | *Total for 10/20/2023* | | *6.20* |
| 10/21/2023 | AAE | Review equity claims for 510(b) status for solicitation | SOL | Solicitation | 2.20 |
| 10/21/2023 | AAE | Review and update voting amount spreadsheet | SOL | Solicitation | 5.20 |
| | | | *Total for 10/21/2023* | | *7.40* |
| 10/23/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| | | | *Total for 10/23/2023* | | *0.10* |
| 10/24/2023 | AAE | Review revised solicitation procedures and coordinate with KCC team on solicitation timing and deadlines | SOL | Solicitation | 0.60 |
| 10/24/2023 | AAE | Review objections to DS motion and related documents in solicitation procedures | SOL | Solicitation | 0.50 |
| 10/24/2023 | ASK | Coordinate with Mediant re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/24/2023 | ASK | Coordinate with Broadridge re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/24/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/24/2023 | ASK | Prepare Broadridge JEF re updated Solicitation mailing voting record date | SOL | Solicitation | 0.50 |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| | | | *Total for 10/24/2023* | | *2.10* |
| 10/25/2023 | AAE | Review revised solicitation timeline and coordinate with KCC team re same (.9); correspondence with counsel re same (.3) | SOL | Solicitation | 1.20 |
| 10/25/2023 | AAE | Coordinate with KCC team on draft securities ballots | SOL | Solicitation | 0.40 |
| 10/25/2023 | JEE | Coordinate with case team re: solicitation of registered holders of equity | SEC | Solicitation | 0.30 |
| 10/25/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/25/2023 | KVR | Communication with B Nakhaimousa at K&E confirming count on Class 8 Opt-Out tabulation represents beneficial holders | SEC | Solicitation | 0.20 |
| 10/25/2023 | KVR | Communication with A Estrada re: confirming securities team is comfortable with 3 business days to tabulate vote | SEC | Solicitation | 0.40 |
| 10/25/2023 | KVR | Review of revised solicitation timeline, provided comments to case team | SEC | Solicitation | 0.40 |
| | | | *Total for 10/25/2023* | | *3.00* |
| 10/26/2023 | AAE | Coordinate with KCC team on new solicitation timing and service specs | SOL | Solicitation | 0.30 |
| | | | *Total for 10/26/2023* | | *0.30* |
| 10/27/2023 | AAE | Update voting amount spreadsheet with counsel comments | SOL | Solicitation | 0.60 |
| 10/27/2023 | AAE | Review and revise voting amount spreadsheet (2.2); prepare correspondence and send updated version to counsel (.4) | SOL | Solicitation | 2.60 |
| 10/27/2023 | AAE | Review equity claims for 510(b) status for solicitation | SOL | Solicitation | 2.50 |
| | | | *Total for 10/27/2023* | | *5.70* |
| 10/28/2023 | AAE | Review revised solicitation procedures and class 10 opt out form (.9); call with counsel re same (.2) | SOL | Solicitation | 1.10 |
| | | | *Total for 10/28/2023* | | *1.10* |
| 10/30/2023 | AAE | Review class 10 election form | SOL | Solicitation | 0.20 |
| 10/30/2023 | AAE | Update voting amount spreadsheet related to class 10 and 8 solicitation procedures and Foxconn (1.1); coordinate with counsel re same (.3) | SOL | Solicitation | 1.40 |
| 10/30/2023 | JEE | Office conference with securities team re: prep for solicitation launch | SEC | Solicitation | 0.30 |
| 10/30/2023 | ASK | Coordinate with Mediant re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/30/2023 | ASK | Coordinate with Broadridge re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/30/2023 | ASK | Prepare Broadridge JEF re updated Solicitation mailing voting record date | SOL | Solicitation | 0.50 |
| 10/30/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| | | | *Total for 10/30/2023* | | *2.90* |
| 10/31/2023 | AAE | Review correspondence from counsel on updated solicitation timing and planning; coordinate with KCC team re same | SOL | Solicitation | 0.50 |
| 10/31/2023 | AAE | Prepare updated voting amount spreadsheet and list of open solicitation items | SOL | Solicitation | 1.10 |
| 10/31/2023 | AAE | Review revised amended Plan, solicitation procedures and ballots | SOL | Solicitation | 0.50 |
| 10/31/2023 | JEE | Review solicitation procedures for solicitation launch on class 7 equity holders | SEC | Solicitation | 0.70 |
| 10/31/2023 | JEE | Office conference with securities team re: prep for solicitation launch | SEC | Solicitation | 0.30 |
| 10/31/2023 | ASK | Prepare DTC request letter re Solicitation mailing to securities parties | SOL | Solicitation | 0.50 |
| 10/31/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

*Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
|      |          |             | *Total for 10/31/2023* |  | *3.70* |
|      |          |             | *Total Hours* |  | *53.20* |

## *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

*Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | *Total Expenses* | |