**EXHIBIT B**

**Directors of Post-Effective Date Debtor**

On the Effective Date, the terms of the current members of the Debtors' board of directors shall expire, and the initial members of the New Board of the Post-Effective Date Debtor LMC will be those individuals set forth below.

- **Alexander Matina**.  Alexander Matina has been involved in finance and banking for over 25 years.  He is currently the Portfolio Manager at MFP Investors LLC, the $1.5bn family office of Michael F. Price.  Mr. Matina was Mr. Price's most senior investment partner for 15 years, both on public and private investments, until Mr. Price's death in March 2022.  On the public investment side, MFP is a registered investment advisor and the investment team's mandate is long-only opportunistic value investing across the capital structure.  MFP invests in single stock equities from small to large cap companies across industries.  In credit, the team invests in both loans and bonds, including numerous stressed, distressed and bankruptcy/restructurings.  The private investment arm of the firm makes both direct and fund investments across all asset classes.  Mr. Matina serves/has served on multiple public and private boards, including post reorganizations.  Prior to MFP, Mr. Matina was a Vice President at Balance Asset Management, a multi-strategy hedge fund.  Previously, Mr. Matina was with Altus Capital Partners, a middle market private equity fund, 747 Capital, a venture capital/fund-of-funds and Salomon Smith Barney, in the financial sponsors group in the investment banking division.  Mr. Matina was also an Adjunct Professor of finance at Fordham University from 2007-2012, where he created and taught a Financial Modeling class.  Mr. Matina graduated from Fordham University, Summa Cum Laude, with a Bachelor of Science, with concentrations in finance and accounting. He also received his MBA in Finance from Columbia University, where he served as the Head Teaching Assistant in Corporate Finance.

- **Andrew L. Sole**.  Andrew L. Sole is the Co-founder and Managing Member of Esopus Creek Advisors, the General Partner to the Esopus Creek Value Series Fund LP ("Esopus"). Esopus, launched in August 2005, is based in East Hampton, N.Y. and is a concentrated long-term value investment fund focusing upon investments in small and mid-capitalization public securities, both non-distressed and distressed public companies. Mr. Sole has over 30 years of investment experience, including investments in Chapter 11 corporate reorganizations. Mr. Sole has served as a fiduciary on both official creditor and official equity holder committees in numerous bankruptcy cases over the last 18 years. Prior to Esopus, Mr. Sole was a managing partner of Esopus Creek Partners and Esopus Creek Capital, the predecessor firms to Esopus, from January 2002 until August 2005. Both firms focused upon long-term investments in public securities. Mr. Sole holds a Bachelor of Science degree in Mathematics from Union College in Schenectady, New York. Mr. Sole, a licensed attorney in New York, holds a J.D., graduating cum laude and a Member of the Order of the Coif from the Benjamin N. Cardozo School of Law of Yeshiva University in New York, N.Y.  He is currently the chairperson of the Official Committee of Equity Security Holders appointed by the Office of the United States Trustee in the Debtors' chapter 11 cases.

- **Michael Wartell**.  Michael Wartell is the former Co-Chief Investment Officer and owner of Venor Capital Management (2005-2023) sharing the responsibility of managing the

Firm's investment program and risk management. He has over 30 years of experience in alternative investing strategies (credit opportunities/credit solutions and special situations). Prior to founding Venor, he was a Managing Director and co-head of North American Proprietary Special Situations Research at Deutsche Bank (1999-2005) where he was partly responsible for investing approximately $1 billion of capital and managing the team's research professionals. Prior to joining Deutsche Bank in 1999, Michael served as Vice President/Analyst/Trader in Merrill Lynch's Debt/Leverage Finance Group (1993 – 1999). Additionally he was an analyst at Matrix Asset Advisors (1992 – 1993) and had worked as an Accountant on the Tax Staff of Arthur Andersen, LLP (1991 – 1992). He earned a B.S.E. (Cum Laude) with concentrations in Finance and Accounting from The Wharton School at The University of Pennsylvania in 1991.

- **Neil Weiner**. Neil Weiner is a seasoned investment professional with over 35 years of investment management experience, including 31 years as a portfolio and Managing Director/Member of hedge funds. His expertise encompasses distressed, high yield, capital structure, equity, convertibles, and option strategies. In 2006, Mr. Weiner founded Foxhill Capital Partners, LLC, as the investment manager for the Foxhill Opportunity Fund, L.P., as well as customized managed accounts. Continuing to focus on distressed and special situations, in 2021, this firm transitioned to a private family investment office, Foxhill Capital Management, Inc. Prior to founding the Foxhill entities, was a Managing Member/Co-Portfolio Manager of Triage Capital Management, a $1 billion distressed and special situations hedge fund. Mr. Weiner served on the board of Cambium Learning (symbol ABCD), an education technology company, from 2010 to 2013 and was Chairman of the Audit Committee. He has participated on a range of bondholder committees including Rue 21, Genzyme litigation trust, Vitruvian Exploration, and Stanford International litigation. Mr. Weiner holds an MBA from the Wharton School at the University of Pennsylvania and also received his Bachelor degree from the University of Pennsylvania.

- **Alexandre Zyngier**. Alexandre Zyngier established Batuta Capital Advisors in 2013, focusing on investment and advisory services in disruptive, distressed, and turnaround opportunities. Mr Zyngier brings over three decades of expertise in investment, strategy, governance, and operations. His current roles include serving as the Chairman of the Board of EVO Transportation (EVOA) and holding director positions at Arrival (ARVL), Atari SA (ALATA/PONGF), and Schmitt Industries (SMIT), alongside various private entities. Previously, Mr. Zyngier's leadership roles extended to being a Director at Appvion, Inc., GT Advanced Technologies Inc., and a Lead Director at AudioEye, Inc. He also contributed as an Independent Director for Eileen Fisher, Inc., and a Director for Torchlight Energy Resources, Inc. His experience further includes chairing the Board at Vertis Inc. and Island One LLC, and serving as the Executive Chairman of DTV America Corporation among other private companies. His governance roles have frequently seen him leading both Audit and Compensation Committees in a range of public and private companies. Additionally, Mr. Zyngier's fiduciary responsibilities have encompassed serving as the Liquidating Trustee for Clovis Oncology Inc. and Linc Energy, as well as acting as the sole liquidating Director for Tetralogic Pharmaceuticals Inc. Mr. Zyngier holds an MBA in Finance and Accounting from the University of Chicago and a BSc. in Chemical Engineering from UNICAMP in Brazil.

**Officers of Post-Effective Date Debtor**

On the Effective Date, each of the below individuals shall serve as a director of the Post-Effective Date Debtor.

- **William Gallagher, as Chief Executive Officer**.  William Gallagher is a Managing Director at M3 Partners.  He has more than 35 years of experience in finance, investment and financial restructurings.  Prior to joining M3 Partners, Mr. Gallagher was the Chief Executive Officer at WMIH Corp (NASDAQ:WMIH), a public acquisition corporation which was the successor to Washington Mutual, Inc., from May 2015 to July 2018.  Mr. Gallagher was recruited to WMIH to oversee its acquisition strategy and manage its day-to-day affairs.  While there, he worked closely with WMIH's strategic financial partner, Kohlberg Kravis Roberts & Co.  At WMIH, Mr. Gallagher's responsibilities included reviewing, vetting and analyzing a large number of potential target companies from a variety of different sectors and industry groups. Ultimately, WMIH acquired Nationstar Mortgage Holdings (NYSE symbol NSM) to form Mr. Cooper Group (NASDAQ:COOP).  Mr. Gallagher departed from WMIH upon the closing of the acquisition of Nationstar as his job at WMIH was completed. Prior to WMIH, Mr. Gallagher was CEO and Chief Risk Officer at Capmark Financial Group, formerly known as GMAC Commercial Mortgage (from March 2009 to May 2015).  Mr. Gallagher was retained by Capmark to manage its financial restructuring following the global economic crisis and was responsible for the management of the company's day-to-day affairs, the restructuring of both the company and its assets (including its $15 billion commercial loan portfolio), its bankruptcy process, and its winding down and distribution of assets to creditors and other stakeholders.  Capmark was a highly successful restructuring as Mr. Gallagher and his colleagues significantly increased the recovery value to Capmark's creditors.  Before joining Capmark, Mr. Gallagher was the Chief Credit Officer of RBS Greenwich Capital, the US fixed income investment banking business of the Royal Bank of Scotland, where he was responsible for all aspects of credit risk management.  While at RBS Greenwich, Mr. Gallagher was responsible for a wide variety of US corporations and buy-side companies, including corporate borrowers and debt issuers, financial institutions, industrial companies with captive finance businesses, and a variety of US corporations who traded various securities with or through RBS Greenwich. Earlier in his career, Mr. Gallagher was a Vice President at First Boston Corporation in that firm's credit risk management department. At First Boston, Mr. Gallagher was responsible for managing credit risk to a wide variety of corporate issuers and financial institutions.  Mr. Gallagher began his career at Chemical Bank, where he completed the bank's credit training program and then worked as a loan officer in the middle market division and a credit officer in the financial institutions division.  Mr. Gallagher has a B.S. in business administration from Syracuse University and an MBA from New York University.