## **EXHIBIT F**

### **Identity of Claims Ombudsman**

Pursuant to the Plan, the Claims Ombudsman is the person selected by the UCC and EC, with the consent of the Debtors (such consent not to be unreasonably withheld), charged with overseeing the tasks set forth in Article V.D of the Plan.

The Claims Ombudsman shall be Alan D. Halperin.