## **EXHIBIT G**

**Identity of Litigation Trustee**

**[TO COME, IF NECESSARY]**