## <u>EXHIBIT H</u>

**Litigation Trust Agreement**

**[TO COME, IF NECESSARY]**