# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 360, 651 & 657** |

### NOTICE OF FILING OF PROPOSED ORDER (I) CONFIRMING MODIFIED FIRST AMENDED JOINT CHAPTER 11 PLAN OF LORDSTOWN MOTORS CORP. AND ITS AFFILIATED DEBTORS AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 1, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [Docket No. 360] (the "**Plan**") with the United States Bankruptcy Court for the District of Delaware Court (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2023, the Bankruptcy Court entered the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with the Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 651].

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2023, the Debtors filed the *Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* (as amended or modified in accordance with its terms) [Docket No. 657].

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is a proposed form of *Order (I) Confirming Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors and (II) Granting Related Relief* (the "**Proposed Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Proposed Confirmation Order to the Bankruptcy Court for approval at the hearing scheduled for **December 19, 2023, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath (the "**Confirmation Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to amend, revise, modify or supplement the Proposed Confirmation Order prior to, at, or as a result of, the Confirmation Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 1, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Donald J. Detweiler*  <br>**WOMBLE BOND DICKINSON (US) LLP**  <br>Donald J. Detweiler (DE Bar No. 3087)  <br>Morgan L. Patterson (DE Bar No. 5388)  <br>1313 North Market Street, Suite 1200  <br>Wilmington, Delaware 19801  <br>Telephone: (302) 252-4320  <br>Facsimile: (302) 252-4330  <br>don.detweiler@wbd-us.com  <br>morgan.patterson@wbd-us.com  <br><br>*Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP**  <br>Thomas E Lauria (admitted *pro hac vice*)  <br>Matthew C. Brown (admitted *pro hac vice*)  <br>Fan B. He (admitted *pro hac vice*)  <br>200 South Biscayne Boulevard, Suite 4900  <br>Miami, FL 33131  <br>Telephone: (305) 371-2700  <br>tlauria@whitecase.com  <br>mbrown@whitecase.com  <br>fhe@whitecase.com  <br><br>David M. Turetsky (admitted *pro hac vice*)  <br>1221 Avenue of the Americas  <br>New York, NY 10020  <br>Telephone: (212) 819-8200  <br>david.turetsky@whitecase.com  <br><br>Jason N. Zakia (admitted *pro hac vice*)  <br>111 South Wacker Drive, Suite 5100  <br>Chicago, IL 60606  <br>Telephone: (312) 881-5400  <br>jzakia@whitecase.com  <br><br>Roberto Kampfner (admitted *pro hac vice*)  <br>Doah Kim (admitted *pro hac vice*)  <br>RJ Szuba (admitted *pro hac vice*)  <br>555 South Flower Street, Suite 2700  <br>Los Angeles, CA 90071  <br>Telephone: (213) 620-7700  <br>rkampfner@whitecase.com  <br>doah.kim@whitecase.com  <br>rj.szuba@whitecase.com  <br><br>*Counsel to Debtors and Debtors in Possession* |