**<u>EXHIBIT B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 687 |

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN (I) DUPLICATE CLAIMS, (II) INSUFFICIENT DOCUMENTATION CLAIMS, (III) INCORRECT DEBTOR CLAIMS, AND (IV) LATE-FILED CLAIMS**

Upon the *Debtors' First Omnibus (Non-Substantive) Objection to Certain (i) Duplicate Claims, (ii) Insufficient Documentation Claims, (iii) Incorrect Debtor Claims, and (iv) Late-Filed Claims* [Docket No. 687] (the "**Objection**"),[2] of the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the particular circumstances; and the Court having considered the Tsitsis Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors, the Debtors' estates and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Objection is sustained as provided herein.

2.     Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3.     Each of the Duplicate Claims identified on **Schedule 1** attached hereto is disallowed in its entirety. The Duplicate Claims listed in the column titled "Surviving Claim" identified on **Schedule 1** hereto shall remain on the Claims Register, subject to the Debtors' further objections on any substantive or non-substantive grounds.

4.     Each Insufficient Documentation Claim identified on **Schedule 2** attached hereto is disallowed and expunged in its entirety.

5.     Each Incorrect Debtor Claim identified under the heading "Incorrect Debtor Claims" on **Schedule 3** attached hereto is disallowed in its entirety.  The Correct Debtor Claims listed in the column titled "Correct Debtor" identified on a **Schedule 3** should remain on the Claims Register, subject to the Debtors' further objections on any substantive or non-substantive grounds.

6.     Each of the Late-Filed Claims listed on **Schedule 4** attached hereto under the heading labeled "Late Claim to be Disallowed" are disallowed and expunged in its entirety.

7.    The Timken Company and The Timken Corporation (collectively, "**Timken**") and the Debtors Lordstown EV Corporation ("**LEVC**") and Lordstown Motors Corporation ("**LMC**") stipulate and agree that claims 1214 and 1590 against LMC shall be withdrawn on the condition that the Debtors shall not object to claim 1218, as amended by claim 1591, against LEVC (as same may be amended from time to time) on the basis that said claim is asserted against the wrong Debtor, or that the claims therein should have been asserted against LMC, instead of LEVC.  All parties' rights are otherwise preserved.

8.    ~~7.~~ The objection by the Debtors to the Disputed Claims, as addressed in the Objection and the schedule hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1.  This Order shall be deemed a separate Order with respect to each Disputed Claim.

9.    ~~8.~~ Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

10.    ~~9.~~ The Debtors, KCC, and the Clerk of this Court are authorized to modify the official Claims Register for these Chapter 11 Cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

11.    ~~10.~~ Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

12.    ~~11.~~ Nothing in the Objection or this Order, nor any actions or payments made by the Debtors pursuant to this Order, shall be construed as: (a) an admission as to the amount of,

basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any of the Debtors' claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

13. ~~12.~~ This Order is immediately effective and enforceable.

14. ~~13.~~ The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

| **Summary report:** | |
|---|---|
| **Litera Compare for Word 11.4.0.111 Document comparison done on 12/4/2023 4:04:47 PM** | |
| **Style name:** 2_WC_StandardSet | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://AMERICAS_DMS/AMERICAS/125688000/1 | |
| **Modified DMS:** iw://AMERICAS_DMS/AMERICAS/125688000/2 | |
| **Changes:** | |
| Add | 16 |
| Delete | 8 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 24 |

## **Schedule 2**

**Insufficient Documentation Claims**

In re Lordstown Motors Corporation, *et al* .
Schedule 2: Insufficient Documentation Claims

| # | Name of Claimant | Disallowed Claim | | | | | |
|---|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | Reason for Disallowance |
| 1 | Abdelkader Bougar<br>607 - 328 Agnes Street<br>New Westminster, BC V3L 0J4<br>Canada | 10/6/2023 | 1155 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 2 | Abdoul K Diop<br>5 Chicory Street<br>Stewartstown, PA 17363 | 10/8/2023 | 1221 | Lordstown Motors Corp. | $5,832.37 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 3 | Adeel Saddiqui<br>34 Hepburn Street<br>Markham, ON L3S 3Z6<br>Canada | 9/27/2023 | 724 | Lordstown Motors Corp. | $1,013.76 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 4 | Akash Sharma<br>1823 Heritage Pass<br>Milton, GA 30004 | 10/5/2023 | 1090 | Lordstown Motors Corp. | $230.70 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 5 | Andre Horasanian Trust UA DTD 11/16/2<br>2279 Kelmscott Court<br>Westlake Vlg, CA 91361 | 9/21/2023 | 548 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 6 | Anthony Karnowski<br>314 Bowman Drive<br>Kent, OH 44240 | 9/27/2023 | 737 | Lordstown EV Corporation | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 7 | Baba Traware<br>2510 Grants Lake Blvd. #114<br>Sugar Land, TX 77479 | 10/3/2023 | 933 | Lordstown Motors Corp. | $67,980.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| 8 | Bashir Tanko<br>1401 Kings Hwy, Apt 339B<br>Fairfield, CT 6824 | 10/1/2023 | 822 | Lordstown Motors Corp. | $45.38 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9 | Benjamin Gilles<br>11 Crisci Lane<br>Highland, NY 12528 | 9/28/2023 | 755 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 10 | Benjamin Sanabria<br>608 Cambridge CT<br>Discovery Bay, CA 94505 | 9/12/2023 | 277 | Lordstown EV Corporation | $400.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 11 | Boris Kagarlitskiy<br>2254 Wrenford Rd.<br>Cleveland, OH 44118 | 9/29/2023 | 787 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 12 | Brenda P Alfaro<br>1823 S Roberts Rd.<br>Tempe, AZ 85281 | 10/5/2023 | 1094 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 13 | Brian Canty<br>35 Folsom Ave<br>Huntington Station, NY 11746 | 9/20/2023 | 528 | Lordstown Motors Corp. | $1,057.48 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 14 | Brian Rankin<br>5186 Corduroy Rd<br>Mentor, OH 44060 | 9/6/2023 | 68 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 15 | Calvin J. Minkins<br>21518 Haylee Way<br>Humble, TX 77338 | 9/25/2023 | 624 | Lordstown Motors Corp. | $0.07 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| 16 | Cara Hafferty<br>118 Commercial St<br>Braintree, MA 2184 | 9/21/2023 | 553 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 17 | Charles L. & Lyona Hannahs<br>105 Main St<br>Union, IA 50258 | 9/19/2023 | 482 | Lordstown Motors Corp. | $25.50 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 18 | Charles Sandstrom<br>478 Tobin Alpha Rd<br>Crystal Falls, MI 49920 | 10/2/2023 | 880 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 19 | Charlie Johns<br>210 Grove Park Drive<br>Burlington, ON L7T 2H4<br>Canada | 9/16/2023 | 373 | Lordstown Motors Corp. | $14,131.67 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 20 | Chinh V Hoang<br>10832 Blake St<br>Garden Grove, CA 92843 | 10/3/2023 | 904 | Lordstown Motors Corp. | $100,701.61 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 21 | Christabel Bryant<br>34 Village St<br>South Easton, MA 2375 | 10/3/2023 | 905 | Lordstown Motors Corp. | $156,028.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 22 | Columbia Diane Carfolo<br>7464 Drury Ln<br>Canfield, OH 44406 | 10/5/2023 | 1095 | Lordstown Motors Corp. | $2,168.90 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 23 | Craig Bauer<br>1 Troy Street<br>Edison, NJ 8820 | 10/2/2023 | 843 | Lordstown Motors Corp. | $8,931.86 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| 24 | Cynthia Beebe<br>11560 NW Highway Kk<br>Appleton City, MO 64724-2326 | 9/14/2023 | 311 | Lordstown Motors Corp. | $3.09 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 25 | Daniel Adams<br>354 Johnson Place<br>Poland, OH 44514 | 10/4/2023 | 1027 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 26 | David Callaway<br>2400 Johnson Ave Unit 3G<br>Bronx, NY 10463 | 9/12/2023 | 243 | Lordstown Motors Corp. | $957.85 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 27 | David Dzenutis<br>512 Cherry Brook Road<br>Canton, CT 6019 | 10/1/2023 | 820 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 28 | David H. Tyner<br>2898 Hwy 14 West<br>Autaugaville, AL 36003 | 9/27/2023 | 730 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 29 | Dennis Mugwanya<br>681 11th St<br>Richmond, CA 94801 | 9/18/2023 | 445 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 30 | Din B. Premy and Joyce R. Premy<br>82 Linton Street<br>Nashua, NH 3060 | 9/19/2023 | 506 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 31 | Dionald Tamara<br>4 Pleasant Park Close West<br>Brooks, AB T1R 1H5<br>Canada | 9/29/2023 | 812 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| 32 | Donald Drake<br>2871 N Ocean Blvd V463<br>Boca Raton, FL 33431 | 10/5/2023 | 1075 | Lordstown Motors Corp. | $23,725.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 33 | Donald R. Drake<br>2871 N. Ocean Blvd V463<br>Boca Raton, FL 33431 | 10/5/2023 | 1037 | Lordstown Motors Corp. | $32,128.06 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 34 | Douglas Wargo<br>11119 Aquilla Rd<br>Chardon, OH 44024 | 9/18/2023 | 422 | Lordstown Motors Corp. | $141.22 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 35 | Douglas Wargo<br>11119 Aquilla Rd<br>Chardon, OH 44024 | 9/18/2023 | 423 | Lordstown Motors Corp. | $341.22 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 36 | Douglas Wargo<br>11119 Aquilla Rd<br>Chardon, OH 44024 | 9/18/2023 | 425 | Lordstown Motors Corp. | $290.77 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 37 | Dwayne L Adams<br>2093 Majestic Dr<br>Canonsburg, PA 15317 | 9/26/2023 | 658 | Lordstown Motors Corp. | $17,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 38 | Edelyn Saint Louis<br>27414 129th Pl SE<br>Kent, WA 98030 | 9/26/2023 | 705 | Lordstown Motors Corp. | $635.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 39 | Edward Fait<br>15412 Royal Oak Dr<br>Middlefield, OH 440620-9029 | 9/15/2023 | 343 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | Eric Knies<br>23118 Greencrest St.<br>Saint Clair Shores, MI 48080 | 9/12/2023 | 235 | Lordstown Motors Corp. | $4,846.90 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 41 | Farkhonda Sangar<br>4401 Haydock Park Dr<br>Mississauga, ON L5M 3C2<br>Canada | 9/26/2023 | 721 | Lordstown Motors Corp. | $11,080.37 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 42 | Frangilan Patrick<br>2036 Martin Grove Road<br>Toronto, ON M9V 4B6<br>Canada | 9/12/2023 | 275 | Lordstown Motors Corp. | $213.34 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 43 | Gagik Keshishi<br>2543 Montrose Ave<br>Montrose, CA 91020 | 9/13/2023 | 304 | Lordstown Motors Corp. | $294.86 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 44 | Garrett Baumann<br>3240 Welton Circle<br>Roseville, CA 95747 | 9/24/2023 | 613 | Lordstown Motors Corp. | $1,013.98 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 45 | Gary Krikorian<br>25922 Monte Royale Dr<br>Mission Viejo, CA 92692 | 9/8/2023 | 150 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 46 | Gary Wayne Browne<br>9265 122 Street Unit 31<br>Surrey, BC V3V 7R4<br>Canada | 9/22/2023 | 558 | Lordstown Motors Corp. | $221.21 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 47 | Gauri Agrawal<br>10147 N. Portal Ave.<br>Cupertino, CA 95014 | 9/13/2023 | 298 | Lordstown Motors Corp. | $1,357.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| 48 | George M Moats Sr<br>409 Sunshine Hollow Rd<br>Uniontown, PA 15401 | 10/3/2023 | 961 | Lordstown Motors Corp. | $1,052.08 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 49 | Graham Liechty Roth IRA<br>423 Shepherds Way<br>Osceola, IN 46561 | 9/18/2023 | 417 | Lordstown Motors Corp. | $596.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 50 | Gregory Scott Shank<br>PO Box 104<br>Reedsport, OR 97467 | 10/4/2023 | 983 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 51 | Harold Kallies<br>567 Idlewild Rd<br>Crystal Falls, MI 49920 | 10/2/2023 | 885 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 52 | Henry Taguba<br>4 Vauhgn Drive<br>Welland, ON L3B 0G7<br>Canada | 9/14/2023 | 325 | Lordstown Motors Corp. | $1,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 53 | Hui Chan Liu<br>1601-6611 Southoaks Cres.<br>Burnaby, BC V5E 4L5<br>Canada | 10/10/2023 | 1308 | Lordstown Motors Corp. | $1,942.72 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 54 | Huyen T Nguyen<br>4967 Rice Drive<br>San Jose, CA 95111 | 9/16/2023 | 371 | Lordstown Motors Corp. | $1,700.00 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 55 | James A Jacobs<br>126 Sarah Jane Dr<br>Madison, AL 35757 | 10/9/2023 | 1283 | Lordstown Motors Corp. | $194.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| 56 | James Claudius Smith<br>8703 Sunnyfield Dr<br>Houston, TX 77099 | 10/4/2023 | 980 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
|----|----|----|----|----|----|----|----|
| 57 | James Duhaime<br>2316 Raccoon Run<br>Monroe, NC 28110 | 9/7/2023 | 126 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 58 | James L. Morehead Sr<br>4135 Ave L<br>Santa Fe, TX 77510 | 9/22/2023 | 571 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 59 | Jeffrey W Marsee<br>14416 Andina Trl<br>Fort Wayne, IN 46845 | 9/11/2023 | 210 | Lordstown Motors Corp. | $4.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 60 | Jie Zheng<br>35 Kentley Street<br>Markham, ON L6C 3G2<br>Canada | 10/3/2023 | 955 | Lordstown Motors Corp. | $19,653.35 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 61 | Joh Rojao<br>650 Kenwood Road<br>Ridgewood, NJ 7450 | 9/10/2023 | 169 | Lordstown Motors Corp. | $1,718.54 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 62 | John Bedford<br>6349 Chestnut Ave<br>Orangevale, CA 95662 | 9/7/2023 | 131 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~63~~ | ~~John Chou and Yajane Chu, JT~~<br>~~1108 Ranchwood Pl~~<br>~~Diamond Bar, CA 91765~~ | ~~9/29/2023~~ | ~~796~~ | ~~Lordstown Motors Corp.~~ | ~~$50,000.00~~ | ~~General Unsecured~~ | ~~Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant.~~ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~64~~63 | John Patrick Meegan<br>PO Box 463<br>Baraboo, WI 53913 | 9/19/2023 | 484 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~65~~64 | John S D. Blasi & Patricia A D. Blasi<br>4 Spearfield Lane<br>Lynnfield, MA 1940 | 10/12/2023 | 1483 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~66~~65 | John Steele<br>335 Warden Avenue<br>Ottawa, ON K1E 1T3<br>Canada | 10/9/2023 | 1247 | Lordstown Motors Corp. | $1.08 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~67~~66 | Jonathan Clark<br>3509 Hanna Dr<br>Memphis, TN 38128 | 9/12/2023 | 280 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~68~~67 | Jose B Ruiz<br>2 10th Ave<br>Huntington, NY 11746 | 9/25/2023 | 635 | Lordstown Motors Corp. | $4,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~69~~68 | Joyce Jeanette Holmes<br>6015 Niles Rd<br>Valders, WI 54245 | 10/12/2023 | 1499 | Lordstown Motors Corp. | $10,629.20 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~70~~69 | Jude Ezeigwe<br>7298 Tunbridge Dr<br>New Albany, OH 43054 | 9/19/2023 | 476 | Lordstown Motors Corp. | $100.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~71~~70 | Julie Schroeder<br>114B Elk Street<br>Santa Cruz, CA 95065 | 9/20/2023 | 520 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~72~~71 | Jung-Jin  LEE<br>1600 Hillsborough St<br>Chula Vista, CA 91913 | 10/3/2023 | 934 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~73~~72 | Justin Saba<br>1717 Bel Air Rd<br>Los Angeles, CA 90077 | 9/6/2023 | 99 | Lordstown Motors Corp. | $23.40 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~74~~73 | Kai Jin Huang<br>81 Wepawaug Rd<br>Woodbridge, CT 6525 | 9/18/2023 | 400 | Lordstown Motors Corp. | $55.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~75~~74 | KalaWati Narayan<br>11235 81A Avenue<br>Delta, BC V4C2A2<br>Canada | 9/26/2023 | 674 | Lordstown Motors Corp. | $500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~76~~75 | Kang Liu<br>2040 Lake Vista Court<br>San Jose, CA 95148 | 9/20/2023 | 526 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~77~~76 | Kelli Codianne<br>610 7Th Street<br>Boonville, MO 65233 | 9/7/2023 | 132 | Lordstown EV Corporation | $100.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~78~~77 | Kenneth Adams<br>354 Johnston Pl<br>Poland, OH 44514 | 10/4/2023 | 1026 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~79~~78 | Kenneth Alcazar<br>17401 Devonshire St<br>Northridge, CA 91325 | 9/23/2023 | 612 | Lordstown Motors Corp. | $9,440.50 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~80~~79 | Kenton W. Riggs<br>2220 W Tripp Ave<br>Peoria, IL 61604 | 10/10/2023 | 1353 | Lordstown Motors Corp. | $4,509.61 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~81~~80 | Kerry M. Powers<br>4411 Harrison Grade Rd<br>Sebastopol, CA 95472 | 9/25/2023 | 618 | Lordstown Motors Corp. | $6,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8281 | Kevin Kilpatrick<br>9 Roger Norton Pl<br>Cranford, NJ 7016 | 9/27/2023 | 744 | Lordstown Motors Corp. | $773.03 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8382 | Laurie L. Jordan<br>144 Sherwood St<br>Portland, ME 4103 | 9/27/2023 | 734 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8483 | Laurie L. Jordan<br>144 Sherwood St<br>Portland, ME 4103 | 9/27/2023 | 736 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8584 | Lone Pine Farms Inc<br>600 E Hillcrest Ave Apt 311<br>Indianola, IA 50125 | 9/18/2023 | 436 | Lordstown Motors Corp. | $9,614.84 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8685 | Louise Prystaloski<br>23349 Hazeltine Dr<br>Athens, AL 35613 | 9/18/2023 | 416 | Lordstown Motors Corp. | $2,200.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8786 | Man Bum Hahn<br>13818 Estuary Dr<br>Clarksburg, MD 20871 | 9/28/2023 | 758 | Lordstown Motors Corp. | $3,069.10 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8887 | Mark C Cleland<br>10927 Pendragon Place<br>Raleigh, NC 27614 | 9/12/2023 | 252 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 8988 | Mark Cunliffe<br>140 Robinson St Apt 1002<br>Hamilton, ON L8P 4R6<br>Canada | 9/17/2023 | 396 | Lordstown Motors Corp. | $221.86 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9089 | Maryann Jamieson<br>2752 Pala Dura Drive<br>Henderson, NV 89074 | 9/29/2023 | 831 | Lordstown Motors Corp. | $2,552.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9190 | Md Mokarrom Hossain<br>1003-15 Orton Park Rd<br>Scarborough, ON M1G 3G3<br>Canada | 9/14/2023 | 340 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9291 | Michael J Teuscher<br>4857 Regents Park Ln<br>Fremont, CA 94538 | 9/15/2023 | 364 | Lordstown Motors Corp. | $357.60 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9392 | Michael Pinterics<br>891 Smokey Lake Dr<br>Phelps, WI 54554 | 10/2/2023 | 883 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9493 | Michael T. Moore<br>2006 West 43rd Street #42<br>Houston, TX 77018 | 10/2/2023 | 884 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9594 | Minh Tran<br>356 Montecito Way<br>Milpitas, CA 95035 | 9/13/2023 | 282 | Lordstown Motors Corp. | $703.70 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9695 | Ms Donna R Taman<br>8814 Killians Greens Dr<br>Las Vegas, NV 89131 | 9/11/2023 | 193 | Lordstown Motors Corp. | $41.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9796 | Muhammad S. Chaudhry<br>400 Glendale Rd D/35<br>Havertown, PA 19083 | 9/22/2023 | 590 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9897 | Nelson Debasa<br>5289 Ambleside Drive<br>Concord, CA 94521 | 10/12/2023 | 1488 | Lordstown Motors Corp. | $5,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9998 | Nicholas Lynn<br>101 Grace Crescent<br>Barrie, ON L4N 0C3<br>Canada | 9/20/2023 | 510 | Lordstown Motors Corp. | $13,331.96 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~100~~99 | Nicholaus Schilling<br>30504 SW 195th Ave<br>Homestead, FL 33030 | 9/14/2023 | 315 | Lordstown Motors Corp. | $300.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~101~~100 | Olaf Robrecht<br>#2307 969 Richards St<br>Vancouver, BC V6B1A8<br>Canada | 9/25/2023 | 650 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~102~~101 | Pamela Kritz<br>5038 Snapdragon Cr<br>Little Suamico, WI 54141 | 10/5/2023 | 1016 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~103~~102 | Paramesu Badugu<br>63 A View Green Crescent<br>Etobicoke, ON M9W7E1<br>Canada | 9/19/2023 | 471 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~104~~103 | Pauline Ottomanelli<br>3 Dante Drive<br>Manchester, NJ 8759 | 10/4/2023 | 993 | Lordstown Motors Corp. | $4,710.35 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~105~~104 | Philip Andrew Samples<br>400 Sable Lane<br>Statesboro, GA 30461 | 10/12/2023 | 1468 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~106~~105 | Praveenan Puvananayagan<br>619 Rue Toussaint<br>Laval, QC H7X 4G1<br>Canada | 9/18/2023 | 451 | Lordstown Motors Corp. | $12,000.00 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~107~~106 | Quang Huynh<br>75 Harvest Oak Drive NE<br>Calgary, AB T3K 4V2<br>Canada | 9/28/2023 | 781 | Lordstown Motors Corp. | $81.90 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~108~~107 | Rachel Clark<br>5520 Wilson Dr<br>Mentor, OH 44060 | 10/12/2023 | 1459 | Lordstown Motors Corp. | $145.20 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~109~~108 | Ralph Slotnick<br>2755 Aqua Verde Circle<br>Los Angeles, CA 90077 | 9/18/2023 | 443 | Lordstown Motors Corp. | $484.64 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~110~~109 | Ray Ingrassia<br>10623 Aventura Drive<br>Jacksonville, FL 32256 | 10/6/2023 | 1145 | Lordstown Motors Corp. | $6,187.05 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~111~~110 | Rex A Wyrick<br>1825 Bankfoot Ct<br>Folsom, CA 95630 | 9/18/2023 | 413 | Lordstown Motors Corp. | $459.48 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~112~~111 | Robert A. Minton<br>3760 Ewart Rd<br>Mt Vernon, OH 43050 | 10/16/2023 | 1517 | Lordstown Motors Corp. | $16,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~113~~112 | Robert Carnevale<br>23 Ashwood Ave<br>Whitesboro, NY 13492 | 9/19/2023 | 481 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~114~~113 | Robert R Coder Jr<br>44876 S.R 517<br>Columbiana, OH 44408 | 10/3/2023 | 951 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~115~~114 | Robert Radulski<br>115 Diogenes St<br>Dunedin, FL 34698 | 9/19/2023 | 477 | Lordstown Motors Corp. | $664.96 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~116~~115 | Rodney J Carelock<br>2941 Winburn Dr<br>Florence, SC 29501 | 10/10/2023 | 1442 | Lordstown Motors Corp. | $1,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~117~~116 | Rodolfo Oreste<br>107 Dean St.<br>Mansfield, MA 2048 | 9/12/2023 | 246 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ~~118~~117 | Roman Shevchuk<br>2406 166th Ave SE<br>Bellevue, WA 98008 | 10/5/2023 | 1069 | Lordstown<br>Motors Corp. | Unknown | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~119~~118 | Roy M. Jacobs<br>1691 Broadway Ave.<br>East Canton, OH 44730 | 9/26/2023 | 706 | Lordstown<br>Motors Corp. | $13,000.00 | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~120~~119 | Scott A. Davis<br>30 Carroll Ave<br>Norwich, CT 6360 | 10/12/2023 | 1503 | Lordstown<br>Motors Corp. | $1,750.06 | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~121~~120 | Scott Hansen<br>PO Box 1451<br>Albany, OR 97321 | 9/30/2023 | 818 | Lordstown<br>Motors Corp. | Unknown | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~122~~121 | Shane D Semb<br>618 Tall Pines Way<br>Verona, WI 53593 | 9/25/2023 | 644 | Lordstown<br>Motors Corp. | $19,631.00 | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~123~~122 | Simon James Milde<br>39 North Haven Way<br>Sag Harbor, NY 11963 | 9/18/2023 | 442 | Lordstown<br>Motors Corp. | Unknown | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~124~~123 | Solomon Wab Lumor<br>12 Andover Road<br>Old Bridge, NJ 8857 | 9/14/2023 | 331 | Lordstown<br>Motors Corp. | Unknown | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~125~~124 | Stacy Waugh<br>2802 Cooper Ln<br>Nashville, TN 37216 | 9/25/2023 | 641 | Lordstown<br>Motors Corp. | Unknown | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~126~~125 | Stanley Michaud<br>544 Greenwich Street<br>Hempstead, NY 11550 | 9/11/2023 | 205 | Lordstown<br>Motors Corp. | Unknown | General<br>Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~127~~126 | Stephen Fleming<br>31432 San Juan St<br>Harrison Township, MI 48045-5901 | 10/4/2023 | 1003 | Lordstown Motors Corp. | $18,549.23 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~128~~127 | Sumi Yi<br>2500 Stanford Dr<br>Flower Mound, TX 75022 | 10/10/2023 | 1374 | Lordstown Motors Corp. | $76.22 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~129~~128 | Sumi Yi<br>2500 Stanford Dr<br>Flower Mound, TX 75022 | 10/10/2023 | 1388 | Lordstown Motors Corp. | $22,479.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~130~~129 | Ta Kai Hsia<br>1107 Samstag Ct<br>Naperville, IL 60563 | 10/2/2023 | 852 | Lordstown Motors Corp. | $10,151.41 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~131~~130 | Tam Q Trac<br>3809 Gayle St<br>San Diego, CA 92115 | 9/25/2023 | 629 | Lordstown Motors Corp. | $2,801.73 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~132~~131 | Thanh Huynh<br>75 Harvest Oak Drive NE<br>Calgary, AB T3K 4V2<br>Canada | 9/18/2023 | 452 | Lordstown Motors Corp. | $108.31 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~133~~132 | Trent Sharp<br>8955 Upbeat Way<br>Elk Grove, CA 95757 | 9/6/2023 | 97 | Lordstown Motors Corp. | $5,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~134~~133 | Tri Vinh Nguyen<br>104-98 Richmond Road<br>Ottawa, ON K1Z 0B2<br>Canada | 9/15/2023 | 342 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~135~~134 | Vincent & Pauline Ottomanelli<br>3 Dante Drive<br>Manchester, NJ 8759 | 10/4/2023 | 992 | Lordstown Motors Corp. | $7,572.61 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~136~~135 | Vincent Ottomanelli<br>3 Dante Drive<br>Manchester, NJ 8759 | 10/4/2023 | 995 | Lordstown Motors Corp. | $2,805.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~137~~136 | Wen Hwai Horng<br>181 Nathan Hale Dr<br>Deptford, NJ 8096 | 10/12/2023 | 1474 | Lordstown Motors Corp. | $821.03 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| ~~138~~137 | William Ortega<br>106-03 77th Street<br>Ozone Park, NY 11417 | 9/27/2023 | 731 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

## Schedule 3

**Incorrect Debtor Claims**

In re Lordstown Motors Corporation, *et al* .
Schedule 3: Incorrect Debtor Claims

| # | Name of Claimant | Correct Debtor | | | | | Incorrect Debtor | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | |
| 1 | Amazon Web Services, Inc. c/o KL Gates LLP 925 4th Avenue Suite 2900 Seattle, WA 98104 | 10/10/2023 | 1400 | Lordstown Motors Corp. | $10,124.89 | General Unsecured | 10/10/2023 | 1375 | Lordstown EV Corporation | $10,124.89 | General Unsecured | Claim No. 1375 is a duplicate of Claim No. 1400 and the Debtors' books and records indicate this claim should be asserted against Lordstown Motors Corp. |
| 2 | Meta System S.p.A. 201 Nevada St Suite A El Segundo, CA 90245 | 10/10/2023 | 1432 | Lordstown EV Corporation | $480,994.43 | General Unsecured | 10/10/2023 | 1431 | Lordstown Motors Corp. | $480,994.43 | General Unsecured | Claim No. 1431 is a duplicate of Claim No. 1432 and the Debtor's books and records indicate this claim should be asserted against Lordstown EV Corporation. |
| 3 | Superior Cam Inc. 31240 Stephenson Hwy Madison Heights, MI 48071 | 10/6/23 | 1158 | Lordstown EV Corporation | $551,394.30 | General Unsecured | 10/6/2023 | 1157 | Lordstown Motors Corp. | $551,394.30 | General Unsecured | Claim No. 11571 is a duplicate of Claim No. 1158 and the Debtors' books and records indicate this claim should be asserted against Lordstown EV Corporation. |
| 4 | The Timken Company and The Timken Corporation Thompson Hine LLP 127 Public Sq Suite 3900 Cleveland, OH 44114 | 10/07/2023 | 1218 | Lordstown EV Corporation | $316,514.00 | Secured | 10/07/2023 | 1214 | Lordstown Motors Corp. | $316,514.00 | Secured | Claim No. 1214 is a duplicate of Claim No. 1218 and the Debtors' books and records indicate this claim should be asserted against Lordstown EV Corporation. |

## **Schedule 4**

**Late-Filed Claims**

**In re Lordstown Motors Corporation,** *et al* **.**
**Schedule 4: Late-Filed Claims**

| # | Name of Claimant | Late Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type |
| ~~1~~ | ~~Fiberdyne Research Pty Ltd~~ ~~14 Carmel Avenue~~ ~~Ferntree Gully, VIC 3156~~ ~~Australia~~ | ~~10/22/2023~~ | ~~1550~~ | ~~Lordstown EV Corporation~~ | ~~$412,287.00~~ | ~~General Unsecured~~ |
| ~~2~~1 | Skynet Innovations 350 E Main Street, Suite 200 Batavia, OH 45103 | 10/31/2023 | 1562 | Lordstown EV Corporation | $38,323.67 | General Unsecured |

| Reason for Disallowance |
|---|
| ~~Claim was failed after the General Bar Date of 10/10/2023.~~ |
| Claim was failed after the General Bar Date of 10/10/2023. |