## Schedule 1

**Duplicate Claims**

**In re Lordstown Motors Corporation,** *et al.*
**Schedule 1: Duplicate Claims**

| # | Name of Claimant | Surviving Claim | | | | | Duplicate Claim to be Disallowed | | | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | |
| 1 | Filec Production SAS - Amphenol<br>ZI Rue de Disse<br>Airvault, Aquitaine 79600<br>France | 10/10//23 | 1371 | Lordstown EV Corporation | $164,225.00 | General Unsecured | 10/10/2023 | 1372 | Lordstown EV Corporation | $164,225.00 | General Unsecured | Claim No. 1372 is duplicative of Claim No. 1371 |
| 2 | JVIS USA LLC<br>52048 Shelby Parkway<br>Shelby Township, MI 48315 | 9/13/2023 | 265 | Lordstown Motors Corp. | $148,617.00 | General Unsecured | 9/12/2023 | 281 | Lordstown Motors Corp. | $148,617.00 | General Unsecured | Claim No. 281 is duplicative of Claim No. 265 |
| 3 | State of Michigan, Unemployment Insurance Agency, Tax Office<br>3024 W. Grand Blvd., Ste 12-650<br>Detroit, MI 48202 | 8/22/2023 | 24 | Lordstown Motors Corp. | $1,113.65 | Priority | 8/22/2023 | 25 | Lordstown Motors Corp. | $1,113.65 | Priority | Claim No. 25 is duplicative of Claim No. 24 |
| 4 | Thomas Skook<br>10260 Market St<br>North Lima, OH 44452 | 10/4/2023 | 974 | Lordstown Motors Corp. | $100.00 | General Unsecured | 10/4/2023 | 1519 | Lordstown Motors Corp. | $100.00 | General Unsecured | Claim No. 1519 is duplicative of Claim No. 974 |