## Schedule 2

**Insufficient Documentation Claims**

**In re Lordstown Motors Corporation**, *et al*.
**Schedule 2: Insufficient Documentation Claims**

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | Abdelkader Bougar<br>607 - 328 Agnes Street<br>New Westminster, BC V3L 0J4<br>Canada | 10/6/2023 | 1155 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 2 | Abdoul K Diop<br>5 Chicory Street<br>Stewartstown, PA 17363 | 10/8/2023 | 1221 | Lordstown Motors Corp. | $5,832.37 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 3 | Adeel Saddiqui<br>34 Hepburn Street<br>Markham, ON L3S 3Z6<br>Canada | 9/27/2023 | 724 | Lordstown Motors Corp. | $1,013.76 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 4 | Akash Sharma<br>1823 Heritage Pass<br>Milton, GA 30004 | 10/5/2023 | 1090 | Lordstown Motors Corp. | $230.70 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 5 | Andre Horasanian Trust UA DTD 11/16/2<br>2279 Kelmscott Court<br>Westlake Vlg, CA 91361 | 9/21/2023 | 548 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 6 | Anthony Karnowski<br>314 Bowman Drive<br>Kent, OH 44240 | 9/27/2023 | 737 | Lordstown EV Corporation | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 7 | Baba Traware<br>2510 Grants Lake Blvd. #114<br>Sugar Land, TX 77479 | 10/3/2023 | 933 | Lordstown Motors Corp. | $67,980.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Bashir Tanko<br>1401 Kings Hwy, Apt 339B<br>Fairfield, CT 6824 | 10/1/2023 | 822 | Lordstown Motors Corp. | $45.38 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 9 | Benjamin Gilles<br>11 Crisci Lane<br>Highland, NY 12528 | 9/28/2023 | 755 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 10 | Benjamin Sanabria<br>608 Cambridge CT<br>Discovery Bay, CA 94505 | 9/12/2023 | 277 | Lordstown EV Corporation | $400.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 11 | Boris Kagarlitskiy<br>2254 Wrenford Rd.<br>Cleveland, OH 44118 | 9/29/2023 | 787 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 12 | Brenda P Alfaro<br>1823 S Roberts Rd.<br>Tempe, AZ 85281 | 10/5/2023 | 1094 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 13 | Brian Canty<br>35 Folsom Ave<br>Huntington Station, NY 11746 | 9/20/2023 | 528 | Lordstown Motors Corp. | $1,057.48 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 14 | Brian Rankin<br>5186 Corduroy Rd<br>Mentor, OH 44060 | 9/6/2023 | 68 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 15 | Calvin J. Minkins<br>21518 Haylee Way<br>Humble, TX 77338 | 9/25/2023 | 624 | Lordstown Motors Corp. | $0.07 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Cara Hafferty<br>118 Commercial St<br>Braintree, MA 2184 | 9/21/2023 | 553 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 17 | Charles L. & Lyona Hannahs<br>105 Main St<br>Union, IA 50258 | 9/19/2023 | 482 | Lordstown Motors Corp. | $25.50 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 18 | Charles Sandstrom<br>478 Tobin Alpha Rd<br>Crystal Falls, MI 49920 | 10/2/2023 | 880 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 19 | Charlie Johns<br>210 Grove Park Drive<br>Burlington, ON L7T 2H4<br>Canada | 9/16/2023 | 373 | Lordstown Motors Corp. | $14,131.67 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 20 | Chinh V Hoang<br>10832 Blake St<br>Garden Grove, CA 92843 | 10/3/2023 | 904 | Lordstown Motors Corp. | $100,701.61 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 21 | Christabel Bryant<br>34 Village St<br>South Easton, MA 2375 | 10/3/2023 | 905 | Lordstown Motors Corp. | $156,028.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 22 | Columbia Diane Carfolo<br>7464 Drury Ln<br>Canfield, OH 44406 | 10/5/2023 | 1095 | Lordstown Motors Corp. | $2,168.90 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 23 | Craig Bauer<br>1 Troy Street<br>Edison, NJ 8820 | 10/2/2023 | 843 | Lordstown Motors Corp. | $8,931.86 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | Cynthia Beebe<br>11560 NW Highway Kk<br>Appleton City, MO 64724-2326 | 9/14/2023 | 311 | Lordstown Motors Corp. | $3.09 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 25 | Daniel Adams<br>354 Johnson Place<br>Poland, OH 44514 | 10/4/2023 | 1027 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 26 | David Callaway<br>2400 Johnson Ave Unit 3G<br>Bronx, NY 10463 | 9/12/2023 | 243 | Lordstown Motors Corp. | $957.85 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 27 | David Dzenutis<br>512 Cherry Brook Road<br>Canton, CT 6019 | 10/1/2023 | 820 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 28 | David H. Tyner<br>2898 Hwy 14 West<br>Autaugaville, AL 36003 | 9/27/2023 | 730 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 29 | Dennis Mugwanya<br>681 11th St<br>Richmond, CA 94801 | 9/18/2023 | 445 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 30 | Din B. Premy and Joyce R. Premy<br>82 Linton Street<br>Nashua, NH 3060 | 9/19/2023 | 506 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 31 | Dionald Tamara<br>4 Pleasant Park Close West<br>Brooks, AB T1R 1H5<br>Canada | 9/29/2023 | 812 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | Name/Address | Date | Claim # | Debtor | Amount | Class | Reason |
|---|---|---|---|---|---|---|---|
| 32 | Donald Drake<br>2871 N Ocean Blvd V463<br>Boca Raton, FL 33431 | 10/5/2023 | 1075 | Lordstown Motors Corp. | $23,725.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 33 | Donald R. Drake<br>2871 N. Ocean Blvd V463<br>Boca Raton, FL 33431 | 10/5/2023 | 1037 | Lordstown Motors Corp. | $32,128.06 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 34 | Douglas Wargo<br>11119 Aquilla Rd<br>Chardon, OH 44024 | 9/18/2023 | 422 | Lordstown Motors Corp. | $141.22 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 35 | Douglas Wargo<br>11119 Aquilla Rd<br>Chardon, OH 44024 | 9/18/2023 | 423 | Lordstown Motors Corp. | $341.22 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 36 | Douglas Wargo<br>11119 Aquilla Rd<br>Chardon, OH 44024 | 9/18/2023 | 425 | Lordstown Motors Corp. | $290.77 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 37 | Dwayne L Adams<br>2093 Majestic Dr<br>Canonsburg, PA 15317 | 9/26/2023 | 658 | Lordstown Motors Corp. | $17,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 38 | Edelyn Saint Louis<br>27414 129th Pl SE<br>Kent, WA 98030 | 9/26/2023 | 705 | Lordstown Motors Corp. | $635.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 39 | Edward Fait<br>15412 Royal Oak Dr<br>Middlefield, OH 440620-9029 | 9/15/2023 | 343 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Eric Knies<br>23118 Greencrest St.<br>Saint Clair Shores, MI 48080 | 9/12/2023 | 235 | Lordstown Motors Corp. | $4,846.90 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 41 | Farkhonda Sangar<br>4401 Haydock Park Dr<br>Mississauga, ON L5M 3C2<br>Canada | 9/26/2023 | 721 | Lordstown Motors Corp. | $11,080.37 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 42 | Frangilan Patrick<br>2036 Martin Grove Road<br>Toronto, ON M9V 4B6<br>Canada | 9/12/2023 | 275 | Lordstown Motors Corp. | $213.34 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 43 | Gagik Keshishi<br>2543 Montrose Ave<br>Montrose, CA 91020 | 9/13/2023 | 304 | Lordstown Motors Corp. | $294.86 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 44 | Garrett Baumann<br>3240 Welton Circle<br>Roseville, CA 95747 | 9/24/2023 | 613 | Lordstown Motors Corp. | $1,013.98 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 45 | Gary Krikorian<br>25922 Monte Royale Dr<br>Mission Viejo, CA 92692 | 9/8/2023 | 150 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 46 | Gary Wayne Browne<br>9265 122 Street Unit 31<br>Surrey, BC V3V 7R4<br>Canada | 9/22/2023 | 558 | Lordstown Motors Corp. | $221.21 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 47 | Gauri Agrawal<br>10147 N. Portal Ave.<br>Cupertino, CA 95014 | 9/13/2023 | 298 | Lordstown Motors Corp. | $1,357.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | George M Moats Sr<br>409 Sunshine Hollow Rd<br>Uniontown, PA 15401 | 10/3/2023 | 961 | Lordstown Motors Corp. | $1,052.08 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 49 | Graham Liechty Roth IRA<br>423 Shepherds Way<br>Osceola, IN 46561 | 9/18/2023 | 417 | Lordstown Motors Corp. | $596.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 50 | Gregory Scott Shank<br>PO Box 104<br>Reedsport, OR 97467 | 10/4/2023 | 983 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 51 | Harold Kallies<br>567 Idlewild Rd<br>Crystal Falls, MI 49920 | 10/2/2023 | 885 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 52 | Henry Taguba<br>4 Vauhgn Drive<br>Welland, ON L3B 0G7<br>Canada | 9/14/2023 | 325 | Lordstown Motors Corp. | $1,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 53 | Hui Chan Liu<br>1601-6611 Southoaks Cres.<br>Burnaby, BC V5E 4L5<br>Canada | 10/10/2023 | 1308 | Lordstown Motors Corp. | $1,942.72 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 54 | Huyen T Nguyen<br>4967 Rice Drive<br>San Jose, CA 95111 | 9/16/2023 | 371 | Lordstown Motors Corp. | $1,700.00 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 55 | James A Jacobs<br>126 Sarah Jane Dr<br>Madison, AL 35757 | 10/9/2023 | 1283 | Lordstown Motors Corp. | $194.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | James Claudius Smith<br>8703 Sunnyfield Dr<br>Houston, TX 77099 | 10/4/2023 | 980 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 57 | James Duhaime<br>2316 Raccoon Run<br>Monroe, NC 28110 | 9/7/2023 | 126 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 58 | James L. Morehead Sr<br>4135 Ave L<br>Santa Fe, TX 77510 | 9/22/2023 | 571 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 59 | Jeffrey W Marsee<br>14416 Andina Trl<br>Fort Wayne, IN 46845 | 9/11/2023 | 210 | Lordstown Motors Corp. | $4.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 60 | Jie Zheng<br>35 Kentley Street<br>Markham, ON L6C 3G2<br>Canada | 10/3/2023 | 955 | Lordstown Motors Corp. | $19,653.35 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 61 | Joh Rojao<br>650 Kenwood Road<br>Ridgewood, NJ 7450 | 9/10/2023 | 169 | Lordstown Motors Corp. | $1,718.54 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 62 | John Bedford<br>6349 Chestnut Ave<br>Orangevale, CA 95662 | 9/7/2023 | 131 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 63 | John Patrick Meegan<br>PO Box 463<br>Baraboo, WI 53913 | 9/19/2023 | 484 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | John S D. Blasi & Patricia A D. Blasi<br>4 Spearfield Lane<br>Lynnfield, MA 1940 | 10/12/2023 | 1483 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 65 | John Steele<br>335 Warden Avenue<br>Ottawa, ON K1E 1T3<br>Canada | 10/9/2023 | 1247 | Lordstown Motors Corp. | $1.08 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 66 | Jonathan Clark<br>3509 Hanna Dr<br>Memphis, TN 38128 | 9/12/2023 | 280 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 67 | Jose B Ruiz<br>2 10th Ave<br>Huntington, NY 11746 | 9/25/2023 | 635 | Lordstown Motors Corp. | $4,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 68 | Joyce Jeanette Holmes<br>6015 Niles Rd<br>Valders, WI 54245 | 10/12/2023 | 1499 | Lordstown Motors Corp. | $10,629.20 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 69 | Jude Ezeigwe<br>7298 Tunbridge Dr<br>New Albany, OH 43054 | 9/19/2023 | 476 | Lordstown Motors Corp. | $100.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 70 | Julie Schroeder<br>114B Elk Street<br>Santa Cruz, CA 95065 | 9/20/2023 | 520 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 71 | Jung-Jin LEE<br>1600 Hillsborough St<br>Chula Vista, CA 91913 | 10/3/2023 | 934 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | Justin Saba<br>1717 Bel Air Rd<br>Los Angeles, CA 90077 | 9/6/2023 | 99 | Lordstown Motors Corp. | $23.40 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 73 | Kai Jin Huang<br>81 Wepawaug Rd<br>Woodbridge, CT 6525 | 9/18/2023 | 400 | Lordstown Motors Corp. | $55.25 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 74 | KalaWati Narayan<br>11235 81A Avenue<br>Delta, BC V4C2A2<br>Canada | 9/26/2023 | 674 | Lordstown Motors Corp. | $500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 75 | Kang Liu<br>2040 Lake Vista Court<br>San Jose, CA 95148 | 9/20/2023 | 526 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 76 | Kelli Codianne<br>610 7Th Street<br>Boonville, MO 65233 | 9/7/2023 | 132 | Lordstown EV Corporation | $100.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 77 | Kenneth Adams<br>354 Johnston Pl<br>Poland, OH 44514 | 10/4/2023 | 1026 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 78 | Kenneth Alcazar<br>17401 Devonshire St<br>Northridge, CA 91325 | 9/23/2023 | 612 | Lordstown Motors Corp. | $9,440.50 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 79 | Kenton W. Riggs<br>2220 W Tripp Ave<br>Peoria, IL 61604 | 10/10/2023 | 1353 | Lordstown Motors Corp. | $4,509.61 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Class | Reason |
|---|---|---|---|---|---|---|---|
| 80 | Kerry M. Powers<br>4411 Harrison Grade Rd<br>Sebastopol, CA 95472 | 9/25/2023 | 618 | Lordstown Motors Corp. | $6,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 81 | Kevin Kilpatrick<br>9 Roger Norton Pl<br>Cranford, NJ 7016 | 9/27/2023 | 744 | Lordstown Motors Corp. | $773.03 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 82 | Laurie L. Jordan<br>144 Sherwood St<br>Portland, ME 4103 | 9/27/2023 | 734 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 83 | Laurie L. Jordan<br>144 Sherwood St<br>Portland, ME 4103 | 9/27/2023 | 736 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 84 | Lone Pine Farms Inc<br>600 E Hillcrest Ave Apt 311<br>Indianola, IA 50125 | 9/18/2023 | 436 | Lordstown Motors Corp. | $9,614.84 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 85 | Louise Prystaloski<br>23349 Hazeltine Dr<br>Athens, AL 35613 | 9/18/2023 | 416 | Lordstown Motors Corp. | $2,200.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 86 | Man Bum Hahn<br>13818 Estuary Dr<br>Clarksburg, MD 20871 | 9/28/2023 | 758 | Lordstown Motors Corp. | $3,069.10 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 87 | Mark C Cleland<br>10927 Pendragon Place<br>Raleigh, NC 27614 | 9/12/2023 | 252 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | Mark Cunliffe<br>140 Robinson St Apt 1002<br>Hamilton, ON L8P 4R6<br>Canada | 9/17/2023 | 396 | Lordstown Motors Corp. | $221.86 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 89 | Maryann Jamieson<br>2752 Pala Dura Drive<br>Henderson, NV 89074 | 9/29/2023 | 831 | Lordstown Motors Corp. | $2,552.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 90 | Md Mokarrom Hossain<br>1003-15 Orton Park Rd<br>Scarborough, ON M1G 3G3<br>Canada | 9/14/2023 | 340 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 91 | Michael J Teuscher<br>4857 Regents Park Ln<br>Fremont, CA 94538 | 9/15/2023 | 364 | Lordstown Motors Corp. | $357.60 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 92 | Michael Pinterics<br>891 Smokey Lake Dr<br>Phelps, WI 54554 | 10/2/2023 | 883 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 93 | Michael T. Moore<br>2006 West 43rd Street #42<br>Houston, TX 77018 | 10/2/2023 | 884 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 94 | Minh Tran<br>356 Montecito Way<br>Milpitas, CA 95035 | 9/13/2023 | 282 | Lordstown Motors Corp. | $703.70 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 95 | Ms Donna R Taman<br>8814 Killians Greens Dr<br>Las Vegas, NV 89131 | 9/11/2023 | 193 | Lordstown Motors Corp. | $41.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 96 | Muhammad S. Chaudhry<br>400 Glendale Rd D/35<br>Havertown, PA 19083 | 9/22/2023 | 590 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 97 | Nelson Debasa<br>5289 Ambleside Drive<br>Concord, CA 94521 | 10/12/2023 | 1488 | Lordstown Motors Corp. | $5,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 98 | Nicholas Lynn<br>101 Grace Crescent<br>Barrie, ON L4N 0C3<br>Canada | 9/20/2023 | 510 | Lordstown Motors Corp. | $13,331.96 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 99 | Nicholaus Schilling<br>30504 SW 195th Ave<br>Homestead, FL 33030 | 9/14/2023 | 315 | Lordstown Motors Corp. | $300.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 100 | Olaf Robrecht<br>#2307 969 Richards St<br>Vancouver, BC V6B 1A8<br>Canada | 9/25/2023 | 650 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 101 | Pamela Kritz<br>5038 Snapdragon Cr<br>Little Suamico, WI 54141 | 10/5/2023 | 1016 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 102 | Paramesu Badugu<br>63 A View Green Crescent<br>Etobicoke, ON M9W7E1<br>Canada | 9/19/2023 | 471 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 103 | Pauline Ottomanelli<br>3 Dante Drive<br>Manchester, NJ 8759 | 10/4/2023 | 993 | Lordstown Motors Corp. | $4,710.35 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 104 | Philip Andrew Samples<br>400 Sable Lane<br>Statesboro, GA 30461 | 10/12/2023 | 1468 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 105 | Pravcenan Puvananayagan<br>619 Rue Toussaint<br>Laval, QC H7X 4G1<br>Canada | 9/18/2023 | 451 | Lordstown Motors Corp. | $12,000.00 | Administrative | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 106 | Quang Huynh<br>75 Harvest Oak Drive NE<br>Calgary, AB T3K 4V2<br>Canada | 9/28/2023 | 781 | Lordstown Motors Corp. | $81.90 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 107 | Rachel Clark<br>5520 Wilson Dr<br>Mentor, OH 44060 | 10/12/2023 | 1459 | Lordstown Motors Corp. | $145.20 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 108 | Ralph Slotnick<br>2755 Aqua Verde Circle<br>Los Angeles, CA 90077 | 9/18/2023 | 443 | Lordstown Motors Corp. | $484.64 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 109 | Ray Ingrassia<br>10623 Aventura Drive<br>Jacksonville, FL 32256 | 10/6/2023 | 1145 | Lordstown Motors Corp. | $6,187.05 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 110 | Rex A Wyrick<br>1825 Bankfoot Ct<br>Folsom, CA 95630 | 9/18/2023 | 413 | Lordstown Motors Corp. | $459.48 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 111 | Robert A. Minton<br>3760 Ewart Rd<br>Mt Vernon, OH 43050 | 10/16/2023 | 1517 | Lordstown Motors Corp. | $16,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112 | Robert Carnevale<br>23 Ashwood Ave<br>Whitesboro, NY 13492 | 9/19/2023 | 481 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 113 | Robert R Coder Jr<br>44876 S.R 517<br>Columbiana, OH 44408 | 10/3/2023 | 951 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 114 | Robert Radulski<br>115 Diogenes St<br>Dunedin, FL 34698 | 9/19/2023 | 477 | Lordstown Motors Corp. | $664.96 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 115 | Rodney J Carelock<br>2941 Winburn Dr<br>Florence, SC 29501 | 10/10/2023 | 1442 | Lordstown Motors Corp. | $1,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 116 | Rodolfo Oreste<br>107 Dean St.<br>Mansfield, MA 2048 | 9/12/2023 | 246 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 117 | Roman Shevchuk<br>2406 166th Ave SE<br>Bellevue, WA 98008 | 10/5/2023 | 1069 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 118 | Roy M. Jacobs<br>1691 Broadway Ave.<br>East Canton, OH 44730 | 9/26/2023 | 706 | Lordstown Motors Corp. | $13,000.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 119 | Scott A. Davis<br>30 Carroll Ave<br>Norwich, CT 6360 | 10/12/2023 | 1503 | Lordstown Motors Corp. | $1,750.06 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | Scott Hansen<br>PO Box 1451<br>Albany, OR 97321 | 9/30/2023 | 818 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 121 | Shane D Semb<br>618 Tall Pines Way<br>Verona, WI 53593 | 9/25/2023 | 644 | Lordstown Motors Corp. | $19,631.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 122 | Simon James Milde<br>39 North Haven Way<br>Sag Harbor, NY 11963 | 9/18/2023 | 442 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 123 | Solomon Wab Lumor<br>12 Andover Road<br>Old Bridge, NJ 8857 | 9/14/2023 | 331 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 124 | Stacy Waugh<br>2802 Cooper Ln<br>Nashville, TN 37216 | 9/25/2023 | 641 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 125 | Stanley Michaud<br>544 Greenwich Street<br>Hempstead, NY 11550 | 9/11/2023 | 205 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 126 | Stephen Fleming<br>31432 San Juan St<br>Harrison Township, MI 48045-5901 | 10/4/2023 | 1003 | Lordstown Motors Corp. | $18,549.23 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 127 | Sumi Yi<br>2500 Stanford Dr<br>Flower Mound, TX 75022 | 10/10/2023 | 1374 | Lordstown Motors Corp. | $76.22 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| # | Name/Address | Date | Claim # | Debtor | Amount | Class | Reason |
|---|---|---|---|---|---|---|---|
| 128 | Sumi Yi<br>2500 Stanford Dr<br>Flower Mound, TX 75022 | 10/10/2023 | 1388 | Lordstown Motors Corp. | $22,479.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 129 | Ta Kai Hsia<br>1107 Samstag Ct<br>Naperville, IL 60563 | 10/2/2023 | 852 | Lordstown Motors Corp. | $10,151.41 | Priority | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 130 | Tam Q Trac<br>3809 Gayle St<br>San Diego, CA 92115 | 9/25/2023 | 629 | Lordstown Motors Corp. | $2,801.73 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 131 | Thanh Huynh<br>75 Harvest Oak Drive NE<br>Calgary, AB T3K 4V2<br>Canada | 9/18/2023 | 452 | Lordstown Motors Corp. | $108.31 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 132 | Trent Sharp<br>8955 Upbeat Way<br>Elk Grove, CA 95757 | 9/6/2023 | 97 | Lordstown Motors Corp. | $5,500.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 133 | Tri Vinh Nguyen<br>104-98 Richmond Road<br>Ottawa, ON K1Z 0B2<br>Canada | 9/15/2023 | 342 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 134 | Vincent & Pauline Ottomanelli<br>3 Dante Drive<br>Manchester, NJ 8759 | 10/4/2023 | 992 | Lordstown Motors Corp. | $7,572.61 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 135 | Vincent Ottomanelli<br>3 Dante Drive<br>Manchester, NJ 8759 | 10/4/2023 | 995 | Lordstown Motors Corp. | $2,805.00 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |

| | Name/Address | Date Filed | Claim # | Debtor | Amount | Priority | Reason |
|---|---|---|---|---|---|---|---|
| 136 | Wen Hwai Horng<br>181 Nathan Hale Dr<br>Deptford, NJ 8096 | 10/12/2023 | 1474 | Lordstown Motors Corp. | $821.03 | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |
| 137 | William Ortega<br>106-03 77th Street<br>Ozone Park, NY 11417 | 9/27/2023 | 731 | Lordstown Motors Corp. | Unknown | General Unsecured | Claimant did not provide sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any claim on behalf of this claimant. |