**Schedule 3**

**Incorrect Debtor Claims**

**In re Lordstown Motors Corporation, *et al*.**
**Schedule 3: Incorrect Debtor Claims**

| # | Name of Claimant | Correct Debtor | | | | | Incorrect Debtor | | | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | |
| 1 | Amazon Web Services, Inc. c/o KL Gates LLP 925 4th Avenue Suite 2900 Seattle, WA 98104 | 10/10/2023 | 1400 | Lordstown Motors Corp. | $10,124.89 | General Unsecured | 10/10/2023 | 1375 | Lordstown EV Corporation | $10,124.89 | General Unsecured | Claim No. 1375 is a duplicate of Claim No. 1400 and the Debtors' books and records indicate this claim should be asserted against Lordstown Motors Corp. |
| 2 | Meta System S.p.A. 201 Nevada St Suite A El Segundo, CA 90245 | 10/10/2023 | 1432 | Lordstown EV Corporation | $480,994.43 | General Unsecured | 10/10/2023 | 1431 | Lordstown Motors Corp. | $480,994.43 | General Unsecured | Claim No. 1431 is a duplicate of Claim No. 1432 and the Debtor's books and records indicate this claim should be asserted against Lordstown EV Corporation. |
| 3 | Superior Cam Inc. 31240 Stephenson Hwy Madison Heights, MI 48071 | 10/6//23 | 1158 | Lordstown EV Corporation | $551,394.30 | General Unsecured | 10/6/2023 | 1157 | Lordstown Motors Corp. | $551,394.30 | General Unsecured | Claim No. 11571 is a duplicate of Claim No. 1158 and the Debtors' books and records indicate this claim should be asserted against Lordstown EV Corporation. |