**Schedule 4**

**Late-Filed Claims**

**In re Lordstown Motors Corporation,** *et al.*
**Schedule 4: Late-Filed Claims**

| | | Late Claim to be Disallowed | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount | Claim Type | Reason for Disallowance |
| 1 | Skynet Innovations<br>350 E Main Street, Suite 200<br>Batavia, OH 45103 | 10/31/2023 | 1562 | Lordstown EV Corporation | $38,323.67 | General Unsecured | Claim was failed after the General Bar Date of 10/10/2023. |