IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket No. 705** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 17, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

The undersigned hereby certifies that she has received no formal or informal objection or response to the *First Interim Application of Troutman Pepper Hamilton Sanders LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from July 17, 2023 Through and Including September 30, 2023* [Docket No. 705] (the "Application"), filed by Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper") on November 14, 2023. The notice attached to the Application established a deadline of December 4, 2023 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application.

The undersigned further certifies that she has reviewed the docket in these cases and that no objection or response to the Application appears thereon.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

WHEREFORE, the undersigned respectfully requests that the Application be approved.

| | |
|---|---|
| Dated: December 5, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>*/s/ Tori L. Remington*<br>David M. Fournier (DE 2812)<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email:  david.fournier@troutman.com<br>        marcy.smith@troutman.com<br>        tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall (admitted *pro hac vice*)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>-and-<br><br>Deborah Kovsky-Apap (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 808-2726<br>Fax: (212) 704-6288<br>Email: deborah.kovsky@troutman.com<br><br>-and-<br><br>Sean P. McNally (admitted *pro hac vice*)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>Email: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |