RECEIVED

2023 DEC -4  PM 12: 35

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE



**FIBER DYNE**

Fiberdyne Research Pty Ltd
14 Carmel Ave
Ferntree Gully, VIC 3156
Australia
+61 3 9465 5997
accounts@fiberdyne.com.au

Re: Lordstown Motors Corp., et al

| Debtor | Case No. |
|---|---|
| Lordstown Motors Corp. | 23-10831 (MFW) |
| Lordstown EV Corporation | 23-10832 (MFW) |
| Lordstown EV Sales LLC | 23-10833 (MFW) |

Name of Court: United States Bankruptcy Court for the district of Delaware

Claim Number: 1550

Objection Title: Objection to filing after the General Bar Date of 10/10/2023

To Your Honour,

Fiberdyne is a small engineering firm based in Victoria, Australia. We develop audio amplifiers for small OEM car manufacturers. We are not a large company and consist of only 10 employees and we have been in business for 20 years.

Fiberdyne was selected as a supplier of the audio amplifier for the Lordstown Endurance vehicle. As a small engineering firm this was a large project for us.

We completed the engineering on the vehicle as well as conducting all the stringent OEM electrical and environmental testing and the ECU (Electronic Control Unit) that we developed was put into production and parts were purchased to build 2000 amplifiers. The assembly factory that we had contracted for production then proceeded to produce 500 fully assembled amplifiers for the approved purchase order from Lordstown. These amplifiers were in the process of shipping in June 2023 just as Lordstown Motors entered chapter 11. The shipment was halted and the fully assembled amplifiers went into storage at the factory.

We are now in a situation where the factory held onto the amplifiers for some time and continued to charge us storage fees monthly as we waited to see how the situation would unfold. At this time of writing we are now faced with having to ship these amplifiers to Australia to be scrapped at our expense. We ourselves are now facing insolvency due to the factory demanding payment from us for which we are unable to resolve due to the situation we are now in with Lordstown.

I sincerely apologise for filing our POC after the deadline of the 10ᵗʰ of October 2023.

Being in Australia we are faced with time zone differences and delays in receiving the paper correspondence in regards to this case. We are representing ourselves as we cannot afford a legal representative to assist. There is a two to three-week delay in receiving correspondence in the mail for this case and we have not been receiving electronic copies. Case in point is this objection that we are filing which was mailed on the 10ᵗʰ of November and we received it on the 27ᵗʰ of November leaving us only hours to file.

Our objections to not being included in the case due to late filing are:

1) Silverman Consulting, the Lordstown restructuring consultant, had contacted us on the 19ᵗʰ of September and requested our POC documentation which we submitted directly to Silverman Consulting.
2) Silverman Consulting did not recontact us again until the 11ᵗʰ of October 2023 to clarify some items.
3) We were not aware at this stage that we had to submit the claim via the ePOC system as we did not receive the documents with the instructions before the 10ᵗʰ of October deadline due to the delays in receiving the correspondence in the mail in Australia.
4) Once we received the ePOC instructions we submitted our claim as quickly as possible which was the 22ⁿᵈ of October 2023.
5) We are having to represent ourselves as we cannot afford a legal team at this point.
6) The time zone differences and time delays in receiving correspondence has made this process extremely difficult for us as we are based in Australia.
7) The US judicial system is an unfamiliar court process
8) We have a valid case as a manufacturer of a physical ECU in the vehicle that was already in production for which goods were produced in quantity.

In conclusion, the case of Lordstown Motors chapter 11 has been very trying on us. If our case is not included as an unsecured creditor we will be forced into liquidation ourselves and will need to release our employees from service. We apologise for being late as we did not receive the correspondence that indicated the deadline of the 10ᵗʰ of October and we filed our POC as quickly as we could once we received the paperwork with the instructions. The POC had already been submitted to Silverman Consulting on the 19ᵗʰ of September.

Regards,

Julian Merritt
CEO
accounts@fiberdyne.com.au
14 Carmel Ave

Ferntree Gully, VIC 3156
Australia
+61 3 9465 5997

# FIBER DYNE

# TAX INVOICE

Lordstown Motors Inc
WARREN OHIO 44481
UNITED STATES

**Invoice Date**
1 Sep 2023

**Invoice Number**
FDR-INV-1421

**Reference**
Material storage August

**ABN**
74 609 909 060

Fiberdyne Research Pty Ltd
14 Carmel Ave
FERNTREE GULLY VIC 3156
AUSTRALIA
Ph: +61 3 9465 5997
accounts@fiberdyne.com au

| em | Description | Quantity | Unit Price | GST | Amount US |
|----|-------------|----------|------------|-----|-----------|
| | production delay raw material storage and interest: August 2023 | 0.02 | 251,461.05 | No GST | 5,029.2 |
| | | | | Subtotal | 5,029.2 |
| | | | | **TOTAL USD** | **5,029.2** |

ue Date: 1 Oct 2023
ank Details
ame: National Australia Bank
ddress: Level 19, 255 George Street, Sydney NSW 2000, Australia
WIFT: NATAAU3303M

SD Account Details
ame: Fiberdyne Research Pty Ltd
SB: 083-039
ccount Number: FBDNEUSD01

ccounts@fiberdyne.com.au

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT ADVICE

| Customer | Lordstown Motors Inc |
|----------|---------------------|
| Invoice Number | FDR-INV-1421 |
| **Amount Due** | **5,029.22** |
| **Due Date** | 1 Oct 2023 |
| **Amount Enclosed** | |

Enter the amount you are paying abo

To:     Fiberdyne Research Pty Ltd
        14 Carmel Ave
        FERNTREE GULLY VIC 3156
        AUSTRALIA

# FIBER DYNE

# TAX INVOICE

Lordstown Motors Inc
WARREN OHIO 44481
UNITED STATES

**Invoice Date**
20 Jun 2023

**Invoice Number**
FDR-INV-1372

**Reference**
500 units LMC PO111447

**ABN**
74 609 909 060

Fiberdyne Research Pty Ltd
14 Carmel Ave
FERNTREE GULLY VIC 3156
AUSTRALIA
Ph: +61 3 9465 5997
accounts@fiberdyne.com
au

| Item | Description | Quantity | Unit Price | GST | Amount USD |
|---|---|---|---|---|---|
| KDC-003-A | MDL - AUD AMP (production) | 500.00 | 138.96 | No GST | 69,480.0 |
| | HS Code 8518.40.2000 | | | | |
| | Deliver to:<br>Lordstown Motors<br>Attn Joe Durre<br>9451 Toledo Way<br>Irvine, CA. 92628<br>USA<br><br>Customs Broker: CEVA Logistics<br>Inquiries: LMCNA@Cevalogistics.com | | | | |
| | Country of origin: Thailand | | | | |

|  |  |
|---|---|
| Subtotal | 69,480.0 |
| **TOTAL USD** | **69,480.0** |

**Due Date: 20 Jul 2023**
Bank Details
Name: National Australia Bank
Address: Level 19, 255 George Street, Sydney NSW 2000, Australia
SWIFT: NATAAU3303M

USD Account Details
Name: Fiberdyne Research Pty Ltd
BSB: 083-039
Account Number: FBDNEUSD01

accounts@fiberdyne.com.au

# FIBER DYNE

# TAX INVOICE

Lordstown Motors Inc
WARREN OHIO 44481
UNITED STATES

**Invoice Date**
1 Jul 2023

**Invoice Number**
FDR-INV-1405

**Reference**
Material storage June

**ABN**
74 609 909 060

Fiberdyne Research Pty Ltd
14 Carmel Ave
FERNTREE GULLY VIC 3156
AUSTRALIA
Ph: +61 3 9465 5997
accounts@fiberdyne.com
au

| em | Description | Quantity | Unit Price | GST | Amount US |
|---|---|---|---|---|---|
| | production delay raw material storage and interest: June 2023 | 0.02 | 251,461.05 | No GST | 5,029.2 |
| | | | | Subtotal | 5,029.2 |
| | | | | **TOTAL USD** | **5,029.2** |

**ue Date: 8 Jul 2023**
ank Details
ame: National Australia Bank
ddress: Level 19, 255 George Street, Sydney NSW 2000, Australia
WIFT: NATAAU3303M

SD Account Details
ame: Fiberdyne Research Pty Ltd
SB: 083-039
ccount Number: FBDNEUSD01

ccounts@fiberdyne.com.au

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT ADVICE

| | |
|---|---|
| **Customer** | Lordstown Motors Inc |
| **Invoice Number** | FDR-INV-1405 |
| **Amount Due** | **5,029.22** |
| **Due Date** | 8 Jul 2023 |
| **Amount Enclosed** | |

To:    Fiberdyne Research Pty Ltd
14 Carmel Ave
FERNTREE GULLY VIC 3156

Enter the amount you are paying abo

# FIBER DYNE

# TAX INVOICE

Lordstown Motors Inc
WARREN OHIO 44481
UNITED STATES

**Invoice Date**
1 Aug 2023

**Invoice Number**
FDR-INV-1406

**Reference**
Material storage July

**ABN**
74 609 909 060

Fiberdyne Research Pty Ltd
14 Carmel Ave
FERNTREE GULLY VIC 3156
AUSTRALIA
Ph: +61 3 9465 5997
accounts@fiberdyne.com au

| em | Description | Quantity | Unit Price | GST | Amount US |
|---|---|---|---|---|---|
| | production delay raw material storage and interest: July 2023 | 0.02 | 251,461.05 | No GST | 5,029.2 |
| | | | | Subtotal | 5,029.2 |
| | | | | **TOTAL USD** | **5,029.2** |

**Due Date: 8 Aug 2023**
ank Details
ame: National Australia Bank
ddress: Level 19, 255 George Street, Sydney NSW 2000, Australia
WIFT: NATAAU3303M

SD Account Details
ame: Fiberdyne Research Pty Ltd
SB: 083-039
ccount Number: FBDNEUSD01

ccounts@fiberdyne.com.au

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT ADVICE

| Customer | Lordstown Motors Inc |
|---|---|
| Invoice Number | FDR-INV-1406 |
| **Amount Due** | **5,029.22** |
| Due Date | 8 Aug 2023 |

**Amount Enclosed**

To:    Fiberdyne Research Pty Ltd
       14 Carmel Ave
       FERNTREE GULLY VIC 3156
       AUSTRALIA

Enter the amount you are paying abo

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT ADVICE

| | |
|---|---|
| **Customer** | Lordstown Motors Inc |
| **Invoice Number** | FDR-INV-1372 |
| **Amount Due** | **69,480.00** |
| **Due Date** | 20 Jul 2023 |

**Amount Enclosed**

To:    Fiberdyne Research Pty Ltd
       14 Carmel Ave
       FERNTREE GULLY VIC 3156
       AUSTRALIA

Enter the amount you are paying abo

Fill in this information to identify the case:

Debtor _____Lordstown EV Corporation_____

United States Bankruptcy Court for the: _____ District of Delaware
                                                                                                (State)

Case number ___23-10832___

Official Form 410

# **Proof of Claim**

04/2

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form t make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgme mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you receive**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Fiberdyne Research Pty Ltd
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No

☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

See summary page

Where should payments to the creditor be sent? (if different)

Contact phone  +61 3 9465 5997
Contact email  See summary page

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No

☐ Yes.  Claim number on court claims registry (if known) _____

2310832230829142457002

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 412,287.00 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature or property:**

☐ Real estate: If the claim is secured by the debtor's principle residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amount should match the amount in line

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

2310832230829142457002

**Proof of Claim**

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check all that apply:* |

**Amount entitled to prior**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment

| | |
|---|---|
| **13. Is all or part of the claim pursuant to 11 U.S.C. § 503(b)(9)?** | ☑ No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debto the ordinary course of such Debtor's business. Attach documentation supporting such claim.<br><br>$_____ |

---

**Part 3:    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have reasonable belief that the information is true and corre

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___10/22/2023___
            MM / DD / YYYY

/s/Julian Merritt
        Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Julian Merritt |
| | First name    Middle name    Last name |
| Title | CEO |
| Company | Fiberdyne Research Pty Ltd |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | |

2310832230829142457002

| | |
|---|---|
| Contact phone | _____    Email _____ |

For phone assistance: Domestic (877) 709-4757 | International 424-236-7235

| | |
|---|---|
| **Debtor:** | |
| 23-10832 - Lordstown EV Corporation | |
| **District:** | |
| District of Delaware | |

| | |
|---|---|
| **Creditor:** | **Has Supporting Documentation:** |
| Fiberdyne Research Pty Ltd | Yes, supporting documentation successfully uploaded |
| Julian Merrit | **Related Document Statement:** |
| 14 Carmel Ave | |
| | **Has Related Claim:** |
| Ferntree Gully, Victoria, VIC 3156 | No |
| Australia | **Related Claim Filed By:** |
| **Phone:** | |
| +61 3 9465 5997 | **Filing Party:** |
| **Phone 2:** | Creditor |
| **Fax:** | |
| **Email:** | |
| julian.merritt@fiberdyne.com.au | |
| **Other Names Used with Debtor:** | **Amends Claim:** |
| | No |
| | **Acquired Claim:** |
| | No |

| **Basis of Claim:** | **Last 4 Digits:** | **Uniform Claim Identifier:** |
|---|---|---|
| Goods sold | No | |

| | |
|---|---|
| **Total Amount of Claim:** | **Includes Interest or Charges:** |
| 412,287.00 | No |
| **Has Priority Claim:** | **Priority Under:** |
| No | |
| **Has Secured Claim:** | **Nature of Secured Amount:** |
| No | **Value of Property:** |
| **Amount of 503(b)(9):** | **Annual Interest Rate:** |
| No | |
| **Based on Lease:** | **Arrearage Amount:** |
| No | **Basis for Perfection:** |
| **Subject to Right of Setoff:** | **Amount Unsecured:** |
| No | |

| | |
|---|---|
| **Submitted By:** | |
| Julian Merritt on 22-Oct-2023 10:08:17 p.m. Eastern Time | |
| **Title:** | |
| CEO | |
| **Company:** | |
| Fiberdyne Research Pty Ltd | |

**Material Exposure from removing LMC demand**

| | | Total Excess (USD) | Common | Keep |
|---|---|---|---|---|
| Material cost | | 251 461,05 | - | 251 461,05 |
| Duty tax | 10% | 25 146,11 | | |
| Additional duty tax 1% of duty tax | 1% | 1 005,84 | | |
| VAT of Duty tax | 7% | 19 362,50 | | |
| Late pay penalty | | 19 362,50 | | |
| Additional from VAT | | | | |
| 1.5% per month | 1,5% | 1 161,75 | | |
| Forwarder service charge / time | | 162 | | |
| Forth Material expense & manager | 4% | 10 058,44 | | |
| ICC | 1,0% | | | 2 514,61 |
| Total | | 327 720,20 | | |

| Remark |
| --- |
| 1% per month. In D6 has estimated 4 months in average. |
| equal to vat 7% |
| 1.5% per month. In D9 has estimated 4 months in average. |
| Fixed cost per time - for submit/process paperwork at customs |
| Per month count from material received date |

| Part No. | Material Description | Section | M/S | U.prob | Grp |
|---|---|---|---|---|---|
| 10100-0034-02445 | PCB_PLATE_FR4_BLANKING PLATE-A | PD3 | MAIN | 100 | 166 |
| 10100-0034-02567 | PCB_PLATE_FR4_BLANKING FRONT PLATE-A_5H | | Sub | 0 | |
| 10100-0034-02446 | PCB_PLATE_FR4_BLANKING PLATE-B | PD3 | MAIN | 100 | 167 |
| 10100-0034-02568 | PCB_PLATE_FR4_BLANKING REAR _PLATE-B_5H | | Sub | 0 | |
| 10100-0034-02534 | PCB_FR4_8CH_82_R0.6_HASL-LF_1.6mm_1:2 | PD1 | MAIN | 100 | 2 |
| 10101-0040-04044 | CAP_CHIP_CER_0603_X7R_50V_10%_0.1UF | PD1 | MAIN | 100 | 3 |
| 10101-0094-01872 | RES_CHIP_0603_0.1W_1%_3.24K | PD1 | MAIN | 100 | 4 |
| 10101-0094-02500 | RES_CHIP_0603_0.1W_1%_100K | PD1 | MAIN | 100 | 5 |
| 10101-0094-02728 | RES_0603_MET_100K_1%_01W | | Sub | 0 | |
| 10101-0094-02506 | RES_CHIP_0603_0.1W_1%_10K | PD1 | MAIN | 100 | 6 |
| 10101-0094-03821 | RES_CHIP_0603_1/10W_5%_10K | | Sub | 0 | |
| 10101-0094-03268 | RES_CHIP_THICK FILM_0603_1/10W_1%_1K | PD1 | MAIN | 100 | 7 |
| 10101-0094-02525 | RES_CHIP_0603_0.1W_1%_1K | | Sub | 0 | |
| 10101-0094-02591 | RES_Chip_0603_1/10W_1%_4.7K | PD1 | MAIN | 100 | 10 |
| 10104-0060-01350 | LED_CHIP_RED_54mW_20mA | PD1 | MAIN | 100 | 11 |
| 10101-0040-03562 | CAP_Chip_CER_0402_25V_+-10%_10nF | PD1 | MAIN | 100 | 16 |
| 10103-0081-00344 | MOSFET_N-CH_50V_220MA_SOT-23 | PD1 | MAIN | 100 | 23 |
| 10106-0045-00162 | CHOKE_COMMON_MODE_0.15A_1.5R_100uH | PD1 | MAIN | 100 | 25 |
| 10103-0129-00374 | TRANS_PNP_45V_500mA_TO236AB | PD1 | Sub | 0 | 27 |
| 10104-0060-02935 | IC_CHIP_REG_LINEAR_3.3V_250MA_SOT23-5 | PD1 | MAIN | 100 | 70,28 |
| 10101-0040-02200 | CAP_CHIP_CER_0603_16V_10%_1uF | PD1 | MAIN | 100 | 90 |
| 10101-0040-04498 | CAP_CHIP_CER_0603_X7R_16V_10%_1uF | | Sub | 0 | |
| 10104-0060-01360 | IC_CHIP_SOT23_Conv-DC-DC-4.5V-to-36V- | PD1 | MAIN | 100 | 41 |
| 10101-0040-04492 | CAP_CHIP_CER_1210_X7R_50V_10%_10uF | PD1 | MAIN | 100 | 42 |
| 10101-0041-01156 | CAP_LEAD_FILM_63V_5%_1uF | PD2 | MAIN | 100 | 43 |
| 10101-0094-03283 | RES_CHIP_0603_1/8W_1%_5.11OHM | PD1 | MAIN | 100 | 44 |
| 10101-0040-04535 | CAP_CHIP_CER_0402_6.3V_20%_1uF | PD1 | MAIN | 100 | 45 |
| 10101-0040-03227 | CAP_CHIP_CER_0402_6.3V_10%_1uF | | Sub | 0 | 45 |
| 10101-0040-01834 | CAP_CHIP_CER_0402_6.3V_10%_1uF | | Sub | 0 | 45 |
| 10101-0040-02231 | CAP_CHIP_CER_0402_10V_20%_1uF | | Sub | 0 | 45 |
| 10101-0040-04493 | CAP_CHIP_CER_1206_X5R_50V_20%_10uF | PD1 | MAIN | 100 | 46 |
| 10101-0062-00716 | INDUCTOR_CHIP_3.3uH_500mA_200MOHM | PD1 | MAIN | 100 | 47 |
| 10101-0040-04494 | CAP_CHIP_CER_0805_X5R_16V_10%_10uF | PD1 | MAIN | 100 | 48 |
| 10101-0062-00803 | FERRITE_BEAD_0402_200mA_600ohm | PD1 | MAIN | 100 | 50 |
| 10101-0094-03817 | RES_CHIP_0402_1/16W_5%_10R | PD1 | MAIN | 100 | 51 |
| 10101-0094-03818 | RES_CHIP_0603_1/10W_1%_80.6K | PD1 | MAIN | 100 | 52 |
| 10101-0094-03815 | RES_CHIP_0402_1/16W_0.5%_681R | PD1 | MAIN | 100 | 53 |
| 10101-0094-03819 | RES_CHIP_THIN_FILM_0402_1/16W_1%_680R | | Sub | 0 | 53 |
| 10101-0094-03879 | RES_CHIP_THIN_FILM_0402_1/16W_1%_680R | | Sub | 0 | 53 |
| 10101-0094-01898 | RES_CHIP_THICK_FILM_0402_1/16W_1%_680R | | Sub | 0 | 53 |
| 10103-0081-00422 | MOSFET_N-CH_30V_100A_2.5mOhm_LFPAK56 | PD1 | MAIN | 100 | 54 |
| 10103-0081-00421 | MOSFET_N-CH_30V_100A_3.5mOhm_LFPAK56 | | Sub | 0 | 54 |
| 10101-0040-04495 | CAP_CHIP_CER_0402_50V_5%_68pF | PD1 | MAIN | 100 | 55 |
| 10101-0094-01705 | RES_CHIP_0603_1/10W_1%_3.01K | PD1 | MAIN | 100 | 56 |
| 10101-0094-03820 | RES_CHIP_0603_1/8W_1%_3.01K | | Sub | 0 | 56 |
| 10103-0048-00727 | DIODE_SCHOTTKY_60V_1A_SMB(DO-214AA) | PD1 | MAIN | 100 | 57 |
| 10101-0062-00779 | INDUCTOR_CHIP_40A_0.47uH | PD1 | MAIN | 100 | 58 |
| 10104-0060-02375 | IC_AUDIO_BUS_A2B_TRANSCEIVER | PD1 | MAIN | 100 | 59 |
| 10104-0060-02968 | IC_CHIP_AUDIO_BUS_A2B_TRANSCEIVER | | Sub | 0 | 59 |
| 10104-0060-02922 | IC_CHIP_MCU_32BIT_256KB_FLASH_48QFN | PD1 | MAIN | 100 | 60 |
| 11104-0060-02270 | IC_CHIP_MCU_32BIT_256KB_FLASH_48QFN | | Sub | 0 | 60 |
| 10101-0041-01154 | CAP_LEAD_ALUM_25V_20%_2200uF | PD2 | MAIN | 100 | 63 |
| 10101-0041-01140 | CAP_LEAD_ALUM_25V_20%_2200uF | | Sub | 0 | 63 |

| 10101-0040-01976 | CAP_CHIP_CER_0603_50V_10%_10nF | PD1 | MAIN | 100 | 64 |
|---|---|---|---|---|---|
| 10103-0081-00436 | MOSFET_P-CH_30V_2.5A_SOT23-3 | PD1 | MAIN | 100 | 66 |
| 10103-0081-00347 | MOSFET_P-CH_30V_3.8A_SOT23-3 | | Sub | 0 | 66 |
| 10101-0041-01155 | CAP_LEAD_ALUM_35V_20%_470uF | PD2 | MAIN | 100 | 67 |
| 10101-0041-01141 | CAP_LEAD_ALUM_35V_20%_470uF | | Sub | 0 | 67 |
| 10101-0062-00289 | INDUCTOR_CHIP_0603_0.7A_20%22uH | PD1 | MAIN | 100 | 68 |
| 10101-0062-00808 | INDUCTOR_CHIP_1.10A_20%22uH | | Sub | 0 | 68 |
| 10104-0060-02318 | IC_CHIP_GATE_DRIVE_MP8049S | PD1 | MAIN | 100 | 72 |
| 10101-0040-01970 | CAP_CHIP_CER_0603_50V_5%_2200pF | PD1 | MAIN | 100 | 74 |
| 10101-0094-01670 | RES_CHIP_0603_1/10W_1%_2.2K | PD1 | MAIN | 100 | 76 |
| 10101-0094-02816 | RES_CHIP_0603_1/10W_0.1%_12.1K | PD1 | MAIN | 100 | 78 |
| 10101-0094-01668 | RES_CHIP_0603_1/10W_0.1%_12K | | Sub | 0 | 78 |
| 10104-0060-01357 | IC_CHIP_SC70_INVERTER-SCHMITT-2CH | PD1 | MAIN | 100 | 79 |
| 10104-0060-02202 | IC_NC7WZ14_SC70-6 | | Sub | 0 | 79 |
| 10104-0060-01353 | IC_CHIP_SOT23_COMP-PREC-W/P-POP-LV | PD1 | MAIN | 100 | 83 |
| 10104-0060-02201 | IC_COMP_PREC_W/P-POP_LV_SOT23-6 | | Sub | 0 | 83 |
| 10101-0040-04542 | CAP_CHIP_CER_0402_X7R_25V_10%_0.033uF | PD1 | MAIN | 100 | 95 |
| 10101-0040-04058 | CAP_CHIP_CER_0402_X7R_25V_10%_0.033uF | | Sub | 0 | 95 |
| 10101-0094-02764 | RES_CHIP_0402_1/16W_1%_15K | PD1 | MAIN | 100 | 99 |
| 10104-0060-02419 | IC_CHIP_REG_CTRLR_BOOST_32WFQFN | PD1 | MAIN | 100 | 101 |
| 10104-0060-02389 | IC_CHIP_REG_CTRLR_BOOST_32WFQFN | | Sub | 0 | 101 |
| 10101-0040-04551 | CAP_CHIP_CER_COG_1206_50V_5%_0.1uF | PD1 | MAIN | 100 | 109 |
| 10101-0040-04491 | CAP_CHIP_CER_X7R_1206_50V_10%_0.1uF | | Sub | 0 | 109 |
| 10101-0094-03816 | RES_CHIP_0603_Thin Film_1/10W_1%_47R | PD1 | MAIN | 100 | 115 |
| 10101-0094-03552 | RES_CHIP_0603_1/10w_5%_6.8K | PD1 | MAIN | 100 | 120 |
| 10101-0094-03825 | RES_CHIP_0603_1/10W__1%_6.8K | | Sub | 0 | 120 |
| 10101-0094-03814 | RES_CHIP_1206_1/4W_1%_120R | PD1 | MAIN | 100 | 126 |
| 10101-0094-03827 | RES_CHIP_1206_1/4W_1%_120R | | Sub | 0 | 126 |
| 10101-0094-03828 | RES_CHIP_1206_1/4W_5%_120ohM | | Sub | 0 | 126 |
| 10101-0094-02601 | RES_CHIP_0603_1/10W_1%_22K | PD1 | MAIN | 100 | 127 |
| 10101-0094-03829 | RES_CHIP_0603_1/10W_1%_22K | | Sub | 0 | 127 |
| 10101-0094-03295 | RES_CHIP_2512_1%_0.001R | PD1 | MAIN | 100 | 128 |
| 10101-0094-03824 | RES_CHIP_0603_1/10W_1%_47K | PD1 | MAIN | 100 | 131 |
| 10101-0094-03826 | RES_CHIP_0603_1/10W_1%_33K | PD1 | MAIN | 100 | 132 |
| 10101-0094-03289 | RES_CHIP_SMD_0603_1/10W_1%_33KOHM | | Sub | 0 | 132 |
| 10104-0060-02889 | IC_CHIP_GATE_NAND_1CH_2-INP_SOT353 | PD1 | MAIN | 100 | 137 |
| 10104-0060-03014 | IC_CHIP_GATE_NAND_1CH_2-INP_SC70-5 | | Sub | 0 | 137 |
| 10151-0043-00840 | CASE_ALU_LT_AMP_120x180mm_5H | PD3 | Main | 100 | 148 |
| 10104-0060-01355 | IC_CHIP_SOT23_COMP-PREC-W/P-POP-LV | PD1 | Main | 100 | 141 |
| 10104-0060-03076 | IC_CHIP_SOT23_COMP-PREC-W/P-POP-LV | | Sub | 0 | 141 |
| 10103-0048-00604 | DIODE_CHIP_GEN_PURP_75V_150MA_SOD323 | PD1 | Main | 100 | 142 |
| 10101-0040-02202 | CAP_CHIP_CER_0603_50V_10%_220pF | PD1 | Main | 100 | 151 |
| 10101-0040-01963 | CAP_CHIP_CER_0603_50V_20%_1000pF | PD1 | - | - | - |
| 10103-0048-00725 | DIODE_SCHOTTKY_30V_200mA_SOD723 | PD1 | - | - | - |
| 10101-0040-04014 | CAP_CHIP_CER_0603_X7R_16V_10%_0.33uF | PD1 | - | - | - |
| 10101-0040-04032 | CAP_CHIP_CER_0402_X7R_25V_10%_0.022UF | PD1 | - | - | - |
| 10101-0040-04054 | CAP_CHIP_CER_0402_C0G/NP0_50V_5%_12PF | PD1 | - | - | - |
| 10101-0040-04057 | CAP_CHIP_CER_0402_C0G/NP0_50V_10%_27PF | PD1 | - | - | - |
| 10101-0062-00631 | FERRITE_BEAD_0805_50OHM_1LN | PD1 | - | - | - |
| 10101-0062-00632 | IND_FIXED_150MA_3.8OHM_180NH | PD1 | - | - | - |
| 10101-0094-02786 | RES_CHIP_0402_1/16W_1%_3.3K | PD1 | - | - | - |
| 10101-0094-03291 | RES_CHIP_0603_1/10W_1%_330OHM | PD1 | - | - | - |
| 10101-0094-03287 | RES_CHIP_0603_1/10W_1%_40.2KOHM | PD1 | - | - | - |
| 10152-0069-00399 | LABEL_BARCODE_POLYMIDE_PCBA_SIZE_20X5mm | PD1 | - | - | - |
| 10101-0040-04056 | CAP_CHIP_CER_0402_X7R_50V_10%_3300PF | PD1 | - | - | - |

| | | | | | |
|---|---|---|---|---|---|
| 10101-0040-04055 | CAP_CHIP_CER_1206_X7R_10%_4.7uF | PD1 | - | - | - |
| 10101-0040-04477 | CAP_CER_0402_X7R_25V_10%_0.1UF | PD1 | - | - | - |
| 10101-0040-04487 | CAP_CHIP_CER_COG_0603_50V_5%_1nF | PD1 | - | - | - |
| 10101-0040-04489 | CAP_CHIP_CER_0402_X7R_10V_10%_0.047uF | PD1 | - | - | - |
| 10101-0040-04490 | CAP_CHIP_CER_0402_X7R_50V_5%_56pF | PD1 | - | - | - |
| 10101-0062-00795 | INDUCTOR_CHIP_1.9A_2.2uH | PD1 | - | - | - |
| 10101-0062-00796 | INDUCTOR_CHIP_5.8A_22mOhm_0.47uH | PD1 | - | - | - |
| 10101-0062-00797 | IND_FIXED_120mA_13Ohm_470uH | PD1 | - | - | - |
| 10101-0094-03807 | RES_CHIP_0805_0.4W_5%_1R | PD1 | - | - | - |
| 10101-0094-03808 | RES_CHIP_0603_1/10W_1%_5.6K | PD1 | - | - | - |
| 10101-0094-03812 | RES_CHIP_0603_1/10W_1%_36K | PD1 | - | - | - |
| 10106-0128-00329 | TRANSFORMER_RM4V5+5TH_10.5uH | PD2 | - | - | - |
| 10107-0046-01700 | CONN_HEADER_R/A_10POS | PD2 | - | - | - |
| 10107-0046-01701 | CONN_HEADER_R/A_20POS_2.54mm | PD2 | - | - | - |
| 10101-0040-03589 | CAP_Chip_CER_0402_50V_+-10%_1nF | PD1 | - | - | - |
| 10101-0040-04046 | CAP_CHIP_CER_0603_X7R_50V_10%_6800PF | PD1 | - | - | - |
| 10101-0040-04079 | CAP_CHIP_CER_C0G/NP0_0603_50V_5%_100pF | PD1 | - | - | - |
| 10101-0040-04080 | CAP_CHIP_CER_X7R_0805_100V_10%_0.1uF | PD1 | - | - | - |
| 10101-0062-00780 | INDUCTOR_CHIP_20A_0.47uH | PD1 | - | - | - |
| 10101-0062-00781 | INDUCTOR_CHIP_30A_3.3uH | PD1 | - | - | - |
| 10101-0094-01680 | THMIS_NTC_47K_3.8mA_0402 | PD1 | - | - | - |
| 10101-0094-01684 | RES_CHIP_0603_1/10W_5%_3.3R | PD1 | - | - | - |
| 10101-0094-03284 | RES_CHIP_0603_1/10W_1%_51OHM | PD1 | - | - | - |
| 10103-0048-00602 | DIODE_SCHOTTKY_100V_12A_TO277B | PD1 | - | - | - |
| 10103-0048-00606 | DIODE_CHIP_ZENER_15V_225MW_SOT23-3 | PD1 | - | - | - |
| 10103-0048-00607 | DIODE_TVS_22V_35.5V_SMC | PD1 | - | - | - |
| 10103-0129-00214 | TRA_PNP_-40V_-200mA_SOT666 | PD1 | - | - | - |
| 10104-0060-01359 | MOSFET_P-Channel_30V_32A_8DFN | PD1 | - | - | - |
| 10104-0060-02393 | IC_CHIP_DAC/AUDIO_24BIT_192K_48HTSSOP | PD1 | - | - | - |
| 10151-0098-00751 | SCREW_PAN_HEAD_TAPPING_P+#4X3/8" | PD3 | - | - | - |

| Brand | Maker | Vender Name | MORGAN | LORDSTOW | Canoo | OAP | K2 |
|---|---|---|---|---|---|---|---|
| FAST PRINT | 8_CH_82_MECHS_R1-A | Fiberdyne Research | - | 1 | - | - | - |
| | | | | | | | |
| FAST PRINT | 8_CH_82_MECHS_R1-B | Fiberdyne Research | - | 1 | - | - | - |
| | | | | | | | |
| KINJI | 8CH_82_R0.6 | Kinji (QM) Electroni | - | 1 | - | - | - |
| SAMSUNG | CL10B104KB8NNNL | ES | 37 | 22 | 10 | - | 173 |
| YAGEO | RC0603FR-073K24L | WINCAP | 1 | 1 | - | - | 4 |
| YAGEO | RC0603FR-07100KL | WINCAP | 1 | 1 | - | - | 2 |
| | | | | | | | |
| YAGEO | RC0603FR-0710KL | WINCAP | 29 | 24 | 10 | - | 40 |
| | | | | | | | |
| STACKPOLE | RMCF0603FG1K00 | ES | 13 | 9 | 7 | - | 10 |
| | | | | | | | |
| YAGEO | RC0603FR-074K7L | WINCAP | 1 | 1 | - | - | 10 |
| ROHM | SML-D12V8WT86 | ES | 6 | 3 | 2 | - | 10 |
| MURATA | GRM155R71E103KA01D | ES | 65 | 15 | - | - | 6 |
| ON-SEMI | BSS138 | Serial Microeletroni | 1 | 1 | 1 | - | 2 |
| TDK CORPORAT | ACT1210L1012PTL00 | TDK (THAILAND) | 2 | 2 | 4 | - | 1 |
| NEXPERIA | BC807-40 | (blank) | 1 | 1 | - | - | - |
| ON-SEMI | NCP163ASN330T1G | Serial Microeletroni | 1 | 1 | - | - | - |
| SAMSUNG | CL10B105KO8NFNC | Avnet Asia | 9 | 7 | 25 | - | 5 |
| | | | | | | | |
| ALPHA & OMEG | AOZ1282CI | Arrow | 1 | 1 | 1 | - | - |
| SAMSUNG | CL32B106KBJNNNE | ES | 12 | 12 | - | - | - |
| JBC | JFF01J105J050000B | ES | 8 | 8 | - | - | - |
| KOA | RK73H1JTTD5R11F | Arrow | 4 | 4 | 3 | - | 4 |
| SAMSUNG | CL05A105MQ5NNNC | (blank) | 24 | 24 | - | - | 11 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| SAMSUNG | CL31A106MBHNNNE | ES | 32 | 32 | 25 | - | - |
| TDK CORPORAT | MLZ2012M3R3ATD69 | TDK (THAILAND) | 6 | 8 | 12 | - | 4 |
| SAMSUNG | CL21A106KOQNNNG | ES | 37 | 27 | - | - | 2 |
| MURATA | BLM15BD601SH1D | LE CHAMP | 21 | 21 | - | - | - |
| BOURNS | CR0402-JW-100GLF | Arrow | 12 | 12 | - | - | - |
| STACKPOLE | RMCF0603FT80K6 | ES | 1 | 1 | - | - | - |
| STACKPOLE | RNCF0402DTE681R | ES | 16 | 16 | - | - | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| NEXPERIA | PSMN2R5-30YL,115 | Avnet NZ | 4 | 4 | - | - | - |
| | | | | | | | |
| MURATA | GRM1555C1H680JA01D | ES | 12 | 12 | - | - | - |
| YAGEO | RC0603FR-073K01L | WINCAP | 16 | 16 | - | - | - |
| | | | | | | | |
| DIOTEC SEMICO | SK16 | Arrow | 1 | 1 | 1 | - | - |
| CODACA | CSAB1040A-R47M | CODACA | 1 | 1 | - | - | - |
| ANALOG DEVIC | AD2428WCCSZ | Arrow | 2 | 1 | 2 | - | - |
| | | | | | | | |
| MICROCHIP | ATSAMD21G18A-MFT | ES | - | 1 | - | - | - |
| | | | | | | | |
| JBC | JRG1E222M05001300250 | ES | 2 | 2 | 2 | - | - |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SAMSUNG | CL10B103KB8NCNC | ES | 24 | 24 | 12 | - | 60 |
| DIODES INC | DMG2307L-7 | ES | 1 | 1 | 2 | - | - |
| JBC | JRG1V471M05001000200 | ES | 12 | 12 | 4 | - | - |
| CODACA | SPM0630-220M | CODACA | 4 | 1 | 1 | - | 6 |
| MONOLITHIC | MP8049SDU-LF-Z | Fiberdyne Research | 6 | 6 | - | - | - |
| MURATA | GRM1885C1H222JA01D | ES | 8 | 8 | - | - | - |
| YAGEO | RT0603FRE072K2L | WINCAP | 24 | 24 | - | - | - |
| YAGEO | RT0603BRD0712K1L | WINCAP | 16 | 16 | - | - | - |
| ON-SEMI | NC7WZ14P6X | Serial Microeletroni | 2 | 2 | - | - | - |
| TI | LMV761MFX/NOPB | Arrow | 4 | 4 | - | - | - |
| WALSIN | 0402B333K250CT | Serial Microeletroni | 9 | 12 | 20 | - | 5 |
| YAGEO | RC0402FR-0715KL | WINCAP | 16 | 16 | - | - | - |
| RENESAS | ISL78227ARZ | | 1 | 1 | - | - | 4 |
| TDK CORPORAT | CGA5L2C0G1H104J160AA | TDK (THAILAND) | 12 | 12 | - | - | - |
| YAGEO | RT0603FRE0747RL | WINCAP | 16 | 16 | - | - | - |
| YAGEO | RC0603JR-076K8L | WINCAP | 1 | 1 | 1 | - | - |
| STACKPOLE | RMCF1206FT120R | ES | 4 | 4 | 8 | - | - |
| YAGEO | RC0603FR-0722KL | WINCAP | 1 | 1 | - | - | 12 |
| YAGEO | PA2512FKF070R001E | WINCAP | 2 | 2 | - | - | 8 |
| STACKPOLE | RMCF0603FT47K0 | ES | 2 | 2 | 1 | - | 4 |
| STACKPOLE | RMCF0603FT33K0 | ES | 1 | 1 | 1 | - | 2 |
| DIODES INC | 74AHC1G00SE-7 | ES | 4 | 4 | - | - | - |
| ALMET | FR_LT_P-EXTR-1_ALMET | ALMET THAI | - | 1 | - | - | - |
| TI | LMV762MM/NOPB | Arrow | 2 | 2 | - | - | - |
| DIODES INC | 1N4148WS-7-F | ES | 4 | 2 | 2 | - | 10 |
| SAMSUNG | CL10B221KB8NNNC | ES | 2 | 2 | - | - | 44 |
| JOHANSON | 500X14W102MV4T | Arrow | 8 | 8 | - | - | - |
| ON-SEMI | NSR0230M2T5G | ES | 27 | 28 | - | - | - |
| SAMSUNG | CL10B334KO8NNNC | ES | 1 | 2 | 2 | - | 1 |
| SAMSUNG | CL05B223KA5NNNC | Avnet Asia | 1 | 1 | 1 | - | 22 |
| SAMSUNG | CL05C120JB5NNNC | Avnet Asia | 2 | 2 | 4 | - | 1 |
| KEMET | C0402C270K5GACTU | ES | 4 | 4 | 8 | - | 2 |
| ABRACON | ACML-0805-500-T | Arrow | 2 | 1 | 1 | - | 23 |
| TDK CORPORAT | MLG1005SR18JTD25 | TDK (THAILAND) | 4 | 4 | 8 | - | 2 |
| YAGEO | RC0402FR-073K3L | WINCAP | 3 | 3 | 4 | - | 9 |
| STACKPOLE | RMCF0603FT330R | ES | 4 | 4 | - | - | 16 |
| STACKPOLE | RMCF0603FT40K2 | ES | 1 | 1 | - | - | 4 |
| ADAMPAK | LABEL_POLYMIDE_20.00x | บจก.อดัมแพค (ประเ | 3 | 1 | 2 | - | 4 |
| TDK CORPORAT | CGA2B2X7R1H332K050BA | TDK (THAILAND) | 1 | 1 | 2 | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TAIYO YUDEN | EMK316B7475KL-T | UNITRONIC | 3 | 5 | - | - | 2 |
| KYOCERA | 04023C104KAT2A | ES | 85 | 49 | - | - | 80 |
| SAMSUNG | CL10C102JB8NNNC | Future | 17 | 17 | - | - | - |
| YAGEO | CC0402KRX7R6BB473 | WINCAP | - | 1 | - | - | - |
| TDK CORPORAT | CGA2B2C0G1H560J050BA | TDK (THAILAND) | 4 | 4 | - | - | - |
| WALSIN | WLPH201610M2R2PP | Future | 1 | 1 | - | - | - |
| LAIRD | MGV252012SR47M-10 | Heilind | 12 | 12 | - | - | - |
| TAIYO YUDEN | CB2518T471K | UNITRONIC | 16 | 16 | - | - | - |
| ROHM | ESR10EZPJ1R0 | ES | 4 | 4 | - | - | - |
| STACKPOLE | RMCF0603FT5K60 | ES | 2 | 2 | - | - | - |
| STACKPOLE | RMCF0603FT36K0 | ES | 1 | 1 | - | - | - |
| SHENZHEN HIG | HST04M2911 | SZ highstar | 8 | 8 | - | - | - |
| MOLEX | 346960102 | Serial Microeletroni | 1 | 1 | - | - | - |
| MOLEX | 346910202 | Avnet NZ | 1 | 1 | - | - | - |
| SAMSUNG | CL05B102KB5NNNC | ES | 11 | 11 | - | - | - |
| TDK CORPORAT | CGA3E2X7R1H682K080AA | TDK (THAILAND) | 1 | 1 | - | - | 4 |
| WALSIN | 0603N101J500CT | Future | 1 | 1 | - | - | 40 |
| SAMSUNG | CL21B104KCFNNNE | ES | 26 | 26 | 28 | - | 36 |
| CODACA | CSAB0730-R47M | CODACA | 1 | 1 | 1 | - | - |
| CODACA | CSAC1265-3R3M | CODACA | 2 | 2 | - | - | - |
| MURATA | NCP15WB473E03RC | LE CHAMP | 1 | 1 | 1 | - | 2 |
| YAGEO | RC0603JR-073R3L | WINCAP | 16 | 16 | 16 | - | - |
| STACKPOLE | RMCF0603FT51R0 | ES | 4 | 4 | - | - | 16 |
| SMC DIODE SO | ST12100STR | Fiberdyne Research | 2 | 2 | - | - | 8 |
| ON-SEMI | BZX84C15LT1G | Future | 2 | 2 | 2 | - | 4 |
| BOURNS | SMLJ22CA | Avnet NZ | 1 | 1 | 1 | - | 2 |
| NEXPERIA | PMBT3906VS,115 | Arrow | 8 | 8 | - | - | - |
| ALPHA & OMEG | AON6407 | Arrow | 2 | 2 | 2 | - | 8 |
| TI | PCM1690DCAR | Arrow | 1 | 1 | - | - | 2 |
| BST | P+#4x3/8" | บจก.ไทยไพศาลสลั | - | 10 | - | - | - |

| DAG2 | Total Stock Onhand | PO | ALT Stock | Excess from Demand drop | Previous excess |
|---|---|---|---|---|---|
| - | 47 | - | 1 500 | - 473 | 1 027 |
| | | | | 1 500 | |
| - | 62 | - | 1 500 | - 458 | 1 042 |
| | | | | 1 500 | |
| - | 742 | - | - | 244 | 242 |
| 20 | 152 880 | - | - | 11 025 | |
| 4 | 1 463 | - | 7 890 | 4 042 | 2 400 |
| 2 | 3 217 | - | 10 296 | - 503 | 2 400 |
| | | | | 3 993 | |
| 8 | 21 425 | - | 118 901 | - 22 035 | 44 916 |
| | | | | 83 733 | |
| 8 | 95 001 | - | - | 76 052 | 21 600 |
| | | | | - 12 914 | |
| - | 9 058 | - | - | - 319 | 808 |
| 32 | 26 633 | - | - | 5 249 | 2 493 |
| 68 | 43 952 | - | - | 4 038 | 4 102 |
| 12 | 15 071 | - | 15 890 | 12 279 | 2 400 |
| 2 | 47 301 | - | - | 37 916 | 4 800 |
| - | 2 634 | - | 18 964 | 809 | 2 400 |
| - | 2 170 | - | - | 1 414 | 1 420 |
| 48 | 6 324 | - | 301 206 | - 10 450 | 16 800 |
| | | | | 228 632 | |
| - | 4 687 | - | - | 2 448 | |
| - | 13 300 | - | - | 4 297 | 4 300 |
| - | 20 000 | - | 8 226 | 17 999 | 19 200 |
| - | 28 949 | - | - | 17 230 | 9 600 |
| - | - | - | 42 070 | - 18 700 | 18 570 |
| | | | | 20 170 | |
| | | | | 10 594 | |
| | | | | 6 459 | |
| - | 350 493 | - | - | 278 884 | 76 800 |
| 8 | 71 325 | - | - | 40 429 | 10 565 |
| 140 | 56 526 | - | 11 471 | 7 809 | 16 047 |
| - | 36 130 | - | - | 20 354 | 20 380 |
| - | 60 154 | - | - | 51 147 | 28 800 |
| - | 9 179 | - | - | 8 427 | 2 400 |
| 4 | 5 936 | - | 39 898 | - 3 567 | 33 034 |
| | | | | 20 982 | |
| | | | | 10 000 | |
| | | | | 5 576 | |
| - | - | - | 5 008 | - 2 200 | 2 008 |
| | | | | 4 208 | |
| - | 20 843 | - | - | 11 832 | 11 843 |
| - | 8 460 | - | 18 974 | - 340 | 15 434 |
| | | | | 15 746 | |
| - | 14 542 | - | - | 10 262 | 2 400 |
| - | 3 147 | - | - | 2 397 | 2 397 |
| - | 9 | - | 79 484 | - 2 220 | 2 400 |
| | | | | 12 392 | |
| - | - | - | 2 496 | - 300 | 1 996 |
| | | | | 14 712 | |
| - | 29 987 | - | 8 485 | 28 886 | 4 800 |
| | | | | 4 284 | |

| | | | | | |
|---|---|---|---|---|---|
| 4 | 168 539 | - | - | 83 078 | 53 399 |
| - | 3 000 | - | 23 331 | - 1 329 | 2 400 |
| | | | | 23 331 | |
| - | 40 000 | - | 97 462 | 25 795 | 28 800 |
| | | | | 95 061 | |
| 24 | 1 687 | - | 7 977 | - 7 499 | |
| | | | | 8 874 | |
| - | 23 626 | 55 000 | 55 000 | 74 123 | 14 400 |
| - | 10 325 | - | - | 4 324 | 4 325 |
| - | 25 178 | - | - | 7 154 | 7 178 |
| - | 2 131 | - | 25 954 | - 6 669 | 16 085 |
| | | | | 22 750 | |
| - | 577 | - | 3 000 | - 523 | 2 077 |
| | | | | 2 598 | |
| - | 9 326 | 9 000 | 10 984 | 16 126 | 9 600 |
| | | | | 1 183 | |
| 10 | - | - | 89 012 | - 22 160 | |
| | | | | 62 330 | |
| - | 22 522 | - | - | 10 431 | 10 522 |
| - | 256 | 9 000 | 15 000 | - 2 494 | 2 400 |
| | | | | 4 998 | |
| - | - | - | 14 158 | - 6 600 | 5 158 |
| | | | | 11 696 | |
| - | 19 029 | - | 2 043 | 7 012 | 9 072 |
| - | 3 347 | - | 14 799 | 2 797 | 2 400 |
| | | | | 12 692 | |
| - | 5 263 | - | 107 376 | - 8 380 | 9 600 |
| | | | | 59 635 | |
| | | | | 44 570 | |
| - | 9 735 | - | 4 958 | 3 185 | 2 400 |
| | | | | 1 740 | |
| - | 6 159 | - | 289 | 38 | |
| 4 | 14 868 | - | 3 496 | 9 771 | 4 800 |
| - | 13 976 | - | 5 000 | 12 422 | 2 400 |
| | | | | 2 386 | |
| - | 2 755 | - | 6 000 | - 257 | 5 755 |
| | | | | 6 000 | |
| - | - | 1 270 | 1 270 | 4 | 750 |
| - | 779 | 8 000 | 9 000 | 7 679 | 4 800 |
| | | | | 598 | |
| - | 12 459 | - | 23 170 | 4 486 | 4 800 |
| - | 9 375 | - | 7 959 | 2 661 | |
| - | 31 114 | - | - | 23 481 | 19 200 |
| - | 58 550 | - | - | 37 798 | 37 800 |
| 2 | 27 231 | - | - | 21 196 | 4 800 |
| 88 | 19 246 | - | - | 2 522 | |
| 2 | 53 895 | - | - | 44 508 | 4 800 |
| 4 | 97 798 | - | - | 79 042 | 9 600 |
| 36 | 10 016 | - | - | - 2 921 | |
| 4 | 105 137 | - | - | 86 373 | 9 600 |
| 22 | 53 806 | - | - | 35 243 | 7 200 |
| - | 12 518 | - | - | - 2 096 | |
| - | 6 341 | - | - | 2 034 | 2 400 |
| 17 | 22 641 | - | - | 7 038 | 2 400 |
| - | 30 288 | - | - | 25 960 | 2 400 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 54 326 | - | - | | 49 107 | 12 000 |
| 414 | 120 535 | - | - | | 436 | |
| - | 23 288 | - | - | | 10 534 | 10 538 |
| - | 9 438 | - | - | | 8 935 | 2 400 |
| - | 6 679 | - | - | | 3 656 | 3 679 |
| - | 2 883 | - | - | | 2 131 | 2 133 |
| - | 16 800 | - | - | | 7 790 | 7 800 |
| - | 16 981 | - | - | | 4 957 | 4 981 |
| - | 6 578 | - | - | | 3 576 | 3 578 |
| - | 3 315 | - | - | | 1 814 | 1 815 |
| - | 4 185 | - | - | | 3 431 | 2 400 |
| - | 12 814 | - | - | | 6 811 | 6 814 |
| - | 991 | - | - | | 240 | 241 |
| - | 1 033 | - | - | | 282 | 283 |
| 52 | 15 202 | - | - | | 691 | |
| - | 6 477 | - | - | | 2 713 | 2 400 |
| - | 12 566 | - | - | | 1 735 | |
| - | 355 852 | - | - | | 255 981 | 62 400 |
| - | 12 492 | - | - | | 9 831 | 2 400 |
| - | 4 359 | - | - | | 2 859 | 2 859 |
| - | 14 917 | - | - | | 10 735 | 2 400 |
| - | 416 059 | - | - | | 373 580 | 38 400 |
| - | 11 866 | - | - | | 1 836 | |
| - | 5 287 | - | - | | 2 781 | |
| - | 25 569 | - | - | | 17 246 | 4 800 |
| - | 12 108 | - | - | | 7 954 | 2 400 |
| - | 11 076 | - | - | | 5 056 | 5 076 |
| - | 24 346 | - | - | | 13 012 | 4 800 |
| - | 2 090 | - | - | - | 163 | |
| - | 13 769 | - | - | | 8 569 | 8 569 |

|  | 128 263,50 | 251 461,05 |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Standard cost | Amount$ | Price in whose list | Common |  | Amount$ |
| 0,4800 | 492,96 | Koson |  |  | 724,0350 |
|  |  |  |  |  |  |
| 0,4800 | 500,16 | Koson |  |  | 734,6100 |
|  |  |  |  |  |  |
| 2,3240 | 567,06 | Purchsed history |  |  | 562,4080 |
| 0,0034 | 37,49 | Koson |  |  |  |
| 0,0014 | 5,63 | Koson |  |  | 3,3435 |
| 0,0027 | 9,42 | Koson |  |  | 6,4800 |
|  |  |  |  |  |  |
| 0,0005 | 33,32 | Koson |  |  | 24,2546 |
|  |  |  |  |  |  |
| 0,0017 | 107,33 | Koson |  |  | 36,7200 |
|  |  |  |  |  |  |
| 0,0005 |  | Koson |  |  | 0,4363 |
| 0,0400 | 209,96 | Koson |  |  | 99,7200 |
| 0,0030 | 12,11 | Koson |  |  | 12,3060 |
| 0,0251 | 308,20 | Koson |  |  | 60,2400 |
| 0,7859 | 29798,18 | Koson |  |  | 3772,3200 |
| 0,0216 | 17,47 | Koson |  |  | 51,8400 |
| 0,1810 | 255,93 | Koson |  |  | 257,0200 |
| 0,0064 | 1396,36 | Koson |  |  | 107,5200 |
|  |  |  |  |  |  |
| 0,3800 | 930,24 | Koson |  |  |  |
| 0,1273 | 547,01 | Koson |  |  | 547,3900 |
| 0,1200 | 2159,88 | Koson |  |  | 2304,0000 |
| 0,0027 | 46,52 | Koson |  |  | 25,9200 |
| 0,0040 | 74,09 | Koson |  |  | 74,2800 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 0,0464 | 12940,22 | Koson |  |  | 3563,5200 |
| 0,1500 | 6064,35 | Koson |  |  | 1584,7500 |
| 0,0098 | 76,53 | Koson |  |  | 157,2606 |
| 0,0099 | 201,50 | Koson |  |  | 201,7620 |
| 0,0007 | 35,80 | Koson |  |  | 20,1600 |
| 0,0025 | 21,07 | Koson |  |  | 6,0000 |
| 0,0077 | 254,03 | Koson |  |  | 254,3618 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 0,5650 | 1134,52 | Koson |  |  | 1514,0320 |
|  |  |  |  |  |  |
| 0,0030 | 35,50 | Koson |  |  | 35,5290 |
| 0,0070 | 107,84 | Koson |  |  | 108,0380 |
|  |  |  |  |  |  |
| 0,0169 | 173,43 | Koson |  |  | 40,5600 |
| 0,1480 | 354,76 | Koson |  |  | 354,7560 |
| 3,5730 | 36344,56 | Koson |  |  | 8575,2000 |
|  |  |  |  |  |  |
| 2,7200 | 39200,64 | Koson |  |  | 5429,1200 |
|  |  |  |  |  |  |
| 0,1880 | 6235,96 | Koson |  |  | 902,4000 |
|  |  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| 0,0034 | 282,47 | Koson | | 181,5566 |
| 0,0980 | 2156,20 | Koson | | 235,2000 |
| | | | | |
| 0,0700 | 8459,92 | Koson | | 2016,0000 |
| | | | | |
| 0,1950 | 268,13 | Koson | | |
| | | | | |
| 0,5500 | 40767,65 | Koson | | 7920,0000 |
| 0,0097 | 41,94 | Koson | | 41,9525 |
| 0,0080 | 57,23 | Koson | | 57,4240 |
| 0,0300 | 482,43 | Koson | | 482,5500 |
| | | | | |
| 0,1890 | 392,18 | Koson | | 392,5530 |
| | | | | |
| 0,7150 | 12375,94 | Koson | | 6864,0000 |
| | | | | |
| 0,0016 | 64,27 | Koson | | |
| | | | | |
| 0,0010 | 10,43 | Koson | | 10,5220 |
| 3,5300 | 8839,12 | Koson | | 8472,0000 |
| | | | | |
| 0,0110 | 56,06 | Koson | | 56,7380 |
| | | | | |
| 0,0040 | 28,05 | Koson | | 36,2880 |
| 0,0014 | 21,68 | Koson | | 3,3600 |
| | | | | |
| 0,0043 | 412,05 | Koson | | 41,2800 |
| | | | | |
| | | | | |
| 0,0005 | 2,66 | Koson | | 1,2960 |
| | | | | |
| 0,1357 | 5,16 | Koson | | |
| 0,0014 | 13,68 | Koson | | 6,7200 |
| 0,0020 | 29,62 | Koson | | 4,8000 |
| | | | | |
| 0,0335 | 192,39 | Koson | | 192,7925 |
| | | | | |
| 2,0554 | 8,22 | | | 1596,3636 |
| 1,1300 | 9353,01 | Koson | | 5424,0000 |
| | | | | |
| 0,0152 | 68,19 | Koson | | 72,9600 |
| 0,0057 | 15,17 | Koson | | |
| 0,0585 | 1373,64 | Koson | | 1123,2000 |
| 0,0276 | 1042,61 | Koson | | 1042,6686 |
| 0,0090 | 190,76 | Koson | | 43,2000 |
| 0,0040 | 10,09 | Koson | | |
| 0,0040 | 178,03 | Koson | | 19,2000 |
| 0,0028 | 221,32 | Koson | | 26,8800 |
| 0,0120 | | Koson | | |
| 0,0184 | 1589,26 | Koson | | 176,6400 |
| 0,0003 | 10,57 | Koson | | 2,1600 |
| 0,0014 | | Koson | | |
| 0,0013 | 2,64 | Koson | | 3,1200 |
| 0,0500 | 351,90 | Purchsed history | | 49,4545 |
| 0,0087 | 225,85 | Koson | | 20,8800 |

| | | | | |
|---|---|---|---|---|
| 0,0495 | 2430,80 | Koson | | 594,0000 |
| 0,0042 | 1,83 | Koson | | |
| 0,0038 | 40,03 | Koson | | 40,0444 |
| 0,0041 | 36,63 | Koson | | 9,8400 |
| 0,0064 | 23,40 | Koson | | 23,5456 |
| 0,0467 | 99,52 | Koson | | 99,6111 |
| 0,1520 | 1184,08 | Koson | | 1185,6000 |
| 0,0429 | 212,66 | Koson | | 213,6849 |
| 0,0109 | 38,98 | Koson | | 39,0002 |
| 0,0017 | 3,08 | Koson | | 3,0855 |
| 0,0020 | 6,86 | Koson | | 4,8000 |
| 0,3970 | 2703,97 | Koson | | 2705,1580 |
| 1,6700 | 400,80 | Koson | | 402,4700 |
| 1,0063 | 283,78 | Koson | | 284,7829 |
| 0,0007 | 0,48 | Koson | | |
| 0,0120 | 32,56 | Koson | | 28,8000 |
| 0,0015 | 2,60 | Koson | | |
| 0,0054 | 1382,30 | Koson | | 336,9600 |
| 0,1330 | 1307,52 | Koson | | 319,2000 |
| 0,3780 | 1080,70 | Koson | | 1080,7020 |
| 0,0470 | 504,55 | Koson | | 112,8000 |
| 0,0018 | 672,44 | Koson | | 69,1200 |
| 0,0013 | 2,38 | Koson | | |
| 0,1937 | 538,68 | Koson | | |
| 0,0203 | 350,09 | Koson | | 97,4400 |
| 0,4262 | 3389,99 | Koson | | 1022,8800 |
| 0,0665 | 336,22 | Koson | | 337,5540 |
| 0,3139 | 4084,47 | Koson | | 1506,7200 |
| 1,8110 | | Koson | | |
| 0,0022 | 19,10 | Koson | | 19,1003 |

| Diff | Canoo only | Canoo common |
|---|---|---|
| -231,075 | #N/A | #N/A |
| -234,450 | #N/A | #N/A |
| 4,648 | #N/A | #N/A |
| 37,485 | #N/A | 0 |
| 2,288 | #N/A | 7,30568 |
| 2,943 | #N/A | #N/A |
| 9,062 | #N/A | 33,31692 |
| 70,615 | #N/A | 0 |
| -0,436 | #N/A | #N/A |
| 110,240 | #N/A | 209,96 |
| -0,192 | #N/A | #N/A |
| 247,963 | #N/A | 308,2029 |
| 26025,864 | #N/A | 29798,1844 |
| -34,366 | #N/A | #N/A |
| -1,086 | #N/A | #N/A |
| 1288,845 | #N/A | 1396,3648 |
| 930,240 | #N/A | 930,24 |
| -0,382 | #N/A | #N/A |
| -144,120 | #N/A | #N/A |
| 20,601 | #N/A | 46,521 |
| -0,188 | #N/A | #N/A |
| 9376,698 | #N/A | 12940,2176 |
| 4479,600 | #N/A | 6064,35 |
| -80,732 | #N/A | #N/A |
| -0,257 | #N/A | #N/A |
| 15,643 | #N/A | #N/A |
| 15,068 | #N/A | #N/A |
| -0,331 | #N/A | #N/A |
| -379,512 | #N/A | 1134,52 |
| -0,033 | #N/A | #N/A |
| -0,196 | #N/A | #N/A |
| 132,868 | #N/A | 173,4278 |
| 0,000 | #N/A | 354,756 |
| 27769,356 | #N/A | 36344,556 |
| 33771,520 | #N/A | #N/A |
| 5333,560 | #N/A | 6235,96 |

| | | |
|---|---|---|
| 100,909 | #N/A | 282,4652 |
| 1920,996 | #N/A | 2156,196 |
| 6443,920 | #N/A | 8459,92 |
| 268,125 | #N/A | 268,125 |
| 32847,650 | #N/A | #N/A |
| -0,010 | #N/A | #N/A |
| -0,192 | #N/A | #N/A |
| -0,120 | #N/A | #N/A |
| -0,378 | #N/A | #N/A |
| 5511,935 | #N/A | #N/A |
| 64,272 | #N/A | 64,272 |
| -0,091 | #N/A | #N/A |
| 367,120 | #N/A | #N/A |
| -0,682 | #N/A | #N/A |
| -8,240 | #N/A | #N/A |
| 18,325 | #N/A | 21,6846 |
| 370,768 | #N/A | 412,0475 |
| 1,364 | #N/A | 2,6595 |
| 5,157 | #N/A | 5,1566 |
| 6,959 | #N/A | 13,6794 |
| 24,816 | #N/A | 29,616 |
| -0,402 | #N/A | #N/A |
| -1588,142 | #N/A | #N/A |
| 3929,010 | #N/A | #N/A |
| -4,773 | #N/A | 68,1872 |
| 15,168 | #N/A | 15,1677 |
| 250,439 | #N/A | #N/A |
| -0,055 | #N/A | #N/A |
| 147,564 | #N/A | 190,764 |
| 10,088 | #N/A | 10,088 |
| 158,832 | #N/A | 178,032 |
| 194,438 | #N/A | 221,3176 |
| 0,000 | #N/A | 0 |
| 1412,623 | #N/A | 1589,2632 |
| 8,413 | #N/A | 10,5729 |
| 0,000 | #N/A | 0 |
| -0,476 | #N/A | 2,6442 |
| 302,445 | #N/A | 351,9 |
| 204,972 | #N/A | 225,852 |

| | | |
|---:|:---:|---:|
| 1836,797 | #N/A | #N/A |
| 1,831 | #N/A | #N/A |
| -0,015 | #N/A | #N/A |
| 26,794 | #N/A | #N/A |
| -0,147 | #N/A | #N/A |
| -0,093 | #N/A | #N/A |
| -1,520 | #N/A | #N/A |
| -1,030 | #N/A | #N/A |
| -0,022 | #N/A | 38,9784 |
| -0,002 | #N/A | 3,0838 |
| 2,062 | #N/A | #N/A |
| -1,191 | #N/A | #N/A |
| -1,670 | #N/A | #N/A |
| -1,006 | #N/A | #N/A |
| 0,484 | #N/A | #N/A |
| 3,756 | #N/A | 32,556 |
| 2,603 | #N/A | #N/A |
| 1045,337 | #N/A | 1382,2974 |
| 988,323 | #N/A | 1307,523 |
| 0,000 | #N/A | #N/A |
| 391,745 | #N/A | 504,545 |
| 603,324 | #N/A | 672,444 |
| 2,384 | #N/A | 2,383844238 |
| 538,680 | #N/A | 538,6797 |
| 252,654 | #N/A | 350,0938 |
| 2367,115 | #N/A | 3389,9948 |
| -1,330 | #N/A | #N/A |
| 2577,747 | #N/A | 4084,4668 |
| 0,000 | #N/A | #N/A |
| 0,000 | #N/A | #N/A |

