## EXHIBIT B

## SUMMARY OF DISBURSEMENTS

**brown**rudnick

| | |
|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice     6969417 |
| 27000 HILLS TECH CT. | Date    Nov 29, 2023 |
| FARMINGTON HILLS, MI 48331 | Client     039963 |

RE: COSTS

<div style="background:black;color:white;text-align:center">I N V O I C E</div>

For professional services rendered in connection with the above captioned matter
through October 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0001 | COSTS | 0.00 | 1,664.93 | 1,664.93 |
| | **Total** | **0.00** | **1,664.93** | **1,664.93** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $1,664.93 |
| **Total Invoice** | **$1,664.93** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
RE: COSTS
November 29, 2023

Invoice 6969417
Page 2

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 09/28/23 | TAXI - 9/27/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 092823; DATE: 9/28/2023 | 88.74 |
| 10/01/23 | PACER | 14.70 |
| 10/02/23 | COPIES | 7.80 |
| 10/02/23 | COPIES | 0.10 |
| 10/02/23 | COPIES | 39.40 |
| 10/02/23 | COPIES | 22.00 |
| 10/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 10/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 10/03/23 | COPIES | 0.30 |
| 10/03/23 | COPIES | 25.30 |
| 10/03/23 | COPIES | 0.20 |
| 10/03/23 | COPIES | 0.40 |
| 10/03/23 | COPIES | 2.10 |
| 10/03/23 | COPIES | 2.60 |
| 10/03/23 | COPIES | 4.80 |
| 10/03/23 | COPIES | 15.70 |
| 10/03/23 | COPIES | 0.40 |
| 10/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 10/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 10/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 10/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 10/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 10/06/23 | COPIES | 1.20 |
| 10/10/23 | COPIES | 0.70 |
| 10/10/23 | COPIES | 0.20 |
| 10/17/23 | COPIES | 0.60 |
| 10/17/23 | COPIES | 10.70 |
| 10/17/23 | COPIES | 0.60 |
| 10/17/23 | COPIES | 1.90 |
| 10/17/23 | COPIES | 1.00 |
| 10/17/23 | COPIES | 1.20 |
| 10/17/23 | COPIES | 1.40 |
| 10/17/23 | COPIES | 2.40 |
| 10/17/23 | COPIES | 0.10 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
RE: COSTS
November 29, 2023

Invoice 6969417
Page 3

| Date | Description | Value |
|------|-------------|-------|
| 10/17/23 | COPIES | 4.80 |
| 10/17/23 | COPIES | 1.80 |
| 10/17/23 | COPIES | 2.00 |
| 10/17/23 | COPIES | 1.00 |
| 10/17/23 | COPIES | 1.70 |
| 10/17/23 | COPIES | 1.30 |
| 10/17/23 | COPIES | 0.80 |
| 10/17/23 | COPIES | 0.90 |
| 10/17/23 | COPIES | 1.50 |
| 10/17/23 | COPIES | 0.10 |
| 10/17/23 | COPIES | 0.90 |
| 10/17/23 | COPIES | 0.90 |
| 10/17/23 | COPIES | 0.70 |
| 10/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 10/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 10/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 219.00 |
| 10/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 10/23/23 | COPIES | 4.50 |
| 10/23/23 | COPIES | 2.60 |
| 10/23/23 | COPIES | 1.30 |
| 10/23/23 | COPIES | 1.50 |
| 10/23/23 | COPIES | 1.40 |
| 10/23/23 | COPIES | 0.10 |
| 10/23/23 | COPIES | 1.40 |
| 10/23/23 | COPIES | 0.20 |
| 10/23/23 | COPIES | 0.10 |
| 10/23/23 | COPIES | 1.30 |
| 10/23/23 | COPIES | 0.10 |
| 10/23/23 | COPIES | 1.60 |
| 10/23/23 | COPIES | 1.40 |
| 10/23/23 | COPIES | 0.10 |
| 10/23/23 | COPIES | 1.40 |
| 10/23/23 | COPIES | 0.10 |
| 10/23/23 | COPIES | 0.30 |
| 10/23/23 | COPIES | 0.10 |
| 10/24/23 | COPIES | 0.20 |
| 10/24/23 | COPIES | 0.30 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
RE: COSTS
November 29, 2023

Invoice 6969417
Page 4

| Date | Description | Value |
|---|---|---|
| 10/24/23 | COPIES | 23.10 |
| 10/24/23 | COPIES | 1.20 |
| 10/24/23 | COPIES | 3.00 |
| 10/24/23 | COPIES | 2.40 |
| 10/24/23 | COPIES | 3.30 |
| 10/24/23 | COPIES | 3.20 |
| 10/24/23 | COPIES | 2.00 |
| 10/24/23 | COPIES | 6.70 |
| 10/24/23 | COPIES | 20.80 |
| 10/24/23 | COPIES | 22.90 |
| 10/26/23 | COPIES | 1.70 |
| 10/30/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5003775; DATE: 10/26/2023 | 246.49 |
| 10/30/23 | COPIES | 2.40 |
| 10/30/23 | COPIES | 3.30 |
| 10/30/23 | COPIES | 3.20 |
| 10/30/23 | COPIES | 2.00 |
| 10/30/23 | COPIES | 6.90 |
| 10/30/23 | COPIES | 23.50 |
| 10/30/23 | COPIES | 19.70 |
| 10/30/23 | COPIES | 0.90 |
| 10/30/23 | COPIES | 0.40 |
| 10/30/23 | COPIES | 0.20 |
| 10/30/23 | COPIES | 42.90 |
| 10/30/23 | COPIES | 5.60 |
| 10/30/23 | COPIES | 1.20 |
| 10/30/23 | COPIES | 3.00 |
| 10/31/23 | COPIES | 5.90 |
| 10/31/23 | COPIES | 0.30 |
| 10/31/23 | COPIES | 3.80 |
| | **Total Costs** | **1,664.93** |

## C O S T   S U M M A R Y

| Description | Value |
|---|---|
| OUTSIDE COPIES | 246.49 |
| TAXI | 88.74 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 918.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
RE: COSTS
November 29, 2023

Invoice 6969417
Page 5

| Description | Value |
|---|---:|
| PACER | 14.70 |
| COPIES | 397.00 |
| **Total Costs** | **1,664.93** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6969417 |
| Date | Nov 29, 2023 |
| Client | 039963 |

RE: COSTS



Remittance

**Balance Due: $1,664.93**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number