# EXHIBIT A

## Compensation By Category – Second Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 26.20 | $14,275.00 |
| B130 Asset Disposition | 8.50 | $4,899.00 |
| B140 Relief from Stay/Adequate Protection Proceedings | 3.80 | $2,522.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 15.10 | $11,342.50 |
| B160 Retention Applications (MJ) | 4.10 | $1,772.00 |
| B165 Retention Applications (Others) | 8.70 | $4,939.50 |
| B170 Fee Applications (MJ) | 4.60 | $1,160.00 |
| B175 Fee Applications (Others) | 0.30 | $238.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 6.60 | $4,314.00 |
| B220 Employee Benefits/Pensions | 21.00 | $9,347.50 |
| B310 Claims Administration and Objections | 0.90 | $715.50 |
| B320 Plan and Disclosure Statement | 34.70 | $26,158.50 |
| B430A Court Hearings: Attendance and Preparation | 4.70 | $3,435.00 |
| **Totals** | **139.50** | **$85,234.50** |

16413003/1

## Timekeeper Summary – Second Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $795.00 | 25.50 | $9,817.50 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $750.00 | 27.50 | $20,625.00 |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | $660.00 | 3.40 | $2,244.00 |
| Brian M. Ellis | Member of the Delaware Bar since 2005; Partner in the Real Estate and Tax, Estates and Business Transactions Departments since 2005 | $500.00 | 6.30 | $3,150.00 |
| Siena B. Cerra | Member of the Pennsylvania Bar since 2023; Associate in Bankruptcy Department since 2023 | $385.00 | 25.50 | $9,817.50 |
| Christopher M. Donnelly | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $385.00 | 2.10 | $808.50 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $350.00 | 14.30 | $5,005.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $350.00 | 6.50 | $2,275.00 |
| Jessica K. Farenski | Case Manager | $125.00 | 2.30 | $287.50 |
| **Totals** | | | **139.50** | **$85,234.50** |
| **Blended Rate $611.00** | | | | |

2



500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750


Federal Tax I.D. 51-0023480


Lordstown Motors Corp. Official Committee of Equity Security
Holders

December 7, 2023
Invoice 598043

| Matter Name: | Lordstown Motor Corp., et al. |
|---|---|
| Matter Number: | 142570-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through October 31, 2023**

| | |
|---|---|
| **Fees** | **$85,234.50** |
| **Disbursements** | **$1,256.25** |
| **Total Charges** | **$86,490.75** |

| Fee Recap | | | | |
|---|---|---|---|---|
| | | **Hours** | **Rate/Hours** | **Amount** |
| Brian M. Ellis | Partner | 6.30 | 500.00 | 3,150.00 |
| Brya M. Keilson | Partner | 27.50 | 750.00 | 20,625.00 |
| Eric J. Monzo | Partner | 51.60 | 795.00 | 41,022.00 |
| Siena B. Cerra | Associate | 25.50 | 385.00 | 9,817.50 |
| Christopher M. Donnelly | Associate | 2.10 | 385.00 | 808.50 |
| Tara C. Pakrouh | Associate | 3.40 | 660.00 | 2,244.00 |
| Douglas J. Depta | Paralegal | 6.50 | 350.00 | 2,275.00 |
| Stephanie A. Lisko | Paralegal | 14.30 | 350.00 | 5,005.00 |
| Jessica K. Farenski | Case Manager | 2.30 | 125.00 | 287.50 |
| | **Totals** | **139.50** | | **85,234.50** |

Matter Number: 142570-0001
12/07/23
Page 2

---

| **Services by Task Code** | | | |
| --- | --- | --- | --- |
| | | **Hours** | **Amount** |
| B110 | Case Administration | 26.20 | 14,275.00 |
| B130 | Asset Disposition | 8.50 | 4,899.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 3.80 | 2,522.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 15.10 | 11,342.50 |
| B160 | Retention Applications (MJ) | 4.10 | 1,772.00 |
| B165 | Retention Applications (Others) | 8.70 | 4,939.50 |
| B170 | Fee Applications (MJ) | 4.60 | 1,160.00 |
| B175 | Fee Applications (Others) | 0.30 | 238.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6.60 | 4,314.00 |
| B220 | Employee Benefits/Pensions | 21.30 | 9,463.00 |
| B310 | Claims Administration and Objections | 0.90 | 715.50 |
| B320 | Plan and Disclosure Statement | 34.70 | 26,158.50 |
| B430A | Court Hearings: Attendance and Preparation | 4.70 | 3,435.00 |
| | **Totals** | **139.50** | **$85,234.50** |

---

| **Fees** | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Atty | Description | Hours | Rate | Amount |
| **B110 Case Administration** | | | | | |
| 10/02/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.40 | 350.00 | 140.00 |
| 10/02/23 | SAL | Emails with B. Keilson re COC re securities trading motion. | 0.20 | 350.00 | 70.00 |
| 10/02/23 | EJM | Review analysis re corporate issues. | 0.80 | 795.00 | 636.00 |
| 10/02/23 | CMD | Prepare for and call with R. Basch re claim (.5); emails to and from E. Monzo and B. Keilson re same (.3). | 0.80 | 385.00 | 308.00 |
| 10/02/23 | CMD | Call with L. Williams re claim (.2); emails to and from E. Monzo and B. Keilson re summary and response (.4). | 0.60 | 385.00 | 231.00 |
| 10/03/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 10/03/23 | SAL | Review agenda for October 5 hearing, register appearances and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/03/23 | EJM | Review agenda for hearing agenda and witness and exhibit list. | 0.50 | 795.00 | 397.50 |
| 10/03/23 | EJM | Review SEC motion to extend time. | 0.50 | 795.00 | 397.50 |
| 10/03/23 | CMD | Draft internal communication re case staus. | 0.60 | 385.00 | 231.00 |
| 10/05/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 10/05/23 | SAL | Review amended agenda for October 5 hearing and | 0.10 | 350.00 | 35.00 |

Matter Number: 142570-0001
12/07/23
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | update case calendar and folder. | | | |
| 10/05/23 | DJD | Email transcriber requesting Oct 5 transcript. | 0.10 | 350.00 | 35.00 |
| 10/05/23 | DJD | Review Oct 5 hearing transcript, circulate, and update case folder. | 0.20 | 350.00 | 70.00 |
| 10/06/23 | SAL | Review relevant pleadings filed and update case folder. | 0.40 | 350.00 | 140.00 |
| 10/09/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/11/23 | EJM | Review agenda rescheduling hearing. | 0.10 | 795.00 | 79.50 |
| 10/11/23 | SAL | Emails with E. Monzo and co-counsel re critical dates calendar. | 0.20 | 350.00 | 70.00 |
| 10/11/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 10/12/23 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 350.00 | 70.00 |
| 10/13/23 | EJM | Review agenda for hearing. | 0.10 | 795.00 | 79.50 |
| 10/13/23 | SAL | Emails with co-counsel re October 18 hearing and appearances. | 0.30 | 350.00 | 105.00 |
| 10/14/23 | EJM | Emails with debtors' counsel re agenda and matters scheduled for upcoming hearing. | 0.30 | 795.00 | 238.50 |
| 10/16/23 | SAL | Review agenda for October 18 hearing, register appearances for MJ, BR and M3, emails circulating same, and update case calendar and folder. | 0.60 | 350.00 | 210.00 |
| 10/16/23 | EJM | Review agenda for hearing. | 0.20 | 795.00 | 159.00 |
| 10/16/23 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 350.00 | 70.00 |
| 10/16/23 | EJM | Review amended agenda for hearing. | 0.20 | 795.00 | 159.00 |
| 10/16/23 | BMK | Emails with S. Lisko and E. Monzo regarding upcoming hearing and review updates. | 0.70 | 750.00 | 525.00 |
| 10/17/23 | SAL | Review amended agenda for October 18 hearing and update case calendar and folder. | 0.10 | 350.00 | 35.00 |
| 10/17/23 | SAL | Emails with co-counsel re October 18 hearing and appearance registrations. | 0.30 | 350.00 | 105.00 |
| 10/17/23 | SAL | Emails with T. Pakrouh, register appearance for October 18 hearing and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 10/17/23 | TCP | Confer with MJ team re covering hearing (.5); emails with same re same (.2). | 0.70 | 660.00 | 462.00 |
| 10/18/23 | SAL | Review relevant pleadings filed, update critical dates and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/19/23 | DJD | Email transcriber re Oct 18 transcript. | 0.10 | 350.00 | 35.00 |
| 10/19/23 | SAL | Emails with B. Keilson re hearing summary and update case folder. | 0.10 | 350.00 | 35.00 |
| 10/20/23 | DJD | Review relevant pleadings, update case folder, and update calendar. | 0.40 | 350.00 | 140.00 |
| 10/20/23 | DJD | Review Oct 18 hearing transcript, circulate, and update case folder. | 0.20 | 350.00 | 70.00 |
| 10/20/23 | BMK | Emails with professionals regarding updates and review relevant deck. | 0.90 | 750.00 | 675.00 |
| 10/23/23 | SAL | Review relevant pleadings filed, update critical date and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/23/23 | EJM | Review Order re omnibus hearing. | 0.10 | 795.00 | 79.50 |
| 10/23/23 | EJM | Review notice of hearing. | 0.10 | 795.00 | 79.50 |
| 10/23/23 | SAL | Review agenda for October 25 hearing, emails to co-counsel re appearances, register appearances, and update case calendar and folder. | 0.50 | 350.00 | 175.00 |

Matter Number:  142570-0001
12/07/23
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/23/23 | BMK | Emails with S. Cerra and co-counsel regarding open issues and analysis and review relevant documents. | 1.10 | 750.00 | 825.00 |
| 10/23/23 | BMK | Emails with S. Cerra regarding open questions regarding relevant analysis. | 0.40 | 750.00 | 300.00 |
| 10/24/23 | SAL | Emails with co-counsel and Reliable circulating transcripts and update case folders. | 0.30 | 350.00 | 105.00 |
| 10/24/23 | SBC | Review employee agreements and prepare corresponding organizational chart. | 3.00 | 385.00 | 1,155.00 |
| 10/24/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/24/23 | BMK | Emails and calls with co-counsel and S. Cerra regarding analysis of open issues and relevant case law (.9); review case law (.7). | 1.60 | 750.00 | 1,200.00 |
| 10/25/23 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 350.00 | 35.00 |
| 10/25/23 | BMK | Emails and calls with S. Cerra regarding open issues on analysis of bonuses and severance (.9); review relevant case law (.8); emails with co-counsel regarding same (.4). | 2.10 | 750.00 | 1,575.00 |
| 10/26/23 | SAL | Emails with co-counsel and Reliable re October 25 hearing transcript. | 0.20 | 350.00 | 70.00 |
| 10/27/23 | EJM | Review notice of agenda for hearing. | 0.20 | 795.00 | 159.00 |
| 10/30/23 | SAL | Review agenda for October 31 hearing, register appearances, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/30/23 | BMK | Emails with co-counsel, committee member and KCC regarding service questions. | 0.60 | 750.00 | 450.00 |
| 10/30/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/30/23 | SAL | Email to co-counsel re October 31 hearing appearances. | 0.10 | 350.00 | 35.00 |
| 10/30/23 | EJM | Review agenda for hearing. | 0.20 | 795.00 | 159.00 |
| 10/31/23 | SAL | Review amended and second amended agenda for October 31 hearing and other relevant pleadings filed and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 10/31/23 | SAL | Emails with S. Cerra re docket notifications and set up same. | 0.10 | 350.00 | 35.00 |
| 10/31/23 | SAL | Emails with co-counsel re PHV motions and annual fee. | 0.10 | 350.00 | 35.00 |
| 10/31/23 | SBC | Review intervention stipulation. | 0.50 | 385.00 | 192.50 |
| 10/31/23 | EJM | Emails internally re joinders and review draft of same. | 0.60 | 795.00 | 477.00 |
|  |  | **Task Code Subtotal** | **26.20** |  | **14,275.00** |

**B130 Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/23 | EJM | Emails re sale related issues and update. | 0.40 | 795.00 | 318.00 |
| 10/03/23 | BME | Legal research re stockholders, securities and asset sales. | 2.20 | 500.00 | 1,100.00 |
| 10/05/23 | BME | Legal research and voting rights. | 2.60 | 500.00 | 1,300.00 |
| 10/12/23 | EJM | Review US objection to sale. | 0.90 | 795.00 | 715.50 |
| 10/16/23 | BME | Preparation for call; research re: case law; call to discuss with White & Case attorneys. | 1.50 | 500.00 | 750.00 |
| 10/18/23 | EJM | Review form of sale Order. | 0.90 | 795.00 | 715.50 |
|  |  | **Task Code Subtotal** | **8.50** |  | **4,899.00** |

**B140 Relief from Stay/Adequate Protection Proceedings**

Matter Number: 142570-0001
12/07/23
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/11/23 | EJM | Emails with co-counsel re motion to defraud and joinder; internal communications for filings. | 0.60 | 795.00 | 477.00 |
| 10/11/23 | EJM | Review objection to shareholder motion. | 0.50 | 795.00 | 397.50 |
| 10/11/23 | EJM | Review of draft joinder in support of opposition to motion to defraud. | 0.50 | 795.00 | 397.50 |
| 10/11/23 | SAL | Emails with E. Monzo and co-counsel re joinder to objection to Singh motion for relief. | 0.20 | 350.00 | 70.00 |
| 10/11/23 | SAL | Review and update joinder to objection to Singh motion for relief and draft COS. | 0.30 | 350.00 | 105.00 |
| 10/11/23 | SAL | Finalize, file, circulate, and serve joinder to objection to Singh motion for relief. | 0.50 | 350.00 | 175.00 |
| 10/11/23 | BMK | Emails with S. Lisko, E. Monzo and co-counsel regarding draft joinder to Singh motion (.6); review draft (.6). | 1.20 | 750.00 | 900.00 |
| | | **Task Code Subtotal** | **3.80** | | **2,522.00** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/23 | EJM | Address equity holder inquiry re proof of claim deadline and correspond with C. Donnelly. | 0.20 | 795.00 | 159.00 |
| 10/03/23 | EJM | Discussion with equity holders re proofs of claim. | 0.40 | 795.00 | 318.00 |
| 10/03/23 | EJM | Field calls of equity holders and inquiries. | 0.20 | 795.00 | 159.00 |
| 10/04/23 | EJM | Review Order re trading and emails with committee members. | 0.30 | 795.00 | 238.50 |
| 10/05/23 | EJM | Emails with co-counsel and B. Keilson re case update. | 0.20 | 795.00 | 159.00 |
| 10/05/23 | EJM | Review agenda for committee call. | 0.20 | 795.00 | 159.00 |
| 10/06/23 | BMK | Attend committee call. | 0.50 | 750.00 | 375.00 |
| 10/06/23 | BMK | Emails with co-counsel and committee regarding updates. | 0.40 | 750.00 | 300.00 |
| 10/06/23 | EJM | Attend weekly committee meeting. | 1.00 | 795.00 | 795.00 |
| 10/13/23 | EJM | Attend weekly committee call. | 0.50 | 795.00 | 397.50 |
| 10/16/23 | BMK | Emails with co-counsel and committee regarding updates and draft Plan (.3); review draft (.8). | 1.10 | 750.00 | 825.00 |
| 10/18/23 | EJM | Emails with committee re update on sale. | 0.30 | 795.00 | 238.50 |
| 10/18/23 | BMK | Emails with co-counsel and committee regarding updates and hearing. | 0.50 | 750.00 | 375.00 |
| 10/19/23 | BMK | Emails with co-counsel and committee regarding updates. | 0.30 | 750.00 | 225.00 |
| 10/20/23 | BMK | Attend committee call. | 0.60 | 750.00 | 450.00 |
| 10/23/23 | BMK | Emails with co-counsel and committee regarding updates. | 0.40 | 750.00 | 300.00 |
| 10/26/23 | EJM | Review analysis and financial information and contracts re request for executive compensation. | 2.60 | 795.00 | 2,067.00 |
| 10/26/23 | EJM | Discussion with co-counsel and financial professionals re retention and employee request; discussion with S. Cerra. | 0.60 | 795.00 | 477.00 |
| 10/26/23 | EJM | Review agenda for committee discussion. | 0.30 | 795.00 | 238.50 |
| 10/26/23 | BMK | Emails with co-counsel and committee regarding upcoming call and agenda. | 0.30 | 750.00 | 225.00 |
| 10/27/23 | BMK | Attend committee call. | 0.80 | 750.00 | 600.00 |
| 10/27/23 | SBC | Attend Committee meeting. | 1.00 | 385.00 | 385.00 |
| 10/27/23 | EJM | Reply following committee call on action items. | 0.50 | 795.00 | 397.50 |
| 10/30/23 | EJM | Emails with committee members and co-counsel re inquiry from equity holder; review supporting documents. | 1.20 | 795.00 | 954.00 |
| 10/30/23 | BMK | Emails with co-counsel and committee regarding updates and review relevant documents. | 0.70 | 750.00 | 525.00 |

Matter Number:  142570-0001
12/07/23
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | **Task Code Subtotal** | **15.10** |      | **11,342.50** |

**B160 Retention Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/12/23 | SAL | Draft and circulate CNO re retention application. | 0.20 | 350.00 | 70.00 |
| 10/14/23 | SAL | Finalize, file, and circulate CNO re Morris James retention application, including submission of proposed order. | 0.30 | 350.00 | 105.00 |
| 10/16/23 | DJD | Review email from UST re parties of interest, check conflicts ran, and email J. Hoffman re additional names to run conflict check. | 1.40 | 350.00 | 490.00 |
| 10/17/23 | DJD | Draft supplemental declaration and email E. Monzo. | 0.40 | 350.00 | 140.00 |
| 10/17/23 | JKS | Correspondence internally re supplemental names for conflicts for retention application. | 0.30 | 125.00 | 37.50 |
| 10/18/23 | EJM | Review of supplemental declaration re retention and inquiry of US Trustee. | 0.10 | 795.00 | 79.50 |
| 10/18/23 | DJD | Update and file supplemental declaration, email counsel for service, arrange mail service, and update case folder. | 0.50 | 350.00 | 175.00 |
| 10/18/23 | BMK | Emails with E. Monzo and D. Depta regarding supplemental declaration and filing same (.6); review draft (.3). | 0.90 | 750.00 | 675.00 |
|  |  | **Task Code Subtotal** | **4.10** |  | **1,772.00** |

**B165 Retention Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/23 | EJM | Review certification of counsel and form of order re Winston retention. | 0.10 | 795.00 | 79.50 |
| 10/03/23 | EJM | Review RLF retention motion and US Trustee objection. | 1.00 | 795.00 | 795.00 |
| 10/12/23 | EJM | Emails internally and review draft CNOs re retention. | 0.20 | 795.00 | 159.00 |
| 10/12/23 | DJD | Draft BR chairperson declaration and circulate for review. | 0.40 | 350.00 | 140.00 |
| 10/12/23 | DJD | Compile and emails with S. Lisko re retention orders. | 0.20 | 350.00 | 70.00 |
| 10/12/23 | SAL | Emails with E. Monzo, B. Keilson and co-counsel re CNOs for retention applications and committee declaration. | 0.30 | 350.00 | 105.00 |
| 10/12/23 | SAL | Draft and circulate CNOs re BR and M3 retention applications. | 0.40 | 350.00 | 140.00 |
| 10/12/23 | EJM | Emails with co-counsel re retention and finalizing concerns of UST. | 0.20 | 795.00 | 159.00 |
| 10/12/23 | EJM | Emails re co-counsel retention and supporting documentation. | 0.40 | 795.00 | 318.00 |
| 10/12/23 | SAL | Draft COS and prepare service list re Sole declaration in support of BR retention application. | 0.20 | 350.00 | 70.00 |
| 10/12/23 | SAL | Finalize, file, circulate, and serve Sole declaration in support of BR retention application. | 0.70 | 350.00 | 245.00 |
| 10/12/23 | BMK | Emails with co-counsel and S. Lisko regarding supplemental declaration for BR and review same. | 0.80 | 750.00 | 600.00 |
| 10/13/23 | SAL | Revise CNO to COC re BR retention application and circulate to B. Keilson. | 0.30 | 350.00 | 105.00 |
| 10/13/23 | BMK | Emails with S. Lisko regarding pending retention applications and draft COC and review same. | 0.80 | 750.00 | 600.00 |
| 10/14/23 | SAL | Emails with E. Monzo and B. Keilson re status of CNOs for retention applications. | 0.20 | 350.00 | 70.00 |
| 10/14/23 | SAL | Finalize, file, and circulate COC re Brown Rudnick retention application, including submission of proposed | 0.30 | 350.00 | 105.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | order. | | | |
| 10/14/23 | SAL | Finalize, file, and circulate CNO re M3 retention application, including submission of proposed order. | 0.30 | 350.00 | 105.00 |
| 10/14/23 | SAL | Finalize, file, circulate and serve A&M retention application. | 0.70 | 350.00 | 245.00 |
| 10/14/23 | BMK | Emails with S. Lisko regarding pending retention applications and draft CNOs and review drafts. | 0.80 | 750.00 | 600.00 |
| 10/16/23 | SAL | Review and circulate retention orders to co-counsel and update case folder. | 0.20 | 350.00 | 70.00 |
| 10/16/23 | EJM | Emails with US Trustee's office and B. Keilson re retention of equity committee professionals. | 0.20 | 795.00 | 159.00 |
| | | **Task Code Subtotal** | **8.70** | | **4,939.50** |

**B170 Fee Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/17/23 | DJD | Begin drafting first monthly application. | 0.50 | 350.00 | 175.00 |
| 10/18/23 | DJD | Review Sept. invoice and email J. Farenski re updates. | 1.00 | 350.00 | 350.00 |
| 10/18/23 | JKS | Revise invoice for preparation of fee application and email accounting re updated invoice. | 1.80 | 125.00 | 225.00 |
| 10/19/23 | DJD | Continue drafting first monthly application. | 1.00 | 350.00 | 350.00 |
| 10/20/23 | JKS | Disbursement expense request re preparation of fee application. | 0.20 | 125.00 | 25.00 |
| 10/20/23 | DJD | Email with accounting and B. Keilson re estimated Oct fees. | 0.10 | 350.00 | 35.00 |
| | | **Task Code Subtotal** | **4.60** | | **1,160.00** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/09/23 | EJM | Review filings re professional applications and filings. | 0.30 | 795.00 | 238.50 |
| | | **Task Code Subtotal** | **0.30** | | **238.50** |

**B190 Other Contested Matters (excluding assumption/rejection motions)**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/02/23 | SAL | Revise COC re securities trading motion and finalize additional exhibits. | 0.40 | 350.00 | 140.00 |
| 10/02/23 | SAL | File and circulate COC re securities trading motion, including submission of proposed order. | 0.50 | 350.00 | 175.00 |
| 10/02/23 | BMK | Emails with S. Lisko and E. Monzo regarding draft COC and revised order regarding trading and filing same (.7); review and edit drafts (.7). | 1.40 | 750.00 | 1,050.00 |
| 10/03/23 | EJM | Emails with counsel at Richards Layton and Finger re inquiry into status of Chambers comments on Federated motion. | 0.20 | 795.00 | 159.00 |
| 10/04/23 | SAL | Emails with B. Keilson re status of securities trading order. | 0.10 | 350.00 | 35.00 |
| 10/04/23 | EJM | Discussions and correspondence with co-counsel, B. Keilson and Richards Layton & Finger re federated motion and trading. | 0.60 | 795.00 | 477.00 |
| 10/04/23 | BMK | Emails with Debtors' counsel, co-counsel and E. Monzo regarding pending trading motion and hearing (.7); review entered order (.3). | 1.00 | 750.00 | 750.00 |
| 10/04/23 | SAL | Review and circulate entered securities trading order to co-counsel and update case folder. | 0.10 | 350.00 | 35.00 |

Matter Number: 142570-0001
12/07/23
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/26/23 | TCP | Emails re committee intervention. | 0.20 | 660.00 | 132.00 |
| 10/31/23 | SAL | Emails with T. Pakrouh re Foxconn stipulation and update same. | 0.40 | 350.00 | 140.00 |
| 10/31/23 | TCP | Emails with MJ team re intervention Stipulation (.2); draft same (.4). | 0.60 | 660.00 | 396.00 |
| 10/31/23 | BMK | Emails with T. Pakrouh and E. Monzo and co-counsel regarding stipulation to allow intervention in adversary proceeding (.6); review and edit draft (.5). | 1.10 | 750.00 | 825.00 |
| | | **Task Code Subtotal** | **6.60** | | **4,314.00** |

**B220 Employee Benefits/Pensions**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/20/23 | CMD | Review correspondence from B. Keilson re research severance claims and 502(b). | 0.10 | 385.00 | 38.50 |
| 10/23/23 | SBC | Legal research re severance claim caps. | 3.30 | 385.00 | 1,270.50 |
| 10/23/23 | SBC | Review employee severance agreements. | 0.50 | 385.00 | 192.50 |
| 10/24/23 | SBC | Research re bankruptcy code severance payment caps. | 0.50 | 385.00 | 192.50 |
| 10/24/23 | SBC | Discuss employment agreements with B. Keilson and K. Brown. | 0.30 | 385.00 | 115.50 |
| 10/25/23 | SBC | Legal research re severance and bonus provision caps. | 3.00 | 385.00 | 1,155.00 |
| 10/25/23 | SBC | Conduct legal research and analysis of bonus component in executive agreements and draft memorandum for co-counsel. | 4.00 | 385.00 | 1,540.00 |
| 10/25/23 | EJM | Emails with B. Keilson and S. Cerra re employee related request for compensation (.4) and review memorandum relating to same (.6). | 1.00 | 795.00 | 795.00 |
| 10/25/23 | EJM | Review employee agreements and assess claims. | 1.10 | 795.00 | 874.50 |
| 10/26/23 | SBC | Discuss legal research and cap issue with B. Keilson and E. Monzo. | 0.50 | 385.00 | 192.50 |
| 10/26/23 | SBC | Review employment agreements and update corresponding organizational chart. | 2.00 | 385.00 | 770.00 |
| 10/26/23 | SBC | Attend call with M3 team re Executive Employment Agreements. | 1.00 | 385.00 | 385.00 |
| 10/26/23 | SBC | Discuss case law re severance payments with E. Monzo. | 0.40 | 385.00 | 154.00 |
| 10/26/23 | BMK | Emails and calls with co-counsel, E. Monzo and S. Cerra regarding analysis of claims and severance. | 1.10 | 750.00 | 825.00 |
| 10/27/23 | SBC | Correspond with B. Keilson re Debtors employment agreement proposal. | 0.30 | 385.00 | 115.50 |
| 10/27/23 | SBC | Legal resesarch re severance cap calculation. | 1.00 | 385.00 | 385.00 |
| 10/31/23 | SBC | Review employment agreements and update corresponding organizational chart. | 1.20 | 385.00 | 462.00 |
| | | **Task Code Subtotal** | **21.30** | | **9,463.00** |

**B310 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/11/23 | EJM | Emails re update on claims issues with co-counsel and debtors' counsel. | 0.30 | 795.00 | 238.50 |
| 10/20/23 | EJM | Emails with B. Keilson re claim inquiry on employee claims. | 0.60 | 795.00 | 477.00 |
| | | **Task Code Subtotal** | **0.90** | | **715.50** |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **B320 Plan and Disclosure Statement** | | | | | |
| 10/06/23 | EJM | Review disclosure statement objections. | 1.10 | 795.00 | 874.50 |
| 10/10/23 | EJM | Review UST objection to disclosure statement and plan. | 1.30 | 795.00 | 1,033.50 |
| 10/10/23 | EJM | Recife plan and disclosure related issues re objection points. | 1.80 | 795.00 | 1,431.00 |
| 10/16/23 | EJM | Review updates plan documents. | 2.30 | 795.00 | 1,828.50 |
| 10/16/23 | EJM | Review plan related comments and emails with co-counsel and debtors. | 2.10 | 795.00 | 1,669.50 |
| 10/22/23 | EJM | Emails internally and with co-counsel re equity and liquidation. | 0.70 | 795.00 | 556.50 |
| 10/22/23 | EJM | Emails with client and with co-counsel re plan status. | 0.60 | 795.00 | 477.00 |
| 10/22/23 | BMK | Emails with co-counsel regarding amended Plan and DS (.5); review documents (1.2). | 1.70 | 750.00 | 1,275.00 |
| 10/23/23 | EJM | Review materials re plan and classes. | 1.80 | 795.00 | 1,431.00 |
| 10/23/23 | EJM | Email update with client re plan and disclosure statement hearing. | 0.10 | 795.00 | 79.50 |
| 10/23/23 | EJM | Review materials re plan and disclosure statement. | 1.20 | 795.00 | 954.00 |
| 10/23/23 | EJM | Update and review of plan issues. | 2.20 | 795.00 | 1,749.00 |
| 10/24/23 | EJM | Exchange emails with co-counsel re plan update. | 0.40 | 795.00 | 318.00 |
| 10/24/23 | EJM | Review amended disclosure statement and plan. | 3.20 | 795.00 | 2,544.00 |
| 10/25/23 | EJM | Review plan and positions relating to objections asserted at hearing. | 2.10 | 795.00 | 1,669.50 |
| 10/27/23 | EJM | Continued plan analysis and review. | 2.00 | 795.00 | 1,590.00 |
| 10/30/23 | EJM | Review amended plan and disclosure statement. | 2.10 | 795.00 | 1,669.50 |
| 10/30/23 | EJM | Review pending objections to plan and disclosure statement. | 0.90 | 795.00 | 715.50 |
| 10/30/23 | EJM | Review committee support letter. | 0.30 | 795.00 | 238.50 |
| 10/30/23 | SBC | Review relevant pleadings re disclosure statement. | 3.00 | 385.00 | 1,155.00 |
| 10/30/23 | BMK | Review amended disclosure statement. | 1.00 | 750.00 | 750.00 |
| 10/30/23 | BMK | Emails with co-counsel and Debtors' counsel regarding draft solicitation letter from equity committee and review same. | 0.80 | 750.00 | 600.00 |
| 10/31/23 | EJM | Attend hearing on approval of disclosure statement. | 0.70 | 795.00 | 556.50 |
| 10/31/23 | EJM | Emails and review drafts re opposition to plan and support letters. | 0.40 | 795.00 | 318.00 |
| 10/31/23 | BMK | Emails with Debtors' counsel and co-counsel regarding solicitation letter of official equity committee letter (.3); review draft (.6). | 0.90 | 750.00 | 675.00 |
| | | **Task Code Subtotal** | **34.70** | | **26,158.50** |
| | | | | | |
| **B430A Court Hearings: Attendance and Preparation** | | | | | |
| 10/05/23 | EJM | Attend hearing re retention and other issues on agenda (resolved motion on trading) and intro of equity committee to Court. | 1.30 | 795.00 | 1,033.50 |
| 10/18/23 | TCP | Emails with B. Keilson re hearing coverage (.2); attend same (1.0); draft notes for same (.7). | 1.90 | 660.00 | 1,254.00 |
| 10/25/23 | EJM | Attend status conference. | 0.50 | 795.00 | 397.50 |
| 10/25/23 | BMK | Attend hearing. | 0.50 | 750.00 | 375.00 |
| 10/31/23 | BMK | Attend disclosure statement hearing. | 0.50 | 750.00 | 375.00 |
| | | **Task Code Subtotal** | **4.70** | | **3,435.00** |

Matter Number: 142570-0001
12/07/23
Page 10

**Sub-Total Fees:** 85,234.50

**For Disbursements through October 31, 2023**

| | Disbursements | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Postage | 20.10 |
| | Reproduction | 6.90 |
| | Westlaw | 521.69 |
| 10/05/23 | Reliable Wilmington - Lordstown  - Reliable 9.20.23 Service | 48.32 |
| 10/05/23 | Reliable Wilmington - Lordstown- Reliable Production – 9.27.23 Mail Service of Retention Applications | 164.74 |
| 10/11/23 | Pacer Research | 19.70 |
| 10/11/23 | Pacer Research | 18.80 |
| 10/20/23 | Reliable Wilmington - Lordstown - Reliable (Transcript) 10.5.23 Hearing Transcript | 456.00 |
| **Total Disbursements** | | **1,256.25** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$86,490.75** |
| **Balance Due** | **$86,490.75** |