# EXHIBIT B

## Summary of Expenses – Second Monthly Compensation Period

|  | Total |
|---|---:|
| Postage | $20.10 |
| Reproduction | $6.90 |
| Westlaw | $521.69 |
| Reliable (Production) | $213.06 |
| Reliable (Transcript) | $456.00 |
| Pacer | $38.50 |
| **TOTAL**: | **$1,256.25** |

16413003/1