IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED
2023 DEC -7 PM 1:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | Chapter 11 |
| Lordstown Motors Corp., et al., | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |

**OBJECTION OF RAHUL SINGH TO DEBTOR'S PLAN (DOCKET # 766)**

1. The Debtor's (LMC) Plan is vague to facilitate further defrauding of shareholders like myself, my family and many claim filing shareholders who have paid say around 150 dollars per share (supported the company for a long time). The *sequence* of fraudulent *events* by LMC top brass, insider Mr. Steve Burns, and Foxconn to defraud shareholders is as follows: LMC top brass do not inform shareholders, in a timely fashion, of Foxconn's fraud to get the factory for a mere 230 million dollars. But insiders like Mr. Steve Burns knew. After Mr. Burns sold his shares for around 64 million dollars, LMC top brass filed for bankruptcy. And in these bankruptcy pleadings, for the first time, LMC announces to the rest of the world (insiders knew) of Foxconn's fraud in addition to top brass Daniel Ninnivagi's, Edward Hightower's and Adam Kroll's fraud against shareholders. Then LMC top brass sold assets to insider Mr. Burns for around 10 million dollars, but these assets are well north of 300 million dollars and should have been retained by post-effective LMC.

2. Fraud and crime have reduced the share price to around one dollar and forty cents (1.40). What happens if a defrauded shareholder rejects the plan and does not "release" LMC top brass of their fraud? Defrauded shareholders are last in line but we still need to know how our claims will be processed and adjudicated. I will be rejecting the plan and not "releasing". Since we

1

learned about the fraud for the first time in this court, it is humbly requested that defrauded shareholders claims be adjudicated under the supervision of this court. The Debtor's Plan only transfers the number of shares from old LMC to new LMC. The Plan does not account for the price paid for those shares. For example, a defrauded shareholder holding 10 shares having paid 150 dollars per share would expect 1500 dollars worth of new LMC shares. But the Plan does not allow it. The defrauded shareholder gets 10 shares at an undetermined price. Of course, defrauded shareholders like myself would like to distance ourselves from fraud and crime and have our claims adjudicated/processed for the full amount in cash back to our retirement accounts etc.

3.   My family put $1,090,406.56 from our retirement accounts into LMC stock. Claims 8-11. Fraud and crime have reduced that amount to around eleven thousand dollars (10,714.20 to be exact if share price was 1.40). We should get $1,090,406.56 back.

Dated: December 6, 2023

Respectfully submitted by:

/s/ Rahul Singh

Rahul Singh

2061 Argentum Ave., Indian Land SC 29707.

PH: 224-706-0017.  E-mail: sonuram@aol.com

## CERTIFICATE OF SERVICE

I, Rahul Singh, hereby certify that, on December 6, 2023, I served a true and correct copy of Objection of Rahul Singh to Debtor's Plan (Docket # 766)

by email to (a) the counsel for Debtors listed below:

Thomas E. Laria (tlauria@whitecase.com)

Matthew C. Brown (mbrown@whitecase.com)

Fan B. He (fhe@whitecase.com)

David M. Turetsky (david.turestsky@whitecase.com)

RJ Szuba (rj.szuba@whitecase.com)

Donald J. Detweiler (don.detweiler@wbd-us.com)

Morgan L. Patterson (morgan.patterson@wbd-us.com)

(b) the U.S. Trustee

Benjamin A. Hackman (Benjamin.A.Hackman@usdoj.gov)

(c) counsel to the Creditors' Committee

David M. Fournier (david.fournier@troutman.com)

Deborah Kovsky-Apap (deborah.kovsky@troutman.com)

Francis J. Lawall (francis.lawall@troutman.com)

and (d) counsel to the Equity Committee

Eric J. Monzo (emonzo@morrisjames.com)

Brya M. Keilson (bkeilson@morrisjames.com)

J. Stark (rstark@brownrudnick.com)

Bennett S. Silverberg (bsilverberg@brownrudnick.com)

Dated December 6, 2023.

Respectfully submitted by

*/s/ Rahul Singh*

Rahul Singh

2061 Argentum Ave., Indian Land, SC 29707

PH: 224-706-0017. E-mail: Sonuram@aol.com

Align top of FedEx Express® shipping label here:

ORIGIN ID:OXDA (224) 706-0017
RAHUL SINGH
2061 ARGENTUM AVE

FORT MILL, SC 29707
UNITED STATES US

SHIP DATE: 06DEC23
ACTWGT: 0.10 LB
CAD: 6992129/SSF02460

BILL CREDIT CARD

TO ATTN: CLERK OF THE COURT
US. BANKRUPTCY COURT
824 NORTH MARKET ST
THRID FLOOR
WILMINGTON DE 19801

(000) 000-0000     REF:
INV:
PO:                DEPT:



FedEx Express

TRK# 7875 8222 9764
0201

THU — 07 DEC 12:00P
PRIORITY OVERNIGHT

XE ZWIA

19801
DE-US  PHL



Align bottom of peel-and-stick airbill or pouch here.