IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 1:23-BK-10831 (CHAPTER 11) |
| LORDSTOWN MOTORS CORP. *et al.*,[1] | § § | Jointly Administered |
| Debtors. | § | |

### NOTICE OF SUBSTITUTION OF LEAD PLAINTIFFS OF RIDE INVESTOR GROUP AND WITHDRAWAL OF APPEARANCE OF COUNSEL FOR PRIOR PUTATIVE CLASS REPRESENATIVE CLAIMANTS

Please take notice that pursuant to an order (the "Appointment Order") of the United States District Court for the Northern District of Ohio (the "Ohio District Court") in the action styled: *Lim v. Hightower, et al.*, Case No. 23 Civ. 01454, (the "RIDE Securities Action"), Andrew Strickland and Joshua Strickland have been appointed lead plaintiffs on behalf of putative class members (the "Lead Plaintiffs" or the "Stricklands") in the RIDE Securities Action.  The Ohio District Court issued its Appointment Order pursuant to The Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C.§ 78u-4, *et seq.* (see 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I), permitting a "group of persons" to serve as lead plaintiff in a case brought under the PSLRA).

Please take further notice the undersigned has previously appeared in these cases on behalf of claimants Bandol Lim, Nico Gatzaros, and Richard Dowell (the "RIDE Claimants") in their capacity as lead plaintiff movants (and Mr. Lim in his capacity as initial plaintiff) in the RIDE Securities Action, and for the RIDE Investor Group (see D.I. 486, 529, 630).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Please take further notice that all pleadings, notices and filings that may be noticed to, served on, or reference the RIDE Investor Group or any representative(s) thereof in these chapter 11 cases should now, pursuant to the Appointment Order, be directed to the Lead Plaintiffs, who are now the court-appointed Lead Plaintiffs in the RIDE Securities Action. The undersigned hereby enters their appearances in these chapter 11 cases for the Lead Plaintiffs Andrew Strickland and Joshua Strickland in the RIDE Securities Action.

Please take further notice that undersigned withdraw their appearances as counsel to the RIDE Claimants in these chapter 11 cases. The RIDE Claimants continue to be represented by the law firm of Kirby McInerney LLP in these chapter 11 cases.

Please take further notice that a copy of the Appointment Order [D.I. 25 in the Ohio Securities Action] can be provided upon request to the undersigned.

Dated: December 8, 2023

/s/Garvan F. McDaniel
Garvan F. McDaniel (#4167)

**HOGAN McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
Tel: (302) 656-7540
gfmcdaniel@dkhogan.com

- *and* -

**FISHMAN HAYGOOD LLP**
Tristan Manthey (admitted *pro hac vice*)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Tel: (504) 586-5252
Fax: (504) 586-5250
tmanthey@fishmanhaygood.com

***Bankruptcy Counsel for the Lead Plaintiffs and the Putative Class***