# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Samantha M. Ruben of Dentons US LLP, to represent Jefferies LLC in the above-captioned chapter 11 cases.

Dated: December 11, 2023

*/s/ Morgan L. Patterson*
**WOMBLE BOND DICKINSON (US) LLP**
Morgan L. Patterson (Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
morgan.patterson@wbd-us.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 11, 2023             */s/ Samantha M. Ruben*
                                     Samantha M. Ruben
                                     DENTONS US LLP
                                     233 South Wacker Drive, Suite 5900
                                     Chicago, Illinois 60606
                                     Telephone: (312) 876-8000
                                     Email: samantha.ruben@dentons.com

**ORDER GRANTING MOTION *PRO HAC VICE***

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.