**<u>EXHIBIT A</u>**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

August 17, 2023

**Invoice No. 2659208**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

---

Total This Invoice                               $        23,802.00

---

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

| | | |
|---|---|---|
| Payments by check should be sent to: | | Payment by wire transfer/ACH should be sent to: |
| Dentons US LLP | | Citi Private Bank |
| Dept. 3078 | OR | 227 West Monroe, Chicago, IL 60606 |
| Carol Stream, IL  60132-3078 | | ABA Transit # ▉▉▉▉ |
| | | Account #: ▉▉▉▉ |
| | | Account Name: Dentons US LLP |
| | | Swift Code: ▉▉▉▉ |
| | | Reference: Invoice # and/or client matter # |

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

# DENTONS

Dentons US LLP      dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Jefferies LLC        August 17, 2023
520 Madison Avenue
New York NY 10022        **Invoice No. 2659208**
United States

Client/Matter:   09806540-000061

Lordstown Motors
8396

_____

For Professional Services Rendered through July 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/03/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and White & Case team re retention application. |
| 07/03/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re preparing fee application. |
| 07/03/23 | S. Ruben | 1.20 | 792.00 | Draft retention application. |
| 07/03/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and C. Passoni re conflicts list for retention application. |
| 07/03/23 | T. Labuda | 0.10 | 135.00 | Emails with client and W&C teams re retention documents. |
| 07/03/23 | T. Labuda | 0.20 | 270.00 | Emails with Ruben re draft retention documents. |
| 07/03/23 | T. Labuda | 0.10 | 135.00 | Emails with Passoni re connections check status. |
| 07/04/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re revised retention documents. |
| 07/04/23 | S. Ruben | 0.20 | 132.00 | Draft retention application. |
| 07/04/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re retention application. |
| 07/05/23 | S. Ruben | 1.40 | 924.00 | Draft retention application. |
| 07/05/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re fee application revisions. |
| 07/05/23 | S. Ruben | 0.20 | 132.00 | Correspond with T. Labuda and L. Mezei re retention application. |
| 07/05/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and C. Passoni re conflicts list for retention application. |
| 07/05/23 | T. Labuda | 1.20 | 1,620.00 | Review and comment on retention application, declaration and order. |
| 07/05/23 | T. Labuda | 0.30 | 405.00 | Emails and conference with Ruben re retention document comments. |

Lordstown Motors
8396

August 17, 2023

Matter: 09806540-000061
Invoice No.: 2659208

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/05/23 | T. Labuda | 0.10 | 135.00 | Emails with Psassoni re connections check. |
| 07/05/23 | T. Labuda | 0.20 | 270.00 | Review W&C retention document revisions. |
| 07/05/23 | T. Labuda | 0.20 | 270.00 | Emails with Ruben re retention document revisions. |
| 07/06/23 | T. Labuda | 0.20 | 270.00 | Conference and emails with Ruben re retention document revisions. |
| 07/06/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with Hamilton re retention document revisions. |
| 07/06/23 | T. Labuda | 0.20 | 270.00 | Review revised retention documents. |
| 07/06/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben and W&C team re final retention documents. |
| 07/06/23 | S. Ruben | 0.80 | 528.00 | Revise retention application and prepare for filing. |
| 07/06/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren re retention application. |
| 07/06/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and L. Mezei re retention application. |
| 07/07/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Mezei re filed retention application. |
| 07/07/23 | S. Ruben | 0.10 | 66.00 | Correspond with deal team re filed retention application. |
| 07/14/23 | T. Labuda | 0.30 | 405.00 | Review UST order revisions and questions. |
| 07/14/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Ruben re response to UST. |
| 07/14/23 | T. Labuda | 0.20 | 270.00 | Emails with client team and W&C re responses to UST. |
| 07/14/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton re UST comments to retention application. |
| 07/14/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Mezei re UST comments to retention order. |
| 07/14/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and L. Mezei re retention application. |
| 07/14/23 | S. Ruben | 0.20 | 132.00 | Conference with T. Labuda re UST comments to retention order. |

Lordstown Motors
8396

August 17, 2023

Matter: 09806540-000061
Invoice No.: 2659208

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 07/16/23 | S. Ruben | 0.50 | 330.00 | Revise proposed order to retention application. |
| 07/17/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Ruben re response to UST questions. |
| 07/17/23 | T. Labuda | 0.10 | 135.00 | Review revised retention order. |
| 07/17/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re revised retention order. |
| 07/17/23 | S. Ruben | 0.20 | 132.00 | Draft supplemental declaration to retention application. |
| 07/17/23 | S. Ruben | 0.10 | 66.00 | Conference with R. Hamilton re UST comments to retention application. |
| 07/17/23 | S. Ruben | 0.30 | 198.00 | Conference with T. Labuda re UST comments to retention order. |
| 07/17/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton and deal team re UST comments to retention application. |
| 07/17/23 | S. Ruben | 0.70 | 462.00 | Revise proposed order to retention application. |
| 07/18/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re proposed order to retention application. |
| 07/18/23 | S. Ruben | 0.10 | 66.00 | Revise proposed order to retention application. |
| 07/18/23 | S. Ruben | 0.50 | 330.00 | Draft supplemental declaration to retention application. |
| 07/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Mezei re revisions to retention order. |
| 07/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with B. Hackman and T. Labuda re addressing UST comments to retention application. |
| 07/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re revisions to retention order. |
| 07/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton and deal team re UST comments to retention application. |
| 07/18/23 | T. Labuda | 0.10 | 135.00 | Emails with UST re response to questions and comments. |
| 07/18/23 | T. Labuda | 0.10 | 135.00 | Review revised retention order. |
| 07/18/23 | T. Labuda | 0.10 | 135.00 | Emails with W&C and Ruben re response to UST comments and questions. |

Lordstown Motors
8396

August 17, 2023

Matter: 09806540-000061
Invoice No.: 2659208

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|-----------|
| 07/18/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Ruben re revised order and supplemental declaration comments. |
| 07/18/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with DeSpirito re response to UST questions. |
| 07/19/23 | T. Labuda | 0.40 | 540.00 | Draft responses to UST comments and questions. |
| 07/19/23 | T. Labuda | 0.10 | 135.00 | Emails with Hackman re order revisions. |
| 07/19/23 | T. Labuda | 0.20 | 270.00 | Conference with Finger and Hamilton re UCC objection. |
| 07/19/23 | T. Labuda | 0.10 | 135.00 | Conference with DeSpirito re response to UST order comments. |
| 07/19/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re UST comments to fee application. |
| 07/19/23 | S. Ruben | 0.10 | 66.00 | Correspond with B. Hackman and T. Labuda re addressing UST comments to retention application. |
| 07/20/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re UST comments to fee application. |
| 07/20/23 | S. Ruben | 0.10 | 66.00 | Revise proposed order to retention application. |
| 07/20/23 | S. Ruben | 0.10 | 66.00 | Correspond with D. Kim and T. Labuda re revisions to supplemental declaration and retention order. |
| 07/20/23 | S. Ruben | 0.10 | 66.00 | Correspond with B. Hackman and T. Labuda re addressing UST comments to retention application. |
| 07/20/23 | T. Labuda | 0.10 | 135.00 | Emails with Hackman re order revisions. |
| 07/20/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with Ruben re retention order and supplemental declaration. |
| 07/20/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re UCC retention discussions. |
| 07/20/23 | T. Labuda | 0.10 | 135.00 | Emails with UCC counsel re retention application. |
| 07/20/23 | T. Labuda | 0.10 | 135.00 | Emails with W&C team re retention status. |
| 07/21/23 | T. Labuda | 0.20 | 270.00 | Emails with Ruben re supplemental declaration. |
| 07/21/23 | T. Labuda | 0.20 | 270.00 | Conference with Finger re UCC objection. |

Lordstown Motors
8396

August 17, 2023

Matter: 09806540-000061
Invoice No.: 2659208

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/21/23 | T. Labuda | 0.30 | 405.00 | Emails with client team re UCC negotiations. |
| 07/21/23 | T. Labuda | 0.50 | 675.00 | Conference with UCC counsel re retention issues. |
| 07/21/23 | T. Labuda | 0.30 | 405.00 | Conferences with Hamilton and Finger re response to UCC issues. |
| 07/21/23 | S. Ruben | 0.20 | 132.00 | Revise supplemental declaration to retention application. |
| 07/21/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re proposed order to retention application. |
| 07/22/23 | T. Labuda | 0.10 | 135.00 | Emails with UCC counsel re prepetition payments. |
| 07/22/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re bid procedures declaration. |
| 07/23/23 | T. Labuda | 0.30 | 405.00 | Emails and conference with Finger re UCC negotiations. |
| 07/23/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with UCC counsel re retention issues. |
| 07/23/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Hamilton and Finger re UCC discussions. |
| 07/23/23 | T. Labuda | 0.80 | 1,080.00 | Review and comment on Finger bid procedures declaration and related materials. |
| 07/23/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and J. DeSpirito re supplemental declaration to retention application. |
| 07/23/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda, S. Costello and J. Finger re supplemental declaration in support of bid procedures. |
| 07/23/23 | S. Ruben | 0.10 | 66.00 | Correspond with D. Kovsky-Apap and T. Labuda re proposed order to retention application. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with UCC counsel re retention resolution. |
| 07/24/23 | T. Labuda | 0.30 | 405.00 | Draft language for UCC retention resolution. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re order language. |
| 07/24/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Ruben re revised order and supplemental declaration. |

Lordstown Motors
8396

August 17, 2023

Matter: 09806540-000061
Invoice No.: 2659208

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with UCC re revised retention order. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben and Hackman re revised order and supplemental declaration. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Conference with Finger re submission of documents and hearing. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with Turetsky re revised order and supplemental declaration. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re revised bid procedures declaration. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Review revised bid procedures declaration. |
| 07/24/23 | T. Labuda | 0.10 | 135.00 | Emails with W&C team re filing of documents. |
| 07/24/23 | S. Ruben | 0.20 | 132.00 | Conference with T. Labuda re proposed order to retention application. |
| 07/24/23 | S. Ruben | 0.30 | 198.00 | Revise proposed order to retention application. |
| 07/24/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda and J. DeSpirito re supplemental declaration to retention application. |
| 07/24/23 | S. Ruben | 0.10 | 66.00 | Correspond with D. Kovsky-Apap and T. Labuda re revised proposed order to retention application. |
| 07/24/23 | S. Ruben | 0.20 | 132.00 | Revise supplemental declaration to retention application. |
| 07/24/23 | S. Ruben | 0.10 | 66.00 | Correspond with B. Hackman and T. Labuda re revised supplemental declaration and proposed order to retention application. |
| 07/24/23 | S. Ruben | 0.20 | 132.00 | Correspond with debtors' counsel re filing supplemental declaration and order. |
| 07/25/23 | T. Labuda | 0.20 | 270.00 | Conference and emails with DeSpirito re supplemental disclosure. |
| 07/25/23 | T. Labuda | 0.10 | 135.00 | Review docket re retention order. |
| 07/25/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re hearing attendance. |
| 07/26/23 | T. Labuda | 0.20 | 270.00 | Emails with Finger re bid procedures hearing. |
| 07/27/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger re bid procedures hearing. |
| 07/27/23 | T. Labuda | 0.20 | 270.00 | Emails with client team re hearing reports. |

Lordstown Motors
8396

August 17, 2023

Matter: 09806540-000061
Invoice No.: 2659208

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/27/23 | T. Labuda | 0.20 | 270.00 | Review hearing reports. |
| 07/28/23 | T. Labuda | 0.40 | 540.00 | Review materials re litigation for bidder access. |
| 07/28/23 | T. Labuda | 0.20 | 270.00 | Conference with DeSpirito re supplemental disclosure. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 23.10 | | |
| Fee Amount | | | | $ 23,802.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Labuda | $ 1,350.00 | 12.40 | $ 16,740.00 |
| S. Ruben | $ 660.00 | 10.70 | $ 7,062.00 |
| Totals | | 23.10 | $ 23,802.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 23,802.00 | |
| Invoice Total | $ | 23,802.00 | |