# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 799 |

## NOTICE OF ADJOURNMENT OF THE COMMITTEE'S DEPOSITION OF CONSTADINOS TSITSIS

**PLEASE TAKE NOTICE** that the deposition of Constadinos Tsitsis of Silverman Consulting was originally scheduled to take place on Thursday, December 14, 2023, at 2:30 p.m. (prevailing Eastern Time), via Zoom or a similar platform (the "Deposition").

**PLEASE TAKE FURTHER NOTICE** that the Deposition has been adjourned to a date and time to be determined.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

| | |
|---|---|
| Dated: December 12, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br> /s/ *Tori L. Remington*       <br>David M. Fournier (DE 2812)<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email:  david.fournier@troutman.com<br>            tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall (admitted *pro hac vice*)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>-and-<br><br>Deborah Kovsky-Apap (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 808-2726<br>Fax: (212) 704-6288<br>Email: deborah.kovsky@troutman.com<br><br>-and-<br><br>Sean P. McNally (admitted *pro hac vice*)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>Email: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |