**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831-MFW<br><br>(Jointly Administered)<br><br>**Related Docket No. 806** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Tori L. Remington, hereby certify that on December 11, 2023, I caused the *Certification of Counsel Regarding First Interim Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from July 17, 2023 Through and Including September 30, 2023* [Docket No. 806] (the "COC") to be further served upon the party set forth on the attached service list in the manner indicated. I further certify that all ECF participants registered in these cases were served electronically on December 11, 2023 with the COC through the Court's ECF system at their respective email addresses registered with the Court.

Dated: December 13, 2023
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/ Tori L. Remington*
David M. Fournier (DE 2812)
Tori L. Remington (DE 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: david.fournier@troutman.com
tori.remington@troutman.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

166088022v1

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email:  francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

**Email and First Class Mail**
(Co-Counsel to Debtors and
Debtors in Possession)
Donald J. Detweiler
Morgan L. Patterson
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com;
morgan.patterson@wbd-us.com

166088022v1