IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 235, 295** |

**NOTICE OF RATE INCREASE OF HURON CONSULTING SERVICES LLC
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LORDSTOWN MOTORS CORP., ET AL.**

1. Pursuant to the *Order Authorizing the Employment and Retention of Huron Consulting Group, Inc. As Financial Advisor to the Official Committee of Unsecured Creditors Effective as of the Retention Date* [Docket No. 295] (the "Retention Order"),[2] Huron Consulting Group, Inc. ("Huron"), as financial advisor to the Official Committee of Unsecured Creditors, submits this notice of rate increase.

2. As set forth in the *Application of Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Huron Consulting Group Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of the Retention Date* [Docket No. 235] (the "Application"), Huron's hourly rates are subject to periodic adjustments (typically on January 1st of each year) to reflect economic and other conditions. *See* Application, ¶ 17.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

3. In the ordinary course, Huron has adjusted the hourly rates charged by its professionals. Effective as of January 1, 2024, the standard hourly rate ranges established by Huron for employed professionals are as set forth below:

| Billing Category | 2024 Range |
|---|---|
| Managing Director | $1,025 - $1,400 |
| Senior Director | $975 |
| Director | $750 - $850 |
| Manager | $650 |
| Associate | $550 |
| Analyst | $400 |

| | |
|---|---|
| Dated: December 13, 2023<br>Wilmington, Delaware | TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>*/s/ Tori L. Remington*<br>David M. Fournier (DE No. 2812)<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email: david.fournier@troutman.com<br>         tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall (admitted *pro hac vice*)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>-and-<br><br>Deborah Kovsky-Apap (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 808-2726<br>Fax: (212) 704-6288<br>Email: deborah.kovsky@troutman.com<br><br>-and-<br><br>Sean P. McNally (admitted *pro hac vice*)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>Email: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |