**CERTIFICATE OF SERVICE**

  I, Tori L. Remington, hereby certify that on December 13, 2023, I caused the foregoing *Notice of R*ate *Increase of Huron Consulting services LLC as Financial Advisor to the Official Committee of Unsecured Creditors of Lordstown Motors Corp., et al*. to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

                */s/ Tori L. Remington*
                Tori L. Remington (DE No. 6901)

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | 20 Valley Street | | | Endicott | NY | 13760 | | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com | Email |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | | kim@trans-machine.com | Email |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | | Barry@trans-machine.com | Email |
| Counsel to Harco Manufacturing Group, LLC | Bayard, P.A. | Evan T. Miller | 600 North King Street, Suite 400 | | | Wilmington | DE | 19801 | | emiller@bayardlaw.com | Email |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | 500 Delaware Avenue, Suite 901 | | | Wilmington | DE | 19801 | | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com | Email |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | 1251 Avenue of the Americas | | | New York | NY | 10020 | | jeroen@blbglaw.com; thomas.james@blbglaw.com; margaret.lowing@blbglaw.com | Email |
| Top 30 | Bossard Inc. | Jon Dabney | 6521 Production Dr | | | Cedar Falls | IA | 50613 | | JDabney@bossard.com | Email |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | | 1st Class Mail |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | 15350 Vickery Dr | | | Houston | TX | 77032 | | AR@cevalogistics.com | Email |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | 1391 Wheaton Ste 700 | | | Troy | MI | 48083 | | Aneil.Shah@cognizant.com | Email |
| Counsel for Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | 1201 N. Market Street, 20th Floor | | | Wilmington | DE | 19801 | | jwisler@connollygallagher.com | Email |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | | attorney.general@state.de.us; attorney.general@delaware.gov | Email |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | dosdoc_bankruptcy@state.de.us | Email |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | statetreasurer@state.de.us | Email |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | ljubljana | | | Slovenia | Gregor.Golja@elaphe-ev.com | Email |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | | Ferntree Gully | | VIC 3156 | Australia | julian.merritt@fiberdyne.com.au | Email |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | Email |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | 1st Class Mail |
| Top 30 | Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Rd Ste 204 | | | Cleveland | OH | 44121 | | | 1st Class Mail |
| Top 30 | Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | | klein@butzel.com | Email |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | 2300 Hallock Young Rd | | | Warren | OH | 44481 | | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com | Email |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | | jerry.hsiao@foxconn.com; stevenyu@foxconn.com | Email |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | jerry.hsiao@Foxconn.com | Email |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | 1st Class Mail |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | 1st Class Mail |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | 3300 Great American Tower | 301 East Fourth Street | | Cincinnati | OH | 45202 | | awebb@fbtlaw.com | Email |
| Counsel for Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | 400 West Market Street Suite 3200 | | | Louisville | KY | 40202-3363 | | tking@fbtlaw.com | Email |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | 150 3rd Avenue South, Suite 1900 | | | Nashville | TN | 37201 | | pburgess@fbtlaw.com | Email |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | Agcarr@law.ga.gov | Email |
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | Plot 287 (A), Lengkok Kampung Jawa Satu | Bayan Lepas Fiz Phase 3 | | 11900 Penang | | | Malaysia | halai@greatech-group.com | Email |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | 3535 Kettering Blvd | | | Moraine | OH | 45439 | | mknepp@harcoonline.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

1

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | jerry.hsiao@Foxconn.com | Email |
| Top 30 | HRB Industries Corp | Kevin Yao | 3485 Swenson Ave | | | Saint Charles | IL | 60174 | | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com | Email |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | attorney_general@atg.state.il.us; michelle@lisamadigan.org | Email |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | SBSE.Insolvency.Balt@irs.gov | Email |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | 1st Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 1st Class Mail |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | PO Box 530 | | | Mt Clemens | MI | 48046 | | campana@jvis.us | 1st Class Mail |
| Top 30 | JVIS USA LLC | | 52048 Shelby Parkway | | | Shelby Township | MI | 48315 | | | 1st Class Mail |
| Claims and Noticing Agent | KCC | | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | LordstownInfo@kccllc.com | Email |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Rd | | | Maidstone | ON | N0R 1K0 | Canada | dwightman@lavaltool.net | Email |
| Debtors | Lordtown Motors Corp. | | 27000 Hills Tech Court | | | Farmington Hills | MI | 48331 | | | 1st Class Mail |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | Junko Smith | 1 Calsonic Way | | Shelbyville | TN | 37160 | | rosa.cardona@marelli.com | Email |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | miag@michigan.gov | Email |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | | | 1st Class Mail |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | | ncago@ncdoj.gov | Email |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov | Email 1st Class Mail |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | | trish.lazich@ohioattorneygeneral.gov | First Claiss Mail |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | 1007 North Orange Street | 4th Floor, Suite 183 | | Wilmington | DE | 19801 | | jbarsalona@pashmanstein.com | Email |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang Matt Murphy | 200 Park Avenue | | | New York | NY | 10166 | | mikehuang@paulhastings.com; mattmurphy@paulhastings.com | Email |
| Foxconn | PCE Paragon Solutions Kft. | | 2900 Komarom | | | Banki Donatu | | utca 1 | Hungary | | First Claiss Mail |
| Top 30 | Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom | afield@pektron.com | Email |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | info@attorneygeneral.gov | Email |
| Counsel for Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | 222 Delaware Ave., Suite 1101 | | | Wilmington | DE | 19801 | | cward@polsinelli.com | Email |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | 600 3rd Avenue | | | New York | NY | 10016 | | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com | Email |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | Alex Williams | 13870 E Eleven Mile Rd | | Warren | MI | 48089 | | awilliams@pcamco.com; awilliams@pcamco.com | Email |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | 28101 Schoolcraft Rd | | | Livonia | MI | 48150 | | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com | Email |
| Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | 1313 North Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | don.detweiler@wbd-us.com morgan.patterson@wbd-us.com | Email |
| Top 30 | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | | Shar.Hedayat@saautomotive.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | | katherine.diederich@aesseinvltd.com | Email |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Email |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | philadelphia@sec.gov | Email |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov | Email |
| Top 30 | Sharp Dimension Inc | Tracy Tran | 4240 Business Center Dr | | | Fremont | CA | 94538 | | tracy@sharpdimension.com | Email |
| Top 30 | St. Clair Technologies Inc | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada | TArmstrong@stclairtech.com | Email |
| Counsel for Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | 919 North Market Street | Suite 420 | | Wilmington | DE | 19801 | | Bankruptcy001@sha-llc.com | Email |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com | Email |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | Sagar Maramreddy | 5966 Lovewood Ct | | Canton | MI | 48187 | | sagarm@readysoftind.com | Email |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | 255 Rex Blvd | | | Auburn Hills | MI | 48326 | | john.ruterbusch@cspplastics.com | Email |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | Email |
| Top 30 | The Timken Corporation | Charles Wojdyla | 4500 Mount Pleasant Street NW | | | North Canton | OH | 44720 | | charles.wojdyla@timken.com; ACCTSREC@TIMKEN.COM | Email |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | Garry Kasaczun | 2547 Product Dr | | Rochester Hills | MI | 48309 | | GarryK@3dimensional.com | Email |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson Fridley | 22355 W Eleven Mile Rd | | Southfield | MI | 48033 | | Allyson.Fridley@thyssenkrupp-materials.com | Email |
| US Attorney for District of Delaware | US Attorney for District of Delaware | Ellen Slights | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | usade.ecfbankruptcy@usdoj.gov; Ellen.Slights@usdoj.gov | Email |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford | Laura Correa | 1 Riverside Drive West Ste 700 | | Windsor | ON | N9A-5K3 | Canada | | First Class Mail |
| Top 30 | VIA Optronics LLC | Brett Gaines | 6220 Hazeltine National Dr Ste 120 | | | Orlando | FL | 32822 | | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com | Email |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | 180 Ottawa Ave NW | | | Grand Rapids | MI | 49503 | | sgrow@wnj.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | 1221 Avenue of the Americas | | | New York | NY | 10020 | | david.turetsky@whitecase.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | 111 South Wacker Drive | | | Chicago | IL | 60606 | | jzakia@whitecase.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | 555 South Flower Street, Suite 2700 | | | Los Angeles | CA | 90071 | | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | 200 South Biscayne Boulevard, Suite 4900 | | | Miami | FL | 33131 | | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com | Email |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | 4505 W 26 Mile Rd | | | Washington | MI | 48094 | | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com | Email |
| Counsel for GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | | Detroit | MI | 48226 | | swansonm@millercanfield.com | Email |
| Counsel for Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | YOUNG CONAWAY STARGATT &YOUNG CONAWAY STARGATT & TAYLOR, LLP | Sean M. Beach, Shane Reil | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com | Email |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | 425 Market Street | Suite 2900 | | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com | Email |
| Counsel for Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi | 1979 Marcus Avenue | Suite 210E | | Lake Success | NY | 11042 | | amish@doshilegal.com | Email |
| Counsel for the Equity Committee | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | 7 Times Square | | | New York | NY | 10036 | | rstark@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Counsel for the Equity Committee | Brown Rudnick LLP | Matthew A. Sawyer | One Financial Center | | | Boston | MA | 02111 | | msawyer@brownrudnick.com | Email |
| Counsel for the Equity Committee | Morris James LLP | Eric J. Monzo, Brya M. Keilson | 500 Delaware Avenue | Suite 1500 | | Wilmington | DE | 19801 | | emonzo@morrisjames.com; bkeilson@morrisjames.com | Email |
| Counsel for George Troicky, Lead Plaintiff | Lowenstein Sandler LLP | Michael S. Etkin, Andrew Behlmann, Scott Cargill | One Lowenstein Drive | | | Roseland | NJ | 07068 | | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

3

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for George Troicky, Lead Plaintiff | Cross & Simon, LLC | Christopher P. Simon | 1105 North Market Street | Suite 901 | | Wilmington | DE | 19801 | | csimon@crosslaw.com | Email |
| Counsel for Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | 1007 N. Orange Street, 4th Floor | | | Wilmington | DE | 19801 | | maustria@austriallc.com | Email |
| Counsel for Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | 600 Anton Boulevard, Suite 1400 | | | Costa Mesa | CA | 92626-7689 | | astill@swlaw.com | Email |
| Counsel for Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | 1313 North Market Street, Suite 1201 | | | Wilmington | DE | 19801-6101 | | jhoover@Beneschlaw.com swalsh@Beneschlaw.com | Email |
| Counsel for Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | 50 Rockefeller Plaza | | | New York | NY | 10020-1605 | | bruce@katten.com sarah.eichenberger@katten.com jonathan.rotenberg@katten.com cgiglio@katten.com | Email |
| Counsel for LAS Capital LLC | Skadden Arps Slate Meagher & Flom LLP | Joseph O. Larkin, Stephen J. Della Penna | One Rodney Square | 920 N. King Street | | Wilmington | DE | 19801 | | joseph.lark@skadden.com stephen.dellapenna@skadden.com | Email |
| Counsel for LAS Capital LLC | Skadden Arps Slate Meagher & Flom LLP | Ron E. Meisler, Jennifer Madden | 155 North Wacker Drive | | | Chicago | IL | 60606-1720 | | ron.meisler@skadden.com jennifer.madden@skadden.com | Email |
| Counsel for LAS Capital LLC | Skadden Arps Slate Meagher & Flom LLP | Robert D. Drain | One Manhattan West | | | New York | NY | 10001 | | robert.drain@skadden.com | Email |
| Michigan Department of Treasury | Assistant Attorney General | Heather L. Donald | Cadillac Place | 3030 West Grand Blvd | Ste 10-200 | Detroit | MI | 48202 | | donaldh@michigan.gov | Email |
| Counsel for Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC | Morris, Nichols, Arsht & Tunnell | Robert J. Dehney, Donna L. Culver, Matthew B. Harvey, Matthew Talmo | 1201 N. Market Street, 16th Floor | P.O. Box 1347 | | Wilmington | DE | 19899-1347 | | rdehney@morrisnichols.com; dculver@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com | Email |
| Counsel for Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC | Allen & Overy LLP | Daniel J. Guyder, Robin Spigel, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz | 1221 Avenue of the Americas | | | New York | NY | 10020 | | daniel.guyder@allenovery.com; robin.spigel@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com | Email |
| Counsel for Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | 1101 New York Avenue, NW | | | Washington | DC | 20005 | | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

4