IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 733** |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**

The undersigned hereby certifies that she has received no formal or informal objection or response to the *Fourth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through and Including October 31, 2023* [Docket No. 733] (the "Application") filed by Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper") on November 22, 2023. The undersigned further certifies that she has reviewed the docket in these cases and that no objection or response to the Application appears thereon. The notice attached to the Application established a deadline of December 12, 2023 at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181], the above-captioned debtors and debtors in possession are authorized to pay Troutman Pepper a total of $154,070.33, which represents (i) $153,060 in fees [80% of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

total fees $191,325[2]] plus (ii) $1,010.33 in expenses [100%] requested in the Application upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: December 13, 2023  
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

<u>/s/ Tori L. Remington</u>
David M. Fournier (DE 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: david.fournier@troutman.com
  tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email: francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[2] Troutman Pepper reserves its right to seek payment of its fees at the non-discounted rate pursuant to the terms of our retention.