**Exhibit 1**

**Schedule of Professional Compensation**

**Professional Compensation for the period from
June 27, 2023, through and including September 30, 2023**

| APPLICANT | Compensation Period (Interim Period) | Fees Requested | Expenses Requested | Agreed Reductions (Fees) | Agreed Reductions (Expenses) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **White & Case LLP** (Counsel to the Debtors) [Docket No. 692] | 6/27/23 – 9/30/23 | $5,533,760.00 | $9,066.87 | $0.00 | $0.00 | $5,533,760.00 | $9,066.87 |
| **Kurtzman Carson Consultants** (Administrative Advisor to the Debtors) [Docket No. 693] | 6/27/23 – 9/30/23 | $17,527.29 | $0.00 | $0.00 | $0.00 | $17,527.29 | $0.00 |
| **Silverman Consulting** (Restructuring Advisors to the Debtors) [Docket No. 694] | 6/27/23 – 9/30/23 | $658,494.70 | $51,299.99 | $0.00 | $0.00 | $658,494.70 | $51,299.99 |
| **KPMG LLP** (Audit Services Provider to the Debtors) [Docket No. 695] | 6/27/23 – 9/30/23 | $76,264.40 | $0.00 | $0.00 | $0.00 | $76,264.40 | $0.00 |
| **Winston & Strawn LLP** (Special Litigation Counsel to the Debtors) [Docket No. 700] | 8/15/23 – 9/30/23 | $96,553.80 | $0.00 | $0.00 | $0.00 | $96,553.80 | $0.00 |
| **Jefferies LLC** (Investment Banker to the Debtors) [Docket No. 703] | 6/27/23 – 9/30/23 | $600,000.00 | $38,459.31 | $0.00 | $0.00 | $600,000.00 | $38,459.31 |
| **Baker & Hostetler** (Special Litigation Counsel to the Debtors) [Docket No. 704] | 6/27/23 – 9/30/23 | $1,020,635.10 | $30,373.22 | $0.00 | $0.00 | $1,020,635.10 | $30,373.22 |

| APPLICANT | Compensation Period (Interim Period) | Fees Requested | Expenses Requested | Agreed Reductions (Fees) | Agreed Reductions (Expenses) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Huron Consulting Group, Inc.** (Financial Advisor to the Official Committee of Unsecured Creditors) [Docket No. 706] | 7/20/23 – 9/30/23 | $529,235.00 | $712.28 | $0.00 | $0.00 | $529,71235.00 | $712.28 |
| **TOTALS** | | **$8,532,470.29** | **$129,911.67** | **$0.00** | **$0.00** | **$8,532,470.29** | **$129,911.67** |

2