# Exhibit 1

**Professional Compensation for the period from July 17, 2023, through and including September 30, 2023**

| Applicant | Compensation Period | Fees Requested | Expenses Requested | Agreed Reductions (Fees) | Agreed Reductions (Expenses) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Troutman Pepper Hamilton Sanders LLP | 7/17/23 – 9/30/23 | $683,137.00[1] | $1,534.09 | $0.00 | $0.00 | $683,137.00 | $1,534.09 |

---

[1] This amount reflects the total fees incurred by Troutman Pepper during the application period. However, pursuant to the terms of its retention, Troutman Pepper requests payment of only $652,125.00 at this time, and reserves the right to seek payment of the difference in the event that distributions to general unsecured creditors exceed 50%.