IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 560 |

## NOTICE OF ANNUAL RATE INCREASE OF MORRIS JAMES LLP

On October 16, 2023, this Court entered an order authorizing the Official Committee of Equity Security Holders (the "Equity Committee") of Lordstown Motors Corp., *et al*., the above-captioned debtors, to retain Morris James LLP ("Morris James") as Delaware counsel to the Equity Committee *nunc pro tunc* to September 7, 2023 [Docket No. 560]. Effective January 1, 2024, Morris James will implement firm-wide rate increases. Morris James hereby provides notice of the following hourly rates:

| **Billing Category** | **2024 Hourly Rate Range** |
|---|---|
| Partner | $790 to $905 |
| Counsel | $545 to $625 |
| Associate | $390 to $685 |
| Paralegal | $260 to $365 |

The increase noticed herein is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as it is applied firm-wide, and the new rates are comparable to those used in similar circumstances by similarly skilled professionals.

[*Signature Page to Follow*]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16450447/1

|  |  |
|---|---|
| Dated: December 14, 2023 | **MORRIS JAMES LLP** |
|  | <u>*/s/ Eric J. Monzo*</u><br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Official Committee of Equity Security Holders* |