## Schedule 1

**Assets**

AMERICAS 125519648

| Purchaser Name | Type | Model | Description | Qty | Purchase Price |
|---|---|---|---|---|---|
| Edward Bertouille | Service Van | Nissan | VIN: 1N6AF0LY3MN801306 | 1 | $3,000.00 |
| | | | | | |