IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Lordstown Motors Corp., *et al.*,[1] <br><br>                              Debtor. | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br> (Jointly Administered) <br><br> **Related D.I.: _____** |

### ORDER APPROVING STIPULATION BETWEEN DEBTORS AND FIBERDYNE RESEARCH PTY LTD REGARDING TEMPORARY ALLOWANCE OF CLAIMS SOLELY FOR PURPOSES OF VOTING ON DEBTORS' JOINT CHAPTER 11 PLAN

Upon consideration of the *Stipulation Between Debtors and Fiberdyne Research Pty Ltd Regarding Temporary Allowance of Claims Solely for Purposes of Voting on Debtors' Joint Chapter 11 Plan* (the "Stipulation")[2] attached hereto as **Exhibit "1"**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2]    Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

51469744.2

1. The Stipulation annexed hereto as **Exhibit 1** is hereby **APPROVED**.

2. The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: December 15th, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

51469744.2