**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON DECEMBER 19, 2023 AT 2:00 P.M. (ET)**

> **AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN**
> **CANCELLED WITH PERMISSION FROM THE COURT.**

**I.      MATTER UNDER CERTIFICATION**:

1.      Motion of the U.S. Securities and Exchange Commission for the Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. § 1141(d)(6) [Docket No. 676 – filed November 9, 2023]

> Response/Objection Deadline:      December 12, 2023 at 4:00 p.m. (ET)
>
> Responses/Objections Received:      None.
>
> Related Documents: None.
>
> Status: The U.S. Securities and Exchange Commission received no objections to the motion and intend to file a certification of counsel and proposed order resolving this matter.

**II.      ADJOURNED MATTERS**:

2.      Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 668 – filed November 6, 2023]

> Response/Objection Deadline:      November 14, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Responses/Objections Received:

A.    Debtors' Objection to Ohio Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 696 – filed November 14, 2023]

B.    Objection of the Official Committee of Equity Security Holders to the Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 699 – filed November 14, 2023]

Related Documents:

i.    Declaration of James Lee in Support of Debtors' Objection to Ohio Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 697 – filed November 14, 2023]

Status: The hearing on this matter is adjourned until January 10, 2024 at 3:00 p.m. (ET).

3.    Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (III) Granting Related Relief [Docket No. 776 – filed December 5, 2023]

Response/Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET); extended until December 14, 2023 at 4:00 p.m. (ET) for TERIS-Phoenix LLC

Responses/Objections Received:

Related Documents:

i.    Notice of Filing of Revised Proposed Order Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (III) Granting Related Relief [Docket No. 808 – filed December 11, 2023]

Status: The hearing on this matter is adjourned until January 10, 2024 at 3:00 p.m. (ET).

## III.   ADJOURNED MATTER / CONFIRMATION:

4.    Modified First Amened Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 657 – filed November 1, 2023]

Response/Objection Deadline:    December 8, 2023 at 4:00 p.m. (ET); extended for Former Directors and Officers until Monday, December 11, 2023 at 12:00 p.m. (ET); extended for the Security & Exchange Commission, Foxconn

2

and the Office of the United States Trustee for the District of Delaware until December 11, 2023 at 4:00 p.m. (ET); extended for the NHTSA, Dechert and DiamondPeak Directors until December 12, 2023 at 12:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors and Ohio Plaintiffs until December 12, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:

A.      Objection of Rahul Singh to Debtors' Plan (Docket #766) [Docket No. 793 – filed December 7, 2023]

Related Documents:

i.      Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 360 – filed September 1, 2023]

ii.     Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with the Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 651 – filed November 1, 2023].

iii.    Notice of  (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Plan, (IV) Procedures for Objecting to the Confirmation of the Plan, and (V) Procedures and Deadline for Voting on the Plan [Docket No. 661 – filed November 1, 2023]

iv.     Notice of Filing of Plan Supplement for the Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 766 – filed December 1, 2023]

v.      Notice of Filing of Proposed Order (I) Confirming Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors and (II) Granting Related Relief [Docket No. 767 – December 1, 2023]

Status: The hearing on this matter is adjourned until January 10, 2024 at 3:00 p.m. (ET).

Dated: December 15, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to Debtors and*<br>*Debtors in Possession* |