# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LORDSTOWN MOTORS CORP., et al., | : | Case No. 23-10831 (MFW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket Nos. 477, 558** |

## NOTICE OF RATE INCREASE BY BROWN RUDNICK LLP

On September 27, 2023, the Official Committee of Equity Security Holders for the above-captioned debtors and debtors-in-possession (the "Equity Committee") filed the *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al., Nunc Pro Tunc to September 7, 2023* (the "Retention Application") [Docket No. 477]. On October 16, 2023, the Court entered the *Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al., Nunc Pro Tunc to September 7, 2023* (the "Retention Order") [Docket No. 558] authorizing the Equity Committee to retain and employ Brown Rudnick LLP ("Brown Rudnick") as its legal counsel.

Paragraph 5 of the Retention Order requires Brown Rudnick to provide 10 calendar days' notice to the Equity Committee, the Debtors, and the U.S. Trustee prior to any increases in the rates set forth in the Stark Declaration,[2] and to file such notice with the Court. In the ordinary course of business, Brown Rudnick adjusts its standard billing rates firmwide on an annual basis. This notice is being provided pursuant to paragraph 5 of the Retention Order. Effective as of January 1, 2024,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] The Stark Declaration is attached to the Retention Application as Exhibit B.

Brown Rudnick's billing rates for lawyers and paraprofessionals who may work on matters related to the above-captions cases will be as follows:

| Billing Category | Range |
|---|---|
| Partners | $900 – $2,250 |
| Counsel and Other Non-Associate Attorneys | $300 – $2,575 |
| Associates | $695 – $985 |
| Paraprofessional | $385 – $545 |

Dated: December 15, 2023
      New York, New York        Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ Robert J. Stark
    Robert J. Stark, Esq. (admitted *pro hac vice*)
    Bennett S. Silverberg, Esq. (admitted *pro hac vice*)
    7 Times Square
    New York, NY 10036
    Telephone: (212) 209-4800
    Facsimile: (212) 209-4801
    Email: rstark@brownrudnick.com
    Email: bsilverberg@brownrudnick.com

-and-

Matthew A. Sawyer, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: msawyer@brownrudnick.com

*Counsel to the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al.*