# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Docket Nos. 651, 657 & 661** |

## NOTICE OF RESCHEDULED CONFIRMATION HEARING DATE AND TIME

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with the Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 651] (the "**Disclosure Statement Order**"), the hearing (the "**Confirmation Hearing**") to consider the confirmation of the Debtors' *Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [Docket No. 657] (the "**Plan**")[2] was scheduled for December 19, 2023 at 2:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing has been rescheduled with permission from the Court, and will now commence on **January 10, 2024 at 3:00 p.m. (ET)** before The Honorable Mary F. Walrath, at the United States Bankruptcy Court for

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used and not otherwise defined herein have the meaning ascribed to them in the Plan or the Disclosure Statement Order (including exhibits thereto), as applicable.

the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall file the (i) reply to Plan Objections, (ii) brief in support of Plan Confirmation; (iii) declarations in support of Plan Confirmation, and (ii) Voting Report on or before **January 5, 2024**.

| | |
|---|---|
| Dated: December 15, 2023<br><br>Respectfully submitted,<br><br>/s/ *Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (Bar No. 3087)<br>Morgan L. Patterson (Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile:  (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to the Debtors and Debtors in Possession* |