IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 559 |

# NOTICE OF ANNUAL RATE INCREASE OF M3 ADVISORY PARTNERS, LP

On October 16, 2023, this Court entered an order authorizing the Official Committee of Equity Security Holders (the "Equity Committee") of Lordstown Motors Corp., *et al.*, the above-captioned debtors, to retain M3 Advisory Partners, LP ("M3") as Financial Advisor to the Equity Committee *nunc pro tunc* to September 7, 2023 [Docket No. 559]. Effective January 1, 2024, M3 will implement firm-wide rate increases. M3 hereby provides notice of the following hourly rates:

| Professional | Hourly Rate |
|---|---|
| Managing Partner | $1,415 |
| Senior Managing Director | $1,305 |
| Managing Director | $1,075 – $1,205 |
| Director | $880 – $990 |
| Vice President | $786 |
| Senior Associate | $680 |
| Associate | $575 |
| Analyst | $470 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16453805/1

The increase noticed herein is reasonable pursuant to section 330(a)(3)(F) of the Bankruptcy Code as it is applied firm-wide, and the new rates are comparable to those used in similar circumstances by similarly skilled professionals.

Dated: December 15, 2023      **M3 ADVISORY PARTNERS, LP**

/s/ *Robert Winning*
Robert Winning
Managing Director, M3 Advisory Partners, LP

*Financial Advisor to the Official Committee of Equity Security Holders*