**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Annual Rate Increase of M3 Advisory Partners, LP* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail or first class mail on the parties listed on the attached service list.

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16453805/1

## Service List

Adam Kroll
Lordstown Motors Corporation
27000 Hills Tech Ct.
Farmington Hills, MI 48331

*Debtors*

Donald J. Detweiler, Esq,
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
E-mail: don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

and

David M. Turetsky, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: david.turetsky@whitecase.com

and

Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
E-mail: fhe@whitecase.com

*Counsel to the Debtors*

Benjamin Hackman, Esq.
Office of The United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
E-mail: Benjamin.a.hackman@usdoj.gov

*Office of The United States Trustee*