**Exhibit A**

**Sale Order**

AMERICAS 125519648

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. Nos. 650, 737, 791 & \_\_\_** |

### ORDER AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS

Upon the motion [D.I. 650] (the "**Motion**")[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for entry of an order (this "**Order**"), pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 6004 and 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 6004-1 of the Local Rules for the United States Bankruptcy Court for the District (the "**Local Rules**"); and the Court having reviewed and considered the *Notice of Sale of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code* [D.I. 791] (the "**Sale Notice**"); and all parties having had the opportunity to be heard, regarding the approval of the sale transaction set forth in the Sale Notice and the other relief requested in the Motion; and it appearing that the relief requested in the Sale Notice and the Motion and granted herein is in the best interests of the Debtors, their estates, creditors and other parties in interest;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Asset Purchase Agreement (as defined herein) or the Bidding Procedures Order (as defined herein).

and upon the record of the chapter 11 cases; and after due deliberation thereon; and good cause appearing therefore, it is hereby,

**IT IS HEREBY ORDERED THAT:**

1. The sale transaction(s) as set forth in the Sale Notice is/are granted and approved, and the sale and the transactions contemplated thereto are approved.

2. The assets (the "**Assets**") listed on **Schedule 1** attached hereto may be sold free and clear of all liens, claims, encumbrances, or interests pursuant to, among other provisions, section 363 of the Bankruptcy Code, in accordance with this Order.

3. The purchaser(s) as set forth on **Schedule 1** is/are purchasing the Assets in good faith and for value and is a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code.

4. The Debtors are authorized and empowered to take any and all actions necessary or appropriate to (i) consummate the sale pursuant to and in accordance with the terms and conditions set forth on **Schedule 1** and all transaction documents related thereto, (ii) close the sale as contemplated in this Order, and (iii) execute and deliver, perform under, consummate, implement, and take any and all other acts or actions as may be reasonably necessary or appropriate to the performance of their obligations as contemplated by the Motion and Sale Notice and all transaction documents related thereto, in each case without further notice to or order from the Court, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the sale.

5. Pursuant to sections 105(a), 363(b), and 363(f) of the Bankruptcy Code, the Debtors are authorized to transfer the Assets to the purchaser(s) as set forth on **Schedule 1**.

AMERICAS 125519648

6. None of the purchaser(s) or any of its/their affiliates is a "successor" to, continuation of, or alter ego of, the Debtors or their estates by reason of any theory of law or equity.

7. This Order shall be binding in all respects upon (a) the Debtors, (b) the Debtors' estates, (c) all creditors of the Debtors, (d) all holders of Liens, encumbrances, or other Claims and Interests (whether known or unknown) in, against, or on all or any portion of the Assets, (e) the purchaser(s) and all successors and assigns of the purchaser(s), (f) parties-in-interest (as defined by Section 1109(b) of the Bankruptcy Code) with respect to the Debtors, and (g) all successors and assigns of each of the foregoing, including, without limitation, any trustee subsequently appointed in the chapter 11 cases, or a chapter 7 trustee appointed upon a conversion of one or more of the chapter 11 cases to a case under chapter 7 of the Bankruptcy Code.  This Order shall inure to the benefit of the Debtors, their estates and creditors, the purchaser, and the respective successors and assigns of each of the foregoing, including, without limitation, any trustee subsequently appointed in the Chapter 11 Cases or upon conversion to chapter 7 under the Bankruptcy Code, and any Person seeking to assert rights on behalf of any of the foregoing or that belong to the Debtors' estates.

8. For cause shown, this Order shall take effect immediately and shall not be stayed pursuant to Bankruptcy Rules 6004(h), 6006(d), 7062, 9014, or otherwise, but shall be effective and enforceable immediately upon entry, and the stays provided in Bankruptcy Rules 6004(h) and 6004(d) are hereby expressly waived and shall not apply.

9. The Court shall retain exclusive jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Order.

AMERICAS 125519648

## Schedule 1

**Assets**

| Employee Name | Type | Item | Qty | Price | Total |
|---|---|---|---|---|---|
| Edward Hightower | Computers & Peripherals | Samung TV w/Mount | 1 | $250 | $250 |
| Edward Hightower | Computers & Peripherals | LM Monitors | 3 | $200 | $600 |
| Edward Hightower | Computers & Peripherals | Macbook | 2 | $250 | $500 |
| Edward Hightower | Computers & Peripherals | Printer | 1 | $50 | $50 |
| Edward Hightower | Computers & Peripherals | WhiteBoard | 1 | $75 | $75 |
| Adam Kroll | Computers & Peripherals | Samung TV w/Mount | 1 | $250 | $250 |
| Adam Kroll | Computers & Peripherals | Macbook | 1 | $250 | $250 |
| Adam Kroll | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Raghu Aerabati | Computers & Peripherals | Samung TV w/Mount | 1 | $250 | $250 |
| Raghu Aerabati | Computers & Peripherals | Macbook | 1 | $250 | $250 |
| Jill Coniglio-Kirk | Computers & Peripherals | Macbook | 1 | $250 | $250 |
| Jill Coniglio-Kirk | Computers & Peripherals | iPad Air | 1 | $300 | $300 |
| Jill Coniglio-Kirk | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Jill Coniglio-Kirk | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Dan Ninivaggi | Computers & Peripherals | Surface | 1 | $250 | $250 |
| Carnita Hunt | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Carnita Hunt | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Carnita Hunt | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Michael Jones | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Michael Jones | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Kevin Moser | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Kevin Moser | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Gaurav Kadam | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Gaurav Kadam | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Alan Parker | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Alan Parker | Computers & Peripherals | X1 Carbon Laptops | 2 | $200 | $400 |
| Alan Parker | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Alan Parker | Computers & Peripherals | LG 31" Monitor | 3 | $90 | $270 |
| Alan Parker | Computers & Peripherals | Docking Station | 2 | $60 | $120 |
| MAURICIO AGUILAR AMOROS | Computers & Peripherals | X1 Carbon Laptops | 2 | $200 | $400 |
| MAURICIO AGUILAR AMOROS | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| MAURICIO AGUILAR AMOROS | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Paranjothi Gopalan | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Paranjothi Gopalan | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Paranjothi Gopalan | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Nathan Backing | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Nathan Backing | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Nathan Backing | Computers & Peripherals | Std Monitor | 2 | $50 | $100 |
| Nathan Backing | Computers & Peripherals | Docking Station | 2 | $60 | $120 |
| Prahlada Bangalore | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Prahlada Bangalore | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| rakshith gummaraju | Computers & Peripherals | Engineering P15/P53 | 2 | $500 | $1,000 |
| rakshith gummaraju | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Bhaskar Praveen Ramesh | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Bhaskar Praveen Ramesh | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Bhaskar Praveen Ramesh | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Kyle Manduch | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Kyle Manduch | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |

| Name | Category | Item | Qty | Unit | Total |
|---|---|---|---|---|---|
| Kyle Manduch | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Kyle Manduch | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Paul Godell | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Paul Godell | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Steven Nguyen | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Steven Nguyen | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Sanathkumar Bode | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Sanathkumar Bode | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Sanathkumar Bode | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Sanathkumar Bode | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Laura Luengo | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Jen Wehrly | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Jen Wehrly | Computers & Peripherals | LG 31" Monitor | 4 | $90 | $360 |
| Jen Wehrly | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| ABHISHEK Kad | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| ABHISHEK Kad | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Vinayak Kamat | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| David Lepley | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| David Lepley | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| David Lepley | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Nithin Vasam | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Nithin Vasam | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Nithin Vasam | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Nithin Vasam | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| sandeep Nomula | Computers & Peripherals | Yoga Laptop | 2 | $250 | $500 |
| sandeep Nomula | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| sandeep Nomula | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| sandeep Nomula | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Anket Patil | Computers & Peripherals | Std Monitor | 3 | $50 | $150 |
| Sharon Dudley-Parham | Computers & Peripherals | Yoga Laptop | 2 | $250 | $500 |
| Sharon Dudley-Parham | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Matthew celmer | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Matthew celmer | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Matthew celmer | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Vinodh Muruganandam | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Vinodh Muruganandam | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Vinodh Muruganandam | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Adam Vahratian | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Adam Vahratian | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Hugh Patrick Caherty | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Hugh Patrick Caherty | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Angela Flores | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Donna Bell | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Donna Bell | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Raja Kanna Rajendraprasad | Computers & Peripherals | X1 Carbon Laptops | 2 | $200 | $400 |
| Luke Rork | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Luke Rork | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Eric Willetts | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Eric Willetts | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |

| Name | Category | Item | Qty | Unit | Total |
|---|---|---|---|---|---|
| Eric Willetts | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Daniel David Gottfried | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Bashar Kato | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Steven Foster | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Steven Foster | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Steven Foster | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Shawn Dowdy | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Shawn Dowdy | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Shawn Dowdy | Computers & Peripherals | Std Monitor | 2 | $50 | $100 |
| Shawn Dowdy | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Ed Bertouille | Computers & Peripherals | Engineering P15/P53 | 2 | $500 | $1,000 |
| Abhidnya Pandhare | Computers & Peripherals | Std Monitor | 3 | $50 | $150 |
| Abhidnya Pandhare | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Suryaji Phalke | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Suryaji Phalke | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Aaishwary Kulkarni | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Aaishwary Kulkarni | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Mike Gurski | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Mike Gurski | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Akhil Dachepally | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Akhil Dachepally | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Akhil Dachepally | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Akhil Dachepally | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Dhiraj Malviya | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Milton Rodricks | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Kathy McDougall | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Kathy McDougall | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| LandX LLC | Computers & Peripherals | X1 Carbon Laptops | 14 | $200 | $2,800 |
| LandX LLC | Computers & Peripherals | Engineering P15/P53 | 99 | $500 | $49,500 |
| LandX LLC | Computers & Peripherals | Std Monitor | 218 | $50 | $10,900 |
| LandX LLC | Computers & Peripherals | Docking Station | 69 | $60 | $4,140 |
| LandX LLC | Computers & Peripherals | Dell XPS | 7 | $400 | $2,800 |
| Tamaroff Leasing, DBD Capture Automotive | Service Vehicle | 2021 CHEVROLET SILVERADO 3500 HD VIN:  1GC4YUEY5MF213528 | 1 | $50,000 | $50,000 |
| Tamaroff Leasing, DBD Capture Automotive | Service Vehicle | 2018 CHEVROLET SILVERADO 1500 Z71 VIN:  3GCUKRECXJG533344 | 1 | $22,000 | $22,000 |
| Tamaroff Leasing, DBD Capture Automotive | Service Vehicle | 2020 BRAVO BOX TRAILER VIN:  542BE2426MB034475 | 1 | $3,000 | $3,000 |
| Foxconn EV Systems | Office Assets in Ohio | Misc. office furniture in Lordstown, OH company office | 1 | $31,200 | $31,200 |