## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 5, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims, and (IV) Late-Filed Claims** [Docket No. 772]

- **Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (II) Granting Related Relief** [Docket No. 776]

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit D**; and via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims, and (IV) Late-Filed Claims** [Docket No. 772]

*(Continued on Next Page)*

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Furthermore, on December 5, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit F**; via First Class Mail upon the service list attached hereto as **Exhibit G**; and, on December 6, 20023, via First Class Mail upon the service list attached hereto as **Exhibit H**:

- **Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (II) Granting Related Relief** [Docket No. 776]

Dated: December 15, 2023

*/s/ Esmeralda Aguayo*
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com; robin.spigel@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | maustria@austrialllc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer, Sharon I. Dwoskin | msawyer@brownrudnick.com; sdwoskin@brownrudnick.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg, Michael S. Winograd | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; mwinograd@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 3

Exhibit A
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | rwinning@m3-partners.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Michigan Department of Treasury | Michigan Department of Treasury | Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo, Donna L. Culver | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com; dculver@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq. | Joseph.Larkin@Skadden.com; stephen.dellapenna@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Robert D. Drain, Esq. | Robert.Drain@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Esq., Jennifer Madden, Esq. | Ron.Meisler@Skadden.com; Jennifer.Madden@Skadden.com |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 3

# Exhibit B

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | 201 Main Street, Suite 1100 | | | Fort Worth | TX | 76102 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | 1700 Broadway, 19th Floor | | | New York | NY | 10019 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | 111 Park Street | | | London | | W1K 7JL | United Kingdom |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2

# Exhibit C

**Exhibit C**

**Lienholders Service List**

**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| COMPETITION ENGINEERING, INC | 975 COMSTOCK STREET | MARNE | MI | 49435-8751 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | 200 CONNELL DRIVE | BERKELEY HEIGHTS | NJ | 07922 |
| PETERSON JIG AND FIXTURE, INC. | 301 ROCKFORD PARK DR. NE | ROCKFORD | MI | 49341 |
| PETERSON JIG AND FIXTURE, INC. | PO BOX 641 | ROCKFORD | MI | 49341 |
| PROPER TOOLING, LLC & PROPER GROUP INTERNATIONAL, LLC | 13870 E 11 MILE ROAD | WARREN | MI | 48089 |

# Exhibit D

**Exhibit D**
**First Omnibus Objection Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Abdelkader Bougar | | Email Redacted |
| Abdoul K Diop | | Email Redacted |
| Adeel Saddiqui | | Email Redacted |
| Akash Sharma | | Email Redacted |
| Amazon Web Services, Inc. | Attn Brian Peterson | brian.peterson@klgates.com |
| Amazon Web Services, Inc. | Steve Beranek | sberanek@amazon.com |
| Anthony Karnowski | | Email Redacted |
| BABA TRAWARE | | Email Redacted |
| Bashir Tanko | | Email Redacted |
| Benjamin Gilles | | Email Redacted |
| Benjamin Sanabria | | Email Redacted |
| Boris Kagarlitskiy | | Email Redacted |
| BRENDA P ALFARO | | Email Redacted |
| Brian Canty | | Email Redacted |
| Brian Rankin | | Email Redacted |
| Calvin J. Minkins | | Email Redacted |
| Charles Sandstrom | | Email Redacted |
| Charlie Johns | | Email Redacted |
| Chinh V Hoang | | Email Redacted |
| Christabel Bryant | | Email Redacted |
| Columbia Diane Carfolo | | Email Redacted |
| Craig Bauer | | Email Redacted |
| Cynthia Beebe | | Email Redacted |
| Daniel Adams | | Email Redacted |
| David Callaway | | Email Redacted |
| David Dzenutis | | Email Redacted |
| Dennis Mugwanya | | Email Redacted |
| Din B. Premy and Joyce R. Premy | | Email Redacted |
| Dionald Tamara | | Email Redacted |
| Donald Drake | | Email Redacted |
| Donald R. Drake | | Email Redacted |
| Douglas Wargo | | Email Redacted |
| Dwayne L Adams | | Email Redacted |
| Edelyn Saint Louis | | Email Redacted |
| Edward Fait | | Email Redacted |
| Eric Knies | | Email Redacted |
| Fiberdyne Research Pty Ltd | Julian Merrit | julian.merritt@fiberdyne.com.au |
| Filec Production SAS - Amphenol | Herve Wrzesniewski | herve.wrzesniewski@filec.fr |
| Frangilan Patrick | | Email Redacted |
| Gagik Keshishi | | Email Redacted |
| Garrett Baumann | | Email Redacted |
| Gary Krikorian | | Email Redacted |
| Gary Wayne Browne | | Email Redacted |
| Gauri Agrawal | | Email Redacted |
| George M Moats Sr | | Email Redacted |
| Graham Liechty Roth IRA | | Email Redacted |
| Harold Kallies | | Email Redacted |
| Henry Taguba | | Email Redacted |

**Exhibit D**
**First Omnibus Objection Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Hui Chan Liu | | Email Redacted |
| Huyen T Nguyen | | Email Redacted |
| James A Jacobs | | Email Redacted |
| James Claudius Smith | | Email Redacted |
| James Duhaime | | Email Redacted |
| James L. Morehead Sr | | Email Redacted |
| Jeffrey W Marsee | | Email Redacted |
| Jie Zheng | | Email Redacted |
| Joh Rojao | | Email Redacted |
| John Bedford | | Email Redacted |
| John Chou and Yajane Chu, JT | | Email Redacted |
| John Patrick Meegan | | Email Redacted |
| John S DiBlasi & Patricia A DiBlasi | | Email Redacted |
| John Steele | | Email Redacted |
| Jonathan Clark | | Email Redacted |
| Jose B Ruiz | | Email Redacted |
| Joyce Jeanette Holmes | | Email Redacted |
| Jude Ezeigwe | | Email Redacted |
| Julie Schroeder | | Email Redacted |
| Jung-Jin Lee | | Email Redacted |
| Justin Saba | | Email Redacted |
| JVIS USA LLC | David Woy | woy@jvis.us |
| JVIS USA LLC | Tim Bradley | bradley@venturecorporation.net |
| JVIS USA LLC | | woy@jvis.us |
| Kai Jin Huang | | Email Redacted |
| KalaWati Narayan | | Email Redacted |
| Kang Liu | | Email Redacted |
| Kelli Codianne | | Email Redacted |
| Kenneth Adams | | Email Redacted |
| Kenneth Adams | | Email Redacted |
| Kenneth Alcazar | | Email Redacted |
| Kenton W. Riggs | | Email Redacted |
| Kerry M. Powers | | Email Redacted |
| Laurie L. Jordan | | Email Redacted |
| Lone Pine Farms Inc | Darl D. Reynolds | cyclone2522@gmail.com |
| Louise Prystaloski | | Email Redacted |
| Man Bum Hahn | | Email Redacted |
| Mark C Cleland | | Email Redacted |
| Mark Cunliffe | | Email Redacted |
| Maryann Jamieson | | Email Redacted |
| Md Mokarrom Hossain | | Email Redacted |
| Meta System S.p.A. | Derrick Coleman, Esq. | derrick@colemanfrost.com |
| Meta System S.p.A. | | giada.bonomi@metasystemcorporation.com |
| Michael J Teuscher | | Email Redacted |
| Michael Pinterics | | Email Redacted |
| Michael T. Moore | | Email Redacted |
| Minh Tran | | Email Redacted |
| Ms Donna R Taman | | Email Redacted |
| Muhammad S. Chaudhry | | Email Redacted |

**Exhibit D**
**First Omnibus Objection Claimants Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Nelson Debasa | | Email Redacted |
| Nicholas Lynn | | Email Redacted |
| Nicholaus Schilling | | Email Redacted |
| Olaf Robrecht | | Email Redacted |
| Pamela Kritz | | Email Redacted |
| Paramesu Badugu | | Email Redacted |
| Pauline Ottomanelli | | Email Redacted |
| Philip Andrew Samples | | Email Redacted |
| Praveenan Puvananayagan | | Email Redacted |
| Quang Huynh | | Email Redacted |
| Rachel Clark | | Email Redacted |
| Ralph Slotnick | | Email Redacted |
| Ray Ingrassia | | Email Redacted |
| Rex A Wyrick | | Email Redacted |
| Robert A. Minton | | Email Redacted |
| Robert Carnevale | | Email Redacted |
| Robert R Coder Jr | | Email Redacted |
| Robert Radulski | | Email Redacted |
| Rodney J Carelock | | Email Redacted |
| Rodolfo Oreste | | Email Redacted |
| Roman Shevchuk | | Email Redacted |
| Scott A. Davis | | Email Redacted |
| Scott Hansen | | Email Redacted |
| Shane D Semb | | Email Redacted |
| Simon James Milde | | Email Redacted |
| SKYNET INNOVATIONS | Ray Walriven | audrey@skynetinnovations.com |
| Solomon Wab Lumor | | Email Redacted |
| Stacy Waugh | | Email Redacted |
| Stanley Michaud | | Email Redacted |
| State of Michigan, Unemployment Insurance Agency, Tax Office | UIA Tax Office, POC Unit | stephensd10@michigan.gov |
| Stephen Fleming | | Email Redacted |
| Sumi Yi | | Email Redacted |
| Superior Cam Inc. | c/o John Basso | jmbasso@diversifiedtoolinggroup.com |
| Ta Kai Hsia | | Email Redacted |
| Thanh Huynh | | Email Redacted |
| The Timken Company and The Timken Corporation | c/o Jeremy M. Campana, Esq. | jeremy.campana@thompsonhine.com |
| The Timken Company and The Timken Corporation | Joy Moxon, Director Legal Services | joy.moxon@timken.com |
| The Timken Company and The Timken Corporation | Michael T. Hart, ICCE, Manager Corporate Credit | michael.hart@timken.com |
| Thomas Skook | | Email Redacted |
| Trent Sharp | | Email Redacted |
| Tri Vinh Nguyen | | Email Redacted |
| Vincent & Pauline Ottomanelli | | Email Redacted |
| Vincent Ottomanelli | | Email Redacted |
| Wen Hwai Horng | | Email Redacted |
| William Ortega | | Email Redacted |

# Exhibit E

**Exhibit E**
**First Omnibus Objection Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Abdelkader Bougar | | Address Redacted | | | | | |
| Abdoul K Diop | | Address Redacted | | | | | |
| Adeel Saddiqui | | Address Redacted | | | | | |
| Adeel Saddiqui | | Address Redacted | | | | | |
| Akash Sharma | | Address Redacted | | | | | |
| Amazon Web Services, Inc. | Attn Brian Peterson | c/o KL Gates LLP | 925 4th Avenue Suite 2900 | Seattle | WA | 98104 | |
| Amazon Web Services, Inc. | Steve Beranek | 525 14th Street South | | Arlington | VA | 22202 | |
| Amazon Web Services, Inc. | | PO Box 84023 | | Seattle | WA | 98124 | |
| Andre Horasanian Trust UA DTD 11/16/2 | | Address Redacted | | | | | |
| Anthony Karnowski | | Address Redacted | | | | | |
| BABA TRAWARE | | Address Redacted | | | | | |
| Bashir Tanko | | Address Redacted | | | | | |
| Benjamin Gilles | | Address Redacted | | | | | |
| Benjamin Sanabria | | Address Redacted | | | | | |
| Boris Kagarlitskiy | | Address Redacted | | | | | |
| BRENDA P ALFARO | | Address Redacted | | | | | |
| Brian Canty | | Address Redacted | | | | | |
| Brian Rankin | | Address Redacted | | | | | |
| Calvin J. Minkins | | Address Redacted | | | | | |
| Cara Hafferty | | Address Redacted | | | | | |
| Charles L. & Lyona Hannahs | | Address Redacted | | | | | |
| Charles Sandstrom | | Address Redacted | | | | | |
| Charlie Johns | | Address Redacted | | | | | |
| Chinh V Hoang | | Address Redacted | | | | | |
| Christabel Bryant | | Address Redacted | | | | | |
| Columbia Diane Carfolo | | Address Redacted | | | | | |
| Craig Bauer | | Address Redacted | | | | | |
| Cynthia Beebe | | Address Redacted | | | | | |
| Daniel Adams | | Address Redacted | | | | | |
| David Callaway | | Address Redacted | | | | | |
| David Dzenutis | | Address Redacted | | | | | |
| David H. Tyner | | Address Redacted | | | | | |
| Dennis Mugwanya | | Address Redacted | | | | | |

**Exhibit E**
**First Omnibus Objection Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Din B. Premy and Joyce R. Premy | | Address Redacted | | | | | |
| Dionald Tamara | | Address Redacted | | | | | |
| Donald R. Drake | | Address Redacted | | | | | |
| Douglas Wargo | | Address Redacted | | | | | |
| Dwayne L Adams | | Address Redacted | | | | | |
| Edelyn Saint Louis | | Address Redacted | | | | | |
| Edward Fait | | Address Redacted | | | | | |
| Eric Knies | | Address Redacted | | | | | |
| Farkhonda Sangar | | Address Redacted | | | | | |
| Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | Ferntree Gully | | VIC 3156 | Australia |
| Filec Production SAS - Amphenol | Herve Wrzesniewski | ZI Rue de Disse | | Airvault | Aquitaine | 79600 | France |
| Frangilan Patrick | | Address Redacted | | | | | |
| Gagik Keshishi | | Address Redacted | | | | | |
| Garrett Baumann | | Address Redacted | | | | | |
| Gary Krikorian | | Address Redacted | | | | | |
| Gary Wayne Browne | | Address Redacted | | | | | |
| Gauri Agrawal | | Address Redacted | | | | | |
| George M Moats Sr | | Address Redacted | | | | | |
| Graham Liechty Roth IRA | | Address Redacted | | | | | |
| Gregory Scott Shank | | Address Redacted | | | | | |
| Harold Kallies | | Address Redacted | | | | | |
| Henry Taguba | | Address Redacted | | | | | |
| Hui Chan Liu | | Address Redacted | | | | | |
| Huyen T Nguyen | | Address Redacted | | | | | |
| James A Jacobs | | Address Redacted | | | | | |
| James Claudius Smith | | Address Redacted | | | | | |
| James Duhaime | | Address Redacted | | | | | |
| James L. Morehead Sr | | Address Redacted | | | | | |
| Jeffrey W Marsee | | Address Redacted | | | | | |
| Jie Zheng | | Address Redacted | | | | | |
| Joh Rojao | | Address Redacted | | | | | |
| John Bedford | | Address Redacted | | | | | |
| John Chou and Yajane Chu, JT | | Address Redacted | | | | | |

**Exhibit E**
**First Omnibus Objection Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| John Patrick Meegan | | Address Redacted | | | | | |
| John S DiBlasi & Patricia A DiBlasi | | Address Redacted | | | | | |
| John Steele | | Address Redacted | | | | | |
| Jonathan Clark | | Address Redacted | | | | | |
| Jose B Ruiz | | Address Redacted | | | | | |
| Joyce Jeanette Holmes | | Address Redacted | | | | | |
| Jude Ezeigwe | | Address Redacted | | | | | |
| Julie Schroeder | | Address Redacted | | | | | |
| Jung-Jin Lee | | Address Redacted | | | | | |
| Justin Saba | | Address Redacted | | | | | |
| JVIS USA LLC | David Woy | 52048 Shelby Parkway | | Shelby Township | MI | 48315 | |
| JVIS USA LLC | Tim Bradley | 42400 Merrill | | Sterling Heights | MI | 48314 | |
| JVIS USA LLC | | PO Box 530 | | Mt Clemens | MI | 48046 | |
| Kai Jin Huang | | Address Redacted | | | | | |
| KalaWati Narayan | | Address Redacted | | | | | |
| Kang Liu | | Address Redacted | | | | | |
| Kelli Codianne | | Address Redacted | | | | | |
| Kenneth Adams | | Address Redacted | | | | | |
| Kenneth Adams | | Address Redacted | | | | | |
| Kenneth Adams | | Address Redacted | | | | | |
| Kenneth Alcazar | | Address Redacted | | | | | |
| Kenton W. Riggs | | Address Redacted | | | | | |
| Kerry M. Powers | | Address Redacted | | | | | |
| Kevin Kilpatrick | | Address Redacted | | | | | |
| Laurie L. Jordan | | Address Redacted | | | | | |
| Lone Pine Farms Inc | Darl D. Reynolds | 600 E Hillcrest Ave Apt 311 | | Indianola | IA | 50125 | |
| Louise Prystaloski | | Address Redacted | | | | | |
| Man Bum Hahn | | Address Redacted | | | | | |
| Mark C Cleland | | Address Redacted | | | | | |
| Mark Cunliffe | | Address Redacted | | | | | |
| Maryann Jamieson | | Address Redacted | | | | | |
| Md Mokarrom Hossain | | Address Redacted | | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 5

**Exhibit E**
**First Omnibus Objection Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Meta System S.p.A. | Derrick Coleman, Esq. | 201 Nevada St Suite A | | El Segundo | CA | 90245 | |
| Meta System S.p.A. | | Via T. Galimberti 5 | | Reggio | Emilia | 42124 | Italy |
| Michael J Teuscher | | Address Redacted | | | | | |
| Michael Pinterics | | Address Redacted | | | | | |
| Michael T. Moore | | Address Redacted | | | | | |
| Minh Tran | | Address Redacted | | | | | |
| Ms Donna R Taman | | Address Redacted | | | | | |
| Muhammad S. Chaudhry | | Address Redacted | | | | | |
| Nelson Debasa | | Address Redacted | | | | | |
| Nicholas Lynn | | Address Redacted | | | | | |
| Nicholaus Schilling | | Address Redacted | | | | | |
| Olaf Robrecht | | Address Redacted | | | | | |
| Pamela Kritz | | Address Redacted | | | | | |
| Paramesu Badugu | | Address Redacted | | | | | |
| Pauline Ottomanelli | | Address Redacted | | | | | |
| Philip Andrew Samples | | Address Redacted | | | | | |
| Praveenan Puvananayagan | | Address Redacted | | | | | |
| Quang Huynh | | Address Redacted | | | | | |
| Rachel Clark | | Address Redacted | | | | | |
| Ralph Slotnick | | Address Redacted | | | | | |
| Ray Ingrassia | | Address Redacted | | | | | |
| Rex A Wyrick | | Address Redacted | | | | | |
| Robert A. Minton | | Address Redacted | | | | | |
| Robert Carnevale | | Address Redacted | | | | | |
| Robert R Coder Jr | | Address Redacted | | | | | |
| Robert Radulski | | Address Redacted | | | | | |
| Rodney J Carelock | | Address Redacted | | | | | |
| Rodolfo Oreste | | Address Redacted | | | | | |
| Roman Shevchuk | | Address Redacted | | | | | |
| Roy M. Jacobs | | Address Redacted | | | | | |
| Scott A. Davis | | Address Redacted | | | | | |
| Scott Hansen | | Address Redacted | | | | | |
| Shane D Semb | | Address Redacted | | | | | |
| Simon James Milde | | Address Redacted | | | | | |
| SKYNET INNOVATIONS | Ray Walriven | 350 E Main Street | Suite 200 | Batavia | OH | 45103 | |
| Solomon Wab Lumor | | Address Redacted | | | | | |

**Exhibit E**
**First Omnibus Objection Claimants Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Stacy Waugh | | Address Redacted | | | | | |
| Stanley Michaud | | Address Redacted | | | | | |
| State of Michigan, Unemployment Insurance Agency, Tax Office | UIA Tax Office, POC Unit | 3024 W. Grand Blvd., Ste 12-650 | | Detroit | MI | 48202 | |
| Stephen Fleming | | Address Redacted | | | | | |
| Sumi Yi | | Address Redacted | | | | | |
| Superior Cam Inc. | c/o John Basso | 31240 Stephenson Hwy | | Madison Heights | MI | 48071 | |
| Ta Kai Hsia | | Address Redacted | | | | | |
| Tam Q Trac | | Address Redacted | | | | | |
| Thanh Huynh | | Address Redacted | | | | | |
| The Timken Company and The Timken Corporation | c/o Jeremy M. Campana, Esq. | Thompson Hine LLP | 127 Public Sq Suite 3900 | Cleveland | OH | 44114 | |
| The Timken Company and The Timken Corporation | Joy Moxon, Director Legal Services | 4500 Mount Pleasant St NW | | North Canton | OH | 44720-5450 | |
| The Timken Company and The Timken Corporation | Michael T. Hart, ICCE, Manager Corporate Credit | 4500 Mount Pleasant St NW | | North Canton | OH | 44720-5450 | |
| Thomas Skook | | Address Redacted | | | | | |
| Trent Sharp | | Address Redacted | | | | | |
| Tri Vinh Nguyen | | Address Redacted | | | | | |
| Vincent & Pauline Ottomanelli | | Address Redacted | | | | | |
| Vincent Ottomanelli | | Address Redacted | | | | | |
| Wen Hwai Horng | | Address Redacted | | | | | |
| William Ortega | | Address Redacted | | | | | |

# Exhibit F

**Exhibit F**
**Contract Counterparties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| ETRADE Financial Corporate Services | John Bersin, Managing Director | john.bersin@morganstanley.com |
| TERIS-Phoenix, LLC | Andrea Chase | achase@spencerfane.com |
| TERIS-Phoenix, LLC | c/o Jim Urdanick, CFO | jim.urdanick@repariodata.com |

# Exhibit G

**Exhibit G**
**Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| American Stock Transfer & Trust Company, LLCd/b/a Equiniti Trust Company, LLC | 6201 15th Avenue | Brooklyn | NY | 11219 |
| Complete Discovery Source, Inc. | 250 Park Avenue, Floor 18 | New York | NY | 10177 |
| E*TRADE Financial Corporate Services, Inc. | 3 Edison Drive | Alpharetta | GA | 30005 |
| FTI Consulting Technology LLC | 16701 Melford Blvd, Suite 200 | Bowie | MD | 20715 |
| Intrado Digital Media, LLC | 11808 Miracle Hills Drive | Omaha | NE | 68154 |
| Paylocity Corporation | 1400 American Lane | Schaumburg | IL | 60173 |
| Skynet Innovations | 350 E Main Street, Suite 200 | Batavia | OH | 45103 |
| TERIS-Phoenix, LLC | 11333 N. Scottsdale Road, Suite 294 | Scottsdale | AZ | 85254 |
| Toppan Merrill Bridge | 1501 Energy Park Drive | St. Paul | MN | 55108 |
| Toppan Merrill LLC | 1501 Energy Park Drive | St. Paul | MN | 55108 |
| Vestige Digital Investigations | 23 Public Square, Suite 250 | Medina | OH | 44256 |
| Vestige Ltd dba Vestige Digital Investments | 23 Public Square, Suite 250 | Medina | OH | 44256 |

# Exhibit H

**Exhibit H**
**Supplemental Contract Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ETRADE Financial Corporate Services | John Bersin, Managing Director | 1478 Stone Point Drive, 5th Floor | | Roseville | CA | 95661 |
| TERIS-Phoenix, LLC | Andrea Chase | Spencer Fane LLP | 1000 Walnut St Ste 1400 | Kansas City | MO | 64106 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1