# EXHIBIT A

Invoices

**LORDSTOWN MOTORS CORP.**
**TASK CODE SUMMARY**
**OCTOBER 1, 2023 - OCTOBER 31, 2023**

| Code | Category | Hours | Amount |
|------|----------|-------|--------|
| B100 | Administration | 4.8 | 1,847.50 |
| B110 | Case Administration | 7.9 | 6,241.00 |
| B160 | Fee - Employment Applications | 10.2 | 7,422.00 |
| B190 | Other Contested Matters | 4.0 | 3,160.00 |
| B200 | Operations | 3.1 | 2,449.00 |
| B210 | Business Operations | 12.0 | 8,251.00 |
| B460 | Securities Matters | 89.2 | 56,193.00 |
| B470 | Karma Automotice LLC v. Client, et al. | 60.3 | 34,564.00 |
| | | 191.5 | 120,127.50 |
| | Less Discounts | | -13,312.75 |
| | **Total** | | **106,814.75** |

**LORDSTOWN MOTORS CORP.**
**TIMEKEEPER SUMMARY**
**OCTOBER 1, 2023 - OCTOBER 31, 2023**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Atkinson, Susan L. | Paralegal | 260.00 | 3.1 | 821.50 |
| Barnes, Cory N. | Associate | 450.00 | 0.4 | 180.00 |
| Barrow Clark, Erica | Associate | 970.00 | 0.3 | 291.00 |
| Brown, David H. | Associate | 610.00 | 6.3 | 3,843.00 |
| Cadet, Orga | Associate | 760.00 | 3.4 | 2,584.00 |
| Holbrook, Scott C. | Partner | 690.00 | 14.9 | 10,281.00 |
| Kavouras, Daniel M. | Partner | 565.00 | 3.2 | 1,808.00 |
| Lucchesi, Thomas R. | Partner | 920.00 | 3.5 | 3,220.00 |
| Mannino, Melissa B. | Partner | 1,020.00 | 0.6 | 612.00 |
| McDonald, Michael H. | Litigation Project Manager | 310.00 | 0.5 | 155.00 |
| Murray, Brian M. | Partner | 685.00 | 6.0 | 4,110.00 |
| Ponikvar, Anthony B. | Associate | 500.00 | 38.2 | 19,100.00 |
| Reiner, Jamie S. | Associate | 445.00 | 1.5 | 667.50 |
| Shadi, Sabrina L. | Partner | 790.00 | 3.1 | 2,449.00 |
| Shively, Douglas L. | Partner | 555.00 | 1.0 | 555.00 |
| Spreen, Janet A. | Partner | 780.00 | 50.5 | 39,390.00 |
| Stevenson, Brittany E. | Associate | 400.00 | 32.4 | 12,960.00 |
| Szalay, Sarah M. | Paralegal | 260.00 | 1.2 | 312.00 |
| VanNiel, Michael A. | Partner | 790.00 | 20.9 | 16,511.00 |
| Vlasek, Jeffrey R. | Partner | 555.00 | 0.5 | 277.50 |
| | | | 191.5 | 120,127.50 |
| | | Less Discounts | | -13,312.75 |
| | | **Total** | **191.5** | **106,814.75** |

**LORDSTOWN MOTORS CORP.**
**EXPENSE SUMMARY**
**OCTOBER 1, 2023 - OCTOBER 31, 2023**

| | |
|---|---:|
| Delivery Services | 67.47 |
| Miscellaneous | 225.46 |
| Printing | 2,687.50 |
| **Total** | **2,980.43** |

Lordstown Motors Corp.

**Regarding:**          **General Corporate Matters (2022-2024)**
Matter Number:          116592.000110

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 10/26/23 | Atkinson, Susan L. | Receive audit request, create file, run internal audit report, draft response, and compose email to timekeepers requesting comments. | 265.00 | 1.40 | 371.00 |
| 10/30/23 | Atkinson, Susan L. | Review and track attorney responses to audit inquiry, and send follow-up email to those who have not yet responded. | 265.00 | 0.30 | 79.50 |
| 10/30/23 | Barnes, Cory N. | Draft updates to litigation and claims disclosures for quarterly audit. | 450.00 | 0.40 | 180.00 |
| 10/30/23 | Barrow Clark, Erica | Draft and revise audit response. | 970.00 | 0.30 | 291.00 |
| 10/30/23 | Shively, Douglas L. | Review and edit audit response letter. | 555.00 | 0.60 | 333.00 |
| 10/31/23 | Atkinson, Susan L. | Continue to monitor and track attorney responses to audit inquiry, revise draft response to include matter summary updates provided by various timekeepers, and send follow-up email to those who have yet to respond. | 265.00 | 1.40 | 371.00 |
| 10/31/23 | Shively, Douglas L. | Review and edit revised draft of audit response letter. | 555.00 | 0.40 | 222.00 |
| **Administration(B100)** | | | | **4.80** | **1,847.50** |
| 10/02/23 | VanNiel, Michael A. | Review and analyze recent pleadings and developments in bankruptcy case relevant to matters which Baker is handling as special counsel. | 790.00 | 1.90 | 1,501.00 |
| 10/13/23 | VanNiel, Michael A. | Review and analyze recent case developments in light of ongoing corporate and securities matters. | 790.00 | 1.30 | 1,027.00 |
| 10/16/23 | VanNiel, | Review and analyze recent pleadings and | 790.00 | 2.80 | 2,212.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

Invoice Date:        11/27/23
Invoice Number:      51217766A
Matter Number:       116592.000110
                     Page 4

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | Michael A. | case developments relevant to corporate and litigation matters. | | | |
| 10/30/23 | VanNiel, Michael A. | Review and analyze select recent filings relating to matters being handled as special counsel. | 790.00 | 0.90 | 711.00 |
| 10/31/23 | VanNiel, Michael A. | Review updated filings in bankruptcy case regarding matters for which firm acts as special counsel. | 790.00 | 1.00 | 790.00 |
| **Case Administration(B110)** | | | | **7.90** | **6,241.00** |
| 10/03/23 | VanNiel, Michael A. | Review and comment on first monthly fee statement. | 790.00 | 0.50 | 395.00 |
| 10/03/23 | VanNiel, Michael A. | Correspondence with working group regarding same. | 790.00 | 0.50 | 395.00 |
| 10/04/23 | VanNiel, Michael A. | Multiple correspondence with Messrs. Greene and Shively regarding same. | 790.00 | 0.00 | 0.00 |
| 10/05/23 | VanNiel, Michael A. | Review and analyze recent developments in open litigation and corporate matters. | 790.00 | 1.00 | 790.00 |
| 10/05/23 | VanNiel, Michael A. | Correspondence with working group regarding same. | 790.00 | 0.80 | 632.00 |
| 10/09/23 | VanNiel, Michael A. | Review and address monthly fee statement issues. | 790.00 | 1.00 | 790.00 |
| 10/09/23 | VanNiel, Michael A. | Correspondence with working group regarding same. | 790.00 | 0.50 | 395.00 |
| 10/09/23 | VanNiel, Michael A. | Review summary analysis from Mr. Prince regarding same. | 790.00 | 0.20 | 158.00 |
| 10/17/23 | VanNiel, Michael A. | Review and comment on and address issues regarding second monthly fee statement. | 790.00 | 1.00 | 790.00 |
| 10/23/23 | VanNiel, Michael A. | Review and address issues regarding second monthly fee statement of firm. | 790.00 | 1.30 | 1,027.00 |
| 10/26/23 | VanNiel, Michael A. | Review and address issues regarding Baker second monthly fee statement for submission to court. | 790.00 | 1.50 | 1,185.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

Invoice Date: 11/27/23
Invoice Number: 51217766A
Matter Number: 116592.000110
Page 5

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 10/30/23 | Szalay, Sarah M. | Prepare Certificate of No Objection regarding Baker & Hostetler's First Monthly Fee Statement and forward to Mr. VanNiel. | 260.00 | 0.30 | 78.00 |
| 10/30/23 | Szalay, Sarah M. | Prepare Baker & Hostetler's Second Monthly Fee Statement and Exhibits and forward to Mr. VanNiel for review. | 260.00 | 0.90 | 234.00 |
| 10/30/23 | VanNiel, Michael A. | Review and address Baker first monthly fee statement issues and correspondence with debtor bankruptcy counsel regarding same. | 790.00 | 0.70 | 553.00 |

**Fee - Employment Application(B160)** | | | | **10.20** | **7,422.00**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 10/06/23 | VanNiel, Michael A. | Prepare for and attend conference call with Messrs. Greene and Shively regarding open litigated matter issues. | 790.00 | 1.00 | 790.00 |
| 10/10/23 | VanNiel, Michael A. | Review and analyze recent pleadings and bankruptcy case in light of ongoing corporate and securities matters. | 790.00 | 1.50 | 1,185.00 |
| 10/24/23 | VanNiel, Michael A. | Review and analyze recent plan-related filings regarding corporate and securities matters. | 790.00 | 1.50 | 1,185.00 |

**Other Contested Matters(B190)** | | | | **4.00** | **3,160.00**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 10/03/23 | Shadi, Sabrina L. | Call with Ms. Leonard and Ms. Coniglio-Kirk regarding California PTO issues. | 790.00 | 1.00 | 790.00 |
| 10/09/23 | Shadi, Sabrina L. | Review and analyze policies, offer letters, calculations and related communications regarding California PTO issue. | 790.00 | 0.80 | 632.00 |
| 10/09/23 | Shadi, Sabrina L. | Call with Ms. Leonard, Ms. Bonfadini, Ms. Coniglio-Kirk and Ms. Hunt in connection with same. | 790.00 | 0.60 | 474.00 |
| 10/18/23 | Shadi, Sabrina L. | Call with Ms. Leonard regarding reviewing severance agreements to use in California. | 790.00 | 0.10 | 79.00 |
| 10/19/23 | Shadi, Sabrina L. | Review and revise draft settlement and release agreements for use with California employees. | 790.00 | 0.60 | 474.00 |

**Baker & Hostetler LLP**

Lordstown Motors Corp.

Case 23-10831-MFW     Doc 836-2     Filed 12/18/23     Page 8 of 21

Invoice Date:                    11/27/23
Invoice Number:              51217766A
Matter Number:           116592.000110
Page 6

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| **Operations(B200)** | | | | **3.10** | **2,449.00** |
| 10/03/23 | Cadet, Orga | Attention to BEA filing. | 760.00 | 0.90 | 684.00 |
| 10/03/23 | Mannino, Melissa B. | Emails with M. Leonard regarding BE-13 filing and review BEA guidance regarding assets acquisition. | 1,020.00 | 0.20 | 204.00 |
| 10/04/23 | Reiner, Jamie S. | Filling out BE-13A form | 445.00 | 1.50 | 667.50 |
| 10/05/23 | Cadet, Orga | Fill out BE-13A form; conduct research and discuss related issues with BakerHostetler team. | 760.00 | 2.10 | 1,596.00 |
| 10/05/23 | Vlasek, Jeffrey R. | Telephone call with Ms. Leonard regarding California PTO issues. | 555.00 | 0.50 | 277.50 |
| 10/10/23 | Cadet, Orga | Discuss BE-13 filing with Ms. Mannino. | 760.00 | 0.40 | 304.00 |
| 10/10/23 | Mannino, Melissa B. | Review and comment on BE-13 responses. | 1,020.00 | 0.40 | 408.00 |
| 10/12/23 | Murray, Brian M. | Draft email message for Ms. Leonard regarding the proposed savings plan termination documentation produced by TAG Resources, the requirements to complete termination of the plan in cooperation with TAG Resources and the fiduciary obligations of the company and its workforce members as it winds down the plan. | 685.00 | 3.90 | 2,671.50 |
| 10/13/23 | Murray, Brian M. | Draft email to Ms. Leonard regarding the savings plan termination process and the timing for termination and the need for continuing fiduciary oversight over fee payments from plan assets. | 685.00 | 2.10 | 1,438.50 |
| **Business Operations(B210)** | | | | **12.00** | **8,251.00** |

Baker&Hostetler LLP

Lordstown Motors Corp.

Invoice Date: 11/27/23
Invoice Number: 51217769
Matter Number: 116592.000024
Page 4

**B460**              **Securities Matters**
                     116592.000024

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Spreen, Janet A. | Partner | 50.50 | $ 780.00 | $ 39,390.00 |
| Brown, David H. | Associate | 6.30 | 610.00 | 3,843.00 |
| Stevenson, Brittany E. | Associate | 32.40 | 400.00 | 12,960.00 |
| **10% Courtesy Discount** | | | | **(5,619.30)** |
| **Total** | | **89.20** | | **$ 50,573.70** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/03/23 | Spreen, Janet A. | Attention to change in headquarters. | 0.30 | 234.00 |
| 10/03/23 | Stevenson, Brittany E. | Review rules and requirements for updating the location of headquarters. | 0.50 | 200.00 |
| 10/03/23 | Stevenson, Brittany E. | Prepare meeting minutes. | 0.50 | 200.00 |
| 10/04/23 | Stevenson, Brittany E. | Review rules and requirements for updating the location of headquarters and prepare a checklist. | 1.60 | 640.00 |
| 10/05/23 | Stevenson, Brittany E. | Review rules and requirements for updating the location of headquarters and prepare a checklist. | 1.80 | 720.00 |
| 10/06/23 | Spreen, Janet A. | Review checklist for change in headquarters. | 0.20 | 156.00 |
| 10/06/23 | Stevenson, Brittany E. | Review and update address change checklist. | 0.40 | 160.00 |
| 10/09/23 | Spreen, Janet A. | Call with Mr. Port regarding reporting matters. | 0.50 | 390.00 |
| 10/09/23 | Spreen, Janet A. | Review checklist for change in headquarters. | 0.20 | 156.00 |
| 10/10/23 | Spreen, Janet A. | Call with working group regarding 10-Q preparation. | 1.00 | 780.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/10/23 | Spreen, Janet A. | Call with White & Case regarding SEC filing obligations and registration statements. | 1.00 | 780.00 |
| 10/10/23 | Spreen, Janet A. | Review WARN act notices for disclosure issues. | 0.50 | 390.00 |
| 10/10/23 | Stevenson, Brittany E. | Attend call to discuss filing obligations. | 1.10 | 440.00 |
| 10/10/23 | Stevenson, Brittany E. | Attend call to discuss stock status. | 0.80 | 320.00 |
| 10/11/23 | Spreen, Janet A. | Attention to 10-Q questions. | 0.50 | 390.00 |
| 10/11/23 | Stevenson, Brittany E. | Prepare proposed resolutions. | 0.40 | 160.00 |
| 10/12/23 | Spreen, Janet A. | Attention to 10-Q questions. | 0.50 | 390.00 |
| 10/12/23 | Spreen, Janet A. | Review Board resolutions for plan termination. | 0.30 | 234.00 |
| 10/12/23 | Spreen, Janet A. | Attention to Board minutes. | 0.30 | 234.00 |
| 10/12/23 | Stevenson, Brittany E. | Review sample Form 10-Q disclosure. | 0.30 | 120.00 |
| 10/13/23 | Brown, David H. | Research Form 10-Q samples for current bankruptcy factors. | 1.80 | 1,098.00 |
| 10/13/23 | Spreen, Janet A. | Attention to Board minutes comments. | 0.20 | 156.00 |
| 10/13/23 | Spreen, Janet A. | Review updated draft plan. | 0.50 | 390.00 |
| 10/13/23 | Spreen, Janet A. | Attention to 10-Q questions. | 0.30 | 234.00 |
| 10/15/23 | Stevenson, Brittany E. | Review sample Form 10-Q disclosure. | 0.40 | 160.00 |
| 10/16/23 | Spreen, Janet A. | Review revised bankruptcy plan. | 1.40 | 1,092.00 |
| 10/17/23 | Brown, David H. | Conduct additional research regarding 10-Q samples. | 0.50 | 305.00 |
| 10/17/23 | Spreen, Janet A. | Attend board meeting. | 1.00 | 780.00 |
| 10/17/23 | Spreen, Janet A. | Attention to 10-Q preparation. | 1.00 | 780.00 |
| 10/18/23 | Brown, David H. | Research 10-Q presentation where liquidation is not imminent. | 1.20 | 732.00 |

Baker&Hostetler LLP

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/18/23 | Spreen, Janet A. | Attention to 10-Q preparation. | 0.50 | 390.00 |
| 10/18/23 | Spreen, Janet A. | Attention to draft 8-K for sale order. | 1.00 | 780.00 |
| 10/18/23 | Stevenson, Brittany E. | Prepare Form 8-K for filing. | 0.20 | 80.00 |
| 10/19/23 | Spreen, Janet A. | Attention to 10-Q disclosure topics. | 1.10 | 858.00 |
| 10/19/23 | Spreen, Janet A. | Attention to draft 8-K for sale order. | 2.00 | 1,560.00 |
| 10/19/23 | Spreen, Janet A. | Review severance terms. | 0.20 | 156.00 |
| 10/19/23 | Stevenson, Brittany E. | Review and update Form 8-K. | 0.80 | 320.00 |
| 10/20/23 | Spreen, Janet A. | Prepare Form 8-K. | 1.30 | 1,014.00 |
| 10/20/23 | Stevenson, Brittany E. | Review sample disclosure and update draft Form 10-Q. | 0.90 | 360.00 |
| 10/22/23 | Spreen, Janet A. | Review and revise Form 8-K. | 1.20 | 936.00 |
| 10/23/23 | Spreen, Janet A. | Attention to finalizing and filing Form 8-K. | 2.00 | 1,560.00 |
| 10/23/23 | Spreen, Janet A. | Review revised plan and disclosure statement. | 2.00 | 1,560.00 |
| 10/23/23 | Spreen, Janet A. | Attention to 10-Q open items. | 1.00 | 780.00 |
| 10/23/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 2.90 | 1,160.00 |
| 10/23/23 | Stevenson, Brittany E. | Review and update Form 8-K for filing. | 1.00 | 400.00 |
| 10/24/23 | Spreen, Janet A. | Conference calls regarding Form 10-Q updates. | 1.60 | 1,248.00 |
| 10/24/23 | Spreen, Janet A. | Attention to Form 8-K for closing. | 0.50 | 390.00 |
| 10/24/23 | Spreen, Janet A. | Finalize and file Form 8-k. | 0.50 | 390.00 |
| 10/24/23 | Spreen, Janet A. | Review 10-Q sample disclosures regarding bankruptcy plan. | 0.70 | 546.00 |
| 10/24/23 | Spreen, Janet A. | Attention to mechanical questions for continued SEC reporting. | 0.70 | 546.00 |
| 10/24/23 | Stevenson, Brittany E. | Review rules related to EDGAR code updates. | 0.30 | 120.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/24/23 | Stevenson, Brittany E. | Review and update Form 8-K for filing. | 0.30 | 120.00 |
| 10/24/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 3.60 | 1,440.00 |
| 10/24/23 | Stevenson, Brittany E. | Attend calls to discuss Form 10-Q. | 1.90 | 760.00 |
| 10/25/23 | Spreen, Janet A. | Attention to Form 8-K for closing. | 0.50 | 390.00 |
| 10/25/23 | Spreen, Janet A. | Call with working group regarding Form 10-Q updates. | 0.50 | 390.00 |
| 10/25/23 | Spreen, Janet A. | Attention to board meeting planning. | 0.20 | 156.00 |
| 10/25/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 7.00 | 2,800.00 |
| 10/26/23 | Brown, David H. | Research sample 10-Q filings for additional precedent for further bankruptcy developments. | 1.80 | 1,098.00 |
| 10/26/23 | Spreen, Janet A. | Attention to Form 10-Q draft. | 2.20 | 1,716.00 |
| 10/26/23 | Spreen, Janet A. | Attention to Form 8-K for closing of sale. | 1.00 | 780.00 |
| 10/26/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 2.80 | 1,120.00 |
| 10/26/23 | Stevenson, Brittany E. | Prepare power of attorney. | 0.40 | 160.00 |
| 10/27/23 | Spreen, Janet A. | Attention to Form 10-Q revisions. | 4.50 | 3,510.00 |
| 10/27/23 | Spreen, Janet A. | Attention to OTC Canadian registration questions. | 0.30 | 234.00 |
| 10/27/23 | Stevenson, Brittany E. | Prepare Form 8-K for filing. | 0.20 | 80.00 |
| 10/28/23 | Spreen, Janet A. | Review and revise Form 10-Q. | 5.00 | 3,900.00 |
| 10/28/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 1.70 | 680.00 |
| 10/29/23 | Spreen, Janet A. | Correspondence regarding 8-K question. | 0.10 | 78.00 |
| 10/29/23 | Spreen, Janet A. | Attention to additional updates for Form 10-Q. | 1.00 | 780.00 |
| 10/30/23 | Spreen, Janet A. | Review and revise Form 10-Q. | 4.00 | 3,120.00 |
| 10/30/23 | Spreen, Janet A. | Attention to Board minutes question. | 0.10 | 78.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

Invoice Date:                    11/27/23
Invoice Number:              51217769
Matter Number:        116592.000024
Page 8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/30/23 | Spreen, Janet A. | Review and revise Form 8-K. | 0.80 | 624.00 |
| 10/30/23 | Spreen, Janet A. | Attention to audit letter updates. | 1.00 | 780.00 |
| 10/30/23 | Stevenson, Brittany E. | Prepare Form 10-Q exhibits. | 0.30 | 120.00 |
| 10/31/23 | Brown, David H. | Coordinate 8-K filing set up with Toppan. | 0.40 | 244.00 |
| 10/31/23 | Brown, David H. | Process Form 8-K edits. | 0.30 | 183.00 |
| 10/31/23 | Brown, David H. | Review and file final 8-K. | 0.30 | 183.00 |
| 10/31/23 | Spreen, Janet A. | Attention to audit letter updates. | 0.30 | 234.00 |
| 10/31/23 | Spreen, Janet A. | Revise, finalize and file Form 8-K. | 1.50 | 1,170.00 |
| 10/31/23 | Spreen, Janet A. | Attention to Form 10-Q comments and status. | 1.50 | 1,170.00 |
| 10/31/23 | Stevenson, Brittany E. | Call with Mr. Port to discuss Form 10-Q. | 0.20 | 80.00 |
| 10/31/23 | Stevenson, Brittany E. | Prepare Form 10-Q exhibits. | 0.10 | 40.00 |
| | **Total** | | **89.20** | **56,193.00** |

**Baker & Hostetler** LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

**B470**                    **Karma Automotive LLC vs. Client, et al.**
116592.000025
20428108

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Holbrook, Scott C. | Partner | 14.90 | $ 690.00 | $ 10,281.00 |
| Kavouras, Daniel M. | Partner | 3.20 | 565.00 | 1,808.00 |
| Lucchesi, Thomas R. | Partner | 3.50 | 920.00 | 3,220.00 |
| Ponikvar, Anthony B. | Associate | 38.20 | 500.00 | 19,100.00 |
| McDonald, Michael H. | Litigation Project Manager | 0.50 | 310.00 | 155.00 |
| **10% Courtesy Discount** | | | | (3,456.40) |
| **Total** | | **60.30** | | **$ 31,107.60** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/04/23 | Holbrook, Scott C. | Coordinate compliance with document preservation and destruction obligations. | 0.70 | 483.00 |
| 10/04/23 | Ponikvar, Anthony B. | Communicate with individual defendants regarding implementation of settlement agreement. | 2.00 | 1,000.00 |
| 10/05/23 | Holbrook, Scott C. | Develop plan regarding compliance with document requirements of settlement and protective order. | 0.80 | 552.00 |
| 10/05/23 | Holbrook, Scott C. | Draft correspondence to Seyfarth regarding settlement issues. | 0.60 | 414.00 |
| 10/05/23 | Kavouras, Daniel M. | Revise settlement compliance email to opposing counsel. | 0.20 | 113.00 |
| 10/05/23 | McDonald, Michael H. | Plan and prepare for deletion of Karma data in client environment. | 0.30 | 93.00 |
| 10/05/23 | McDonald, Michael H. | Prepare for deletion of Karma data in client environment and Relativity database. | 0.20 | 62.00 |
| 10/05/23 | Ponikvar, Anthony B. | Communicate with Mr. Huang regarding certification of destruction. | 0.30 | 150.00 |

**Baker & Hostetler LLP**

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/05/23 | Ponikvar, Anthony B. | Communicate with Mr. Huan regarding certification of destruction. | 0.40 | 200.00 |
| 10/05/23 | Ponikvar, Anthony B. | Communicate with Mr. Kim regarding certification of destruction. | 0.30 | 150.00 |
| 10/05/23 | Ponikvar, Anthony B. | Communicate with Mr. Durre regarding certification of destruction. | 0.70 | 350.00 |
| 10/05/23 | Ponikvar, Anthony B. | Communicate with Mr. Schmidt regarding certification of destruction. | 0.20 | 100.00 |
| 10/05/23 | Ponikvar, Anthony B. | Communicate with Mr. LaFleur regarding certification of destruction. | 0.20 | 100.00 |
| 10/06/23 | Holbrook, Scott C. | Telephone call with Ms. Leonard regarding settlement issues. | 0.20 | 138.00 |
| 10/06/23 | Holbrook, Scott C. | Oversee compliance with document requirements of settlement and protective order. | 0.30 | 207.00 |
| 10/06/23 | Kavouras, Daniel M. | Implement plan regarding compliance with settlement obligations relating to destruction of certain Karma documents. | 1.00 | 565.00 |
| 10/06/23 | Lucchesi, Thomas R. | Develop plan for retention of documents that is consistent with parties' obligations to destroy certain information pursuant to settlement agreement and protective orders in Karma case. | 0.70 | 644.00 |
| 10/06/23 | Lucchesi, Thomas R. | Telephone call to Mr. Durre to discuss reimaging of certain devices. | 0.50 | 460.00 |
| 10/06/23 | Lucchesi, Thomas R. | Follow-up research to investigate Mr. Durre's questions regarding document issues. | 0.50 | 460.00 |
| 10/06/23 | Ponikvar, Anthony B. | Communicate with defendants regarding deletion of documents pursuant to settlement agreement. | 0.70 | 350.00 |
| 10/06/23 | Ponikvar, Anthony B. | Develop plan regarding retention of LMC-issued devices and accounts in light of recent communications with Mr. Durre. | 0.40 | 200.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/06/23 | Ponikvar, Anthony B. | Communicate with Vestige regarding re-collection of certain sources of information held by Mr. Durre and Mr. Post. | 0.50 | 250.00 |
| 10/09/23 | Holbrook, Scott C. | Carry out compliance with document provisions of settlement. | 0.20 | 138.00 |
| 10/09/23 | Kavouras, Daniel M. | Review public information involving individual defendants to assist in preparing for deletion of information pursuant to settlement. | 0.70 | 395.50 |
| 10/09/23 | Lucchesi, Thomas R. | Follow up with Mr. Durre regarding imaging of devices to preserve information for potential discovery in ongoing Lordstown litigations. | 0.30 | 276.00 |
| 10/09/23 | Ponikvar, Anthony B. | Communicate with Mr. Qin regarding implementation of settlement agreement. | 0.20 | 100.00 |
| 10/09/23 | Ponikvar, Anthony B. | Communicate with Mr. Post regarding implementation of settlement agreement. | 0.50 | 250.00 |
| 10/10/23 | Holbrook, Scott C. | Coordinate compliance with document obligations of settlement and protective order. | 0.50 | 345.00 |
| 10/10/23 | Lucchesi, Thomas R. | Telephone conference with Mr. Durre regarding document destruction and preservation obligations due to Karma settlement and pending litigations. | 0.50 | 460.00 |
| 10/10/23 | Ponikvar, Anthony B. | Communicate with Mr. Burns regarding implementation of settlement agreement. | 0.20 | 100.00 |
| 10/10/23 | Ponikvar, Anthony B. | Communicate with Mr. Post and forensic vendor regarding implementation of settlement agreement. | 0.80 | 400.00 |
| 10/11/23 | Holbrook, Scott C. | Correspondence with client regarding settlement issues. | 0.20 | 138.00 |
| 10/11/23 | Holbrook, Scott C. | Comply with document requirements of settlement agreement. | 0.10 | 69.00 |
| 10/11/23 | Lucchesi, Thomas R. | Follow up with Mr. Qin regarding need for | 0.20 | 184.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | certification confirming destruction of Karma documents. | | |
| 10/11/23 | Ponikvar, Anthony B. | Communicate with Mr. Kroll regarding preservation of forensic images. | 0.40 | 200.00 |
| 10/11/23 | Ponikvar, Anthony B. | Communicate with Mr. Burns regarding certification. | 0.20 | 100.00 |
| 10/11/23 | Ponikvar, Anthony B. | Communicate with Mr. Post regarding implementation of settlement agreement. | 0.50 | 250.00 |
| 10/11/23 | Ponikvar, Anthony B. | Communicate with Mr. Durre and forensic expert regarding collection of devices. | 1.00 | 500.00 |
| 10/11/23 | Ponikvar, Anthony B. | Communicate with Mr. Punak regarding certification. | 0.50 | 250.00 |
| 10/11/23 | Ponikvar, Anthony B. | Communicate with Mr. Qin regarding certification. | 0.30 | 150.00 |
| 10/12/23 | Holbrook, Scott C. | Carry out document requirements of settlement agreement. | 1.20 | 828.00 |
| 10/12/23 | Holbrook, Scott C. | Correspondence with client regarding document preservation issues. | 0.30 | 207.00 |
| 10/12/23 | Lucchesi, Thomas R. | Follow up regarding certification of record destruction from individual defendants. | 0.50 | 460.00 |
| 10/12/23 | Ponikvar, Anthony B. | Communicate with Mr. Post and forensic expert regarding imaging of personal devices. | 1.50 | 750.00 |
| 10/12/23 | Ponikvar, Anthony B. | Communicate with Mr. Durre regarding certification of destruction. | 0.50 | 250.00 |
| 10/12/23 | Ponikvar, Anthony B. | Communicate with Mr. Qin regarding certification of destruction. | 0.30 | 150.00 |
| 10/12/23 | Ponikvar, Anthony B. | Communicate with Mr. Post regarding certification of destruction. | 0.50 | 250.00 |
| 10/12/23 | Ponikvar, Anthony B. | Develop legal and logistical plan regarding certification of destruction and document preservation. | 1.00 | 500.00 |

Baker & Hostetler LLP

Lordstown Motors Corp.

Invoice Date:                 11/27/23
Invoice Number:              51217769
Matter Number:         116592.000025
Page 13

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/16/23 | Holbrook, Scott C. | Coordinate compliance with document provisions of settlement. | 0.40 | 276.00 |
| 10/16/23 | Ponikvar, Anthony B. | Finalize course of action regarding preservation and destruction of documents. | 1.00 | 500.00 |
| 10/17/23 | Holbrook, Scott C. | Coordinate document destruction and preservation issues pursuant to settlement. | 0.20 | 138.00 |
| 10/17/23 | Holbrook, Scott C. | Correspondence with client regarding document preservation and destruction issues. | 0.40 | 276.00 |
| 10/17/23 | Holbrook, Scott C. | Telephone call with Mr. Zakia regarding document collection and preservation issues. | 0.30 | 207.00 |
| 10/17/23 | Ponikvar, Anthony B. | Participate in phone call with Mr. Zakia and Mr. Greene regarding document preservation. | 0.30 | 150.00 |
| 10/17/23 | Ponikvar, Anthony B. | Effectuate plan regarding preservation and destruction of information. | 2.40 | 1,200.00 |
| 10/17/23 | Ponikvar, Anthony B. | Draft and revise correspondence to Karma's counsel regarding certification of destruction. | 0.30 | 150.00 |
| 10/18/23 | Holbrook, Scott C. | Revise correspondence to client regarding document preservation issues. | 0.30 | 207.00 |
| 10/18/23 | Holbrook, Scott C. | Telephone call with Ms. Leonard regarding compliance with settlement. | 0.50 | 345.00 |
| 10/18/23 | Holbrook, Scott C. | Carry out document requirements of Karma settlement. | 1.20 | 828.00 |
| 10/18/23 | Ponikvar, Anthony B. | Communicate with Vestige, forensic examiner, regarding collection of devices. | 0.50 | 250.00 |
| 10/18/23 | Ponikvar, Anthony B. | Communicate with individual defendants regarding preservation of information. | 1.00 | 500.00 |
| 10/18/23 | Ponikvar, Anthony B. | Develop plan to comply with terms of settlement agreement. | 3.00 | 1,500.00 |
| 10/19/23 | Holbrook, Scott C. | Oversee compliance with document | 0.20 | 138.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

Invoice Date:                11/27/23
Invoice Number:            51217769
Matter Number:      116592.000025
Page 14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | requirements of Karma settlement. | | |
| 10/19/23 | Kavouras, Daniel M. | Develop plans for ensuring collection and deletion of computer files in compliance with settlement agreement. | 1.00 | 565.00 |
| 10/19/23 | Ponikvar, Anthony B. | Communicate with Mr. Huan and Mr. Qin regarding imaging of LMC device. | 0.50 | 250.00 |
| 10/19/23 | Ponikvar, Anthony B. | Communicate with Vestige regarding logistics involved in imaging LMC-issued laptops remotely. | 1.00 | 500.00 |
| 10/19/23 | Ponikvar, Anthony B. | Finalize preservation and deletion of data. | 1.50 | 750.00 |
| 10/19/23 | Ponikvar, Anthony B. | Communicate with Mr. Durre and forensic expert regarding imaging of LMC device. | 0.70 | 350.00 |
| 10/20/23 | Holbrook, Scott C. | Carry out document provisions of Karma settlement. | 0.80 | 552.00 |
| 10/20/23 | Kavouras, Daniel M. | Revise plan for deletion of internal email files to comply with settlement. | 0.30 | 169.50 |
| 10/20/23 | Lucchesi, Thomas R. | Review and comment on draft of email to Lordstown regarding destruction of certain documents pursuant to the terms of the settlement. | 0.30 | 276.00 |
| 10/20/23 | Ponikvar, Anthony B. | Draft instructions to LMC's IT personnel regarding information that should be deleted pursuant to settlement agreement. | 1.50 | 750.00 |
| 10/20/23 | Ponikvar, Anthony B. | Communicate with Vestige and Mr. Green regarding imaging of devices issued to Mr. Durre and Mr. Kim. | 1.50 | 750.00 |
| 10/23/23 | Ponikvar, Anthony B. | Communicate with forensic expert regarding imaging of LMC-issued devices. | 1.00 | 500.00 |
| 10/23/23 | Ponikvar, Anthony B. | Participate in call with Mr. Qin to image LMC-issued device. | 1.00 | 500.00 |
| 10/24/23 | Holbrook, Scott C. | Carry out document requirements of settlement with respect to various individuals' LMC-issued devices. | 0.40 | 276.00 |

Baker & Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston*
*Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington*

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/24/23 | Ponikvar, Anthony B. | Correspond with Mr. Aerabati regarding images of LMC-issued devices. | 0.30 | 150.00 |
| 10/24/23 | Ponikvar, Anthony B. | Work with forensic firm, Vestige, to image LMC-issued devices of Mr. Post and Mr. Huan. | 1.00 | 500.00 |
| 10/25/23 | Holbrook, Scott C. | Carry out compliance with document provisions of Karma settlement in connection with data on Lordstown Motors' servers. | 1.70 | 1,173.00 |
| 10/25/23 | Holbrook, Scott C. | Telephone calls with Ms. Leonard and Lordstown Motors' IT personnel to discuss requirements of the settlement. | 0.90 | 621.00 |
| 10/25/23 | Ponikvar, Anthony B. | Communicate with Mr. Durre regarding document issues. | 0.20 | 100.00 |
| 10/25/23 | Ponikvar, Anthony B. | Communicate with Vestige regarding preservation and deletion of data. | 0.80 | 400.00 |
| 10/25/23 | Ponikvar, Anthony B. | Communicate with LMC's IT personnel regarding deletion of data. | 0.70 | 350.00 |
| 10/25/23 | Ponikvar, Anthony B. | Effectuate destruction of information pursuant to settlement agreement. | 2.00 | 1,000.00 |
| 10/26/23 | Holbrook, Scott C. | Carry out document requirements of Karma settlement. | 0.30 | 207.00 |
| 10/26/23 | Holbrook, Scott C. | Revise certification of document destruction. | 0.50 | 345.00 |
| 10/26/23 | Holbrook, Scott C. | Revise correspondence to opposing counsel regarding certification of document destruction. | 0.50 | 345.00 |
| 10/26/23 | Holbrook, Scott C. | Telephone call with Lordstown IT personnel regarding efforts to remove Karma documents from servers. | 0.30 | 207.00 |
| 10/26/23 | Holbrook, Scott C. | Correspondence with Mr. Kroll regarding case update and settlement issues. | 0.70 | 483.00 |
| 10/26/23 | Ponikvar, Anthony B. | Correspond with opposing counsel regarding certification of destruction. | 0.20 | 100.00 |

Baker&Hostetler LLP

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/26/23 | Ponikvar, Anthony B. | Finalize certification of destruction to be executed by LMC. | 0.50 | 250.00 |
| 10/26/23 | Ponikvar, Anthony B. | Draft correspondence to Mr. Kroll regarding certification of destruction. | 0.50 | 250.00 |
| 10/27/23 | Holbrook, Scott C. | Correspondence with opposing counsel regarding confirmation of document destruction. | 0.20 | 138.00 |
| 10/27/23 | Ponikvar, Anthony B. | Correspond with Mr. Aerabati regarding document destruction. | 0.20 | 100.00 |
| 10/30/23 | Ponikvar, Anthony B. | Communicate with Ms. Leonard, Mr. Kroll, and Ms. Ciccone regarding document preservation and destruction. | 0.50 | 250.00 |
| | **Total** | | **60.30** | **34,564.00** |

## Expenses and Other Charges

| Date | Description | Amount |
|------|-------------|--------|
| 10/29/23 | Delivery Services (E107) BONNIE SPEED DELIVERY, INC.;Delivery Service on 10/24/23 from Baker & Hostetler to Vestige Digital Investigations; Inv. 211503 | 67.47 |
| | **Subtotal - Delivery Services (E107)** | **67.47** |
| 10/20/23 | Miscellaneous (E124) DARREN POST;Reimbursement for Shipping Costs; Inv. LMC-10202023 | 128.66 |
| 10/23/23 | Miscellaneous (E124) GEORGE HUAN; Reimbursement for Shipping Costs; Inv. LMC-10232023 | 96.80 |
| | **Subtotal - Miscellaneous (E124)** | **225.46** |
| 10/14/23 | Printing (E102) PROFILE DISCOVERY;Trial printing - tabs; Inv. 1774781 | 2,687.50 |
| | **Subtotal - Printing (E102)** | **2,687.50** |
| | **Total** | **$ 2,980.43** |

**Baker & Hostetler LLP**

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston*
*Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*