**Schedule 1**

**Assets**

| Employee Name | Type | Item | Qty | Price | Total |
|---|---|---|---|---|---|
| Edward Hightower | Computers & Peripherals | Samung TV w/Mount | 1 | $250 | $250 |
| Edward Hightower | Computers & Peripherals | LM Monitors | 3 | $200 | $600 |
| Edward Hightower | Computers & Peripherals | Macbook | 2 | $250 | $500 |
| Edward Hightower | Computers & Peripherals | Printer | 1 | $50 | $50 |
| Edward Hightower | Computers & Peripherals | WhiteBoard | 1 | $75 | $75 |
| Adam Kroll | Computers & Peripherals | Samung TV w/Mount | 1 | $250 | $250 |
| Adam Kroll | Computers & Peripherals | Macbook | 1 | $250 | $250 |
| Adam Kroll | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Raghu Aerabati | Computers & Peripherals | Samung TV w/Mount | 1 | $250 | $250 |
| Raghu Aerabati | Computers & Peripherals | Macbook | 1 | $250 | $250 |
| Jill Coniglio-Kirk | Computers & Peripherals | Macbook | 1 | $250 | $250 |
| Jill Coniglio-Kirk | Computers & Peripherals | iPad Air | 1 | $300 | $300 |
| Jill Coniglio-Kirk | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Jill Coniglio-Kirk | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Dan Ninivaggi | Computers & Peripherals | Surface | 1 | $250 | $250 |
| Carnita Hunt | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Carnita Hunt | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Carnita Hunt | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Michael Jones | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Michael Jones | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Kevin Moser | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Kevin Moser | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Gaurav Kadam | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Gaurav Kadam | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Alan Parker | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Alan Parker | Computers & Peripherals | X1 Carbon Laptops | 2 | $200 | $400 |
| Alan Parker | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Alan Parker | Computers & Peripherals | LG 31" Monitor | 3 | $90 | $270 |
| Alan Parker | Computers & Peripherals | Docking Station | 2 | $60 | $120 |
| MAURICIO AGUILAR AMOROS | Computers & Peripherals | X1 Carbon Laptops | 2 | $200 | $400 |
| MAURICIO AGUILAR AMOROS | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| MAURICIO AGUILAR AMOROS | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Paranjothi Gopalan | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Paranjothi Gopalan | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Paranjothi Gopalan | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Nathan Backing | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Nathan Backing | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Nathan Backing | Computers & Peripherals | Std Monitor | 2 | $50 | $100 |
| Nathan Backing | Computers & Peripherals | Docking Station | 2 | $60 | $120 |
| Prahlada Bangalore | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Prahlada Bangalore | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| rakshith gummaraju | Computers & Peripherals | Engineering P15/P53 | 2 | $500 | $1,000 |
| rakshith gummaraju | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Bhaskar Praveen Ramesh | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Bhaskar Praveen Ramesh | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Bhaskar Praveen Ramesh | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Kyle Manduch | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Kyle Manduch | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |

| Name | Category | Item | Qty | Price 1 | Price 2 |
|---|---|---|---|---|---|
| Kyle Manduch | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Kyle Manduch | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Paul Godell | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Paul Godell | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Steven Nguyen | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Steven Nguyen | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Sanathkumar Bode | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Sanathkumar Bode | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Sanathkumar Bode | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Sanathkumar Bode | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Laura Luengo | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Jen Wehrly | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Jen Wehrly | Computers & Peripherals | LG 31" Monitor | 4 | $90 | $360 |
| Jen Wehrly | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| ABHISHEK Kad | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| ABHISHEK Kad | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Vinayak Kamat | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| David Lepley | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| David Lepley | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| David Lepley | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Nithin Vasam | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Nithin Vasam | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Nithin Vasam | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Nithin Vasam | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| sandeep Nomula | Computers & Peripherals | Yoga Laptop | 2 | $250 | $500 |
| sandeep Nomula | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| sandeep Nomula | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| sandeep Nomula | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Anket Patil | Computers & Peripherals | Std Monitor | 3 | $50 | $150 |
| Sharon Dudley-Parham | Computers & Peripherals | Yoga Laptop | 2 | $250 | $500 |
| Sharon Dudley-Parham | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Matthew celmer | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Matthew celmer | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Matthew celmer | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Vinodh Muruganandam | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Vinodh Muruganandam | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Vinodh Muruganandam | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Adam Vahratian | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Adam Vahratian | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Hugh Patrick Caherty | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Hugh Patrick Caherty | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Angela Flores | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Donna Bell | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Donna Bell | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Raja Kanna Rajendraprasad | Computers & Peripherals | X1 Carbon Laptops | 2 | $200 | $400 |
| Luke Rork | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Luke Rork | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Eric Willetts | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Eric Willetts | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |

| Name | Category | Item | Qty | Unit | Total |
|---|---|---|---|---|---|
| Eric Willetts | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Daniel David Gottfried | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Bashar Kato | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Steven Foster | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Steven Foster | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Steven Foster | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Shawn Dowdy | Computers & Peripherals | Yoga Laptop | 1 | $250 | $250 |
| Shawn Dowdy | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Shawn Dowdy | Computers & Peripherals | Std Monitor | 2 | $50 | $100 |
| Shawn Dowdy | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Ed Bertouille | Computers & Peripherals | Engineering P15/P53 | 2 | $500 | $1,000 |
| Abhidnya Pandhare | Computers & Peripherals | Std Monitor | 3 | $50 | $150 |
| Abhidnya Pandhare | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Suryaji Phalke | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Suryaji Phalke | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Aaishwary Kulkarni | Computers & Peripherals | Std Monitor | 1 | $50 | $50 |
| Aaishwary Kulkarni | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Mike Gurski | Computers & Peripherals | LG 31" Monitor | 1 | $90 | $90 |
| Mike Gurski | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Akhil Dachepally | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Akhil Dachepally | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Akhil Dachepally | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| Akhil Dachepally | Computers & Peripherals | Docking Station | 1 | $60 | $60 |
| Dhiraj Malviya | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Milton Rodricks | Computers & Peripherals | X1 Carbon Laptops | 1 | $200 | $200 |
| Kathy McDougall | Computers & Peripherals | Engineering P15/P53 | 1 | $500 | $500 |
| Kathy McDougall | Computers & Peripherals | LG 31" Monitor | 2 | $90 | $180 |
| LandX LLC | Computers & Peripherals | X1 Carbon Laptops | 14 | $200 | $2,800 |
| LandX LLC | Computers & Peripherals | Engineering P15/P53 | 99 | $500 | $49,500 |
| LandX LLC | Computers & Peripherals | Std Monitor | 218 | $50 | $10,900 |
| LandX LLC | Computers & Peripherals | Docking Station | 69 | $60 | $4,140 |
| LandX LLC | Computers & Peripherals | Dell XPS | 7 | $400 | $2,800 |
| Tamaroff Leasing, DBD Capture Automotive | Service Vehicle | 2021 CHEVROLET SILVERADO 3500 HD VIN: 1GC4YUEY5MF213528 | 1 | $50,000 | $50,000 |
| Tamaroff Leasing, DBD Capture Automotive | Service Vehicle | 2018 CHEVROLET SILVERADO 1500 Z71 VIN: 3GCUKRECXJG533344 | 1 | $22,000 | $22,000 |
| Tamaroff Leasing, DBD Capture Automotive | Service Vehicle | 2020 BRAVO BOX TRAILER VIN: 542BE2426MB034475 | 1 | $3,000 | $3,000 |
| Foxconn EV Systems | Office Assets in Ohio | Misc. office furniture in Lordstown, OH company office | 1 | $31,200 | $31,200 |