IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lordstown Motors Corp., *et al.*, [1] | ) | Case No. 23-10831 (MFW) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that **Elaphe Propulsion Technologies Ltd.**, a creditor in the above-referenced bankruptcy cases, hereby withdraws Proof of Claim No. 1328 asserted against debtor Lordstown EV Corporation.

Date: December 19, 2023
      Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 /s/ William A. Hazeltine
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

and

Stephen B. Grow (P39622)
WARNER NORCROSS & JUDD LLP
150 Ottawa N.W., Suite 1500
Grand Rapids, Michigan  49503
(616) 752-2000
sgrow@wnj.com

*Attorneys* for *Elaphe Propulsion Technologies Ltd.*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct, Farmington Hills, MI 48331.