**CERTIFICATE OF SERVICE**

      I, William A. Hazeltine, hereby certify, that on the 19th day of December 2023, a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b).

| | |
|---|---|
| December 19, 2023 | /s/ William A. Hazeltine |
| Date | William A. Hazeltine |