Debtor: Lordstown EV Corporation	Case No. 23-10832 (MFW)
Reporting Period: November 2023

### General Notes to Monthly Operating Report and Supporting Documentation

The Debtors have prepared the MOR with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable to the Chapter 11 Cases. The financial and supplemental information contained herein is unaudited and is not prepared in accordance with Generally Accepted Principles in the United States (GAAP) nor in accordance with securities laws or other applicable non-bankruptcy law. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.

The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

The amounts reflected for Total Current Assets, Other Assets (Cumulative Funding of / Investment in Subsidiary, and Total Assets each include, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>To be clear, the amounts do not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value</u>.

Certain portions of the Debtors' prepetition contingent liabilities reflect disputed liabilities that are subject to compromise, and all rights of all Debtors are reserved with respect to such liabilities and their allocation.

### General Notes to Balance Sheet and Statement of Operations Attachments

These financial statements were prepared by the Debtors' management and are preliminary and subject to final quarter-end closing adjustments, which have not been fully completed prior to preparation of this MOR.

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Receipts Listing**

| TRX Date | Received From | Category | Amount | Bank Account Number |
|---|---|---|---:|---|
| 11/8/2023 | LANDX MOTORS INC | Rent Reimbursement | 100,270.00 | 7725 |
| 11/10/2023 | NRTC Automation | Sale of equipment pre-petition | 99,980.00 | 7725 |
| 11/16/2023 | GENERAL MOTORS-GMC Division | Refund of duplicate payment | 6,155.08 | 7675 |
| 11/17/2023 | NRTC Automation | Sale of equipment pre-petition | 49,980.00 | 7725 |
| 11/22/2023 | NRTC Automation | Sale of equipment pre-petition | 50,040.00 | 7725 |
| 11/30/2023 | Paylocity Corporation | COBRA Reimbursement | 13,642.28 | 7675 |
| Various | JPMorgan Chase Bank, N.A. | Dividend Income | 392,791.00 | 4520 |
| 11/30/2023 | JPMorgan Chase Bank, N.A. | Interest | 132.01 | 7736 |
| | | **Total Receipts** | **712,990.37** | |

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---:|---:|
| 11/1/2023 | Paylocity | Payroll | $ 8,364.31 | 7592 |
| 11/1/2023 | Paylocity | Payroll | $ 5,864.59 | 7592 |
| 11/1/2023 | Paylocity | Payroll | $ 5,131.16 | 7592 |
| 11/1/2023 | Paylocity | Payroll | $ 2,998.30 | 7592 |
| 11/1/2023 | Amazon Web Services, Inc. | Other | $ 10,779.56 | 7675 |
| 11/1/2023 | Amazon Web Services, Inc. | Other | $ 7.69 | 7675 |
| 11/2/2023 | Federal Express | Other | $ 375.81 | 7675 |
| 11/3/2023 | Paylocity | Payroll | $ 1,300.66 | 7592 |
| 11/3/2023 | Paylocity | Payroll | $ 299.36 | 7592 |
| 11/6/2023 | Paylocity | Payroll | $ 1,350.00 | 7592 |
| 11/6/2023 | Various | AP Disbursement 1 | $ 497,427.01 | 7675 |
| 11/7/2023 | Paylocity | Payroll | $ 305,883.84 | 7592 |
| 11/7/2023 | Paylocity | Payroll | $ 135,194.29 | 7592 |
| 11/7/2023 | CR&R INCORPORATED | Utilities | $ 354.68 | 7675 |
| 11/7/2023 | BAKER HOSTETLER US | Bankruptcy Fees | $ 274,296.76 | 7675 |
| 11/7/2023 | HURON CONSULTING US | Bankruptcy Fees | $ 265,087.04 | 7675 |
| 11/7/2023 | ATT | Other | $ 2,053.69 | 7675 |
| 11/7/2023 | Cigna Medical | Benefits | $ 97,737.93 | 7675 |
| 11/8/2023 | Paylocity | Payroll | $ 43,472.03 | 7592 |
| 11/8/2023 | Paylocity | Payroll | $ 14,162.06 | 7592 |
| 11/9/2023 | Paylocity | Payroll | $ 188.28 | 7592 |
| 11/10/2023 | AEGON USA | Payroll | $ 33,599.24 | 7592 |
| 11/10/2023 | Paylocity | Payroll | $ 1,889.03 | 7592 |
| 11/10/2023 | Paylocity | Payroll | $ 1,425.43 | 7592 |
| 11/10/2023 | Paylocity | Payroll | $ 1,332.47 | 7592 |
| 11/10/2023 | Paylocity | Payroll | $ 832.69 | 7592 |
| 11/17/2023 | Paylocity | Payroll | $ 1,851.01 | 7592 |
| 11/17/2023 | Delaware Government | Franchise Tax Payment | $ 40,000.00 | 7675 |
| 11/20/2023 | Various | AP Disbursement 2 | $ 2,069,608.74 | 7675 |
| 11/20/2023 | Various | AP Disbursement 2 | $ 83,967.89 | 7675 |

**Debtor:**   **Lordstown EV Corporation**                                                                                                    **Case #:**       **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---:|---:|
| 11/21/2023 | Paylocity | Payroll | $ 129,508.11 | 7592 |
| 11/21/2023 | Paylocity | Payroll | $ 47,747.56 | 7592 |
| 11/21/2023 | Various | AP Disbursement 2 | $ 9,277.90 | 7675 |
| 11/21/2023 | So Cal Edison Co | Utilities | $ 1,495.37 | 7675 |
| 11/21/2023 | Irvine Ranch Water | Utilities | $ 351.96 | 7675 |
| 11/21/2023 | Irvine Ranch Water | Utilities | $ 256.38 | 7675 |
| 11/21/2023 | So Cal Gas | Utilities | $ 14.02 | 7675 |
| 11/22/2023 | Paylocity | Payroll | $ 11,584.71 | 7592 |
| 11/22/2023 | Paylocity | Payroll | $ 4,018.79 | 7592 |
| 11/22/2023 | Paylocity | Payroll | $ 1,742.47 | 7592 |
| 11/22/2023 | Paylocity | Monthly Billing | $ 1,237.67 | 7592 |
| 11/24/2023 | Paylocity | Payroll | $ 327.85 | 7592 |
| 11/27/2023 | Paylocity | Payroll | $ 552.60 | 7592 |
| 11/27/2023 | Paylocity | Payroll | $ 288.45 | 7592 |
| 11/27/2023 | Paylocity | Payroll | $ 20.00 | 7592 |
| 11/28/2023 | Paylocity | Payroll | $ 330.18 | 7592 |
| 11/28/2023 | Paylocity | Payroll | $ 100.00 | 7592 |
| 11/28/2023 | PCARD | Other | $ 4,521.47 | 7725 |
| 11/29/2023 | Various | AP Disbursement 3 | $ 1,161,218.57 | 7675 |
| 11/30/2023 | AON RISK SERVICES CENTRAL US | Insurance | $ 47,876.71 | 7675 |
| 11/30/2023 | Various | AP Disbursement 3 | $ 124,986.28 | 7675 |
| 11/30/2023 | THE AON CENTRE | Insurance | $ 1,849.32 | 7675 |
|  |  | **Total Disbursements** | **5,456,141.92** |  |

**Debtor:** Lordstown EV Corporation                                                                                         **Case #:** 23-10832

Cash Disbursement Listing - Detail for AP Disbursements

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---:|---|
| 11/6/2023 | V11100 | Aon Risk Services Central, Inc dba Aon Risk Services Northeast, Inc. | $ (4,537.05) | Insurance |
| 11/6/2023 | V05260 | Armor Holdco, Inc. dba American Stock Transfer & Trust Company, LLC | $ (1,202.00) | Consulting |
| 11/6/2023 | V13600 | Berkeley Research Group, LLC | $ (350.00) | Consulting |
| 11/6/2023 | V01400 | CEVA Contract Logistics US Inc | $ (21,621.00) | Other |
| 11/6/2023 | V01400 | CEVA Contract Logistics US Inc | $ (21,621.00) | Other |
| 11/6/2023 | V01400 | CEVA Contract Logistics US Inc | $ (21,621.00) | Other |
| 11/6/2023 | V01400 | CEVA Contract Logistics US Inc | $ (21,621.00) | Other |
| 11/6/2023 | V15550 | Cigna-68470 | $ (4,134.50) | Benefits |
| 11/6/2023 | V15530 | Cintas Corp - Payer# 21007041 | $ (691.47) | Other |
| 11/6/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (213.69) | Other |
| 11/6/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (455.66) | Other |
| 11/6/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (638.32) | Other |
| 11/6/2023 | V11820 | Complete Discovery Source, Inc (CDS) | $ (2,372.83) | Legal |
| 11/6/2023 | V03340 | Cox Communications California LLC dba Cox Business | $ (3,056.55) | Utilities |
| 11/6/2023 | V09920 | ElectroCycle, Inc | $ (20.00) | Utilities |
| 11/6/2023 | V09920 | ElectroCycle, Inc | $ (20.00) | Utilities |
| 11/6/2023 | V10020 | GA Cayman Holdco LLC dba GA Business Purchaser LLC dba Guardian Alarm Con | $ (70.20) | Other |
| 11/6/2023 | V10440 | Infosys Limited | $ (2,907.87) | Consulting |
| 11/6/2023 | V10440 | Infosys Limited | $ (12,276.00) | Consulting |
| 11/6/2023 | V15980 | Intralinks, Inc | $ (1,947.71) | Other |
| 11/6/2023 | V15940 | Kekst and Company, Incorporated | $ (12,467.00) | Misc OCP |
| 11/6/2023 | V15860 | Kurtzman Carson Consultants, LLC | $ (294,949.54) | Legal |
| 11/6/2023 | V06120 | Luis Mayen dba Guarantee Details Cleaning dba G.D.C. | $ (3,100.01) | Utilities |
| 11/6/2023 | V07960 | Rentokil North America, INC dba Western Exterminator Company | $ (105.00) | Other |
| 11/6/2023 | V06760 | Ricoh USA, Inc | $ (601.55) | Rent |
| 11/6/2023 | V08260 | RTL Systems, LLC | $ (8,944.00) | Consulting |
| 11/6/2023 | V08260 | RTL Systems, LLC | $ (8,294.00) | Consulting |
| 11/6/2023 | V00330 | SKYNET INNOVATIONS | $ (14,274.76) | Software |
| 11/6/2023 | V00330 | SKYNET INNOVATIONS | $ (3,878.17) | Software |
| 11/6/2023 | V05370 | Sonitrol Orange County, LLC | $ (382.13) | Utilities |
| 11/6/2023 | V02680 | Teoresi, Inc. | $ (13,500.00) | Contract Labor |
| 11/6/2023 | V02680 | Teoresi, Inc. | $ (7,000.00) | Contract Labor |

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---:|---|
| 11/6/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (995.00) | Other |
| 11/6/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (1,290.00) | Other |
| 11/6/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (700.00) | Other |
| 11/6/2023 | V14770 | Triple Crown Consulting, LLC | $ (5,568.00) | Contract Labor |
| | | **Total AP Disbursement 1** | **(497,427.01)** | |
| | | | | |
| 11/20/2023 | V00110 | Ernst & Young | $ (20,000.00) | Consulting |
| 11/20/2023 | V01180 | AVI Foodsystems Inc | $ (45.00) | Other |
| 11/20/2023 | V01400 | CEVA Contract Logistics US Inc | $ (21,621.00) | Other |
| 11/20/2023 | V03400 | Marks Reliable Towing LLC dba MRT | $ (1,700.00) | Other |
| 11/20/2023 | V03400 | Marks Reliable Towing LLC dba MRT | $ (400.00) | Other |
| 11/20/2023 | V03530 | Detroit Disposal and Recycling LLC | $ (160.00) | Utilities |
| 11/20/2023 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (940.00) | Other |
| 11/20/2023 | V03870 | Vestige Ltd dba Vestige Digital Investigations | $ (8,288.92) | Legal |
| 11/20/2023 | V05260 | Armor Holdco, Inc. dba American Stock Transfer & Trust Company, LLC | $ (1,207.34) | Consulting |
| 11/20/2023 | V06760 | Ricoh USA, Inc | $ (2.06) | Rent |
| 11/20/2023 | V09740 | FTI Consulting, Inc. | $ (15,993.06) | Consulting |
| 11/20/2023 | V09920 | ElectroCycle, Inc | $ (20.00) | Utilities |
| 11/20/2023 | V10020 | GA Cayman Holdco LLC dba GA Business Purchaser LLC dba Guardian Alarm Con | $ (70.20) | Other |
| 11/20/2023 | V10150 | Sullivan & Cromwell LLP | $ (25,000.00) | Legal |
| 11/20/2023 | V10150 | Sullivan & Cromwell LLP | $ (18,000.00) | Legal |
| 11/20/2023 | V10150 | Sullivan & Cromwell LLP | $ (500.00) | Legal |
| 11/20/2023 | V10210 | Mosaic Corporation | $ (12,224.07) | Other |
| 11/20/2023 | V10210 | Mosaic Corporation | $ (45.90) | Other |
| 11/20/2023 | V10440 | Infosys Limited | $ (1,708.00) | Consulting |
| 11/20/2023 | V11060 | FOLEY & LARDNER LLP | $ (441.00) | Legal |
| 11/20/2023 | V11060 | FOLEY & LARDNER LLP | $ (5,098.50) | Legal |
| 11/20/2023 | V11060 | FOLEY & LARDNER LLP | $ (168.75) | Legal |
| 11/20/2023 | V11060 | FOLEY & LARDNER LLP | $ (236.25) | Legal |
| 11/20/2023 | V11060 | FOLEY & LARDNER LLP | $ (3,717.00) | Legal |
| 11/20/2023 | V11060 | FOLEY & LARDNER LLP | $ (337.50) | Legal |
| 11/20/2023 | V11800 | Nelson Mullins Riley & Scarborough LLP | $ (9,573.62) | Legal |

**Debtor:** Lordstown EV Corporation　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case #:** 23-10832

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---:|---|
| 11/20/2023 | V11820 | Complete Discovery Source, Inc (CDS) | $ (2,372.83) | Legal |
| 11/20/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (548.43) | Other |
| 11/20/2023 | V14170 | Cintas Corporation No.2 - Payer#18650915 | $ (213.69) | Other |
| 11/20/2023 | V14870 | 275 Hills Tech Ventures, LLC | $ (40.00) | Rent |
| 11/20/2023 | V15440 | AT&T MOBILITY-CC | $ (9,277.90) | Other |
| 11/20/2023 | V15760 | TERIS - Phoenix LLC DBA TERIS | $ (3,252.00) | Consulting |
| 11/20/2023 | V15790 | White & Case, LLP | $ (1,542,980.85) | Legal |
| 11/20/2023 | V15800 | Lumma Clean LLC | $ (11,375.00) | Other |
| 11/20/2023 | V15860 | Kurtzman Carson Consultants, LLC | $ (4,648.34) | Consulting |
| 11/20/2023 | V15940 | Kekst and Company, Incorporated | $ (6,856.50) | Legal |
| 11/20/2023 | V15960 | Reliable Copy Service Inc, DBA Reliable Companies | $ (76.95) | Other |
| 11/20/2023 | V16010 | Troutman Pepper Hamilton Sanders LLP | $ (226,203.51) | Legal |
| 11/20/2023 | V16020 | Terry Stylze | $ (5,400.00) | Other |
| 11/20/2023 | V16020 | Terry Stylze | $ (5,400.00) | Other |
| 11/20/2023 | V15840 | Silverman Consulting, Inc | $ (196,710.36) | Consulting |
| | | **Total AP Disbursement 2** | **$ (2,162,854.53)** | |
| | | | | |
| 11/30/2023 | V00080 | Baker Hostetler | $ (527,085.70) | Legal |
| 11/30/2023 | V00440 | Principal Life Insurance Company | $ (5,213.94) | Benefits |
| 11/30/2023 | V01130 | GAC R&D Center Silicon Valley, Inc | $ (13,596.20) | Rent |
| 11/30/2023 | V03230 | Applied Medical Resources Corporation | $ (50,135.00) | Rent |
| 11/30/2023 | V04430 | KPMG LLP | $ (2,746.72) | Consulting |
| 11/30/2023 | V09570 | Deloitte & Touche LLP | $ (8,253.73) | Consulting |
| 11/30/2023 | V14780 | Foxconn EV Property Development LLC | $ (8,000.00) | Rent |
| 11/30/2023 | V15860 | Kurtzman Carson Consultants, LLC | $ (4,551.47) | Consulting |
| 11/30/2023 | V03600 | Digital Media Innovations, LLC | $ (4,003.12) | Other |
| 11/30/2023 | V16040 | Brown Rudnick LLP | $ (361,139.18) | Legal |
| 11/30/2023 | V16060 | Morris James LLP | $ (83,239.77) | Legal |
| 11/30/2023 | V16000 | Huron Consulting Group Inc, DBA Huron Consulting Services LLC | $ (174,202.00) | Consulting |
| 11/30/2023 | V14870 | 275 Hills Tech Ventures, LLC | $ (42,209.21) | Rent |
| 11/30/2023 | V15550 | Cigna-68470 | $ (1,828.81) | Benefits |
| | | **Total AP Disbursement 3** | **$ (1,286,204.85)** | |

## Lordstown EV Corporation
## Balance Sheet
## As of November 30, 2023 (1)

### ASSETS

**Current Assets**

| | | |
|---|---:|---|
| Cash, Cash Equivalents and Short-term Investments | $ 93,652,550 | |
| Accounts Receivable | - | |
| Inventory, net | - | |
| Prepaid Expenses and Other | 5,031,372 | |
| **Total Current Assets** | **98,683,922** | |
| | | |
| **Property, Plant & Equipment** | | |
| Property, Plant & Equipment, net | 178,094 | |
| | | |
| **Other Assets** | | |
| Right of Use Assets | 728,388 | |
| Cumulative Funding of / Investment in Subsidiary | 148,547 | (2) |
| Receivable from Subsidiary | - | |
| **Total Other Assets** | **876,935** | (3) |
| | | |
| **Total Assets** | **$ 99,738,951** | (3) |

### LIABILITIES AND SHAREHOLDERS' EQUITY

**Current Liabilities**

| | |
|---|---:|
| Accounts Payable - post-petition | $ 1,589,926 |
| Accounts Payable - pre-petition | 513,003 |
| Accrued Expenses - post-petition | 18,868,750 |
| Accrued Expenses - pre-petition | 5,730,757 |
| Right of Use Liabilities, current | 863,855 |
| **Total Current Liabilities** | **27,566,291** |
| | |
| **Long-Term Liabilities** | |
| Right of Use Liabilities, long-term | 602,602 |
| | - |
| **Total Long-Term Liabilities** | **602,602** |
| | |
| **Total Liabilities** | **28,168,893** |
| | |
| **Shareholders' Equity** | |
| Common Stock | - |
| Additional Paid-In Capital | 1,171,937,741 |
| Retained Earnings | (1,100,367,683) |
| **Total Shareholders' Equity** | **71,570,058** |
| | |
| **Total Liabilities and Shareholders' Equity** | **$ 99,738,951** |

See Notes to Financial Statements

# Lordstown EV Corporation
## Statement of Operations
### For the month ended November 30, 2023

| | | |
|---|---:|---:|
| Revenues | $ | - |
| Total Revenues | | - |
| | | |
| Operating Expenses: | | |
|     Employee Expenses | $ | 394,789 |
|     Professional Fees | | 116,252 |
|     Legal Fees | | 324,179 |
|     Bankruptcy Expenses | | 4,067,006 |
|     Insurance Expense | | 560,987 |
|     Rent Expense | | 54,336 |
|     Freight Expense | | - |
|     Shop and Misc. Expense | | (124,337) |
|     Office and shop expenses | | 5,998 |
|     Other | | 119,341 |
|     Total Operating Expenses | | 5,518,550 |
| | | |
| Other Income/(Expense): | | |
|     Interest and Dividend Income | | 392,923 |
|     Gain/(Loss) on Sale of Assets | | - |
|     Other Income/(Expense) | | - |
|     Total Other Income/(Expense) | | 392,923 |
| | | |
| Net Income/(Loss) | $ | (5,125,627) |

Debtor:     Lordstown EV Corporation                     Case No.23-10832 (MFW)
                                                         Reporting Period: November 2023

## Specific Notes to Financial Statements

Note (1):   The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

Note (2):   The amount reflected represents the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted</u>.

Note (3):   The amount reflected includes, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.</u>

**In re Lordstown EV Corporation**
**Case No. 23-10832**
**All bank statements and bank reconciliations for the reporting period**
**Reporting Period: November 1, 2023 to November 30, 2023**

The Debtor hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries during November 2023.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| | |
|---|---|
| */s/ Adam Kroll* | December 19, 2023 |
| Signature of Authorized Individual | Date |
| | |
| Adam Kroll | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |