IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et. al.*,[1] | ) | Case No. 23-10831-MFW |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on December 20, 2023, the *Motion of the U.S. Securities and Exchange Commission for Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt Pursuant to 11 U.S.C. §1141(d)(6)* [ECF No. 847] was served via email through the CM/ECF system upon the parties registered to receive such service, and further, by email on December 20, 2023 upon the following:

*Counsel for the Debtors*
| | |
|---|---|
| Donald J. Detweiler | don.detweiler@wbd-us.com |
| Morgan L. Patterson | morgan.patterson@wbd-us.com |
| Thomas E. Lauria | tlauria@whitecase.com |
| Matthew C. Brown | mbrown@whitecase.com |
| Fan B. He | fhe@whitecase.com |
| David M. Turetsky | david.turetsky@whitecase.com |
| Jason N. Zakia | jzakia@whitecase.com |
| Roberto Kampfner | rkampfner@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| RJ Szuba | rj.szuba@whitecase.com |

*Counsel for Logicalis, Inc.*
| | |
|---|---|
| Christopher A. Ward | cward@polsinelli.com |

*Counsel for Benjamin Hebert and Atri Amin, and similarly-situated stockholders*
| | |
|---|---|
| Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Gustavo F. Bruckner | gfbruckner@pomlaw.com |
| Samuel J. Adams | sjadams@pomlaw.com |
| Ankita Sangwan | asangwan@pomlaw.com |
| Gregory V. Varallo | greg.varallo@blbglaw.com |

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

| | |
|---|---|
| Glenn R. McGillivray | glenn.mcgillivray@blbglaw.com |
| Daniel Meyer | daniel.meyer@blbglaw.com |
| Jeroen van Kwawegen | jeroen@blbglaw.com |
| Thomas G. James | Thomas.James@blbglaw.com |
| Margaret Sanborn-Lowing | Margaret.Lowing@blbglaw.com |

*Counsel for Akebono Brake Corporation*
Edward M. King — tking@fbtlaw.com

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| David M. Fournier | david.fournier@troutman.com |
| Tori L. Remington | tori.remington@troutman.com |
| Francis J. Lawall | francis.lawall@troutman.com |
| Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Sean P. McNally | sean.mcnally@troutman.com |

*Counsel for Cigna Health and Life Insurance Company*
Jeffrey C. Wisler — jwisler@connollygallagher.com

*Counsel for Harco Manufacturing Group, LLC*
Evan T. Miller — emiller@bayardlaw.com

*Counsel for Elaphe Propulsion Technologies Ltd.*

| | |
|---|---|
| Stephen B. Grow | sgrow@wnj.com |
| William A. Hazeltine | whazeltine@sha-llc.com |

*Counsel for Marelli North America, Inc.*

| | |
|---|---|
| A.J. Webb | awebb@fbtlaw.com |
| Patricia K. Burgess | pburgess@fbtlaw.com |

*Counsel for GAC R&D Center Silicon Valley, Inc.*
Marc N. Swanson — swansonm@millercanfield.com

*Counsel for Darren Post, Steve Burns, John LaFleur and Rich Schmidt*

| | |
|---|---|
| Sean M. Beach | sbeach@ycst.com |
| Shane Reil | sreil@ycst.com |
| | bankfilings@ycst.com |

*Counsel for the Official Committee of Equity Security Holders*

| | |
|---|---|
| Robert J. Stark | rstark@brownrudnick.com |
| Bennett S. Silverberg | bsilverberg@brownrudnick.com |
| Matthew A. Sawyer | msawyer@brownrudnick.com |
| Eric J. Monzo | emonzo@morrisjames.com |
| Brya M. Keilson | bkeilson@morrisjames.com |

*Counsel for George Troicky, as Court-Appointed Lead Plaintiff*
| | |
|---|---|
| Michael S. Etkin | metkin@lowenstein.com |
| Andrew Behlmann | abehlmann@lowenstein.com |
| Scott Cargill | scargill@lowenstein.com |
| Christopher P. Simon | csimon@crosslaw.com |

*Counsel for Applied Medical Resources Corp.*
| | |
|---|---|
| Matthew P. Austria | maustria@austiallc.com |
| Andrew B. Still | astill@swlaw.com |

*Counsel for Edward Hightower and Adam Kroll*
| | |
|---|---|
| Jennifer R. Hoover | jhoover@beneschlaw.com |
| Steven L. Walsh | swalsh@beneschlaw.com |
| Bruce G. Vanyo | bruce@katten.com |
| Sarah Eichenberger | sarah.eichenberger@katten.com |
| Jonathan Rotenberg | jonathan.rotenberg@katten.com |
| Cindi M. Giglio | cgiglio@katten.com |

*Office of the United States Trustee*
| | |
|---|---|
| Benjamin A. Hackman | benjamin_a_hackman@usdoj.gov |

*Counsel for LAS Capital LLC*
| | |
|---|---|
| Joseph O. Larkin | joseph.larkin@skadden.com |
| Ron E. Meisler | ron.meisler@skadden.com |
| Jennifer Madden | jennifer.madden@skadden.com |
| Robert D. Drain | robert.drain@skadden.com |

*Counsel for Michigan Department of Treasury*
| | |
|---|---|
| Heather L. Donald | donaldh@michigan.gov |

*Counsel for Hon Hai Precision Industry Co., Ltd. and Others*
| | |
|---|---|
| Robert J. Dehney | rdehney@morrisnichols.com |
| Donna L. Culver | dculver@morrisnichols.com |
| Matthew B. Harvey | mharvey@morrisnichols.com |
| Matthew Talmo | mtalmo@morrisnichols.com |
| Daniel J. Guyder | daniel.guyder@allenovery.com |
| Robin Spigel | robin.spigel@allenovery.com |
| Bradley Pensyl | bradley.pensyl@allenovery.com |
| Christopher Newcomb | chris.newcomb@allenovery.com |
| Justin Ormand | justin.ormand@allenovery.com |
| Joseph Badtke-Berkow | joseph.badtke-berkow@allenovery.com |
| Jacob R. Herz | jacob.herz@allenovery.com |
| Noah Brumfield | noah.brumfield@allenovery.com |
| Patrick Pearsall | patrick.pearsall@allenovery.com |
| Michael Modesto Gale | michael.modestogale@allenovery.com |

Dated:   December 20, 2023

                                    */s/ David W. Baddley*
**U.S. SECURITIES & EXCHANGE COMMISSION**
David W. Baddley
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
baddleyd@sec.gov

*Counsel for U.S. Securities and Exchange Commission*