## **EXHIBIT A**

**EXHIBIT A**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
October 1, 2023 through November 30, 2023

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Alec Jackson | Associate - Audit | 15.7 | $ 250 | $ 3,925.00 |
| Ana Purnell | Managing Director-Audit-Dept. of Professional Practice | 1.0 | $ 765 | $ 765.00 |
| Bradley Lancy | Managing Director - Advisory | 0.5 | $ 500 | $ 250.00 |
| Bradley Nemeth | Director - Advisory | 1.1 | $ 470 | $ 517.00 |
| Celeste Campbell | Manager - Bankruptcy | 2.0 | $ 298 | $ 596.00 |
| Dan Varnish | Senior Associate - Audit | 31.0 | $ 300 | $ 9,300.00 |
| Darrin Schultz | Partner - Audit | 7.7 | $ 500 | $ 3,850.00 |
| Ellen Russo | Managing Director-Audit-Dept. of Professional Practice | 4.2 | $ 765 | $ 3,213.00 |
| Mark Schierholt | Managing Director - Audit | 14.8 | $ 450 | $ 6,660.00 |
| Melina Lynn | Associate - Audit | 30.5 | $ 250 | $ 7,625.00 |
| Memory Liang | Director - Advisory | 1.2 | $ 470 | $ 564.00 |
| Mila Orobia | Associate - Bankruptcy | 15.2 | $ 210 | $ 3,192.00 |
| Peter Bradford | Managing Director - Advisory | 1.3 | $ 500 | $ 650.00 |
| Sara Rufo | Senior Manager - Audit | 23.3 | $ 400 | $ 9,320.00 |
| Sarah Pencak | Senior Associate - Audit | 15.2 | $ 300 | $ 4,560.00 |
| Scott Stelk | Partner - Audit | 22.6 | $ 500 | $ 11,300.00 |
| **Hours and Fees at Discounted Rates** | | **187.3** | | **$ 66,287.00** |
| **Total Discounted Fees** | | | | **$ 66,287.00** |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | **$ 66,287.00** |
| Less Holdback Adjustment (20%) | | | | (13,257.40) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 53,029.60** |
| **Blended Hourly Rate** | | | $353.91 | |