**EXHIBIT B**

**EXHIBIT B**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Hours and Discounted Fees Incurred by Category
October 1, 2023 through November 30, 2023

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Audit Services | C1 | 170.1 | $ 62,499.00 |
| Retention Services | C2 | 0.0 | $ - |
| Fee Application Preparation Services | C3 | 17.2 | $ 3,788.00 |
| **Total** | | **187.3** | **$ 66,287.00** |