# **EXHIBIT C**

# **EXHIBIT C**

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Scott Stelk | 10/03/23 | Partner review, as of 10/03/23, of purchase sale agreement, concurrently considering audit implications. | 1.1 | $ 500 | $ 550.00 |
| Scott Stelk | 10/16/23 | (0.5) Partner review, as of 10/16/23, of September month end close. | 0.5 | $ 500 | $ 250.00 |
| Scott Stelk | 10/16/23 | 0.5 Discussion with CFO on update, as of 10/16/23, on Lordstown plans. | 0.5 | $ 500 | $ 250.00 |
| Melina Lynn | 10/17/23 | Documented Refinitv.com reports of stock ratings / financial reports from market analysts that reference Lordstown Motors Corp in order to analyze, as of 10/17/23, how the company is comparing to market trends. | 0.4 | $ 250 | $ 100.00 |
| Melina Lynn | 10/17/23 | Document a summary of Q3 SEC filing reports from sec.gov/Edgar that Lordstown Motors Corp. have published to gain insight into changes / updates to disclosures from the company during the quarter. | 0.7 | $ 250 | $ 175.00 |
| Sarah Pencak | 10/18/23 | (0.2) Began calculation of updated materiality for the quarter using updated YTD expenses for the purposes of identifying fluctuations within the quarterly analytics. | 0.2 | $ 300 | $ 60.00 |
| Melina Lynn | 10/18/23 | (0.3) Meeting to discuss status, as of 10/18/23, of Q3 test work to align with the client's filing deadline and to set expectations for Lordstown Q3 test work procedures with S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.3 | $ 250 | $ 75.00 |
| Sarah Pencak | 10/18/23 | (0.3) Meeting to discuss status, as of 10/18/23, of Q3 test work to align with the client's filing deadline and to set expectations for Lordstown Q3 test work procedures with S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.3 | $ 300 | $ 90.00 |
| Melina Lynn | 10/18/23 | Review, as of 10/18/23, the Board of Directors minutes from A. Ciccone, (Lordstown) to gain insight into changes / updates to disclosures from Lordstown during the quarter, concurrently documenting for upload into the Q3 Audit file. | 0.5 | $ 250 | $ 125.00 |
| Melina Lynn | 10/19/23 | Drafted Q3 independence email to all KPMG professionals who are performing services for the Lordstown audit. | 0.3 | $ 250 | $ 75.00 |
| Scott Stelk | 10/19/23 | (0.5) Review, as of 10/19/23, of technical accounting related to Lordstown Motors Corp bankruptcy including the impact of their plan on Q3 reporting. | 0.5 | $ 500 | $ 250.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sarah Pencak | 10/20/23 | (0.1) Continue, as of 10/20/23, to finalize calculation of updated materiality for the quarter using updated YTD expenses for the purposes of identifying fluctuations within the quarterly analytics. | 0.1 | $ 300 | $ 30.00 |
| Sara Rufo | 10/20/23 | (0.2) Meeting to discuss Q3 materiality to finalize KPMG approach and set thresholds for identifying fluctuations within the quarterly analytics with S. Rufo, S. Pencak (KPMG). | 0.2 | $ 400 | $ 80.00 |
| Sarah Pencak | 10/20/23 | (0.2) Meeting to discuss Q3 materiality to finalize KPMG approach and set thresholds for identifying fluctuations within the quarterly analytics with S. Rufo, S. Pencak (KPMG). | 0.2 | $ 300 | $ 60.00 |
| Melina Lynn | 10/20/23 | Populate Q3 account balances in order to compare this quarter to prior quarters and prior year. | 0.5 | $ 250 | $ 125.00 |
| Melina Lynn | 10/20/23 | Obtained trial balance from LMC management, concurrently breaking out accounts by presentation to show account totals. | 1.8 | $ 250 | $ 450.00 |
| Scott Stelk | 10/23/23 | (0.5) Continue, as of 10/23/23, review of technical accounting related to Lordstown Motors Corp bankruptcy including the impact of their plan on Q3 reporting. | 0.5 | $ 500 | $ 250.00 |
| Bradley Lancy | 10/23/23 | (0.5) Meeting with S. Rufo, M. Schierholt, B. Lancy, M. Liang (KPMG) to discuss the audit engagement team's questions related to reorganization and assets held for sale accounting. | 0.5 | $ 500 | $ 250.00 |
| Memory Liang | 10/23/23 | (0.5) Meeting with S. Rufo, M. Schierholt, B. Lancy, M. Liang (KPMG) to discuss the audit engagement team's questions related to reorganization and assets held for sale accounting. | 0.5 | $ 470 | $ 235.00 |
| Sara Rufo | 10/23/23 | 0.5 Senior Manager review, as of 10/23/23, of Q3 review materiality calculation along with the accompanying memo. | 0.5 | $ 400 | $ 200.00 |
| Sara Rufo | 10/24/23 | (0.5) Meeting with KPMG AAS team to discuss assisting the engagement team with some bankruptcy related questions based on their experience given the unique nature of Lordstown Motors Corp with S. Rufo, M. Schierholt. B. Lancy, M. Liang (KPMG). | 0.5 | $ 400 | $ 200.00 |
| Melina Lynn | 10/24/23 | (0.5) Populate Q3 account amounts into the balance sheet analytics to compare to prior years, concurrently describing the cause of the change. | 0.5 | $ 250 | $ 125.00 |
| Sara Rufo | 10/24/23 | (0.5) Senior Manager review, as of 10/24/23, of Q3 legal confirmations as part of required Q3 review procedures prior to sending to external law firms. | 0.5 | $ 400 | $ 200.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sarah Pencak | 10/24/23 | (0.7) Drafted legal letters to be sent to both internal and external counsel for the purpose of confirming legal consultation / representation provided as part of our quarterly procedures. | 0.7 | $ 300 | $ 210.00 |
| Memory Liang | 10/24/23 | (0.7) Research, as of 10/24/23, prior SEC 10-K / 10-Q filings for disclosure examples with similar fact patterns as Lordstown (i.e., filers in Chapter 11 bankruptcy with signed asset sale agreements but the sale was not yet approved by the Court). | 0.7 | $ 470 | $ 329.00 |
| Melina Lynn | 10/24/23 | (1.9) Continue, from earlier on 10/24/2/3, to populate Q3 account amounts into the income statement analytics to compare to prior years, concurrently describing the cause of the change. | 1.9 | $ 250 | $ 475.00 |
| Dan Varnish | 10/25/23 | (0.5) Meeting to discuss status, as of 10/25/23, of Q3 test work to determine test work priorities and if KPMG is on track to meet the client's filing deadline and to set expectations for Lordstown Q3 test work procedures with S. Rufo, S. Pencak, D. Varnish (KPMG). | 0.5 | $ 300 | $ 150.00 |
| Sarah Pencak | 10/25/23 | (0.5) Meeting to discuss status, as of 10/25/23, of Q3 test work to determine test work priorities and if KPMG is on track to meet the client's filing deadline and to set expectations for Lordstown Q3 test work procedures with S. Rufo, S. Pencak, D. Varnish (KPMG). | 0.5 | $ 300 | $ 150.00 |
| Sarah Pencak | 10/26/23 | (0.2) Sent legal letters to both internal and external counsel in order to confirm legal consultation / representation provided as part of quarterly procedures. | 0.2 | $ 300 | $ 60.00 |
| Melina Lynn | 10/26/23 | Compiled a list of questions for Lordstown management over the changes referenced in the balance sheet / income statement analytics. | 0.8 | $ 250 | $ 200.00 |
| Dan Varnish | 10/27/23 | (0.5) Review Q3 income statement / balance sheet analytics, as of 10/27/23, based on updated quarter balances received from Lordstown management. | 0.5 | $ 300 | $ 150.00 |
| Dan Varnish | 10/27/23 | (1.5) Incorporate balances into the Q3 cash flow analytics based on updated quarter balances received from Lordstown management. | 1.5 | $ 300 | $ 450.00 |
| Sara Rufo | 10/27/23 | (2.0) Senior Manager review, as of 10/27/23, of Q3 workpaper documentation including independence, entity and environment updates as required for Q3 review procedures. | 2.0 | $ 400 | $ 800.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 10/31/23 | Rolled forward independence consideration from last quarter as most KPMG professionals involved in Lordstown Q2 audit are included on Q3 procedures. | 0.2 | $ 250 | $ 50.00 |
| Dan Varnish | 10/31/23 | (0.5) Meeting to discuss the Q3 Lordstown Audit Committee review slide deck to be presented to Lordstown Audit Committee closer to the anticipated file date with S. Rufo, D. Varnish (KPMG). | 0.5 | $ 300 | $ 150.00 |
| Melina Lynn | 11/01/23 | Updated, as of 11/01/23, independence consideration responses, concurrently drafting follow up emails to KPMG professionals who did not respond. | 0.1 | $ 250 | $ 25.00 |
| Melina Lynn | 11/01/23 | (0.2) Review, as of 11/01/23, Refinitive.com to determine if analysts wrote a report about Lordstown, concurrently update documentation related to the reports. | 0.2 | $ 250 | $ 50.00 |
| Melina Lynn | 11/01/23 | (0.3) Reviewed, as of 11/01/23, SEC.gov for current filings, concurrently documenting the most current filings from Lordstown Motors Corp to gain insight into changes / updates to disclosures from Lordstown during the quarter. | 0.3 | $ 250 | $ 75.00 |
| Mark Schierholt | 11/01/23 | (0.5) Meeting to discuss Lordstown future plans as a company and the impact on audit plan with S. Stelk, M. Schierholt, S. Rufo, S. Pencak, D. Varnish (KPMG). | 0.5 | $ 450 | $ 225.00 |
| Sara Rufo | 11/01/23 | (0.5) Meeting to discuss Lordstown future plans as a company and the impact on audit plan with S. Stelk, M. Schierholt, S. Rufo, S. Pencak, D. Varnish (KPMG). | 0.5 | $ 400 | $ 200.00 |
| Sarah Pencak | 11/01/23 | (0.5) Meeting to discuss Lordstown future plans as a company and the impact on audit plan with S. Stelk, M. Schierholt, S. Rufo, S. Pencak, D. Varnish (KPMG). | 0.5 | $ 300 | $ 150.00 |
| Dan Varnish | 11/01/23 | (0.5) Meeting to discuss the Q3 Lordstown Audit Committee review slide deck to be presented to Lordstown Audit Committee closer to the anticipated file date and to review, as of 11/01/23, the slide deck and update same accordingly based on feedback from parties on the call with S. Stelk, S. Rufo, D. Varnish (KPMG). | 0.5 | $ 300 | $ 150.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sara Rufo | 11/01/23 | (0.5) Meeting to discuss the Q3 Lordstown Audit Committee review slide deck to be presented to Lordstown Audit Committee closer to the anticipated file date and to review, as of 11/01/23, the slide deck and update same accordingly based on feedback from parties on the call with S. Stelk, S. Rufo, D. Varnish (KPMG). | 0.5 | $ 400 | $ 200.00 |
| Dan Varnish | 11/01/23 | (1.0) Updated, as of 11/01/23, Lordstown Audit Committee PowerPoint presentation based on comments from KPMG Manager. | 1.0 | $ 300 | $ 300.00 |
| Melina Lynn | 11/02/23 | Documented responses from the independence consideration email to upload same into Lordstown audit file in KCw. | 0.3 | $ 250 | $ 75.00 |
| Sara Rufo | 11/02/23 | 0.5 Email correspondence with Lordstown Controller to discuss Q3 status / questions, as of 11/02/23, from engagement team. | 0.5 | $ 400 | $ 200.00 |
| Sara Rufo | 11/02/23 | Senior Manager review, as of 11/02/23, of Q3 workpaper documentation including updated Audit Committee presentation deck as part of required review procedures. | 0.5 | $ 400 | $ 200.00 |
| Sara Rufo | 11/03/23 | (0.5) Meeting with Lordstown Controller to discuss Q3 status, as of 11/03/23, and questions from engagement team with S. Rufo (KPMG) and M. Port (Lordstown). | 0.5 | $ 400 | $ 200.00 |
| Melina Lynn | 11/03/23 | (0.6) Reviewed, as of 11/03/23, Lordstown balance sheet account fluctuations from quarter to quarter / year to date over balance sheet accounts as part of Q3 review procedures to confirm we understood reason for any significant fluctuations. | 0.6 | $ 250 | $ 150.00 |
| Melina Lynn | 11/03/23 | (1.3) Reviewed, as of 11/03/23, Lordstown income statement account fluctuations from quarter to quarter / year to date over balance sheet accounts as part of Q3 review procedures to confirm we understood reason for any significant fluctuations. | 1.3 | $ 250 | $ 325.00 |
| Melina Lynn | 11/06/23 | Continue, as of 11/06/23, to draft independence consideration email to new KPMG professional who will provide services to Lordstown audit, concurrently documenting responses within Lordstown audit file in KCw. | 0.2 | $ 250 | $ 50.00 |
| Melina Lynn | 11/06/23 | (0.3) Meeting to discuss status, as of 11/06/23, of Q3 test work in order to determine if KPMG is on track to meet the client's filing deadline with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.3 | $ 250 | $ 75.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sara Rufo | 11/06/23 | (0.3) Meeting to discuss status, as of 11/06/23, of Q3 test work in order to determine if KPMG is on track to meet the client's filing deadline with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.3 | $ 400 | $ 120.00 |
| Sarah Pencak | 11/06/23 | (0.3) Meeting to discuss status, as of 11/06/23, of Q3 test work in order to determine if KPMG is on track to meet the client's filing deadline with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.3 | $ 300 | $ 90.00 |
| Mark Schierholt | 11/06/23 | (0.5) Call with external (S&C) and internal legal counsel to receive update, as of 11/06/23, on Lordstown ongoing legal matters with S. Stelk, M. Schierholt, S. Rufo (KPMG) and J. Croke (S&C), M. Leonard (Lordstown). | 0.5 | $ 450 | $ 225.00 |
| Sara Rufo | 11/06/23 | (0.5) Call with external (S&C) and internal legal counsel to receive update, as of 11/06/23, on Lordstown ongoing legal matters with S. Stelk, M. Schierholt, S. Rufo (KPMG) and J. Croke (S&C), M. Leonard (Lordstown). | 0.5 | $ 400 | $ 200.00 |
| Scott Stelk | 11/06/23 | (0.5) Call with external (S&C) and internal legal counsel to receive update, as of 11/06/23, on Lordstown ongoing legal matters with S. Stelk, M. Schierholt, S. Rufo (KPMG) and J. Croke (S&C), M. Leonard (Lordstown). | 0.5 | $ 500 | $ 250.00 |
| Dan Varnish | 11/06/23 | (0.8) Prepared the income statement analytics based on quarterly amounts provided by the Lordstown management. | 0.8 | $ 300 | $ 240.00 |
| Sara Rufo | 11/06/23 | 0.8 Continue, as of 11/06/23, Senior Manager review of Q3 workpaper documentation; including 10-Q, AC deck as part of required review procedures. | 0.8 | $ 400 | $ 320.00 |
| Dan Varnish | 11/06/23 | (1.5) Prepared the cash flow analytics based on updated quarterly amounts provided by the Lordstown management. | 1.5 | $ 300 | $ 450.00 |
| Dan Varnish | 11/06/23 | (2.2) Prepared the balance sheet analytics based on updated quarterly amounts provided by the Lordstown management. | 2.2 | $ 300 | $ 660.00 |
| Alec Jackson | 11/07/23 | (1.2) Updated footnote documentation, as of 11/07/23, from Q2 files to Q3 files in order to fulfill current period requirements. | 1.2 | $ 250 | $ 300.00 |
| Melina Lynn | 11/07/23 | Analyzed, as of 11/07/23, the current version of the 10Q received from Lordstown management, concurrently documenting understanding of the disclosures written in the footnotes. | 1.3 | $ 250 | $ 325.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Scott Stelk | 11/07/23 | (1.5) Partner review, as of 11/07/23, of Q3 10-Q draft document along with KPMG Q3 presentation for the Audit Committee meeting. | 1.5 | $ 500 | $ 750.00 |
| Dan Varnish | 11/07/23 | (3.0) Perform tie out, as of 11/07/23, concurrently reconciling cash flow amounts listed on the statement of cash flows to supporting documentation based on updated quarterly amounts provided by Lordstown management. | 3.0 | $ 300 | $ 900.00 |
| Alec Jackson | 11/07/23 | (3.5) Perform tie out, as of 11/07/23, of Q3 trial balance line items to confirm 10Q matched the equivalent line items. | 3.5 | $ 250 | $ 875.00 |
| Melina Lynn | 11/08/23 | Evaluate mathematical accuracy over the current version of the 10Q, concurrently aggregating questions for Lordstown management. | 0.3 | $ 250 | $ 75.00 |
| Mark Schierholt | 11/08/23 | (0.5) Call with Lordstown management to discuss Q3 status, as of 11/08/23, with M. Schierholt, S. Rufo (KPMG) and B. Sauer (Deloitte), M. Port (Lordstown). | 0.5 | $ 450 | $ 225.00 |
| Sara Rufo | 11/08/23 | (0.5) Call with Lordstown management to discuss Q3 status, as of 11/08/23, with M. Schierholt, S. Rufo (KPMG) and B. Sauer (Deloitte), M. Port (Lordstown). | 0.5 | $ 400 | $ 200.00 |
| Alec Jackson | 11/08/23 | (0.6) Meeting with D. Varnish and A. Jackson (KPMG) to review, as of 11/08/23, Lordstown income statement in order to tie off Q3 items. | 0.6 | $ 250 | $ 150.00 |
| Scott Stelk | 11/08/23 | (1.0) Continue, as of 11/08/23, Partner review of Q3 10-Q draft document along with KPMG Q3 presentation for the Audit Committee meeting. | 1.0 | $ 500 | $ 500.00 |
| Sara Rufo | 11/08/23 | 2.0 Continue, as of 11/08/23, Senior Manager review of Q3 workpaper documentation; including IS, BS, and CF analytics as a required procedures for quarterly review. | 2.0 | $ 400 | $ 800.00 |
| Alec Jackson | 11/08/23 | (3.4) Updated footnote tick marks, as of 11/08/23, for Q3 review to confirm compliance with accounting / auditing guidelines. | 3.4 | $ 250 | $ 850.00 |
| Sarah Pencak | 11/09/23 | (0.2) Meeting to discuss status, as of 11/09/23, of Q3 test work to determine if KPMG is on track to meet the client's filing deadline with S. Pencak, D. Varnish (KPMG). | 0.2 | $ 300 | $ 60.00 |
| Darrin Schultz | 11/09/23 | (0.3) Call to provide EQCR update on Q3 status, as of 11/09/23, and provide overall update on client ongoing legal matters with D. Schultz, S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.3 | $ 500 | $ 150.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mark Schierholt | 11/09/23 | (0.3) Call to provide EQCR update on Q3 status, as of 11/09/23, and provide overall update on client ongoing legal matters with D. Schultz, S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.3 | $ 450 | $ 135.00 |
| Sara Rufo | 11/09/23 | (0.3) Call to provide EQCR update on Q3 status, as of 11/09/23, and provide overall update on client ongoing legal matters with D. Schultz, S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.3 | $ 400 | $ 120.00 |
| Scott Stelk | 11/09/23 | (0.3) Call to provide EQCR update on Q3 status, as of 11/09/23, and provide overall update on client ongoing legal matters with D. Schultz, S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.3 | $ 500 | $ 150.00 |
| Sara Rufo | 11/09/23 | 0.5 Senior Manager review, as of 11/09/23, of support provided by Lordstown management for Q3 10-Q including legal accruals / restructuring costs as required to tie out 10-Q for quarterly review. | 0.5 | $ 400 | $ 200.00 |
| Scott Stelk | 11/09/23 | (1.7) Partner review, as of 11/09/23, of Q3 workpaper documentation including planning, understanding the entity, board minutes. | 1.7 | $ 500 | $ 850.00 |
| Dan Varnish | 11/09/23 | (3.0) Perform tie out of statement of cash flows, as of 11/09/23, based on updated quarterly amounts provided by Lordstown management. | 3.0 | $ 300 | $ 900.00 |
| Alec Jackson | 11/09/23 | (3.5) Continue, as of 11/09/23, to update tick marks in Q3 footnotes to confirm compliance with audit requirements, concurrently performing tie out of Q3 balances. | 3.5 | $ 250 | $ 875.00 |
| Alec Jackson | 11/10/23 | (0.2) Meeting with A. Jackson, D. Varnish, M. Lynn, and S. Pencak (KPMG) to discuss new Q3 10Q information and tie out, as of 11/10/23, remaining footnote information to comply with audit standards. | 0.2 | $ 250 | $ 50.00 |
| Sarah Pencak | 11/10/23 | (0.4) Perform tie out, as of 11/10/23, of footnote 5 of the 10Q for the purposes of confirming the quarterly report is complete / accurate. | 0.4 | $ 300 | $ 120.00 |
| Sarah Pencak | 11/10/23 | (0.4) Perform tie out, as of 11/10/23, of footnote 6 of the 10Q for the purposes of confirming the quarterly report is complete / accurate. | 0.4 | $ 300 | $ 120.00 |
| Melina Lynn | 11/10/23 | Updated, as of 11/10/23, the documentation over Footnote 1 / Footnote 2 of the current version of 10Q to confirm the disclosures within are consistent with the engagement team's understanding of Lordstown. | 0.4 | $ 250 | $ 100.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mark Schierholt | 11/10/23 | (0.5) Call with Lordstown management to discuss Q3 status, as of 11/10/23, and review support for the liabilities subject to compromise with M. Schierholt, S. Rufo (KPMG) and B. Sauer (Deloitte), M. Port (Lordstown). | 0.5 | $ 450 | $ 225.00 |
| Sara Rufo | 11/10/23 | (0.5) Call with Lordstown management to discuss Q3 status, as of 11/10/23, and review support for the liabilities subject to compromise with M. Schierholt, S. Rufo (KPMG) and B. Sauer (Deloitte), M. Port (Lordstown). | 0.5 | $ 400 | $ 200.00 |
| Alec Jackson | 11/10/23 | (0.5) Meeting with A. Jackson, D. Varnish, M. Lynn, S. Pencak, and S. Rufo (KPMG) to discuss final preparation of Q3 footnotes. | 0.5 | $ 250 | $ 125.00 |
| Sarah Pencak | 11/10/23 | (0.7) Perform tie out, as of 11/10/23, footnote 7 of the 10Q for the purposes of confirming the quarterly report is complete / accurate. | 0.7 | $ 300 | $ 210.00 |
| Sarah Pencak | 11/10/23 | (0.7) Updated the analytics, as of 11/10/23, with the most current version of the 10Q for the purpose of explaining material fluctuations from quarter to quarter. | 0.7 | $ 300 | $ 210.00 |
| Sarah Pencak | 11/10/23 | (0.8) Documented legal responses from external legal firms provided to KPMG for the purpose of reconciling open litigation to the Q3 10Q in order to confirm its completeness. | 0.8 | $ 300 | $ 240.00 |
| Mark Schierholt | 11/10/23 | (1.0) Q3 Audit Committee meeting to provide an update, as of 11/10/23, to Lordstown Audit Committee (AC) on Q3 reporting and for KPMG engagement team to provide update on status of Q3 review to the AC with S. Stelk, M. Schierholt, S. Rufo (KPMG) and D. Turetsky (White & Case), J. Spreen (Baker Hostetler), M. Port, M. Leonard, K. Feldman, J. Anderson, J. Reiss, D. Ninivaggi, A. Kroll, E. Hightower (Lordstown). | 1.0 | $ 450 | $ 450.00 |
| Sara Rufo | 11/10/23 | (1.0) Q3 Audit Committee meeting to provide an update, as of 11/10/23, to Lordstown Audit Committee (AC) on Q3 reporting and for KPMG engagement team to provide update on status of Q3 review to the AC with S. Stelk, M. Schierholt, S. Rufo (KPMG) and D. Turetsky (White & Case), J. Spreen (Baker Hostetler), M. Port, M. Leonard, K. Feldman, J. Anderson, J. Reiss, D. Ninivaggi, A. Kroll, E. Hightower (Lordstown). | 1.0 | $ 400 | $ 400.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Scott Stelk | 11/10/23 | (1.0) Q3 Audit Committee meeting to provide an update, as of 11/10/23, to Lordstown Audit Committee (AC) on Q3 reporting and for KPMG engagement team to provide update on status of Q3 review to the AC with S. Stelk, M. Schierholt, S. Rufo (KPMG) and D. Turetsky (White & Case), J. Spreen (Baker Hostetler), M. Port, M. Leonard, K. Feldman, J. Anderson, J. Reiss, D. Ninivaggi, A. Kroll, E. Hightower (Lordstown). | 1.0 | $ 500 | $ 500.00 |
| Sara Rufo | 11/10/23 | 2.0 Continue, as of 11/10/23, Senior Manager review of Q3 review workpaper documentation; including legal letters, concurrently performing tie out of footnotes as well as update of analytics as a required procedures for quarter review. | 2.0 | $ 400 | $ 800.00 |
| Melina Lynn | 11/10/23 | Based on the current version of the 10Q from Lordstown management, updated, as of 11/10/23, documentation of the face statements; inclusive of statement of cash flows, statement of stockholders' equity, income statement, balance sheet. | 2.5 | $ 250 | $ 625.00 |
| Alec Jackson | 11/10/23 | (2.8) Continue, as of 11/10/23, to update Q3 footnote tick marks based on new 10Q information to follow proper audit documentation. | 2.8 | $ 250 | $ 700.00 |
| Sarah Pencak | 11/12/23 | (0.3) Documented Lordstown management's legal log for the purpose of assessing the reasonableness of their legal accrual balance reported in their 10Q. | 0.3 | $ 300 | $ 90.00 |
| Melina Lynn | 11/12/23 | (0.3) Ran mathematical accuracy check over the version of the 10Q received from M. Port (Lordstown). | 0.3 | $ 250 | $ 75.00 |
| Sarah Pencak | 11/12/23 | (0.3) Updated, as of 11/12/23, the footnote tie outs based on the most updated version of the 10Q for the purposes of confirming the financials are complete / accurate. | 0.3 | $ 300 | $ 90.00 |
| Sarah Pencak | 11/12/23 | (0.7) Analyzed, as of 11/12/23, Lordstown management's Assets Held for Sale memo to confirm KPMG is in agreement over Lordstown management's assessment to categorize their assets as held for sale. | 0.7 | $ 300 | $ 210.00 |
| Sarah Pencak | 11/12/23 | (0.7) Analyzed, as of 11/12/23, Lordstown management's Going Concern memo to confirm KPMG is in agreement with Lordstown management's assessment over it's ability to continue as a going concern. | 0.7 | $ 300 | $ 210.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 11/12/23 | (0.7) Updated, as of 11/12/23, footnotes / financial statements to tie to current version of the trial balance, concurrently updating questions to Lordstown management. | 0.7 | $ 250 | $ 175.00 |
| Darrin Schultz | 11/12/23 | (2.6) Partner (SEC Reviewing Partner) review, as of 11/12/23, of Lordstown Q3 Form 10-Q document as part of KPMG's interim review procedures. | 2.6 | $ 500 | $ 1,300.00 |
| Darrin Schultz | 11/12/23 | (3.6) Partner (SEC Reviewing Partner) review, as of 11/12/23, of the interim review workpaper documentation as part of the interim review of Lordstown Q3 interim review of the Form 10-Q. | 3.6 | $ 500 | $ 1,800.00 |
| Dan Varnish | 11/13/23 | (0.2) Updated, as of 11/13/23, KPMG independence consideration workpaper, as of 11/13/23, based on KPMG Manager review comments. | 0.2 | $ 300 | $ 60.00 |
| Darrin Schultz | 11/13/23 | (0.3) Call for the KPMG engagement team to provide update, as of 11/13/23, to OGC and KPMG Specialist team on Lordstown with D. Schultz, S. Stelk, S. Rufo, P. Bradford, J. Warganz (KPMG). | 0.3 | $ 500 | $ 150.00 |
| Peter Bradford | 11/13/23 | (0.3) Call for the KPMG engagement team to provide update, as of 11/13/23, to OGC and KPMG Specialist team on Lordstown with D. Schultz, S. Stelk, S. Rufo, P. Bradford, J. Warganz (KPMG). | 0.3 | $ 500 | $ 150.00 |
| Sara Rufo | 11/13/23 | (0.3) Call for the KPMG engagement team to provide update, as of 11/13/23, to OGC and KPMG Specialist team on Lordstown with D. Schultz, S. Stelk, S. Rufo, P. Bradford, J. Warganz (KPMG). | 0.3 | $ 400 | $ 120.00 |
| Scott Stelk | 11/13/23 | (0.3) Call for the KPMG engagement team to provide update, as of 11/13/23, to OGC and KPMG Specialist team on Lordstown with D. Schultz, S. Stelk, S. Rufo, P. Bradford, J. Warganz (KPMG). | 0.3 | $ 500 | $ 150.00 |
| Sara Rufo | 11/13/23 | (0.4) Call with external (S&C) and internal legal counsel to receive current update, as of 11/13/23, on Lordstown with S. Stelk, M. Schierholt, S. Rufo (KPMG) and J. Croke (S&C), M. Leonard (Lordstown). | 0.4 | $ 400 | $ 160.00 |
| Scott Stelk | 11/13/23 | (0.4) Call with external (S&C) and internal legal counsel to receive current update, as of 11/13/23, on Lordstown with S. Stelk, M. Schierholt, S. Rufo (KPMG) and J. Croke (S&C), M. Leonard (Lordstown). | 0.4 | $ 500 | $ 200.00 |
| Ellen Russo | 11/13/23 | (0.4) Discussion with E. Russo and S. Stelk (KPMG) to provide an update, as of 11/13/23, on Lordstown. | 0.4 | $ 765 | $ 306.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Scott Stelk | 11/13/23 | (0.4) Discussion with E. Russo and S. Stelk (KPMG) to provide an update, as of 11/13/23, on Lordstown. | 0.4 | $ 500 | $ 200.00 |
| Dan Varnish | 11/13/23 | (0.5) Updated, as of 11/13/23, footnote 2 tie out based on updated financials provided by Lordstown management. | 0.5 | $ 300 | $ 150.00 |
| Melina Lynn | 11/13/23 | Ran mathematical accuracy over each new version of the 10Q received M. Port (Lordstown), concurrently communicating via email with Lordstown management regarding results. | 0.5 | $ 250 | $ 125.00 |
| Darrin Schultz | 11/13/23 | (0.6) Partner (SEC Reviewing Partner) review, as of 11/13/23, of Consultation memo related to SEC investigation. | 0.6 | $ 500 | $ 300.00 |
| Dan Varnish | 11/13/23 | (0.6) Updated, as of 11/13/23, footnote 1 based on updated financials provided by Lordstown management. | 0.6 | $ 300 | $ 180.00 |
| Dan Varnish | 11/13/23 | (0.9) Call for the KPMG engagement team to debrief on questions over the 10Q tie out and analytics and to provide appropriate update, as of 11/13/23, and answer questions with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.9 | $ 300 | $ 270.00 |
| Melina Lynn | 11/13/23 | (0.9) Call for the KPMG engagement team to debrief on questions over the 10Q tie out and analytics and to provide appropriate update, as of 11/13/23, and answer questions with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.9 | $ 250 | $ 225.00 |
| Sara Rufo | 11/13/23 | (0.9) Call for the KPMG engagement team to debrief on questions over the 10Q tie out and analytics and to provide appropriate update, as of 11/13/23, and answer questions with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.9 | $ 400 | $ 360.00 |
| Sarah Pencak | 11/13/23 | (0.9) Call for the KPMG engagement team to debrief on questions over the 10Q tie out and analytics and to provide appropriate update, as of 11/13/23, and answer questions with S. Rufo, S. Pencak, D. Varnish, M. Lynn (KPMG). | 0.9 | $ 300 | $ 270.00 |
| Melina Lynn | 11/13/23 | Incorporated the meeting minutes from the end of last quarter to the current quarter into the audit file in order to disclose most current understanding of the company. | 1.0 | $ 250 | $ 250.00 |
| Dan Varnish | 11/13/23 | (1.3) Updated, as of 11/13/23, the balance sheet tie out based on updated financials provided by Lordstown management. | 1.3 | $ 300 | $ 390.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 11/13/23 | Review, as of 11/13/23, the audit disclosure checklist, concurrently comparing to Q2 to determine the changes from last quarter to this quarter. | 1.7 | $ 250 | $ 425.00 |
| Dan Varnish | 11/13/23 | (2.0) Updated, as of 11/13/23, the statement of cash flow tie out based on updated financials provided by Lordstown management. | 2.0 | $ 300 | $ 600.00 |
| Sara Rufo | 11/13/23 | 2.0 Continue, as of 11/13/23, Senior Manager review of Q3 workpaper documentation including 10-Q tie out, concurrently updating analytics as a required 10-Q interim review procedures. | 2.0 | $ 400 | $ 800.00 |
| Melina Lynn | 11/13/23 | Clear review comments, as of 11/13/23, within cash flow analytics (1.0), independence (0.3), Audit Committee slides (0.2), as well as the officer certifications (0.5). | 2.0 | $ 250 | $ 500.00 |
| Melina Lynn | 11/13/23 | Update, as of 11/13/23, the footnotes for new version of the 10Q along with the face statement documentation in order to tie the amounts to the 10Q. | 2.0 | $ 250 | $ 500.00 |
| Mark Schierholt | 11/13/23 | Managing Director finalization of the Form 10-Q procedures. | 2.1 | $ 450 | $ 945.00 |
| Scott Stelk | 11/13/23 | (2.3) Partner review, as of 11/13/23, of Q3 workpaper documentation; including independence workpapers, Legal memo, analytics, representation letters, and Q3 10-Q. | 2.3 | $ 500 | $ 1,150.00 |
| Mark Schierholt | 11/13/23 | Continue, from earlier on 11/13/23, Managing Director finalization of the Form 10-Q procedures. | 2.4 | $ 450 | $ 1,080.00 |
| Dan Varnish | 11/13/23 | (2.5) Updated, as of 11/13/23, the income statement tie out based on updated financials provided by Lordstown management. | 2.5 | $ 300 | $ 750.00 |
| Scott Stelk | 11/13/23 | (2.6) Continue, from earlier on 11/13/23, Partner review of Q3 workpaper documentation; including independence workpapers, Legal memo, analytics, representation letters, and Q3 10-Q. | 2.6 | $ 500 | $ 1,300.00 |
| Sarah Pencak | 11/13/23 | (2.8) Updated, as of 11/13/23, the 10Q tie out documentation based on tie out question responses from M. Port (Lordstown) for the purposes of confirming the financials are complete / accurate. | 2.8 | $ 300 | $ 840.00 |
| Sarah Pencak | 11/13/23 | (3.3) Analyzed the accounting disclosure checklist, as of 11/13/23, prepared by Lordstown management to confirm the disclosures in the financials are complete / accurate. | 3.3 | $ 300 | $ 990.00 |
| Dan Varnish | 11/14/23 | (0.2) Ran a comparison between the published 10-Q versus the most current drafted 10-Q to confirm no changes were made subsequent to the filing of the 10-Q. | 0.2 | $ 300 | $ 60.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 11/14/23 | (0.2) Review, as of 11/14/23, the Board minutes representation letter from Lordstown management, concurrently documenting understanding in the KCw Q3 Lordstown audit file. | 0.2 | $ 250 | $ 50.00 |
| Melina Lynn | 11/14/23 | Confirm all minutes are accounted for in Lordstown audit file, concurrently updating, as of 11/14/23, meeting names. | 0.2 | $ 250 | $ 50.00 |
| Bradley Nemeth | 11/14/23 | (0.3) Call with P. Bradford and B. Nemeth (KPMG) to discuss status, 11/14/23, of the Lordstown bankruptcy matter. | 0.3 | $ 470 | $ 141.00 |
| Darrin Schultz | 11/14/23 | (0.3) Partner (SEC Reviewing Partner) review, as of 11/14/23, of updated AC deck for presentation of interim review results to Lordstown. | 0.3 | $ 500 | $ 150.00 |
| Melina Lynn | 11/14/23 | Compared, as of 11/14/23, the 10Q received from M. Port (Lordstown) with the previous version to identify revisions. | 0.3 | $ 250 | $ 75.00 |
| Melina Lynn | 11/14/23 | Continue, as of 11/14/23, to draft independence email to another professional, concurrently documenting responses within Lordstown audit file. | 0.3 | $ 250 | $ 75.00 |
| Dan Varnish | 11/14/23 | (0.5) Continue, as of 11/14/23, to update footnote 1 tie out based on updated financials provided by Lordstown management. | 0.5 | $ 300 | $ 150.00 |
| Dan Varnish | 11/14/23 | (0.5) Continue, as of 11/14/23, to update footnote 2 tie out based on updated financials provided by Lordstown management. | 0.5 | $ 300 | $ 150.00 |
| Dan Varnish | 11/14/23 | (0.5) Updated, as of 11/14/23, footnote 3 tie out based on updated financials provided by Lordstown management. | 0.5 | $ 300 | $ 150.00 |
| Dan Varnish | 11/14/23 | (0.5) Updated, as of 11/14/23, footnote 6 tie out based on updated financials provided by Lordstown management. | 0.5 | $ 300 | $ 150.00 |
| Bradley Nemeth | 11/14/23 | (0.8) AS 2405 consultation for Q3 - Director review, as of 11/14/23, of audit team Consultation memo. | 0.8 | $ 470 | $ 376.00 |
| Ana Purnell | 11/14/23 | (1.0) DPP (Department of Professional Practice) Managing Director review, as of 11/14/23, of audit team's Legal memo required review as part of national office consultation. | 1.0 | $ 765 | $ 765.00 |
| Peter Bradford | 11/14/23 | (1.0) Managing Director review, as of 11/14/23, of Q3 workpaper documentation including SEC legal matter DPP Consultation memo as well as the specialist workpaper documentation. | 1.0 | $ 500 | $ 500.00 |
| Dan Varnish | 11/14/23 | (1.1) Updated, as of 11/14/2/3, balance sheet analytics based on updated financials provided by Lordstown management. | 1.1 | $ 300 | $ 330.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dan Varnish | 11/14/23 | (1.2) Updated, as of 11/14/23, statement of cash flow analytics based on updated financials provided by Lordstown management. | 1.2 | $ 300 | $ 360.00 |
| Dan Varnish | 11/14/23 | (1.4) Continue, as of 11/14/23, to update income statement tie out based on updated financials provided by Lordstown management. | 1.4 | $ 300 | $ 420.00 |
| Dan Varnish | 11/14/23 | (2.1) Continue, as of 11/14/23, to update the statement of cash flow tie out based on updated financials provided by Lordstown management. | 2.1 | $ 300 | $ 630.00 |
| Melina Lynn | 11/14/23 | (2.3) Review, as of 11/1/4/23, all the Audit Committee meeting minutes (provided by Lordstown) during Q3, concurrently documenting key points relative to progress/status of KPMG engagement for upload to KCw audit file. | 2.3 | $ 250 | $ 575.00 |
| Sara Rufo | 11/14/23 | 2.4 Continue, as of 11/14/23, Senior Manager review of Q3 workpaper documentation; including legal letters, representation letters, 10-Q FN tie outs, final 10-Q as a required interim review procedures. | 2.4 | $ 400 | $ 960.00 |
| Melina Lynn | 11/14/23 | Continue, as of 11/14/23, to update the footnotes for new version of the 10Q along with the face statement documentation in order to tie the amounts to the 10Q. | 2.4 | $ 250 | $ 600.00 |
| Sara Rufo | 11/14/23 | 2.7 Draft, concurrently finalize memo related to DPP Consultation on ongoing legal matters. | 2.7 | $ 400 | $ 1,080.00 |
| Mark Schierholt | 11/14/23 | Continue, as of 11/14/23, Managing Director finalization of the Form 10-Q procedures. | 3.3 | $ 450 | $ 1,485.00 |
| Scott Stelk | 11/14/23 | (3.6) Partner review, as of 11/14/23, of final Consultation memo relating to ongoing Lordstown Corp legal matters. | 3.6 | $ 500 | $ 1,800.00 |
| Mark Schierholt | 11/14/23 | Continue, from earlier on 11/14/23, Managing Director finalization of the Form 10-Q procedures. | 3.7 | $ 450 | $ 1,665.00 |
| Ellen Russo | 11/14/23 | Managing Director review, as of 11/14/23, of Legal memo, concurrently clearing open comments. | 3.8 | $ 765 | $ 2,907.00 |
| Scott Stelk | 11/14/23 | (3.9) Partner review, as of 11/14/23, of Q3 workpaper documentation including analytics, legal letters, final Q3 10-Q2. | 3.9 | $ 500 | $ 1,950.00 |
| | | **Total Audit Services** | **170.1** | | **$ 62,499.00** |

**EXHIBIT C2**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Retention Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no services provided in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$ -** |

**EXHIBIT C3**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Fee Application Preparation Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mila Orobia | 10/09/23 | 0.1 Email communication to S. Rufo (KPMG) requesting description of services to be included in KPMG's 2nd monthly application for Lordstown Motors Corp. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 10/09/23 | 0.4 Prepare the 2nd monthly fee exhibits for inclusion in Lordstown 2nd monthly fee application. | 0.4 | $ 210 | $ 84.00 |
| Mila Orobia | 10/10/23 | 0.1 Email communication to C. Campbell (KPMG) requesting to review Lordstown 2nd monthly fee exhibit. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 10/11/23 | 0.1 Email communication to S. Rufo (KPMG) requesting to review 2nd monthly fee exhibit for inclusion in Lordstown 2nd monthly fee application. | 0.1 | $ 210 | $ 21.00 |
| Celeste Campbell | 10/11/23 | Perform manager review of 2nd monthly exhibits as required in advance of filing. | 0.4 | $ 298 | $ 119.20 |
| Mila Orobia | 10/17/23 | 0.1 Email communication to C. Campbell (KPMG) to send the Lordstown 2nd monthly narrative, certification / exhibit for review. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 10/17/23 | Prepare the 2nd monthly fee Narrative (0.5), Declaration/certification (0.1) to be included in Lordstown 2nd monthly fee application. | 0.6 | $ 210 | $ 126.00 |
| Celeste Campbell | 10/17/23 | 0.7 Perform manager review of Lordstown 2nd monthly narrative (.4), certification (.1) and finalized exhibits (.2). | 0.7 | $ 298 | $ 208.60 |
| Mila Orobia | 10/18/23 | 0.2 Finalize 2nd monthly fee application deliverable in advance of submission for filing. | 0.2 | $ 210 | $ 42.00 |
| Mila Orobia | 10/23/23 | 0.1 Communication via email requesting debtors counsel (White & Case LLP) to file / serve Lordstown 2nd monthly fee application. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 10/23/23 | 0.2 Finalize Lordstown 2nd monthly fee application documentation for C. Campbell (KPMG) final review in advance of sending to counsel for filing. | 0.2 | $ 210 | $ 42.00 |
| Mila Orobia | 10/24/23 | 0.1 Communication via email with Lordstown debtors counsel regarding filing / submission as well as the acceptable format for interim fee application. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 11/01/23 | 1.0 Prepare Lordstown 1st interim fee application. | 1.0 | $ 210 | $ 210.00 |
| Celeste Campbell | 11/03/23 | 0.7 Perform manager review of Lordstown 1st interim fee application as required in advance of filing, concurrently cross-checking docket references and confirming consolidated numbers. | 0.7 | $ 298 | $ 208.60 |
| Mila Orobia | 11/08/23 | 0.1 Email communication to S. Stelk (KPMG) requesting for approval/permission to apply signature to Lordstown 1st interim fee application. | 0.1 | $ 210 | $ 21.00 |

**EXHIBIT C3**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Fee Application Preparation Services
October 1, 2023 through November 30, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mila Orobia | 11/13/23 | 0.1 Email communication requesting debtors counsel to file / serve Lordstown 1st interim fee application. | 0.1 | $ 210 | $ 21.00 |
| Celeste Campbell | 11/13/23 | 0.2 Perform manager review of final version of Lordstown 1st interim in advance of submission for filing. | 0.2 | $ 298 | $ 59.60 |
| Mila Orobia | 11/28/23 | 2.8 Began to prepare exhibit C1 for inclusion in the Lordstown Motors Corp 3rd combined monthly fee application. | 2.8 | $ 210 | $ 588.00 |
| Mila Orobia | 11/28/23 | 3.3 Continue, from earlier on 11/28/23, to prepare exhibit C1 for inclusion in the Lordstown Motors Corp 3rd combined monthly fee application. | 3.3 | $ 210 | $ 693.00 |
| Mila Orobia | 11/29/23 | 3.0 Continue, from earlier on 11/29/23, to prepare exhibit C1 for inclusion in the Lordstown Motors Corp 3rd combined monthly fee application. | 3.0 | $ 210 | $ 630.00 |
| Mila Orobia | 11/30/23 | 2.9 Continue, as of 11/30/23, to prepare exhibit C1 for inclusion in the Lordstown Motors Corp 3rd combined monthly fee application. | 2.9 | $ 210 | $ 609.00 |
| | | **Total Fee Application Preparation Services** | **17.2** | | **$ 3,788.00** |