**EXHIBIT D**

**EXHIBIT D**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Out of Pocket Expenses
October 1, 2023 through November 30, 2023

| **Category**          | **Amount** |
|-----------------------|-----------:|
| Airfare               | $       -  |
| Lodging               | $       -  |
| Meals                 | $       -  |
| Ground Transportation | $       -  |
| Miscellaneous         | $       -  |
| **Total**             | $       -  |