**Exhibit B**

**Expense Detail**

| Name | Date | Description | Expense Category | Amount |
|---|---|---|---|---|
| EH | 11/1/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (E. Hammes) | Meals | $ 8.48 |
| EH | 11/1/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (M. Mollerus) | Meals | $ 7.95 |
| EH | 11/1/2023 | Lunch at QDOBA MEXICAN EATS (working lunch) (E. Hammes) | Meals | $ 14.31 |
| MM | 11/1/2023 | Uber from hotel to the Farmington Hills office (M. Mollerus) | Transportation | $ 42.06 |
| AC | 11/1/2023 | Breakfast at Beyond Juicery (A. Crnkovich) | Meals | $ 9.28 |
| AC | 11/1/2023 | Lunch at Qdoba (A. Crnkovich) | Meals | $ 17.63 |
| MM | 11/1/2023 | Lunch at Qdoba Mexican Grill while in Farmington Hills/Novi for Lordstown business travel (M. Mollerus) | Meals | $ 23.65 |
| EH | 11/2/2023 | Breakfast at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working breakfast) (M. Mollerus, A. Crnkovich, E. Hammes) | Meals | $ 34.91 |
| MM | 11/2/2023 | Four Points by Sheraton Novi for 10/30/2023 - 11/02/2023 while on business travel to the Farmington Hills office  (M. Mollerus) | Lodging | $ 535.39 |
| MM | 11/2/2023 | Uber from hotel to the Farmington Hills office (M. Mollerus) | Transportation | $ 61.25 |
| AC | 11/2/2023 | Dinner at Detroit Airport (A. Crnkovich) | Meals | $ 13.07 |
| MM | 11/2/2023 | Lunch at Qdoba Mexican Grill while in Farmington Hills/Novi for Lordstown business travel (M. Mollerus) | Meals | $ 17.07 |
| MM | 11/2/2023 | Airfare via United Airlines for 10/30 and 11/2 going to and returning from business travel for Lordstown engagement (M. Mollerus) | Airfare | $ 930.80 |
| MM | 11/2/2023 | Dinner at Atwater Brewery at DTW airport on return business travel for Lordstown engagement (M. Mollerus) | Meals | $ 56.11 |
| MM | 11/2/2023 | Uber for M. Mollerus and E. Hammes from Farmington Hills office to Detroit airport for return in business travel for Lordstown  (M. Mollerus) | Transportation | $ 71.46 |
| MM | 11/2/2023 | Taxi (Mr. Taxi) from Ohare to home on return from business travel to Farmington Hills office (M. Mollerus) | Transportation | $ 71.75 |
| EH | 11/2/2023 | Taxi from ORD to home on 11/2/23 (E. Hammes) | Transportation | $ 62.10 |
| EH | 11/2/2023 | Lunch at JERSEY MIKES 31020 NOVI MI (working lunch) (E. Hammes) | Meals | $ 14.98 |
| EH | 11/2/2023 | Dinner at airport at DTW ATWATER DETROIT MI (during travel) (E. Hammes) | Meals | $ 60.35 |
| MM | 11/6/2023 | Dinner at Famous Dave's in Novi, MI with M. Mollerus, E. Hammes and A. Crnkovich while on business travel for Lordstown engagement | Meals | $ 77.17 |
| MM | 11/6/2023 | Taxi (CMT Chicago) to O'Hare for business travel to Farmington Hills for Lordstown engagement (M. Mollerus) | Transportation | $ 67.50 |

| | | | | |
|---|---|---|---|---|
| MM | 11/6/2023 | Lunch at La Vie Cuisine while on business travel for Lordstown engagement (M. Mollerus) | Meals | $ 14.04 |
| EH | 11/6/2023 | United flight from ORD to DTW (E. Hammes) (Economy class) | Transportation | $ 694.80 |
| AC | 11/6/2023 | Hotel in Detroit (Four Points Sheraton; 11/6-11/9; A. Crnkovich) | Lodging | $ 400.64 |
| AC | 11/6/2023 | Flight to and From Detroit (A. Crnkovich; Economy; United) | Airfare | $ 721.80 |
| AC | 11/6/2023 | Breakfast at Starbucks at ORD (A. Crnkovich) | Meals | $ 8.66 |
| AC | 11/6/2023 | Uber to ORD (A. Crnkovich) | Transportation | $ 67.70 |
| EH | 11/6/2023 | Water for travel at HUDSONNEWS ST868 DES PLAINES US (E. Hammes) | Meals | $ 4.13 |
| EH | 11/6/2023 | Lunch at TST* BEYOND JUICE - NOVI 248-547-4100 MI (working lunch) (E. Hammes, A Crnkovich) | Meals | $ 55.14 |
| MM | 11/7/2023 | Lunch at Chipotle Mexican Grill while on business travel in Farmington Hills for Lordstown engagement (M. Mollerus) | Meals | $ 12.71 |
| AC | 11/7/2023 | Lunch at Chipotle (A. Crnkovich) | Meals | $ 15.69 |
| AC | 11/7/2023 | Breakfast at Beyond (A. Crnkovich, M. Mollerus) | Meals | $ 25.72 |
| EH | 11/7/2023 | Lunch at CHIPOTLE (working lunch) (E. Hammes) | Meals | $ 9.28 |
| EH | 11/8/2023 | Lodging at Four Points by Sheraton Novi from 11/6 to 11/8 (E. Hammes) | Lodging | $ 253.12 |
| MM | 11/8/2023 | Lunch at Panera Bread in Farmington Hills/Novi while on business travel for Lordstown engagement (M. Mollerus) | Meals | $ 12.69 |
| AC | 11/8/2023 | Lunch at Panera (A. Crnkovich) | Meals | $ 17.56 |
| AC | 11/8/2023 | Dinner at KEN Sushi (A. Crnkovich, M. Mollerus, E. Hammes) | Meals | $ 92.20 |
| EH | 11/8/2023 | Taxi from ORD to home on 11/8/23 (E. Hammes) | Transportation | $ 62.50 |
| EH | 11/8/2023 | Lunch at PANERA BREAD #600689 P FARMINGTON MI (working lunch) (E. Hammes) | Meals | $ 12.27 |
| EH | 11/8/2023 | Water and snack for travel at DETROIT AIPORT NEW BOSTON MI (E. Hammes) | Meals | $ 16.47 |
| MM | 11/9/2023 | National Rental Car for period 11/6-11/9 while on business travel for Lordstown engagement (M. Mollerus) | Transportation | $ 317.92 |
| MM | 11/9/2023 | Four Points by Sheraton Novi for period 11/6 – 11/9 while in Farmington hills /Novi for business travel for Lordstown engagement (M. Mollerus) | Lodging | $ 563.13 |
| AC | 11/9/2023 | Taxi ride home from ORD (A. Crnkovich) | Transportation | $ 73.12 |
| AC | 11/9/2023 | Dinner at MOD pizza in DTW (A. Crnkovich) | Meals | $ 11.65 |
| AC | 11/9/2023 | Breakfast at Beyond (A. Crnkovich) | Meals | $ 22.62 |
| AC | 11/9/2023 | Uber to LMC from the Hotel (A. Crnkovich) | Transportation | $ 43.00 |
| MM | 11/10/2023 | Taxi (North Star Taxi) from airport to home in return from business travel to Detroit for Lordstown engagement | Transportation | $ 68.00 |
| | | **Grand Total** | | $ 5,793.83 |

124847520