IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 650, 737 & 814 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' ORDER AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**

The undersigned counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby certifies as follows:

1. On October 31, 2023, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving (A) Procedures for the Sale or Other Disposition of Miscellaneous Assets and (B) the Sale or Other Disposition of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances in Accordance with Such Procedures, and (III) Granting Related Relief* [Docket No. 650] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On November 27, 2023, the Court entered the *Order (I) Approving (A) Procedures for the Sale or Other Disposition of Miscellaneous Assets and (B) the Sale or Other Disposition of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances in Accordance with Such Procedures, and (III) Granting Related Relief* [Docket No. 737]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

("**Miscellaneous Sale Order**")[2], that, among other things, authorized and established certain procedures (the "**Sale Procedures**") for the sale of Assets free and clear of all liens, claims, interests and encumbrances.

3. On December 13, 2023, the Debtors filed the *Notice of Sale of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code* [Docket No. 814] (the "**Sale Notice**") which provided notice of the sale of certain of the Debtors' assets.

4. Pursuant to the Sale Notice, any objections or responses to any proposed Assets listed on **Schedule 1** to the Sale Notice, and attached hereto, were to be filed and served so as to be received by no later than **December 20, 2023 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"). Prior to the Objection Deadline, the Debtors received an informal response (the "**Informal Response**") from the U.S. Securities and Exchange Commission (the "**Commission**"). The Debtors resolved the Informal Response with the Commission. Other than the Informal Response, the Debtors received no other responses to the Sale Notice and no objections or responses have been filed on the docket. No revisions were made to the proposed form of order (the "**Proposed Order**") attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Proposed Order granting the relief requested in the Sale Notice, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order or the Motion as applicable.

Dated: December 21, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to Debtors and Debtors in Possession* |