**<u>Exhibit A</u>**

**Sale Order**

AMERICAS 125519648

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. Nos. 650, 737, 814 &** |

**ORDER AUTHORIZING AND APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**

Upon the motion [D.I. 650] (the "**Motion**")[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for entry of an order (this "**Order**"), pursuant to sections 105(a) and 363 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 6004 and 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 6004-1 of the Local Rules for the United States Bankruptcy Court for the District (the "**Local Rules**"); and the Court having reviewed and considered the *Notice of Sale of Miscellaneous Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code* [D.I. 814] (the "**Sale Notice**"); and all parties having had the opportunity to be heard, regarding the approval of the sale transaction set forth in the Sale Notice and the other relief requested in the Motion; and it appearing that the relief requested in the Sale Notice and the Motion and granted herein is in the best interests of the Debtors, their estates, creditors and other parties in interest;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the Asset Purchase Agreement (as defined herein) or the Bidding Procedures Order (as defined herein).

and upon the record of the chapter 11 cases; and after due deliberation thereon; and good cause appearing therefore, it is hereby,

**IT IS HEREBY ORDERED THAT:**

1. The sale transaction(s) as set forth in the Sale Notice is/are granted and approved, and the sale and the transactions contemplated thereto are approved.

2. The assets (the "**Assets**") listed on **Schedule 1** attached hereto may be sold free and clear of all liens, claims, encumbrances, or interests pursuant to, among other provisions, section 363 of the Bankruptcy Code, in accordance with this Order.

3. The purchaser(s) as set forth on **Schedule 1** is/are purchasing the Assets in good faith and for value and is a good faith buyer within the meaning of section 363(m) of the Bankruptcy Code.

4. The Debtors are authorized and empowered to take any and all actions necessary or appropriate to (i) consummate the sale pursuant to and in accordance with the terms and conditions set forth on **Schedule 1** and all transaction documents related thereto, (ii) close the sale as contemplated in this Order, and (iii) execute and deliver, perform under, consummate, implement, and take any and all other acts or actions as may be reasonably necessary or appropriate to the performance of their obligations as contemplated by the Motion and Sale Notice and all transaction documents related thereto, in each case without further notice to or order from the Court, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the sale.

5. Pursuant to sections 105(a), 363(b), and 363(f) of the Bankruptcy Code, the Debtors are authorized to transfer the Assets to the purchaser(s) as set forth on **Schedule 1**.

6. None of the purchaser(s) or any of its/their affiliates is a "successor" to, continuation of, or alter ego of, the Debtors or their estates by reason of any theory of law or equity.

7. This Order shall be binding in all respects upon (a) the Debtors, (b) the Debtors' estates, (c) all creditors of the Debtors, (d) all holders of Liens, encumbrances, or other Claims and Interests (whether known or unknown) in, against, or on all or any portion of the Assets, (e) the purchaser(s) and all successors and assigns of the purchaser(s), (f) parties-in-interest (as defined by Section 1109(b) of the Bankruptcy Code) with respect to the Debtors, and (g) all successors and assigns of each of the foregoing, including, without limitation, any trustee subsequently appointed in the chapter 11 cases, or a chapter 7 trustee appointed upon a conversion of one or more of the chapter 11 cases to a case under chapter 7 of the Bankruptcy Code.  This Order shall inure to the benefit of the Debtors, their estates and creditors, the purchaser, and the respective successors and assigns of each of the foregoing, including, without limitation, any trustee subsequently appointed in the Chapter 11 Cases or upon conversion to chapter 7 under the Bankruptcy Code, and any Person seeking to assert rights on behalf of any of the foregoing or that belong to the Debtors' estates.

8. For cause shown, this Order shall take effect immediately and shall not be stayed pursuant to Bankruptcy Rules 6004(h), 6006(d), 7062, 9014, or otherwise, but shall be effective and enforceable immediately upon entry, and the stays provided in Bankruptcy Rules 6004(h) and 6004(d) are hereby expressly waived and shall not apply.

9. The Court shall retain exclusive jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Order.

# Schedule 1

AMERICAS 125519648

| Purchaser Name | Type | Model | Description | Qty | Purchase Price |
|---|---|---|---|---|---|
| Procurri | Computers & Peripherals | Aruba + Palo Alto + Eaton | Palo Alto Firewall | 1 | $26,580.00 |
| | Computers & Peripherals | PAN-PA-5220-AC | Palo Alto Networks : Palo Alto Networks PA-5220 with redundant AC power supplies | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-SFP-PLUS-SR | Palo Alto Networks : SFP+ form factor; SR 10Gb optical transceiver; short reach 300m; OM3 MMF; duplex LC; IEEE 802.3ae 10GBASE-SR compliant | 4 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5200-RACK4 | Palo Alto Networks : Palo Alto Networks PA-5200 4 post rack mount kit. | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-GP-3YR | Palo Alto Networks : GlobalProtect subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-DNS-3YR | Palo Alto Networks : DNS Security subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-TP-3YR | Palo Alto Networks : Threat prevention subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-URL4-3YR | Palo Alto Networks : PANDB URL filtering subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-WF-3YR | Palo Alto Networks : WildFire subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-SVC-PREM-5220-3YR | Palo Alto Networks : Premium support 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | Notes | Aruba Solution | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X27A | Aruba 6410 Switch | 1 | Included in Purchase Price |
| | Computers & Peripherals | HR7U5E | HPE 3Y FC 4H Exch Aruba 6410 Switch SVC [for R0X27A] | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X35A | Aruba 6400 1800W Power Supply with C16 Inlet Adapter | 4 | Included in Purchase Price |
| | Computers & Peripherals | R0X35A ABA | INCLUDED: Power Cord - U.S. localization | 4 | Included in Purchase Price |
| | Computers & Peripherals | R0X31A | Aruba 6400 Management Module | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X41A | Aruba 6400 48p SR5 CL6 PoE 4SFP56 Module | 2 | Included in Purchase Price |
| | Computers & Peripherals | R0X39B | Aruba 6400 48p 1GbE CL4 PoE 4SFP56 Module | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X38B | Aruba 6400 48p 1GbE CL4 PoE Module | 3 | Included in Purchase Price |
| | | Note | Wireless | 1 | Included in Purchase Price |
| | Computers & Peripherals | R4H33A | Aruba AP-575 (US) TAA Outdoor 11ax AP | 5 | Included in Purchase Price |
| | Computers & Peripherals | HS6E0E | Aruba 3Y FC NBD Exch AP-575 TAA SVC [for R4H33A] | 5 | Included in Purchase Price |
| | Computers & Peripherals | Q9H73A | Aruba AP-515 (US) TAA Unified AP | 19 | Included in Purchase Price |
| | Computers & Peripherals | Q9G69A | AP-MNT-MP10-B AP mount bracket 10-pack B | 2 | Included in Purchase Price |
| | Computers & Peripherals | R3S69A | Aruba UXI Sensor 802.11ac Ethernet w/ LTE (Global) | 1 | Included in Purchase Price |
| | Computers & Peripherals | HL2Y9E | Aruba 3Y FC NBD Exch Uxi EthernetCellSVC [for R3S69A] | 1 | Included in Purchase Price |
| | Computers & Peripherals | R4W98AAE | Aruba 3yr UXI Cloud Subscription E-STU | 1 | Included in Purchase Price |
| | Computers & Peripherals | R4X01AAE | Aruba 3yr UXI Sensor LTE Subscription E-STU | 1 | Included in Purchase Price |
| | Computers & Peripherals | Note | Clearpass and Central | 1 | Included in Purchase Price |
| | Computers & Peripherals | JZ399AAE | Aruba ClearPass Cx000V VM Appliance E-LTU | 1 | Included in Purchase Price |
| | Computers & Peripherals | H9WX3E | Aruba 3Y FC 24x7 ClearPass Cx000V VM SVC [for JZ399AAE] | 1 | Included in Purchase Price |
| | Computers & Peripherals | JY926AAE | Aruba Central Device Management 1 Token 3 Year Subscription E-STU | 25 | Included in Purchase Price |
| | | Notes | Eaton UPS | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5PX3000RTN | 5PX 3000VA RT 120V L5-30P 2U PERP 6X5-20R L5-30R NETWORK MS | 4 | Included in Purchase Price |
| | Computers & Peripherals | 5PXEBM72RT2U | EATON 5PX 72V EXT BAT PK PERP RACK/ TOWER 2U | 4 | Included in Purchase Price |
| | Computers & Peripherals | EMPDT1H1C2 | ENVIRN MONITORING PROBE GEN2 PERP | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-3000UC | 5YR EXT WARR UPS ADV EXCHANGE SVCS NEW PRODUCT | 4 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-3000BC | 5YR EXT WARR EBM ADV EXCHANGE SVCS NEW PRODUCT | 4 | Included in Purchase Price |
| | Computers & Peripherals | EPBZ90 | EPDU BASIC L5-30P 24X5-20R 24A PERP | 4 | Included in Purchase Price |
| | Computers & Peripherals | Notes | Aruba Switches for IDF | 1 | Included in Purchase Price |
| | Computers & Peripherals | HR4Q6E | Aruba 3Y FC NBD Exch 6300M 48 SR POE SVC [for JL659A] | 1 | Included in Purchase Price |
| | Computers & Peripherals | HR4Z1E | Aruba 3Y FC NBD Exch 6300M 48 PoE SVC [for JL661A] | 2 | Included in Purchase Price |
| | Computers & Peripherals | JL086A | Aruba X372 54VDC 680W Power Supply | 4 | Included in Purchase Price |
| | Computers & Peripherals | JL086A ABA | INCLUDED: Power Cord - U.S. localization | 4 | Included in Purchase Price |
| | Computers & Peripherals | JL485A | Aruba 25G SFP28 LC eSR 400m MMF Transceiver | 4 | Included in Purchase Price |
| | Computers & Peripherals | JL659A | Aruba 6300M 48SR5 CL6 PoE 4SFP56 Switch | 1 | Included in Purchase Price |
| | Computers & Peripherals | JL661A | Aruba 6300M 48G CL4 PoE 4SFP56 Switch | 1 | Included in Purchase Price |
| | Computers & Peripherals | JL669A | Aruba 6300M Fan Tray | 2 | Included in Purchase Price |

| | Computers & Peripherals | JY926AAE | Aruba Central Device Management 1 Token 3 Year Subscription E-STU | 3 | Included in Purchase Price |
|---|---|---|---|---|---|
| | Computers & Peripherals | R0M46A | Aruba 50G SFP56 to SFP56 0.65m DAC Cable | 3 | Included in Purchase Price |
| | Computers & Peripherals | Notes | Eaton UPS for IDF | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5PX2200RTN | 5PX 2200VA RT 120V 5-20P PERP 8X5-20R NETWORK MS | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5PXEBM48RT | EATON 5PX 48V EXT BAT PK PERP RACK/ TOWER 2U | 1 | Included in Purchase Price |
| | Computers & Peripherals | EMPDT1H1C2 | ENVIRN MONITORING PROBE GEN2 PERP | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-2500UC | 5YR TOTAL WARRANTY UPS FOR NEW SVCS | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-2500UC | 5YR TOTAL WARRANTY UPS FOR NEW SVCS | 1 | Included in Purchase Price |
| Fisker | Service Truck | 2005 Ford F650 Charging Truck (White) | Vin: FRWF65W25V152128 | 1 | $30,000.00 |