IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**January 10, 2024, at 4:00 p.m. (ET)** |

**SUMMARY COVER SHEET TO THE FOURTH MONTHLY STAFFING AND COMPENSATION REPORT OF HURON CONSULTING SERVICES LLC FOR THE PERIOD FROM NOVEMBER 1, 2023, THROUGH NOVEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Huron Consulting Services LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Petition Date: | June 27, 2023 |
| Date of Retention: | August 23, 2023, effective as of July 18, 2023 |
| Period for which compensation and reimbursement are sought: | November 1, 2023, through November 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $136,467.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $67.20 |

This is a(n):   X   monthly     ___ interim     ___ final application

Huron Consulting Services LLC intends to seek compensation in connection with the preparation of this Application at a later date.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

166464161v1

Huron Consulting Services LLC hereby provides this Monthly Report in accordance with the Retention Order. As set forth in the Monthly Report, Huron Consulting Services LLC incurred $136,467.50 in aggregate fees and $67.20 in expenses during the period of November 1, 2023, through November 30, 2023.

Pursuant to Rule 2016-2(g) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Huron Consulting Services LLC has reviewed the requirements of Local Rule 2016-2 and this Monthly Report complies with Local Rule 2016-2.

Dated: December 21, 2023

/s/ Laura Marcero
Laura Marcero