**Exhibit 1**

166464161v1

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM NOVEMBER 1, 2023, THROUGH NOVEMBER 30, 2023**

| Professional | Title | Standard Rates | Hours | Standard Fees |
|---|---|---|---|---|
| Laura Marcero | Managing Director | $ 1,100 | 17.0 | $ 18,700.00 |
| Timothy Martin | Managing Director | $ 1,100 | 13.6 | $ 14,960.00 |
| Robert Loh | Senior Director | $ 950 | 53.6 | $ 50,920.00 |
| Paul Trenti | Director | $ 700 | 7.7 | $ 5,390.00 |
| Holger Ericsson | Manager | $ 600 | 42.7 | $ 25,620.00 |
| Kirstyn McGuinness | Manager | $ 600 | 30.3 | $ 18,180.00 |
| Rommel Hernandez | Analyst | $ 325 | 8.3 | $ 2,697.50 |
| **Total Hours and Fees for Professionals** | | | 173.2 | $ 136,467.50 |
| | | | | |
| **Total Fees for Professionals** | | | | $ 136,467.50 |
| Less: 20% Holdback | | | | $ (27,293.50) |
| Total Fees for Professionals | | | | $ 109,174.00 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM NOVEMBER 1, 2023, THROUGH NOVEMBER 30, 2023**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 2 | Claim Analysis | 103.3 | $ 82,627.50 |
| 3 | Asset Analysis and Recovery | 13.2 | 13,435.00 |
| 5 | Cash Flow Analysis/Reporting | 44.0 | 28,822.50 |
| 6 | Meetings and Communications | 5.5 | 4,652.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 2.3 | 2,275.00 |
| 12 | Retention and Fee Applications | 4.9 | 4,655.00 |
| | | | |
| | **Total Hours and Fees by Matter Category** | **173.2** | **$136,467.50** |

**Average Billing Rate**     **$787.92**

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Kirstyn McGuinness | 11/01/23 | Continue comparison of filed claims analysis prepared by UCC counsel and analysis prepared by Huron. | 0.9 | $ 600.00 | $ 540.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/01/23 | Prepare reconciliation between claims analyses. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/01/23 | Prepare summary of claims analysis updates for discussion with counsel. | 0.8 | $ 600.00 | $ 480.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/01/23 | Update consolidated claims analysis based on items identified during review of counsel's comments. | 3.1 | $ 600.00 | $ 1,860.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/01/23 | Update consolidated claims analysis for additional claims filed 10/10/23. | 0.5 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Robert Loh | 11/01/23 | Meeting with K. McGuinness regarding analysis of unsecured claims. | 0.6 | $ 950.00 | $ 570.00 |
| 2 | Claim Analysis | Paul Trenti | 11/01/23 | Update claims analysis waterfall based on latest information provided by Debtors including items in Disclosure Statement. | 0.7 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Robert Loh | 11/01/23 | Review claims analysis comparison in advance of meeting with K. McGuinness. | 1.3 | $ 950.00 | $ 1,235.00 |
| 2 | Claim Analysis | Timothy Martin | 11/01/23 | Review and comment on summary of claims. | 0.4 | $ 1,100.00 | $ 440.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/01/23 | Participate in work session with R. Loh to compare claims analyses. | 0.6 | $ 600.00 | $ 360.00 |
| 2 | Claim Analysis | Timothy Martin | 11/02/23 | Participate in discussion with Debtors advisors regarding status of claims (partial). | 0.4 | $ 1,100.00 | $ 440.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/02/23 | Analysis of select filed POCs in connection with ongoing analyses. | 2.1 | $ 600.00 | $ 1,260.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/02/23 | Reconcile the treatment of certain filed POCs based on various analysis. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/02/23 | Prepare outline of claims analysis workplan, status, and open items. | 1.0 | $ 600.00 | $ 600.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/02/23 | Participate in meeting with the Debtors, Silverman, M3, and Huron regarding claims review. | 0.7 | $ 600.00 | $ 420.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/02/23 | Finalize summary of claims analysis updates for discussion with counsel. | 0.4 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/02/23 | Participate in meeting with the Debtors, Silverman, M3, and Huron regarding claims review. | 0.7 | $ 600.00 | $ 420.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/02/23 | Revise reconciliation between claims analyses. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Laura Marcero | 11/02/23 | Participate in meeting with the Debtors, Silverman, M3, and Huron regarding claims review. | 0.7 | $ 1,100.00 | $ 770.00 |
| 2 | Claim Analysis | Paul Trenti | 11/02/23 | Participate in meeting with the Debtors, Silverman, M3, and Huron regarding claims review. | 0.7 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Robert Loh | 11/02/23 | Participate in meeting with the Debtors, Silverman, M3, and Huron regarding claims review. | 0.7 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Laura Marcero | 11/02/23 | Review and comment on status of claims analyses in advance of discussions with the Debtors and UCC counsel. | 1.3 | $ 1,100.00 | $ 1,430.00 |
| 2 | Claim Analysis | Robert Loh | 11/02/23 | Review internal analysis of filed POCs in advance of call with the Debtors and Equity Committee. | 1.9 | $ 950.00 | $ 1,805.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/03/23 | Prepare analysis of claims classified by the Debtors as either "Fully Disputed" or "Partially Disputed". | 2.6 | $ 600.00 | $ 1,560.00 |
| 2 | Claim Analysis | Robert Loh | 11/03/23 | Outline follow up discussion items related to the Debtors' claims analysis. | 0.7 | $ 950.00 | $ 665.00 |
| 2 | Claim Analysis | Robert Loh | 11/03/23 | Review and comment on claims analysis provided by the Debtors' FA. | 1.8 | $ 950.00 | $ 1,710.00 |
| 2 | Claim Analysis | Timothy Martin | 11/03/23 | Review and comment on presentation of claims analysis for counsel. | 0.7 | $ 1,100.00 | $ 770.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/04/23 | Continue analysis of claims classified by the Debtors as either "Fully Disputed" or "Partially Disputed". | 1.8 | $ 600.00 | $ 1,080.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/05/23 | Continue analysis of claims classified by the Debtors as either "Fully Disputed" or "Partially Disputed". | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/06/23 | Prepare a reconciliation between the Debtors' bankruptcy schedules and filed POCs. | 2.7 | $ 600.00 | $ 1,620.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/06/23 | Analyze Silverman claims analysis aggregation of select claims. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/06/23 | Draft bridge summary of Silverman v. UCC professionals' claims assessment. | 1.1 | $ 600.00 | $ 660.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/06/23 | Reconcile and identify variances between UCC professionals' claims and Silverman analysis. | 2.8 | $ 600.00 | $ 1,680.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/06/23 | Continue reconciliation between the Debtors' bankruptcy schedules and filed POCs. | 2.3 | $ 600.00 | $ 1,380.00 |
| 2 | Claim Analysis | Robert Loh | 11/06/23 | Review and comment on the draft reconciliation of filed claims to scheduled amounts. | 1.7 | $ 950.00 | $ 1,615.00 |
| 2 | Claim Analysis | Robert Loh | 11/06/23 | Review and comment on updated bridge between Debtor prepared and UCC prepared analyses. | 2.3 | $ 950.00 | $ 2,185.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/07/23 | Working session with R. Loh to analyze variances between UCC and debtor's assessment of claims. | 1.4 | $ 600.00 | $ 840.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/07/23 | Prepare a summary of the Debtors' Disputed Claims list in comparison to HCG's claims analysis. | 1.7 | $ 600.00 | $ 1,020.00 |
| 2 | Claim Analysis | Robert Loh | 11/07/23 | Review and comment on update analysis of claims. | 0.9 | $ 950.00 | $ 855.00 |
| 2 | Claim Analysis | Robert Loh | 11/07/23 | Working session with K. McGuinness to analyze variances between UCC and debtor's assessment of claims. | 1.4 | $ 950.00 | $ 1,330.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/08/23 | Revise claims analysis and comparison to debtors' advisors' analysis per engagement team feedback. | 0.8 | $ 600.00 | $ 480.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/08/23 | Analyze changes to claims register and amended claims to originally pulled register. | 1.3 | $ 600.00 | $ 780.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/08/23 | Draft questions and other requests to debtors' advisors analysis of claims. | 1.6 | $ 600.00 | $ 960.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/09/23 | Meeting with R. Loh to review claims analysis revisions. | 0.5 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/09/23 | Revise claims comparison analysis per engagement team feedback. | 1.1 | $ 600.00 | $ 660.00 |
| 2 | Claim Analysis | Laura Marcero | 11/09/23 | Review updated version of unsecured claims analysis. | 1.6 | $ 1,100.00 | $ 1,760.00 |
| 2 | Claim Analysis | Robert Loh | 11/09/23 | Meeting with K. McGuinness to review claims analysis revisions. | 0.5 | $ 950.00 | $ 475.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/13/23 | Update claims analysis based on revised Silverman analysis as of 11/09/23. | 1.1 | $ 600.00 | $ 660.00 |
| 2 | Claim Analysis | Laura Marcero | 11/13/23 | In advance of meeting with R. Loh, review updated cash flow analysis and claims reconciliations. | 1.8 | $ 1,100.00 | $ 1,980.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/14/23 | Participate in meeting with Silverman and Debtor regarding analysis of claims and estimated waterfall. | 0.5 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/14/23 | Prepare for meeting with debtors and advisors regarding claims analysis. | 0.3 | $ 600.00 | $ 180.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/14/23 | Update claims analysis per discussion with debtor and Silverman. | 0.4 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Holger Ericsson | 11/14/23 | Participate in meeting with Silverman and Debtor regarding analysis of claims and estimated waterfall. | 0.5 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Robert Loh | 11/14/23 | Participate in meeting with Silverman and Debtor regarding analysis of claims and estimated waterfall. | 0.5 | $ 950.00 | $ 475.00 |
| 2 | Claim Analysis | Robert Loh | 11/14/23 | Review information received from the Debtors' FA regarding claims excluded from their analysis of filed POCs. | 2.1 | $ 950.00 | $ 1,995.00 |
| 2 | Claim Analysis | Rommel Hernandez | 11/14/23 | Participate in meeting with Silverman and Debtor regarding analysis of claims and estimated waterfall. | 0.5 | $ 325.00 | $ 162.50 |
| 2 | Claim Analysis | Timothy Martin | 11/14/23 | Participate in meeting with Silverman and Debtor regarding analysis of claims and estimated waterfall. | 0.5 | $ 1,100.00 | $ 550.00 |
| 2 | Claim Analysis | Timothy Martin | 11/14/23 | Prepare for call with Debtors regarding claims analysis. | 0.3 | $ 1,100.00 | $ 330.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/15/23 | Analyze debtor objections to unsecured claims filed 11/10/23. | 0.8 | $ 600.00 | $ 480.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Kirstyn McGuinness | 11/15/23 | Update claims analysis based on additional feedback from the Debtor and Debtors' financial advisor provided 11/14. | 1.9 | $ 600.00 | $ 1,140.00 |
| 2 | Claim Analysis | Robert Loh | 11/15/23 | Continue to review information received from the Debtors' FA regarding claims excluded from their analysis of filed POCs. | 1.7 | $ 950.00 | $ 1,615.00 |
| 2 | Claim Analysis | Timothy Martin | 11/15/23 | Review and comment on updated creditor matrix and related estimate of reserves. | 0.9 | $ 1,100.00 | $ 990.00 |
| 2 | Claim Analysis | Laura Marcero | 11/16/23 | Review current status of claims reconciliations. | 0.8 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Robert Loh | 11/20/23 | Email correspondence with counsel regarding unsecured claims reserve and plan documents. | 0.9 | $ 950.00 | $ 855.00 |
| 2 | Claim Analysis | Timothy Martin | 11/20/23 | Review and comment on correspondence from Debtors and counsel regarding claims reconciliation. | 0.3 | $ 1,100.00 | $ 330.00 |
| 2 | Claim Analysis | Timothy Martin | 11/20/23 | Review and provide comments on analysis of Debtors' claim reconciliation and current status. | 1.3 | $ 1,100.00 | $ 1,430.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/21/23 | Prepare for meeting with the Debtors to review updated analysis of unsecured claims. | 0.2 | $ 600.00 | $ 120.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/21/23 | Meeting with Debtors/Silverman regarding analysis of unsecured claims and revised waterfall. | 0.6 | $ 600.00 | $ 360.00 |
| 2 | Claim Analysis | Paul Trenti | 11/21/23 | Meeting with Debtors/Silverman regarding analysis of unsecured claims and revised waterfall. | 0.6 | $ 700.00 | $ 420.00 |
| 2 | Claim Analysis | Robert Loh | 11/21/23 | Meeting with Debtors/Silverman regarding analysis of unsecured claims and revised waterfall. | 0.6 | $ 950.00 | $ 570.00 |
| 2 | Claim Analysis | Robert Loh | 11/21/23 | Preparation for call with the Debtors/Silverman regarding analysis of unsecured claims pool. | 1.7 | $ 950.00 | $ 1,615.00 |
| 2 | Claim Analysis | Timothy Martin | 11/21/23 | Meeting with Debtors/Silverman regarding analysis of unsecured claims and revised waterfall. | 0.6 | $ 1,100.00 | $ 660.00 |
| 2 | Claim Analysis | Timothy Martin | 11/21/23 | Review and comment on update claims reconciliation. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 2 | Claim Analysis | Paul Trenti | 11/22/23 | Compile analysis of claims identified by the Debtors as "disputed" and prepare update for Huron/Troutman. | 0.7 | $ 700.00 | $ 490.00 |
| 2 | Claim Analysis | Paul Trenti | 11/22/23 | Prepare for meeting to review the Debtors' claims matrix. | 0.4 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Paul Trenti | 11/22/23 | Meeting with Debtors/Silverman regarding analysis of certain disputed unsecured claims. | 0.5 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Robert Loh | 11/22/23 | Meeting with Debtors/Silverman regarding analysis of certain disputed unsecured claims. | 0.5 | $ 950.00 | $ 475.00 |
| 2 | Claim Analysis | Robert Loh | 11/22/23 | Revise draft email to UCC counsel following claims discussion with the Debtors. | 0.8 | $ 950.00 | $ 760.00 |
| 2 | Claim Analysis | Robert Loh | 11/22/23 | Update analysis of unsecured claims based on additional information received from the Debtors and updated KCC claims register. | 1.4 | $ 950.00 | $ 1,330.00 |
| 2 | Claim Analysis | Timothy Martin | 11/22/23 | Meeting with Debtors/Silverman regarding analysis of certain disputed unsecured claims. | 0.5 | $ 1,100.00 | $ 550.00 |
| 2 | Claim Analysis | Timothy Martin | 11/22/23 | Prepare for meeting with the Debtors regarding updated status of claims matrix. | 0.8 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/27/23 | Update claims pool comparison for additional claims assumptions and revisions from debtor advisors. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/27/23 | Meeting with R. Loh and P. Trenti regarding updates to the claims analyses and waterfall. | 0.4 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/27/23 | Participate in meeting with counsel regarding analysis of claims pool (partial). | 0.7 | $ 600.00 | $ 420.00 |
| 2 | Claim Analysis | Laura Marcero | 11/27/23 | Meeting with R. Loh to review the Debtors' updated analysis of unsecured claims. | 0.9 | $ 1,100.00 | $ 990.00 |
| 2 | Claim Analysis | Laura Marcero | 11/27/23 | Review and comment on the Debtors' updated claims reconciliation. | 0.7 | $ 1,100.00 | $ 770.00 |
| 2 | Claim Analysis | Paul Trenti | 11/27/23 | Participate in call with counsel regarding status of claims reconciliation. | 0.8 | $ 700.00 | $ 560.00 |
| 2 | Claim Analysis | Paul Trenti | 11/27/23 | Meeting with R. Loh and K. McGuinness regarding updates to the claims analyses and waterfall. | 0.4 | $ 700.00 | $ 280.00 |
| 2 | Claim Analysis | Robert Loh | 11/27/23 | Call with Silverman regarding the Debtors' analysis of unsecured claims. | 0.3 | $ 950.00 | $ 285.00 |
| 2 | Claim Analysis | Robert Loh | 11/27/23 | Meeting with P. Trenti and K. McGuinness regarding updates to the claims analyses and waterfall. | 0.4 | $ 950.00 | $ 380.00 |
| 2 | Claim Analysis | Robert Loh | 11/27/23 | Meeting with Troutman regarding analysis of unsecured claims. | 0.8 | $ 950.00 | $ 760.00 |
| 2 | Claim Analysis | Robert Loh | 11/27/23 | Meeting with L. Marcero to review the Debtors' updated analysis of unsecured claims. | 0.9 | $ 950.00 | $ 855.00 |
| 2 | Claim Analysis | Robert Loh | 11/27/23 | Review the Debtors' updated analysis of unsecured claims. | 2.3 | $ 950.00 | $ 2,185.00 |
| 2 | Claim Analysis | Timothy Martin | 11/27/23 | Prepare for claims update call with counsel. | 0.8 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Timothy Martin | 11/27/23 | Participate in call with counsel regarding status of claims reconciliation. | 0.8 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Robert Loh | 11/28/23 | Additional revisions to updated claims analysis. | 1.6 | $ 950.00 | $ 1,520.00 |
| 2 | Claim Analysis | Robert Loh | 11/28/23 | Continue review of the Debtors' classifications of various unsecured claims. | 2.1 | $ 950.00 | $ 1,995.00 |
| 2 | Claim Analysis | Robert Loh | 11/29/23 | Continue to revise updated HCG analysis of claims. | 0.6 | $ 950.00 | $ 570.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 11/30/23 | Working session with R. Loh to review unsecured claims pool. | 0.3 | $ 600.00 | $ 180.00 |
| 2 | Claim Analysis | Robert Loh | 11/30/23 | Working session with K. McGuinness to review unsecured claims pool. | 0.3 | $ 950.00 | $ 285.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 11/13/23 | Meeting with R. Loh to review cash flow projections through 12/31, status of claims analyses, and estimated waterfall. | 0.9 | $ 1,100.00 | $ 990.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 11/13/23 | Meeting with L. Marcero to review cash flow projections through 12/31, status of claims analyses, and estimated waterfall. | 0.9 | $ 950.00 | $ 855.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 11/14/23 | Review and comment on update claims waterfall. | 0.8 | $ 1,100.00 | $ 880.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 11/21/23 | Review of update analysis of the Debtors' estimated waterfall. | 1.8 | $ 1,100.00 | $ 1,980.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 11/21/23 | Prepare summary for counsel regarding the Debtors revised waterfall analysis. | 0.7 | $ 950.00 | $ 665.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 11/21/23 | Revise analysis of the Debtors' draft waterfall based on updated information presented during call with the Debtors. | 1.3 | $ 950.00 | $ 1,235.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 11/22/23 | Revise liquidation waterfall analysis based on additional updates received from the Debtors. | 0.9 | $ 950.00 | $ 855.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 11/29/23 | Review updated waterfall estimates with R. Loh. | 0.4 | $ 1,100.00 | $ 440.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 11/29/23 | Review updated waterfall estimates with L. Marcero. | 0.4 | $ 950.00 | $ 380.00 |
| 3 | Asset Analysis and Recovery | Kirstyn McGuinness | 11/30/23 | Meeting with UCC counsel to review the status of the Debtors' estimated waterfall and treatment of various claims in comparison to analyses prepared by UCC professionals. | 0.7 | $ 600.00 | $ 420.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 11/30/23 | Meeting with UCC counsel to review the status of the Debtors' estimated waterfall and treatment of various claims in comparison to analyses prepared by UCC professionals. | 0.7 | $ 1,100.00 | $ 770.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 11/30/23 | Review updated comparison of the Debtors' estimated waterfall to HCG prepared analysis. | 1.3 | $ 1,100.00 | $ 1,430.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 11/30/23 | Meeting with UCC counsel to review the status of the Debtors' estimated waterfall and treatment of various claims in comparison to analyses prepared by UCC professionals. | 0.7 | $ 950.00 | $ 665.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 11/30/23 | Meeting with UCC counsel to review the status of the Debtors' estimated waterfall and treatment of various claims in comparison to analyses prepared by UCC professionals. | 0.7 | $ 1,100.00 | $ 770.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 11/30/23 | Prepare for call with Counsel to review updated waterfall estimates. | 1.0 | $ 1,100.00 | $ 1,100.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/01/23 | Prepare UCC update materials covering the week ended 10/28. | 2.6 | $ 600.00 | $ 1,560.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/01/23 | Revise updated 13 week cashflow analysis for the week ended 10/28. | 1.9 | $ 600.00 | $ 1,140.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 11/01/23 | Review updated 13-week cash flow analysis (through 10/28) and revise draft UCC update prepared by engagement team. | 1.1 | $ 700.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/01/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 10/28 and cumulatively since 07/29 forecast. | 0.7 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/01/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 10/28. | 0.8 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/02/23 | Review weekly UCC update materials and outline discussion points in advance of UCC call. | 0.7 | $ 950.00 | $ 665.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 11/02/23 | Review of materials prepared in preparation for UCC meeting. | 0.2 | $ 1,100.00 | $ 220.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/06/23 | Outline additional edits to weekly UCC update materials. | 0.9 | $ 950.00 | $ 855.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/08/23 | Revise updated 13 week cashflow analysis for the week ended 11/04. | 2.3 | $ 600.00 | $ 1,380.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/08/23 | Prepare UCC update materials covering the week ended 11/04. | 2.3 | $ 600.00 | $ 1,380.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/08/23 | Prepare archive of the Debtors' virtual data site for use in future case activities. | 0.8 | $ 950.00 | $ 760.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/08/23 | Review of LMC Cashflow forecast through December 30, 2023. | 1.9 | $ 950.00 | $ 1,805.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/08/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 11/04 and cumulatively since 07/29 forecast. | 0.7 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/08/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 11/04. | 0.8 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/09/23 | Revise UCC update deck in advance of call with Committee and Counsel. | 0.2 | $ 600.00 | $ 120.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 11/09/23 | Review UCC update materials and draft talking points. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/09/23 | Review and comment on UCC update deck and outline talking points. | 1.4 | $ 950.00 | $ 1,330.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/15/23 | Prepare UCC update materials covering the week ended 11/11. | 2.2 | $ 600.00 | $ 1,320.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/15/23 | Revise updated 13 week cashflow analysis for the week ended 11/11. | 1.8 | $ 600.00 | $ 1,080.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/15/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 11/11 and cumulatively since 07/29 forecast. | 0.7 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/15/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 11/11. | 0.8 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/16/23 | Additional revisions to cashflow analysis for the week ended 11/11. | 0.6 | $ 600.00 | $ 360.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/17/23 | Review email correspondence (and attachments) from counsel regarding the proposed repurchase of Endurance EVs. | 0.3 | $ 950.00 | $ 285.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 11/17/23 | Review and comment on updated cash projections. | 0.6 | $ 1,100.00 | $ 660.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/22/23 | Revise updated 13 week cashflow analysis for the week ended 11/18. | 2.8 | $ 600.00 | $ 1,680.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/22/23 | Prepare UCC update materials covering the week ended 11/18. | 2.4 | $ 600.00 | $ 1,440.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 11/22/23 | Review updated 13-week cash flow analysis (through 11/18) and revise draft UCC update prepared by engagement team. | 1.3 | $ 700.00 | $ 910.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/22/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 11/18 and cumulatively since 07/29 forecast. | 0.7 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/22/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 11/18. | 0.8 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/29/23 | Revise updated 13 week cashflow analysis for the week ended 11/25. | 2.3 | $ 600.00 | $ 1,380.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 11/29/23 | Prepare UCC update materials covering the week ended 11/25. | 2.2 | $ 600.00 | $ 1,320.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 11/29/23 | Review and comment on draft UCC update materials. | 1.2 | $ 1,100.00 | $ 1,320.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 11/29/23 | Outline follow up questions for the Debtors related to winddown expenses and miscellaneous assets. | 0.6 | $ 1,100.00 | $ 660.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 11/29/23 | Preliminary review of the Debtors' updated cash flow forecast through December 30. | 0.7 | $ 950.00 | $ 665.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/29/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 11/25 and cumulatively since 07/29 forecast. | 0.7 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 11/29/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 11/25. | 0.8 | $ 325.00 | $ 260.00 |
| 6 | Meetings and Communications | Holger Ericsson | 11/02/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.5 | $ 600.00 | $ 300.00 |
| 6 | Meetings and Communications | Laura Marcero | 11/02/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.5 | $ 1,100.00 | $ 550.00 |
| 6 | Meetings and Communications | Paul Trenti | 11/02/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.5 | $ 700.00 | $ 350.00 |
| 6 | Meetings and Communications | Robert Loh | 11/02/23 | Participate on UCC update call with counsel (Troutman) to review recent case developments and outline ongoing workstreams. | 0.5 | $ 950.00 | $ 475.00 |
| 6 | Meetings and Communications | Holger Ericsson | 11/09/23 | Participate on weekly update call with Troutman and UCC members. | 0.8 | $ 600.00 | $ 480.00 |
| 6 | Meetings and Communications | Robert Loh | 11/09/23 | Participate on weekly update call with Troutman and UCC members. | 0.8 | $ 950.00 | $ 760.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 11/09/23 | Partial participation on weekly update call with Troutman and UCC members. | 0.3 | $ 325.00 | $ 97.50 |
| 6 | Meetings and Communications | Timothy Martin | 11/09/23 | Participate on weekly update call with Troutman and UCC members. | 0.8 | $ 1,100.00 | $ 880.00 |
| 6 | Meetings and Communications | Robert Loh | 11/30/23 | Prepare for update call with UCC and Counsel. | 0.8 | $ 950.00 | $ 760.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 11/16/23 | Meeting with R. Loh to review discuss plan confirmation issues, work in progress, and outstanding information requests. | 0.6 | $ 1,100.00 | $ 660.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 11/16/23 | Review correspondence from Counsel regarding updated plan confirmation issues. | 0.4 | $ 950.00 | $ 380.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 11/16/23 | Meeting with L. Marcero to review discuss plan confirmation issues, work in progress, and outstanding information requests. | 0.6 | $ 950.00 | $ 570.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 11/17/23 | Review Plan WIP checklist circulated by Debtors' counsel. | 0.7 | $ 950.00 | $ 665.00 |
| 12 | Retention and Fee Applications | Robert Loh | 11/01/23 | Revise draft of Huron's September 2023 monthly fee application. | 1.4 | $ 950.00 | $ 1,330.00 |
| 12 | Retention and Fee Applications | Robert Loh | 11/14/23 | Prepare Huron's First Interim Fee Application for the period July through September 2023. | 2.4 | $ 950.00 | $ 2,280.00 |
| 12 | Retention and Fee Applications | Robert Loh | 11/19/23 | Prepare Huron's October 2023 monthly fee application. | 1.1 | $ 950.00 | $ 1,045.00 |
| | | | | **TOTAL** | **173.2** | | **$ 136,467.50** |

**EXHIBIT 1.D - Monthly Expense Detail**
**(For the period: 11/01/23 - 11/30/23)**

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT | |
|---|---|---|---|
| Electronic Docket Searches, Document Retrieval | PACER Service Center | $ 67.20 | [1] |
| | Total: | **$ 67.20** | |

[1] The expenses above were invoiced on October 4, 2023. Huron has not previously sought reimbursement for these expenses.