**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtor. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING**
**STIPULATION BETWEEN DEBTORS AND U.S. SECURITIES AND**
**EXCHANGE COMMISSION TO EXTEND THE**
**DEADLINE TO FILE CLAIMS**

The undersigned counsel to the above-captioned debtors and debtors-in-possession

(the "**Debtors**") hereby certifies as follows:

1.      On August 24, 2023, the Court entered its *Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form, Manner, and Procedures Of Notice Thereof, And (C) Granting Related Relief* [D.I. 319] (the "**Bar Date Order**") setting a deadline, among other things, for governmental units to file a Proof of Claim against the Debtors of December 26, 2023 at 5:00 p.m. (the "**Governmental Bar Date**")

2.      In an effort to continue discussion amongst the parties regarding the claims that the U.S. Securities and Exchange Commission (the "**SEC**") may hold against the Debtors, the SEC, the Official Committee of Unsecured Creditors (the "**UCC**"), and the Official Committee of Equity Security Holders (the "**EC**") and the Debtors entered into the *Stipulation Between Debtors and U.S. Securities and Exchange Commission to Extend the Deadline for Filing Proofs of Claim*

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown  Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

(the "**Stipulation**") which extends the Governmental Bar Date solely for the SEC to December 29, 2023.  Attached hereto as <u>Exhibit A</u> is a proposed order (the "**Proposed Order**") approving the Stipulation.  A copy of the Stipulation is attached to the Proposed Order as <u>Exhibit 1</u>.

WHEREFORE, the Debtors respectfully requests that the Court enter the Proposed Order approving the Stipulation at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 22, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to Debtors and Debtors in Possession* |