# EXHIBIT A

**(Proposed Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Related D.I.: _____** |

### ORDER APPROVING STIPULATION BETWEEN DEBTORS AND U.S. SECURITIES AND EXCHANGE COMMISSION TO EXTEND THE DEADLINE FOR FILING PROOFS OF CLAIM

Upon consideration of the *Stipulation Between Debtors and U.S. Securities and Exchange Commission to Extend the Deadline for Filing Proofs of Claim* (the "Stipulation")[2] attached hereto as **Exhibit 1**; and the Court having jurisdiction over the matters raised in the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Stipulation is in the best interests of the Debtors, their estates, creditors and all parties-in-interest, and that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

1. The Stipulation annexed hereto as **Exhibit 1** is hereby **APPROVED**.

2. The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**<u>Exhibit 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[2] | Case No. 23-10831 (MFW) |
| Debtor. | (Jointly Administered) |

**STIPULATION BETWEEN DEBTORS AND U.S. SECURITIES AND EXCHANGE COMMISSION TO EXTEND THE DEADLINE FOR FILING PROOFS OF CLAIM**

Lordstown Motors Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), U.S. Securities and Exchange Commission (the "SEC"), the official committee of unsecured creditors appointed in the chapter 11 cases (the "UCC"), and the official committee of equity security holders appointed in the chapter 11 cases (the "EC") and, together with the Debtors, the SEC, and the EC, the "Parties"), hereby enter into this stipulation and agreed order (the "Stipulation") and stipulate and agree as follows:

**RECITALS**

**WHEREAS**, on June 27, 2023 (the "Petition Date"), the Debtors filed voluntary petitions in this Court commencing these cases (the "Chapter 11 Cases"), which are being jointly administered for procedural purposes only.

**WHEREAS**, on August 24, 2023, the Court entered the *Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form, Manner, and Procedures of Notice Thereof, and (C) Granting Related Relief* [D.I. 319] (the "Bar Date Order"); The Bar Date Order

---

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

1
AMERICAS 125955477

established, among other things: (a) October 10, 2023 at 5:00 p.m. (prevailing Eastern Time) as the deadline to file proofs of claim in the Chapter 11 Cases for persons or entities (except governmental units (as such term is defined in section 101(27) of the Bankruptcy Code)); (b) December 26, 2023 at 5:00 p.m. (prevailing Eastern Time) ("Governmental Bar Date") as the deadline for governmental units to file proofs of claim in the Chapter 11 Cases.

WHEREAS, the SEC is a governmental unit within the meaning of the Bankruptcy Code. 11 U.S.C. § 101(27).

WHEREAS, on October 30, 2023, the Debtors filed their (i) *Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [D.I. 635] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time); and (ii) *the Disclosure Statement Pursuant to 11 U.S.C. § 1125 with Respect to Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [D.I. 637] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time).

WHEREAS, the SEC asserts that it has potential prepetition claims against the Debtors (collectively, "Prepetition Claims"); and

WHEREAS, the Debtors and the SEC are in discussions to resolve certain disputes, including disputes related to the Prepetition Claims, and desire to enter into this Stipulation to extend the Governmental Bar Date with respect to SEC's Prepetition Claims in order to allow the Parties additional time to continue discussions in a productive manner.

WHEREAS, the Debtors and the SEC have discussed the extension of the Governmental Bar Date contemplated by this stipulation with the UCC and EC and each has consented to such extension.

**WHEREAS**, solely for the purpose of extending the Governmental Bar Date with respect to the SEC, the Parties enter into this stipulation.

### STIPULATION

1. This Stipulation shall become effective upon approval by the Court.

2. The Governmental Bar Date shall be extended solely for the SEC through and including **December 29, 2023 at 5:00 p.m. (prevailing Eastern Time)**, solely to allow the SEC to file proofs of claim with respect to its alleged Prepetition Claims.

3. None of this Stipulation, any of the provisions hereof, nor any act performed or document executed pursuant to or in furtherance of this Stipulation, is or may be deemed to be or may be used as an admission of, or evidence of, the validity or invalidity of any aspect, including priority, of SEC's Prepetition Claim against the Debtors or of any other claim or right of any kind, or of any wrongdoing or liability of any of the Parties in the Chapter 11 Cases, or any other matter pending before the Court. Any and all rights of the Parties in connection therewith are preserved.

4. This Stipulation is without prejudice to the Parties to seek to further extend the Governmental Bar Date as to the SEC by the subsequent execution of another stipulation by the Parties, which will be effective when signed by all parties without further order of the Court.

5. This Stipulation contains the entire agreement among the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings among the Parties relating thereto.

6. This Stipulation may not be modified other than by a signed writing executed by each of the Parties and delivered to each Party; it being understood that no further approval of the Court shall be required for amendments, waivers, consents, or other modifications to and under the Stipulation.

7. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the Parties.

8. This Stipulation shall inure to the benefit of, and shall be binding upon, the Parties and their respective successors, assigns, heirs, executors, administrators and liquidators.

9. The Court shall have exclusive jurisdiction over any and all disputes arising out of or otherwise relating to this Stipulation or its enforcement.

AMERICAS 125955477

Dated: December 22, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Donald J. Detweiler (Bar No. 3087)
Morgan L. Patterson (Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

*Counsel to the Debtors and Debtors in Possession*

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700

Dated: December 22, 2023

**U.S. SECURITIES & EXCHANGE COMMISSION**

*/s/ David W. Baddley*
David W. Baddley (admitted per L.R. 9010-1(e)(1))
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
baddleyd@sec.gov

*Counsel to U.S. Securities and Exchange Commission*

5

Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Counsel to Debtors and Debtors-in-Possession*

Dated: December 22, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Deborah Kovsky-Apap*
Francis J. Lawall (*admitted pro hac vice*)
3000 Two Logan Square 18th & Arch Streets
Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Deborah Kovsky-Apap (*admitted pro hac vice*)
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

David M. Fournier (DE No. 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza
1313 N. Market Street, Ste 5100
Wilmington, DE 19801
david.fournier@troutman.com
tori.remington@troutman.com

*Counsel to the UCC*

Dated: December 22, 2023

**BROWN RUDNICK LLP**

*/s/ Bennett S. Silverberg*
Robert J. Stark (*admitted pro hac vice*)
Bennett S. Silverberg (*admitted pro hac vice*)
7 Times Square
New York, NY 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com

Sharon I. Dwoskin (*admitted pro hac vice*)
Tristan G. Axelrod (*admitted pro hac vice*)
Matthew A. Sawyer (*admitted pro hac vice*)
One Financial Center
Boston, MA 02111
sdwoskin@brownrudnick.com
taxelrod@brownrudnick.com
msawyer@brownrudnick.com

-and-

**MORRIS JAMES LLP**
Eric J. Monzo (DE No. 5214)
Brya M. Keilson (DE No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
    emonzo@morrisjames.com
    bkeilson@morrisjames.com

*Counsel to the EC*