# EXHIBIT B

# SUMMARY OF DISBURSEMENTS

**brownrudnick**

| | | |
|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice | 6970654 |
| 27000 HILLS TECH CT. | Date | Dec 15, 2023 |
| FARMINGTON HILLS, MI 48331 | Client | 039963 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through November 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0001 | COSTS | 0.00 | 6,134.04 | 6,134.04 |
| | **Total** | **0.00** | **6,134.04** | **6,134.04** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $6,134.04 |
| **Total Invoice** | **$6,134.04** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE  
RE: COSTS  
December 15, 2023

Invoice 6970654  
Page 2

## COST SUMMARY

| Description | Value |
|---|---:|
| FILING FEE | 907.30 |
| OUTSIDE COPIES | 136.84 |
| TAXI | 10.80 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4,922.00 |
| PACER | 6.30 |
| COPIES | 150.80 |
| **Total Costs** | **6,134.04** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

RE: COSTS

Invoice      6970654
Date    Dec 15, 2023
Client        039963



Remittance

**Balance Due:** $6,134.04

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: