# EXHIBIT A

## Compensation By Category – Third Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 12.50 | $6,711.00 |
| B120 Asset Analysis and Recovery | 1.70 | $1,351.50 |
| B130 Asset Disposition | 1.30 | $499.50 |
| B150 Meetings/Communications with Committee and/or Creditors | 4.90 | $3,787.50 |
| B165 Retention Applications (Others) | 0.20 | $159.00 |
| B170 Fee Applications (MJ) | 15.20 | $5,059.00 |
| B175 Fee Applications (Others) | 13.40 | $7,846.50 |
| B185 Assumption/Rejection of Leases and Contracts | 0.20 | $159.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 19.10 | $14,100.50 |
| B196 Litigation | 4.70 | $3,024.50 |
| B220 Employee Benefits/Pensions | 6.20 | $4,569.50 |
| B320 Plan and Disclosure Statement | 9.40 | $7,339.50 |
| B430A Court Hearings: Attendance and Preparation | 0.70 | $515.50 |
| **Totals** | **89.50** | **$55,122.50** |

16447558/1

## Timekeeper Summary – Third Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $795.00 | 37.70 | $29,971.50 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $750.00 | 20.70 | $15,525.00 |
| Siena B. Cerra | Member of the Pennsylvania Bar since 2023; Associate in Bankruptcy Department since 2023 | $385.00 | 2.60 | $1,001.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $350.00 | 10.40 | $3,640.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $350.00 | 12.10 | $4,235.00 |
| Jessica K. Farenski | Case Manager | $125.00 | 6.00 | $750.00 |
| **Totals** | | | **89.50** | **$55,122.50** |
| **Blended Rate $615.89** | | | | |



500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Lordstown Motors Corp. Official Committee of Equity Security Holders
Committee Chairperson: Andrew Sole

December 8, 2023
Invoice 598093

| Matter Name: | Lordstown Motor Corp., et al. |
| --- | --- |
| Matter Number: | 142570-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through November 30, 2023**

| | |
| --- | --- |
| **Fees** | $55,122.50 |
| **Disbursements** | $80.94 |
| **Total Charges** | $55,203.44 |

**Fee Recap**

| | | Hours | Rate/Hours | Amount |
| --- | --- | --- | --- | --- |
| Brya M. Keilson | Partner | 20.70 | 750.00 | 15,525.00 |
| Eric J. Monzo | Partner | 37.70 | 795.00 | 29,971.50 |
| Siena B. Cerra | Associate | 2.60 | 385.00 | 1,001.00 |
| Douglas J. Depta | Paralegal | 12.10 | 350.00 | 4,235.00 |
| Stephanie A. Lisko | Paralegal | 10.40 | 350.00 | 3,640.00 |
| Jessica K. Farenski | Case Manager | 6.00 | 125.00 | 750.00 |
| | **Totals** | **89.50** | | **55,122.50** |

Matter Number: 142570-0001
12/08/23
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 12.50 | 6,711.00 |
| B120 | Asset Analysis and Recovery | 1.70 | 1,351.50 |
| B130 | Asset Disposition | 1.30 | 499.50 |
| B150 | Meetings/Communications with Committee and/or Creditors | 4.90 | 3,787.50 |
| B165 | Retention Applications (Others) | 0.20 | 159.00 |
| B170 | Fee Applications (MJ) | 15.20 | 5,059.00 |
| B175 | Fee Applications (Others) | 13.40 | 7,846.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.20 | 159.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 19.10 | 14,100.50 |
| B196 | Litigation | 4.70 | 3,024.50 |
| B220 | Employee Benefits/Pensions | 6.20 | 4,569.50 |
| B320 | Plan and Disclosure Statement | 9.40 | 7,339.50 |
| B430A | Court Hearings: Attendance and Preparation | 0.70 | 515.50 |
| | **Totals** | **89.50** | **$55,122.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 11/01/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 11/01/23 | SAL | Emails with co-counsel re PHV motions and October 31 hearing transcript. | 0.20 | 350.00 | 70.00 |
| 11/01/23 | SAL | Finalize, file, circulate, and serve PHV motions for Dwoskin and Winograd, including research of annual fee and submission of proposed orders. | 0.50 | 350.00 | 175.00 |
| 11/01/23 | SAL | Circulate October 31 hearing transcript and update case folder. | 0.10 | 350.00 | 35.00 |
| 11/01/23 | SBC | Review relevant pleading re sale procedures. | 0.50 | 385.00 | 192.50 |
| 11/02/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.40 | 350.00 | 140.00 |
| 11/03/23 | EJM | Review certification re omnibus hearing scheduling. | 0.10 | 795.00 | 79.50 |
| 11/03/23 | BMK | Emails with parties regarding intervention into adversary proceeding. | 0.80 | 750.00 | 600.00 |
| 11/06/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 11/06/23 | SBC | Review recent relevant pleadings. | 1.00 | 385.00 | 385.00 |
| 11/07/23 | BMK | Emails with co-counsel and review Debtors' email regarding proposed claims and open issues. | 1.20 | 750.00 | 900.00 |

Matter Number: 142570-0001
12/08/23
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/23 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 350.00 | 35.00 |
| 11/09/23 | EJM | Review US motion to extend time to take action. | 0.30 | 795.00 | 238.50 |
| 11/09/23 | BMK | Various calls and emails with co-counsel regarding 7023 motion and draft response and strategy. | 1.80 | 750.00 | 1,350.00 |
| 11/10/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 11/13/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 11/14/23 | SAL | Circulate relevant pleadings filed to co-counsel and update case folder. | 0.20 | 350.00 | 70.00 |
| 11/14/23 | SAL | Review relevant pleadings filed, update critical dates and update case calendar and folder. | 0.50 | 350.00 | 175.00 |
| 11/16/23 | SAL | Review relevant pleadings filed, update critical dates and update case folder. | 0.30 | 350.00 | 105.00 |
| 11/17/23 | EJM | Review notice for hearing. | 0.20 | 795.00 | 159.00 |
| 11/17/23 | SAL | Review agenda for November 21 hearing, update critical dates, and update case calendar and folder. | 0.10 | 350.00 | 35.00 |
| 11/20/23 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 350.00 | 70.00 |
| 11/20/23 | SAL | Review amended agenda for November 21 hearing, update critical dates and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 11/20/23 | SAL | Register appearances for November 21 hearing and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 11/20/23 | EJM | Review agenda of matters scheduled for hearing and supporting information relating to same. | 0.50 | 795.00 | 397.50 |
| 11/20/23 | SAL | Emails with E. Monzo and co-counsel circulating transcripts. | 0.10 | 350.00 | 35.00 |
| 11/21/23 | SAL | Emails with S. Cerra re November 21 hearing. | 0.10 | 350.00 | 35.00 |
| 11/21/23 | SAL | Review proceeding minutes of proceeding and request transcript. | 0.10 | 350.00 | 35.00 |
| 11/21/23 | SBC | Draft Memorandum for B. Keilson and E. Monzo re November 21 hearing overview. | 0.20 | 385.00 | 77.00 |
| 11/27/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.40 | 350.00 | 140.00 |
| 11/27/23 | SAL | Review agenda and amended agenda cancelling November 29 hearing, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 11/27/23 | EJM | Review notice of agenda for hearing. | 0.10 | 795.00 | 79.50 |
| 11/27/23 | EJM | Review notice and order scheduling hearing on repurchase motion. | 0.20 | 795.00 | 159.00 |
| 11/28/23 | EJM | Review monthly operating reports. | 0.30 | 795.00 | 238.50 |
| 11/29/23 | DJD | Review Nov 21 transcript, email transcriber and update case folder. | 0.20 | 350.00 | 70.00 |
| 11/29/23 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 350.00 | 35.00 |
| | | **Task Code Subtotal** | **12.50** | | **6,711.00** |

**B120 Asset Analysis and Recovery**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/23 | EJM | Emails re update on settlement terms and negotiations with class counsel. | 0.30 | 795.00 | 238.50 |
| 11/22/23 | EJM | Review motions re purchase of trucks. | 0.60 | 795.00 | 477.00 |
| 11/22/23 | EJM | Updates and correspondence on proposed settlement and negotiations with class counsel. | 0.80 | 795.00 | 636.00 |

Matter Number:  142570-0001  
12/08/23  
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Task Code Subtotal** | **1.70** | | **1,351.50** |
| **B130 Asset Disposition** | | | | | |
| 11/14/23 | SAL | Emails with E. Monzo re objection to rule 7023 class claims motion. | 0.30 | 350.00 | 105.00 |
| 11/14/23 | SAL | Review draft objection to 7023 class claim motion and draft COS and service list. | 0.30 | 350.00 | 105.00 |
| 11/14/23 | SAL | Finalize, file and serve objection to rule 7023 class claims motion. | 0.60 | 350.00 | 210.00 |
| 11/27/23 | EJM | Review motion on miscellaneous sale procedures. | 0.10 | 795.00 | 79.50 |
| | | **Task Code Subtotal** | **1.30** | | **499.50** |
| **B150 Meetings/Communications with Committee and/or Creditors** | | | | | |
| 11/03/23 | EJM | Emails with committee re case update. | 0.20 | 795.00 | 159.00 |
| 11/04/23 | EJM | Emails with committee re joinder to Foxconn litigation. | 0.20 | 795.00 | 159.00 |
| 11/06/23 | EJM | Emails with committee re case update. | 0.20 | 795.00 | 159.00 |
| 11/06/23 | BMK | Emails with co-counsel and committee regarding filed 7023 motion and review same. | 0.90 | 750.00 | 675.00 |
| 11/10/23 | EJM | Attend weekly committee meeting. | 1.20 | 795.00 | 954.00 |
| 11/14/23 | EJM | Emails with committee re objection to 7023 motion. | 0.20 | 795.00 | 159.00 |
| 11/14/23 | EJM | Emails with committee re update on pending matters. | 0.20 | 795.00 | 159.00 |
| 11/16/23 | BMK | Attend committee meeting. | 1.50 | 750.00 | 1,125.00 |
| 11/20/23 | EJM | Emails with creditor counsel re inquiry. | 0.20 | 795.00 | 159.00 |
| 11/29/23 | EJM | Emails with co-counsel and committee re update on administrative matters. | 0.10 | 795.00 | 79.50 |
| | | **Task Code Subtotal** | **4.90** | | **3,787.50** |
| **B165 Retention Applications (Others)** | | | | | |
| 11/21/23 | EJM | Review Order retaining Delaware counsel and monthly fee application of debtor professional. | 0.20 | 795.00 | 159.00 |
| | | **Task Code Subtotal** | **0.20** | | **159.00** |
| **B170 Fee Applications (MJ)** | | | | | |
| 11/01/23 | BMK | Emails with E. Monzo and D. Depta regarding draft fee application and review same. | 0.90 | 750.00 | 675.00 |
| 11/02/23 | JKS | Revise invoice and email accounting re update. | 1.20 | 125.00 | 150.00 |
| 11/02/23 | DJD | Further review Sept invoice and email J. Farenski re updates. | 0.70 | 350.00 | 245.00 |
| 11/02/23 | DJD | Review BR first monthly application and draft notice and COS. | 1.00 | 350.00 | 350.00 |
| 11/02/23 | BMK | Emails with D. Depta and E. Monzo regarding draft fee application and updates (.6); review draft (.5). | 1.10 | 750.00 | 825.00 |
| 11/06/23 | JKS | Further revisions to invoice and email accounting re updates. | 2.70 | 125.00 | 337.50 |
| 11/06/23 | DJD | Update and file first application, emails internally and with co-counsel re updates, email counsel for service, arrange mail service, update case folder, and update calendar. | 1.20 | 350.00 | 420.00 |
| 11/06/23 | EJM | Finalize fee application and emails authorizing filing. | 0.20 | 795.00 | 159.00 |

Matter Number: 142570-0001
12/08/23
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/23 | JKS | Process invoice and update billing chart. | 0.30 | 125.00 | 37.50 |
| 11/07/23 | DJD | Emails with accounting and debtors re Oct fee estimate. | 0.20 | 350.00 | 70.00 |
| 11/09/23 | DJD | Draft first interim application and email internally for review. | 1.30 | 350.00 | 455.00 |
| 11/14/23 | DJD | Review Oct invoice and email J. Farenski re updates. | 0.80 | 350.00 | 280.00 |
| 11/15/23 | DJD | Draft second monthly application. | 0.40 | 350.00 | 140.00 |
| 11/15/23 | JKS | Emails from E. Monzo, further revise invoice and email accounting re updates. | 1.60 | 125.00 | 200.00 |
| 11/16/23 | DJD | Email R. Szuba re W-9 and wire information. | 0.10 | 350.00 | 35.00 |
| 11/20/23 | DJD | Draft CNO re first monthly application. | 0.30 | 350.00 | 105.00 |
| 11/27/23 | DJD | Emails with accounting and A. Ciccone re Nov and Dec fee estimates. | 0.20 | 350.00 | 70.00 |
| 11/28/23 | BMK | Emails with D. Depta regarding draft CNO for pending fee application and review same. | 0.50 | 750.00 | 375.00 |
| 11/28/23 | DJD | File CNO re first application, email B. Keilson, and update case folder. | 0.30 | 350.00 | 105.00 |
| 11/29/23 | JKS | Process expense requests. | 0.20 | 125.00 | 25.00 |
| | | **Task Code Subtotal** | **15.20** | | **5,059.00** |
| **B175 Fee Applications (Others)** | | | | | |
| 11/01/23 | EJM | Emails re fee application submission. | 0.10 | 795.00 | 79.50 |
| 11/02/23 | DJD | Emails with M. Altman re draft application. | 0.10 | 350.00 | 35.00 |
| 11/02/23 | SAL | Emails with co-counsel and D. Depta re BR first monthly fee application. | 0.20 | 350.00 | 70.00 |
| 11/02/23 | EJM | Discussions with co-counsel and emails internally re monthly fee applications. | 0.30 | 795.00 | 238.50 |
| 11/03/23 | EJM | Review Huron application for compensation. | 0.10 | 795.00 | 79.50 |
| 11/04/23 | BMK | Emails with co-counsel regarding draft fee applications and review same. | 0.90 | 750.00 | 675.00 |
| 11/06/23 | DJD | Emails with M. Sawyer and co-counsel re M3 draft application. | 0.30 | 350.00 | 105.00 |
| 11/06/23 | DJD | Update and file BR first application, email counsel for service, arrange mail service, update case folder, and update calendar. | 0.90 | 350.00 | 315.00 |
| 11/06/23 | EJM | Finalize fee application of co-counsel and emails re status of financial advisor fee application. | 0.30 | 795.00 | 238.50 |
| 11/06/23 | BMK | Emails with co-counsel and D. Depta and E. Monzo regarding draft fee applications and filing same (.7); review drafts (.6). | 1.30 | 750.00 | 975.00 |
| 11/10/23 | SAL | Update and finalize M3 first monthly fee application. | 0.30 | 350.00 | 105.00 |
| 11/10/23 | SAL | Finalize, file, circulate, and serve M3 first monthly fee application. | 0.50 | 350.00 | 175.00 |
| 11/10/23 | EJM | Review application of financial advisor. | 0.20 | 795.00 | 159.00 |
| 11/10/23 | BMK | Emails with S. Lisko and committee professionals regarding draft fee applications (.5); review drafts (.7). | 1.20 | 750.00 | 900.00 |
| 11/13/23 | DJD | Draft M3 first interim application and email R. Winning. | 1.00 | 350.00 | 350.00 |
| 11/13/23 | EJM | Emails internally and with co-counsel re case update and status on interim fee application. | 0.20 | 795.00 | 159.00 |
| 11/13/23 | BMK | Emails with committee professionals and E. Monzo regarding draft fee applications and review drafts. | 1.20 | 750.00 | 900.00 |
| 11/14/23 | BMK | Emails with E. Monzo and D. Depta and co-counsel | 0.90 | 750.00 | 675.00 |

Matter Number:  142570-0001
12/08/23
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding fee applications. | | | |
| 11/17/23 | DJD | Update second monthly application. | 0.50 | 350.00 | 175.00 |
| 11/20/23 | DJD | Draft CNO re BR first monthly application. | 0.30 | 350.00 | 105.00 |
| 11/20/23 | SAL | Emails with co-counsel and D. Depta re BR reduction of fees. | 0.10 | 350.00 | 35.00 |
| 11/22/23 | EJM | Review administrative filings re monthly fee apps. | 0.50 | 795.00 | 397.50 |
| 11/27/23 | BMK | Emails with co-counsel regarding pending fee applications and draft CNO. | 0.50 | 750.00 | 375.00 |
| 11/28/23 | DJD | File CNO re BR first application, email M. Sawyer, and update case folder. | 0.30 | 350.00 | 105.00 |
| 11/28/23 | DJD | Review, update and file M3 second monthly application, draft COS, email counsel for service, update case folder, and update calendar. | 0.90 | 350.00 | 315.00 |
| 11/28/23 | DJD | Draft and file notice of withdrawal of M3 second monthly application, email counsel, and update case folder. | 0.30 | 350.00 | 105.00 |
| | | **Task Code Subtotal** | **13.40** | | **7,846.50** |

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/23 | EJM | Review notice of contract rejection. | 0.20 | 795.00 | 159.00 |
| | | **Task Code Subtotal** | **0.20** | | **159.00** |

**B190 Other Contested Matters (excluding assumption/rejection motions)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/23 | SAL | Review and update joinder to debtors' response in opposition to motion to dismiss and draft certificate of service. | 0.50 | 350.00 | 175.00 |
| 11/06/23 | SAL | Finalize, file, circulate and serve joinder to debtors' response in opposition to motion to dismiss. | 0.40 | 350.00 | 140.00 |
| 11/08/23 | SAL | Circulate and serve order permitting equity committee intervention and update case folder. | 0.20 | 350.00 | 70.00 |
| 11/10/23 | DJD | Research 7023 objections and email B. Keilson. | 0.40 | 350.00 | 140.00 |
| 11/10/23 | EJM | Review authority re class certification and motion relating to same. | 2.20 | 795.00 | 1,749.00 |
| 11/10/23 | BMK | Various calls and emails with co-counsel and Debtors' counsel regarding 7023 motion and strategy and updates. | 2.40 | 750.00 | 1,800.00 |
| 11/13/23 | DJD | Follow up emails and review 7023 research, email B. Keilson, and update case folder. | 0.40 | 350.00 | 140.00 |
| 11/13/23 | EJM | Emails with co-counsel re opposition to class motion. | 0.40 | 795.00 | 318.00 |
| 11/13/23 | EJM | Review positions re estimation on class claim. | 1.20 | 795.00 | 954.00 |
| 11/13/23 | EJM | Research re update on class claims. | 2.50 | 795.00 | 1,987.50 |
| 11/14/23 | EJM | Review draft opposition to 7023 motion and discussions with co-counsel. | 2.10 | 795.00 | 1,669.50 |
| 11/14/23 | EJM | Review draft of opposition to 7023 motion. | 0.80 | 795.00 | 636.00 |
| 11/14/23 | BMK | Emails with co-counsel regarding draft 7023 objection and open questions (.9); review draft (.8). | 1.70 | 750.00 | 1,275.00 |
| 11/14/23 | BMK | Review Debtors' objection to 7023 motion. | 1.20 | 750.00 | 900.00 |
| 11/21/23 | EJM | Emails with committee and co-counsel re settlement on certain litigation claims. | 0.70 | 795.00 | 556.50 |
| 11/22/23 | EJM | Review argument and positions re class and litigation claimants. | 1.60 | 795.00 | 1,272.00 |
| 11/24/23 | EJM | Emails re update on class settlement. | 0.40 | 795.00 | 318.00 |

Matter Number: 142570-0001
12/08/23
Page 7

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Task Code Subtotal** | **19.10** | | **14,100.50** |
| **B196 Litigation** | | | | | |
| 11/01/23 | EJM | Review motion and stipulation re intervening in litigation. | 0.30 | 795.00 | 238.50 |
| 11/02/23 | EJM | Review of form of proposed stipulation permitting intervention and emails with co-counsel re same. | 0.50 | 795.00 | 397.50 |
| 11/03/23 | SAL | Emails with B. Keilson re Foxconn intervention stipulation. | 0.20 | 350.00 | 70.00 |
| 11/03/23 | SAL | Draft and circulate certification of counsel and proposed order re Foxconn intervention stipulation. | 0.50 | 350.00 | 175.00 |
| 11/03/23 | EJM | Emails and research re request on form of stipulates invention. | 0.40 | 795.00 | 318.00 |
| 11/03/23 | EJM | Review draft joinder on motion to dismiss adversary in Foxconn litigation. | 0.30 | 795.00 | 238.50 |
| 11/03/23 | EJM | Review form of stipulation and certification of counsel on intervention; internal emails re same for filing. | 0.30 | 795.00 | 238.50 |
| 11/06/23 | EJM | Emails with debtors and co-counsel re joinder to motion to dismiss complaint in Foxxcon adversary. | 0.50 | 795.00 | 397.50 |
| 11/06/23 | EJM | Review motion to dismiss complaint. | 0.80 | 795.00 | 636.00 |
| 11/06/23 | SAL | Emails with E. Monzo and B. Keilson re Foxconn intervention stipulation and. | 0.30 | 350.00 | 105.00 |
| 11/06/23 | SAL | Update and compile Foxconn intervention stipulation and COC. | 0.20 | 350.00 | 70.00 |
| 11/06/23 | SAL | Finalize, file, circulate and serve COC re Foxconn intervention stipulation. | 0.40 | 350.00 | 140.00 |
| | | **Task Code Subtotal** | **4.70** | | **3,024.50** |
| **B220 Employee Benefits/Pensions** | | | | | |
| 11/07/23 | EJM | Emails with professionals and internally re employee update. | 0.50 | 795.00 | 397.50 |
| 11/07/23 | EJM | Review and assess proposal on employee agreements. | 1.50 | 795.00 | 1,192.50 |
| 11/08/23 | EJM | Call with Brown Rudnick and M3 teams re employment compensation proposal. | 0.80 | 795.00 | 636.00 |
| 11/08/23 | SBC | Attend call with M3 team re employment agreements and cap. | 0.80 | 385.00 | 308.00 |
| 11/08/23 | EJM | Email updates on employee proposals. | 0.30 | 795.00 | 238.50 |
| 11/08/23 | BMK | Emails with co-counsel and E. Monzo regarding Debtors' assertion of amounts for employee claims and strategy. | 0.70 | 750.00 | 525.00 |
| 11/09/23 | EJM | Review updated proposal on employment contracts. | 0.40 | 795.00 | 318.00 |
| 11/10/23 | EJM | Discussion and emails with B. Keilson and co-counsel re employment updates. | 0.40 | 795.00 | 318.00 |
| 11/14/23 | EJM | Review compensation motion. | 0.80 | 795.00 | 636.00 |
| | | **Task Code Subtotal** | **6.20** | | **4,569.50** |
| **B320 Plan and Disclosure Statement** | | | | | |
| 11/01/23 | SAL | Review order approving disclosure statement and solicitation procedures, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 11/01/23 | EJM | Emails with co-counsel and larger group review form of letter to include with plan. | 0.40 | 795.00 | 318.00 |

Matter Number:  142570-0001
12/08/23
Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/23 | EJM | Review amended plan documents. | 1.20 | 795.00 | 954.00 |
| 11/01/23 | EJM | Compare plan versions. | 1.00 | 795.00 | 795.00 |
| 11/01/23 | EJM | Review notice re confirmation hearing. | 0.20 | 795.00 | 159.00 |
| 11/03/23 | EJM | Review proposed amended plan. | 1.10 | 795.00 | 874.50 |
| 11/08/23 | EJM | Review filed plan and supporting documents. | 2.50 | 795.00 | 1,987.50 |
| 11/09/23 | EJM | Review decisions on equity related issues and class treatment. | 2.50 | 795.00 | 1,987.50 |
| 11/15/23 | EJM | Emails with committee and counsel re plan issues. | 0.20 | 795.00 | 159.00 |
| | | **Task Code Subtotal** | **9.40** | | **7,339.50** |

**B430A Court Hearings: Attendance and Preparation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/21/23 | EJM | Emails with co-counsel re hearing coverage and discussion with B. Keilson re pending issues and strategy. | 0.40 | 795.00 | 318.00 |
| 11/21/23 | EJM | Review hearing agenda and matters pending for hearing. | 0.20 | 795.00 | 159.00 |
| 11/21/23 | SBC | Attend hearing re sale motion. | 0.10 | 385.00 | 38.50 |
| | | **Task Code Subtotal** | **0.70** | | **515.50** |

| | | | | **Sub-Total Fees:** | **55,122.50** |
|---|---|---|---|---|---|

**For Disbursements through November 30, 2023**

### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Postage | 4.14 |
| | Reproduction | 7.50 |
| 11/02/23 | Reliable Wilmington - 10/18/23 Mail Service of Declaration | 15.72 |
| 11/02/23 | Reliable Wilmington - 10/18/23 Hearing Transcript | 41.85 |
| 11/30/23 | Reliable Wilmington - Reliable - Lordstown -- 11.6.23 Service of Fee Applications | 11.73 |
| **Total Disbursements** | | **80.94** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$55,203.44** |
| **Balance Due** | **$55,203.44** |