# EXHIBIT B

## Summary of Expenses – Third Monthly Compensation Period

|  | Total |
|---|---:|
| Postage | $4.14 |
| Reproduction | 7.50 |
| Reliable (Production) | $27.45 |
| Reliable (Transcript) | $41.85 |
| **TOTAL**: | **$80.94** |

16447558/1