# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF ERIC J. MONZO REGARDING THIRD MONTHLY APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023</u>

STATE OF DELAWARE         :
                                              :   SS
COUNTY OF NEW CASTLE  :

I, Eric J. Monzo, after being sworn according to law, deposes and says:

a) I am a partner of the firm Morris James LLP.

b) I have personally performed or am familiar with the services rendered by Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders.

c) I have reviewed the foregoing Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Fee Application complies with such Rule.

Dated: December 22, 2023                                  */s/ Eric J. Monzo*
                                                                              Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16447558/1