# EXHIBIT B

**(Detailed Description of Expenses Incurred During Fee Period)**

| | | |
|---|---|---|
| Print Date: December 7, 2023 17:25:20 | TROUTMAN PEPPER | Page 36 |
| Billing Rep: Monta Smith | Prebill #5847240 | |
| | Thru 11/30/23 | |

## DISBURSEMENT DETAIL

| Type | Date | Timekeeper | Description | E-Code | Amount |
|---|---|---|---|---|---|
| 34 Copy Charges | 11/09/23 | Molitor, Monica A. | Vendor: Parcels, Inc. Invoice#: 1050741 Date: 11/9/2023   - Bankruptcy service of 1 document to 15 parties via first class mail - Bankruptcy service of 1 document to 15 parties via first class mail [Check No. 795305/Disb ID No. 17379439] | E102 | 38.00 |
| 34 Copy Charges | 11/15/23 | Molitor, Monica A. | Vendor: Reliable Copy Service Invoice#: WL113783 Date: 11/15/2023   - Production/service of fee applications - Production/service of fee applications [Check No. 795994/Disb ID No. 17381998] | E102 | 40.24 |
| 34 Copy Charges | 11/24/23 | Molitor, Monica A. | Vendor: Parcels, Inc. Invoice#: 1053367 Date: 11/24/2023   - Bankruptcy service of 2 documents on 8 parties via first class mail - Bankruptcy service of 2 documents on 8 parties via first class mail [Check No. 795702/Disb ID No. 17384815] | E102 | 83.32 |
| 58 Search Costs | 11/15/23 | Weiss, Andrew J. | VENDOR: Pacer Service Center INVOICE#: 10312023 DATE: 10/31/2023  Document Retrieval [Check No. 795372/Disb ID No. 17379866] | E106 | 93.10 |
| | | | | **Total** | **254.66** |