**Schedule 1**

AMERICAS 125519648

| Purchaser Name | Type | Model | Description | Qty | Purchase Price |
|---|---|---|---|---|---|
| Procurri | Computers & Peripherals | Aruba + Palo Alto + Eaton | Palo Alto Firewall | 1 | $26,580.00 |
| | Computers & Peripherals | PAN-PA-5220-AC | Palo Alto Networks : Palo Alto Networks PA-5220 with redundant AC power supplies | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-SFP-PLUS-SR | Palo Alto Networks : SFP+ form factor; SR 10Gb optical transceiver; short reach 300m; OM3 MMF; duplex LC; IEEE 802.3ae 10GBASE-SR compliant | 4 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5200-RACK4 | Palo Alto Networks : Palo Alto Networks PA-5200 4 post rack mount kit. | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-GP-3YR | Palo Alto Networks : GlobalProtect subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-DNS-3YR | Palo Alto Networks : DNS Security subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-TP-3YR | Palo Alto Networks : Threat prevention subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-URL4-3YR | Palo Alto Networks : PANDB URL filtering subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-PA-5220-WF-3YR | Palo Alto Networks : WildFire subscription 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | PAN-SVC-PREM-5220-3YR | Palo Alto Networks : Premium support 3-year prepaid; PA-5220 | 1 | Included in Purchase Price |
| | Computers & Peripherals | Notes | Aruba Solution | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X27A | Aruba 6410 Switch | 1 | Included in Purchase Price |
| | Computers & Peripherals | HR7U5E | HPE 3Y FC 4H Exch Aruba 6410 Switch SVC [for R0X27A] | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X35A | Aruba 6400 1800W Power Supply with C16 Inlet Adapter | 4 | Included in Purchase Price |
| | Computers & Peripherals | R0X35A ABA | INCLUDED: Power Cord - U.S. localization | 4 | Included in Purchase Price |
| | Computers & Peripherals | R0X31A | Aruba 6400 Management Module | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X41A | Aruba 6400 48p SR5 CL6 PoE 4SFP56 Module | 2 | Included in Purchase Price |
| | Computers & Peripherals | R0X39B | Aruba 6400 48p 1GbE CL4 PoE 4SFP56 Module | 1 | Included in Purchase Price |
| | Computers & Peripherals | R0X38B | Aruba 6400 48p 1GbE CL4 PoE Module | 3 | Included in Purchase Price |
| | | Note | Wireless | 1 | Included in Purchase Price |
| | Computers & Peripherals | R4H33A | Aruba AP-575 (US) TAA Outdoor 11ax AP | 5 | Included in Purchase Price |
| | Computers & Peripherals | HS6E0E | Aruba 3Y FC NBD Exch AP-575 TAA SVC [for R4H33A] | 5 | Included in Purchase Price |
| | Computers & Peripherals | Q9H73A | Aruba AP-515 (US) TAA Unified AP | 19 | Included in Purchase Price |
| | Computers & Peripherals | Q9G69A | AP-MNT-MP10-B AP mount bracket 10-pack B | 2 | Included in Purchase Price |
| | Computers & Peripherals | R3S69A | Aruba UXI Sensor 802.11ac Ethernet w/ LTE (Global) | 1 | Included in Purchase Price |
| | Computers & Peripherals | HL2Y9E | Aruba 3Y FC NBD Exch Uxi EthernetCellSVC [for R3S69A] | 1 | Included in Purchase Price |
| | Computers & Peripherals | R4W98AAE | Aruba 3yr UXI Cloud Subscription E-STU | 1 | Included in Purchase Price |
| | Computers & Peripherals | R4X01AAE | Aruba 3yr UXI Sensor LTE Subscription E-STU | 1 | Included in Purchase Price |
| | Computers & Peripherals | Note | Clearpass and Central | 1 | Included in Purchase Price |
| | Computers & Peripherals | JZ399AAE | Aruba ClearPass Cx000V VM Appliance E-LTU | 1 | Included in Purchase Price |
| | Computers & Peripherals | H9WX3E | Aruba 3Y FC 24x7 ClearPass Cx000V VM SVC [for JZ399AAE] | 1 | Included in Purchase Price |
| | Computers & Peripherals | JY926AAE | Aruba Central Device Management 1 Token 3 Year Subscription E-STU | 25 | Included in Purchase Price |
| | | Notes | Eaton UPS | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5PX3000RTN | 5PX 3000VA RT 120V L5-30P 2U PERP 6X5-20R L5-30R NETWORK MS | 4 | Included in Purchase Price |
| | Computers & Peripherals | 5PXEBM72RT2U | EATON 5PX 72V EXT BAT PK PERP RACK/ TOWER 2U | 4 | Included in Purchase Price |
| | Computers & Peripherals | EMPDT1H1C2 | ENVIRN MONITORING PROBE GEN2 PERP | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-3000UC | 5YR EXT WARR UPS ADV EXCHANGE SVCS NEW PRODUCT | 4 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-3000BC | 5YR EXT WARR EBM ADV EXCHANGE SVCS NEW PRODUCT | 4 | Included in Purchase Price |
| | Computers & Peripherals | EPBZ90 | EPDU BASIC L5-30P 24X5-20R 24A PERP | 4 | Included in Purchase Price |
| | Computers & Peripherals | Notes | Aruba Switches for IDF | 1 | Included in Purchase Price |
| | Computers & Peripherals | HR4Q6E | Aruba 3Y FC NBD Exch 6300M 48 SR POE SVC [for JL659A] | 1 | Included in Purchase Price |
| | Computers & Peripherals | HR4Z1E | Aruba 3Y FC NBD Exch 6300M 48 PoE SVC [for JL661A] | 2 | Included in Purchase Price |
| | Computers & Peripherals | JL086A | Aruba X372 54VDC 680W Power Supply | 4 | Included in Purchase Price |
| | Computers & Peripherals | JL086A ABA | INCLUDED: Power Cord - U.S. localization | 4 | Included in Purchase Price |
| | Computers & Peripherals | JL485A | Aruba 25G SFP28 LC eSR 400m MMF Transceiver | 4 | Included in Purchase Price |
| | Computers & Peripherals | JL659A | Aruba 6300M 48SR5 CL6 PoE 4SFP56 Switch | 1 | Included in Purchase Price |
| | Computers & Peripherals | JL661A | Aruba 6300M 48G CL4 PoE 4SFP56 Switch | 1 | Included in Purchase Price |
| | Computers & Peripherals | JL669A | Aruba 6300M Fan Tray | 2 | Included in Purchase Price |

| | | | | | |
|---|---|---|---|---|---|
| | Computers & Peripherals | JY926AAE | Aruba Central Device Management 1 Token 3 Year Subscription E-STU | 3 | Included in Purchase Price |
| | Computers & Peripherals | R0M46A | Aruba 50G SFP56 to SFP56 0.65m DAC Cable | 3 | Included in Purchase Price |
| | Computers & Peripherals | Notes | Eaton UPS for IDF | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5PX2200RTN | 5PX 2200VA RT 120V 5-20P PERP 8X5-20R NETWORK MS | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5PXEBM48RT | EATON 5PX 48V EXT BAT PK PERP RACK/TOWER 2U | 1 | Included in Purchase Price |
| | Computers & Peripherals | EMPDT1H1C2 | ENVIRN MONITORING PROBE GEN2 PERP | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-2500UC | 5YR TOTAL WARRANTY UPS FOR NEW SVCS | 1 | Included in Purchase Price |
| | Computers & Peripherals | 5SW5Y-2500UC | 5YR TOTAL WARRANTY UPS FOR NEW SVCS | 1 | Included in Purchase Price |
| Fisker | Service Truck | 2005 Ford F650 Charging Truck (White) | Vin: FRWF65W25V152128 | 1 | $30,000.00 |