# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*, | Case No. 23-10831 (MFW) <br> Jointly Administered |
| Debtors. | Re: D.I. 657 <br> **Hearing Date: Jan. 10, 2024, at 3:00 p.m.** <br> **Obj. Deadline: Dec. 7, 2023, at 4:00 p.m.** <br> **(extended for UST to Dec. 29 at 4:00 p.m.)** |

## **CERTIFICATE OF SERVICE**

I certify that on December 29, 2023, I caused to be served a copy of the *Objection of the United States Trustee to Confirmation of the Debtors' Plan* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

WHITE & CASE LLP
Thomas E Lauria
Matthew C. Brown
Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner
Doah Kim
RJ Szuba
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler
Morgan L. Patterson
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier
Tori L. Remington
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
david.fournier@troutman.com
tori.remington@troutman.com

Francis J. Lawall
3000 Two Logan Square 18th & Arch Streets Philadelphia, PA 19103-2799
francis.lawall@troutman.com

Deborah Kovsky-Apap
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

Sean P. McNally
4000 Town Center, Suite 1800
Southfield, MI 48075
sean.mcnally@troutman.com

MORRIS JAMES LLP
Brya M. Keilson
Eric J. Monzo
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

BROWN RUDNICK LLP
Robert J. Stark
Bennett S. Silverberg
7 Times Square New York, NY 10036
rstark@brownrudnick.com E-mail:
bsilverberg@brownrudnick.com

Matthew A. Sawyer
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com

| | |
|---|---|
| Dated: December 29, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 & 9**<br><br>By:  /s/ *Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (fax)<br>benjamin.a.hackman@usdoj.gov |