## EXHIBIT A

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*October 1, 2023 - October 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 10/02/23 | Sean Costello | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Sean Costello | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/05/23 | Sean Costello | *Review of sale process update materials* | 0.5 | 2 |
| 10/05/23 | Sean Costello | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/05/23 | Sean Costello | *Internal communications re: interested parties* | 0.5 | 11 |
| 10/06/23 | Sean Costello | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/09/23 | Sean Costello | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/10/23 | Sean Costello | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/15/23 | Sean Costello | *Call with potential buyer re: opportunity to participate in the process* | 0.5 | 2 |
| 10/18/23 | Sean Costello | *Sale hearing* | 1.0 | 1 |
| | | **October 1, 2023 - October 31, 2023 Hours for Sean Costello** | **6.5** | |
| | | | | |
| 10/01/23 | Jeffrey Finger | *Review of court docket re: notice of selection of successful bidder* | 0.5 | 1 |
| 10/01/23 | Jeffrey Finger | *Review of Company's public filings* | 0.5 | 1 |
| 10/02/23 | Jeffrey Finger | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Jeffrey Finger | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/04/23 | Jeffrey Finger | *Review of court docket* | 0.5 | 1 |
| 10/04/23 | Jeffrey Finger | *Discussion with equity holders* | 1.5 | 1 |
| 10/05/23 | Jeffrey Finger | *Review of sale process update materials* | 0.5 | 2 |
| 10/05/23 | Jeffrey Finger | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/06/23 | Jeffrey Finger | *Review of draft sale declaration* | 1.0 | 1 |
| 10/06/23 | Jeffrey Finger | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/07/23 | Jeffrey Finger | *Review of draft sale declaration* | 1.0 | 1 |
| 10/09/23 | Jeffrey Finger | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/10/23 | Jeffrey Finger | *Review of draft sale declaration* | 0.5 | 1 |
| 10/10/23 | Jeffrey Finger | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/11/23 | Jeffrey Finger | *Review of draft sale declaration* | 0.5 | 1 |
| 10/12/23 | Jeffrey Finger | *Internal catch-up call with R. Hamilton, K. Lisanti, L. Hultgren re: claims* | 0.5 | 11 |
| 10/15/23 | Jeffrey Finger | *Call with potential buyer re: opportunity to participate in the process* | 0.5 | 2 |
| 10/17/23 | Jeffrey Finger | *Meeting with Lordstown Board of Directors* | 1.0 | 11 |
| 10/18/23 | Jeffrey Finger | *Sale hearing* | 1.0 | 1 |
| 10/25/23 | Jeffrey Finger | *Review of court docket re: amended plan* | 0.5 | 7 |
| 10/27/23 | Jeffrey Finger | *Review of Company's public filings* | 0.5 | 1 |
| 10/30/23 | Jeffrey Finger | *Review of court docket re: modified plan* | 0.5 | 7 |
| 10/31/23 | Jeffrey Finger | *Disclosure Statement Hearing* | 1.0 | 1 |
| | | **October 1, 2023 - October 31, 2023 Hours for Jeffrey Finger** | **16.0** | |

**Jefferies LLC**

*October 1, 2023 - October 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 10/02/23 | Ryan Hamilton | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Ryan Hamilton | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/04/23 | Ryan Hamilton | *Discussion with equity holders* | 1.5 | 1 |
| 10/04/23 | Ryan Hamilton | *Review of sale process outreach materials* | 1.0 | 2 |
| 10/05/23 | Ryan Hamilton | *Review of sale process update materials* | 0.5 | 2 |
| 10/05/23 | Ryan Hamilton | *Discussion with potential bidder* | 0.5 | 2 |
| 10/05/23 | Ryan Hamilton | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/06/23 | Ryan Hamilton | *Review of draft sale declaration* | 1.0 | 1 |
| 10/06/23 | Ryan Hamilton | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/07/23 | Ryan Hamilton | *Review of draft sale declaration* | 0.5 | 1 |
| 10/09/23 | Ryan Hamilton | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/10/23 | Ryan Hamilton | *Review of draft sale declaration* | 1.0 | 1 |
| 10/10/23 | Ryan Hamilton | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/11/23 | Ryan Hamilton | *Review of draft sale declaration* | 1.0 | 1 |
| 10/12/23 | Ryan Hamilton | *Communications with White & Case re: plan of reorganization* | 0.5 | 7 |
| 10/12/23 | Ryan Hamilton | *Internal catch-up call with J. Finger, K. Lisanti, L. Hultgren re: claims* | 0.5 | 11 |
| 10/15/23 | Ryan Hamilton | *Call with potential bidder re: opportunity to participate in the process* | 0.5 | 2 |
| 10/16/23 | Ryan Hamilton | *Call with LAS Capital re: purchased assets* | 1.0 | 2 |
| 10/17/23 | Ryan Hamilton | *Prepare for sale hearing* | 2.0 | 1 |
| 10/17/23 | Ryan Hamilton | *Discussion with White & Case (D. Turetsky, J. Zakia) re: sale hearing* | 0.5 | 1 |
| 10/17/23 | Ryan Hamilton | *Discussion with UCC Advisors re: modifications to Burns proposal* | 0.5 | 2 |
| 10/17/23 | Ryan Hamilton | *Prepare for meeting with Board of Directors* | 0.5 | 11 |
| 10/17/23 | Ryan Hamilton | *Meeting with Lordstown Board of Directors* | 1.0 | 11 |
| 10/18/23 | Ryan Hamilton | *Sale hearing* | 1.0 | 1 |
| 10/19/23 | Ryan Hamilton | *Internal catch-up call with K. Lisanti, L. Hultgren re: plan and disclosure statement* | 0.5 | 11 |
| 10/25/23 | Ryan Hamilton | *Review of court docket re: amended plan* | 0.5 | 7 |
| 10/30/23 | Ryan Hamilton | *Review of court docket re: modified plan* | 0.5 | 7 |
| 10/31/23 | Ryan Hamilton | *Disclosure Statement Hearing* | 1.0 | 1 |
| | | **October 1, 2023 - October 31, 2023 Hours for Ryan Hamilton** | **21.5** | |

**Jefferies LLC**

*October 1, 2023 - October 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 10/02/23 | Kevin Lisanti | *Review of Company's public filings* | 0.5 | 1 |
| 10/02/23 | Kevin Lisanti | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Kevin Lisanti | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/04/23 | Kevin Lisanti | *Review of sale process outreach materials* | 0.5 | 2 |
| 10/04/23 | Kevin Lisanti | *Prepare outreach update materials* | 1.5 | 2 |
| 10/05/23 | Kevin Lisanti | *Review of sale process update materials* | 0.5 | 2 |
| 10/05/23 | Kevin Lisanti | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/06/23 | Kevin Lisanti | *Review of draft sale declaration* | 1.0 | 1 |
| 10/06/23 | Kevin Lisanti | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/07/23 | Kevin Lisanti | *Review of draft sale declaration* | 0.5 | 1 |
| 10/09/23 | Kevin Lisanti | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/10/23 | Kevin Lisanti | *Review of draft sale declaration* | 1.0 | 1 |
| 10/10/23 | Kevin Lisanti | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/12/23 | Kevin Lisanti | *Review of public information re: Lordstown market cap* | 0.5 | 1 |
| 10/12/23 | Kevin Lisanti | *Prepare materials re: active party status update* | 0.5 | 2 |
| 10/12/23 | Kevin Lisanti | *Internal catch-up call with J. Finger, R. Hamilton, L. Hultgren re: claims* | 0.5 | 11 |
| 10/13/23 | Kevin Lisanti | *Review of draft sale declaration* | 0.5 | 2 |
| 10/15/23 | Kevin Lisanti | *Call with potential buyer re: opportunity to participate in the process* | 0.5 | 2 |
| 10/18/23 | Kevin Lisanti | *Sale hearing* | 1.0 | 1 |
| 10/19/23 | Kevin Lisanti | *Internal catch-up call with R. Hamilton, L. Hultgren re: plan and disclosure statement* | 0.5 | 11 |
| 10/31/23 | Kevin Lisanti | *Disclosure Statement Hearing* | 1.0 | 1 |
| | | **October 1, 2023 - October 31, 2023 Hours for Kevin Lisanti** | **14.5** | |
| 10/02/23 | Kelly Pasekoff | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Kelly Pasekoff | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/05/23 | Kelly Pasekoff | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/06/23 | Kelly Pasekoff | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/09/23 | Kelly Pasekoff | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/10/23 | Kelly Pasekoff | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/12/23 | Kelly Pasekoff | *Review materials re: active party status update* | 0.5 | 2 |
| 10/12/23 | Kelly Pasekoff | *Internal communications re: potential buyer feedback* | 0.5 | 2 |
| 10/15/23 | Kelly Pasekoff | *Call with potential buyer re: opportunity to participate in the process* | 0.5 | 2 |
| 10/18/23 | Kelly Pasekoff | *Sale hearing* | 1.0 | 1 |
| | | **October 1, 2023 - October 31, 2023 Hours for Kelly Pasekoff** | **6.5** | |

**Jefferies LLC**

*October 1, 2023 - October 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 10/01/23 | Lars Hultgren | *Review of court docket re: notice of selection of successful bidder* | 0.5 | 1 |
| 10/02/23 | Lars Hultgren | *Review of Company's public filings* | 0.5 | 1 |
| 10/02/23 | Lars Hultgren | *Provide process update to potential buyers* | 2.0 | 2 |
| 10/02/23 | Lars Hultgren | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Lars Hultgren | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/03/23 | Lars Hultgren | *Conversation with potential buyer re: public filings* | 0.5 | 2 |
| 10/03/23 | Lars Hultgren | *Update sale process contact log* | 0.5 | 2 |
| 10/04/23 | Lars Hultgren | *Review and prepare sale process outreach materials* | 1.5 | 2 |
| 10/04/23 | Lars Hultgren | *Provide process update to potential buyers* | 0.5 | 2 |
| 10/04/23 | Lars Hultgren | *Communications re: buyer NDAs* | 0.5 | 2 |
| 10/05/23 | Lars Hultgren | *Omnibus hearing* | 1.0 | 1 |
| 10/05/23 | Lars Hultgren | *Review of sale process update materials* | 1.0 | 2 |
| 10/05/23 | Lars Hultgren | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/06/23 | Lars Hultgren | *Review of draft sale declaration* | 2.0 | 1 |
| 10/06/23 | Lars Hultgren | *Review of court docket re: notice of selection of successful bidder* | 0.5 | 1 |
| 10/06/23 | Lars Hultgren | *Review of bids received* | 1.5 | 2 |
| 10/06/23 | Lars Hultgren | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/07/23 | Lars Hultgren | *Review of draft sale declaration* | 1.0 | 1 |
| 10/09/23 | Lars Hultgren | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/09/23 | Lars Hultgren | *Communications with White & Case re: Company contracts* | 0.5 | 2 |
| 10/10/23 | Lars Hultgren | *Review of draft sale declaration* | 1.0 | 1 |
| 10/10/23 | Lars Hultgren | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/10/23 | Lars Hultgren | *Monitor sale process VDR* | 0.5 | 2 |
| 10/10/23 | Lars Hultgren | *Communications with potential buyers re: assets of interest* | 0.5 | 2 |
| 10/11/23 | Lars Hultgren | *Communications with interested party re: site visit* | 1.0 | 2 |
| 10/12/23 | Lars Hultgren | *Review of public information re: Lordstown market cap* | 1.0 | 1 |
| 10/12/23 | Lars Hultgren | *Prepare materials re: active party status update* | 1.0 | 2 |
| 10/12/23 | Lars Hultgren | *Update sale process contact log* | 0.5 | 2 |
| 10/12/23 | Lars Hultgren | *Review and manage sale process VDR* | 0.5 | 2 |
| 10/12/23 | Lars Hultgren | *Review of Lordstown market cap and stock price* | 1.0 | 9 |
| 10/12/23 | Lars Hultgren | *Internal catch-up call with J. Finger, R. Hamilton, K. Lisanti re: claims* | 0.5 | 11 |
| 10/14/23 | Lars Hultgren | *Review of draft sale declaration* | 0.5 | 2 |
| 10/15/23 | Lars Hultgren | *Call with potential buyer re: opportunity to participate in the process* | 0.5 | 2 |
| 10/16/23 | Lars Hultgren | *Manage sale process VDR* | 0.5 | 2 |
| 10/16/23 | Lars Hultgren | *Review of draft sale declaration* | 0.5 | 2 |
| 10/17/23 | Lars Hultgren | *Communications with potential buyer re: NDA* | 0.5 | 2 |
| 10/18/23 | Lars Hultgren | *Sale hearing* | 1.0 | 1 |
| 10/18/23 | Lars Hultgren | *Review court docket re: sale order* | 0.5 | 1 |
| 10/18/23 | Lars Hultgren | *Manage buyer VDR* | 0.5 | 2 |
| 10/19/23 | Lars Hultgren | *Internal catch-up call with R. Hamilton, K. Lisanti re: plan and disclosure statement* | 0.5 | 11 |
| 10/25/23 | Lars Hultgren | *Manage buyer VDR* | 0.5 | 2 |
| 10/25/23 | Lars Hultgren | *Review of court docket re: amended plan* | 1.0 | 7 |
| 10/27/23 | Lars Hultgren | *Review of Company's public filings* | 0.5 | 1 |
| 10/30/23 | Lars Hultgren | *Review of court docket re: modified plan* | 1.0 | 7 |
| 10/31/23 | Lars Hultgren | *Disclosure Statement Hearing* | 1.0 | 1 |
| **October 1, 2023 - October 31, 2023 Hours for Lars Hultgren** | | | **34.5** | |