# EXHIBIT B

## Expense Detail

**Expense Detail**
October 1 - October 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| KEVIN LISANTI | 9/19/2023 | $28.38 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/20/2023 | $9.37 | TAXI |
| LARS HULTGREN | 9/20/2023 | $18.00 | TAXI |
| LARS HULTGREN | 9/21/2023 | $29.37 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/21/2023 | $27.14 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/26/2023 | $30.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/26/2023 | $10.47 | TAXI |
| LARS HULTGREN | 9/27/2023 | $27.16 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/27/2023 | $9.12 | TAXI |
| LARS HULTGREN | 9/28/2023 | $29.37 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/28/2023 | $15.23 | TAXI |
| LARS HULTGREN | 9/29/2023 | $30.00 | EMPLOYEE MEAL |
| JEFFREY FINGER | 10/4/2023 | $55.00 | EMPLOYEE MEAL |
| RYAN HAMILTON | 10/4/2023 | $55.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/5/2023 | $30.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/5/2023 | $13.95 | TAXI |
| LARS HULTGREN | 10/6/2023 | $29.51 | EMPLOYEE MEAL |
| DENTONS | 10/31/2023 | $8,409.00 | LEGAL |
| **Total Expense** | | **$8,856.07** | |

![Dentons logo]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

November 14, 2023

**Invoice No. 2684314**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

Total This Invoice                                      $         8,409.00


Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:           Payment by wire transfer/ACH should be sent to:
Dentons US LLP                                                  Citi Private Bank
Dept. 3078                          OR           227 West Monroe, Chicago, IL 60606
Carol Stream, IL  60132-3078                            ABA Transit # ████████
                                                               Account #: ████████
                                                Account Name: Dentons US LLP
                                                            Swift Code: ████████
                                    Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

November 14, 2023

**Invoice No. 2684314**

Client/Matter:   09806540-000061

Lordstown Motors
8396

_____

For Professional Services Rendered through October 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/05/23 | T. Labuda | 0.80 | 1,080.00 | Review and comment on Finger sale declaration. |
| 10/05/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger and Hamilton re declaration comments. |
| 10/06/23 | S. Ruben | 0.10 | 66.00 | Review interim compensation procedures. |
| 10/07/23 | T. Labuda | 0.30 | 405.00 | Review and comment on further revised Finger sale declaration. |
| 10/07/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re revised declaration. |
| 10/10/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger and Passoni re additional parties in interest. |
| 10/10/23 | T. Labuda | 0.20 | 270.00 | Review revised sale declaration. |
| 10/10/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re revised sale declaration. |
| 10/10/23 | S. Ruben | 0.10 | 66.00 | Correspond with J. Finger, C. Passoni, and T. Labuda re supplemental PII list. |
| 10/12/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee application. |
| 10/13/23 | T. Labuda | 0.20 | 270.00 | Review revised sale declaration. |
| 10/13/23 | T. Labuda | 0.10 | 135.00 | Emails with client re revised sale declaration. |
| 10/15/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton and T. Labuda re sale declaration. |
| 10/15/23 | T. Labuda | 0.20 | 270.00 | Review revised sale declaration. |
| 10/15/23 | T. Labuda | 0.10 | 135.00 | Emails with client re revised declaration. |
| 10/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with C. Passoni, and T. Labuda re supplemental PII list. |
| 10/19/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |

Lordstown Motors
8396

Matter: 09806540-000061  
Invoice No.: 2684314

November 14, 2023

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/19/23 | S. Ruben | 0.70 | 462.00 | Draft interim fee application. |
| 10/19/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti re monthly and interim fee application. |
| 10/19/23 | T. Labuda | 0.20 | 270.00 | Conference with Ruben re interim compensation procedures and fee filings. |
| 10/19/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re fee filings. |
| 10/24/23 | T. Labuda | 0.30 | 405.00 | Emails and conference with client re fee filings timing and procedures. |
| 10/24/23 | S. Ruben | 0.20 | 132.00 | Conference with R. Hamilton and T. Labuda re interim fee application. |
| 10/24/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |
| 10/25/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |
| 10/25/23 | S. Ruben | 0.80 | 528.00 | Draft monthly fee application. |
| 10/26/23 | S. Ruben | 0.60 | 396.00 | Draft monthly fee application. |
| 10/26/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee application. |
| 10/26/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re consolidated fee statement. |
| 10/30/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |
| 10/31/23 | S. Ruben | 2.90 | 1,914.00 | Draft consolidated monthly and interim fee applications. |
| 10/31/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee applications. |
| 10/31/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re consolidated monthly and interim fee filings. |
| Total Hours | | 9.50 | | |
| Fee Amount | | | | $ 8,409.00 |

Lordstown Motors
8396

Matter: 09806540-000061  
Invoice No.: 2684314

November 14, 2023

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 3.10 | $ 4,185.00 |
| S. Ruben | $ 660.00 | <u>6.40</u> | <u>$ 4,224.00</u> |
| Totals |  | 9.50 | $ 8,409.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 8,409.00 |
| Invoice Total | <u>$</u> | <u>8,409.00</u> |

4