# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Diana Mauricio, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On December 28, 2023, I caused copies of the
- [Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket No. 727]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore, on December 28, 2023, I caused copies of the
- [Customized for Rule 3001(e)(1) or 3001(e)(3)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or 3001(e)(3) [Re Docket No. 726]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: January 2, 2024

*/s/ Diana Mauricio*
Diana Mauricio
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|
| Rascar Engineering, LLC | Poornima Kustagishettar | 555 Metro PL N Ste #500 | Dublin | OH | 43017 | $41,180.00 | $41,180.00 | 726 | Transferor |
| TRC Master Fund LLC | Attn Terrel Ross | PO Box 633 | Woodmere | NY | 11598 | $41,180.00 | $41,180.00 | 726 | Transferee |

# Exhibit B

**Exhibit B**
**Rule 3001(e)(2) or 3001(e)(4)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| TOOGANN Technologies LLC | | 555 Metroplace N Ste #500 | Dublin | OH | 43017 | 200 | $41,180.00 | $41,180.00 | 727 | Transferor |
| TRC Master Fund LLC | Attn Terrel Ross | PO Box 633 | Woodmere | NY | 11598 | 200 | $41,180.00 | $41,180.00 | 727 | Transferee |