**Lordstown Motors Corp.**

**Schedule 1**
**Rejected Executory Contracts**

| Counterparty or Landlord | Counterparty or Landlord Address | Contract Description | Debtor | Rejection Effective Date |
|---|---|---|---|---|
| 275 Hills Tech Ventures LLC | P.O. Box 668<br>Troy, MI 48099<br>John@venture.com<br>Ashulin@libertypropertymgmt.com | Lease dated August 30, 2022 for property located at 27000 Hills Tech Court (second floor), Farmington Hills, MI 48331 | Lordstown EV Corporation | 12/31/2023 |
| Cintas Corporation | P.O. Box 630803<br>Cincinnati, OH 45263 | Cintas Corp - Payer# 21007041 | Lordstown EV Corporation | 12/31/2023 |
| Cox Communications California, LLC., Cox California Telcom, LLC | 27121 Towne Centre Dr.<br>Foothill Ranch, CA 92610 | Commercial Services Agreement dated December 3, 2020 | Lordstown Motors Corp. | 12/31/2023 |
| Comcast Cable Communications Management, LLC | 1701 John F Kennedy Blvd<br>Philadelphia, PA 19103<br>Mike_Sherman@comcast.com | Comcast Enterprise Services SOF dated 9/1/22; OH-23040643 | Lordstown Motors Corp. | 12/31/2023 |
| Foxconn EV Property Development LLC | 4568 Mayfield Rd., Ste. 204<br>Cleveland, OH 44121<br>Jerry.Hsiao@foxconn.com<br>Stevenyu@foxconn.Com | Lease agreement for 2300 Hallock Young Road, Lordstown, OH 44481 | Lordstown EV Corporation | 12/31/23 |