**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | |
|---|---|
| Lordstown Motors Corp, *et al.*,[1] | Chapter 11 |
| Debtors. | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON JANUARY 10, 2024 AT 3:00 P.M. (ET)**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov**

***The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.**

## I. RESOLVED MATTER:

1. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective as of the Dates Specified Herein and (II) Granting Related Relief [Docket No. 861 – filed December 22, 2023]

   Response/Objection Deadline: January 3, 2024 at 4:00 p.m. (ET)

   Responses/Objections Received:

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective as of the Dates Specified Herein and (II) Granting Related Relief [Docket No. 884 – filed January 4, 2024]

   ii. Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective as of the Dates Specified Herein and (II) Granting Related Relief [Docket No. 889 – entered January 5, 2024]

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Status: On January 5, 2024, the Court entered an order resolving this matter. Accordingly, a hearing is no longer necessary with regard to this matter.

## II. **CONTINUED MATTERS**:

2. Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 668 – filed November 6, 2023]

Response/Objection Deadline: November 14, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Debtors' Objection to Ohio Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 696 – filed November 14, 2023]

B. Objection of the Official Committee of Equity Security Holders to the Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 699 – filed November 14, 2023]

Related Documents:

i. Declaration of James Lee in Support of Debtors' Objection to Ohio Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Claims [Docket No. 697 – filed November 14, 2023]

Status: The hearing on this matter has been continued to a date and time to be determined and will be noted on the record at the January 10, 2024 hearing.

3. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (III) Granting Related Relief [Docket No. 776 – filed December 5, 2023]

Response/Objection Deadline: December 12, 2023 at 4:00 p.m. (ET); extended until December 14, 2023 at 4:00 p.m. (ET) for TERIS-Phoenix LLC

Responses/Objections Received:

Related Documents:

i. Notice of Filing of Revised Proposed Order Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (III) Granting Related Relief [Docket No. 808 – filed December 11, 2023]

Status: The hearing on this matter has been continued to a date and time to be determined and will be noted on the record at the January 10, 2024 hearing.

4. Motion of the U.S. Securities and Exchange Commission for Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. § 1141(d)(6) [Docket No. 847 – filed December 20, 2023]

Response/Objection Deadline: January 3, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors, Equity Committee, and the Debtors until 7 days before the date of the continued hearing (which is TBD).

Responses/Objections Received:

Related Documents:

Status: The hearing on this matter has been continued to a date and time to be determined and will be noted on the record at the January 10, 2024 hearing.

## III. CONTINUED MATTER/CONFIRMATION:

5. Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 657 – filed November 1, 2023]

Response/Objection Deadline: December 8, 2023 at 4:00 p.m. (ET); extended for Former Directors and Officers until Monday, December 11, 2023 at 12:00 p.m. (ET); extended for the Office of the United States Trustee for the District of Delaware until December 29, 2023 at 4:00 p.m. (ET); extended for the ERND until December 12, 2023 at 12:00 p.m. (ET); extended for NHTSA until January 3, 2024 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors, Equity Committee, Security & Exchange Commission, the Ohio Securities Action Lead Plaintiff and Certain DiamondPeak Directors Foxconn until January 12, 2024 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Objection of Rahul Singh to Debtors' Plan (Docket #766) [Docket No. 793 – filed December 7, 2023]

B. Objection of the United States Trustee to Confirmation of the Debtors' Plan [Docket No. 878 – filed December 29, 2023]

Related Documents:

i. Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 360 – filed September 1, 2023]

ii. Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with the Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 651 – filed November 1, 2023].

iii. Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Plan, (IV) Procedures for Objecting to the Confirmation of the Plan, and (V) Procedures and Deadline for Voting on the Plan [Docket No. 661 – filed November 1, 2023]

iv. Notice of Filing of Plan Supplement for the Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 766 – filed December 1, 2023]

v. Notice of Filing of Proposed Order (I) Confirming Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors and (II) Granting Related Relief [Docket No. 767 – December 1, 2023]

vi. Notice of Rescheduled Confirmation Hearing Date and Time [Docket No. 831 – filed December 15, 2023]

Status: The hearing on this matter has been continued to a date and time to be determined and will be noted on the record at the January 10, 2024 hearing.

Dated: January 8, 2024
Wilmington, Delaware

<table>
<tr>
<td>
<u>/s/ Donald J. Detweiler</u><br>
WOMBLE BOND DICKINSON (US) LLP<br>
Donald J. Detweiler (DE Bar No. 3087)<br>
Morgan L. Patterson (DE Bar No. 5388)<br>
1313 North Market Street, Suite 1200<br>
Wilmington, Delaware 19801<br>
Telephone: (302) 252-4320<br>
Facsimile: (302) 252-4330<br>
don.detweiler@wbd-us.com<br>
morgan.patterson@wbd-us.com<br>
<br>
Counsel to the Debtors and<br>
Debtors in Possession
</td>
<td>
WHITE & CASE LLP<br>
Thomas E Lauria (admitted pro hac vice)<br>
Matthew C. Brown (admitted pro hac vice)<br>
Fan B. He (admitted pro hac vice)<br>
200 South Biscayne Boulevard, Suite 4900<br>
Miami, FL 33131<br>
Telephone: (305) 371-2700<br>
tlauria@whitecase.com<br>
mbrown@whitecase.com<br>
fhe@whitecase.com<br>
<br>
David M. Turetsky (admitted pro hac vice)<br>
1221 Avenue of the Americas<br>
New York, NY 10020<br>
Telephone: (212) 819-8200<br>
david.turetsky@whitecase.com<br>
<br>
Jason N. Zakia (admitted pro hac vice)<br>
111 South Wacker Drive, Suite 5100<br>
Chicago, IL 60606<br>
Telephone: (312) 881-5400<br>
jzakia@whitecase.com<br>
<br>
Roberto Kampfner (admitted pro hac vice)<br>
Doah Kim (admitted pro hac vice)<br>
RJ Szuba (admitted pro hac vice)<br>
555 South Flower Street, Suite 2700<br>
Los Angeles, CA 90071<br>
Telephone: (213) 620-7700<br>
rkampfner@whitecase.com<br>
doah.kim@whitecase.com<br>
rj.szuba@whitecase.com<br>
<br>
Counsel to Debtors and<br>
Debtors in Possession
</td>
</tr>
</table>