**<u>EXHIBIT A</u>**

<u>**QUARTERLY STATEMENT**</u>

**Ordinary Course Professionals**
**October 2023 through December 2023**

| Name | October 2023 Monthly Payments | November 2023 Monthly Payments | December 2023 Monthly Payments | Cumulative Post-Petition Payments[1] |
|---|---|---|---|---|
| Ankura Intermediate Holdings, LP (DBA Ankura Consulting Group LLC) | $0 | $0 | $0 | $14,415 |
| AP Expert Group LLC | $0 | $0 | $0 | $0 |
| Brikho & Kallabat, P.C. (DBA Joseph Kallabat and Associates, PC) | $0 | $0 | $0 | $0 |
| Deloitte & Touche LLP | $0 | $8,254 | $17,719 | $50,745 |
| Ernst & Young | $15,000 | $20,000 | $5,000 | $60,000 |
| Foley & Lardner LLP | $4,879 | $9,999 | $956 | $24,818 |
| FTI Consulting, Inc. | $31,964 | $15,993 | $0 | $50,020 |
| Haynes and Boone, LLP | $1,390 | $0 | $4,560 | $12,436 |
| Mercer Capital Management, Inc. | $0 | $0 | $0 | $1,638 |
| Nelson Mullins Riley & Scarborough LLP | $0 | $9,574 | $3,375 | $17,976 |
| Potter Anderson & Corroon LLP | $8,467 | $0 | $0 | $13,115 |
| Prospect Law LLP | $0 | $0 | $0 | $0 |
| Robar Public Relations | $0 | $0 | $0 | $0 |
| RSM US LLP | $0 | $0 | $0 | $0 |
| Sullivan & Cromwell LLP | $0 | $43,500 | $22,500 | $66,000 |
| WIT Legal, LLC | $0 | $0 | $0 | $10,000 |

\* Figures are rounded to the nearest dollar.

---

[1] From the Petition Date through December 31, 2023.