# Notice Recipients

District/Off: 0311−1   User: admin   Date Created: 1/9/2024
Case: 23−10831−MFW   Form ID: trclaim   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
18766795   IEE S.A.   12 Rue Pierre Richardot, Zone Industriel   Echternach, L−6488, Luxembourg

TOTAL: 1