**<u>CERTIFICATE OF SERVICE</u>**

  I, Jennifer R. Hoover, hereby certify that on January 9, 2024, I caused the foregoing Certification of *Counsel Regarding Revised Order Granting Relief from the Automatic Stay, to the Extent Applicable, to Permit Payment, Reimbursement and/or Advancement of Defense Costs and Fees and Related Expenses to Edward Hightower and Adam Kroll Under Directors and Officers Insurance Policies* to be served by electronic means via the Court's ECF system to all parties registered to receive electronic notice in this case.

              */s/ Jennifer R. Hoover*
              Jennifer R. Hoover (DE 5111)