03:00 PM

## 23-10831-MFW Lordstown Motors Corp.

| | |
|---|---|
| **Matthew Altman**<br>via: Video and Audio<br>Representing:<br>The Official Committee of Equity Security Holders | M3 Partners<br>1700 Broadway 19th Floor<br>York, NY 10019 |
| **David W. Baddley**<br>via: Video and Audio<br>Representing:<br>U.S. Securities and Exchange Commission | U.S. Securities & Exchange Commission<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326 |
| **Donald J. Detweiler**<br>via: Video and Audio<br>Representing:<br>Debtors | Womble Bond<br>1313 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801 |
| **Shari I. Dwoskin**<br>via: Video and Audio<br>Representing:<br>The Official Committee of Equity Security Holders | Brown Rudnick<br>1 Financial Ctr<br>Boston, MA 02111 |
| **Michael Seth Etkin**<br>via: Video and Audio<br>Representing:<br>Securities Class Action Lead Plaintiff | Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068 |
| **Cindy Giobbe**<br>via: Video and Audio<br>Representing:<br>Debtors | Womble Bond<br>1313 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801 |
| **Wilfred Guo**<br>via: Video and Audio<br>Representing: | JH Lane<br>126 East 56th Street, Suite 1620<br>New York, NY 10022 |
| **Daniel Guyder**<br>via: Video and Audio<br>Representing:<br>Foxconn | Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Benjamin A. Hackman**<br>via: Video and Audio<br>Representing:<br>Andrew R. Vara, U.S. Trustee for Region 3 | Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 |
| **TaylorHarrison**<br>via: Audio Only<br>Representing: | 1345 Sixth Avenue<br>New York, NY 10105 |
| **Jacob R. Herz**<br>via: Video and Audio<br>Representing:<br>Foxconn | Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Roberto Kampfner**<br>via: Video and Audio<br>Representing:<br>Debtors | White & Case<br>555 South Flower Street<br>Suite 2700<br>Los Angeles, CA 90071 |

| | |
|---|---|
| **Brya Michele Keilson**<br>via: Video and Audio<br>Representing:<br>Official Committee of Equity Security Holders | Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19801 |
| **Deborah Kovsky-Apap**<br>via: Video and Audio<br>Representing:<br>Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022 |
| **Francis J. Lawall**<br>via: Video and Audio<br>Representing:<br>Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799 |
| **Livy Mezei**<br>via: Video and Audio<br>Representing:<br>Lordstown Motors Corp., et al. | White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Eric J. Monzo**<br>via: Video and Audio<br>Representing:<br>Official Committee of Equity Security Holders | Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| **Judekenneth Orji**<br>via: Video and Audio<br>Representing:<br>None | None<br>2008 Mapleleaf Pl<br>Upper Marlboro, MD 20774 |
| **Morgan L. Patterson**<br>via: Video and Audio<br>Representing:<br>Debtors | Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |
| **Shane M. Reil**<br>via: Video and Audio<br>Representing:<br>Darren Post, Steve Burns, John LaFleur, Rich Schmi | Young Conaway<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801 |
| **Tori Lynn Remington**<br>via: Video and Audio<br>Representing:<br>Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, 1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 |
| **Matthew A. Sawyer**<br>via: Video and Audio<br>Representing:<br>The Official Committee of Equity Security Holders | Brown Rudnick<br>1 Financial Ctr<br>Boston, MA 02111 |
| **Bennett S. Silverberg**<br>via: Video and Audio<br>Representing:<br>The Official Committee of Equity Security Holders | Brown Rudnick<br>7 Times Square<br>New York, NY 10036 |
| **Rahul Singh**<br>via: Video and Audio<br>Representing:<br>self | none<br>2061 ARGENTUM AVE<br>INDIAN LAND, SC 29707 |

| | |
|---|---|
| **Andrew L. Sole**<br>via: Audio Only<br>Representing:<br>Member of the Official Committee of Equity Holders | Esopus Creek Value Series Fund LP-Series "A"<br>81 Newtown Lane<br>East Hampton, NY 11937 |
| **Robert J. Stark**<br>via: Video and Audio<br>Representing:<br>The Official Committee of Equity Security Holders | Brown Rudnick<br>7 Times Square<br>New York, NY 10036 |
| **Jessica Steinhagen**<br>via: Audio Only<br>Representing: | 11 E. 26th St.<br>New York, NY 10010 |
| **David T. Turetsky**<br>via: Video and Audio<br>Representing:<br>Debtors | White & Case<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Robert Winning**<br>via: Video and Audio<br>Representing:<br>The Official Committee of Equity Security Partners | M3 Partners<br>1700 Broadway 19th Floor<br>York, NY 10019 |
| **Andrea Wood**<br>via: Audio Only<br>Representing:<br>press | Youngstown Publishing Co.<br>25 E. Boardman St.<br>Youngstown, OH 44514 |
| **Becky Yerak**<br>via: Video and Audio<br>Representing:<br>Wall Street Journal | 401 Justison St.<br>suite 347<br>Wilmington, DE 19801 |
| **Jason N. Zakia**<br>via: Video and Audio<br>Representing:<br>Debors | White & Case<br>111 South Wacker Drive<br>Suite 5100<br>Chicago, IL 60606 |