# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Lordstown Motors Corp.

**EIN:** 83−2533239
DiamondPeak Holdings Corp.

**Chapter:** 11

**Case No.:** 23−10831−MFW

Claim No.* (if known): 757
Amount (if known): $63,946.22

### NOTICE OF TRANSFER OF CLAIM

To IEE S.A. Claimant/Transferor:

YOU ARE HEREBY NOTIFIED that on 1/5/2024, a Transfer of Claim was filed with this Court purporting to transfer to Cedar Glade LP, Transferee, a claim previously filed by you.

Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Transferee
Cedar Glade LP
600 Madison Avenue, 17th Floor
New York, NY 10022
Attn: Robert K. Minkoff, President

Dated: 1/11/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court

District of Delaware

| In re: | Case No. 23-10831-MFW |
|---|---|
| Lordstown Motors Corp. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: trclaim | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 18766795 | IEE S.A., 12 Rue Pierre Richardot, Zone Industriel, Echternach, L-6488, Luxembourg |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Marelli North America Inc. awebb@fbtlaw.com, awebb@ecf.courtdrive.com |
| Albert Kass | on behalf of Claims Agent Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com ecfpleadings@kccllc.com |
| Amish R. Doshi | on behalf of Creditor Oracle America Inc. amish@doshilegal.com |
| Andrew Behlmann | on behalf of Interested Party George Troicky aBehlmann@lowenstein.com |
| Andrew Blake Still | on behalf of Creditor Applied Medical Resources Corp. astill@swlaw.com kcollins@swlaw.com |
| Benjamin A. Hackman | on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov |
| Bennett Silverberg | on behalf of Creditor Committee Official Committee of Equity Security Holders hcohen@brownrudnick.com;msoliman@brownrudnick.com;tburns@brownrudnick.com |
| Brya Michele Keilson | |

| | |
|---|---|
| | on behalf of Creditor Committee Official Committee of Equity Security Holders bkeilson@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Christopher A. Ward | |
| | on behalf of Creditor Logicalis Inc. cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Christopher Page Simon | |
| | on behalf of Interested Party George Troicky csimon@crosslaw.com smacdonald@crosslaw.com |
| Daniel Guyder | |
| | on behalf of Interested Party Foxconn Ventures Pte. Ltd. daniel.guyder@allenovery.com |
| Daniel Guyder | |
| | on behalf of Interested Party Foxconn Ltd. (Far East) daniel.guyder@allenovery.com |
| Daniel Guyder | |
| | on behalf of Interested Party Foxconn EV System LLC daniel.guyder@allenovery.com |
| Daniel Guyder | |
| | on behalf of Interested Party Foxconn EV Property Development LLC daniel.guyder@allenovery.com |
| Daniel Guyder | |
| | on behalf of Interested Party Foxconn EV Technology Inc. daniel.guyder@allenovery.com |
| Daniel Guyder | |
| | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) daniel.guyder@allenovery.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Lordstown EV Corporation defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Daniel J. DeFranceschi | |
| | on behalf of Debtor Lordstown EV Sales LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| David M. Fournier | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors david.fournier@troutman.com wlbank@troutman.com;David.A.Smith@troutman.com;Monica.Molitor@troutman.com;Peggianne.Hardin@troutman.com |
| David W. Baddley | |
| | on behalf of Creditor U.S. Securities and Exchange Commission baddleyd@sec.gov |
| Domenic E. Pacitti | |
| | on behalf of Creditor Workhorse Group Inc. dpacitti@klehr.com |
| Donald J. Detweiler | |
| | on behalf of Plaintiff Lordstown Motors Corp. don.detweiler@wbd-us.com liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Donald J. Detweiler | |
| | on behalf of Plaintiff Lordstown EV Corporation don.detweiler@wbd-us.com liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Donald J. Detweiler | |
| | on behalf of Plaintiff Lordstown EV Sales LLC don.detweiler@wbd-us.com liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Donald J. Detweiler | |
| | on behalf of Debtor Lordstown Motors Corp. don.detweiler@wbd-us.com liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Donna L. Culver | |
| | on behalf of Interested Party Foxconn Ventures Pte. Ltd. dculver@morrisnichols.com |
| Donna L. Culver | |
| | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) dculver@morrisnichols.com |
| Donna L. Culver | |
| | on behalf of Interested Party Foxconn Ltd. (Far East) dculver@morrisnichols.com |
| Donna L. Culver | |
| | on behalf of Interested Party Foxconn EV Technology Inc. dculver@morrisnichols.com |
| Donna L. Culver | |
| | on behalf of Interested Party Foxconn EV System LLC dculver@morrisnichols.com |
| Donna L. Culver | |
| | on behalf of Interested Party Foxconn EV Property Development LLC dculver@morrisnichols.com |
| Edward Michael King | |
| | on behalf of Creditor Akebono Brake Corporation tking@fbtlaw.com tking@ecf.insoruptcy.com |
| Ellen Slights | |
| | on behalf of Creditor United States/USAO usade.ecfbankruptcy@usdoj.gov |
| Eric J. Monzo | |

Case 23-10831-MFW    Doc 907    Filed 01/11/24    Page 4 of 7

| District/off: 0311-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Committee Official Committee of Equity Security Holders emonzo@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Evan T. Miller | |
| | on behalf of Interested Party Harco Manufacturing Group LLC evan.miller@saul.com, robyn.warren@saul.com |
| Francis J. Lawall | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors francis.lawall@troutman.com susan.henry@troutman.com |
| Garvan F. McDaniel | |
| | on behalf of Creditor Joshua Strickland gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Garvan F. McDaniel | |
| | on behalf of Creditor Andrew Strickland gfmcdaniel@dkhogan.com gdurstein@dkhogan.com |
| Heather L. Donald | |
| | on behalf of Creditor State of Michigan Department of Treasury donaldh@michigan.gov |
| James E. Huggett | |
| | on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com |
| Jason M. Madron | |
| | on behalf of Debtor Lordstown EV Sales LLC madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Jason M. Madron | |
| | on behalf of Debtor Lordstown EV Corporation madron@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Jeffrey C. Wisler | |
| | on behalf of Creditor Cigna Health and Life Insurance Company jwisler@connollygallagher.com |
| Jennifer R. Hoover | |
| | on behalf of Interested Party Adam Kroll jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jennifer R. Hoover | |
| | on behalf of Interested Party Edward Hightower jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Joseph Badtke-Berkow | |
| | on behalf of Interested Party Foxconn Ltd. (Far East) joseph.badtke-berkow@allenovery.com josh.neifeld@allenovery.com;katie.crispi@allenovery.com |
| Joseph Badtke-Berkow | |
| | on behalf of Interested Party Foxconn Ventures Pte. Ltd. joseph.badtke-berkow@allenovery.com josh.neifeld@allenovery.com;katie.crispi@allenovery.com |
| Joseph Badtke-Berkow | |
| | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) joseph.badtke-berkow@allenovery.com, josh.neifeld@allenovery.com;katie.crispi@allenovery.com |
| Joseph Badtke-Berkow | |
| | on behalf of Interested Party Foxconn EV System LLC joseph.badtke-berkow@allenovery.com josh.neifeld@allenovery.com;katie.crispi@allenovery.com |
| Joseph Badtke-Berkow | |
| | on behalf of Interested Party Foxconn EV Property Development LLC joseph.badtke-berkow@allenovery.com josh.neifeld@allenovery.com;katie.crispi@allenovery.com |
| Joseph Badtke-Berkow | |
| | on behalf of Interested Party Foxconn EV Technology Inc. joseph.badtke-berkow@allenovery.com, josh.neifeld@allenovery.com;katie.crispi@allenovery.com |
| Joseph Charles Barsalona II | |
| | on behalf of Defendant BENJAMIN HEBERT jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph Charles Barsalona II | |
| | on behalf of Defendant ATRI AMIN jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph Charles Barsalona II | |
| | on behalf of Interested Party Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. jbarsalona@pashmanstein.com joseph--barsalona-5332@ecf.pacerpro.com |
| Joseph O. Larkin | |
| | on behalf of Interested Party LAS Capital LLC Joseph.Larkin@skadden.com Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Kevin Gross | |
| | on behalf of Debtor Lordstown EV Corporation gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Kevin Gross | |

| | |
|---|---|
| | on behalf of Debtor Lordstown EV Sales LLC gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Kurtzman Carson Consultants LLC | info@kccllc.com ecfpleadings@kccllc.com |
| Marc N. Swanson | on behalf of Creditor GAC R&D Center Silicon Valley Inc. swansonm@millercanfield.com, Baxter@millercanfield.com,wysocki@millercanfield.com |
| Matthew B. Harvey | on behalf of Interested Party Foxconn EV Technology Inc. mharvey@morrisnichols.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. Harvey | on behalf of Interested Party Foxconn EV System LLC mharvey@morrisnichols.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. Harvey | on behalf of Interested Party Foxconn Ventures Pte. Ltd. mharvey@morrisnichols.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. Harvey | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) mharvey@morrisnichols.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. Harvey | on behalf of Interested Party Foxconn Ltd. (Far East) mharvey@morrisnichols.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew B. Harvey | on behalf of Interested Party Foxconn EV Property Development LLC mharvey@morrisnichols.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Foxconn EV System LLC mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Foxconn EV Technology Inc. mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn EV Technology Inc. mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Hon Hai Precision Industry Co. Ltd mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn (Far East) Limited mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) mtalmo@mnat.com, matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Foxconn EV Property Development LLC mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Interested Party Foxconn Ltd. (Far East) mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn EV System LLC mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jla |

Case 23-10831-MFW    Doc 907    Filed 01/11/24    Page 6 of 7

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Jan 09, 2024 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| Matthew O Talmo | on behalf of Interested Party Foxconn Ventures Pte. Ltd. mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Defendant Foxconn Ventures Pte. Ltd. mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew O Talmo | on behalf of Debtor Lordstown Motors Corp. mtalmo@mnat.com matthew-talmo-2348@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Matthew P. Austria | on behalf of Creditor Applied Medical Resources Corp. maustria@austriallc.com |
| Michael Seth Etkin | on behalf of Interested Party George Troicky metkin@lowenstein.com |
| Morgan L. Patterson | on behalf of Plaintiff Lordstown EV Sales LLC morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Morgan L. Patterson | on behalf of Debtor Lordstown Motors Corp. morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Morgan L. Patterson | on behalf of Plaintiff Lordstown EV Corporation morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Morgan L. Patterson | on behalf of Plaintiff Lordstown Motors Corp. morgan.patterson@wbd-us.com Heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;cindy.giobbe@wbd-us.com |
| Rahul Singh | sonuram@aol.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Robert J. Dehney | on behalf of Interested Party Foxconn Ltd. (Far East) rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Interested Party Foxconn EV Technology Inc. rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Interested Party Hon Hai Precision Industry Co. Ltd. (a/k/a Hon Hai Technology Group) rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Interested Party Foxconn EV Property Development LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Interested Party Foxconn EV System LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Robert J. Dehney | on behalf of Interested Party Foxconn Ventures Pte. Ltd. rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Roberto J Kampfner | on behalf of Debtor Lordstown Motors Corp. rkampfner@whitecase.com amackintosh@whitecase.com |
| Sarah Eichenberger | on behalf of Interested Party Edward Hightower sarah.eichenberger@katten.com |
| Sarah Eichenberger | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Jan 09, 2024 | Form ID: trclaim | Total Noticed: 1 |

    on behalf of Interested Party Adam Kroll sarah.eichenberger@katten.com

Schuyler G. Carroll
    on behalf of Creditor Cedar Glade LP scarroll@loeb.com fmckeown@loeb.com

Scott Cargill
    on behalf of Interested Party George Troicky scargill@lowenstein.com

Sean Matthew Beach
    on behalf of Interested Party Darren Post  Steve Burns, John LaFleur, and Rich Schmidt bankfilings@ycst.com

Shawn M. Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon E. Fraser
    on behalf of Interested Party Nexteer Automotive Corporation sfraser@cozen.com
    sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Stephen Della Penna
    on behalf of Interested Party LAS Capital LLC stephen.dellapenna@skadden.com
    Christopher.heaney@skadden.com;stephen-della-penna-6290@ecf.pacerpro.com;andrea.bates@skadden.com

Stephen B. Grow
    on behalf of Creditor Elaphe Propulsion Technologies Ltd. sgrow@wnj.com bpowers@wnj.com

Steven Walsh
    on behalf of Interested Party Edward Hightower SWalsh@beneschlaw.com
    docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
    on behalf of Interested Party Adam Kroll SWalsh@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Thomas E Lauria
    on behalf of Debtor Lordstown Motors Corp. tlauria@whitecase.com mco@whitecase.com;jdisanti@whitecase.com

Tori Lynn Remington
    on behalf of Creditor Committee Official Committee of Unsecured Creditors tori.remington@troutman.com
    wlbank@troutman.com;Monica.Molitor@troutman.com

Tristan E Manthey
    on behalf of Creditor Joshua Strickland tmanthey@fishmanhaygood.com
    kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Tristan E Manthey
    on behalf of Creditor Andrew Strickland tmanthey@fishmanhaygood.com
    kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine
    on behalf of Creditor Elaphe Propulsion Technologies Ltd. whazeltine@sha-llc.com

TOTAL: 109