**Exhibit B**

**Expense Detail**

N/A

AMERICAS 125910608