### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LORDSTOWN MOTORS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-10831 (MFW) <br><br> (Jointly Administered) <br><br> **Related Docket No. 857** |

### CERTIFICATE OF NO OBJECTION REGARDING FOURTH MONTHLY STAFFING AND COMPENSATION REPORT OF HURON CONSULTING SERVICES LLC FOR THE PERIOD FROM NOVEMBER 1, 2023, THROUGH NOVEMBER 30, 2023

On December 21, 2023, the undersigned counsel filed on behalf of Huron Consulting Services LLC ("Huron") the *Fourth Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from November 1, 2023, Through November 30, 2023* [Docket No. 857] (the "Application"). The notice attached to the Application established a deadline of January 10, 2024 at 4:00 p.m. (Eastern Time) for filing and serving objections or responses to the Application (the "Objection Deadline").

The undersigned counsel certifies that no formal or informal objections or responses have been received with respect to the Application. The undersigned further certifies that she has reviewed the docket in these cases and that no objection or response to the Application appears thereon.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181], the Debtors are authorized to pay Huron a total of $109,241.20, which represents (i) $109,174.00 in fees [80% of the total fees $136,467.50] plus (ii) $67.20 in expenses

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

167052226v1

[100%] requested in the Application upon the filing of this certificate and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: January 18, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>*/s/ Tori L. Remington*<br>David M. Fournier (DE 2812)<br>Tori L. Remington (DE No. 6901)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, Suite 5100<br>Wilmington, DE 19801<br>Telephone: (302) 777-6500<br>Email:  david.fournier@troutman.com<br>          tori.remington@troutman.com<br><br>-and-<br><br>Francis J. Lawall (admitted *pro hac vice*)<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4451<br>Fax: (215) 981-4750<br>Email: francis.lawall@troutman.com<br><br>-and-<br><br>Deborah Kovsky-Apap (admitted *pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 808-2726<br>Fax: (212) 704-6288<br>Email: deborah.kovsky@troutman.com<br><br>-and-<br><br>Sean P. McNally (admitted *pro hac vice*)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>Email: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |