## **CERTIFICATE OF SERVICE**

I, Tori L. Remington, hereby certify that on January 18, 2024, I caused the foregoing *Certificate of No Objection Regarding the Fourth Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from November 1, 2023, Through November 30, 2023* (the "CNO") to be served upon the parties set forth on the attached service list in the manner indicated. I further certify that all ECF participants registered in these cases were served electronically on January 18, 2024 with the CNO through the Court's ECF system at their respective email addresses registered with the Court.

      */s/ Tori L. Remington*
      Tori L. Remington (DE No. 6901)

167052226v1

| | |
|---|---|
| **Email and First Class Mail**<br>*(Co-Counsel to Debtors and Debtors in Possession)*<br>Donald J. Detweiler<br>Morgan L. Patterson<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com | **Email and First Class Mail**<br>*(Co-Counsel to Debtors and Debtors in Possession)*<br>David M. Turetsky<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>david.turetsky@whitecase.com |
| **Email and First Class Mail**<br>*(Co-Counsel to Debtors and Debtors in Possession)*<br>Thomas E. Lauria, Matthew C. Brown, and Fan B. He<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com; mbrown@whitecase.com<br>fhe@whitecase.com | **Email and First Class Mail**<br>Benjamin Hackman<br>U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>benjamin.a.hackman@usdoj.gov |
| **First Class Mail**<br>The Debtors, c/o Lordstown Motors Corporation<br>Attn: Adam Kroll<br>27000 Hills Tech Ct.<br>Farmington Hills, MI 48331 | **Email and First Class Mail**<br>(*Co-Counsel to Equity Committee*)<br>Robert J. Stark and Bennett S. Silverberg<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com |
| **Email and First Class Mail**<br>(*Co-Counsel to Equity Committee*)<br>Eric J. Monzo and Brya M. Keilson<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com | **Email and First Class Mail**<br>(*Co-Counsel to Equity Committee*)<br>Matthew A. Sawyer<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>msawyer@brownrudnick.com |

167052226v1