**CERTIFICATE OF SERVICE**

        I, Tori L. Remington, hereby certify that on January 19, 2024, I caused the foregoing *Second Supplemental Declaration of Deborah Kovsky-Apap in Support of Application for Entry of an Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of July 17, 2023* to be served upon the parties set forth on the attached service list in the manner indicated. All ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court.

*/s/ Tori L. Remington*
Tori L. Remington (DE No. 6901)

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Amphenol Interconnect Products Corporation | Holly McKiddy, Sophia | 20 Valley Street | | | Endicott | NY | 13760 | | holly.mckiddy@amphenol-ipc.com; lijuan.yi@amphenol-ipc.com; fanny.ning@amphenol-ipc.com | Email |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | | kim@trans-machine.com | Email |
| Top 30 | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | | Barry@trans-machine.com | Email |
| Counsel to Harco Manufacturing Group, LLC | Bayard, P.A. | Evan T. Miller | 600 North King Street, Suite 400 | | | Wilmington | DE | 19801 | | emiller@bayardlaw.com | Email |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | 500 Delaware Avenue, Suite 901 | | | Wilmington | DE | 19801 | | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com | Email |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | 1251 Avenue of the Americas | | | New York | NY | 10020 | | jeroen@blbglaw.com; thomas.james@blbglaw.com; margaret.lowing@blbglaw.com | Email |
| Top 30 | Bossard Inc. | Jon Dabney | 6521 Production Dr | | | Cedar Falls | IA | 50613 | | JDabney@bossard.com | Email |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | | | 1st Class Mail |
| Top 30 | CEVA Contract Logistics US Inc | Jim Zoltowski | 15350 Vickery Dr | | | Houston | TX | 77032 | | AR@cevalogistics.com | Email |
| Top 30 | Cognizant Mobility, Inc | Aneil Shah | 1391 Wheaton Ste 700 | | | Troy | MI | 48083 | | Aneil.Shah@cognizant.com | Email |
| Counsel for Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | 1201 N. Market Street, 20th Floor | | | Wilmington | DE | 19801 | | jwisler@connollygallagher.com | Email |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | | attorney.general@state.de.us; attorney.general@delaware.gov | Email |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | dosdoc_bankruptcy@state.de.us | Email |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | statetreasurer@state.de.us | Email |
| Top 30 | Elaphe Propulsion Technologies LTD | Luka Ambrozic | Teslova ulica 30 1000 | | | Ljubljana | | | Slovenia | Gregor.Golja@elaphe-ev.com | Email |
| Top 30 | Fiberdyne Research Pty Ltd | Julian Merrit | 14 Carmel Ave | | | Ferntree Gully | | VIC 3156 | Australia | julian.merritt@fiberdyne.com.au | Email |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com | Email |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | 1st Class Mail |
| Top 30 | Foxconn EV System LLC | Attn Liting Cai | 4568 Mayfield Rd Ste 204 | | | Cleveland | OH | 44121 | | | 1st Class Mail |
| Top 30 | Foxconn EV System LLC | Butzel Long | Attn Sheldon Klein | 201 W Big Beaver Ste 1200 | | Troy | MI | 48084 | | klein@butzel.com | Email |
| Top 30 | Foxconn EV System LLC | Matt Auffenorde | 2300 Hallock Young Rd | | | Warren | OH | 44481 | | matthew.auffenorde@fevsys.com; scot.mcmillin@fevsys.com | Email |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | | jerry.hsiao@foxconn.com; stevenyu@foxconn.com | Email |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | jerry.hsiao@Foxconn.com | Email |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | 1st Class Mail |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands | | 1st Class Mail |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | 3300 Great American Tower | 301 East Fourth Street | | Cincinnati | OH | 45202 | | awebb@fbtlaw.com | Email |
| Counsel for Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | 400 West Market Street Suite 3200 | | | Louisville | KY | 40202-3363 | | tking@fbtlaw.com | Email |
| Counsel for Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | 150 3rd Avenue South, Suite 1900 | | | Nashville | TN | 37201 | | pburgess@fbtlaw.com | Email |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | | Agcarr@law.ga.gov | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

1

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 | Greatech Integration (M) Sdn. Bhd. | HA Lai | Plot 287 (A), Lengkok Kampung Jawa Satu | Bayan Lepas Fiz Phase 3 | | 11900 Penang | | | Malaysia | halai@greatech-group.com | Email |
| Top 30 | Harco Manufacturing Group, LLC | Matthew Knepp | 3535 Kettering Blvd | | | Moraine | OH | 45439 | | mknepp@harcoonline.com | Email |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan | jerry.hsiao@Foxconn.com | Email |
| Top 30 | HRB Industries Corp | Kevin Yao | 3485 Swenson Ave | | | Saint Charles | IL | 60174 | | Kevin.Yao@hrbindustries.com; sherwin.zhang@hrbindustries.com | Email |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | attorney_general@atg.state.il.us; michelle@lisamadigan.org | Email |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | SBSE.Insolvency.Balt@irs.gov | Email |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | | 1st Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 1st Class Mail |
| Top 30 | JVIS USA LLC | Amanda Campana - Remittance | PO Box 530 | | | Mt Clemens | MI | 48046 | | campana@jvis.us | 1st Class Mail |
| Top 30 | JVIS USA LLC | | 52048 Shelby Parkway | | | Shelby Township | MI | 48315 | | | 1st Class Mail |
| Claims and Noticing Agent | KCC | | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | LordstownInfo@kccllc.com | Email |
| Top 30 | Laval Tool & Mould LTD. | David Wightman | 4965 8th Concession Rd | | | Maidstone | ON | N0R 1K0 | Canada | dwightman@lavaltool.net | Email |
| Debtors | Lordtown Motors Corp. | | 27000 Hills Tech Court | | | Farmington Hills | MI | 48331 | | | 1st Class Mail |
| Top 30 | Marelli North America Inc | dba CalsonicKansel North America Inc | Junko Smith | 1 Calsonic Way | | Shelbyville | TN | 37160 | | rosa.cardona@marelli.com | Email |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | miag@michigan.gov | Email |
| Top 30 | Nexteer Automotive Corporation | Bryan Harris | 3900 E Holland Rd | | | Saginaw | MI | 48601 | | | 1st Class Mail |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | | ncago@ncdoj.gov | Email |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov | Email 1st Class Mail |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | | trish.lazich@ohioattorneygeneral.gov | First Claiss Mail |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | 1007 North Orange Street | 4th Floor, Suite 183 | | Wilmington | DE | 19801 | | jbarsalona@pashmanstein.com | Email |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang Matt Murphy | 200 Park Avenue | | | New York | NY | 10166 | | mikehuang@paulhastings.com; mattmurphy@paulhastings.com | Email |
| Foxconn | PCE Paragon Solutions Kft. | | 2900 Komarom | | | Banki Donatu | | utca 1 | Hungary | | First Claiss Mail |
| Top 30 | Pektron EV Limited | | Alfreton Road | | | Derby | | DE21 4AP | United Kingdom | afield@pektron.com | Email |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | info@attorneygeneral.gov | Email |
| Counsel for Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | 222 Delaware Ave., Suite 1101 | | | Wilmington | DE | 19801 | | cward@polsinelli.com | Email |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | 600 3rd Avenue | | | New York | NY | 10016 | | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com | Email |
| Top 30 | Proper Group Holdings LLC | dba Proper Tooling LLC | Alex Williams | 13870 E Eleven Mile Rd | | Warren | MI | 48089 | | awilliams@pcamco.com; awilliams@pcamco.com | Email |
| Top 30 | Quality MetalCraft Inc. | Brian Papke | 28101 Schoolcraft Rd | | | Livonia | MI | 48150 | | brian.papke@qmc-emi.com; accounts.receivable.emi@qmc-emi.com | Email |
| Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | 1313 North Market Street, Suite 1200 | | | Wilmington | DE | 19801 | | don.detweiler@wbd-us.com morgan.patterson@wbd-us.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 30 | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | | Shar.Hedayat@saautomotive.com | Email |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | | katherine.diederich@aesseinvltd.com | Email |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Email |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | philadelphia@sec.gov | Email |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov | Email |
| Top 30 | Sharp Dimension Inc | Tracy Tran | 4240 Business Center Dr | | | Fremont | CA | 94538 | | tracy@sharpdimension.com | Email |
| Top 30 | St. Clair Technologies Inc | | 827 Dufferin Ave | | | Wallaceburg | ON | N8A 2V5 | Canada | TArmstrong@stclairtech.com | Email |
| Counsel for Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | 919 North Market Street | Suite 420 | | Wilmington | DE | 19801 | | Bankruptcy001@sha-llc.com | Email |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com | Email |
| Top 30 | Technology Solutions Anywhere LLC | dba Readysoft | Sagar Maramreddy | 5966 Lovewood Ct | | Canton | MI | 48187 | | sagarm@readysoftind.com | Email |
| Top 30 | Teijin Automotive Technologies, Inc | John Ruterbusch | 255 Rex Blvd | | | Auburn Hills | MI | 48326 | | john.ruterbusch@cspplastics.com | Email |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | bankruptcytax@oag.texas.gov; communications@oag.texas.gov | Email |
| Top 30 | The Timken Corporation | Charles Wojdyla | 4500 Mount Pleasant Street NW | | | North Canton | OH | 44720 | | ACCTSREC@TIMKEN.COM | Email |
| Top 30 | Three-Dimensional Services | dba 3 Dimensional Services Group | Garry Kasaczun | 2547 Product Dr | | Rochester Hills | MI | 48309 | | GarryK@3dimensional.com | Email |
| Top 30 | thyssenkrupp Materials NA, Inc. | dba Ken-Mac Metals or thyssenkrupp Steel Services | Allyson Fridley | 22355 W Eleven Mile Rd | | Southfield | MI | 48033 | | Allyson.Fridley@thyssenkrupp-materials.com | Email |
| US Attorney for District of Delaware | US Attorney for District of Delaware | Ellen Slights | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | usade.ecfbankruptcy@usdoj.gov; Ellen.Slights@usdoj.gov | Email |
| Top 30 | Ventra Group Co. | dba Flex-N-Gate Bradford | Laura Correa | 1 Riverside Drive West Ste 700 | | Windsor | ON | N9A-5K3 | Canada | | First Class Mail |
| Top 30 | VIA Optronics LLC | Brett Gaines | 6220 Hazeltine National Dr Ste 120 | | | Orlando | FL | 32822 | | BGaines@via-optronics.com; us-viallc-customers@via-optronics.com | Email |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | 180 Ottawa Ave NW | | | Grand Rapids | MI | 49503 | | sgrow@wnj.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | 1221 Avenue of the Americas | | | New York | NY | 10020 | | david.turetsky@whitecase.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | 111 South Wacker Drive | | | Chicago | IL | 60606 | | jzakia@whitecase.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | 555 South Flower Street, Suite 2700 | | | Los Angeles | CA | 90071 | | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com | Email |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | 200 South Biscayne Boulevard, Suite 4900 | | | Miami | FL | 33131 | | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com | Email |
| Top 30 | ZF Passive Safety Systems US Inc. | Mike Godlewski | 4505 W 26 Mile Rd | | | Washington | MI | 48094 | | ssc-sb9-ar.ssc-sb9-ar@zf.com; mssc-or9-ar.mssc-or9-ar@zf.com | Email |
| Counsel for GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | | Detroit | MI | 48226 | | swansonm@millercanfield.com | Email |
| Counsel for Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | YOUNG CONAWAY STARGATT &YOUNG CONAWAY STARGATT & TAYLOR, LLP | Sean M. Beach, Shane Reil | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com | Email |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | 425 Market Street | Suite 2900 | | San Francisco | CA | 94105-3493 | | schristianson@buchalter.com | Email |
| Counsel for Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi | 1979 Marcus Avenue | Suite 210E | | Lake Success | NY | 11042 | | amish@doshilegal.com | Email |
| Counsel for the Equity Committee | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg | 7 Times Square | | | New York | NY | 10036 | | rstark@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Counsel for the Equity Committee | Brown Rudnick LLP | Matthew A. Sawyer | One Financial Center | | | Boston | MA | 02111 | | msawyer@brownrudnick.com | Email |
| Counsel for the Equity Committee | Morris James LLP | Eric J. Monzo, Brya M. Keilson | 500 Delaware Avenue | Suite 1500 | | Wilmington | DE | 19801 | | emonzo@morrisjames.com; bkeilson@morrisjames.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

3

Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for George Troicky, Lead Plaintiff | Lowenstein Sandler LLP | Michael S. Etkin, Andrew Behlmann, Scott Cargill | One Lowenstein Drive | | | Roseland | NJ | 07068 | | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com | Email |
| Counsel for George Troicky, Lead Plaintiff | Cross & Simon, LLC | Christopher P. Simon | 1105 North Market Street | Suite 901 | | Wilmington | DE | 19801 | | csimon@crosslaw.com | Email |
| Counsel for Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | 1007 N. Orange Street, 4th Floor | | | Wilmington | DE | 19801 | | maustria@austriallc.com | Email |
| Counsel for Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | 600 Anton Boulevard, Suite 1400 | | | Costa Mesa | CA | 92626-7689 | | astill@swlaw.com | Email |
| Counsel for Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | 1313 North Market Street, Suite 1201 | | | Wilmington | DE | 19801-6101 | | jhoover@Beneschlaw.com swalsh@Beneschlaw.com | Email |
| Counsel for Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | 50 Rockefeller Plaza | | | New York | NY | 10020-1605 | | bruce@katten.com sarah.eichenberger@katten.com jonathan.rotenberg@katten.com cgiglio@katten.com | Email |
| Counsel for LAS Capital LLC | Skadden Arps Slate Meagher & Flom LLP | Joseph O. Larkin, Stephen J. Della Penna | One Rodney Square | 920 N. King Street | | Wilmington | DE | 19801 | | joseph.lark@skadden.com stephen.dellapenna@skadden.com | Email |
| Counsel for LAS Capital LLC | Skadden Arps Slate Meagher & Flom LLP | Ron E. Meisler, Jennifer Madden | 155 North Wacker Drive | | | Chicago | IL | 60606-1720 | | ron.meisler@skadden.com jennifer.madden@skadden.com | Email |
| Counsel for LAS Capital LLC | Skadden Arps Slate Meagher & Flom LLP | Robert D. Drain | One Manhattan West | | | New York | NY | 10001 | | robert.drain@skadden.com | Email |
| Michigan Department of Treasury | Assistant Attorney General | Heather L. Donald | Cadillac Place | 3030 West Grand Blvd | Ste 10-200 | Detroit | MI | 48202 | | donaldh@michigan.gov | Email |
| Counsel for Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC | Morris, Nichols, Arsht & Tunnell | Robert J. Dehney, Donna L. Culver, Matthew B. Harvey, Matthew Talmo | 1201 N. Market Street, 16th Floor | P.O. Box 1347 | | Wilmington | DE | 19899-1347 | | rdehney@morrisnichols.com; dculver@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com | Email |
| Counsel for Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC | Allen & Overy LLP | Daniel J. Guyder, Robin Spigel, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz | 1221 Avenue of the Americas | | | New York | NY | 10020 | | daniel.guyder@allenovery.com; robin.spigel@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com | Email |
| Counsel for Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn Ventures Pte. Ltd., Foxconn (Far East) Limited, Foxconn EV Property Development LLC and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | 1101 New York Avenue, NW | | | Washington | DC | 20005 | | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com | Email |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

4