IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The following date and time has been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| February 22, 2024 at 10:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware,<br>824 North Market Street,<br>5th Floor, Courtroom 4,<br>Wilmington, Delaware 19801 |

**Dated: January 22nd, 2024**
**Wilmington, Delaware**

                                                        **MARY F. WALRATH**
                                                        **UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

WBD (US) 4890-9960-7966v1