## Exhibit A

**Detailed Statement of Hours and Fees**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | } CHAPTER 11 CASE |
| | } |
| **Lordstown Motors Corp.** | } Case No. 23-10831 |
| | } |
| | } |
| | } |

**TIME SUMMARY - December 1 to December 31, 2023**

| Consultant | Billing Rate Per Hr. | Total Billable Hours | % of Total Time | $ Amount Time | | |
|---|---|---|---|---|---|---|
| Constadinos Tsitsis (CDT) | $525 | 19.20 | 5% | $10,080.00 | 80% | $8,064.00 |
| Scott Kohler (SK) | $525 | 97.60 | 25% | $51,240.00 | 80% | $40,992.00 |
| Steven Nerger  ( SAN ) | $350 | 10.30 | 3% | $3,605.00 | 80% | $2,884.00 |
| Alex Bauer (AB) | $320 | 0.50 | 0% | $160.00 | 80% | $128.00 |
| Ellen Hammes (EH) | $290 | 119.60 | 30% | $34,684.00 | 80% | $27,747.20 |
| Michael Mollerus (MM) | $270 | 2.00 | 1% | $540.00 | 80% | $432.00 |
| Alex Crnkovich (AC) | $270 | 148.70 | 37% | $40,149.00 | 80% | $32,119.20 |
| **Total Due - Fees** | | **397.90** | **100%** | **$140,458.00** | **80%** | **$112,366.40** |
| **Blended Rate** | **$353.00** | | | | | |

| Expenses | |
|---|---|
| Administrative | $1,321.68 |
| Airfare | $0.00 |
| Meals | $0.00 |
| Lodging | $0.00 |
| Transportation | $0.00 |

| | |
|---|---|
| **Total Expenses** | $1,321.68 |
| **Fees** | $112,366.40 |
| **Amount Requested** | $113,688.08 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | CHAPTER 11 CASE |
|---|---|---|
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - December 1 TO December 31, 2023    SUMMARY BY PROJECT CATEGORY - In Hours**

| | TIME SUMMARY | Consultants | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Project Category Summary** | CDT | SK | SAN | AB | EH | MM | AC | TOTAL |
| **1.** | **Business Analysis and Reports** | 2.70 | 6.90 | 0.00 | 0.00 | 54.90 | 0.00 | 11.50 | 76.00 |
| 1-1 | Preparation of Budgets, Availability Reports, Business Evaluation and Flash Reports | - | - | - | - | 43.90 | - | 0.50 | 44.40 |
| 1-2 | Preparation of Financial Data to Support Motions | 2.70 | 6.90 | - | - | 10.30 | - | 8.10 | 28.00 |
| 1-3 | Preparation of Financial Projections | - | - | - | - | 0.70 | - | 2.90 | 3.60 |
| 1-4 | Plan Development & Strategy | - | - | - | - | - | - | - | 0.00 |
| 1-5 | Preparation of Plan and Disclosure Statement | - | - | - | - | - | - | - | 0.00 |
| **2.** | **Business Operations** | 0.00 | 7.20 | 0.00 | 0.00 | 7.00 | 0.00 | 7.00 | 21.20 |
| 2-1 | Daily Management and Operations | - | 7.20 | - | - | 7.00 | - | 7.00 | 21.20 |
| 2-2 | Reports to / from Parties in Interest | - | - | - | - | - | - | - | 0.00 |
| 2-3 | Meetings / communications with lender, lender's agent or its counsel | - | - | - | - | - | - | - | 0.00 |
| 2-4 | Sale of Company Matters | - | - | - | - | - | - | - | 0.00 |
| **3.** | **Meetings and Communication with Creditors** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3-1 | 341 Creditors Meeting | - | - | - | - | - | - | - | 0.00 |
| 3-2 | Meetings/communication with lenders | - | - | - | - | - | - | - | 0.00 |
| 3-3 | Creditor communications & negotiations | - | - | - | - | - | - | - | 0.00 |
| 3-4 | | - | - | - | - | - | - | - | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | **CHAPTER 11 CASE** |
|---|---|---|
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - December 1 TO December 31, 2023    SUMMARY BY PROJECT CATEGORY - In Hours**

| TIME SUMMARY | Consultants | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Project Category Summary** | **CDT** | **SK** | **SAN** | **AB** | **EH** | **MM** | **AC** | **TOTAL** |
| **4.    Case Administration** | 16.50 | 83.50 | 10.30 | 0.50 | 57.70 | 2.00 | 130.20 | 300.70 |
| 4-1  Travel | - | - | - | - | - | - | - | 0.00 |
| 4-2  Case Administration | 15.00 | 82.30 | 0.50 | 0.50 | 43.50 | 2.00 | 130.20 | 274.00 |
| 4-3  Monthly Operating Reports | - | - | 9.80 | - | 2.50 | - | - | 12.30 |
| 4-4  Bankruptcy Schedules, SOFA and IDI information | - | - | - | - | - | - | - | 0.00 |
| 4-5  Fee Application Preparation | 1.50 | 1.20 | - | - | 11.70 | - | - | 14.40 |
| **TOTAL  December, 2023** | **19.20** | **97.60** | **10.30** | **0.50** | **119.60** | **2.00** | **148.70** | **397.90** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | CHAPTER 11 CASE |
|---|---|---|
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - December 1 to December 31, 2023    SUMMARY BY PROJECT CATEGORY - In Dollars**

| | TIME SUMMARY | Consultants | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | $525 | $525 | $350 | $320 | $290 | $270 | $270 | |
| | **Project Category Summary** | **CDT** | **SK** | **SAN** | **AB** | **EH** | **MM** | **AC** | **TOTAL** |
| **1.** | **Business Analysis and Reports** | $1,417.50 | $3,622.50 | $0.00 | $0.00 | $15,921.00 | $0.00 | $3,105.00 | $24,066.00 |
| | **.. Blended Rate** | | | | | | | | $316.66 |
| 1-1 | Preparation of Budgets, Availability Reports, Business Evaluation and Flash Reports | $0.00 | $0.00 | $0.00 | $0.00 | $12,731.00 | $0.00 | $135.00 | $12,866.00 |
| 1-2 | Preparation of Financial Data to Support Motions | $1,417.50 | $3,622.50 | $0.00 | $0.00 | $2,987.00 | $0.00 | $2,187.00 | $10,214.00 |
| 1-3 | Preparation of Financial Projections | $0.00 | $0.00 | $0.00 | $0.00 | $203.00 | $0.00 | $783.00 | $986.00 |
| 1-4 | Plan Development & Strategy | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-5 | Preparation of Plan and Disclosure Statement | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **2.** | **Business Operations** | $0.00 | $3,780.00 | $0.00 | $0.00 | $2,030.00 | $0.00 | $1,890.00 | $7,700.00 |
| | **.. Blended Rate** | | | | | | | | $363.21 |
| 2-1 | Daily Management and Operations | $0.00 | $3,780.00 | $0.00 | $0.00 | $2,030.00 | $0.00 | $1,890.00 | $7,700.00 |
| 2-2 | Reports to / from Parties in Interest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-3 | Meetings / communications with lender, lender's agent or its counsel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-4 | Sale of Company matters | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3.** | **Meetings and Communication with Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **.. Blended Rate** | | | | | | | | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | CHAPTER 11 CASE |
|---|---|---|
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - December 1 to December 31, 2023    SUMMARY BY PROJECT CATEGORY - In Dollars**

| | TIME SUMMARY | Consultants | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | $525 | $525 | $350 | $320 | $290 | $270 | $270 | |
| | **Project Category Summary** | **CDT** | **SK** | **SAN** | **AB** | **EH** | **MM** | **AC** | **TOTAL** |
| **3-1** | 341 Creditors Meeting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3-2** | Meetings/communication with lenders | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3-3** | Creditor communications & negotiations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4.** | **Case Administration** | $8,662.50 | $43,837.50 | $3,605.00 | $160.00 | $16,733.00 | $540.00 | $35,154.00 | $108,692.00 |
| | **..  Blended Rate** | | | | | | | | $361.46 |
| **4-1** | Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4-2** | Case Administration | $7,875.00 | $43,207.50 | $175.00 | $160.00 | $12,615.00 | $540.00 | $35,154.00 | $99,726.50 |
| **4-3** | Monthly Operating Reports | $0.00 | $0.00 | $3,430.00 | $0.00 | $725.00 | $0.00 | $0.00 | $4,155.00 |
| **4-4** | Bankruptcy Schedules and SOFA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4-5** | Fee Application Preparation | $787.50 | $630.00 | $0.00 | $0.00 | $3,393.00 | $0.00 | $0.00 | $4,810.50 |
| | **TOTAL December, 2023** | **$10,080.00** | **$51,240.00** | **$3,605.00** | **$160.00** | **$34,684.00** | **$540.00** | **$40,149.00** | **$140,458.00** |
| | **..  Blended Rate** | | | | | | | | $353.00 |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 12/4/2023 | AB | Call with SK, DT, AC, EH on status | 0.50 | | **4-2** |
| **MON** | | **DAILY TOTALS** | **0.50** | **0.00** | |

| | | | | |
|---|---|---|---|---|
| | | **WEEKLY TOTAL - ( W/E 12/9/23 )** | **0.50** | **0.00** |

| | | | | |
|---|---|---|---|---|
| | | **TOTAL - (December 1 to December 31, 2023 )** | **0.50** | **0.00** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 12/1/2023 | AC | Working through Claims analysis for TMT, Adronics, Marelli, Henkel, St. Clair, Timken, Laval, Pierburg, ZF, and Harco | 4.00 | | 4-2 |
| 12/1/2023 | AC | ad hoc emails and communication | 0.70 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **4.70** | **0.00** | |
| 12/2/2023 | AC | call with M3 to discuss waterfall questions; Included A. Kroll and C. Tsitsis | 0.50 | | 1-3 |
| **SAT** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/2/23 )** | **5.20** | **0.00** | |
| 12/4/2023 | AC | prepping for supplier claims call | 0.50 | | 4-2 |
| 12/4/2023 | AC | Supplier claims call  - E. Hightower, A. Kroll, S. Kohler, A.  Ciccone, E. Hammes | 0.50 | | 4-2 |
| 12/4/2023 | AC | W&C  catch-up call; A. Kroll, C. Tsitsis, S. Kohler, E. Hammes, M. Port, M. Leonard, A. Ciccone | 0.50 | | 4-2 |
| 12/4/2023 | AC | Finance call - A. Kroll, M. Port, C. Tsitsis, S. Kohler, E. Hammes | 1.00 | | 2-1 |
| 12/4/2023 | AC | internal catch-up call; C. Tsitsis, E. Hammes, S. Kohler, A. Bauer | 0.50 | | 4-2 |
| 12/4/2023 | AC | Analyzing AMP and Opentext Prepaid claim | 1.50 | | 4-2 |
| 12/4/2023 | AC | Claims analysis - Harco, St. Clair, Tesca, Pierburg, 3D, Henkel, | 3.50 | | 4-2 |
| 12/4/2023 | AC | Looking into M3 data requests | 0.30 | | 4-2 |
| 12/4/2023 | AC | Ad hoc communication and emails | 1.00 | | 4-2 |
| 12/4/2023 | AC | Filing time and expenses | | 0.50 | 4-2 |
| **MON** | | **DAILY TOTALS** | **9.30** | **0.50** | |
| 12/5/2023 | AC | Analysis of supplemental data submitted by Harco | 1.00 | | 4-2 |
| 12/5/2023 | AC | Contract analysis for termination clauses | 0.80 | | 1-2 |
| 12/5/2023 | AC | Meeting with A. Kroll, M. Port, S. Kohler, A. Ciccone to discuss AMP and Opentext prepaids | 1.00 | | 4-2 |
| 12/5/2023 | AC | Calls with Ellen to discuss updates to waterfall | 0.80 | | 1-3 |
| 12/5/2023 | AC | Reconciling updates to the claim tracker | 0.80 | | 4-2 |
| 12/5/2023 | AC | Drafting contract assumption schedule - including calls with E. Hammes, S. Kohler, C. Tsitsis | 2.30 | | 1-2 |
| 12/5/2023 | AC | Drafting emails related to AMP and Open Text Disputes | 0.80 | | 4-2 |
| 12/5/2023 | AC | Reviewing claims documentations an analysis of claims   to make sure everything is in order for the ombudsman. | 2.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **10.00** | **0.00** | |
| 12/6/2023 | AC | Weekly finance call - A. Kroll, R. Agherbati, S. Kohler, E. Hammes, M. Port | 1.20 | | 2-1 |
| 12/6/2023 | AC | Reviewing and finalizing claim documentation for the ombudsman | 1.80 | | 4-2 |
| 12/6/2023 | AC | Vendor claims communications - Pierburg, Tesca, Marelli, ZF | 1.00 | | 4-2 |
| 12/6/2023 | AC | Gather material for AMP demand letter | 0.50 | | 4-2 |
| 12/6/2023 | AC | Calls with Jevita Johnson to determine Opentext facts | 0.50 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/6/2023 | AC | Communicate with E. Hammes on edits to Prepaids in the waterfall | 0.50 | | 4-2 |
| 12/6/2023 | AC | Working through open claims investigations | 1.00 | | 4-2 |
| 12/6/2023 | AC | Miscellaneous admin tasks and correspondence | 1.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **8.00** | **0.00** | |
| 12/7/2023 | AC | Supplier Claims call - E. Hightower, M. Leonard, M. Port, S. Kohler, E. Hammes | 0.50 | | 4-2 |
| 12/7/2023 | AC | Liquidation analysis call; A. Kroll, E. Hammes, S. Kohler | 0.90 | | 1-3 |
| 12/7/2023 | AC | LMC Catch -up call with W&C: S. Kohler, A. Ciccone, A. Kroll, M. Port, E, Hammes, M. Leonard | 0.60 | | 4-2 |
| 12/7/2023 | AC | Call with Lee Plummer to reconcile Pierburg claim; M. Leonard, S. Kohler | 0.50 | | 4-2 |
| 12/7/2023 | AC | Pierburg follow-up analysis | 1.50 | | 4-2 |
| 12/7/2023 | AC | Call with M. Mollerus to discuss data transition | 0.20 | | 4-2 |
| 12/7/2023 | AC | Call with C. Tsitsis and S. Kohler to discuss Harco Analysis | 0.40 | | 4-2 |
| 12/7/2023 | AC | Call with M3 to discuss Claims and prepaid questions; E. Hammes, S. Kohler | 0.80 | | 4-2 |
| 12/7/2023 | AC | Call with Dino to discuss various action items and priorities | 0.40 | | 4-2 |
| 12/7/2023 | AC | Claim evidence documentation for Luxit, Marelli, Brose, and Adronics | 0.50 | | 4-2 |
| 12/7/2023 | AC | Prep analysis for supplier claims call | 0.50 | | 4-2 |
| 12/7/2023 | AC | Ad hoc communication and correspondence | 1.00 | | 4-2 |
| 12/7/2023 | AC | Miscellaneous admin tasks | 0.80 | | 4-2 |
| 12/7/2023 | AC | Sending emails to Brite Energy | 0.20 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.80** | **0.00** | |
| 12/8/2023 | AC | Call with Dino to discuss various open items | 0.40 | | 4-2 |
| 12/8/2023 | AC | Working through paylocity analysis | 1.00 | | 1-2 |
| **FRI** | | **DAILY TOTALS** | **1.40** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/9/23 )** | **37.50** | **0.50** | |
| 12/11/2023 | AC | Prep for Monday supply call | 0.40 | | 4-2 |
| 12/11/2023 | AC | Supplier Claim call; E. Hightower, A. Kroll, C. Tsitsis, S. Kohler, E. Hammes, A. Ciccone | 0.30 | | 4-2 |
| 12/11/2023 | AC | Ad hoc emails and communication | 0.40 | | 4-2 |
| 12/11/2023 | AC | W&C catch-up call; A. Kroll, M. Port, S. Kohler, A. Ciccone, E. Hammes | 0.90 | | 4-2 |
| 12/11/2023 | AC | Weekly finance call; S. Kohler, E. Hammes, A. Kroll, R. Aerabati | 0.80 | | 2-1 |
| 12/11/2023 | AC | Marelli Claims analysis | 1.30 | | 4-2 |
| 12/11/2023 | AC | Adronics claim analysis | 2.90 | | 4-2 |
| 12/11/2023 | AC | Call with Ellen to discuss M3 claims | 0.60 | | 4-2 |
| 12/11/2023 | AC | Huron Contract Request analysis | 1.20 | | 4-2 |
| 12/11/2023 | AC | Luxit Claim analysis | 1.00 | | 4-2 |
| 12/11/2023 | AC | Reviewing carcoustics position statement | 0.10 | | 4-2 |
| 12/11/2023 | AC | Brose Claim analysis | 0.10 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|---------:|----------:|---|
| 12/11/2023 | AC | General admin tasks | 0.30 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **10.30** | **0.00** | |
| | | | | | |
| 12/12/2023 | AC | Call with Huron to discuss rejection damages (A. Kroll; C. Tsitsis) | 0.40 | | 1-2 |
| 12/12/2023 | AC | Investigation and documentation of claims for preparation of handing items over to the ombudsman | 5.50 | | 4-2 |
| 12/12/2023 | AC | Gathering information for Huron data requests | 0.50 | | 4-2 |
| 12/12/2023 | AC | Call with Kevin Moser to discuss 3D claim | 0.10 | | 4-2 |
| 12/12/2023 | AC | Preparing for Harco and Tesca meetings on Wednesday | 1.00 | | 4-2 |
| 12/12/2023 | AC | Call with C. Tsitsis to discuss the status of various action items | 0.10 | | 4-2 |
| 12/12/2023 | AC | Adhoc and miscellaneous emails and communications | 0.80 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **8.40** | **0.00** | |
| | | | | | |
| 12/13/2023 | AC | Meeting with M. Port, S. Kohler, K. Moser | 0.50 | | 4-2 |
| 12/13/2023 | AC | Meeting with Silverman team to discuss open action items | 0.80 | | 4-2 |
| 12/13/2023 | AC | Meeting with C. Tsitsis, S. Kohler, and Harco to discuss questions related to their claim | 0.30 | | 4-2 |
| 12/13/2023 | AC | Meeting With Tesca to discuss their claim: M. Leonard, S. Kohler, A. Ciccone,  J. Johnson | 0.40 | | 4-2 |
| 12/13/2023 | AC | Harco meeting follow-up items and documentation | 1.00 | | 4-2 |
| 12/13/2023 | AC | Wednesday finance meeting; S. Kohler, M. Port, E. Hammes, A. Kroll | 1.00 | | 2-1 |
| 12/13/2023 | AC | Claims documentation and investigation for Marelli, TMT, Schwab, North Coast, BASF, Tesca, 3D | 3.40 | | 4-2 |
| 12/13/2023 | AC | Ad hoc communications and email requests | 1.20 | | 4-2 |
| 12/13/2023 | AC | Updating and sending the assumption schedule to White and Case | 0.50 | | 1-3 |
| **WED** | | **DAILY TOTALS** | **9.10** | **0.00** | |
| | | | | | |
| 12/14/2023 | AC | Meeting prep for Claims call | 0.50 | | 4-2 |
| 12/14/2023 | AC | Claims Meeting (A. Kroll, S. Kohler, M. Port, E. Hammes, A. Ciccone) | 0.60 | | 4-2 |
| 12/14/2023 | AC | Documentation of claims and analysis for preparation for the ombudsman | 4.90 | | 4-2 |
| 12/14/2023 | AC | LMC call with White and case; A. Kroll, M. Leonard, S. Kohler, E. Hammes, M. Port | 0.70 | | 4-2 |
| 12/14/2023 | AC | Building the contract rejection schedule for the second motion | 2.10 | | 1-2 |
| 12/14/2023 | AC | Interest rate calculations | 0.50 | | 1-1 |
| 12/14/2023 | AC | Ad hoc communication and miscellaneous tasks stemming from emails | 1.20 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **10.50** | **0.00** | |
| | | | | | |
| 12/15/2023 | AC | Saving Documentation and Analysis to hand over to the ombudsman | 2.50 | | 4-2 |
| 12/15/2023 | AC | Sending AP dispute Email to vendors | 0.50 | | 4-2 |
| 12/15/2023 | AC | Proofing Laval and Ventra Demand Letters | 1.00 | | 4-2 |
| 12/15/2023 | AC | Drafting a response to requests on prepaids for Etrade | 0.30 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 12/15/2023 | AC | Saving UPS Demand Letters | 0.30 | | 4-2 |
| 12/15/2023 | AC | Ad hoc communication and correspondence | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **5.10** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - (  W/E 12/16/23 )** | **43.40** | **0.00** | |
| | | | | | |
| 12/18/2023 | AC | Supplier Claims Call; A. Kroll, E. Hammes, A. Ciccone, J. Johnson, C. Tsitsis, S. Kohler, M. Port | 0.50 | | 4-2 |
| 12/18/2023 | AC | Prep for supplier claims call including call w/ D. Tsitsis | 0.30 | | 4-2 |
| 12/18/2023 | AC | White and Case Catch-up call | 0.80 | | 4-2 |
| 12/18/2023 | AC | Finance meeting; A. Kroll, S. Kohler, C. Tsitsis, E. Hammes, M. Port, R. Aerbati | 0.80 | | 2-1 |
| 12/18/2023 | AC | Updating Contract Rejection  Motion | 0.50 | | 1-2 |
| 12/18/2023 | AC | Documenting and Saving Claims analysis to hand off to the ombudsman | 4.00 | | 4-2 |
| 12/18/2023 | AC | Ad hoc Communication and emails | 1.30 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **8.20** | **0.00** | |
| | | | | | |
| 12/19/2023 | AC | Prepaid Analysis | 0.90 | | 4-2 |
| 12/19/2023 | AC | Emailing Harco to set up meeting times | 0.30 | | 4-2 |
| 12/19/2023 | AC | Gathering documentation to answer Michal Port's request on several invoices | 1.50 | | 4-2 |
| 12/19/2023 | AC | Documenting claims for ombudsman | 4.10 | | 4-2 |
| 12/19/2023 | AC | Prepaid call with M. Mollerus and S/ Kohler | 0.40 | | 4-2 |
| 12/19/2023 | AC | Other ad hoc requests and communications | 0.30 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **7.50** | **0.00** | |
| | | | | | |
| 12/20/2023 | AC | Call with C. Tsitsis to discuss Huron Claims requests | 0.10 | | 4-2 |
| 12/20/2023 | AC | Gathering documentation to answer Huron's questions | 1.10 | | 4-2 |
| 12/20/2023 | AC | 3D claim analysis | 0.80 | | 4-2 |
| 12/20/2023 | AC | Documenting claim for ombudsman | 2.10 | | 4-2 |
| 12/20/2023 | AC | Meeting with S. Kohler to discuss various claims items | 0.90 | | 4-2 |
| 12/20/2023 | AC | Wednesday finance meeting with A. Kroll, M. Port, S. Kohler, E. Hammes | 1.20 | | 2-1 |
| 12/20/2023 | AC | Reviewing Contract rejection analysis | 1.00 | | 1-2 |
| 12/20/2023 | AC | Ad hoc requests and communications | 0.90 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **8.10** | **0.00** | |
| | | | | | |
| 12/21/2023 | AC | Supplier Claims call - a. Kroll, S. Kohler, E. Hammes, A. Ciccone, M. Port | 0.70 | | 4-2 |
| 12/21/2023 | AC | Artiflex analysis | 1.00 | | 4-2 |
| 12/21/2023 | AC | W&C catch-up call - A. Kroll, E. Hammes, S. Kohler, M. Port | 1.10 | | 4-2 |
| 12/21/2023 | AC | Waterfall updates | 0.20 | | 1-3 |
| 12/21/2023 | AC | Internal catch-up call - E. Hammes, C. Tsitsis, S. Kohler | 0.50 | | 4-2 |
| 12/21/2023 | AC | Documentation for Ombudsman | 4.10 | | 4-2 |
| 12/21/2023 | AC | Ad hoc communication and requests | 0.60 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.20** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/22/2023 | AC | Addressing Ad hoc requests | 0.30 | | 4-2 |
| 12/22/2023 | AC | New Eagle prepaid analysis | 1.00 | | 4-2 |
| 12/22/2023 | AC | Drafting documentation or the ombudsman | 3.00 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **4.30** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/23/23 )** | **36.30** | **0.00** | |
| 12/26/2023 | AC | Drafting memo for Ombudsman | 4.00 | | 4-2 |
| 12/26/2023 | AC | Call with C. Tsitsis to discuss documentation | 0.30 | | 4-2 |
| 12/26/2023 | AC | Catching up on emails | 1.00 | | 4-2 |
| 12/26/2023 | AC | Submitting time and expense and other Admin tasks | 0.80 | | 4-2 |
| 12/26/2023 | AC | Draft New Eagle Documentation for Scott | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **6.60** | **0.00** | |
| 12/27/2023 | AC | Drafting Memo for Ombudsman | 3.50 | | 4-2 |
| 12/27/2023 | AC | Finance Meeting - A. Kroll, S. Kohler, R. Aerbati, M/. Port, E. Hammes | 1.00 | | 2-1 |
| 12/27/2023 | AC | Drafting Master reconcile | 1.50 | | 4-2 |
| 12/27/2023 | AC | Updating Claim recon file | 1.30 | | 4-2 |
| 12/27/2023 | AC | Adhoc communications and admin | 0.30 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **7.60** | **0.00** | |
| 12/28/2023 | AC | Supplier Claims Call - A. Kroll, E. Hightower, S. Kohler, M. Leonard | 0.70 | | 4-2 |
| 12/28/2023 | AC | Updating Claims tracker for ombudsman | 1.60 | | 4-2 |
| 12/28/2023 | AC | White and Case Call - S. Kohler, E. Hammes, A. Kroll, M. Leonard | 0.60 | | 4-2 |
| 12/28/2023 | AC | Call with Scott to discuss prepaids | 0.40 | | 4-2 |
| 12/28/2023 | AC | Proofing Ombudsman memo | 0.80 | | 4-2 |
| 12/28/2023 | AC | Updating MF and claims reconciliation | 1.80 | | 4-2 |
| 12/28/2023 | AC | Security Deposit analysis | 0.80 | | 4-2 |
| 12/28/2023 | AC | Call with C. Tsitsis and E. Hammes to discuss claims reserve | 0.50 | | 4-2 |
| 12/28/2023 | AC | Ad hoc emails and communications | 0.90 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.10** | **0.00** | |
| 12/29/2023 | AC | Claims Documentation and drafting memo for ombudsman | 3.50 | | 4-2 |
| 12/29/2023 | AC | Ad hoc communication | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **4.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/31/23 )** | **26.30** | **0.00** | |
| | | **TOTAL - (December 1 to December 31, 2023 )** | **148.70** | **0.50** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/1/2023 | CDT | Multiple meetings w A. Crnkovich re claims/waterfall | 0.60 | | 4-2 |
| 12/1/2023 | CDT | Call w M. Port re CEVA. Reach out to CEVA attorney again to get copies of invoices | 0.40 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| | | | | | |
| 12/2/2023 | CDT | Call w UCC re claims and waterfall including A. Kroll and A. Crnkovich | 0.50 | | 4-2 |
| **SAT** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/2/23 )** | **1.50** | **0.00** | |
| | | | | | |
| 12/4/2023 | CDT | Call w/ Silverman team re: list of to-do's and next steps to transition to ombudsman | 0.50 | | 4-2 |
| 12/4/2023 | CDT | Prepare prepaids list for M3 request and send to A. Crnkovich to provide with remaining data request. | 0.40 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **0.90** | **0.00** | |
| | | | | | |
| 12/5/2023 | CDT | Call w/ A. Kroll to gather termination info on 5 contracts; review contracts and create a list of facts/info required for determination of assumption or rejection. | 1.40 | | 1-2 |
| 12/5/2023 | CDT | Call w/ Silverman team re: cure amounts | 0.40 | | 1-2 |
| 12/5/2023 | CDT | Read and reply to various emails. | 0.60 | | 4-2 |
| 12/5/2023 | CDT | Call w A. Crnkovich re contracts; follow up call with R. Loh re the same | 0.60 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **3.00** | **0.00** | |
| | | | | | |
| 12/6/2023 | CDT | Call w/ R. Winning to discuss assumed contracts; follow up call w/ Silverman team re: same. | 0.60 | | 1-2 |
| 12/6/2023 | CDT | Read and reply to multiple emails (47) | 1.30 | | 4-2 |
| 12/6/2023 | CDT | Review termination clauses with E. Hammes and provide feedback to send to M3 | 0.30 | | 1-2 |
| 12/6/2023 | CDT | Call w/ A. Kroll re: assumption list, Silverman agreement for ombudsman, next steps in claims process. | 0.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **2.70** | **0.00** | |
| | | | | | |
| 12/7/2023 | CDT | Call w/ A. Crnkovich and S. Kohler re: Harco claim analysis and response. | 0.40 | | 4-2 |
| 12/7/2023 | CDT | Call w A. Crnkovich re priorities | 0.40 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **0.80** | **0.00** | |
| | | | | | |
| 12/8/2023 | CDT | Call w/ A. Kroll re: waterfall and potential deposition by UCC | 0.30 | | 4-2 |
| 12/8/2023 | CDT | Call w/ A. Crnkovich re: potential deposition by UCC and Paylocity rejection damage | 0.30 | | 4-2 |
| 12/8/2023 | CDT | Read and reply to various emails.  Finalize agreement with Elaphe and inform them via email to send back final agreement for execution and completion by 19 Dec. | 0.70 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 12/8/2023 | CDT | Call w A. Kroll re claims, rejection for paylocity | 0.40 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.70** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/9/23 )** | **9.10** | **0.00** | |
| 12/11/2023 | CDT | Supplier claims call; follow up call w/ S. Kohler re: same. | 0.30 | | 4-2 |
| 12/11/2023 | CDT | Review Elaphe redline of agreement; forward to A. Kroll and M. Port | 0.40 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **0.70** | **0.00** | |
| 12/12/2023 | CDT | Multiple calls w/ A. Crnkovich re: claims reconciliations | 0.80 | | 4-2 |
| 12/12/2023 | CDT | Call w/ Huron re: rejection request | 0.40 | | 4-2 |
| 12/12/2023 | CDT | Call w/ M. Mollerus re: Elaphe amounts to verify; reply to Elaphe re: agreement.  Send agreement to M. Leonard for review and approval. | 0.60 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **1.80** | **0.00** | |
| 12/13/2023 | CDT | Call w/ Harco attorney, A. Crnkovich and S. Kohler re: claim reconciliation | 0.30 | | 4-2 |
| 12/13/2023 | CDT | Follow up call w/ A. Crnkovich re: Harco | 0.20 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 12/14/2023 | CDT | Read and reply to various emails.  Call w/ UST Joseph Kern re: UST fees as a result of an email exchange. | 0.50 | | 4-2 |
| 12/14/2023 | CDT | Read and reply to multiple emails re: claims reconciliations; communications with CEVA attorney and M. Port re: CEVA claim. | 1.10 | | 4-2 |
| 12/14/2023 | CDT | Text and email exchanges re: Teris claim and assumed contracts | 0.40 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **2.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/16/23 )** | **5.00** | **0.00** | |
| 12/18/2023 | CDT | Supplier claims call | 0.50 | | 4-2 |
| 12/18/2023 | CDT | Calls w/ A. Crnkovich re: claims and rejection damages | 0.30 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **0.80** | **0.00** | |
| 12/20/2023 | CDT | Fee application preparation | 0.50 | | 4-5 |
| **WED** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 12/21/2023 | CDT | Review and finalize 5th monthly fee app (Nov) and send to W&C for filing. | 1.00 | | 4-5 |
| 12/21/2023 | CDT | Call w/ Silverman team re: to-dos for plan confirmation; follow up call w/ F. He re: same. | 0.50 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/23/23 )** | **2.80** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 12/26/2023 | CDT | Call w/ A. Crnkovich re: memo to ombudsman | 0.30 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **0.30** | **0.00** | |
| 12/28/2023 | CDT | Call w/ E. Hammes and A. Crnkovich to review waterfall analysis vs UCC numbers; reply to RJ email. | 0.50 | | **4-2** |
| **THUR** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/31/23 )** | **0.80** | **0.00** | |
| | | **TOTAL - (December 1 to December 31, 2023 )** | **19.20** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/5/2023 | MM | Call with Dino to discuss bankruptcy matters | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **0.50** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/6/2023 | MM | Admin for Lordstown T&E | 1.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **1.50** | **0.00** | |

| | | | Billable | No Charge | |
|---|---|---|---|---|---|
| | | **WEEKLY TOTAL - ( W/E 12/9/23 )** | **2.00** | **0.00** | |

| | | | Billable | No Charge | |
|---|---|---|---|---|---|
| | | **TOTAL - (December 1 to December 31, 2023 )** | **2.00** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/1/2023 | SK | Worked on Lordstown prepaids and specifically AMP for $800K | 1.60 | | **4-2** |
| 12/1/2023 | SK | Emails and attachments from the company, attorneys, and Silverman relating to the case | 0.50 | | **4-2** |
| 12/1/2023 | SK | Administration relating to the case | 0.30 | | **4-2** |
| 12/1/2023 | SK | Worked on claims analysis and reconciliation with prepaids | 1.80 | | **4-2** |
| **FRI** | | **DAILY TOTALS** | **4.20** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/2/23 )** | **4.20** | **0.00** | |
| 12/4/2023 | SK | Claims call with Melissa L., Adam K., Amanda, Edward H. and Silverman | 0.50 | | **4-2** |
| 12/4/2023 | SK | W&C catch up call with the company, attorneys, and Management | 0.70 | | **4-2** |
| 12/4/2023 | SK | Finance call with Company Management (Adam K. and Michael P.) and Silverman staff | 1.20 | | **2-1** |
| 12/4/2023 | SK | Worked on Contract rejections | 1.00 | | **1-2** |
| 12/4/2023 | SK | Worked on prepaids made by the company to vendors prior to the filing | 2.20 | | **4-2** |
| 12/4/2023 | SK | Worked on open vendor claims analysis | 1.50 | | **4-2** |
| 12/4/2023 | SK | Caught up on emails and attachments from company management, the attorneys, and Silverman relating to the case | 0.50 | | **4-2** |
| 12/4/2023 | SK | Administrative activities relating to the case | 0.40 | | **4-2** |
| **MON** | | **DAILY TOTALS** | **8.00** | **0.00** | |
| 12/5/2023 | SK | Worked on the prepaids that the company made prior to the filing | 1.00 | | **4-2** |
| 12/5/2023 | SK | Worked on open vendor claims analysis | 1.30 | | **4-2** |
| 12/5/2023 | SK | Read emails and attachments from the attorneys, suppliers, management, and Silverman related to the case | 0.60 | | **4-2** |
| 12/5/2023 | SK | Open Text and AMP discussion with the management of Lordstown | 0.60 | | **4-2** |
| 12/5/2023 | SK | worked on assumed contracts for the post effective date entity | 2.30 | | **1-2** |
| **TUES** | | **DAILY TOTALS** | **5.80** | **0.00** | |
| 12/6/2023 | SK | Worked on assumed contracts for the post effective date entity | 1.00 | | **1-2** |
| 12/6/2023 | SK | Worked on the Auto motive Power claim and notice | 0.70 | | **4-2** |
| 12/6/2023 | SK | Caught up on emails and attachments from the company, stakeholders, the attorneys, and Silverman related to the case | 0.50 | | **4-2** |
| 12/6/2023 | SK | Administrative activities related to managing the estate | 0.40 | | **4-2** |
| 12/6/2023 | SK | Finance call with Company management (Adam K. , Raghu, and Michael P.) and Silverman | 1.20 | | **2-1** |
| 12/6/2023 | SK | Worked on assumed contracts for the post effective date entity | 1.10 | | **1-2** |
| **WED** | | **DAILY TOTALS** | **4.90** | **0.00** | |
| 12/7/2023 | SK | Claims call with Silverman staff and company management (Ada, Michael P., Melissa, Amanda. Jevita, and Edward H.) | **0.60** | | **4-2** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 12/7/2023 | SK | Waterfall call with Silverman team and Adam K. | **0.50** | | 4-2 |
| 12/7/2023 | SK | W&C catch up call (attorneys, management, and Silverman ) to discuss issues, work products, and earing coming up | **0.60** | | 4-2 |
| 12/7/2023 | SK | Worked on prepaids that were made by the company prior to the filing | **1.90** | | 4-2 |
| 12/7/2023 | SK | Pierberg call to discuss claim (Pierberg, Silverman staff, and Melissa of the company) | **0.50** | | 4-2 |
| 12/7/2023 | SK | Silverman staff to discuss the claims analysis and positioning with the claimant | **0.50** | | 4-2 |
| 12/7/2023 | SK | Caught up emails and attachments relating to the case | **0.50** | | 4-2 |
| 12/7/2023 | SK | Administrative activities relating to the case | **0.90** | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **6.00** | **0.00** | |
| | | | | | |
| 12/8/2023 | SK | Worked on prepaid letters to suppliers with no offsetting claims | 3.50 | | 4-2 |
| 12/8/2023 | SK | Reviewed emails and attachments from the company, attorneys, and Silverman relating to the case | 0.40 | | 4-2 |
| 12/8/2023 | SK | Administration relating to the case | 0.20 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **4.10** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - (  W/E 12/9/23 )** | **28.80** | **0.00** | |
| | | | | | |
| 12/11/2023 | SK | Supplier claims call Silverman and management (Adam K., Edward H., Melissa L., Amanda, Jevita) | 0.30 | | 4-2 |
| 12/11/2023 | SK | Catch up call with W&C company attorneys, management (Adam K., Michael P.) and Silverman | 0.90 | | 4-2 |
| 12/11/2023 | SK | Finance team call to discuss open items Management (Adam K., Michael P., Raghu) and Silverman | 0.80 | | 2-1 |
| 12/11/2023 | SK | Administrative activities related to management of the case | 0.70 | | 4-2 |
| 12/11/2023 | SK | Read emails and attachment s from the attorneys, management, and Silverman relating to the case | 0.60 | | 4-2 |
| 12/11/2023 | SK | Worked on prepaids and drafting letters | 2.00 | | 4-2 |
| 12/11/2023 | SK | Read emails and attachments from the company, attorneys, and Silverman. Responded as necessary | 0.30 | | 4-2 |
| 12/11/2023 | SK | Worked on claims analysis for vendors, parties in interest | 2.10 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **7.70** | **0.00** | |
| | | | | | |
| 12/12/2023 | SK | Worked on prepayments made by the company prior to the case being filed | 1.80 | | 4-2 |
| 12/12/2023 | SK | worked on the claims analysis associated with vendors and stakeholders | 1.20 | | 4-2 |
| 12/12/2023 | SK | Administrative activities associated  with case management | 0.40 | | 4-2 |
| 12/12/2023 | SK | Read emails and attachments relating to the case from the attorneys, company management, and Silverman relating to the case. | 0.40 | | 4-2 |
| 12/12/2023 | SK | Worked on vendor and stakeholder claims analysis | 1.10 | | 4-2 |
| 12/12/2023 | SK | Reviewed, read emails from vendors, attorneys, and the company. | 0.50 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/12/2023 | SK | worked on responses and notices relating to the prepayments made by the company prior to the filing of the case | 0.70 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **6.10** | **0.00** | |
| | | | | | |
| 12/13/2023 | SK | Conference call with Michael Port and Kevin of the company to discuss the 3D claim | 0.60 | | 4-2 |
| 12/13/2023 | SK | Worked on prepaids drafting making sure that letters got out to request repayment. | 0.70 | | 4-2 |
| 12/13/2023 | SK | Harco discussion with Silverman, management and the vendor | 0.30 | | 4-2 |
| 12/13/2023 | SK | Lordstown Tesca discussion with the company (Melissa L.) Silverman and the vendor | 0.50 | | 4-2 |
| 12/13/2023 | SK | Finance meeting with the company (Adam K., Michael Port, and Raghu0 including Silverman staff on the engagement | 1.00 | | 2-1 |
| 12/13/2023 | SK | Call with the attorneys (RJ at White and Case) to discuss Teris cure amount and response of the company | 0.30 | | 4-2 |
| 12/13/2023 | SK | Worked on Prepaid going to vendors requesting refunds of the dollars paid | 1.10 | | 4-2 |
| 12/13/2023 | SK | Reviewed and read emails and attachments from the company, attorneys, vendors, and Silverman relating to the case | 0.70 | | 4-2 |
| 12/13/2023 | SK | Administrative activities relating to the case | 0.30 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **5.50** | **0.00** | |
| | | | | | |
| 12/14/2023 | SK | Claims call with Silverman and the company (Adam K., Michael P., Melissa L., Amanda) | 0.60 | | 4-2 |
| 12/14/2023 | SK | Catch up call with White & Case, the Company, and Silverman | 0.70 | | 4-2 |
| 12/14/2023 | SK | Worked on rejection motion support for contracts being rejected at 12/31 | 1.00 | | 1-2 |
| 12/14/2023 | SK | Worked on prepayments made by the company prior to filing the case | 0.90 | | 4-2 |
| 12/14/2023 | SK | Read emails and attachments from the company, vendors, attorneys, and Silverman relating to the case | 0.50 | | 4-2 |
| 12/14/2023 | SK | Administrative activities relating to the case | 0.60 | | 4-2 |
| 12/14/2023 | SK | Follow up on rejection motion schedule being provided by Silverman to White and Case | 0.50 | | 1-2 |
| **THUR** | | **DAILY TOTALS** | **4.80** | **0.00** | |
| | | | | | |
| 12/15/2023 | SK | Worked on client claims, specifically reviewed Laval and Flex N Gate and drafted a letter relating to their claim and non responsiveness | 1.30 | | 4-2 |
| 12/15/2023 | SK | Followed up on the letters that went out on prepayments made prior to the filing | 0.70 | | 4-2 |
| 12/15/2023 | SK | Read emails and attachments from the company, attorneys, and Silverman relating to the case | 0.40 | | 4-2 |
| 12/15/2023 | SK | Administrative activities relating to case management. | 0.30 | | 4-2 |
| 12/15/2023 | SK | Worked on letters to Laval and Flex N Gate. | 0.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **3.00** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| | | **WEEKLY TOTAL - ( W/E 12/16/23 )** | **27.10** | **0.00** | |
| 12/18/2023 | SK | Claims call management (Adam K, Michael Port, Melissa L, Amanda) and Silverman | 0.50 | | 4-2 |
| 12/18/2023 | SK | W&C catch up call with Management, Silverman, and Fan | 1.00 | | 4-2 |
| 12/18/2023 | SK | Finance call Management (Adam K, Michael P., and Raghu) and Silverman | 0.80 | | 2-1 |
| 12/18/2023 | SK | Worked on prepayments made by the estate prior to filing | 1.50 | | 4-2 |
| 12/18/2023 | SK | Worked on Prepaids and counter claims made after the filing | 3.30 | | 4-2 |
| 12/18/2023 | SK | Read emails and attachments from attorneys, company personnel, and Silverman related to the case | 0.50 | | 4-2 |
| 12/18/2023 | SK | Administrative activities relating it the case | 0.40 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **8.00** | **0.00** | |
| 12/19/2023 | SK | Worked on prepaids and counter claims Artiflex and Aikar  in particular | 2.70 | | 4-2 |
| 12/19/2023 | SK | Call w/ A. Crnkovich and M. Mollerus re: Prepaids | 0.40 | | 4-2 |
| 12/19/2023 | SK | Read emails and attachments from the company, vendors, attorneys, and Silverman relating to the case | 0.60 | | 4-2 |
| 12/19/2023 | SK | administrative activities relating to the case | 0.20 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **3.90** | **0.00** | |
| 12/20/2023 | SK | Worked on documentation for ombudsman for the claims w/ A. Crnkovich | 0.90 | | 4-2 |
| 12/20/2023 | SK | Worked on claims and prepaids relating to the reconciliation | 1.70 | | 4-2 |
| 12/20/2023 | SK | Worked on claims relating to the case and relationships with prepaids | 1.60 | | 4-2 |
| 12/20/2023 | SK | Finance call with management (Adam K and M, Port) | 1.20 | | 2-1 |
| 12/20/2023 | SK | Read emails and attachments from management, attorneys, and Silverman relating to the case | 0.40 | | 4-2 |
| 12/20/2023 | SK | Administration relating to the case | 0.60 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **6.40** | **0.00** | |
| 12/21/2023 | SK | Claims call with company management (Adam, Melissa, Jevita) , M. Port) and Silverman | 0.70 | | 4-2 |
| 12/21/2023 | SK | Catch up call with W&C  (Fan), management (Adam, M. Port, Melissa), and Silverman | 1.10 | | 4-2 |
| 12/21/2023 | SK | Read emails and attachments from the company, attorneys, stakeholders, and Silverman relating to the case | 0.70 | | 4-2 |
| 12/21/2023 | SK | Administrative activities relating to the case, including fee application | 1.20 | | 4-5 |
| 12/21/2023 | SK | Post petition planning, i.e. activities needing to be accomplished to be accomplished between confirmation and effective date | 2.60 | | 4-2 |
| 12/21/2023 | SK | Call w/ Silverman team re: to-do's for plan confirmation | 0.50 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **6.80** | **0.00** | |
| 12/22/2023 | SK | Worked on documentation for the post confirmation ombudsman. | 1.40 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/22/2023 | SK | Worked on claims analysis by vendor/stakeholder. | 0.90 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **2.30** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/23/23 )** | **27.40** | **0.00** | |
| 12/27/2023 | SK | Finance call with management (Adam K, Michael P.) and Silverman | 1.00 | | 2-1 |
| 12/27/2023 | SK | Worked on prepaids and information being transferred to the ombudsman. | 0.80 | | 4-2 |
| 12/27/2023 | SK | Read emails from the company, attorneys, and Silverman relating to the case. | 0.20 | | 4-2 |
| 12/27/2023 | SK | Administration relating to the case. | 0.10 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **2.10** | **0.00** | |
| 12/28/2023 | SK | Worked on prepaids made by the estate prior to the case being filed | 1.00 | | 4-2 |
| 12/28/2023 | SK | Call with A. Crnkovich to discuss prepaids | 0.40 | | 4-2 |
| 12/28/2023 | SK | Worked on vendor claims | 0.80 | | 4-2 |
| 12/28/2023 | SK | Claims call with the company management (Ed H., Adam K., Melissa, Amanda, and Michael P.) and Silverman | 0.70 | | 4-2 |
| 12/28/2023 | SK | Catch up call with Fan of W&C, Management, and Silverman | 0.60 | | 4-2 |
| 12/28/2023 | SK | Read emails and attachments from the Company, attorneys, and Silverman relating to the case | 0.60 | | 4-2 |
| 12/28/2023 | SK | Administrative activities relating to the case management | 0.50 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **4.60** | **0.00** | |
| 12/29/2023 | SK | Worked on prepaids made by Lordstown prior to filing and claims | 1.40 | | 4-2 |
| 12/29/2023 | SK | Followed up emails regarding open issues in the case | 0.70 | | 4-2 |
| 12/29/2023 | SK | Read emails and reviewed attachments relating to the case | 0.60 | | 4-2 |
| 12/29/2023 | SK | Administrative activities relating to the case | 0.40 | | 4-2 |
| 12/29/2023 | SK | Phone call with Kristine Sinauskas of Industrial Experimental Technologies regarding an outstanding prepaid balance of $1,552.80 | 0.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **3.40** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/31/23 )** | **10.10** | **0.00** | |
| | | **TOTAL - (December 1 to December 31, 2023 )** | **97.60** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/1/2023 | EH | Prepaids rec | 0.50 | | 4-2 |
| 12/1/2023 | EH | claims reconciliation and updating waterfall | 2.20 | | 4-2 |
| 12/1/2023 | EH | Cash forecast update | 0.50 | | 1-1 |
| **FRI** | | **DAILY TOTALS** | **3.20** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/2/23 )** | **3.20** | **0.00** | |
| 12/4/2023 | EH | Supplier claims call | 0.60 | | 4-2 |
| 12/4/2023 | EH | W&C update call | 0.70 | | 4-2 |
| 12/4/2023 | EH | Weekly Finance Meeting | 1.00 | | 2-1 |
| 12/4/2023 | EH | Internal catch up and alignment call w/ Silverman team | 0.50 | | 4-2 |
| 12/4/2023 | EH | Cash forecast update | 4.90 | | 1-1 |
| 12/4/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/4/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **8.70** | **0.00** | |
| 12/5/2023 | EH | Fee App time & expense | 0.60 | | 4-5 |
| 12/5/2023 | EH | Cash forecast and waterfall - gathering information re claims for the equity committee | 1.20 | | 1-1 |
| 12/5/2023 | EH | Update cash forecast/waterfall for the week | 3.20 | | 1-1 |
| 12/5/2023 | EH | Gather information and update cures analysis | 0.50 | | 4-2 |
| 12/5/2023 | EH | Updated the assumed contracts schedule for filings | 0.50 | | 1-2 |
| 12/5/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/5/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/5/2023 | EH | Call w/ A. Crnkovich, S. Kohler and C Tsitsis re: cures schedule | 0.40 | | 4-2 |
| 12/5/2023 | EH | Call with A Crnkovich re: waterfall updates | 0.80 | | 1-1 |
| **TUE** | | **DAILY TOTALS** | **8.20** | **0.00** | |
| 12/6/2023 | EH | Call w/ Port to discuss EE severance | 0.30 | | 4-2 |
| 12/6/2023 | EH | Contract Assumption Schedule - gather termination clauses from contracts | 1.80 | | 1-2 |
| 12/6/2023 | EH | Weekly Finance Meeting | 1.20 | | 2-1 |
| 12/6/2023 | EH | Fee App | 1.40 | | 4-5 |
| 12/6/2023 | EH | Assumed contracts and termination penalties | 0.80 | | 1-2 |
| 12/6/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/6/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/6/2023 | EH | Call w/ A Crnkovich re: prepaids analysis | 0.50 | | 4-2 |
| 12/6/2023 | EH | Call w/ D. Tsitsis to review termination clauses and respond to M3 requests | 0.30 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **7.30** | **0.00** | |
| 12/7/2023 | EH | Supplier claims call w/ Lordstown and Silverman | 0.60 | | 4-2 |
| 12/7/2023 | EH | Call with A. Kroll and Silverman to discuss and update liquidation analysis; includes time for making updates post call | 1.10 | | 4-2 |
| 12/7/2023 | EH | W&C update call | 0.60 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/7/2023 | EH | Call with M3 to discuss waterfall questions re: claims and prepaids | 0.40 | | 1-1 |
| 12/7/2023 | EH | Call with M3, A Crnkovich, S Kohler to discuss individual claims | 0.80 | | 4-2 |
| 12/7/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/7/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **4.50** | **0.00** | |
| 12/8/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| 12/8/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/8/2023 | EH | Update liquidation analysis and waterfall for claims reserve discussion | 1.70 | | 1-1 |
| 12/8/2023 | EH | Prepaid analysis | 0.30 | | 4-2 |
| 12/8/2023 | EH | Fee app and ordinary professionals tracker - update based on CNOs, fee applications | 1.20 | | 4-5 |
| 12/8/2023 | EH | update professional fees based on legal accrual | 0.40 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **4.80** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/9/23 )** | **33.50** | **0.00** | |
| 12/11/2023 | EH | Supplier Claims Call | 0.30 | | 4-2 |
| 12/11/2023 | EH | W&C update call | 0.90 | | 4-2 |
| 12/11/2023 | EH | Legal accrual call w/ M. Port, A. Ciccone and K. Moser | 0.40 | | 4-2 |
| 12/11/2023 | EH | Weekly finance meeting | 0.80 | | 2-1 |
| 12/11/2023 | EH | Reconcile professional fees and holdback for waterfall analysis | 2.10 | | 1-1 |
| 12/11/2023 | EH | Cash forecast update | 1.40 | | 1-1 |
| 12/11/2023 | EH | reviewed assumed contracts and put together schedule of consolidated contracts to be assumed, rejected, etc. | 2.10 | | 1-2 |
| 12/11/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| 12/11/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/11/2023 | EH | Call with A. Crnkovich to discuss M3 claims questions | 0.60 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **9.80** | **0.00** | |
| 12/12/2023 | EH | update cash forecast / professional fee accrual | 1.80 | | 1-1 |
| 12/12/2023 | EH | Cash forecast update | 2.90 | | 1-1 |
| 12/12/2023 | EH | update presentation of the board deck for cash flow | 1.40 | | 1-1 |
| 12/12/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/12/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **7.10** | **0.00** | |
| 12/13/2023 | EH | Distribute cash forecast to the committees | 0.30 | | 4-2 |
| 12/13/2023 | EH | Internal meeting with Silverman team to discuss priorities for the next few weeks | 0.80 | | 4-2 |
| 12/13/2023 | EH | Put together list of internal priorities and circulate around to Silverman team | 0.80 | | 4-2 |
| 12/13/2023 | EH | November MOR cash receipts and disbursements | 1.80 | | 4-3 |
| 12/13/2023 | EH | Weekly finance meeting | 1.00 | | 2-1 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/13/2023 | EH | Call with the attorneys (RJ at White and Case) to discuss Teris cure amount and response of the company | 0.30 | | 4-2 |
| 12/13/2023 | EH | November fee app | 1.10 | | 4-5 |
| 12/13/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| 12/13/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **7.30** | **0.00** | |
| 12/14/2023 | EH | W&C update call | 0.70 | | 4-2 |
| 12/14/2023 | EH | Supplier claims call | 0.60 | | 4-2 |
| 12/14/2023 | EH | Compiling information for contract rejection schedule | 1.10 | | 1-2 |
| 12/14/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/14/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/14/2023 | EH | Cash forecast update | 1.20 | | 1-1 |
| 12/14/2023 | EH | Gather information for November MOR; includes call with S Nerger re: payroll tax | 0.70 | | 4-3 |
| **THUR** | | **DAILY TOTALS** | **5.30** | **0.00** | |
| 12/15/2023 | EH | Consolidated contracts schedule | 2.00 | | 1-2 |
| 12/15/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/15/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **3.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/16/23 )** | **32.50** | **0.00** | |
| 12/18/2023 | EH | W&C update call | 1.00 | | 4-2 |
| 12/18/2023 | EH | Weekly finance meeting | 0.80 | | 2-1 |
| 12/18/2023 | EH | Fee App November | 4.30 | | 4-5 |
| 12/18/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/18/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/18/2023 | EH | Supplier claims call | 0.50 | | 4-2 |
| 12/18/2023 | EH | Cash forecast update | 0.40 | | 1-1 |
| **MON** | | **DAILY TOTALS** | **8.00** | **0.00** | |
| 12/19/2023 | EH | update cash forecast for the week ending 12/23 through 1/12, extended to confirmation date | 6.50 | | 1-1 |
| 12/19/2023 | EH | Consolidated contract schedule to be rejected pursuant to plan | 2.00 | | 1-2 |
| 12/19/2023 | EH | call with M. Port and A Kroll to discuss cash forecast | 0.50 | | 1-1 |
| 12/19/2023 | EH | November fee application | 2.00 | | 4-5 |
| 12/19/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **11.50** | **0.00** | |
| 12/20/2023 | EH | weekly finance meeting | 1.20 | | 2-1 |
| 12/20/2023 | EH | Cash forecast update | 3.90 | | 1-1 |
| 12/20/2023 | EH | November fee app | 1.10 | | 4-5 |
| 12/20/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| 12/20/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 12/20/2023 | EH | Gather information to respond to Huron's requests re claims and cash forecast/waterfall | 0.40 | | 1-1 |
| **WED** | | **DAILY TOTALS** | **7.80** | **0.00** | |
| | | | | | |
| 12/21/2023 | EH | supplier claims call | 0.70 | | 4-2 |
| 12/21/2023 | EH | W&C update call | 1.10 | | 4-2 |
| 12/21/2023 | EH | Internal call with Silverman team to discuss post effective date checklist | 0.50 | | 4-2 |
| 12/21/2023 | EH | Update deck for board meeting | 1.00 | | 4-2 |
| 12/21/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/21/2023 | EH | Administrative activities relating to the bankruptcy | 1.20 | | 4-2 |
| 12/21/2023 | EH | Update waterfall for change in claims and prof fees | 0.60 | | 1-1 |
| 12/21/2023 | EH | Post petition planning - review W&C doc | 0.50 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **6.10** | **0.00** | |
| | | | | | |
| 12/22/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | 4-2 |
| 12/22/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 12/22/2023 | EH | Professional fees - email legal and finance profs to get updated fee estimates through confirmation date | 0.70 | | 1-3 |
| **FRI** | | **DAILY TOTALS** | **1.70** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 12/23/23 )** | **35.10** | **0.00** | |
| | | | | | |
| 12/26/2023 | EH | Cash forecast update | 2.10 | | 1-1 |
| 12/26/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| 12/26/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **3.30** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 12/27/2023 | EH | Weekly finance meeting | 1.00 | | **2-1** |
| 12/27/2023 | EH | Cash forecast update | 3.50 | | **1-1** |
| 12/27/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.70 | | **4-2** |
| 12/27/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **5.70** | **0.00** | |
| | | | | | |
| 12/28/2023 | EH | W&C update call | 0.60 | | **4-2** |
| 12/28/2023 | EH | Call with D. Tsitsis, A. Crnkovich to discuss claims reserve | 0.50 | | **4-2** |
| 12/28/2023 | EH | Cash forecast update / Distribution calculation | 2.50 | | **1-1** |
| 12/28/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | **4-2** |
| 12/28/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| 12/28/2023 | EH | Supplier claims call | 0.70 | | **4-2** |
| **THUR** | | **DAILY TOTALS** | **5.30** | **0.00** | |
| | | | | | |
| 12/29/2023 | EH | responding to various emails related to Lordstown bankruptcy | 0.50 | | **4-2** |
| 12/29/2023 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| **FRI** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 12/31/23 )** | **15.30** | **0.00** | |
| | | **TOTAL - (December 1 to December 31, 2023 )** | **119.60** | **0.00** | |

| Date | Consultant | Description | Time | |
|------|-----------|-------------|------|---|
| 12/1/2023 | SAN | November MOR | 1.50 | 4-3 |
| **FRI** | | **DAILY TOTALS** | **1.50** | |
| | | **WEEKLY TOTAL - ( W/E 12/2/23 )** | **1.50** | |
| 12/4/2023 | SAN | November MOR | 0.40 | 4-3 |
| **MON** | | **DAILY TOTALS** | **0.40** | |
| 12/8/2023 | SAN | November MOR | 0.20 | 4-3 |
| **FRI** | | **DAILY TOTALS** | **0.20** | |
| | | **WEEKLY TOTAL - ( W/E 12/9/23 )** | **0.60** | |
| 12/14/2023 | SAN | November MOR | 1.40 | 4-3 |
| **THUR** | | **DAILY TOTALS** | **1.40** | |
| | | **WEEKLY TOTAL - ( W/E 12/16/23 )** | **1.40** | |
| 12/18/2023 | SAN | Nov. MOR (4.9 hrs); Amended Sept and Oct MOR for LEVS (1.4 hrs) | 6.30 | 4-3 |
| **MON** | | **DAILY TOTALS** | **6.30** | |
| 12/21/2023 | SAN | Call w/ S. Kohler re post-confirmation activities | 0.50 | 4-2 |
| **THUR** | | **DAILY TOTALS** | **0.50** | |
| | | **WEEKLY TOTAL - ( W/E 12/23/23 )** | **6.80** | |
| | | **TOTAL - (December 1 to December 31, 2023 )** | **10.30** | |

**Silverman Consulting**
**Fee Application - Expenses**
**Lordstown Motor Corporation**

Case No. 23-10831

| Consultant | Date | # People | Description | Reason | Category | Billable |
|---|---|---|---|---|---|---|
| MM | 12/6/2023 | 1 | Shipping and container cost for Lordstown laptop back to Farmington Hills office | Equipment return | Administrative | $ 167.36 |
| | | | **TOTAL MM** | | | **167.36** |

| Consultant | Date | # People | Description | Reason | Category | Billable |
|---|---|---|---|---|---|---|
| WB | 12/20/2023 | 1 | UPS Charges - Vendor Prepaids With No Claims Letters - Round 2 | Shipping Vendor Notices | Administrative | $ 694.17 |
| WB | 12/29/2023 | 1 | UPS Charges - Vendor Prepaids With No Claims Letters | Shipping Vendor Notices | Administrative | $ 460.15 |
| | | | **TOTAL WB** | | | **1,154.32** |
| | | | **TOTAL DECEMBER 1-31, 2023** | | | **1,321.68** |