**Exhibit B**

**Expense Detail**

| Name | Date | Description | Expense Category | Amount |
|---|---|---|---|---|
| MM | 12/6/2023 | Shipping and container cost for Lordstown laptop back to Farmington Hills office | Administrative | $ 167.36 |
| WB | 12/20/2023 | UPS Charges - Vendor Prepaids With No Claims Letters - Round 2 | Administrative | $ 694.17 |
| WB | 12/29/2023 | UPS Charges - Vendor Prepaids With No Claims Letters | Administrative | $ 460.15 |
| TOTAL | | | | $ 1,321.68 |

124847520