# EXHIBIT A

# Invoices

**LORDSTOWN MOTORS CORP.**
**TASK CODE SUMMARY**
**NOVEMBER 1, 2023 - NOVEMBER 30, 2023**

| Code | Category | Hours | Amount |
|---|---|---|---|
| B100 | Administration | 7.0 | 5,096.50 |
| B110 | Case Administration | 5.5 | 4,705.00 |
| B190 | Other Contested Matters | 2.0 | 1,580.00 |
| B460 | Securities Matters | 118.2 | 79,254.00 |
| B510 | General Benefit Matters | 3.2 | 2,192.00 |
| | | 135.9 | 92,827.50 |
| | Less Discounts | | -9,282.75 |
| | **Total** | **135.9** | **83,544.75** |

**LORDSTOWN MOTORS CORP.**
**TIMEKEEPER SUMMARY**
**NOVEMBER 1, 2023 - NOVEMBER 30, 2023**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Atkinson, Susan L. | Paralegal | 260.00 | 0.7 | 185.50 |
| Barrow Clark, Erica | Associate | 970.00 | 2.0 | 1,940.00 |
| Brown, David H. | Associate | 610.00 | 0.8 | 488.00 |
| Hanselman, Suzanne K. | Partner | 805.00 | 0.3 | 241.50 |
| Murray, Brian M. | Partner | 685.00 | 3.2 | 2,192.00 |
| Spreen, Janet A. | Partner | 780.00 | 83.7 | 65,286.00 |
| Stevenson, Brittany E. | Associate | 400.00 | 33.7 | 13,480.00 |
| VanNiel, Michael A. | Partner | 790.00 | 11.2 | 8,848.00 |
| Vlasek, Jeffrey R. | Partner | 555.00 | 0.3 | 166.50 |
| | | | 135.9 | 92,827.50 |
| | | Less Discounts | | -9,282.75 |
| | | **Total** | **135.9** | **83,544.75** |

**LORDSTOWN MOTORS CORP.**
**EXPENSE SUMMARY**
**NOVEMBER 1, 2023 - NOVEMBER 30, 2023**

None.
| | |
|---|---|
| **Total** | **0.00** |

Case 23-10831-MFW    Doc 928-2    Filed 01/22/24    Page 5 of 11

Lordstown Motors Corp.                                    Invoice Date:         12/29/23
                                                          Invoice Number:      51231837
                                                          Matter Number:   116592.000110
                                                                                  Page 3

| | | | | | |
|---|---|---|---|---|---|
| **Regarding:** | | General Corporate Matters (2022-2024) | | | |
| **Matter Number:** | | 116592.000110 | | | |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/23 | Atkinson, Susan L. | Receive Mr. Stepanovic's approval for audit response content and send to the audit committee for review, finalize response based on committee review and send PDF of executed response to auditor and Ms. Leonard, and supplement files. | 265.00 | 0.70 | 185.50 |
| 11/01/23 | Hanselman, Suzanne K. | Conduct audit committee review of audit response. | 805.00 | 0.30 | 241.50 |
| 11/09/23 | VanNiel, Michael A. | Correspondence with White & Case regarding coordination of interim fee applications filings. | 790.00 | 0.10 | 79.00 |
| 11/10/23 | VanNiel, Michael A. | Review and analyze fee application as permitted to be charged in accordance with U.S. Trustee Guidelines and multiple correspondence with working group regarding same, all in accordance with U.S. Trustee Guidelines, the Bankruptcy Code and applicable Bankruptcy Rules. | 790.00 | 2.00 | 1,580.00 |
| 11/14/23 | VanNiel, Michael A. | Review and revise third monthly fee statement and first interim fee application as special counsel. | 790.00 | 2.90 | 2,291.00 |
| 11/14/23 | VanNiel, Michael A. | Correspondence with White & Case and internal working group regarding interim fee application and monthly fee statement. | 790.00 | 0.30 | 237.00 |
| 11/22/23 | VanNiel, Michael A. | Review and address issues regarding Baker & Hostetler Second Monthly Fee Statement in accordance with local US Trustee guidelines. | 790.00 | 0.20 | 158.00 |
| 11/22/23 | VanNiel, Michael A. | Correspondence with White & Case regarding documents for submission to court relating to Second Monthly Fee Statement. | 790.00 | 0.20 | 158.00 |

Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Lordstown Motors Corp.                           Invoice Date:            12/29/23
                                                 Invoice Number:          51231837
                                                 Matter Number:      116592.000110
                                                                            Page 4

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/30/23 | Vlasek, Jeffrey R. | Review initial questions regarding employment agreements related to bankruptcy proceeding. | 555.00 | 0.30 | 166.50 |
| **Administration(B100)** | | | | **7.00** | **5,096.50** |
| 11/07/23 | VanNiel, Michael A. | Review and address issues relating to ongoing corporate and securities matters in light of court requirements relating to disclosure of same. | 790.00 | 1.50 | 1,185.00 |
| 11/13/23 | VanNiel, Michael A. | Review and address open corporate and securities issues in light of latest bankruptcy developments and pleadings filed with court. | 790.00 | 2.00 | 1,580.00 |
| 11/16/23 | Barrow Clark, Erica | Correspond with Ms. Leonard regarding corporate records. | 970.00 | 0.30 | 291.00 |
| 11/16/23 | Barrow Clark, Erica | Review and analyze corporate records. | 970.00 | 1.70 | 1,649.00 |
| **Case Administration(B110)** | | | | **5.50** | **4,705.00** |
| 11/06/23 | VanNiel, Michael A. | Review and analyze select bankruptcy filings impacting ongoing corporate and securities matters. | 790.00 | 1.00 | 790.00 |
| 11/09/23 | VanNiel, Michael A. | Review and analyze select bankruptcy filings and issues relevant to ongoing securities and corporate matters. | 790.00 | 1.00 | 790.00 |
| **Other Contested Matters(B190)** | | | | **2.00** | **1,580.00** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

Case 23-10831-MFW    Doc 928-2    Filed 01/22/24    Page 7 of 11

Lordstown Motors Corp. | Invoice Date: | 12/29/23
| Invoice Number: | 51231838
| Matter Number: | 116592.000024
| | Page 4

**B460**     **Securities Matters**
116592.000024

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Spreen, Janet A. | 83.70 | $ 780.00 | $ 65,286.00 |
| Brown, David H. | 0.80 | 610.00 | 488.00 |
| Stevenson, Brittany E. | 33.70 | 400.00 | 13,480.00 |
| **10% Courtesy Discount** | | | (7,925.40) |
| **Total** | **118.20** | | **$ 71,328.60** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/23 | Spreen, Janet A. | Attention to Form 10-Q comments and status. | 2.00 | 1,560.00 |
| 11/01/23 | Spreen, Janet A. | Attention to audit letter updates. | 0.30 | 234.00 |
| 11/01/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 2.90 | 1,160.00 |
| 11/02/23 | Spreen, Janet A. | Attention to Form 10-Q update and review. | 4.50 | 3,510.00 |
| 11/02/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 4.20 | 1,680.00 |
| 11/03/23 | Spreen, Janet A. | Attention to Form 10-Q update and review. | 1.20 | 936.00 |
| 11/03/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 0.20 | 80.00 |
| 11/03/23 | Stevenson, Brittany E. | Prepare and distribute comparison document. | 0.10 | 40.00 |
| 11/03/23 | Stevenson, Brittany E. | Call with Mr. Port to discuss Form 10-Q. | 0.30 | 120.00 |
| 11/04/23 | Spreen, Janet A. | Attention to Form 10-Q update and review. | 1.50 | 1,170.00 |
| 11/04/23 | Stevenson, Brittany E. | Prepare and distribute comparison document. | 0.20 | 80.00 |
| 11/06/23 | Spreen, Janet A. | Attention to Form 10-Q review and revisions. | 3.50 | 2,730.00 |
| 11/06/23 | Spreen, Janet A. | Attend disclosure committee meeting. | 1.50 | 1,170.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

Lordstown Motors Corp.  
Invoice Date: 12/29/23  
Invoice Number: 51231838  
Matter Number: 116592.000024  
Page 5

| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/06/23 | Stevenson, Brittany E. | Attend disclosure committee call. | 1.00 | 400.00 |
| 11/06/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 0.40 | 160.00 |
| 11/07/23 | Spreen, Janet A. | Attention to EDGAR passcode update questions. | 0.10 | 78.00 |
| 11/07/23 | Spreen, Janet A. | Review, revise and discuss Form 10-Q. | 5.00 | 3,900.00 |
| 11/07/23 | Stevenson, Brittany E. | Prepare application to obtain replacement EDGAR codes. | 1.20 | 480.00 |
| 11/07/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 2.70 | 1,080.00 |
| 11/08/23 | Spreen, Janet A. | Attention to Compensation Committee meeting agenda and matter for consideration. | 1.20 | 936.00 |
| 11/08/23 | Spreen, Janet A. | Attend Compensation Committee meeting. | 1.00 | 780.00 |
| 11/08/23 | Spreen, Janet A. | Review and revise Form 10-Q. | 6.00 | 4,680.00 |
| 11/08/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 4.00 | 1,600.00 |
| 11/09/23 | Spreen, Janet A. | Review, revise and discuss Form 10-Q. | 7.30 | 5,694.00 |
| 11/09/23 | Spreen, Janet A. | Attention to Compensation Committee Written Consent for Alternative Severance Pay. | 1.50 | 1,170.00 |
| 11/09/23 | Spreen, Janet A. | Prepare Audit Committee version of Form 10-Q and send to committee. | 1.00 | 780.00 |
| 11/09/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 3.50 | 1,400.00 |
| 11/09/23 | Stevenson, Brittany E. | Prepare Compensation Committee written consent. | 1.50 | 600.00 |
| 11/10/23 | Spreen, Janet A. | Attention to Form 10-Q comments and revisions. | 8.00 | 6,240.00 |
| 11/10/23 | Spreen, Janet A. | Review materials and attend Audit Committee Meeting. | 1.50 | 1,170.00 |
| 11/10/23 | Spreen, Janet A. | Attention to Employment Agreement and transition issues. | 1.00 | 780.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston  
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/23 | Stevenson, Brittany E. | Review and update draft Form 10-Q. | 1.20 | 480.00 |
| 11/11/23 | Spreen, Janet A. | Attention to Form 10-Q comments and revisions. | 1.50 | 1,170.00 |
| 11/11/23 | Stevenson, Brittany E. | Prepare exhibits. | 0.80 | 320.00 |
| 11/12/23 | Spreen, Janet A. | Attention to Form 10-Q comments and revisions. | 8.00 | 6,240.00 |
| 11/13/23 | Spreen, Janet A. | Attention to Form 10-Q revisions and comments. | 10.00 | 7,800.00 |
| 11/13/23 | Spreen, Janet A. | Attention to Audit Committee minutes. | 0.10 | 78.00 |
| 11/13/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 4.70 | 1,880.00 |
| 11/14/23 | Brown, David H. | Review and analyze finalized language from filed Form 10-Q in order to begin updating the S-1 with those updates. | 0.80 | 488.00 |
| 11/14/23 | Spreen, Janet A. | Attention to finalizing Form 10-Q. | 2.00 | 1,560.00 |
| 11/14/23 | Spreen, Janet A. | Prepare Board and Committee meeting minutes. | 1.30 | 1,014.00 |
| 11/14/23 | Stevenson, Brittany E. | Review and update Form 10-Q. | 0.60 | 240.00 |
| 11/20/23 | Spreen, Janet A. | Prepare board minutes. | 0.70 | 546.00 |
| 11/20/23 | Spreen, Janet A. | Prepare draft committee meeting minutes. | 1.00 | 780.00 |
| 11/21/23 | Spreen, Janet A. | Prepare draft committee meeting minutes. | 1.00 | 780.00 |
| 11/21/23 | Stevenson, Brittany E. | Prepare Passphrase Updated Request for changing EDGAR Codes. | 0.60 | 240.00 |
| 11/22/23 | Spreen, Janet A. | Call with Mr. Kroll regarding SEC filing planning. | 0.60 | 468.00 |
| 11/27/23 | Spreen, Janet A. | Prepare outline of post-emergence securities matters. | 1.50 | 1,170.00 |
| 11/27/23 | Spreen, Janet A. | Prepare Audit Committee Meeting Minutes. | 0.30 | 234.00 |
| 11/28/23 | Spreen, Janet A. | Meeting regarding post-emergence | 1.00 | 780.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | securities matters. | | |
| 11/28/23 | Stevenson, Brittany E. | Review sample Form 10-K, Form 10-Q and proxy statement disclosure. | 2.10 | 840.00 |
| 11/29/23 | Spreen, Janet A. | Attention to minutes for approval at Board Meeting. | 0.30 | 234.00 |
| 11/29/23 | Spreen, Janet A. | Attention to review of post-emergence SEC filings for issue identification and planning. | 1.00 | 780.00 |
| 11/29/23 | Spreen, Janet A. | Attention to preparation of employment agreement settlement agreements. | 1.00 | 780.00 |
| 11/29/23 | Spreen, Janet A. | Review updated disclosure for website. | 0.20 | 156.00 |
| 11/29/23 | Spreen, Janet A. | Call with Mr. Kroll regarding authorizations for signing documents and bank accounts. | 0.30 | 234.00 |
| 11/30/23 | Spreen, Janet A. | Attention to preparation of employment agreement settlement agreements. | 1.00 | 780.00 |
| 11/30/23 | Spreen, Janet A. | Review internal controls requirement questions. | 1.00 | 780.00 |
| 11/30/23 | Spreen, Janet A. | Prepare for and attend Board Meeting. | 1.50 | 1,170.00 |
| 11/30/23 | Spreen, Janet A. | Attention to RSU vesting and tax withholding question. | 0.30 | 234.00 |
| 11/30/23 | Stevenson, Brittany E. | Review sample Form 10-K, Form 10-Q and proxy statement disclosure. | 1.50 | 600.00 |
| | **Total** | | **118.20** | **79,254.00** |

Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

Lordstown Motors Corp.  
Invoice Date: 12/29/23  
Invoice Number: 51231838  
Matter Number: 116592.000126  
Page 8

---

**B510**  **General Benefit Matters (2022-2024)**  
116592.000126

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Murray, Brian M. | 3.20 | $ 685.00 | $ 2,192.00 |
| **10% Courtesy Discount** | | | (219.20) |
| **Total** | **3.20** | | **$ 1,972.80** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/21/23 | Murray, Brian M. | Draft correspondence with participants in the 401(k) plan regarding limitations on investment and distribution rights, as well as advising of the timing for cessation of contributions. | 1.10 | 753.50 |
| 11/22/23 | Murray, Brian M. | Draft summary of tasks necessary to complete for the termination and windup of the 401(k) plan. | 2.10 | 1,438.50 |
| | **Total** | | **3.20** | **2,192.00** |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston  
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington