**EXHIBIT A**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
December 1, 2023 through December 31, 2023

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---:|---:|---:|
| Celeste Campbell | Manager - Bankruptcy | 2.4 | $ 298 | $ 715.20 |
| Dan Varnish | Senior Associate - Audit | 0.5 | $ 300 | $ 150.00 |
| Darrin Schultz | Partner - Audit | 0.5 | $ 500 | $ 250.00 |
| Mark Schierholt | Managing Director - Audit | 0.5 | $ 450 | $ 225.00 |
| Melina Lynn | Associate - Audit | 53.2 | $ 250 | $ 13,300.00 |
| Mila Orobia | Associate - Bankruptcy | 2.8 | $ 210 | $ 588.00 |
| Sara Rufo | Senior Manager - Audit | 13.0 | $ 400 | $ 5,200.00 |
| Scott Stelk | Partner - Audit | 2.2 | $ 500 | $ 1,100.00 |
| **Hours and Fees at Discounted Rates** | | **75.1** | | **$ 21,528.20** |
| **Total Discounted Fees** | | | | $ 21,528.20 |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | $ 21,528.20 |
| Less Holdback Adjustment (20%) | | | | $ (4,305.64) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | $ 17,222.56 |
| **Blended Hourly Rate** | | | $286.66 | |