**EXHIBIT B**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Hours and Discounted Fees Incurred by Category
December 1, 2023 through December 31, 2023

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Audit Services | C1 | 68.9 | $ 19,775.00 |
| Retention Services | C2 | 0.0 | $ - |
| Fee Application Preparation Services | C3 | 6.2 | $ 1,753.20 |
| **Total** | | **75.1** | **$ 21,528.20** |