**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sara Rufo | 12/05/23 | (1.0) Audit planning for Yellow Corp 2023 audit including adjusting resource schedule and audit timeline to fit management's updated reporting timeline. | 1.0 | $ 400 | $ 400.00 |
| Sara Rufo | 12/07/23 | (0.5) Call to discuss impact of appointment of equity committee and Lordstown go forward plan on 2023 audit with S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.5 | $ 400 | $ 200.00 |
| Scott Stelk | 12/07/23 | (0.5) Call to discuss impact of appointment of equity committee and Lordstown go forward plan on 2023 audit with S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.5 | $ 500 | $ 250.00 |
| Sara Rufo | 12/07/23 | 1.5 Preparation of memo for Changes at the Company due to bankruptcy / impact on the audit. | 1.5 | $ 400 | $ 600.00 |
| Mark Schierholt | 12/07/23 | (0.5) Call to discuss impact of appointment of equity committee and Lordstown go forward plan on 2023 audit with S. Stelk, M. Schierholt, S. Rufo (KPMG). | 0.5 | $ 450 | $ 225.00 |
| Melina Lynn | 12/11/23 | Review, as of 12/11/23, bankruptcy court hearing agenda for 12/11 from S. Rufo (KPMG) regarding Lordstown's bankruptcy proceedings, concurrently documenting matters within in the KCw audit file for 2023 year-end while creating a folder for future bankruptcy court dockets. | 0.5 | $ 250 | $ 125.00 |
| Sara Rufo | 12/11/23 | 3.2 Developing audit plan, concurrently performing allocation of resources for Lordstown YE audit as a requirement to confirm engagement team is appropriately staffed as well as the timing is appropriate based on client deadlines. | 3.2 | $ 400 | $ 1,280.00 |
| Melina Lynn | 12/12/23 | Removed each Test of Operating Effectiveness from each entity-level control as this audit is not an ICOFR audit but the file was already built out like one. | 0.4 | $ 250 | $ 100.00 |
| Sara Rufo | 12/12/23 | 0.5 Meeting with M. Port (Lordstown) and S. Rufo (KPMG) to discuss timing for YE audit procedures for Lordstown. | 0.5 | $ 400 | $ 200.00 |
| Melina Lynn | 12/12/23 | Meeting with S. Rufo and M. Lynn (KPMG) to discuss project plan over starting the Lordstown 2023 audit to determine what items we need from the client, what procedures take priority, and how the audit changes compared to last year based on the bankruptcy proceedings. | 0.5 | $ 250 | $ 125.00 |
| Melina Lynn | 12/12/23 | Downloaded the latest Related Party Questionnaire from ALex, concurrently updating, as of 12/12/23, according to the nature of Lordstown Motors Corp (LMC) to confirm that LMC is independent from KPMG for S. Rufo (KPMG) approval. | 0.6 | $ 250 | $ 150.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 12/12/23 | Documented the engagement team's understanding, risks, and responses related to LMC's payroll processes to determine how extensive our substantive procedures over this process should be. | 1.1 | $ 250 | $ 275.00 |
| Melina Lynn | 12/12/23 | Continue, from earlier on 12/12/23, to document the engagement team's understanding, risks, and responses related to LMC's payroll processes to determine how extensive our substantive procedures over this process should be. | 1.2 | $ 250 | $ 300.00 |
| Melina Lynn | 12/12/23 | Update, as of 12/12/23, the current year audit file using the prior year and prior quarter files, specifically, the engagement management and entity-wide procedures, in order to organize the items that will be needed to complete the audit for Lordstown this year. | 1.7 | $ 250 | $ 425.00 |
| Melina Lynn | 12/13/23 | Added new members coming to the engagement team to the KCw audit file to confirm they will have access when they join the team. | 0.3 | $ 250 | $ 75.00 |
| Melina Lynn | 12/13/23 | Obtained the KPMG retention agreement from the Q2 audit file while moving it to the Year end 2023 audit file to depict the agreement between Lordstown and KPMG that states they are retaining us as their auditors for 2023. | 0.4 | $ 250 | $ 100.00 |
| Melina Lynn | 12/13/23 | Uploaded our documentation of unpaid fees, the organization chart of Lordstown Motors Corp, along with the AC Charter Delegate Authority to the independence screens in the 2023 audit file to confirm that independence considerations are followed. | 0.6 | $ 250 | $ 150.00 |
| Melina Lynn | 12/13/23 | Documented the engagement team's understanding, risks, and responses related to LMC's treasury processes to determine how extensive our substantive procedures over this process should be. | 0.9 | $ 250 | $ 225.00 |
| Melina Lynn | 12/13/23 | Documented the engagement team's understanding, risks, and responses related to LMC's equity processes to determine how extensive our substantive procedures over this process should be. | 1.0 | $ 250 | $ 250.00 |
| Melina Lynn | 12/13/23 | Uploaded the Q1, Q2, and Q3 audit files to the 2023 Year End Audit file to account for the committee meetings that happened thus far in order to remain current with matters related to Lordstown Motors Corp. | 1.3 | $ 250 | $ 325.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 12/13/23 | Identified which business processes where there is a reasonable possibility that a risk of material misstatement (RMM) exists, concurrently documenting a rationale for the processes that do not have an RMM and why we think so by using specific amounts from the trial balance or specific matters that have been disclosed by Lordstown to prove there is no risk to assist KPMG team identify which processes within the company have risks and which do not. | 2.0 | $ 250 | $ 500.00 |
| Sara Rufo | 12/13/23 | 2.8 Senior Manager review, as of 12/13/23, of audit workpaper documentation including board minutes, independence work, audit plan. | 2.8 | $ 400 | $ 1,120.00 |
| Melina Lynn | 12/14/23 | Using the Lordstown last 10Q, updated, as of 12/14/23, KPMG's audit strategy based on matters disclosed from the company as to their current standing / involvements in litigation. | 0.3 | $ 250 | $ 75.00 |
| Melina Lynn | 12/14/23 | Updated, as of 12/14/23, the understanding screens for Lordstown 3 service organizations by removing control objectives, denoting that we are not relying on internal controls as well as rolling forward information from prior year in preparation for our evaluation over each service organization. | 0.9 | $ 250 | $ 225.00 |
| Melina Lynn | 12/14/23 | Create a list of all business process substantive procedures performed in the prior year along with the number of samples for each procedure in advance of sending to S. Rufo (KPMG) for her consideration in this year's business process substantive testing for Lordstown. | 1.4 | $ 250 | $ 350.00 |
| Melina Lynn | 12/14/23 | Reviewed Lordstown 2023 audit file confirming that allocations to screens are accurate as well as include a two reviews per screen. | 2.9 | $ 250 | $ 725.00 |
| Melina Lynn | 12/15/23 | (0.2) Using Lordstown Motors Corp's official website, confirm that the executives are the same as last year. | 0.2 | $ 250 | $ 50.00 |
| Melina Lynn | 12/15/23 | Reviewed, as of 12/15/23, the prepared pre-engagement screens, concurrently updating documentation to reflect matters of Lordstown that have occurred throughout the 2023 year. | 0.3 | $ 250 | $ 75.00 |
| Melina Lynn | 12/15/23 | (0.4) For the LMC executives, obtained their employee agreements that were in the 2022 audit file moving them to the 2023 audit file to show they are still employed at LMC. | 0.4 | $ 250 | $ 100.00 |
| Scott Stelk | 12/15/23 | 0.7 Discussion with A. Kroll, (Lordstown) on update, as of 12/15/23, for audit timing and communicating updates to engagement team via email. | 0.7 | $ 500 | $ 350.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 12/15/23 | Continue, as of 12/15/23, to review the Lordstown 2023 audit file, confirming that allocations to screens are accurate as well as include a two reviews per screen. | 3.3 | $ 250 | $ 825.00 |
| Melina Lynn | 12/15/23 | Continue, from earlier on 12/15/23, to review Lordstown 2023 audit file to confirm that allocations to screens are accurate as well as include a two reviews per screen. | 3.8 | $ 250 | $ 950.00 |
| Melina Lynn | 12/18/23 | Reviewed, concurrently documenting, as of 12/18/23, all Q4 Lordstown filings through the SEC to date by using SEC.gov to collect information on all matters from the company's during this quarter in Lordstown's 2023 audit file. | 0.5 | $ 250 | $ 125.00 |
| Melina Lynn | 12/18/23 | Replaced board minute agendas within the audit file with the final draft of the meeting minutes in order to document matters related to Lordstown. | 0.7 | $ 250 | $ 175.00 |
| Melina Lynn | 12/18/23 | Reviewed, as of 12/18/23, reports written by industry analysts, concurrently documenting reports published in Q4 2023 to assess how Lordstown compares to other entities in the industry. | 0.7 | $ 250 | $ 175.00 |
| Melina Lynn | 12/18/23 | Reviewed, concurrently documenting, as of 12/18/23, entity-level controls, specifically, for each entity-level control, populate the D&I screens as well as to gain insight on the attachments to each screen. | 2.3 | $ 250 | $ 575.00 |
| Melina Lynn | 12/18/23 | Continue, from earlier on 12/18/23, to review, concurrently documenting, as of 12/18/23, entity-level controls, specifically, for each entity-level control, populate the D&I screens as well as to gain insight on the attachments to each screen. | 2.7 | $ 250 | $ 675.00 |
| Melina Lynn | 12/19/23 | (0.2) Aggregate a list of all CERAMICS to forward to Lordstown management in order to prepare for the walkthroughs we will conduct. | 0.2 | $ 250 | $ 50.00 |
| Melina Lynn | 12/19/23 | (0.3) Extracted all attachments to the D&I CERAMICS screens in order to remove all attachments that were related to the testing of controls that were rolled forward from the previous year. | 0.3 | $ 250 | $ 75.00 |
| Darrin Schultz | 12/19/23 | 0.5 Call for S. Stelk (KPMG) to provide update to D. Schultz (KPMG) on status, as of 12/19/23, of the Lordstown plan of emergence from bankruptcy and provide update on timing of 2023 audit procedures. | 0.5 | $ 500 | $ 250.00 |
| Scott Stelk | 12/19/23 | 0.5 Call for S. Stelk (KPMG) to provide update to D. Schultz (KPMG) on status, as of 12/19/23, of the Lordstown plan of emergence from bankruptcy and provide update on timing of 2023 audit procedures. | 0.5 | $ 500 | $ 250.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sara Rufo | 12/19/23 | 0.5 Meeting with S. Rufo, M. Lynn and D. Varnish (KPMG) to discuss Lordstown audit plan, as of 12/19/23, and next steps. | 0.5 | $ 400 | $ 200.00 |
| Dan Varnish | 12/19/23 | 0.5 Meeting with S. Rufo, M. Lynn and D. Varnish (KPMG) to discuss Lordstown audit plan, as of 12/19/23, and next steps. | 0.5 | $ 300 | $ 150.00 |
| Melina Lynn | 12/19/23 | 0.5 Meeting with S. Rufo, M. Lynn and D. Varnish (KPMG) to discuss Lordstown audit plan, as of 12/19/23, and next steps. | 0.5 | $ 250 | $ 125.00 |
| Melina Lynn | 12/19/23 | Create 2023 year end PBC list to upload to Lordstown shared site. | 1.0 | $ 250 | $ 250.00 |
| Melina Lynn | 12/19/23 | Transferred Sentinel Entity Management Compliance confirmation from Lordstown quarter files (0.8) as well as obtain the Q1 version from S. Rufo (KPMG) (0.2). | 1.0 | $ 250 | $ 250.00 |
| Melina Lynn | 12/19/23 | Continue, as of 12/19/23, to review, concurrently documenting entity-level controls, specifically, for each entity-level control, populate the D&I screens as well as gain insight on the attachments to each screen. | 3.0 | $ 250 | $ 750.00 |
| Melina Lynn | 12/20/23 | Create the presentation of the 2023 year end PBC list to upload to Lordstown shared site in advance of S. Rufo (KPMG) approval while creating the list on the client site. | 0.9 | $ 250 | $ 225.00 |
| Melina Lynn | 12/20/23 | Meeting with S. Rufo and M. Lynn (KPMG) to discuss questions about Materiality, Audit Planning slides, and walkthroughs for the Lordstown audit. | 1.5 | $ 250 | $ 375.00 |
| Sara Rufo | 12/20/23 | Meeting with S. Rufo and M. Lynn (KPMG) to discuss questions about Materiality, Audit Planning slides, and walkthroughs for the Lordstown audit. | 1.5 | $ 400 | $ 600.00 |
| Melina Lynn | 12/20/23 | Updated, as of 12/20/23, the Audit Plan slides obtained by KAEG based on client matters, our agreement with the client as well as per discussion with S. Rufo (KPMG). | 1.8 | $ 250 | $ 450.00 |
| Melina Lynn | 12/20/23 | Extracted all documents used for the walkthroughs by using the 2022 Year end audit file while removing all KPMG tick marks within in advance of sending to S. Rufo (KPMG) for Lordstown to use as examples for what to provide for this year's walkthrough. | 3.3 | $ 250 | $ 825.00 |
| Melina Lynn | 12/21/23 | Continue, as of 12/21/23, to update the Audit Plan slides obtained by KAEG based on client matters, specifically our agreement with the client as well as per discussion with S. Rufo (KPMG). | 1.5 | $ 250 | $ 375.00 |

**EXHIBIT C1**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Audit Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Melina Lynn | 12/21/23 | (2.5) Create instructions; specifically for Cash, HR, and Purchases processes relative to Lordstown Audit to provide to the OKE team. | 2.5 | $ 250 | $ 625.00 |
| Melina Lynn | 12/21/23 | Updated, as of 12/21/23, the Walkthrough Strategy required workpaper documentation with the processes we plan to conduct walkthroughs for as well as which will only be probes based on risk, PY and other factors. | 2.8 | $ 250 | $ 700.00 |
| Sara Rufo | 12/22/23 | (1.0) Senior Manager review, as of 12/22/23, of PBC list, audit execution schedule in advance of providing PBC list along with schedule to Lordstown management. | 1.0 | $ 400 | $ 400.00 |
| | | **Total Audit Services** | **68.9** | | **$ 19,775.00** |

**EXHIBIT C2**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Retention Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|      |      | *no services provided in current month* |   |   |   |
|      |      | **Total Retention Services** | **0.0** |   | **$    -** |

**EXHIBIT C3**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Fee Application Preparation Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mila Orobia | 12/05/23 | 0.3 Updated, as of 12/05/23, Lordstown 3rd combined monthly exhibit based on additional information from the professionals. | 0.3 | $ 210 | $ 63.00 |
| Mila Orobia | 12/07/23 | 0.1 Email communication to C. Campbell (KPMG) requesting to review Lordstown 3rd combined monthly fee application. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 12/12/23 | 0.5 Clear C. Campbell (KPMG) comments in the Lordstown 3rd combined monthly exhibits in advance of senior manager review. | 0.5 | $ 210 | $ 105.00 |
| Celeste Campbell | 12/12/23 | Perform manager review of Lordstown 3rd fee statement exhibits as required in advance of filing, concurrently providing comments. | 1.3 | $ 298 | $ 387.40 |
| Mila Orobia | 12/13/23 | 0.1 Email communication to S. Stelk and S. Rufo (KPMG) requesting to review/approve Lordstown 3rd combined monthly fee exhibits. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 12/13/23 | 0.1 Email communication with S. Stelk and S. Rufo (KPMG) requesting for description of services to be included in KPMG's 3rd combined monthly fee application narrative for Lordstown Motors Corp. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 12/13/23 | 0.2 Continue, as of 12/13/23, to update Lordstown 3rd combined monthly exhibit based on additional information from the professionals. | 0.2 | $ 210 | $ 42.00 |
| Mila Orobia | 12/18/23 | 0.1 Email communication with C. Campbell (KPMG) requesting to review Lordstown 3rd combined monthly narrative / declaration certification in advance of submission to S. Stelk (KPMG) for review/approval to apply electronic signature. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 12/18/23 | 0.2 Updated, as of 12/18/23, the Lordstown 3rd combined monthly exhibits based on S. Rufo (KPMG) review comments. | 0.2 | $ 210 | $ 42.00 |
| Sara Rufo | 12/18/23 | 0.5 Senior Manager review, as of 12/18/23, of 3rd monthly fee application in advance of partner review. | 0.5 | $ 400 | $ 200.00 |
| Mila Orobia | 12/18/23 | Prepare Lordstown 3rd combined monthly Narrative (0.5), Declaration/certification (0.1) to be included in Lordstown 3rd combined monthly fee application. | 0.6 | $ 210 | $ 126.00 |
| Mila Orobia | 12/19/23 | 0.1 Email communication to S. Stelk (KPMG) requesting approval/permission to apply signature to Lordstown Motors Corp 3rd combined monthly narrative / declaration/certification. | 0.1 | $ 210 | $ 21.00 |
| Mila Orobia | 12/19/23 | 0.4 Created final combined deliverable of Lordstown 3rd combined monthly fee application in advance of submission for filing. | 0.4 | $ 210 | $ 84.00 |

**EXHIBIT C3**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Fee Application Preparation Services
December 1, 2023 through December 31, 2023

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Scott Stelk | 12/19/23 | Partner review, as of 12/19/23, of the Lordstown 3rd combined monthly fee application exhibit in order to provide approval for filing. | 0.5 | $ 500 | $ 250.00 |
| Celeste Campbell | 12/19/23 | Perform manager review of LMC 3rd narrative (.6), certification (.1) and finalized exhibits (.2) in advance of partner review. | 0.9 | $ 298 | $ 268.20 |
| Mila Orobia | 12/20/23 | 0.1 Email communication to Lordstown counsel requesting to file/serve Lordstown 3rd combined monthly fee application. | 0.1 | $ 210 | $ 21.00 |
| Celeste Campbell | 12/20/23 | Perform manager review of LMC 3rd final deliverable in advance of submission for filing. | 0.2 | $ 298 | $ 59.60 |
| **Total Fee Application Preparation Services** | | | **6.2** | | **$ 1,753.20** |