**EXHIBIT D**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Out of Pocket Expenses
December 1, 2023 through December 31, 2023

| Category | Amount |
|---|---|
| Airfare | $      - |
| Lodging | $      - |
| Meals | $      - |
| Ground Transportation | $      - |
| Miscellaneous | $      - |
| **Total** | **$      -** |