## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### NOTICE OF INCREASE OF HOURLY RATES FOR
### BAKER & HOSTETLER, LLP

**PLEASE TAKE NOTICE** that Baker & Hostetler, LLP, serving as special litigation and corporate counsel to the Debtors in this Chapter 11 Case, has adjusted its hourly rates, effective as of January 1, 2024, in accordance with the attached **Exhibit A**.

Dated: January 22, 2024

BAKER & HOSTETLER LLP

*/s/ Michael A. VanNiel*
Michael A. VanNiel (0073948)
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
mvanniel@bakerlaw.com

*Special Litigation and Corporate Counsel to the Debtors*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

**2024 RATE INCREASE**

| Professional | Position with the Applicant | Previous Hourly Rate [SEE Docket No. 199] | Hourly Rate as of January 1, 2024 |
|---|---|---|---|
| Susan L. Atkinson | Paralegal | 260.00 | 285.00 |
| Cory N. Barnes | Associate | 450.00 | 500.00 |
| Erica Barrow Clark | Associate | 970.00 | 1,055.00 |
| Alexis C. Beachdell | Partner | 570.00 | 620.00 |
| Frederick C. Bingham | Associate | 805.00 | 895.00 |
| Martin T. Booher | Partner | 1,040.00 | 1,150.00 |
| Terry M. Brennan | Partner | 720.00 | 765.00 |
| David H. Brown | Associate | 610.00 | 680.00 |
| Orga Cadet | Associate | 760.00 | 885.00 |
| Mario Calabretta | Litigation Coordinator | 315.00 | 330.00 |
| Todd A. Dawson | Partner | 665.00 | 705.00 |
| Shareef S. Farag | Partner | 790.00 | 850.00 |
| Suzanne K. Hanselman | Partner | 805.00 | 855.00 |
| John J. Harrington | Partner | 770.00 | 815.00 |
| Scott C. Holbrook | Partner | 690.00 | 750.00 |
| Daniel M. Kavouras | Partner | 565.00 | 615.00 |
| Melissa A. Leonard | Partner | N/A | 795.00 |
| Thomas R. Lucchesi | Partner | 920.00 | 975.00 |
| Melissa B. Mannino | Partner | 1,020.00 | 1,115.00 |
| Natalie E. Martucci | Paralegal | 250.00 | 260.00 |
| Michael H. McDonald | Litigation Project Mgr. | 310.00 | 325.00 |
| Meagan L. Moore | Counsel | 605.00 | 640.00 |
| Brian M. Murray | Partner | 685.00 | 730.00 |
| Elliot J. Nash | Associate | 380.00 | 425.00 |
| Anthony B. Ponikvar | Associate | 500.00 | 560.00 |
| Scott E. Prince | Associate | 500.00 | 560.00 |
| Jamie S. Reiner | Associate | 445.00 | 595.00 |
| Katlin E. Rust | Associate | 530.00 | 600.00 |
| Sabrina L. Shadi | Partner | 790.00 | 850.00 |
| Douglas L. Shively | Partner | 555.00 | 615.00 |
| James A. Slater | Partner | 685.00 | 745.00 |
| Matthew F. Somogye | Associate | 400.00 | 445.00 |
| Janet A. Spreen | Partner | 780.00 | 825.00 |
| Brittany E. Stevenson | Associate | 400.00 | 445.00 |
| Christopher R. Switzer | Associate | 360.00 | 405.00 |
| Sarah M. Szalay | Paralegal | 260.00 | 300.00 |
| Michael A. VanNiel | Partner | 790.00 | 860.00 |
| Jeffrey R. Vlasek | Partner | 555.00 | 610.00 |
| Joseph H. Walsh | Associate | 500.00 | 560.00 |