IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On January 17, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Effective as of the Dates Specified Herein and (II) Granting Related Relief** [Docket No. 861]

Dated: January 19, 2024

/s/ *Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Second Omnibus Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticename | Address | City | State | Zip |
|---|---|---|---|---|---|
| Cox Communications California, LLC., Cox California Telecom, LLC | Attn Director or Officer | 20 Icon | Foothill Rnch | CA | 92610-3000 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                    Page 1 of 1