**<u>Exhibit 1</u>**

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023**

| Professional | Title | Standard Rates | Hours | Standard Fees |
|---|---|---|---|---|
| Laura Marcero | Managing Director | $ 1,100 | 15.1 | $ 16,610.00 |
| Timothy Martin | Managing Director | $ 1,100 | 8.7 | $ 9,570.00 |
| Robert Loh | Senior Director | $ 950 | 60.0 | $ 57,000.00 |
| Paul Trenti | Director | $ 700 | 2.9 | $ 2,030.00 |
| Holger Ericsson | Manager | $ 600 | 12.9 | $ 7,740.00 |
| Kirstyn McGuinness | Manager | $ 600 | 24.5 | $ 14,700.00 |
| Rommel Hernandez | Analyst | $ 325 | 5.4 | $ 1,755.00 |
| **Total Hours and Fees for Professionals** | | | 129.5 | $ 109,405.00 |
| | | | | |
| **Total Fees for Professionals** | | | | $ 109,405.00 |
| Less: 20% Holdback | | | | $ (21,881.00) |
| Total Fees for Professionals | | | | $ 87,524.00 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023**

| Matter Code | Matter Category | Hours | Fees |
|:---:|:---|:---:|---:|
| 2 | Claim Analysis | 49.0 | $ 39,770.00 |
| 3 | Asset Analysis and Recovery | 14.7 | 13,705.00 |
| 4 | Contract Rejection Analyses | 7.7 | 7,525.00 |
| 5 | Cash Flow Analysis/Reporting | 34.4 | 26,652.50 |
| 6 | Meetings and Communications | 4.9 | 3,552.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 14.9 | 14,285.00 |
| 12 | Retention and Fee Applications | 3.9 | 3,915.00 |
| | | | |
| | **Total Hours and Fees by Matter Category** | **129.5** | **$109,405.00** |

**Average Billing Rate**     **$844.83**

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2 | Claim Analysis | Kirstyn McGuinness | 12/01/23 | Participate in meeting with counsel (F. Lawall, D. Kovsky-Apap) and Huron regarding GUC reserve. | 0.5 | $ 600.00 | $ 300.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/01/23 | Review and update claims analysis for claims register as of 12/1/23. | 1.6 | $ 600.00 | $ 960.00 |
| 2 | Claim Analysis | Laura Marcero | 12/01/23 | Participate in meeting with counsel (F. Lawall, D. Kovsky-Apap) and Huron regarding GUC reserve. | 0.5 | $ 1,100.00 | $ 550.00 |
| 2 | Claim Analysis | Paul Trenti | 12/01/23 | Participate in meeting with counsel (F. Lawall, D. Kovsky-Apap) and Huron regarding GUC reserve. | 0.5 | $ 700.00 | $ 350.00 |
| 2 | Claim Analysis | Robert Loh | 12/01/23 | Participate in meeting with counsel (F. Lawall, D. Kovsky-Apap) and Huron regarding GUC reserve. | 0.5 | $ 950.00 | $ 475.00 |
| 2 | Claim Analysis | Robert Loh | 12/01/23 | Outline additional edits to unsecured claims analysis based on discussion with counsel. | 0.8 | $ 950.00 | $ 760.00 |
| 2 | Claim Analysis | Timothy Martin | 12/01/23 | Review of claims register in preparation for call with counsel regarding same. | 0.7 | $ 1,100.00 | $ 770.00 |
| 2 | Claim Analysis | Timothy Martin | 12/01/23 | Participate in call with counsel regarding claims reconciliation and discussions with the Debtors regarding same. | 0.5 | $ 1,100.00 | $ 550.00 |
| 2 | Claim Analysis | Robert Loh | 12/02/23 | Participate in call with Debtors regarding review of claims. | 0.4 | $ 950.00 | $ 380.00 |
| 2 | Claim Analysis | Timothy Martin | 12/02/23 | Prepare summary of call with Debtors to review various claims. | 1.3 | $ 1,100.00 | $ 1,235.00 |
| 2 | Claim Analysis | Timothy Martin | 12/02/23 | Participate in call with Debtors regarding review of claims. | 0.4 | $ 1,100.00 | $ 440.00 |
| 2 | Claim Analysis | Timothy Martin | 12/02/23 | Review and edit summary of claims prepared for counsel. | 0.8 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/03/23 | Review new and amended claims filed post-bar date through 12/1/23. | 1.3 | $ 600.00 | $ 780.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/04/23 | Analyze changes to current claims vs. claims as of 10/10/23 for amendments and other changes. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/04/23 | Analyze claims debtor has outstanding/unresolved objections. | 1.4 | $ 600.00 | $ 840.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/04/23 | Update GUC claims analysis for debtor objections to claims. | 1.6 | $ 600.00 | $ 960.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/04/23 | Update GUC analysis for settlement of employment agreement related claims. | 0.6 | $ 600.00 | $ 360.00 |
| 2 | Claim Analysis | Robert Loh | 12/04/23 | Review updates to the analysis of filed PoCs. | 2.3 | $ 950.00 | $ 2,185.00 |
| 2 | Claim Analysis | Timothy Martin | 12/04/23 | Review and comment on update of Debtors' position on claim reserves. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/05/23 | Working session with R. Loh to review updated analysis of general unsecured claims filed through 12/01/23 and other docket filings. | 0.6 | $ 600.00 | $ 360.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/05/23 | Review order sustaining objections by debtor of select claims. | 0.4 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/05/23 | Review unliquidated GUC claims, including executive and board member claims. | 1.8 | $ 600.00 | $ 1,080.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/05/23 | Update claims analysis for additional identified duplicative claims, unliquidated claims, and post-bar date claims. | 2.4 | $ 600.00 | $ 1,440.00 |
| 2 | Claim Analysis | Robert Loh | 12/05/23 | Correspondence with Debtors regarding claims dropped from objection motion. | 0.4 | $ 950.00 | $ 380.00 |
| 2 | Claim Analysis | Robert Loh | 12/05/23 | Working session with K. McGuinness to review updated analysis of general unsecured claims filed through 12/01/23 and other docket filings. | 0.6 | $ 950.00 | $ 570.00 |
| 2 | Claim Analysis | Robert Loh | 12/05/23 | Prepare reconciliation between the Debtors' initial claims rejection motion and claims | 0.9 | $ 950.00 | $ 855.00 |
| 2 | Claim Analysis | Robert Loh | 12/05/23 | Continued review of filed POCs in support of claims analyses and potential plan objection exhibits. | 2.4 | $ 950.00 | $ 2,280.00 |
| 2 | Claim Analysis | Timothy Martin | 12/05/23 | Review of proof of claims related to unliquidated claims. | 0.7 | $ 1,100.00 | $ 770.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Participate in call with counsel F. Lawall, D. Kovsky-Apap and R. Loh, L. Marcero (Huron) regarding deadline update, GUC status and considerations. | 0.2 | $ 600.00 | $ 120.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Revise GUCs for employment settlements and retention of other types of claims. | 0.7 | $ 600.00 | $ 420.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Review amended filed claims. | 1.3 | $ 600.00 | $ 780.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Update claims analysis for amended claims. | 1.1 | $ 600.00 | $ 660.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Review docket for additional filed proceedings impacting claims. | 0.4 | $ 600.00 | $ 240.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Review additional unliquidated claims related to litigation and indemnification. | 1.2 | $ 600.00 | $ 720.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/06/23 | Update claim summaries for reassigned claim categories to reflect debtor rejected claims. | 0.9 | $ 600.00 | $ 540.00 |
| 2 | Claim Analysis | Laura Marcero | 12/06/23 | Review updated analysis of unsecured claims. | 0.8 | $ 1,100.00 | $ 880.00 |
| 2 | Claim Analysis | Laura Marcero | 12/06/23 | Participate in call with counsel F. Lawall, D. Kovsky-Apap (Troutman) and R. Loh, K. McGuinness (Huron) regarding deadline update, GUC status and considerations. | 0.2 | $ 1,100.00 | $ 220.00 |
| 2 | Claim Analysis | Robert Loh | 12/06/23 | Participate in call with counsel F. Lawall, D. Kovsky-Apap (Troutman) and L. Marcero, K. McGuinness (Huron) regarding deadline update, GUC status and considerations. | 0.2 | $ 950.00 | $ 190.00 |
| 2 | Claim Analysis | Robert Loh | 12/06/23 | Prepare for call with counsel to discuss GUC status and negotiations with Debtors. | 0.9 | $ 950.00 | $ 855.00 |
| 2 | Claim Analysis | Timothy Martin | 12/11/23 | Prepare for call with counsel regarding claim estimates. | 0.1 | $ 1,100.00 | $ 110.00 |
| 2 | Claim Analysis | Timothy Martin | 12/11/23 | Review and comment on draft claims matrix. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/12/23 | Review debtor assumed and rejected contracts motions. | 1.1 | $ 600.00 | $ 660.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/12/23 | Review buyer assumed contracts/leases included in sales agreement. | 0.2 | $ 600.00 | $ 120.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 12/12/23 | Compare debtors' assumed and rejected contracts to previously filed list of executory contracts and leases (Schedule G). | 1.6 | $ 600.00 | $ 960.00 |
| 2 | Claim Analysis | Robert Loh | 12/12/23 | Review of previous analyses related to SEC/Shareholder litigation and potential indemnification claims. | 1.7 | $ 950.00 | $ 1,615.00 |
| 2 | Claim Analysis | Robert Loh | 12/12/23 | Revise analysis of assumed or rejected contracts. | 1.3 | $ 950.00 | $ 1,235.00 |
| 2 | Claim Analysis | Robert Loh | 12/14/23 | Review recently filed claims by Ohio Department of Taxation, Applied Medical Resources Corp, and others. | 2.3 | $ 950.00 | $ 2,185.00 |
| 2 | Claim Analysis | Robert Loh | 12/14/23 | Email correspondence with counsel regarding updates to the Debtors' assumed contracts schedule. | 0.3 | $ 950.00 | $ 285.00 |
| 2 | Claim Analysis | Robert Loh | 12/31/23 | Telephone calls with Counsel regarding the Debtors' estimate of various pre-petition liabilities and post-effective date expenses. | 0.6 | $ 950.00 | $ 570.00 |
| 2 | Claim Analysis | Robert Loh | 12/31/23 | Revise analysis of estimate waterfall and claims reserve based on discussions with counsel. | 2.3 | $ 950.00 | $ 2,185.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 12/01/23 | Research and validate estimates in debtor waterfall. | 0.7 | $ 600.00 | $ 420.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 12/01/23 | Continued review of the updated waterfall comparison following discussion with UCC counsel. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/01/23 | Correspondence with Counsel regarding the Debtors' revised waterfall analysis. | 0.8 | $ 950.00 | $ 760.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/01/23 | Prepare outline of follow up areas related to the Debtors' revised waterfall analysis. | 1.6 | $ 950.00 | $ 1,520.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/01/23 | Update the comparative analysis of the Debtors' estimated waterfall to UCC analysis based on additional information received from the Debtors. | 1.6 | $ 950.00 | $ 1,520.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/01/23 | Continue to review the Debtors' revised waterfall analysis as of 11/30/23. | 1.8 | $ 950.00 | $ 1,710.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/01/23 | Preliminary review of the Debtors' revised waterfall analysis as of 11/30/23. | 2.4 | $ 950.00 | $ 2,280.00 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 12/05/23 | Review and comment on update regarding revised claim waterfall. | 0.5 | $ 1,100.00 | $ 550.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 12/06/23 | Prepare for call with counsel regarding unsecured claims and post-effective date expenses. | 1.1 | $ 1,100.00 | $ 1,210.00 |
| 3 | Asset Analysis and Recovery | Holger Ericsson | 12/07/23 | Research and validate estimates in debtor waterfall. | 0.9 | $ 600.00 | $ 540.00 |
| 3 | Asset Analysis and Recovery | Kirstyn McGuinness | 12/12/23 | Working session with R. Loh to review updates from counsel and review of contract analyses. | 0.3 | $ 600.00 | $ 180.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/12/23 | Working session with K. McGuinness to review updates from counsel and review of contract analyses. | 0.3 | $ 950.00 | $ 285.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 12/15/23 | Revise estimated liquidation analysis based on additional filed claims (not barred by filing date) and additional information received from the Debtors to date. | 1.6 | $ 950.00 | $ 1,520.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/05/23 | Telephone call with D. Tsitis regarding contract analysis. | 0.3 | $ 950.00 | $ 285.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/07/23 | Additional analysis of potential rejection damages claims. | 1.1 | $ 950.00 | $ 1,045.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/12/23 | Telephone call with D. Tsitis, A. Kroll, and A. Crnkovich regarding contract rejection analysis. | 0.4 | $ 950.00 | $ 380.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/12/23 | Prepare for discussion with Debtor regarding rejection damages. | 0.9 | $ 950.00 | $ 855.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/12/23 | Update analysis of potential rejection damages based on discussion with Debtors. | 1.3 | $ 950.00 | $ 1,235.00 |
| 4 | Contract Rejection Analyses | Laura Marcero | 12/12/23 | Review contract rejection analysis. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/14/23 | Prepare overview of contract assumption/rejection issues for discussion with UCC counsel. | 1.9 | $ 950.00 | $ 1,805.00 |
| 4 | Contract Rejection Analyses | Robert Loh | 12/14/23 | Review updated contract assumption schedule as provided by the Debtors. | 0.4 | $ 950.00 | $ 380.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 12/02/23 | Meeting with R. Loh to review recent financial results and analysis of unsecured claims. | 0.7 | $ 1,100.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/02/23 | Meeting with L. Marcero to review recent financial results and analysis of unsecured claims. | 0.7 | $ 950.00 | $ 665.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/06/23 | Revise updated 13 week cashflow analysis for the week ended 12/02. | 1.6 | $ 600.00 | $ 960.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/06/23 | Prepare UCC update materials covering the week ended 12/02. | 1.9 | $ 600.00 | $ 1,140.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 12/06/23 | Analyze cash flow forecast for week ended 12/2 and provide edits to cash flow update slides. | 1.1 | $ 700.00 | $ 770.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/06/23 | Review and comment on UCC update materials for the week ended 12/02/23. | 0.7 | $ 950.00 | $ 665.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/06/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 12/02. | 0.7 | $ 325.00 | $ 227.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/06/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 12/02 and cumulatively since 07/29 forecast. | 0.8 | $ 325.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 12/07/23 | Prepare for UCC update meeting. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/07/23 | Revise cashflow presentation for the week ended 12/02/23. | 0.9 | $ 950.00 | $ 855.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/07/23 | Prepare for UCC presentation regarding cash flow results for the week ended 12/02/23. | 1.4 | $ 950.00 | $ 1,330.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/13/23 | Revise updated 13 week cashflow analysis for the week ended 12/09. | 2.0 | $ 600.00 | $ 1,200.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/13/23 | Prepare UCC update materials covering the week ended 12/09. | 1.5 | $ 600.00 | $ 900.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 12/13/23 | Review UCC update materials. | 0.9 | $ 1,100.00 | $ 990.00 |
| 5 | Cash Flow Analysis/Reporting | Paul Trenti | 12/13/23 | Revise UCC update materials for the week ended 12/09/23. | 0.9 | $ 700.00 | $ 630.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/13/23 | Revise UCC update materials and prepare summary of key issues for UCC discussion. | 1.8 | $ 950.00 | $ 1,710.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/13/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 12/09. | 0.4 | $ 325.00 | $ 130.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/13/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 12/09 and cumulatively since 07/29 forecast. | 0.6 | $ 325.00 | $ 195.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 12/13/23 | Review and comment on Debtors' most recent cash forecast. | 0.4 | $ 1,100.00 | $ 440.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 12/14/23 | Review of status update to committee members. | 0.1 | $ 1,100.00 | $ 110.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 12/15/23 | Review of Debtors' updated estimates reserve estimates. | 0.3 | $ 1,100.00 | $ 330.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 12/19/23 | Meeting with R. Loh to review cash flow results, claims analyses, and potential plan objection issues. | 1.3 | $ 1,100.00 | $ 1,430.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/19/23 | Meeting with L. Marcero to review cash flow results, claims analyses, and potential plan objection issues. | 1.3 | $ 950.00 | $ 1,235.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/20/23 | Revise updated 13 week cashflow analysis for the week ended 12/16. | 1.5 | $ 600.00 | $ 900.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/20/23 | Prepare UCC update materials covering the week ended 12/16. | 1.7 | $ 600.00 | $ 1,020.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/20/23 | Prepare for UCC presentation regarding cash flow results for the week ended 12/16. | 0.8 | $ 950.00 | $ 760.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/20/23 | Revise updated cash flow presentation for the week ended 12/16. | 0.9 | $ 950.00 | $ 855.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/20/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 12/16. | 0.5 | $ 325.00 | $ 162.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/20/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 12/16 and cumulatively since 07/29 forecast. | 0.5 | $ 325.00 | $ 162.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 12/21/23 | Meeting with R. Loh to review cash flow presentation. | 0.3 | $ 600.00 | $ 180.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 12/21/23 | Review updated cash flow presentation. | 0.9 | $ 1,100.00 | $ 990.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 12/21/23 | Outline additional talking points for UCC presentation. | 0.4 | $ 1,100.00 | $ 440.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/21/23 | Meeting with H. Ericsson to review cash flow presentation. | 0.3 | $ 950.00 | $ 285.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/21/23 | Revise updated cash flow presentation and talking points for UCC presentation. | 1.4 | $ 950.00 | $ 1,330.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 12/28/23 | Review updated analysis of cash flow results through 12/23/23. | 0.8 | $ 950.00 | $ 760.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/28/23 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 12/23. | 0.5 | $ 325.00 | $ 162.50 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 12/28/23 | Update analysis of actual vs. budgeted cash flow results for the week ended 12/23 and cumulatively since 07/29 forecast. | 0.5 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Holger Ericsson | 12/07/23 | Participate in weekly UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.8 | $ 600.00 | $ 480.00 |
| 6 | Meetings and Communications | Kirstyn McGuinness | 12/07/23 | Participate in UCC weekly meeting to provide update regarding GUC claim reserve and discussion with debtor advisors, among other topics. | 0.8 | $ 600.00 | $ 480.00 |
| 6 | Meetings and Communications | Laura Marcero | 12/07/23 | Participate in weekly UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.8 | $ 1,100.00 | $ 880.00 |
| 6 | Meetings and Communications | Paul Trenti | 12/07/23 | Prepare for and attend call to update UCC on post-emergence budget, settlement amounts, unsecured claims (partial attendance). | 0.4 | $ 700.00 | $ 280.00 |
| 6 | Meetings and Communications | Robert Loh | 12/07/23 | Participate in weekly UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.8 | $ 950.00 | $ 760.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 12/07/23 | Participate (partial) in weekly UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.5 | $ 325.00 | $ 162.50 |
| 6 | Meetings and Communications | Robert Loh | 12/21/23 | Meeting with Counsel and Huron re: UCC update. | 0.4 | $ 950.00 | $ 380.00 |
| 6 | Meetings and Communications | Robert Loh | 12/28/23 | Meeting with Counsel and Huron re: UCC update. | 0.4 | $ 325.00 | $ 130.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 12/04/23 | Preparation of supporting exhibit for potential plan objection. | 2.4 | $ 950.00 | $ 2,280.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Kirstyn McGuinness | 12/11/23 | Perform QC review of draft support exhibits for declaration. | 0.5 | $ 600.00 | $ 300.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Kirstyn McGuinness | 12/11/23 | Participate in a call with  counsel F. Lawall, D. Kovsky-Apap and R. Loh, T. Martin regarding draft objection and declaration prep. | 0.8 | $ 600.00 | $ 480.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 12/11/23 | Review draft plan objection. | 0.8 | $ 1,100.00 | $ 880.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 12/11/23 | Meeting with R. Loh to review draft plan objection, supporting analyses, and relevant court filings. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 12/11/23 | Participate in a call with  counsel F. Lawall, D. Kovsky-Apap (Troutman) and T. Martin, K. McGuinness (Huron) regarding draft objection and declaration prep. | 0.8 | $ 950.00 | $ 760.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 12/11/23 | Meeting with L. Marcero to review draft plan objection, supporting analyses, and relevant court filings. | 1.4 | $ 950.00 | $ 1,330.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 12/11/23 | Continue to review draft plan objection and compare to analyses of pre-petition liabilities, proofs of claim, etc. | 1.8 | $ 950.00 | $ 1,710.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 12/11/23 | Review draft plan objection and compare to analyses of pre-petition liabilities, proofs of claim, etc. | 2.4 | $ 950.00 | $ 2,280.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 12/11/23 | Participate in a call with  counsel F. Lawall, D. Kovsky-Apap (Troutman) and R. Loh, K. McGuinness (Huron) regarding draft objection and declaration prep. | 0.8 | $ 1,100.00 | $ 880.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 12/12/23 | Continue to review draft plan objection and compare to analyses of pre-petition liabilities, proofs of claim, etc. | 0.9 | $ 950.00 | $ 855.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 12/14/23 | Review of schedule of assumed contracts in connection with limited objection. | 0.5 | $ 1,100.00 | $ 550.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 12/14/23 | Review of proposed order regarding Debtors' executory contracts. | 0.2 | $ 1,100.00 | $ 220.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 12/28/23 | Review and comment on Debtors' first amended joint plan. | 0.2 | $ 1,100.00 | $ 220.00 |
| 12 | Retention and Fee Applications | Robert Loh | 12/07/23 | Review the Debtors' Omnibus Order re: professional fees. | 0.3 | $ 950.00 | $ 285.00 |
| 12 | Retention and Fee Applications | Robert Loh | 12/11/23 | Prepare Huron's November 2023 monthly fee application. | 1.7 | $ 950.00 | $ 1,615.00 |
| 12 | Retention and Fee Applications | Laura Marcero | 12/20/23 | Review Huron's November 2023 monthly fee application. | 1.4 | $ 1,100.00 | $ 1,540.00 |
| 12 | Retention and Fee Applications | Robert Loh | 12/27/23 | Preliminary preparation of Huron's December 2023 fee invoice. | 0.5 | $ 950.00 | $ 475.00 |

|  |  |  |  | **TOTAL** | **129.5** |  | **$ 109,405.00** |