IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831-MFW<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>February 20, 2024, at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>Only if objection(s) are filed |

## NOTICE OF MONTHLY FEE APPLICATION

**PLEASE TAKE NOTICE** that, on January 30, 2024, Troutman Pepper Hamilton Sanders LLP ("Applicant"), counsel to the Official Committee of Unsecured Creditors of Lordstown Motors Corp. and its affiliated debtors, filed the **Sixth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 Through and Including December 31, 2023** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181] (the "Compensation Procedures Order") entered by the Court on July 25, 2023, any objection or other response to the Application must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before February 20, 2024, at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") and (ii) served so as to be actually received no later than the Objection Deadline by (a) the Applicant and (b) the Notice Parties (as defined and identified in the Compensation Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that if an objection or response to the Application is filed and is not subsequently resolved, a hearing on the Application will be scheduled at the convenience of the Court and held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom # 4, Wilmington, Delaware, 19801.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

166675408v1

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: January 30, 2024
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Tori L. Remington*
David M. Fournier (DE No. 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: david.fournier@troutman.com
         tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email: francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

166675408V1