# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

TROUTMAN PEPPER

Thru 12/31/23

**DISBURSEMENT DETAIL**

| Type | Date | Timekeeper | Description | E-Code | Amount |
|---|---|---|---|---|---|
| 34 Copy Charges | 12/04/23 | Molitor, Monica A. | Vendor: Parcels, Inc. Invoice#: 1054636 Date: 12/4/2023 - Bankruptcy service of 1 document to 8 parties via first class mail - Bankruptcy service of 1 document to 8 parties via first class mail [Check No. 796201/Disb ID No. 17386369] | E102 | 8.44 |
| 34 Copy Charges | 12/15/23 | Molitor, Monica A. | Vendor: Parcels, Inc. Invoice#: 1057162 Date: 12/15/2023 - Bankruptcy service of 2 documents on 8 recipients via first class mail - Bankruptcy service of 2 documents on 8 recipients via first class mail [Check No. 796717/Disb ID No. 17391287] | E102 | 10.04 |
| 34 Copy Charges | 12/15/23 | Molitor, Monica A. | Vendor: Parcels, Inc. Invoice#: 1056984 Date: 12/15/2023 - Bankruptcy service of 1 document on 15 parties via first class mail - Bankruptcy service of 1 document on 15 parties via first class mail [Check No. 796717/Disb ID No. 17391293] | E102 | 21.80 |
| 34 Copy Charges | 12/22/23 | Molitor, Monica A. | Vendor: Parcels, Inc. Invoice#: 1058253 Date: 12/22/2023 - Bankruptcy service of 1 document on 8 parties via first class mail - Bankruptcy service of 1 document on 8 parties via first class mail [Check No. 796973/Disb ID No. 17393333] | E102 | 24.92 |
| 58 Search Costs | 12/15/23 | Weiss, Andrew J. | VENDOR: Pacer Service Center INVOICE#: 11302023 DATE: 11/30/2023 Document Retrieval [Check No. 796811/Disb ID No. 17390896] | E106 | 77.80 |
| 53 Transcript Cost | 12/06/23 | Henry, Susan M | Vendor: Reliable Copy Service Invoice#: WL114074 Date: 12/6/2023 - Transcript concerning Lordstown case - Transcript concerning Lordstown case [Check No. 797117/Disb ID No. 17392819] | E116 | 64.80 |
| | | | | **Total** | **207.80** |