**EXHIBIT A**




January 19, 2024

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

Re: Lordstown Motor Corporation
USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period December 1, 2023 to December 31, 2023 in the amount of $6,279.24 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures




January 19, 2024

Copy Parties

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington DE 19801

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



January 19, 2024

Copy Parties

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York NY 10022

# *Kurtzman Carson Consultants LLC*

| **Account Number** | | **Invoice Date** | January 19, 2024 |
|---|---|---|---|
| **Invoice Number** | | **Due Date** | Due upon receipt |

## Lordstown Motor Corporation

### *Summary*

| ***Description*** | ***Amount*** |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $6,279.24 |
| ***Total of Hourly Fees*** | $6,279.24 |
| **Expenses** | |
| Expenses | $0.00 |
| ***Total Expenses*** | $0.00 |
| ***Invoice Subtotal*** | **$6,279.24** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$6,279.24** |

Please detach and return this portion of the statement with your check to KCC.

Please reference your Account Number and Invoice Number on your Remittance.

# *Kurtzman Carson Consultants LLC*

12/01/2023 - 12/31/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 19.60 | $201.75 | $3,954.24 |
| ASK | Ashley Kuarasingh | SOL | 11.50 | $193.75 | $2,228.12 |
| JCN | Jacqueline Conklin | SOL | 0.50 | $193.75 | $96.88 |
| | | | ***Total*** | | ***$6,279.24*** |

# *Kurtzman Carson Consultants LLC*

12/01/2023 - 12/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 12/5/2023 | AAE | Review solicitation procedures order related to omnibus objections and disputed claims rules | SOL | Solicitation | 0.40 |
| 12/5/2023 | AAE | Prepare updated voting summary and detail reports | SOL | Solicitation | 1.00 |
| 12/5/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/5/2023*** | | ***1.70*** |
| 12/6/2023 | AAE | Update voting amount spreadsheet with claims objections information | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/6/2023*** | | ***0.30*** |
| 12/7/2023 | AAE | Prepare updated voting summary and detail reports | SOL | Solicitation | 1.10 |
| 12/7/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.40 |
| | | | ***Total for 12/7/2023*** | | ***1.50*** |
| 12/8/2023 | ASK | Process Master Ballots received | SOL | Solicitation | 0.80 |
| 12/8/2023 | ASK | Tabulate Master Ballots received | SOL | Solicitation | 1.50 |
| | | | ***Total for 12/8/2023*** | | ***2.30*** |
| 12/11/2023 | AAE | Review solicitation procedures order and voting declaration | SOL | Solicitation | 0.70 |
| 12/11/2023 | AAE | Prepare second updated summary and detail reports for counsel | SOL | Solicitation | 1.40 |
| 12/11/2023 | AAE | Prepare updated voting summary for counsel | SOL | Solicitation | 0.70 |
| 12/11/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.70 |
| 12/11/2023 | AAE | Coordinate ballot processing in CaseView | SOL | Solicitation | 0.20 |
| 12/11/2023 | AAE | Prepare Unsecured Creditor Committee member voting details | SOL | Solicitation | 0.40 |
| | | | ***Total for 12/11/2023*** | | ***4.10*** |
| 12/12/2023 | AAE | Prepare preliminary voting summary for counsel | SOL | Solicitation | 0.90 |
| 12/12/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.30 |
| 12/12/2023 | AAE | Coordinate with KCC team on ballot processing | SOL | Solicitation | 0.40 |
| 12/12/2023 | AAE | Prepare updated voting summary and detailed reports including securities votes | SOL | Solicitation | 2.30 |
| 12/12/2023 | AAE | Review solicitation procedures related to class 10 election | SOL | Solicitation | 0.20 |
| 12/12/2023 | ASK | Process Master Ballots received | SOL | Solicitation | 3.20 |
| 12/12/2023 | ASK | Tabulate Master Ballots received | SOL | Solicitation | 4.80 |
| 12/12/2023 | ASK | Coordinate with banks and brokers re receipt of master ballots | SOL | Solicitation | 1.20 |
| 12/12/2023 | JCN | Administrative quality control review of ballots input into KCC CaseView | SOL | Solicitation | 0.50 |
| | | | ***Total for 12/12/2023*** | | ***13.80*** |
| 12/13/2023 | AAE | Review and finalize tabulation and detail reports | SOL | Solicitation | 2.00 |
| 12/13/2023 | AAE | Coordinate with counsel and KCC team on class 10 voting extension and finalizing tabulation | SOL | Solicitation | 0.20 |
| | | | ***Total for 12/13/2023*** | | ***2.20*** |
| 12/18/2023 | AAE | Prepare summary of director and officer voting records | SOL | Solicitation | 0.80 |
| 12/18/2023 | AAE | Prepare for and participate in voting tabulation call with counsel | SOL | Solicitation | 0.40 |

# *Kurtzman Carson Consultants LLC*

12/01/2023 - 12/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 12/18/2023 | AAE | Prepare electronic balloting details for directors and officers | SOL | Solicitation | 1.10 |
| 12/18/2023 | AAE | Prepare copies of ballots per counsel request | SOL | Solicitation | 0.70 |
| 12/18/2023 | AAE | Review late filed ballot summary for counsel | SOL | Solicitation | 0.80 |
| 12/18/2023 | AAE | Coordinate with counsel and KCC team on voting summary | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/18/2023*** | | ***4.10*** |
| 12/19/2023 | AAE | Review D&O late votes and update tracking sheet and coordinate with counsel re same | SOL | Solicitation | 0.70 |
| | | | ***Total for 12/19/2023*** | | ***0.70*** |
| 12/20/2023 | AAE | Coordinate with counsel on voting declaration related to opt in elections | SOL | Solicitation | 0.30 |
| 12/20/2023 | AAE | Correspondence with counsel regarding voting deadline extensions | SOL | Solicitation | 0.10 |
| 12/20/2023 | AAE | Review for late filed ballots and coordinate with counsel re same | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/20/2023*** | | ***0.70*** |
| 12/21/2023 | AAE | Update tracking sheet with late filed ballots | SOL | Solicitation | 0.20 |
| | | | ***Total for 12/21/2023*** | | ***0.20*** |
| | | | ***Total Hours*** | | ***31.60*** |

# *Kurtzman Carson Consultants LLC*

12/01/2023 - 12/31/2023

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | ***Total Expenses*** | |