## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 657 & 941** |

### NOTICE OF FILING OF BLACKLINE OF SECOND MODIFIED FIRST AMENDED JOINT CHAPTER 11 PLAN OF LORDSTOWN MOTORS CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that, on November 1, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [Docket No. 657] (the "**Modified First Amended Plan**") with the United States Bankruptcy Court for the District of Delaware ("**Court**").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors have filed the *Second Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* [Docket No. 941] (the "**Second Modified First Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a blackline of the Modified First Amended Plan against the Second Modified First Amended Plan is attached hereto as **Exhibit 1**,

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corporation (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Dated: January 31, 2024
Wilmington, Delaware

| | |
|---|---|
| _/s/ Morgan L. Patterson_ <br> **WOMBLE BOND DICKINSON (US) LLP** <br> Donald J. Detweiler (DE Bar No. 3087) <br> Morgan L. Patterson (DE Bar No. 5388) <br> 1313 North Market Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-4320 <br> Facsimile: (302) 252-4330 <br> don.detweiler@wbd-us.com <br> morgan.patterson@wbd-us.com <br><br> _Counsel to the Debtors and Debtors in Possession_ | **WHITE & CASE LLP** <br> Thomas E Lauria (admitted _pro hac vice_) <br> Matthew C. Brown (admitted _pro hac vice_) <br> Fan B. He (admitted _pro hac vice_) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> tlauria@whitecase.com <br> mbrown@whitecase.com <br> fhe@whitecase.com <br><br> David M. Turetsky (admitted _pro hac vice_) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> david.turetsky@whitecase.com <br><br> Jason N. Zakia (admitted _pro hac vice_) <br> 111 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone: (312) 881-5400 <br> jzakia@whitecase.com <br><br> Roberto Kampfner (admitted _pro hac vice_) <br> Doah Kim (admitted _pro hac vice_) <br> RJ Szuba (admitted _pro hac vice_) <br> 555 South Flower Street, Suite 2700 <br> Los Angeles, CA 90071 <br> Telephone: (213) 620-7700 <br> rkampfner@whitecase.com <br> doah.kim@whitecase.com <br> rj.szuba@whitecase.com <br><br> _Counsel to Debtors and Debtors in Possession_ |

2