**EXHIBIT A**

**DETAILED TIME ENTRIES**

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| Invoice | 6972519 |
|---|---|
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: LORDSTOWN MOTORS CORP. OFFICIAL EQUITY
COMMITTEE

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039963.0002 | CASE ADMINISTRATION | 4,653.00 | 0.00 | 4,653.00 |
| 039963.0003 | MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS | 36,961.00 | 0.00 | 36,961.00 |
| 039963.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,177.00 | 0.00 | 13,177.00 |
| 039963.0006 | PLAN AND DISCLOSURE STATEMENT | 267,330.50 | 0.00 | 267,330.50 |
| 039963.0011 | CLAIMS ADMINISTRATION AND OBJECTIONS | 32,806.50 | 0.00 | 32,806.50 |
| 039963.0012 | TAX | 7,361.00 | 0.00 | 7,361.00 |
| 039963.0017 | FOXCONN LITIGATION RELATED | 2,638.00 | 0.00 | 2,638.00 |
| | **Total** | **364,927.00** | **0.00** | **364,927.00** |

| | |
|---|---:|
| Total Current Fees | $364,927.00 |
| 20% Holdback Amount | (72,985.40) |
| 80% CURRENT BALANCE DUE | $291,941.60 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$291,941.60** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0002 | CASE ADMINISTRATION | 4,653.00 | 0.00 | 4,653.00 |
| | **Total** | **4,653.00** | **0.00** | **4,653.00** |

| | |
|---|---|
| Total Current Fees | $4,653.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$4,653.00** |

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/01/23 | SOLIMAN | HEARING TRANSCRIPT REQUEST (.2); REVIEW DOCKET (.1); CIRCULATE PLEADING (.2) | 0.50 | 235.00 |
| 12/04/23 | SOLIMAN | ANALYSIS OF PERTINENT DATES AND DEADLINES | 0.20 | 94.00 |
| 12/05/23 | SOLIMAN | ANALYSIS OF PERTINENT DATES AND DEADLINES (.2); MONITOR DOCKET (.1); CIRCULATE PLEADINGS(.1) | 0.40 | 188.00 |
| 12/06/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2) | 0.30 | 141.00 |
| 12/07/23 | SOLIMAN | DOCKET UPDATE (.1); CIRCULATE PLEADINGS (.2) | 0.30 | 141.00 |
| 12/08/23 | SOLIMAN | DOCKET UPDATE (.1); COMPILE AND CIRCULATE PLEADINGS (.3) | 0.40 | 188.00 |
| 12/09/23 | SOLIMAN | ANALYSIS OF PERTINENT DATES AND DEADLINES (.2); COMPILE AND INDEX HEARING BINDERS (1.5) | 1.70 | 799.00 |
| 12/10/23 | SOLIMAN | REGISTER M3 AND BR TEAMS FOR HEARING AND CIRCULATE REGISTRATIONS (.5); UPDATE HEARING BINDERS AND CIRCULATE OF SAME (.4); ANALYSIS OF PERTINENT DATES (.2) | 1.10 | 517.00 |
| 12/12/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.3) | 0.60 | 282.00 |
| 12/13/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.50 | 235.00 |
| 12/14/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1) | 0.20 | 94.00 |
| 12/16/23 | SOLIMAN | REVIEW DOCKET (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.4) | 0.50 | 235.00 |
| 12/18/23 | SOLIMAN | ANALYSIS OF PERTINENT DATES AND DEADLINES | 0.20 | 94.00 |
| 12/19/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1) | 0.40 | 188.00 |
| 12/20/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.3) | 0.50 | 235.00 |
| 12/21/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 188.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 4

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/22/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 188.00 |
| 12/26/23 | SOLIMAN | REVIEW DOCKET | 0.10 | 47.00 |
| 12/27/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1) | 0.40 | 188.00 |
| 12/28/23 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1) | 0.20 | 94.00 |
| 12/29/23 | SOLIMAN | REVIEW DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.3) | 0.60 | 282.00 |
| | **Total Hours and Fees** | | **9.90** | **4,653.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MADELYN A. SOLIMAN | 9.90 | hours at | 470.00 | 4,653.00 |
| **Total Fees** | | | | **4,653.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

## INVOICE

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0003 | MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS | 36,961.00 | 0.00 | 36,961.00 |
| | **Total** | **36,961.00** | **0.00** | **36,961.00** |

| | |
|---|---|
| Total Current Fees | $36,961.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$36,961.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 6

RE: MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/23 | SAWYER | MEETING WITH EC RE PLAN SUPPLEMENT DOCS, SEC NEGOTIATIONS | 1.30 | 1,157.00 |
| 12/01/23 | SILVERBERG | CONFERENCE WITH R. WINNING TO PREPARE FOR OEC MEETING (.4); ATTEND AND PARTICIPATE ON OEC MEETING (1.3) | 1.70 | 2,363.00 |
| 12/01/23 | STARK | PREPARE FOR (.7) AND CONDUCT OEC CALL (1.3); T/C DECHERT TEAM RE SEC NEGOTIATIONS AND PLAN STATUS (.5); T/CS TEAM RE SAME (.5); T/CS A. SOLE RE SAME (.5); PREPARE FOR AND CONDUCT DISCUSSION W/ N. WEINER RE BOARD SEAT ISSUES (1.0); T/C A. SOLE RE SAME (.5) | 5.00 | 9,750.00 |
| 12/01/23 | FLINK | PREPARE FOR (.5) AND ATTEND COMMITTEE MEETING (1.3) | 1.80 | 2,448.00 |
| 12/01/23 | BOUCHARD | WEEKLY COMMITTEE MEETING | 1.10 | 1,320.00 |
| 12/03/23 | STARK | T/C A. SOLE RE STRATEGY (.5) ; T/C B. SILVERBERG RE SAME (.3) | 0.80 | 1,560.00 |
| 12/04/23 | STARK | T/CS A. SOLE RE SAME (1.0); DRAFT EMAIL REPORT TO OEC RE SAME (.2) | 1.20 | 2,340.00 |
| 12/04/23 | FLINK | LORDSTOWN/MEETINGS CALL WITH COMMITTEE CHAIRMAN RE MISC GOVERNANCE AND RELATED ISSUE (1.0) AND FOLLOW-UP RE THE SAME (.4) | 1.40 | 1,904.00 |
| 12/05/23 | STARK | T/C J. CARTON RE CASE STRATEGY (.5); T/C A. SOLE RE SAME (.5) | 1.00 | 1,950.00 |
| 12/05/23 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING CONFIRMATION PREPARATIONS | 0.10 | 139.00 |
| 12/11/23 | SILVERBERG | CONFERENCE WITH A. SOLE, R. STARK REGARDING POTENTIAL PLAN-RELATED SETTLEMENTS | 0.50 | 695.00 |
| 12/11/23 | STARK | COMMUNICATIONS WITH COMMITTEE MEMBERS RE SAME (1.0) | 1.00 | 1,950.00 |
| 12/12/23 | SILVERBERG | CONFERENCE WITH STOCKHOLDER 3SC REGARDING VOTING CONCERNS | 0.30 | 417.00 |
| 12/12/23 | STARK | T/CS (2X) A. SOLE RE CASE STRATEGY | 1.00 | 1,950.00 |
| 12/13/23 | STARK | T/C A. SOLE RE STRATEGY | 0.50 | 975.00 |
| 12/14/23 | STARK | T/C A. SOLE RE NEXT STEPS | 0.50 | 975.00 |
| 12/15/23 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING PLAN CONFIRMATION PREPARATIONS | 0.20 | 278.00 |
| 12/16/23 | STARK | T/C A,. SOLE RE STRATEGY | 0.50 | 975.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 7

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/22/23 | STARK | T/C A. SOLE RE SAME (.3); T/C A. ZYNGIER RE SAME (.3); T/C B. SILVERBERG RE SAME (.5) | 1.10 | 2,145.00 |
| 12/26/23 | STARK | TELEPHONE CALL WITH A. SOLE RE STATUS AND STRATEGY | 0.50 | 975.00 |
| 12/29/23 | SILVERBERG | CORRESPONDENCE WITH COMMITTEE REGARDING CONFIRMATION STATUS (.2); CONFERENCE WITH A. SOLE REGARDING CONFIRMATION HEARING (.3) | 0.50 | 695.00 |
| | **Total Hours and Fees** | | **22.00** | **36,961.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|--|------|-------|
| PHILIP J. FLINK | 3.20 | hours at | 1,360.00 | 4,352.00 |
| ROBERT J. STARK | 13.10 | hours at | 1,950.00 | 25,545.00 |
| NICOLE M. BOUCHARD | 1.10 | hours at | 1,200.00 | 1,320.00 |
| BENNETT S. SILVERBERG | 3.30 | hours at | 1,390.00 | 4,587.00 |
| MATTHEW A. SAWYER | 1.30 | hours at | 890.00 | 1,157.00 |
| **Total Fees** | | | | **36,961.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,177.00 | 0.00 | 13,177.00 |
| | **Total** | **13,177.00** | **0.00** | **13,177.00** |

| | |
|---|---|
| Total Current Fees | $13,177.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,177.00** |

**BR**

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 9

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/23 | SAWYER | REVISIONS TO BR OCTOBER FEE STATEMENT (.4); REVIEW AND COMMENT RE M3 OCTOBER FEE APPLICATION (1.0) | 1.40 | 1,246.00 |
| 12/04/23 | SILVERBERG | REVIEW OCTOBER MONTHLY FEE STATEMENT | 0.30 | 417.00 |
| 12/05/23 | SAWYER | ADDITIONAL REVISIONS TO BR FEE APPLICATION | 1.10 | 979.00 |
| 12/05/23 | SILVERBERG | REVISE OCTOBER FEE STATEMENT | 0.40 | 556.00 |
| 12/05/23 | SOLIMAN | SET UP LORDSTOWN 3RD MONTHLY FEE APPLICATION | 1.00 | 470.00 |
| 12/06/23 | SOLIMAN | COMPILE 2ND MONTHLY FEE STATEMENT (.2); SEND BR AND M3 2ND MONTHLY FEE STATEMENTS TO LOCAL AND COORDINATE FILING (.2) | 0.40 | 188.00 |
| 12/07/23 | SAWYER | REVIEW AND COMMENT RE MJ OCTOBER FEE STATEMENT | 0.90 | 801.00 |
| 12/11/23 | SOLIMAN | WORK ON NOTICE OF RATE CHANGE | 1.00 | 470.00 |
| 12/13/23 | SAWYER | REVIEW AND REVISE NOVEMBER TIME ENTRIES | 1.70 | 1,513.00 |
| 12/13/23 | SAWYER | REVISE NOTICE OF RATE INCREASE (.7); REVIEW INTERIM COMP ORDER RE INTERIM COMPENSATION APPLICATION REQUIREMENTS (.3) | 1.00 | 890.00 |
| 12/15/23 | SAWYER | REVIEW M3 NOTICE OF RATE INCREASE (.2); FACILITATE FILING OF M3 AND BR RATE INCREASES (.4) | 0.60 | 534.00 |
| 12/16/23 | SOLIMAN | WORK ON 3RD MONTHLY FEE STATEMENT | 1.00 | 470.00 |
| 12/18/23 | SAWYER | WORK ON NOVEMBER FEE APPLICATION | 1.20 | 1,068.00 |
| 12/18/23 | SOLIMAN | FINALIZE 3RD MONTHLY FEE STATEMENT DRAFT (.5); CIRCULATE TO TEAM FOR REVIEW (.1); COMPILE STATEMENT AND INVOICES (.3) | 0.90 | 423.00 |
| 12/21/23 | SOLIMAN | SET UP 4TH MONTHLY FEE APPLICATION (.6); SET UP FIRST INTERIM FEE APPLICATION (.4); SET UP CNO RE 2ND MONTHLY FEE APPLICATION (.3); BLACKLINE 3RD MONTHLY FEE APPLICATION (.3) | 1.60 | 752.00 |
| 12/21/23 | SILVERBERG | REVIEW AND REVISE FEE STATEMENT | 0.50 | 695.00 |
| 12/22/23 | SAWYER | FINALIZE NOVEMBER FEE APPLICATION AND PREPARE SAME FOR FILING | 0.60 | 534.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 10

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/22/23 | SOLIMAN | EDITS TO 3RD MONTHLY FEE APPLICATION AND PREPARE SAME FOR FILING (.9); FINALIZE CNO RE 2ND MONTHLY FEE APPLICATION (.6); SEND OF SAME FOR REVIEW (.1); DRAFT EMAIL TO LOCAL COUNSEL FOR FILING OF SAME (.2) | 1.80 | 846.00 |
| 12/22/23 | SILVERBERG | FINALIZE MONTHLY FEE STATEMENT | 0.20 | 278.00 |
| 12/26/23 | SOLIMAN | TIME AND COST REVIEW (.2); EMAIL WITH LOCAL COUNSEL RE FILING OF CNO RE BR 2ND MONTHLY FEE APPLICATION | 0.10 | 47.00 |
| | **Total Hours and Fees** | | **17.70** | **13,177.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| BENNETT S. SILVERBERG | 1.40 | hours at | 1,390.00 | 1,946.00 |
| MATTHEW A. SAWYER | 8.50 | hours at | 890.00 | 7,565.00 |
| MADELYN A. SOLIMAN | 7.80 | hours at | 470.00 | 3,666.00 |
| **Total Fees** | | | | **13,177.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0006 | PLAN AND DISCLOSURE STATEMENT | 267,330.50 | 0.00 | 267,330.50 |
| | **Total** | **267,330.50** | **0.00** | **267,330.50** |

| | |
|---|---|
| Total Current Fees | $267,330.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$267,330.50** |

**BR**

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 12

RE: PLAN AND DISCLOSURE STATEMENT

| TIME DETAIL |
| --- |

| Date | Professional | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 12/01/23 | SILVERBERG | CONSIDER POST-ED GOVERNANCE STRUCTURE OF REORG LMC/GRANTOR TRUST (.3); CONFERENCE WITH D. TURETSKY REGARDING PLAN SETTLEMENTS, TIMING CONSIDERATIONS (.2); CONFERENCE WITH M SAWYER REGARDING REVISIONS TO PLAN SUPPLEMENT MATERIALS (.2) | 0.70 | 973.00 |
| 12/01/23 | SAWYER | REVIEW RETAINED CAUSES OF ACTION SCHEDULE (.6); FINALIZE DIRECTOR BIOS SCHEDULE (.5) | 1.10 | 979.00 |
| 12/01/23 | WINOGRAD | REVIEW AND DISCUSS PORTION OF DRAFT PLAN | 0.80 | 1,024.00 |
| 12/01/23 | HEALY | ANALYSIS OF DOCUMENTS RE POTENTIAL CLAIMS AND RELEASES | 0.40 | 370.00 |
| 12/01/23 | FLINK | FOLLOW-UP RE PLAN SUPPLEMENT (CHARTER) | 1.00 | 1,360.00 |
| 12/01/23 | CUSHING | PARTICIPATE IN MEETING AND PROVIDE ADVICE WITH RESPECT TO REVISED ORGANIZATIONAL DOCUMENTS (.8); STRATEGIZE RE: CHARTER FILING AND ADDRESS WITH CLIENT AND DEBTOR COUNSEL (.7); REVISE AND EDIT REVISED CHARTER AND BY LAWS (.9); REVIEW DEBTOR COUNSEL INQUIRIES AND COMMENTS (.2) | 2.60 | 2,964.00 |
| 12/01/23 | STARK | PREPARE FOR AND CONDUCT NEGOTIATIONS SESSION WITH SEC | 1.50 | 2,925.00 |
| 12/03/23 | SILVERBERG | REVIEW OPEN ISSUES REGARDING PLAN, PROPOSED REVISIONS TO ACCOMMODATE PLAN COMMENTS (.8); CONFERENCES WITH D. TURETSKY REGARDING PLAN ISSUES (.3) | 1.10 | 1,529.00 |
| 12/03/23 | CUSHING | CORRESPONDENCE REGARDING GOVERNANCE MATTERS | 0.10 | 114.00 |
| 12/04/23 | TODD | RESEARCH STOCK RULES AND RESTRICTION MECHANICS | 2.30 | 1,759.50 |
| 12/04/23 | WINOGRAD | REVIEW DRAFT PLAN (.8); EMAILS RE SEC (.3) | 1.10 | 1,408.00 |
| 12/04/23 | SILVERBERG | CONFERENCES WITH D. TURETSKY REGARDING PLAN, UST COMMENTS (.6); CONFERNCE WITH P. FLINK, J. CUSHING REGARDING EMERGENCE PLANNING (.3); REVIEW OPEN PLAN ISSUES, COMMENTS (2.1) | 3.00 | 4,170.00 |
| 12/04/23 | FLINK | ATTEND TO REVISED PLAN | 0.80 | 1,088.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/23 | BOUCHARD | REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTS | 0.90 | 1,080.00 |
| 12/04/23 | CUSHING | ANALYZE GOVERNANCE MATTERS (.6); REVIEW SEC FILINGS (.4); REVIEW RELEVANT RULES AND REGULATIONS RE: TRADING OF CAPITAL STOCK (1.3); REVIEW SECURITIES LAWS AS APPLICABLE TO SHARES OF LMC (.9); PROVIDE ADVICE WITH RESPECT TO REVISED ORGANIZATIONAL DOCUMENTS (.3); ADDRESS NAME CHANGE REQUIREMENT (.4) | 3.90 | 4,446.00 |
| 12/04/23 | STARK | CONTINUED SEC NEGOTIATIONS | 1.00 | 1,950.00 |
| 12/05/23 | TODD | RESEARCH RE: STOCK SALES AND REGISTRATION | 1.70 | 1,300.50 |
| 12/05/23 | CUSHING | ATTENTION TO CORPORATE GOVERNANCE MATTERS (.9); ADDRESS STOCK TRANSFER RESTRICTIONS (.7); ATTENTION TO BOARD MATTERS (.7) | 2.30 | 2,622.00 |
| 12/05/23 | FLINK | ATTEND TO PLAN COMMENTS | 0.50 | 680.00 |
| 12/05/23 | WINOGRAD | REVIEW REVISED PLAN (.8); EMAILS RE DISCOVERY (.2) | 1.00 | 1,280.00 |
| 12/05/23 | BOUCHARD | REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTS | 0.80 | 960.00 |
| 12/05/23 | DWOSKIN | REVISE INDEMNIFICATION LANGUAGE IN PLAN | 1.10 | 1,127.50 |
| 12/05/23 | SILVERBERG | CONFERENCE WITH D. TURETSKY REGARDING PLAN MODIFICATIONS, SEC/UST DISCUSSIONS (.8), CONFERENCE WITH S. DWOSKIN REGARDING RESPONDING TO D&O INITIATED COMMENTS TO PLAN (.3) | 1.10 | 1,529.00 |
| 12/05/23 | STARK | COMMUNICATIONS SEC, LOWENSTEIN RE STATUS OF DISCUSSIONS (.5); T/CS D. TURESKY (2X) RE SAME (1.0) | 1.50 | 2,925.00 |
| 12/06/23 | WINOGRAD | EMAILS RE SEC (.2); REVIEW REVISED DRAFT LANGUAGE (.4); REVIEW DECISION RE PROOFS OF CLAIM (.5) | 1.10 | 1,408.00 |
| 12/06/23 | SILVERBERG | CORRESPONDENCE WITH S. DWOSKIN, D. TURETSKY REGARDING PROPOSED PLAN MODIFICATIONS | 0.50 | 695.00 |
| 12/06/23 | DWOSKIN | REVISE LANGUAGE IN PLAN RE INDEMNIFICATION CLAIMS (.7); EMAILS AND CALLS WITH DEBTORS COUNSEL RE SAME (1.1) | 1.80 | 1,845.00 |
| 12/06/23 | STARK | PREPARE FOR AND CONDUCT MEETING WITH US TRUSTEE, DEBTORS RE CONFIRMATION ISSUES (2.0); FOLLOW-UP COMMUNICATIONS WHITE & CASE RE PLAN ISSUES (1.0) | 3.00 | 5,850.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/06/23 | FLINK | ATTEND TO CORPORATE AND SECURITIES FOLLOW-UP ISSUES RE PROPOSED PLAN | 0.70 | 952.00 |
| 12/06/23 | CUSHING | ANALYZE CASE LAW RE: GOVERNANCE ISSUES (.5); PREPARE D&O DISCLOSURE (.4); CORRESPOND AND DISCUSS WITH CLIENT PARTIES (.6) | 1.50 | 1,710.00 |
| 12/07/23 | SAWYER | COMMENT ON RETAINED CAUSES OF ACTION SCHEDULE | 1.20 | 1,068.00 |
| 12/07/23 | SILVERBERG | REVIEW CORRESPONDENCE RE RESOLUTION OF PLAN ISSUES | 0.40 | 556.00 |
| 12/07/23 | WINOGRAD | COMMENTS TO DRAFT PLAN | 0.80 | 1,024.00 |
| 12/07/23 | STARK | CONTINUED PLAN NEGOTIATIONS | 2.00 | 3,900.00 |
| 12/07/23 | CUSHING | REVIEW OUTSTANDING CORPORATE AND GOVERNANCE MATTERS RELATED TO PLAN | 1.60 | 1,824.00 |
| 12/07/23 | DWOSKIN | REVISE PLAN (3.5); CALLS AND EMAILS RE SAME WITH DEBTORS COUNSEL (1.3) | 4.80 | 4,920.00 |
| 12/08/23 | WINOGRAD | REVIEW AND DISCUSS SECTION OF DRAFT PLAN | 0.90 | 1,152.00 |
| 12/08/23 | SAWYER | CALL WITH M. WINOGRAD RE SCHEDULE OF RETAINED CAUSES OF ACTION | 0.30 | 267.00 |
| 12/08/23 | SAWYER | CALL WITH S. DWOSKIN RE LITIGATION TRUST MECHANICS | 0.10 | 89.00 |
| 12/08/23 | STARK | CONTINUED NEGOTIATIONS WITH DEBTORS AND SEC OVER PLAN TEAMS AND SETTLEMENTS (3.0); T/C D. TURETSKY RE OCC DEPOSITION NOTICE (.5) | 3.50 | 6,825.00 |
| 12/08/23 | FLINK | ATTEND TO GOVERNANCE ISSUES | 0.30 | 408.00 |
| 12/08/23 | DWOSKIN | REVISE PLAN DOCUMENTS | 3.20 | 3,280.00 |
| 12/08/23 | CUSHING | ATTENTION TO PLAN AND CONFIRMATION ORDER ISSUES RE GOVERNANCE (1.8); ATTENTION TO MATTERS RELATED TO APPOINTMENT OF NEW DIRECTORS (.3); REVIEW OF MATTERS RELATED TO STOCK TRANSFER RESTRICTION (.9); REVIEW IMPACT OF FOXCONN COMMENTS TO ORGANIZATIONAL DOCUMENTS (.8); REVIEW REVISED PLAN (.7) | 4.50 | 5,130.00 |
| 12/09/23 | SAWYER | REVIEW PLAN AND PLAN SUPPLEMENT DOCS RE LITIGATION TRUST MECHANICS (.9); STRATEGIZE WITH BR TEAM RE SAME (.8); COMMUNICATIONS WITH R. SZUBA RE SAME (.3) | 2.00 | 1,780.00 |
| 12/09/23 | DWOSKIN | REVISE PLAN | 2.40 | 2,460.00 |
| 12/10/23 | SAWYER | REVISIONS TO PLAN RE LITIGATION TRUST | 0.40 | 356.00 |
| 12/10/23 | DWOSKIN | REVISE LITIGATION TRUST AGREEMENT (4.1); REVISE PLAN LANGUAGE RE LITIGATION TRUST (1.7) | 5.80 | 5,945.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/10/23 | CUSHING | INITIAL REVIEW OF PLAN REVISIONS FROM WHITE & CASE | 0.40 | 456.00 |
| 12/11/23 | SAWYER | MEETING WITH BR TEAM RE PLAN SETTLEMENT UPDATES AND NEXT STEPS | 0.80 | 712.00 |
| 12/11/23 | SILVERBERG | CONFERENCE WITH D. TURETSKY REGARDING PLAN MODIFICATIONS, SETTLEMENTS (.8); CONFERENCE WITH S. DWOSKIN, M. SAWYER REGARDING PLAN SETTLEMENTS (.2); FOLLOWUP CONFERENCE WITH R. STARK REGARDING SETTLEMENTS, CASE STATUS (.5); CONSIDER PLAN REVISIONS TO INCORPORATE SETTLEMENTS (.3); REVIEW PROPOSED CONTRACT ASSUMPTION ORDER, ACCOMPANYING SCHEDULE (.2); CONFERENCE WITH R. WINNING REGARDING CONTRACT ASSUMPTIONS AS OF EFFECTIVE DATE (.3), CONFERENCE WITH D. TURETSKY, R. WINNING, R. KAMPFNER REGARDING CONTRACT ASSUMPTION ISSUES (.2); FOLLOWUP CONFERENCE WITH R. WINNING (.2); REVIEW PROPOSED REVISION TO CONFIRMATION ORDER (.3) | 3.00 | 4,170.00 |
| 12/11/23 | FLINK | REVIEW RE REVISED PLAN (1.2); FOLLOW-UP ON OPEN ISSUES RE GOVERNANCE (.4) | 1.60 | 2,176.00 |
| 12/11/23 | WINOGRAD | EMAILS RE PLAN SUPPLEMENT DOCS RECEIVED ACTION SCHEDULE (.2); REVIEW AND EMAILS RE INDEMNIFICATION OBLIGATIONS (1.1) | 1.30 | 1,664.00 |
| 12/11/23 | DWOSKIN | REVISE PLAN | 4.60 | 4,715.00 |
| 12/11/23 | CUSHING | ATTENTION TO MATTERS RELATED TO IMPLEMENTATION OF STOCK TRANSFER RESTRICTIONS (.9); REVIEW PLAN REVISIONS (.4); ADDRESS RELATED REVISIONS TO ORGANIZATIONAL DOCUMENTS (1.1); STRATEGIZE REGARDING SAME.(7) | 3.10 | 3,534.00 |
| 12/11/23 | STARK | CONTINUED PLAN NEGOTIATIONS | 4.00 | 7,800.00 |
| 12/11/23 | STARK | ATTEND SETTLEMENT CALL WITH SEC | 1.00 | 1,950.00 |
| 12/12/23 | DWOSKIN | CALL WITH DEBTORS COUNSEL RE PLAN LANGUAGE | 0.50 | 512.50 |
| 12/12/23 | SILVERBERG | CONFERENCE WITH D. TURETSKY, S. DWOSKIN REGARDING NHTSA COMMENTS TO CONFIRMATION ORDER (.5); REVIEW REVISIONS TO CONFIRMATION ORDER (.2); DRAFT COMMENTS RE PROPOSED PROVISIONS FOR CONFIRMATION ORDER (.4) | 1.10 | 1,529.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/12/23 | SAWYER | REVIEW FOXCONN COMMENTS AND RELATED REVISIONS TO CERTIFICATE OF INCORPORATION (.5) BYLAWS (.4); EMAILS WITH B. SILVERBERG RE RETAINED CAUSES OF ACTION SCHEDULE (.4) | 1.30 | 1,157.00 |
| 12/12/23 | HEALY | ANALYSIS OF INSURANCE DOCUMENTS RE PLAN ISSUES (.4); REVIEW PLAN SUPPLEMENT ISSUES, RETAINED ACTION SCHEDULE (.4); CONSIDER ISSUES REGARDING INDEMNIFICATION CLAIMS TREATMENT UNDER PLAN (.4) | 1.20 | 1,110.00 |
| 12/12/23 | SAWYER | REVIEW CASE LAW RE DISCHARGEABILITY | 2.10 | 1,869.00 |
| 12/12/23 | WINOGRAD | EMAILS AND CALLS RE DIRECTOR INDEMNIFICATION ISSUE (.6); REVIEW DOCS AND OUTLINING RE INDEMNIFICATION ISSUE (1.2); RESEARCH AND OUTLINING RE INDEMNIFICATION ISSUE (1.5) | 3.30 | 4,224.00 |
| 12/12/23 | FLINK | ATTEND TO CHARTER (.7) AND BY-LAW REVISIONS (.6); REVIEW INDEMNIFICATION PROVISIONS (.8) AND SL RE THE SAME (.5) | 2.60 | 3,536.00 |
| 12/12/23 | CUSHING | REVIEW REGULATORY MATTERS RELATED TO SHAREHOLDER TRANSFER RESTRICTIONS (1.7); ATTENTION TO OUTSTANDING CORPORATE GOVERNANCE MATTERS (.6); BEGIN REVIEW OF OPTION PLAN (.3); REVISE AND EDIT ORGANIZATIONAL DOCUMENTS (.9); STRATEGIZE RELATED TO INDEMNIFICATION MATTERS (.4) | 3.90 | 4,446.00 |
| 12/12/23 | STARK | REVIEW MEMORANDA ON D&O INDEMNITY CLAIM ISSUES (.3); RESEARCH RE SAME (.7); T/C M. WINOGRAD RE SAME (.2); T/C B. SILVERBERG RE SAME (.3) | 1.50 | 2,925.00 |
| 12/13/23 | SILVERBERG | EVALUATE INDEMIFICATION CLAIMS ASSERTED BY COMPANY DIRECTORS | 1.40 | 1,946.00 |
| 12/13/23 | SILVERBERG | CONFERENCE WITH D. TURETSKY REGARDING CONFIRMATION ADJOURNMENT, PENDING SETTLEMENTS, VOTING RESULTS (.3); REVIEW ISSUES REGARDING RETAINED ACTION SCHEDULE (.3) | 0.60 | 834.00 |
| 12/13/23 | CASTANO | CALL WITH S. DWOSKIN RE INDEMNIFICATION RESEARCH | 0.90 | 571.50 |
| 12/13/23 | HEALY | REVIEW OF COMPLAINTS RE INSURANCE QUESTIONS; CALL WITH TRUSTEE | 2.50 | 2,312.50 |
| 12/13/23 | WINOGRAD | CALL AND EMAILS RE D & O INDEMNIFICATION | 1.00 | 1,280.00 |
| 12/13/23 | DWOSKIN | REVIEW CONFIRMATION ORDER LANGUAGE (.4); REVIEW INDEMNIFICATION OBLIGATIONS (5.9) | 6.30 | 6,457.50 |



| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/13/23 | STARK | C/C B. SILVERBERG, S. DWOSKIN RE RESEARCH OVER DIRECTOR INDEMNITY CLAIM ENTITLEMENTS | 1.00 | 1,950.00 |
| 12/13/23 | CUSHING | ADDRESS MATTERS RELATED TO MODIFICATION OF ORGANIZATIONAL DOCUMENTS (1.8); STRATEGIZE IMPACT OF TRANSFER RESTRICTIONS (1.9); REVIEW SURVIVING CORPORATE GOVERNANCE AGREEMENTS (1.7) | 5.40 | 6,156.00 |
| 12/14/23 | CASTANO | CALL WITH S. DWOSKIN RE: INDEMNIFICATION ISSUES (.4); RESEARCH RE: INDEMNIFICATION ISSUES (9.5) | 9.90 | 6,286.50 |
| 12/14/23 | SILVERBERG | CONFERENCE WITH D. TURETSKY REGARDING PLAN SETTLEMENT STATUS | 0.30 | 417.00 |
| 12/14/23 | FLINK | ATTEND TO OUTSTANDING CORPORATE AND SECURITIES ISSUES | 0.50 | 680.00 |
| 12/14/23 | WINOGRAD | REVIEW AND EMAILS RE RETAINED CLAIMS | 0.50 | 640.00 |
| 12/14/23 | DWOSKIN | RESEARCH RE BOFD CLAIMS (1.4); REVISE PLAN LANGUAGE (3.2); CALLS RE SAME (.3) | 4.90 | 5,022.50 |
| 12/14/23 | CUSHING | REVIEW OUTSTANDING CORPORATE MATTERS IN PREPARATION FOR CONFERENCE WITH COMPANY LEGAL REPRESENTATIVES (.7); PROVIDE ADVICE WITH RESPECT TO STATUS OF ORG. DOCS (.3) | 1.00 | 1,140.00 |
| 12/15/23 | TODD | CALL REGARDING EMERGENCE AND TRANSFER RESTRICTIONS | 0.80 | 612.00 |
| 12/15/23 | SAWYER | SEVERAL CALLS WITH S. DWOSKIN L. CASTANO, AND E. CALHOUN RE INDEMNIFICATION CLAIMS RESEARCH (2.8); RESEARCH RE SAME (3.2) | 6.00 | 5,340.00 |
| 12/15/23 | SILVERBERG | UPDATE WITH R. STARK REGARDING STATUS OF RESOLUTION OF PLAN OBJECTIONS | 0.30 | 417.00 |
| 12/15/23 | CALHOUN | RESEARCH RE: 510(B) | 2.10 | 1,333.50 |
| 12/15/23 | DWOSKIN | RESEARCH CAUSES OF ACTION | 1.70 | 1,742.50 |
| 12/15/23 | CUSHING | PREPARE FOR (.5) AND PARTICIPATE (.8) IN MEETING WITH COMPANY COUNSEL REGARDING OUTSTANDING CORPORATE ORGANIZATIONAL MATTERS; STRATEGIZE RE: ORG DOCS (.3) | 1.60 | 1,824.00 |
| 12/15/23 | FLINK | PREPARE FOR (.2) AND CW COMPANY AND COMPANY COUNSEL RE CORPORATE AND SECURITIES MATTERS IN ADVANCE OF EFFECTIVENESS (.6); ADDRESS CONFIRMATION ORDER PROVISIONS RE GOVERNANCE AND SECURITIES (1.5) | 2.30 | 3,128.00 |
| 12/17/23 | TODD | REVIEW ARTICLES AND BYLAWS | 0.80 | 612.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/17/23 | HEALY | DRAFT COMMENTS RE PLAN WORDING RE INSURANCE COVERAGE ISSUES | 0.70 | 647.50 |
| 12/18/23 | SILVERBERG | CONSIDER SUPPLEMENTAL LANGUAGE FOR CONFIRMATION ORDER REGARDING TRUST ESTABLISHMENT | 0.20 | 278.00 |
| 12/18/23 | TODD | REVIEW ARTICLES AND BYLAWS | 0.30 | 229.50 |
| 12/18/23 | HEALY | ANALYSIS OF FURTHER DETAILS RE INSURANCE COVERAGE | 0.30 | 277.50 |
| 12/18/23 | STARK | COMMUNICATIONS DEBTORS, SEC RE PLAN NEGOTIATIONS AND CASE NEXT STEPS (1.0); T/C A SOLE RE SAME (.5) | 1.50 | 2,925.00 |
| 12/18/23 | FLINK | FOLLOW-UP RE CORPORATE AND SECURITIES MATTERS | 0.50 | 680.00 |
| 12/18/23 | DWOSKIN | RESEARCH CAUSES OF ACTION | 0.40 | 410.00 |
| 12/18/23 | SILVERBERG | CONSIDER SETTLEMENT MECHANICS ISSUES | 0.50 | 695.00 |
| 12/19/23 | SAWYER | REVIEW DEBTORS' REVISIONS TO PLAN | 0.80 | 712.00 |
| 12/19/23 | BOUCHARD | REVIEW REVISED DRAFT OF SECOND AMENDED PLAN | 1.20 | 1,440.00 |
| 12/19/23 | FLINK | FOLLOW-UP RE CORPORATE AND SECURITIES MATTERS | 0.20 | 272.00 |
| 12/19/23 | CUSHING | STRATEGIZE IMPACT OF PROPOSED PLAN AMENDMENTS ON CORPORATE GOVERNANCE AND RELATED MATTERS (1.4); ANALYZE LIQUIDATION PREFERENCE AND CONTRIBUTION TO 10-B5 CLAIMANTS (.4); ATTEND TO DEFINITIONAL MATTERS AND POTENTIAL IMPACT ON TRANSFER RESTRICTIONS (.8); COMMENTS TO PLAN (.3); REVIEW NEW ORGANIZATIONAL DOCUMENTS (.9) | 3.80 | 4,332.00 |
| 12/20/23 | SAWYER | REVISIONS TO SCHEDULE OF RETAINED CAUSES OF ACTION | 0.60 | 534.00 |
| 12/20/23 | CUSHING | REVIEW REVISIONS TO NEW ORGANIZATIONAL DOCUMENTS PROPOSED BY DEBTOR COUNSEL (.8); EVALUATE PLAN INTERACTION WITH NEW ORGANIZATIONAL DOCUMENTS AND OBLIGATIONS OF PREFERRED SHAREHOLDERS (1.3); REVIEW AND EXAMINE PLAN IN LIGHT OF PROPOSED EDITS FROM DEBTORS COUNSEL REGARDING 10-B-5 CLAIMS AND PREFERRED STOCK LIQUIDATION PREFERENCE (1.3); REVISE AND EDIT PLAN (.8); PROVIDE ADVICE WITH RESPECT TO PLAN AMENDMENTS (.3) | 4.50 | 5,130.00 |
| 12/20/23 | STARK | EXTENDED PLAN NEGOTIATING SESSION WITH WHITE & CASE (1.0); T/C A. SOLE RE SAME (.5); T/C S. DWOSKIN RE D&O LITIGATION ISSUES | 2.00 | 3,900.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/20/23 | WINOGRAD | EMAILS AND REVIEW RE SCHEDULE OF RETAINED CAUSES OF ACTION | 0.50 | 640.00 |
| 12/20/23 | SILVERBERG | REVIEW AND REVISIONS TO PLAN TO ACCOMMODATE SETTLEMENTS (1.0); CORRESPONDENCE REGARDING SETTLEMENTS, PENDING OBJECTIONS (.6) | 1.60 | 2,224.00 |
| 12/20/23 | DWOSKIN | REVISE PLAN SUPPLEMENT DOCUMENTS | 5.70 | 5,842.50 |
| 12/21/23 | DWOSKIN | REVISE PLAN (1.1) AND PLAN SUPPLEMENT DOCUMENTS (2.7) | 3.80 | 3,895.00 |
| 12/21/23 | SILVERBERG | COMMENTS TO REVISED PLAN RE SETTLEMENT IMPLEMENTATION | 1.00 | 1,390.00 |
| 12/21/23 | CUSHING | REVIEW NAMING CONVENTION COVENANT (.2); ATTENTION TO MATTERS RELATED TO CORPORATE GOVERNANCE (2.6) | 2.80 | 3,192.00 |
| 12/22/23 | SILVERBERG | CONFERENCE WITH R. STARK RE PLAN MODIFICATIONS | 0.30 | 417.00 |
| 12/22/23 | CUSHING | PREPARE FOR MEETING (.3) AND MEET WITH FA AND NEW CEO REGARDING CORPORATE GOVERNANCE MATTERS (.5); ADDRESS INQUIRIES REGARDING NOL RESTRICTIONS AND OTHER CORPORATE GOVERNANCE MATTERS WITH DEBTOR COUNSEL (.9); ATTEND TO REVIEW OF NEW ORGANIZATIONAL DOCUMENTS (.7); REVIEW EXISTING EQUITY PLAN (.6); REVIEW HANDLING OF EQUITY INTERESTS IN CONFIRMATION ORDER (1.2) | 4.20 | 4,788.00 |
| 12/22/23 | STARK | T/C D. BADDLEY RE CASE NEXT STEPS (.6); EXTENDED T/C D. TURETSKY RE SAME (.8) | 1.40 | 2,730.00 |
| 12/26/23 | FLINK | ATTEND TO GOVERNANCE (.3) AND CONFIRMATION ORDER (.5) | 0.80 | 1,088.00 |
| 12/26/23 | CUSHING | STRATEGIZE RELATED TO CORPORATE GOVERNANCE MATTERS (4.6); BEGIN REVIEW OF DRAFT  CONFIRMATION ORDER (.2); CORRESPOND WITH COMPANY COUNSEL (.3) | 5.10 | 5,814.00 |
| 12/27/23 | SAWYER | EMAILS WITH J. CUSHING RE CONFIRMATION ORDER STATUS AND STRATEGY (.2); REVIEW DEBTORS' PROPOSED REVISIONS TO RETAINED CAUSES OF ACTION SCHEDULE (.3) | 0.50 | 445.00 |
| 12/27/23 | CUSHING | ADDRESS MATTERS RELATED TRANSFER RESTRICTIONS (2.7); ADDRESS STOCKHOLDER NOTIFICATION REQUIREMENTS (.3); BEGIN REVIEW OF CONFIRMATION ORDER (1.5); ADDRESS REVISIONS TO NEW ORG. DOCS (.4); CORRESPOND WITH DEBTOR COUNSEL (.2); CORRESPOND WITH COMPANY COUNSEL (.2) | 5.30 | 6,042.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/28/23 | BOUCHARD | REVIEW DEBTOR REVISIONS TO COMPANY ORGANIZATIONAL DOCUMENTS | 0.60 | 720.00 |
| 12/28/23 | SILVERBERG | CORRESPONDENCE REGARDING CONFIRMATION TIMELINE, STIPULATIONS FACILITATING EXTENDED TIMELINE | 0.30 | 417.00 |
| 12/28/23 | CUSHING | REVIEW REVISE AND EDIT DRAFT CONFIRMATION ORDER (1.8); REVIEW AND ANALYZE PROPOSED CHANGES TO NEW ORGANIZATIONAL DOCUMENTS (.8) | 2.60 | 2,964.00 |
| 12/29/23 | SILVERBERG | CONFERENCE WITH S. DWOSKIN REGARDING NEW ORG DOCUMENTS INDEMNIFICATION PROVISION | 0.20 | 278.00 |
| 12/29/23 | BOUCHARD | REVIEW AND REVISE DRAFT CONFIRMATION ORDER (1.1); REVIEW REVISED PLAN SUPPLEMENT DOCUMENTS (.7) | 1.80 | 2,160.00 |
| 12/29/23 | SAWYER | REVIEW UST OBJECTION TO CONFIRMATION | 0.70 | 623.00 |
| 12/29/23 | CUSHING | REVIEW AND EXAMINE REVISED ORGANIZATIONAL DOCUMENTS (.3); REVISE AND EDIT DRAFT CONFIRMATION ORDER (.6); CORRESPOND WITH DEBTOR COUNSEL (.2); REVIEW PLAN AND LIST OF REJECTED CONTRACTS (.1); ADDRESS HANDLING OF EQUITY PLAN (.6); ATTENTION TO RELATED CORPORATE GOVERNANCE MATTERS (.9); | 2.70 | 3,078.00 |
| 12/29/23 | STARK | T/C D. TURETSKY RE PLAN STATUS AND STRATEGY (.5); T/C B. SILVERBERG RE SAME (.5); T/C M. ETKIN RE SAME (.5) | 1.50 | 2,925.00 |
| | **Total Hours and Fees** | | 225.10 | 267,330.50 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| PHILIP J. FLINK | 11.80 | hours at | 1,360.00 | 16,048.00 |
| ROBERT J. STARK | 26.40 | hours at | 1,950.00 | 51,480.00 |
| NICOLE M. BOUCHARD | 5.30 | hours at | 1,200.00 | 6,360.00 |
| BENNETT S. SILVERBERG | 17.60 | hours at | 1,390.00 | 24,464.00 |
| SHARI I. DWOSKIN | 47.00 | hours at | 1,025.00 | 48,175.00 |
| MICHAEL S. WINOGRAD | 12.30 | hours at | 1,280.00 | 15,744.00 |
| MATTHEW A. SAWYER | 17.90 | hours at | 890.00 | 15,931.00 |
| ELIZABETH C. CASTANO | 10.80 | hours at | 635.00 | 6,858.00 |
| DANIEL J. HEALY | 5.10 | hours at | 925.00 | 4,717.50 |
| R. JOEL TODD | 5.90 | hours at | 765.00 | 4,513.50 |
| JOHN CUSHING | 62.90 | hours at | 1,140.00 | 71,706.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE

Invoice 6972519

January 19, 2024

Page 21

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| ETHAN H. CALHOUN | 2.10 | hours at | 635.00 | 1,333.50 |
| **Total Fees** | | | | **267,330.50** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0011 | CLAIMS ADMINISTRATION AND OBJECTIONS | 32,806.50 | 0.00 | 32,806.50 |
| | **Total** | **32,806.50** | **0.00** | **32,806.50** |

| | |
|---|---|
| Total Current Fees | $32,806.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$32,806.50** |

**BR**

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 23

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/01/23 | CASTANO | ADDITIONAL RESEARCH RE SUBORDINATION ISSUE (1.0); RESEARCHING ADDITIONAL CASE LAW AND BRIEFING REGARDING SUBORDINATION ISSUE (2.2) | 3.20 | 2,032.00 |
| 12/05/23 | SAWYER | REVIEW FIRST OMNI CLAIMS OBJECTION | 0.80 | 712.00 |
| 12/15/23 | CASTANO | RESEARCHING AND REVIEWING CASE LAW RE 363 ISSUES (2.6); PHONE CALL WITH S. DWOSKIN AND M. SAWYER RE SAME (.3) | 2.90 | 1,841.50 |
| 12/18/23 | SAWYER | CALLS WITH E. CALHOUN (.4) AND L. CASTANO (.4) RE CLAIMS RESEARCH; RESEARCH RE SAME (1.8) | 2.60 | 2,314.00 |
| 12/18/23 | CASTANO | REVIEWING CASE LAW RE: 363 ISSUES (1.7); RESEARCHING AND SUMMARIZING CASE LAW RE: 363 ISSUE (.4) | 2.10 | 1,333.50 |
| 12/18/23 | CALHOUN | RESEARCH RE: 510(B) | 0.80 | 508.00 |
| 12/19/23 | CASTANO | RESEARCHING CASE LAW RE 363(B) ISSUE (1.9); REVIEWING AND SUMMARIZING CASE LAW FOR 363(B) ISSUE (1.5); PHONE CALL WITH M. SAWYER RE: SAME (.4); REVIEWING ADDITIONAL CASE LAW (1.2) | 5.00 | 3,175.00 |
| 12/19/23 | SAWYER | CALLS WITH E. CALHOUN (.1); AND L. CASTANO (.3) RE CLAIMS RESEARCH; CONTINUE RESEARCH RE SAME (5.9) | 6.30 | 5,607.00 |
| 12/19/23 | CALHOUN | ANALYZING CASE LAW RELATED TO CAUSES OF ACTION AGAINST DE-SPAC ENTITIES. | 0.50 | 317.50 |
| 12/20/23 | SAWYER | CALLS WITH E. CALHOUN (.5) AND L. CASTANO (.2) RE CLAIMS RESEARCH STRATEGY; STRATEGIZE WITH S. DWOSKIN RE CLAIMS RESEARCH (.6); CONTINUE SAME (1.7) | 3.00 | 2,670.00 |
| 12/20/23 | CASTANO | REVIEWING CASES RE: 363(B) ISSUE (1.6); CALL WITH M. SAWYER RE: 363(B) CASE LAW AND WRITE-UP (.3); REVIEWING ADDITIONAL CASE LAW FOUND RE: 363 ISSUE AND SUMMARIZING FINDINGS (3.0) | 4.90 | 3,111.50 |
| 12/20/23 | CALHOUN | ANALYZING CASE LAW RELATED TO SECTION 510(B) (1.0); DRAFTING ANALYSIS OF SAME (3.8) | 4.80 | 3,048.00 |
| 12/21/23 | SAWYER | CONTINUE REVIEW CLAIMS RESEARCH (.4); CALLS WITH L. CASTANO RE SAME (.6); WORK ON SUMMARY OF SAME (1.4) | 2.40 | 2,136.00 |
| 12/21/23 | CASTANO | DRAFTING EMAIL SUMMARY OF FINDINGS FOR 363 ISSUE (1.9); EDITS AND REVIEWING OF ADDITIONAL CASES FOR 363 ISSUE (2.2) | 4.10 | 2,603.50 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 24

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/21/23 | CASTANO | EDITS AND REVIEWING OF ADDITIONAL CASES FOR 363 ISSUE. | 2.20 | 1,397.00 |
| | **Total Hours and Fees** | | **45.60** | **32,806.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|--------|------|-------|
| MATTHEW A. SAWYER | 15.10 | hours at | 890.00 | 13,439.00 |
| ELIZABETH C. CASTANO | 24.40 | hours at | 635.00 | 15,494.00 |
| ETHAN H. CALHOUN | 6.10 | hours at | 635.00 | 3,873.50 |
| **Total Fees** | | | | **32,806.50** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: TAX

## INVOICE

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0012 | TAX | 7,361.00 | 0.00 | 7,361.00 |
| | **Total** | **7,361.00** | **0.00** | **7,361.00** |

| | |
|---|---|
| Total Current Fees | $7,361.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$7,361.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 26

RE: TAX

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 12/04/23 | BOUCHARD | MULTIPLE COMMUNICATIONS WITH M3 RE: 382 STUDY | 0.40 | 480.00 |
| 12/11/23 | BOUCHARD | REVIEW AND RESPOND TO CORRESPONDENCE FROM M3 RE: EY ANALYSIS | 0.10 | 120.00 |
| 12/13/23 | BOUCHARD | LEGAL ANALYSIS RE: NOLS AND CERTAIN STATE TAX CONSIDERATIONS | 0.80 | 960.00 |
| 12/14/23 | STREHLE | REVIEW AND COMMENT ON E&Y NON-RELIANCE LETTER | 0.20 | 281.00 |
| 12/15/23 | BOUCHARD | CONFERENCE WITH EY RE: 382 STUDY (.9); REVIEW OF EY ANALYSIS IN PREPARATION FOR SAME (.9); FOLLOW UP CONFERENCE WITH M3 (.3); LEGAL ANALYSIS RE: CERTAIN STATE TAX CONSIDERATIONS (1.2) | 3.30 | 3,960.00 |
| 12/20/23 | BOUCHARD | LEGAL ANALYSIS RE: TAX IMPLICATIONS OF REVISED PLAN LANGUAGE | 1.30 | 1,560.00 |
| | **Total Hours and Fees** | | **6.10** | **7,361.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| ANDREW P. STREHLE | 0.20 | hours at | 1,405.00 | 281.00 |
| NICOLE M. BOUCHARD | 5.90 | hours at | 1,200.00 | 7,080.00 |
| **Total Fees** | | | | **7,361.00** |

# brown rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6972519 |
| Date | Jan 19, 2024 |
| Client | 039963 |

RE: FOXCONN LITIGATION RELATED

## INVOICE

For professional services rendered in connection with the above captioned matter
through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0017 | FOXCONN LITIGATION RELATED | 2,638.00 | 0.00 | 2,638.00 |
| | **Total** | **2,638.00** | **0.00** | **2,638.00** |

| | |
|---|---|
| Total Current Fees | $2,638.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,638.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
January 19, 2024

Invoice 6972519
Page 28

RE: FOXCONN LITIGATION RELATED

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 12/09/23 | DWOSKIN | REVIEW FOXCONN RESPONSIVE BRIEF | 1.20 | 1,230.00 |
| 12/18/23 | WINOGRAD | EMAILS RE FOXCOM MATTER | 0.30 | 384.00 |
| 12/21/23 | WINOGRAD | REVIEW DRAFT MOTION (.2); EMAILS RE SCHEDULE OF CAUSES OF ACTION (.2); RESEARCH AND OUTLINING RE POTENTIAL SETTLEMENT (.4) | 0.80 | 1,024.00 |
| | **Total Hours and Fees** | | **2.30** | **2,638.00** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|--------------|-------|------|------|-------|
| SHARI I. DWOSKIN | 1.20 | hours at | 1,025.00 | 1,230.00 |
| MICHAEL S. WINOGRAD | 1.10 | hours at | 1,280.00 | 1,408.00 |
| **Total Fees** | | | | **2,638.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

| | | |
|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice | 6972519 |
| 27000 HILLS TECH CT. | Date | Jan 19, 2024 |
| FARMINGTON HILLS, MI 48331 | Client | 039963 |

RE: LORDSTOWN MOTORS CORP. OFFICIAL EQUITY
COMMITTEE



Remittance

**Balance Due:  $291,941.60**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: