**EXHIBIT B**

**SUMMARY OF DISBURSEMENTS**

**brownrudnick**

| | | |
|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice | 6972520 |
| 27000 HILLS TECH CT. | Date | Jan 19, 2024 |
| FARMINGTON HILLS, MI 48331 | Client | 039963 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through December 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0001 | COSTS | 0.00 | 5,785.44 | 5,785.44 |
| | **Total** | **0.00** | **5,785.44** | **5,785.44** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $5,785.44 |
| **Total Invoice** | **$5,785.44** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE  
RE: COSTS  
January 19, 2024

Invoice 6972520  
Page 2

## COST SUMMARY

| Description | Value |
|---|---:|
| PARKING AND TOLLS | 188.50 |
| MEALS | 115.32 |
| TAXI | 59.98 |
| LEXIS | 2,196.04 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 3,155.00 |
| PACER | 54.00 |
| COPIES | 1.00 |
| **Total Costs** | **5,785.44** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brownrudnick**

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

RE: COSTS

| | |
|---|---|
| Invoice | 6972520 |
| Date | Jan 19, 2024 |
| Client | 039963 |



Remittance *remit*

**Balance Due: $5,785.44**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200