# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW) |

## CERTIFICATION OF ROBERT J. STARK

I, Robert J. Stark, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a partner of Brown Rudnick LLP ("Brown Rudnick"). Brown Rudnick was retained by the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.* (the "Debtors"). I am an attorney-at-law, duly admitted and in good standing to practice in the States of New York and New Jersey and am admitted *pro hac vice* in this Court. This certification is made in support of the *Fourth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al., for Allowance of Compensation and Reimbursement of Disbursements Incurred for the Period December 1, 2023, Through December 31, 2023* (the "Application").[2]

2. I have read the foregoing Application. To the best of my knowledge, information and belief, the statements contained in the Application are true and correct.

---

[1] The debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors Service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

In addition, I believe that the Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

Executed on February 1, 2024 in New York, New York.

By: /s/ *Robert J. Stark*
**BROWN RUDNICK LLP**
Robert J. Stark, Esq. *(pro hac vice)*
Bennett S. Silverberg, Esq. *(pro hac vice)*
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
Email: bsilverberg@brownrudnick.com

-and-

Matthew A. Sawyer *(pro hac vice)*
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: msawyer@brownrudnick.com

*Counsel to the Official Committee of Security Equity Holders of Lordstown Motors Corp., et al.*