**EXHIBIT A**

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

**ITEMIZED SERVICES BILL**

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKAD - Asset Disposition - General** | | | | | |
| 11/01/2023 | Review and analysis of emails regarding de minims asset sale motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/06/2023 | Work with UST and co-counsel regarding revisions to de minimis asset sale motion | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 11/07/2023 | Emails and calls with D. Turetsky regarding vehicle sale motion | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/14/2023 | Email to White & Case team regarding miscellaneous sale motion | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4879632
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/2023 | Prepare certification of counsel regarding miscellaneous asset sale motion (.3); email to D. Kim regarding same (.1); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 11/16/2023 | Review/revise and file COC for asset sale motion | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 11/16/2023 | Email to/from M. Patterson regarding COC regarding miscellaneous sale motion (.1); prepare COC, order for filing (.1); efile same, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 11/17/2023 | Review and analysis and emails regarding Motion to repurchase vehicles (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/17/2023 | Review/revise motion to repurchase vehicles (.9); review/revise related seal and motion to shorten (.8) | Patterson, Morgan L. (2372) | 1.70 | 720.00 | $ 1,224.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/2023 | Prepare notice regarding motion to repurchase vehicles (.1); prepare motion to seal (.5); email to/from R. Szuba regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 11/20/2023 | Multiple emails regarding deadlines for miscellaneous asset sales | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/20/2023 | Confer with M. Patterson regarding deadlines for miscellaneous asset sales | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/20/2023 | Multiple emails regarding Debtors' Motion to Repurchase Vehicles and open issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/20/2023 | Prepare for Miscellaneous Asset sale motion hearing (1.4); call with Fan He regarding same (.3); review/revise motion to repurchase vehicles (2.6); correspondence with co-counsel regarding sealing same (.2); address shortened notice of same (.7) | Patterson, Morgan L. (2372) | 5.20 | 720.00 | $ 3,744.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4879632
Lordstown Motors Corp.

| | | | | | |
|---|---|---|---|---|---|
| 11/20/2023 | Assist in preparation of motion to repurchase (1.6); email (x4) to/from M. Patterson and R. Szuba regarding same (.4) | Giobbe, Cynthia M.* (10258) | 2.00 | 370.00 | $ 740.00 |
| 11/21/2023 | Review and analysis of emails regarding proposed form of final Miscellaneous Asset Sale Order | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/21/2023 | Review and analysis of emails regarding Motion to Shorten Notice of Motion on Vehicle Buyback | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/21/2023 | Review and analysis of Motion on Vehicle Buyback | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/21/2023 | Revise miscellaneous. sale order (.7); draft miscellaneous. sale form order (1.4); multiple correspondence with objecting parties regarding revised miscellaneous. sale order (.4); Address shortened notice of repurchase of trucks motion (.6) | Patterson, Morgan L. (2372) | 3.10 | 720.00 | $ 2,232.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/21/2023 | Preparation of motion and order regarding motion to shorten notice regarding customer repurchase motion (1.4); email to M. Patterson regarding same; preparation of motion and order regarding motion to seal regarding customer repurchase agreement (1.1); email (x5) to M. Patterson regarding same (.5) | Giobbe, Cynthia M.* (10258) | 3.00 | 370.00 | $ 1,110.00 |
| 11/22/2023 | Review and analysis of email regarding Motion to BuyBack Vehicles (.2); Confer with M. Patterson regarding the same (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/22/2023 | Review and analysis of emails regarding Motion to Seal for Motion to Buy Back Vehicles (.2); | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/22/2023 | Review/revise/file motion to repurchase vehicles (1.1); review/revise/file related motion to shorten (.6); review/revise/file COC and revised miscellaneous asset sale motion order (.8) | Patterson, Morgan L. (2372) | 2.50 | 720.00 | $ 1,800.00 |
| 11/22/2023 | Prepare COC and exhibits regarding miscellaneous asset sale motion for filing (1.2); email (x3) to/from M. Patterson (.1); efile same, upload order (.1) | Giobbe, Cynthia M.* (10258) | 1.40 | 370.00 | $ 518.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/27/2023 | Retrieve entered order regarding motion to shorten repurchase motion (.1); coordinate service of same (.1); Email to M. Patterson regarding notice of hearing (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
|---|---|---|---|---|---|
| 11/27/2023 | Retrieve miscellaneous asset sale order (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/28/2023 | Telephone call Committee counsel regarding status of sale of vehicle motion and 7023 motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

**Total for Task:** $ 15,402.00

**BKAV - Adversary**

| 11/03/2023 | Review/revise response to motion to dismiss adversary | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
|---|---|---|---|---|---|

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | Review/revise and file response to Foxconn motion to dismiss (2.6); correspondence with Equity committee counsel regarding stipulation (.3) | Patterson, Morgan L. (2372) | 2.90 | 720.00 | $ 2,088.00 |
| 11/06/2023 | Assist in preparation of opposition to motion to dismiss (3.5); prepare opposition and exhibit for filing (.3); email (x4) to/from M. Patterson regarding same (.1); efile opposition (.1); coordinate service of same (.2) | Giobbe, Cynthia M.* (10258) | 4.20 | 370.00 | $ 1,554.00 |
| 11/30/2023 | Retrieve and review defendants reply regarding objection to motion to dismiss (.2); email to W&C and WBD teams (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| | | | | | $ 4,905.00 |
| | **Total for Task:** | | | | |

**BKCO - Claims Objections**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | Calls with co-counsel regarding claims to be objected to and preparation of same | Patterson, Morgan L. (2372) | 2.70 | 720.00 | $ 1,944.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/2023 | Work with co-counsel regarding claim objections | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 11/08/2023 | Review first omnibus claims objection (.1); prepare notice regarding same (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 11/09/2023 | Review and analysis of shareholder 7023 Motion to determine and appoint Class for shareholders | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/09/2023 | Review/revise non-substantive claim objection (.8); review/revise substantive claim objection (.9) | Patterson, Morgan L. (2372) | 1.70 | 720.00 | $ 1,224.00 |
| 11/10/2023 | Telephone call M. Patterson regarding Substantive and Non-Substantive claims objections to be filed | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                                                    120360.0001.8/4879632
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 11/10/2023 | Conference call D. Turetsky and M. Patterson regarding Substantive and Non-Substantive claims objections to be filed | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/10/2023 | Review and analysis of email from D. Turetsky and M. Patterson regarding Substantive and Non-Substantive claims objections to be filed | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/10/2023 | Review/revise substantive objection (1.7); review/revise non-substantive objection (.6); call with Don Detweiler regarding same (.4); call with co-counsel and Don Detweiler regarding objections (.3); calls (x3) with Cindy Giobbe regarding filing and service of claims objections (.9) | Patterson, Morgan L. (2372) | 3.90 | 720.00 | $ 2,808.00 |
| 11/10/2023 | Prepare notice regarding second omnibus claims objection (.2); review schedules to same (.6); email (x3) to/from M. Patterson regarding same (.1); email (x10) to/from M. Patterson regarding claims objections (.6); meeting with KCC regarding service deadlines (.5); assist in preparation of claims objection (2.3); prepare notice, objection and exhibits for filing (.5); efile same (.1); coordinate service of same (.2); calendar deadlines regarding same (.2) | Giobbe, Cynthia M.* (10258) | 5.30 | 370.00 | $ 1,961.00 |
| 11/13/2023 | Review/revise response to 7023 motion | Patterson, Morgan L. (2372) | 1.80 | 720.00 | $ 1,296.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4879632
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 11/13/2023 | Assist in preparation of objection to lead plaintiff's rule 7023 motion (.6); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 11/14/2023 | Review/revise and file objection to rule 7023 class claim motion | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |
| 11/14/2023 | Review Debtors' objection to Lead Plaintiffs' class claim motion (.2); revise same (.4); prepare exhibits for filing (.3); email (x7) to/from M. Patterson regarding same (.3); email (x5) to S. Kaul regarding revisions (.2); efile objection (.1); prepare and efile declaration in support (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.70 | 370.00 | $ 629.00 |
| 11/27/2023 | Emails to and from White & Case team regarding filing of response to claims objection sent by Austrian creditor | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/27/2023 | Review and analysis of email from D. Turetsky to class representatives regarding 7023 Motion | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/27/2023 | Review and analysis of response to claims objection sent by creditor; forward email and response to co-counsel | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/27/2023 | Retrieve 138 proofs of claims and prepare first omnibus claims objection binder (x2) (3.1); email to Chambers regarding claims binder (.1); email to M. Patterson regarding same; prepare notice of submission of proof of claim (.2); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 3.50 | 370.00 | $ 1,295.00 |
| 11/28/2023 | Address responses to first omnibus claim objection | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |

Total for Task: $ 14,666.50

**BKD - Documentations/Plan Negotiation**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2023 | Correspondence with co-counsel regarding preparation of Plan supplement documents (.1); review plan supplement (1.1) | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |

Total for Task: $ 864.00

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

## BKDS - Disclosure Statement

| | | | | | |
|---|---|---|---|---|---|
| 11/01/2023 | Work with co-counsel and chambers regarding revised version of DS Order for docket | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 11/01/2023 | Email (x2) to/from M. Patterson regarding disclosure statement order (.2); review same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

|  | | |
|---|---|---|
| | | $ 903.00 |
| | **Total for Task:** | |

## BKE - Executory Contracts/Lease Agreements

| | | | | | |
|---|---|---|---|---|---|
| 11/01/2023 | Review/revise/file rejection motion | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 11/01/2023 | Revise notice regarding first rejection motion (.2); email (x4) to/from F. He regarding same (.2); email to R. Szuba regarding same (.1); prepare motion, notice and order for filing (.2); email to M. Patterson regarding same (.1); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 1.10 | 370.00 | $ 407.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/08/2023 | Review CNO regarding 365(d)(4) motion (.1); correspondence with co-counsel regarding revisions to rejection motion (.2) | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| --- | --- | --- | --- | --- | --- |
| 11/08/2023 | Prepare certificate of no objection regarding 365(d)(4) motion | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/08/2023 | Email to M. Patterson regarding CNO for motion to extend 365(d)(4) | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/09/2023 | Address revisions to first rejection motion | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
| 11/09/2023 | Email (x4) to/from White & Case team regarding CNO regarding 365(d)(4) motion (.3); efile CNO (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/13/2023 | Review/revise second rejection motion (.4); multiple correspondence with Fan He regarding same (.2) | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
|---|---|---|---|---|---|
| 11/13/2023 | Retrieve entered order extending 365(d)(4) deadline (.1); coordinate service of same (.1); calendar deadlines regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 11/14/2023 | Email to White & Case team regarding rejection motion (.1); email to/from M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/15/2023 | Prepare certification of counsel regarding first lease rejection motion (.3); email to D. Kim regarding same (.1); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 11/16/2023 | Review/revise and file COC and order for rejection motion | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2023 | Email to/from M. Patterson regarding COC regarding first rejection motion (.1); prepare COC, exhibits for filing (.1); efile same, upload order (.1); retrieve entered order, coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| | | | | | $ 2,696.00 |
| | **Total for Task:** | | | | |

**BKEB - Employee Benefits**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2023 | Review and analysis of employee settlement motion and potential Motion to Settle Employee Agreements | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/13/2023 | Review and analysis of Motion to settle Employment Obligations | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 11/13/2023 | Review/revise and file motion to settle employee claims | Patterson, Morgan L. (2372) | 1.90 | 720.00 | $ 1,368.00 |

Lordstown Motors Corp (DE)                                                            120360.0001.8/4879632
Lordstown Motors Corp.

| | | | | | |
|---|---|---|---|---|---|
| 11/13/2023 | Email (x4) to/from M. Patterson and R. Szuba regarding motion to settle employment obligations (.2); prepare notice regarding same (.1); assist in preparation of motion (1.4); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 2.00 | 370.00 | $ 740.00 |
| 11/17/2023 | Review and analysis motion to settle employee obligations (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/28/2023 | Review/file CNO for employee claim motion (.2); call with co-counsel regarding same (.2) | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 11/28/2023 | Email to/from White & Case team regarding motion to settle employment obligations (.1); prepare certificate of no objection regarding same (.4); email to M. Patterson regarding same (.1); efile certificate of no objection, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 11/29/2023 | Retrieve and review employee settlement order (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)                                                      120360.0001.8/4879632
Lordstown Motors Corp.

|  |  |  |  |  | $ 3,574.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKF - Fee Application/Monthly Billing**

| 11/20/2023 | Review and analysis with multiple emails of WBD Fee application | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/20/2023 | Prepare WBD first monthly fee application (1.1); email to M. Patterson regarding same (.1); prepare notice regarding same (.1) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |
| 11/21/2023 | Review/revise fee application and circulate to client | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 11/21/2023 | Revise WBD first monthly fee application (.4); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2023 | Email from M. Patterson regarding First Monthly fee Application | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/22/2023 | Review and prepare for filing fee application | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 11/22/2023 | Prepare WBD first monthly fee application for filing (.2); email to M. Patterson regarding same (.1); efile same (.1) coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Total for Task: $ 2,137.00

**BKFO - Fees of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | Review/file Baker fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/01/2023 | Prepare Baker fee application for filing; email to M. Patterson regarding same (.1); email to S. Ludovici regarding same (.1); efile application (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
|---|---|---|---|---|---|
| 11/03/2023 | Work with Court chambers and counsel regarding interim fee hearing (.4); review/file COC for omnibus hearing (.2) | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 11/07/2023 | Correspondence with co-counsel regarding preparation for interim fee apps | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
| 11/08/2023 | Review and file CNO regarding KCC fee application | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
| 11/08/2023 | Prepare certificate of no objection regarding White & Case second monthly fee application (.2); prepare certificate of no objection regarding KCC second monthly fee application (.2);email to S. Harbuck regarding same (.1); efile KCC CNO regarding second monthly (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/08/2023 | Prepare notice regarding White & Case first interim fee application (.2); email to/from S. Harbuck regarding KCC first interim fee application (.1); email (x3) to S. Ludovici regarding same (.2); review KCC first interim fee application (.6); prepare notice regarding KCC first interim fee application (.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |
|---|---|---|---|---|---|
| 11/09/2023 | Email to M. Patterson regarding second monthly fee application of White & Case | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/10/2023 | Review and file White & Case application | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 11/10/2023 | Email to/from S. Ludovici regarding White and Case CNO regarding second monthly fee application (.1); email to M. Patterson regarding same (.1); email to S. Ludovici regarding White & Case third monthly fee application (.1); revise same (.1); prepare notice regarding same (.1); prepare application, notice and exhibits for filing (.1); email to M. Patterson regarding same (.1); email to S. Harbuck regarding KCC interim fee application (.1); email to S. Ludovici and M. Patterson regarding same (.1); efile W&C third monthly fee application (.1); efile CNO regarding W&C second monthly fee application (.1); calendar deadlines regarding same (.1); coordinate service of same (.1); prepare CNO regarding KPMG second monthly fee application (.1) | Giobbe, Cynthia M.* (10258) | 1.40 | 370.00 | $ 518.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/13/2023 | Address professionals interim fee applications | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
|---|---|---|---|---|---|
| 11/13/2023 | Prepare notice regarding White & Case first interim (.1); revise notice regarding KCC first interim fee application (.1); prepare notice regarding Silverman first fee application (.1); prepare notice regarding Jefferies first interim fee application (.1); prepare notice regarding KPMG first interim fee application (.1); review Silverman first interim fee application (.8); review Jefferies first interim fee application (.9); email (x5) to/from S. Ludovici regarding first interim fee applications (.3); email (x5) to/from M. Patterson regarding first interim fee applications (.2); email (x3) to/from S. Ludovici regarding CNO regarding KPMG second monthly fee application (.1); email to/from S. Harbuck regarding KCC interim application (.2); review/revise same (.3); prepare same for filing (.1) | Giobbe, Cynthia M.* (10258) | 3.40 | 370.00 | $ 1,258.00 |
| 11/14/2023 | Review/revise and file Debtor professional monthly and interim fee applications (2.1); multiple correspondence with W&C team and Cindy Giobbe regarding same (.5) | Patterson, Morgan L. (2372) | 2.60 | 720.00 | $ 1,872.00 |
| 11/14/2023 | Email (x20) to/from S. Ludovici regarding monthly and fee applications (.8); email (x10) to/from M. Patterson regarding monthly and interim applications (.6); prepare notice regarding Baker & Hostetler third monthly fee application; prepare notice, application for filing (.1); efile same (.1); email to M. VanNiel regarding same (.1); prepare notice, application and exhibits regarding White & Case interim fee application (.2); efile same (.1); prepare KCC first interim application and notice for filing (.1); efile same (.1); prepare Silverman interim fee application, notice for filing (.1); efile same (.1); prepare KPMG | Giobbe, Cynthia M.* (10258) | 4.10 | 370.00 | $ 1,517.00 |

Lordstown Motors Corp (DE)                                                      120360.0001.8/4879632
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | interim and notice for filing (.1); efile same (.1); prepare Winston Strawn notice regarding first interim (.1); prepare application, notice for filing (.2); efile CNO regarding KPMG second monthly fee application (.1); prepare notice regarding Jefferies first monthly fee application (.1); email (x3) to/from S. Ruben regarding same (.2); prepare Jefferies first interim fee application, notice and exhibits for filing (.2); efile same (.1); prepare Baker Hostetler notice (.1); prepare application, notice and exhibits for filing (.1); efile same (.1); email to S. Ludovici regarding Silverman third monthly fee application (.1); coordinate service of same (.1) | | | | |
| 11/15/2023 | Review/file CNO for White and Case fees | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 11/15/2023 | Efile Silverman third monthly fee application (.1); email to S. Ludovici regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/20/2023 | Review and file 3rd Silverman fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4879632
Lordstown Motors Corp.

| 11/20/2023 | Email (x2) to/from M. Patterson regarding Silverman fourth monthly fee application (.1); prepare notice regarding same (.1); prepare notice, application and exhibits for filing (.1); efile same (.1); coordinate service of same (.1); calendar deadlines (.1); prepare CNO regarding KCC third monthly fee application (.1); email to M. Patterson regarding same (.1); email to KCC and S. Ludovici regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
|---|---|---|---|---|---|
| 11/21/2023 | Efile CNO regarding KCC third monthly fee application (.1); email to KCC, W&C and WBD teams (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/22/2023 | Email to M. Patterson regarding Baker CNO regarding second monthly fee application (.1); email to S. Ludovici regarding same (.1); email to M. VanNiel regarding same (.1); efile CNO (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 11/29/2023 | Prepare omnibus certification of counsel regarding interim fees and proposed order | Giobbe, Cynthia M.* (10258) | 3.10 | 370.00 | $ 1,147.00 |
| 11/30/2023 | Assist in production of interim fee binder (1.5); email to S. Ludovici regarding White & Case fourth monthly fee application (.1); prepare notice regarding same (.1); prepare application, exhibits for filing (.1); email to D. Detweiler regarding same (.1); efile same (.1); coordinate service of same (.1); prepare certificate of no objection regarding White & Case third monthly fee application (.2); email to S. Ludovici regarding same (.1); email to D. Detweiler regarding same (.1) | Giobbe, Cynthia M.* (10258) | 2.50 | 370.00 | $ 925.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2023 | Email to/from S. Ludovici regarding W&C fourth monthly fee application (.1); prepare notice regarding same (.1); prepare notice, application and exhibits regarding W&C fourth monthly fee application (.2); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |

$ 10,453.00

**Total for Task:**

**BKG - General Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| 11/03/2023 | Revise weekly critical dates calendar (.3); email to/from White & Case and WBD regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 11/07/2023 | Retrieve ECF filings (.1); email to W&C and WBD teams regarding daily docket distribution (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/09/2023 | Retrieve ECF filings (.1); email to W&C and WBD teams (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4879632
Lordstown Motors Corp.

| 11/10/2023 | Revise weekly critical dates calendar (.2); email to White & Case and WBD teams regarding docket distribution and critical dates (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
|---|---|---|---|---|---|
| 11/13/2023 | Update critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/14/2023 | Revise weekly critical dates calendar (.3); calendar deadlines (.3); retrieve ECF filings (.2); email to WBD and Dundon teams regarding same (.2) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 11/17/2023 | Efile affidavit of service regarding motion to settle employee obligations | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/20/2023 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/22/2023 | Revise weekly critical dates calendar (.1); email to W&C and WBD teams (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/28/2023 | Retrieve and review ECF filings (.2); email to W&C and WBD teams regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 11/29/2023 | Call with M. Patterson status of current hearing | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/29/2023 | Email to W&C and WBD teams regarding daily docket distribution (.1); update critical dates calendar (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 11/30/2023 | Email to White & Case regarding docket distribution (.1); calendar deadlines (.1); update critical dates calendar (.1); email to White & Case and WBD teams regarding KCC service requirements (.2); email to KCC regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

|  |  |  |  |  | $ 1,416.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKH - Court Hearings/Preparation/Agenda**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2023 | Email to/from M. Patterson regarding 10/31/23 hearing transcript (.1); email to G. Matthews regarding same (.1); email to/from M. Patterson regarding 12/19/23 COC (.1); efile same (.1); revise 11/21/23 hearing agenda (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 11/03/2023 | Prepare certification of counsel regarding 12/11/23 hearing (.1); email (x4) to/from M. Patterson regarding same (.2); discuss interim fee hearing and deadlines with M. Patterson (.2); efile COC, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 11/06/2023 | Coordinate service of 12/11/23 omnibus hearing order (.1); email (x4) regarding deadlines regarding hearing (.2); update critical dates calendar (.2); update Womble calendar (.2); email to White & Case regarding filing deadlines (.1); email to/from M. Patterson regarding informal comments to asset sale motion (.1); update 11/21/23 hearing agenda (.3) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |
| 11/09/2023 | Update 11/21/23 hearing agenda (.2); retrieve and review ECF filings (.1); email to W&C and WBD teams (.1); update 12/19/23 hearing agenda (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879632
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2023 | Revise 12/11/23 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/13/2023 | Revise 11/21/23 hearing agenda (.2); revise 12/11/23 hearing agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 11/14/2023 | Review agenda (.1) | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/14/2023 | Revise 11/21/23 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 11/16/2023 | Emails regarding agenda for hearing | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4879632
Lordstown Motors Corp.

| 11/16/2023 | Review and circulate agenda for 11/21 hearing | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 11/16/2023 | Revise 11/21/23 hearing agenda (x2) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 11/16/2023 | Revise 12/11/23 hearing agenda (.2); preparation of interim fee index (1.1) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |
| 11/17/2023 | Emails regarding hearing agenda and open matters (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/17/2023 | Review/revise file agenda for hearing on 11/21 (.8); multiple calls with co-counsel changes to hearing status (.6) | Patterson, Morgan L. (2372) | 1.40 | 720.00 | $ 1,008.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4879632
Lordstown Motors Corp.

| 11/17/2023 | Revise 11/21/23 hearing agenda (.2); email to M. Patterson and D. Detweiler regarding same (.1); efile Agenda (.1); coordinate service of same (.1); prepare 11/21/23 amended agenda (.2); revise 12/11/23 interim index for Agenda (.9) | Giobbe, Cynthia M.* (10258) | 1.60 | 370.00 | $ 592.00 |
|---|---|---|---|---|---|
| 11/20/2023 | Review and analysis of Amended Agenda and emails regarding same (.1); confer with M. Patterson regarding hearing and matters to be continued (.2) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/20/2023 | Call with co-counsel regarding status of 11/21 hearing (.1); review/revise agenda and file (.4); correspondence with Chambers regarding same (.1) | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 11/20/2023 | Revise (x2) 11/21/23 amended hearing agenda (.4); email (x4) to/from M. Patterson regarding same (.2); efile amended agenda (.1); coordinate service of same (.1); email to Chambers regarding same; prepare 11/29/23 hearing agenda (.2) | Giobbe, Cynthia M.* (10258) | 1.00 | 370.00 | $ 370.00 |
| 11/21/2023 | Follow-up with M. Patterson regarding results of hearing and info needed to be included in Miscellaneous Asset Sales | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/21/2023 | Prepare for and attend hearing | Patterson, Morgan L. (2372) | 3.10 | 720.00 | $ 2,232.00 |
| 11/21/2023 | Email to Chambers regarding 11/29/23 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/22/2023 | Review and analysis of emails regarding Hearing agenda for 11/29/2023 hearing | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/27/2023 | Confer with M. Patterson regarding hearing agenda and 7023 Motion | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/27/2023 | Review/revise and file agenda for 11/29 hearing (.4); multiple correspondence with litigation parties, co-counsel and court chambers regarding rescheduling motion hearing (1.1) | Patterson, Morgan L. (2372) | 1.50 | 720.00 | $ 1,080.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2023 | Revise (x2) 11/29/23 hearing agenda (.5); email (x4) to/from M. Patterson regarding same (.3); efile same; prepare 11/29/23 amended agenda (.2); email to M. Patterson regarding same (.1); efile same (.1); coordinate service of same (.1); revise 12/11/23 hearing agenda (.4) | Giobbe, Cynthia M.* (10258) | 1.70 | 370.00 | $ 629.00 |
| 11/28/2023 | Revise 12/11/23 agenda (.2) email to/from M. Patterson regarding same (.1); review emails from F. He regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 11/28/2023 | Further prepare interim fee application index regarding 12/11/23 hearing (1.7); revise 12/11/23 hearing agenda (.5) | Giobbe, Cynthia M.* (10258) | 2.20 | 370.00 | $ 814.00 |
| 11/29/2023 | Revise 12/11/23 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

**Total for Task:** $ 10,956.50

**BKM - Other Motion Practice**

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/14/2023 | Emails regarding Debtors' objection to lead plaintiff's class claim (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/14/2023 | Review objection to class claim motion (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/14/2023 | Telephone call D. Turetsky regarding class claim issues (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| | | | | | $ 591.50 |
| | | | **Total for Task:** | | |

**BKO - Claims Administration**

| 11/08/2023 | Conference call with D. Turetsky regarding D&O issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

| 11/08/2023 | Telephone call M. Patterson regarding D&O claim issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 507.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKPO - Plan of Reorganization**

| 11/01/2023 | Multiple emails regarding plan and disclosure statement filing and notices of same | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 11/01/2023 | Confer with M. Patterson regarding service of disclosure statement | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 11/01/2023 | Review and analysis of confirmation notice, disclosure statement and plan | Detweiler, Donald J. (10135) | 0.60 | 845.00 | $ 507.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879632
Lordstown Motors Corp.

| 11/01/2023 | Revise/file final confirmation hearing notice (.7); address solicitation with co-counsel and execute (1.7); calls with co-counsel regarding solicitation filings (.4); review/revise and file Plan/DS solicitation versions (1.8) | Patterson, Morgan L. (2372) | 4.60 | 720.00 | $ 3,312.00 |
|---|---|---|---|---|---|
| 11/01/2023 | Prepare solicitation version of plan and disclosure statement for filing (1.2); email to M. Patterson regarding same (.1); efile same (.1); email to/from M. Patterson regarding confirmation hearing notice (.1); prepare notice for filing (.6); efile same (.1); email to KCC regarding same (.1); calendar numerous confirmation deadlines (.5) | Giobbe, Cynthia M.* (10258) | 2.80 | 370.00 | $ 1,036.00 |
| 11/09/2023 | Review and analysis of Securities Exchange Commission objection to deadline to determine dischargeability | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/10/2023 | Follow up call with D. Turestsky regarding contribution and indemnity issues under Plan (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/14/2023 | Emails and conference with M. Patterson regarding 7023 motion (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879632
Lordstown Motors Corp.

| 11/30/2023 | Review and analysis of emails regarding plan supplement and plan service documents to be filed on 12/1/2023 | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 11/30/2023 | Email (x2) to/from D. Detweiler and M. Patterson regarding confirmation notice order (.1); prepare same (.5) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

|  |  |  |  |  | $ 6,091.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKRA - Retention of Applicant**

| 11/01/2023 | Emails M. Ward and M. Patterson regarding supplemental conflict disclosures | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
|---|---|---|---|---|---|
| 11/03/2023 | Email (x2) to/from M. Patterson regarding supplemental Detweiler declaration (.1); prepare supplemental declaration (1.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4879632
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2023 | Email to and from M. Patterson regarding response to US Trustee questions on WBD retention application (.2); review US. Trustee questions on WBD retention application (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 11/10/2023 | Review disclosures and provide additional information to UST | Patterson, Morgan L. (2372) | 1.40 | 720.00 | $ 1,008.00 |
| 11/16/2023 | Email to and from Lordstown General Counsel and CEO regarding WBD supplemental retention application | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/16/2023 | Review/revise and prepare supplemental declaration for filing | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |
| 11/16/2023 | Email (x2) to/from M. Patterson regarding supplemental declaration regarding WBD retention (.1); prepare COC regarding same (.2); email to D. Detweiler and M. Patterson regarding declaration (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |

Lordstown Motors Corp (DE)                                    120360.0001.8/4879632
Lordstown Motors Corp.

| 11/17/2023 | Emails regarding filing of supplemental declaration on WBD retention (.2) | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 11/17/2023 | Review/revise and file COC and order for retention (.6); multiple correspondence with committee and UST counsel regarding retention (.3) | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 11/17/2023 | Prepare Detweiler supplemental declaration for filing (.1); efie same (.1); prepare certification of counsel regarding WBD retention application and exhibits for filing (.1); email to M. Patterson regarding same (.1); efile same, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 11/20/2023 | Retrieve Womble Bond retention order, coordinate service of same | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/21/2023 | Review and respond to emails with US Trustee regarding WBD Retention Application | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879632
Lordstown Motors Corp.

|  |  |  |  |  | $ 4,263.50 |
| --- | --- | --- | --- | --- | --- |
|  |  |  | **Total for Task:** |  |  |

**BKRS - Reports and Schedules**

| 11/07/2023 | Correspondence with co-counsel regarding status of MORs | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
| 11/17/2023 | Multiple correspondence with co-counsel and UST regarding MORs | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 11/22/2023 | Review and prepare monthly operating reports | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 11/22/2023 | Prepare monthly operating reports (x3) for filing (1.1); email to M. Patterson regarding same (.1); email to F. He and D. Kim regarding same (.1) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |

Lordstown Motors Corp (DE)  
Lordstown Motors Corp.

120360.0001.8/4879632

| | | | | | |
|---|---|---|---|---|---|
| 11/27/2023 | Email to/from M. Patterson regarding October MORs | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 11/28/2023 | Prepare monthly operating reports (.8); email to D. Kim regarding same (.1); prepare supporting documentation for filing (.8); email to M. Patterson regarding same (.1); efile same (.1); coordinate service to UST (.1) | Giobbe, Cynthia M.* (10258) | 2.00 | 370.00 | $ 740.00 |

|  |  |
|---|---|
| **Total for Task:** | $ 2,050.00 |
| **Total for Services:** | $ 81,476.50 |

\*    If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879632

## TIMEKEEPER SUMMARY

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Detweiler, Donald J. | 11.10 | $ 9,379.50 | $ 845.00 |
| Patterson, Morgan L. | 60.00 | $ 43,200.00 | $ 720.00 |
| Giobbe, Cynthia M.* | 78.10 | $ 28,897.00 | $ 370.00 |
| **Totals:** | 149.20 | $ 81,476.50 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                                                            120360.0001.8/4879632
Lordstown Motors Corp.

### TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 25.10 | $ 15,402.00 |
| BKAV | Adversary | 9.00 | $ 4,905.00 |
| BKCO | Claims Objections | 25.70 | $ 14,666.50 |
| BKD | Documentations/Plan Negotiation | 1.20 | $ 864.00 |
| BKDS | Disclosure Statement | 1.40 | $ 903.00 |
| BKE | Executory Contracts/Lease Agreements | 5.30 | $ 2,696.00 |
| BKEB | Employee Benefits | 6.20 | $ 3,574.00 |
| BKF | Fee Application/Monthly Billing | 4.10 | $ 2,137.00 |
| BKFO | Fees of Others | 23.90 | $ 10,453.00 |
| BKG | General Case Administration | 3.70 | $ 1,416.50 |
| BKH | Court Hearings/Preparation/Agenda | 21.20 | $ 10,956.50 |
| BKM | Other Motion Practice | 0.70 | $ 591.50 |
| BKO | Claims Administration | 0.60 | $ 507.00 |
| BKPO | Plan of Reorganization | 9.80 | $ 6,091.00 |
| BKRA | Retention of Applicant | 6.80 | $ 4,263.50 |
| BKRS | Reports and Schedules | 4.50 | $ 2,050.00 |
| | **Total** | 149.20 | $ 81,476.50 |

### Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.