**EXHIBIT B**

Lordstown Motors Corp (DE) 120360.0001.8/4879632
Lordstown Motors Corp.

## DISBURSEMENTS AND OTHER CHARGES

| Date: | Description: | Amount: |
|---|---|---|
| Oct 25, 2023 | Miscellaneous<br>ESCRIBERS LLC - Copy of Transcript | $ 51.30 |
| | **Total Disbursements:** | **$ 51.30** |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost. The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%. We maintain the supporting documentation for these costs and will make the documentation available to you upon request.