**<u>EXHIBIT A</u>**

Lordstown Motors Corp (DE)                                                          120360.0001.8/4879069
Lordstown Motors Corp.

### ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKAD - Asset Disposition - General** | | | | | |
| 12/07/2023 | Prepare and file miscellaneous asset sale motion order | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 12/07/2023 | Email (x3) to/from M. Patterson regarding asset sale notice (.2); prepare same for filing (.1); efile same (.1); coordinate same for filing (.1); email to A. Kroll regarding as-filed notice (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 12/12/2023 | Call with Fan He regarding miscellaneous asset sale order (.3); address proposed order regarding same (.4) | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 12/13/2023 | Prepare/revise/file second sale notice of miscellaneous assets | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2023 | Prepare second notice of asset sale (.2); prepare exhibits regarding same (.1); email (x2) to/from M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 12/13/2023 | Prepare chart regarding second asset list (1.6); email to A. Kroll regarding same (.1); email to M. Patterson regarding same (.1); prepare notice and exhibit for filing (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 2.10 | 370.00 | $ 777.00 |
| 12/14/2023 | Prepare third notice of miscellaneous assets sale | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 12/14/2023 | Review/revise (first) certification of counsel regarding first asset sale notice (.3); email to M. Patterson regarding same (.1); calendar objection deadline regarding (second) asset sale notice (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 12/15/2023 | Review/revise and file third miscellaneous asset sale notice (.4); address and file order for miscellaneous asset sales (.8) | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| 12/15/2023 | Revise third asset sale notice (.1); email to A. Kroll regarding same (.1); email to M. Patterson regarding same (.1); efile notice (.1); coordinate service of same (.1); calendar deadlines regarding same (.1); revise certification of counsel regarding first asset notice (.3); email to M. Patterson regarding same (.1); efile certification of counsel regarding first asset notice (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |
| --- | --- | --- | --- | --- | --- |
| 12/18/2023 | Multiple correspondence with client regarding status of miscellaneous asset sale order | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 12/19/2023 | Review entered order regarding first sale of assets (.1); email to A. Kroll regarding same (.1); coordinate service of same (.1); email to/from to R. Aerabati regarding second asset sale notice (.2) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 12/21/2023 | Review and file COC regarding second miscellaneous asset sale | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 12/22/2023 | Prepare certification of counsel regarding third asset sale notice (.4); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 12/27/2023 | Email (x2) to/from F. He, A. Kroll, D. Detweiler and M. Patterson regarding third asset sale notice (.2); revise certification of counsel regarding same (.3); email to D. Detweiler regarding filing of same (.2); efile COC, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 12/28/2023 | Retrieve and review entered third asset sale order (.1); coordinate service of same (.1); email to A. Kroll regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

|  |  |  |  | Total for Task: | $ 6,478.00 |

**BKAV - Adversary**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 12/06/2023 | Email (x4) to/from M. Patterson regarding request for oral argument (.2); review docket regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

|  |  |  |  | Total for Task: | $ 111.00 |

**BKBD - Bar Date**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 12/21/2023 | Prepare COC and review stipulation regarding SEC bar date | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879069
Lordstown Motors Corp.

| 12/22/2023 | Review/revise/file stipulation for extending SEC bar date | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
|---|---|---|---|---|---|
| 12/22/2023 | Revise certification regarding stipulation to extend SEC bar date (.2); email (x3) to/from M. Patterson regarding same (.2); prepare COC for filing (.1); efile, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 12/28/2023 | Prepare COC regarding second extension of bar date with SEC (.5); email (x4) to D. Detweiler and R. Szuba regarding same (.2); prepare COC, order and stipulation for filing (.1); efile same upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |

|  |  |  |  |  | $ 1,779.00 |
|---|---|---|---|---|---|
|  | **Total for Task:** |  |  |  |  |

**BKBO - Business Operations/Meetings with Debtor**

| 12/19/2023 | Prepare attestations regarding November monthly operating reports (x3) (.3); review monthly operating reports (.3); email to F. He regarding same (.1); email to M. Patterson regarding same (.1); prepare monthly operating reports and supplemental notes for filing (x3) (.6); email to D. Kim regarding same (.1); efile same (.1); prepare amended monthly operating reports and supplemental notes for filing (x2) (.4); email to D. Kim regarding same; email to M. Patterson regarding same (.1); efile amended monthly operating reports (.2); coordinate service to U.S.T. (.1) | Giobbe, Cynthia M.* (10258) | 2.40 | 370.00 | $ 888.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 888.00 |
|---|---|---|---|---|---|
|  | **Total for Task:** |  |  |  |  |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879069
Lordstown Motors Corp.

### BKCO - Claims Objections

| 12/04/2023 | Address responses/revisions to first omnibus claim objections | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
|---|---|---|---|---|---|
| 12/05/2023 | Draft/circulate COC regarding omnibus claims objection | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 12/05/2023 | Email (x4) to/from M. Patterson regarding first omnibus claims objection (.2); email to/from F. He and R. Szuba regarding same (.1); prepare certification of counsel, order and exhibits for filing (.6); prepare order upload exhibits (.2); efile same, upload order (.1); retrieve entered order, coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |

|  | | | | **Total for Task:** | $ 1,561.00 |
|---|---|---|---|---|---|

### BKD - Documentations/Plan Negotiation

| 12/01/2023 | Revise and circulate confirmation order notice (.4); review/revise confirmation order draft (1.2) | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
|---|---|---|---|---|---|

Lordstown Motors Corp (DE)                                              120360.0001.8/4879069
Lordstown Motors Corp.

| 12/04/2023 | Research precedent regarding plan injunction and circulate | Patterson, Morgan L. (2372) | 2.20 | 720.00 | $ 1,584.00 |
| 12/08/2023 | Review and address Plan objections/extensions | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 12/11/2023 | Address potential confirmation hearing adjournment | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 12/14/2023 | Draft/revise/file Fiberdyne voting COC and order | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 12/15/2023 | Address rescheduling of confirmation hearing | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |

Lordstown Motors Corp (DE)                                      120360.0001.8/4879069
Lordstown Motors Corp.

|  |  |  |  |  | $ 4,680.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKE - Executory Contracts/Lease Agreements**

| 12/05/2023 | Work with White & Case regarding assumption of contracts | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 12/05/2023 | Prepare notice regarding omnibus motion authorization the assumption of executory contracts (.2); review omnibus motion, exhibits (1.1); assist in further revisions to motion, notice and exhibits (1.0); prepare same for filing (.2); efile same (.1); coordinate same (.1) | Giobbe, Cynthia M.* (10258) | 2.70 | 370.00 | $ 999.00 |
| 12/06/2023 | Work with co-counsel regarding assumption of contracts and potential revisions to same | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 12/08/2023 | Work with co-counsel regarding lease rejection issues | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 12/11/2023 | Review/revise and file revised assumption notice (.8); call with Fan He regarding same (.4); address additional revisions to assumption (.6) | Patterson, Morgan L. (2372) | 1.80 | 720.00 | $ 1,296.00 |
| 12/11/2023 | Prepare notice regarding revised order to assumption motion (1.0); email (x3) to/from M. Patterson regarding same (.1); assist in preparation of notice, order redline for filing (1.0); email to M. Patterson regarding same (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 2.40 | 370.00 | $ 888.00 |
| 12/12/2023 | Address revisions and comments to first omnibus assumption order | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 12/14/2023 | Review emails and docket regarding Motion to assume certain executory contracts | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 12/18/2023 | Review draft rejection motion | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879069
Lordstown Motors Corp.

| 12/19/2023 | Prepare notice regarding second omnibus motion authorizing the rejection of leases/contracts | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
|---|---|---|---|---|---|
| 12/20/2023 | Revise and circulate order approving assumption | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 12/22/2023 | Review/revise/file second rejection motion | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 12/22/2023 | Prepare second omnibus rejection motion for filing (.2); email to M. Patterson regarding same (.1); email to R. Szuba regarding same (.1); efile motion (.1); coordinate service of same (.1); calendar objection deadline (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |

**Total for Task:**                                                                $ 7,357.00

**BKF - Fee Application/Monthly Billing**

Lordstown Motors Corp (DE)                                         120360.0001.8/4879069
Lordstown Motors Corp.

| 12/13/2023 | Address WBD fee approval | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 12/13/2023 | Email (x2) to/from M. Patterson regarding CNO regarding WBD first monthly fee application | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 12/13/2023 | Efile CNO regarding WBD first monthly fee application | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 12/19/2023 | Prepare WBD second monthly fee application (.5); prepare notice regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 12/20/2023 | Prepare monthly fee application | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |

Lordstown Motors Corp (DE)                                                          120360.0001.8/4879069
Lordstown Motors Corp.

| 12/20/2023 | Revise WBD second monthly fee application (1.0); prepare notice regarding same (.1); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |
| 12/27/2023 | Revise WBD second monthly fee application (.4); email to D. Detweiler and M. Patterson (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| | | | | | $ 1,501.00 |
| | | **Total for Task:** | | | |

**BKFO - Fees of Others**

| 12/01/2023 | Email to/from S. Ludovici and D. Turetsky regarding W&C third monthly CNO (.1); email to D. Detweiler regarding same (.1); efile same (.1); email to/from S. Harbuck and S. Ludovici regarding KCC fourth monthly fee application (.1); prepare notice regarding same (.1); prepare notice, application and exhibits regarding same (.1); efile same (.1); coordinate service (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 12/04/2023 | Review first interim index and binder (.9); email (x3) to/from M. Patterson and D. Detweiler regarding same (.1); coordinate binder to Chambers (.1); email to Chambers regarding same (.1); review/revise certification of counsel, order and chart regarding interim fees (.4); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 1.70 | 370.00 | $ 629.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| 12/05/2023 | Address interim fee hearing preparation | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
|---|---|---|---|---|---|
| 12/05/2023 | Email to/from S. Ludovici regarding interim fees (.1); email to/from M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 12/05/2023 | Prepare certificate of no objection regarding Baker third monthly fee application (.1); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 12/06/2023 | Review/revise and circulate omnibus fee order | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 12/06/2023 | Email to/from M. Patterson regarding CNO regarding Baker third monthly fee application (.1); efile same (.1); email to M. VanNiel regarding same (.1); email (x3) to/from M. Patterson regarding certification of counsel and order regarding interim fees (.2); email to S. Ludovici regarding same (.1); email (x6) to/from Debtors' professional and Committee professionals regarding same (.3); revise omnibus order regarding Troutman comments (.1); further revise COC and omnibus order | Giobbe, Cynthia M.* (10258) | 1.60 | 370.00 | $ 592.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879069
Lordstown Motors Corp.

(.6)

| 12/07/2023 | Email to S. Ludovici regarding interim fees; prepare COC and order for filing (.2); email to M. Patterson regarding same (.1); efile COC, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
|---|---|---|---|---|---|
| 12/08/2023 | Address preparation for interim fee hearing | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 12/11/2023 | Calls with co-counsel regarding fee hearing preparation (.4); call with counsel to Jefferies regarding same (.3); address pro hac for Jefferies counsel for fee hearing (.4) | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 12/11/2023 | Revise certification of counsel regarding omnibus order (.4); prepare COC and order regarding Troutman fees (.4); email to M. Patterson regarding same (.1); email (x3) to/from S. Ruben regarding notice of supplement to exhibit B of monthly fee application (.2); prepare notice (.4); email (x3) to M. Patterson regarding review of same (.1); efile notice (.1); coordinate service to Chambers (.1); prepare CNO regarding Silverman fourth monthly fee application (.2); | Giobbe, Cynthia M.* (10258) | 2.60 | 370.00 | $ 962.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | email to M. Patterson regarding review of same (.1); prepare CNO regarding Womble Bond first monthly fee application (.2); efile certification of counsel regarding fees (.2); email to M. Patterson regarding same (.1) | | | | |
| 12/12/2023 | Email (x2) to S. Ludovici regarding Silverman CNO regarding fourth monthly fee application; efile same | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 12/14/2023 | Retrieve entered omnibus interim order (.1); coordinate service of same (.1); email (x3) to S. Ludovici regarding same (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 12/18/2023 | Email to/from M. VanNiel and S. Ludovici regarding Baker's fourth monthly fee application (.1); revise fee application and notice (.4); email to M. Patterson regarding same (.1); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 12/18/2023 | Prepare certificate of no objection regarding White & Case fourth monthly fee application | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| 12/19/2023 | Email (x2) to/from S. Ludovici regarding CNO regarding White & Case fourth monthly fee application | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 12/20/2023 | Review/file KPMG fee application (.2); review and file CNO for W&C fee app (.1) | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 12/20/2023 | Email to/from D. Kim regarding KPMG third monthly fee application (.1); prepare notice regarding same (.1); prepare application, notice and exhibits for filing (.1); efile same (.1); coordinate same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 12/21/2023 | Email to/from S. Ludovici regarding Silverman fifth monthly fee application (.1); prepare notice regarding same (.1); prepare application and exhibits for filing (.1); email to M. Patterson regarding review of same (.1); efile application (.1); calendar deadlines (.1); coordinate service of same (.1); efile White & Case CNO regarding fourth monthly fee application (.1); email to M. Port regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 12/22/2023 | Email to S. Harbuck regarding KCC fourth monthly fee application (.1); email to M. Patterson regarding same (.1); efile certificate of no objection (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

|  |  |  |  |  | $ 6,917.00 |
|---|---|---|---|---|---|
|  | **Total for Task:** |  |  |  |  |

**BKG - General Case Administration**

| 12/01/2023 | Revise weekly critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
|---|---|---|---|---|---|
| 12/06/2023 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 12/07/2023 | Email to W&C and WBD teams regarding daily docket distribution (.1); prepare COC regarding 1/25/24 omnibus hearing (.1); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 12/08/2023 | Update weekly critical dates calendar (.3); email to W&C and WBD teams regarding same (.1); retrieve ECF filings (.1); calendar deadlines regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2023 | Email (x3) to/from M. Patterson regarding S. Rubin PHV (.2); prepare same (.2); email to S. Ruben regarding review of same (.1); payment of PHV fee (.1); efile pro hac vice motion | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| | | | | | $ 703.00 |
| | | **Total for Task:** | | | |

**BKH - Court Hearings/Preparation/Agenda**

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2023 | Prepare 12/19/23 confirmation Agenda | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 12/05/2023 | Revise 12/11/23 agenda (x2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 12/06/2023 | Review/revise and circulate agenda for 12/11 hearing | Patterson, Morgan L. (2372) | 1.20 | 720.00 | $ 864.00 |

Lordstown Motors Corp (DE)                                      120360.0001.8/4879069
Lordstown Motors Corp.

| 12/06/2023 | Revise 12/11/23 agenda (x3) (.6); email (x4) to M. Patterson regarding same (.2) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
|---|---|---|---|---|---|
| 12/07/2023 | Review/revise and file agenda for 12/11 hearing | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 12/07/2023 | Email to/from R. Szuba regarding 10/31/23 transcript (.1); prepare 12/11/23 agenda for filing (.2); email to M. Patterson regarding same (.1); efile same (.1); coordinate service of same (.1); prepare 12/11/23 amended agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 12/08/2023 | Review and file COC regarding omnibus hearing date | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 12/08/2023 | Email (x2) to/from M. Patterson regarding 12/11/23 hearing (.1); revise 12/11/23 amended agenda (.1); efile same (.1); coordinate service of same (.1); register S. Ruben, M. VanNiel, M. Patterson and D. Turetsky for 12/11/23 hearing (.2); email to S. Ruben regarding zoom link (.1); email to M. Van Niel regarding zoom link (.1); efile certification of counsel regarding 1/25/23 hearing, upload order (.1); retrieve entered order (.1); coordinate service of same (.1); | Giobbe, Cynthia M.* (10258) | 1.50 | 370.00 | $ 555.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4879069
Lordstown Motors Corp.

revise 12/19/23 hearing agenda (.4)

| 12/11/2023 | Prepare for and attend fee hearing | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
| 12/11/2023 | Revise 12/19/23 hearing agenda (x2) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 12/12/2023 | Multiple telephone calls White & Case, with emails to Committee counsel regarding potential rescheduling on 12/19/2023 hearing | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 12/12/2023 | Address rescheduling of confirmation hearing | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4879069
Lordstown Motors Corp.

| Date | Description | Attorney | Hours | Rate | Amount |
|------|-------------|----------|-------|------|--------|
| 12/13/2023 | Multiple emails with White & Case team regarding 12/19/2023 hearing and potential rescheduling of hearing (.3) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 12/13/2023 | Emails to and from Committee counsel regarding 19/2023 hearing and potential rescheduling of hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 12/13/2023 | Emails to Brown Rudnick and Troutman Pepper regarding potential continuance of December 19 hearing to January 10 | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 12/13/2023 | Revise 12/19/23 hearing agenda (x2) (.7); email (x3) to/from D. Detweiler regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 12/14/2023 | Multiple calls with David Turetsky and team regarding December 19 hearing and rescheduling matters to January 10 | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Lordstown Motors Corp (DE)                                                          120360.0001.8/4879069
Lordstown Motors Corp.

| 12/14/2023 | Telephone call M. Patterson regarding rescheduling of December 19th hearing to January 10 and open case issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 12/14/2023 | Email to L. Capp, Deputy Courtroom Clerk regarding rescheduling of December 19th hearing to January 10 and resolved matters | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 12/14/2023 | Follow-up calls with White & Case team regarding December 19th hearing and open issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 12/15/2023 | Review/revise agenda and file (.8) | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 12/15/2023 | Revise 12/19/23 hearing agenda (.4); efile same (.1); coordinate service of same (.1); prepare 1/10/24 agenda (.2); prepare notice of confirmation hearing (.3); email to M. Patterson regarding same (.1); calendar deadlines regarding same (.1); efile revised notice of confirmation hearing (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.50 | 370.00 | $ 555.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| 12/20/2023 | Revise 1/10/24 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

|  |  |  |  | Total for Task: | $ 8,112.50 |

**BKLT - Litigation**

| 12/06/2023 | Address oral argument requests for Foxconn adversary | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 12/08/2023 | Review and address Committee deposition notices | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 12/18/2023 | Review and file COC and order for SEC motion | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

|  |  |  |  | Total for Task: | $ 1,152.00 |

**BKM - Other Motion Practice**

Lordstown Motors Corp (DE)                                                                120360.0001.8/4879069
Lordstown Motors Corp.

| 12/05/2023 | Email to W&C and WBD teams regarding repurchase motion | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
|---|---|---|---|---|---|
| 12/06/2023 | Prepare certificate of no objection regarding motion to repurchase (.2); email (x2) to W&C and WBD teams (.2); efile same, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 12/18/2023 | Email (x3) to/from M. Patterson regarding COC regarding Securities and Exchange Commission's motion to extend (.2); prepare certification and counsel regarding same (.5); efile same, upload order (.2) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 12/20/2023 | Retrieve and review SEC's motion to extend (.1); calendar deadline regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

                                                                                                    $ 629.00

**Total for Task:**

**BKPO - Plan of Reorganization**

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4879069

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | Email (x4) to/from R. Szuba regarding plan supplement and confirmation order (.2); email to/from F. He regarding same (.1); email (x3) to/from KCC regarding service (.2); prepare plan supplement for filing (.5); prepare confirmation order for filing (.4); email (x4) to/from D. Detweiler regarding same (.2); efile plan supplement (.1); efile confirmation order (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.90 | 370.00 | $ 703.00 |
| 12/08/2023 | Email to/from R. Szuba and M. Patterson regarding confirmation objections | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 12/12/2023 | Multiple emails regarding Creditor voting issue; emails to creditor and White & Case regarding same | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 12/12/2023 | Telephone call D. Turetsky regarding creditor voting issue (.2); call with M. Patterson regarding creditor voting issue (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 12/29/2023 | Email (x3) to/from D. Detweiler and R. Szuba regarding supplemental plan supplement (.2); meeting with D. Detweiler regarding same (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |

Lordstown Motors Corp (DE)                                                     120360.0001.8/4879069
Lordstown Motors Corp.

|  |  |  |  |  | $ 1,395.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKRS - Reports and Schedules**

| 12/19/2023 | Review/file MORs and amended MORs | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 792.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |
|  |  | **Total for Services:** |  |  | $ 44,055.50 |

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                           120360.0001.8/4879069
Lordstown Motors Corp.

### TIMEKEEPER SUMMARY

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Patterson, Morgan L. | 34.30 | $ 24,696.00 | $ 720.00 |
| Detweiler, Donald J. | 2.90 | $ 2,450.50 | $ 845.00 |
| Giobbe, Cynthia M.* | 45.70 | $ 16,909.00 | $ 370.00 |
| **Totals:** | 82.90 | $ 44,055.50 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879069
Lordstown Motors Corp.

## TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAD | Asset Disposition - General | 12.40 | $ 6,478.00 |
| BKAV | Adversary | 0.30 | $ 111.00 |
| BKBD | Bar Date | 3.20 | $ 1,779.00 |
| BKBO | Business Operations/Meetings with Debtor | 2.40 | $ 888.00 |
| BKCO | Claims Objections | 2.80 | $ 1,561.00 |
| BKD | Documentations/Plan Negotiation | 6.50 | $ 4,680.00 |
| BKE | Executory Contracts/Lease Agreements | 13.10 | $ 7,357.00 |
| BKF | Fee Application/Monthly Billing | 3.30 | $ 1,501.00 |
| BKFO | Fees of Others | 15.10 | $ 6,917.00 |
| BKG | General Case Administration | 1.90 | $ 703.00 |
| BKH | Court Hearings/Preparation/Agenda | 14.50 | $ 8,112.50 |
| BKLT | Litigation | 1.60 | $ 1,152.00 |
| BKM | Other Motion Practice | 1.70 | $ 629.00 |
| BKPO | Plan of Reorganization | 3.00 | $ 1,395.00 |
| BKRS | Reports and Schedules | 1.10 | $ 792.00 |
| | **Total** | 82.90 | $ 44,055.50 |

## Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.