**<u>EXHIBIT B</u>**

Lordstown Motors Corp (DE)                                                    120360.0001.8/4879069
Lordstown Motors Corp.

## DISBURSEMENTS AND OTHER CHARGES

| Date: | Description: | Amount: |
|-------|--------------|---------|
| Dec 11, 2023 | Filing Fee<br>COURTS/USDC-DE - Pro Hac Filing Fee for Samantha Ruben | $ 25.00 |
| | **Total Disbursements:** | $ 25.00 |

Any disbursement appearing on our statements as Business Meals and Entertainment is stated at cost.  The Revenue Reconciliation Act of 1993 reduced the deductibility of these expenses to you from 80% to 50%.  We maintain the supporting documentation for these costs and will make the documentation available to you upon request.