**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SECOND INTERIM FEE APPLICATION**
**REQUEST OF KPMG LLP**

| | |
|---|---|
| Name of applicant (the "Applicant"): | KPMG, LLP |
| Authorized to provide professional services to: | Debtors |
| Date of retention: | August 15, 2023 effective as of the Petition Date |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through December 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 87,815.20 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $       0.00 |

This is a: _____ Monthly   __X__ Interim   _____ Final Application

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Summary of fee applications for the compensation period:

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Approved by Court to Date | | Holdback Fees Requested @ 20% |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees @ 80% | Expenses @ 100% | |
| 12/20/23 / Docket # 849 (3rd combined monthly) | 10/01/23 to 11/30/23 | $ 66,287.00 | $0.00 | $ 53,029.60 | $0.00 | $ 13,257.40 |
| 01/22/24 / Docket # 929 (4th monthly) | 12/01/23 to 12/31/23 | $ 21,528.20 | $0.00 | $ 17,222.56[2] | $0.00 | $ 4,305.64 |
| TOTAL | | $ 87,815.20 | $0.00 | $ 70,252.16 | $0.00 | $ 17,563.04 |

Summary of any objection to fee application: Pending.

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members,* dated July 25, 2023 [Docket No. 181] (the "**Interim Compensation Order**"),[3] KPMG, LLP (the "**Applicant**") hereby files its *Notice of Second Interim Fee Application Request of KPMG, LLP* (the "**Interim Fee Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Compensation Order, objections, if any, to this Interim Fee Application must be filed with the Court by **February 29, 2024 at 4:00 p.m. (ET)** (the "**Objection**

---

[2] The objection period related to the Fourth Monthly Fee Application will expire on February 12, 2024 at 4:00pm (ET).
[3] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

**Deadline**") and served on the Applicant at the address set forth below and the Notice Parties.

A hearing to consider this Interim Fee Application and any objections thereto will be held on **March 14, 2024 at 3:00 p.m. (ET)**.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: February 9, 2024

Respectfully submitted,

*/s/ Scott Stelk*
Scott Stelk
KPMG LLP
345 Park Avenue
New York, NY 10154-0102

3