**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Diana Mauricio, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 6, 2024, I caused copies of the
- [Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket Nos. 867 and 890]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Furthermore, on February 6, 2024, I caused copies of the
- [Customized for Rule 3001(e)(1) or 3001(e)(3)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or 3001(e)(3) [Re Docket Nos. 779, 780, and 781]

to be served on the parties attached hereto as **Exhibit B** via First Class Mail.

Dated: February 9, 2024

*/s/ Diana Mauricio*
Diana Mauricio
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Argo Partners | | 12 West 37th Street, Ste 900 | | New York | NY | 10018 | | 976 | $51,780.10 | $51,780.10 | 867 | Transferee |
| Schwab Industries, Inc. | Brian Gibson | 50850 Rizzo Drive | | Shelby Township | MI | 49315 | | 976 | $51,780.10 | $51,780.10 | 867 | Transferor |
| Cedar Glade LP | Attn Robert K. Minkoff, President | 600 Madison Avenue, 17th Floor | | New York | NY | 10022 | | 757 | $63,946.22 | $63,946.22 | 890 | Transferee |
| IEE S.A. | Antoine Arroyo | Zone Industrielle | 12 Rue Pierre Richardot | Echternach | | L-6468 | Luxembourg | 757 | $63,946.22 | $63,946.22 | 890 | Transferor |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

# Exhibit B

**Exhibit B**
**Rule 3001(e)(1) or 3001(e)(3)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Country | Scheduled Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC | As Assignee of Mainfreight Inc - Canada | PO Box 237037 | New York | NY | 10023 | | $4,500.00 | $4,500.00 | 779 | Transferee |
| Mainfreight, Inc - Canada | Dalida David | 230 Export Blvd | Mississauga | ON | L5S1Y9 | Canada | $4,500.00 | $4,500.00 | 779 | Transferor |
| Fair Harbor Capital, LLC | As Assignee of Roush Industries Inc | PO Box 237037 | New York | NY | 10023 | | $28,504.76 | $28,504.76 | 780 | Transferee |
| Roush Industries, Inc. | Henry Gerring | 34300 West Nine Mile Road | Farmington | MI | 48335 | | $28,504.76 | $28,504.76 | 780 | Transferor |
| Fair Harbor Capital, LLC | As Assignee of WIT Legal, LLC | PO Box 237037 | New York | NY | 10023 | | $2,935.00 | $2,935.00 | 781 | Transferee |
| WIT Legal, LLC | Samanthia Graham | 1370 Broadway Suite 1500 | New York | NY | 10018 | | $2,935.00 | $2,935.00 | 781 | Transferor |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)