IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

2024 FEB 12  AM 9: 53

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | Chapter 11 |
| Lordstown Motors Corp., et al., | Case No. 23-10831 (MFW) |
| Debtors. | Jointly Administered |

## OBJECTION OF RAHUL SINGH TO DEBTORS' SECOND MOTION TO EXTEND THE DEBTORS' EXCLUSIVE PERIODS TO FILE AND SOLICIT VOTES ON A CHAPTER 11 PLAN. (DOCKET # 935)

1. We respectfully plead with the court to deny any requested "extensions" Docket #935 and reject the "Plans" being proposed by the LMC top brass who silently watched insider Mr. Steve Burns unload/sell millions of his shares to folks who had no idea of the fraud going on behind closed doors. Mr. Daniel Ninnivagi, Edward Hightower, Adam Kroll, Angela Strand and other board members did nothing. Insider Mr. Burns knew of the fraud and dumped millions of his shares harming folks, harming LMC and its stock price. Foxconn uses low stock price to cry Nasdaq and Agreement violations. This, in turn, sets up LMC top brass to reduce everyone's shares by a factor of 15, file Chapter 11 bankruptcy and sell assets to insider Mr. Burns/LAS for around 10 million dollars, but these assets are well north of 300 million dollars. To put it politely, insider Mr. Steve Burns, the Debtors and their Counsel have not been forthcoming. The Counsel for the Equity Committee have not represented the defrauded Shareholders. Other than Docket #793 (my objection to the Plan), it was only the United States Trustee that objected to the first plan (Docket # 878). The Equity Committee does not care that the fraudulent Plans do not account for the "reduction in shares by a factor of 15" or the price a shareholder paid for shares.

1

Fraud and crime have reduced my family's shares from around 114,795 to 7653 and from Docket #793, reduced our $1,090,406.56 to around $10,714.20. Claims 8-11.

2. The Debtor's after engaging in fraud and crime cannot be trusted to suggest how to process our claims or who gets what, let alone be allowed to propose Plan after Plan and <u>extensions</u> to do more harm. Fraud and crime should not be allowed anywhere, including in this case where the interests of the public at large are being harmed. America's retirement system relies on the stock market. We respectfully plead with this Court to vacate the order [Docket #586] regarding sale of assets to insider Mr. Burns/LAS (*Hazel-Atlas Glass v. Hartford-Empire Co.*, 322 U.S. 238 (1944)). We humbly request this Court to consider Plans from others, including those from defrauded shareholders and claim filers. The Court's guidance is much needed. We beg the Court that Foxconn action be litigated as soon as possible, and any proceeds from it, in addition to the assets (Battery Lines, Electric Motor "hub motors" Lines, intellectual property etc.) be part of new Plan and Distribution.

Dated: February 9, 2024

Respectfully Submitted by

<u>/s/ Rahul Singh</u>

Rahul Singh

2061 Argentum Ave., Indian Land SC 29707.

PH: 224-706-0017. E-mail: sonuram@aol.com

## CERTIFICATE OF SERVICE

I, Rahul Singh, hereby certify that, on February 9, 2024, I served a true and correct copy of

Objection of Rahul Singh to Debtor's Second Motion to Extend the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan. (Docket # 935)

by email to (a) the counsel for Debtors listed below:

Thomas E. Laria (tlauria@whitecase.com)

Matthew C. Brown (mbrown@whitecase.com)

Fan B. He (fhe@whitecase.com)

David M. Turetsky (david.turestsky@whitecase.com)

RJ Szuba (rj.szuba@whitecase.com),

Donald J. Detweiler (don.detweiler@wbd-us.com)

Morgan L. Patterson (morgan.patterson@wbd-us.com)

(b) the U.S. Trustee

Benjamin A. Hackman (Benjamin.A.Hackman@usdoj.gov)

(c) counsel to the Creditors' Committee

David M. Fournier (david.fournier@troutman.com)

Deborah Kovsky-Apap (deborah.kovsky@troutman.com)

Francis J. Lawall (francis.lawall@troutman.com)

and (d) counsel to the Equity Committee

Eric J. Monzo (emonzo@morrisjames.com)

Brya M. Keilson (bkeilson@morrisjames.com)

J. Stark (rstark@brownrudnick.com)

Bennett S. Silverberg (bsilverberg@brownrudnick.com)

Dated February 9, 2024.

Respectfully submitted by

/s/ Rahul Singh

Rahul Singh

2061 Argentum Ave., Indian Land, SC 29707

PH: 224-706-0017. E-mail: Sonuram@aol.com