## Exhibit B

## Expense Detail

| Work Date | Timekeeper Name | English Narrative | Cost Type-Description | Amt |
|---|---|---|---|---|
| 12/13/2023 | Turetsky, David | Lexitas. Invoice Date: 11 September 2023. – Deposition - Video/Technical Testimony – Jeffrey Finger – Re: Foxconn motion to dismiss | Deposition Transcripts | $2,018.85 |
| 12/13/2023 | Turetsky, David | Lexitas. Invoice Date: 11 September 2023. - Deposition - Video/Technical Testimony – Edward Hightower – Re: Foxconn motion to dismiss | Deposition Transcripts | $2,450.88 |
| 12/21/2023 | Padmanabhan, Aditi | Overtime Meals - Aditi Padmanabhan - Overtime meal expense. - 07-Dec-23 | Overtime Meals | $35.00 |