# EXHIBIT A

# Invoices

**LORDSTOWN MOTORS CORP.**
**TASK CODE SUMMARY**
**DECEMBER 1, 2023 - DECEMBER 31, 2023**

| Code | Category | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.3 | 1,027.00 |
| B160 | Fee - Employment Applications | 1.5 | 750.00 |
| B190 | Other Contested Matters | 1.5 | 1,185.00 |
| B200 | Operations | 23.2 | 18,096.00 |
| B210 | Business Operations | 34.5 | 19,228.50 |
| B460 | Securities Matters | 64.5 | 42,427.00 |
|  |  | 126.5 | 82,713.50 |
|  | Less Discounts |  | -8,271.35 |
|  | **Total** | **126.5** | **74,442.15** |

**LORDSTOWN MOTORS CORP.**
**TIMEKEEPER SUMMARY**
**DECEMBER 1, 2023 - DECEMBER 31, 2023**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Brown, David H. | Associate | 610.00 | 7.7 | 4,697.00 |
| Prince, Scott E. | Associate | 500.00 | 1.5 | 750.00 |
| Spreen, Janet A. | Partner | 780.00 | 62.7 | 48,906.00 |
| Stevenson, Brittany E. | Associate | 400.00 | 17.3 | 6,920.00 |
| VanNiel, Michael A. | Partner | 790.00 | 2.8 | 2,212.00 |
| Vlasek, Jeffrey R. | Partner | 555.00 | 34.5 | 19,228.50 |
|  |  |  | 126.5 | 82,713.50 |
|  |  | Less Discounts |  | -8,271.35 |
|  |  | **Total** | **126.5** | **74,442.15** |

**LORDSTOWN MOTORS CORP.**
**EXPENSE SUMMARY**
**DECEMBER 1, 2023 - DECEMBER 31, 2023**

| | |
|---|---:|
| Delivery Services | 38.38 |
| **Total** | **38.38** |

| | | |
|---|---|---|
| Lordstown Motors Corp. | Invoice Date: | 01/24/24 |
| | Invoice Number: | 51239322B |
| | Matter Number: | 116592.000110 |
| | | Page 3 |

**Regarding:** General Corporate Matters (2022-2024)
**Matter Number:** 116592.000110

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/13/23 | VanNiel, Michael A. | Correspondence with working groups regarding status of ongoing matters and recent bankruptcy developments. | 790.00 | 0.30 | 237.00 |
| 12/13/23 | VanNiel, Michael A. | Review and analyze select bankruptcy materials relevant to ongoing matters which firm was asked to handle by client. | 790.00 | 1.00 | 790.00 |
| **Case Administration(B110)** | | | | **1.30** | **1,027.00** |
| 12/29/23 | Prince, Scott E. | Draft supplemental VanNiel declaration in support of Baker retention at Mr. VanNiel's request. | 500.00 | 1.50 | 750.00 |
| **Fee - Employment Application(B160)** | | | | **1.50** | **750.00** |
| 12/04/23 | VanNiel, Michael A. | Review and analyze recent developments potentially impacting corporate and general securities matters. | 790.00 | 1.50 | 1,185.00 |
| **Other Contested Matters(B190)** | | | | **1.50** | **1,185.00** |
| 12/01/23 | Spreen, Janet A. | Attention to preparation of employment agreement settlement agreements. | 780.00 | 0.30 | 234.00 |
| 12/04/23 | Spreen, Janet A. | Attention to preparation of employment agreement settlement agreements. | 780.00 | 1.50 | 1,170.00 |
| 12/05/23 | Spreen, Janet A. | Review and revise severance agreement. | 780.00 | 2.00 | 1,560.00 |
| 12/06/23 | Spreen, Janet A. | Review and revise severance agreement forms. | 780.00 | 2.00 | 1,560.00 |
| 12/07/23 | Spreen, Janet A. | Attention to severance agreement forms and consulting agreements. | 780.00 | 2.00 | 1,560.00 |
| 12/08/23 | Spreen, Janet A. | Attention to severance agreement forms and consulting agreements. | 780.00 | 2.60 | 2,028.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| | | | | | |
|---|---|---|---|---|---|
| Lordstown Motors Corp. | | | Invoice Date: | | 01/24/24 |
| | | | Invoice Number: | | 51239322B |
| | | | Matter Number: | | 116592.000110 |
| | | | | | Page 4 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/23 | Spreen, Janet A. | Attention to severance agreement forms and consulting agreements. | 780.00 | 0.50 | 390.00 |
| 12/15/23 | Spreen, Janet A. | Attention to severance agreement comments and questions. | 780.00 | 0.30 | 234.00 |
| 12/19/23 | Spreen, Janet A. | Attention to drafting of severance agreements and questions and comments on terms. | 780.00 | 2.00 | 1,560.00 |
| 12/20/23 | Spreen, Janet A. | Attention to creation of 15 severance agreements and questions and comments on terms. | 780.00 | 2.20 | 1,716.00 |
| 12/21/23 | Spreen, Janet A. | Attention to updates and revisions to 15 severance agreements. | 780.00 | 6.30 | 4,914.00 |
| 12/22/23 | Spreen, Janet A. | Attention to updates and revisions to 15 severance agreements. | 780.00 | 1.50 | 1,170.00 |
| **Operations(B200)** | | | | **23.20** | **18,096.00** |
| 12/04/23 | Vlasek, Jeffrey R. | Begin drafting release agreement per term sheet for executives. | 555.00 | 0.70 | 388.50 |
| 12/04/23 | Vlasek, Jeffrey R. | Telephone call with Ms. Spreen regarding severance and release agreements for executives. | 555.00 | 0.40 | 222.00 |
| 12/05/23 | Vlasek, Jeffrey R. | Continue drafting settlement agreement for severed executives. | 555.00 | 4.00 | 2,220.00 |
| 12/06/23 | Vlasek, Jeffrey R. | Review follow-up from client regarding additional severance agreements. | 555.00 | 0.70 | 388.50 |
| 12/07/23 | Vlasek, Jeffrey R. | Draft additional severance and consulting agreements for five additional management team members. | 555.00 | 3.20 | 1,776.00 |
| 12/08/23 | Vlasek, Jeffrey R. | Draft and revise employment agreement and severance documents; telephone call with Ms. Spreen regarding same. | 555.00 | 5.20 | 2,886.00 |
| 12/11/23 | Vlasek, Jeffrey R. | Revise draft severance agreement following client comments. | 555.00 | 1.10 | 610.50 |
| 12/12/23 | Vlasek, Jeffrey R. | Review and annotate revised severance | 555.00 | 0.70 | 388.50 |

**Baker & Hostetler LLP**

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Lordstown Motors Corp.

Invoice Date: 01/24/24
Invoice Number: 51239322B
Matter Number: 116592.000110
Page 5

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | R. | agreements. | | | |
| 12/14/23 | Vlasek, Jeffrey R. | Review and respond to client question regarding unemployment benefits. | 555.00 | 0.50 | 277.50 |
| 12/15/23 | Smith, Stefan P. | Confer with Ms. Spreen regarding RSU settlement issues. | 825.00 | 0.30 | 247.50 |
| 12/15/23 | Vlasek, Jeffrey R. | Review additional edits from Mr. Kroll regarding severance agreements. | 555.00 | 1.30 | 721.50 |
| 12/19/23 | Vlasek, Jeffrey R. | Review additional client questions on draft severance agreement. | 555.00 | 0.90 | 499.50 |
| 12/20/23 | Vlasek, Jeffrey R. | Revise draft severance agreement pursuant to additional comments from client. | 555.00 | 3.30 | 1,831.50 |
| 12/21/23 | Vlasek, Jeffrey R. | Continue revisions to executive and consulting agreements. | 555.00 | 6.70 | 3,718.50 |
| 12/22/23 | Vlasek, Jeffrey R. | Continue revisions to severance agreements for executives. | 555.00 | 4.10 | 2,275.50 |
| 12/26/23 | Vlasek, Jeffrey R. | Revise severance agreements with modifications to consulting portions. | 555.00 | 1.40 | 777.00 |
| **Business Operations(B210)** | | | | **34.50** | **19,228.50** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

Lordstown Motors Corp.  
Invoice Date: 01/24/24  
Invoice Number: 51239324  
Matter Number: 116592.000024  
Page 4

---

**B460**     **Securities Matters**  
116592.000024

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Spreen, Janet A. | 39.50 | $ 780.00 | $ 30,810.00 |
| Brown, David H. | 7.70 | 610.00 | 4,697.00 |
| Stevenson, Brittany E. | 17.30 | 400.00 | 6,920.00 |
| **10% Courtesy Discount** | | | (4,242.70) |
| **Total** | **64.50** | | **$ 38,184.30** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/02/23 | Brown, David H. | Review and prepare Form 10-K items to be added to Part III of 2024 filing. | 1.10 | 671.00 |
| 11/03/23 | Brown, David H. | Continue to prepare 10-K items. | 0.70 | 427.00 |
| 11/05/23 | Spreen, Janet A. | Review and comment on initial drafts from Mr. Brown for 10-K items. | 1.50 | 1,170.00 |
| 11/07/23 | Brown, David H. | Review risk factors for updating in form 10-K. | 0.80 | 488.00 |
| 11/09/23 | Brown, David H. | Update Description of Capital Stock and exhibit list for filing with 10-K. | 1.20 | 732.00 |
| 11/10/23 | Brown, David H. | Review requirements for severance reporting and other compensation questions for form 10-K. | 0.80 | 488.00 |
| 11/16/23 | Brown, David H. | Continue to prepare Part III items for Form 10-K. | 3.10 | 1,891.00 |
| 12/01/23 | Spreen, Janet A. | Correspondence with Messrs. Kroll and Port regarding Internal controls requirement questions. | 1.30 | 1,014.00 |
| 12/05/23 | Stevenson, Brittany E. | Prepare and distribute resolutions for signature. | 0.10 | 40.00 |
| 12/06/23 | Spreen, Janet A. | Attention to Form 10-K items question. | 0.50 | 390.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston  
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

Lordstown Motors Corp.

Invoice Date: 01/24/24
Invoice Number: 51239324
Matter Number: 116592.000024

Page 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/23 | Spreen, Janet A. | Attend Board Meeting. | 1.00 | 780.00 |
| 12/07/23 | Stevenson, Brittany E. | Review smaller reporting company reporting requirements for 10-K matters. | 1.60 | 640.00 |
| 12/08/23 | Spreen, Janet A. | Attention to registration rights and share mechanics follow up questions. | 0.30 | 234.00 |
| 12/08/23 | Stevenson, Brittany E. | Obtain EDGAR codes. | 0.30 | 120.00 |
| 12/11/23 | Spreen, Janet A. | Prepare board and committee minutes. | 1.00 | 780.00 |
| 12/11/23 | Spreen, Janet A. | Attention to DTC question. | 0.10 | 78.00 |
| 12/12/23 | Spreen, Janet A. | Prepare board and committee minutes. | 0.60 | 468.00 |
| 12/12/23 | Spreen, Janet A. | Attention to questions on Stock Transfer Restrictions. | 2.00 | 1,560.00 |
| 12/12/23 | Spreen, Janet A. | Review draft amended and restated charter and bylaws. | 1.00 | 780.00 |
| 12/13/23 | Spreen, Janet A. | Review charter provisions and NOL restriction mechanics. | 1.20 | 936.00 |
| 12/13/23 | Stevenson, Brittany E. | Research rules and logistics related to trading restrictions. | 2.50 | 1,000.00 |
| 12/13/23 | Stevenson, Brittany E. | Call with Ms. Spreen to discuss Delaware General Corporate Law and trading restrictions research. | 0.20 | 80.00 |
| 12/14/23 | Spreen, Janet A. | Attention to questions on NOL restrictions, transfer agent requirements and related matters. | 2.70 | 2,106.00 |
| 12/14/23 | Spreen, Janet A. | Attention to preparation of checklist of governance and securities items for emergence. | 1.00 | 780.00 |
| 12/15/23 | Spreen, Janet A. | Attention to share mechanics and related questions for bankruptcy emergence. | 1.70 | 1,326.00 |
| 12/15/23 | Spreen, Janet A. | Review registration rights agreement and remaining holders for possible waiver. | 1.30 | 1,014.00 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

Lordstown Motors Corp.  Invoice Date: 01/24/24
Invoice Number: 51239324
Matter Number: 116592.000024
Page 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/15/23 | Spreen, Janet A. | Call with working group regarding preparations for emergence. | 1.00 | 780.00 |
| 12/15/23 | Spreen, Janet A. | Attention to preparation of checklist of governance and securities items for emergence. | 0.40 | 312.00 |
| 12/15/23 | Spreen, Janet A. | Call with Mr. Port regarding share settlement mechanics and tax witholding. | 0.50 | 390.00 |
| 12/15/23 | Spreen, Janet A. | Call with Mr. Smith regarding tax witholding for RSU settlement. | 0.30 | 234.00 |
| 12/15/23 | Stevenson, Brittany E. | Review sample Form 8-Ks. | 2.20 | 880.00 |
| 12/18/23 | Spreen, Janet A. | Call with Ms. Stevenson to review checklist of emergence governance and SEC filing actions. | 0.80 | 624.00 |
| 12/18/23 | Spreen, Janet A. | Prepare checklist of emergence governance and SEC filing actions. | 0.40 | 312.00 |
| 12/18/23 | Spreen, Janet A. | Research and review disclosure samples for emergence 8-K and NOL matters. | 2.00 | 1,560.00 |
| 12/18/23 | Spreen, Janet A. | Correspondence with transfer agent regarding stock and contract questions. | 0.40 | 312.00 |
| 12/18/23 | Stevenson, Brittany E. | Call with Ms. Spreen to discuss emergence checklist. | 0.70 | 280.00 |
| 12/18/23 | Stevenson, Brittany E. | Prepare withdrawal letter. | 1.00 | 400.00 |
| 12/18/23 | Stevenson, Brittany E. | Prepare registration rights waiver. | 0.30 | 120.00 |
| 12/19/23 | Spreen, Janet A. | Attention to review of charter and bylaws. | 1.00 | 780.00 |
| 12/19/23 | Spreen, Janet A. | Call with transfer agent regarding stock matters. | 1.00 | 780.00 |
| 12/19/23 | Stevenson, Brittany E. | Prepare withdrawal letter. | 0.60 | 240.00 |
| 12/19/23 | Stevenson, Brittany E. | Attend call to discuss transfer agent logistics. | 0.30 | 120.00 |
| 12/19/23 | Stevenson, Brittany E. | Prepare registration rights waiver. | 1.30 | 520.00 |

Baker & Hostetler LLP

*Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver  Houston*
*Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC  Wilmington*

Case 23-10831-MFW    Doc 970-2    Filed 02/13/24    Page 11 of 12

Lordstown Motors Corp.                                              Invoice Date:           01/24/24
                                                                    Invoice Number:         51239324
                                                                    Matter Number:      116592.000024
                                                                                              Page 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/23 | Spreen, Janet A. | Attention to review of charter and bylaws. | 1.00 | 780.00 |
| 12/20/23 | Spreen, Janet A. | Correspondence with CUSIP and DTC regarding stock matters. | 0.50 | 390.00 |
| 12/20/23 | Spreen, Janet A. | Attention to stock plan questions. | 1.40 | 1,092.00 |
| 12/20/23 | Stevenson, Brittany E. | Prepare registration rights waiver. | 0.50 | 200.00 |
| 12/20/23 | Stevenson, Brittany E. | Prepare resolutions. | 1.70 | 680.00 |
| 12/21/23 | Spreen, Janet A. | Attention to review of charter and bylaws. | 1.00 | 780.00 |
| 12/21/23 | Stevenson, Brittany E. | Prepare resolutions. | 2.00 | 800.00 |
| 12/22/23 | Spreen, Janet A. | Attention to resolutions and open matters for board meeting. | 1.00 | 780.00 |
| 12/22/23 | Stevenson, Brittany E. | Prepare resignation letters. | 0.50 | 200.00 |
| 12/24/23 | Spreen, Janet A. | Correspondence with Brown Rudnick regarding charter and open questions for effective date stock mechanics and board grants. | 1.00 | 780.00 |
| 12/26/23 | Spreen, Janet A. | Prepare for and attend Board meeting. | 1.00 | 780.00 |
| 12/26/23 | Spreen, Janet A. | Correspondence with Ms. Stevenson regarding planning for new director SEC filings and related matters and review same. | 2.00 | 1,560.00 |
| 12/26/23 | Stevenson, Brittany E. | Prepare resolutions. | 0.90 | 360.00 |
| 12/26/23 | Stevenson, Brittany E. | Review EDGAR codes and prepare power of attorney. | 0.30 | 120.00 |
| 12/27/23 | Spreen, Janet A. | Attention to transfer agent questions and amendment to agreement. | 1.00 | 780.00 |
| 12/27/23 | Spreen, Janet A. | Revise charter and bylaws to reflect input from White & Case. | 1.00 | 780.00 |
| 12/28/23 | Spreen, Janet A. | Correspondence regarding charter and bylaws comments. | 0.60 | 468.00 |
| 12/28/23 | Spreen, Janet A. | Review and discuss revised plan filing. | 1.50 | 1,170.00 |

Baker & Hostetler LLP

*Atlanta*    *Chicago*    *Cincinnati*    *Cleveland*    *Columbus*    *Costa Mesa*    *Dallas*    *Denver*    *Houston*
*Los Angeles*    *New York*    *Orlando*    *Philadelphia*    *San Francisco*    *Seattle*    *Washington, DC*    *Wilmington*

Lordstown Motors Corp.  Case 23-10831-MFW    Doc 970-2    Filed 02/13/24    Page 12 of 12

Invoice Date: 01/24/24
Invoice Number: 51239324
Matter Number: 116592.000024
Page 8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/28/23 | Stevenson, Brittany E. | Review sample notices and waiver of registration rights. | 0.30 | 120.00 |
| 12/29/23 | Spreen, Janet A. | Attention to RSU vesting matters and Section 16 reporting. | 0.20 | 156.00 |
| 12/29/23 | Spreen, Janet A. | Correspondence regarding DTC requirements and transfer agent agreement. | 1.00 | 780.00 |
| 12/29/23 | Spreen, Janet A. | Attention to plan updates and timing of filing. | 0.30 | 234.00 |
| | **Total** | | **64.50** | **42,427.00** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington