## EXHIBIT A - TIMEKEEPER SUMMARY

### (Interim Compensation by Individual for Interim Fee Period)

| Timekeeper Name | Position (Year of Bar Admission) | Department | Fees Billed in this Fee Application | Hours billed in this Fee Application | Hourly Rate Billed in this Fee Application | Number of Rate Increases in this Fee Application |
|---|---|---|---|---|---|---|
| Francis J. Lawall | Partner (1985) | Finance & Restructuring | $136,500 | 109.2 | $1,250 | None |
| David M. Fournier | Partner (1989) | Finance & Restructuring | $750 | .6 | $1,250 | None |
| Jay A. Dubow | Partner (1984) | Business Litigation | $250 | .2 | $1250 | None |
| Joshua S. Gelfand | Partner (2007) | Tax & Benefits | $5,508 | 5.1 | $1080 | None |
| Casselle A. Smith | Partner (2012) | Business Litigation | $11,718 | 12.6 | $930 | None |
| Deborah Kovsky-Apap | Partner (2003) | Finance & Restructuring | $147,420 | 175.5 | $840 | None |
| Marcy J. McLaughlin Smith | Associate (2015) | Finance & Restructuring | $2,016 | 2.4 | $840 | None |
| Kenneth A. Listwak | Associate (2016) | Finance & Restructuring | $1,245 | 1.5 | $830 | None |
| Sean P. McNally | Partner (2003) | Business Litigation | $7,622 | 10.3 | $740 | None |
| Tori L. Remington | Associate (2020) | Finance & Restructuring | $57,888 | 86.4 | $670 | None |
| Dylan J. DeWitt | Associate (not yet admitted) | Business Litigation | $11,446 | 19.4 | $590 | None |
| Jessica Ring | Associate (2022) | Business Litigation | $236 | .4 | $590 | None |
| Joseph V. Toll | Associate (2023) | Business Litigation | $5,428 | 9.2 | $590 | None |
| Kelley E. Kane | Associate (2017) | Business Litigation | $1,700 | 3.4 | $500 | None |
| Susan M. Henry | Paralegal | Finance & Restructuring | $4,368 | 35.3 | $390 | None |
| Monica A. Molitor | Paralegal | Finance & Restructuring | $40,833 | 80.6 | $390 | None |
| | | TOTALS: | 434,928 | 552.1 | | |

**EXHIBIT B - SUMMARY OF COMPENSATION BY PROJECT CATEGORY**

**(Summary of Compensation Incurred During Interim Fee Period)**

| Project Category Code | Project Category Description | Total Hours Billed | Total Compensation Billed |
|---|---|---|---|
| B110 | Case Administration | 23.4 | $10,841 |
| B112 | General Creditor Inquiries | 1.4 | $1,062 |
| B113 | Pleadings Review/Memos | 4.1 | $2,923 |
| B120 | Asset Analysis and Recovery | .8 | $847 |
| B130 | Asset Sales/Disposition | 21.9 | $19,521 |
| B150 | Meetings of and Communications with Creditors' Committee | 23.5 | $16,788 |
| B155 | Court Hearings | 21.6 | $17,688 |
| B160 | Fee Applications (Applicant) | 68.1 | $33,329 |
| B165 | Fee Applications - Others | 21.9 | $11,302 |
| B170 | Retention Applications (Applicant) | 5.6 | $2,397 |
| B175 | Retention Applications- Others | 5 | $3,585 |
| B185 | Assumption/Rejection of Contracts | 3.7 | $3,524 |
| B186 | Assumption/Rejection of Contracts | 1.3 | $1,074 |
| B190 | Other Contested Matters | 17.3 | $11,497 |
| B191 | General Litigation | 50.7 | $42,334 |
| B210 | Business Operations | .2 | $134 |
| B211 | Financial Reports | .7 | $588 |
| B220 | Employee Benefits/Pensions | .7 | $588 |
| B221 | Employment Contracts/Issues | 28.8 | $24,704 |
| B230 | Financing/Cash Collateral | 1.8 | $2,250 |
| B261 | Investigations | .3 | $218 |
| B310 | Claims Administration and Objections | 31.4 | $26,580 |
| B320 | Plan and Disclosure Statement | 197.7 | $187,920 |
| B410 | General Bankruptcy | .5 | $295 |
| B430 | Adversary Proceedings & Bankruptcy Court Litigation | 19.2 | $12,314 |
| B440 | Schedules and Statements | .5 | $625 |
| | **TOTALS:** | **552.1** | **$434,928** |

# EXHIBIT C - SUMMARY OF EXPENSES BY CATEGORY

## (Summary of Expenses Incurred During Interim Fee Period)

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT |
|---|---|---|
| Production, Efiling, Courier, and Mailing Charges | Parcels Inc., Reliable | $245.84 |
| Travel Expenses | Transportation costs for D. Kovsky-Apap and F. Lawall for travel to New York (meeting with Debtors and Equity Committee) | $769.45 |
| Electronic Docket Searches/ Internet web sites | PACER Service Center | $354.70 |
| Working Meals | Working meals for D. Kovsky-Apap and F. Lawall while travelling to New York (meeting with Debtors and Equity Committee) | $25.00 |
| Miscellaneous | Internet charge during travel | $13.00 |
| Hearing Transcripts | Reliable | $64.80 |
| | TOTAL | $1,472.79 |

# EXHIBIT D

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Position | Blended Hourly Rate for this Fee Application | Blended Hourly Rate Firm-Wide for Preceding Fiscal Year 2022[1] |
|---|---|---|
| Partner | $988.10 | $1,036 |
| Associate | $658.50 | $639 |
| Paralegal | $390 | $307 |
| Case Management Assistant/Legal Practice Assistant/Project Assistant | $0 | $136 |
| **Aggregate Blended Hourly Rate for this Fee Application:** | **$787.77[2]** | **$530** |

---

[1]    The hourly billable rates for Troutman Pepper Hamilton Sanders LLP timekeepers are adjusted on January 1st of each year. In addition, the data in this column excludes FY2022 blended hourly rate information for the Bankruptcy and Finance & Restructuring group at Troutman Pepper Hamilton Sanders LLP as well as engagements at materially discounted rates.

[2]    As set forth herein and in the order approving the Applicant's retention, the Applicant has agreed to a blended hourly rate of $750 for this retention, subject to Applicant's right to seek payment of the difference, if any, between $750 and Applicant's actual blended hourly rate. This amount reflects the non-discounted blended rate.

## EXHIBIT E – BUDGET AND STAFFING PLAN

**Project Category Budget – Troutman Pepper Hamilton Sanders LLP –
During Interim Fee Period[1]**

| Project Category Code | Project Category Description | Low Hours | High Hours | Low Total Compensation | High Total Compensation |
|---|---|---|---|---|---|
| B110 | Case Administration, Activities in Multiple Categories | 150 | 175 | $112,500 | $131,250 |
| B111 | Statement of Financial Affairs and Schedules | 25 | 40 | $18,750 | $30,000 |
| B112, B113, B190, B191 | Creditor Inquiries, Review of Pleadings, Contested Matters and Motions, and General Litigation | 250 | 400 | $187,500 | $300,000 |
| B140 | Relief from Stay | 30 | 50 | $22,500 | $37,500 |
| B150 | Creditors' Committee | 35 | 60 | $26,250 | $45,000 |
| B155 | Court Hearings | 30 | 45 | $22,500 | $33,750 |
| B160, B165, B170, B175 | Employment/Retention, Objections to Employment/Retention, and Fee Applications | 40 | 60 | $30,000 | $45,000 |
| B185 | Assumption/Rejection of Leases and Contracts | 15 | 25 | $11,250 | $18,750 |
| B210, B211, B212, B220, B240, B241 | Business Operations, Financial Reports, Vendor Issues, Employee Benefits/Pensions, Tax Issues, and Utility Issues | 75 | 125 | $56,250 | $93,750 |
| B310 | Claims Administration & Objections | 20 | 35 | $15,000 | $18,750 |
| B130, B320 | Asset Disposition, Disclosure Statement, Solicitation, Plan and Confirmation | 200 | 275 | $150,000 | $206,250 |
| | **TOTALS:** | **870** | **1,290** | **$652,500** | **$967,500** |

---

[1] The budget may be amended to reflect changed circumstances or unexpected developments. Any such amended budget will be provided to the Committee. All dollar amounts are calculated assuming a blended hourly rate of $750.

**(Staffing Plan)**

| Category Of Timekeeper (using categories maintained by the firm) | Number Of Timekeepers Expected To Work On The Matter During The Budget Period[1] | Average 2023 Hourly Rate For Timekeepers Expected To Work On The Matter* |
|---|---|---|
| Partner[2] | 3 | $1,020 |
| Associate[3] | 2 | $630 |
| Paralegal[4] | 2 | $390 |

* As set forth in the order approving the Applicant's retention, the Applicant has agreed to a blended hourly rate of $750 for this retention, subject to Applicant's right to seek payment of the difference, if any, between $750 and Applicant's actual blended hourly rate.

---

[1] Note that this reflects primary timekeepers staffed on this engagement. Additional timekeepers may be called upon from time to time to handle discrete matters.

[2] Kovsky-Apap ($840); McNally ($740); Lawall ($1,250).

[3] Ring ($590); Remington ($670).

[4] Henry ($390); Molitor ($390).

## EXHIBIT F – ADDITIONAL DISCLOSURES

| | |
|---|---|
| Are rates in interim fee application higher than those approved or disclosed at retention? | No |
| Total compensation[5] sought in this Application | $436,400.79 |
| Total compensation sought in this Application approved to date pursuant to the Compensation Procedures Order | $238,005.79 |
| Total compensation sought in this Application already paid pursuant to the Compensation Procedures Order | $238,005.79 |
| Total compensation sought in this Application not yet paid | $198,395.00 |
| Number of professionals included in this Application | 16 |
| If applicable, number of professionals in this Application not included in the Staffing Plan | 9 |
| If applicable, difference between fees budgeted and fees incurred for the interim compensation period | Fees incurred are below the budgeted range. |

---

[5]    Total compensation includes both fees and expenses incurred by Troutman Pepper.

## EXHIBIT G - CERTIFICATION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION REGARDING SECOND INTERIM FEE APPLICATION
REQUEST OF TROUTMAN PEPPER HAMILTON SANDERS LLP, AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

1.     I am a partner at the law firm of Troutman Pepper Hamilton Sanders LLP

("Troutman Pepper"), which maintains offices at, among other locations, 875 Third Avenue, New

York, New York 10022.  I am a member in good standing of the Bars of the States of New York,

New Jersey and Michigan and I have been admitted to practice in each of those states. I am also

admitted pro hac vice in the above-captioned cases.  There are no disciplinary proceedings pending

against me.

2.     I am making this certification regarding the *Second Interim Application of

Troutman Pepper Hamilton Sanders LLP as Counsel to the Official Committee of Unsecured

Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period

from October 1, 2023 Through and Including December 31, 2023* (the "Application") to certify to

certain matters addressed in the *Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No.

181] (the "Compensation Procedures Order").

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors
Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service
address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

3.      Specifically, I have reviewed the Application, including the monthly fee applications relating to the interim fee period covered by the Application, and I hereby certify that such applications comply with the Compensation Procedures Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  In addition, I hereby certify that, in accordance with the Compensation Procedures Order, and in connection with preparing the Application, Troutman Pepper has made a reasonable best effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the *U.S. Trustee Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (Appendix B to 28 C.F.R. §58) (the "U.S. Trustee Guidelines").  In accordance with the U.S. Trustee Guidelines, Troutman Pepper responds to the questions set forth in Section C.5 of the U.S. Trustee Guidelines as follows:

A.      Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Answer: Consistent with the Application, Troutman Pepper shall, on a monthly basis, charge the lesser of (a) the blended rate of $750/hour for all timekeepers or (b) its standard hourly billing rates for professional services rendered for such applicable month (subject to the discount of approximately 25% for certain timekeepers, as stated in the Application). If the general unsecured creditors receive a recovery of at least 50% in these chapter 11 cases, Troutman Pepper may apply to recover the difference (if any) between its standard billed rates and the blended rate, subject to further Court approval.

B.      If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Answer: Not applicable.

C.      Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Answer:  None of the professionals included in the Application varied their hourly rate based on the geographic location of the bankruptcy case.

D.  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees.

Answer: No, the Application does not include time or fees related to reviewing or revising time records.

E.  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Answer: The Application includes a limited amount of time related to reviewing and revising entries for privileged and confidential information, which is necessary to file the Application. Troutman estimates that this amount of time does not exceed 2 hours.

F.  Does the Application include any rate increases since the firm's retention?

Answer: The Application does not include any rate increases since the retention of Troutman Pepper.


Dated:  February 14, 2024                    /s/ Deborah Kovsky-Apap
                                             Deborah Kovsky-Apap

**<u>EXHIBIT H – PROPOSED ORDER</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. _____** |

**ORDER APPROVING SECOND INTERIM APPLICATION OF
TROUTMAN PEPPER HAMILTON SANDERS LLP, AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM OCTOBER 1, 2023 THROUGH AND INCLUDING DECEMBER 31, 2023**

Upon consideration of the *Second Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through and Including December 31, 2023* (the "Interim Application")[2] of Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper") for entry of an order (this "Order") for allowance of compensation for services rendered and reimbursement of actual and necessary expenses that Troutman Pepper incurred, all as more fully set forth in the Interim Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Interim Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Interim Application

1409; and this Court having found that the relief requested in the Interim Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that Troutman Pepper's notice of the Interim Application and opportunity for a hearing on the Interim Application were appropriate and no other notice need be provided; and this Court having reviewed the Interim Application; and this Court having determined that the requested compensation and expense reimbursement set forth in the Interim Application is reasonable; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**

1.     The Interim Application is GRANTED on an interim basis in the amounts set forth below, for services rendered and reimbursement of actual and necessary expenses incurred during the period from October 1, 2023 through and including December 31, 2023.

| Compensation Period | Fees Requested | Expenses Requested | Agreed Reductions (Fees) | Agreed Reductions (Expenses) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| 10/1/23 – 12/31/23 | $434,928.00[3] | $1,472.79 | $0.00 | $0.00 | $434,928.00 | $1,472.79 |

2.     Troutman Pepper's right to seek payment of any remaining balance on account of its billing arrangement as set forth in the *Order Authorizing the Employment and Retention of Troutman Pepper Hamilton Sanders LLP, as Counsel to the Official Committee of Unsecured Creditors Effective as of July 17, 2023* [Docket No. 294] is hereby reserved.

---

[3]     This amount reflects the total fees incurred by Troutman Pepper during the application period. However, pursuant to the terms of its retention, Troutman Pepper requests payment of only $408,951.00 in fees at this time, and reserves the right to seek payment of the difference in the event that distributions to general unsecured creditors exceed 50%.

3.      Notice of the Interim Application, as provided therein, shall be deemed good and sufficient notice of such Interim Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

4.      Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Interim Application.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.