# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
### (OCTOBER 6, 2023 THROUGH DECEMBER 31, 2023)

WBD's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, WBD's hourly rates for bankruptcy services are comparable to the rates charged by the firm for non-bankruptcy engagements staffed by professionals and paraprofessionals in WBD's domestic United States offices, whether in court or otherwise, regardless of whether a fee application is required.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATES | |
|---|---|---|
| | NON-BANKRUPTCY ENGAGEMENTS, ALL DOMESTIC OFFICES, AS OF DATE OF RETENTION[1] | CURRENT APPLICATION PERIOD |
| Partner | $785.00 | $783.00 |
| Of Counsel | $635.00 | $655.00 |
| Associate | $449.00 | $418.00 |
| Paralegal | $304.00 | $373.00 |
| **All Timekeepers Aggregated** | **$514.00** | **$644.00** |

---

[1] This column reflects the average billing rates, rounded to the nearest dollar, as of February 13, 2024, for current active timekeepers in connection with non-bankruptcy engagements.