# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>March 5, 2024, at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>March 14, 2024, at 3:00 p.m. (ET) |

## SECOND INTERIM FEE APPLICATION OF HURON CONSULTING GROUP, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2023 THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Name of Applicant: | Huron Consulting Group, Inc. ("Huron") |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Petition Date: | June 27, 2023 |
| Date of Retention: | August 23, 2023, effective as of July 18, 2023 |
| Period for which compensation and reimbursement are sought: | October 1, 2023 through December 31 2023 (the "Application Period") |
| Amount of compensation sought as actual, reasonable, and necessary: | $404,725.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $67.20 |

This is a(n):    __ monthly    _X_ interim    ___ final application

Huron Consulting Services LLC intends to seek compensation in connection with the preparation of this Application at a later date.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

1

## PRIOR FEE STATEMENTS
### October 1, 2023 through December 31, 2023

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 10/01/23 – 10/31/23 11/22/23 D.I. 734 | $158,852.50 | $0.00 | 12/13/23 D.I. 817 | $127,082.00 | $0.00 | $31,770.50 |
| 11/01/23–11/30/23 12/21/23 D.I. 857 | $136,467.50 | $67.20 | 01/18/24 D.I. 916 | $109,174.00 | $67.20 | $27,293.50 |
| 12/01/23-12/31/23 01/30/24 D.I. 936 | $109,405.00 | $0.00 | *pending* | $87,524.00 | $0.00 | $21,881.00 |
| **TOTALS** | **$404,725.00** | **$67.20** | | **$323,780.00** | **$67.20** | **$80,945.00** |

_____

## SUMMARY OF COMPENSATION BY TIMEKEEPER
### October 1, 2023 through December 31, 2023

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Laura Marcero | Managing Director | $ 1,100 | 59.2 | $ 65,120.00 |
| Timothy Martin | Managing Director | 1,100 | 42.2 | 46,420.00 |
| Robert Loh | Senior Director | 950 | 131.0 | 124,450.00 |
| Shawn Creedon | Project Consultant | 950 | 37.7 | 35,815.00 |
| Paul Trenti | Director | 700 | 40.3 | 28,210.00 |
| Holger Ericsson | Manager | 600 | 97.1 | 58,260.00 |
| Kirstyn McGuinness | Manager | 600 | 57.7 | 34,620.00 |
| Rommel Hernandez | Analyst | 325 | 36.4 | 11,830.00 |
| | | | **501.6** | **$ 404,725.00** |

## SUMMARY COMPENSATION BY PROJECT CATEGORY
### October 1, 2023 through December 31, 2023

| Matter Code | Task Description | Total Hours | Total Fees |
|---:|---|---:|---:|
| 2 | Claim Analysis | 231.5 | $ 183,775.00 |
| 3 | Asset Analysis and Recovery | 78.9 | 69,790.00 |
| 4 | Contract Rejection Analyses | 7.7 | 7,525.00 |
| 5 | Cash Flow Analysis/Reporting | 117.7 | 82,012.50 |
| 6 | Meetings and Communications | 23.9 | 20,777.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 27.3 | 26,860.00 |
| 8 | Business Analysis | 1.1 | 845.00 |
| 12 | Retention and Fee Applications | 13.5 | 13,140.00 |
| | **Total** | **501.6** | **$ 404,725.00** |

## SUMMARY OF EXPENSES BY CATEGORY
### October 1, 2023 through December 31, 2023

| Expense Type | Amount |
|---|---:|
| Electronic Docket Searches, Document Retrieval | $67.20 |
| **Total** | **$67.20** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[2]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>March 5, 2024, at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>March 14, 2024, at 3:00 p.m. (ET) |

**SECOND INTERIM FEE APPLICATION OF HURON CONSULTING GROUP, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2023 THROUGH DECEMBER 31, 2023**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181] (the "Interim Compensation Procedures"), Huron Consulting Group, Inc. ("Huron"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") to the debtors and the debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 case, hereby files this second interim application (this "Application") for the period from October 1, 2023, to and including December 31, 2023 (the "Application Period") requesting interim allowance and payment of $404,792.20, which consists of (i) compensation for professional services to the Committee in the amount of $404,725.00 (representing 100% of the fees earned by Huron for professional services to the Committee during the

---

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Application Period) and (ii) reimbursement of 100% of the actual and necessary expenses incurred by Huron during the Application Period in the amount of $67.20.

**Summary of Services**

1. The total number of hours expended by Huon professionals performing services for the Committee during the Application Period was 501.6 hours. Pursuant to the Retention Order, Huron is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses. The following paragraphs describe the primary services rendered by Huron during the Application Period.

*Code 2 – Claims Analysis (231.5 hours)*

2. During the Application Period, in coordination with Committee Counsel, Huron undertook various analyses to value the claims pool. This work included a detailed review of filed proofs of claim and amendments, reconciliation of filed proofs of claim to the Debtors' claims analyses, and correspondence/meetings with the Debtors' professionals to obtain additional information.

*Code 3 – Asset Analysis and Recovery (78.9 hours)*

3. During the Application Period, Huron continued to maintain a complex recovery model to understand the flow of value to different classes of creditors within the Debtors' estate under various hypothetical Plan structures. Huron also participated on calls with the Debtors' professionals to discuss multiple iterations to the Debtors' waterfall analysis. The Huron team also prepared multiple presentations for the UCC regarding potential recovery scenarios, allowing the Committee to make informed decisions about the Debtors' and UCC advisors' proposals to optimize creditor recoveries.

*Code 4 – Contract Rejection Analyses (7.7 hours)*

4. During the Application Period, Huron reviewed and analyzed potential contract rejection damage claims associated with a variety of contract types (lease, employment, vendors, etc.). Huron also participated on calls with the Debtors' professionals to discuss the assumption of certain contracts and

the evaluation of potential rejection liabilities. The Huron team incorporated this information into various recovery analyses.

*Code 5 – Cash Flow Analysis / Reporting (117.7 hours)*

5. During the Application Period, Huron reviewed and analyzed the Debtors' weekly cash flow reports, investigated variances from budgeted amounts and analyzed the Debtor's cash flow budgets through the anticipated completion of the Chapter 11 Cases. This category also includes the preparation of presentation materials to communicate these analyses to the Committee.

*Code 6 – Meetings and Communications (23.9 hours)*

6. During the Application Period, Huron participated in meetings with the Committee and its advisors. Entries in this task code primarily correspond to weekly standing Committee and advisor calls which covered a range of case issues based on the latest case developments and deliverables. This code also includes discussion with other Committee professionals regarding case developments.

*Code 7 – Disclosure Statement / Plan of Reorganization (27.3 hours)*

7. During the Application Period, Huron spent time reviewing, analyzing, and providing input on the Debtors' proposed plan of reorganization and disclosure statement. Huron also assisted Committee Counsel in evaluating a potential objection to the Debtors' proposed plan of reorganization.

*Code 8 – Business Analysis (1.1 hours)*

8. During the Application Period, Huron reviewed various court filings related to ongoing operations and corresponded with the Debtors regarding professional fee estimates in connection with cash flow forecast updates.

*Code 12 – Retention and Fee Application (13.5 hours)*

9. During the Application Period, Huron prepared and reviewed fee statements and applications in accordance with requirements of the U.S. Trustee and/or the Court.

## **Summary of Expenses**

10. Huron also incurred certain necessary expenses during the Application Period for which it is entitled to reimbursement. As set forth in each application as set forth in this Application, Huron incurred expenses in the amount of $67.20.

**CERTIFICATION OF COMPLIANCE**

I, Laura Marcero, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Managing Director with the consulting firm Huron Consulting Group Inc. ("Huron"). Huron has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing statement of Huron for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: February 14, 2024         HURON CONSULTING GROUP, INC.

                                       By: */s/ Laura Marcero*
                                       Laura Marcero