**EXHIBIT A**
**Lordstown Motors Corp., et al. - CASE NO: 23-10831**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FROM NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| *Plan of Reorganization/Disclosure Statement* | | | | | |
| Robert Winning | 11/2/2023 | Analysis of post-effective date information requirements | 1.2 | $1,150 | $1,380.00 |
| Robert Winning | 11/3/2023 | Post-effective transition planning | 1.3 | $1,150 | $1,495.00 |
| Robert Winning | 11/7/2023 | Plan for transition from pre-effective to post-effective date period | 1.8 | $1,150 | $2,070.00 |
| Robert Winning | 11/10/2023 | Continued analysis of transition planning for effective date to post-effective date period | 1.8 | $1,150 | $2,070.00 |
| Robert Winning | 11/13/2023 | Analyze steps for emergence | 0.8 | $1,150 | $920.00 |
| Robert Winning | 11/15/2023 | Analysis of information needed for plan supplement | 2.2 | $1,150 | $2,530.00 |
| Robert Winning | 11/16/2023 | Prepare for and participate in OEC meeting to interview prospective board candidates | 2.4 | $1,150 | $2,760.00 |
| Robert Winning | 11/16/2023 | Continued planning for transition post-effective date | 2.3 | $1,150 | $2,645.00 |
| William Gallagher | 11/21/2023 | Analyze Board compensation, insurance matters and general go forward management planning | 1.0 | $1,150 | $1,150.00 |
| Robert Winning | 11/27/2023 | Review of open transition matters | 0.7 | $1,150 | $805.00 |
| Robert Winning | 11/27/2023 | Analysis re: post-effective date budget | 0.8 | $1,150 | $920.00 |
| Matthew Altman | 11/27/2023 | Prepare post-effective budget | 1.5 | $550 | $825.00 |
| Matthew Altman | 11/27/2023 | Analyze liquidation analysis | 2.7 | $550 | $1,485.00 |
| Matthew Altman | 11/27/2023 | Continue to analyze liquidation analysis | 2.1 | $550 | $1,155.00 |
| Matthew Altman | 11/28/2023 | Analyze post-effective budget | 1.0 | $550 | $550.00 |
| Robert Winning | 11/28/2023 | Participate in call with insurance broker re: post-effective date insurance | 0.5 | $1,150 | $575.00 |
| Robert Winning | 11/28/2023 | Attention to matters re: retention of insurance post-effective date | 0.7 | $1,150 | $805.00 |
| Robert Winning | 11/28/2023 | Analyze potential updates to liquidation analysis | 0.8 | $1,150 | $920.00 |
| Robert Winning | 11/28/2023 | Correspondence with A. Kroll (Lordstown) re: plan supplement | 0.4 | $1,150 | $460.00 |
| Matthew Altman | 11/29/2023 | Prepare updates to the LMC post-emergence budget | 1.7 | $550 | $935.00 |
| Robert Winning | 11/29/2023 | Continued attention to matters re: plan supplement | 1.4 | $1,150 | $1,610.00 |
| Robert Winning | 11/29/2023 | Review potential revisions to plan | 1.2 | $1,150 | $1,380.00 |
| Robert Winning | 11/30/2023 | Participate in call with A. Kroll (Silverman) re: plan supplement | 0.3 | $1,150 | $345.00 |
| Robert Winning | 11/30/2023 | Continued attention to plan supplement | 0.8 | $1,150 | $920.00 |
| | | ***Plan of Reorganization/Disclosure Statement*** | **31.4** | | **$30,710.00** |
| | | | | | |
| *General Correspondence with Debtor & Debtors' Professionals* | | | | | |
| Robert Winning | 11/1/2023 | Participate in call with A. Kroll (Lordstown) re: post-confirmation planning | 0.5 | $1,150 | $575.00 |
| Robert Winning | 11/2/2023 | Participate in call with M. Altman (M3), A. Lo (M3), A. Kroll, Huron, and Silverman on claims reconciliation | 0.5 | $1,150 | $575.00 |
| Matthew Altman | 11/2/2023 | Participate in call with A. Lo (M3), R. Winning (M3), A. Kroll, Huron, and Silverman on claims reconciliation | 0.7 | $550 | $385.00 |
| Anthony Lo | 11/2/2023 | Participate in call with M. Altman (M3), R. Winning (M3), A. Kroll, Huron, and Silverman on claims reconciliation | 0.7 | $750 | $525.00 |
| Matthew Altman | 11/7/2023 | Participate in call with E. Hammes (Silverman) re: claims reconciliation | 0.4 | $550 | $220.00 |
| Lyle Bauck | 11/9/2023 | Participate in call with C. Tsitsis (Silverman) re: unliquidated claims. | 0.2 | $1,150 | $230.00 |
| Matthew Altman | 11/9/2023 | Correspond with Silverman re: claims analysis | 0.8 | $550 | $440.00 |
| Matthew Altman | 11/13/2023 | Draft correspondence with Silverman on Employee RSUs | 0.5 | $550 | $275.00 |
| Robert Winning | 11/16/2023 | Call with D. Turetsky (White & Case) re: plan supplement | 0.8 | $1,150 | $920.00 |
| Matthew Altman | 11/17/2023 | Participate in call with A. Kroll (Lordstown) and R. Winning (M3) to discuss emergence planning and budgeting | 0.6 | $550 | $330.00 |
| Robert Winning | 11/17/2023 | Participate in call with A. Kroll (Lordstown) and M. Altman (M3) to discuss emergence planning and budgeting | 0.6 | $1,150 | $690.00 |
| Matthew Altman | 11/21/2023 | Participate in meeting with A. Kroll (Lordstown), M. Port (Lordstown), and R. Winning (M3) on budget | 1.0 | $550 | $550.00 |
| Robert Winning | 11/21/2023 | Participate in meeting with A. Kroll (Lordstown), M. Port (Lordstown), and M. Altman (M3) on budget | 1.0 | $1,150 | $1,150.00 |
| Matthew Altman | 11/28/2023 | Review correspondence from A. Kroll (Lordstown) and M. Port (Lordstown) Re: Post-Effective budget | 0.5 | $550 | $275.00 |
| Matthew Altman | 11/29/2023 | Participate in meeting with J. Boffi (M3), A. Crnkovich (Silverman), S. Kohler (Silverman), and other on the waterfall | 0.5 | $550 | $275.00 |
| Jonathan Boffi | 11/29/2023 | Participate in meeting with M. Altman (M3), A. Crnkovich (Silverman), S. Kohler (Silverman), and other on the waterfall | 0.5 | $945 | $472.50 |
| Matthew Altman | 11/30/2023 | Participate in meeting with E. Hammes (Silverman) on professional fees and claims | 0.5 | $550 | $275.00 |
| | | ***General Correspondence with Debtor & Debtors' Professionals*** | **10.3** | | **$8,162.50** |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| *Financial & Operational Matters* | | | | | |
| Lyle Bauck | 11/1/2023 | Analyze and review draft employment agreement and relates claims proposal; read and review correspondence from R. Winning (M3) and W. Gallagher (M3) regarding sae | 0.3 | $1,150 | $345.00 |
| Matthew Altman | 11/1/2023 | Perform analysis related to contract rejections | 1.1 | $550 | $605.00 |
| Matthew Altman | 11/1/2023 | Perform analysis related to employment matters | 1.2 | $550 | $660.00 |
| Matthew Altman | 11/16/2023 | Analysis re: on board compensation | 2.0 | $550 | $1,100.00 |
| Robert Winning | 11/21/2023 | Analyze post-effective date expenditures | 1.8 | $1,150 | $2,070.00 |
| Robert Winning | 11/22/2023 | Analyze issues re: go-forward registration statements | 1.3 | $1,150 | $1,495.00 |
| Robert Winning | 11/22/2023 | Update waterfall projections | 1.2 | $1,150 | $1,380.00 |
| Matthew Altman | 11/28/2023 | Prepare updates to waterfall analysis re: potential settlements and updated unsecured claims | 2.8 | $550 | $1,540.00 |
| Matthew Altman | 11/28/2023 | Analyze updated waterfall analysis from debtors | 1.1 | $550 | $605.00 |
| Matthew Altman | 11/28/2023 | Analyze updated waterfall analysis from debtors | 2.1 | $550 | $1,155.00 |
| Matthew Altman | 11/28/2023 | Analyze updated rejection damages claims and associated interest in refreshed waterfall analysis from debtors | 0.4 | $550 | $220.00 |
| Robert Winning | 11/28/2023 | Analysis of waterfall analysis | 1.2 | $1,150 | $1,380.00 |
| Matthew Altman | 11/28/2023 | Prepare and draft correspondence to R. Winning (M3) re: updated waterfall analysis | 0.7 | $550 | $385.00 |
| Matthew Altman | 11/29/2023 | Participate in a meeting with R. Winning (M3) and J. Boffi (M3) on open diligence items and the waterfall analysis | 0.5 | $550 | $275.00 |
| Jonathan Boffi | 11/29/2023 | Participate in a meeting with R. Winning (M3) and M. Altman (M3) on open diligence items and the waterfall analysis | 0.5 | $945 | $472.50 |
| Matthew Altman | 11/29/2023 | Review and edit the recovery analysis with updates to claims and admin & priority items | 2.4 | $550 | $1,320.00 |
| Matthew Altman | 11/29/2023 | Prepare agenda for call with debtors advisors | 0.7 | $550 | $385.00 |
| Matthew Altman | 11/29/2023 | Analyze waterfall analysis GUC claims, GUC interest, other reserves | 2.1 | $550 | $1,155.00 |
| Jonathan Boffi | 11/29/2023 | Review and analyze draft waterfall analysis | 4.1 | $945 | $3,874.50 |
| Matthew Altman | 11/30/2023 | Analysis re: board compensation | 2.3 | $550 | $1,265.00 |
| Matthew Altman | 11/30/2023 | Continue to analyze potential board compensation | 2.8 | $550 | $1,540.00 |
| Matthew Altman | 11/30/2023 | Analyze disputed claims and potential options | 0.8 | $550 | $440.00 |
| Matthew Altman | 11/30/2023 | Review and edit waterfall analysis re: updated complex claims | 1.3 | $550 | $715.00 |
| | | ***Financial & Operational Matters*** | **34.7** | | **$24,382.00** |
| | | | | | |
| *General Correspondence with Other Professionals* | | | | | |
| Robert Winning | 11/2/2023 | Participate in call with Brown Rudnick team re: post-effective date planning | 0.5 | $1,150 | $575.00 |
| Matthew Altman | 11/6/2023 | Draft Correspondence with Brown Rudnick on diligence items and fee applications | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/7/2023 | Correspond with Brown Rudnick re: D&O policies | 0.7 | $550 | $385.00 |
| Matthew Altman | 11/8/2023 | Draft correspondence with M3 & Brown Rudnick re: diligence items, claims, and cash flows | 0.7 | $550 | $385.00 |
| Matthew Altman | 11/9/2023 | Participate in meeting with B. Silverberg (Brown Rudnick), and K. Brown (Brown Rudnick) on employee matters | 0.5 | $550 | $275.00 |
| Matthew Altman | 11/9/2023 | Participate in meeting with B. Silverberg (Brown Rudnick) on employee matters | 0.7 | $550 | $385.00 |
| Lyle Bauck | 11/10/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), and the EOC on weekly status updates | 1.1 | $1,150 | $1,265.00 |
| Anthony Lo | 11/10/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), and the EOC on weekly status updates | 1.2 | $750 | $900.00 |
| Matthew Altman | 11/10/2023 | Draft correspondence to Brown Rudnick on diligence items | 0.3 | $550 | $165.00 |
| Matthew Altman | 11/10/2023 | Participate in meeting with B. Silverberg (Brown Rudnick) on employee matters | 0.8 | $550 | $440.00 |
| Robert Winning | 11/10/2023 | Participate in meeting with L. Bauck (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), and the EOC on weekly status updates | 1.2 | $1,150 | $1,380.00 |
| Matthew Altman | 11/10/2023 | Participate in meeting with L. Bauck (M3), R. Winning (M3), A. Lo (M3), R. Stark (Brown Rudnick), B. Silverberg (Brown Rudnick), and the EOC on weekly status updates | 1.2 | $550 | $660.00 |
| Robert Winning | 11/29/2023 | Participate in a meeting with j. Boffi (M3) and M. Altman (M3) on open diligence items and the waterfall analysis | 0.5 | $1,150 | $575.00 |
| Matthew Altman | 11/30/2023 | Draft correspondence to J. Boffi (M3) and R. Winning (M3) re: claims and waterfall | 0.7 | $550 | $385.00 |
| | | ***General Correspondence with Other Professionals*** | **11.1** | | **$8,325.00** |
| | | | | | |
| *Financing Matters (Cash Budget, Exit, Other)* | | | | | |
| Matthew Altman | 11/1/2023 | Perform analysis related to the cash flow forecast | 2.4 | $550 | $1,320.00 |
| Matthew Altman | 11/8/2023 | Prepare analysis re: cash flow forecast and variance | 2.1 | $550 | $1,155.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 11/9/2023 | review and edit employee cost analysis | 1.4 | $550 | $770.00 |
| Matthew Altman | 11/10/2023 | Review claims data from Debtors | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/10/2023 | Review updated employee cost file | 0.4 | $550 | $220.00 |
| Matthew Altman | 11/10/2023 | Review and edit employee cost analysis | 0.4 | $550 | $220.00 |
| Matthew Altman | 11/12/2023 | Review revised motion re: employee claims | 0.5 | $550 | $275.00 |
| Matthew Altman | 11/13/2023 | Review employee claims motion | 0.8 | $550 | $440.00 |
| Matthew Altman | 11/13/2023 | Analyze employee claims analysis | 0.7 | $550 | $385.00 |
| Matthew Altman | 11/13/2023 | Analyze employee stock rights, treatment, and positions | 3.0 | $550 | $1,650.00 |
| Matthew Altman | 11/15/2023 | Analyze cash flow forecast | 0.7 | $550 | $385.00 |
| Matthew Altman | 11/16/2023 | Continue to prepare comparable analysis on board compensation | 2.0 | $550 | $1,100.00 |
| Matthew Altman | 11/17/2023 | Continue to analyze director compensation at comparable companies | 1.5 | $550 | $825.00 |
| Matthew Altman | 11/18/2023 | Analyze Cash Flow forecast and run variance report | 2.6 | $550 | $1,430.00 |
| Matthew Altman | 11/20/2023 | Research Truck Buyback motion | 0.9 | $550 | $495.00 |
| Matthew Altman | 11/21/2023 | Research board compensation | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/27/2023 | Analyze cash flow forecast and budget | 2.4 | $550 | $1,320.00 |
| Matthew Altman | 11/28/2023 | Analyze cash flow forecast and prepare consolidated forecast | 3.0 | $550 | $1,650.00 |
| Matthew Altman | 11/29/2023 | Analyze cash flow forecast refresh for week ending 12/2 | 2.3 | $550 | $1,265.00 |
| | | ***Financing Matters (Cash Budget, Exit, Other)*** | **29.1** | | **$16,005.00** |

**Investigations and Litigation Support**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 11/8/2023 | Analyze VDR for diligence items | 0.3 | $550 | $165.00 |
| Matthew Altman | 11/14/2023 | Prepare diligence materials for counsel | 0.3 | $550 | $165.00 |
| Robert Winning | 11/20/2023 | Review materials re: outstanding litigation | 2.2 | $1,150 | $2,530.00 |
| | | ***Investigations and Litigation Support*** | **2.8** | | **$2,860.00** |

**Claims/Liabilities Subject to Compromise**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 11/2/2023 | Perform analysis re: claims reconciliation | 0.4 | $550 | $220.00 |
| William Gallagher | 11/2/2023 | Call to discuss employee bonuses and severance | 0.8 | $1,150 | $862.50 |
| Lyle Bauck | 11/7/2023 | Analyze and review summary of general unsecured claims provided by the Debtors; discussion with M. Altman (M3) regarding same | 0.7 | $1,150 | $805.00 |
| Matthew Altman | 11/7/2023 | Analyze claims reconciliation from Silverman re: OEC presentation materials | 2.0 | $550 | $1,100.00 |
| Lyle Bauck | 11/8/2023 | Continue to analyze and review summary of general unsecured claims provided by the Debtors | 0.8 | $1,150 | $920.00 |
| Matthew Altman | 11/8/2023 | Perform analysis and diligence re: claims analysis | 1.7 | $550 | $935.00 |
| Lyle Bauck | 11/9/2023 | Analyze and review summary of unliquidated claims provided by the Debtors | 0.7 | $1,150 | $805.00 |
| Matthew Altman | 11/9/2023 | Analyze unliquidated claims file | 1.1 | $550 | $605.00 |
| Robert Winning | 11/20/2023 | Review materials re: vehicle buyback | 1.2 | $1,150 | $1,380.00 |
| Robert Winning | 11/21/2023 | Continued analysis re: vehicle repurchase program | 1.2 | $1,150 | $1,380.00 |
| Robert Winning | 11/22/2023 | Review information re: unsecured claims | 1.4 | $1,150 | $1,610.00 |
| William Gallagher | 11/28/2023 | Participate in call to review and discuss existing and go forward D&O insurance | 0.5 | $1,150 | $575.00 |
| | | ***Claims/Liabilities Subject to Compromise*** | **12.5** | | **$11,197.50** |

**Fee Application**

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Anthony Lo | 11/2/2023 | Review the draft fee application | 0.4 | $750 | $300.00 |
| Matthew Altman | 11/2/2023 | Participate in discussion re: fee application draft with A. Lo (M3) | 0.2 | $550 | $110.00 |
| Matthew Altman | 11/2/2023 | Prepare September fee application | 2.6 | $550 | $1,430.00 |
| Matthew Altman | 11/2/2023 | Continue to prepare September fee application | 1.1 | $550 | $605.00 |
| Lyle Bauck | 11/3/2023 | Review M3 September fee application exhibits; discussion with M. Altman (M3) regarding same | 0.4 | $1,150 | $460.00 |
| Matthew Altman | 11/3/2023 | Prepare September Fee Application | 2.2 | $550 | $1,210.00 |
| Matthew Altman | 11/3/2023 | Continue to prepare September fee application | 1.8 | $550 | $990.00 |
| Anthony Lo | 11/3/2023 | Review fee application draft | 0.4 | $750 | $262.50 |
| Lyle Bauck | 11/5/2023 | Review M3 September fee application in accordance with local rules | 1.3 | $1,150 | $1,495.00 |
| Lyle Bauck | 11/6/2023 | Review and revise M3 September fee application in accordance with local rules | 0.9 | $1,150 | $1,035.00 |
| Robert Winning | 11/6/2023 | Revise September fee statement | 0.7 | $1,150 | $805.00 |
| Matthew Altman | 11/6/2023 | Develop September Fee Application | 2.5 | $550 | $1,375.00 |
| Matthew Altman | 11/7/2023 | Prepare materials for October fee application | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/8/2023 | Review and edit September fee application | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/13/2023 | Review and edit interim fee application | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/14/2023 | Prepare interim fee application | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/14/2023 | Continue to prepare interim fee application | 1.3 | $550 | $715.00 |

| PROFESSIONAL | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Matthew Altman | 11/16/2023 | Prepare October fee application | 1.0 | $550 | $550.00 |
| Matthew Altman | 11/21/2023 | Prepare exhibits for October Fee Application | 2.2 | $550 | $1,210.00 |
| Matthew Altman | 11/21/2023 | Continue to prepare legal document for Lordstown October Fee Application | 3.0 | $550 | $1,650.00 |
| Matthew Altman | 11/21/2023 | Continue to prepare fee application exhibits for court | 1.0 | $550 | $550.00 |
| Lyle Bauck | 11/22/2023 | Review M3 October fee application in accordance with local rules | 1.2 | $1,150 | $1,380.00 |
| Matthew Altman | 11/22/2023 | Prepare exhibits for Lordstown Fee Application | 2.0 | $550 | $1,100.00 |
| Matthew Altman | 11/27/2023 | Prepare October Fee statement schedules | 2.9 | $550 | $1,595.00 |
| | | *Fee Application* | **33.1** | | **$21,027.50** |
| **Employee Matters** | | | | | |
| Matthew Altman | 11/1/2023 | Draft correspondence on diligence items pertaining to employment matters and litigation | 0.7 | $550 | $385.00 |
| Robert Winning | 11/2/2023 | Prepare materials for Debtors: re: employment agreements | 1.2 | $1,150 | $1,380.00 |
| Matthew Altman | 11/2/2023 | Perform analysis related to costs re: employment matters | 1.1 | $550 | $605.00 |
| Robert Winning | 11/4/2023 | Analyze Debtor response re: employment contracts | 0.8 | $1,150 | $920.00 |
| Robert Winning | 11/6/2023 | Analyze employment contract rejections | 2.4 | $1,150 | $2,760.00 |
| Matthew Altman | 11/8/2023 | Review and edit financial analysis re: employee matters | 1.1 | $550 | $605.00 |
| Robert Winning | 11/8/2023 | Revise settlement terms re: employee rejection claims | 1.8 | $1,150 | $2,070.00 |
| Matthew Altman | 11/8/2023 | Analyze settlement terms re: employee rejection claims | 1.5 | $550 | $825.00 |
| Robert Winning | 11/8/2023 | Attention to matters re: employee contract rejection settlement | 1.3 | $1,150 | $1,495.00 |
| Robert Winning | 11/9/2023 | Continued analysis of employee contract rejection settlement proposal | 1.3 | $1,150 | $1,495.00 |
| Robert Winning | 11/10/2023 | Analysis and revision to employee contract rejection settlement | 1.3 | $1,150 | $1,495.00 |
| | | *Employee Matters* | **14.5** | | **$14,035.00** |
| | | **Hours and Fees Total** | **179.4** | | **$136,704.50** |