**EXHIBIT B**
**Lordstown Motors Corp., et al. - CASE NO: 23-10831**
**EXPENSE SUMMARY**
**FOR THE PERIOD November 1, 2023 TO November 30, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|---|---|---|---|
| *Business Meals* | | | |
| 11/2/2023 | Matthew Altman | Overtime Meal (Working Dinner) | $21.07 |
| 11/6/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 26.49 |
| 11/8/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 28.49 |
| 11/13/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 30.00 |
| 11/16/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 29.99 |
| | | ***Subtotal Business Meal Expenses*** | **$136.04** |
| | | | |
| *Transportation* | | | |
| 11/8/2023 | Matthew Altman | Late Night Uber/Taxi - Office to Home | $30.41 |
| | | ***Subtotal Transportation Expense*** | **$30.41** |
| | | | |
| *Conference Calls* | | | |
| 11/30/2023 | M3 Team | Conference Calls | $36.99 |
| | | ***Subtotal Conference Calls Expense*** | **$36.99** |
| | | | |
| *Professional Services* | | | |
| 11/30/2023 | M3 Team | Next Chapter Associates (Insurance Matters) | $7,600.00 |
| | | ***Subtotal Professional Services*** | **$7,600.00** |
| | | | |
| ***Total*** | | | **$7,803.44** |