**EXHIBIT B**
**Lordstown Motors Corp., et al. - CASE NO: 23-10831**
**EXPENSE SUMMARY**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| DATE | PROFESSIONAL | DESCRIPTION | AMOUNT |
|---|---|---|---|
| *Business Meals* | | | |
| 11/21/2023 | Matthew Altman | Overtime Meal (Working Dinner) | $20.22 |
| 11/27/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 30.00 |
| 11/28/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 29.00 |
| 11/29/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 29.91 |
| 11/30/2023 | Matthew Altman | Overtime Meal (Working Dinner) | 27.71 |
| | | *Subtotal Business Meal Expenses* | **$136.84** |
| *Conference Calls* | | | |
| 11/30/2023 | M3 Team | Conference Calls | $40.11 |
| | | *Subtotal Conference Calls Expense* | **$40.11** |
| ***Total*** | | | **$176.95** |