# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 5, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF FOURTH MONTHLY APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023</u>**

**PLEASE TAKE NOTICE** that on February 14, 2024, Morris James LLP ("<u>Morris James</u>"), filed its Fourth Monthly Application (the "<u>Application</u>") seeking compensation for services rendered and reimbursement of expenses incurred as Delaware Counsel to the Official Committee of Equity Security Holders appointed in the above-referenced bankruptcy case (the "<u>Committee</u>") for the period from December 1, 2023 through December 31, 2023 (the "<u>Compensation Period</u>").

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **March 5, 2024 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon Committee's counsel:

| | |
|---|---|
| **BROWN RUDNICK LLP** | **MORRIS JAMES LLP** |
| Robert J. Stark, Esquire | Eric J. Monzo, Esquire |
| Bennett S. Silverberg, Esquire | Brya M. Keilson, Esquire |
| 7 Times Square | 500 Delaware Avenue, Suite 1500 |
| New York, NY 10036 | Wilmington, DE 19801 |
| Telephone: (212) 209-4800 | Telephone: (302) 888-6800 |
| Facsimile: (212) 209-4801 | Facsimile: (302) 571-1750 |
| E-mail: rstark@brownrudnick.com | E-mail: emonzo@morrisjames.com |
| E-mail: bsilverberg@brownrudnick.com | E-mail: bkeilson@morrisjames.com |

and

Matthew A. Sawyer, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: msawyer@brownrudnick.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16486561/1

2

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  February 14, 2024     */s/ Eric J. Monzo*
                              Eric J. Monzo (DE Bar No. 5214)