# EXHIBIT A

## Compensation By Category – Fourth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 11.10 | $5,191.00 |
| B130 Asset Disposition | 10.00 | $5,572.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 2.90 | $2,229.00 |
| B160 Retention Applications (MJ) | 0.60 | $210.00 |
| B165 Retention Applications (Others) | 1.00 | $350.00 |
| B170 Fee Applications (MJ) | 7.60 | $3,698.50 |
| B175 Fee Applications (Others) | 9.20 | $4,820.50 |
| B185 Assumption/Rejection of Leases and Contracts | 3.20 | $1,232.00 |
| B310 Claims Administration and Objections | 2.90 | $1,311.00 |
| B320 Plan and Disclosure Statement | 5.60 | $3,063.00 |
| **Totals** | **54.10** | **$27,677.00** |

## Timekeeper Summary – Fourth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $795.00 | 10.20 | $8,109.00 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $750.00 | 9.20 | $6,900.00 |
| Siena B. Cerra | Member of the Pennsylvania Bar since 2023; Associate in Bankruptcy Department since 2023 | $385.00 | 18.80 | $7,238.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $350.00 | 4.00 | $1,400.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $350.00 | 11.30 | $3,955.00 |
| Jessica K. Farenski | Case Manager | $125.00 | 0.60 | $75.00 |
| **Totals** | | | **54.10** | **$27,677.00** |
| **Blended Rate $511.58** | | | | |



500 Delaware Avenue, Suite 1500<br>
P. O. Box 2306<br>
Wilmington, Delaware 19899-2306<br>
(302) 888-6800<br>
Facsimile (302) 571-1750<br><br>
Federal Tax I.D. 51-0023480

Lordstown Motors Corp. Official Committee of Equity Security Holders  
Committee Chairperson: Andrew Sole  
andrewsole@ecvlp.com  
Esopus Creek Value Series Fund LP – Series "A"  
81 Newtown Ln. #307  
East Hampton, NY  11937

February 2, 2024  
Invoice 599477

| | |
|---|---|
| Matter Name: | Lordstown Motor Corp., et al. |
| Matter Number: | 142570-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through December 31, 2023**

| | |
|---|---:|
| Fees | $27,677.00 |
| Disbursements | $836.78 |
| **Total Charges** | **$28,513.78** |

### Fee Recap

| Name | Title | Hours | Rate/Hours | Amount |
|---|---|---:|---:|---:|
| Brya M. Keilson | Partner | 9.20 | 750.00 | 6,900.00 |
| Eric J. Monzo | Partner | 10.20 | 795.00 | 8,109.00 |
| Siena B. Cerra | Associate | 18.80 | 385.00 | 7,238.00 |
| Douglas J. Depta | Paralegal | 11.30 | 350.00 | 3,955.00 |
| Stephanie A. Lisko | Paralegal | 4.00 | 350.00 | 1,400.00 |
| Jessica K. Farenski | Case Manager | 0.60 | 125.00 | 75.00 |
| **Totals** | | **54.10** | | **27,677.00** |

Matter Number: 142570-0001
02/02/24
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 11.10 | 5,191.00 |
| B130 | Asset Disposition | 10.00 | 5,572.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 2.90 | 2,229.00 |
| B160 | Retention Applications (MJ) | 0.60 | 210.00 |
| B165 | Retention Applications (Others) | 1.00 | 350.00 |
| B170 | Fee Applications (MJ) | 7.60 | 3,698.50 |
| B175 | Fee Applications (Others) | 9.20 | 4,820.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.20 | 1,232.00 |
| B310 | Claims Administration and Objections | 2.90 | 1,311.00 |
| B320 | Plan and Disclosure Statement | 5.60 | 3,063.00 |
| | **Totals** | **54.10** | **$27,677.00** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 12/01/23 | SAL | Circulate November 21 hearing transcript to co-counsel. | 0.10 | 350.00 | 35.00 |
| 12/04/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 12/05/23 | EJM | Review update on status of litigation with claimants. | 1.20 | 795.00 | 954.00 |
| 12/06/23 | SAL | Review relevant pleadings filed, update critical dates and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 12/07/23 | SAL | Review agenda for December 11 hearing, register appearances, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 12/07/23 | SBC | Review relevant pleadings. | 1.00 | 385.00 | 385.00 |
| 12/07/23 | EJM | Review agenda for hearing on miscellaneous matters and interim fees award. | 0.10 | 795.00 | 79.50 |
| 12/08/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.50 | 350.00 | 175.00 |
| 12/08/23 | SAL | Review amended agenda for December 11 hearing, email to E. Monzo and B. Keilson, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| 12/08/23 | EJM | Review notice of amended agenda. | 0.10 | 795.00 | 79.50 |
| 12/10/23 | SAL | Review notices of deposition, update critical dates, and email to E. Monzo re same. | 0.10 | 350.00 | 35.00 |
| 12/11/23 | SAL | Email from E. Monzo re deposition dates and update case calendar. | 0.10 | 350.00 | 35.00 |
| 12/11/23 | DJD | Email transcriber re Dec 11 transcript. | 0.10 | 350.00 | 35.00 |
| 12/11/23 | SBC | Review relevant pleadings for December 11 hearing. | 1.50 | 385.00 | 577.50 |
| 12/11/23 | EJM | Update to co-counsel following hearing. | 0.10 | 795.00 | 79.50 |
| 12/11/23 | BMK | Review recently filed pleadings. | 1.10 | 750.00 | 825.00 |

Matter Number:  142570-0001
02/02/24
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/23 | SAL | Review relevant pleadings filed, update critical dates, and update case folder. | 0.30 | 350.00 | 105.00 |
| 12/13/23 | SAL | Emails with E. Monzo re status of December 19 hearing, cancel reservations, and update case calendar. | 0.20 | 350.00 | 70.00 |
| 12/14/23 | SAL | Review relevant pleadings filed and update case folder. | 0.30 | 350.00 | 105.00 |
| 12/14/23 | DJD | Review transcript, circulate and update case folder. | 0.20 | 350.00 | 70.00 |
| 12/14/23 | SAL | Circulate December 11 hearing transcript to M. Soliman. | 0.10 | 350.00 | 35.00 |
| 12/15/23 | SAL | Review agenda cancelling December 19 hearing, update critical dates, and update case calendar and folder. | 0.10 | 350.00 | 35.00 |
| 12/15/23 | SBC | Review Stipulation and Order re Debtors and Fiberdyne. | 0.40 | 385.00 | 154.00 |
| 12/15/23 | SBC | Review relevant pleadings for December 19 hearing. | 1.00 | 385.00 | 385.00 |
| 12/19/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.40 | 350.00 | 140.00 |
| 12/19/23 | SBC | Review operating reports. | 0.50 | 385.00 | 192.50 |
| 12/19/23 | EJM | Review monthly operating report. | 0.10 | 795.00 | 79.50 |
| 12/22/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 350.00 | 105.00 |
| 12/27/23 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 350.00 | 70.00 |
| | | **Task Code Subtotal** | **11.10** | | **5,191.00** |

**B130 Asset Disposition**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/23 | EJM | Review motion re sale of miscellaneous assets. | 0.40 | 795.00 | 318.00 |
| 12/08/23 | SBC | Review relevant pleadings re Debtors repurchase of Endurance Trucks. | 1.00 | 385.00 | 385.00 |
| 12/08/23 | SBC | Review Notice of Sale of Miscellaneous Assets. | 0.50 | 385.00 | 192.50 |
| 12/13/23 | SBC | Review Order Approving Sale Procedures of Miscellaneous Assets. | 0.60 | 385.00 | 231.00 |
| 12/13/23 | EJM | Review sale related filings and motions. | 2.10 | 795.00 | 1,669.50 |
| 12/15/23 | SBC | Review order approving sale procedures. | 1.20 | 385.00 | 462.00 |
| 12/18/23 | EJM | Review filings re SEC request for time to take action. | 0.30 | 795.00 | 238.50 |
| 12/19/23 | SBC | Review order granting motion of SEC. | 0.20 | 385.00 | 77.00 |
| 12/19/23 | SBC | Review Order authorizing/approving sale. | 0.40 | 385.00 | 154.00 |
| 12/20/23 | SBC | Review Order granting motion of SEC. | 0.20 | 385.00 | 77.00 |
| 12/20/23 | SBC | Review Motion of SEC. | 0.50 | 385.00 | 192.50 |
| 12/20/23 | EJM | Review SEC motion to extend deadline to take action. | 0.40 | 795.00 | 318.00 |
| 12/27/23 | SBC | Review COC regarding Debtors' Order Authorizing and Approving the Sale of Certain of the Debtors' assets. | 0.30 | 385.00 | 115.50 |
| 12/27/23 | EJM | Review of the form of sale order. | 0.60 | 795.00 | 477.00 |
| 12/28/23 | EJM | Review sale order. | 0.40 | 795.00 | 318.00 |
| 12/29/23 | SBC | Review order authorizing and approving the sale of certain of the debtors' assets. | 0.50 | 385.00 | 192.50 |
| 12/29/23 | SBC | Review COC regarding second stipulation between debtors and SEC. | 0.40 | 385.00 | 154.00 |
| | | **Task Code Subtotal** | **10.00** | | **5,572.00** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/23 | BMK | Attend committee call. | 0.80 | 750.00 | 600.00 |
| 12/04/23 | EJM | Update to committee on discussions re case status. | 0.50 | 795.00 | 397.50 |
| 12/06/23 | EJM | Emails with committee re update on plan issues. | 0.10 | 795.00 | 79.50 |

Matter Number: 142570-0001
02/02/24
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/23 | EJM | Committee update prior to meeting. | 0.10 | 795.00 | 79.50 |
| 12/11/23 | EJM | Email updates re case status and negotiations. | 0.30 | 795.00 | 238.50 |
| 12/14/23 | EJM | Email updates re case status and committee call. | 0.20 | 795.00 | 159.00 |
| 12/14/23 | BMK | Emails with co-counsel and committee regarding updates on Plan and voting and review results. | 0.90 | 750.00 | 675.00 |
| | | **Task Code Subtotal** | **2.90** | | **2,229.00** |

**B160 Retention Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/23 | DJD | Draft notice of annual rate change. | 0.30 | 350.00 | 105.00 |
| 12/14/23 | DJD | File notice of rate increase, email counsel for service, and update case folder. | 0.30 | 350.00 | 105.00 |
| | | **Task Code Subtotal** | **0.60** | | **210.00** |

**B165 Retention Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/23 | DJD | Draft notice of M3 annual rate change. | 0.30 | 350.00 | 105.00 |
| 12/15/23 | DJD | Review, update and file BR rate increase notice, email counsel for service, arrange mail service, and update case folder. | 0.40 | 350.00 | 140.00 |
| 12/15/23 | DJD | Update and file M3 rate increase notice, email counsel for service, arrange mail service, and update case folder. | 0.30 | 350.00 | 105.00 |
| | | **Task Code Subtotal** | **1.00** | | **350.00** |

**B170 Fee Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/23 | JKS | Confirm payment re cash receipts and update billing chart. | 0.20 | 125.00 | 25.00 |
| 12/01/23 | JKS | Disbursement expense request (2) re preparation of fee application. | 0.40 | 125.00 | 50.00 |
| 12/06/23 | DJD | Review open payments due to fee applications and email internally. | 0.20 | 350.00 | 70.00 |
| 12/06/23 | DJD | Further review and update invoice and emails with accounting and E. Monzo. | 0.40 | 350.00 | 140.00 |
| 12/07/23 | DJD | Update and file second monthly application, email E. Monzo and co-counsel re comment, email counsel for service, arrange mail service, update case folder, and update calendar. | 0.30 | 350.00 | 105.00 |
| 12/07/23 | EJM | Finalize fee application and emails with committee members. | 0.20 | 795.00 | 159.00 |
| 12/07/23 | BMK | Emails with D. Depta regarding draft and review same. | 1.10 | 750.00 | 825.00 |
| 12/08/23 | DJD | Review and revise Nov invoice and email accounting re updates. | 0.60 | 350.00 | 210.00 |
| 12/11/23 | DJD | Email with A. Ciccone re Dec fee estimates. | 0.10 | 350.00 | 35.00 |
| 12/11/23 | DJD | Draft third monthly application. | 0.80 | 350.00 | 280.00 |
| 12/21/23 | DJD | Draft CNO re second monthly application. | 0.70 | 350.00 | 245.00 |
| 12/22/23 | DJD | Update and file third monthly application, email counsel for service, arrange mail service, update case folder, and update calendar. | 0.60 | 350.00 | 210.00 |
| 12/22/23 | BMK | Emails with D. Depta regarding draft fee application (.3); review draft (.7). | 1.00 | 750.00 | 750.00 |
| 12/26/23 | EJM | Internal correspondence with paralegal re billing update. | 0.10 | 795.00 | 79.50 |

Matter Number:  142570-0001
02/02/24
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/23 | DJD | File CNO re second monthly application, email B. Keilson and accounting, emails with Debtors' counsel re payment and update case folder. | 0.40 | 350.00 | 140.00 |
| 12/28/23 | BMK | Emails with D. Depta regarding pending fee application and draft CNO (.4); review draft (.1). | 0.50 | 750.00 | 375.00 |
| | | **Task Code Subtotal** | **7.60** | | **3,698.50** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/23 | DJD | Draft and file CNO re M3 first monthly application, email R. Winning, and update case folder. | 0.60 | 350.00 | 210.00 |
| 12/01/23 | BMK | Emails with D. Depta regarding draft CNO for pending fee application and review same. | 0.60 | 750.00 | 450.00 |
| 12/06/23 | DJD | Review and file BR second monthly application, draft notice and COS, email counsel for service, arrange mail service, update case folder, and update calendar. | 1.20 | 350.00 | 420.00 |
| 12/06/23 | DJD | Review and file M3 second monthly application, draft COS, email counsel for service, arrange mail service, update case folder, and update calendar. | 1.00 | 350.00 | 350.00 |
| 12/06/23 | EJM | Review drafts of fee statements of co-counsel and financial advisors. | 0.30 | 795.00 | 238.50 |
| 12/06/23 | BMK | Review draft fee applications and emails with D. Depta regarding finalizing and filing same. | 1.30 | 750.00 | 975.00 |
| 12/11/23 | EJM | Attend hearing on interim fee applications. | 0.40 | 795.00 | 318.00 |
| 12/21/23 | DJD | Draft CNO re BR second monthly application. | 0.30 | 350.00 | 105.00 |
| 12/21/23 | DJD | Draft CNO re M3 second monthly application. | 0.30 | 350.00 | 105.00 |
| 12/22/23 | DJD | Review and file BR third monthly application, draft notice and COS, email counsel for service, arrange mail service, update case folder, and update calendar. | 1.30 | 350.00 | 455.00 |
| 12/22/23 | BMK | Emails with D. Depta and co-counsel regarding pending fee applications and draft CNO. | 0.60 | 750.00 | 450.00 |
| 12/26/23 | EJM | Review committee fee application. | 0.20 | 795.00 | 159.00 |
| 12/27/23 | DJD | File CNO re BR second monthly application, email M. Soliman, and update case folder. | 0.30 | 350.00 | 105.00 |
| 12/27/23 | DJD | File CNO re M3 second monthly application, email R. Winning, and update case folder. | 0.30 | 350.00 | 105.00 |
| 12/27/23 | BMK | Emails with M3 and D. Depta regarding draft CNO for pending fee application and review same. | 0.50 | 750.00 | 375.00 |
| | | **Task Code Subtotal** | **9.20** | | **4,820.50** |

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/23 | SBC | Review relevant pleadings re debtors' first omnibus objection. | 1.50 | 385.00 | 577.50 |
| 12/06/23 | SBC | Review relevant pleadings re Transfer Notices. | 1.00 | 385.00 | 385.00 |
| 12/13/23 | SBC | Review Order authorizing Contract Assumption and Cure Costs. | 0.70 | 385.00 | 269.50 |
| | | **Task Code Subtotal** | **3.20** | | **1,232.00** |

**B310 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/23 | SBC | Review relevant pleadings re notice of proof of claim | 0.30 | 385.00 | 115.50 |

Matter Number: 142570-0001
02/02/24
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | deadlines. | | | |
| 12/05/23 | EJM | Review form of order granting claim objection and motion to assume contracts. | 0.50 | 795.00 | 397.50 |
| 12/07/23 | SBC | Review relevant pleadings re transfer of claims. | 1.00 | 385.00 | 385.00 |
| 12/15/23 | SBC | Review stipulation between debtors and fiberdyne. | 0.50 | 385.00 | 192.50 |
| 12/27/23 | SBC | Review Order approving stipulation between Debtors and SEC to Extend the Deadline for Filing Proofs of Claim. | 0.30 | 385.00 | 115.50 |
| 12/27/23 | SAL | Emails with E. Monzo re SEC extended claim deadline. | 0.10 | 350.00 | 35.00 |
| 12/29/23 | SAL | Monitor claims register re SEC claim and email to E. Monzo re same. | 0.20 | 350.00 | 70.00 |
| | | **Task Code Subtotal** | **2.90** | | **1,311.00** |

**B320 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/23 | EJM | Review plan supplement and committee update on case status. | 0.80 | 795.00 | 636.00 |
| 12/01/23 | SBC | Review relevant pleadings re filing of plan. | 1.50 | 385.00 | 577.50 |
| 12/04/23 | SBC | Review relevant pleadings re plan confirmation. | 1.20 | 385.00 | 462.00 |
| 12/08/23 | EJM | Review plan related objections. | 0.50 | 795.00 | 397.50 |
| 12/12/23 | EJM | Update on confirmation scheduling. | 0.20 | 795.00 | 159.00 |
| 12/29/23 | BMK | Review UST objection to confirmation. | 0.80 | 750.00 | 600.00 |
| 12/29/23 | SBC | Review objection of the U.S. Trustee to plan confirmation. | 0.60 | 385.00 | 231.00 |
| | | **Task Code Subtotal** | **5.60** | | **3,063.00** |
| | | | | **Sub-Total Fees:** | **27,677.00** |

**For Disbursements through December 31, 2023**

| | Disbursements | |
|---|---|---|
| Date | Description | Amount |
| | Postage | 7.56 |
| | Reproduction | 11.20 |
| 12/01/23 | Reliable Wilmington - Lordstown - Reliable 11.3.2023 transcript | 625.05 |
| 12/01/23 | Reliable Wilmington - Lordstown - Reliable 11.6.2023 transcript | 41.85 |
| 12/06/23 | Reliable Wilmington - Reliable (Production) 11/13/23 Request for Documents at USBC | 144.12 |
| 12/19/23 | Reliable Wilmington - (Transcript) 11/21/23 Hearing Transcript | 7.00 |
| **Total Disbursements** | | **836.78** |

| | |
|---|---|
| **Total Services and Disbursements this period** | **$28,513.78** |
| **Balance Due** | **$28,513.78** |