# EXHIBIT B

## Summary of Expenses – Fourth Monthly Compensation Period

|  | Total |
|---|---:|
| Postage | $7.56 |
| Reproduction | $11.20 |
| Reliable (Production) | $144.12 |
| Reliable (Transcript) | $673.90 |
| **TOTAL**: | **$836.78** |

16486561/1