# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 5, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: March 14, 2024 at 3:00 p.m. (ET)** |

**SUMMARY OF FIRST INTERIM APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 7, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant | Morris James LLP |
| Authorized to provide professional services to: | Official Committee of Equity Security Holders Lordstown Motors Corp., *et al.* |
| Date of retention order: | October 16, 2023 *nunc pro tunc* to September 7, 2023 |
| Period for which compensation and reimbursement sought: | September 7, 2023 through December 31, 2023 |
| Compensation sought as actual, reasonable, and necessary: | $271,950.50 |
| Expense reimbursement sought as actual, reasonable, and necessary: | $4,454.51 |
| This is a(n): | ___ monthly   X   interim   ___ final |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16404465/1

Previous Applications:

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Authorized to be Paid | Amount of Expenses Authorized to be Paid |
|---|---|---|---|---|---|---|
| 11/6/2023 [D.I. 670] | September 7, 2023 – September 30, 2023 | $271,950.50 | $4,454.51 | 11/28/2023 [D.I. 751] | $83,133.20 | $4,454.51 |
| 12/7/2023 [D.I. 792] | October 1, 2023 – October 31, 2023 | $85,234.50 | $1,256.25 | 12/28/2023 [D.I. 876] | $68,187.60 | $1,256.25 |
| 12/22/2023 [D.I. 864] | November 1, 2023 – November 30, 2023 | $55,122.50 | $80.94 | 1/12/2024 [D.I. 911] | $44,098.00 | $80.94 |
| 2/14/2024 [D.I. 980] | December 1, 2023 – December 31, 2023 | $27,677.00 | $836.78 | | *pending* | *pending* |
| **TOTALS** | | **$271,950.50** | **$4,454.51** | | **$195,418.80** | **$1,443.76** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 5, 2024 at 4:00 p.m. (ET)** <br> **Hearing Date: March 14, 2024 at 3:00 p.m. (ET)** |

**FIRST INTERIM APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 7, 2023 THROUGH DECEMBER 31, 2023**

Morris James LLP ("Morris James"), Delaware Counsel to the Official Committee of Equity Security Holders (the "Equity Committee") of Lordstown Motors Corp., the above-captioned debtors (the "Debtors"), hereby submits its *First Interim Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 through December 31, 2023* (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") for allowance of compensation in the amount of $271,950.50 and reimbursement of expenses in the amount of $4,454.51 for the period September 7, 2023 through December 31, 2023 (the "Interim Compensation Period"), in support thereof, Morris James respectfully represents as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).

2. Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicate for the relief sought herein is section 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

## BACKGROUND

4. On June 27, 2023, (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively the "Chapter 11 Cases").  The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

5. The Debtors have continued in the possession of its property and has continued to operate and manage its business as Debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Chapter 11 Cases.

6. On July 13, 2023, the Debtor filed the *Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* (the "Interim Compensation Motion") [Docket No. 111], and on July 25, 2023, the Court entered an Order approving the Interim Compensation Motion (the "Interim Compensation Order") [Docket No. 181].

7. On September 7, 2023, the United States Trustee for the District of Delaware (the "United States Trustee") filed its notice of appointment of the three (3) member Equity Committee

pursuant to section 1102(a)(1) of the Bankruptcy Code.[2]  On or about June 16, 2023, the Equity Committee selected Brown Rudnick LLP ("Brown Rudnick") as its lead counsel, and soon thereafter Morris James was selected to serve as Delaware counsel to the Equity Committee.

8.     On September 27, 2023, the Equity Committee filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to the Official Committee of Equity Security Holders* Nunc Pro Tunc *to September 7, 2023* (the "Retention Application") [Docket No. 478]. On October 16, 2023, the Court entered an order approving the Retention Application, *Nunc Pro Tunc* to September 7, 2023 [Docket No. 560].

## SERVICES PROVIDED BY MORRIS JAMES

9.     Since its retention, Morris James, in its capacity as Delaware Counsel to the Equity Committee, undertook, the following:

- Provided legal advice and assistance to the Equity Committee in its consultation with the Debtors relative to the Debtors' administration of its reorganization and the Chapter 11 Cases;

- Reviewed and analyzed all applications, motions, orders, statements of operations, and schedules filed with the Court by the Debtors or third parties, advised the Equity Committee as to their propriety, and after consultation with the Equity Committee, took appropriate action;

- Prepared necessary applications, motions, responses, answers, orders, reports, and other legal papers on behalf of the Equity Committee;

- Represented the Equity Committee at hearings held before the Court and communicate with the Equity Committee regarding the issues raised, as well as the decisions of the Court; and

- Performed such other legal services to the Equity Committee in connection with the prosecution of the Chapter 11 Cases as are necessary and appropriate.

---

[2] The Equity Committee members are the following: (1) Crestline Management, L.P.; (2) Pertento Partners LLP; and (3) Esopus Creek Value Series Fund LP – Series "A".

**MONTHLY APPLICATIONS**

10. On November 6, 2023, Morris James filed its first monthly application for compensation and reimbursement of expenses [Docket No. 670] (the "First Monthly Application"). By the First Monthly Application, Morris James sought approval of compensation of $103,916.50 and reimbursement of expenses in the amount of $2,280.54 for the period September 7, 2023 through December 31, 2023. On November 28, 2023, Morris James filed a certificate of no objection regarding the First Monthly Fee Application [Docket No. 751].

11. On December 7, 2023, Morris James filed its second monthly application for compensation and reimbursement of expenses [Docket No. 792] (the "Second Monthly Application"). By the Second Monthly Application, Morris James sought approval of compensation of $85,234.50 and reimbursement of expenses in the amount of $1,256.25 for the period October 1, 2023 through October 31, 2023. On December 28, 2023, Morris James filed a certificate of no objection regarding the Second Monthly Fee Application [Docket No. 876].

12. On December 22, 2023, Morris James filed its third monthly application for compensation and reimbursement of expenses [Docket No. 864] (the "Third Monthly Application"). By the Third Monthly Application, Morris James sought approval of compensation of $55,122.50 and reimbursement of expenses in the amount of $80.94 for the period November 1, 2023 through November 30, 2023. On January 12, 2024, Morris James filed a certificate of no objection regarding the Third Monthly Fee Application [Docket No. 911].

13. On February 14, 2024, Morris James filed its fourth monthly application for compensation and reimbursement of expenses [Docket No. 980] (the "Fourth Monthly Application"). By the Fourth Monthly Application, Morris James sought approval of compensation of $27,677.00 and reimbursement of expenses in the amount of $836.78 for the

period December 1, 2023 through December 31, 2023. The deadline to object to the Fourth Monthly Application is March 5, 2024 at 4:00 p.m. (ET).

14. The total sum due to Morris James for professional services rendered on behalf of the Equity Committee during for the Interim Compensation Period is $271,950.50. A chart detailing the fees in each of the applications during the Interim Compensation Period, by professional and by category is attached as **Exhibit A**. Morris James submits that the professional services it rendered on behalf of the Equity Committee during this time were both reasonable and necessary.

15. Morris James incurred $4,454.51 of expenses during the Interim Compensation Period. A chart detailing the specific disbursements is attached hereto as **Exhibit B**.

16. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements, including that travel time was not billed at more than half rate and copying charges were only $0.10 per page.

17. In accordance with the United States Trustee Large Case Fee Guidelines ("Fee Guidelines"), Morris James has attached the Answers to Questions C.5 of the Fee Guidelines, Customary and Comparable Compensation Disclosures and the Budget and Staffing Plan as **Exhibit C**.

6

WHEREFORE, Morris James hereby requests pursuant to the procedures allowed in the Interim Compensation Order: (i) approval of allowance and payment on an interim basis, of Morris James' compensation necessary and valuable professional services rendered to the Equity Committee in the sum of $271,950.50 and reimbursement of expenses in the sum of $4,454.51 for the period September 7, 2023 through December 31, 2023; (ii) payment of any 20% holdback that was withheld from payment under the monthly fee application; and (iii) such other and further relief as is just and proper.

| | |
|---|---|
| Dated: February 14, 2024 | **MORRIS JAMES LLP** |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Jason S. Levin (DE Bar No. 6434) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | E-mail: jlevin@morrisjames.com |
| | |
| | *Counsel to the Official Committee of Equity Security Holders* |