# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 5, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: March 14, 2024 at 3:00 p.m. (ET)** |

### NOTICE OF FIRST INTERIM APPLICATION OF MORRIS JAMES LLP, AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 7, 2023 THROUGH DECEMBER 31, 2023

**PLEASE TAKE NOTICE** that on February 14, 2024, Morris James LLP ("Morris James"), Delaware Counsel to the Official Committee of Equity Security Holders appointed in the above-referenced bankruptcy cases (the "Equity Committee"), pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181], (the "Interim Compensation Order"), filed its First Interim Fee Application ("Application") seeking allowance of fees in the amount of $271,950.50 and reimbursement of expenses in the amount of $4,454.51 for the period from September 7, 2023 through December 31, 2023 (the "Interim Compensation Period").

If you object to the relief sought by the Application, you are required to file a response to the Application, on or before **March 5, 2024 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the response upon the Equity Committee's counsel:

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Robert J. Stark, Esquire<br>Bennett S. Silverberg, Esquire<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>E-mail: rstark@brownrudnick.com<br>E-mail: bsilverberg@brownrudnick.com | **MORRIS JAMES LLP**<br>Eric J. Monzo, Esquire<br>Brya M. Keilson, Esquire<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com |

and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16404465/1

2

Matthew A. Sawyer, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: msawyer@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN ALL FEES AND EXPENSES REQUESTED IN THE APPLICATION, INCLUDING ANY 20% HOLDBACK, MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON MARCH 14, 2024 AT 3:00 P.M. (ET).**

Dated:  February 14, 2024              */s/ Eric J. Monzo*
                                       Eric J. Monzo (DE Bar No. 5214)