# EXHIBIT A

## Compensation By Category – First Interim Compensation Period

|  | First Monthly Application | | Second Monthly Application | | Third Monthly Application | | Fourth Monthly Application | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| B110 Case Administration | 19.60 | $9,792.50 | 26.20 | $14,275.00 | 12.50 | $6,711.00 | 11.10 | $5,191.00 | **69.40** | **$35,969.50** |
| B120 Asset Analysis and Recovery | 4.80 | $3,816.00 | - | - | 1.70 | $1,351.50 | - | - | **6.50** | **$5,167.50** |
| B130 Asset Disposition | 78.40 | $42,605.00 | 8.50 | $4,899.00 | 1.30 | $499.50 | 10.00 | $5,572.00 | **98.20** | **$53,575.50** |
| B140 Relief from Stay/Adequate Protection Proceedings | - | - | 3.80 | $2,522.00 | - | - | - | - | **3.80** | **$2,522.00** |
| B150 Meetings/Communications with Committee and/or Creditors | 15.60 | $11,149.50 | 15.10 | $11,342.50 | 4.90 | $3,787.50 | 2.90 | $2,229.00 | **38.50** | **$28,508.50** |
| B160 Retention Applications (MJ) | 6.00 | $3,395.00 | 4.10 | $1,772.00 | - | - | 0.60 | $210.00 | **10.70** | **$5,377.00** |
| B165 Retention Applications (Others) | 13.20 | $7,639.00 | 8.70 | $4,939.50 | 0.20 | $159.00 | 1.00 | $350.00 | **23.10** | **$13,087.50** |
| B170 Fee Applications (MJ) | - | - | 4.60 | $1,160.00 | 15.20 | $5,059.00 | 7.60 | $3,698.50 | **27.40** | **$9,917.50** |
| B175 Fee Applications (Others) | - | - | 0.30 | $238.50 | 13.40 | $7,846.50 | 9.20 | $4,820.50 | **22.90** | **$12,905.50** |
| B185 Assumption/Rejection of Leases and Contracts | 0.20 | $159.00 | - | - | 0.20 | $159.00 | 3.20 | $1,232.00 | **3.60** | **$1,550.00** |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 26.70 | $17,071.50 | 6.60 | $4,314.00 | 19.10 | $14,100.50 | - | - | **52.40** | **$35,486.00** |
| B196 Litigation | - | - | - | - | 4.70 | $3,024.50 | - | - | **4.70** | **$3,024.50** |
| B220 Employee Benefits/Pensions | - | - | 21.30 | $9,463.00 | 6.20 | $4,569.50 | - | - | **27.50** | **$14,032.50** |
| B240 Tax Issues | 2.40 | $1,908.00 | - | - | - | - | - | - | **2.40** | **$1,908.00** |
| B310 Claims Administration and Objections | - | - | 0.90 | $715.50 | - | - | 2.90 | $1,311.00 | **3.80** | **$2,026.50** |
| B320 Plan and Disclosure Statement | 8.50 | $6,381.00 | 34.70 | $26,158.50 | 9.40 | $7,339.50 | 5.60 | $3,063.00 | **58.20** | **$42,942.00** |

16404465/1

|  | First Monthly Application | | Second Monthly Application | | Third Monthly Application | | Fourth Monthly Application | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** | **Hours** | **Amount** |
| B430A Court Hearings: Attendance and Preparation | - | - | 4.70 | $3,435.00 | 0.70 | $515.50 | - | - | **5.40** | **$3,950.50** |
| **Totals:** | **175.40** | **$103,916.50** | **139.50** | **$85,234.50** | **89.50** | **$55,122.50** | **54.10** | **$27,677.00** | **458.50** | **$271,950.50** |

## Timekeeper Summary – First Interim Compensation Period

| Timekeeper | Position | First Monthly Application | | Second Monthly Application | | Third Monthly Application | | Fourth Monthly Application | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| Carl N. Kunz III | Member of the Delaware Bar since 1993; Partner in Bankruptcy Department since 2004 | 3.60 | $3,060.00 | - | - | - | - | - | - | **3.60** | **$3,060.00** |
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | 34.60 | $27,507.00 | 251.60 | $41,022.00 | 37.70 | $29,971.50 | 10.20 | $8,109.00 | **134.10** | **$106,609.50** |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | 27.20 | $20,400.00 | 27.50 | $20,625.00 | 20.70 | $15,525.00 | 9.20 | $6,900.00 | **84.60** | **$63,450.00** |
| Eric Hacker | Member of the Delaware Bar since 2015; Partner in the Corporate and Commercial Litigation Department since 2012 | 24.90 | $16,807.50 | - | - | - | - | - | - | **24.90** | **$16,807.50** |
| Tara C. Pakrouh | Member of the Delaware Bar since 2015; Associate in Bankruptcy Department since 2023 | 4.70 | $3,102.00 | 3.40 | $2,244.00 | - | - | - | - | **8.10** | **$5,346.00** |
| Bryan Townsend | Member of the Delaware Bar since 2010; Counsel in Corporate and Commercial Litigation Department since 2012 | 15.20 | $8,360.00 | - | - | - | - | - | - | **15.20** | **$8,360.00** |
| Brian M. Ellis | Member of the Delaware Bar since 2005; Partner in the Real Estate and Tax, Estates and Business Transactions Departments since 2005 | 5.90 | $2,950.00 | 6.30 | $3,150.00 | - | - | - | - | **12.20** | **$6,100.00** |
| Jason S. Levin | Member of the Delaware Bar since 2017; Associate in Bankruptcy Department since 2020 | 1.40 | $630.00 | - | - | - | - | - | - | **1.40** | **$630.00** |
| Siena B. Cerra | Member of the Pennsylvania Bar since 2023; Associate in Bankruptcy Department since 2023 | - | - | 25.50 | $9,817.50 | 2.60 | $1,001.00 | 18.80 | $7,238.00 | **46.90** | **$18,056.50** |

3

16404465/1

| Christopher M. Donnelly | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023[1] | 33.40 | $12,562.50 | 2.10 | $808.50 | - | - | - | - | **35.50** | **$13,333.50** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | 7.70 | $2,695.00 | 14.30 | $5,005.00 | 10.40 | $3,640.00 | 4.00 | $1,400.00 | **36.40** | **$12,740.00** |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | 16.80 | $5,880.00 | 6.50 | $2,275.00 | 12.10 | $4,235.00 | 11.30 | $3,955.00 | **46.70** | **$16,345.00** |
| Jessica K. Farenski | Case Manager | - | - | 2.30 | $287.50 | 6.00 | $750.00 | 0.60 | $75.00 | **8.90** | **$1,112.50** |
| **Totals:** |  | **175.40** | **$103,916.50** | **139.50** | **$85,234.50** | **89.50** | **$55,122.50** | **54.10** | **$27,677.00** | **458.50** | **$271,950.50** |

---

[1] Mr. Donnelly was admitted to the Delaware Bar on September 20, 2023. Prior to his admittance, Mr. Donnelly's position was as a law clerk in the bankruptcy department.

16404465/1