# EXHIBIT B

## Summary of Expenses – First Interim Compensation Period

|  | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total |
|---|---|---|---|---|---|
| Westlaw | $2,280.54 | $521.69 | - | - | **$2,802.23** |
| Postage | - | $20.10 | $4.14 | $7.56 | **$31.80** |
| Reproduction | - | $6.90 | 7.50 | $11.20 | **$25.60** |
| Reliable (Production) | - | $213.06 | $27.45 | $144.12 | **$384.63** |
| Reliable (Transcript) | - | $456.00 | $41.85 | $673.90 | **$1,171.75** |
| Pacer | - | $38.50 | - | - | **$38.50** |
| **TOTAL**: | **$2,280.54** | **$1,256.25** | **$80.94** | **$836.78** | **$4,454.51** |

16404465/1