**<u>EXHIBIT A</u>**



November 21, 2023

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

      Re: Lordstown Motor Corporation
        USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period October 1, 2023 to October 31, 2023 in the amount of $10,548.94 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring



Enclosures



November 21, 2023

<u>Copy Parties</u>

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington DE 19801

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



November 21, 2023

<u>Copy Parties</u>

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

## *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | November 21, 2023 |
|---|---|---|---|
| Invoice Number | US_KCC2612664 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**
*Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $10,548.94 |
| ***Total of Hourly Fees*** | $10,548.94 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $0.00 |
| ***Total Expenses*** | $0.00 |
| | |
| ***Invoice Subtotal*** | **$10,548.94** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$10,548.94** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2612664 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $10,548.94 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AAE | Andres Estrada | SOL | 34.10 | $201.75 | $6,879.67 |
| ASK | Ashley Kuarasingh | SOL | 5.50 | $193.75 | $1,065.70 |
| CJI | Cooper Ide | TPC | 1.00 | $76.75 | $76.75 |
| JEE | James Lee | SEC | 5.80 | $201.75 | $1,170.11 |
| JMG | Jennifer Westwood | SOL | 1.90 | $193.75 | $368.12 |
| KVR | Kevin Martin | SEC | 4.90 | $201.75 | $988.59 |
| | | | | *Total* | **$10,548.94** |

# *Kurtzman Carson Consultants LLC*

### 10/01/2023 - 10/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/2/2023 | JEE | Coordinate with securities team re: creation of mailbox for ballot submission | SEC | Solicitation | 0.30 |
| | | | *Total for 10/2/2023* | | *0.30* |
| 10/3/2023 | AAE | Coordinate with KCC team and counsel regarding filed claims by equity holders and classifying for voting purposes | SOL | Solicitation | 0.30 |
| 10/3/2023 | KVR | Communication with A Estrada re: Class 7 Beneficial Holders as of the voting record date will receive ballots from their nominee or third party proxy agent and will be eligible to vote | SEC | Solicitation | 0.40 |
| | | | *Total for 10/3/2023* | | *0.70* |
| 10/5/2023 | AAE | Review solicitation procedures motion and update notes to prepare estimates for counsel | SOL | Solicitation | 0.90 |
| 10/5/2023 | CJI | Finalize schedules amendments in KCC CaseView | TPC | Schedules & SOFA | 1.00 |
| | | | *Total for 10/5/2023* | | *1.90* |
| 10/11/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/11/2023 | KVR | Communication with A Estrada confirming securities team is prepared to complete Notice Rescheduled Disclosure Statement hearing same day | SEC | Solicitation | 0.30 |
| | | | *Total for 10/11/2023* | | *0.40* |
| 10/13/2023 | ASK | Coordinate with Mediant re Solicitation mailing to securities parties | SOL | Solicitation | 0.20 |
| 10/13/2023 | ASK | Coordinate with Broadridge re Solicitation mailing to securities parties | SOL | Solicitation | 0.20 |
| 10/13/2023 | ASK | Prepare Broadridge JEF re Solicitation mailing to securities parties | SOL | Solicitation | 0.50 |
| | | | *Total for 10/13/2023* | | *0.90* |
| 10/16/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/16/2023 | ASK | Prepare DTC request letter re Solicitation mailing to securities parties | SOL | Solicitation | 0.50 |
| 10/16/2023 | KVR | Communication with J Ngo re: contact at Equiniti for requesting common share register | SEC | Solicitation | 0.50 |
| | | | *Total for 10/16/2023* | | *1.10* |
| 10/17/2023 | AAE | Coordinate with KCC team on newly proposed solicitation timeline | SOL | Solicitation | 0.80 |
| 10/17/2023 | AAE | Prepare voting amount spreadsheet; coordinate with KCC team re same | SOL | Solicitation | 1.10 |
| 10/17/2023 | JEE | Office conference with case team re: updated solicitation timeline | SEC | Solicitation | 0.30 |
| 10/17/2023 | ASK | Enter DTC lists onto excel spreadsheets | SOL | Solicitation | 0.80 |
| 10/17/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/17/2023 | KVR | Call with L Mezei re: revised proposed solicitation timeline and how it affects equity beneficial holders | SEC | Solicitation | 0.50 |
| | | | *Total for 10/17/2023* | | *3.60* |
| 10/18/2023 | AAE | Review solicitation procedures and update voting amount spreadsheet related to same | SOL | Solicitation | 0.60 |
| 10/18/2023 | JMG | Review solicitation procedures and claims classifications | SOL | Solicitation | 1.90 |
| | | | *Total for 10/18/2023* | | *2.50* |

# Kurtzman Carson Consultants LLC

10/01/2023 - 10/31/2023

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/19/2023 | AAE | Research precedent on 510b claims voting procedures | SOL | Solicitation | 0.90 |
| 10/19/2023 | AAE | Review first amended Plan for solicitation preparations (.6); update notes and coordinate with KCC team re same (.8) | SOL | Solicitation | 1.40 |
| 10/19/2023 | AAE | Coordinate with KCC team regarding solicitation procedures | SOL | Solicitation | 1.20 |
| 10/19/2023 | AAE | Call with KCC securities team regarding classes 7-10 | SOL | Solicitation | 0.40 |
| 10/19/2023 | JEE | Review claims implicated in new class 8, 9 and 10 | SEC | Solicitation | 1.50 |
| 10/19/2023 | JEE | Call with case team re: prep for solicitation launch and implication of new classes for voting and service of materials | SEC | Solicitation | 0.80 |
| 10/19/2023 | JEE | Review updated plan and changes to voting classes, and implication on service | SEC | Solicitation | 0.70 |
| 10/19/2023 | JEE | Office conference with securities team re: update on solicitation | SEC | Solicitation | 0.40 |
| 10/19/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/19/2023 | KVR | Communication with securities re: revised Plan and addition of Class 8, 9 and 10 | SEC | Solicitation | 0.50 |
| 10/19/2023 | KVR | Call with A Estrada to discuss revised equity Classes 8, 9 and 10 | SEC | Solicitation | 0.40 |
| 10/19/2023 | KVR | Review of Amended Disclosure Statement and Plan for changes to equity classes | SEC | Solicitation | 0.50 |
| 10/19/2023 | KVR | Call with securities team re: changes to Class 7, 8, 9 and 10 for solicitation planning | SEC | Solicitation | 0.50 |
| | | | | **Total for 10/19/2023** | **9.30** |
| 10/20/2023 | AAE | Prepare for and participate in Solicitation call with counsel | SOL | Solicitation | 0.70 |
| 10/20/2023 | AAE | Coordinate with KCC team on Plan classification updates and voting amount spreadsheet | SOL | Solicitation | 1.00 |
| 10/20/2023 | AAE | Review equity claims for 510(b) status for solicitation | SOL | Solicitation | 3.90 |
| 10/20/2023 | JEE | Office conference with securities team re: update on solicitation | SEC | Solicitation | 0.20 |
| 10/20/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/20/2023 | KVR | Call with A Estrada re: review of call with counsel clarifying Class 8, 9 and 10 parties | SEC | Solicitation | 0.30 |
| | | | | **Total for 10/20/2023** | **6.20** |
| 10/21/2023 | AAE | Review equity claims for 510(b) status for solicitation | SOL | Solicitation | 2.20 |
| 10/21/2023 | AAE | Review and update voting amount spreadsheet | SOL | Solicitation | 5.20 |
| | | | | **Total for 10/21/2023** | **7.40** |
| 10/23/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| | | | | **Total for 10/23/2023** | **0.10** |
| 10/24/2023 | AAE | Review revised solicitation procedures and coordinate with KCC team on solicitation timing and deadlines | SOL | Solicitation | 0.60 |
| 10/24/2023 | AAE | Review objections to DS motion and related documents in solicitation procedures | SOL | Solicitation | 0.50 |
| 10/24/2023 | ASK | Coordinate with Mediant re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/24/2023 | ASK | Coordinate with Broadridge re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/24/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/24/2023 | ASK | Prepare Broadridge JEF re updated Solicitation mailing voting record date | SOL | Solicitation | 0.50 |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 10/24/2023* | | *2.10* |
| 10/25/2023 | AAE | Review revised solicitation timeline and coordinate with KCC team re same (.9); correspondence with counsel re same (.3) | SOL | Solicitation | 1.20 |
| 10/25/2023 | AAE | Coordinate with KCC team on draft securities ballots | SOL | Solicitation | 0.40 |
| 10/25/2023 | JEE | Coordinate with case team re: solicitation of registered holders of equity | SEC | Solicitation | 0.30 |
| 10/25/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| 10/25/2023 | KVR | Communication with B Nakhaimousa at K&E confirming count on Class 8 Opt-Out tabulation represents beneficial holders | SEC | Solicitation | 0.20 |
| 10/25/2023 | KVR | Communication with A Estrada re: confirming securities team is comfortable with 3 business days to tabulate vote | SEC | Solicitation | 0.40 |
| 10/25/2023 | KVR | Review of revised solicitation timeline, provided comments to case team | SEC | Solicitation | 0.40 |
| | | | *Total for 10/25/2023* | | *3.00* |
| 10/26/2023 | AAE | Coordinate with KCC team on new solicitation timing and service specs | SOL | Solicitation | 0.30 |
| | | | *Total for 10/26/2023* | | *0.30* |
| 10/27/2023 | AAE | Update voting amount spreadsheet with counsel comments | SOL | Solicitation | 0.60 |
| 10/27/2023 | AAE | Review and revise voting amount spreadsheet (2.2); prepare correspondence and send updated version to counsel (.4) | SOL | Solicitation | 2.60 |
| 10/27/2023 | AAE | Review equity claims for 510(b) status for solicitation | SOL | Solicitation | 2.50 |
| | | | *Total for 10/27/2023* | | *5.70* |
| 10/28/2023 | AAE | Review revised solicitation procedures and class 10 opt out form (.9); call with counsel re same (.2) | SOL | Solicitation | 1.10 |
| | | | *Total for 10/28/2023* | | *1.10* |
| 10/30/2023 | AAE | Review class 10 election form | SOL | Solicitation | 0.20 |
| 10/30/2023 | AAE | Update voting amount spreadsheet related to class 10 and 8 solicitation procedures and Foxconn (1.1); coordinate with counsel re same (.3) | SOL | Solicitation | 1.40 |
| 10/30/2023 | JEE | Office conference with securities team re: prep for solicitation launch | SEC | Solicitation | 0.30 |
| 10/30/2023 | ASK | Coordinate with Mediant re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/30/2023 | ASK | Coordinate with Broadridge re updated Solicitation mailing voting record date | SOL | Solicitation | 0.20 |
| 10/30/2023 | ASK | Prepare Broadridge JEF re updated Solicitation mailing voting record date | SOL | Solicitation | 0.50 |
| 10/30/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |
| | | | *Total for 10/30/2023* | | *2.90* |
| 10/31/2023 | AAE | Review correspondence from counsel on updated solicitation timing and planning; coordinate with KCC team re same | SOL | Solicitation | 0.50 |
| 10/31/2023 | AAE | Prepare updated voting amount spreadsheet and list of open solicitation items | SOL | Solicitation | 1.10 |
| 10/31/2023 | AAE | Review revised amended Plan, solicitation procedures and ballots | SOL | Solicitation | 0.50 |
| 10/31/2023 | JEE | Review solicitation procedures for solicitation launch on class 7 equity holders | SEC | Solicitation | 0.70 |
| 10/31/2023 | JEE | Office conference with securities team re: prep for solicitation launch | SEC | Solicitation | 0.30 |
| 10/31/2023 | ASK | Prepare DTC request letter re Solicitation mailing to securities parties | SOL | Solicitation | 0.50 |
| 10/31/2023 | ASK | Phone conference with KCC GSG team re case status | SOL | Solicitation | 0.10 |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | *Total for 10/31/2023* | | *3.70* |
| | | | ***Total Hours*** | | *53.20* |

# *Kurtzman Carson Consultants LLC*

10/01/2023 - 10/31/2023

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | | |

*Total Expenses*



January 5, 2024

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

      Re: Lordstown Motor Corporation
         USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period November 1, 2023 to November 30, 2023 in the amount of $14,552.96 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC


Evan Gershbein
EVP Restructuring



Enclosures



January 5, 2024


<u>Copy Parties</u>

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington DE 19801

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



January 5, 2024

<u>Copy Parties</u>

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York NY 10022

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | January 5, 2024 |
|---|---|---|---|
| Invoice Number | US_KCC2647731 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**

*Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $14,552.96 |
| ***Total of Hourly Fees*** | $14,552.96 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $0.00 |
| ***Total Expenses*** | $0.00 |
| | |
| ***Invoice Subtotal*** | **$14,552.96** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$14,552.96** |

--- --- --- --- --- --- --- --- --- --- --- ---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA |
|---|---|
| Invoice Number | US_KCC2647731 |
| Total Amount Due | $14,552.96 |
| Amount Paid | $ |

**Check Payments to:**

KCC Global Administration - Restructuring
Department 2211
PO Box 4110
Woburn, MA 01888-4110

**Wire Payments to:**

KCC Global Administration - Restructuring
Grasshopper Bank, N.A.
261 5th Avenue Suite 610
New York, NY 10016
Account # 02329451396
FED ABA # 026015024

# *Kurtzman Carson Consultants LLC*

11/01/2023 - 11/30/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 33.30 | $201.75 | $6,718.25 |
| ASK | Ashley Kuarasingh | SOL | 0.20 | $193.75 | $38.75 |
| JCN | Jacqueline Conklin | SOL | 1.00 | $193.75 | $193.75 |
| JEE | James Lee | SEC | 4.80 | $201.75 | $968.39 |
| JMG | Jennifer Westwood | SOL | 15.60 | $193.75 | $3,022.50 |
| JNG | Jennifer Ngo | SEC | 10.00 | $201.75 | $2,017.48 |
| KVR | Kevin Martin | SEC | 7.90 | $201.75 | $1,593.84 |

*Total*  **$14,552.96**

# *Kurtzman Carson Consultants LLC*

### 11/01/2023 - 11/30/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/1/2023 | AAE | Review DS Order and prepare solicitation comments | SOL | Solicitation | 2.80 |
| 11/1/2023 | AAE | Call with counsel regarding UCC and Equity Committee letters and solicitation timing | SOL | Solicitation | 0.10 |
| 11/1/2023 | AAE | Update voting amount spreadsheet with counsel comments | SOL | Solicitation | 2.80 |
| 11/1/2023 | AAE | Review and finalize voting certification | SOL | Solicitation | 0.30 |
| 11/1/2023 | KVR | Communication with D Kim re: solicitation mailing timeline and deadline for final solicitation materials to ensure service completed by 11/8 | SEC | Solicitation | 0.50 |
| 11/1/2023 | KVR | Communication with A Estrada re: recent shareholder file and column with number of shares for registered holder custom ballots | SEC | Solicitation | 0.40 |
| | | | *Total for 11/1/2023* | | *6.90* |
| 11/2/2023 | AAE | Review Plan and setup voting classes in KCC CaseView | SOL | Solicitation | 0.60 |
| 11/2/2023 | AAE | Call with counsel regarding solicitation update and timing | SOL | Solicitation | 0.20 |
| 11/2/2023 | AAE | Coordinate with KCC team on final solicitation documents, updated timing and deadlines | SOL | Solicitation | 0.30 |
| 11/2/2023 | AAE | Review precedent of letters directing creditors to public access website for solicitation materials and prepare draft letter | SOL | Solicitation | 1.00 |
| 11/2/2023 | AAE | Update voting amount spreadsheet with new filed claims and aggregate voting amounts | SOL | Solicitation | 2.00 |
| 11/2/2023 | JEE | Review solicitation package items for class 7 equity holders | SEC | Solicitation | 0.60 |
| 11/2/2023 | JEE | Emails with case team re: solicitation package questions | SEC | Solicitation | 0.30 |
| | | | *Total for 11/2/2023* | | *5.00* |
| 11/3/2023 | AAE | Review solicitation documents related to KCC contact information and prepare comments | SOL | Solicitation | 1.70 |
| 11/3/2023 | AAE | Coordinate with KCC securities team on solicitation notices and ballots | SOL | Solicitation | 0.70 |
| 11/3/2023 | AAE | Finalize and importing voting amount spreadsheet into CaseView | SOL | Solicitation | 1.20 |
| 11/3/2023 | JEE | Review draft solicitation documents from counsel | SEC | Solicitation | 2.30 |
| 11/3/2023 | JNG | Review final solicitation materials and provide comments to the Class 7 master and beneficial ballots | SEC | Solicitation | 1.20 |
| 11/3/2023 | JNG | Review solicitation procedures and all documents to be included to equity holders | SEC | Solicitation | 0.80 |
| 11/3/2023 | JNG | Team meeting re solicitation launch and materials needed for Class 7 equity holders | SEC | Solicitation | 0.30 |
| | | | *Total for 11/3/2023* | | *8.20* |
| 11/5/2023 | AAE | Import voting records into CaseView and generate ballot records | SOL | Solicitation | 1.40 |
| 11/5/2023 | AAE | Finalize voting classes and prepare for import into CaseView | SOL | Solicitation | 1.80 |
| 11/5/2023 | JMG | Setup eballot website in KCC CaseView | SOL | Solicitation | 1.20 |
| | | | *Total for 11/5/2023* | | *4.40* |
| 11/6/2023 | JEE | Additional review and comments to draft solicitation documents | SEC | Solicitation | 1.00 |
| 11/6/2023 | JNG | Team meeting re solicitation mailing and final draft edits | SEC | Solicitation | 0.40 |
| | | | *Total for 11/6/2023* | | *1.40* |
| 11/7/2023 | AAE | Review solicitation procedures and ballots instructions related to debtor by debtor tabulation | SOL | Solicitation | 1.20 |

# *Kurtzman Carson Consultants LLC*

## 11/01/2023 - 11/30/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/7/2023 | AAE | Correspondence with counsel re to debtor by debtor tabulation | SOL | Solicitation | 0.60 |
| 11/7/2023 | AAE | Coordinate with KCC team on eBallot setup | SOL | Solicitation | 0.30 |
| 11/7/2023 | JMG | Setup eballot website in KCC CaseView | SOL | Solicitation | 3.10 |
| 11/7/2023 | JNG | Team meeting re status of solicitation mailing and remaining electronic mail service to equity holders | SEC | Solicitation | 0.30 |
| | | | ***Total for 11/7/2023*** | | ***5.50*** |
| 11/8/2023 | AAE | Coordinate with KCC team on finalizing electronic balloting setup and test ballots | SOL | Solicitation | 3.40 |
| 11/8/2023 | AAE | Quality control review of eBallot portal and website updates | SOL | Solicitation | 0.30 |
| 11/8/2023 | AAE | Coordinate with KCC team on open solicitation items | SOL | Solicitation | 1.20 |
| 11/8/2023 | JMG | Setup plan, voting classes, and ballot questions in KCC CaseView | SOL | Solicitation | 0.50 |
| 11/8/2023 | JMG | Setup eballot website in KCC CaseView | SOL | Solicitation | 9.90 |
| 11/8/2023 | KVR | Communication with A Kuarsingh re: request to send DTC Disclosure Statement and Plan for announcing Class 7 voting event | SEC | Solicitation | 0.40 |
| 11/8/2023 | JNG | Team meeting re solicitation mailing to equity holders | SEC | Solicitation | 0.20 |
| | | | ***Total for 11/8/2023*** | | ***15.90*** |
| 11/9/2023 | AAE | Review voting amount spreadsheet for voting amounts related to counsel's question | SOL | Solicitation | 0.10 |
| 11/9/2023 | AAE | Review and update ballot questions in KCC CaseView | SOL | Solicitation | 0.40 |
| 11/9/2023 | AAE | Follow up with KCC team on open solicitation items | SOL | Solicitation | 0.20 |
| 11/9/2023 | ASK | Respond to inquiry re solicitation | SOL | Solicitation | 0.20 |
| 11/9/2023 | JMG | Setup plan, voting classes, and ballot questions in KCC CaseView | SOL | Solicitation | 0.90 |
| 11/9/2023 | JNG | Monitor inbox for inquiries and material request re Class 7 materials | SEC | Solicitation | 1.20 |
| | | | ***Total for 11/9/2023*** | | ***3.00*** |
| 11/10/2023 | AAE | Review KCC team updates to claim amounts and natures and incorporate into voting amount spreadsheet | SOL | Solicitation | 0.60 |
| 11/10/2023 | AAE | Prepare and send voting amount spreadsheet and comments to counsel | SOL | Solicitation | 1.80 |
| 11/10/2023 | JNG | Monitor inbox for inquiries and material request re Class 7 materials | SEC | Solicitation | 0.30 |
| 11/10/2023 | JNG | Team meeting re status of solicitation event and inquiries | SEC | Solicitation | 0.10 |
| | | | ***Total for 11/10/2023*** | | ***2.80*** |
| 11/12/2023 | KVR | Communication with S Kaul re: KCC declaration and declarant for class action shareholder service | SEC | Solicitation | 0.40 |
| | | | ***Total for 11/12/2023*** | | ***0.40*** |
| 11/13/2023 | KVR | Call with counsel re: declaration and KCC declarant for class action shareholder service | SEC | Solicitation | 0.50 |
| 11/13/2023 | KVR | Forwarded Disclosure Statement and Plan to R Giordano at DTC Mandatory Reorg team per request | SEC | Solicitation | 0.30 |
| 11/13/2023 | JNG | Monitor inbox for inquiries and material request re Class 7 materials | SEC | Solicitation | 0.40 |
| 11/13/2023 | JNG | Team meeting re status of solicitation event and inquiries | SEC | Solicitation | 0.20 |
| | | | ***Total for 11/13/2023*** | | ***1.40*** |

## *Kurtzman Carson Consultants LLC*

11/01/2023 - 11/30/2023

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/14/2023 | JEE | Respond to inquiries from nominees re: master ballots for voting | SEC | Solicitation | 0.60 |
| 11/14/2023 | KVR | Communication w/D Kim re: company can ignore letter from Broadridge generated prior to October 31 Voting Record Date; forward screen shot of Broadridge ICS Online Campaign with summary of solicitation job with October 31, 2023 voting record date | SEC | Solicitation | 0.60 |
| | | | *Total for 11/14/2023* | | *1.20* |
| 11/16/2023 | AAE | Coordinate with KCC team on Foxconn Class 7 ballots | SOL | Solicitation | 0.20 |
| 11/16/2023 | AAE | Correspondence with counsel to Foxconn re voting and non-voting claims | SOL | Solicitation | 0.30 |
| 11/16/2023 | AAE | Review Foxconn claims/schedules and classifications for voting on the plan and prepare summary | SOL | Solicitation | 1.10 |
| 11/16/2023 | KVR | Review of inquiry from F Simard at BNC, forward Class 7 Equity solicitation materials | SEC | Solicitation | 0.50 |
| | | | *Total for 11/16/2023* | | *2.10* |
| 11/17/2023 | JNG | Team meeting re solicitation mailing status and ballot inbox monitoring procedures | SEC | Solicitation | 0.30 |
| | | | *Total for 11/17/2023* | | *0.30* |
| 11/20/2023 | AAE | Review ballots input into KCC CaseView | SOL | Solicitation | 0.50 |
| 11/20/2023 | AAE | Prepare voting summary, debtor summary and detailed reports for counsel | SOL | Solicitation | 1.50 |
| 11/20/2023 | KVR | Review of Lordstown Ballot email box, communication w/A Estrada no master ballots received and not anticipated until 12/12 voting deadline | SEC | Solicitation | 0.70 |
| 11/20/2023 | JNG | Correspond with case team re current vote summary for equity holders in Class 7 | SEC | Solicitation | 0.30 |
| 11/20/2023 | JNG | Team meeting re upcoming solicitation deadline | SEC | Solicitation | 0.10 |
| | | | *Total for 11/20/2023* | | *3.10* |
| 11/21/2023 | JNG | Monitor ballot inbox for inquiries and incoming Class 7 ballots | SEC | Solicitation | 0.60 |
| 11/21/2023 | JNG | Team meeting re upcoming solicitation deadline | SEC | Solicitation | 0.20 |
| | | | *Total for 11/21/2023* | | *0.80* |
| 11/22/2023 | KVR | Communication with A Estrada that Foxconn should contact their custodian for their Class 7 solicitation materials | SEC | Solicitation | 0.40 |
| 11/22/2023 | JNG | Team meeting re upcoming deadline and hearing preparations | SEC | Solicitation | 0.20 |
| | | | *Total for 11/22/2023* | | *0.60* |
| 11/27/2023 | AAE | Prepare updated voting summary for counsel | SOL | Solicitation | 1.00 |
| 11/27/2023 | AAE | Review ballots input into KCC CaseView | SOL | Solicitation | 0.30 |
| 11/27/2023 | KVR | Review of Lordstown ballot email box for DTC inquiries and master ballot submissions | SEC | Solicitation | 1.00 |
| 11/27/2023 | JNG | Monitor ballot inbox for inquiries from nominees and provide solicitation materials as requested | SEC | Solicitation | 0.30 |
| 11/27/2023 | JNG | Team meeting re solicitation deadline and material request from nominees | SEC | Solicitation | 0.20 |
| | | | *Total for 11/27/2023* | | *2.80* |

# *Kurtzman Carson Consultants LLC*

11/01/2023 - 11/30/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/28/2023 | KVR | Review of Lordstown ballot email box for DTC inquiries and master ballot submissions | SEC | Solicitation | 0.50 |
| 11/28/2023 | JNG | Monitor ballot inbox for inquiries from nominees and provide solicitation materials as requested | SEC | Solicitation | 0.50 |
| | | | *Total for 11/28/2023* | | *1.00* |
| 11/29/2023 | AAE | Prepare updated voting summary for counsel | SOL | Solicitation | 1.00 |
| 11/29/2023 | AAE | Coordinate with KCC team on solicitation to Class 7 holders | SOL | Solicitation | 0.10 |
| 11/29/2023 | AAE | Review ballots input into KCC CaseView | SOL | Solicitation | 0.30 |
| 11/29/2023 | KVR | Review of Lordstown ballot email box for DTC inquiries and master ballot submissions | SEC | Solicitation | 0.50 |
| 11/29/2023 | KVR | Review of inquiry from counsel regarding equity solicitation service, provided screenshots of Broadridge ICS Client site with confirmation of receipt of Class 7 solicitation materials and mailing of solicitation materials | SEC | Solicitation | 0.70 |
| 11/29/2023 | KVR | Review of Broadridge ICS Client site for DTC No 0019 Jefferies party counts, service methods and contact, forwarded to counsel for confirmation equity committee chairman served and who to contact at Jefferies for additional questions | SEC | Solicitation | 0.50 |
| 11/29/2023 | JNG | Monitor ballot inbox for inquiries from nominees and provide solicitation materials as requested | SEC | Solicitation | 0.40 |
| | | | *Total for 11/29/2023* | | *3.50* |
| 11/30/2023 | JCN | Administrative quality control review of ballots input into KCC CaseView | SOL | Solicitation | 1.00 |
| 11/30/2023 | JNG | Monitor ballot inbox for inquiries from nominees and provide solicitation materials as requested | SEC | Solicitation | 0.70 |
| 11/30/2023 | JNG | Respond to nominee inquiries re solicitation materials | SEC | Solicitation | 0.80 |
| | | | *Total for 11/30/2023* | | *2.50* |
| | | | *Total Hours* | | *72.80* |

# *Kurtzman Carson Consultants LLC*

11/01/2023 - 11/30/2023

## *Expenses*

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| | | | |

*Total Expenses*



January 19, 2024

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

   Re: Lordstown Motor Corporation
    USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period December 1, 2023 to December 31, 2023 in the amount of $6,279.24 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring



Enclosures



January 19, 2024


<u>Copy Parties</u>

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington DE 19801

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



January 19, 2024

<u>Copy Parties</u>

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York NY 10022

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | January 19, 2024 |
|---|---|---|---|
| Invoice Number | US_KCC2647729 | Due Date | Due upon receipt |

### Lordstown Motor Corporation
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $6,279.24 |
| ***Total of Hourly Fees*** | $6,279.24 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $0.00 |
| ***Total Expenses*** | $0.00 |
| | |
| ***Invoice Subtotal*** | **$6,279.24** |
| Sales and Use Tax | 0.00 |
| ***Total Invoice*** | **$6,279.24** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA |
|---|---|
| Invoice Number | US_KCC2647729 |
| Total Amount Due | $6,279.24 |
| Amount Paid | $ |

**Check Payments to:**

KCC Global Administration - Restructuring
Department 2211
PO Box 4110
Woburn, MA 01888-4110

**Wire Payments to:**

KCC Global Administration - Restructuring
Grasshopper Bank, N.A.
261 5th Avenue Suite 610
New York, NY 10016
Account # 02329451396
FED ABA # 026015024

# *Kurtzman Carson Consultants LLC*

### 12/01/2023 - 12/31/2023

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 19.60 | $201.75 | $3,954.24 |
| ASK | Ashley Kuarasingh | SOL | 11.50 | $193.75 | $2,228.12 |
| JCN | Jacqueline Conklin | SOL | 0.50 | $193.75 | $96.88 |

|  |  | | | *Total* | **$6,279.24** |

# *Kurtzman Carson Consultants LLC*

### 12/01/2023 - 12/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/5/2023 | AAE | Review solicitation procedures order related to omnibus objections and disputed claims rules | SOL | Solicitation | 0.40 |
| 12/5/2023 | AAE | Prepare updated voting summary and detail reports | SOL | Solicitation | 1.00 |
| 12/5/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/5/2023*** | | ***1.70*** |
| 12/6/2023 | AAE | Update voting amount spreadsheet with claims objections information | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/6/2023*** | | ***0.30*** |
| 12/7/2023 | AAE | Prepare updated voting summary and detail reports | SOL | Solicitation | 1.10 |
| 12/7/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.40 |
| | | | ***Total for 12/7/2023*** | | ***1.50*** |
| 12/8/2023 | ASK | Process Master Ballots received | SOL | Solicitation | 0.80 |
| 12/8/2023 | ASK | Tabulate Master Ballots received | SOL | Solicitation | 1.50 |
| | | | ***Total for 12/8/2023*** | | ***2.30*** |
| 12/11/2023 | AAE | Review solicitation procedures order and voting declaration | SOL | Solicitation | 0.70 |
| 12/11/2023 | AAE | Prepare second updated summary and detail reports for counsel | SOL | Solicitation | 1.40 |
| 12/11/2023 | AAE | Prepare updated voting summary for counsel | SOL | Solicitation | 0.70 |
| 12/11/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.70 |
| 12/11/2023 | AAE | Coordinate ballot processing in CaseView | SOL | Solicitation | 0.20 |
| 12/11/2023 | AAE | Prepare Unsecured Creditor Committee member voting details | SOL | Solicitation | 0.40 |
| | | | ***Total for 12/11/2023*** | | ***4.10*** |
| 12/12/2023 | AAE | Prepare preliminary voting summary for counsel | SOL | Solicitation | 0.90 |
| 12/12/2023 | AAE | Review ballots input into CaseView | SOL | Solicitation | 0.30 |
| 12/12/2023 | AAE | Coordinate with KCC team on ballot processing | SOL | Solicitation | 0.40 |
| 12/12/2023 | AAE | Prepare updated voting summary and detailed reports including securities votes | SOL | Solicitation | 2.30 |
| 12/12/2023 | AAE | Review solicitation procedures related to class 10 election | SOL | Solicitation | 0.20 |
| 12/12/2023 | ASK | Process Master Ballots received | SOL | Solicitation | 3.20 |
| 12/12/2023 | ASK | Tabulate Master Ballots received | SOL | Solicitation | 4.80 |
| 12/12/2023 | ASK | Coordinate with banks and brokers re receipt of master ballots | SOL | Solicitation | 1.20 |
| 12/12/2023 | JCN | Administrative quality control review of ballots input into KCC CaseView | SOL | Solicitation | 0.50 |
| | | | ***Total for 12/12/2023*** | | ***13.80*** |
| 12/13/2023 | AAE | Review and finalize tabulation and detail reports | SOL | Solicitation | 2.00 |
| 12/13/2023 | AAE | Coordinate with counsel and KCC team on class 10 voting extension and finalizing tabulation | SOL | Solicitation | 0.20 |
| | | | ***Total for 12/13/2023*** | | ***2.20*** |
| 12/18/2023 | AAE | Prepare summary of director and officer voting records | SOL | Solicitation | 0.80 |
| 12/18/2023 | AAE | Prepare for and participate in voting tabulation call with counsel | SOL | Solicitation | 0.40 |

# *Kurtzman Carson Consultants LLC*

12/01/2023 - 12/31/2023

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/18/2023 | AAE | Prepare electronic balloting details for directors and officers | SOL | Solicitation | 1.10 |
| 12/18/2023 | AAE | Prepare copies of ballots per counsel request | SOL | Solicitation | 0.70 |
| 12/18/2023 | AAE | Review late filed ballot summary for counsel | SOL | Solicitation | 0.80 |
| 12/18/2023 | AAE | Coordinate with counsel and KCC team on voting summary | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/18/2023*** | | ***4.10*** |
| 12/19/2023 | AAE | Review D&O late votes and update tracking sheet and coordinate with counsel re same | SOL | Solicitation | 0.70 |
| | | | ***Total for 12/19/2023*** | | ***0.70*** |
| 12/20/2023 | AAE | Coordinate with counsel on voting declaration related to opt in elections | SOL | Solicitation | 0.30 |
| 12/20/2023 | AAE | Correspondence with counsel regarding voting deadline extensions | SOL | Solicitation | 0.10 |
| 12/20/2023 | AAE | Review for late filed ballots and coordinate with counsel re same | SOL | Solicitation | 0.30 |
| | | | ***Total for 12/20/2023*** | | ***0.70*** |
| 12/21/2023 | AAE | Update tracking sheet with late filed ballots | SOL | Solicitation | 0.20 |
| | | | *Total for 12/21/2023* | | *0.20* |
| | | | ***Total Hours*** | | ***31.60*** |

# *Kurtzman Carson Consultants LLC*

*12/01/2023 - 12/31/2023*

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | | |

*Total Expenses*