# EXHIBIT A

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan of Reorganization/Disclosure Statement | 79.8 | $82,110.00 |
| Case Administration | 10.2 | $7,990.00 |
| General Correspondence with Debtor & Debtors' Professionals | 68.8 | $59,927.50 |
| Financial & Operational Matters | 277.3 | $225,207.00 |
| Asset Sales | 41.9 | $32,405.00 |
| General Correspondence with Other Professionals | 159.9 | $137,738.00 |
| Financing Matters (Cash Budget, Exit, Other) | 188.4 | $111,300.50 |
| Firm Retention | 1.9 | $1,585.00 |
| Investigations and Litigation Support | 19.3 | $11,935.00 |
| Claims/Liabilities Subject to Compromise | 59.1 | $50,223.00 |
| Tax Matters | 2.0 | $2,300.00 |
| Fee Application | 59.8 | $33,412.50 |
| Court Attendance/Participation | 3.6 | $2,540.00 |
| Contracts | 2.7 | $2,205.00 |
| Employee Matters | 14.5 | $14,035.00 |
| Insurance Matters | 0.8 | $920.00 |
| **TOTAL** | **989.9** | **$775,833.50** |

16553878/1

**INTERIM COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Winning, Robert | Managing Director | $1,150 | 184.7 | $212,405.00 |
| Bauck, Lyle | Managing Director | $1,150 | 108.3 | $124,545.00 |
| Gallagher, William | Managing Director | $1,150 | 29.8 | $34,212.50 |
| Boffi, Jonathan | Director | $945 | 56.8 | $53,676.00 |
| Lo, Anthony | Vice President | $750 | 107.6 | $80,685.00 |
| Altman, Matthew | Associate | $550 | 422.2 | $232,210.00 |
| Dombrowski, Lauren | Associate | $550 | 18.3 | $10,065.00 |
| Edward, David | Analyst | $450 | 62.3 | $28,035.00 |
| **Grand Total:** | | | **989.9** | **$775,833.50** |