# EXHIBIT B

## Summary of Expenses – First Interim Compensation Period

| Description | Total |
|---|---|
| Business Meals | $684.41 |
| Transportation | $255.70 |
| Conference Calls | $165.13 |
| Professional Services | $7,600.00 |
| **TOTAL**: | **$8,705.24** |

16553878/1