# EXHIBIT A

**Time Records**

**Jefferies LLC**
*October 1, 2023 - October 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/02/23 | Sean Costello | Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy | 1.0 | 11 |
| 10/03/23 | Sean Costello | Call with potential buyer re: process update and bid received | 0.5 | 2 |
| 10/05/23 | Sean Costello | Review of sale process update materials | 0.5 | 2 |
| 10/05/23 | Sean Costello | Working team executive call with A. Kroll re: case strategy | 1.0 | 11 |
| 10/05/23 | Sean Costello | Internal communications re: interested parties | 0.5 | 11 |
| 10/06/23 | Sean Costello | Call with D. Ninivaggi, A. Kroll re: case strategy | 0.5 | 11 |
| 10/09/23 | Sean Costello | Call with potential bidder re: proposal discussion | 0.5 | 2 |
| 10/10/23 | Sean Costello | Call with potential bidder re: assets of interest | 0.5 | 2 |
| 10/15/23 | Sean Costello | Call with potential buyer re: opportunity to participate in the process | 0.5 | 2 |
| 10/18/23 | Sean Costello | Sale hearing | 1.0 | 1 |
| | **October 1, 2023 - October 31, 2023 Hours for Sean Costello** | | **6.5** | |
| 10/01/23 | Jeffrey Finger | Review of court docket re: notice of selection of successful bidder | 0.5 | 1 |
| 10/01/23 | Jeffrey Finger | Review of Company's public filings | 0.5 | 1 |
| 10/02/23 | Jeffrey Finger | Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy | 1.0 | 11 |
| 10/03/23 | Jeffrey Finger | Call with potential buyer re: process update and bid received | 0.5 | 2 |
| 10/04/23 | Jeffrey Finger | Review of court docket | 0.5 | 1 |
| 10/04/23 | Jeffrey Finger | Discussion with equity holders | 1.5 | 1 |
| 10/05/23 | Jeffrey Finger | Review of sale process update materials | 0.5 | 2 |
| 10/05/23 | Jeffrey Finger | Working team executive call with A. Kroll re: case strategy | 1.0 | 11 |
| 10/06/23 | Jeffrey Finger | Review of draft sale declaration | 1.0 | 1 |
| 10/06/23 | Jeffrey Finger | Call with D. Ninivaggi, A. Kroll re: case strategy | 0.5 | 11 |
| 10/07/23 | Jeffrey Finger | Review of draft sale declaration | 1.0 | 1 |
| 10/09/23 | Jeffrey Finger | Call with potential bidder re: proposal discussion | 0.5 | 2 |
| 10/10/23 | Jeffrey Finger | Review of draft sale declaration | 0.5 | 1 |
| 10/10/23 | Jeffrey Finger | Call with potential bidder re: assets of interest | 0.5 | 2 |
| 10/11/23 | Jeffrey Finger | Review of draft sale declaration | 0.5 | 1 |
| 10/12/23 | Jeffrey Finger | Internal catch-up call with R. Hamilton, K. Lisanti, L. Hultgren re: claims | 0.5 | 11 |
| 10/15/23 | Jeffrey Finger | Call with potential buyer re: opportunity to participate in the process | 0.5 | 2 |
| 10/17/23 | Jeffrey Finger | Meeting with Lordstown Board of Directors | 1.0 | 11 |
| 10/18/23 | Jeffrey Finger | Sale hearing | 1.0 | 1 |
| 10/25/23 | Jeffrey Finger | Review of court docket re: amended plan | 0.5 | 7 |
| 10/27/23 | Jeffrey Finger | Review of Company's public filings | 0.5 | 1 |
| 10/30/23 | Jeffrey Finger | Review of court docket re: modified plan | 0.5 | 7 |
| 10/31/23 | Jeffrey Finger | Disclosure Statement Hearing | 1.0 | 1 |
| | **October 1, 2023 - October 31, 2023 Hours for Jeffrey Finger** | | **16.0** | |

Jefferies LLC

*October 1, 2023 - October 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/02/23 | Ryan Hamilton | Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy | 1.0 | 11 |
| 10/03/23 | Ryan Hamilton | Call with potential buyer re: process update and bid received | 0.5 | 2 |
| 10/04/23 | Ryan Hamilton | Discussion with equity holders | 1.5 | 1 |
| 10/04/23 | Ryan Hamilton | Review of sale process outreach materials | 1.0 | 2 |
| 10/05/23 | Ryan Hamilton | Review of sale process update materials | 0.5 | 2 |
| 10/05/23 | Ryan Hamilton | Discussion with potential bidder | 0.5 | 2 |
| 10/05/23 | Ryan Hamilton | Working team executive call with A. Kroll re: case strategy | 1.0 | 11 |
| 10/06/23 | Ryan Hamilton | Review of draft sale declaration | 1.0 | 1 |
| 10/06/23 | Ryan Hamilton | Call with D. Ninivaggi, A. Kroll re: case strategy | 0.5 | 11 |
| 10/07/23 | Ryan Hamilton | Review of draft sale declaration | 0.5 | 1 |
| 10/09/23 | Ryan Hamilton | Call with potential bidder re: proposal discussion | 0.5 | 2 |
| 10/10/23 | Ryan Hamilton | Review of draft sale declaration | 1.0 | 1 |
| 10/10/23 | Ryan Hamilton | Call with potential bidder re: assets of interest | 0.5 | 2 |
| 10/11/23 | Ryan Hamilton | Review of draft sale declaration | 1.0 | 1 |
| 10/12/23 | Ryan Hamilton | Communications with White & Case re: plan of reorganization | 0.5 | 7 |
| 10/12/23 | Ryan Hamilton | Internal catch-up call with J. Finger, K. Lisanti, L. Hultgren re: claims | 0.5 | 11 |
| 10/15/23 | Ryan Hamilton | Call with potential bidder re: opportunity to participate in the process | 0.5 | 2 |
| 10/16/23 | Ryan Hamilton | Call with LAS Capital re: purchased assets | 1.0 | 2 |
| 10/17/23 | Ryan Hamilton | Prepare for sale hearing | 2.0 | 1 |
| 10/17/23 | Ryan Hamilton | Discussion with White & Case (D. Turetsky, J. Zakia) re: sale hearing | 0.5 | 1 |
| 10/17/23 | Ryan Hamilton | Discussion with UCC Advisors re: modifications to Burns proposal | 0.5 | 2 |
| 10/17/23 | Ryan Hamilton | Prepare for meeting with Board of Directors | 0.5 | 11 |
| 10/17/23 | Ryan Hamilton | Meeting with Lordstown Board of Directors | 1.0 | 11 |
| 10/18/23 | Ryan Hamilton | Sale hearing | 1.0 | 1 |
| 10/19/23 | Ryan Hamilton | Internal catch-up call with K. Lisanti, L. Hultgren re: plan and disclosure statement | 0.5 | 11 |
| 10/25/23 | Ryan Hamilton | Review of court docket re: amended plan | 0.5 | 7 |
| 10/30/23 | Ryan Hamilton | Review of court docket re: modified plan | 0.5 | 7 |
| 10/31/23 | Ryan Hamilton | Disclosure Statement Hearing | 1.0 | 1 |
| | **October 1, 2023 - October 31, 2023 Hours for Ryan Hamilton** | | **21.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 10/02/23 | Kevin Lisanti | Review of Company's public filings | 0.5 | 1 |
| 10/02/23 | Kevin Lisanti | Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy | 1.0 | 11 |
| 10/03/23 | Kevin Lisanti | Call with potential buyer re: process update and bid received | 0.5 | 2 |
| 10/04/23 | Kevin Lisanti | Review of sale process outreach materials | 0.5 | 2 |
| 10/04/23 | Kevin Lisanti | Prepare outreach update materials | 1.5 | 2 |
| 10/05/23 | Kevin Lisanti | Review of sale process update materials | 0.5 | 2 |
| 10/05/23 | Kevin Lisanti | Working team executive call with A. Kroll re: case strategy | 1.0 | 11 |
| 10/06/23 | Kevin Lisanti | Review of draft sale declaration | 1.0 | 1 |
| 10/06/23 | Kevin Lisanti | Call with D. Ninivaggi, A. Kroll re: case strategy | 0.5 | 11 |
| 10/07/23 | Kevin Lisanti | Review of draft sale declaration | 0.5 | 1 |
| 10/09/23 | Kevin Lisanti | Call with potential bidder re: proposal discussion | 0.5 | 2 |
| 10/10/23 | Kevin Lisanti | Review of draft sale declaration | 1.0 | 1 |
| 10/10/23 | Kevin Lisanti | Call with potential bidder re: assets of interest | 0.5 | 2 |
| 10/12/23 | Kevin Lisanti | Review of public information re: Lordstown market cap | 0.5 | 1 |
| 10/12/23 | Kevin Lisanti | Prepare materials re: active party status update | 0.5 | 2 |
| 10/12/23 | Kevin Lisanti | Internal catch-up call with J. Finger, R. Hamilton, L. Hultgren re: claims | 0.5 | 11 |
| 10/13/23 | Kevin Lisanti | Review of draft sale declaration | 0.5 | 2 |
| 10/15/23 | Kevin Lisanti | Call with potential buyer re: opportunity to participate in the process | 0.5 | 2 |
| 10/18/23 | Kevin Lisanti | Sale hearing | 1.0 | 1 |
| 10/19/23 | Kevin Lisanti | Internal catch-up call with R. Hamilton, L. Hultgren re: plan and disclosure statement | 0.5 | 11 |
| 10/31/23 | Kevin Lisanti | Disclosure Statement Hearing | 1.0 | 1 |
| | **October 1, 2023 - October 31, 2023 Hours for Kevin Lisanti** | | **14.5** | |
| 10/02/23 | Kelly Pasekoff | Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy | 1.0 | 11 |
| 10/03/23 | Kelly Pasekoff | Call with potential buyer re: process update and bid received | 0.5 | 2 |
| 10/05/23 | Kelly Pasekoff | Working team executive call with A. Kroll re: case strategy | 1.0 | 11 |
| 10/06/23 | Kelly Pasekoff | Call with D. Ninivaggi, A. Kroll re: case strategy | 0.5 | 11 |
| 10/09/23 | Kelly Pasekoff | Call with potential bidder re: proposal discussion | 0.5 | 2 |
| 10/10/23 | Kelly Pasekoff | Call with potential bidder re: assets of interest | 0.5 | 2 |
| 10/12/23 | Kelly Pasekoff | Review materials re: active party status update | 0.5 | 2 |
| 10/12/23 | Kelly Pasekoff | Internal communications re: potential buyer feedback | 0.5 | 2 |
| 10/15/23 | Kelly Pasekoff | Call with potential buyer re: opportunity to participate in the process | 0.5 | 2 |
| 10/18/23 | Kelly Pasekoff | Sale hearing | 1.0 | 1 |
| | **October 1, 2023 - October 31, 2023 Hours for Kelly Pasekoff** | | **6.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/23 | Lars Hultgren | *Review of court docket re: notice of selection of successful bidder* | 0.5 | 1 |
| 10/02/23 | Lars Hultgren | *Review of Company's public filings* | 0.5 | 1 |
| 10/02/23 | Lars Hultgren | *Provide process update to potential buyers* | 2.0 | 2 |
| 10/02/23 | Lars Hultgren | *Working team executive call with D. Ninivaggi, A. Kroll, E. Hightower re: case strategy* | 1.0 | 11 |
| 10/03/23 | Lars Hultgren | *Call with potential buyer re: process update and bid received* | 0.5 | 2 |
| 10/03/23 | Lars Hultgren | *Conversation with potential buyer re: public filings* | 0.5 | 2 |
| 10/03/23 | Lars Hultgren | *Update sale process contact log* | 0.5 | 2 |
| 10/04/23 | Lars Hultgren | *Review and prepare sale process outreach materials* | 1.5 | 2 |
| 10/04/23 | Lars Hultgren | *Provide process update to potential buyers* | 0.5 | 2 |
| 10/04/23 | Lars Hultgren | *Communications re: buyer NDAs* | 0.5 | 2 |
| 10/05/23 | Lars Hultgren | *Omnibus hearing* | 1.0 | 1 |
| 10/05/23 | Lars Hultgren | *Review of sale process update materials* | 1.0 | 2 |
| 10/05/23 | Lars Hultgren | *Working team executive call with A. Kroll re: case strategy* | 1.0 | 11 |
| 10/06/23 | Lars Hultgren | *Review of draft sale declaration* | 2.0 | 1 |
| 10/06/23 | Lars Hultgren | *Review of court docket re: notice of selection of successful bidder* | 0.5 | 1 |
| 10/06/23 | Lars Hultgren | *Review of bids received* | 1.5 | 2 |
| 10/06/23 | Lars Hultgren | *Call with D. Ninivaggi, A. Kroll re: case strategy* | 0.5 | 11 |
| 10/07/23 | Lars Hultgren | *Review of draft sale declaration* | 1.0 | 1 |
| 10/09/23 | Lars Hultgren | *Call with potential bidder re: proposal discussion* | 0.5 | 2 |
| 10/09/23 | Lars Hultgren | *Communications with White & Case re: Company contracts* | 0.5 | 2 |
| 10/10/23 | Lars Hultgren | *Review of draft sale declaration* | 1.0 | 1 |
| 10/10/23 | Lars Hultgren | *Call with potential bidder re: assets of interest* | 0.5 | 2 |
| 10/10/23 | Lars Hultgren | *Monitor sale process VDR* | 0.5 | 2 |
| 10/10/23 | Lars Hultgren | *Communications with potential buyers re: assets of interest* | 0.5 | 2 |
| 10/11/23 | Lars Hultgren | *Communications with interested party re: site visit* | 1.0 | 2 |
| 10/12/23 | Lars Hultgren | *Review of public information re: Lordstown market cap* | 1.0 | 1 |
| 10/12/23 | Lars Hultgren | *Prepare materials re: active party status update* | 1.0 | 2 |
| 10/12/23 | Lars Hultgren | *Update sale process contact log* | 0.5 | 2 |
| 10/12/23 | Lars Hultgren | *Review and manage sale process VDR* | 0.5 | 2 |
| 10/12/23 | Lars Hultgren | *Review of Lordstown market cap and stock price* | 1.0 | 9 |
| 10/12/23 | Lars Hultgren | *Internal catch-up call with J. Finger, R. Hamilton, K. Lisanti re: claims* | 0.5 | 11 |
| 10/14/23 | Lars Hultgren | *Review of draft sale declaration* | 0.5 | 2 |
| 10/15/23 | Lars Hultgren | *Call with potential buyer re: opportunity to participate in the process* | 0.5 | 2 |
| 10/16/23 | Lars Hultgren | *Manage sale process VDR* | 0.5 | 2 |
| 10/16/23 | Lars Hultgren | *Review of draft sale declaration* | 0.5 | 2 |
| 10/17/23 | Lars Hultgren | *Communications with potential buyer re: NDA* | 0.5 | 2 |
| 10/18/23 | Lars Hultgren | *Sale hearing* | 1.0 | 1 |
| 10/18/23 | Lars Hultgren | *Review court docket re: sale order* | 0.5 | 1 |
| 10/18/23 | Lars Hultgren | *Manage buyer VDR* | 0.5 | 2 |
| 10/19/23 | Lars Hultgren | *Internal catch-up call with R. Hamilton, K. Lisanti re: plan and disclosure statement* | 0.5 | 11 |
| 10/25/23 | Lars Hultgren | *Manage buyer VDR* | 0.5 | 2 |
| 10/25/23 | Lars Hultgren | *Review of court docket re: amended plan* | 1.0 | 7 |
| 10/27/23 | Lars Hultgren | *Review of Company's public filings* | 0.5 | 1 |
| 10/30/23 | Lars Hultgren | *Review of court docket re: modified plan* | 1.0 | 7 |
| 10/31/23 | Lars Hultgren | *Disclosure Statement Hearing* | 1.0 | 1 |
| | **October 1, 2023 - October 31, 2023 Hours for Lars Hultgren** | | **34.5** | |

**Jefferies LLC**
*November 1, 2023 - November 30, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 11/01/23 | Jeffrey Finger | *Review fee application* | 1.0 | 1 |
| 11/14/23 | Jeffrey Finger | *Review fee application* | 0.5 | 1 |
| 11/16/23 | Jeffrey Finger | *Discussion with W&C re: plan confirmation* | 0.5 | 11 |
| 11/29/23 | Jeffrey Finger | *Review analysis and similar cases re: plan confirmation* | 1.0 | 11 |
| 11/30/23 | Jeffrey Finger | *Review fee application* | 0.5 | 1 |
| | **November 1, 2023 - November 30, 2023 Hours for Jeffrey Finger** | | **3.5** | |
| 11/01/23 | Ryan Hamilton | *Prepare fee application* | 0.5 | 1 |
| 11/03/23 | Ryan Hamilton | *Discussion with K. Lisanti and L. Hultgren re: sale outcome* | 0.5 | 11 |
| 11/09/23 | Ryan Hamilton | *Prepare fee application* | 0.5 | 1 |
| 11/10/23 | Ryan Hamilton | *Prepare fee application* | 0.5 | 1 |
| 11/10/23 | Ryan Hamilton | *Discussion with L. Hultgren re: fee application* | 0.5 | 1 |
| 11/15/23 | Ryan Hamilton | *Prepare fee application* | 0.5 | 1 |
| 11/16/23 | Ryan Hamilton | *Discussion with W&C re: plan confirmation* | 0.5 | 11 |
| 11/27/23 | Ryan Hamilton | *Discussion with K. Lisanti and L. Hultgren re: plan confirmation* | 0.5 | 11 |
| 11/28/23 | Ryan Hamilton | *Review similar cases and confirmed plans* | 1.0 | 11 |
| 11/29/23 | Ryan Hamilton | *Review analysis and similar cases re: plan confirmation* | 0.5 | 11 |
| 11/29/23 | Ryan Hamilton | *Analysis re: confirmation* | 1.0 | 11 |
| 11/30/23 | Ryan Hamilton | *Review fee application* | 0.5 | 1 |
| | **November 1, 2023 - November 30, 2023 Hours for Ryan Hamilton** | | **7.0** | |
| 11/01/23 | Kevin Lisanti | *Prepare fee application* | 1.0 | 1 |
| 11/01/23 | Kevin Lisanti | *Review of sale order and APA* | 0.5 | 2 |
| 11/03/23 | Kevin Lisanti | *Discussion with R. Hamilton and L. Hultgren re: sale outcome* | 0.5 | 11 |
| 11/08/23 | Kevin Lisanti | *Communication with LAS Capital re: assets* | 0.5 | 2 |
| 11/09/23 | Kevin Lisanti | *Review fee application* | 0.5 | 1 |
| 11/10/23 | Kevin Lisanti | *Prepare fee application* | 1.0 | 1 |
| 11/16/23 | Kevin Lisanti | *Discussion with W&C re: plan confirmation* | 0.5 | 11 |
| 11/16/23 | Kevin Lisanti | *Prepare fee application* | 0.5 | 11 |
| 11/21/23 | Kevin Lisanti | *Discussion with L. Hultgren re: fee application* | 0.5 | 11 |
| 11/27/23 | Kevin Lisanti | *Discussion with R. Hamilton and L. Hultgren re: plan confirmation* | 0.5 | 11 |
| 11/27/23 | Kevin Lisanti | *Review similar cases and confirmed plans* | 1.0 | 11 |
| 11/28/23 | Kevin Lisanti | *Analysis re: confirmation* | 2.0 | 11 |
| 11/29/23 | Kevin Lisanti | *Discussion with R. Hamilton and L. Hultgren re: plan confirmation* | 0.5 | 11 |
| 11/30/23 | Kevin Lisanti | *Review fee application* | 0.5 | 1 |
| | **November 1, 2023 - November 30, 2023 Hours for Kevin Lisanti** | | **10.0** | |
| 11/01/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 11/01/23 | Lars Hultgren | *Review of sale order and APA* | 0.5 | 2 |
| 11/02/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 11/03/23 | Lars Hultgren | *Discussion with R. Hamilton and K. Lisanti re: sale outcome* | 0.5 | 11 |
| 11/07/23 | Lars Hultgren | *Dataroom management* | 0.5 | 2 |
| 11/08/23 | Lars Hultgren | *Dataroom management* | 0.5 | 2 |
| 11/10/23 | Lars Hultgren | *Discussion with R. Hamilton re: fee application* | 0.5 | 1 |
| 11/10/23 | Lars Hultgren | *Communications with S. Ruben re: fee application* | 0.5 | 1 |
| 11/10/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 11/24/23 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 11/16/23 | Lars Hultgren | *Discussion with W&C re: plan confirmation* | 0.5 | 11 |
| 11/21/23 | Lars Hultgren | *Discussion with K. Lisanti re: fee application* | 0.5 | 11 |
| 11/24/23 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 11/27/23 | Lars Hultgren | *Communications with W&C re: confirmation* | 0.5 | 11 |
| 11/27/23 | Lars Hultgren | *Discussion with R. Hamilton and K. Lisanti re: plan confirmation* | 0.5 | 11 |
| 11/27/23 | Lars Hultgren | *Review similar cases and confirmed plans* | 2.0 | 11 |
| 11/28/23 | Lars Hultgren | *Analysis re: confirmation* | 1.5 | 11 |
| 11/29/23 | Lars Hultgren | *Analysis re: confirmation* | 0.5 | 11 |
| 11/29/23 | Lars Hultgren | *Discussion with R. Hamilton and K. Lisanti re: plan confirmation* | 0.5 | 11 |
| 11/30/23 | Lars Hultgren | *Review fee application* | 1.0 | 1 |
| | **November 1, 2023 - November 30, 2023 Hours for Lars Hultgren** | | **14.5** | |

**Jefferies LLC**
*December 1, 2023 - December 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 12/08/23 | Jeffrey Finger | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/08/23 | Jeffrey Finger | *Communications with T. Labuda re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Jeffrey Finger | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Jeffrey Finger | *Communications with S. Ruben re: interim fee app* | 0.5 | 1 |
| 12/12/23 | Jeffrey Finger | *Internal communications re: fee app* | 0.5 | 1 |
| 12/21/23 | Jeffrey Finger | *Review and prepare fee application* | 0.5 | 1 |
| 12/31/23 | Jeffrey Finger | *Internal communications with L. Hultgren re: fee application* | 0.5 | 1 |
|  | **December 1, 2023 - December 31, 2023 Hours for Jeffrey Finger** |  | **3.5** |  |
| 12/04/23 | Ryan Hamilton | *Review of similar cases re: confirmation* | 1.5 | 11 |
| 12/05/23 | Ryan Hamilton | *Discussion with K. Lisanti and L. Hultgren re: confirmation* | 0.5 | 11 |
| 12/07/23 | Ryan Hamilton | *Communications with T. Labuda re: interim fee app* | 0.5 | 1 |
| 12/08/23 | Ryan Hamilton | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Ryan Hamilton | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Ryan Hamilton | *Analysis re: confirmation* | 1.0 | 11 |
| 12/12/23 | Ryan Hamilton | *Internal communications re: fee app* | 0.5 | 1 |
| 12/16/23 | Ryan Hamilton | *Communications with J. Zakia and W&C re: plan confirmation* | 0.5 | 1 |
| 12/21/23 | Ryan Hamilton | *Review and prepare fee application* | 0.5 | 1 |
|  | **December 1, 2023 - December 31, 2023 Hours for Ryan Hamilton** |  | **6.0** |  |
| 12/04/23 | Kevin Lisanti | *Analysis re: confirmation* | 2.0 | 11 |
| 12/04/23 | Kevin Lisanti | *Discussion with L. Hultgren re: plan confirmation* | 0.5 | 11 |
| 12/05/23 | Kevin Lisanti | *Analysis re: confirmation* | 2.0 | 11 |
| 12/05/23 | Kevin Lisanti | *Discussion with R. Hamilton and L. Hultgren re: confirmation* | 0.5 | 11 |
| 12/07/23 | Kevin Lisanti | *Analysis re: confirmation* | 3.0 | 11 |
| 12/08/23 | Kevin Lisanti | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Kevin Lisanti | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Kevin Lisanti | *Analysis re: confirmation* | 3.0 | 11 |
| 12/14/23 | Kevin Lisanti | *Discussion with L. Hultgren re: plan confirmation* | 0.5 | 11 |
| 12/21/23 | Kevin Lisanti | *Review and prepare fee application* | 0.5 | 1 |
|  | **December 1, 2023 - December 31, 2023 Hours for Kevin Lisanti** |  | **13.0** |  |
| 12/01/23 | Lars Hultgren | *Read court docket re: plan supplement* | 0.5 | 1 |
| 12/01/23 | Lars Hultgren | *Analysis re: confirmation* | 6.0 | 11 |
| 12/04/23 | Lars Hultgren | *Discussion with K. Lisanti re: plan confirmation* | 0.5 | 11 |
| 12/04/23 | Lars Hultgren | *Review of similar cases re: plan confirmation* | 2.0 | 11 |
| 12/04/23 | Lars Hultgren | *Analysis re: confirmation* | 1.0 | 11 |
| 12/05/23 | Lars Hultgren | *Discussion with R. Hamilton and K. Lisanti re: confirmation* | 0.5 | 11 |
| 12/05/23 | Lars Hultgren | *Analysis re: confirmation* | 4.0 | 11 |
| 12/08/23 | Lars Hultgren | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/11/23 | Lars Hultgren | *Internal discussion re: interim fee app* | 0.5 | 1 |
| 12/12/23 | Lars Hultgren | *Internal communications re: fee app* | 0.5 | 1 |
| 12/14/23 | Lars Hultgren | *Analysis re: confirmation* | 2.5 | 11 |
| 12/14/23 | Lars Hultgren | *Discussion with K. Lisanti re: plan confirmation* | 0.5 | 11 |
| 12/19/23 | Lars Hultgren | *Communications with S. Ruben re: fee application* | 0.5 | 1 |
| 12/21/23 | Lars Hultgren | *Communications with S. Ruben re: fee application* | 0.5 | 1 |
| 12/21/23 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 12/27/23 | Lars Hultgren | *Communications with S. Ruben re: transaction fee* | 0.5 | 1 |
| 12/29/23 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 12/31/23 | Lars Hultgren | *Internal communications with J. Finger re: fee application* | 0.5 | 1 |
|  | **December 1, 2023 - December 31, 2023 Hours for Lars Hultgren** |  | **22.0** |  |