## EXHIBIT B

### Expense Detail

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| KEVIN LISANTI | 9/19/2023 | $28.38 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/20/2023 | $9.37 | TAXI |
| LARS HULTGREN | 9/20/2023 | $18.00 | TAXI |
| LARS HULTGREN | 9/21/2023 | $29.37 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/22/2023 | $27.14 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/26/2023 | $30.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/26/2023 | $10.47 | TAXI |
| LARS HULTGREN | 9/27/2023 | $27.16 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/27/2023 | $9.12 | TAXI |
| LARS HULTGREN | 9/28/2023 | $29.37 | EMPLOYEE MEAL |
| LARS HULTGREN | 9/28/2023 | $15.23 | TAXI |
| LARS HULTGREN | 9/29/2023 | $30.00 | EMPLOYEE MEAL |
| JEFFREY FINGER | 10/4/2023 | $55.00 | EMPLOYEE MEAL |
| RYAN HAMILTON | 10/4/2023 | $55.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/5/2023 | $30.00 | EMPLOYEE MEAL |
| LARS HULTGREN | 10/5/2023 | $13.95 | TAXI |
| LARS HULTGREN | 10/6/2023 | $29.51 | EMPLOYEE MEAL |
| DENTONS | 10/31/2023 | $8,409.00 | LEGAL |
| DENTONS | 11/30/2023 | $6,195.00 | LEGAL |
| DENTONS | 12/31/2023 | $7,635.00 | LEGAL |
| **Total Expense** | | **$22,686.07** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

November 14, 2023

**Invoice No. 2684314**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

Total This Invoice $ 8,409.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ███████
Account #: ███████
Account Name: Dentons US LLP
Swift Code: ███████
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

November 14, 2023

**Invoice No. 2684314**

Client/Matter:   09806540-000061

Lordstown Motors
8396

_____

For Professional Services Rendered through October 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/05/23 | T. Labuda | 0.80 | 1,080.00 | Review and comment on Finger sale declaration. |
| 10/05/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger and Hamilton re declaration comments. |
| 10/06/23 | S. Ruben | 0.10 | 66.00 | Review interim compensation procedures. |
| 10/07/23 | T. Labuda | 0.30 | 405.00 | Review and comment on further revised Finger sale declaration. |
| 10/07/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re revised declaration. |
| 10/10/23 | T. Labuda | 0.10 | 135.00 | Emails with Finger and Passoni re additional parties in interest. |
| 10/10/23 | T. Labuda | 0.20 | 270.00 | Review revised sale declaration. |
| 10/10/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re revised sale declaration. |
| 10/10/23 | S. Ruben | 0.10 | 66.00 | Correspond with J. Finger, C. Passoni, and T. Labuda re supplemental PII list. |
| 10/12/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee application. |
| 10/13/23 | T. Labuda | 0.20 | 270.00 | Review revised sale declaration. |
| 10/13/23 | T. Labuda | 0.10 | 135.00 | Emails with client re revised sale declaration. |
| 10/15/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton and T. Labuda re sale declaration. |
| 10/15/23 | T. Labuda | 0.20 | 270.00 | Review revised sale declaration. |
| 10/15/23 | T. Labuda | 0.10 | 135.00 | Emails with client re revised declaration. |
| 10/18/23 | S. Ruben | 0.10 | 66.00 | Correspond with C. Passoni, and T. Labuda re supplemental PII list. |
| 10/19/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |

Lordstown Motors
8396

Matter: 09806540-000061  
Invoice No.: 2684314

November 14, 2023

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/19/23 | S. Ruben | 0.70 | 462.00 | Draft interim fee application. |
| 10/19/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti re monthly and interim fee application. |
| 10/19/23 | T. Labuda | 0.20 | 270.00 | Conference with Ruben re interim compensation procedures and fee filings. |
| 10/19/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re fee filings. |
| 10/24/23 | T. Labuda | 0.30 | 405.00 | Emails and conference with client re fee filings timing and procedures. |
| 10/24/23 | S. Ruben | 0.20 | 132.00 | Conference with R. Hamilton and T. Labuda re interim fee application. |
| 10/24/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |
| 10/25/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |
| 10/25/23 | S. Ruben | 0.80 | 528.00 | Draft monthly fee application. |
| 10/26/23 | S. Ruben | 0.60 | 396.00 | Draft monthly fee application. |
| 10/26/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee application. |
| 10/26/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re consolidated fee statement. |
| 10/30/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee application. |
| 10/31/23 | S. Ruben | 2.90 | 1,914.00 | Draft consolidated monthly and interim fee applications. |
| 10/31/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee applications. |
| 10/31/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re consolidated monthly and interim fee filings. |
| Total Hours | | 9.50 | | |
| Fee Amount | | | | $ 8,409.00 |

3

Lordstown Motors
8396

Matter: 09806540-000061  
Invoice No.: 2684314

November 14, 2023

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---:|---:|---:|
| T. Labuda | $ 1,350.00 | 3.10 | $ 4,185.00 |
| S. Ruben | $ 660.00 | 6.40 | $ 4,224.00 |
| Totals |  | 9.50 | $ 8,409.00 |

Fee Total          $     8,409.00

Invoice Total      $     8,409.00

4

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

December 18, 2023

**Invoice No. 2713151**

Client/Matter: 09806540-000061

Lordstown Motors
8396

Payment Due Upon Receipt

| | |
|---|---|
| Total This Invoice | $ 6,195.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ▮▮▮▮▮▮▮▮
Account #: ▮▮▮▮▮▮▮▮
Account Name: Dentons US LLP
Swift Code: ▮▮▮▮▮▮▮▮
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

December 18, 2023

**Invoice No. 2713151**

Client/Matter:   09806540-000061

Lordstown Motors  
8396

_____

For Professional Services Rendered through November 30, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/01/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee applications. |
| 11/01/23 | S. Ruben | 0.50 | 330.00 | Draft consolidated monthly and interim fee applications. |
| 11/01/23 | S. Ruben | 0.10 | 66.00 | Correspond with K. Lisanti and deal team re monthly and interim fee applications. |
| 11/01/23 | S. Ruben | 0.10 | 66.00 | Conference with R. Hamilton re monthly fee application. |
| 11/01/23 | T. Labuda | 0.50 | 675.00 | Review and comment on draft consolidated monthly fee statement and interim application. |
| 11/01/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re fee filing comments. |
| 11/02/23 | T. Labuda | 0.10 | 135.00 | Emails with client and Ruben re fee filing materials. |
| 11/02/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren and deal team re monthly and interim fee applications. |
| 11/09/23 | T. Labuda | 0.10 | 135.00 | Emails with client re interim fee application. |
| 11/09/23 | S. Ruben | 0.10 | 66.00 | Correspond with S. Ludovici and R. Hamilton re monthly and interim fee applications. |
| 11/10/23 | S. Ruben | 0.30 | 198.00 | Conference with T. Labuda re interim and monthly fee applications. |
| 11/10/23 | S. Ruben | 0.20 | 132.00 | Correspond with L. Hultgren and deal team re monthly and interim fee applications. |
| 11/10/23 | S. Ruben | 1.50 | 990.00 | Draft consolidated monthly and interim fee applications. |
| 11/10/23 | S. Ruben | 0.20 | 132.00 | Conference with L. Hultgren re monthly and interim fee applications. |
| 11/10/23 | S. Ruben | 0.10 | 66.00 | Correspond with S. Ludovici re monthly and interim fee applications. |

Lordstown Motors
8396

Matter: 09806540-000061  
Invoice No.: 2713151

December 18, 2023

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/10/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Ruben re fee filings comments and questions. |
| 11/10/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim and monthly fee applications. |
| 11/11/23 | S. Ruben | 0.10 | 66.00 | Correspond with S. Ludovici re monthly and interim fee applications. |
| 11/11/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben and W&C re fee filings. |
| 11/13/23 | S. Ruben | 0.10 | 66.00 | Correspond with D. Detweiler and M. Patterson re monthly and interim fee applications. |
| 11/13/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee applications. |
| 11/13/23 | T. Labuda | 0.20 | 270.00 | Emails and conference with Ruben re interim fee filings. |
| 11/14/23 | T. Labuda | 0.20 | 270.00 | Emails with Ruben and company counsel re fee filings. |
| 11/14/23 | S. Ruben | 0.10 | 66.00 | Correspond with C. Giobbe and S. Ludovici re monthly and interim fee applications. |
| 11/14/23 | S. Ruben | 0.40 | 264.00 | Draft consolidated monthly and interim fee applications. |
| 11/14/23 | S. Ruben | 0.10 | 66.00 | Conference with L. Hultgren re monthly and interim fee applications. |
| 11/14/23 | S. Ruben | 0.20 | 132.00 | Correspond with T. Labuda re interim and monthly fee applications. |
| 11/14/23 | S. Ruben | 0.10 | 66.00 | Correspond with J. Finger and deal team re monthly and interim fee applications. |
| 11/14/23 | S. Ruben | 0.20 | 132.00 | Prepare consolidated monthly and interim fee applications for filing. |
| 11/15/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee applications. |
| 11/15/23 | S. Ruben | 0.10 | 66.00 | Correspond with R. Hamilton and deal team re filed monthly and interim fee applications. |
| 11/22/23 | T. Labuda | 0.20 | 270.00 | Emails with client team re fee filings. |
| 11/24/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren re monthly and interim fee applications. |

3

Lordstown Motors
8396

December 18, 2023

Matter: 09806540-000061
Invoice No.: 2713151

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/27/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee applications. |
| 11/27/23 | S. Ruben | 0.30 | 198.00 | Draft second consolidated monthly fee application. |
| 11/27/23 | T. Labuda | 0.10 | 135.00 | Conference with Ruben re monthly fee statement and final fee application. |
| 11/30/23 | T. Labuda | 0.10 | 135.00 | Emails with Hultgren re fee filing materials. |
| Total Hours | | 7.40 | | |
| Fee Amount | | | | $ 6,195.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 1.90 | $ 2,565.00 |
| S. Ruben | $ 660.00 | 5.50 | $ 3,630.00 |
| Totals | | 7.40 | $ 6,195.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 6,195.00 |
| Invoice Total | $ | 6,195.00 |

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

January 17, 2024

**Invoice No. 2719244**

Client/Matter: 09806540-000061

Lordstown Motors
8396

**Payment Due Upon Receipt**

| | |
|---|---|
| Total This Invoice | $ 7,635.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ▮▮▮▮▮▮▮▮
Account #: ▮▮▮▮▮▮▮▮
Account Name: Dentons US LLP
Swift Code: ▮▮▮▮▮▮
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

January 17, 2024

**Invoice No. 2719244**

Client/Matter:   09806540-000061

Lordstown Motors
8396

_____

For Professional Services Rendered through December 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/06/23 | S. Ruben | 0.10 | 66.00 | Correspond with C. Giobbe re certification of counsel and omnibus order. |
| 12/06/23 | S. Ruben | 0.10 | 66.00 | Review certification of counsel and omnibus order. |
| 12/07/23 | T. Labuda | 0.20 | 270.00 | Conference and emails with Hamilton re confirmation issues. |
| 12/08/23 | S. Ruben | 0.10 | 66.00 | Correspond with M. Patterson re hearing on interim fee applications. |
| 12/08/23 | S. Ruben | 0.20 | 132.00 | Conference with T. Labuda re hearing on interim fee application. |
| 12/08/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re interim fee application. |
| 12/08/23 | S. Ruben | 0.10 | 66.00 | Correspond with J. Finger and T. Labuda re hearing on interim fee application. |
| 12/08/23 | T. Labuda | 0.20 | 270.00 | Emails with client team and Turetsky re interim fee hearing. |
| 12/08/23 | T. Labuda | 0.10 | 135.00 | Emails with Womble team re interim fee hearing. |
| 12/08/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re interim fee hearing. |
| 12/10/23 | S. Ruben | 0.20 | 132.00 | Conference with T. Labuda re hearing on interim fee application. |
| 12/11/23 | T. Labuda | 0.30 | 405.00 | Emails and conferences with Ruben re hearing preparation. |
| 12/11/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with Ruben re fee hearing. |
| 12/11/23 | S. Ruben | 2.60 | 1,716.00 | Prepare for hearing on interim fee application. |
| 12/11/23 | S. Ruben | 0.20 | 132.00 | Correspond with J. Finger, R. Hamilton, and L. Hultgren re hearing on monthly and interim fee applications. |

**DENTONS**

Lordstown Motors
8396

January 17, 2024

Matter: 09806540-000061
Invoice No.: 2719244

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/11/23 | S. Ruben | 0.20 | 132.00 | Conference with T. Labuda re hearing on interim fee application. |
| 12/11/23 | S. Ruben | 0.10 | 66.00 | Correspond with M. Patterson re hearing on interim fee applications. |
| 12/11/23 | S. Ruben | 0.10 | 66.00 | Review and comment on pro hac vice. |
| 12/11/23 | S. Ruben | 0.10 | 66.00 | Revise notice of supplement to expense detail. |
| 12/11/23 | S. Ruben | 0.20 | 132.00 | Attend hearing on interim fee application. |
| 12/11/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re hearing on interim fee application. |
| 12/12/23 | S. Ruben | 0.10 | 66.00 | Correspond with S. Ludovici re monthly and interim fee applications. |
| 12/14/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re interim and monthly fee applications. |
| 12/19/23 | S. Ruben | 0.20 | 132.00 | Conference with L. Hultgren re expenses for monthly fee application. |
| 12/19/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren re monthly fee applications. |
| 12/21/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren re monthly fee application. |
| 12/21/23 | S. Ruben | 0.10 | 66.00 | Conference with T. Labuda re monthly fee application. |
| 12/27/23 | T. Labuda | 0.10 | 135.00 | Emails with Ruben re October fee statement. |
| 12/27/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren re monthly fee application. |
| 12/27/23 | S. Ruben | 0.20 | 132.00 | Draft October monthly fee application. |
| 12/28/23 | S. Ruben | 1.50 | 990.00 | Draft October monthly fee application. |
| 12/28/23 | S. Ruben | 0.10 | 66.00 | Correspond with T. Labuda re October monthly fee application. |
| 12/29/23 | S. Ruben | 0.20 | 132.00 | Conference with T. Labuda re monthly fee application. |
| 12/29/23 | S. Ruben | 0.10 | 66.00 | Correspond with L. Hultgren and deal team re monthly fee application. |
| 12/29/23 | S. Ruben | 0.90 | 594.00 | Draft October monthly fee application. |

Lordstown Motors
8396

January 17, 2024

Matter: 09806540-000061
Invoice No.: 2719244

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/29/23 | S. Ruben | 0.20 | 132.00 | Conference with L. Hultgren re monthly fee application. |
| 12/29/23 | T. Labuda | 0.30 | 405.00 | Review and comment on fee filing. |
| 12/29/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with Ruben re fee filing. |
| Total Hours | | 10.00 | | |
| Fee Amount | | | | $ 7,635.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 1.50 | $ 2,025.00 |
| S. Ruben | $ 660.00 | 8.50 | $ 5,610.00 |
| Totals | | 10.00 | $ 7,635.00 |

| | | |
|---|---|---|
| Fee Total | $ | 7,635.00 |
| Invoice Total | $ | 7,635.00 |

4