**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>Obj. Deadline: Mar. 7, 2024, at 4:00 p.m. (ET)<br>Hearing Date: March 14, 2024 at 3:00 p.m. (ET) |

**COVER SHEETS FOR SECOND INTERIM APPLICATION OF
WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2023 TO AND INCLUDING DECEMBER 31, 2023**

| | |
|---|---:|
| Name of Applicant: | White & Case LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective June 27, 2023 |
| Period for Which Compensation and Reimbursement Are Requested: | October 1, 2023 – December 31, 2023 |
| Total Amount of Compensation (100%): | $3,336,354.00 |
| Amount of Compensation Requested by Prior Monthly Fee Applications (80%): | $2,669,083.20 |
| Amount of Compensation Held Back from Prior Monthly Fee Applications (20%): | $667,270.80[2] |
| Total Amount of Expense Reimbursement: | $8,408.06 |
| Aggregate Amount of Compensation and Expense Reimbursement | $3,344,762.06 |

This is an <u>interim</u> fee application.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Assumes that the 80% requested by White & Case in its Sixth Monthly Fee Application will be paid in full.

i

AMERICAS 126274811

**MONTHLY FEE APPLICATIONS FILED**

| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
|---|---|---|---|---|---|---|---|---|---|
| | | **Requested** | | **Approved On Monthly Basis** | | **Holdback** | | **Total Approved By Interim Order** | |
| **Date; D.I.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 9/13/2023 D.I. 422 | 6/27/2023-7/31/2023 | $2,296,617.00 | $4,880.64 | $1,837,293.60 | $4,880.64 | $459,323.40 | $0.00 | $2,296,617.00 | $4,880.64 |
| 10/20/2023 D.I. 594 | 8/1/2023-8/31/2023 | $1,923,539.00 | $4,149.65 | $1,538,831.20 | $4,149.65 | $384,707.80 | $0.00 | $1,923,539.00 | $4,149.65 |
| 11/10/2023 D.I. 684 | 9/1/2023-9/30/2023 | $1,313,604.00 | $36.58 | $1,050,883.20 | $36.58 | $262,720.80 | $0.00 | $1,313,604.00 | $36.58 |
| 11/30/2023 D.I. 762 | 10/1/2023-10/31/2023 | $1,654,153.00 | $3,903.33 | $1,323,322.40 | $3,903.33 | $330,830.60 | $0.00 | TBD | TBD |
| 1/12/2024 D.I. 912 | 11/1/2023-11/30/2023 | $989,463.00 | $0.00 | $791,570.40 | $0.00 | $197,892.60 | $0.00 | TBD | TBD |
| 2/13/2024 D.I. 967 | 12/1/2023-12/31/2023 | $692,738.00 | $4,504.73 | TBD | TBD | TBD | TBD | TBD | TBD |

## SUMMARY OF TOTAL FEES AND HOURS
## BY ATTORNEYS AND PARAPROFESSIONALS

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| **Cieply, Adam** | **Partner** | 2010 | M&A - Corporate Practice | 15.7 | $1,460.00 | $22,922.00 |
| **Green, Jesse** | **Counsel** | 2007 | Commercial Litigation Practice | 103.2 | $1,310.00 | $135,192.00 |
| **He, Fan** | **Counsel** | 2007 | Financial Restructuring & Insolvency (FRI) Practice | 313.5 | $1,310.00 | $410,685.00 |
| **Hirshorn, Deanna** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 10.4 | $380.00 | $3,952.00 |
| **Kampfner, Roberto** | **Partner** | 1995 | Financial Restructuring & Insolvency (FRI) Practice | 218.1 | $1,590.00 | $346,779.00 |
| **Kaul, Sequoia** | **Associate** | 2018 | Commercial Litigation Practice | 134.3 | $1,060.00 | $142,358.00 |
| **Kim, Doah** | **Associate** | 2012 | Financial Restructuring & Insolvency (FRI) Practice | 196.7 | $1,270.00 | $249,809.00 |
| **Lauria, Thomas** | **Partner** | 1987 | Financial Restructuring & Insolvency (FRI) Practice | 9.6 | $2,100.00 | $20,160.00 |
| **Ludovici, Stephen** | **Associate** | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 12.8 | $1,240.00 | $15,872.00 |
| **Mezei, Livy** | **Associate** | 2017 | Financial Restructuring & Insolvency (FRI) Practice | 134.0 | $1,020.00 | $136,680.00 |
| **Padmanabhan, Aditi** | **Associate** | 2023 | Commercial Litigation Practice | 70.7 | $740.00 | $52,318.00 |
| **Pryor, Gregory** | **Partner** | 1989 | M&A - Corporate Practice | 31.0 | $1,950.00 | $60,450.00 |
| **Strom, Peter** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 68.3 | $960.00 | $65,568.00 |
| **Szuba, RJ** | **Associate** | 2017 | Financial Restructuring & Insolvency (FRI) Practice | 393.9 | $1,140.00 | $449,046.00 |
| **Turetsky, David** | **Partner** | 2003 | Financial Restructuring & Insolvency (FRI) Practice | 453.9 | $1,750.00 | $794,325.00 |
| **Yoo, Jade** | **Associate** | 2020 | Commercial Litigation Practice | 61.8 | $1,020.00 | $63,036.00 |
| **Zakia, Jason** | **Partner** | 1999 | Commercial Litigation Practice | 194.7 | $1,750.00 | $340,725.00 |
| **Zhang, Shirley** | **Associate** | 2022 | M&A - Private Equity Practice | 31.9 | $830.00 | $26,477.00 |
| **Grand Total** | | | | 2,454.5 | | $3,336,354.00 |

AMERICAS 126274811

**STATEMENT OF FEES AND EXPENSES BY PROJECT CATEGORY**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| B01 | Asset Analysis, Sale & Disposition | 220.8 | $291,160.00 |
| B02 | Automatic Stay Issues | 0.0 | $0.00 |
| B03 | Avoidance Actions & Other Asset Recovery | 0.0 | $0.00 |
| B04 | Business Operations, Vendor & Utility Issues | 70.9 | $99,563.00 |
| B05 | Case Administration | 34.3 | $36,878.00 |
| B06 | Case Strategy | 71.8 | $103,856.00 |
| B07 | Claims Administration & Objections | 423.3 | $497,458.00 |
| B08 | Corporate Advice & Board Meetings | 54.6 | $82,684.00 |
| B09 | Creditor Meetings & Statutory Committees | 2.5 | $3,547.00 |
| B10 | Disbursement | 0.0 | $0.00 |
| B11 | Discovery | 0.0 | $0.00 |
| B12 | Exclusivity, Plan & Disclosure Statement | 964.5 | $1,360,116.00 |
| B13 | Executory Contracts & Unexpired Leases | 70.2 | $87,310.00 |
| B14 | First Day Pleadings | 0.0 | $0.00 |
| B15 | Hearings & Court Matters | 52.0 | $71,143.00 |
| B16 | Insurance Issues | 21.5 | $32,851.00 |
| B17 | Litigation | 287.5 | $415,771.00 |
| B18 | Nonworking Travel | 0.0 | $0.00 |
| B19 | Professional Retention & Fees – W&C | 24.5 | $29,019.00 |
| B20 | Professional Retention & Fees – Other | 5.7 | $7,072.00 |
| B21 | Reports, Schedules & U.S. Trustee Issues | 53.6 | $77,407.00 |
| B22 | Tax Issues | 0.4 | $700.00 |
| B23 | Employee Issues | 96.4 | $139,819.00 |
| | **Grand Total** | **2,454.5** | **$3,336,354.00** |

iv

**EXPENSE SUMMARY**

| Category | Amount |
|---|---|
| Business Meals | $35.92 |
| Conference Room Dining | $411.06 |
| Deposition Transcripts | $7,879.68 |
| Printing | $0.20 |
| Taxi - Overtime | $46.20 |
| Overtime Meals | $35.00 |
| **Grand Total** | **$8,408.06** |

v

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Mar. 7, 2024, at 4:00 p.m. (ET)**<br>**Hearing Date: March 14, 2024 at 3:00 p.m. (ET)** |

**SECOND INTERIM APPLICATION OF
WHITE & CASE LLP FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 1, 2023 TO AND INCLUDING DECEMBER 31, 2023**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181] (the "**Interim Compensation Procedures**"), White & Case LLP ("**White & Case**"), attorneys for the debtors and the debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, hereby files this second interim application (this "**Application**") for the period from October 1, 2023 to and including December 31, 2023 (the "**Application Period**") requesting (a) interim allowance and payment of $3,344,762.06, consisting of (i) compensation for professional services to the Debtors in the amount of $3,336,354.00, representing 100% of the fees earned by White & Case and for which White & Case is seeking compensation for professional services to the Debtors during the Application Period, and (ii) reimbursement of 100% of the actual and necessary expenses incurred by White & Case during the Application Period in connection with such services in the amount of $8,408.06, without prejudice to White & Case's right to seek

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

AMERICAS 126274811

additional compensation for services performed and expenses incurred during the Application Period, if any, which were not processed at the time of this Application, and (b) grant such other and further relief as is just and proper. These amounts reflect voluntary reductions made by White & Case before filing, in the aggregate, of $729,022.00 (~17.9%) in fees and $1,351.08 (~13.8%) in expenses (and for which White & Case did not seek compensation or reimbursement as part of its Monthly Fee Applications that covered the Application Period).

Specifically, White & Case requests that the Court award interim allowance of the compensation and reimbursement expenses that were the subject of the following Monthly Fee Applications (as defined below) that covered the Application Period.

On November 30, 2023, White & Case filed its fourth monthly fee application (the "**Fourth Monthly Fee Application**") for the period from October 1, 2023 to October 31, 2023 [Docket No. 762]. Pursuant to the Interim Compensation Procedures, White & Case has been paid $1,327,225.73, representing $1,323,322.40 in fees (80% of the $1,654,153.00 of fees earned) and $3,903.33 in expenses, and $330,830.60 in fees have been held back.

On January 12, 2024, White & Case filed its fifth monthly fee application (the "**Fifth Monthly Fee Application**") for the period of November 2023 [Docket No. 912]. Pursuant to the Interim Compensation Procedures, White & Case has been paid $791,570.40, representing $791,570.40 in fees (80% of the $989,463.00 of fees earned) and $0.00 in expenses, and $197,892.60 in fees have been held back.

On February 13, 2024, White & Case filed its sixth monthly fee application (the "**Sixth Monthly Fee Application**," and together with the Fourth Monthly Fee Application and the Fifth Monthly Fee Application, the "**Monthly Fee Applications**") for the period of December 2023 [Docket No. 967]. While the objection period for the Sixth Monthly Fee Application under the

AMERICAS 126274811

Interim Compensation Procedures has not yet passed, should no objection be made, then White & Case will be paid $558,695.13, representing $554,190.40 in fees (80% of the $692,738.00 of fees earned) and $4,504.73 in expenses, and $138,547.60 in fees will have been held back.

Details of White & Case's fees and expenses for the Application Period are attached as exhibits to White & Case's Monthly Fee Applications, which have been filed at Docket Numbers 762 (Fourth Monthly Fee Application), 912 (Fifth Monthly Fee Application) and 967 (Sixth Monthly Fee Application). Although White & Case has made every effort to include all fees earned and expenses incurred during the Application Period, some fees and expenses might not have been included in the applicable Monthly Fee Application or covered in this Application due to delays caused by accounting and processing during the Application Period. White & Case reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order. For similar reasons, some of the fees and expenses requested in this Application may have been earned or incurred before the Application Period.

As set forth in the Monthly Fee Applications and restated above, the compensation and expense reimbursements that were the subject of the Monthly Fee Applications reflected voluntary reductions made by White & Case before filing of, in the aggregate, $729,022.00 (~17.9%) in fees and $1,351.08 (~13.8%) in expenses.

**Exhibits A**, **B**, and **C** attached hereto contain certain schedules pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**").

3

In addition, White & Case states as follows in response to the questions set forth in paragraph C.5 of the U.S. Trustee Guidelines:

1. Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application Period? If so, please explain.

    a. **White & Case did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms for services pertaining to this engagement.**

2. If the fees sought in this Application as compared to the fees budgeted for the time period covered by this Application are higher by 10% or more, did you discuss the reasons for the variation with the client?

    a. **The fees sought in this Application as compared to the fees budgeted for the time period covered by this Application are not higher by 10% or more.**

3. Have any of the professionals included in this Application varied their hourly rate based on the geographic location of the bankruptcy case?

    a. **The professionals included in this Application did not vary their hourly rate based on the geographic location of the bankruptcy case.**

4. Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

    a. **No. However, this Application does include time or fees for reviewing time records to redact any privileged or other confidential information as discussed in the answer to question 5 below.**

5. Does this Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

    a. **Yes. This Application includes time or fees for reviewing time records to redact any privileged or other confidential information in connection with the preparation of White & Case's Monthly Fee Applications relating to the Application Period. White & Case is seeking compensation for approximately 6.0 hours and $6,796.00 in fees with respect to this point.**

6. If the Application includes any rate increases since retention:

    a. Did your client review and approve those rate increases in advance?

4

5

       **i. There have been no rate increases since retention.**

b. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

       **i. There have been no rate increases since retention.**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 14, 2024 | Respectfully submitted, |

*/s/David M. Turetsky*

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Fan B. He (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
david.turetsky@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
RJ Szuba (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Co-Counsel to Debtors and
Debtors-in-Possession*

6