# Exhibit B

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exhibit E)

AMERICAS 126274811

## SUMMARY OF SECOND INTERIM APPLICATION

| | | |
|---|---|---|
| Name of Applicant | White & Case LLP | |
| Name of Client | Lordstown Motors Corp. *et al.* | |
| Time period covered by Application | October 1, 2023 – December 31, 2023 | |
| Total compensation sought during the Application Period | $3,336,354.00 | |
| Total expenses sought during the Application Period | $8,408.06 | |
| Petition Date | June 27, 2023 | |
| Retention Date | *Effective* June 27, 2023 | |
| Date of order approving employment | July 25, 2023 | |
| Total compensation approved by interim order to date | $5,533,760.00 | |
| Total expenses approved by interim order to date | $9,066.87 | |
| Total allowed compensation paid to date | $5,533,760.00 | |
| Total allowed expenses paid to date | $9,066.87 | |
| Blended rate in the Application for all attorneys | $1,363 | |
| Blended rate in the Application for all timekeepers | $1,359 | |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $2,669,083.20 | [1] |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $8,408.06 | [1] |
| Number of timekeepers included in the Application | 18 | |
| If applicable, number of timekeepers in the Application not included in staffing plan approved by client | N/A | |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $3.9 million – $4.8 million<br><br>Amount Sought: $3,336,354.00 | |
| Number of timekeepers billing fewer than 15 hours to the case during the Application Period | 3 | |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this Application using the rates originally disclosed in the retention application. | No | |

---

[1] Although the objection period for the Sixth Monthly Fee Application under the Interim Compensation Procedures has not yet passed, these figures assume that no objection will be raised with respect to same and thus includes 80% of the fees and 100% of the expenses from the Sixth Monthly Fee Application.