**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Michael Villa, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 954]

- **Order Extending the Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code to Assume or Reject Unexpired Leases of Nonresidential Real Property** [Docket No. 955]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit D**; and via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 954]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit F**; and via First Class Mail upon the service list attached hereto as **Exhibit G**:

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- **Order Extending the Deadline Pursuant to Section 365(d)(4) of the Bankruptcy Code to Assume or Reject Unexpired Leases of Nonresidential Real Property** [Docket No. 955]

Furthermore, on February 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit H**; and via First Class Mail upon the service list attached hereto as **Exhibit I**:

- **Third Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period from December 1, 2023 Through December 31, 2023** [Docket No. 956]

Dated: February 14, 2024

*/s/ Michael Villa*
Michael Villa
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com; robin.spigel@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | maustria@austriallc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer, Sharon I. Dwoskin, Tristan G. Axelrod | msawyer@brownrudnick.com; sdwoskin@brownrudnick.com; taxelrod@brownrudnick.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg, Michael S. Winograd | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; mwinograd@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | rwinning@m3-partners.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Michigan Department of Treasury | Michigan Department of Treasury | Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo, Donna L. Culver | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com; dculver@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq. | Joseph.Larkin@Skadden.com; stephen.dellapenna@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Robert D. Drain, Esq. | Robert.Drain@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Esq., Jennifer Madden, Esq. | Ron.Meisler@Skadden.com; Jennifer.Madden@Skadden.com |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

# Exhibit B

Exhibit B
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies Barry Leonard | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | 201 Main Street, Suite 1100 | | | Fort Worth | TX | 76102 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | 1700 Broadway, 19th Floor | | | New York | NY | 10019 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | 111 Park Street | | | London | | W1K 7JL | United Kingdom |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2

# Exhibit C

**Exhibit C**

**Lienholders Service List**

**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| COMPETITION ENGINEERING, INC | 975 COMSTOCK STREET | MARNE | MI | 49435-8751 |
| HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | 200 CONNELL DRIVE | BERKELEY HEIGHTS | NJ | 07922 |
| PETERSON JIG AND FIXTURE, INC. | 301 ROCKFORD PARK DR. NE | ROCKFORD | MI | 49341 |
| PETERSON JIG AND FIXTURE, INC. | PO BOX 641 | ROCKFORD | MI | 49341 |

In re Lordstown Motors Corp., et al.

Case No. 23-10831 (MFW)

# Exhibit D

**Exhibit D**
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | bsachsmichaels@glancylaw.com |
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | rprongay@glancylaw.com; prajesh@glancylaw.com |
| An Thai | ELFVIN, KLINGSHIRN, ROYER & TORCH, LLC | david@ekrtlaw.com; stuart@ekrtlaw.com; chris@ekrtlaw.com |
| An Thai | THE BROWN LAW FIRM, P.C. | tbrown@thebrownlawfirm.net |
| Angela Strand | | Email Redacted |
| Angela Strand dba Strand Strategy | | Email Redacted |
| Ashith Pabbathi | c/o Lucas E. Gilmore | lucasg@hbsslaw.com |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | reed@hbsslaw.com; ucasg@hbsslaw.com |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | steve@hbsslaw.com |
| Bandol Lim Individually and on Behalfof all Others Similarly Situated | Climaco Wilcox Peca & Garofoli Co, LPA | sdsimp@climacolaw.com |
| Bandol Lim Individually and on Behalfof all Others Similarly Situated | Kirby Mcinerney LLP | ipress@kmllp.com; lmolinaro@kmllp.com |
| Bandol Lim Individually and on Behalfof all Others Similarly Situated | The Law Offices of Frank R. Cruz | fcruz@frankcruzlaw.com |
| Bandol Lim, as Plaintiff in the Securities Class Action | Thomas W. Elrod | telrod@kmllp.com |
| Bei Qin | | Email Redacted |
| Caimin Flannery | | Email Redacted |
| Christopher Kim | | Email Redacted |
| Chuan Vo | | Email Redacted |
| Claude L. Patterson | ANDREWS & SPRINGER LLC | pandrews@andrewsspringer.com; cspringer@andrewsspringer.com; dsborz@andrewsspringer.com |
| Claude L. Patterson | ROBBINS GELLER RUDMAN & DOWD LLP | BennyG@rgrdlaw.com; ELuedeke@rgrdlaw.com |
| Claude L. Patterson | ROBBINS LLP | brobbins@robbinsllp.com; csmith@robbinsllp.com; ssanders@robbinsllp.com; ebishop@robbinsllp.com |
| Dale Spencer | | Email Redacted |
| Dan Huang | | Email Redacted |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | FrankJ@johnsonfistel.com |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | MichaelF@johnsonfistel.com |
| Daniel J. Cohen, David M. Cohen, Alicia Kelly, and Herbert Stotler | COOCH AND TAYLOR, P.A. | bbennett@coochtaylor.com |
| Daniel Tavares | c/o Phillip Kim | pkim@rosenlegal.com |
| Daniel Tavares and Globestar Systems Inc | THE ROSEN LAW FIRM, P.A. | pkim@rosenlegal.com; lrosen@rosenlegal.com; dtyrekarp@rosenlegal.com |
| Darren Post | | Email Redacted |
| David Hamamoto | | Email Redacted |
| Ed Lomont, Derivatively on Behalf of the Debtor, Lordstown Motors Corp. | Schubert Jonckheer Kolbe LLP | dschubert@sjk.law |

**Exhibit D**
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Evaristo Sarabia | BIELLI & KLAUDER, LLC | rernst@bk-legal.com |
| Evaristo Sarabia | LEVI & KORSINSKY, LLP | gnespole@zlk.com; ckamin@zlk.com; rmessina@zlk.com |
| Evaristo Sarabia | | Email Redacted |
| FNY Managed Accounts LLC | ENTWISTLE & CAPPUCCI LLP | aentwistle@entwistle-law.com |
| FNY Managed Accounts LLC | Robert N. Cappucci | rcappucci@entwistle-law.com |
| Foxconn EV System LLC | Allen & Overy LLP | daniel.guyder@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com |
| Foxconn EV System LLC | Allen & Overy LLP | noah.brumfield@allenovery.com |
| Foxconn EV System LLC | Attention Liting Cai | liting.cai@foxconn.com |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | daniel.guyder@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | noah.brumfield@allenovery.com |
| Foxconn Ventures Pte. Ltd. | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Foxconn Ventures Pte. Ltd. | Hon Hai Precision Industry Co., Ltd | jerry.hsiao@foxconn.com |
| George Troicky | c/o Carol Villegas | cvillegas@labaton.com |
| George Troicky | LABATON SUCHAROW LLP | cvillegas@labaton.com; dschwartz@labaton.com; jbissell-linsk@labaton.com |
| George Troicky | THE SCHALL LAW FIRM | brian@schallfirm.com; rina@schallfirm.com |
| Globestar Systems Inc. | c/o Phillip Kim | pkim@rosenlegal.com |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Allen & Overy LLP | daniel.guyder@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Allen & Overy LLP | noah.brumfield@allenovery.com |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Attention Jerry Hsiao | jerry.hsiao@foxconn.com |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Hon Hai Precision Industry Co., Ltd | jerry.hsiao@foxconn.com |
| Hong Xin George Huan | | Email Redacted |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas L. Shively | dshively@bakerlaw.com |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas W. Greene | dgreene@bakerlaw.com |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas L. Shively | dshively@bakerlaw.com |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas W. Greene | dgreene@bakerlaw.com |
| Jane Reiss | | Email Redacted |
| Janelle Jackson, Derivatively on Behalf of the Debtor, Lordstown Motors Corp. | Joshua M. Lifshitz | jlifshitz@lifshitzlaw.com |

Exhibit D
**Litigation Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| John LaFleur | | Email Redacted |
| Julio Rodriguez | | Email Redacted |
| Julio Rodriguez | | Email Redacted |
| Karma Automotive LLC | SEYFARTH SHAW LLP | jmcoleman@seyfarth.com |
| Karma Automotive LLC | SEYFARTH SHAW LLP | mwexler@seyfarth.com; kmahoney@seyfarth.com; krmiller@seyfarth.com |
| Karma Automotive LLC | SEYFARTH SHAW LLP | rmilligan@seyfarth.com; jsalinas@seyfarth.com; schinnliu@seyfarth.com |
| Keith Feldman | | Email Redacted |
| Lead Plaintiff George Troicky and the Proposed Class | c/o Carol Villegas | cvillegas@labaton.com |
| Lead Plaintiff George Troicky and the Proposed Class | Lowenstein Sandler | metkin@lowenstein.com; abehlmann@lowenstein.com |
| LORDSTOWN MOTORS CORP., et al. | RYAN D. FISCHBACH | rfischbach@bakerlaw.com |
| LORDSTOWN MOTORS CORP., et al. | THOMAS R. LUCCHESI, TERRY M. BRENNAN, ANTHONY B. PONIKVAR | tlucchesi@bakerlaw.com; tbrennan@bakerlaw.com; aponikvar@bakerlaw.com |
| LORDSTOWN MOTORS CORP., et al. | WILLIAM W. OXLEY, RYAN D. FISCHBACH | woxley@bakerlaw.com; rfischbach@bakerlaw.com |
| Martin Rucidlo | | Email Redacted |
| Michael Fabian | | Email Redacted |
| Michael Gates | | Email Redacted |
| Mickey W. Kowitz | | Email Redacted |
| Nico Gatzaros, as Lead Plaintiff Movant in the Securities Class Action | Thomas W. Elrod | telrod@kmllp.com |
| Phil Schmidt | | Email Redacted |
| Punak Egineering Inc | Stephen Punkak | stephen@punak.com |
| Richard Dowell, as Lead Plaintiff Movant in the Securities Class Action | | telrod@kmllp.com |
| Richard Schmidt | | Email Redacted |
| Richard Schmidt | | Email Redacted |
| Shane Brown | | Email Redacted |
| Stephen Burns | | Email Redacted |

# Exhibit E

**Exhibit E**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alicia Kelley | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | Benjamin I. Sachs-Michaels | 712 Fifth Avenue | | New York | NY | 10019 | |
| Alicia Kelley and Herbert Stotler | GLANCY PRONGAY & MURRAY LLP | Robert V. Prongay, Pavithra Rajesh | 1925 Century Park East, Suite 2100 | | Los Angeles | CA | 90067 | |
| An Thai | ELFVIN, KLINGSHIRN, ROYER & TORCH, LLC | David N. Truman, Stuart G. Torch, Christina M. Royer | 4700 Rockside Road, Suite 530 | | Independence | OH | 44131 | |
| An Thai | THE BROWN LAW FIRM, P.C. | Timothy Brown | 767 Third Avenue, Suite 2501 | | New York | NY | 10017 | |
| Andrew Richardson | | Address Redacted | | | | | | |
| Angela Strand | | Address Redacted | | | | | | |
| Angela Strand dba Strand Strategy | | Address Redacted | | | | | | |
| Ashith Pabbathi | c/o Lucas E. Gilmore | Hagens Berman Sobol Shapiro LLP | 715 Hearst Avenue Suite 300 | | Berkeley | CA | 94710 | |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | Reed R. Kathrein, Lucas Gilmore | 1301 Second Ave., Suite 2000 | | Seattle | WA | 98101 | |
| Ashith Pabbathi | HAGENS BERMAN SOBOL SHAPIRO LLP | Steve W. Berman | 715 Hearst Avenue, Suite 202 | | Berkeley | CA | 94710 | |
| Atri Amin | Pomerantz LLP | 600 3rd Avenue | | | New York | NY | 10016 | |
| Atri Amin and Bejamin Hebert | c/o Mark Lebovitch, Jeroen van Kwawegen, Christopher J. Orrico, T. James, M. Sanborn-Lowing | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | 1251 Avenue of the Americas | | New York | NY | 10020 | |
| Atri Amin and Bejamin Hebert | Gregory V. Varallo, Daniel E. Meyer | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | 500 Delaware Avenue, Suite 901 | | Wilmington | DE | 19801 | |
| Atri Amin and Bejamin Hebert | POMERANTZ LLP | Gustavo F. Bruckner, Daryoush Behbood, Samuel Adams | 600 Third Avenue | | New York | NY | 10016 | |
| Bandol Lim Individually and on Behalfof all Others Similarly Situated | Climaco Wilcox Peca & Garofoli Co, LPA | Scott D. Simpkins | 55 Public Square, Suite 1950 | | Cleveland | OH | 44113 | |
| Bandol Lim Individually and on Behalfof all Others Similarly Situated | Kirby Mcinerney LLP | Ira M. Press Lauren K. Molinaro | 250 Park Avenue, Suite 820 | | New York | NY | 10177 | |
| Bandol Lim Individually and on Behalfof all Others Similarly Situated | The Law Offices of Frank R. Cruz | Frank R. Cruz | 1999 Avenue of the Stars, Suite 1100 | | Los Angeles | CA | 90067 | |
| Bandol Lim, as Plaintiff in the Securities Class Action | Thomas W. Elrod | Kirby McInerney LLP | 250 Park Avenue, Suite 820 | | New York | NY | 10177 | |
| Bandol Lim, as Plaintiff in the Securities Class Action | | Address Redacted | | | | | | |
| Bei Qin | | Address Redacted | | | | | | |
| Bejamin Hebert | Labaton Sucharow LLP | 140 Broadway | | | New York | NY | 10005 | |
| Benjamin Hebert | KASKELA LAW LLC | D. Seamus Kaskela | 18 Campus Blvd., Suite 100 | | Newton Square | PA | 19073 | |
| Caimin Flannery | | Address Redacted | | | | | | |
| Carole Cooper | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 6

Exhibit E
Litigation Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Christopher Kim | | Address Redacted | | | | | | |
| Chuan Vo | | Address Redacted | | | | | | |
| Chuan Vo | | Address Redacted | | | | | | |
| Claude L. Patterson | ANDREWS & SPRINGER LLC | Peter B. Andrews Craig J. Springer David M. Sborz | 4001 Kennett Pike Suite 250 | | Wilmington | DE | 19807 | |
| Claude L. Patterson | ROBBINS GELLER RUDMAN & DOWD LLP | Benny C. Goodman III, Erik W. Luedeke | 655 West Broadway, Suite 1900 | | San Diego | CA | 92101 | |
| Claude L. Patterson | ROBBINS LLP | Brian J. Robbins, Craig W. Smith, Shane P. Sanders, Emily R. Bishopo | 5040 Shoreham Place | | San Diego | CA | 92122 | |
| Dale Spencer | | Address Redacted | | | | | | |
| Dan Huang | | Address Redacted | | | | | | |
| Daniel Cohen | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | FRANK J. JOHNSON | 655 West Broadway, Suite 1400 | | San Diego | CA | 92101 | |
| Daniel J. Cohen and David M. Cohen | JOHNSON FISTEL, LLP | MICHAEL I. FISTEL, JR. | 40 Powder Springs | | Marietta | GA | 30064 | |
| Daniel J. Cohen, David M. Cohen, Alicia Kelly, and Herbert Stotler | COOCH AND TAYLOR, P.A. | Blake A. Bennett | The Nemours Building | 1007 N. Orange Street, Suite 1120 | Wilmington | DE | 19801 | |
| Daniel Tavares | c/o Phillip Kim | The Rosen Law Firm | 275 Madison Avenue 40th Floor | | New York | NY | 10016 | |
| Daniel Tavares and Globestar Systems Inc | THE ROSEN LAW FIRM, P.A. | Phillip Kim, Laurence M. Rosen, Daniel Tyre-Karp | 275 Madison Avenue, 40th Floor | | New York | NY | 10016 | |
| Dari Tehrani | Katherine C. Ferguson | Kooperman Mentel Ferguson Yaross | 250 E. Town Street, Suite 200 | | Columbus | OH | 43215 | |
| Darren Post | | Address Redacted | | | | | | |
| David Corimer | Labaton Sucharow LLP | 140 Broadway | | | New York | NY | 10005 | |
| David Hamamoto | | Address Redacted | | | | | | |
| David T. Hamamoto | | Address Redacted | | | | | | |
| Ed Lomont and Janelle Jackson | deLeeuw Law LLC | P. Bradford deLeeuw | 1301 Walnut Green | | Wilmington | DE | 19807 | |
| Ed Lomont and Janelle Jackson | Lifshitz Law PLLC | Joshua M. Lifshitz | 1190 Broadway | | Hewlett | NY | 11557 | |
| Ed Lomont and Janelle Jackson | Long Law, LLC | Brian D. Long | 3828 Kennett Pike, Suite 208 | | Wilmington | DE | 19807 | |
| Ed Lomont and Janelle Jackson | Schubert Jonckheer & Kolbe LLP | Robert C. Schubert, Willem F. Jonckheer | Three Embarcadero Center Suite 1650 | | San Francisco | CA | 94111 | |
| Ed Lomont and Janelle Jackson | Shapiro Haber & Urmy LLP | Edward F. Haber | 1 Boston Pl Ste 2600 | | Boston | MA | 02108-4420 | |
| Ed Lomont, Derivatively on Behalf of the Debtor, Lordstown Motors Corp. | Schubert Jonckheer Kolbe LLP | Dustin L. Schubert | 2001 Union St Suite 200 | | San Francisco | CA | 94123 | |
| Eskander Tehrani | Katherine C. Ferguson | Kooperman Mentel Ferguson Yaross | 250 E. Town Street, Suite 200 | | Columbus | OH | 43215 | |
| Ethan Fingerer | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Evaristo Sarabia | BIELLI & KLAUDER, LLC | Ryan M. Ernst | 1204 N. King Street | | Wilmington | DE | 19801 | |
| Evaristo Sarabia | LEVI & KORSINSKY, LLP | Gregory M. Nespole, Correy Kamin, Ryan Messina | 55 Broadway, 10th Floor | | New York | NY | 10006 | |
| Evaristo Sarabia | | Address Redacted | | | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 6

**Exhibit E**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| FNY Managed Accounts LLC | ENTWISTLE & CAPPUCCI LLP | Andrew J. Entwistle | Frost Bank Tower | 401 Congress Avenue, Suite 1170 | Austin | TX | 78701 | |
| FNY Managed Accounts LLC | Robert N. Cappucci | Entwistle & Cappucci LLP | 230 Park Avenue, 3rd Floor | | New York | NY | 10169 | |
| Foxconn (Far East) Limited | c/o Vistra (Cayman) Limited | P.O. Box 31119 | Grand Pavilion Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn EV System LLC | Allen & Overy LLP | Attn Daniel J Guyder, Joseph Badtke-Berkow, Jacob R Herz | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Foxconn EV System LLC | Allen & Overy LLP | Attn Noah Brumfield | 1101 New York Avenue NW | | Washington | DC | 20005 | |
| Foxconn EV System LLC | Attention Liting Cai | 2300 Hallock Young Rd | | | Warren | OH | 44481 | |
| Foxconn EV System LLC | c/o URS Agents Inc. | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn EV Technology, Inc. | Attention Jerry Hsiao and Steven Yu | c/o URS Agents Inc. | 4568 Mayfield Road, Suite 204 | | Cleveland | OH | 44121 | |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | Attn Daniel J Guyder, Joseph Badtke-Berkow, Jacob R Herz | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | Attn Noah Brumfield | 1101 New York Avenue NW | | Washington | DC | 20005 | |
| Foxconn Ventures Pte. Ltd. | Attention Jerry Hsiao | c/o Hon Hai Precision Industry Co., Ltd. | No. 66, Zhongshan Road | Tucheng Industrial Zone Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn Ventures Pte. Ltd. | Hon Hai Precision Industry Co., Ltd | Tsai-Yu Hsiao | 611 E Wisconsin Ave | | Milwaukee | WI | 53202 | |
| George Troicky | c/o Carol Villegas | Labaton Sucharow | 140 Broadway | | New York | NY | 10005 | |
| George Troicky | LABATON SUCHAROW LLP | Carol C. Villegas, David J. Schwartz, Jake Bissell-Linsk | 140 Broadway, 34th Floor | | New York | NY | 10005 | |
| George Troicky | LABATON SUCHAROW LLP | Derrick Farrell | 222 Delaware Ave Ste 1500 | | Wilmington | DE | 19801-1682 | |
| George Troicky | THE SCHALL LAW FIRM | Brian Schall, Rina Restaino | 2049 Century Park East, Suite 2460 | | Los Angeles | CA | 90067 | |
| Globestar Systems Inc. | c/o Phillip Kim | The Rosen Law Firm | 275 Madison Avenue 40th Floor | | New York | NY | 10016 | |
| Gurpreet Singh | Chris T. Nolan | Perantinides & Nolan | 80 S. Summit St., Suite 300 | | Akron | OH | 44308 | |
| Herbert Stotler | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Allen & Overy LLP | Attn Daniel J Guyder, Joseph Badtke-Berkow, Jacob R Herz | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Allen & Overy LLP | Attn Noah Brumfield | 1101 New York Avenue NW | | Washington | DC | 20005 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 6

Exhibit E
Litigation Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Hon Hai Precision Industry Co., Ltd (a/k/a Hon Hai Technology Group) | Hon Hai Precision Industry Co., Ltd | Tsai-Yu Hsiao | 611 E Wisconsin Ave | | Milwaukee | WI | 53202 | |
| Hon Hai Precision Industry Co., Ltd. | c/o URS Agents Inc. | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Hong Xin George Huan | | Address Redacted | | | | | | |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas L. Shively | BAKER & HOSTETLER LLP | Key Tower, 127 Public Square, Suite 2000 | | Cleveland | OH | 44114 | |
| IN RE LORDSTOWN MOTORS CORP. SECURITIES LITIGATION | Douglas W. Greene | BAKER & HOSTETLER LLP | 45 Rockefeller Plaza, 14th Floor | | New York | NY | 10111 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas L. Shively | BAKER & HOSTETLER LLP | Key Tower, 127 Public Square, Suite 2000 | | Cleveland | OH | 44114 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Douglas W. Greene | BAKER & HOSTETLER LLP | 45 Rockefeller Plaza, 14th Floor | | New York | NY | 10111 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | POTTER ANDERSON & CORROON LLP | Michael A. Pittenger, Jonathan A. Choa, Nicholas D. Mozal, Justin T. Hymes | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801-6108 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | Raymond J. DiCamillo, Kevin M. Gallagher, Alexander M. Krischik, Alena V. Smith | RICHARDS, LAYTON & FINGER, P.A. | 920 North King Street | | Wilmington | DE | 19801 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | RICHARDS, LAYTON & FINGER, P.A. | Edmond S. Kim | 920 North King Street | | Wilmington | DE | 19801 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | SULLIVAN & CROMWELL LLP | Jacob M. Croke, Michael R. Mayer, Arun Bodapati | 125 Broad Street | | New York | NY | 10004 | |
| IN RE LORDSTOWN MOTORS CORP. STOCKHOLDERS LITIGATION | SULLIVAN & CROMWELL LLP | Laura Kabler Oswell | 1870 Embarcadero Road | | Palo Alto | CA | 94303 | |
| Jane Reiss | | Address Redacted | | | | | | |
| Janelle Jackson | Schubert Jonckheer & Kolbe | 2001 Union Street | Suite 200 | | San Francisco | CA | 94123 | |
| Janelle Jackson, Derivatively on Behalf of the Debtor, Lordstown Motors Corp. | Joshua M. Lifshitz | Lifshitz Law PLLC | 1190 Broadway | | Hewlett | NY | 11557 | |
| Jesse Brury | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Jesse Brury | Joseph Alexander Hood, II and Jeremy A. Lieberman | Pomerantz | 600 3rd Ave | | New York | NY | 10016 | |
| John H. Jenkins | Robert J. Wagoner | Dittmer, Wagoner & Steele | 107 W. Johnstown Road | | Gahanna | OH | 43230 | |
| John LaFleur | | Address Redacted | | | | | | |
| Joshua Betof | Michelle L. Kranz | Zoll & Kranz | 6620 West Central Avenue Suite 100 | | Toledo | OH | 43617 | |
| Judith A. Hannaway | | Address Redacted | | | | | | |
| Julio Rodriguez | | Address Redacted | | | | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 4 of 6

**Exhibit E**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Julio Rodriguez | | Address Redacted | | | | | | |
| Julio Rodriguez | | Address Redacted | | | | | | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | JESSE M. COLEMAN | 700 Milam Street, Suite 1400 | | Houston | TX | 77002 | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | MICHAEL D. WEXLER, KEVIN J. MAHONEY, KATELYN R. MILLER | 233 South Wacker Drive, Suite 8000 | | Chicago | IL | 60606 | |
| Karma Automotive LLC | SEYFARTH SHAW LLP | ROBERT B. MILLIGAN, DANIEL JOSHUA SALINAS, SIERRA J. CHINN-LIU | 2029 Century Park East, Suite 3500 | | Los Angeles | CA | 90067 | |
| Keith Feldman | | Address Redacted | | | | | | |
| Kenneth Davenport | Zoll & Kranz | 6620 West Central Avenue Suite 100 | | | Toledo | OH | 43617 | |
| Kevin Levent | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Kin San Chan | James R. Cummins | Cummins Law | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Lead Plaintiff George Troicky and the Proposed Class | c/o Carol Villegas | Labaton Sucharow | 140 Broadway | | New York | NY | 10005 | |
| Lead Plaintiff George Troicky and the Proposed Class | Lowenstein Sandler | Michael Etkin and Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 07068 | |
| LORDSTOWN MOTORS CORP., et al. | RYAN D. FISCHBACH | BAKER & HOSTETLER LLP | 11601 Wilshire Boulevard, Ste. 1400 | | Los Angeles | CA | 90025 | |
| LORDSTOWN MOTORS CORP., et al. | THOMAS R. LUCCHESI, TERRY M. BRENNAN, ANTHONY B. PONIKVAR | BAKER & HOSTETLER LLP | Key Tower, 127 Public Square, Suite 2000 | | Cleveland | OH | 44114 | |
| LORDSTOWN MOTORS CORP., et al. | WILLIAM W. OXLEY, RYAN D. FISCHBACH | BAKER & HOSTETLER LLP | 11601 Wilshire Boulevard, Ste. 1400 | | Los Angeles | CA | 90025 | |
| M.R.S. Leasing Corporation LTD | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | | Columbus | OH | 43235 | |
| Mario Guerrero | Juan J. Perez | c/o Perez & Morris LLC | 8000 Ravines Edge Court, Suite 300 | | Columbus | OH | 43235 | |
| Mark A. Walsh | | Address Redacted | | | | | | |
| Martin Rucidlo | | Address Redacted | | | | | | |
| Matthew Rico | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Matthew Rico | Jeffrey C. Block | Block & Leviton | 260 Franklin Street Ste 1860 | | Boston | MA | 02110 | |
| Michael D. Gates | Jonathan A. Choa, Michael A. Pittenger | Potter Anderson & Corroon, LLP | 1313 N. Market St., Hercules Plaza, 6th Flr. | PO Box 951 | Wilmington | DE | 19899-0951 | |
| Michael Fabian | | Address Redacted | | | | | | |
| Michael Gates | | Address Redacted | | | | | | |
| Mickey W. Kowitz | | Address Redacted | | | | | | |
| Mohammed Chowdhury | Joseph F. Murray | Murray, Murphy, Moul & Basil | 1114 Dublin Road | | Columbus | OH | 43215 | |
| Nico Gatzaros, as Lead Plaintiff Movant in the Securities Class Action | Thomas W. Elrod | Kirby McInerney LLP | 250 Park Avenue, Suite 820 | | New York | NY | 10177 | |
| Nico Gatzaros, as Lead Plaintiff Movant in the Securities Class Action | | Address Redacted | | | | | | |

Exhibit E
Litigation Parties Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Phil Schmidt | | Address Redacted | | | | | | |
| Pnina Cohen | Joseph F. Murray | Murray, Murphy, Moul & Basil | 1114 Dublin Road | | Columbus | OH | 43215 | |
| Punak Egineering Inc | Stephen Punkak | 63 Via Pico Plaza | #223 | | San Clemente | CA | 92672 | |
| Randy Slipher | James R. Cummins | Cummins Law | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Raymond Romano | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Raymond Romano | Lester R. Hooker | Saxena White | 7777 Glades Road Ste 300 | | Boca Raton | FL | 33434 | |
| Raymond Romano | Saxena White P.A. | 7777 Glades Road | Suite 300 | | Boca Raton | FL | 33434 | |
| Richard Dowell, as Lead Plaintiff Movant in the Securities Class Action | Richard Dowell | 123 N Pierce Street | | | Crestline | OH | 44827 | |
| Richard Dowell, as Lead Plaintiff Movant in the Securities Class Action | | 250 Park Avenue, Suite 820 | | | New York | NY | 10177 | |
| Richard Schmidt | | Address Redacted | | | | | | |
| Richard Schmidt | | Address Redacted | | | | | | |
| Robert Miller | Robert J. Wagoner | Dittmer, Wagoner & Steele | 107 W. Johnstown Road | | Gahanna | OH | 43230 | |
| Robert Palumbo | David R. Kaplan | Saxena White | 505 Lomas Santa Fe Dr Ste 180 | | Solana Beach | CA | 92075-1340 | |
| Roberto Palumbo | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Roberto Palumbo | Saxena White P.A. | 7777 Glades Road | Suite 300 | | Boca Raton | FL | 33434 | |
| Shane Brown | | Address Redacted | | | | | | |
| Silverpeak Credit Partners LP | Jonathan Socolow, Esq. | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Silverpeak Real Estate Partners L.P. | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Silverpeak Renewables Investment Partners LP | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Silverpeak Strategic Partners LLC | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Simha Cohen | Joseph F. Murray | Murray, Murphy, Moul & Basil | 1114 Dublin Road | | Columbus | OH | 43215 | |
| SP SPAC Sponsor LLC | | 40 W 57th Street, 29th Floor | | | New York | NY | 10019 | |
| Stephen Burns | | Address Redacted | | | | | | |
| Stephen S. Burns | | Address Redacted | | | | | | |
| Stephen S. Burns | | Address Redacted | | | | | | |
| Stephen S. Burns | | Address Redacted | | | | | | |
| Steve Hash | | Address Redacted | | | | | | |
| Steven R. Hash | Douglas L. Shively | Baker & Hostetler | 127 Public Square Ste 200 | | Cleveland | OH | 44114 | |
| Steven Terry | James R. Cummins | Cummins Law | 312 Walnut Street | | Cincinnati | OH | 45202 | |
| Sulayman Zuod | Cooch and Taylor | 1000 N. West Street | Suite 1500 | | Wilmington | DE | 19801 | |
| Sulayman Zuod | Murray Murphy Moul & Basil | 1114 Dublin Road | | | Columbus | OH | 43215 | |
| Sulayman Zuod | Samuel H. Rudman and Mary K. Blasy | Robbins Geller Rudman & Dowd LLP | 58 South Service Road, Suite 200 | | Melville | NY | 11747 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 6 of 6

# Exhibit F

**Exhibit F**
**Landlords Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| 275 Hills Tech Ventures LLC | Aidenbaum Schloff and Bloom PLLC | ssturing@aidenbaum.com |
| 275 Hills Tech Ventures LLC | | john@ventureinv.com; ashulin@libertypropertymgmt.com |
| 275 Hills Tech Ventures, LLC | Erica Abke | eabke@libertypropertymgmt.com; jshulin@spmc.net |
| Applied Medical Resources Corporation | Nabil Hilal - Group President - Technology | nabil@appliedmedical.com; contracts@aircre.com |
| Applied Medical Resources Corporation | Zoran Falkenstein | zfalkenstein@appliedmedical.com |
| Applied Medical Resources Corporation | | nabil@appliedmedical.com |
| Foxconn EV Property Development LLC | Attention Jerry Hsiao | jerry.hsiao@foxconn.com |
| Foxconn EV Property Development LLC | Attn Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn EV Property Development LLC | Paul Hastings LLP | mikehuang@paulhastings.com |
| Foxconn EV Property Development LLC | Puwei Huang | puwei.huang@foxconn.com; Alan.chang@fewidev.com |
| GAC R and D Center Silicon Valley, Inc. | Fan Zhang, General Manager | zhangfan@gacrnd.com |
| GAC R and D Center Silicon Valley, Inc. | Marc N. Swanson | swansonm@millercanfield.com |
| GAC R&D Center Silicon Valley, Inc | Max Fong | mfong@gacrndusa.com |

# Exhibit G

**Exhibit G**
**Landlords Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 275 Hills Tech Ventures LLC | Aidenbaum Schloff and Bloom PLLC | 6960 Orchard Lake Road, Suite 250 | | | West Bloomfield Township | MI | 48322 | |
| 275 Hills Tech Ventures LLC | | P.O. Box 668 | | | Troy | MI | 48099 | |
| 275 Hills Tech Ventures, LLC | Erica Abke | PO Box 668 | | | Troy | MI | 48099 | |
| Applied Medical Resources Corporation | Nabil Hilal - Group President - Technology | 22872 Avenida Empresa | | | Rancho Santa Margarita | CA | 92688 | |
| Applied Medical Resources Corporation | Zoran Falkenstein | 22872 Avenida Empresa | | | Rancho Santa Margarita | CA | 92688 | |
| Applied Medical Resources Corporation | | 22872 Avenida Empresa | | | Rancho Santa Margarita | CA | 92688 | |
| Foxconn EV Property Development LLC | Attention Jerry Hsiao | c/o Hon Hai Precision Industry Co., Ltd | No. 66, Zhongshan Road | Tucheng Industrial Zone Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn EV Property Development LLC | Attn Jerry Hsiao and Steven Yu | 4568 Mayfield Rd. | Ste. 204 | | Cleveland | OH | 44121 | |
| Foxconn EV Property Development LLC | Paul Hastings LLP | Attn Mike Huang | 200 Park Avenue | | New York | NY | 10166 | |
| Foxconn EV Property Development LLC | Puwei Huang | 2300 Hallock Young Rd | | | Warren | OH | 44481 | |
| GAC R and D Center Silicon Valley, Inc. | Fan Zhang, General Manager | No. 668 Jinshan Road East | Panyu District, Guangzhou | | Guangdong | | | China |
| GAC R and D Center Silicon Valley, Inc. | Marc N. Swanson | Miller, Canfield, Paddock and Stone, P.L.C. | 150 West Jefferson Suite 2500 | | Detroit | MI | 48226 | |
| GAC R&D Center Detroit, LLC | Ding Dong | 38555 Hills Tech Dr. | | | Famington Hills | MI | 48331 | |
| GAC R&D Center Silicon Valley, Inc | Max Fong | 780 Montague Expy Ste 702 | | | San Jose | CA | 95131-1321 | |
| Willowgreen Building Group, LLC | | 260 E Brown St Suite 340 | | | Birmingham | MI | 48009 | |

# Exhibit H

**Exhibit H**
**Fee Application Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer, Sharon I. Dwoskin, Tristan G. Axelrod | msawyer@brownrudnick.com; sdwoskin@brownrudnick.com; taxelrod@brownrudnick.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg, Michael S. Winograd | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; mwinograd@brownrudnick.com |
| Debtors | Lordstown Motors Corp. | Attn: Adam Kroll | Email Redacted |
| Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |

# Exhibit I

**Exhibit I**
**Fee Application Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19801 |