# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 975 and 977** |

## CERTIFICATE OF SERVICE

I, Tori L. Remington, hereby certify that on February 14, 2024, I caused the following documents to be served upon the parties set forth on the attached service list in the manner indicated, and all ECF participants registered in these cases were served electronically on the date of filing through the Court's ECF system at their respective email addresses registered with the Court:

- *Second Interim Application of Troutman Pepper Hamilton Sanders LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through and Including December 31, 2023* [Docket No. 975]; and

- *Second Interim Fee Application of Huron Consulting Group Inc., Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 Through December 31, 2023* [Docket No. 977].

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Dated: February 15, 2024
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Tori L. Remington*
David M. Fournier (DE No. 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email:  david.fournier@troutman.com
            tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email:     francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*

## Service List

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
Donald J. Detweiler
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
Thomas E. Lauria, Matthew C. Brown,
and Fan B. He
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com; mbrown@whitecase.com
fhe@whitecase.com

**First Class Mail**
The Debtors, c/o Lordstown Motors Corporation
Attn: Adam Kroll
27000 Hills Tech Ct.
Farmington Hills, MI 48331

**Email and First Class Mail**
(*Co-counsel to Equity Committee*)
MORRIS JAMES LLP
Eric J. Monzo and Brya M. Keilson
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com
bkeilson@morrisjames.com

**Email and First Class Mail**
*(Co-Counsel to Debtors and Debtors in Possession)*
WHITE & CASE LLP
David M. Turetsky
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

**Email and First Class Mail**
Benjamin Hackman
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov

**Email**
(*Co-counsel to Equity Committee*)
BROWN RUDNICK LLP
Robert J. Stark and Bennett S. Silverberg
7 Times Square
New York, NY 10036
rstark@brownrudnick.com
bsilverberg@brownrudnick.com

**Email and First Class Mail**
(*Co-counsel to Equity Committee*)
BROWN RUDNICK LLP
Matthew A. Sawyer
One Financial Center
Boston, MA 02111
msawyer@brownrudnick.com