# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 14, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Debtors' Second Motion for Entry of an Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 922]

Furthermore, on February 16, 2024, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Order Extending the Deadline by Which Debtors May File Notices to Remove Actions** [Docket No. 954]

Dated: February 16, 2024

                                                                                        */s/ Heather Fellows*
                                                                                        Heather Fellows
                                                                                        KCC
                                                                                        222 N Pacific Coast Highway, 3rd Floor
                                                                                        El Segundo, CA 90245
                                                                                        Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Litigation Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Daniel J. Cohen and David M. Cohen | Johnson Fistel, LLP | Frank J. Johnson | 501 W Broadway Ste 800 | San Diego | CA | 92101-3546 |