**<u>Exhibit A</u>**

**Detailed Statement of Hours and Fees**

124847520

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | } | **CHAPTER 11 CASE** |
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**TIME SUMMARY - January 1 to January 31, 2024**

| Consultant | Billing Rate Per Hr. | Total Billable Hours | % of Total Time | $ Amount Time | | |
|---|---|---|---|---|---|---|
| Constadinos Tsitsis (CDT) | $525 | 26.40 | 7% | $13,860.00 | 80% | $11,088.00 |
| Scott Kohler (SK) | $525 | 49.60 | 14% | $26,040.00 | 80% | $20,832.00 |
| Steven Nerger ( SAN ) | $350 | 8.20 | 2% | $2,870.00 | 80% | $2,296.00 |
| Alex Bauer (AB) | $320 | 1.00 | 0% | $320.00 | 80% | $256.00 |
| Ellen Hammes (EH) | $290 | 124.50 | 34% | $36,105.00 | 80% | $28,884.00 |
| Alex Crnkovich (AC) | $270 | 155.00 | 43% | $41,850.00 | 80% | $33,480.00 |
| | | | | | | |
| **Total Due - Fees** | | **364.70** | **100%** | **$121,045.00** | **80%** | **$96,836.00** |
| **Blended Rate** | **$331.90** | | | | | |

| Expenses | |
|---|---|
| Administrative | $0.00 |
| Airfare | $0.00 |
| Meals | $0.00 |
| Lodging | $0.00 |
| Transportation | $0.00 |

| | |
|---|---|
| **Total Expenses** | **$0.00** |
| **Fees** | **$96,836.00** |
| **Amount Requested** | **$96,836.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 11 CASE |
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - January 1 TO January 31, 2024    SUMMARY BY PROJECT CATEGORY - In Hours**

| TIME SUMMARY | | Consultants | | | | | |
|---|---|---|---|---|---|---|---|
| **Project Category Summary** | CDT | SK | SAN | AB | EH | AC | TOTAL |
| **1.  Business Analysis and Reports** | 6.30 | 1.20 | 0.00 | 0.00 | 78.90 | 20.30 | 106.70 |
| 1-1  Preparation of Budgets, Availability Reports, Business Evaluation and Flash Reports | - | - | - | - | - | - | 0.00 |
| 1-2  Preparation of Financial Data to Support Motions | 4.00 | 0.50 | - | - | - | 20.30 | 24.80 |
| 1-3  Preparation of Financial Projections | 2.30 | 0.70 | - | - | 78.90 | - | 81.90 |
| 1-4  Plan Development & Strategy | - | - | - | - | - | - | 0.00 |
| 1-5  Preparation of Plan and Disclosure Statement | - | - | - | - | - | - | 0.00 |
| **2.  Business Operations** | 0.50 | 3.50 | 0.00 | 0.00 | 6.60 | 7.60 | 18.20 |
| 2-1  Daily Management and Operations | 0.50 | 3.50 | - | - | 6.60 | 7.60 | 18.20 |
| 2-2  Reports to / from Parties in Interest | - | - | - | - | - | - | 0.00 |
| 2-3  Meetings / communications with lender, lender's agent or its counsel | - | - | - | - | - | - | 0.00 |
| 2-4  Sale of Company Matters | - | - | - | - | - | - | 0.00 |
| **3.  Meetings and Communication with Creditors** | 1.00 | 0.00 | 0.00 | 0.00 | 0.80 | 3.80 | 5.60 |
| 3-1  341 Creditors Meeting | - | - | - | - | - | - | 0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | CHAPTER 11 CASE |
|---|---|---|
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - January 1 TO January 31, 2024    SUMMARY BY PROJECT CATEGORY - In Hours**

| | **TIME SUMMARY** | | | Consultants | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Project Category Summary** | **CDT** | **SK** | **SAN** | **AB** | **EH** | **AC** | **TOTAL** |
| 3-2 | Meetings/communication with lenders | - | - | - | - | 0.80 | - | 0.80 |
| 3-3 | Creditor communications & negotiations | 1.00 | - | - | - | - | 3.80 | 4.80 |
| 3-4 | | - | - | - | - | - | - | 0.00 |
| **4.** | **Case Administration** | 18.60 | 44.90 | 8.20 | 1.00 | 38.20 | 123.30 | 234.20 |
| 4-1 | Travel | - | - | - | - | - | - | 0.00 |
| 4-2 | Case Administration | 16.80 | 44.90 | - | 1.00 | 24.80 | 123.30 | 210.80 |
| 4-3 | Monthly Operating Reports | - | - | 8.20 | - | 1.50 | - | 9.70 |
| 4-4 | Bankruptcy Schedules, SOFA and IDI information | - | - | - | - | - | - | 0.00 |
| 4-5 | Fee Application Preparation | 1.80 | - | - | - | 11.90 | - | 13.70 |
| | **TOTAL  January, 2024** | **26.40** | **49.60** | **8.20** | **1.00** | **124.50** | **155.00** | **364.70** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | } | **CHAPTER 11 CASE** |
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - January 1 to January 31, 2024    SUMMARY BY PROJECT CATEGORY - In Dollars**

| | **TIME SUMMARY** | Consultants | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | $525 | $525 | $350 | $320 | $290 | $270 | |
| | **Project Category Summary** | **CDT** | **SK** | **SAN** | **AB** | **EH** | **AC** | **TOTAL** |
| **1.** | **Business Analysis and Reports** | $3,307.50 | $630.00 | $0.00 | $0.00 | $22,881.00 | $5,481.00 | $32,299.50 |
| | **..  Blended Rate** | | | | | | | $302.71 |
| 1-1 | Preparation of Budgets, Availability Reports, Business Evaluation and Flash Reports | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2 | Preparation of Financial Data to Support Motions | $2,100.00 | $262.50 | $0.00 | $0.00 | $0.00 | $5,481.00 | $7,843.50 |
| 1-3 | Preparation of Financial Projections | $1,207.50 | $367.50 | $0.00 | $0.00 | $22,881.00 | $0.00 | $24,456.00 |
| 1-4 | Plan Development & Strategy | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-5 | Preparation of Plan and Disclosure Statement | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **2.** | **Business Operations** | $262.50 | $1,837.50 | $0.00 | $0.00 | $1,914.00 | $2,052.00 | $6,066.00 |
| | **..  Blended Rate** | | | | | | | $333.30 |
| 2-1 | Daily Management and Operations | $262.50 | $1,837.50 | $0.00 | $0.00 | $1,914.00 | $2,052.00 | $6,066.00 |
| 2-2 | Reports to / from Parties in Interest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-3 | Meetings / communications with lender, lender's agent or its counsel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-4 | Sale of Company matters | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3.** | **Meetings and Communication with Creditors** | $525.00 | $0.00 | $0.00 | $0.00 | $232.00 | $1,026.00 | $1,783.00 |
| | **..  Blended Rate** | | | | | | | $318.39 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | CHAPTER 11 CASE |
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - January 1 to January 31, 2024    SUMMARY BY PROJECT CATEGORY - In Dollars**

| | **TIME SUMMARY** | Consultants | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | $525 | $525 | $350 | $320 | $290 | $270 | |
| | **Project Category Summary** | CDT | SK | SAN | AB | EH | AC | TOTAL |
| **3-1** | 341 Creditors Meeting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3-2** | Meetings/communication with lenders | $0.00 | $0.00 | $0.00 | $0.00 | $232.00 | $0.00 | $232.00 |
| **3-3** | Creditor communications & negotiations | $525.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,026.00 | $1,551.00 |
| **4.** | **Case Administration** | $9,765.00 | $23,572.50 | $2,870.00 | $320.00 | $11,078.00 | $33,291.00 | $80,896.50 |
| | **..  Blended Rate** | | | | | | | $345.42 |
| **4-1** | Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4-2** | Case Administration | $8,820.00 | $23,572.50 | $0.00 | $320.00 | $7,192.00 | $33,291.00 | $73,195.50 |
| **4-3** | Monthly Operating Reports | $0.00 | $0.00 | $2,870.00 | $0.00 | $435.00 | $0.00 | $3,305.00 |
| **4-4** | Bankruptcy Schedules and SOFA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4-5** | Fee Application Preparation | $945.00 | $0.00 | $0.00 | $0.00 | $3,451.00 | $0.00 | $4,396.00 |
| | **TOTAL January, 2024** | $13,860.00 | $26,040.00 | $2,870.00 | $320.00 | $36,105.00 | $41,850.00 | $121,045.00 |
| | **..  Blended Rate** | | | | | | | $331.90 |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 1/2/2024 | AB | Call with SK, DT, EH and AC to discuss ombudsman documentation | 1.00 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **1.00** | **0.00** | |

| | | | | |
|---|---|---|---|---|
| | **WEEKLY TOTAL - ( W/E 1/6/24 )** | **1.00** | **0.00** | |

| | | | | |
|---|---|---|---|---|
| | **TOTAL - (January 1 to January 31, 2024 )** | **1.00** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/2/2024 | AC | ad hoc communication and project administrative task | 0.80 | | **4-2** |
| 1/2/2024 | AC | Prepaid analysis | 1.50 | | **4-2** |
| 1/2/2024 | AC | Updating Accrual Calculations | 1.20 | | **1-2** |
| 1/2/2024 | AC | Documentation call with C. Tsitsis, S. Kohler, A. Bauer, and E. Hammes | 1.00 | | **4-2** |
| 1/2/2024 | AC | Updating Communications memo and documentation for ombudsman | 2.30 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **6.80** | **0.00** | |
| | | | | | |
| 1/3/2024 | AC | Documentation of AP Claims for Ombudsman | 3.00 | | **4-2** |
| 1/3/2024 | AC | Updating Accrual Memo calculations | 1.50 | | **1-2** |
| 1/3/2024 | AC | Call with C. Tsitsis to discuss accrual amount | 0.30 | | **1-2** |
| 1/3/2024 | AC | Following up with vendors with open investigations (Tesca, Pierburg, Timken, ZF, Harco) | 1.00 | | **3-3** |
| 1/3/2024 | AC | updating reconciliation tracker | 0.50 | | **4-2** |
| 1/3/2024 | AC | Call with C. Tsitsis, E, Hammes to discuss Accrual Calculations | 0.50 | | **1-2** |
| **WED** | | **DAILY TOTALS** | **6.80** | **0.00** | |
| | | | | | |
| 1/4/2024 | AC | Prep for Supplier Claims call | 0.50 | | **4-2** |
| 1/4/2024 | AC | Supplier Claims Call - E. Hightower, S. Kohler, M. Port, E. Hammes, A. Ciccone | 0.50 | | **4-2** |
| 1/4/2024 | AC | Accrual memo drafting | 1.50 | | **1-2** |
| 1/4/2024 | AC | Updating demand letter to HUF Baolong | 0.50 | | **4-2** |
| 1/4/2024 | AC | Call with C. Tsitsis, E. Hammes, and S. Kohler to discuss Waterfall Calculations | 0.50 | | **1-2** |
| 1/4/2024 | AC | Call with Ellen to discuss prepaid valuation. | 0.50 | | **4-2** |
| 1/4/2024 | AC | Call with S. Kohler to discuss prepaids | 0.20 | | **4-2** |
| 1/4/2024 | AC | Documentation Review for Ombudsman | 1.50 | | **4-2** |
| 1/4/2024 | AC | ad hoc communication and email coordination | 1.00 | | **4-2** |
| **THURS** | | **DAILY TOTALS** | **6.70** | **0.00** | |
| | | | | | |
| 1/5/2024 | AC | Reviewing Contract history for DS system | 0.30 | | **4-2** |
| 1/5/2024 | AC | Updating Ventra Claim | 0.50 | | **4-2** |
| 1/5/2024 | AC | updating accrual memo | 0.50 | | **1-2** |
| 1/5/2024 | AC | ad hoc communication and emails | 0.30 | | **4-2** |
| **FRI** | | **DAILY TOTALS** | **1.60** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 1/6/24 )** | **21.90** | **0.00** | |
| | | | | | |
| 1/8/2024 | AC | Prep for supplier claims call | 0.50 | | **4-2** |
| 1/8/2024 | AC | Supplier Claims Call - C. Tsitsis, E. Hammes, M. Port, A. Kroll, E. Hightower | 0.50 | | **4-2** |
| 1/8/2024 | AC | Call with W&C - A. Kroll, M. Port, M. Leonard, E. Hammes | 0.50 | | **4-2** |
| 1/8/2024 | AC | Weekly Finance Call - E. Hammes, M. Port, A. Kroll | 1.50 | | **2-1** |
| 1/8/2024 | AC | Claims Register Reconciliation | 3.00 | | **4-2** |
| 1/8/2024 | AC | Call with E. Hammes and C. Tsitsis to discuss latest action items | 0.80 | | **4-2** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/8/2024 | AC | Calling Accuris | 0.50 | | 4-2 |
| 1/8/2024 | AC | Talking to C. Tsitsis about Accuris situation | 0.20 | | 4-2 |
| 1/8/2024 | AC | Sorting through claim negotiation prioritizations | 0.80 | | 4-2 |
| 1/8/2024 | AC | ad hoc emails and requests | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **8.80** | | |
| | | | | | |
| 1/9/2024 | AC | Interest bucketing | 1.00 | | 1-2 |
| 1/9/2024 | AC | Waterfall discussion with A. Kroll, D. Ninivaggi, E. Hammes | 0.80 | | 1-2 |
| 1/9/2024 | AC | Updating Prepaid Analysis for Dan and Ed | 0.90 | | 4-2 |
| 1/9/2024 | AC | Waterfall call with Huron (A. Kroll, E. Hammes) | 1.00 | | 1-2 |
| 1/9/2024 | AC | Calls with E. Hammes to discuss waterfall updates | 0.60 | | 1-2 |
| 1/9/2024 | AC | Sending emails to Huron about withdrawn claims | 0.80 | | 4-2 |
| 1/9/2024 | AC | Reviewing objection motion detail | 1.40 | | 1-2 |
| 1/9/2024 | AC | Updating Interest rate masterfile | 1.00 | | 1-2 |
| 1/9/2024 | AC | Meeting with C. Tsitsis to discuss interest rate buckets | 0.50 | | 1-2 |
| 1/9/2024 | AC | Ad hoc emails and requests | 1.00 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **9.00** | **0.00** | |
| | | | | | |
| 1/10/2024 | AC | Interest rate bucket analysis | 0.30 | | 1-2 |
| 1/10/2024 | AC | Emailing vendors on claims related matters | 0.30 | | 3-3 |
| 1/10/2024 | AC | Prepaid analysis and documentation | 0.80 | | 4-2 |
| 1/10/2024 | AC | contract rejection and interest rate analysis | 2.80 | | 1-2 |
| 1/10/2024 | AC | Weekly Finance call - A. Kroll, M. Port, E. Hammes, C. Tsitsis | 1.30 | | 2-1 |
| 1/10/2024 | AC | Calls with C. Tsitsis to discuss various items on interests and action items and objection motion | 1.00 | | 1-2 |
| 1/10/2024 | AC | Review of objection motion | 0.90 | | 1-2 |
| 1/10/2024 | AC | Interest rate bucket analysis | 0.30 | | 1-2 |
| 1/10/2024 | AC | Sending updated GUC analysis to M3 and related call with E. Hammes | 0.30 | | 4-2 |
| 1/10/2024 | AC | Vendor Call Preparation | 0.30 | | 4-2 |
| 1/10/2024 | AC | Admin and ad hoc work | 1.30 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **9.60** | **0.00** | |
| | | | | | |
| 1/11/2024 | AC | Supplier Claims Call (E. Hightower, A. Kroll, M. Leonard, C. Tsitsis, E. Hammes, M. Port) | 0.50 | | 4-2 |
| 1/11/2024 | AC | Prepaid Analysis for E. Hightower | 1.00 | | 4-2 |
| 1/11/2024 | AC | Catch-up call with White and Case (E. Hammes, M. Port, A. Kroll, M. Leonard) | 0.50 | | 4-2 |
| 1/11/2024 | AC | Prepaid and Claims analysis and vendor calls | 4.00 | | 4-2 |
| 1/11/2024 | AC | Call with C. Tsitsis to discuss claims reconciliations. | 0.30 | | 4-2 |
| 1/11/2024 | AC | Interest rate bucket analysis | 0.50 | | 1-2 |
| 1/11/2024 | AC | ad hoc communications and work | 1.50 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.30** | **0.00** | |
| | | | | | |
| 1/12/2024 | AC | revising memo to ombudsman | 1.30 | | 4-2 |
| 1/12/2024 | AC | Editing interest rate buckets rules | 0.70 | | 1-2 |
| 1/12/2024 | AC | Reaching out to vendors for claim reconciliation | 2.00 | | 3-3 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/12/2024 | AC | conducting analysis for prepaids | 1.00 | | 4-2 |
| 1/12/2024 | AC | Responding to requests from Meta systems on old invoices | 0.50 | | 4-2 |
| 1/12/2024 | AC | ad hoc requests and communication | 1.00 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **6.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/13/24 )** | **42.20** | **0.00** | |
| 1/15/2024 | AC | Vendor claim reconciliation | 2.50 | | 4-2 |
| 1/15/2024 | AC | review of memo for ombudsman | 0.80 | | 4-2 |
| 1/15/2024 | AC | Call with E. Hammes and S. Kohler to discuss Prepaid analysis | 0.80 | | 4-2 |
| 1/15/2024 | AC | Prepaid analysis for Huf and Artiflex | 2.00 | | 4-2 |
| 1/15/2024 | AC | ad hoc communication and emails response | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **6.60** | **0.00** | |
| 1/16/2024 | AC | vendor reconciliation | 3.80 | | 4-2 |
| 1/16/2024 | AC | interest rate file updates | 0.30 | | 1-2 |
| 1/16/2024 | AC | Call with Cognizant (C. Tsitsis) | 0.50 | | 4-2 |
| 1/16/2024 | AC | Cognizant call documentation | 0.50 | | 4-2 |
| 1/16/2024 | AC | Ombudsman memo documentation | 1.00 | | 4-2 |
| 1/16/2024 | AC | Call with Optessa (C. Tsitsis) | 0.80 | | 4-2 |
| 1/16/2024 | AC | Prep for supplier claims call | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **7.40** | **0.00** | |
| 1/17/2024 | AC | Supplier Claims call - M. Port, E. Hammes, A. Kroll, S. Kohler, C. Tsitsis, E. Hightower, M. Leonard | 1.00 | | 4-2 |
| 1/17/2024 | AC | Supplier claims call follow-ups on prepaids and vendors | 5.30 | | 4-2 |
| 1/17/2024 | AC | LMC catch-up call with White and Case (A. Kroll, M. Port, E. Hammes, M. Leonard, S. Kohler) | 0.20 | | 4-2 |
| 1/17/2024 | AC | LMC Finance Call (M. Port, A. Kroll, S. Kohler, E. Hammes) | 1.00 | | 2-1 |
| **WED** | | **DAILY TOTALS** | **7.50** | **0.00** | |
| 1/18/2024 | AC | Call with Greatech (C. Tsitsis) | 0.50 | | 4-2 |
| 1/18/2024 | AC | Optessa settlement follow-up | 0.40 | | 4-2 |
| 1/18/2024 | AC | Vendor Reconciliation | 5.30 | | 4-2 |
| 1/18/2024 | AC | Call with E. Hightower and M. Leonard to discuss Timken | 0.50 | | 4-2 |
| 1/18/2024 | AC | Looking at Ohio Tax Claim | 0.50 | | 4-2 |
| 1/18/2024 | AC | Ad hoc Communication and emails | 0.90 | | 4-2 |
| 1/18/2024 | AC | GAC lease analysis | 0.40 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.50** | **0.00** | |
| 1/19/2024 | AC | Vendor Reconciliation | 1.00 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/20/24 )** | **31.00** | **0.00** | |
| 1/22/2024 | AC | Greatech Claims analysis | 2.00 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/22/2024 | AC | Monday finance call - E. Hammes, M. Port, S. Kohler, A. Kroll | 1.50 | | 2-1 |
| 1/22/2024 | AC | Vendor claims reconciliations | 3.00 | | 4-2 |
| 1/22/2024 | AC | Call with M. Leonard and A. Kroll to discuss lease deposits | 0.50 | | 4-2 |
| 1/22/2024 | AC | Harco Claims analysis | 1.80 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **8.80** | **0.00** | |
| | | | | | |
| 1/23/2024 | AC | Ad hoc administrative work and communications | 0.80 | | 4-2 |
| 1/23/2024 | AC | Vendor Claim Reconciliation and analysis (Greatech, Optessa, Sharp, Laval, Cognizant, HUF, ZF, Harco, Timken) | 6.00 | | 4-2 |
| 1/23/2024 | AC | Call with E. Hightower and C. Tsitsis to discuss Timken analysis | 0.20 | | 4-2 |
| 1/23/2024 | AC | Call with C. Tsitsis and Timken legal team to discuss their claim | 0.50 | | 4-2 |
| 1/23/2024 | AC | Preparation for supplier claims call | 0.20 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **7.70** | **0.00** | |
| | | | | | |
| 1/24/2024 | AC | Supplier Claims call - C. Tsitsis, S. Kohler, E. Hammes, M. Leonard, A. Kroll, M. Port, E. Hightower | 1.00 | | 4-2 |
| 1/24/2024 | AC | Vendor reconciliation | 5.20 | | 4-2 |
| 1/24/2024 | AC | W&C call (M. Port, A. Kroll, M. Leonard, E. Hammes,) | 0.50 | | 4-2 |
| 1/24/2024 | AC | Call with Ed to discuss ZF | 0.50 | | 4-2 |
| 1/24/2024 | AC | Wednesday Finance Meeting (A. Kroll, M. Port, S. Kohler, E. Hammes) | 1.30 | | 2-1 |
| 1/24/2024 | AC | Call with Dino to discuss Claims status | 0.50 | | 4-2 |
| 1/24/2024 | AC | Call with E. Hammes, S. Kohler, C. Tsitsis to discuss confirmation checklist | 0.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **9.50** | **0.00** | |
| | | | | | |
| 1/25/2024 | AC | Discussion with E. Hightower and former engineers on ZF tooling Claim | 0.50 | | 4-2 |
| 1/25/2024 | AC | Preliminary meeting with the ombudsman (C. Tsitsis, M. Port, E. Hammes, A. Kroll, A. Ciccone) | 0.80 | | 4-2 |
| 1/25/2024 | AC | Call with M. Port and A. Ciccone to discuss legal file saving structure | 0.50 | | 4-2 |
| 1/25/2024 | AC | Call with Scott Sabin to discuss sharp claim | 0.50 | | 4-2 |
| 1/25/2024 | AC | Vendor claim reconciliation documentations for Sharp, Harco, ZF, Cognizant, HUF, Johnson controls, and Optessa, | 5.40 | | 4-2 |
| 1/25/2024 | AC | Updating Claim reconciliation walk from M3 | 0.50 | | 4-2 |
| 1/25/2024 | AC | Ad hoc communication and correspondence | 0.40 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.60** | **0.00** | |
| | | | | | |
| 1/26/2024 | AC | Updating Waterfall With Ellen | 0.30 | | 1-2 |
| 1/26/2024 | AC | call with A. Kroll and C. Tsitsis to discuss Harco analysis | 0.50 | | 4-2 |
| 1/26/2024 | AC | Updating Ombudsman memo | 0.50 | | 4-2 |
| 1/26/2024 | AC | Vendor reconciliation and documentation (Harco, ZF, Cognizant, HUF, Laval) | 3.50 | | 4-2 |
| 1/26/2024 | AC | Miscellaneous Admin and communication | 0.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **5.10** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| | | **WEEKLY TOTAL - ( W/E 1/27/24 )** | **39.70** | **0.00** | |
| | | | | | |
| 1/29/2024 | AC | Monday Finance meeting - E. Hammes, M. Port, A. Kroll, S. Kohler | 1.00 | | 2-1 |
| 1/29/2024 | AC | Vendor Reconciliations - HUF, Greatech, Timken | 1.50 | | 4-2 |
| 1/29/2024 | AC | Updating ombudsman memo | 0.50 | | 4-2 |
| 1/29/2024 | AC | Checking and reconciling against latest claims register | 2.30 | | 4-2 |
| 1/29/2024 | AC | Discussing with M. Leonard the latest information on the GAC claims | 0.50 | | 4-2 |
| 1/29/2024 | AC | ad hoc emails and communication | 1.00 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **6.80** | **0.00** | |
| | | | | | |
| 1/30/2024 | AC | LMC waterfall review with M3 and E. Hammes, C. Tsitsis, and A. Kroll | 0.90 | | 1-2 |
| 1/30/2024 | AC | Meeting with Harco to discuss claims. Included C. Tsitsis | 0.50 | | 3-3 |
| 1/30/2024 | AC | Updating responses to Huron on certain reconciliation items | 2.00 | | 4-2 |
| 1/30/2024 | AC | Vendor reconciliations for Greatech and ZF | 1.00 | | 4-2 |
| 1/30/2024 | AC | Call with C. Tsitsis to discuss Foxconn claims | 0.50 | | 4-2 |
| 1/30/2024 | AC | Harco meeting follow-ups | 0.60 | | 4-2 |
| 1/30/2024 | AC | ad hoc communication and other items | 1.00 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **6.50** | **0.00** | |
| | | | | | |
| 1/31/2024 | AC | Supplier Claims update call - E. Hightower, A. Kroll, C. Tsitsis, S. Kohler, E. Hammes, M. Leonard | 1.00 | | 4-2 |
| 1/31/2024 | AC | Call with ZF to discuss their claims (S. Kohler and M. Leonard) | 0.50 | | 4-2 |
| 1/31/2024 | AC | LMC catch-up call with W&C (A. Kroll, M. Port, M. Leonard, E. Hammes) | 0.50 | | 4-2 |
| 1/31/2024 | AC | ZF Summary emails | 0.40 | | 4-2 |
| 1/31/2024 | AC | Vendor claims reconciliations for SA, Timken, Optessa, Cognizant, Johnson controls, Laval, Harco, Tesca | 3.50 | | 4-2 |
| 1/31/2024 | AC | sending emails on latest Foxconn claim | 0.30 | | 4-2 |
| 1/31/2024 | AC | HUF Prepaid analysis | 0.30 | | 4-2 |
| 1/31/2024 | AC | ad hoc communication and tasks | 0.40 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **6.90** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 1/31/24 )** | **20.20** | **0.00** | |
| | | | | | |
| | | **TOTAL - (January 1 to January 31, 2024 )** | **155.00** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 1/2/2024 | CDT | Review draft documents from A. Crnkovich for transition to ombudsman. | 0.50 | | 4-2 |
| 1/2/2024 | CDT | Review all files with Silverman team for transfer to ombudsman; organize as necessary and discuss changes to memorandum. | 1.00 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 1/3/2024 | CDT | Call w/ A. Crnkovich re: quarterly accrual. | 0.30 | | 1-2 |
| 1/3/2024 | CDT | Call w/ A. Crnkovich and E. Hammes re: quarterly accrual and waterfall. | 0.50 | | 1-2 |
| **WED** | | **DAILY TOTALS** | **0.80** | **0.00** | |
| 1/4/2024 | CDT | Review cash flow and waterfall w/ Silverman team | 0.50 | | 1-3 |
| **THUR** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 1/5/2024 | CDT | Review accrual memo and send comments to A. Crnkovich | 0.50 | | 1-2 |
| 1/5/2024 | CDT | Read and reply to various emails. | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/6/24 )** | **3.80** | **0.00** | |
| 1/8/2024 | CDT | Supplier claims call. | 0.50 | | 4-2 |
| 1/8/2024 | CDT | Review claims reconciliation and review of additional requests from A. Kroll w/ A. Crnkovich and E. Hammes. | 0.80 | | 4-2 |
| 1/8/2024 | CDT | Read and reply to various emails | 0.30 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **1.60** | **0.00** | |
| 1/9/2024 | CDT | Call w/ A. Crnkovich re: interest calc and declaration of further claim rejections. | 0.70 | | 1-2 |
| **TUE** | | **DAILY TOTALS** | **0.70** | **0.00** | |
| 1/10/2024 | CDT | Weekly finance meeting. | 0.50 | | 2-1 |
| 1/10/2024 | CDT | Call w/ A. Crnkovich re: priority claims to settle, security deposits on real estate, next steps w/ ombudsman. | 0.50 | | 4-2 |
| 1/10/2024 | CDT | Read and reply to various emails re: rejection motion, interest calculations and buckets of claims, various emails from vendors regarding claims. | 0.50 | | 1-2 |
| **WED** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 1/11/2024 | CDT | Supplier claims meeting. | 0.50 | | 4-2 |
| 1/11/2024 | CDT | Call w/ A. Crnkovich re: talking points for calls on prepaids and certain claims. | 0.30 | | 4-2 |
| 1/11/2024 | CDT | Review, comment on memo for ombudsman. Send to A. Crnkovich for discussion. | 1.00 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **1.80** | **0.00** | |
| 1/12/2024 | CDT | Call w/ A. Crnkovich re: interest expense calc. | 0.40 | | 1-2 |
| 1/12/2024 | CDT | Read and reply to various emails. | 0.60 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| **FRI** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/13/24 )** | **6.60** | **0.00** | |
| 1/15/2024 | CDT | Review and edit memo to ombudsman; discussion w/ A. Crnkovich to answer a couple of questions. | 1.00 | | **4-2** |
| 1/15/2024 | CDT | Review and comment on cash flow file from E. Hammes | 0.50 | | **1-3** |
| **MON** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 1/16/2024 | CDT | Discuss Cognizant claim with A. Crnkovich and review subsequent email with detailed information from Cognizant. | 0.30 | | **4-2** |
| 1/16/2024 | CDT | Read and reply to various emails. | 0.20 | | **4-2** |
| 1/16/2024 | CDT | Call w/ Optessa re: their claim. | 0.50 | | **3-3** |
| **TUE** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| 1/17/2024 | CDT | Read and reply to various emails; review MOR drafts | 0.50 | | **4-2** |
| 1/17/2024 | CDT | Review omnibus objection to equity claims and declaration; send email to F. He re: comments. | 1.00 | | **4-2** |
| 1/17/2024 | CDT | Draft Optessa settlement letter, send to A. Crnkovich for review prior to sending to W&C. | 1.00 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **2.50** | **0.00** | |
| 1/18/2024 | CDT | Call w/ Greatech re: their claim. | 0.30 | | **3-3** |
| 1/18/2024 | CDT | Read and reply to various emails. | 0.20 | | **4-2** |
| 1/18/2024 | CDT | Fee application preparation | 1.00 | | **4-5** |
| **THURS** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/20/24 )** | **6.50** | **0.00** | |
| 1/22/2024 | CDT | Fee application preparation. | 0.80 | | **4-5** |
| 1/22/2024 | CDT | Read and reply to various emails re: claims and prepaids. | 0.20 | | **4-2** |
| **MON** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| 1/23/2024 | CDT | Call w/ A. Crnkovich re: Tiemken, rope in E. Hightower re: same, rope in Tiemken attorney. | 0.70 | | **4-2** |
| 1/23/2024 | CDT | Review cash flow presentation; call w/ E. Hammes to update. | 0.80 | | **1-3** |
| **TUES** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 1/24/2024 | CDT | Supplier claims call | 0.80 | | **4-2** |
| 1/24/2024 | CDT | Call w/ Silverman team re: checklist for plan. | 0.30 | | **4-2** |
| 1/24/2024 | CDT | Call w/ A. Crnkovich re: specific claims (Tiemkin, ZF, etc.) | 0.40 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 1/25/2024 | CDT | Intro call with Ombudsman | 1.00 | | **4-2** |
| **THUR** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| 1/26/2024 | CDT | Call w/ M. Leonard re: Optessa | 0.30 | | **4-2** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/26/2024 | CDT | Call w/ A. Crnkovich and A. Kroll re: Harco claim and overshipments. | 0.50 | | **4-2** |
| 1/26/2024 | CDT | Read and reply to various emails. | 0.20 | | **4-2** |
| **FRI** | | **DAILY TOTALS** | **1.00** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| 1/27/2024 | CDT | Review Optessa assignment letter; reply to various emails. | 0.50 | | **4-2** |
| **SAT** | | **DAILY TOTALS** | **0.50** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| | | **WEEKLY TOTAL - ( W/E 1/27/24 )** | **6.50** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| 1/29/2024 | CDT | Review cash flow forecast and send comments to E. Hammes.  Read and reply to various emails. | 0.50 | | **1-3** |
| **MON** | | **DAILY TOTALS** | **0.50** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| 1/30/2024 | CDT | Call w/ EC re: waterfall. | 0.80 | | **1-2** |
| 1/30/2024 | CDT | Call w/ Harco re: their claim. | 0.20 | | **3-3** |
| 1/30/2024 | CDT | Call w/ A. Crnkovich and E. Hammes re: waterfall. | 0.30 | | **1-2** |
| 1/30/2024 | CDT | Read and reply to various emails. | 0.20 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **1.50** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| 1/31/2024 | CDT | Multiple phone calls and email reviews/responses re: claims. | 1.00 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **1.00** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| | | **WEEKLY TOTAL - ( W/E 1/31/24 )** | **3.00** | **0.00** | |

| | | | | | |
|------|-----------|-------------|----------|-----------|---|
| | | **TOTAL - (January 1 to January 31, 2024 )** | **26.40** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/2/2024 | SK | Discussion with the Silverman team relating to transition and handoff of information to the Ombudsman. | 1.00 | | 4-2 |
| 1/2/2024 | SK | Worked on the transition files and documentation | 1.10 | | 4-2 |
| 1/2/2024 | SK | Worked on prepayments made prior to the filing of the case. | 1.20 | | 4-2 |
| 1/2/2024 | SK | Administration relating to the case. | 0.40 | | 4-2 |
| 1/2/2024 | SK | Read emails from Management and people associated with the case. | 0.20 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **3.90** | **0.00** | |
| 1/3/2024 | SK | Reviewed emails and attachments from the company, vendors, attorneys, and Silverman | 0.90 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **0.90** | **0.00** | |
| 1/4/2024 | SK | Supplier claim call the company (Michael P., Amanda, C., and Ed) and Silverman | 0.50 | | 4-2 |
| 1/4/2024 | SK | White and Case catch up call with Silverman and the company | 0.60 | | 4-2 |
| 1/4/2024 | SK | Waterfall discussion with Silverman team. | 0.50 | | 1-2 |
| 1/4/2024 | SK | Discussion of the prepaid estimated recovery between the Silverman team | 0.40 | | 4-2 |
| 1/4/2024 | SK | Read emails and attachments relating to the case from the Attorneys, vendors, Silverman, and the company. | 0.70 | | 4-2 |
| 1/4/2024 | SK | Administration activities relating to the case. | 0.60 | | 4-2 |
| 1/4/2024 | SK | Follow up on prepaids  and correspondence | 1.10 | | 4-2 |
| 1/4/2024 | SK | Administrative activities relating to the case. | 0.40 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **4.80** | **0.00** | |
| 1/5/2024 | SK | Discussion with Silverman personnel regarding prepaid recoveries | 0.30 | | 4-2 |
| 1/5/2024 | SK | Worked on prepayments made prior to the filing. | 0.60 | | 4-2 |
| 1/5/2024 | SK | Read emails from the management, Silverman relating to the case and the attorneys. | 0.40 | | 4-2 |
| 1/5/2024 | SK | Administration activities relating to the case | 0.20 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | **WEEKLY TOTAL - (  W/E 1/6/24 )** | **11.10** | **0.00** | |
| 1/8/2024 | SK | Read emails and attachments from the Company, Attorneys, and Silverman relating to the case. | 0.50 | | 4-2 |
| 1/8/2024 | SK | Administrative activities relating to the case. | 0.40 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **0.90** | **0.00** | |
| 1/9/2024 | SK | Read emails and attachments from the Company, attorneys, and Silverman relating to the case. | 0.70 | | 4-2 |
| 1/9/2024 | SK | Administrative activities relating to the case. | 0.20 | | 4-2 |
| 1/9/2024 | SK | Worked on claims and prepaids relating to the case. | 1.20 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **2.10** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/10/2024 | SK | Read emails and attachments relating to the case from the company, attorneys and Silverman | 0.40 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **0.40** | **0.00** | |
| 1/11/2024 | SK | Read emails and attachments relating to the case from the attorneys, Company, and Silverman. | 0.80 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **0.80** | **0.00** | |
| 1/12/2024 | SK | Worked on claims and prepaids made by the company prior to filing | 1.20 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.20** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/13/24 )** | **5.40** | **0.00** | |
| 1/15/2024 | SK | Worked on claims against the estate | 1.20 | | 4-2 |
| 1/15/2024 | SK | Worked on prepayments made by the estate prior to the filing. | 1.50 | | 4-2 |
| 1/15/2024 | SK | Administrative activities relating to the case | 0.20 | | 4-2 |
| 1/15/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and/or Silverman relating to the case. | 0.60 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **3.50** | **0.00** | |
| 1/16/2024 | SK | Worked on claims filed by vendors against the estate | 1.40 | | 4-2 |
| 1/16/2024 | SK | Worked on prepayments made by the company prior to the filing. Reviewed files and correspondence from the vendors | 1.20 | | 4-2 |
| 1/16/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and/or Silverman related to the case. | 0.50 | | 4-2 |
| 1/16/2024 | SK | administration related to the case. | 0.10 | | 4-2 |
| 1/16/2024 | SK | Worked on Prepaids for the estate. | 0.70 | | 4-2 |
| 1/16/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and/or Silverman. | 0.40 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **4.30** | **0.00** | |
| 1/17/2024 | SK | Claims review with the Company (Ed H., Adam K., Michael P.) and Silverman. | 1.20 | | 4-2 |
| 1/17/2024 | SK | Financial management meeting with management (Adam K. Michael P., and Jevita) and Silverman (Alex, Scott, and Ellen). | 1.10 | | 2-1 |
| 1/17/2024 | SK | Worked on claims relating to vendors and the KCC filings. | 1.50 | | 4-2 |
| 1/17/2024 | SK | Worked on prepayments made by the company prior to the filing. | 0.80 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **4.60** | **0.00** | |
| 1/18/2024 | SK | Worked on claims reconciliation for vendors | 0.90 | | 4-2 |
| 1/18/2024 | SK | Worked on prepayments made by the company prior to the filing | 0.70 | | 4-2 |
| 1/18/2024 | SK | Read emails and attachments from the company, vendors, attorneys, and/or Silverman relating to the case | 0.70 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/18/2024 | SK | Vendor call with Sharp and Silverman | 0.80 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **3.10** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/20/24 )** | **15.50** | **0.00** | |
| 1/22/2024 | SK | Worked on Pi Innovo prepaid | 0.70 | | 4-2 |
| 1/22/2024 | SK | Finance call with Adam K., Michael Port, and Silverman to discuss open items needing to be accomplished for the estate. | 0.80 | | 2-1 |
| 1/22/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and Silverman relating to the case. | 0.60 | | 4-2 |
| 1/22/2024 | SK | Worked on prepayments made prior to the filing and claims | 2.10 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **4.20** | **0.00** | |
| 1/23/2024 | SK | Worked on claims with vendors against the estate. | 0.50 | | 4-2 |
| 1/23/2024 | SK | Read emails and attachments from the Company, Attorneys, vendors, and Silverman related to the case. | 0.60 | | 4-2 |
| 1/23/2024 | SK | Administrative activities relating to the case. | 0.50 | | 4-2 |
| 1/23/2024 | SK | Worked on claims and Prepayments made by the company prior to filing. | 1.00 | | 4-2 |
| 1/23/2024 | SK | Worked on vendor claims. | 0.70 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **3.30** | **0.00** | |
| 1/24/2024 | SK | Claims call with management (Ed, Adam, M Port, Melissa) and Silverman | 1.00 | | 4-2 |
| 1/24/2024 | SK | Discussion with Silverman staff relating to the W&C catch up call. | 0.20 | | 4-2 |
| 1/24/2024 | SK | Finance call with Adam K., M. Port, and Silverman team | 0.80 | | 2-1 |
| 1/24/2024 | SK | Read emails and attachments from the Company, Vendors, Attorneys, and Silverman relating to the case. | 0.70 | | 4-2 |
| 1/24/2024 | SK | Worked on prepayments made by the company prior to filing and claims. | 1.30 | | 4-2 |
| 1/24/2024 | SK | Administrative activities relating to the case. | 0.30 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **4.30** | **0.00** | |
| 1/25/2024 | SK | Read emails and attachments from the Company, Vendors, and Silverman relating to the case. | 0.60 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **0.60** | **0.00** | |
| 1/26/2024 | SK | Read emails and attachments from Company, attorneys,  vendors, and Silverman relating to the case. | 0.60 | | 4-2 |
| 1/26/2024 | SK | Administrative activities relating to the case. | 0.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **0.90** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/27/24 )** | **13.30** | **0.00** | |
| 1/29/2024 | SK | Read emails and attachments from Management, attorneys, vendors, and Silverman related to the case. | 0.90 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/29/2024 | SK | Finance call with Adam K., Michael P. and Silverman. | 0.80 | | **2-1** |
| 1/29/2024 | SK | Administration relating to the case,. | 0.40 | | **4-2** |
| **MON** | | **DAILY TOTALS** | **2.10** | **0.00** | |
| | | | | | |
| 1/30/2024 | SK | Reviewed the cash flow for Lordstown and remainder of the case. | 0.70 | | **1-3** |
| **TUES** | | **DAILY TOTALS** | **0.70** | **0.00** | |
| | | | | | |
| 1/31/2024 | SK | Claims call with Management (Ed H., Adam K., Melissa, and Michael P.) and Silverman | 0.60 | | **4-2** |
| 1/31/2024 | SK | Call with ZF, Melissa L. (Lordstown,), and Alex (Silverman). | 0.40 | | **4-2** |
| 1/31/2024 | SK | W&C (Fan) catch up call with Management (Adam K. , Melissa L., and Michael P.) and Silverman. | 0.50 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/31/24 )** | **4.30** | **0.00** | |
| | | **TOTAL - (January 1 to January 31, 2024 )** | **49.60** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/2/2024 | EH | Internal call to review docs for ombudsman | 1.00 | | 4-2 |
| 1/2/2024 | EH | Cash forecast | 4.00 | | 1-3 |
| 1/2/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 1/2/2024 | EH | Updating the waterfall | 2.30 | | 1-3 |
| 1/2/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **8.50** | **0.00** | |
| 1/3/2024 | EH | Cash forecast | 1.50 | | 1-3 |
| 1/3/2024 | EH | bankruptcy professional fees | 3.70 | | 1-3 |
| 1/3/2024 | EH | call with D. Tsitsis and A Crnkovich to discuss claims accrual | 0.50 | | 4-2 |
| 1/3/2024 | EH | cash forecast and waterfall | 3.60 | | 1-3 |
| 1/3/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **9.80** | **0.00** | |
| 1/4/2024 | EH | supplier claims call | 0.50 | | 4-2 |
| 1/4/2024 | EH | Cash forecast updates based on comments | 2.10 | | 1-3 |
| 1/4/2024 | EH | W&C update call | 0.20 | | 4-2 |
| 1/4/2024 | EH | Call with A. Crnkovich and M Port to discuss waterfall and EE severance | 0.50 | | 1-3 |
| 1/4/2024 | EH | call w/ D Tsitsis and A Crnkovich to discuss the waterfall and prepaids | 0.80 | | 1-3 |
| 1/4/2024 | EH | Updating cash forecast for the week | 2.00 | | 1-3 |
| 1/4/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 1/4/2024 | EH | Updating the waterfall/unsecured claims reserve | 1.00 | | 1-3 |
| 1/4/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.40 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **8.00** | **0.00** | |
| 1/5/2024 | EH | Fee Application | 0.50 | | 4-5 |
| 1/5/2024 | EH | waterfall calculation updates | 5.80 | | 1-3 |
| 1/5/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.90 | | 4-2 |
| 1/5/2024 | EH | Administrative activities relating to the bankruptcy | 0.20 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **7.40** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/6/24 )** | **33.70** | **0.00** | |
| 1/8/2024 | EH | Supplier Claim call | 0.50 | | 4-2 |
| 1/8/2024 | EH | W&C update call | 0.20 | | 4-2 |
| 1/8/2024 | EH | Fee Application | 1.10 | | 4-5 |
| 1/8/2024 | EH | Weekly finance call | 1.30 | | 2-1 |
| 1/8/2024 | EH | Call with A. Kroll re: cash forecast and waterfall for the extension of confirmation date | 0.90 | | 1-3 |
| 1/8/2024 | EH | Claims reconciliation process and other claims call with D Tsitsis and A Crnkovich | 0.50 | | 4-2 |
| 1/8/2024 | EH | cash forecast | 3.50 | | 1-3 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 1/8/2024 | EH | Administrative activities relating to the bankruptcy | 0.20 | | 4-2 |
| 1/8/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.30 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **8.50** | **0.00** | |
| | | | | | |
| 1/9/2024 | EH | Call w/ A. Kroll, A Crnkovich, D Ninivaggi | 1.50 | | 2-1 |
| 1/9/2024 | EH | Update waterfall for UCC call | 1.30 | | 1-3 |
| 1/9/2024 | EH | call with Huron | 0.80 | | 3-2 |
| 1/9/2024 | EH | waterfall | 1.40 | | 1-3 |
| 1/9/2024 | EH | Call w/ A Kroll to discuss claims rec for waterfall | 0.70 | | 1-3 |
| 1/9/2024 | EH | Send waterfall and cash forecast to the committees | 0.50 | | 1-3 |
| 1/9/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.90 | | 4-2 |
| 1/9/2024 | EH | Administrative activities relating to the bankruptcy | 0.70 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **7.80** | **0.00** | |
| | | | | | |
| 1/10/2024 | EH | cash forecast and professional fee payments | 2.00 | | 1-3 |
| 1/10/2024 | EH | Weekly finance meeting | 1.00 | | 2-1 |
| 1/10/2024 | EH | respond to M3's requests re: waterfall and claims | 1.60 | | 1-3 |
| 1/10/2024 | EH | Waterfall updates & claims reconciliation | 1.20 | | 1-3 |
| 1/10/2024 | EH | Answering Huron's questions re: cash forecast | 0.20 | | 1-3 |
| 1/10/2024 | EH | Administrative activities relating to the bankruptcy | 0.60 | | 4-2 |
| 1/10/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.40 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **7.00** | **0.00** | |
| | | | | | |
| 1/11/2024 | EH | Call with M3 to discuss interest calc in waterfall | 0.50 | | 1-3 |
| 1/11/2024 | EH | December Fee application | 3.50 | | 4-5 |
| 1/11/2024 | EH | Administrative activities relating to the bankruptcy | 0.40 | | 4-2 |
| 1/11/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.60 | | 4-2 |
| 1/11/2024 | EH | December Fee application | 0.80 | | 4-5 |
| **THURS** | | **DAILY TOTALS** | **5.80** | **0.00** | |
| | | | | | |
| 1/12/2024 | EH | Administrative activities relating to the bankruptcy | 0.60 | | 4-2 |
| 1/12/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.70 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.30** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 1/13/24 )** | **30.40** | **0.00** | |
| | | | | | |
| 1/15/2024 | EH | Gather Dec MOR files (disbursements, receipts, payroll and bank statements) | 1.50 | | 4-3 |
| 1/15/2024 | EH | Prepaids call w/ A. Crnkovich & S Kohler | 0.70 | | 4-2 |
| 1/15/2024 | EH | Update cash forecast for the wk ending 1/20 | 3.80 | | 1-3 |
| 1/15/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.30 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| **MON** | | **DAILY TOTALS** | **6.30** | **0.00** | |
| | | | | | |
| 1/16/2024 | EH | December Fee application | 6.00 | | **4-5** |
| 1/16/2024 | EH | Updating the waterfall/unsecured claims reserve | 2.00 | | **1-3** |
| 1/16/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.20 | | **4-2** |
| 1/16/2024 | EH | Administrative activities relating to the bankruptcy | 0.40 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **8.60** | **0.00** | |
| | | | | | |
| 1/17/2024 | EH | Supplier claims weekly review | 1.00 | | **4-2** |
| 1/17/2024 | EH | Cash forecast - update payroll | 0.40 | | **1-3** |
| 1/17/2024 | EH | W&C update call | 0.20 | | **4-2** |
| 1/17/2024 | EH | Weekly finance call | 1.00 | | **2-1** |
| 1/17/2024 | EH | Prepaids - KB Components follow up | 0.40 | | **4-2** |
| 1/17/2024 | EH | Updating the waterfall/unsecured claims reserve | 1.50 | | **1-3** |
| 1/17/2024 | EH | Cash forecast updates | 2.00 | | **1-3** |
| 1/17/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.50 | | **4-2** |
| 1/17/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **7.50** | **0.00** | |
| | | | | | |
| 1/18/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.80 | | **4-2** |
| 1/18/2024 | EH | Administrative activities relating to the bankruptcy | 0.10 | | **4-2** |
| 1/18/2024 | EH | Cash forecast and professional fees | 1.00 | | **1-3** |
| 1/18/2024 | EH | Professional fee estimates update | 1.00 | | **1-3** |
| 1/18/2024 | EH | Updating the waterfall/unsecured claims reserve | 2.00 | | **1-3** |
| **THUR** | | **DAILY TOTALS** | **4.90** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 1/20/24 )** | **27.30** | **0.00** | |
| | | | | | |
| 1/22/2024 | EH | Weekly Finance Meeting | 0.50 | | **2-1** |
| 1/22/2024 | EH | Cash forecast | 3.50 | | **1-3** |
| **MON** | | **DAILY TOTALS** | **4.00** | **0.00** | |
| | | | | | |
| 1/23/2024 | EH | Cash forecast updates | 4.00 | | **1-3** |
| 1/23/2024 | EH | Update waterfall analysis based on White & Case comments | 1.00 | | **1-3** |
| 1/23/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.50 | | **4-2** |
| 1/23/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| **TUE** | | **DAILY TOTALS** | **6.00** | **0.00** | |
| | | | | | |
| 1/24/2024 | EH | supplier claims call | 1.00 | | **4-2** |
| 1/24/2024 | EH | update waterfall | 0.70 | | **1-3** |
| 1/24/2024 | EH | White & Case update call | 0.80 | | **4-2** |
| 1/24/2024 | EH | Weekly finance call | 0.70 | | **2-1** |
| 1/24/2024 | EH | update waterfall based on AK comments | 2.80 | | **1-3** |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/24/2024 | EH | Internal Silverman call to discuss plan confirmation checklist | 0.50 | | **4-2** |
| 1/24/2024 | EH | call with A. Kroll re: waterfall | 0.30 | | **1-3** |
| **WED** | | **DAILY TOTALS** | **6.80** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/25/2024 | EH | Call with Ombudsman | 1.00 | | **4-2** |
| 1/25/2024 | EH | Administrative activities relating to the bankruptcy | 0.70 | | **4-2** |
| 1/25/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.40 | | **4-2** |
| **THUR** | | **DAILY TOTALS** | **2.10** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/26/2024 | EH | Call with Alex to discuss updated waterfall | 0.20 | | **1-3** |
| **FRI** | | **DAILY TOTALS** | **0.20** | **0.00** | |

| | | **WEEKLY TOTAL - ( W/E 1/27/24 )** | **19.10** | **0.00** | |
|---|---|---|---|---|---|

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/29/2024 | EH | Weekly finance call | 0.60 | | **2-1** |
| 1/29/2024 | EH | Cash forecast | 4.20 | | **1-3** |
| 1/29/2024 | EH | Updating the waterfall/unsecured claims reserve | 2.00 | | **1-3** |
| **MON** | | **DAILY TOTALS** | **6.80** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 1/30/2024 | EH | Waterfall discussion w/ M3 | 1.60 | | **1-3** |
| 1/30/2024 | EH | Updating claims waterfall | 1.50 | | **1-3** |
| 1/30/2024 | EH | cash forecast | 2.00 | | **1-3** |
| 1/30/2024 | EH | Administrative activities relating to the bankruptcy | 0.20 | | **4-2** |
| 1/30/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.40 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **5.70** | **0.00** | |
| | | | | | |
| 1/31/2024 | EH | waterfall updates | 0.30 | | **1-3** |
| 1/31/2024 | EH | reading & responding to various emails related to Lordstown bankruptcy | 0.50 | | **4-2** |
| 1/31/2024 | EH | Administrative activities relating to the bankruptcy | 0.70 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 1/31/24 )** | **14.00** | **0.00** | |
| | | **TOTAL - (January 1 to January 31, 2024 )** | **124.50** | **0.00** | |

| Date | Consultant | Description | Time | |
|---|---|---|---|---|
| 1/2/2024 | SAN | December MOR | 0.90 | 4-3 |
| TUES | | DAILY TOTALS | 0.90 | |
| 1/3/2024 | SAN | December MOR | 0.50 | 4-3 |
| WED | | DAILY TOTALS | 0.50 | |
| | | WEEKLY TOTAL - ( W/E 1/6/24 ) | 1.40 | |
| 1/15/2024 | SAN | December MOR | 0.90 | 4-3 |
| MON | | DAILY TOTALS | 0.90 | |
| 1/16/2024 | SAN | December MOR | 5.70 | 4-3 |
| TUES | | DAILY TOTALS | 5.70 | |
| 1/17/2024 | SAN | December MOR | 0.20 | 4-3 |
| WED | | DAILY TOTALS | 0.20 | |
| | | WEEKLY TOTAL - ( W/E 1/20/24 ) | 6.80 | |
| | | TOTAL - (January 1 to January 31, 2024 ) | 8.20 | |