**<u>EXHIBIT A</u>**

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

### ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKB - Investigation of Claims** | | | | | |
| 01/02/2024 | Retrieve entered order extending SEC bar date (.1); calendar same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 01/04/2024 | Review/file SEC bar date extension | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 01/04/2024 | Email to/from R. Szuba regarding COC regarding SEC bar date (.3); prepare COC regarding same (.2); email to M. Patterson and D. Detweiler regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 01/05/2024 | Email (x2) to/from R. Szuba regarding SEC bar date | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4885739
Lordstown Motors Corp.

| 01/31/2024 | Prepare COC regarding SEC motion to extend | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
|---|---|---|---|---|---|

| | | | | Total for Task: | $ 769.00 |
|---|---|---|---|---|---|

### BKCO - Claims Objections

| 01/18/2024 | Legal research and precedent regarding equity objections (3.4); review/revise claim objections (.7) | Patterson, Morgan L. (2372) | 4.10 | 720.00 | $ 2,952.00 |
|---|---|---|---|---|---|
| 01/19/2024 | Call with Fan He regarding claim objections | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

| | | | | Total for Task: | $ 3,240.00 |
|---|---|---|---|---|---|

### BKD - Documentations/Plan Negotiation

| 01/02/2024 | Review UST objection to confirmation | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
|---|---|---|---|---|---|

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| | | | | | |
|---|---|---|---|---|---|
| 01/02/2024 | Email (x2) to/from M. Patterson regarding supplemental plan supplement | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 01/11/2024 | Call with David Turetsky regarding plan objections | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 01/16/2024 | Calls (x2) with White and Case team regarding confirmation issues (.8); multiple correspondence with Court regarding hearing date scheduling for confirmation (.3) | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 01/18/2024 | Draft and circulate confirmation hearing re-notice | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 01/19/2024 | Review/revise and file notice of rescheduled confirmation hearing | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |

Lordstown Motors Corp (DE)

120360.0001.8/4885739

Lordstown Motors Corp.

| 01/24/2024 | Multiple emails and meeting with M. Patterson regarding status of confirmation and SEC settlement | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| --- | --- | --- | --- | --- | --- |
| 01/24/2024 | Call with co-counsel and Don Detweiler regarding confirmation hearing scheduling | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 01/25/2024 | Multiple emails to and from White & Case Team regarding plan and plan supplement issues | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 01/25/2024 | Review exclusivity motion | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 01/25/2024 | Review email from R. Szuba and M. Patterson regarding plan related filings (.2); prepare notice of confirmation hearing (.3); prepare notice of filing of second amended plan (.5); email (x2) to/from M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 1.10 | 370.00 | $ 407.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/2024 | Email (x2) to F. He regarding exclusivity motion (.1); email to M. Patterson regarding same (.1); prepare notice (.1); prepare motion, exhibits for filing (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 01/31/2024 | Review/circulate notice of blackline of plan (.2); review/revise and file further modified plan (2.1); review/file blackline of plan (.8) | Patterson, Morgan L. (2372) | 3.10 | 720.00 | $ 2,232.00 |
| 01/31/2024 | Revise notice of blacklines regarding second amended modified plan (.2); email to M. Patterson regarding same (.1); email (x5) to/from D. Detweiler, M. Patterson and R. Szuba regarding second modified plan (.4); prepare plan for filing (1.0); prepare notice of blackline for filing (.9); efile same (.2); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 2.90 | 370.00 | $ 1,073.00 |

|  |  | **Total for Task:** | | | $ 7,226.00 |

**BKE - Executory Contracts/Lease Agreements**

| 01/04/2024 | Review CNO for rejection damages | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| 01/04/2024 | Email to/from White & Case team regarding second omnibus rejection (.1); prepare CNO regarding same (.2); email to M. Patterson regarding same (.1); efile CNO, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| --- | --- | --- | --- | --- | --- |
| 01/05/2024 | Retrieve entered order regarding second omnibus rejection (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 01/12/2024 | Email to/from F. He regarding motion to extend deadline to assume or reject (.1); review same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 01/17/2024 | Review/revise motion to extend rejection/assumption deadline | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 01/19/2024 | Review/revise and file motion to extend deadline to assume or reject | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| 01/19/2024 | Email (x3) to/from M. Patterson regarding motion to extend regarding 365(d)(4) (.1); prepare notice, motion, exhibits for filing (.4); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 1,384.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKF - Fee Application/Monthly Billing**

| 01/02/2024 | Address revisions to Womble fee application | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
|---|---|---|---|---|---|
| 01/03/2024 | Revise WBD second monthly fee application (.5); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 01/04/2024 | Address revised monthly fee application | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2024 | Email to/from M. Patterson regarding WBD third monthly fee application (.1); prepare same (1.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |
| | | | | | $ 1,242.00 |
| | | | | **Total for Task:** | |

**BKFO - Fees of Others**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2024 | Review and file Jefferies fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 01/02/2024 | Email to/from S. Ruben regarding second monthly fee application of Jefferies (.1); email to D. Detweiler, M. Patterson and S. Ludovici regarding same (.3); prepare notice (.2); review monthly application (.3); prepare application, exhibits and notice for filing (.1); efile same (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |
| 01/08/2024 | Prepare CNO regarding Baker's fourth monthly fee application (.2); email to S. Ludovici regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| 01/09/2024 | Review/file OCP statement | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
|---|---|---|---|---|---|
| 01/09/2024 | Prepare notice regarding KCC fifth monthly fee application (.1); prepare application for filing (.1); email to D. Detweiler regarding same (.1); efile same (.1); calendar deadline (.1); email to KCC team regarding same (.1); prepare CNO regarding KPMG combined third monthly fee application (.2); prepare CNO regarding Silverman fifth monthly fee application (.2); prepare notice regarding OCP statement (.3); email to S. Ludovici regarding same (.1); efile OCP statement (.2); efile CNO regarding Baker fourth monthly fee application (.1); email to M. VanNiel regarding same (.1); email to S. Ludovici regarding KPMG third monthly fee application (.1) | Giobbe, Cynthia M.* (10258) | 1.90 | 370.00 | $ 703.00 |
| 01/10/2024 | Review/file Baker fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 01/10/2024 | Efile KPMG CNO regarding third combined monthly fee application (.1); email to KPMG team (.1); email to C. Tsitsis regarding CNO regarding Silverman fifth monthly fee application (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2024 | Efile CNO regarding Silverman fifth monthly fee application; email to C. Tsitsis regarding same | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 01/12/2024 | Email to/from S. Ludovici regarding White & Case fifth monthly fee application (.1); prepare notice regarding same (.1); prepare same for filing (.1); efile (.1); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 01/22/2024 | Review/file Silverman fee application | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 01/22/2024 | Prepare certificate of no objection regarding Jefferies second monthly fee application (.2); email to S. Ludovici regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 01/22/2024 | Email  (x2) to/from S. Ludovici regarding fee applications (.2); prepare notice regarding Silverman sixth monthly fee application (.2); prepare notice, exhibits, application for filing (.1); efile same (.1); prepare notice regarding Baker fifth monthly fee application (.2); prepare notice, application, exhibits for filing (.1); efile same (.1); prepare notice regarding KPMG fourth monthly fee application (.2); prepare notice, exhibits, application for filing (.1); efile same (.1); coordinate service of | Giobbe, Cynthia M.* (10258) | 1.70 | 370.00 | $ 629.00 |

Lordstown Motors Corp (DE)                                                      120360.0001.8/4885739
Lordstown Motors Corp.

applications (.1); email (x2) to D. Detweiler and M. Patterson (.1); efile Baker notice of rate increase (.1)

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 01/29/2024 | Prepare CNO regarding KCC fifth monthly fee application (.2); email to S. Ludovici (.1); email to KCC team (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 01/31/2024 | Email to/from D. Detweiler regarding KCC sixth monthly fee application (.1); prepare notice regarding same (.1); prepare application, notice, exhibits for filing (.2); efile same (.1); calendar deadlines (.1); coordinate service of same (.1); prepare CNO regarding White & Case fifth monthly fee application (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |

$ 3,497.00

**Total for Task:**

**BKG - General Case Administration**

| Date | Description | Name | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 01/09/2024 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4885739
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 01/19/2024 | Email to W&C and WBD team regarding docket distribution (.1); retrieve ECF filings (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 01/21/2024 | Calendar numerous deadlines (.4); revise and update critical dates calendar (.5) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 01/22/2024 | Update critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 01/29/2024 | Update critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |

**Total for Task:**                                                                $ 666.00

**BKH - Court Hearings/Preparation/Agenda**

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4885739

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2024 | Revise 1/10/24 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 01/03/2024 | Call with D. Turetsky regarding continuance of confirmation hearing | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 01/03/2024 | Telephone call with L. Capp, Judge Walrath Deputy Courtroom Clerk regarding continuance of January 10 confirmation hearing | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 01/03/2024 | Follow-up call with D. Turetsky regarding court permission to continue confirmation hearing | Detweiler, Donald J. (10135) | 0.10 | 845.00 | $ 84.50 |
| 01/04/2024 | Revise  (x3)1/10/24 hearing agenda (.5); email (x4) to/from W&C and WBD teams regarding same (.2) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4885739
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/2024 | Revise 1/10/23 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 01/08/2024 | Email (x6) to/from D. Turetsky, D. Detweiler and M. Patterson regarding 1/10/24 agenda (.3); revise (x2) 1/10/24 agenda (.3); efile Agenda; register D. Detweiler, M. Patterson, D. Turestsky, J. Zakia and R. Kampfner for 1/10/24 hearing (.3) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |
| 01/10/2024 | Prepare for and attend status conference | Patterson, Morgan L. (2372) | 1.60 | 720.00 | $ 1,152.00 |
| 01/10/2024 | Assist in preparation of 1/10/24 hearing | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 01/11/2024 | Email to/from F. He regarding plan objection extension (.1); update (x2) confirmation agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4885739
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2024 | Email to/from Reliable regarding 1/10/24 transcript | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 01/12/2024 | Email to W&C and WBD team regarding 1/10/24 hearing transcript (.1); email to F. He regarding 1/25/24 omnibus hearing date (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 01/17/2024 | Email (x2) to M. Patterson regarding hearing dates | Giobbe, Cynthia M.* (10258) | 0.10 | 370.00 | $ 37.00 |
| 01/18/2024 | Prepare 1/25/24 hearing agenda (.2); prepare certification of counsel regarding 2/22/24 hearing agenda (.2); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 01/21/2024 | Revise 2/22/24 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4885739
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 01/22/2024 | Prepare 1/25/24 agenda for filing (.1); email to M. Patterson regarding same (.1); efile Agenda (.1); coordinate service of same (.1); retrieve and coordinate service of omnibus hearing order (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 01/29/2024 | Update 2/22/24 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

|  |  |  |  |  | $ 3,451.00 |
|--|--|--|--|--|-----------|
|  |  |  |  | **Total for Task:** |  |

**BKLT - Litigation**

| 01/17/2024 | Review/revise motion to extend removal deadline | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
|------------|--------------------------------------------------|------------------------------|------|--------|----------|
| 01/19/2024 | Review and file December MORs | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4885739
Lordstown Motors Corp.

| 01/19/2024 | Review/revise and file motion to extend deadline to remove actions | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 01/19/2024 | Email (x3) to/from M. Patterson regarding motion to extend removal deadline (.1); prepare notice, motion, exhibits for filing (.4); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |
| 01/31/2024 | Revise/circulate COC regarding resolution of 7023 motion and objections | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 01/31/2024 | Review and circulate COC regarding stipulation for 7023 Motion | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 01/31/2024 | Prepare certification of counsel regarding settlement regarding parties regarding 7023 claims (.8); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |

Lordstown Motors Corp (DE)                                                    120360.0001.8/4885739
Lordstown Motors Corp.

|  |  |  |  |  | $ 2,032.00 |
|---|---|---|---|---|---|
|  |  | Total for Task: |  |  |  |

**BKRO - Retention of Others**

| 01/10/2024 | Email to/from M. VanNiel and M. Patterson regarding supplemental declaration regarding Baker retention (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 111.00 |
|---|---|---|---|---|---|
|  |  | Total for Task: |  |  |  |

**BKRS - Reports and Schedules**

| 01/19/2024 | Prepare attestations (x3) regarding December monthly operating reports (.3); prepare MORs (x3) for filing (.6); email to M. Patterson regarding same (.1); email to D. Kim regarding same (.1); efile MORs (.2); coordinate service to UST (.1) | Giobbe, Cynthia M.* (10258) | 1.40 | 370.00 | $ 518.00 |
|---|---|---|---|---|---|

|  |  |  |  |  | $ 518.00 |
|---|---|---|---|---|---|
|  |  | Total for Task: |  |  |  |
|  |  | Total for Services: |  |  | $ 24,136.00 |

\*    If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                                    120360.0001.8/4885739
Lordstown Motors Corp.

## TIMEKEEPER SUMMARY

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Patterson, Morgan L. | 18.40 | $ 13,248.00 | $ 720.00 |
| Detweiler, Donald J. | 0.80 | $ 676.00 | $ 845.00 |
| Giobbe, Cynthia M.* | 27.60 | $ 10,212.00 | $ 370.00 |
| **Totals:** | 46.80 | $ 24,136.00 | |

\* If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                                           120360.0001.8/4885739
Lordstown Motors Corp.

### TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKB | Investigation of Claims | 1.70 | $ 769.00 |
| BKCO | Claims Objections | 4.50 | $ 3,240.00 |
| BKD | Documentations/Plan Negotiation | 12.30 | $ 7,226.00 |
| BKE | Executory Contracts/Lease Agreements | 2.70 | $ 1,384.00 |
| BKF | Fee Application/Monthly Billing | 2.60 | $ 1,242.00 |
| BKFO | Fees of Others | 8.60 | $ 3,497.00 |
| BKG | General Case Administration | 1.80 | $ 666.00 |
| BKH | Court Hearings/Preparation/Agenda | 7.30 | $ 3,451.00 |
| BKLT | Litigation | 3.60 | $ 2,032.00 |
| BKRO | Retention of Others | 0.30 | $ 111.00 |
| BKRS | Reports and Schedules | 1.40 | $ 518.00 |
| | **Total** | 46.80 | $ 24,136.00 |

### Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.