**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Diana Mauricio, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On February 20, 2024, I caused copies of the
- [Customized for Rule 3001(e)(2) or 3001(e)(4)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or 3001(e)(4) [Re Docket No. 965]

to be served on the parties attached hereto as **Exhibit A** via First Class Mail.

Dated: February 20, 2024

*/s/ Diana Mauricio*
Diana Mauricio
KCC
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number | Party Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Cedar Glade LP | Attn Robert K. Minkoff, President | 600 Madison Avenue, 17th Floor | New York | NY | 10022 | 98 | $206,222.50 | $191,945.00 | 965 | Transferee |
| Technology Solutions Anywhere LLC | | 5966 Lovewood Ct | Canton | MI | 48187 | 98 | $206,222.50 | $191,945.00 | 965 | Transferor |
| Joel H. Kaufman, Esq. | | 32871 Middlebelt Rd Suite 100 | Farmington Hills | MI | 48334 | 98 | $206,222.50 | $191,945.00 | 965 | Notice Party |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)                                                                 Page 1 of 1