**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831-MFW |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 1008** |

**NOTICE OF WITHDRAWAL OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' NOTICE OF DEPOSITION TO THE DEBTORS
PURSUANT TO FED. R. CIV. P. 30(B)(6) AND FED. R. BANKR. P. 7030 IN
<u>CONNECTION WITH THE DIP MOTION</u>**

**PLEASE TAKE NOTICE** that *The Official Committee of Unsecured Creditors' Notice of Deposition to the Debtors Pursuant to Fed. R. Civ. P. 30(b)(6) and Fed. R. Bankr. P. 7030 in Connection with the DIP Motion* (Docket No. 1008) is hereby withdrawn, without prejudice, as it was filed in the wrong case.

Dated: February 24, 2024
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Evelyn J. Meltzer*
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.fournier@troutman.com
evelyn.meltzer@troutman.com
ken.listwak@troutman.com

-and-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

169053719v1

-2-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin, Esq. (*pro hac vice* to be filed)
Meredith A. Lahaie, Esq. (*pro hac vice* to be filed)
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: pdublin@akingump.com
     mlahaie@akingump.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of NanoString Technologies, Inc., et al.*