**<u>EXHIBIT A</u>**



February 22, 2024

Lordstown Motor Corporation
Melissa Leonard
38555 Hills Tech Drive
Farmington Hills MI 48331

   Re: Lordstown Motor Corporation
    USBC Case No. 23-10831

Dear Melissa Leonard:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period January 1, 2024 to January 31, 2024 in the amount of $2,268.57 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures



February 22, 2024


<u>Copy Parties</u>

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington DE 19801

Fan B. He
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami FL 33131

David M. Turetsky
White & Case, LLP
1221 Avenue of the Americas
New York NY 10020

Benjamin Hackman
Office of the United States Trustee Delaware
844 King St Ste 2207
Lockbox 35
Wilmington DE 19801

David M. Fournier
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19801

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square 18th & Arch Streets
Philadelphia PA 19103-2799

Michael Port
38555 Hills Tech Drive
Farmington Hills MI 48331



February 22, 2024


Copy Parties

Amanda Ciccone
38555 Hills Tech Drive
Farmington Hills MI 48331

Kathy McDougall
38555 Hills Tech Drive
Farmington Hills MI 48331

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York NY 10022

# *Kurtzman Carson Consultants LLC*

| Account Number | 71001FA | Invoice Date | February 22, 2024 |
|---|---|---|---|
| Invoice Number | US_KCC2669470 | Due Date | Due upon receipt |

**Lordstown Motor Corporation**
*Summary*

| Description | Amount |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $2,268.57 |
| *Total of Hourly Fees* | $2,268.57 |
| | |
| **Expenses** | |
| Expenses | $0.00 |
| *Total Expenses* | $0.00 |
| | |
| *Invoice Subtotal* | **$2,268.57** |
| Sales and Use Tax | 0.00 |
| *Total Invoice* | **$2,268.57** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 71001FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC2669470 | KCC Global Administration - Restructuring | KCC Global Administration - Restructuring |
| Total Amount Due | $2,268.57 | Department 2211 | Grasshopper Bank, N.A. |
| | | PO Box 4110 | 261 5th Avenue Suite 610 |
| Amount Paid | $ | Woburn, MA 01888-4110 | New York, NY 10016 |
| | | | Account # 02329451396 |
| | | | FED ABA # 026015024 |

# *Kurtzman Carson Consultants LLC*

01/01/2024 - 01/31/2024

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|--------------|---------------|-------|------|-------|
| AAE | Andres Estrada | SOL | 9.90 | $201.75 | $1,997.32 |
| EAG | Esmeralda Aguayo | SOL | 1.40 | $193.75 | $271.25 |
| | | | | *Total* | *$2,268.57* |

# *Kurtzman Carson Consultants LLC*

### *01/01/2024 - 01/31/2024*

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/3/2024 | AAE | Review draft voting certification and prepare comments | SOL | Solicitation | 2.20 |
| | | | ***Total for 1/3/2024*** | | ***2.20*** |
| 1/4/2024 | AAE | Review late filed ballots in CaseView | SOL | Solicitation | 0.20 |
| | | | ***Total for 1/4/2024*** | | ***0.20*** |
| 1/9/2024 | AAE | Review late filed ballots in CaseView | SOL | Solicitation | 0.60 |
| 1/9/2024 | AAE | Prepare updated voting and detail reports | SOL | Solicitation | 2.30 |
| 1/9/2024 | AAE | Coordinate administrative quality control review of late filed ballots | SOL | Solicitation | 0.30 |
| 1/9/2024 | EAG | Assist with generating Voting Reports | SOL | Solicitation | 0.80 |
| 1/9/2024 | EAG | Administrative quality control review of ballots input into KCC CaseView | SOL | Solicitation | 0.60 |
| | | | ***Total for 1/9/2024*** | | ***4.60*** |
| 1/10/2024 | AAE | Review and resolve duplicate ballots in CaseView | SOL | Solicitation | 0.10 |
| | | | ***Total for 1/10/2024*** | | ***0.10*** |
| 1/28/2024 | AAE | Review revised draft voting declaration from counsel | SOL | Solicitation | 0.30 |
| 1/28/2024 | AAE | Prepare tabulation and detail report exhibits for voting declaration | SOL | Solicitation | 2.80 |
| | | | ***Total for 1/28/2024*** | | ***3.10*** |
| 1/29/2024 | AAE | Prepare opt out detail report | SOL | Solicitation | 0.50 |
| 1/29/2024 | AAE | Quality control review of final exhibits for voting declaration | SOL | Solicitation | 0.60 |
| | | | ***Total for 1/29/2024*** | | ***1.10*** |
| | | | ***Total Hours*** | | ***11.30*** |

# *Kurtzman Carson Consultants LLC*

01/01/2024 - 01/31/2024

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| | | | |

*Total Expenses*