**EXHIBIT A**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary Of Hours and Discounted Fees Incurred By Professional
January 1, 2024 through January 31, 2024

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Alexandra Williams | Senior Manager - Audit-Department of Professional | 3.3 | $ 765 | $ 2,524.50 |
| Amanda Delaney | Senior Associate - Audit | 121.6 | $ 300 | $ 36,480.00 |
| Bradley Lancy | Managing Director - Advisory | 0.4 | $ 500 | $ 200.00 |
| Bradley Nemeth | Director - Advisory | 1.2 | $ 470 | $ 564.00 |
| Celeste Campbell | Manager - Bankruptcy | 1.1 | $ 298 | $ 327.80 |
| Chris Gentle | Partner - Audit | 1.5 | $ 500 | $ 750.00 |
| Dan Varnish | Senior Associate - Audit | 23.2 | $ 300 | $ 6,960.00 |
| Darcie Garza | Managing Director - Audit - Department of Professional | 1.0 | $ 765 | $ 765.00 |
| Darrin Schultz | Partner - Audit | 1.8 | $ 500 | $ 900.00 |
| Grace Mancini | Associate - Audit | 33.8 | $ 250 | $ 8,450.00 |
| Jennifer Miller | Managing Director - Audit - Department of Professional | 0.9 | $ 765 | $ 688.50 |
| John Hintz | Associate - Audit | 0.4 | $ 250 | $ 100.00 |
| Ken Grapperhaus | Partner - Audit - Department of Professional Practice | 1.0 | $ 765 | $ 765.00 |
| Mark Schierholt | Managing Director - Audit | 4.6 | $ 450 | $ 2,070.00 |
| Melina Lynn | Associate - Audit | 164.6 | $ 250 | $ 41,150.00 |
| Memory Liang | Director - Advisory | 0.4 | $ 470 | $ 188.00 |
| Michael Sarkis | Associate - Audit | 59.6 | $ 250 | $ 14,900.00 |
| Mila Orobia | Associate - Bankruptcy | 8.3 | $ 210 | $ 1,743.00 |
| Peter Bradford | Managing Director - Advisory | 0.3 | $ 500 | $ 150.00 |
| Sara Rufo | Senior Manager - Audit | 42.0 | $ 400 [1] | $ 16,800.00 |
| Scott Stelk | Partner - Audit | 9.9 | $ 500 | $ 4,950.00 |
| Thomas Hickey | Manager - Audit | 0.4 | $ 350 | $ 140.00 |
| Trey Hallock | Manager - Audit | 0.8 | $ 350 | $ 280.00 |
| **Hours and Fees at Discounted Rates** | | **482.1** | | **$ 141,845.80** |
| **Total Discounted Fees** | | | | $ 141,845.80 |
| Out of Pocket Expenses | | | | $ - |
| **Total Fees & Out of Pocket Expenses** | | | | $ 141,845.80 |
| Less Holdback Adjustment (20%) | | | | $ (28,369.16) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 113,476.64** |
| **Blended Hourly Rate** | | | | **$294.22** |

[1] Rate changed due to promotion effective 10/1/23.