**EXHIBIT B**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Hours and Discounted Fees Incurred by Category
January 1, 2024 through January 31, 2024

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| Audit Services | C1 | 472.7 | $ 139,775.00 |
| Retention Services | C2 | 0.0 | $ - |
| Fee Application Preparation Services | C3 | 9.4 | $ 2,070.80 |
| **Total** | | **482.1** | **$ 141,845.80** |