**EXHIBIT D**

**Lordstown Motors Corp., et al.**
**Case No. 23-10831**
Summary of Out of Pocket Expenses
January 1, 2024 through January 31, 2024

| Category | Amount |
|---|---|
| Airfare | $   - |
| Lodging | $   - |
| Meals | $   - |
| Ground Transportation | $   - |
| Miscellaneous | $   - |
| **Total** | $   - |