**<u>EXHIBIT A</u>**

**<u>DETAILED TIME ENTRIES</u>**

# brownrudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: LORDSTOWN MOTORS CORP. OFFICIAL EQUITY
COMMITTEE

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0002 | CASE ADMINISTRATION | 2,688.00 | 0.00 | 2,688.00 |
| 039963.0003 | MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS | 23,420.00 | 0.00 | 23,420.00 |
| 039963.0004 | EMPLOYMENT AND FEE APPLICATIONS | 12,459.00 | 0.00 | 12,459.00 |
| 039963.0006 | PLAN AND DISCLOSURE STATEMENT | 242,850.00 | 0.00 | 242,850.00 |
| 039963.0009 | NON-WORKING TRAVEL | 1,275.00 | 0.00 | 1,275.00 |
| 039963.0011 | CLAIMS ADMINISTRATION AND OBJECTIONS | 2,470.00 | 0.00 | 2,470.00 |
| 039963.0014 | REGULATORY ISSUES | 22,806.50 | 0.00 | 22,806.50 |
| 039963.0017 | FOXCONN LITIGATION RELATED | 540.00 | 0.00 | 540.00 |
| | **Total** | **308,508.50** | **0.00** | **308,508.50** |

| | |
|---|---|
| Total Current Fees | $308,508.50 |
| 20% Holdback Amount | (61,701.70) |
| 80% CURRENT BALANCE | $246,806.80 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$246,806.80** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| Invoice | 6973766 |
|---|---|
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: CASE ADMINISTRATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0002 | CASE ADMINISTRATION | 2,688.00 | 0.00 | 2,688.00 |
| | **Total** | **2,688.00** | **0.00** | **2,688.00** |

| | | |
|---|---|---|
| Total Current Fees | | $2,688.00 |
| Total Current Costs | | $0.00 |
| **Total Invoice** | | **$2,688.00** |

**BR**

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/02/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.3) | 0.50 | 240.00 |
| 01/05/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES (.1) | 0.30 | 144.00 |
| 01/08/24 | SOLIMAN | EDITS TO DIST LISTS (.2); MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); CIRCULATE AGENDA (.1); COMPILE AND INDEX HEARING BINDERS (.8); CIRCULATE OF SAME TO TEAM (.1) | 1.50 | 720.00 |
| 01/09/24 | SOLIMAN | REGISTER BR TEAM FOR HEARING (.3); REGISTER M3 TEAM FOR HEARING (.2); UPDATE TO DISTRIUTION LISTS (.2); MONITOR DOCKET (.1); CIRCULATE PLEADING (.1) | 0.90 | 432.00 |
| 01/10/24 | SOLIMAN | HANDLE REGISTRATION OF M3 TEAM FOR HEARING | 0.10 | 48.00 |
| 01/12/24 | SOLIMAN | CIRCULATE HEARING TRANSCRIPT | 0.20 | 96.00 |
| 01/19/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.4); ANALYSIS OF PERTINENT DATES AND DEADLINES (.5) | 1.00 | 480.00 |
| 01/22/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 192.00 |
| 01/25/24 | SOLIMAN | UPDATE DATABASE WITH RECENTLY FILED PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1) | 0.30 | 144.00 |
| 01/30/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 192.00 |
| **Total Hours and Fees** | | | **5.60** | **2,688.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MADELYN A. SOLIMAN | 5.60 | hours at | 480.00 | 2,688.00 |
| **Total Fees** | | | | **2,688.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0003 | MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS | 23,420.00 | 0.00 | 23,420.00 |
| | **Total** | **23,420.00** | **0.00** | **23,420.00** |

| | |
|---|---|
| **Total Current Fees** | $23,420.00 |
| **Total Current Costs** | $0.00 |
| **Total Invoice** | **$23,420.00** |

RE: MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/02/24 | SAWYER | EMAILS WITH STOCK HOLDER RE PLAN QUESTIONS | 0.20 | 190.00 |
| 01/03/24 | SAWYER | CALL WITH EQUITY HOLDER RE PLAN QUESTIONS | 0.20 | 190.00 |
| 01/03/24 | STARK | T/C B. SILVERBERG RE STATUS AND STRATEGY (.5); A. SOLE RE STATUS AND STRATEGY (.5) | 1.00 | 2,250.00 |
| 01/04/24 | STARK | T/C B. SILVERBERG RE SEC AND OTHER PLAN ISSUES (.5); T/C A. SOLE RE SAME (.3) | 0.80 | 1,800.00 |
| 01/05/24 | STARK | C/C A. HALPERIN, A. SOLE, R. WINNING RE STRATEGY (.7); T/C D. BADDLEY (SEC) RE STATUS (.5); T/C B. SILVERBERG RE SAME (.3) | 1.50 | 3,375.00 |
| 01/08/24 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING CONFIRMATION PROCESS (.2); CORRESPONDENCE WITH A. SOLE, R. STARK REGARDING SAME (.2) | 0.40 | 720.00 |
| 01/09/24 | SILVERBERG | CORRESPONDENCE WITH STOCKHOLDER JHL RE CONFIRMATION HEARING (.1); CORRESPONDENCE WITH A. SOLE REGARDING 8K DISCLOSURE (.1) | 0.20 | 360.00 |
| 01/09/24 | STARK | T/C EQUITY HOLDER RE STATUS AND STRATEGY | 0.50 | 1,125.00 |
| 01/12/24 | SILVERBERG | ATTEND AND PARTICIPATE ON OEC CALL | 0.60 | 1,080.00 |
| 01/12/24 | BOUCHARD | WEEKLY EQUITY COMMITTEE MEETING | 0.60 | 840.00 |
| 01/12/24 | STARK | PREPARE FOR (.4) AND CONDUCT OEC CALL (.6) | 1.00 | 2,250.00 |
| 01/12/24 | DWOSKIN | PREPARE FOR (.4); COMMITTEE CALL (.6) | 1.00 | 1,500.00 |
| 01/16/24 | STARK | T/C B. SILVERBERG RE STATUS AND STRATEGY (.5); T/C A. SOLE RE SAME (.5) | 1.00 | 2,250.00 |
| 01/18/24 | SILVERBERG | CONFERENCE WITH R. STARK, SHAREHOLDER FH REGARDING PLAN TIMING, PROCESS | 1.00 | 1,800.00 |
| 01/18/24 | STARK | C/C SEVERAL STOCKHOLDERS RE STATUS AND STRATEGY | 1.00 | 2,250.00 |
| 01/25/24 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING PLAN STATUS | 0.20 | 360.00 |
| 01/26/24 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING SEC SETTLEMENT DOCUMENTATION | 0.20 | 360.00 |
| 01/31/24 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING PLAN REVISIONS (.2); REVIEW/REVISE CORRESPONDENCE TO EC REGARDING PLAN MODIFICAITONS (.2) | 0.40 | 720.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 6

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| | **Total Hours and Fees** | | **11.80** | **23,420.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|-----|------|-------|
| ROBERT J. STARK | 6.80 | hours at | 2,250.00 | 15,300.00 |
| NICOLE M. BOUCHARD | 0.60 | hours at | 1,400.00 | 840.00 |
| BENNETT S. SILVERBERG | 3.00 | hours at | 1,800.00 | 5,400.00 |
| SHARI I. DWOSKIN | 1.00 | hours at | 1,500.00 | 1,500.00 |
| MATTHEW A. SAWYER | 0.40 | hours at | 950.00 | 380.00 |
| **Total Fees** | | | | **23,420.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0004 | EMPLOYMENT AND FEE APPLICATIONS | 12,459.00 | 0.00 | 12,459.00 |
| | **Total** | **12,459.00** | **0.00** | **12,459.00** |

| | |
|---|---|
| Total Current Fees | $12,459.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$12,459.00** |



**LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE**
February 20, 2024

Invoice 6973766
Page 8

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/02/24 | SOLIMAN | WORK ON 4TH MONTHLY FEE STATEMENT | 0.50 | 240.00 |
| 01/03/24 | SOLIMAN | SET UP 3RD MONTHLY FEE STATEMENT CNO | 0.20 | 96.00 |
| 01/04/24 | SOLIMAN | EMAILS WITH A. KASNETZ RE 4TH MONTHLY FEE STATEMENT | 0.20 | 96.00 |
| 01/08/24 | SAWYER | REVIEW/COMMENT DECEMBER PRE-BILL | 2.90 | 2,755.00 |
| 01/08/24 | SOLIMAN | FINALIZE CNO RE 3RD MONTHLY FEE STATEMENT | 0.50 | 240.00 |
| 01/12/24 | SOLIMAN | CIRCULATE CNO TO R. WINNING FOR PAYMENT REQUEST RE THIRD FEE APPLICATION | 0.20 | 96.00 |
| 01/16/24 | SILVERBERG | REVIEW STATUS OF MONTHLY FEE STATEMENTS, PENDING DECEMBER MONTHLY FEE STATEMENT | 0.20 | 360.00 |
| 01/17/24 | SAWYER | CALLS WITH B. SILVERBERG (.3) AND M. SOLIMAN (.3) RE DECEMBER MONTHLY AND FIRST INTERIM FEE APPLICATIONS | 0.60 | 570.00 |
| 01/17/24 | SILVERBERG | REVISIONS TO FEE STATEMENT | 0.30 | 540.00 |
| 01/17/24 | SOLIMAN | WORK ON 4TH MONTHLY FEE STATEMENT | 0.70 | 336.00 |
| 01/18/24 | SAWYER | WORK ON DECEMBER FEE STATEMENT | 0.40 | 380.00 |
| 01/18/24 | SOLIMAN | PHONE CALL WITH M. SAWYER RE 4TH MONHTLY FEE STATEMENT STATUS (.1); EMAIL TO BILLING RE SUMMARIES FOR 4TH MONTHLY FEE STATEMENT AND INTERIM FEE APPLICATION (.1) | 0.20 | 96.00 |
| 01/18/24 | SILVERBERG | REVISE DECEMBER MONTHLY FEE STATEMENT | 0.30 | 540.00 |
| 01/19/24 | SOLIMAN | FINALIZE DRAFT OF 4TH MONTHLY FEE STATEMENT (.6); CIRCULATE TO TEAM FOR REVIEW (.1) | 0.70 | 336.00 |
| 01/20/24 | SAWYER | REVIEW AND REVISE DECEMBER FEE APPLICATION | 1.50 | 1,425.00 |
| 01/22/24 | SOLIMAN | WORK ON INTERIM FEE APPLICATION | 0.50 | 240.00 |
| 01/23/24 | SOLIMAN | WORK ON 1ST INTERIM FEE APPLICATION COVER SHEET | 1.60 | 768.00 |
| 01/24/24 | SOLIMAN | WORK ON INTERIM FEE APPLICATION COVER SHEET (.3); EMAILS WITH BILLING RE QUESTIONS ON SUMMARIES RE VOLUNTARY DEDUCTIONS FROM 1ST MONTHLY FEE STATEMENT (TRUSTEE INFORMAL COMMENTS) (.5); SET UP 5TH MONTHLY FEE STATEMENT (.6) | 1.40 | 672.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 9

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/25/24 | SOLIMAN | WORK ON INTERIM FEE APPLICATION COVER SHEET | 0.60 | 288.00 |
| 01/29/24 | SILVERBERG | CONFERENCE WITH M. SAWYER REGARDING DECEMBER MONTHLY FEE STATEMENT | 0.20 | 360.00 |
| 01/29/24 | SAWYER | REVISE DECEMBER FEE APPLICATION | 0.30 | 285.00 |
| 01/30/24 | SOLIMAN | EDITS TO INTERIM FEE APPLICATION COVER SHEET (.3); WORK ON INTERIM FEE APPLICATION (1.2) | 1.50 | 720.00 |
| 01/31/24 | SILVERBERG | FINALIZE DECEMBER MONTHLY FEE STATEMENT | 0.30 | 540.00 |
| 01/31/24 | SOLIMAN | COMPILE 4TH MONTHLY FEE STATEMENT (.2); FACILITATE FILING WITH LOCAL COUNSEL (.2); WORK ON INTERIM FEE APPLICATION (.6) | 1.00 | 480.00 |
| | **Total Hours and Fees** | | **16.80** | **12,459.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 1.30 | hours at | 1,800.00 | 2,340.00 |
| MATTHEW A. SAWYER | 5.70 | hours at | 950.00 | 5,415.00 |
| MADELYN A. SOLIMAN | 9.80 | hours at | 480.00 | 4,704.00 |
| **Total Fees** | | | | **12,459.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: PLAN AND DISCLOSURE STATEMENT

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0006 | PLAN AND DISCLOSURE STATEMENT | 242,850.00 | 0.00 | 242,850.00 |
| | **Total** | **242,850.00** | **0.00** | **242,850.00** |

| | |
|---|---|
| Total Current Fees | $242,850.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$242,850.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 11

RE: PLAN AND DISCLOSURE STATEMENT

| **TIME DETAIL** | | | | |
|---|---|---|---|---|

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 01/01/24 | FLINK | ATTEND TO OPEN ITEMS RE PLAN AND CONFIRMATION ORDER | 0.40 | 580.00 |
| 01/02/24 | SILVERBERG | CONFERENCES WITH D. TURETSKY REGARDING CONFIRMATION HEARING, REPLY PREPARATIONS (.6), FOLLOWUP CORRESPONDENCE REGARDING SAME (.2); CONFERENCE WITH R. STARK REGARDING CONFIRMATION TIMELINE (.3); REVIEW SUPPLEMENTAL SETTLEMENT DOCUMENTATION (1.0); CONSIDER ISSUES REGARDING UST CONFIRMATION OBJECTION RE 1141 (.5); REVIEW COMMENTS, ISSUES LIST RE OHIO PLAINTIFFS PLAN COMMENTS (1.0) | 3.60 | 6,480.00 |
| 01/02/24 | STARK | T/C B. SILVERBERG RE CASE NEXT STEPS | 0.50 | 1,125.00 |
| 01/02/24 | WINOGRAD | EMAILS RE PLAN ISSUES | 0.30 | 540.00 |
| 01/03/24 | SILVERBERG | ANALYSIS OF INCOMING COMMENTS FROM OHIO PLAINTIFFS IN ADVANCE OF W&C CALL (.6); CORRESPONDENCE WITH N. BOUCHARD, B. KELLY RE SAME (.2); CONFERENCE WITH W&C TEAM, S DWOSKIN REGARDING OHIO PLAINTIFFS COMMENTS TO PLAN (1.2); REVIEW SEC OFFER OF SETTLEMENT (.5); CONFERENCE WITH S. DWOSKIN, J. ZAKIA REGARDING OOS (.9); CORRESPONDENCE TO BR TEAM REGARDING SEC SETTLEMENT PARAMETERS (.2); FOLLOWUP CONFERENCES WITH D. TURETSKY REGARDING PLAN CONFIRMATION TIMETABLE (.2); INTERNAL CORRESPONDENCE REGARDING OOS (.2) | 4.00 | 7,200.00 |
| 01/03/24 | SAWYER | COMMENTS TO SCHEDULE OF RETAINED CAUSES OF ACTION | 0.40 | 380.00 |
| 01/03/24 | WINOGRAD | REVIEW AND COMMENT RE DRAFT SETTLEMENT AGREEMENT (.8); CALL RE DRAFT SETTLEMENT AGREEMENT (.4) | 1.20 | 2,160.00 |
| 01/03/24 | DWOSKIN | REVISE PLAN (1.7); CALL WITH DEBTOR COUNSEL RE PLAN REVISIONS (.9); CALL WITH DEBTOR COUNSEL RE SEC OFFER (.6); REVISE SEC OFFER (1.3) | 4.50 | 6,750.00 |
| 01/03/24 | FLINK | FOLLOW UP ON OUTSTANDING CORPORATE AND SECURITIES ISSUES | 0.50 | 725.00 |
| 01/03/24 | PAPALASKARIS | REVIEW DRAFT OFFER OF SETTLEMENT MARK-UPS AND EMAIL RE SAME | 0.50 | 752.50 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 12

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/03/24 | BOUCHARD | REVIEW REVISIONS TO PLAN FROM SECURITIES CLAIMANTS AND DRAFT COMMENTS IN RESPONSE TO SAME | 1.40 | 1,960.00 |
| 01/04/24 | DWOSKIN | REVIEW REVISED PLAN LANGUAGE (.7); REVISE SEC OFFER OF JUDGMENT (.7) | 1.40 | 2,100.00 |
| 01/04/24 | SILVERBERG | CORRESPONDENCE RE SEC BAR DATE STIPULATION (.1); CONFERENCE WITH D. TURETSKY REGARDING SETTLEMENT DOCUMENT PROGRESSION (.2); CONFERENCE WITH A. PAPALASKARIS, S. DWOSKIN REGARDING SEC OIS (.6); CORRESPONDENCE WITH W&C TEAM REGARDING SETTLEMENT DOCUMENTATION (.2); CONSIDER DEBTORS PROPOSAL TO ADJOURN SEC DISCHARGEABILITY MOTION (.2); ANALYSIS OF OPEN ITEMS REGARDING PLAN, SETTLEMENT DOCUMENTATION (2.0) | 3.30 | 5,940.00 |
| 01/04/24 | LIETZ | ANALYZE CASE LAW AND RELATED FILINGS REGARDING SEC SETTLEMENT OFFERS | 3.10 | 3,022.50 |
| 01/04/24 | WINOGRAD | REVIEW DRAFT PLAN | 0.50 | 900.00 |
| 01/04/24 | PAPALASKARIS | MEETING WITH B. SILVERBERG AND S. DWOSKIN RE SEC OFFER OF SETTLEMENT (.6); DISCUSS SAME/FOLLOW-UP RESEARCH WITH T. LIETZ (.3) | 0.90 | 1,354.50 |
| 01/05/24 | LIETZ | ANALYZE CASE LAW AND FILINGS RE SEC SETTLEMENT OFFERS | 0.80 | 780.00 |
| 01/05/24 | WINOGRAD | EMAILS RE SETTLEMENT | 0.50 | 900.00 |
| 01/05/24 | SILVERBERG | CONSIDER PLAN COMMENTS FROM SECURITIES PLAINTIFFS, POTENTIAL RESOLUTIONS (2.0); REVIEW ISSUES REGARDNG SEC CLAIMS BAR DATE STIPULATION (.2), CONFERENCES WITH D. TURETSKY REGARDING SAME (.1) | 2.30 | 4,140.00 |
| 01/08/24 | SILVERBERG | CONFERENCES WITH D. TURETSKY REGARDING PLAN PROCESS (.7); CONFERENCE WITH D. TURETSKY, R. STARK, E. GOODMAN, S. DWOSKIN REGARDING PLAN, SECURITIES CLASS ACTIONS SETTLEMENT MECHANICS (1.2); RESEARCH RE R 23 CLASS ACTION SETTLEMENT PROCESS (.3); CONFERENCE WITH R. WINNING REGARDING PLAN CONFIRMATION HEARING PLANNING (1.0); CONFERENCE WITH W&C, BR REGARDING 10B5/SEC SETTLEMENT (1.0); COORDINATION REGARDING SETTLEMENT CONFERENCE (.3) | 4.50 | 8,100.00 |
| 01/08/24 | HEALY | ANALYSIS OF PROPOSED REVISE ORDER AND DECLARATION RE INSURANCE COVERAGE (.3); DRAFT RESPONSE TO COUNSEL FOR INDIVIDUAL DIRECTORS RE COVERAGE ISSUES (.3) | 0.60 | 639.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 13

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/08/24 | HEALY | ANALYSIS OF INSURANCE ISSUES RE HIGHTOWER & KROLL LIFT-STAY | 0.20 | 213.00 |
| 01/08/24 | STARK | T/C B. SILVERBERG RE STATUS (.5); C/C B. SILVERBERG, D. TURETSKY RE CASE STRATEGY (1.0);  PREPARE FOR AND ATTEND CALL WITH FULL WHITE & CASE, BROWN RUDNICK TEAMS RE OPEN PLAN ISSUES AND RESOLUTION WITH SEC AND CLASS CLAIMANTS (1.5); T/C M. WARTELL RE STATUS AND POTENTIAL OBSTACLES TO CONFIRMATION (.3) | 3.30 | 7,425.00 |
| 01/08/24 | DWOSKIN | CALLS WITH DEBTOR COUNSEL RE PLAN MECHANICS | 2.40 | 3,600.00 |
| 01/08/24 | BOUCHARD | CONFERENCE WITH BR AND DEBTOR COUNSEL RE: PLAN PROVISIONS (.8); LEGAL ANALYSIS RE: REVISED DRAFT OF PLAN (1.3) | 2.10 | 2,940.00 |
| 01/08/24 | GOODMAN | CONFERENCE CALLS WITH THE DEBTOR REGARDING 7023 MOTION AND RELATED MATTERS | 2.00 | 3,200.00 |
| 01/09/24 | SILVERBERG | CONFERENCE WITH D. TURETSKY REGARDING DRAFTING SESSION PREP, CONFIRMATION HEARING COMMENTARY (.2); REVIEW FEEDBACK FROM OHIO PLAINTIFFS COUNSEL (.2), CONFERENCE WITH D. TURETSKY REGARDING SAME, COORDINATING FURTHER REVIEW (.4); CONSULT WITH R. STARK REGARDING OHIO SETTLEMENT (.2); PREPARATIONS FOR 1/10 ALL HANDS MEETING RE 7023 APPROVAL PROCESS (2.2) | 3.20 | 5,760.00 |
| 01/09/24 | STARK | PREPARATION FOR IN-PERSON PLAN NEGOTIATIONS ON 1/10 (1.5); T/C B. SILVERBERG RE SAME (.5) | 2.00 | 4,500.00 |
| 01/09/24 | DWOSKIN | REVIEW PLAN REVISIONS RE OHIO SETTLEMENT CLASS | 1.40 | 2,100.00 |
| 01/09/24 | BOUCHARD | CONFERENCE WITH B. SILVERBERG L RE: PLAN PROVISIONS (.4); LEGAL ANALYSIS RE: SAME (.5) | 0.90 | 1,260.00 |
| 01/10/24 | SILVERBERG | REVIEW REVISIONS TO OIS WITH SEC (.7); ATTEND AND PARTICIPATE AT SETTLEMENT CONFERENCE WITH W&C, LOWENSTEIN, LABATON, R. STARK (5.3); ATTEND HEARING RE ADJOURNMENT OF CONFIRMATION HEARING (.2) | 6.20 | 11,160.00 |
| 01/10/24 | STARK | PREPARE FOR (.7) AND ATTEND PLAN NEGOTIATING SESSION AT WHITE & CASE (5.3); T/C A. SOLE RE STATUS (.5) | 6.50 | 14,625.00 |
| 01/10/24 | DWOSKIN | REVIEW SEC OFFER OF SETTLEMENT | 1.10 | 1,650.00 |
| 01/10/24 | STARK | ATTEND COURT STATUS CONFERENCE | 0.50 | 1,125.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/11/24 | SILVERBERG | CONFER REGARDING SEC SETTLEMENT DOCUMENTATION, OHIO SETTLEMENT (1.5); CONFERENCE WITH D. TUREKTSKY, R. KAMPFNER, S. DWOSKIN RE SEC DOCUMENTATION (1.1); CONFERENCE WITH D. TURETSKY REGARDING SEC OIS, REVERTING WITH COMMENTS (.5); CONFERENCES WITH S. DWOSKIN, D. TURETSKY REGARDING SEC SETTLEMENT, PLAN TREATMENT COMMENTS (1.1) | 4.20 | 7,560.00 |
| 01/11/24 | LIETZ | ANALYZE CASES AND CONFER INTERNALLY RE SEC OFFERS OF SETTLEMENT | 0.40 | 390.00 |
| 01/12/24 | SILVERBERG | CONFERENCE WITH S. DWOSKIN, T. LEITZ, ET AL. REGARDING SEC SETTLEMENT DOCUMENTATION (.6); COMMUNICATIONS WITH J. FITZSIMMONS REGARDING D&O QUESTIONNAIRES (.2) | 0.80 | 1,440.00 |
| 01/12/24 | LIETZ | PARTICIPATE IN CALL WITH J. CROKE,, D. TURETSKY, B. SILVERBERG, AND S. DWOSKIN RE SEC OFFER OF SETTLEMENT (.5); PARTICIPATE IN CALL WITH B. SILVERBERG, S. DWOSKIN, AND A. PAPALASKARIS RE SEC OFFER OF SETTLEMENT ( .5); CONDUCT RESEARCH RE: SEC SETTLEMENT (.6) | 1.60 | 1,560.00 |
| 01/12/24 | DWOSKIN | REVISE SEC OFFER OF SETTLEMENT (1.8); CALL RE SAME WITH DEBTORS COUNSEL (.5); REVISE PLAN SUPPLEMENT (.3); REVIEW INDEMNIFICATION CLAIM (1.2) | 3.80 | 5,700.00 |
| 01/12/24 | STARK | T/C S. DWOSKIN RE STATUS AND STRATEGY (.5); T/C A. SOLE RE SAME (.5) | 1.00 | 2,250.00 |
| 01/12/24 | PAPALASKARIS | CALL WITH S. DWOSKIN AND B. SILVERBERG RE SEC SETTLEMENT OFFER (.4); PREPARE FOR SAME (.4); FOLLOW-UP CALL WITH T LIETZ (.1) | 0.90 | 1,354.50 |
| 01/13/24 | SILVERBERG | REVIEW REVISED DRAFT OF 7023 MOTION, PLAN | 0.60 | 1,080.00 |
| 01/15/24 | DWOSKIN | REVIEW REVISED PLAN | 1.60 | 2,400.00 |
| 01/15/24 | BOUCHARD | REVIEW AND REVISE DEBTOR REVISIONS TO PLAN | 1.40 | 1,960.00 |
| 01/15/24 | SILVERBERG | REVIEW PLAN COMMENTS FROM N. BOUCHARD RE TRUST, OHIO SETTLEMENT PROVISIONS | 0.20 | 360.00 |
| 01/16/24 | WINOGRAD | REVIEW DRAFT PLAN | 0.30 | 540.00 |
| 01/16/24 | FLINK | FOLLOW-UP RE PLAN STATUS | 0.20 | 290.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/16/24 | SILVERBERG | CONFERENCE WITH R. STARK REGARDING SETTLEMENT DOCUMENTATION STATUS (.3); CONFERENCES WITH D. TURETSKY REGARDING TURN OF PLAN COMMENTS (.2), FOLLOWUP CONFERENCE WITH S. DWOSKIN REGARDING 7023 MOTION RESOLUTION (.3) ; REVIEW AND PROVIDE COMMENTS TO 7023 STIPULATION (1.0); CONSULT WITH D. TURETSKY REGARDING ADJOURNED CONFIRMATION HEARING DATE (.2) | 2.00 | 3,600.00 |
| 01/17/24 | FLINK | FOLLOW-UP RE PLAN STATUS | 0.20 | 290.00 |
| 01/17/24 | SILVERBERG | CONTINUED REVISIONS AND CONSIDERATION TO PLAN REVISIONS, 7023 MOTION RESOLUTION | 1.70 | 3,060.00 |
| 01/17/24 | CUSHING | REVIEW NEW ORGANIZATIONAL DOCUMENTS (.4); REVIEW REVISIONS TO PLAN (.3); ORGANIZE OUTSTANDING GOVERNANCE MATTERS (.3); ADDRESS OUTSTANDING GOVERNANCE MATTERS (.5); PROVIDE ADVICE WITH RESPECT TO D&O QUESTIONNAIRE AND VARIOUS FORMS (.6) | 2.10 | 2,394.00 |
| 01/18/24 | FLINK | FOLLOW-UP RE OPEN CORPORATE ITEMS | 0.30 | 435.00 |
| 01/18/24 | DWOSKIN | REVIEW REVISED PLAN AND STIPULATION | 2.20 | 3,300.00 |
| 01/18/24 | SILVERBERG | REVIEW REVISED STIPULATION, PLAN INCORPORATING SETTLEMENT TERMS | 1.00 | 1,800.00 |
| 01/19/24 | DWOSKIN | ALL HANDS CALL TO REVISE PLAN AND STIPULATION | 2.20 | 3,300.00 |
| 01/19/24 | STARK | PREPARE FOR AND CONDUCT T/C M. WARTELL RE ISSUES PERTINENT TO CLOSING AND POST-CONFIRMATION | 1.00 | 2,250.00 |
| 01/19/24 | SILVERBERG | CONFERENCE WITH R. WINNING REGARDING RESERVES, PLAN IMPLEMENTATION ISSUES | 0.50 | 900.00 |
| 01/19/24 | SILVERBERG | DRAFTING SESSION RE 7023 STIPULATION, REVISED PLAN WITH W&C, LOWENSTEIN TEAMS (2.1); CONFERENCE WITH D. TURETSKY REGARDING PLAN CONFIRMATION HEARING SCHEDULING (.1); CONSIDER ADDITIONAL ISSUES REGARDING SETTLEMENT DOCUMENTATION (.4) | 2.60 | 4,680.00 |
| 01/19/24 | DWOSKIN | REVIEW REVISED PLAN | 1.10 | 1,650.00 |
| 01/19/24 | CUSHING | ADDRESS REVIEW OF NEW ORGANIZATIONAL DOCUMENTS (.8); EXAMINE OUTSTANDING GOVERNANCE MATTERS (.8) | 1.60 | 1,824.00 |
| 01/22/24 | DWOSKIN | REVISE PLAN AND STIPULATION | 1.60 | 2,400.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/22/24 | SILVERBERG | CONFERENCE WITH R. WINNING RE RESERVE, PLAN IMPLEMENTATION ISSUES (.8); REVIEW REVISED PLAN, COMMENTS (.5) | 1.30 | 2,340.00 |
| 01/22/24 | CUSHING | ADDRESS INQUIRIES REGARDING POTENTIAL NAME CHANGE (.4); ATTENTION TO OUTSTANDING CORPORATE GOVERNANCE MATTERS (.8) | 1.20 | 1,368.00 |
| 01/23/24 | CUSHING | REVIEW CURRENT FORM OF PLAN (.4) AND CONFIRMATION ORDER (.5); REVIEW STATUS OF CORPORATE GOVERNANCE MATTERS (.3); ATTENTION TO CORPORATE GOVERNANCE MATTERS (1.1) | 2.30 | 2,622.00 |
| 01/23/24 | DWOSKIN | REVIEW REVISED CONFIRMATION ORDER | 0.90 | 1,350.00 |
| 01/23/24 | SILVERBERG | CONFERENCE WITH R. STARK REGARDING DOCUMENTATION, SETTLEMENT OPEN ITEMS (.3); REVIEW REVISED TURN OF PLAN, CONFIRMATION ORDER (.8); ATTENTION TO CORPORATE GOVERNANCE, NAME RESERVATION (.5); REVIEW INCOMING COMMENTS TO SEC SETTLEMENT DOCUMENTATION (.2) | 1.80 | 3,240.00 |
| 01/24/24 | FLINK | REVIEW OPEN ITEMS AND CORRESPONDENCE RE THE SAME | 0.30 | 435.00 |
| 01/24/24 | DWOSKIN | REVIEW REVISED PLAN | 1.90 | 2,850.00 |
| 01/24/24 | CUSHING | ATTENTION TO CORPORATE GOVERNANCE MATTERS (1.3); REVIEW REVISED CONFIRMATION ORDER (.6) | 1.90 | 2,166.00 |
| 01/24/24 | SILVERBERG | REVIEW REVISED SETTLEMENT DOCUMENTATION (.7); COMMUNICATE TO A. SOLE REGARDING STATUS OF DOCUMENTATION (.3); CONFERENCE WITH R. KAMPFNER REGARDING SETTLEMENT DOCUMENTATION (.2); CONFERENCE WITH S. DWOSKIN REGARDING SETTLEMENT DOCUMENTATION (.2); EVALUATE PENDING CORPORATE GOVERNANCE DOCUMENTATION (.3) | 1.70 | 3,060.00 |
| 01/25/24 | FLINK | FOLLOW-UP RE OPEN CORPORATE ITEMS | 0.30 | 435.00 |
| 01/25/24 | SILVERBERG | CONFERENCE WITH R. KAMPFNER REGARDING SETTLEMENT DOCUMENTATION, PLAN (.7); CONFERENCES WITH R. STARK REGARDING SETTLEMENT PARAMETERS (.3); REVIEW INTERNAL CORRESPONDENCE REGARIDNG CONFIRMATION ORDER (.2); REVIEW PROPOSED REVISIONS TO PLAN (1.0) | 2.20 | 3,960.00 |
| 01/25/24 | DWOSKIN | REVISE CONFIRMATION ORDER | 1.80 | 2,700.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 17

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/25/24 | CUSHING | REVIEW NAME CHANGE COVENANT AND PROVIDE ADVICE REGARDING SAME (.6); REVIEW AND ANALYZE REVISIONS TO CONFIRMATION ORDER AND PROVIDE ADVICE REGARDING SAME (.8) | 1.40 | 1,596.00 |
| 01/26/24 | DWOSKIN | REVISE OHIO PLAINTIFFS' PROPOSED CHANGES TO PLAN (1.2); CALL WITH DEBTORS' COUNSEL RE SAME (.2); REVIEW REVISED OFFER OF SETTLEMENT (.4) | 1.80 | 2,700.00 |
| 01/26/24 | SILVERBERG | CONFERENCE WITH R. KAMPFNER REGARDING PLAN MODIFICATIONS (.2); CONFERENCES WITH S. DWOSKIN REGARDING PLAN MODIFICATIONS (.4); CONFERENCE WITH R. STARK REGARDING PLAN MODIFICATIONS (.3); CONSIDER REVISIONS TO PLAN FOR SECURITIES PLAINTIFFS (.5) | 1.40 | 2,520.00 |
| 01/29/24 | SILVERBERG | REVIEW REVISIONS TO PLAN FROM OHIO PLAINTIFFS (.2); CONFERENCE WITH S. DWOSKIN REGARDING PLAN COMMENTS (.2); CONFERENCE WITH R. KAMPFNER, RJ, S. DWOSKIN REGARDING PLAN COMMENTS (.8); CONFERENCE WITH R. KAMPFNER, D. TURETSKY, S. DWOSKIN REGARDING PLAN MODIFICATIONS (.9); CONFERENCE WITH D. TURETSKY REGARDING PLAN MODIFICATIONS (.2); FURTHER ANALYSIS OF PROPOSED PLAN MODIFICATIONS (1.0); FOLLOWUP INTERNAL CORRESPONDENCE REGARDING FEEDBACK/REPONSES (.4) | 3.70 | 6,660.00 |
| 01/29/24 | DWOSKIN | REVIEW OHIO PLAINTIFFS' REVISIONS (.7); CALLS WITH DEBTORS' COUNSEL RE SAME (1.3) | 2.00 | 3,000.00 |
| 01/30/24 | SILVERBERG | REVIEW CORRESPONDENCE TO W&C TEAM REGARDING PLAINTIFF, UCC PLAN COMMNETS (.4); CONFERENCE WITH R. KAMPFNER, D. TURETSKY, S. DWOSKIN REGARDING PLAN MODIFICATIONS (.6) | 1.00 | 1,800.00 |
| 01/30/24 | BOUCHARD | REVIEW AND RESPOND TO CORRESPONDENCE FROM M3 RE: TAX FILINGS AND IDENTIFICATION NUMBERS | 0.20 | 280.00 |
| 01/30/24 | DWOSKIN | REVISE PLAN (1.9); CALLS WITH DEBTOR COUNSEL RE SAME (1.4) | 3.30 | 4,950.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 18

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/31/24 | SILVERBERG | CONFERENCE WITH R. STARK REGARDING PLAN STATUS (.1); CONFERENCE WITH S. DWOSKIN REGARDING PLAN MODIFICATIONS RE ADEQUATE PROTECTION NOTICE, RESERVES (.8); CONFERENCE WITH R. KAMPFNER REGARDING PROPOSED PLAN RESOLUTION (.1); CONFERENCE WITH S. DWOSKIN, R. WINNING REGARDING RESERVES, PLAN NEGOTIATIONS (.6); CONFERENCES WITH R. KAMPFNER, D. TURETSKY, S. DWOSKIN, R. WINNING (2.7); REVIEW AND REVISE CONFIRMATION ORDER, PLAN (1.0) | 5.30 | 9,540.00 |
| 01/31/24 | CUSHING | ADDRESS MATTERS RELATED TO UNSECURED CLAIMS | 1.60 | 1,824.00 |
| 01/31/24 | DWOSKIN | CALLS WITH DEBTORS COUNSEL (1.6) AND M3 (1.3) RE PLAN REVISIONS; REVISE PLAN (1.2); EMAIL TO COMMITTEE RE PLAN REVISIONS (.3) | 4.40 | 6,600.00 |
| | **Total Hours and Fees** | | 147.80 | 242,850.00 |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| PHILIP J. FLINK | 2.20 | hours at | 1,450.00 | 3,190.00 |
| ROBERT J. STARK | 14.80 | hours at | 2,250.00 | 33,300.00 |
| NICOLE M. BOUCHARD | 6.00 | hours at | 1,400.00 | 8,400.00 |
| BENNETT S. SILVERBERG | 59.10 | hours at | 1,800.00 | 106,380.00 |
| SHARI I. DWOSKIN | 39.40 | hours at | 1,500.00 | 59,100.00 |
| ANGELA M. PAPALASKARIS | 2.30 | hours at | 1,505.00 | 3,461.50 |
| TIFFANY B. LIETZ | 5.90 | hours at | 975.00 | 5,752.50 |
| MICHAEL S. WINOGRAD | 2.80 | hours at | 1,800.00 | 5,040.00 |
| MATTHEW A. SAWYER | 0.40 | hours at | 950.00 | 380.00 |
| ERIC R. GOODMAN | 2.00 | hours at | 1,600.00 | 3,200.00 |
| DANIEL J. HEALY | 0.80 | hours at | 1,065.00 | 852.00 |
| JOHN CUSHING | 12.10 | hours at | 1,140.00 | 13,794.00 |
| **Total Fees** | | | | 242,850.00 |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: NON-WORKING TRAVEL

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0009 | NON-WORKING TRAVEL | 1,275.00 | 0.00 | 1,275.00 |
| | **Total** | **1,275.00** | **0.00** | **1,275.00** |

| | |
|---|---|
| Total Current Fees | $1,275.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,275.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 20

RE: NON-WORKING TRAVEL

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/09/24 | DWOSKIN | TRAVEL TO NY FOR MEETING | 1.70 | 1,275.00 |
| | **Total Hours and Fees** | | **1.70** | **1,275.00** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| SHARI I. DWOSKIN | 1.70 | hours at | 750.00 | 1,275.00 |
| **Total Fees** | | | | **1,275.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## INVOICE

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0011 | CLAIMS ADMINISTRATION AND OBJECTIONS | 2,470.00 | 0.00 | 2,470.00 |
| | **Total** | **2,470.00** | **0.00** | **2,470.00** |

| | |
|---|---|
| **Total Current Fees** | **$2,470.00** |
| **Total Current Costs** | **$0.00** |
| **Total Invoice** | **$2,470.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 22

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 01/02/24 | SILVERBERG | ATTENTION TO STIPULATION TO EXTEND SEC CLAIMS FILING DEADLINE, RELATED COC | 0.30 | 540.00 |
| 01/08/24 | GOODMAN | REVIEW MOTION TO ALLOW CLASS PROOF OF CLAIM AND OBJECTION THERETO | 0.40 | 640.00 |
| 01/08/24 | DWOSKIN | REVIEW MEMO RE INDEMNIFICATION SETTLEMENT | 0.50 | 750.00 |
| 01/16/24 | SILVERBERG | REVIEW PROPOSED OMNIBUS OBJECTION (.1); FOLLOWUP CORRESPONDENCE WITH R. WINNING, F. HE REGARDING SAME (.2) | 0.30 | 540.00 |
| | **Total Hours and Fees** | | **1.50** | **2,470.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 0.60 | hours at | 1,800.00 | 1,080.00 |
| SHARI I. DWOSKIN | 0.50 | hours at | 1,500.00 | 750.00 |
| ERIC R. GOODMAN | 0.40 | hours at | 1,600.00 | 640.00 |
| **Total Fees** | | | | **2,470.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: REGULATORY ISSUES

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0014 | REGULATORY ISSUES | 22,806.50 | 0.00 | 22,806.50 |
| | **Total** | **22,806.50** | **0.00** | **22,806.50** |

| | |
|---|---|
| Total Current Fees | $22,806.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$22,806.50** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 24

RE: REGULATORY ISSUES

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/12/24 | FITZSIMONS | REVIEW D&O QUESTIONNARIE FROM BAKER (.9); CORRESPOND WITH BR TEAM RE: SAME (.2) | 1.10 | 1,138.50 |
| 01/16/24 | FITZSIMONS | CORRESPOND WITH W. GALLAGHER RE: EXECUTED D&O QUESTIONNAIRES (.2); CORRESPOND WITH J. CUSHING RE: SAME (.2) | 0.40 | 414.00 |
| 01/19/24 | TODD | REVIEW AND PROVIDE PRECEDENT 10-KS AND ANALYSIS | 0.80 | 712.00 |
| 01/19/24 | FLINK | ATTEND TO ISSUES RE 10-K | 0.30 | 435.00 |
| 01/20/24 | TODD | REVIEW 10-K PRECEDENT AND PROVIDE WRITTEN ANALYSIS | 2.00 | 1,780.00 |
| 01/22/24 | TODD | RESEARCH 10-K PRECEDENT AND DRAFT WRITTEN ANALYIS (2.5); RESEARCH AND INQUIRE RE NAME AND TICKER SYMBOL RESERVATIONS (.5) | 3.00 | 2,670.00 |
| 01/29/24 | CUSHING | REVEW DRAFT FORM 10-K (.5); EXAMINE PLAN AND PLAN SUPPLEMENT MATERIALS (.7); BEGIN DRAFTING REVISIONS FOR FORM 10-K (1.3) | 2.50 | 2,850.00 |
| 01/30/24 | SAWYER | CALL WITH J. CUSHING RE 10K INSERTS (.1); REVIEW DRAFT SAME (.5) | 0.60 | 570.00 |
| 01/30/24 | CUSHING | REVIEW AND EXAMINE PLAN AND CONFIRMATION ORDER (2.6); DRAFT REVISE AND EDIT SEC COMPLIANCE DISCLOSURE (3.7); DRAFT REVISE AND EDIT SEC RISK FACTORS (1.9) | 8.20 | 9,348.00 |
| 01/31/24 | TODD | CALL TO DISCUSS RISK FACTORS | 0.30 | 267.00 |
| 01/31/24 | CUSHING | ADDRESS REGULATORY REQUIREMENTS REGARDING SEC DISCLOSURE | 2.30 | 2,622.00 |
| | **Total Hours and Fees** | | 21.50 | 22,806.50 |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| PHILIP J. FLINK | 0.30 | hours at | 1,450.00 | 435.00 |
| JONATHAN T. FITZSIMONS | 1.50 | hours at | 1,035.00 | 1,552.50 |
| MATTHEW A. SAWYER | 0.60 | hours at | 950.00 | 570.00 |
| R. JOEL TODD | 6.10 | hours at | 890.00 | 5,429.00 |
| JOHN CUSHING | 13.00 | hours at | 1,140.00 | 14,820.00 |
| | **Total Fees** | | | 22,806.50 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: FOXCONN LITIGATION RELATED

## INVOICE

For professional services rendered in connection with the above captioned matter
through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0017 | FOXCONN LITIGATION RELATED | 540.00 | 0.00 | 540.00 |
| | **Total** | **540.00** | **0.00** | **540.00** |

| | |
|---|---|
| Total Current Fees | $540.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$540.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
February 20, 2024

Invoice 6973766
Page 27

RE: FOXCONN LITIGATION RELATED

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 01/09/24 | WINOGRAD | EMAILS RE FOXCONN LITIGATION MATTER | 0.30 | 540.00 |
| | **Total Hours and Fees** | | **0.30** | **540.00** |

## T I M E  S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| MICHAEL S. WINOGRAD | 0.30 | hours at | 1,800.00 | 540.00 |
| **Total Fees** | | | | **540.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973766 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: LORDSTOWN MOTORS CORP. OFFICIAL EQUITY
COMMITTEE



Remittance

**Balance Due: $246,806.80**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: