**EXHIBIT B**

**SUMMARY OF DISBURSEMENTS**

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6973765 |
| Date | Feb 20, 2024 |
| Client | 039963 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0001 | COSTS | 0.00 | 802.15 | 802.15 |
| | **Total** | **0.00** | **802.15** | **802.15** |

| | |
|---|---:|
| Total Current Fees | $0.00 |
| Total Current Costs | $802.15 |
| **Total Invoice** | **$802.15** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE  
RE: COSTS  
February 20, 2024

Invoice 6973765  
Page 2

## COST SUMMARY

| Description | Value |
|---|---:|
| MEALS | 62.05 |
| TRAVEL AGENT FEE | 30.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 673.00 |
| PACER | 35.90 |
| COPIES | 1.20 |
| **Total Costs** | **802.15** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

TAX IDENTIFICATION # 04-3108175

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE<br>27000 HILLS TECH CT.<br>FARMINGTON HILLS, MI 48331 | Invoice    6973765<br>Date    Feb 20, 2024<br>Client    039963 |

RE: COSTS



## Remittance

**Balance Due: $802.15**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: