# EXHIBIT A

## Compensation By Category – Fifth Monthly Compensation Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| B110 Case Administration | 6.60 | $3,743.50 |
| B140 Relief from Stay/Adequate Protection Proceedings | 0.80 | $399.00 |
| B150 Meetings/Communications with Committee and/or Creditors | 1.80 | $1,485.00 |
| B165 Retention Applications (Others) | 0.20 | $165.00 |
| B170 Fee Applications (MJ) | 5.70 | $3,270.50 |
| B175 Fee Applications (Others) | 2.40 | $988.00 |
| B185 Assumption/Rejection of Leases and Contracts | 0.90 | $438.00 |
| B260 Board of Directors/Corporate Governance Matters | 3.50 | $1,586.00 |
| B310 Claims Administration and Objections | 1.10 | $600.50 |
| B320 Plan and Disclosure Statement | 3.70 | $2,745.00 |
| B430A Court Hearings: Attendance and Preparation | 1.10 | $869.00 |
| **Totals** | **27.80** | **$16,289.50** |

16538184/1

## Timekeeper Summary – Fifth Monthly Compensation Period

| Timekeeper | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Eric J. Monzo | Member of the Delaware Bar since 2008; Partner in Bankruptcy Department since 2014 | $825.00 | 5.90 | $4,867.50 |
| Brya M. Keilson | Member of the Delaware Bar since 2005; Partner in Bankruptcy Department since 2019 | $790.00 | 8.10 | $6,399.00 |
| James J. Gallagher II | Member of the Delaware Bar since 2004; Partner in Real Estate Department since 1989. | $530.00 | 0.10 | $53.00 |
| Jason S. Levin | Member of the Delaware Bar since 2017; Associate in Bankruptcy Department since 2020 | $465.00 | 0.60 | $279.00 |
| Siena B. Cerra | Member of the Delaware Bar since 2023; Associate in Bankruptcy Department since 2023 | $390.00 | 3.10 | $1,209.00 |
| Stephanie A. Lisko | Paralegal in Bankruptcy Department since 2020 | $365.00 | 3.20 | $1,168.00 |
| Douglas J. Depta | Paralegal in Bankruptcy Department since 2020 | $365.00 | 4.40 | $1,606.00 |
| Ellen M. Carey | Paralegal in Real Estate Department since 2009 | $295.00 | 2.40 | $708.00 |
| **Totals** | | | **27.80** | **$16,289.50** |
| **Blended Rate $585.95** | | | | |

16538184/1



500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750

Federal Tax I.D. 51-0023480

Lordstown Motors Corp. Official Committee of Equity Security Holders
Committee Chairperson: Andrew Sole
andrewsole@ecvlp.com
Esopus Creek Value Series Fund LP – Series "A"
81 Newtown Ln. #307
East Hampton, NY  11937

February 27, 2024
Invoice 600512

| | |
|---|---|
| Matter Name: | Lordstown Motor Corp., et al. |
| Matter Number: | 142570-0001 |
| Attorney: | Eric J. Monzo |

**For Professional Services through January 31, 2024**

| | |
|---|---:|
| Fees | $16,289.50 |
| Disbursements | $390.93 |
| **Total Charges** | **$16,680.43** |

### Fee Recap

| | | Hours | Rate/Hours | Amount |
|---|---|---:|---:|---:|
| James J. Gallagher II | Partner | 0.10 | 530.00 | 53.00 |
| Brya M. Keilson | Partner | 8.10 | 790.00 | 6,399.00 |
| Eric J. Monzo | Partner | 5.90 | 825.00 | 4,867.50 |
| Siena B. Cerra | Associate | 3.10 | 390.00 | 1,209.00 |
| Jason S. Levin | Associate | 0.60 | 465.00 | 279.00 |
| Ellen M. Carey | Paralegal | 2.40 | 295.00 | 708.00 |
| Douglas J. Depta | Paralegal | 4.40 | 365.00 | 1,606.00 |
| Stephanie A. Lisko | Paralegal | 3.20 | 365.00 | 1,168.00 |
| | **Totals** | **27.80** | | **16,289.50** |

Matter Number: 142570-0001
02/27/24
Page 2

## Services by Task Code

| Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 6.60 | 3,743.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.80 | 399.00 |
| B150 | Meetings/Communications with Committee and/or Creditors | 1.80 | 1,485.00 |
| B165 | Retention Applications (Others) | 0.20 | 165.00 |
| B170 | Fee Applications (MJ) | 5.70 | 3,270.50 |
| B175 | Fee Applications (Others) | 2.40 | 988.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.90 | 438.00 |
| B260 | Board of Directors/Corporate Governance Matters | 3.50 | 1,586.00 |
| B310 | Claims Administration and Objections | 1.10 | 600.50 |
| B320 | Plan and Disclosure Statement | 3.70 | 2,745.00 |
| B430A | Court Hearings: Attendance and Preparation | 1.10 | 869.00 |
| | **Totals** | **27.80** | **$16,289.50** |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B110 Case Administration** | | | | | |
| 01/02/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 365.00 | 109.50 |
| 01/04/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 01/05/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 01/08/24 | SAL | Review agenda for January 10 hearing, register appearances and email to E. Monzo and B. Keilson re same, and update critical dates, case calendar and folder. | 0.20 | 365.00 | 73.00 |
| 01/08/24 | SBC | Review relevant pleadings for hearing scheduled January 10. | 0.40 | 390.00 | 156.00 |
| 01/08/24 | EJM | Review hearing agenda. | 0.20 | 825.00 | 165.00 |
| 01/09/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 365.00 | 73.00 |
| 01/10/24 | SAL | Review relevant pleadings filed and update case folder. | 0.20 | 365.00 | 73.00 |
| 01/10/24 | SAL | Review minutes of proceedings and emails requesting January 10 transcript. | 0.20 | 365.00 | 73.00 |
| 01/11/24 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 365.00 | 36.50 |
| 01/12/24 | SAL | Review January 10 hearing transcript, circulate to co-counsel, and update case folders. | 0.20 | 365.00 | 73.00 |
| 01/12/24 | DJD | Review relevant pleadings and update case folder. | 0.10 | 365.00 | 36.50 |
| 01/16/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.10 | 365.00 | 36.50 |

Matter Number:  142570-0001
02/27/24
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/24 | SAL | Review relevant pleadings filed and update case folder. | 0.10 | 365.00 | 36.50 |
| 01/19/24 | BMK | Emails with E. Monzo and D. Depta regarding updates (.5); review recently filed pleadings (1.1). | 1.60 | 790.00 | 1,264.00 |
| 01/22/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 365.00 | 73.00 |
| 01/22/24 | SAL | Review agenda cancelling January 25 hearing and update critical dates, case calendar and case folder. | 0.10 | 365.00 | 36.50 |
| 01/24/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.30 | 365.00 | 109.50 |
| 01/30/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 365.00 | 73.00 |
| 01/30/24 | BMK | Review recently filed pleadings. | 1.30 | 790.00 | 1,027.00 |
| 01/31/24 | SAL | Review relevant pleadings filed, update critical dates, and update case calendar and folder. | 0.20 | 365.00 | 73.00 |
| | | **Task Code Subtotal** | **6.60** | | **3,743.50** |

**B140 Relief from Stay/Adequate Protection Proceedings**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/24 | EJM | Review director and officer stipulation re advancement. | 0.20 | 825.00 | 165.00 |
| 01/10/24 | SBC | Review Revised Order Granting Relief from the Automatic Stay. | 0.60 | 390.00 | 234.00 |
| | | **Task Code Subtotal** | **0.80** | | **399.00** |

**B150 Meetings/Communications with Committee and/or Creditors**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/24 | EJM | Emails with co-counsel and clients re strategy and meeting. | 0.10 | 825.00 | 82.50 |
| 01/11/24 | EJM | Emails with client and co-counsel re meeting. | 0.10 | 825.00 | 82.50 |
| 01/12/24 | EJM | Attend committee call and update. | 0.70 | 825.00 | 577.50 |
| 01/25/24 | EJM | Emails with co-counsel and committee re case update and settlement proposals. | 0.40 | 825.00 | 330.00 |
| 01/25/24 | EJM | Emails re documents on settlement discussions and update to committee. | 0.30 | 825.00 | 247.50 |
| 01/26/24 | EJM | Emails with co-counsel and committee re case update. | 0.20 | 825.00 | 165.00 |
| | | **Task Code Subtotal** | **1.80** | | **1,485.00** |

**B165 Retention Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/24 | EJM | Review ordinary professionals report. | 0.20 | 825.00 | 165.00 |
| | | **Task Code Subtotal** | **0.20** | | **165.00** |

**B170 Fee Applications (MJ)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/24 | DJD | Draft CNO re third monthly application. | 0.30 | 365.00 | 109.50 |
| 01/05/24 | DJD | Draft fourth monthly application. | 0.40 | 365.00 | 146.00 |
| 01/05/24 | DJD | Emails with E. Monzo, B. Keilson and A. Ciccone re Dec and Jan estimates. | 0.20 | 365.00 | 73.00 |
| 01/10/24 | DJD | Review Dec invoice and email accounting re updates. | 0.50 | 365.00 | 182.50 |
| 01/12/24 | DJD | File CNO re third monthly application, emails with accounting, update case folder, and update case spreadsheet. | 0.40 | 365.00 | 146.00 |
| 01/12/24 | BMK | Emails with D. Depta regarding draft fee application and | 0.60 | 790.00 | 474.00 |

Matter Number: 142570-0001
02/27/24
Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | CNO and review same. | | | |
| 01/17/24 | DJD | Research and emails with accounting and debtors' counsel re additional payments to second monthly application. | 0.30 | 365.00 | 109.50 |
| 01/18/24 | DJD | Update fourth monthly application. | 0.40 | 365.00 | 146.00 |
| 01/18/24 | BMK | Emails with D. Depta regarding draft fee application and finalizing same (.4); review draft (.7). | 1.10 | 790.00 | 869.00 |
| 01/31/24 | DJD | Update fourth monthly application and email E. Monzo. | 0.40 | 365.00 | 146.00 |
| 01/31/24 | BMK | Emails with D. Depta regarding draft fee application (.3); review draft (.8). | 1.10 | 790.00 | 869.00 |
| | | **Task Code Subtotal** | **5.70** | | **3,270.50** |

**B175 Fee Applications (Others)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/24 | DJD | Draft CNO re BR third monthly application. | 0.30 | 365.00 | 109.50 |
| 01/10/24 | SBC | Analyze Kurtzman Carson Fee Application. | 0.50 | 390.00 | 195.00 |
| 01/10/24 | SBC | Analyze second quarterly statement regarding payments made to ordinary course professionals. | 0.30 | 390.00 | 117.00 |
| 01/12/24 | DJD | File CNO re BR third monthly application, email B. Silverberg, and update case folder. | 0.30 | 365.00 | 109.50 |
| 01/12/24 | EJM | Review fee applications. | 0.20 | 825.00 | 165.00 |
| 01/31/24 | DJD | Review BR fourth monthly application and draft notice and COS. | 0.80 | 365.00 | 292.00 |
| | | **Task Code Subtotal** | **2.40** | | **988.00** |

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/24 | SBC | Review CNO regarding debtors second omnibus motion. | 0.40 | 390.00 | 156.00 |
| 01/05/24 | EJM | Review order authorizing contract and lease rejection. | 0.20 | 825.00 | 165.00 |
| 01/05/24 | SBC | Review order authorizing rejection of certain unexpired leases and executory contracts. | 0.30 | 390.00 | 117.00 |
| | | **Task Code Subtotal** | **0.90** | | **438.00** |

**B260 Board of Directors/Corporate Governance Matters**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/24 | EJM | Emails re request on corporate search of name inquiry. | 0.20 | 825.00 | 165.00 |
| 01/18/24 | EXC | Review emails between J. Gallagher and clients re availability of names for new entity; research Secretary of State website re name availability; responsive email to J. Gallagher re same. | 0.70 | 295.00 | 206.50 |
| 01/19/24 | EJM | Update with corporate department re communications with Division of Corporations. | 0.20 | 825.00 | 165.00 |
| 01/19/24 | EJM | Emails re corporate formalities. | 0.20 | 825.00 | 165.00 |
| 01/19/24 | JJG | Correspondence from and to E. Carey and E. Monzo re name availability. | 0.10 | 530.00 | 53.00 |
| 01/19/24 | EXC | Review email from E. Monzo re new entity name preference; review Secretary of State website and forward copy of confirmation that name is unavailable for reservation; review email from J. Gallagher re same. | 0.50 | 295.00 | 147.50 |
| 01/22/24 | EJM | Emails with professionals re reorganized debtor name. | 0.20 | 825.00 | 165.00 |
| 01/23/24 | EJM | Emails with co-counsel re reorganization and entity formation. | 0.20 | 825.00 | 165.00 |

Matter Number: 142570-0001
02/27/24
Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/24 | EXC | Review email from E. Monzo with request for search of name availability; research Secretary of State Website; responsive email to E. Monzo re same; review email from E. Monzo re availability new entity name; research Secretary of State website; responsive email to E. Monzo; review email from E. Monzo requesting name reservation; submit name reservation to Secretary of State; email to E. Monzo transmitting receipt for same. . | 1.20 | 295.00 | 354.00 |
| | | **Task Code Subtotal** | **3.50** | | **1,586.00** |

**B310 Claims Administration and Objections**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/24 | SBC | Analyze Order Approving second stipulation between Debtors and U.S. Securities and Exchange Commission. | 0.60 | 390.00 | 234.00 |
| 01/09/24 | SAL | Review claims register and internally circulate copy of SEC claim. | 0.10 | 365.00 | 36.50 |
| 01/09/24 | EJM | Review and assess SEC claim. | 0.40 | 825.00 | 330.00 |
| | | **Task Code Subtotal** | **1.10** | | **600.50** |

**B320 Plan and Disclosure Statement**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/24 | SAL | Email from E. Monzo re confirmation hearing and objection extensions and update critical dates and case calendar. | 0.10 | 365.00 | 36.50 |
| 01/19/24 | EJM | Review notice re confirmation hearing and emails with client and co-counsel. | 0.20 | 825.00 | 165.00 |
| 01/29/24 | EJM | Review motion re extension or exclusivity. | 0.20 | 825.00 | 165.00 |
| 01/31/24 | EJM | Emails with co-counsel and review plan documents. | 1.30 | 825.00 | 1,072.50 |
| 01/31/24 | JSL | Review amended plan. | 0.60 | 465.00 | 279.00 |
| 01/31/24 | BMK | Review modified plan and emails regarding same. | 1.30 | 790.00 | 1,027.00 |
| | | **Task Code Subtotal** | **3.70** | | **2,745.00** |

**B430A Court Hearings: Attendance and Preparation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/24 | BMK | Attend hearing. | 0.30 | 790.00 | 237.00 |
| 01/10/24 | BMK | Prepare for and attending hearing. | 0.80 | 790.00 | 632.00 |
| | | **Task Code Subtotal** | **1.10** | | **869.00** |
| | | | | **Sub-Total Fees:** | **16,289.50** |

**For Disbursements through January 31, 2024**

| | Disbursements | |
|---|---|---|
| Date | Description | Amount |
| 01/03/24 | Reliable Wilmington - (Production) 12/22/23 Service | 12.23 |
| 01/03/24 | Reliable Wilmington - (Transcript) 12/11/23 Hearing Transcript | 12.15 |
| 01/04/24 | Pacer Research | 89.20 |

Matter Number:  142570-0001
02/27/24
Page 6

| Date | Description | Amount |
|---|---|---:|
| 01/04/24 | Pacer Research | 197.10 |
| 01/23/24 | Reliable Wilmington - (Transcript) 1/10/24 Hearing Transcript | 80.25 |
| **Total Disbursements** | | **390.93** |

| | |
|---|---:|
| **Total Services and Disbursements this period** | $16,680.43 |
| **Balance Due** | $16,680.43 |