# EXHIBIT B

## Summary of Expenses – Fifth Monthly Compensation Period

|  | Total |
|---|---:|
| Pacer | $197.10 |
| Reliable (Transcript) | $80.25 |
| **TOTAL**: | **$277.35** |

16538184/1