IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Fifth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 through January 31, 2024* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was competed via electronic mail or first class mail on the parties listed on the attached service list.

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16538184/1

## Service List

Adam Kroll
Lordstown Motors Corporation
27000 Hills Tech Ct.
Farmington Hills, MI 48331

*Debtors*

Donald J. Detweiler, Esq,
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
E-mail: don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

and

David M. Turetsky, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: david.turetsky@whitecase.com

and

Fan B. He, Esq.
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
E-mail: fhe@whitecase.com

*Counsel to the Debtors*

Benjamin Hackman, Esq.
Office of The United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
E-mail: Benjamin.a.hackman@usdoj.gov

*Office of The United States Trustee*

David M. Fournier, Esq.
Tori L. Remington, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
E-mail: david.fournier@troutman.com
tori.remington@troutman.com

and

Francis J. Lawall, Esq.
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
E-mail: francis.lawall@troutman.com

and

Deborah Kovsky-Apap, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
United States
E-mail: deborah.kovsky@troutman.com

and

Sean P. McNally, Esq.
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
E-mail: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*