## Exhibit B

**New Board and Officers of Post-Effective Date Debtors**

[*See* Docket No. 766, Ex. B]