**Exhibit C-1**

**Schedule of Retained Causes of Action**

## SCHEDULE OF RETAINED CAUSES OF ACTION

In accordance with Articles V.E and V.J of the Plan[1] and except as expressly provided in Article VIII of the Plan, nothing contained in the Plan or the Confirmation Order shall be deemed to be a waiver or relinquishment of any Causes of Action, including but not limited to any rights, claims, rights of setoff or recoupment, or other legal or equitable defenses that the Debtors had immediately before the Effective Date on behalf of the Estates or themselves in accordance with any provision of the Bankruptcy Code or any applicable nonbankruptcy law, including any affirmative Causes of Action against any parties other than the Released Parties.  On or after the Effective Date, the Post-Effective Date Debtors shall retain and be authorized (but not required) to take any such actions to (as applicable) prosecute, pursue, compromise, settlement, or otherwise dispose of the Retained Causes of Action and the Retained Claims Objections, subject to applicable law.  **No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, or the Disclosure Statement, in each case including any supplement, amendment, or modification thereto, to any Cause of Action against it as any indication that the Post-Effective Date Debtors shall not pursue any and all available Causes of Action against it.  The Debtors and the Post-Effective Date Debtors expressly reserve all rights to prosecute any and all Causes of Action against any Person or Entity, except as otherwise expressly provided in the Plan, including under Article V.I, Article VIII.C and Article VIII.E of the Plan.**

Notwithstanding and without limiting the generality of the foregoing or anything herein to the contrary, the Debtors and the Post-Effective Date Debtors shall not retain any claims or Causes of Action against any of the Released Parties that are released pursuant to the Plan (except that such claims or Causes of Action may be asserted as a defense to a Disputed Claim in connection with the claims reconciliation procedures).

For the avoidance of doubt, the following specific types of Causes of Action are indicative, but is in no way exclusive, of the Causes of Action retained in connection with the Plan, which include, but are not limited to, the following Debtors' Causes of Action:

- Except as provided for in Article VII.I of the Plan, to the extent not expressly waived, relinquished, exculpated, released, compromised, assigned, or settled prior to the Effective Date by Final Order entered through the Bankruptcy Court or pursuant to the Confirmation Order or Article VIII of the Plan, all Avoidance Actions shall be retained by the Debtors and the Post-Effective Date Debtors.

- Causes of Action against Foxconn that have been or could be alleged in the adversary proceeding captioned, *Lordstown Motors Corp. et al. v. Foxconn Ventures Pte. Ltd. et al.*, Adv. Proc. No. 23-50414 (MFW) (Bankr. D. Del.) and any other Causes of Action against Foxconn or is directors, officers, employes or affiliates;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* (the "**Plan**").

- Causes of Action against the Former Directors and Officers and other non-debtor defendants, other than Released Parties (as defined in the Plan), that have been or could be asserted in the litigation captioned, *Karma Automotive LLC v. Lordstown Motors Corp. et al.*, Case No. 20-cv-02104, filed in the U.S. District Court for the Central District of California, including without limitation Claims arising from or related to the facts or circumstances set forth in such action;

- Causes of Action against the Former Directors and Officers and other non-debtor defendants, other than Released Parties (as defined in the Plan), that have been or could be asserted in: (i) *In re Lordstown Motors Corp. Securities Litigation*, Case No. 4:21-cv-00616 (DAR) (N.D. Ohio), (ii) *In re Lordstown Motors Corp. Stockholders Litig.*, C.A. No. 2021-1066-LWW (Del. Ch.), (iii) *Thai v. Burns et al.*, No. 4:21-cv-01267 (N.D. Ohio), (iv) *In re Lordstown Motors Corp. Shareholder Derivative Litigation*, No. 21-00604-SB (D. Del.), and (v) *In re Lordstown Motors Corp. Stockholder Derivative Litigation*, C.A. No. 2021-1049-LWW (Del. Ch.), including without limitation Claims arising from or related to the facts or circumstances set forth in such putative class actions;

- Causes of Action against Debtors' Directors and Officers, the Securities and Exchange Commission, Foxconn, Holders Section 510(b) Claims, Holders of RIDE Section 510(b) Claims and any other Entity asserting a Claim for contribution or reimbursement, if any, in connection with the allowance of their respective Claims filed in the Chapter 11 Cases;

- Causes of Action against Workhorse Group Inc.; and

- Causes of Action against LAS Capital LLC following consummation of the APA.

In addition to the foregoing, and notwithstanding and without limiting the generality of Article V.J of the Plan, the Debtors and the Post-Effective Date Debtors, as applicable, expressly reserve their rights with respect to all Causes of Action that are not expressly released under the Plan, including the following types of claims:

1. <u>Claims Related to Contracts and Leases</u>

Unless otherwise released by the Plan, Debtors reserve all Causes of Action based in whole or in part upon any and all contracts and leases to which any Debtor or Post-Effective Date Debtor is a party or pursuant to which any Debtor or Post-Effective Date Debtor has any rights whatsoever. The claims and Causes of Action reserved include, without limitation, Causes of Action against vendors, Foxconn, suppliers of goods or services, customers, or any other parties, unless such claims or Causes of Action were previously released through the Plan (including any claims against Released Parties that are released pursuant to the Plan) or a separate written agreement executed by the Debtors (including any subsequent settlement agreement), for: (i) overpayments, back charges, duplicate payments, improper holdbacks, deductions owing or improper deductions taken, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (ii) wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (iii) failure to fully perform or to condition performance on additional requirements under contracts with any one or more of the Debtors before the assumption or rejection, if applicable, of such contracts; (iv) indemnification or any

other post-closing obligation of counterparties to any contract for sale or assignment of any Debtor's assets or interests, regardless of whether such contract is an executory contract; (v) payments, deposits, holdbacks, reserves, or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety or any other party; (vi) any liens, including mechanics', artisans', warehousemen's, materialmens', possessory, or statutory liens held by any one or more of the Debtors; (vii) environmental or contaminant exposure matters against environmental consultants, environmental agencies, or suppliers of environmental services or goods; (viii) counter-claims and defenses related to any contractual obligations; and (ix) unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claims.

2. Claims Related to Customer and Vendor Obligations

Unless otherwise released by the Plan, the Debtors reserve all Causes of Action against or related to all former and current customers, service providers or vendors (including Foxconn) that owe or may in the future owe money to the Debtors or the Post-Effective Date Debtors whether for unpaid invoices, warranty obligations, breach of contract or any other matter whatsoever, regardless of whether such Cause of Action is identified herein.

3. Claims Related to Insurance Policies

The Debtors expressly reserve all Causes of Action based in whole or in part upon any and all insurance contracts, insurance policies, occurrence and claims made policies, occurrence and claims made contracts, and similar agreements to which any Debtor or Post-Effective Date Debtor is or was a party or pursuant to which any Debtor or Post-Effective Date Debtor has any rights whatsoever, regardless of whether such contract or policy is specifically identified in the Plan, this Plan Supplement, or any amendments thereto, including, Causes of Action against current or former insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, third-party claims administrators, or surety bond issuers relating to coverage, indemnification, subrogation, contribution, reimbursement, overpayment of premiums and fees, breach of contract, or any other matters.

4. Claims Related to Prepayments, Deposits, Adequate Assurance Postings, and Other Collateral Postings

Unless otherwise released by the Plan, the Debtors reserve all Causes of Action based in whole or in part upon any prepayment made to and setoff against any vendor, service provider, or supplier and all postings of a deposit, security deposit, adequate assurance posting, or any other type of deposit, prepayment, or collateral, regardless of whether such posting of a deposit, security deposit, adequate assurance posting, or any other type of deposit, prepayment, or collateral is specifically identified herein.

5. Claims Related to Liens

Unless otherwise released by the Plan, the Debtors reserve all Causes of Action based in whole or in part upon any and all liens regardless of whether such lien is specifically identified herein.

6. <u>Claims, Defenses, Cross-Claims, and Counter-Claims Related to Pending and Potential Litigation</u>

Unless otherwise released by the Plan, the Debtors reserve all Causes of Action and defenses against or related to all Persons or Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding against the Debtors or to which any Debtor is or may in the future become a party, whether formal or informal or judicial or non-judicial, including, without limitation, all actual or potential (i) contract and tort actions that may exist or may subsequently arise; (ii) actions under federal or state statutory or common law arising from or related to the employment or termination of any Person by the Debtors; (iii) consumer protection proceedings; (iv) actions relating to environmental and product liability matters, and (v) actions arising out of, or relating to, the Debtors' intellectual property rights. For the avoidance of doubt, nothing herein shall be read as an admission as to the validity or allowance of any claim against any Debtor, and any and all prepetition claims against the Debtors that may be identified herein shall be treated in accordance with the Plan and the Bankruptcy Code.

7. <u>Claims Related to Accounts Receivable and Accounts Payable</u>

The Debtors expressly reserve all Causes of Action against or related to any Person or Entity that owe or that may in the future owe money to the Debtors or the Post-Effective Date Debtors, regardless of whether such Person or Entity is expressly identified in the Plan, the Plan Supplement, or any amendments thereto. Furthermore, the Debtors expressly reserve all Causes of Action against or related to all Persons or Entities who assert or may assert that the Debtors or the Post-Effective Date Debtors, as applicable, owe money to them.

8. <u>Claims Related to Taxes, Fees, and Tax or Fee Refunds or Credits</u>

The Debtors expressly reserve all Causes of Action against or related to all Persons or Entities that owe or that may in the future owe money related to tax or fee refunds, credits, overpayments, recoupments, offsets, or other tax obligations that may be due and owing to the Debtors or the Post-Effective Date Debtors, regardless of whether such Person or Entity is specifically identified herein. Furthermore, the Debtors expressly reserve all Causes of Action against or related to all Persons or Entities who assert or may assert that the Debtors or the Post-Effective Date Debtors owe taxes to them. Without limiting the generality of the foregoing, the Debtors expressly reserve all Causes of Action against the United States of America or any other federal, state, local, province, or other taxing authorities.

**The Debtors reserve all rights to amend, revise, or supplement this Plan Supplement schedule, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court. Nothing herein shall prevent the Debtors from later settling any Retained Cause of Action and granting releases in connection with such settlement, subject to Bankruptcy Court approval (if required).**