**<u>Exhibit D</u>**

**Post-Effective Date Debtor Amount**

[*See* Docket No. 766, Ex. D]