## **Exhibit F**

**Identity of Claims Ombudsman**

[*See* Docket No. 766, Ex. F]