## **EXHIBIT G**

### **Identity of Litigation Trustee**

Pursuant to the Plan, the Litigation Trustee is the person selected by the EC and reasonably acceptable to the Debtors, charged with overseeing the Litigation Trust contemplated by Article V.T of the Plan.

The Litigation Trustee shall be Robert Winning.