## Exhibit J

**Asserted Claims Schedule**

| Vendor | Face Amount of Proof of Claim | |
|---|---|---|
| A.K.Stamping Company, Inc | $ | 4,223 |
| Absolute Electronics, Inc. | $ | 13,338 |
| AIG Property Casualty, Inc. and certain of its Affiliates | $ | - |
| Alok Kumar Bajpai | $ | 34,944 |
| Amazon Web Services, Inc. | $ | 10,125 |
| Amphenol Adronics Inc. | $ | 350,119 |
| Amphenol Interconnect Products Corporation | $ | 371,521 |
| Amphenol PCD Shenzhen Co., Ltd. | $ | 24,867 |
| Amphenol Tecvox LLC | $ | 33,163 |
| Ann Arthur | $ | 100 |
| ANSYS Incorporated and Subsidiaries dba ANSYS Inc | $ | 1,150,000 |
| Baker Hostetler LLP | $ | 260,981 |
| Barry L Leonard and Company | $ | 394,447 |
| BASF Corporation | $ | 66,696 |
| Bennie W Fowler LLC | $ | 30,862 |
| Benny Kwong | $ | 22,167 |
| Brian Cunningham | $ | 100 |
| Brian Green | $ | 31,386 |
| Brikho & Kallabat, P.C. DBA Joseph Kallabat and Associates, PC | $ | 3,910 |
| Brose do Brasil Ltda. | $ | 2,054,266 |
| Carcoustics USA | $ | 21,596 |
| CEVA Logistics U.S., Inc. | $ | 597,378 |
| Charles Law | $ | 100 |
| Christopher Kerzich | $ | 35,145 |
| Christopher Platzer | $ | 15,992 |
| City of Cuyahoga Falls | $ | 100 |
| Clifford Chance US LLP | $ | 33,115 |
| Clutch Technologies | $ | 5,552 |
| Cognizant Mobility, Inc. | $ | 586,130 |
| Cognizant Worldwide Limited | $ | 161,378 |
| County of Orange Treasurer-Tax Collector | $ | 2,595 |
| Crown Equipment Corporation | $ | 1,609 |
| CSB Strategic Business Solutions | $ | 282,914 |
| Daniel Alan Vallero | $ | 100 |
| Daniel Nelson | $ | 100 |
| Detroit Engineered Products Inc. | $ | 76,340 |
| Doug Alcorn | $ | 100 |
| Federal Insurance Company | $ | 37,850 |
| Fiberdyne Research Pty Ltd. | $ | 412,287 |
| Filec Production SAS - Amphenol | $ | 164,225 |
| Flex-N-Gate Bradford, a Division of Ventra Group Co. | $ | 337,153 |
| Foshan Aoya Electrical and Mechanical Co., Ltd. | $ | 9,450 |

| Vendor | Face Amount of Proof of Claim |
|---|---|
| Foxconn EV System LLC | $ 193,220 |
| Foxconn EV System LLC on behalf of NHTSA | $ 195,180 |
| GAC R and D Center Silicon Valley, Inc. | $ 107,072 |
| Greatech Integration M Sdn Bhd | $ 1,532,600 |
| Gregory Garrahan | $ 7,338 |
| Hain Capital Investors Master Fund, LTD as Assignee for Sharp Dimension Inc. | $ 323,060 |
| Harco Manufacturing Group, LLC | $ 491,210 |
| Harold Smith | $ 1,000 |
| Haynes and Boone, LLP | $ 4,340 |
| Henkel US Operations | $ 17,518 |
| Hewlett-Packard Financial Services Company | $ 8,100 |
| IEE S.A. | $ 63,946 |
| Infosys Ltd. | $ 11,613 |
| Inteva Products, LLC | $ 603,055 |
| Ipetronik, Inc. | $ 18,000 |
| James F. Gilliam | $ 100 |
| James Paul Gwinn | $ 100 |
| Jason Karadimas | $ 100 |
| John Reed | $ 100 |
| Johnson Controls Fire Protection LP | $ 54,067 |
| Joseph E. Newcomer | $ 100 |
| Justin  Maloney | $ 100 |
| Justin Julian | $ 100 |
| JVIS USA LLC | $ 613,229 |
| Kamaljit Collotia | $ 100 |
| Kelli Medeiros | $ 100 |
| Kris Kelso | $ 100 |
| Laval Tool & Mould LTD. | $ 189,978 |
| Logicalis, Inc. | $ 22,941 |
| LUXIT Tennessee, LLC | $ 300,465 |
| Manheim Remarketing, Inc. | $ 14,086 |
| Marelli North America, Inc. | $ 1,614,554 |
| MarkLines Co., Ltd | $ 5,600 |
| Marquis Management | $ 800 |
| Marvin Foust | $ 100 |
| Maz Rabah | $ 100 |
| McKinsey and Company, Inc. United States | $ 244,491 |
| Meta System S.p.A. | $ 480,994 |
| Michael Marano | $ 100 |
| Mike Satterwhite | $ 100 |
| Miotti S.r.l. | $ 50,840 |
| Nelson Mullins Riley and Scarborough LLP | $ 4,408 |

| Vendor | Face Amount of Proof of Claim | |
|---|---|---|
| Nicholas Nguyen | $ | 18,700 |
| Nolan Menachemson | $ | 100 |
| Nolan S Clark | $ | 100 |
| North Coast Seal, Inc. | $ | 14,719 |
| Ohio Department of Taxation | $ | 1,866 |
| Ohio Department of Taxation - B | $ | 1,128,254 |
| OpenText Inc | $ | 7,803 |
| Optessa USA, Inc. | $ | 110,500 |
| Pektron EV Ltd | $ | 808,021 |
| Peter Smith | $ | 100 |
| Pierburg US, LLC | $ | 337,440 |
| Power and Signal Group | $ | 15,559 |
| Quality MetalCraft Inc. | $ | 373,853 |
| Rentokil North America, Inc dba Western Exterminator Company | $ | 315 |
| Richard Dinh | $ | 5,467 |
| RJ Hanlon Co., Inc. | $ | 421 |
| Robert Blake | $ | 100 |
| Robert J Honders Sr | $ | 100 |
| Robert Turner | $ | 100 |
| Roger Durre | $ | 51,178 |
| RTL Systems, LLC | $ | 17,004 |
| SA Automotive, LTD | $ | 434,880 |
| Schwab Industries, Inc. | $ | 51,780 |
| Scott Eidman | $ | 100 |
| SoCalGas | $ | 1,098 |
| St. Clair Technologies Inc. | $ | 673,035 |
| State of Michigan, Unemployment Insurance Agency, Tax Office | $ | 1,114 |
| Stephen Lee | $ | 100 |
| Steven Slawson | $ | 125,565 |
| Sung Bum Lee | $ | 4,577 |
| Sunil Kumar Sarvepalli | $ | 39,923 |
| Superior Cam Inc. | $ | 551,394 |
| Syngin Technology LLC | $ | 12,010 |
| Talmage Booth | $ | 100 |
| Tata Consultancy Services Limited | $ | 26,541 |
| Technology Solutions Anywhere LLC dba Readysoft | $ | 206,223 |
| Teijin Automotive Technologies | $ | 1,036,433 |
| TERIS-Phoenix, LLC | $ | 36,028 |
| Terry Briegel | $ | 100 |
| TESCA USA, Inc. | $ | 974,496 |
| The Marett Company dba Marett Carpet One | $ | 1,444 |
| The Timken Company and The Timken Corporation | $ | 316,514 |

| Vendor | Face Amount of Proof of Claim |
|---|---:|
| Thomas Barth | $ 100 |
| Thomas Skook | $ 100 |
| TOOGANN Technologies LLC | $ 41,180 |
| Transportation Research Center Inc. | $ 42,203 |
| Triple Crown Consulting, LLC | $ 18,560 |
| TTI, Inc | $ 4,400 |
| United States Plastic Corporation | $ 705 |
| Veritext LLC | $ 3,271 |
| Vino Pathmanathan | $ 24,745 |
| W.W. Grainger, Inc. | $ 4,332 |
| Wai Man Wong | $ 11,374 |
| William Anderson | $ 100 |
| YRC Inc. dba YRC Freight | $ 2,428 |
| ZF Passive Safety Systems US Inc. | $ 751,643 |
| **TOTAL:** | **$ 23,103,826** |

**Notes:**

[1] The above amounts represent the face amount of all trade claims filed in a liquidated amount (after removing duplicates and proofs of claims that have been withdrawn or were filed on account of equity interests). This Plan Supplement is solely for the purpose of facilitating reductions of the GUC Claims Reserve as provided for in the Confirmation Order and is not intended to and should not be construed as an admission by the Debtors or any other party in interest that such claims are not disputed or will be allowed in their asserted amounts. The Debtors, Post-Effective Date Debtors, and Claims Ombudsman reserve all rights to dispute and/or seek disallowance of each of the above-listed claims.

[2] Undisputed scheduled amounts totaling $118,456 are not included in this schedule.