**Exhibit K-2**

**Ohio Settlement Notice – Publication Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br>(Jointly Administered)<br><br>**Related D.I.: 668, 696 & 699** |

## SUMMARY NOTICE OF CERTIFICATION OF SETTLEMENT CLASS AND PROPOSED SETTLEMENT

**If you purchased the publicly traded securities of Lordstown Motors Corp. ("LMC") during the period from August 3, 2020 through July 2, 2021, and/or held LMC's publicly traded Class A Common Stock on September 21, 2020, and were damaged thereby, you may be entitled to a payment from a settlement.**

YOU ARE HEREBY NOTIFIED, by Order of the U.S. Bankruptcy Court for District of Delaware ("Bankruptcy Court"), that the Court-designated Class Representative, on behalf of himself and all members of the Ohio Settlement Class, and LMC and its subsidiaries (together, the "Debtors"), have reached a proposed settlement of all claims against certain of the Debtors and David Hamamoto ("Settling Defendants") asserted in the action, *In re Lordstown Motors Corp. Sec. Litig.*, No. 4:21-cv-00616 (N.D. Ohio) ("Ohio Securities Litigation"), which were also asserted against certain of the Debtors in the above-captioned Chapter 11 Cases, as well as releases to other directors and officers of the Debtors who were serving in such roles as of December 12, 2023 but who are not defendants in the Ohio Securities Litigation (such directors and officers, together with the Settling Defendants, the "Released Parties"). On March __, 2024, the Bankruptcy Court entered an order confirming the Debtors' [*Third*] *Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors* (together with all schedules and exhibits thereto, and as the same may be modified in accordance with its terms, the "Plan")

and preliminarily approved the proposed Settlement and certified the Ohio Settlement Class pursuant to Federal Rule 23, made applicable by Bankruptcy Rule 7023.

If the Settlement is approved on a final basis, the Settlement will resolve claims in the Ohio Securities Litigation alleging that the Settling Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.  The Settlement will be implemented in accordance with the provisions of the Plan, which provide for the creation of a Settlement Fund in the amount of at least $3 million, and subsequent additional funding of up to $7 million, for the benefit of the Ohio Settlement Class. The Ohio Securities Litigation will continue to proceed with respect to all other defendants.

The Bankruptcy Court has scheduled a final hearing before the Honorable Mary F. Walrath, remotely via Zoom, on _____, 2024, at ____ ____.m. (prevailing Eastern Time), Courtroom 4, 824 N. Market Street, 5th Floor, Wilmington, DE 19801 (the "Settlement Hearing") to determine whether the Bankruptcy Court should: (i) approve the proposed Settlement, as fair, reasonable, and adequate; (ii) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund; and (iii) approve Ohio Class Counsel's motion for payment of attorneys' fees and expenses from the Settlement Fund.  The Bankruptcy Court may change the date of the hearing without providing another notice.  You do NOT need to attend the Settlement Hearing to receive a payment.

**IF YOU ARE A MEMBER OF THE OHIO SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A PAYMENT.**  If you have not yet received a Postcard Notice, you may obtain copies of the Postcard Notice, the long-form Notice, and the Ohio Claim Form by visiting the Ohio Settlement Claims Administrator's website, www.strategicclaims.net/lordstown/, or by contacting the administrator at: *Lordstown Bankruptcy Settlement,* c/o Strategic Claims Services, _____, _____, ___@___ , (___) ___ - _____. Inquiries, other than requests

for information about the status of a claim, may also be made to Ohio Class Counsel: Jake Bissell-Linsk, Esq., Labaton Keller Sucharow LLP**,** 140 Broadway, New York, NY 10005, www.labaton.com, settlementquestions@labaton.com, (888) 219-6877.

If you are a member of the Ohio Settlement Class, to be eligible to share in the distribution of the proceeds from the Settlement, you must submit an Ohio Claim Form ***postmarked or submitted online no later than _____ \_\_, 2024.*** If you are a member of the Ohio Settlement Class and do not timely submit a valid Ohio Claim Form, you will not be eligible to share in the distribution of the proceeds from the Settlement, but you will nevertheless be bound by the terms of the Settlement, the Confirmation Order, and the Plan, including the releases set forth therein.

If you are a member of the Ohio Settlement Class and wish to exclude yourself from the class, you must submit a written request for exclusion in accordance with the instructions in the Notice so that it is ***received no later than _____ \_\_, 2024.*** If you exclude yourself from the Ohio Settlement Class, you will not be eligible to share in the distribution of the proceeds of the Settlement.  Exclusion is the only option that potentially may allow you to pursue individual claims against the Released Parties. With respect to the Debtors, your ability to bring claims against them may be limited by the Plan and whether you timely filed an individual claim in the Chapter 11 Cases.

Any objections to the proposed Settlement, the Plan of Allocation, and/or Ohio Class Counsel's motion for attorneys' fees and expenses must be filed with the Bankruptcy Court, either by mail or in person, and be mailed to counsel in accordance with the instructions in the Notice, such that they are ***received no later than _____ \_\_, 2024***.

**PLEASE DO NOT CONTACT THE COURT, DEBTORS, OR**
**DEBTORS' COUNSEL REGARDING THIS NOTICE.**

DATED: _____, 2024     BY ORDER OF THE U.S. BANKRUPTCY
                                             COURT - DISTRICT OF DELAWARE