**Exhibit A**

**Voting Tabulation**

**Exhibit A**
**Ballot Tabulation Summary**

| Class Name | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ in Class | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | General Unsecured Claims (Including Insider Votes) | 0 | 60 | 53 | 7 | 88.33 | 11.67 | $22,430,325.45 | $6,484,534.01 | $5,981,324.53 | $503,209.48 | 92.24 | 7.76 |
| 3 | General Unsecured Claims (Excluding Insider Votes) | 0 | 44 | 37 | 7 | 84.09 | 15.91 | $22,430,309.45 | $6,484,518.01 | $5,981,308.53 | $503,209.48 | 92.24 | 7.76 |
| 8 | Section 510(b) Claims | 0 | 8 | 4 | 4 | 50.00 | 50.00 | $55.00 | $8.00 | $4.00 | $4.00 | 50.00 | 50.00 |
| 9 | RIDE Section 510(b) Claims | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $3.00 | $0.00 | $0.00 | $0.00 | 0.00 | 0.00 |
| 10 | Ohio Securities Class Action Claims | 0 | 1 | 1 | 0 | 100.00 | 0.00 | $10,000,000.00 | $10,000,000.00 | $10,000,000.00 | $0.00 | 100.00 | 0.00 |

| Class Name | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total Shares in Class | Total Shares Voted | Shares Accepted | Shares Rejected | % Accepted | % Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | Common Stock Interest | 0 | 3,673 | 2,970 | 703 | 80.86 | 19.14 | 16,006,416 | 4,069,331 | 3,927,146 | 142,185 | 96.51 | 3.49 |

Lordstown Motors Corp., et al.
Case Number: 23-10831

Page 1 of 1

**Exhibit A-1**
**Class 3 Ballot Detail Report**
**General Unsecured Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---:|---|
| 12/18/2023 | 62 | Adam Kroll | $1.00 | Accept |
| 12/18/2023 | 68 | Andrew Reyntjes | $1.00 | Accept |
| 12/18/2023 | 69 | Angela Strand | $1.00 | Accept |
| 12/12/2023 | 55 | Baker Hostetler LLP | $260,981.07 | Accept |
| 11/17/2023 | 10 | BASF Corporation | $66,696.46 | Accept |
| 11/28/2023 | 25 | Charles L. & Lyona Hannahs | $25.50 | Accept |
| 11/18/2023 | 13 | Charlie Johns | $14,131.67 | Accept |
| 11/29/2023 | 29 | Cognizant Mobility, Inc. | $586,130.33 | Accept |
| 11/29/2023 | 30 | Cognizant Worldwide Limited | $161,378.00 | Accept |
| 11/26/2023 | 21 | Columbia Diane Carfolo | $2,168.90 | Accept |
| 11/17/2023 | 12 | Crown Equipment Corporation | $1,609.38 | Reject |
| 11/30/2023 | 33 | CSB Strategic Business Solutions | $282,913.50 | Accept |
| 12/18/2023 | 63 | Dale Spencer | $1.00 | Accept |
| 12/18/2023 | 60 | Daniel Ninivaggi | $1.00 | Accept |
| 12/19/2023 | 72 | Darren Post | $1.00 | Accept |
| 12/11/2023 | 48 | David T. Hamamoto | $1.00 | Accept |
| 12/18/2023 | 66 | Donna Bell | $1.00 | Accept |
| 11/13/2023 | 1 | Douglas Wargo | $773.21 | Accept |
| 12/18/2023 | 67 | Edward T. Hightower | $1.00 | Accept |
| 11/18/2023 | 14 | ElectroCycle, Inc | $40.00 | Accept |
| 11/14/2023 | 3 | Eric Knies | $4,846.90 | Accept |
| 12/15/2023 | 59 | Farkhonda Sangar | $11,080.37 | Accept |
| 12/14/2023 | 58 | Fiberdyne Research Pty Ltd | $1.00 | Reject |
| 11/26/2023 | 20 | Gary Wayne Browne | $221.21 | Accept |
| 12/07/2023 | 44 | Greatech Integration M Sdn Bhd | $1,532,600.00 | Accept |
| 12/06/2023 | 43 | Harco Manufacturing Group, LLC | $491,209.87 | Reject |
| 11/14/2023 | 4 | Jamal Kanj | $23,000.00 | Accept |
| 12/05/2023 | 41 | James A Jacobs | $194.00 | Reject |
| 12/20/2023 | 74 | Jane Reiss | $1.00 | Accept |
| 12/18/2023 | 65 | Jill Coniglio-Kirk | $1.00 | Accept |
| 12/01/2023 | 36 | Jose B Ruiz | $4,000.00 | Accept |
| 12/19/2023 | 73 | Joseph Anderson Jr | $1.00 | Accept |
| 12/05/2023 | 42 | KalaWati Narayan | $500.00 | Accept |
| 12/19/2023 | 71 | Keith Feldman | $1.00 | Accept |

Lordstown Motors Corp., et al.
Case Number: 23-10831

**Exhibit A-1**
**Class 3 Ballot Detail Report**
**General Unsecured Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 02/20/2024 | 70 | Laura Soave | $1.00 | Accept |
| 11/16/2023 | 9 | Laval Tool & Mould LTD. | $189,977.91 | Accept |
| 12/05/2023 | 38 | Lone Pine Farms Inc | $9,614.84 | Accept |
| 12/05/2023 | 40 | Louise Prystaloski | $2,200.00 | Reject |
| 12/05/2023 | 39 | MarkLines Co., Ltd | $5,600.00 | Accept |
| 12/08/2023 | 46 | Maryann Jamieson | $2,552.00 | Reject |
| 11/29/2023 | 32 | McKinsey and Company, Inc. United States | $244,491.16 | Accept |
| 12/18/2023 | 61 | Melissa Leonard | $1.00 | Accept |
| 12/18/2023 | 64 | Michael H. Port | $1.00 | Accept |
| 11/21/2023 | 18 | Michael J Teuscher | $357.60 | Accept |
| 11/13/2023 | 2 | Nicholaus Schilling | $300.00 | Accept |
| 12/04/2023 | 37 | North Coast Seal, Inc. | $14,718.61 | Accept |
| 11/17/2023 | 11 | Ray Ingrassia | $6,187.05 | Accept |
| 12/01/2023 | 35 | Rentokil North America, Inc dba Western Exterminator Company | $315.00 | Accept |
| 11/14/2023 | 5 | Richard Kloxin | $5,531.15 | Accept |
| 11/28/2023 | 23 | Robert Radulski | $664.96 | Accept |
| 11/28/2023 | 24 | Roy M. Jacobs | $13,000.00 | Accept |
| 11/16/2023 | 8 | Simpson Thacher & Bartlett LLP | $424,710.68 | Accept |
| 12/12/2023 | 57 | St. Clair Technologies Inc. | $673,034.85 | Accept |
| 11/21/2023 | 16 | Steven Slawson | $125,564.62 | Accept |
| 12/11/2023 | 53 | Superior Cam Inc. | $551,394.30 | Accept |
| 11/28/2023 | 28 | Syngin Technology LLC | $12,009.75 | Accept |
| 11/29/2023 | 31 | Tim Berger | $5,443.23 | Reject |
| 11/28/2023 | 22 | United States Plastic Corporation | $705.08 | Accept |
| 12/01/2023 | 34 | William Ortega | $1.00 | Accept |
| 12/12/2023 | 54 | ZF Passive Safety Systems US Inc. | $751,642.85 | Accept |

Lordstown Motors Corp., et al.
Case Number: 23-10831

Page 2 of 2

**Exhibit A-2**
**Class 7 Ballot Detail Report**
**Common Stock Interest**

### Registered Holder Detail Report

| Date Filed | Ballot No. | Creditor Name | Shares Voted | Vote |
|---|---|---|---|---|
| 12/07/2023 | 45 | ARTICLE THIRD OF | 17,798 | Accept |
| 12/11/2023 | 49 | DAVID T HAMAMOTO | 49,354 | Accept |
| 12/11/2023 | 50 | DAVID T HAMAMOTO GRAT 2019 - SPAC | 57,433 | Accept |
| 12/11/2023 | 51 | DIAMONDHEAD PARTNERS LLC | 53,394 | Accept |
| 11/28/2023 | 26 | VINCENT & THOMAS IANNELLI TEN COM | 1,881 | Accept |
| 11/28/2023 | 27 | VINCENT IANNELLI THOMAS IANNELLI | 1,346 | Accept |

### Nominee Detail Report

| DTC Participant No. | Nominee | Total No. of Accounts Voting | No. of Accounts Accepting | No. of Accounts Rejecting | Total Amount of Shares Voting | Amount of Shares Accepting | Amount of Shares Rejecting |
|---|---|---|---|---|---|---|---|
| 0756 | AEIS INC. | 21 | 17 | 4 | 4,910 | 4,738 | 172 |
| 0158 | APEX CLEAR | 173 | 136 | 37 | 11,666 | 10,012 | 1,654 |
| 0052 | AXOS | 4 | 4 | 0 | 113 | 113 | 0 |
| 0901 | BANK OF NY | 19 | 17 | 2 | 46,339 | 25,962 | 20,377 |
| 5043 | BMO NSBT** | 10 | 10 | 0 | 264 | 264 | 0 |
| 0955 | BOA/GWIM | 2 | 2 | 0 | 600 | 600 | 0 |
| 0161 | BOFA | 2 | 2 | 0 | 7,795 | 7,795 | 0 |
| 0013 | BRNSTN LLC | 1 | 1 | 0 | 6 | 6 | 0 |
| 0701 | CETERA | 1 | 1 | 0 | 106 | 106 | 0 |
| 0164 | CHS SCHWAB | 996 | 784 | 212 | 176,330 | 145,986 | 30,344 |
| 5030 | CIBCWRLD** | 12 | 11 | 1 | 817 | 766 | 51 |
| 8430 | CIT SECLLC | 1 | 1 | 0 | 1,977 | 1,977 | 0 |
| 0908 | CITIBANK | 1 | 1 | 0 | 8,481 | 8,481 | 0 |
| 5083 | CRED/CDS** | 7 | 7 | 0 | 201 | 201 | 0 |
| 0361 | DAVIDSON | 2 | 2 | 0 | 1,336 | 1,336 | 0 |
| 5028 | DESJRDIN** | 5 | 5 | 0 | 140 | 140 | 0 |
| 2402 | DRIVEW LLC | 87 | 70 | 17 | 741 | 664 | 77 |
| 6GY | ETORO (EUROPE) LTD | 6 | 5 | 1 | 487 | 351 | 136 |
| 2116 | FIFTH NA | 1 | 1 | 0 | 66 | 66 | 0 |
| 0005 | GOLDMAN | 12 | 12 | 0 | 1,397,819 | 1,397,819 | 0 |
| 0279 | HILLTOPSEC | 3 | 3 | 0 | 94,645 | 94,645 | 0 |
| 4ZT | IG | 9 | 8 | 1 | 539 | 529 | 10 |
| 0534 | INT BROKER | 32 | 28 | 4 | 27,737 | 27,641 | 96 |
| 0019 | JEFFERIES | 2 | 2 | 0 | 361,901 | 361,901 | 0 |
| 0057 | JONES E D | 45 | 41 | 4 | 9,726 | 9,403 | 323 |
| 0352 | JPMS/JPMC | 65 | 53 | 12 | 748,775 | 747,854 | 921 |
| 2205 | KEYBANK NA | 1 | 1 | 0 | 166 | 166 | 0 |

Lordstown Motors Corp., et al.
Case Number: 23-10831

Page 1 of 2

**Exhibit A-2**
**Class 7 Ballot Detail Report**
**Common Stock Interest**

| DTC Participant No. | Nominee | Total No. of Accounts Voting | No. of Accounts Accepting | No. of Accounts Rejecting | Total Amount of Shares Voting | Amount of Shares Accepting | Amount of Shares Rejecting |
|---|---|---|---|---|---|---|---|
| 0075 | LPL LLC | 31 | 27 | 4 | 2,118 | 2,072 | 46 |
| 8862 | MLPFS/8862 | 76 | 66 | 10 | 22,735 | 22,359 | 376 |
| 0050 | MORGAN LLC | 2 | 2 | 0 | 402,742 | 402,742 | 0 |
| 0015 | MSSB | 460 | 378 | 82 | 129,800 | 99,255 | 30,545 |
| 5008 | NBFI INC** | 13 | 12 | 1 | 4,010 | 3,944 | 66 |
| 0226 | NFS LLC | 836 | 649 | 187 | 129,468 | 111,580 | 17,888 |
| 2669 | NRTHRN TR | 1 | 1 | 0 | 200 | 200 | 0 |
| 0571 | OPPENHEIME | 1 | 1 | 0 | 33 | 33 | 0 |
| 0443 | PERSHING | 70 | 61 | 9 | 40,175 | 10,902 | 29,273 |
| 2616 | PNC BK,NA | 2 | 2 | 0 | 197 | 197 | 0 |
| 5084 | QUES/CDS** | 8 | 8 | 0 | 110 | 110 | 0 |
| 0547 | R W BAIRD | 5 | 5 | 0 | 208 | 208 | 0 |
| 0725 | RAYMOND | 26 | 22 | 4 | 2,160 | 2,009 | 151 |
| 5002 | RBC/DOMN** | 22 | 14 | 8 | 953 | 737 | 216 |
| 0235 | RBCCAPMKTS | 11 | 9 | 2 | 578 | 543 | 35 |
| 5011 | SCOTIA** | 9 | 8 | 1 | 527 | 522 | 5 |
| 2663 | SEI PV/GWP | 1 | 1 | 0 | 66 | 66 | 0 |
| 0793 | STIFEL | 49 | 48 | 1 | 6,378 | 5,958 | 420 |
| 0750 | STX INC. | 2 | 2 | 0 | 166 | 166 | 0 |
| 0188 | TD AMERITR | 240 | 185 | 55 | 74,588 | 67,175 | 7,413 |
| 5036 | TD WATER** | 13 | 9 | 4 | 257 | 153 | 104 |
| 0271 | TRADESTATN | 3 | 2 | 1 | 16 | 10 | 6 |
| 0221 | UBS FINAN | 9 | 9 | 0 | 481 | 481 | 0 |
| 0642 | UBS SECLLC | 1 | 1 | 0 | 439 | 439 | 0 |
| 0280 | US BANCORP | 2 | 1 | 1 | 56 | 23 | 33 |
| 2803 | US BANK NA | 1 | 1 | 0 | 2 | 2 | 0 |
| 0062 | VANGUARD | 126 | 104 | 22 | 7,363 | 6,365 | 998 |
| 3856 | VCLLC | 1 | 1 | 0 | 11 | 11 | 0 |
| CB6 | WEALTHSIMPLE INVESTMENTS INC | 20 | 17 | 3 | 322 | 312 | 10 |
| 0141 | WELLS CLRG | 104 | 91 | 13 | 17,518 | 17,079 | 439 |
| 0250 | WELLS FARG | 2 | 2 | 0 | 140,765 | 140,765 | 0 |

Lordstown Motors Corp., et al.
Case Number: 23-10831

Page 2 of 2

**Exhibit A-3**
**Class 8 Ballot Detail Report**
**Section 510(b) Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 12/11/2023 | 47 | Brian Christoffersen | $1.00 | Reject |
| 11/16/2023 | 7 | Cheryl A. Brown | $1.00 | Accept |
| 12/11/2023 | 52 | David D. Palay, Jr. Individually, and as Carol J Palay, Individually, and as Joint Tenants | $1.00 | Reject |
| 11/21/2023 | 17 | Harjit Gill | $1.00 | Accept |
| 12/12/2023 | 56 | James M. Kenny | $1.00 | Accept |
| 11/15/2023 | 6 | Paul Kondzich | $1.00 | Accept |
| 11/22/2023 | 19 | Thomas Burns | $1.00 | Reject |
| 11/19/2023 | 15 | Wesley Byron Widdison | $1.00 | Reject |

Lordstown Motors Corp., et al.
Case Number: 23-10831

Page 1 of 1