Debtor: Lordstown EV Corporation  Case No. 23-10832 (MFW)
Reporting Period: January 2024

## General Notes to Monthly Operating Report and Supporting Documentation

The Debtors have prepared the MOR with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable to the Chapter 11 Cases.  The financial and supplemental information contained herein is unaudited and is not prepared in accordance with Generally Accepted Principles in the United States (GAAP) nor in accordance with securities laws or other applicable non-bankruptcy law.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.

The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

The amounts reflected for Total Current Assets, Other Assets (Cumulative Funding of / Investment in Subsidiary, and Total Assets each include, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>To be clear, the amounts do not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value</u>.

Certain portions of the Debtors' prepetition contingent liabilities reflect disputed liabilities that are subject to compromise, and all rights of all Debtors are reserved with respect to such liabilities and their allocation.

## General Notes to Balance Sheet and Statement of Operations Attachments

These financial statements were prepared by the Debtors' management and are preliminary and subject to final quarter-end closing adjustments, which have not been fully completed prior to preparation of this MOR.

**Debtor:** **Lordstown EV Corporation**  **Case #:** **23-10832**

**Cash Receipts Listing**

| TRX Date | Received From | Category | Amount | Bank Account Number |
|---|---|---|---:|---|
| 1/3/2024 | Paylocity Corporation | COBRA Reimbursement | 5,639.30 | 7675 |
| 1/4/2024 | Employees | Asset Sales | 2,715.00 | 7675 |
| 1/5/2024 | Paylocity Corporation | COBRA Reimbursement | 22,829.51 | 7675 |
| 1/5/2024 | Employee | Asset Sales | 3,000.00 | 7675 |
| 1/8/2024 | Procurri LLC | Asset Sales | 12,640.00 | 7675 |
| 1/19/2024 | Foxconn EV Systems | Asset Sales | 31,200.00 | 7675 |
| 1/26/2024 | Foxconn EV Systems | Truck Repurchase | 210,000.00 | 7675 |
| 1/29/2024 | Procurri LLC | Asset Sales | 9,350.00 | 7675 |
| 1/29/2024 | Foxconn EV Systems | Insurance Refund | 6,025.25 | 7675 |
| 1/31/2024 | Paylocity Corporation | COBRA Reimbursement | 12,017.68 | 7675 |
| Various | JPMorgan Chase Bank, N.A. | Dividends and interest | 393,425.46 | 4520 |
| 1/31/2024 | JPMorgan Chase Bank, N.A. | Interest | 136.78 | 7736 |
| | | **Total Receipts** | **708,978.98** | |

**Debtor:** Lordstown EV Corporation                                         **Case #:** 23-10832

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---|---|
| 1/4/2024 | Paylocity | Payroll | $ 72,468.45 | 7592 |
| 1/4/2024 | Paylocity | Payroll | $ 52,194.70 | 7592 |
| 1/4/2024 | Paylocity | Payroll | $ 15,021.74 | 7592 |
| 1/4/2024 | Paylocity | Payroll | $ 10,537.30 | 7592 |
| 1/4/2024 | AT&T Mobility | Other | $ 12,489.70 | 7675 |
| 1/4/2024 | CR&R Incorporated | Utilities | $ 1,138.74 | 7675 |
| 1/5/2024 | Paylocity | Payroll | $ 523.85 | 7592 |
| 1/5/2024 | Paylocity | Payroll | $ 20.14 | 7592 |
| 1/5/2024 | Paylocity | Payroll | $ 0.01 | 7592 |
| 1/5/2024 | CA Dept of Tax and Fee Administration | Other | $ 2,145.00 | 7675 |
| 1/8/2024 | Tag Resources | Payroll - TAG Fee | $ 2,550.00 | 7592 |
| 1/12/2024 | Paylocity | Payroll - FSA Claims | $ 40.00 | 7592 |
| 1/16/2024 | Various | AP Disbursement 1 | $ 594,878.50 | 7675 |
| 1/16/2024 | Various | AP Disbursement 2 | $ 471,689.98 | 7675 |
| 1/17/2024 | Paylocity | Payroll | $ 65,472.79 | 7592 |
| 1/17/2024 | Paylocity | Payroll | $ 33,295.19 | 7592 |
| 1/17/2024 | Paylocity | Payroll | $ 5,207.59 | 7592 |
| 1/17/2024 | Paylocity | Payroll | $ 2,477.52 | 7592 |
| 1/18/2024 | GOVERNMENT OF D.C US | Truck Repurchase | $ 960,000.00 | 7675 |
| 1/19/2024 | Paylocity | Payroll | $ 1,484.98 | 7592 |
| 1/19/2024 | Paylocity | Payroll | $ 789.72 | 7592 |
| 1/19/2024 | Paylocity | Payroll | $ 30.00 | 7592 |
| 1/24/2024 | Various | AP Disbursement 3 | $ 645,679.47 | 7675 |
| 1/24/2024 | PCARD | Other | $ 700.05 | 7725 |
| 1/25/2024 | Paylocity | Payroll | $ 347.02 | 7592 |
| 1/25/2024 | Jefferies Financial Group Inc DBA Jefferies LLC | Transaction Fee | $ 1,608,856.07 | 7675 |
| 1/26/2024 | Paylocity | Payroll | $ 43.00 | 7592 |
| 1/29/2024 | U.S. TRUSTEE PAYMENT CENTER | Quarterly Fee | $ 150,628.87 | 7675 |
| 1/29/2024 | U.S. TRUSTEE PAYMENT CENTER | Quarterly Fee | $ 250.00 | 7675 |

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---|---|
| 1/29/2024 | U.S. TRUSTEE PAYMENT CENTER | Quarterly Fee | $ 250.00 | 7675 |
| 1/29/2024 | Various | AP Disbursement 4 | $ 120,791.64 | 7675 |
| 1/31/2024 | Paylocity | Payroll | $ 66,065.52 | 7592 |
| 1/31/2024 | Paylocity | Payroll | $ 33,635.81 | 7592 |
| 1/31/2024 | Paylocity | Payroll | $ 4,665.45 | 7592 |
| 1/31/2024 | Paylocity | Payroll | $ 1,752.15 | 7592 |
| | | **Total Disbursements** | **4,938,120.95** | |

| Debtor: | **Lordstown EV Corporation** | | Case #: | **23-10832** |
|---|---|---|---|---|

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---:|---|
| 1/16/2024 | V14870 | 275 Hills Tech Ventures, LLC | $ (40.00) | Rent |
| 1/16/2024 | V05260 | Armor Holdco, Inc. dba American Stock Transfer & Trust Company, LLC | $ (1,231.35) | Consulting |
| 1/16/2024 | V05260 | Armor Holdco, Inc. dba American Stock Transfer & Trust Company, LLC | $ (1,202.00) | Consulting |
| 1/16/2024 | V15530 | Cintas Corp - Payer# 21007041 | $ (543.57) | Other |
| 1/16/2024 | V01580 | Corporation Service Company dba CSC | $ (269.40) | Other |
| 1/16/2024 | V11530 | CT Corporation System | $ (435.00) | Other |
| 1/16/2024 | V09920 | ElectroCycle, Inc | $ (20.00) | Utilities |
| 1/16/2024 | V03910 | ETRADE Financial Corporate Services, Inc. | $ (8,750.00) | Other |
| 1/16/2024 | V10440 | Infosys Limited | $ (6,187.10) | Consulting |
| 1/15/2024 | V15860 | Kurtzman Carson Consultants, LLC | $ (572,001.16) | Consulting |
| 1/16/2024 | V15960 | Reliable Copy Service Inc, DBA Reliable Companies | $ (42.00) | Other |
| 1/16/2024 | V15960 | Reliable Copy Service Inc, DBA Reliable Companies | $ (54.00) | Other |
| 1/16/2024 | V15760 | TERIS - Phoenix LLC DBA TERIS | $ (3,248.40) | Consulting |
| 1/16/2024 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (420.00) | Other |
| 1/16/2024 | V03870 | Vestige Ltd dba Vestige Digital Investigations | $ (434.52) | Legal |
| | | **Total AP Disbursement 1** | **$ (594,878.50)** | |
| 1/16/2024 | V00080 | Baker Hostetler | $ (88,432.23) | Legal |
| 1/15/2024 | V09740 | FTI Consulting, Inc. | $ (31,808.27) | Consulting |
| 1/15/2024 | V09740 | FTI Consulting, Inc. | $ (17,409.71) | Consulting |
| 1/16/2024 | V04430 | KPMG LLP | $ (53,029.60) | Consulting |
| 1/16/2024 | V15860 | Kurtzman Carson Consultants, LLC | $ (8,439.15) | Consulting |
| 1/16/2024 | V16060 | Morris James LLP | $ (106.57) | Legal |
| 1/16/2024 | V16060 | Morris James LLP | $ (69,443.85) | Legal |
| 1/15/2024 | V11800 | Nelson Mullins Riley & Scarborough LLP | $ (8,970.37) | Legal |
| 1/15/2024 | V06560 | Prospect Law LLP | $ (1,860.00) | Legal |
| 1/15/2024 | V15840 | Silverman Consulting, Inc | $ (166,690.23) | Consulting |
| 1/15/2024 | V10150 | Sullivan & Cromwell LLP | $ (25,500.00) | Legal |
| | | **Total AP Disbursement 2** | **$ (471,689.98)** | |

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---:|---|
| 1/26/2024 | V16040 | Brown Rudnick LLP | $ (408,430.44) | Legal |
| 1/26/2024 | V16060 | Morris James LLP | $ (44,072.37) | Legal |
| 1/26/2024 | V16000 | Huron Consulting Group Inc, DBA Huron Consulting Services LLC | $ (109,241.20) | Consulting |
| 1/26/2024 | V16010 | Troutman Pepper Hamilton Sanders LLP | $ (83,935.46) | Legal |
| | | **Total AP Disbursement 3** | **$ (645,679.47)** | |
| 1/29/2024 | V00110 | Ernst & Young | $ (9,210.00) | Consulting |
| 1/29/2024 | V00330 | SKYNET INNOVATIONS | $ (10,941.13) | Software |
| 1/29/2024 | V00330 | SKYNET INNOVATIONS | $ (3,121.73) | Software |
| 1/29/2024 | V00330 | SKYNET INNOVATIONS | $ (64.96) | Software |
| 1/29/2024 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (920.00) | Other |
| 1/29/2024 | V03870 | Vestige Ltd dba Vestige Digital Investigations | $ (4,042.50) | Legal |
| 1/29/2024 | V11530 | CT Corporation System | $ (241.25) | Other |
| 1/29/2024 | V11530 | CT Corporation System | $ (152.37) | Other |
| 1/29/2024 | V11820 | Complete Discovery Source, Inc (CDS) | $ (1,890.00) | Legal |
| 1/29/2024 | V13360 | Haynes and Boone, LLP | $ (90,000.00) | Legal |
| 1/29/2024 | V15960 | Reliable Copy Service Inc, DBA Reliable Companies | $ (207.70) | Other |
| | | **Total AP Disbursement 4** | **$ (120,791.64)** | |

## Lordstown EV Corporation
## Balance Sheet
## As of January 31, 2024 (1)

### ASSETS

**Current Assets**

| | | |
|---|---:|---|
| Cash, Cash Equivalents and Short-term Investments | $ 82,866,769 | |
| Accounts Receivable | - | |
| Inventory, net | - | |
| Prepaid Expenses and Other | 4,240,426 | |
| **Total Current Assets** | **87,107,195** | |

**Property, Plant & Equipment**

| | | |
|---|---:|---|
| Property, Plant & Equipment, net | - | |

**Other Assets**

| | | |
|---|---:|---|
| Right of Use Assets | - | |
| Cumulative Funding of / Investment in Subsidiary | 148,547 | (2) |
| Receivable from Subsidiary | - | |
| **Total Other Assets** | **148,547** | (3) |
| | | |
| **Total Assets** | **$ 87,255,743** | (3) |

### LIABILITIES AND SHAREHOLDERS' EQUITY

**Current Liabilities**

| | | |
|---|---:|---|
| Accounts Payable - post-petition | $ 1,702,012 | |
| Accounts Payable - pre-petition | 2,830,755 | |
| Accrued Expenses - post-petition | 10,899,333 | |
| Accrued Expenses - pre-petition | 17,175,399 | |
| Right of Use Liabilities, current | - | |
| **Total Current Liabilities** | **32,607,499** | |

**Long-Term Liabilities**

| | | |
|---|---:|---|
| Right of Use Liabilities, long-term | - | |
| | - | |
| **Total Long-Term Liabilities** | **-** | |
| | | |
| **Total Liabilities** | **32,607,499** | |

**Shareholders' Equity**

| | | |
|---|---:|---|
| Common Stock | - | |
| Additional Paid-In Capital | 1,168,391,695 | |
| Retained Earnings | (1,113,743,451) | |
| **Total Shareholders' Equity** | **54,648,244** | |
| | | |
| **Total Liabilities and Shareholders' Equity** | **$ 87,255,743** | |

See Notes to Financial Statements

# Lordstown EV Corporation
## Statement of Operations
### For the month ended January 31, 2024

| | | |
|---|---:|---:|
| Revenues | $ | - |
| Total Revenues | | - |
| | | |
| Operating Expenses: | | |
|     Employee Expenses | $ | 296,581 |
|     Professional Fees | | (3,402,090) |
|     Legal Fees | | (588,123) |
|     Bankruptcy Expenses | | 2,420,293 |
|     Insurance Expense | | 580,333 |
|     Rent Expense | | (11,827) |
|     Freight Expense | | - |
|     Shop and Misc. Expense | | (138,927) |
|     Office and shop expenses | | 205 |
|     Other | | 17,179 |
|     Total Operating Expenses | | (826,377) |
| | | |
| Other Income/(Expense): | | |
|     Interest and Dividend Income | | 393,562 |
|     Gain/(Loss) on Sale of Assets | | - |
|     Other Income/(Expense) | | (104,864) |
|     Total Other Income/(Expense) | | 288,698 |
| | | |
| Net Income/(Loss) | $ | 1,115,075 |

Debtor:   Lordstown EV Corporation    Case No.23-10832 (MFW)
Reporting Period: January 2024

**Specific Notes to Financial Statements**

Note (1):   The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

Note (2):   The amount reflected represents the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted</u>.

Note (3):   The amount reflected includes, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.</u>

**Debtor:**     Lordstown EV Corporation                                                                                          **Case #:**     23-10832

**Schedule of Asset Sales**

On November 27, 2023, the bankruptcy court issued an order approving (a) procedures for the sale or other disposition of miscellaneous assets and (b) the sale or other disposition of miscellaneous assets free and clear of liens, claims, interests, and encumbrances in accordance with such procedues [Docket No. 737]. Pursuant to such approval order, and upon proper notice of sale, the bankruptcy court issued orders on December 19, 2023 [Docket No. 839], December 27, 2023 [Docket No. 870] and December 28, 2023 [Docket No. 875] authorizing and approving the sale of certain of the Debtors' assets. The proceeds received in January from these approved sales were $58,905.

**In re Lordstown EV Corporation**
**Case No. 23-10832**
**All bank statements and bank reconciliations for the reporting period**
**Reporting Period: January 1, 2024 to January 31, 2024**

The Debtor hereby submits this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries during January 2024.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| | |
|---|---|
| */s/ Adam Kroll* | February 28, 2024 |
| Signature of Authorized Individual | Date |
| | |
| Adam Kroll | Chief Financial Officer |
| Printed Name of Authorized Individual | Title of Authorized Individual |