IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp., *et al.*, | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Nicole M. Zeiss of Labaton Keller Sucharow LLP to represent George Troicky in the above-captioned cases and any related adversary proceedings.

Dated: February 29, 2024

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: February 29, 2024

*/s/ Nicole M. Zeiss*
Nicole M. Zeiss, Esq.
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone: 212-907-0867
nzeiss@labaton.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.