IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MARCH 5, 2024 AT 3:00 P.M. (ET)**

> **The hearing will be conducted entirely via Zoom.
> To attend the hearing remotely, please register using the eCourtAppearance tool
> (available here) or on the court's website at www.deb.uscourts.gov**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the
> business day before the hearing unless otherwise noticed.\***
>
> **After the deadline has passed an electronic invitation, with the relevant audio or video
> link, will be emailed to you prior to the hearing.**

**I.        MATTERS SUBMITTED VIA COC**:

    1.    Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection Thereto and (III) Granting Related Relief [Docket No. 776 – filed December 5, 2023]

        Response/Objection Deadline:    December 12, 2023 at 4:00 p.m. (ET); extended until December 14, 2023 at 4:00 p.m. (ET) for TERIS-Phoenix LLC

        Responses/Objections Received:

        i.    Informal comments from TERIS-Phoenix LLC

        Related Documents:

        i.    Notice of Filing of Revised Proposed Order Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Assumption of Certain Executory Contracts, (II) Fixing the Cure Costs in Connection

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

        Thereto and (III) Granting Related Relief [Docket No. 808 – filed December 11, 2023]

        Status: This matter has been resolved and a revised order will be submitted via certification of counsel.

## II.    MATTER GOING FORWARD:

2.    Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan [Docket No. 935– filed January 29, 2024]

    Response/Objection Deadline:    February 12, 2024 at 4:00 p.m. (ET)

    Responses/Objections Received

    A.    Objection of Rahul Singh to Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan [Docket No. 964 – filed February 12, 2024]

    Related Documents:

    i.    Certification of Counsel Regarding Order Granting Continuance of Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan [Docket No. 968 – filed February 13, 2024]

    ii.    Order Granting Continuance of Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan [Docket No. 969 – entered February 13, 2024]

    iii.    Reply in Support of the Debtors' Second Motion to Extend the Debtors' Exclusive Periods to File and Solicit Votes on a Chapter 11 Plan [Docket No. 1029 – filed February 29, 2024]

    Status: The hearing on this matter is going forward.

## III.    CONFIRMATION:

3.    Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 1014 – filed February 27, 2024]

    Response/Objection Deadline: December 8, 2023 at 4:00 p.m. (ET); extended by agreement for Former Directors and Officers until Monday, December 11, 2023 at 12:00 p.m. (ET); extended by agreement for the Office of the United States Trustee for the District of Delaware until December 29, 2023 at 4:00 p.m. (ET); extended by agreement for the ERND until December 12, 2023 at 12:00 p.m.

(ET); extended by agreement for NHTSA until January 3, 2024 at 4:00 p.m. (ET); extended by agreement for Certain DiamondPeak Directors until February 23, 2024 at 4:00 p.m. (ET); and extended by agreement for the Official Committee of Unsecured Creditors, Equity Committee, Security & Exchange Commission, the Ohio Securities Action Lead Plaintiff and Foxconn until February 28, 2024 at 4:00 p.m. (ET).

Responses/Objections Received:

A. Objection of Rahul Singh to Debtors' Plan (Docket #766) [Docket No. 793 – filed December 7, 2023]

B. Objection of the United States Trustee to Confirmation of the Debtors' Plan [Docket No. 878 – filed December 29, 2023]

Related Documents:

i. Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 360 – filed September 1, 2023]

ii. Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with the Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief [Docket No. 651 – filed November 1, 2023]

iii. Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 657 – filed November 1, 2023]

iv. Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Plan, (IV) Procedures for Objecting to the Confirmation of the Plan, and (V) Procedures and Deadline for Voting on the Plan [Docket No. 661 – filed November 1, 2023]

v. Notice of Filing of Plan Supplement for the Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 766 – filed December 1, 2023]

vi. Notice of Filing of Proposed Order (I) Confirming Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors and (II) Granting Related Relief [Docket No. 767 – December 1, 2023]

vii.  Notice of Rescheduled Confirmation Hearing Date and Time [Docket No. 831 – filed December 15, 2023]

viii. Notice of Rescheduled Confirmation Hearing Date and Time [Docket No. 924 – filed January 19, 2024]

ix.   Second Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 941 – filed January 31, 2024]

x.    Notice of Filing of Blackline of Second Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 942 – filed January 31, 2024]

xi.   Notice of Rescheduled Confirmation Hearing Date and Time [Docket No. 960 – filed February 9, 2024]

xii.  Notice of Filing of Blackline of Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 1015 – filed February 28, 2024]

xiii. Notice of Filing of First Supplemental Plan Supplement for the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 1016 – filed February 28, 2024]

xiv.  Declaration of Andres Estrada Regarding the Solicitation and Tabulation of Votes on the Debtors' Joint Chapter 11 Plan [Docket No. 1017 – filed February 28, 2024]

xv.   Notice of Filing of Revised Proposed Order (I) Confirming Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors and (II) Granting Related Relief [Docket No. 1018 – filed February 28, 2024]

xvi.  Notice of Filing of Offer of Settlement and of Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1993 and Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order [Docket No. 1030 – filed February 29, 2024]

xvii. Notice by the U.S. Securities and Exchange Commission Regarding Debtor Lordstown Motors Corp.'s Disgorgement Obligations [Docket No. 1031 – filed March 1, 2024]

<u>Status</u>: The hearing on this matter is going forward. The Debtors intend to offer the testimony of Daniel A. Ninivaggi, Adam Kroll, Ryan Hamilton, and William Gallagher via declaration. Each witness will be available via zoom for cross examination as necessary.

Dated: March 1, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson* <br> **WOMBLE BOND DICKINSON (US) LLP** <br> Donald J. Detweiler (DE Bar No. 3087) <br> Morgan L. Patterson (DE Bar No. 5388) <br> 1313 North Market Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-4320 <br> Facsimile: (302) 252-4330 <br> don.detweiler@wbd-us.com <br> morgan.patterson@wbd-us.com <br><br> *Counsel to the Debtors and* <br> *Debtors in Possession* | **WHITE & CASE LLP** <br> Thomas E Lauria (admitted *pro hac vice*) <br> Matthew C. Brown (admitted *pro hac vice*) <br> Fan B. He (admitted *pro hac vice*) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone: (305) 371-2700 <br> tlauria@whitecase.com <br> mbrown@whitecase.com <br> fhe@whitecase.com <br><br> David M. Turetsky (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8200 <br> david.turetsky@whitecase.com <br><br> Jason N. Zakia (admitted *pro hac vice*) <br> 111 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone: (312) 881-5400 <br> jzakia@whitecase.com <br><br> Roberto Kampfner (admitted *pro hac vice*) <br> Doah Kim (admitted *pro hac vice*) <br> RJ Szuba (admitted *pro hac vice*) <br> 555 South Flower Street, Suite 2700 <br> Los Angeles, CA 90071 <br> Telephone: (213) 620-7700 <br> rkampfner@whitecase.com <br> doah.kim@whitecase.com <br> rj.szuba@whitecase.com <br><br> *Counsel to Debtors and* <br> *Debtors in Possession* |