## CERTIFICATE OF SERVICE

I, John W. Weiss hereby certify that on March 1, 2024, I caused a copy of the foregoing *AUTO MOTIVE POWER, INC.'S (D/B/A AMP) LIMITED OBJECTION TO SECOND MODIFIED FIRST AMENDED JOINT CHAPTER 11 PLAN OF LORDSTOWN MOTORS CORP. AND ITS AFFILIATED DEBTORS* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the parties listed on the attached service list.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

/s/ John W. Weiss
John W. Weiss (No. 4160)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

*Counsel to Auto Motive Power, Inc. (d/b/a AMP)*

## Service List

**Via Email**

| | |
|---|---|
| White & Case LLP<br>200 South Biscayne Boulevard,<br>Suite 4900, Miami, FL 33131<br>Attn: Thomas E Lauria<br>      Matthew C. Brown<br>      Fan B. He<br>Email: tlauria@whitecase.com;<br>      mbrown@whitecase.com<br>      fhe@whitecase.com | White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Attn: David M. Turetsky<br>Email: david.turetsky@whitecase.com |
| White & Case LLP<br>111 South Wacker Drive,<br>Suite 5100,<br>Chicago, IL 60606<br>Attn: Jason N. Zakia<br>Email: jzakia@whitecase.com | White & Case LLP<br>555 South Flower Street,<br>Suite 2700,<br>Los Angeles, CA 90071<br>Attn: Roberto Kampfner<br>      Doah Kim<br>      RJ Szuba<br>Email: rkampfner@whitecase.com<br>      doah.kim@whitecase.com<br>      rj.szuba@whitecase.com |
| Womble Bond Dickinson (US) LLP,<br>1313 North Market Street, Suite 1200,<br>Wilmington, Delaware 19801<br>Attn: Donald J. Detweiler<br>      Morgan L. Patterson<br>Email: don.detweiler@wbd-us.com<br>      morgan.patterson@wbd-us.com | Office of The United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Attn: Benjamin A. Hackman<br>Email: Benjamin.A.Hackman@usdoj.gov |
| Troutman Pepper Hamilton Sanders LLP,<br>Hercules Plaza, Suite 5100,<br>1313 N. Market Street,<br>Wilmington, DE 19801<br>Attn: David M. Fournier<br>Email: david.fournier@troutman.com | Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>Attn: Deborah Kovsky-Apap<br>Email: deborah.kovsky@troutman.com |
| Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square,<br>18th & Arch Streets,<br>Philadelphia, PA 19103-2799<br>Attn: Francis J. Lawall<br>Email: francis.lawall@troutman.com | Morris James LLP,<br>500 Delaware Avenue, Suite 1500,<br>Wilmington, DE 19801<br>Attn: Eric J. Monzo<br>      Brya M. Keilson<br>Email: emonzo@morrisjames.com |

-2-

|  | bkeilson@morrisjames.com |
|---|---|
| Brown Rudnick LLP, <br> 7 Times Square, <br> New York, NY 10036 <br> Attn: Robert J. Stark <br> Bennett S. Silverberg <br> Email: rstark@brownrudnick.com <br>        bsilverberg@brownrudnick.com |  |