# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the:

- Joinder of the Official Committee of Equity Security Holders to Debtors' Memorandum of Law in Support of Confirmation of the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 1038]; and

- Declaration of William Gallagher in Support of Confirmation of Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 1040]

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail on the parties listed on the attached service list.

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16582192/1

**Service List**

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler, Esq,
Morgan L. Patterson, Esq.
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com

and

WHITE & CASE LLP
Thomas E Lauria, Esq.
Matthew C. Brown, Esq.
Fan B. He, Esq.
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
tlauria@whitecase.com
mbrown@whitecase.com
fhe@whitecase.com

David M. Turetsky, Esq.
1221 Avenue of the Americas
New York, NY 10020
david.turetsky@whitecase.com

Jason N. Zakia, Esq.
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
jzakia@whitecase.com

Roberto Kampfner, Esq.
Doah Kim, Esq.
RJ Szuba, Esq.
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
rkampfner@whitecase.com
doah.kim@whitecase.com
rj.szuba@whitecase.com

*Counsel to Debtors and Debtors in Possession*

Benjamin A. Hackman, Esq.
Office of The United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Benjamin.a.hackman@usdoj.gov

*Office of The United States Trustee*

TROUTMAN PEPPER HAMILTON SANDERS LLP
David M. Fournier, Esq.
Hercules Plaza
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
david.fournier@troutman.com

and

Deborah Kovsky-Apap, Esq.
875 Third Avenue
New York, NY 10022
deborah.kovsky@troutman.com

and

Francis J. Lawall, Esq.
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
francis.lawall@troutman.com

*Counsel to Official Committee of Unsecured Creditors*