## Exhibit A-1

**New Organizational Documents**

[*See* Docket No. 1016, Ex. A-1]