**<u>Exhibit E</u>**

**GUC Reserve**

[*See* Docket No. 1016, Ex. E]