## Exhibit F-2

**Blackline of Identity of Claims Ombudsman and Rates**

## EXHIBIT F-1

### Identity of Claims Ombudsman and Rates

Pursuant to the Plan, the Claims Ombudsman is the person selected by the UCC and EC, with the consent of the Debtors (such consent not to be unreasonably withheld), charged with overseeing the tasks set forth in Article V.D of the Plan.

The Claims Ombudsman shall be Alan D. Halperin.  Mr. Halperin, as Claims Ombudsman, will be entitled to receive compensation at his normal hourly rate (as may be adjusted periodically) and reimbursement of his reasonable and actual out-of-pocket expenses, paid by the Post-Effective Date Debtors from the Post-Effective Date Debtor Cash.  As of the date hereof, Mr. Halperin's hourly rate is $845.

| Summary report:<br>Litera Compare for Word 11.6.0.100 Document comparison done on<br>3/1/2024 4:28:10 PM ||
|---|---|
| **Style name:** 2_WC_StandardSet ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://AMERICAS_DMS/AMERICAS/126433368/1 ||
| **Modified DMS:** iw://AMERICAS_DMS/AMERICAS/126433368/2 ||
| **Changes:** ||
| Add | 3 |
| Delete | 0 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 3 |