## **EXHIBIT G**

**Identity of Litigation Trustee**

[*See* Docket No. 1016, Ex. G]