**Exhibit I**

**Schedule of Contracts Rejected Pursuant to Plan**

[*See* Docket No. 1016, Ex. I]