# Exhibit J

**Asserted Claims Schedule**

[*See* Docket No. 1016, Ex. J]