## Exhibit K-1

**Ohio Settlement Notice – Postcard Notice**

[*See* Docket No. 1016, Ex. K-1]