**Exhibit K-2**

**Ohio Settlement Notice – Publication Notice**

[*See* Docket No. 1016, Ex. K-2]