**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                           Chapter _____

                                       Case No. ____-_____ (____)

Debtor: _____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____

to represent _____

in this action.

                                      /s/ John W. Weiss_____

                                      Firm Name:                       , P.C

                                      Address:

                                      Phone:

                                      Email:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

                                      *Schuyler Carroll*_____

                                      Firm Name:

                                      Address:

                                      Phone:

                                      Email:

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: March 4th, 2024**                                   **MARY F. WALRATH**
**Wilmington, Delaware**                                 **UNITED STATES BANKRUPTCY JUDGE**