IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LORDSTOWN MOTORS CORP, *et al.*,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-10831 (MFW) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Landis Rath & Cobb LLP hereby enters its appearance in the above-captioned case as counsel for Judith Hannaway, Steven Hash, Andrew Richardson, and Mark Walsh (collectively, the "Claimants") pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

> **LANDIS RATH & COBB LLP**
> Richard S. Cobb, Esq.
> Joshua B. Brooks, Esq.
> 919 Market Street, Suite 1800
> Wilmington, Delaware 19801
> Telephone: (302) 467-4400
> Facsimile: (302) 467-4450
> Email:  cobb@lrclaw.com
>            brooks@lrclaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

{1429.001-W0074714.}

pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-captioned case and all proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the Claimants' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: March 4, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Richard S. Cobb*
Richard S. Cobb (No. 3157)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  cobb@lrclaw.com
       brooks@lrclaw.com

*Counsel to Judith Hannaway, Steven Hash, Andrew Richardson, and Mark Walsh*