## Schedule 1

**The Contracts**

AMERICAS 125945582

**Lordstown Motors Corp., *et al.*,**
**Schedule 1: Assumed Executory Contracts**

| No. | Counterparty | Contract | Counterparty Address | Debtor* | Cure Amount |
|---|---|---|---|---|---|
| 1 | American Stock Transfer & Trust Company, LLC d/b/a Equiniti Trust Company, LLC | Transfer Agency and Registrar Services Agreement dated February 27, 2019 | 6201 15th Avenue Brooklyn, NY 11219 | LMC | $0.00 |
| 2 | Complete Discovery Source, Inc. | SOW dated December 16, 2020 | 250 Park Avenue, Floor 18 New York, NY 10177 | LEVC | $15,158.09 |
| 3 | E*TRADE Financial Corporate Services, Inc. | Equity Edge Online and Employee Stock Plan Services Agreement dated October 5, 2020 | 3 Edison Drive Alpharetta, GA 30005 | LEVC | $0.00 |
| 4 | E*TRADE Financial Corporate Services, Inc. | Amendment #3 to Equity Edge Online and Employee Stock Plan Services Agreement | 3 Edison Drive Alpharetta, GA 30005 | LEVC | $0.00 |
| 5 | E*TRADE Financial Corporate Services, Inc. | Statement of Work for Stock Split Support Services | 3 Edison Drive Alpharetta, GA 30005 | LMC | $0.00 |
| 6 | FTI Consulting Technology LLC | Engagement Letter Agreement and Data Protection Addendum dated March 22, 2021 | 16701 Melford Blvd, Suite 200 Bowie, MD 20715 | LMC | $15,974.85 |
| 7 | Intrado Digital Media, LLC | Purchase order 118860 dated April 27, 2023 | 11808 Miracle Hills Drive Omaha, NE 68154 | LEVC | $0.00 |
| 8 | Intrado Digital Media, LLC | Master Agreement dated October 18, 2022 | 11808 Miracle Hills Drive Omaha, NE 68154 | LMC | $0.00 |
| 9 | Intrado Digital Media, LLC | Order Form dated October 18, 2022 | 11808 Miracle Hills Drive Omaha, NE 68154 | LMC | $0.00 |
| 10 | Kurtzman Carson Consultants LLC | KCC Agreement for Services dated May 24, 2023 | 222 N Pacific Coast Highway, 3rd Floor El Segundo, CA 90245 | LMC | $0.00 |
| 11 | Paylocity Corporation | 1400 American Lane Schaumburg, IL 60173 | Paylocity Corporation Full Bundle Subscription Term Agreement | LEVC | $0.00 |
| 12 | Paylocity Corporation | 1400 American Lane Schaumburg, IL 60173 | Paylocity Corporation Full Bundle Subscription Term Agreement | LEVS | $0.00 |
| 13 | Skynet Innovations | Enterprise Managed Services Contract | 350 E Main Street, Suite 200 Batavia, OH 45103 | LMC | $0.00 |
| 14 | TERIS-Phoenix, LLC | Statement of Work dated March 14, 2023 | 11333 N. Scottsdale Road, Suite 294 Scottsdale, AZ 85254 | LMC | $56,672.91 |
| 15 | Toppan Merrill Bridge | Proposal re: Pre-IPO Collaboration to Post-IPO Disclosure Management dated August 14, 2020 | 1501 Energy Park Drive St. Paul, MN 55108 | LEVC | $0.00 |
| 16 | Toppan Merrill LLC | Proposal re: SEC Connect dated February 25, 2021 | 1501 Energy Park Drive St Paul, MN 55108 | LMC | $0.00 |
| 17 | Vestige Digital Investigations | Service Agreement SOW dated November 6, 2020 | 23 Public Square, Suite 250 Medina, OH 44256 | LMC | $3,705.00 |
| 18 | Vestige Ltd dba Vestige Digital Investments | Purchase order 109088 dated May 19, 2021 | 23 Public Square, Suite 250 Medina, OH 44256 | LEVC | $0.00 |

* As used herein "LMC" refers to Lordstown Motors Corporation and "LEVC" refers to Lordstown EV Corporation.