**Exhibit I-2**

**Blackline of Schedule of Contracts Rejected Pursuant to Plan**

**Schedule of Rejected Contracts**

| | Counterparty or Landlord | Counterparty of Landlord Address and/or Email Address | Contract Description | Debtor | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | Adam Kroll | 1223 Fairfield Rd. Glencoe, IL 60022 | Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 2 | Alliance Advisors, LLC | 200 Broadacres Drive, 3rd Floor Bloomfield, NJ 07003 | Master Services Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 3 | Andrew W. Reyntjes | 25535 Wareham Drive Huntington Woods, MI 48070 | Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 4 | Ankura Consulting, LLC | 425 California Street, Suite 2600 San Francisco, CA 94104 | Engagement Letter | Lordstown Motors Corp. | Effective Date of Plan |
| 5 | ANSYS, Inc. | 2600 ANSYS Drive Canonsburg, PA 15317 | Purchase Order 118107 (LSTC LS-DYNA Large System Core - Lease) | Lordstown Motors Corp. | Effective Date of Plan |
| 6 | ANSYS, Inc. | 2600 ANSYS Drive Canonsburg, PA 15317 | Quotation (LSTC LS-DYNA Large System Core - Lease) | Lordstown Motors Corp. | Effective Date of Plan |
| 7 | ANSYS, Inc. | 2600 ANSYS Drive Canonsburg, PA 15317 | Software License Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 8 | AP Expert Group | 228 Park Ave S Suite 88617 New York, NY 88617 | Expert Services Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 9 | Arthur J. Gallagher Risk Management Services, Inc. | 2200 Woodcrest Pl. Ste. 250 Birmingham, AL 35209-1324 | Client Services Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 10 | AT&T Mobility LLC | 2180 Lenox Park Blvd., 10th Floor Atlanta, GA 30319 | Test Sim Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 11 | AuditBoard, Inc. | 12900 Park Plaza Dr., Suite 200 Cerritos, CA 90703 | Order From | Lordstown Motors Corp. | Effective Date of Plan |
| 12 | Baker & Hostetler LLP | Key Tower 127 Public Square, Suite 2000 Cleveland, OH 44114-1214 | Letter re: Confirmation of Engagement as Counsel | Lordstown EV Corporation | Effective Date of Plan |
| 13 | Baker & Hostetler LLP | Key Tower 127 Public Square, Suite 2000 Cleveland, OH 44114-1214 | Letter re: Confirmation of Engagement as Counsel | Lordstown Motors Corp. | Effective Date of Plan |
| 14 | Baker Hostetler | 127 Public Sq., Ste. 2000 Cleveland, OH 44114 | Statement of Work | Lordstown EV Corporation | Effective Date of Plan |
| 15 | Bodman PLC | 6th Floor at Ford Field 1901 St. Antoine Street Detroit, MI 48226 | Letter re: Engagement of Bodman PLC | Lordstown Motors Corp. | Effective Date of Plan |
| 16 | Cigna Health And Life Insurance Company | 900 Cottage Grove Road Bloomfield, CT 06002 | OAP Base Plan, OAP Enhanced Plan, HDHP Plan, Dental Base Plan & Dental Buy Up Plan Insurance Policies (00631620) | Lordstown EV Corporation | Effective Date of Plan |
| 17 | Cintas Corporation No.2 - Payer#18650915 | P.O BOX 630910 Cincinnati, OH 45262 | Purchase order 118742 dated July 31, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 18 | Comcast Business | 1701 John F Kennedy Blvd Philadelphia, PA 19103-2838 | Comcast Enterprise Services Sales Order Form | Lordstown Motors Corp. | Effective Date of Plan |
| 19 | Comcast Cable Communications Management, LLC | 1701 John F Kennedy Blvd Philadelphia, PA 19103-2838 | Comcast Business Service Order | Lordstown Motors Corp. | Effective Date of Plan |
| 20 | Corporate Dining, Inc | 1645 W Hamlin Rochester Hills, MI 48309 | Purchase order 118447 dated May 3, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 21 | Cox Communications California, LLC., Cox California Telcom, LLC | 27121 Towne Centre Dr Foothill Ranch, CA 92610 | Purchase order 118771 dated July 23, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 22 | Custodial Building Services, Inc | 30200 Telegraph #158 Bingham Farms, MI 48025 | Purchase order 118440 dated May 30, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 23 | Custodial Building Services, Inc | 30200 Telegraph #158 Bingham Farms, MI 48025 | Purchase order 118848 dated May 30, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 24 | Daniel Ninivaggi | 3575 Roland Drive Bloomfield Hills, MI 48301 | Amended and Restated Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |

| | Counterparty or Landlord | Counterparty of Landlord Address and/or Email Address | Contract Description | Debtor | Rejection Effective Date |
|---|---|---|---|---|---|
| 25 | Donna L. Bell | 30444 Cascade Court<br>Southfield, MI 48076 | Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 26 | Edward T. Hightower | 23068 Kristy Lane<br>Southfield, MI 48033 | Amended and Restated Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 27 | Elaphe Propulsion Technologies LTD. | Teslova Ulica 30<br>Ljubljana 1000 Slovenia | Facilities and Support Agreement | Lordstown EV Corporation | Effective Date of Plan |
| 28 | Foley & Lardner LLP | 90 Park Ave<br>New York, NY 10016-1314 | Engagement Letter Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 29 | Foxconn EV System LLC | 4568 Mayfield Road, Suite 204<br>Cleveland, OH 44121 | Manufacturing Supply Agreement | Lordstown EV Corporation | Effective Date of Plan |
| 30 | Foxconn EV System LLC | 4568 Mayfield Road, Suite 204<br>Cleveland, OH 44121 | Purchase order 117863 dated June 16, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 31 | Foxconn Ventures Pte. Ltd. | Attention: Jerry Hsiao<br>No. 66, Zhongshan Road<br>New Taipei City, 23680 | Investment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 32 | GAC R&D Center Detroit, LLC | 38555 Hills Tech Drive<br>Farmington Hills, MI 48331 | Landlord's Consent to Sublease | Lordstown EV Corporation | Effective Date of Plan |
| 33 | GAC R&D Center Detroit, LLC | 38555 Hills Tech Drive<br>Farmington Hills, MI 48331 | Sublease | Lordstown EV Corporation | Effective Date of Plan |
| 34 | GAC R&D Center Detroit, LLC | 38555 Hills Tech Dr.<br>Famington Hills, MI 48331 | GAC/LMC Lease Agreement modification addendum | Lordstown Motors Corp. | Effective Date of Plan |
| 35 | GAC R&D Center Detroit, LLC | 38555 Hills Tech Drive<br>Farmington Hills, MI 48331 | Lease | Lordstown Motors Corp. | Effective Date of Plan |
| 36 | GitLab Inc. | 268 Bush Street #350<br>San Francisco, CA 94104 | Professional Services Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 37 | GitLab Inc. | 268 Bush Street #350<br>San Francisco, CA 94104 | Renewal Order Form | Lordstown Motors Corp. | Effective Date of Plan |
| 38 | GitLab Inc. | 268 Bush Street #350<br>San Francisco, CA 94104 | Subscription Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 39 | Greatech Intergration (M) Sdn. Bhd. | Plot 287 (A), Lengkok Kampung Jawa Satu<br>Bayan Lepas Fiz Phase 3<br>11900 Penang, Malaysia | Airfreight Reimbursement Agreement | Lordstown EV Corporation | Effective Date of Plan |
| 40 | Greatech Intergration (M) Sdn. Bhd. | Plot 287 (A), Lengkok Kampung Jawa Satu<br>Bayan Lepas Fiz Phase 3<br>11900 Penang, Malaysia | Purchase of Equipment | Lordstown EV Corporation | Effective Date of Plan |
| 41 | Haynes and Boone, LLP | 6000 Headquarters Drive, Suite 200<br>Plano, TX 75024 | Engagement Letter re: Legal Representation | Lordstown Motors Corp. | Effective Date of Plan |
| 42 | Hewlett-Packard Financial Services Company | 200 Connell Drive Suite 5000<br>Berkeley Heights, NJ 07922 | Business Lease Agreement (Lease Number: 5542969051222479USA1) | Lordstown EV Corporation | Effective Date of Plan |
| 43 | Hewlett-Packard Financial Services Company | 200 Connell Drive<br>Berkeley Heights, NJ 07922 | Business Lease Agreement (Lease Number: 5542969051228412USA2) | Lordstown EV Corporation | Effective Date of Plan |
| 44 | Hewlett-Packard Financial Services Company | 200 Connell Drive Suite 5000<br>Berkeley Heights, NJ 07922 | Letter re: Business Lease Agreement | Lordstown EV Corporation | Effective Date of Plan |
| 45 | Infosys Limited | 2400 N Glenville Dr, C150<br>Richardson, TX 75082 | Purchase order 118888 dated July 13, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 46 | Infosys Limited | 2400 N Glenville Dr, C150<br>Richardson, TX 75082 | Purchase order 118889 dated June 27, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 47 | Infosys Limited | 2400 N Glenville Dr, C150<br>Richardson, TX 75082 | Letter of Engagement | Lordstown Motors Corp. | Effective Date of Plan |
| 48 | Jefferies LLC | 520 Madison Ave.<br>New York, NY 10022 | Engagement Letter re: Transactions | Lordstown Motors Corp. | Effective Date of Plan |

| | Counterparty or Landlord | Counterparty of Landlord Address and/or Email Address | Contract Description | Debtor | Rejection Effective Date |
|---|---|---|---|---|---|
| 49 | Jill Coniglio-Kirk | 7130 Holiday Drive<br>Bloomfield Hills, MI 48301 | Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 50 | Joseph Kallabat & Associate, P.C. | 7031 Orchard Lake Road Suite 302<br>West Bloomfield, MI 48322 | Letter re: Confirmation of Representation | Lordstown Motors Corp. | Effective Date of Plan |
| 51 | Kekst and Company, Incorporated | 437 Madison Avenue, 37th Floor<br>New York, NY 10022 | Engagement Letter re: Retained for Corporate Communications Counsel | Lordstown Motors Corp. | Effective Date of Plan |
| 52 | Luis Mayen dba Guarantee Details Cleaning dba G.D.C. | 11 E. Normandy PL<br>Santa Ana, CA 92701 | Purchase order 118520 dated July 1, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 53 | Lumma Clean LLC | 48572 Carnegie Way<br>Macomb, MI 48042 | Purchase order 119137 dated July 3, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 54 | Melissa Leonard | 1649 Four Seasons Drive<br>Akron, OH 44333 | Employment Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| 55 | Michael Port | 37435 Bunker Hill Dr<br>Solon, OH 44139 | Employment Agreement, as amended | Lordstown Motors Corp. | Effective Date of Plan |
| 56 | Nelson Mullins Riley & Scarborough LLP | 101 Constitution Ave, Suite 900<br>Washington, DC 20001 | Letter re: Terms of Engagement | Lordstown Motors Corp. | Effective Date of Plan |
| 57 | Open Text Inc. | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878 | Purchase order 106170 dated May 23, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 58 | Open Text Inc. | 9711 Washingtonian Blvd., Suite 700<br>Gaithersburg, MD 20878 | Purchase order 111548 dated May 31, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 59 | Oracle America, Inc. | 500 Oracle Parkway<br>Redwood Shores, CA 94065 | Oracle Ordering Document | Lordstown Motors Corp. | Effective Date of Plan |
| ~~60~~ | ~~Paylocity Corporation~~ | ~~1400 American Lane Schaumburg, IL 60173~~ | ~~Paylocity Corporation Full Bundle Subscription Term Agreement~~ | ~~Lordstown EV Corporation~~ | ~~Effective Date of Plan~~ |
| ~~61~~ | ~~Paylocity Corporation~~ | ~~1400 American Lane Schaumburg, IL 60173~~ | ~~Paylocity Corporation Full Bundle Subscription Term Agreement~~ | ~~Lordstown EV Sales LLC~~ | ~~Effective Date of Plan~~ |
| ~~62~~60 | Potter Anderson & Corroon LLP | 1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Engagement Letter Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| ~~63~~61 | Principal Life Insurance Company | 711 High Street<br>Des Moines, IA 50392 | Group Long Term Disability Insurance (GLT 1119738) | Lordstown EV Corporation | Effective Date of Plan |
| ~~64~~62 | Principal Life Insurance Company | 711 High Street<br>Des Moines, IA 50392 | Group Member Life Insurance (GL 1119738) | Lordstown EV Corporation | Effective Date of Plan |
| ~~65~~63 | Principal Life Insurance Company | 711 High Street<br>Des Moines, IA 50392 | Group Short Term Disability Insurance (GST 1119738) | Lordstown EV Corporation | Effective Date of Plan |
| ~~66~~64 | Principal Life Insurance Company | 711 High Street<br>Des Moines, IA 50392 | Group Vision Care Expense Insurance (GVE 1119738) | Lordstown EV Corporation | Effective Date of Plan |
| ~~67~~65 | Prospect Law LLP | 120 N LaSalle St Suite 2000<br>Chicago, IL 60602 | Letter re: Confirmation of Representation | Lordstown Motors Corp. | Effective Date of Plan |
| ~~68~~66 | Richards Layton & Finger | 920 N King Street<br>Wilmington, DE 19801 | Letter re: Engagement of Richards, Layton & Finger, P.A. | Lordstown Motors Corp. | Effective Date of Plan |
| ~~69~~67 | Robar PR | 1600 E. Grand Blvd., #300<br>Detroit, MI 48211 | Public Relations Services Agreement | Lordstown Motors Corp. | Effective Date of Plan |
| ~~70~~68 | RSM US LLP | 30 South Wacker Drive Suite 3000<br>Chicago, IL 60606 | Statement of Work Record-Report and Procedure-To-Pay Transformation | Lordstown Motors Corp. | Effective Date of Plan |
| ~~71~~69 | Shopify Inc. | 151 O'Connor Street, Ground Floor<br>Ottawa, ON K2P 2L8 | Terms of Service and Receipts | Lordstown Motors Corp. | Effective Date of Plan |
| ~~72~~70 | Silverman Consulting | One North Wacker Drive, Suite 3925<br>Chicago, IL 60606 | Letter re: Engagement | Lordstown EV Corporation | Effective Date of Plan |
| ~~73~~71 | Sonitrol Orange County, LLC | 23 Mauchly #100<br>Irvine, CA 92618 | Purchase order 119008 dated August 1,2023 | Lordstown EV Corporation | Effective Date of Plan |
| ~~74~~72 | Staples, Inc dba Staples Contract & Commercial, LLC | 500 Staples Drive<br>Framingham, MA 01702 | Purchase order 118244 dated January 1, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| ~~75~~73 | Sullivan & Cromwell LLP | 125 Broad Street<br>New York, NY 10004-2498 | Engagement Letter re: Terms of Engagement | Lordstown Motors Corp. | Effective Date of Plan |
| ~~76~~74 | TAG Resources, LLC | 6501 Deane Hill Dr<br>Knoxville, TN 37919 | Amendment(s) Cycle 3 Restatement and the Plan | Lordstown EV Corporation | Effective Date of Plan |
| ~~77~~75 | TAG Resources, LLC | 6501 Deane Hill Drive<br>Knoxville, TN 37919 | Guide to Restatement | Lordstown EV Corporation | Effective Date of Plan |

| | Counterparty or Landlord | Counterparty of Landlord Address and/or Email Address | Contract Description | Debtor | Rejection Effective Date |
|---|---|---|---|---|---|
| 78~~76~~ | Tata Consulting Services Limited | Nirmal Building<br>9th Floor<br>Nariman Point, 400021 India | Purchase order 118858 dated June 6, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 79~~77~~ | Tata Consulting Services Limited | Nirmal Building<br>9th Floor<br>Nariman Point, 400021 India | Purchase order 118953 dated June 6, 2023 | Lordstown EV Corporation | Effective Date of Plan |
| 80~~78~~ | Waqar Hasim | 10866 Linda Vista Dr.<br>Cupertino, CA 95014 | Relocation Offer Letter | Lordstown Motors Corp. | Effective Date of Plan |
| 81~~79~~ | White & Case LLP | Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131-2352 | Engagement Letter re: Restructuring of the Company | Lordstown Motors Corp. | Effective Date of Plan |
| 82~~80~~ | Willowgreen Building Group, LLC | 260 E. Brown St.<br>Ste. 280<br>Birmingham, MI 48009 | Landlord's Consent to Sublease | Lordstown EV Corporation | Effective Date of Plan |
| 83~~81~~ | Willowgreen Building Group, LLC | 260 E. Brown Street, Suite 280<br>Birmingham, MI 48009 | Lease | Lordstown EV Corporation | Effective Date of Plan |
| 84~~82~~ | Winston & Strawn LLP | 35 W. Wacker Dr<br>Chicago, IL 60601 | Engagement Letter | Lordstown Motors Corp. | Effective Date of Plan |
| 85~~83~~ | WIT Legal, LLC | 1370 Broadway 15th Floor<br>New York, NY 10018 | Expert Services Agreement | Lordstown Motors Corp. | Effective Date of Plan |