**Exhibit 1**

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| Professional | Title | Standard Rates | Hours | Standard Fees |
|---|---|---|---|---|
| Laura Marcero | Managing Director | $ 1,250 | 13.9 | $ 17,375.00 |
| Timothy Martin | Managing Director | $ 1,175 | 3.5 | $ 4,112.50 |
| Robert Loh | Senior Director | $ 975 | 40.4 | $ 39,390.00 |
| Kirstyn McGuinness | Director | $ 750 | 1.9 | $ 1,425.00 |
| Fernando Pena-Alfaro | Director | $ 750 | 1.4 | $ 1,050.00 |
| Holger Ericsson | Manager | $ 650 | 23.6 | $ 15,340.00 |
| Rommel Hernandez | Analyst | $ 450 | 8.5 | $ 3,825.00 |
| **Total Hours and Fees for Professionals** | | | 93.2 | $ 82,517.50 |
| | | | | |
| **Total Fees for Professionals** | | | | $ 82,517.50 |
| Less: 20% Holdback | | | | $ (16,503.50) |
| Total Fees for Professionals | | | | $ 66,014.00 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 2 | Claim Analysis | 6.9 | $ 6,270.00 |
| 3 | Asset Analysis and Recovery | 14.6 | 15,710.00 |
| 5 | Cash Flow Analysis/Reporting | 43.0 | 32,417.50 |
| 6 | Meetings and Communications | 8.9 | 8,695.00 |
| 7 | Disclosure Statement / Plan of Reorganization | 15.5 | 15,622.50 |
| 12 | Retention and Fee Applications | 4.3 | 3,802.50 |
| | | | |
| | **Total Hours and Fees by Matter Category** | **93.2** | **$82,517.50** |

**Average Billing Rate**      **$885.38**

Exhibit 1.C - Time Details
Financial Advisors to the Official Committee of Unsecured Creditors

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7 | Disclosure Statement / Plan of Reorganization | Fernando Pena-Alfaro | 01/02/24 | Review and comment on proposed liquidation analysis prepared in support of potential plan objection. | 1.4 | $ 750.00 | $ 1,050.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 01/02/24 | Meeting with R. Loh to review status of plan negotiations, the Debtors' waterfall projections, and claims analysis. | 0.9 | $ 1,250.00 | $ 1,125.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/02/24 | Meeting with L. Marcero to review status of plan negotiations, the Debtors' waterfall projections, and claims analysis. | 0.9 | $ 975.00 | $ 877.50 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 01/02/24 | Review proposed liquidation analysis and outline potential revisions. | 0.5 | $ 1,250.00 | $ 625.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 01/02/24 | Revise potential plan objection liquidation analysis based on comments from L. Marcero. | 2.1 | $ 975.00 | $ 2,047.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 01/02/24 | Revise potential plan objection liquidation analysis based on comments from F. Pena-Alfaro. | 2.4 | $ 975.00 | $ 2,340.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 01/02/24 | Review updated draft plan objection and compare to UCC liquidation analysis. | 2.4 | $ 975.00 | $ 2,340.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 01/03/24 | Continue to compare draft plan objection to the most recent version of the Debtors' liquidation analysis. | 1.9 | $ 975.00 | $ 1,852.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 01/03/24 | Compare draft plan objection to the most recent version of the Debtors' liquidation analysis. | 2.3 | $ 975.00 | $ 2,242.50 |
| 6 | Meetings and Communications | Robert Loh | 01/04/24 | Participate on weekly UCC update call with counsel and committee members. | 0.2 | $ 975.00 | $ 195.00 |
| 6 | Meetings and Communications | Holger Ericsson | 01/04/24 | Prepare for UCC update call and outline discussion points related to cash disbursements. | 0.8 | $ 650.00 | $ 520.00 |
| 6 | Meetings and Communications | Holger Ericsson | 01/04/24 | Participate in UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.2 | $ 650.00 | $ 130.00 |
| 2 | Claim Analysis | Holger Ericsson | 01/04/24 | Review case docket for significant filings related to claims. | 0.3 | $ 650.00 | $ 195.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 01/04/24 | Participate in UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.2 | $ 450.00 | $ 90.00 |
| 6 | Meetings and Communications | Laura Marcero | 01/04/24 | Participate on weekly UCC update call with counsel and committee members. | 0.2 | $ 1,250.00 | $ 250.00 |
| 6 | Meetings and Communications | Timothy Martin | 01/04/24 | Participate on weekly UCC update call with counsel and committee members. | 0.2 | $ 1,175.00 | $ 235.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 01/04/24 | Review revised plan objection. | 1.7 | $ 1,250.00 | $ 2,125.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 01/04/24 | Review most recent cashflow update materials. | 0.8 | $ 1,250.00 | $ 1,000.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 01/04/24 | Prepare for weekly UCC update call with counsel and committee members. | 0.6 | $ 1,175.00 | $ 705.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 01/04/24 | Comment on weekly cashflow update. | 0.6 | $ 1,250.00 | $ 750.00 |
| 6 | Meetings and Communications | Robert Loh | 01/04/24 | Prepare for weekly UCC update call with counsel and committee members. | 0.5 | $ 975.00 | $ 487.50 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/04/24 | Review and revise weekly UCC update materials. | 1.3 | $ 975.00 | $ 1,267.50 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 01/05/24 | Meeting with R. Loh to discuss liquidation issues and treatment of various claims. | 0.6 | $ 1,250.00 | $ 750.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/05/24 | Initial review of the updated cashflow results through 12/30/23. | 0.9 | $ 650.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/05/24 | Reconcile variances in the Debtors' cashflow model and outline follow ups for the Debtors' FA. | 1.6 | $ 650.00 | $ 1,040.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/05/24 | Revise updated 13 week cashflow analysis for the week ended 12/30. | 1.2 | $ 650.00 | $ 780.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/05/24 | Prepare UCC update materials covering the week ended 12/30. | 1.3 | $ 650.00 | $ 845.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 01/05/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 12/30. | 1.5 | $ 450.00 | $ 675.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/05/24 | Meeting with L. Marcero to discuss liquidation issues and treatment of various claims. | 0.6 | $ 975.00 | $ 585.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 01/05/24 | Review revised liquidation analyses. | 1.7 | $ 1,250.00 | $ 2,125.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 01/05/24 | Additional review of revised plan objection. | 1.3 | $ 1,250.00 | $ 1,625.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/05/24 | Review and comment on analysis of the Debtors' cash flow results through 12/30/23 and updated forecast. | 1.8 | $ 975.00 | $ 1,755.00 |
| 2 | Claim Analysis | Robert Loh | 01/09/24 | Review claims filings in advance of discussion with the Debtors. | 0.4 | $ 975.00 | $ 390.00 |
| 2 | Claim Analysis | Robert Loh | 01/09/24 | Participate in call with counsel (D. Kovsky-Apap) to update debtor revised waterfall with T. Martin and K. McGuinness. | 0.3 | $ 975.00 | $ 292.50 |
| 3 | Asset Analysis and Recovery | Kirstyn McGuinness | 01/09/24 | Participate in call with counsel (D. Kovsky-Apap) to update debtor revised waterfall with T. Martin, R. Loh (partial participation). | 0.3 | $ 750.00 | $ 225.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 01/09/24 | Review updated claims for government bar date deadline. | 0.4 | $ 750.00 | $ 300.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 01/09/24 | Participate in meeting with debtor (A. Kroll) and debtor advisors and Huron (R. Loh). | 0.8 | $ 750.00 | $ 600.00 |
| 2 | Claim Analysis | Kirstyn McGuinness | 01/09/24 | Prepare for meeting with debtor (A. Kroll) and debtor advisors regarding claims issues. | 0.4 | $ 750.00 | $ 300.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 01/09/24 | Review follow ups from call with the Debtors' regarding proposed waterfall. | 0.8 | $ 1,250.00 | $ 1,000.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/09/24 | Prepare summary of call with Debtors regarding the UCC's estimate waterfall and differences with the Debtors' version. | 1.3 | $ 975.00 | $ 1,267.50 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 01/09/24 | Participate in call with counsel (D. Kovsky-Apap) to update debtor revised waterfall with R. Loh and K. McGuinness. | 0.3 | $ 1,175.00 | $ 352.50 |
| 3 | Asset Analysis and Recovery | Timothy Martin | 01/09/24 | Review summary of the Debtors' waterfall proposal. | 0.4 | $ 1,175.00 | $ 470.00 |
| 2 | Claim Analysis | Robert Loh | 01/09/24 | Email correspondence with Debtors' FA regarding analysis of claims and withdrawn items. | 0.7 | $ 975.00 | $ 682.50 |
| 2 | Claim Analysis | Robert Loh | 01/09/24 | Teleconference with the Debtors regarding unsecured claims. | 0.8 | $ 975.00 | $ 780.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/10/24 | Initial review of the updated cashflow results through 01/06/24. | 1.3 | $ 650.00 | $ 845.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/10/24 | Reconcile variances in the Debtors' cashflow model and outline follow ups for the Debtors' FA. | 1.7 | $ 650.00 | $ 1,105.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/10/24 | Revise updated 13 week cashflow analysis for the week ended 01/06/24. | 0.9 | $ 650.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/10/24 | Prepare UCC update materials covering the week ended 01/06/24. | 1.3 | $ 650.00 | $ 845.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 01/10/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 01/06. | 1.5 | $ 450.00 | $ 675.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/11/24 | Review and comment on updated UCC presentation for the week ended 01/06/24. | 0.8 | $ 975.00 | $ 780.00 |
| 6 | Meetings and Communications | Robert Loh | 01/12/24 | Meeting with Counsel and Huron regarding reserve for unsecured claims. | 0.5 | $ 975.00 | $ 487.50 |
| 6 | Meetings and Communications | Laura Marcero | 01/12/24 | Meeting with Counsel and Huron regarding reserve for unsecured claims. | 0.5 | $ 1,250.00 | $ 625.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/12/24 | Prepare comparison of the updated projected waterfall (Debtors) vs. UCC estimate. | 0.9 | $ 975.00 | $ 877.50 |
| 6 | Meetings and Communications | Laura Marcero | 01/12/24 | Prepare for discussion with Counsel regarding Plan reserve issues. | 0.8 | $ 1,250.00 | $ 1,000.00 |
| 12 | Retention and Fee Applications | Holger Ericsson | 01/12/24 | Preparation of December 2023 monthly fee statement. | 1.2 | $ 650.00 | $ 780.00 |
| 6 | Meetings and Communications | Robert Loh | 01/12/24 | Prepare for discussion with Troutman regarding reserve issues. | 1.4 | $ 975.00 | $ 1,365.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/12/24 | Revise liquidation/claims analysis based on discussions with counsel. | 2.1 | $ 975.00 | $ 2,047.50 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/17/24 | Review updated weekly UCC presentation materials. | 0.4 | $ 975.00 | $ 390.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/17/24 | Initial review of the updated cashflow results through 01/13/24. | 0.8 | $ 650.00 | $ 520.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/17/24 | Revise updated 13 week cashflow analysis for the week ended 01/13/24. | 1.6 | $ 650.00 | $ 1,040.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/17/24 | Prepare UCC update materials covering the week ended 01/13/24. | 0.9 | $ 650.00 | $ 585.00 |
| 6 | Meetings and Communications | Holger Ericsson | 01/17/24 | Outline UCC presentation notes for discussion with R. Loh. | 0.7 | $ 650.00 | $ 455.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 01/17/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 01/13. | 2.0 | $ 450.00 | $ 900.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/17/24 | Review and comment on weekly UCC update materials. | 1.2 | $ 975.00 | $ 1,170.00 |
| 12 | Retention and Fee Applications | Robert Loh | 01/18/24 | Preparation of Huron's December 2023 monthly fee application. | 1.7 | $ 975.00 | $ 1,657.50 |
| 12 | Retention and Fee Applications | Robert Loh | 01/19/24 | Initial preparation of Huron's Second Interim Fee Application covering the period October - December 2023. | 0.5 | $ 975.00 | $ 487.50 |
| 12 | Retention and Fee Applications | Robert Loh | 01/22/24 | Continue preparation of Huron's Second Interim Fee Application covering the period October - December 2023. | 0.9 | $ 975.00 | $ 877.50 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/24/24 | Preliminary review of the weekly UCC update materials for the week ended 01/20/24. | 1.2 | $ 975.00 | $ 1,170.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/24/24 | Initial review of the updated cashflow results through 01/20/24. | 0.8 | $ 650.00 | $ 520.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/24/24 | Revise updated 13 week cashflow analysis for the week ended 01/20/24. | 1.3 | $ 650.00 | $ 845.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/24/24 | Prepare UCC update materials covering the week ended 01/20/24. | 1.4 | $ 650.00 | $ 910.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 01/24/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 01/20. | 1.5 | $ 450.00 | $ 675.00 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 01/24/24 | Review weekly UCC update materials. | 0.8 | $ 1,175.00 | $ 940.00 |
| 6 | Meetings and Communications | Robert Loh | 01/25/24 | Participate on weekly UCC update call with counsel and committee members. | 0.3 | $ 975.00 | $ 292.50 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/25/24 | Prepare for weekly UCC update meeting and outline talking points. | 0.7 | $ 975.00 | $ 682.50 |
| 6 | Meetings and Communications | Robert Loh | 01/25/24 | Call with Troutman in advance of weekly UCC update call to discuss cash flow results and GUC reserve issues. | 0.5 | $ 975.00 | $ 487.50 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/25/24 | Prepare for meeting with Troutman to review cashflow results and GUC reserve. | 1.3 | $ 975.00 | $ 1,267.50 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 01/25/24 | Prepare for weekly UCC call and discussions with Troutman related to GUC issues. | 1.4 | $ 1,250.00 | $ 1,750.00 |
| 6 | Meetings and Communications | Laura Marcero | 01/25/24 | Participate on weekly UCC update call with counsel and committee members. | 0.3 | $ 1,250.00 | $ 375.00 |
| 6 | Meetings and Communications | Laura Marcero | 01/25/24 | Call with Troutman in advance of weekly UCC update call to discuss cash flow results and GUC reserve issues. | 0.5 | $ 1,250.00 | $ 625.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 01/25/24 | Participate in UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.3 | $ 450.00 | $ 135.00 |
| 6 | Meetings and Communications | Timothy Martin | 01/25/24 | Call with Troutman in advance of weekly UCC update call to discuss cash flow results and GUC reserve issues. | 0.5 | $ 1,175.00 | $ 587.50 |
| 6 | Meetings and Communications | Timothy Martin | 01/25/24 | Participate on weekly UCC update call with counsel and committee members. | 0.3 | $ 1,175.00 | $ 352.50 |
| 5 | Cash Flow Analysis/Reporting | Timothy Martin | 01/25/24 | Review weekly update materials in advance of call with counsel. | 0.4 | $ 1,175.00 | $ 470.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/26/24 | Revise liquidation/claims analysis based on discussions with counsel. | 2.1 | $ 975.00 | $ 2,047.50 |
| 2 | Claim Analysis | Robert Loh | 01/29/24 | Email correspondence with Debtors regarding unsecured claims matrix. | 0.3 | $ 975.00 | $ 292.50 |
| 2 | Claim Analysis | Robert Loh | 01/30/24 | Preliminary review of the Debtors' claims action classification analysis. | 1.1 | $ 975.00 | $ 1,072.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/30/24 | Initial review of the updated cashflow results through 01/27/24. | 0.9 | $ 650.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 01/31/24 | Review and revise weekly UCC update materials for the period ended 01/27/24. | 0.6 | $ 975.00 | $ 585.00 |
| 2 | Claim Analysis | Robert Loh | 01/31/24 | Prepare analysis of claims follow up items for review by the Debtors' FA. | 1.4 | $ 975.00 | $ 1,365.00 |
| 3 | Asset Analysis and Recovery | Robert Loh | 01/31/24 | Meeting with L. Marcero to review recent financial results and plan negotiation status. | 0.6 | $ 975.00 | $ 585.00 |
| 3 | Asset Analysis and Recovery | Laura Marcero | 01/31/24 | Meeting with R. Loh to review recent financial results and plan negotiation status. | 0.6 | $ 1,250.00 | $ 750.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 01/31/24 | Review weekly UCC update materials. | 0.7 | $ 1,250.00 | $ 875.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/31/24 | Revise updated 13 week cashflow analysis for the week ended 01/27/24. | 1.8 | $ 650.00 | $ 1,170.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 01/31/24 | Prepare UCC update materials covering the week ended 01/27/24. | 0.7 | $ 650.00 | $ 455.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 01/31/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 01/27. | 1.5 | $ 450.00 | $ 675.00 |
| | | | | **TOTAL** | **93.2** | | **$ 82,517.50** |

**EXHIBIT 1.D - MONTHLY EXPENSE DETAIL**
**FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| EXPENSE DESCRIPTION | VENDOR/PROVIDER | AMOUNT |
|---|---|---|
| Electronic Docket Searches, Document Retrieval | PACER Service Center | $ 37.80 |
| | Total: | $ **37.80** |