## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned counsel to the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby certifies that they have consulted with the Court regarding scheduling an omnibus hearing date for the Chapter 11 Cases and has been informed that the following date and time is available for an omnibus hearing in the Chapter 11 Cases:

**June 11, 2024 at 10:30 a.m. (Eastern Time)**

WHEREFORE, the Debtors respectfully request that, pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Court enter the proposed omnibus hearing date scheduling order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Dated: March 6, 2024
Wilmington, Delaware

Respectfully submitted,

| /s/ Morgan L. Patterson | WHITE & CASE LLP |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP** | Thomas E Lauria (admitted *pro hac vice*) |
| Donald J. Detweiler (DE Bar No. 3087) | Matthew C. Brown (admitted *pro hac vice*) |
| Morgan L. Patterson (DE Bar No. 5388) | Fan B. He (admitted *pro hac vice*) |
| 1313 North Market Street, Suite 1200 | 200 South Biscayne Boulevard, Suite 4900 |
| Wilmington, Delaware 19801 | Miami, FL 33131 |
| Telephone: (302) 252-4320 | Telephone: (305) 371-2700 |
| Facsimile:  (302) 252-4330 | tlauria@whitecase.com |
| don.detweiler@wbd-us.com | mbrown@whitecase.com |
| morgan.patterson@wbd-us.com | fhe@whitecase.com |
| | |
| *Counsel to the Debtors and Debtors in Possession* | David M. Turetsky (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 819-8200 |
| | david.turetsky@whitecase.com |
| | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 South Wacker Drive, Suite 5100 |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | Roberto Kampfner (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | RJ Szuba (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 620-7700 |
| | rkampfner@whitecase.com |
| | doah.kim@whitecase.com |
| | rj.szuba@whitecase.com |
| | |
| | *Counsel to Debtors and Debtors in Possession* |

**<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The following date and time has been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| <u>Date & Time</u> | <u>Location</u> |
|---|---|
| June 11, 2024 at 10:30 a.m.   (ET) | U.S. Bankruptcy Court for the<br>District of Delaware,<br>824 North Market Street,<br>5th Floor, Courtroom 4,<br>Wilmington, Delaware 19801 |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.