# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 977** |

### CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM FEE APPLICATION OF HURON CONSULTING GROUP INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2023 THROUGH DECEMBER 31, 2023

On February 14, 2024, the undersigned counsel filed on behalf of Huron Consulting Services LLC ("Huron") the *Second Interim Fee Application of Huron Consulting Group Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 Through December 31, 2023* [Docket No. 977] (the "Application"). The notice attached to the Application established a deadline of March 5, 2024, at 4:00 p.m. (Eastern Time) for filing and serving objections or responses to the Application.

The undersigned hereby certifies that she has received no formal or informal objection or response to the Application. The undersigned further certifies that she has reviewed the docket in these cases and that no objection or response to the Application appears thereon.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

WHEREFORE, the undersigned respectfully requests that the Application be approved.

Dated: March 7, 2024  
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Tori L. Remington*  
David M. Fournier (DE 2812)  
Tori L. Remington (DE No. 6901)  
Hercules Plaza, Suite 5100  
1313 N. Market Street, Suite 5100  
Wilmington, DE 19801  
Telephone: (302) 777-6500  
Email:  david.fournier@troutman.com  
            tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)  
3000 Two Logan Square  
18th & Arch Streets  
Philadelphia, PA 19103-2799  
Telephone: (215) 981-4451  
Fax: (215) 981-4750  
Email: francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)  
875 Third Avenue  
New York, NY 10022  
Telephone: (212) 808-2726  
Fax: (212) 704-6288  
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)  
4000 Town Center, Suite 1800  
Southfield, MI 48075  
Telephone: (248) 359-7317  
Fax: (248) 359-7700  
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*