IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LORDSTOWN MOTORS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 975** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND INTERIM APPLICATION OF TROUTMAN PEPPER HAMILTON SANDERS LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD FROM OCTOBER 1, 2023, THROUGH AND INCLUDING DECEMBER 31, 2023**

The undersigned hereby certifies that she has received no formal or informal objection or response to the *Second Interim Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from October 1, 2023, Through and Including December 31, 2023* [Docket No. 975] (the "Application"), filed by Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper") on February 14, 2024. The notice attached to the Application established a deadline of March 5, 2024, at 4:00 p.m. (Eastern Time) for filing and service of objections or responses to the Application.

The undersigned further certifies that she has reviewed the docket in these cases and that no objection or response to the Application appears thereon.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

WHEREFORE, the undersigned respectfully requests that the Application be approved.

Dated: March 7, 2024  
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

<u>/s/ *Tori L. Remington*</u>
David M. Fournier (DE 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email: david.fournier@troutman.com
      tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email: francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*