IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 979** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies as follows:

On February 14, 2023, M3 Advisory Partners, LP ("M3 Partners"), Financial Advisor to the Official Committee of Equity Security Holders (the "Equity Committee"), appointed in the above-referenced bankruptcy cases, filed the *Fourth Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period From December 1, 2023 Through December 31, 2023* (the "Application") [Docket No. 979].

The deadline to object to the Application was March 5, 2024 at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181], no further order is required, and M3 Partners is entitled to receive 80% of its fees ($69,661.60) and 100% of its expenses ($176.95).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16582085/1

| | |
|---|---|
| Dated: March 7, 2024 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>E-mail: bkeilson@morrisjames.com<br><br>*Counsel to the Official Committee of Equity Security Holders* |