**Exhibit A**

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| LORDSTOWN MOTORS CORP., *et. al.*,[1] | ) | Case No. 23-10831-MFW |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 990** |

**ORDER GRANTING MOTION OF THE U.S. SECURITIES AND
EXCHANGE COMMISSION FOR ORDER FURTHER EXTENDING TIME
TO TAKE ACTION TO DETERMINE THE DISCHARGEABILITY OF A
DEBT TO A GOVERNMENTAL UNIT PURSUANT TO 11 U.S.C. § 1141(d)(6)**

Upon the motion (Dkt. No. 990, the "**Motion**")[2] of the U.S. Securities and Exchange Commission (the "**Commission**") for entry of an Order, pursuant to Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, to extend the time for the Commission to take action, to the extent necessary, to determine the dischargeability of a debt to a governmental unit pursuant to 11 U.S.C. §1141(d)(6), and due and proper notice of the Motion having been given, and after due deliberation and sufficient cause appearing therefor, it is **ORDERED, ADJUDGED AND DECREED:**

1. The Motion is GRANTED as set forth herein.

2. To the extent an action under Section 1141(d)(6) of the Bankruptcy Code is governed by Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, the deadline for the Commission to file a complaint or take any other action that may be required, if any, to

---

[1] The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Except as otherwise defined in this Order, capitalized terms shall have the meanings ascribed to such terms in the Motion.

determine the dischargeability of a debt pursuant to Section 1141(d)(6) of the Bankruptcy Code is extended to the earlier of March 18, 2024 or the Effective Date[3] of the Plan, without prejudice to the Commission's right to seek further extensions, and without prejudice to the rights of other parties in interest to oppose any such extensions.

3. Notwithstanding anything to the contrary in this Order, upon and following the occurrence of the Effective Date of the Plan, the Commission agrees that it shall not file a complaint or take any other action to determine the dischargeability of a debt with respect to the Debtors pursuant to section 1141(d)(6) of the Bankruptcy Code.

4. Nothing in this Order constitutes a determination that any deadline exists for the Commission to seek a determination of nondischargeability under Section 1141(d)(6) of the Bankruptcy Code.

5. The Court retains jurisdiction to interpret and enforce the terms of this Order.

---

[3] "**Effective Date**" means the Effective Date as such term is defined in the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors [Docket No. 1066] (the "**Plan**").