# Exhibit 1

## Schedule of Professional Compensation

**Professional Compensation for the period from
October 1, 2023, through and including December 31, 2023**

| APPLICANT | Compensation Period (Interim Period) | Fees Requested | Expenses Requested | Agreed Reductions (Fees) | Agreed Reductions (Expenses) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **KPMG LLP** (Audit Services Provider to the Debtors) [Docket No. 961] | 10/1/23 – 12/31/23 | $87,815.20 | $0.00 | $0.00 | $0.00 | $87,815.20 | $0.00 |
| **Silverman Consulting** (Restructuring Advisors to the Debtors) [Docket No. 974] | 10/1/23 – 12/31/23 | $590,997.00 | $29,630.69 | $0.00 | $0.00 | $590,997.00 | $29,630.69 |
| **Womble Bond Dickinson (US) LLP** (Co-Counsel to the Debtors) [Docket No. 976] | 10/1/23 – 12/31/23 | $238,424.50 | $76.30 | $0.00 | $0.00 | $238,424.50 | $76.30 |
| **Huron Consulting Group., Inc.** (Financial Advisor to the Official Committee of Unsecured Creditors) [Docket No. 977] | 10/1/23- 12/31/23 | $404,725.00 | $67.20 | $0.00 | $0.00 | $404,725.00 | $67.20 |
| **Brown Rudnick LLP** (Counsel to the Official Committee of Equity Security Holders) [Docket No. 981] | 9/7/23 – 12/31/23 | $1,906,541.00[1] | $15,858.79 | $0.00 | $0.00 | $1,906,541.00 | $15,858.79 |

---

[1] Reflects Brown Rudnick's voluntary reduction of $1,531.00 from the *First Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al., for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period from September 7, 2023 through September 30, 2023*. See Docket No. 749.

| APPLICANT | Compensation Period (Interim Period) | Fees Requested | Expenses Requested | Agreed Reductions (Fees) | Agreed Reductions (Expenses) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Morris James LLP** (Delaware Counsel to the Official Committee of Equity Security Holders) [Docket No. 982] | 9/7/23 – 12/31/23 | $271,950.50 | $4,454.51 | $0.00 | $0.00 | $271,950.50 | $4,454.51 |
| **Kurtzman Carson Consultants** (Administrative Advisor to the Debtors) [Docket No. 983] | 10/1/23 – 12/31/23 | $31,384.14 | $0.00 | $0.00 | $0.00 | $31,384.14 | $0.00 |
| **M3 Advisory Partners, L.P.** (Financial Advisor to the Official Committee of Equity Security Holders) [Docket No. 984] | 9/7/23- 12/31/23 | $775,833.50 | $8,705.24 | $0.00 | $0.00 | $775,833.50 | $8,705.24 |
| **Baker & Hostetler** (Special Litigation Counsel to the Debtors) [Docket No. 985] | 10/1/23 – 12/31/23 | $264,801.65 | $3,018.81 | $0.00 | $0.00 | $264,801.65 | $3,018.81 |
| **Jefferies LLC** (Investment Banker to the Debtors) [Docket No. 986] | 10/1/23 – 12/31/23 | $2,200,000.00 | $22,686.07 | $0.00 | $0.00 | $2,200,000.00 | $22,686.07 |
| **White & Case LLP** (Counsel to the Debtors) [Docket No. 987] | 10/1/23 – 12/31/23 | $3,336,354.00 | $8,408.06 | $0.00 | $0.00 | $3,336,354.00 | $8,408.06 |
| **TOTALS** | | **$8,114,470.29** | **$92,905.67** | **$0.00** | **$0.00** | **$8,114,470.29** | **$92,905.67** |