## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lordstown Motors Corp, *et al*.,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MARCH 14, 2024 AT 3:00 P.M. (ET)**

**AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELLED, WITH PERMISSION FROM THE COURT.**

**I.    CONTINUED MATTER**:

1.  Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims [Docket No. 687 – filed November 10, 2023]

    Response/Objection Deadline:    November 27, 2023 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from Meta Systems

    B.  Objection of Fiberdyne Research Pty Ltd to Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims [Docket No. 778 – filed December 4, 2023]

    Related Documents:

    i.  Notice of Submission of Proofs of Claim in Connection with Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims [Docket No. 741 – filed November 27, 2023]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

  ii. Certification of Counsel Regarding Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims [Docket No. 771 – filed December 5, 2023]

  iii. Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to Certain (I) Duplicate Claims, (II) Insufficient Documentation Claims, (III) Incorrect Debtor Claims and (IV) Late-Filed Claims [Docket No. 772 – entered December 5, 2023]

 Status: On December 5, 2023, the Court entered an order resolving this matter for the claimants other than Fiberdyne. A status conference regarding the Fiberdyne claim has been continued to a hearing on a date and time to be determined.

## II. RESOLVED MATTER:

2. Motion of the U.S. Securities and Exchange Commission for Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. § 1141(d)(6) [Docket No. 990 – filed February 15, 20242]

 Response/Objection Deadline:  March 7, 2024 at 4:00 p.m. (ET)

 Responses/Objections Received:

 Related Documents:

  i. Certification of Counsel Regarding Motion of the U.S. Securities and Exchange Commission for Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. § 1141(d)(6) [Docket No. 1083 – filed March 8, 2024]

  ii. Order Granting Motion of the U.S. Securities and Exchange Commission for Order Further Extending Time to Take Action, to the Extent Necessary, to Determine the Dischargeability of a Debt to a Governmental Unit Pursuant to 11 U.S.C. § 1141(d)(6) [Docket No. 1086 – filed March 11, 2024]

 Status: On March 11, 2024 the Court entered an order resolving this matter. Accordingly, a hearing on this matter is no longer necessary.

## III. INTERIM FEE APPLICATIONS:

3. Second Interim Fee Applications

      Responses/Objections:      March 5, 2024 and March 7, 2024 at 4:00 p.m. (ET)

      Related Documents:

i.     See Exhibit A

ii.     Certification of Counsel With Respect to Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1087 – filed March 11, 2024]

iii.     Certification of Counsel Regarding Order Approving Second Interim Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from October 1, 2023, Through and Including December 31, 2023 [Docket No. 1088 – filed March 11, 2024]

iv.     Certification of Counsel Regarding Order Approving Second Interim Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors, for the Period from October 1, 2023, Through and Including December 31, 2023 [Docket No. 1088 – filed March 11, 2024]

v.     Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1090 – entered March 12, 2024]

vi.     Order Approving Second Interim Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through and Including December 31, 2023 [Docket No. 1091 – entered March 12, 2024]

      Status: On March 12, 2024, an order was entered resolving the Interim Fee Applications of the professionals. Accordingly, a hearing on this matter is no longer necessary.

Dated: March 12, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Morgan L. Patterson*<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* | **WHITE & CASE LLP**<br>Thomas E Lauria (admitted *pro hac vice*)<br>Matthew C. Brown (admitted *pro hac vice*)<br>Fan B. He (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone: (305) 371-2700<br>tlauria@whitecase.com<br>mbrown@whitecase.com<br>fhe@whitecase.com<br><br>David M. Turetsky (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>david.turetsky@whitecase.com<br><br>Jason N. Zakia (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>jzakia@whitecase.com<br><br>Roberto Kampfner (admitted *pro hac vice*)<br>Doah Kim (admitted *pro hac vice*)<br>RJ Szuba (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>rkampfner@whitecase.com<br>doah.kim@whitecase.com<br>rj.szuba@whitecase.com<br><br>*Counsel to Debtors and*<br>*Debtors in Possession* |

# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## INDEX FOR SECOND INTERIM FEE APPLICATIONS TO BE CONSIDERED AT THE MARCH 14, 2024 AT 3:00 P.M. (ET) OMNIBUS HEARING

1. Second Interim Fee Application Request of KPMG LLP for the Period from October 1, 2023 to and Including December 31, 2023 [Docket No. 961 – filed February 9, 2024]

    Objection Deadline:    February 29, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received: None.

    Related Documents:

    A.  Third Combined Monthly Application of KPMG LLP Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2023 Through November 30, 2023 [Docket No. 849 – filed December 20, 2023]

    B.  Certificate of No Objection Regarding Third Combined Monthly Application of KPMG LLP Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2023 Through November 30, 2023 [Docket No. 903 – filed January 10, 2024]

    C.  Fourth Monthly Application of KPMG LLP Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period December 1, 2023 Through December 31, 2023 [Docket No. 929 – filed January 22, 2024]

    D.  Certificate of No Objection Regarding Fourth Monthly Application of KPMG LLP Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

        December 1, 2023 Through December 31, 2023 [Docket No. 973 – filed February 13, 2024]

2. Second Interim Application of Silverman Consulting for Allowance of Compensation and Reimbursement od Expenses for the Period October 1, 2023 to December 31, 2023 [Docket No. 974 – filed February 14, 2024]

    Objection Deadline:   March 7, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received: None.

    Related Documents:

    A.    Fourth Monthly Application of Silverman Consulting for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 to and Including October 31, 2023 [Docket No. 719 – filed November 20, 2023]

    B.    Certificate of No Objection Regarding Fourth Monthly Application of Silverman Consulting for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 to and Including October 31, 2023 [Docket No. 809 – filed December 12, 2023]

    C.    Fifth Monthly Application of Silverman Consulting for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 to and Including November 30, 2023 [Docket No. 853 – filed December 21, 2023]

    D.    Certificate of No Objection Regarding Fifth Monthly Application of Silverman Consulting for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 to and Including November 30, 2023 [Docket No. 906 – filed January 11, 2024]

    E.    Sixth Monthly Application of Silverman Consulting for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 to and Including December 31, 2023 [Docket No. 927 – filed January 22, 2024]

    F.    Certificate of No Objection Regarding Sixth Monthly Application of Silverman Consulting for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 to and Including December 31, 2023 [Docket No. 973 – filed February 13, 2024]

3.     Second Interim Application of Troutman Pepper Hamilton Sanders LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2023 to December 31, 2023 [Docket No. 975 – filed February 14, 2024]

    <u>Objection Deadline</u>:    March 5, 2024 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>: None.

    <u>Related Documents</u>:

    A.    Fourth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through and Including October 31, 2023 [Docket No 733 – filed November 22, 2023]

    B.    Certificate of No Objection Regarding Fourth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 Through and Including October 31, 2023 [Docket No 816 – filed December 13, 2023]

    C.    Fifth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through and Including November 30, 2023 [Docket No 869 – filed December 26, 2023]

    D.    Certificate of No Objection Regarding Fifth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through and Including November 30, 2023 [Docket No 915 – filed January 18, 2024]

    E.    Sixth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 Through and Including December 31, 2023 [Docket No 937 – filed January 30, 2024]

    F.    Certificate of No Objection Regarding Sixth Monthly Application of Troutman Pepper Hamilton Sanders LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period from December 1, 2023 Through and Including December 31, 2023 [Docket No. 1002 – filed February 21, 2024]

4. First Interim Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period from October 6, 2023 Through December 31, 2023 [Docket No. 976 – filed February 14, 2024]

   Objection Deadline:    March 7, 2024 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

   Related Documents:

   A. First Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period October 6, 2023 Through October 31, 2023 [Docket No. 735 – filed November 22, 2023]

   B. Certificate of No Objection Regarding First Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period October 6, 2023 Through October 31, 2023 [Docket No. 813 – filed December 13, 2023]

   C. Second Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period November 1, 2023 Through November 30, 2023 [Docket No. 949 – filed February 5, 2024]

   D. Certificate of No Objection Second Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period November 1, 2023 Through November 30, 2023 [Docket No. 1019 - filed February 29, 2024]

   E. Third Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period December 1, 2023 Through December 31, 2023 [Docket No. 956 – filed February 7, 2024]

   F. Certificate of No Objection Regarding Third Monthly Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Debtors and Debtors in Possession for the Period December 1, 2023 Through December 31, 2023 [Docket No. 1020 - filed February 28, 2024]

5. Second Interim Fee Application of Huron Consulting Group., Inc., Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 to December 31, 2023 [Docket No. 977 – filed February 14, 2024]

   Objection Deadline:   March 5, 2024 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

   Related Documents:

   A.   Third Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 734 – filed November 22, 2023]

   B.   Certificate of No Objection Regarding Third Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 817 – filed December 13, 2023]

   C.   Fourth Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from November 1, 2023 Through November 30, 2023 [Docket No. 857 – filed December 21, 2023]

   D.   Certificate of No Objection Regarding Fourth Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from November 1, 2023 Through November 30, 2023 [Docket No. 916 – filed January 18, 2024]

   E.   Fifth Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from December 1, 2023 Through December 31, 2023 [Docket No. 936 – filed January 30, 2024]

   F.   Certificate of No Objection Regarding Fifth Monthly Staffing and Compensation Report of Huron Consulting Services LLC for the Period from December 1, 2023 Through December 31, 2023 [Docket No. 1001 – filed February 21, 2024]

6. First Interim Application for Allowance of Fees and Reimbursement of Expenses as Brown Rudnick LLP, as Counsel to the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.*, for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 7, 2023 Through and Including December 31, 2023 [Docket No. 981 – filed February 14, 2024]

   Objection Deadline:   March 5, 2024 at 4:00 p.m. (ET)

   Objections/Responses Received: None.

Related Documents:

A.  First Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, September 7, 2023, Through September 30, 2023 [Docket No. 669 – filed November 6, 2023]

B.  Certificate of No Objection Regarding First Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, September 7, 2023, Through September 30, 2023 [Docket No. 749 – filed November 28, 2023]

C.  Second Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, October 1, 2023, Through October 31, 2023 [Docket No. 786 – filed December 6, 2023]

D.  Certificate of No Objection Regarding Second Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, October 1, 2023, Through October 31, 2023 [Docket No. 872 – filed December 27, 2023]

E.  Third Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, November 1, 2023, Through November 30, 2023 [Docket No. 863 – filed December 22, 2023]

F.  Certificate of No Objection Regarding Third Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, November 1, 2023, Through November 30, 2023 [Docket No. 910 – filed January 12, 2024]

G.  Fourth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for Reimbursement Incurred for the Period, December 1, 2023, Through December 31, 2023 [Docket No. 943 – filed February 1, 2024]

H.  Certificate of No Objection Regarding Fourth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., *et al.,* for Allowance of Interim Compensation and for

       Reimbursement Incurred for the Period, December 1, 2023, Through December 31, 2023 [Docket No. 1004 – filed February 22, 2024]

7.    First Interim Application of Morris James LLP as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 Through December 31, 2023 [Docket No. 982 – filed February 14, 2024]

       <u>Objection Deadline</u>:   March 5, 2024 at 4:00 p.m. (ET)

       <u>Objections/Responses Received</u>: None.

       <u>Related Documents</u>

      A.   First Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 Through September 30, 2023 [Docket No. 670 – filed November 6, 2023]

      B.   Certificate of No Objection Regarding First Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 Through September 30, 2023 [Docket No. 751 – filed November 28, 2023]

      C.   Second Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 792 – filed December 7, 2023]

      D.   Certificate of No Objection Regarding Second Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 876 – filed December 28, 2023]

      E.   Third Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023 [Docket No. 864 – filed December 22, 2023]

      F.   Certificate of No Objection Regarding Third Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 31, 2023 [Docket No. 911 – filed January 12, 2024]

G. Fourth Monthly Application of Morris James LLP, as Delaware Counsel to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 Through December 31, 2023 [Docket No. 980 – filed February 14, 2024]

8. Second Interim Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period October 1, 2023 to December 31, 2023 [Docket No. 983 – filed December 14, 2023]

Objection Deadline:    March 7, 2024 at 4:00 p.m. (ET)

Objections/Responses Received: None.

Related Documents:

A. Fourth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from October 1, 2023 Through and Including October 31, 2023 [Docket No. 765 – filed December 1, 2023]

B. Certificate of No Objection Regarding Fourth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from October 1, 2023 Through and Including October 31, 2023 [Docket No. 862 – filed December 22, 2023]

C. Fifth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from November 1, 2023 Through and Including November 30, 2023 [Docket No. 893 – filed January 9, 2024]

D. Certificate of No Objection Regarding Fifth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from November 1, 2023 Through and Including November 30, 2023 [Docket No. 938 – filed January 30, 2024]

E. Sixth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from December 1, 2023 Through and Including December 31, 2023 [Docket No. 940 – filed January 31, 2024]

F. Certificate of No Objection Regarding Sixth Monthly Fee Application of Kurtzman Carson Consultants LLC, as Administrative Advisor to the Debtors, for the Period from December 1, 2023 Through and Including December 31, 2023 [Docket No. 999 – filed February 21, 2024]

9.     First Interim Application of M3 Advisory Partners, L.P. as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 Through December 31, 2023 [Docket No. 984 – filed February 14, 2024]

    Objection Deadline:    March 5, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received: None.

    Related Documents:

    A.    First Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 Through September 30, 2023 [Docket No. 686 – filed November 10, 2023]

    B.    Certificate of No Objection Regarding First Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2023 Through September 30, 2023 [Docket No. 764 – filed December 1, 2023]

    C.    Second Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 787 – filed December 6, 2023]

    D.    Certificate of No Objection Regarding Second Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Docket No. 873 – filed December 27, 2023]

    E.    Third Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023 [Docket No. 978 – filed February 14, 2024]

    F.    Certificate of No Objection Regarding Third Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023 [Docket No. 1077 - filed March 7, 2024]

    G.    Fourth Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1,

      2023 Through December 31, 2023 [Docket No. 979 – filed February 14, 2024]

    H.    Certificate of No Objection Regarding Fourth Monthly Application of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Equity Security Holders, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 Through December 31, 2023 [Docket No. 1078 – filed March 7, 2024]

10.    Second Interim Application of Baker & Hostetler LLP for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 to December 31, 2023 [Docket No. 985 – filed February 14, 2024]

    Objection Deadline:   March 7, 2024 at 4:00 p.m. (ET)

    Objections/Responses Received: None.

    Related Documents:

    A.    Fourth Monthly Fee Application of Baker & Hostetler LLP, as Special Litigation and Corporate Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 Through October 31, 2023 [Docket No. 836 – filed December 18, 2023]

    B.    Certificate of No Objection Regarding Fourth Monthly Fee Application of Baker & Hostetler LLP, as Special Litigation and Corporate Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 Through October 31, 2023 [Docket No. 896 – filed January 9, 2024]

    C.    Fifth Monthly Fee Application of Baker & Hostetler LLP, as Special Litigation and Corporate Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2023 Through November 30, 2023 [Docket No. 928 – filed January 22, 2024]

    D.    Certificate of No Objection Regarding Fifth Monthly Fee Application of Baker & Hostetler LLP, as Special Litigation and Corporate Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2023 Through November 30, 2023 [Docket No. 971 – filed February 13, 2024]

    E.    Sixth Monthly Fee Application of Baker & Hostetler LLP, as Special Litigation and Corporate Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2023 Through December 31, 2023 [Docket No. 970 – filed February 13, 2024]

    F.    Certificate of No Objection Regarding Sixth Monthly Fee Application of Baker & Hostetler LLP, as Special Litigation and Corporate Counsel for the Debtors, for

        Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2023 Through December 31, 2023 [Docket No. 1080 – filed March 7, 2024]

11.    Second Interim Application of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2023 to December 31, 2023 [Docket No. 986 – filed February 14, 2024]

        Objection Deadline:    March 7, 2024 at 4:00 p.m. (ET)

        Objections/Responses Received: None.

        Related Documents:

        A.    Second Monthly Application of Jefferies LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from October 1, 2023 to and Including October 31, 2023 [Docket No. 880 – filed January 2, 2024]

        B.    Certificate of No Objection Regarding Second Monthly Application of Jefferies LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from October 1, 2023 to and Including October 31, 2023 [Docket No. 932 – filed January 24, 2024]

12.    Second Interim Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 to and Including December 31, 2023 [Docket No. 987 – filed February 14, 2024]

        Objection Deadline:    March 7, 2024 at 4:00 p.m. (ET)

        Objections/Responses Received: None.

        Related Documents:

        A.    Fourth Monthly Application of White & Case for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 to and Including October 31, 2023 [Docket No. 762 – filed November 30, 2023]

        B.    Certification of No Objection Regarding Fourth Monthly Application of White & Case for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 to and Including October 31, 2023 [Docket No. 856 – filed December 21, 2023]

        C.    Fifth Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 to and

|   |   |
|---|---|
|   | Including November 30, 2023 [Docket No. 912 – filed January 12, 2024] |
| D. | Certificate of No Objection Regarding Fifth Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 to and Including November 30, 2023 [Docket No. 944 – filed February 2, 2024] |
| E. | Sixth Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 to and Including December 31, 2023 [Docket No. 967 – filed February 13, 2024] |
| F. | Certificate of No Objection Regarding Sixth Monthly Application of White & Case LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2023 to and Including December 31, 2023 [Docket No. 1070 – filed March 6, 2024] |