**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 6, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order (I) Confirming Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1069]

Furthermore, on March 7, 2024, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit E**; and via First Class Mail upon the service list attached hereto as **Exhibit F**:

- **Order (I) Confirming Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1069]

Dated: March 13, 2024

/s/ Esmeralda Aguayo
Esmeralda Aguayo
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | daniel.guyder@allenovery.com; bradley.pensyl@allenovery.com; chris.newcomb@allenovery.com; justin.ormand@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com; robin.spigel@allenovery.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen & Overy LLP | Noah Brumfield, Patrick Pearsall, Michael Modesto Gale | noah.brumfield@allenovery.com; patrick.pearsall@allenovery.com; michael.modestogale@allenovery.com |
| Counsel to Applied Medical Resources Corp. | Austria Legal, LLC | Matthew P. Austria | maustria@austriallc.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to Edward Hightower and Adam Kroll | Benesch Friedlander Coplan & Aronoff LLP | Jennifer R. Hoover, Steven L. Walsh | jhoover@Beneschlaw.com; swalsh@Beneschlaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Gregory V. Varallo, Glenn R. McGillivray, Daniel Meyer | greg.varallo@blbglaw.com; glenn.mcgillivray@blbglaw.com; daniel.meyer@blbglaw.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Bernstein Litowitz Berger & Grossmann LLP | Jeroen van Kwawegen, Thomas G. James, Margaret Sanborn-Lowing | jeroen@blbglaw.com; Thomas.James@blbglaw.com; Margaret.Lowing@blbglaw.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Matthew A. Sawyer, Sharon I. Dwoskin, Tristan G. Axelrod | msawyer@brownrudnick.com; sdwoskin@brownrudnick.com; taxelrod@brownrudnick.com |
| Counsel to the Official Committee of Equity Security Holders | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg, Michael S. Winograd | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; mwinograd@brownrudnick.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Cigna Health and Life Insurance Company | Connolly Gallagher LLP | Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | summitcompliance@crestlineinc.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Amish R. Doshi, Esq. | amish@doshilegal.com |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | A.J. Webb, Esq | awebb@fbtlaw.com |
| Counsel to Akebono Brake Corporation | Frost Brown Todd LLP | Edward M. King | tking@fbtlaw.com |
| Counsel to Marelli North America, Inc. | Frost Brown Todd LLP | Patricia K. Burgess | pburgess@fbtlaw.com |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Co-Counsel to Edward Hightower and Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Judith Hannaway, Steven Hash, Andrew Richardson, and Mark Walsh | Landis Rath & Cobb LLP | Richard S. Cobb, Joshua B. Brooks | cobb@lrclaw.com; brooks@lrclaw.com |
| Counsel to Auto Motive Power, Inc. (d/b/a AMP) | Loeb & Loeb LLP | Schuyler G. Carroll, Noah Weingarten | scarroll@loeb.com; nweingarten@loeb.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | rwinning@m3-partners.com |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to Michigan Department of Treasury | Michigan Department of Treasury | Heather L. Donald, Assistant Attorney General | donaldh@michigan.gov |
| Counsel to GAC R&D Center Silicon Valley, Inc. | Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Counsel to the Official Committee of Equity Security Holders | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo, Donna L. Culver | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com; dculver@morrisnichols.com |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | trish.lazich@ohioattorneygeneral.gov |
| Counsel to Auto Motive Power, Inc. (d/b/a AMP) | Pashman Stein Walder Hayden, P.C. | John W. Weiss | jweiss@pashmanstein.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pashman Stein Walder Hayden, P.C. | Joseph C. Barsalona II | jbarsalona@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Counsel to Logicalis, Inc. | Polsinelli PC | Christopher A. Ward | cward@polsinelli.com |
| Counsel to Benjamin Hebert and Atri Amin on behalf of themselves and similarly situated stockholders of Lordstown Motors Corp. f/k/a DiamondPeak Holdings Corp. | Pomerantz LLP | Gustavo F. Bruckner, Samuel J. Adams, Ankita Sangwan | gfbruckner@pomlaw.com; sjadams@pomlaw.com; asangwan@pomlaw.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| Counsel to Harco Manufacturing Group, LLC | Saul Ewing LLP | Evan T. Miller | evan.miller@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Joseph O. Larkin, Esq., Stephen J. Della Penna, Esq. | Joseph.Larkin@skadden.com; stephen.dellapenna@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Robert D. Drain, Esq. | Robert.Drain@skadden.com |
| Counsel to LAS Capital LLC | Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler, Esq., Jennifer Madden, Esq. | Ron.Meisler@Skadden.com; Jennifer.Madden@Skadden.com |
| Counsel to Applied Medical Resources Corp. | Snell & Wilmer L.L.P. | Andrew B. Still | astill@swlaw.com |
| Counsel to Elaphe Propulsion Technologies Ltd. | Sullivan Hazeltine Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Elaphe Propulsion Technologies, Ltd | Warner Norcross + Judd LLP | Stephen B. Grow | sgrow@wnj.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | David M. Turetsky | david.turetsky@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Jason N. Zakia | jzakia@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Roberto Kampfner, Doah Kim, RJ Szuba | rkampfner@whitecase.com; doah.kim@whitecase.com; rj.szuba@whitecase.com |
| Co-Counsel for the Debtors and Debtors-in-Possession | White & Case LLP | Thomas E Lauria, Matthew C. Brown, Fan B. He | tlauria@whitecase.com; mbrown@whitecase.com; fhe@whitecase.com |
| Local Co-Counsel for the Debtors and Debtors-in-Possession | Womble Bond Dickinson (US) LLP | Donald J. Detweiler, Morgan L. Patterson | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com |
| Counsel to Darren Post, Steve Burns, John LaFleur, and Rich Schmidt | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Shane Reil | bankfilings@ycst.com; sbeach@ycst.com; sreil@ycst.com |

# Exhibit B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Interested Parties - Current D&Os (Hamamoto) | Dechert LLP | | shmuel.vasser@dechert.com |
| Interested Parties - ERND | ERND | Jeanne Cohn | Jeanne.Cohn@usdoj.gov |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Faruqi & Faruqi | James M. Wilson, Jr. | jwilson@faruqilaw.com |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Faruqi & Faruqi | Robert W. Killorin | rkillorin@faruqilaw.com |
| Movant RIDE Investor Group and Proposed Lead Counsel for the Putative Class | Kirby McInerney LLP | Ira M. Press | ipress@kmllp.com; lmolinaro@kmllp.com |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Law Offices of John C. Camillus | John C. Camillus | jcamillus@camilluslaw.com |
| Interested Parties - NHTSA | NHTSA | Ellen Slights | ESlights@usdoj.gov |
| Affected Claimant | Rahul Singh | | Email Redacted |
| Interested Parties - Current D&Os (Others) | Sullivan & Cromwell LLP | | oswelll@sullcrom.com |
| Interested Parties - Former Directors and Officers (DiamondPeak) | Young Conaway Stargatt & Taylor LLP | | SReil@ycst.com; SBEACH@ycst.com; RLamb@ycst.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | 920 Brenner St | | | Winston-Salem | NC | 27101 | |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry Leonard | 920 Brenner St | | Winston-Salem | NC | 27101 | |
| Attorney General of CA (business operations) | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Official Committee of Equity Security Holders | Crestline Management, L.P. | Attn: Shaun McGowan | 201 Main Street, Suite 1100 | | | Fort Worth | TX | 76102 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Attorney General of FL (emp operations) | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Foxconn | Foxconn (Far East) Limited | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn | Foxconn Ventures Ptd. Ltd. | c/o Hon Hai Precision Industry Co., Ltd. Attn Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Foxconn | Foxteq Holdings Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Foxconn | Foxteq Integration Inc. | | P.O. Box 31119 | Grand Pavilion, Hibiscus Way | 802 West Bay Road | Grand Cayman | | KY1-1205 | Cayman Islands |
| Attorney General of GA (emp operations) | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Foxconn | Hon Hai Precision Industry Co., Ltd | Attention Jerry Hsiao | No. 66, Zhongshan Road | Tucheng Industrial Zone | Tucheng District | New Taipei City | | 23680 | Taiwan |
| Attorney General of IL (emp operations) | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | 1700 Broadway, 19th Floor | | | New York | NY | 10019 | |
| Attorney General of MI (business operations) | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Attorney General of NC (emp operations) | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Attorney General of OH (business operations) | Ohio Attorney General | Attn Bankruptcy Department | 30 E. Broad St. 14th Fl | | | Columbus | OH | 43215-0410 | |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | 200 Park Avenue | | | New York | NY | 10166 | |
| Foxconn | PCE Paragon Solutions Kft. | | Komarom | Banki Donatu utca 1 | | | | 2900 | Hungary |
| Attorney General of PA (emp operations) | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | 111 Park Street | | | London | | W1K 7JL | United Kingdom |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | 1307 Highview Dr | | | Webberville | MI | 48892 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 2

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | 1307 Highview Drive | | | Webberville | MI | 48892 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | 31240 Stephenson Hwy | | | Madison Heights | MI | 48071 | |
| Attorney General of TX (emp operations) | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 2 of 2

# Exhibit D

**Exhibit D**
**Objecting & Responding Parties Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Faruqi & Faruqi | James M. Wilson, Jr. | 685 Third Avenue, 26th Floor | | New York | NY | 10017 |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Faruqi & Faruqi | Robert W. Killorin | 3565 Piedmont Road NE, Ste. 380 | Building 4 | Atlanta | GA | 30305 |
| Counsel for Lead Plaintiff Movant RIDE Investor Group and Proposed Lead Counsel for the Putative Class | Kirby McInerney LLP | Ira M. Press | 250 Park Avenue, Suite 820 | | New York | NY | 10177 |
| Bankruptcy Counsel for the Lead Plaintiff Movant RIDE Investor Group and the Putative Class | Law Offices of John C. Camillus | John C. Camillus | P.O. Box 141410 | | Columbus | OH | 43214 |
| Affected Claimant | Rahul Singh | | Address Redacted | | | | |

# Exhibit E

**Exhibit E**
**Contract Rejection Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Adam Kroll | Josh Altman c/o Adam Kroll | josh.altman@katten.com; Email Redacted |
| Adam Kroll | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Andrew Reyntjes | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Andrew Reyntjes | | Email Redacted |
| ANSYS Incorporated and Subsidiaries dba ANSYS Inc | Alice Kunkel | nathan.brindle@ansys.com; alice.kunkel@ansys.com |
| Baker Hostetler LLP | Michael A. VanNiel, Esq. | pdonahue@bakerlaw.com; AAdams@bakerlaw.com; mvanniel@bakerlaw.com |
| Brikho and Kallabat, PC DBA Joseph Kallabat and Associates, PC | Joseph Kallabat | joe@insvisa.com |
| Daniel Ninivaggi | | Email Redacted |
| Donna L. Bell | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Donna L. Bell | | Email Redacted |
| Edward T. Hightower | Josh Altman c/o Edward Hightower | josh.altman@katten.com; Email Redacted |
| Edward T. Hightower | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Elaphe Propulsion Technologies Ltd. | c/o Stephen Grow | sgrow@wnj.com |
| Foxconn EV System LLC | Allen & Overy LLP | daniel.guyder@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com |
| Foxconn EV System LLC | Allen & Overy LLP | noah.brumfield@allenovery.com |
| Foxconn EV System LLC | Attention Liting Cai | liting.cai@foxconn.com |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | daniel.guyder@allenovery.com; joseph.badtke-berkow@allenovery.com; jacob.herz@allenovery.com |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | noah.brumfield@allenovery.com |
| Foxconn Ventures Pte. Ltd. | Attention Jerry Hsiao | jerry.hsiao@Foxconn.com |
| Foxconn Ventures Pte. Ltd. | Hon Hai Precision Industry Co., Ltd | jerry.hsiao@foxconn.com |

**Exhibit E**
**Contract Rejection Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| GAC R and D Center Silicon Valley, Inc. | GAC R&D Center Silicon Valley, Inc | zhangfan@gacrnd.com |
| GAC R and D Center Silicon Valley, Inc. | Marc N. Swanson | swansonm@millercanfield.com |
| Greatech Integration M Sdn Bhd | | ysliang@greatech-group.com |
| Haynes and Boone, LLP | Accounts Receivable | david.bender@haynesboone.com |
| Haynes and Boone, LLP | David Bender | david.bender@haynesboone.com |
| Hewlett-Packard Financial Services Company | Diane Morgan | diane.morgan@hpe.com; liliana.cruz-vega@hpe.com; jaime-antonio.elias@hpe.com |
| Hewlett-Packard Financial Services Company | Hewlett Packard Enterprise | mark.conlon@hpe.com |
| Infosys Limited | Suhas R Kanitkar | suhas.kanitkar@infosys.com |
| Jill Coniglio-Kirk | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Jill Coniglio-Kirk | | Email Redacted |
| Melissa Leonard | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Melissa Leonard | | Email Redacted |
| Michael H. Port | Katten Muchin Rosenman LLP | bruce@katten.com; sarah.eichenberger@katten.com; jonathan.rotenberg@katten.com; cgiglio@katten.com; josh.altman@katten.com |
| Michael H. Port | | Email Redacted |
| Nelson Mullins Riley and Scarborough LLP | Frank B.B. Knowlton | frank.knowlton@nelsonmullins.com |
| OpenText Inc | Attn Accounts Receivable Department | lisaj@opentext.com |
| OpenText Inc | Open Text Inc | Accounts.receivable@opentext.com |
| Sullivan and Cromwell LLP | Brian D. Glueckstein | gluecksteinb@sullcrom.com |
| Sullivan and Cromwell LLP | Jacob M. Croke | crokej@sullcrom.com |
| Sullivan and Cromwell LLP | John M. Rini, Jr. | rinij@sullcrom.com |
| Sullivan and Cromwell LLP | Laura K. Oswell | oswelll@sullcrom.com |
| Tata Consultancy Services Limited | Attn Latesh Sewani | latesh.sewani@tcs.com |
| Tata Consultancy Services Limited | Attn Legal Department | legalnotices.us@tcs.com |

# Exhibit F

**Exhibit F**
**Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Adam Kroll | Josh Altman c/o Adam Kroll | Katten Muchin Rosenman LLP | 525 W. Monroe Street | | Chicago | IL | 60661-3693 | |
| Adam Kroll | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Adam Kroll | | Address Redacted | | | | | | |
| Alliance Advisors, LLC | | 200 Broadacres Drive, 3rd Floor | | | Bloomfield | NJ | 07003 | |
| Andrew Reyntjes | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Andrew W. Reyntjes | | Address Redacted | | | | | | |
| Ankura Consulting, LLC | | 425 California Street, Suite 2600 | | | San Francisco | CA | 94104 | |
| ANSYS Incorporated and Subsidiaries dba ANSYS Inc | Alice Kunkel | 2600 ANSYS Dr | | | Canonsburg | PA | 15317 | |
| ANSYS, Inc. | | 2600 ANSYS Drive | | | Canonsburg | PA | 15317 | |
| AP Expert Group | | 228 Park Ave S Suite 88617 | | | New York | NY | 88617 | |
| Arthur J. Gallagher Risk Management Services, Inc. | | 2200 Woodcrest Pl. | Ste. 250 | | Birmingham | AL | 35209-1324 | |
| AT&T Mobility LLC | | 2180 Lenox Park Blvd., 10th Floor | | | Atlanta | GA | 30319 | |
| AuditBoard, Inc. | | 12900 Park Plaza Dr., Suite 200 | | | Cerritos | CA | 90703 | |
| Baker & Hostetler LLP | | Key Tower | 127 Public Square, Suite 2000 | | Cleveland | OH | 44114-1214 | |
| Baker Hostetler | | 127 Public Sq., Ste. 2000 | | | Cleveland | OH | 44114 | |
| Baker Hostetler LLP | Michael A. VanNiel, Esq. | Key Tower, 127 Public Square, Suite 2000 | | | Cleveland | OH | 44114-1214 | |
| Bodman PLC | | 6th Floor at Ford Field 1901 St. Antoine Street | | | Detroit | MI | 48226 | |
| Brikho and Kallabat, PC DBA Joseph Kallabat and Associates, PC | Joseph Kallabat | 7031 Orchard Lake Road Suite 302 | | | West Bloomfield | MI | 48322 | |
| Cigna Health And Life Insurance Company | | 900 Cottage Grove Road | | | Bloomfield | CT | 06002 | |
| Cintas Corporation No.2 - Payer#18650915 | | P.O BOX 630910 | | | Cincinnati | OH | 45262 | |
| Comcast Business | | 1701 John F Kennedy Blvd | | | Philadelphia | PA | 19103-2838 | |
| Comcast Cable Communications Management, LLC | | 1701 John F Kennedy Blvd | | | Philadelphia | PA | 19103-2838 | |
| Corporate Dining, Inc | | 1645 W Hamlin | | | Rochester Hills | MI | 48309 | |

**Exhibit F**
**Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cox Communications California, LLC., Cox California Telcom, LLC | | 20 Icon | | | Foothill Rnch | CA | 92610-3000 | |
| Cox Communications California, LLC., Cox California Telcom, LLC | | 27121 Towne Centre Dr | | | Foothill Ranch | CA | 92610 | |
| Custodial Building Services, Inc | | 30200 Telegraph #158 | | | Bingham Farms | MI | 48025 | |
| Daniel Ninivaggi | | Address Redacted | | | | | | |
| Donna L. Bell | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, & Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Donna L. Bell | | Address Redacted | | | | | | |
| Edward T. Hightower | Josh Altman c/o Edward Hightower | Katten Muchin Rosenman LLP | 525 W. Monroe Street | | Chicago | IL | 60661-3693 | |
| Edward T. Hightower | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Edward T. Hightower | | Address Redacted | | | | | | |
| Elaphe Propulsion Technologies Ltd. | c/o Stephen Grow | 150 Ottawa Ave NW Suite 1500 | | | Grand Rapids | MI | 49503 | |
| Elaphe Propulsion Technologies LTD. | | Teslova Ulica 30 | | | Ljubljana | | 1000 | Slovenia |
| Foley & Lardner LLP | | 90 Park Ave | | | New York | NY | 10016-1314 | |
| Foxconn EV System LLC | Allen & Overy LLP | Attn Noah Brumfield | 1101 New York Avenue NW | | Washington | DC | 20005 | |
| Foxconn EV System LLC | Allen & Overy LLP | Attn Daniel J Guyder, Joseph Badtke-Berkow, Jacob R Herz | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Foxconn EV System LLC | Attention Liting Cai | 2300 Hallock Young Rd | | | Warren | OH | 44481 | |
| Foxconn EV System LLC | | 4568 Mayfield Road, Suite 204 | | | Cleveland | OH | 44121 | |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | Attn Daniel J Guyder, Joseph Badtke-Berkow, Jacob R Herz | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Foxconn Ventures Pte. Ltd. | Allen & Overy LLP | Attn Noah Brumfield | 1101 New York Avenue NW | | Washington | DC | 20005 | |
| Foxconn Ventures Pte. Ltd. | Attention: Jerry Hsiao | No. 66, Zhongshan Road | | | New Taipei City | | 23680 | Taiwan |
| Foxconn Ventures Pte. Ltd. | Hon Hai Precision Industry Co., Ltd | Tsai-Yu Hsiao | 611 E Wisconsin Ave | | Milwaukee | WI | 53202 | |
| GAC R and D Center Silicon Valley, Inc. | GAC R&D Center Silicon Valley, Inc | Fan Zhang, General Manager | No. 668 Jinshan Road East | Panyu District, Guangzhou | Guangdong | | | China |
| GAC R and D Center Silicon Valley, Inc. | Marc N. Swanson | Miller, Canfield, Paddock and Stone, P.L.C. | 150 West Jefferson Suite 2500 | | Detroit | MI | 48226 | |
| GAC R&D Center Detroit, LLC | | 38555 Hills Tech Dr. | | | Famington Hills | MI | 48331 | |
| GAC R&D Center Detroit, LLC | | 38555 Hills Tech Drive | | | Farmington Hills | MI | 48331 | |
| GitLab Inc. | | 268 Bush Street #350 | | | San Francisco | CA | 94104 | |

**Exhibit F**
**Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Greatech Intergration (M) Sdn. Bhd. | | Plot 287 (A), Lengkok Kampung Jawa Satu Bayan Lepas Fiz Phase 3 | | | Penang | | 11900 | Malaysia |
| Haynes and Boone, LLP | Accounts Receivable | P.O. Box 841399 | | | Dallas | TX | 75284-1399 | |
| Haynes and Boone, LLP | David Bender | 6000 Headquarters Drive, Suite 200 | | | Plano | TX | 75024 | |
| Haynes and Boone, LLP | | 6000 Headquarters Drive, Suite 200 | | | Plano | TX | 75024 | |
| Hewlett-Packard Financial Services Company | Diane Morgan | 200 Connell Drive Suite 5000 | | | Berkeley Heights | NJ | 07922 | |
| Hewlett-Packard Financial Services Company | Hewlett Packard Enterprise | 1701 East Mossy Oaks Road | | | Spring | TX | 77429 | |
| Hewlett-Packard Financial Services Company | | 200 Connell Drive Suite 5000 | | | Berkeley Heights | NJ | 07922 | |
| Hewlett-Packard Financial Services Company | | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | |
| Infosys Limited | Suhas R Kanitkar | 2400 N. Glenville Dr Suite C150 | | | Richardson | TX | 75082 | |
| Infosys Limited | | 2400 N Glenville Dr, C150 | | | Richardson | TX | 75082 | |
| Jefferies LLC | | 520 Madison Ave. | | | New York | NY | 10022 | |
| Jill Coniglio-Kirk | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Jill Coniglio-Kirk | | Address Redacted | | | | | | |
| Joseph Kallabat & Associate, P.C. | | 7031 Orchard Lake Road Suite 302 | | | West Bloomfield | MI | 48322 | |
| Kekst and Company, Incorporated | | 437 Madison Avenue, 37th Floor | | | New York | NY | 10022 | |
| Luis Mayen dba Guarantee Details Cleaning dba G.D.C. | | Address Redacted | | | | | | |
| Lumma Clean LLC | | 48572 Carnegie Way | | | Macomb | MI | 48042 | |
| Melissa Leonard | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Melissa Leonard | | Address Redacted | | | | | | |
| Michael H. Port | Katten Muchin Rosenman LLP | Bruce G. Vanyo, Sarah Eichenberger, Jonathan Rotenberg, Cindi M. Giglio, Joshua M. Altman | 50 Rockefeller Plaza | | New York | NY | 10020-1605 | |
| Michael Port | | Address Redacted | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | | 101 Constitution Ave, Suite 900 | | | Washington | DC | 20001 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 3 of 4

**Exhibit F**
**Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Nelson Mullins Riley and Scarborough LLP | Frank B.B. Knowlton | PO Box 11070 | | | Columbia | SC | 29211 | |
| Open Text Inc. | | 9711 Washingtonian Blvd., Suite 700 | | | Gaithersburg | MD | 20878 | |
| OpenText Inc | Attn Accounts Receivable Department | 275 Frank Tompa Drive | | | Waterloo | ON | N2L 0A1 | Canada |
| OpenText Inc | Open Text Inc | c/o JP Morgan Lockbox | 24685 Network Place | | Chicago | IL | 60673 | |
| Oracle America, Inc. | | 500 Oracle Parkway | | | Redwood Shores | CA | 94065 | |
| Potter Anderson & Corroon LLP | | 1313 North Market Street | P.O. Box 951 | | Wilmington | DE | 19899-0951 | |
| Principal Life Insurance Company | | 711 High Street | | | Des Moines | IA | 50392 | |
| Prospect Law LLP | | 120 N LaSalle St Suite 2000 | | | Chicago | IL | 60602 | |
| Richards Layton & Finger | | 920 N King Street | | | Wilmington | DE | 19801 | |
| Robar PR | | 1600 E. Grand Blvd., #300 | | | Detroit | MI | 48211 | |
| RSM US LLP | | 30 South Wacker Drive Suite 3000 | | | Chicago | IL | 60606 | |
| Shopify Inc. | | 151 O'Connor Street, Ground Floor | | | Ottawa | ON | K2 P2L8 | Canada |
| Silverman Consulting | | One North Wacker Drive, Suite 3925 | | | Chicago | IL | 60606 | |
| Sonitrol Orange County, LLC | | 23 Mauchly #100 | | | Irvine | CA | 92618 | |
| Staples, Inc dba Staples Contract & Commercial, LLC | | 500 Staples Drive | | | Framingham | MA | 01702 | |
| Sullivan & Cromwell LLP | | 125 Broad Street | | | New York | NY | 10004-2498 | |
| Sullivan and Cromwell LLP | Brian D. Glueckstein | 125 Broad Street | | | New York | NY | 10004 | |
| Sullivan and Cromwell LLP | Jacob M. Croke | 125 Broad Street | | | New York | NY | 10004 | |
| Sullivan and Cromwell LLP | John M. Rini, Jr. | Sullivan and Cromwell LLP | 125 Broad Street | | New York | NY | 10004 | |
| Sullivan and Cromwell LLP | Laura K. Oswell | 550 Hamilton Avenue | | | Palo Alto | CA | 94301 | |
| TAG Resources, LLC | | 6501 Deane Hill Dr | | | Knoxville | TN | 37919 | |
| Tata Consultancy Services Limited | Attn Latesh Sewani | 379 Thornall Street 4th Floor | | | Edison | NJ | 08837 | |
| Tata Consultancy Services Limited | Attn Legal Department | 101 Park Avenue 26th Floor | | | New York | NY | 10178 | |
| Tata Consulting Services Limited | | Nirmal Building 9th Floor | | | Nariman Point | | 400021 | India |
| Waqar Hasim | | Address Redacted | | | | | | |
| White & Case LLP | | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131-2352 | |
| Willowgreen Building Group, LLC | | 260 E. Brown St. Ste. 280 | | | Birmingham | MI | 48009 | |
| Winston & Strawn LLP | | 35 W. Wacker Dr | | | Chicago | IL | 60601 | |
| WIT Legal, LLC | | 1370 Broadway 15th Floor | | | New York | NY | 10018 | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 4 of 4