**Exhibit B**

**Expense Detail**

| Date | Timekeeper | English Narrative | Category | Amount |
|---|---|---|---|---|
| 1/15/2024 | Turetsky, David | Catering services for Project Pickup in New York provided by FLIK on 1/10/2024 - Simple Afternoon Break, Beverage Refresh, Chef's Daily Special Sandwiches - Approximate headcount: 12 | Conference Room Dining | $454.99 |
| 1/31/2024 | Kampfner, Roberto | Sunny's Executive Sedan Service - 01/10/2024 - VOUCHER NUMBER NP975791*1 - Roberto Kampfner - FROM Newark Airport Newark NJ - TO 701 7th Avenue MANHATTAN NY | Taxi - Business | $153.61 |