## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE | ) Chapter 11 |
| | ) |
| LORDSTOWN MOTORS CORP., *et. al.*,[1] | ) Case No. 23-10831-MFW |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| _____ | ) |

### NOTICE BY THE U.S. SECURITIES AND EXCHANGE COMMISSION
### WITHDRAWING PROOF OF CLAIM #1612

The U.S. Securities and Exchange Commission (the "**Commission**") provides notice that is withdraws Proof of Claim #1612, filed against Debtor, Lordstown Motors Corp. in the amount of $45,000,000.00, and that all conditions to the satisfaction of the Debtors' disgorgement obligation of $25.5 million, as set forth in the *Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order* dated February 29, 2024 (the "**OIP**") occurred upon the Effective Date of the *Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors* dated February 27, 2024 (Dkt. No. 1014, the "**Plan**").

---

[1]    The Debtors and the last four digits of their respective federal tax identification numbers are: Lordstown Motors Corp. (3229); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

Dated: March 15, 2024

_/s/  David W. Baddley_
**U.S. SECURITIES & EXCHANGE COMMISSION**
David W. Baddley (admitted per L.R. 9010-1(e)(1))
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382
Telephone: (404) 842-7625
baddleyd@sec.gov

_Counsel for U.S. Securities and Exchange Commission_