## Exhibit A

**Detailed Statement of Hours and Fees**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | } | **CHAPTER 11 CASE** |
| | } | |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**TIME SUMMARY - February 1 to February 29, 2024**

| Consultant | Billing Rate Per Hr. | Total Billable Hours | % of Total Time | $ Amount Time | | |
|---|---|---|---|---|---|---|
| Constadinos Tsitsis (CDT) | $525 | 16.40 | 5% | $8,610.00 | 80% | $6,888.00 |
| Scott Kohler (SK) | $525 | 51.00 | 17% | $26,775.00 | 80% | $21,420.00 |
| Steven Nerger  ( SAN ) | $350 | 9.30 | 3% | $3,255.00 | 80% | $2,604.00 |
| Ellen Hammes (EH) | $290 | 112.40 | 37% | $32,596.00 | 80% | $26,076.80 |
| Alex Crnkovich (AC) | $270 | 115.10 | 38% | $31,077.00 | 80% | $24,861.60 |
| | | | | | | |
| **Total Due - Fees** | | **304.20** | **100%** | **$102,313.00** | **80%** | **$81,850.40** |
| **Blended Rate** | **$336.33** | | | | | |

| Expenses | |
|---|---|
| Administrative | $0.00 |
| Airfare | $0.00 |
| Meals | $0.00 |
| Lodging | $0.00 |
| Transportation | $0.00 |

| | |
|---|---|
| **Total Expenses** | **$0.00** |
| **Fees** | **$81,850.40** |
| **Amount Requested** | **$81,850.40** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | CHAPTER 11 CASE |
| **Lordstown Motors Corp.** | **Case No. 23-10831** |

**EXHIBIT B - February 1 TO February 29, 2024   SUMMARY BY PROJECT CATEGORY - In Hours**

| TIME SUMMARY | Consultants | | | | | |
|---|---|---|---|---|---|---|
| **Project Category Summary** | CDT | SK | SAN | EH | AC | TOTAL |
| **1. Business Analysis and Reports** | 1.30 | 0.00 | 0.00 | 42.10 | 14.30 | 57.70 |
| 1-1 Preparation of Budgets, Availability Reports, Business Evaluation and Flash Reports | - | - | - | - | - | 0.00 |
| 1-2 Preparation of Financial Data to Support Motions | 1.30 | - | - | 4.20 | 14.30 | 19.80 |
| 1-3 Preparation of Financial Projections | - | - | - | 37.90 | - | 37.90 |
| 1-4 Plan Development & Strategy | - | - | - | - | - | 0.00 |
| 1-5 Preparation of Plan and Disclosure Statement | - | - | - | - | - | 0.00 |
| **2. Business Operations** | 0.00 | 5.90 | 0.00 | 15.00 | 4.50 | 25.40 |
| 2-1 Daily Management and Operations | - | 5.90 | - | 15.00 | 4.50 | 25.40 |
| 2-2 Reports to / from Parties in Interest | - | - | - | - | - | 0.00 |
| 2-3 Meetings / communications with lender, lender's agent or its counsel | - | - | - | - | - | 0.00 |
| 2-4 Sale of Company Matters | - | - | - | - | - | 0.00 |
| **3. Meetings and Communication with Creditors** | 0.30 | 1.80 | 0.00 | 0.00 | 26.70 | 28.80 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | } CHAPTER 11 CASE |
| **Lordstown Motors Corp.** | } **Case No. 23-10831** |
| | } |
| | } |
| | } |

**EXHIBIT B - February 1 TO February 29, 2024   SUMMARY BY PROJECT CATEGORY - In Hours**

| | TIME SUMMARY | Consultants | | | | | |
|---|---|---|---|---|---|---|---|
| | **Project Category Summary** | CDT | SK | SAN | EH | AC | TOTAL |
| 3-1 | 341 Creditors Meeting | - | - | - | - | - | 0.00 |
| 3-2 | Meetings/communication with lenders | - | - | - | - | - | 0.00 |
| 3-3 | Creditor communications & negotiations | 0.30 | 1.80 | - | - | 26.70 | 28.80 |
| 3-4 | | - | - | - | - | - | 0.00 |
| **4.** | **Case Administration** | 14.80 | 43.30 | 9.30 | 55.30 | 69.60 | 192.30 |
| 4-1 | Travel | - | - | - | - | - | 0.00 |
| 4-2 | Case Administration | 10.80 | 42.30 | - | 38.60 | 69.60 | 161.30 |
| 4-3 | Monthly Operating Reports | - | - | 9.30 | 1.30 | - | 10.60 |
| 4-4 | Bankruptcy Schedules, SOFA and IDI information | - | - | - | - | - | 0.00 |
| 4-5 | Fee Application Preparation | 4.00 | 1.00 | - | 15.40 | - | 20.40 |
| | **TOTAL  February, 2024** | 16.40 | 51.00 | 9.30 | 112.40 | 115.10 | 304.20 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 11 CASE |
| | } | |
| **Lordstown Motors Corp.** | } | Case No. 23-10831 |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - February 1 to February 29, 2024    SUMMARY BY PROJECT CATEGORY - In Dollars**

| | **TIME SUMMARY** | | Consultants | | | | |
|---|---|---|---|---|---|---|---|
| | | | $525 | $525 | $350 | $290 | $270 | |
| | **Project Category Summary** | | CDT | SK | SAN | EH | AC | TOTAL |
| **1.** | **Business Analysis and Reports** | | $682.50 | $0.00 | $0.00 | $12,209.00 | $3,861.00 | $16,752.50 |
| | **..  Blended Rate** | | | | | | | $290.34 |
| 1-1 | Preparation of Budgets, Availability Reports, Business Evaluation and Flash Reports | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-2 | Preparation of Financial Data to Support Motions | | $682.50 | $0.00 | $0.00 | $1,218.00 | $3,861.00 | $5,761.50 |
| 1-3 | Preparation of Financial Projections | | $0.00 | $0.00 | $0.00 | $10,991.00 | $0.00 | $10,991.00 |
| 1-4 | Plan Development & Strategy | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1-5 | Preparation of Plan and Disclosure Statement | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **2.** | **Business Operations** | | $0.00 | $3,097.50 | $0.00 | $4,350.00 | $1,215.00 | $8,662.50 |
| | **..  Blended Rate** | | | | | | | $341.04 |
| 2-1 | Daily Management and Operations | | $0.00 | $3,097.50 | $0.00 | $4,350.00 | $1,215.00 | $8,662.50 |
| 2-2 | Reports to / from Parties in Interest | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-3 | Meetings / communications with lender, lender's agent or its counsel | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-4 | Sale of Company matters | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| IN RE: | } | CHAPTER 11 CASE |
| **Lordstown Motors Corp.** | } | **Case No. 23-10831** |
| | } | |
| | } | |
| | } | |

**EXHIBIT B - February 1 to February 29, 2024    SUMMARY BY PROJECT CATEGORY - In Dollars**

| TIME SUMMARY | Consultants | | | | | |
|---|---|---|---|---|---|---|
| | $525 | $525 | $350 | $290 | $270 | |
| **Project Category Summary** | **CDT** | **SK** | **SAN** | **EH** | **AC** | **TOTAL** |
| **3.** **Meetings and Communication with Creditors** | $157.50 | $945.00 | $0.00 | $0.00 | $7,209.00 | $8,311.50 |
| **..  Blended Rate** | | | | | | $288.59 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | } CHAPTER 11 CASE |
| **Lordstown Motors Corp.** | } Case No. 23-10831 |
| | } |
| | } |
| | } |

**EXHIBIT B - February 1 to February 29, 2024    SUMMARY BY PROJECT CATEGORY - In Dollars**

| TIME SUMMARY | Consultants | | | | | |
|---|---|---|---|---|---|---|
| | $525 | $525 | $350 | $290 | $270 | |
| **Project Category Summary** | **CDT** | **SK** | **SAN** | **EH** | **AC** | **TOTAL** |
| **3-1** 341 Creditors Meeting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3-2** Meetings/communication with lenders | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **3-3** Creditor communications & negotiations | $157.50 | $945.00 | $0.00 | $0.00 | $7,209.00 | $8,311.50 |
| **4.** **Case Administration** | $7,770.00 | $22,732.50 | $3,255.00 | $16,037.00 | $18,792.00 | $68,586.50 |
| **..  Blended Rate** | | | | | | $356.66 |
| **4-1** Travel | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4-2** Case Administration | $5,670.00 | $22,207.50 | $0.00 | $11,194.00 | $18,792.00 | $57,863.50 |
| **4-3** Monthly Operating Reports | $0.00 | $0.00 | $3,255.00 | $377.00 | $0.00 | $3,632.00 |
| **4-4** Bankruptcy Schedules and SOFA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **4-5** Fee Application Preparation | $2,100.00 | $525.00 | $0.00 | $4,466.00 | $0.00 | $7,091.00 |
| **TOTAL February, 2024** | $8,610.00 | $26,775.00 | $3,255.00 | $32,596.00 | $31,077.00 | $102,313.00 |
| **..  Blended Rate** | | | | | | $336.33 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 2/1/2024 | AC | Vendor claims reconciliations and follow-ups for Optessa, HUF, Johnson controls, and King Brother | 1.50 | | 3-3 |
| 2/1/2024 | AC | Prepping undisputed claims schedule for White and Case | 2.00 | | 4-2 |
| 2/1/2024 | AC | Analyzing date sent by Laval | 1.50 | | 3-3 |
| 2/1/2024 | AC | Prepping for Huron Call on Friday | 0.50 | | 4-2 |
| 2/1/2024 | AC | Ad hoc communication and task | 1.00 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **6.50** | **0.00** | |
| 2/2/2024 | AC | Responding to claims detail request from Huron | 3.30 | | 4-2 |
| 2/2/2024 | AC | Claims reconciliation follow-ups | 1.00 | | 3-3 |
| 2/2/2024 | AC | Follow-up communications on Foxconn Legitimacy | 0.50 | | 3-3 |
| 2/2/2024 | AC | Ad Hoc Communication | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **5.30** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/3/24 )** | **11.80** | **0.00** | |
| 2/5/2024 | AC | Monday Finance Meeting -S. Kohler, E. Hammes, A. Kroll, M. Port | 1.00 | | 2-1 |
| 2/5/2024 | AC | Prepping for Laval Meeting | 0.50 | | 4-2 |
| 2/5/2024 | AC | Updating Prepaid Tracker | 0.50 | | 4-2 |
| 2/5/2024 | AC | Undisputed Claims Schedule Edits | 2.50 | | 4-2 |
| 2/5/2024 | AC | Updating Claims Amount to account of Employee severance and claims already paid | 2.00 | | 4-2 |
| 2/5/2024 | AC | Reconciliation Follow-ups | 1.70 | | 3-3 |
| 2/5/2024 | AC | Call with C. Tsitsis to discuss various documentation items | 0.50 | | 4-2 |
| 2/5/2024 | AC | Updating Claims to Vendor Reconciliation | 1.00 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **9.70** | | |
| 2/6/2024 | AC | Call with C. Tsitsis to discuss various claims matters | 1.00 | | 4-2 |
| 2/6/2024 | AC | Call with Laval to discuss claims matters (included S. Kohler | 0.80 | | 3-3 |
| 2/6/2024 | AC | updating accrual memo | 2.00 | | 4-2 |
| 2/6/2024 | AC | vendor claim reconciliations and follow-ups | 2.50 | | 3-3 |
| 2/6/2024 | AC | Prep for supplier claims call | 0.50 | | 4-2 |
| 2/6/2024 | AC | prep for Greatech call | 0.60 | | 4-2 |
| 2/6/2024 | AC | ad hoc items | 0.70 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **8.10** | **0.00** | |
| 2/7/2024 | AC | Supplier claims call (A. Kroll, M. Port, S. Kohler, C. Tsitsis, E. Hammes, M. Leonard, E. Hightower | 0.50 | | 4-2 |
| 2/7/2024 | AC | Work Product Review (C. Tsitsis, E. Hammes, S. Kohler) | 1.50 | | 4-2 |
| 2/7/2024 | AC | LMC Catch - up call with W&C (A. Kroll, E. Hammes, S. Kohler, M. Port, M. Leonard) | 0.50 | | 4-2 |
| 2/7/2024 | AC | Plan Discussion with W&C (C. Tsitsis, E. Hammes) | 1.00 | | 4-2 |
| 2/7/2024 | AC | Finance call (A. Kroll, E. Hammes, S. Kohler, M. Pot) | 0.50 | | 2-1 |
| 2/7/2024 | AC | Updating claims summaries for White and Case | 2.00 | | 4-2 |
| 2/7/2024 | AC | Reviewing contract assumption comments form Adam | 0.80 | | 1-2 |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 2/7/2024 | AC | Vendor claims and reconciliation follow-ups and analysis | 2.50 | | **3-3** |
| 2/7/2024 | AC | ad hoc email requests and communications | 1.00 | | **4-2** |
| 2/7/2024 | AC | meeting with Greatech (S. Kohler) | 0.80 | | **3-3** |
| **WED** | | **DAILY TOTALS** | **11.10** | **0.00** | |
| | | | | | |
| 2/8/2024 | AC | Vendor claims reconciliation and analysis | 2.50 | | **4-2** |
| 2/8/2024 | AC | updating contract and claims summaries for Huron | 2.50 | | **1-2** |
| 2/8/2024 | AC | call with C. Tsitsis and E.  Hammes to discuss contracts | 0.50 | | **1-2** |
| 2/8/2024 | AC | ad hoc emails and items | 1.00 | | **4-2** |
| **THUR** | | **DAILY TOTALS** | **6.50** | **0.00** | |
| | | | | | |
| 2/9/2024 | AC | Vendor claim reconciliations and analysis | 2.50 | | **4-2** |
| 2/9/2024 | AC | calling Harco | 0.20 | | **3-3** |
| 2/9/2024 | AC | Contract rejection damages review | 2.30 | | **1-2** |
| 2/9/2024 | AC | call with e. Hammes to discuss contracts | 0.50 | | **1-2** |
| 2/9/2024 | AC | ad hoc emails and communication items | 1.00 | | **4-2** |
| **FRI** | | **DAILY TOTALS** | **6.50** | **0.00** | |
| | | **WEEKLY TOTAL - (  W/E 2/10/24 )** | **41.90** | **0.00** | |
| | | | | | |
| 2/12/2024 | AC | Monday Finance Meeting - M. Port, A. Kroll, E. Hammes, S. Kohler | 1.00 | | **2-1** |
| 2/12/2024 | AC | responding to KPMG audit requests | 1.50 | | **4-2** |
| 2/12/2024 | AC | drafting settlement memo for the ombudsman | 2.00 | | **4-2** |
| 2/12/2024 | AC | Preparing for claims summary call | 0.50 | | **4-2** |
| 2/12/2024 | AC | updating contract rejection analysis | 0.90 | | **1-2** |
| 2/12/2024 | AC | KCC Vendor Claims and reconciliation follow-ups | 0.50 | | **3-3** |
| 2/12/2024 | AC | Laval data analysis | 1.00 | | **3-3** |
| 2/12/2024 | AC | Ad hoc requests and communications | 0.60 | | **4-2** |
| **MON** | | **DAILY TOTALS** | **8.00** | **0.00** | |
| | | | | | |
| 2/13/2024 | AC | Updating ombudsman settlement memo | 0.50 | | **4-2** |
| 2/13/2024 | AC | Supplier Claims Call (A. Kroll, m. Port, M. Leonard, C. Tsitsis, E. Hightower, E. Hammes) | 0.90 | | **4-2** |
| 2/13/2024 | AC | KPMG Audit Meeting | 0.50 | | **4-2** |
| 2/13/2024 | AC | Sending OpenText items | 0.40 | | **3-3** |
| 2/13/2024 | AC | Meeting with Cognizant to discuss claims settlement (S. Kohler) | 0.50 | | **3-3** |
| 2/13/2024 | AC | Vendor follow-ups | 0.80 | | **3-3** |
| 2/13/2024 | AC | updating Paylocity rejection damages estimate | 0.80 | | **1-2** |
| **TUES** | | **DAILY TOTALS** | **4.40** | **0.00** | |
| | | | | | |
| 2/14/2024 | AC | Vendor Analysis | 0.80 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **0.80** | **0.00** | |
| | | | | | |
| 2/15/2024 | AC | Call with KPMG auditors | 2.00 | | **4-2** |
| 2/15/2024 | AC | Contract rejection and assumption analysis | 1.00 | | **1-2** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/15/2024 | AC | Vendor follow-ups | 0.80 | | 3-3 |
| **THUR** | | **DAILY TOTALS** | **3.80** | **0.00** | |
| | | | | | |
| 2/16/2024 | AC | updating contract and interest rebate analysis | 1.20 | | 4-2 |
| 2/16/2024 | AC | Follow-up with vendors on data | 0.50 | | 3-3 |
| 2/16/2024 | AC | selecting additional vendors for analysis | 1.20 | | 4-2 |
| 2/16/2024 | AC | analyzing open text invoices | 0.50 | | 1-2 |
| 2/16/2024 | AC | ad hoc communication and requests | 0.40 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **3.80** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - (  W/E 2/17/24 )** | **20.80** | **0.00** | |
| | | | | | |
| 2/19/2024 | AC | Preparing for vendor calls | 0.50 | | 4-2 |
| 2/19/2024 | AC | preparing for management calls | 0.50 | | 4-2 |
| 2/19/2024 | AC | Vendor follow-ups and reconciliations | 3.90 | | 3-3 |
| 2/19/2024 | AC | Updating ombudsman memo | 0.60 | | 4-2 |
| 2/19/2024 | AC | ad hoc communications and emails | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **6.00** | **0.00** | |
| | | | | | |
| 2/20/2024 | AC | Sharp meeting with Scott Kohler | 0.50 | | 3-3 |
| 2/20/2024 | AC | Vendor documentation/analysis and follow-ups | 4.00 | | 4-2 |
| 2/20/2024 | AC | call with A. Kroll, S. Kohler, and E. HighTower to discuss new vendor analyses | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **5.00** | **0.00** | |
| | | | | | |
| 2/21/2024 | AC | Meeting with Michael, Adam, and Jim | 0.60 | | 4-2 |
| 2/21/2024 | AC | Supplier claims call - E. Hightower, S. Kohler, A. Kroll, M. Port. C. Tsitsis. E. Hammes | 0.50 | | 4-2 |
| 2/21/2024 | AC | Updating documentation and vendor analysis, including follow-ups with JVIS and QMC | 3.00 | | 4-2 |
| 2/21/2024 | AC | Meeting with e. Hammes and M. Port to reconcile LSC analysis to audit committee | 0.50 | | 1-2 |
| 2/21/2024 | AC | Reconciling LSC analysis with E. Hammes | 1.00 | | 1-2 |
| 2/21/2024 | AC | Finance meeting with E. Hammes, M. Port, A. Kroll, S. Kohler | 1.00 | | 2-1 |
| 2/21/2024 | AC | updating and sending claims reconciliations files to team | 0.80 | | 4-2 |
| 2/21/2024 | AC | meeting with E. Hammes to updates claims amount for the supplement and audit committee | 3.00 | | 1-2 |
| **WED** | | **DAILY TOTALS** | **10.40** | **0.00** | |
| | | | | | |
| 2/23/2024 | AC | Updating vendor reconciliation and analyses -Teijin, QMC, JVIS, | 2.60 | | 4-2 |
| 2/23/2024 | AC | updating interest rate analysis | 0.50 | | 4-2 |
| 2/23/2024 | AC | following up with Greatech, Laval, and Detroit engineering | 1.00 | | 3-3 |
| 2/23/2024 | AC | Ad hoc communication and requests | 0.90 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **5.00** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - (  W/E 2/24/24 )** | **26.40** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/27/2024 | AC | updating vendor analyses and preparing for the claims call | 1.80 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **1.80** | **0.00** | |
| | | | | | |
| 2/28/2024 | AC | Supplier Claims call - A. Kroll, e. Hightower, M. Port, S. Kohler | 0.50 | | **4-2** |
| 2/28/2024 | AC | Vendor Claim analyses and updates | 3.30 | | **4-2** |
| 2/28/2024 | AC | Finance call - S. Kohler, M. Port, A. Kroll, S. Kohler | 1.00 | | **2-1** |
| 2/28/2024 | AC | Follow-up action items from conference call; sending claim info to AP team, document PTO claims, Set up call with W&C | 2.20 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **7.00** | **0.00** | |
| | | | | | |
| 2/29/2024 | AC | updating High confidence claim memo for the ombudsman | 1.30 | | **4-2** |
| 2/29/2024 | AC | Updating GT analysis | 1.10 | | **3-3** |
| 2/29/2024 | AC | Following up with vendors claims | 1.00 | | **3-3** |
| 2/29/2024 | AC | updating ZF analysis | 1.20 | | **3-3** |
| 2/29/2024 | AC | calling DEP for additional data | 0.50 | | **3-3** |
| 2/29/2024 | AC | call with c. Tsitsis to discuss various workstreams | 0.30 | | **4-2** |
| **THUR** | | **DAILY TOTALS** | **5.40** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/29/24 )** | **14.20** | **0.00** | |
| | | | | | |
| | | **TOTAL - (February 1 to February 29, 2024 )** | **115.10** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/2/2024 | CDT | Call w/ A. Crnkovich re: claims list. | 0.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **0.30** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/3/24 )** | **0.30** | **0.00** | |
| 2/5/2024 | CDT | Review list of undisputed claims; call w/ F. He re: same, call w/ A. Crnkovich re: same. | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 2/6/2024 | CDT | Call w/ A. Crnkovich re: undisputed claims list. | 0.80 | | 4-2 |
| 2/6/2024 | CDT | Review liability accrual w/ A. Crnkovich | 0.40 | | 4-2 |
| 2/6/2024 | CDT | Call w W&C and A. Crnkovich re claims list | 0.20 | | 4-2 |
| 2/6/2024 | CDT | Review emails. | 0.10 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 2/7/2024 | CDT | Call w/ Silverman team to review work products, claims list, waterfall, etc. | 1.50 | | 4-2 |
| 2/7/2024 | CDT | Supplier Claims call | 0.30 | | 4-2 |
| 2/7/2024 | CDT | Call w/ Greatech | 0.30 | | 3-3 |
| 2/7/2024 | CDT | Review and reply to various emails. | 1.00 | | 4-2 |
| 2/7/2024 | CDT | Call w/ W&C re: flow of funds memo | 1.30 | | 1-2 |
| 2/7/2024 | CDT | Call w/ W&C and A. Crnkovich re: claims list reconciliation. | 0.20 | | 4-2 |
| 2/7/2024 | CDT | Fee application preparation | 2.00 | | 4-5 |
| **WED** | | **DAILY TOTALS** | **6.60** | **0.00** | |
| 2/8/2024 | CDT | Call w/ A. Crnkovich and E. Hammes re: claims list and requests from UCC. | 0.50 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 2/9/2024 | CDT | Fee application preparation | 1.00 | | 4-5 |
| 2/9/2024 | CDT | Read and reply to various emails. | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/10/24 )** | **10.60** | **0.00** | |
| 2/13/2024 | CDT | Supplier claims call. | 0.50 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 2/16/2024 | CDT | Meeting w/ S. Kohler and A. Crnkovich re: next steps in claims reconciliations; meet w/ A. Crnkovich re: specific claims. | 0.50 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/17/24 )** | **1.00** | **0.00** | |
| 2/19/2024 | CDT | Monthly fee application preparation. | 1.00 | | 4-5 |
| **MON** | | **DAILY TOTALS** | **1.00** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|---|---|---|---|---|---|
| 2/21/2024 | CDT | Supplier claims call. | 0.50 | | 4-2 |
| 2/21/2024 | CDT | Call w/ A. Crnkovich and E. Hammes re: restating the claims reconciliation analysis. | 0.30 | | 4-2 |
| 2/21/2024 | CDT | Read and reply to various emails. | 0.20 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **1.00** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/24/24 )** | **2.00** | **0.00** | |
| 2/25/2024 | CDT | Call w/ A. Crnkovich re: waterfall and claims to review with M3 | 0.50 | | 4-2 |
| **SUN** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| 2/26/2024 | CDT | Meeting w/ M3 re: claims and waterfall | 0.50 | | 4-2 |
| 2/26/2024 | CDT | Read and reply to various emails. | 0.50 | | 4-2 |
| 2/26/2024 | CDT | Call w/ A. Crnkovich and E. Hammes re: updates to claims list and waterfall. | 0.30 | | 4-2 |
| 2/26/2024 | CDT | Reply to various emails. | 0.20 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| 2/27/2024 | CDT | Review and reply to emails. | 0.20 | | 4-2 |
| 2/27/2024 | CDT | Review and comment on Cognizant settlement agreement. | 0.30 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **0.50** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/29/24 )** | **2.50** | **0.00** | |
| | | **TOTAL - (February 1 to February 29, 2024 )** | **16.40** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/1/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and Silverman relating to the case | 1.30 | | 4-2 |
| 2/1/2024 | SK | Administration relating to the case | 0.50 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **1.80** | **0.00** | |
| 2/2/2024 | SK | Read emails and attachments from the company, vendors, attorneys, and Silverman related to the case | 0.60 | | 4-2 |
| 2/2/2024 | SK | Administration relating to the case. | 0.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **0.90** | **0.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/3/24 )** | **2.70** | **0.00** | |
| 2/5/2024 | SK | Finance meeting with Adam K., Michael Port, and Silverman | 0.80 | | 2-1 |
| 2/5/2024 | SK | Read emails and attachments from the company Attorneys, vendors, and Silverman relating to the case | 0.90 | | 4-2 |
| 2/5/2024 | SK | Began reading the revised plan  provided by W&C. | 1.20 | | 4-2 |
| 2/5/2024 | SK | Read emails and attachments from the attorneys, vendors, company and Silverman relating to the case | 0.30 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **3.20** | **0.00** | |
| 2/6/2024 | SK | Call with Laval relating to claim reconciliation | 0.50 | | 3-3 |
| 2/6/2024 | SK | Reviewed the plan confirmation (Second modified first amended Plan) | 3.30 | | 4-2 |
| 2/6/2024 | SK | Reviewed the W&C plan checklist | 0.30 | | 4-2 |
| 2/6/2024 | SK | Read emails and reviewed attachments from the attorneys, the company, and Silverman relating to the case. | 0.40 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **4.50** | **0.00** | |
| 2/7/2024 | SK | Call between Silverman and Gretech regarding their claim | 0.30 | | 3-3 |
| 2/7/2024 | SK | Claim call with the company (Ed H., Adam K, Michael P., Melissa L.) and Silverman | 0.20 | | 4-2 |
| 2/7/2024 | SK | White and Case catch up call relating to the case and open items with Management (Adam K., Melissa L., and Michael P.) and Silverman | 0.70 | | 4-2 |
| 2/7/2024 | SK | Silverman meeting to discuss the claims and supporting documentation (Dino, Ellen, Alex, and Scott) | 1.30 | | 4-2 |
| 2/7/2024 | SK | Call with W&C (Fan and RJ) and Silverman to discuss confirmation and flow of funds in the plan | 1.00 | | 4-2 |
| 2/7/2024 | SK | Finance call with management (Adam K. and Michael P.) to discuss open issues | 0.30 | | 2-1 |
| 2/7/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and Silverman relating to the case | 0.80 | | 4-2 |
| 2/7/2024 | SK | Administrative activities related to the case | 0.40 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **5.00** | **0.00** | |
| 2/8/2024 | SK | Read emails and attachments from the Company, attorneys, vendors=,, and Silverman relating to the case | 0.70 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/8/2024 | SK | Call with Alex C. of Silverman relating to the claims and next steps communications with management. | 0.40 | | 4-2 |
| 2/8/2024 | SK | Administrative activities relating to the case | 0.20 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **1.30** | **0.00** | |
| | | | | | |
| 2/9/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and Silverman related to the case | 0.50 | | 4-2 |
| 2/9/2024 | SK | Administrative activities relating to the case | 0.40 | | 4-2 |
| 2/9/2024 | SK | Read emails and attachments relating to the case from the company management, and attorneys | 0.60 | | 4-2 |
| 2/9/2024 | SK | Reviewed claims and waterfall. | 0.30 | | 4-2 |
| 2/9/2024 | SK | Reviewed the cash flow for the case | 0.40 | | 4-2 |
| 2/9/2024 | SK | Read emails from Management, the attorneys, and Silverman relating to the case | 0.60 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **2.80** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/10/24 )** | **16.80** | **0.00** | |
| | | | | | |
| 2/12/2024 | SK | Finance meeting with Management (Adam K., and Micheal P.) and Silverman. | 0.60 | | 2-1 |
| 2/12/2024 | SK | Read emails and attachments from management, attorneys, vendors, and Silverman related to the case. | 0.50 | | 4-2 |
| 2/12/2024 | SK | Administration related to the case. | 0.20 | | 4-2 |
| 2/12/2024 | SK | Discussion with Alex related to claims and the case | 0.30 | | 4-2 |
| 2/12/2024 | SK | Reviewed emails and attachments from the company, vendors, attorneys, and Silverman related to the case | 0.50 | | 4-2 |
| 2/12/2024 | SK | Claims discussion with Alex C.  on open claims and review with management | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **2.60** | **0.00** | |
| | | | | | |
| 2/13/2024 | SK | Claims call with management (Adam K., Edward H., Melissa L., and Michael P.) with Silverman. | 0.80 | | 4-2 |
| 2/13/2024 | SK | Claims discussions with Alex C. of Silverman. | 1.00 | | 4-2 |
| 2/13/2024 | SK | Discussion between Harco related to their claim | 0.50 | | 3-3 |
| 2/13/2024 | SK | Read emails and attachments from the Company management, vendors, attorneys, and Silverman relating to the case. | 0.50 | | 4-2 |
| 2/13/2024 | SK | Administration relating to the case | 0.20 | | 4-2 |
| 2/13/2024 | SK | Read emails and attachments from the company, attorneys, vendors relating to claims and Silverman relating to the case. | 0.60 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **3.60** | **0.00** | |
| | | | | | |
| 2/14/2024 | SK | Finance meeting with the management team (Adam K. and Michael P.) and Silverman | 0.50 | | 2-1 |
| 2/14/2024 | SK | Reviewed draft of cash flow. | 0.60 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **1.10** | **0.00** | |
| | | | | | |
| 2/15/2024 | SK | Read emails and attachments from the Company, Attorneys, Vendors, and Silverman relating to the case | 0.70 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/15/2024 | SK | Administration relating to the case | 0.10 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **0.80** | **0.00** | |
| | | | | | |
| 2/16/2024 | SK | Claims discussions and review based on discussions with Alec C. of Silverman | 1.30 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.30** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/17/24 )** | **9.40** | **0.00** | |
| | | | | | |
| 2/19/2024 | SK | Call with Alex C. of Silverman to discuss claims | 0.50 | | 4-2 |
| 2/19/2024 | SK | Worked on the open claims associated with the case | 1.10 | | 4-2 |
| 2/19/2024 | SK | Read emails and attachments from the company, attorney, vendors, and Silverman related to the case and responded as needed. | 0.50 | | 4-2 |
| 2/19/2024 | SK | Worked on open claims against the estate and reconciliations. | 0.90 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **3.00** | **0.00** | |
| | | | | | |
| 2/20/2024 | SK | Reviewed fee application | 1.00 | | 4-5 |
| 2/20/2024 | SK | Discussion with Management and Silverman on additional claims negotiations | 0.50 | | 4-2 |
| 2/20/2024 | SK | Call with Silverman and Haines to discuss the Sharp claim | 0.50 | | 3-3 |
| 2/20/2024 | SK | Read emails and attachments from the company, Silverman relating to the case, vendors, and attorneys responded as necessary | 0.60 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **2.60** | **0.00** | |
| | | | | | |
| 2/21/2024 | SK | Claims call with management (Adam K., Michael P., Melissa L., Edward H.) and Silverman | 0.60 | | 4-2 |
| 2/21/2024 | SK | Read emails and attachments from company, attorneys, vendors, and Silverman related to the case, responded as necessary | 0.40 | | 4-2 |
| 2/21/2024 | SK | Finance meeting with company management (Adam K and Michael P.) and Silverman | 1.10 | | 2-1 |
| 2/21/2024 | SK | Discussion with Management (Ed, Adam, etc.) and Silverman on specific engineering issues | 0.70 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **2.80** | **0.00** | |
| | | | | | |
| 2/22/2024 | SK | Read emails and attachments from the company, attorneys., vendors, and Silverman related to the case. Responded as necessary | 0.60 | | 4-2 |
| 2/22/2024 | SK | Discussion with Alec C. related to claims | 0.30 | | 4-2 |
| 2/22/2024 | SK | Call with W&C , company management and Silverman related to the claims reserve | 0.70 | | 4-2 |
| 2/22/2024 | SK | Read emails and attachments from attorneys, management, vendors, and Silverman related to the case. | 0.60 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **2.20** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/23/2024 | SK | Read emails and attachments from the company attorneys, vendors, and Silverman relating to the case | 0.40 | | 4-2 |
| 2/23/2024 | SK | Worked on claims and had discussions with Alex C. | 0.80 | | 4-2 |
| 2/23/2024 | SK | Administrative activities relating to the case | 0.20 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.40** | **0.00** | |

| | | **WEEKLY TOTAL - ( W/E 2/24/24 )** | **12.00** | **0.00** | |
|---|---|---|---|---|---|

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/26/2024 | SK | Call with EC (Rob and Matthew), Adam K. , and Dino T. of Silverman to discuss the claims spreadsheet sent to the EC by W&C. | 0.50 | | 4-2 |
| 2/26/2024 | SK | Read Emails and Attachments from the company.  vendors, attorneys, and Silverman relating to the case. Responded as necessary. | 0.60 | | 4-2 |
| 2/26/2024 | SK | Finance call with the company (Adam and Michael P.) and Silverman (Ellen and Scott) to discuss open issues and work needing to get done. | 1.00 | | 2-1 |
| 2/26/2024 | SK | Follow up on open issues relating to the finance call with management. | 0.50 | | 2-1 |
| 2/26/2024 | SK | Call with Alex to discuss vendor claims and rejections. | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **3.10** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/27/2024 | SK | Read emails and attachments relating to the case from Management, vendors, attorneys, and Silverman relating to the case | 0.80 | | 4-2 |
| 2/27/2024 | SK | Reviewed the waterfall and claims schedule | 0.90 | | 4-2 |
| 2/27/2024 | SK | Read emails and attachments from the company, vendors, attorneys, and Silverman relating to the case. | 0.40 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **2.10** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/28/2024 | SK | Supplier claim call with Management (Ed H., Adam K., Melissa L., and Michael P.) and Silverman | 1.00 | | 4-2 |
| 2/28/2024 | SK | Discussion with Alec C. of Silverman on claims | 0.50 | | 4-2 |
| 2/28/2024 | SK | Finance call (Adam K. and Michael P.) and Silverman (Ellen, Alex , and Scott) | 1.10 | | 2-1 |
| 2/28/2024 | SK | Read emails and attachments from the company, attorneys, vendors, and Silverman | 0.60 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **3.20** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/29/2024 | SK | Worked on open claims with Alex C. | 0.40 | | 4-2 |
| 2/29/2024 | SK | Read emails and attachments from the company, attorney, vendors, and Silverman related to the case. | 0.60 | | 4-2 |
| 2/29/2024 | SK | Administration relating to the case. | 0.30 | | 4-2 |
| 2/29/2024 | SK | Read emails and attachments from vendors and Silverman. | 0.40 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **1.70** | **0.00** | |

| | | **WEEKLY TOTAL - ( W/E 2/29/24 )** | **10.10** | **0.00** | |
|---|---|---|---|---|---|

| Date | Consultant | Description | Billable | No Charge |
|------|-----------|-------------|----------|-----------|
| | | **TOTAL - (February 1 to February 29, 2024 )** | **51.00** | **0.00** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/1/2024 | EH | Administrative activities relating to the bankruptcy | 1.20 | | **4-2** |
| 2/1/2024 | EH | Interim fee application (Oct - Dec) | 2.20 | | **4-5** |
| 2/1/2024 | EH | Read and respond to various emails related to bankruptcy | 0.30 | | **4-2** |
| 2/1/2024 | EH | Calls with mgmt to discuss Cash flow forecast and waterfall | 0.80 | | **1-3** |
| 2/1/2024 | EH | Vendor claims reconciliation and updates to the waterfall | 3.20 | | **4-2** |
| **THURS** | | **DAILY TOTALS** | **7.70** | **0.00** | |
| | | | | | |
| 2/2/2024 | EH | Administrative activities relating to the bankruptcy | 0.30 | | **4-2** |
| 2/2/2024 | EH | Interim fee application (Oct - Dec) | 4.40 | | **4-5** |
| 2/2/2024 | EH | Claims discussion/reconciliation | 0.60 | | **4-2** |
| **FRI** | | **DAILY TOTALS** | **5.30** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/3/24 )** | **13.00** | **0.00** | |
| | | | | | |
| 2/5/2024 | EH | Administrative activities relating to the bankruptcy | 0.20 | | **4-2** |
| 2/5/2024 | EH | Update cash forecast for the week/waterfall analysis | 3.00 | | **1-3** |
| 2/5/2024 | EH | Weekly Finance Meeting | 0.50 | | **2-1** |
| 2/5/2024 | EH | Professional fee estimates | 1.00 | | **1-3** |
| 2/5/2024 | EH | Reserve updates | 0.20 | | **1-3** |
| 2/5/2024 | EH | Administrative activities relating to the bankruptcy | 0.70 | | **4-2** |
| 2/5/2024 | EH | Read and respond to various emails related to bankruptcy | 0.70 | | **4-2** |
| **MON** | | **DAILY TOTALS** | **6.30** | **0.00** | |
| | | | | | |
| 2/6/2024 | EH | Professional fees and legal accrual | 2.70 | | **2-1** |
| 2/6/2024 | EH | Update cash forecast for the week/waterfall analysis | 0.30 | | **1-3** |
| 2/6/2024 | EH | Update waterfall for claims analysis | 1.50 | | **1-3** |
| 2/6/2024 | EH | Update cash forecast for the week/waterfall analysis | 1.30 | | **1-3** |
| **TUE** | | **DAILY TOTALS** | **5.80** | **0.00** | |
| | | | | | |
| 2/7/2024 | EH | Supplier claims call | 0.30 | | **4-2** |
| 2/7/2024 | EH | W&C catch up call | 0.60 | | **4-2** |
| 2/7/2024 | EH | Update cash forecast for the week/waterfall analysis | 0.40 | | **1-3** |
| 2/7/2024 | EH | Work Product Review call w/ Silverman team | 1.50 | | **4-2** |
| 2/7/2024 | EH | Call with W&C to discuss plan flow of funds | 0.90 | | **4-2** |
| 2/7/2024 | EH | Weekly Finance Meeting | 0.50 | | **2-1** |
| 2/7/2024 | EH | Update cash forecast for the week/waterfall analysis | 0.30 | | **1-3** |
| 2/7/2024 | EH | Legal accrual January | 1.50 | | **2-1** |
| 2/7/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | **4-2** |
| 2/7/2024 | EH | Administrative activities relating to the bankruptcy | 0.90 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **7.90** | **0.00** | |
| | | | | | |
| 2/8/2024 | EH | Update cash forecast for the week/waterfall analysis | 0.90 | | **1-3** |
| 2/8/2024 | EH | Legal accrual January | 2.00 | | **2-1** |
| 2/8/2024 | EH | Contract rejection damages | 0.80 | | **1-2** |
| 2/8/2024 | EH | Contract rejection damages call with A. Crnkovich and D. Tsitsis | 0.50 | | **1-2** |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/8/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | 4-2 |
| 2/8/2024 | EH | Administrative activities relating to the bankruptcy | 1.00 | | 4-2 |
| **THURS** | | **DAILY TOTALS** | **6.20** | **0.00** | |
| | | | | | |
| 2/9/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | 4-2 |
| 2/9/2024 | EH | Administrative activities relating to the bankruptcy | 1.20 | | 4-2 |
| 2/9/2024 | EH | Call with A. Crnkovich to discuss contracts | 0.50 | | 1-2 |
| 2/9/2024 | EH | Review contract rejection damages | 1.20 | | 1-2 |
| 2/9/2024 | EH | January Fee Application | 2.00 | | 4-5 |
| **FRI** | | **DAILY TOTALS** | **5.90** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/10/24 )** | **32.10** | **0.00** | |
| | | | | | |
| 2/12/2024 | EH | Update cash forecast for the week/waterfall analysis | 4.00 | | 1-3 |
| 2/12/2024 | EH | Read and respond to various emails related to bankruptcy | 1.50 | | 4-2 |
| 2/12/2024 | EH | Administrative activities relating to the bankruptcy | 0.90 | | 4-2 |
| 2/12/2024 | EH | Professional fee email updates | 1.20 | | 1-2 |
| 2/12/2024 | EH | Weekly Finance Meeting | 0.50 | | 2-1 |
| **MON** | | **DAILY TOTALS** | **8.10** | **0.00** | |
| | | | | | |
| 2/13/2024 | EH | Update cash forecast for the week/waterfall analysis | 3.00 | | 1-3 |
| 2/13/2024 | EH | Supplier claims call | 0.90 | | 4-2 |
| 2/13/2024 | EH | KPMG Audit Meeting | 0.50 | | 2-1 |
| 2/13/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 2/13/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | 4-2 |
| **TUES** | | **DAILY TOTALS** | **5.40** | **0.00** | |
| | | | | | |
| 2/14/2024 | EH | Update cash forecast for the week/waterfall analysis | 2.00 | | 1-3 |
| 2/14/2024 | EH | Weekly Finance Meeting | 0.50 | | 2-1 |
| 2/14/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 2/14/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **3.50** | **0.00** | |
| | | | | | |
| 2/15/2024 | EH | January MOR | 1.30 | | 4-3 |
| 2/15/2024 | EH | January Fee Application | 6.00 | | 4-5 |
| 2/15/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 2/15/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **8.30** | **0.00** | |
| | | | | | |
| 2/16/2024 | EH | Administrative activities relating to the bankruptcy | 1.20 | | 4-2 |
| 2/16/2024 | EH | Read and respond to various emails related to bankruptcy | 0.80 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **2.00** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/17/24 )** | **27.30** | **0.00** | |
| | | | | | |
| 2/19/2024 | EH | Update cash forecast for the week/waterfall analysis | 3.00 | | 1-3 |
| 2/19/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |

| Date | Consultant | Description | Billable | No Charge | |
|------|-----------|-------------|----------|-----------|---|
| 2/19/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **4.50** | **0.00** | |
| | | | | | |
| 2/20/2024 | EH | Update cash forecast for the week/waterfall analysis | 4.30 | | 1-3 |
| 2/20/2024 | EH | January Fee Application | 0.80 | | 4-5 |
| 2/20/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 2/20/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | 4-2 |
| **TUE** | | **DAILY TOTALS** | **6.10** | **0.00** | |
| | | | | | |
| 2/21/2024 | EH | Supplier claims call | 0.70 | | 4-2 |
| 2/21/2024 | EH | Accrued expense reconciliation to waterfall analysis | 1.00 | | 1-3 |
| 2/21/2024 | EH | Weekly Finance Meeting | 1.20 | | 2-1 |
| 2/21/2024 | EH | Update board deck for changes in waterfall and professional fee holdback payment | 2.00 | | 1-3 |
| 2/21/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 2/21/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | 4-2 |
| **WED** | | **DAILY TOTALS** | **5.90** | **0.00** | |
| | | | | | |
| 2/22/2024 | EH | Sullivan & Cromwell billings | 0.50 | | 1-3 |
| 2/22/2024 | EH | Administrative activities relating to the bankruptcy | 0.80 | | 4-2 |
| 2/22/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | 4-2 |
| 2/22/2024 | EH | Call with W&C to discuss claims reserve | 0.70 | | 4-2 |
| **THUR** | | **DAILY TOTALS** | **3.00** | **0.00** | |
| | | | | | |
| 2/23/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| 2/23/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | 4-2 |
| **FRI** | | **DAILY TOTALS** | **1.50** | **0.00** | |
| | | | | | |
| | | **WEEKLY TOTAL - ( W/E 2/24/24 )** | **21.00** | **0.00** | |
| | | | | | |
| 2/26/2024 | EH | Weekly Finance Meeting | 1.00 | | 2-1 |
| 2/26/2024 | EH | Call with A. Crnkovich and D. Tsitsis re: claims and waterfall | 0.50 | | 4-2 |
| 2/26/2024 | EH | Update waterfall analysis w/ A Crnkovich | 0.50 | | 4-2 |
| 2/26/2024 | EH | Update cash forecast for the week/waterfall analysis | 2.00 | | 1-3 |
| 2/26/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | 4-2 |
| 2/26/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | 4-2 |
| **MON** | | **DAILY TOTALS** | **5.00** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/27/2024 | EH | Update cash forecast for the week/waterfall analysis | 5.30 | | **1-3** |
| 2/27/2024 | EH | Read and respond to various emails related to bankruptcy | 1.00 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **6.30** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/28/2024 | EH | Update cash forecast for the week/waterfall analysis | 0.40 | | **1-3** |
| 2/28/2024 | EH | Professional fee updates | 0.70 | | **1-3** |
| 2/28/2024 | EH | Weekly Finance Meeting | 1.10 | | **2-1** |
| 2/28/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| 2/28/2024 | EH | Supplier claims call | 0.50 | | **4-2** |
| 2/28/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | **4-2** |
| **WED** | | **DAILY TOTALS** | **3.70** | **0.00** | |

| Date | Consultant | Description | Billable | No Charge | |
|------|------------|-------------|----------|-----------|---|
| 2/29/2024 | EH | Professional fees and February legal accrual | 3.00 | | **2-1** |
| 2/29/2024 | EH | Administrative activities relating to the bankruptcy | 0.50 | | **4-2** |
| 2/29/2024 | EH | Read and respond to various emails related to bankruptcy | 0.50 | | **4-2** |
| **TUES** | | **DAILY TOTALS** | **4.00** | **0.00** | |

| | | **WEEKLY TOTAL - ( W/E 2/29/24 )** | **19.00** | **0.00** | |
|---|---|---|---|---|---|

| | | **TOTAL - (February 1 to February 29, 2024 )** | **112.40** | **0.00** | |
|---|---|---|---|---|---|

| Date | Consultant | Description | Time | |
|------|-----------|-------------|------|---|
| 2/2/2024 | SAN | January MORs | 0.50 | 4-3 |
| **FRI** | | **DAILY TOTALS** | **0.50** | |
| | | **WEEKLY TOTAL - ( W/E 2/3/24 )** | **0.50** | |
| 2/5/2024 | SAN | January MORs | 1.40 | 4-3 |
| **MON** | | **DAILY TOTALS** | **1.40** | |
| | | **WEEKLY TOTAL - ( W/E 2/10/24 )** | **1.40** | |
| 2/12/2024 | SAN | January MORs | 0.20 | 4-3 |
| **MON** | | **DAILY TOTALS** | **0.20** | |
| 2/14/2024 | SAN | January MORs | 0.60 | 4-3 |
| **WED** | | **DAILY TOTALS** | **0.60** | |
| 2/15/2024 | SAN | January MORs | 0.20 | 4-3 |
| **THUR** | | **DAILY TOTALS** | **0.20** | |
| 2/16/2024 | SAN | January MORs | 3.00 | 4-3 |
| **FRI** | | **DAILY TOTALS** | **3.00** | |
| | | **WEEKLY TOTAL - ( W/E 2/17/24 )** | **4.00** | |
| 2/20/2024 | SAN | January MOR | 0.50 | 4-3 |
| **TUES** | | **DAILY TOTALS** | **0.50** | |
| | | **WEEKLY TOTAL - ( W/E 2/24/24 )** | **0.50** | |
| 2/26/2024 | SAN | Amended December MORs and January MORs | 2.90 | 4-3 |
| **MON** | | **DAILY TOTALS** | **2.90** | |
| | | **WEEKLY TOTAL - ( W/E 2/29/24 )** | **2.90** | |
| | | **TOTAL - (February 1 to February 29, 2024 )** | **9.30** | |

**Silverman Consulting**
**Fee Application - Expenses**
**Lordstown Motor Corporation**

Case No. 23-10831

| Consultant | Date | # People | Description | Reason | Category | Billable |
|---|---|---|---|---|---|---|
| | | | TOTAL MM | | | 0.00 |

| Consultant | Date | # People | Description | Reason | Category | Billable |
|---|---|---|---|---|---|---|
| | | | TOTAL WB | | | 0.00 |

| | | | TOTAL FEBRUARY 1-29, 2024 | | | 0.00 |