Debtor: Lordstown EV Corporation Case No. 23-10832 (MFW)
 Reporting Period: February 2024

## General Notes to Monthly Operating Report and Supporting Documentation

The Debtors have prepared the MOR with the assistance of their advisors and professionals solely for the purpose of complying with the reporting requirements applicable to the Chapter 11 Cases.  The financial and supplemental information contained herein is unaudited and is not prepared in accordance with Generally Accepted Principles in the United States (GAAP) nor in accordance with securities laws or other applicable non-bankruptcy law.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist.

The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

The amounts reflected for Total Current Assets, Other Assets (Cumulative Funding of / Investment in Subsidiary, and Total Assets each include, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>To be clear, the amounts do not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value</u>.

Certain portions of the Debtors' prepetition contingent liabilities reflect disputed liabilities that are subject to compromise, and all rights of all Debtors are reserved with respect to such liabilities and their allocation.

## General Notes to Balance Sheet and Statement of Operations Attachments

These financial statements were prepared by the Debtors' management and are preliminary and subject to final quarter-end closing adjustments, which have not been fully completed prior to preparation of this MOR.

**Debtor:** Lordstown EV Corporation                                   **Case #:**    23-10832

**Cash Receipts Listing**

| TRX Date | Received From | Category | Amount | Bank Account Number |
|---|---|---|---:|---:|
| 2/9/2024 | Foxconn EV Systems | Vehicle Repurchase | 300,000.00 | 7675 |
| 2/12/2024 | Federal Unemployment Tax Refund | Tax Refund | 35,248.45 | 7675 |
| 2/16/2024 | THYSSENKRUPP FIN | Vendor Credit | 585.48 | 7675 |
| 2/21/2024 | RICHARDS LAYTON & FINGER | Return of legal retainer | 81,493.00 | 7725 |
| 2/22/2024 | PCARD Rebate | Interest Income | 950.86 | 7736 |
| 2/23/2024 | Paylocity | Payroll | 530.59 | 7592 |
| 2/27/2024 | COHEN RECYCLING | Vehicle Scrap | 11,600.00 | 7725 |
| Various | JPMorgan Chase Bank, N.A. | Dividends and interest | 373,921.43 | 4520 |
| 2/29/2024 | JPMorgan Chase Bank, N.A. | Interest | 128.46 | 7736 |
|  |  | **Total Receipts** | **804,458.27** |  |

**Debtor:** **Lordstown EV Corporation**  **Case #:** **23-10832**

**Cash Disbursement Listing**

| TRX Date | Paid To | Category | Amount | Bank Account Number |
|---|---|---|---:|---|
| 2/1/2024 | Paylocity | Payroll | $ 10,219.07 | 7592 |
| 2/1/2024 | Paylocity | Payroll | $ 6,960.31 | 7592 |
| 2/1/2024 | Paylocity | Payroll | $ 352.33 | 7592 |
| 2/1/2024 | Paylocity | Payroll | $ 251.40 | 7592 |
| 2/7/2024 | Green Shades Software, LLC | Other | $ 1,133.06 | 7675 |
| 2/9/2024 | Paylocity | Payroll | $ 1,707.09 | 7592 |
| 2/9/2024 | Delaware Government | Franchise Tax | $ 40,050.00 | 7675 |
| 2/12/2024 | Delaware Government | Franchise Tax | $ 300.00 | 7675 |
| 2/12/2024 | Delaware Government | Franchise Tax | $ 225.00 | 7675 |
| 2/12/2024 | Various | AP Disbursement 2 | $ 1,019,122.58 | 7675 |
| 2/14/2024 | Paylocity | Payroll | $ 55,956.26 | 7592 |
| 2/14/2024 | Paylocity | Payroll | $ 34,271.61 | 7592 |
| 2/14/2024 | Paylocity | Payroll | $ 14,207.69 | 7592 |
| 2/14/2024 | Paylocity | Payroll | $ 2,353.86 | 7592 |
| 2/15/2024 | JPMorgan Chase | Bank fees | $ 780.58 | 7360 |
| 2/20/2024 | Paylocity | 401K True Up | $ 56,251.71 | 7592 |
| 2/20/2024 | Paylocity | Monthly Billing | $ 704.82 | 7592 |
| 2/26/2024 | Various | AP Disbursement 2 | $ 722,149.58 | 7675 |
| 2/26/2024 | Various | AP Disbursement 3 | $ 79,097.60 | 7675 |
| 2/28/2024 | Paylocity | Payroll | $ 53,768.56 | 7592 |
| 2/28/2024 | Paylocity | Payroll | $ 34,180.95 | 7592 |
| | | **Total Disbursements** | **2,134,044.06** | |

**Debtor:** Lordstown EV Corporation                                                                                    **Case #:** 23-10832

Cash Disbursement Listing - Detail for AP Disbursements

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|
| 2/9/2024 | V02680 | Teoresi, Inc. | $ (7,000.00) | Other |
| 2/9/2024 | V02680 | Teoresi, Inc. | $ (7,636.00) | Other |
| 2/9/2024 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (1,405.00) | Other |
| 2/9/2024 | V03630 | Toppan Merrill USA Inc dba Toppan Merrill LLC | $ (1,900.00) | Other |
| 2/9/2024 | V05260 | Armor Holdco, Inc. dba American Stock Transfer & Trust Company, LLC | $ (1,223.35) | Other |
| 2/9/2024 | V11800 | Nelson Mullins Riley & Scarborough LLP | $ (413.25) | Legal |
| 2/9/2024 | V15790 | White & Case, LLP | $ (791,570.40) | Legal |
| 2/9/2024 | V15860 | Kurtzman Carson Consultants, LLC | $ (131,293.53) | Consulting |
| 2/9/2024 | V15860 | Kurtzman Carson Consultants, LLC | $ (11,642.37) | Consulting |
| 2/9/2024 | V15940 | Kekst and Company, Incorporated | $ (29,277.15) | Consulting |
| 2/9/2024 | V15940 | Kekst and Company, Incorporated | $ (34,911.53) | Consulting |
| 2/9/2024 | V16100 | Artilus, Inc | $ (850.00) | Other |
| | | **Total AP Disbursement 1** | **$ (1,019,122.58)** | |
| 2/26/2024 | V00080 | Baker Hostetler | $ (66,835.80) | Legal |
| 2/26/2024 | V16040 | Brown Rudnick LLP | $ (297,727.04) | Legal |
| 2/26/2024 | V09740 | FTI Consulting, Inc. | $ (16,331.79) | Consulting |
| 2/26/2024 | V13360 | Haynes and Boone, LLP | $ (26,136.00) | Legal |
| 2/26/2024 | V16000 | Huron Consulting Group Inc, DBA Huron Consulting Services LLC | $ (87,524.00) | Consulting |
| 2/26/2024 | V04430 | KPMG LLP | $ (17,222.56) | Consulting |
| 2/26/2024 | V15860 | Kurtzman Carson Consultants, LLC | $ (5,023.39) | Consulting |
| 2/26/2024 | V11800 | Nelson Mullins Riley & Scarborough LLP | $ (1,033.12) | Legal |
| 2/26/2024 | V15840 | Silverman Consulting, Inc | $ (113,688.08) | Consulting |
| 2/26/2024 | V16010 | Troutman Pepper Hamilton Sanders LLP | $ (90,627.80) | Legal |
| | | **Total AP Disbursement 2** | **$ (722,149.58)** | |

**Debtor:** Lordstown EV Corporation  **Case #:** 23-10832

**Cash Disbursement Listing - Detail for AP Disbursements**

| Posting Date | Bal. Account No. | Description | Amount | Category |
|---|---|---|---|---|
| 2/26/2024 | V16100 | Artilus, Inc | $ (7,959.92) | Other |
| 2/26/2024 | V03600 | Digital Media Innovations, LLC | $ (4,003.12) | Other |
| 2/26/2024 | V10440 | Infosys Limited | $ (1,590.00) | Other |
| 2/26/2024 | V15860 | Kurtzman Carson Consultants, LLC | $ (64,406.78) | Consulting |
| 2/26/2024 | V00330 | SKYNET INNOVATIONS | $ (1,137.78) | Software |
| | | **Total AP Disbursement 3** | **$ (79,097.60)** | |

## Lordstown EV Corporation
## Balance Sheet
## As of February 29, 2024 (1)

### ASSETS

**Current Assets**

| | | |
|---|---:|---|
| Cash, Cash Equivalents and Short-term Investments | $ 81,537,184 | |
| Accounts Receivable | - | |
| Inventory, net | - | |
| Prepaid Expenses and Other | 3,160,093 | |
| **Total Current Assets** | **84,697,277** | |
| | | |
| **Property, Plant & Equipment** | | |
| Property, Plant & Equipment, net | - | |
| | | |
| **Other Assets** | | |
| Right of Use Assets | - | |
| Cumulative Funding of / Investment in Subsidiary | 148,547 | (2) |
| Receivable from Subsidiary | - | |
| **Total Other Assets** | **148,547** | (3) |
| | | |
| **Total Assets** | **$ 84,845,824** | (3) |

### LIABILITIES AND SHAREHOLDERS' EQUITY

**Current Liabilities**

| | |
|---|---:|
| Accounts Payable - post-petition | $ 2,045,677 |
| Accounts Payable - pre-petition | 2,830,755 |
| Accrued Expenses - post-petition | 12,802,413 |
| Accrued Expenses - pre-petition | 17,175,399 |
| Right of Use Liabilities, current | - |
| **Total Current Liabilities** | **34,854,244** |
| | |
| **Long-Term Liabilities** | |
| Right of Use Liabilities, long-term | - |
| | - |
| **Total Long-Term Liabilities** | **-** |
| | |
| **Total Liabilities** | **34,854,244** |
| | |
| **Shareholders' Equity** | |
| Common Stock | - |
| Additional Paid-In Capital | 1,166,716,856 |
| Retained Earnings | (1,116,725,276) |
| **Total Shareholders' Equity** | **49,991,580** |
| | |
| **Total Liabilities and Shareholders' Equity** | **$ 84,845,824** |

See Notes to Financial Statements

Lordstown EV Corporation
Statement of Operations
For the month ended February 29, 2024

| | | |
|---|---:|---:|
| Revenues | $ | - |
| Total Revenues | | - |
| | | |
| Operating Expenses: | | |
|     Employee Expenses | $ | 293,983 |
|     Professional Fees | | 210,604 |
|     Legal Fees | | (523,372) |
|     Bankruptcy Expenses | | 2,773,814 |
|     Insurance Expense | | 580,333 |
|     Rent Expense | | 11,827 |
|     Freight Expense | | - |
|     Shop and Misc. Expense | | 4,354 |
|     Office and shop expenses | | - |
|     Other | | 16,688 |
|     Total Operating Expenses | | 3,368,230 |
| | | |
| Other Income/(Expense): | | |
|     Interest and Dividend Income | | 375,001 |
|     Gain/(Loss) on Sale of Assets | | - |
|     Other Income/(Expense) | | 11,405 |
| | | |
|     Total Other Income/(Expense) | | 386,406 |
| | | |
| Net Income/(Loss) | $ | (2,981,825) |

Debtor: Lordstown EV Corporation   Case No.23-10832 (MFW)
Reporting Period: February 2024

**Specific Notes to Financial Statements**

Note (1): The Debtors have historically accounted for and reported (and their accounting systems and practices were developed to account for and report) assets and liabilities on a consolidated basis and not on an entity-by-entity basis or Debtor-by-Debtor basis. Moreover, the Debtors' business has been operated on a consolidated basis with no allocation of assets and liabilities to different entities. In preparing this Monthly Operating Report, the Debtors have reported the assets, liabilities, and other information herein on a deconsolidated basis based on certain assumptions which may or not ultimately be proven valid. In light of the foregoing, this report is subject to material change and should not be construed as constituting a definitive determination regarding the allocation of particular assets or liabilities as among the Debtors (and there is a significant likelihood that such allocation will not be possible). The rights of all Debtors (and each of their estates) with respect to these issues are reserved.

Note (2): The amount reflected represents the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted</u>.

Note (3): The amount reflected includes, without limitation, the cumulative funding/investment by Lordstown EV Corporation to or in its subsidiary Lordstown EV Sales LLC. <u>The amount does not reflect the fair value amount and no fair value analysis or impairment has been conducted with respect to such funding/investment and any related equity value.</u>