**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**April 11, 2024, at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF SEVENTH MONTHLY STAFFING AND**
**COMPENSATION REPORT OF HURON CONSULTING SERVICES LLC**
**FOR THE PERIOD FROM FEBRUARY 1, 2024, THROUGH FEBRUARY 29, 2024**[2]

**PLEASE TAKE NOTICE** that, on August 7, 2023, the Official Committee of Unsecured Creditors of Lordstown Motors Corp. and its affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") filed the *Application of Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Huron Consulting Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of the Retention Date* [Docket No. 235] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on August 23, 2023, the Court entered the *Order Authorizing the Employment and Retention of Huron Consulting Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of the Retention Date* [Docket No. 295] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Huron Consulting Group LLC hereby files its seventh monthly staffing and compensation report on the engagement for the period from February 1, 2024, through February 29, 2024 (the "Monthly Report"), in the form attached to the Monthly Report as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, objections, if any, to the Monthly Report must be filed with the Court on or before **April 11, 2024, at 4:00 p.m. (ET).**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals and Committee Members* [Docket No. 181].

169931650v1

Dated: March 22, 2024
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Tori L. Remington*
David M. Fournier (DE No. 2812)
Tori L. Remington (DE No. 6901)
Hercules Plaza, Suite 5100
1313 N. Market Street, Suite 5100
Wilmington, DE 19801
Telephone: (302) 777-6500
Email:  david.fournier@troutman.com
          tori.remington@troutman.com

-and-

Francis J. Lawall (admitted *pro hac vice*)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4451
Fax: (215) 981-4750
Email:  francis.lawall@troutman.com

-and-

Deborah Kovsky-Apap (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 808-2726
Fax: (212) 704-6288
Email: deborah.kovsky@troutman.com

-and-

Sean P. McNally (admitted *pro hac vice*)
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7317
Fax: (248) 359-7700
Email: sean.mcnally@troutman.com

*Counsel to the Official Committee of Unsecured Creditors*