# **Exhibit 1**

169931650v1

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.A**
**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| Professional | Title | Standard Rates | Hours | Standard Fees |
|---|---|---|---|---|
| Laura Marcero | Managing Director | $ 1,250 | 5.1 | $ 6,375.00 |
| Timothy Martin | Managing Director | $ 1,175 | 3.4 | 3,995.00 |
| Robert Loh | Senior Director | $ 975 | 23.4 | 22,815.00 |
| Holger Ericsson | Manager | $ 650 | 19.4 | 12,610.00 |
| Rommel Hernandez | Analyst | $ 450 | 6.3 | 2,835.00 |
| **Total Hours and Fees for Professionals** | | | 57.6 | $ 48,630.00 |
| | | | | |
| **Total Fees for Professionals** | | | | $ 48,630.00 |
| Less: 20% Holdback | | | | (9,726.00) |
| Total Fees for Professionals | | | | $ 38,904.00 |

**HURON CONSULTING SERVICES, LLC**
**EXHIBIT 1.B**

**SUMMARY OF HOURS AND FEES BY MATTER CODE**
**FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| Matter Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 2 | Claim Analysis | 9.2 | $ 8,970.00 |
| 5 | Cash Flow Analysis/Reporting | 31.5 | 23,360.00 |
| 6 | Meetings and Communications | 3.8 | 3,402.50 |
| 7 | Disclosure Statement / Plan of Reorganization | 8.4 | 7,995.00 |
| 12 | Retention and Fee Applications | 4.7 | 4,902.50 |
| | | | |
| | **Total Hours and Fees by Matter Category** | **57.6** | **$48,630.00** |

**Average Billing Rate**     **$844.27**

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 02/01/24 | Meeting with R. Loh to discuss case issues in advance of UCC update. | 0.7 | $ 1,250.00 | $ 875.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/01/24 | Prepare outline for presentation to UCC regarding recent results. | 0.6 | $ 975.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/01/24 | Meeting with L. Marcero to discuss case issues in advance of UCC update. | 0.7 | $ 975.00 | $ 682.50 |
| 6 | Meetings and Communications | Holger Ericsson | 02/01/24 | Participate in UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.8 | $ 650.00 | $ 520.00 |
| 6 | Meetings and Communications | Laura Marcero | 02/01/24 | Participate in UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.8 | $ 1,250.00 | $ 1,000.00 |
| 6 | Meetings and Communications | Rommel Hernandez | 02/01/24 | Partial participation on UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.5 | $ 450.00 | $ 225.00 |
| 6 | Meetings and Communications | Robert Loh | 02/01/24 | Participate in UCC update meeting covering post-petition cash flow, GUC reserve negotiations, etc. | 0.8 | $ 975.00 | $ 780.00 |
| 2 | Claim Analysis | Robert Loh | 02/02/24 | Email correspondence and follow ups with Debtors' FA (Silverman) regarding the classification of approximately 40 filed claims. | 0.6 | $ 975.00 | $ 585.00 |
| 2 | Claim Analysis | Robert Loh | 02/05/24 | Follow up with Debtors' FA (Silverman) regarding treatment of certain unsecured claims in connection with plan reserve negotiations. | 0.6 | $ 975.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/06/24 | Email correspondence with Debtors' FA (Silverman) regarding estimated professional fees for February 2024. | 0.2 | $ 975.00 | $ 195.00 |
| 2 | Claim Analysis | Robert Loh | 02/06/24 | Prepare summary for UCC counsel regarding the status of approximately 40 unsecured claims flagged for follow up with the Debtors. | 0.7 | $ 975.00 | $ 682.50 |
| 2 | Claim Analysis | Robert Loh | 02/06/24 | Update draft liquidation/claims analysis based on additional information received from the Debtors. | 0.8 | $ 975.00 | $ 780.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 02/06/24 | Review correspondence related to the Debtors' Second Modified First Amended Plan. | 0.6 | $ 975.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/07/24 | Initial review of the updated cashflow results through 02/03/24. | 0.8 | $ 650.00 | $ 520.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/07/24 | Revise updated 13 week cashflow analysis for the week ended 02/03/24. | 1.1 | $ 650.00 | $ 715.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/07/24 | Prepare UCC update materials covering the week ended 02/03/24. | 1.4 | $ 650.00 | $ 910.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 02/07/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 02/03. | 1.2 | $ 450.00 | $ 540.00 |
| 2 | Claim Analysis | Robert Loh | 02/07/24 | Prepare follow up for UCC counsel regarding potential contract rejection damage claims. | 0.9 | $ 975.00 | $ 877.50 |
| 2 | Claim Analysis | Robert Loh | 02/07/24 | Review updated list of contracts to be rejected and compare to prior version. | 1.1 | $ 975.00 | $ 1,072.50 |
| 2 | Claim Analysis | Robert Loh | 02/07/24 | Review case files for copies of contracts associated with list of contracts to be rejected. | 1.9 | $ 975.00 | $ 1,852.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/08/24 | Meeting with R. Loh regarding weekly UCC presentation and cumulative variances. | 0.9 | $ 650.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/08/24 | Review and revise weekly UCC update materials for the period ended 02/03/24. | 0.6 | $ 975.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/08/24 | Meeting with H. Ericsson to review weekly UCC presentation and cumulative variances. | 0.9 | $ 975.00 | $ 877.50 |
| 2 | Claim Analysis | Robert Loh | 02/08/24 | Review response from Debtor regarding claims classification inquiry. | 0.2 | $ 975.00 | $ 195.00 |
| 2 | Claim Analysis | Robert Loh | 02/08/24 | Telephone call with Counsel regarding the classification of claims by the Debtor. | 0.2 | $ 975.00 | $ 195.00 |
| 2 | Claim Analysis | Robert Loh | 02/08/24 | Prepare email to Debtors' FA (Silverman) regarding claims classified as either "Disputed" or "Ombudsman Review" on recent waterfall analyses. | 0.4 | $ 975.00 | $ 390.00 |
| 12 | Retention and Fee Applications | Robert Loh | 02/08/24 | Continue preparation of Huron's Second Interim Fee Application. | 1.2 | $ 975.00 | $ 1,170.00 |
| 2 | Claim Analysis | Robert Loh | 02/09/24 | Email correspondence with Counsel regarding the claims reserve. | 0.4 | $ 975.00 | $ 390.00 |
| 2 | Claim Analysis | Robert Loh | 02/09/24 | Review the Debtors' comparison of the face value of unsecured claims to expected allowed amounts and compare to previously prepared analyses. | 1.4 | $ 975.00 | $ 1,365.00 |
| 12 | Retention and Fee Applications | Robert Loh | 02/13/24 | Finalize draft of Huron's Second Interim Fee Application. | 0.6 | $ 975.00 | $ 585.00 |
| 12 | Retention and Fee Applications | Timothy Martin | 02/13/24 | Review of Huron's Second Interim Fee Application for the period October - December 2023. | 1.6 | $ 1,175.00 | $ 1,880.00 |
| 12 | Retention and Fee Applications | Robert Loh | 02/13/24 | Preparation of January 2024 monthly fee statement. | 1.3 | $ 975.00 | $ 1,267.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/14/24 | Initial review of the updated cashflow results through 02/10/24. | 0.9 | $ 650.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/14/24 | Revise updated 13 week cashflow analysis for the week ended 02/10/24. | 1.3 | $ 650.00 | $ 845.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/14/24 | Prepare UCC update materials covering the week ended 02/10/24. | 1.0 | $ 650.00 | $ 650.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 02/14/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 02/10. | 1.5 | $ 450.00 | $ 675.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/15/24 | Review and revise weekly UCC update materials for the period ended 02/10/24. | 0.5 | $ 975.00 | $ 487.50 |
| 6 | Meetings and Communications | Robert Loh | 02/15/24 | Prepare outline for presentation to UCC regarding recent results. | 0.9 | $ 975.00 | $ 877.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/21/24 | Initial review of the updated cashflow results through 02/17/24. | 1.6 | $ 650.00 | $ 1,040.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/21/24 | Prepare follow up for Silverman regarding variances noticed within updated cashflow forecast. | 0.8 | $ 650.00 | $ 520.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/21/24 | Revise updated 13 week cashflow analysis for the week ended 02/17/24. | 1.7 | $ 650.00 | $ 1,105.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/21/24 | Prepare UCC update materials covering the week ended 02/17/24. | 0.6 | $ 650.00 | $ 390.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 02/21/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 02/17. | 1.8 | $ 450.00 | $ 810.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/22/24 | Prepare email update for UCC counsel regarding results through 02/17/24. | 0.4 | $ 975.00 | $ 390.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/22/24 | Additional updates to cash flow forecast analysis based on additional feedback from Silverman. | 0.5 | $ 650.00 | $ 325.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 02/22/24 | Review weekly status update regarding cash flow through 02/17. | 0.9 | $ 1,250.00 | $ 1,125.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/22/24 | Review and revise weekly UCC update materials for the period ended 02/17/24. | 1.1 | $ 975.00 | $ 1,072.50 |
| 7 | Disclosure Statement / Plan of | Laura Marcero | 02/23/24 | Review updates related to modifications to Plan of Reorganization. | 0.4 | $ 1,250.00 | $ 500.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 02/23/24 | Review correspondence related to modifications of the Debtors' proposed Plan. | 0.5 | $ 1,175.00 | $ 587.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 02/23/24 | Email correspondence with Counsel regarding modifications to the Debtors' Plan of Reorganization. | 0.3 | $ 975.00 | $ 292.50 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 02/23/24 | Prepare a comparison of changes made to claims classifications and/or amounts in connection with the Second Modified First Amended Plan. | 0.6 | $ 975.00 | $ 585.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 02/23/24 | Analyze potential impact to GUC recoveries based on proposed revisions to the Plan of Reorganization. | 1.2 | $ 975.00 | $ 1,170.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Robert Loh | 02/27/24 | At the request of counsel, review and comment on certain portions of the draft confirmation brief. | 0.9 | $ 975.00 | $ 877.50 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/28/24 | Initial review of the updated cashflow results through 02/24/24. | 1.1 | $ 650.00 | $ 715.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/28/24 | Revise updated 13 week cashflow analysis for the week ended 02/24/24. | 1.2 | $ 650.00 | $ 780.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/28/24 | Prepare UCC update materials covering the week ended 02/24/24. | 1.0 | $ 650.00 | $ 650.00 |
| 5 | Cash Flow Analysis/Reporting | Holger Ericsson | 02/28/24 | Meeting with R. Hernandez to review cash flow presentation. | 0.4 | $ 650.00 | $ 260.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 02/28/24 | Review UCC update materials and correspondence from counsel regarding Plan status. | 1.2 | $ 1,250.00 | $ 1,500.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 02/28/24 | Meeting with H. Ericsson to review cash flow presentation. | 0.4 | $ 450.00 | $ 180.00 |
| 5 | Cash Flow Analysis/Reporting | Rommel Hernandez | 02/28/24 | Update the Debtors' weekly cash flow projections based on updates included in weekly reporting package through 02/24. | 0.9 | $ 450.00 | $ 405.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/29/24 | Correspondence with Counsel regarding updated cash flow projections through 03/23/24. | 0.2 | $ 975.00 | $ 195.00 |
| 5 | Cash Flow Analysis/Reporting | Robert Loh | 02/29/24 | Review and revise weekly UCC update materials for the period ended 02/24/24. | 0.6 | $ 975.00 | $ 585.00 |
| 5 | Cash Flow Analysis/Reporting | Laura Marcero | 02/29/24 | Review weekly status update regarding cash flow through 02/17. | 0.8 | $ 1,250.00 | $ 1,000.00 |
| 7 | Disclosure Statement / Plan of | Holger Ericsson | 02/29/24 | Review and summarize Lordstown's 2023 10K for disclosures related to the bankruptcy | 2.3 | $ 650.00 | $ 1,495.00 |

**Exhibit 1.C - Time Details**
**Financial Advisors to the Official Committee of Unsecured Creditors**

| Task Code | Task Code Description | Professional | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7 | Disclosure Statement / Plan of Reorganization | Laura Marcero | 02/29/24 | Review summary of Lordstown 10-K filing. | 0.3 | $ 1,250.00 | $ 375.00 |
| 7 | Disclosure Statement / Plan of Reorganization | Timothy Martin | 02/29/24 | Review summary of the LMC 10-K for 2023 in connection with Plan of Reorganization issues. | 1.3 | $ 1,175.00 | $ 1,527.50 |
| | | | | **TOTAL** | **57.6** | | **$ 48,630.00** |