# EXHIBIT A

**(Detailed Description, by Project Category, of Services Rendered During Fee Period)**

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 2



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/01/24 | D Kovsky-Apap | B320 | Conference with T. Remington re declaration in support of confirmation objection | 0.1 | 93.00 |
| 01/01/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall re confirmation objection | 0.2 | 186.00 |
| 01/01/24 | D Kovsky-Apap | B320 | Email Huron team re confirmation obection | 0.1 | 93.00 |
| 01/01/24 | D Kovsky-Apap | B320 | Revise draft confirmation objection | 1.2 | 1,116.00 |
| 01/01/24 | D Kovsky-Apap | B320 | Draft email to debtors' counsel re claims reserve | 0.2 | 186.00 |
| 01/01/24 | F Lawall | B320 | Review and revise plan objection | 1.3 | 1,768.00 |
| 01/01/24 | T Remington | B130 | Review 12.28 order authorizing sale of certain assets | 0.3 | 234.00 |
| 01/01/24 | T Remington | B320 | Conference with D. Kovsky re declaration in support of confirmation | 0.1 | 78.00 |
| 01/01/24 | T Remington | B320 | Review UST objection to plan confirmation | 0.4 | 312.00 |
| 01/01/24 | T Remington | B320 | Review revised plan objection to draft plan declaration | 1.2 | 936.00 |
| 01/01/24 | T Remington | B320 | Email D. Kovsky re: plan objection and declaration | 0.1 | 78.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall re NHTSA's proposed revisions to confirmation order | 0.1 | 93.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re confirmation hearing and plan objection | 0.4 | 372.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Telephone call with T. Remington re plan objection and declaration in support | 0.1 | 93.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Telephone call with D. Turetsky re status of SEC settlement and confirmation hearing | 0.2 | 186.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Further review of draft liquidation analysis | 0.3 | 279.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
Claim/Client File No. 23-10831-MFW
Page 3



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|-------|--------|
| 01/02/24 | D Kovsky-Apap | B320 | Conference with Huron team re liquidation analysis for plan objection | 0.3 | 279.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Telephone call with F. He re NHTSA's proposed revisions to confirmation order | 0.1 | 93.00 |
| 01/02/24 | D Kovsky-Apap | B320 | Draft email to debtors' counsel re NHTSA language and UCC's reservation of rights | 0.1 | 93.00 |
| 01/02/24 | F Lawall | B320 | Review objection and plan confirmation timing with internal team | 0.4 | 544.00 |
| 01/02/24 | F Lawall | B320 | Emails re plan objection comments with internal team | 0.3 | 408.00 |
| 01/02/24 | F Lawall | B320 | Emails re confirmation order language and closing issues | 0.4 | 544.00 |
| 01/02/24 | M Molitor | B110 | Review updated docket re critical dates re recently filed pleadings, and update critical dates calendar | 0.2 | 86.00 |
| 01/02/24 | T Remington | B320 | Telephone call with D. Kovsky re plan objection and declaration in support | 0.1 | 78.00 |
| 01/02/24 | T Remington | B320 | Review further revised liquidation analysis | 0.7 | 546.00 |
| 01/02/24 | T Remington | B190 | Review order approving stipulation between debtors and SEC re: extension of deadline to file claims | 0.2 | 156.00 |
| 01/03/24 | D Kovsky-Apap | B320 | Telephone call with D. Turetsky re status of confirmation hearing and objection deadline | 0.1 | 93.00 |
| 01/03/24 | D Kovsky-Apap | B320 | Correspondence with D. Turetsky and Troutman team re extension of objection deadline | 0.1 | 93.00 |
| 01/03/24 | D Kovsky-Apap | B320 | Telephone call with T. Remington re extending plan confirmation objection | 0.2 | 186.00 |
| 01/03/24 | D Kovsky-Apap | B190 | Correspondence with D. Turetsky and D. Baddley re extension of time to object to SEC's motion re non-dischargeability complaint | 0.1 | 93.00 |
| 01/03/24 | D Kovsky-Apap | B165 | Review Jefferies' second application for compensation | 0.3 | 279.00 |
| 01/03/24 | D Kovsky-Apap | B165 | Review Jefferies' retention order | 0.2 | 186.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 4



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/03/24 | D Kovsky-Apap | B165 | Draft email to debtors re discrepancy between Jefferies' fee application and retention order | 0.2 | 186.00 |
| 01/03/24 | F Lawall | B320 | Emails with D. Kovsky and D. Turetsky re confirmation issues | 0.3 | 408.00 |
| 01/03/24 | M Molitor | B110 | Update critical dates calendar | 0.2 | 86.00 |
| 01/03/24 | M Molitor | B320 | Email exchanges with D. Kovsky-Apap, F. Lawall, T. Remington re Committee's further extended deadline to object to confirmation | 0.2 | 86.00 |
| 01/03/24 | M Molitor | B160 | Email exchange with A. Ciccone re TPHS estimated fees and expenses for December, January | 0.1 | 43.00 |
| 01/03/24 | M Molitor | B160 | Email exchange with J. Kusch re invoice re TPHS December fee application | 0.1 | 43.00 |
| 01/03/24 | T Remington | B320 | Call with D. Kovsky re: extending plan confirmation objection | 0.2 | 156.00 |
| 01/03/24 | T Remington | B160 | Email M. Molitor re: December fee application | 0.1 | 78.00 |
| 01/03/24 | T Remington | B310 | Review order approving second stipulation extending deadline for SEC to file claim | 0.2 | 156.00 |
| 01/04/24 | D Kovsky-Apap | B320 | Conference with T. Remington re status of plan objection | 0.1 | 93.00 |
| 01/04/24 | D Kovsky-Apap | B320 | Telephone call with D. Turetsky re SEC discussions, plan process and SEC non-dischargeability complaint | 0.1 | 93.00 |
| 01/04/24 | D Kovsky-Apap | B150 | Draft email to Committee member responding to question re potential settlement | 0.4 | 372.00 |
| 01/04/24 | D Kovsky-Apap | B150 | Participate in Committee call | 0.5 | 465.00 |
| 01/04/24 | D Kovsky-Apap | B150 | Draft update to Committee | 0.1 | 93.00 |
| 01/04/24 | D Kovsky-Apap | B165 | Conference with D. Turetsky re Jefferies' fee application | 0.1 | 93.00 |
| 01/04/24 | D Kovsky-Apap | B310 | Telephone call with D. Turetsky re extending SEC's bar date | 0.1 | 93.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 5



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/04/24 | D Kovsky-Apap | B190 | Correspondence with F. Lawall and D. Baddley re status of SEC negotiations and meeting of Commissioners | 0.1 | 93.00 |
| 01/04/24 | D Kovsky-Apap | B190 | Review emails from SEC, debtors and equity committee re non-dischargeability complaint | 0.1 | 93.00 |
| 01/04/24 | D Kovsky-Apap | B310 | Correspondence with D. Turetsky and D. Baddley re extending SEC's bar date | 0.1 | 93.00 |
| 01/04/24 | F Lawall | B150 | Attend committee meeting | 0.5 | 680.00 |
| 01/04/24 | F Lawall | B320 | Review plan status and extensions of confirmation hearing | 0.3 | 408.00 |
| 01/04/24 | F Lawall | B190 | Call with SEC re update on nondischargeability complaint | 0.2 | 272.00 |
| 01/04/24 | M Molitor | B150 | Attend virtual Committee meeting, prepare minutes re same, email to D. Kovsky-Apap, F. Lawall re 12.21 Committee meeting minutes, comments on same | 0.8 | 344.00 |
| 01/04/24 | M Molitor | B150 | Email from D. Kovsky re 1.4 virtual Committee meeting | 0.1 | 43.00 |
| 01/04/24 | M Molitor | B160 | Email to T. Remington re TPHS December fee application | 0.1 | 43.00 |
| 01/04/24 | T Remington | B320 | Conference with D. Kovsky re status of plan objection | 0.1 | 78.00 |
| 01/04/24 | T Remington | B310 | Review claims register and SEC related deadlines | 0.7 | 546.00 |
| 01/05/24 | D Kovsky-Apap | B310 | Review SEC's proof of claim | 0.1 | 93.00 |
| 01/05/24 | D Kovsky-Apap | B191 | Telephone call with D. Turetsky re COC to give chairman access to D&O insurance | 0.1 | 93.00 |
| 01/05/24 | D Kovsky-Apap | B165 | Follow up with D. Turetsky re Jefferies' fee application | 0.1 | 93.00 |
| 01/05/24 | D Kovsky-Apap | B310 | Review motion and order re general counsel's severance claim | 0.2 | 186.00 |
| 01/05/24 | D Kovsky-Apap | B310 | Telephone call with D. Turetsky re general counsel's | 0.1 | 93.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 6



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| | | | severance claim | | |
| 01/05/24 | D Kovsky-Apap | B310 | Correspondence with debtors' counsel re stipulation to extend SEC bar date | 0.1 | 93.00 |
| 01/05/24 | D Kovsky-Apap | B110 | Conference with F. Lawall re general counsel's departure | 0.1 | 93.00 |
| 01/05/24 | D Kovsky-Apap | B110 | Review news article re general counsel's departure | 0.1 | 93.00 |
| 01/05/24 | F Lawall | B320 | Review plan issues with internal team | 0.3 | 408.00 |
| 01/05/24 | F Lawall | B110 | Conference with D. Kovsky re general counsel's departure | 0.1 | 136.00 |
| 01/05/24 | F Lawall | B310 | Review SEC proof of claim | 0.3 | 408.00 |
| 01/05/24 | F Lawall | B310 | Emails from SEC re proof of clalim | 0.1 | 136.00 |
| 01/05/24 | M Molitor | B110 | Update critical dates calendar | 0.3 | 129.00 |
| 01/05/24 | M Molitor | B185 | Review order rejecting leases and contracts [DI 889] re rejection damages claim deadline | 0.1 | 43.00 |
| 01/07/24 | D Kovsky-Apap | B191 | Correspondence with D. Turetsky re meeting with Ohio plaintiffs | 0.1 | 93.00 |
| 01/08/24 | D Kovsky-Apap | B155 | Conference with T. Remington re January 10 hearing | 0.1 | 93.00 |
| 01/08/24 | D Kovsky-Apap | B155 | Revise notice of agenda for January 10 hearing | 0.1 | 93.00 |
| 01/08/24 | D Kovsky-Apap | B310 | Review case law re standards for application of Rule 7023 to proofs of claim | 0.9 | 837.00 |
| 01/08/24 | D Kovsky-Apap | B140 | Correspondence with counsel for debtors and equity committee re proposed revised stay relief order | 0.2 | 186.00 |
| 01/08/24 | D Kovsky-Apap | B191 | Correspondence RJ Szuba and D. Turetsky re meeting with Ohio plaintiffs | 0.2 | 186.00 |
| 01/08/24 | D Kovsky-Apap | B191 | Conference with F. Lawall re meeting with Ohio | 0.2 | 186.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 7



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| | | | plaintiffs to discuss settlement | | |
| 01/08/24 | D Kovsky-Apap | B140 | Conference with F. Lawall re proposed revised stay relief order | 0.1 | 93.00 |
| 01/08/24 | D Kovsky-Apap | B140 | Review email and proposed revised order re stay relief to access insurance proceeds | 0.2 | 186.00 |
| 01/08/24 | D Kovsky-Apap | B320 | Telephone call with D. Turetsky re Court's intent to hold hearing on Jan. 10 and re status of GUC reserve | 0.2 | 186.00 |
| 01/08/24 | F Lawall | B191 | Emails to D. Kovsky re New York settlement meeting | 0.2 | 272.00 |
| 01/08/24 | F Lawall | B140 | Multiple emails re D&O issues and stay relief with D. Kovsky | 0.2 | 272.00 |
| 01/08/24 | F Lawall | B191 | Conference with D. Kovsky re meeting with Ohio plaintiffs to discuss setttlement | 0.2 | 272.00 |
| 01/08/24 | F Lawall | B140 | Conference with D. Kovsky re proposed revised stay relief order | 0.1 | 136.00 |
| 01/08/24 | M Molitor | B155 | Complete respective eCourt appearance registrations re 1.10 hearing for T. Remington, D. Kovsky-Apap, and F. Lawall, email to all regarding same | 0.3 | 129.00 |
| 01/08/24 | M Molitor | B155 | Review 1.10 hearing agenda re status of matters | 0.2 | 86.00 |
| 01/08/24 | M Molitor | B160 | Email to T. Remington re TPHS December application | 0.1 | 43.00 |
| 01/08/24 | M Molitor | B160 | Email to A. Ciccone, E. Hammes, M. Leonard, D. Kovky-Apap re TPHS estimated fee and expense total for December | 0.1 | 43.00 |
| 01/08/24 | M Molitor | B160 | Email exchanges with J. Kusch re December prebill re TPHS fee application, review prebill re fees and expenses | 0.2 | 86.00 |
| 01/08/24 | M Molitor | B150 | Revise minutes re 1.4 Committee virtual meeting | 0.6 | 258.00 |
| 01/08/24 | M Molitor | B150 | Email to D. Kovsky and F. Lawall re 1.4 virtual Committee meeting minutes | 0.1 | 43.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 8



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/08/24 | M Molitor | B155 | Email exchanges with T. Remington re eCourt appearance registration re 1.10 hearing for T. Remington, D. Kovsky-Apap, and F. Lawall | 0.2 | 86.00 |
| 01/08/24 | T Remington | B155 | Review 1.10 agenda | 0.1 | 78.00 |
| 01/08/24 | T Remington | B171 | Review notice of second quarterly statement regarding OCP payments | 0.2 | 156.00 |
| 01/08/24 | T Remington | B155 | Call with D. Kovsky re: status hearing | 0.1 | 78.00 |
| 01/08/24 | T Remington | B155 | Email M. Molitor re: status conference | 0.1 | 78.00 |
| 01/09/24 | D Kovsky-Apap | B171 | Review quarterly OCP statement | 0.2 | 186.00 |
| 01/09/24 | D Kovsky-Apap | B155 | Conference with F. Lawall and M. Molitor re January 10 hearing | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B320 | Review update from Huron team re discussion with debtors re GUC reserve | 0.2 | 186.00 |
| 01/09/24 | D Kovsky-Apap | B191 | Telephone call with D. Turetsky re meeting with Ohio plaintiffs and settlement issues | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B191 | Conference with F. Lawall re meeting with Ohio plaintiffs and settlement issues | 0.2 | 186.00 |
| 01/09/24 | D Kovsky-Apap | B191 | Follow up call with D. Turetsky re meeting with Ohio plaintiffs | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B165 | Review KCC fee application | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B140 | Review certification of counsel re stay relief | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B140 | Review emails from UST and equity committee re revised stay relief order | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B191 | Correspondence with F. Lawall and D. Baddley re status of potential settlement | 0.1 | 93.00 |
| 01/09/24 | D Kovsky-Apap | B320 | Review revised waterfall from debtors | 0.2 | 186.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 9



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/09/24 | D Kovsky-Apap | B320 | Conference with Huron team and F. Lawall re debtors' revised waterfall | 0.4 | 372.00 |
| 01/09/24 | D Kovsky-Apap | B191 | Correspondence with F. Lawall and D. Turetsky re update on potential settlement | 0.1 | 93.00 |
| 01/09/24 | F Lawall | B155 | Update issues for Wednesday hearing | 0.4 | 544.00 |
| 01/09/24 | F Lawall | B155 | Conference with D. Kovsky and M. Molitor re January 10 hearing | 0.1 | 136.00 |
| 01/09/24 | F Lawall | B320 | Review waterfall issues with Huron and D. Kovsky | 0.4 | 544.00 |
| 01/09/24 | F Lawall | B191 | Conference with D. Kovsky re meeting with Ohio plaintiffs and settlement issues | 0.2 | 272.00 |
| 01/09/24 | F Lawall | B191 | Email with D. Turestzky and SEC re settlement status | 0.3 | 408.00 |
| 01/09/24 | F Lawall | B191 | Review New York meeting issues | 0.4 | 544.00 |
| 01/09/24 | M Molitor | B110 | Review recently filed pleadings and update critical dates calendar | 0.2 | 86.00 |
| 01/09/24 | M Molitor | B110 | Email to D. Kovsky-Apap, F. Lawall, D. Fournier, T. Remington, S. Henry, J. Kusch, M. Willey, A. Sima re current critical dates calendar | 0.1 | 43.00 |
| 01/09/24 | M Molitor | B155 | Email exchanges with F. Lawall, D. Kovsky-Apap re matters scheduled for 1.10 hearing, adjournment of confirmation on the record | 0.2 | 86.00 |
| 01/09/24 | M Molitor | B160 | Update TPHS cumulative fee and expense status chart | 0.6 | 258.00 |
| 01/10/24 | S Henry | B320 | Prepare e-mail to F. Lawall re modified amended plan | 0.2 | 86.00 |
| 01/10/24 | D Kovsky-Apap | B155 | Participate in hearing | 0.3 | 279.00 |
| 01/10/24 | D Kovsky-Apap | B195 | Travel to and from White & Case's office for meeting with securities plaintiffs (billed at 50%) | 0.4 | 372.00 |
| 01/10/24 | D Kovsky-Apap | B191 | Participate in meeting with securities plaintiffs re | 5.6 | 5,208.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 10



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | settlement | | |
| 01/10/24 | D Kovsky-Apap | B191 | Correspondence with D. Baddley and R. Stark re SEC meeting to consider settlement | 0.1 | 93.00 |
| 01/10/24 | D Kovsky-Apap | B191 | Review SEC's revised proposed settlement | 0.4 | 372.00 |
| 01/10/24 | D Kovsky-Apap | B140 | Review order on stay relief | 0.1 | 93.00 |
| 01/10/24 | D Kovsky-Apap | B191 | Correspondence with J. Zakia re comments on SEC's revisions to settlement | 0.2 | 186.00 |
| 01/10/24 | F Lawall | B320 | Attend Ohio class action plan negotiations | 5.6 | 7,616.00 |
| 01/10/24 | F Lawall | B320 | Attend status conference | 0.3 | 408.00 |
| 01/10/24 | F Lawall | B320 | Call with D. Kovsky re plan confirmation | 0.1 | 136.00 |
| 01/10/24 | M Molitor | B170 | Review disclosures information re TPHS retention | 0.1 | 43.00 |
| 01/10/24 | T Remington | B155 | Attend 1.10 status conference | 0.3 | 234.00 |
| 01/10/24 | T Remington | B320 | Call with D. Kovsky re: plan confirmation | 0.1 | 78.00 |
| 01/10/24 | T Remington | B140 | Review revised order granting automatic stay relief to pay certain defense costs | 0.2 | 156.00 |
| 01/11/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall, D. Turetsky and M. Molitor re plan objection extension | 0.1 | 93.00 |
| 01/11/24 | D Kovsky-Apap | B150 | Review email update to Committee members | 0.1 | 93.00 |
| 01/11/24 | D Kovsky-Apap | B165 | Correspondence with D. Turetsky re Jefferies fee application | 0.1 | 93.00 |
| 01/11/24 | F Lawall | B150 | Emails to committee re update | 0.3 | 408.00 |
| 01/11/24 | F Lawall | B320 | Revise disclosure | 0.2 | 272.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 11



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/11/24 | F Lawall | B320 | Draft revised disclosure | 0.4 | 544.00 |
| 01/11/24 | F Lawall | B320 | Emails with Huron re reserve | 0.2 | 272.00 |
| 01/11/24 | F Lawall | B320 | Emails with debtor re extension of confirmation objections | 0.2 | 272.00 |
| 01/11/24 | F Lawall | B191 | Email Baddley re settlement approval timing | 0.1 | 136.00 |
| 01/11/24 | F Lawall | B191 | Review OIC from SEC | 0.5 | 680.00 |
| 01/11/24 | M Molitor | B160 | Update CNO re TPHS November fee application | 0.3 | 129.00 |
| 01/11/24 | M Molitor | B150 | Email exchanges with F. Lawall, A. Sima re cancellation of 1.11 virtual Committee meeting | 0.2 | 86.00 |
| 01/11/24 | M Molitor | B165 | Email to Huron and TPHS teams re CNO re Huron November fee application | 0.1 | 43.00 |
| 01/11/24 | M Molitor | B165 | Email to T. Remington re CNO re Huron November fee application | 0.1 | 43.00 |
| 01/11/24 | M Molitor | B165 | Update CNO re Huron November fee application | 0.2 | 86.00 |
| 01/11/24 | M Molitor | B165 | Email from L. Marcero re Huron November fee application | 0.1 | 43.00 |
| 01/11/24 | M Molitor | B165 | Confer with T. Remington re CNO re Huron November fee application | 0.1 | 43.00 |
| 01/11/24 | M Molitor | B320 | Email exchanges with D. Kovsky-Apap, F. Lawall, T. Remington re Committee's further extended objection deadline re confirmation of plan | 0.2 | 86.00 |
| 01/11/24 | M Molitor | B170 | Review email from F. Lawall re additional disclosure re TPHS retention | 0.1 | 43.00 |
| 01/11/24 | M Molitor | B110 | Update critical dates calendar | 0.3 | 129.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 12



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|---|---|---|---|---|---|
| 01/11/24 | T Remington | B320 | Email M. Molitor re: plan objection | 0.1 | 78.00 |
| 01/11/24 | T Remington | B165 | Confer with M. Molitor re CNO re Huron November fee application | 0.1 | 78.00 |
| 01/12/24 | D Kovsky-Apap | B310 | Review debtors' draft objection to equity claims | 0.3 | 279.00 |
| 01/12/24 | D Kovsky-Apap | B191 | Correspondence with D. Turetsky re revised settlement offer | 0.1 | 93.00 |
| 01/12/24 | D Kovsky-Apap | B191 | Review revised draft settlement proposal to the SEC | 0.3 | 279.00 |
| 01/12/24 | D Kovsky-Apap | B191 | Correspondence with D. Baddley and F. Lawall re logistics of SEC approval of settlement | 0.2 | 186.00 |
| 01/12/24 | D Kovsky-Apap | B310 | Correspondence with F. Lawall and F. He re objection to equity claims | 0.1 | 93.00 |
| 01/12/24 | F Lawall | B191 | Emails with SEC re timing of commission approval | 0.2 | 272.00 |
| 01/12/24 | F Lawall | B310 | Email D. Kovsky re claim objection | 0.2 | 272.00 |
| 01/12/24 | F Lawall | B320 | Call with Huron and others re reserve issues | 0.5 | 680.00 |
| 01/12/24 | F Lawall | B310 | Review equity proof of claim objection motion | 0.4 | 544.00 |
| 01/12/24 | T Remington | B165 | Review and revise CNO re: Huron 4th fee application and email M. Molitor re same | 0.1 | 78.00 |
| 01/16/24 | D Kovsky-Apap | B320 | Review revised second modified first amended plan | 0.7 | 651.00 |
| 01/16/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall re revised plan | 0.3 | 279.00 |
| 01/16/24 | D Kovsky-Apap | B320 | Telephone call with D. Turetsky re confirmation hearing and re GUC reserve issues under plan | 0.2 | 186.00 |
| 01/16/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re plan issues and GUC reserve | 0.4 | 372.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 13



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/16/24 | D Kovsky-Apap | B155 | Review email from debtors' counsel to chambers re confirmation hearing | 0.1 | 93.00 |
| 01/16/24 | F Lawall | B320 | Review plan issues/timing with D. Kovsky | 0.4 | 544.00 |
| 01/16/24 | F Lawall | B320 | Draft comments re plan revisions for internal team | 0.3 | 408.00 |
| 01/16/24 | F Lawall | B320 | Review revised plan | 1.0 | 1,360.00 |
| 01/16/24 | M Molitor | B160 | Email to T. Remington re CNO re TPHS November fee application, underlying application re same | 0.1 | 43.00 |
| 01/16/24 | M Molitor | B160 | Email exchanges with D. Kovsky-Apap, F. Lawall, D. Fournier, T. Remington re CNO re TPHS November fee application | 0.2 | 86.00 |
| 01/16/24 | M Molitor | B110 | Update critical dates calendar | 0.1 | 43.00 |
| 01/16/24 | M Molitor | B175 | Review White & Case 5th monthly fee application re critical dates calendar | 0.1 | 43.00 |
| 01/17/24 | D Kovsky-Apap | B320 | Work on revisions to plan objection | 0.4 | 372.00 |
| 01/17/24 | D Kovsky-Apap | B320 | Draft email to D. Turetsky re plan objection deadline | 0.1 | 93.00 |
| 01/17/24 | D Kovsky-Apap | B170 | Correspondence with F. Lawall and M. Molitor re supplemental declaration in support of retention | 0.1 | 93.00 |
| 01/17/24 | D Kovsky-Apap | B191 | Correspondence with F. Lawall re terms of proposed SEC settlement | 0.1 | 93.00 |
| 01/17/24 | D Kovsky-Apap | B191 | Draft email to J. Zakia re status of Delaware litigation | 0.1 | 93.00 |
| 01/17/24 | F Lawall | B320 | Emails with internal team re confirmation | 0.3 | 408.00 |
| 01/17/24 | F Lawall | B191 | Review SEC settlement responses from Debtor | 0.4 | 544.00 |
| 01/17/24 | M Molitor | B320 | Email exchanges with D. Kovsky-Apap, F. Lawall, T. Remington re Committee further extended | 0.2 | 86.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 14



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| | | | confirmation objection deadline | | |
| 01/17/24 | M Molitor | B160 | Email exchanges with T. Remington re CNO re TPHS November fee application | 0.2 | 86.00 |
| 01/17/24 | M Molitor | B170 | Email exchange with D. Kovsky-Apap re supplemental declaration ISO TPHS retention application | 0.1 | 43.00 |
| 01/17/24 | M Molitor | B165 | Email exchanges with T. Remington and to Huron team re CNO re Huron Nov. fee application | 0.2 | 86.00 |
| 01/17/24 | M Molitor | B110 | Update critical dates calendar | 0.2 | 86.00 |
| 01/17/24 | T Remington | B165 | Review and revise CNO re: November fee application and emails with M. Molitor re same | 0.2 | 156.00 |
| 01/18/24 | D Kovsky-Apap | B191 | Review SEC's revised settlement proposal | 0.3 | 279.00 |
| 01/18/24 | D Kovsky-Apap | B185 | Review debtors' draft motion to extend time to reject leases | 0.3 | 279.00 |
| 01/18/24 | D Kovsky-Apap | B185 | Correspondence with F. He re motion to extend time to reject leases | 0.2 | 186.00 |
| 01/18/24 | D Kovsky-Apap | B185 | Further follow up with F. He re unexpired leases | 0.2 | 186.00 |
| 01/18/24 | D Kovsky-Apap | B191 | Review email from SEC re extension of deadline to file non-dischargeability complaint | 0.1 | 93.00 |
| 01/18/24 | D Kovsky-Apap | B320 | Work on plan objection | 1.5 | 1,395.00 |
| 01/18/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re plan process and status of settlements | 0.4 | 372.00 |
| 01/18/24 | D Kovsky-Apap | B320 | Correspondence with D. Turetsky re plan objection deadline | 0.1 | 93.00 |
| 01/18/24 | D Kovsky-Apap | B191 | Conference with F. Lawall re SEC's request to extend deadline | 0.1 | 93.00 |
| 01/18/24 | D Kovsky-Apap | B191 | Draft email to SEC re extension of deadline | 0.1 | 93.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
Claim/Client File No. 23-10831-MFW
Page 15



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/18/24 | D Kovsky-Apap | B190 | Review debtors' draft motion to extend removal deadline | 0.2 | 186.00 |
| 01/18/24 | D Kovsky-Apap | B150 | Draft update to Committee | 0.3 | 279.00 |
| 01/18/24 | F Lawall | B191 | Review debtor comments to SEC settlement proposal | 0.3 | 408.00 |
| 01/18/24 | F Lawall | B191 | Emails with internal team re Delaware litigation component | 0.2 | 272.00 |
| 01/18/24 | F Lawall | B320 | Conference with D. Kovsky re plan process and status of settlements | 0.4 | 544.00 |
| 01/18/24 | M Molitor | B110 | Update critical dates calendar | 0.3 | 129.00 |
| 01/18/24 | M Molitor | B320 | Email from D. Kovsky re confirmation status, Committee 2/2 objection deadline re same, update case calendar per same | 0.2 | 86.00 |
| 01/18/24 | M Molitor | B150 | Emails from A. Sima, D. Kovsky-Apap re cancellation of 1.18 Committee meeting, status of pending matters | 0.1 | 43.00 |
| 01/18/24 | M Molitor | B165 | Finalize, file, and perfect email and 1st class mail service of CNO re Huron November fee application | 0.4 | 172.00 |
| 01/18/24 | M Molitor | B160 | Finalize, file, and perfect email and 1st class mail service of CNO re TPHS November fee application | 0.4 | 172.00 |
| 01/18/24 | M Molitor | B165 | Email from R. Loh re CNO re Huron November fee application | 0.1 | 43.00 |
| 01/18/24 | M Molitor | B165 | Email to Huron team re updates to email distribution re future payment requests, per A. Kroll | 0.1 | 43.00 |
| 01/18/24 | M Molitor | B160 | Email exchanges with A. Kroll, Debtors' FA, Debtors' accounting team re payment to TPHS per CNO filed re November fee application, updates to email distribution re future payment requests | 0.2 | 86.00 |
| 01/18/24 | M Molitor | B170 | Prepare 2nd supplemental declaration of D. Kovsky-Apap ISO TPHS retention | 0.3 | 129.00 |
| 01/19/24 | D Kovsky-Apap | B186 | Further discussion with debtors' counsel re motion to extend time to reject leases | 0.2 | 186.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 16



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/19/24 | D Kovsky-Apap | B170 | Review revised draft supplemental declaration in support of TPHS retention | 0.2 | 186.00 |
| 01/19/24 | M Molitor | B185 | Review motion and order to extend deadline to assume or reject unexpired leases | 0.1 | 43.00 |
| 01/19/24 | M Molitor | B110 | Update critical dates calendar | 0.7 | 301.00 |
| 01/19/24 | M Molitor | B160 | Email from T. Remington re TPHS December fee application | 0.2 | 86.00 |
| 01/19/24 | M Molitor | B160 | Update TPHS December fee application and exhibits | 0.4 | 172.00 |
| 01/19/24 | M Molitor | B170 | Update 2nd supplemental declaration of D. Kovsky-Apap ISO TPHS retention, prepare certificate of service re same | 0.4 | 172.00 |
| 01/19/24 | M Molitor | B320 | Review notice of rescheduled confirmation hearing date and time for critical dates calendar | 0.1 | 43.00 |
| 01/19/24 | M Molitor | B170 | Email exchanges with D. Fournier, D. Kovsky-Apap, T. Remington re 2nd supplemental declaration ISO TPHS retention | 0.2 | 86.00 |
| 01/19/24 | M Molitor | B170 | Finalize, file 2nd declaration of D. Kovsky-Apap ISO TPHS retention, and perfect email and first class mail service re same | 0.4 | 172.00 |
| 01/19/24 | M Molitor | B190 | Review motion and order to extend removal deadline | 0.1 | 43.00 |
| 01/19/24 | M Molitor | B155 | Review certification of counsel and order setting 2/22 hearing date | 0.1 | 43.00 |
| 01/19/24 | T Remington | B160 | Review and revise December fee application | 2.2 | 1,716.00 |
| 01/19/24 | T Remington | B110 | Review WIP | 0.3 | 234.00 |
| 01/22/24 | D Kovsky-Apap | B320 | Correspondence with RJ Szuba re modified plan and Rule 7023 stipulation | 0.1 | 93.00 |
| 01/22/24 | D Kovsky-Apap | B320 | Review revised modified plan | 0.9 | 837.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 17



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/22/24 | D Kovsky-Apap | B320 | Work on plan objection | 1.1 | 1,023.00 |
| 01/22/24 | D Kovsky-Apap | B320 | Draft email to debtors' counsel re questions about revised plan | 0.2 | 186.00 |
| 01/22/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall re Class 10 treatment under the plan | 0.2 | 186.00 |
| 01/22/24 | D Kovsky-Apap | B155 | Receive and review order scheduling omnibus hearing | 0.1 | 93.00 |
| 01/22/24 | D Kovsky-Apap | B190 | Review revised Rule 7023 stipulation | 0.5 | 465.00 |
| 01/22/24 | D Kovsky-Apap | B190 | Conference with F. Lawall re debtors' proposed Rule 7023 stipulation | 0.2 | 186.00 |
| 01/22/24 | D Kovsky-Apap | B191 | Emails from counsel for debtors and equity committee re SEC extension to file nondischargeability complaint | 0.1 | 93.00 |
| 01/22/24 | D Kovsky-Apap | B191 | Email from SEC re extension to file non-dischargeability complaint | 0.1 | 93.00 |
| 01/22/24 | F Lawall | B320 | Emails with internal team re plan treatment and Ohio resolution | 0.3 | 408.00 |
| 01/22/24 | F Lawall | B320 | Review revised plan | 1.0 | 1,360.00 |
| 01/22/24 | F Lawall | B191 | Review revised motion to approve Ohio settlement | 0.5 | 680.00 |
| 01/22/24 | F Lawall | B190 | Conference with D. Kovsky re debtors' proposed Rule 7023 stipulation | 0.2 | 272.00 |
| 01/22/24 | M Molitor | B160 | Emails from J. Kusch re TPHS December fee application | 0.1 | 43.00 |
| 01/22/24 | M Molitor | B155 | Review agenda canceling 1.25 hearing | 0.1 | 43.00 |
| 01/22/24 | M Molitor | B110 | Update critical dates calendar | 0.2 | 86.00 |
| 01/22/24 | M Molitor | B155 | Calendar 2.22 confirmation hearing | 0.1 | 43.00 |



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/22/24 | T Remington | B320 | Review revised plan | 1.0 | 780.00 |
| 01/22/24 | T Remington | B155 | Review 1.25 agenda | 0.2 | 156.00 |
| 01/23/24 | D Kovsky-Apap | B320 | Draft email to F. Lawall re proposal re exlcusivity | 0.2 | 186.00 |
| 01/23/24 | D Kovsky-Apap | B320 | Review debtors' motion for further extension of exclusivity | 0.4 | 372.00 |
| 01/23/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re issues in latest turn of amended plan | 0.5 | 465.00 |
| 01/23/24 | D Kovsky-Apap | B191 | Correspondence with debtors' counsel re status of Delaware litigation and Foxconn issues | 0.2 | 186.00 |
| 01/23/24 | F Lawall | B320 | Conference with D. Kovsky re issues in latest turn of amended plan | 0.5 | 680.00 |
| 01/23/24 | F Lawall | B320 | Review plan issues and SEC settlement/impact on committee objection | 1.0 | 1,360.00 |
| 01/23/24 | M Molitor | B165 | Review Debtors' professionals' December monthly fee applications re critical dates | 0.2 | 86.00 |
| 01/23/24 | M Molitor | B160 | Emails from J. Kusch and M. Smith re TPHS December fee application | 0.3 | 129.00 |
| 01/23/24 | M Molitor | B110 | Update critical dates calendar | 0.1 | 43.00 |
| 01/24/24 | D Kovsky-Apap | B191 | Review revised SEC settlement proposal and email from R. Kampfner re same | 0.2 | 186.00 |
| 01/24/24 | D Kovsky-Apap | B320 | Review email from counsel for securities plaintiffs re plan supplement | 0.1 | 93.00 |
| 01/24/24 | D Kovsky-Apap | B320 | Follow up with F. Lawall re exclusivity and plan issues | 0.2 | 186.00 |
| 01/24/24 | D Kovsky-Apap | B320 | Telephone call with R. Kampfner re exclusivity and plan issues | 0.2 | 186.00 |
| 01/24/24 | D Kovsky-Apap | B320 | Draft comments re revised confirmation order | 0.7 | 651.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 19



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------------------------------|-------|--------|
| 01/24/24 | D Kovsky-Apap | B320 | Review revised confirmation order | 1.1 | 1,023.00 |
| 01/24/24 | D Kovsky-Apap | B320 | Telephone call with F. Lawall re issues with revised confirmation order | 0.4 | 372.00 |
| 01/24/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall re exclusivity motion and proposed response | 0.1 | 93.00 |
| 01/24/24 | F Lawall | B191 | Review SEC settlement documents | 0.4 | 544.00 |
| 01/24/24 | F Lawall | B320 | Telephone call with D. Kovsky re issues with revised confirmation order | 0.4 | 544.00 |
| 01/24/24 | F Lawall | B320 | Review plan options/litigation settlement language, exclusivity, and related confirmation issues | 0.8 | 1,088.00 |
| 01/24/24 | F Lawall | B320 | Review revised confirmation order | 2.0 | 2,720.00 |
| 01/24/24 | M Molitor | B160 | Revise TPHS 2nd interim fee application, notice and exhibits | 0.8 | 344.00 |
| 01/24/24 | M Molitor | B160 | Email exchange with T. Remington re TPHS December fee application, review invoice re updates same | 0.6 | 258.00 |
| 01/24/24 | M Molitor | B110 | Update critical dates calendar | 0.2 | 86.00 |
| 01/24/24 | T Remington | B160 | Email M. Molitor re: December fee application | 0.1 | 78.00 |
| 01/25/24 | D Kovsky-Apap | B150 | Conduct Committee meeting | 0.5 | 465.00 |
| 01/25/24 | D Kovsky-Apap | B320 | Confer with Huron team re GUC reserve issues | 0.5 | 465.00 |
| 01/25/24 | D Kovsky-Apap | B320 | Correspondence with Huron team re updated cash flow forecast | 0.2 | 186.00 |
| 01/25/24 | D Kovsky-Apap | B320 | Telephone call with F. Lawall and R. Kampfner re plan and confirmation order | 0.8 | 744.00 |
| 01/25/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re plan and confirmation order | 0.4 | 372.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 20



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/25/24 | D Kovsky-Apap | B160 | Telephone call with T. Remington re monthly fee statement | 0.1 | 93.00 |
| 01/25/24 | F Lawall | B150 | Conduct creditors committee meeting | 0.5 | 680.00 |
| 01/25/24 | F Lawall | B320 | Review plan/confirmation issues | 0.5 | 680.00 |
| 01/25/24 | F Lawall | B320 | Call with debtor and D. Kovsky re plan issues | 0.8 | 1,088.00 |
| 01/25/24 | F Lawall | B320 | Conference with D. Kovsky re plan and confirmation order | 0.4 | 544.00 |
| 01/25/24 | F Lawall | B320 | Call with Huron re reserve issues | 0.5 | 680.00 |
| 01/25/24 | M Molitor | B110 | Update critical dates calendar, and email to D. Kovsky-Apap, F. Lawall, D. Fournier, T. Remington, S. McNally, S. Henry, J. Kusch, M. Willey and A. Sima re same | 0.2 | 86.00 |
| 01/25/24 | M Molitor | B150 | Email from D. Kovsky-Apap re agenda re 1.25 virtual Committee meeting | 0.1 | 43.00 |
| 01/25/24 | M Molitor | B150 | Draft minutes re same | 0.3 | 129.00 |
| 01/25/24 | M Molitor | B150 | Attend virtual Committee meeting | 0.5 | 215.00 |
| 01/25/24 | T Remington | B110 | Review critical dates calendar | 0.3 | 234.00 |
| 01/25/24 | T Remington | B160 | Call with D. Kovsky re: fee application | 0.1 | 78.00 |
| 01/26/24 | D Kovsky-Apap | B320 | Correspondence with F. Lawall and debtors' counsel re plan supplement | 0.1 | 93.00 |
| 01/26/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re exclusivity motion | 0.2 | 186.00 |
| 01/26/24 | D Kovsky-Apap | B320 | Correspondence with R. Kampfner and F. He re exclusivity motion | 0.2 | 186.00 |
| 01/26/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re revised plan | 0.3 | 279.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 21



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/26/24 | F Lawall | B320 | Review plan revisions | 0.8 | 1,088.00 |
| 01/26/24 | F Lawall | B320 | Review revised confirmation order | 0.4 | 544.00 |
| 01/26/24 | F Lawall | B320 | Review plan issue with D. Kovsky | 0.3 | 408.00 |
| 01/26/24 | F Lawall | B320 | Review exclusivity request and email debtor re 60-day extension | 0.3 | 408.00 |
| 01/28/24 | D Kovsky-Apap | B320 | Review revised draft plan | 0.6 | 558.00 |
| 01/28/24 | D Kovsky-Apap | B190 | Draft email to debtors' counsel re Rule 7023 stipulation | 0.1 | 93.00 |
| 01/28/24 | D Kovsky-Apap | B190 | Review revised stipulation resolving Rule 7023 motion | 0.3 | 279.00 |
| 01/29/24 | D Kovsky-Apap | B191 | Correspondence with debtors' counsel re SEC meeting to approve settlement | 0.1 | 93.00 |
| 01/29/24 | D Kovsky-Apap | B160 | Correspondence with T. Remington and Huron team re fee applications | 0.1 | 93.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re status of plan supplement and establishment of claims matrix | 0.2 | 186.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Telephone call with T. Remington re plan revisions and objection | 0.1 | 93.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Draft comments on revised confirmation order | 1.5 | 1,395.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Correspondence with debtors' counsel re revised confirmation order | 0.2 | 186.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Telephone call with F. Lawall re revised confirmation order | 0.3 | 279.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Conference with T. Remington re confirmation brief and supporting documents | 0.2 | 186.00 |
| 01/29/24 | D Kovsky-Apap | B320 | Correspondence with debtors' counsel re reservation | 0.2 | 186.00 |



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| | | | of rights language | | |
| 01/29/24 | F Lawall | B310 | Review claims register issues | 0.3 | 408.00 |
| 01/29/24 | F Lawall | B320 | Review revised confirmation order | 0.7 | 952.00 |
| 01/29/24 | F Lawall | B320 | Review confirmation order issues with D. Kovsky | 0.3 | 408.00 |
| 01/29/24 | F Lawall | B320 | Conference with D. Kovsky re status of plan supplement and establishment of claims matrix | 0.2 | 272.00 |
| 01/29/24 | M Molitor | B165 | Emails from T. Remington, R. Loh re Huron December fee application and 2nd interim application | 0.1 | 43.00 |
| 01/29/24 | M Molitor | B110 | Update critical dates calendar | 0.1 | 43.00 |
| 01/29/24 | M Molitor | B160 | Confer with T. Remington re TPHS December fee application, 2nd interim application | 0.1 | 43.00 |
| 01/29/24 | M Molitor | B160 | Update TPHS December fee application, email exchanges with M. Smith re finalization of invoice re same, and confer with T. Remington re same | 0.6 | 258.00 |
| 01/29/24 | M Molitor | B160 | Email exchange with T. Remington re TPHS December fee application, Exhibits A & B to same | 0.1 | 43.00 |
| 01/29/24 | T Remington | B165 | Review and respond to email from R. Loh re: second interim fee application | 0.1 | 78.00 |
| 01/29/24 | T Remington | B165 | Further emails with R. Loh re: Huron fee applications | 0.1 | 78.00 |
| 01/29/24 | T Remington | B110 | Review critical dates | 0.3 | 234.00 |
| 01/29/24 | T Remington | B160 | Confer with M. Molitor re TPHS December fee application, 2nd interim application | 0.1 | 78.00 |
| 01/29/24 | T Remington | B320 | Call with D. Kovsky re plan revisions and objection | 0.1 | 78.00 |
| 01/29/24 | T Remington | B320 | Conference with D. Kovsky re confirmation brief and supporting documents | 0.2 | 156.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
Claim/Client File No. 23-10831-MFW
Page 23



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/30/24 | D Kovsky-Apap | B110 | Review updated critical dates calendar from M. Molitor | 0.1 | 93.00 |
| 01/30/24 | D Kovsky-Apap | B160 | Review and provide comments on draft monthly fee statement | 0.3 | 279.00 |
| 01/30/24 | D Kovsky-Apap | B310 | Receive update from R. Loh re claims analysis | 0.1 | 93.00 |
| 01/30/24 | D Kovsky-Apap | B320 | Participate in call with debtors' counsel and F. Lawall re plan comments | 1.0 | 930.00 |
| 01/30/24 | D Kovsky-Apap | B320 | Correspondence with M. Molitor and F. Lawall re plan objection | 0.1 | 93.00 |
| 01/30/24 | D Kovsky-Apap | B320 | Correspondence with and telephone call with F. Lawall re plan revisions | 0.2 | 186.00 |
| 01/30/24 | D Kovsky-Apap | B320 | Review as-filed motion to extend exclusivity | 0.2 | 186.00 |
| 01/30/24 | D Kovsky-Apap | B320 | Correspondence with T. Remington re motion to extend exclusivity | 0.1 | 93.00 |
| 01/30/24 | F Lawall | B310 | Review emails from Huron re claim issues | 0.2 | 272.00 |
| 01/30/24 | F Lawall | B320 | Review revised plan | 0.4 | 544.00 |
| 01/30/24 | F Lawall | B320 | Call with debtor and D. Kovsky re plan issues | 1.0 | 1,360.00 |
| 01/30/24 | F Lawall | B320 | Email D. Kovsky re plan issues | 0.2 | 272.00 |
| 01/30/24 | M Molitor | B110 | Update critical dates calendar | 0.3 | 129.00 |
| 01/30/24 | M Molitor | B150 | Further update 1.25 Committee meeting minutes | 0.6 | 258.00 |
| 01/30/24 | M Molitor | B165 | Email exchanges with T. Remington, L. Marcero re Huron December fee application, and finalize same for efiling | 0.3 | 129.00 |
| 01/30/24 | M Molitor | B165 | Review Huron December fee application, and prepare certificate of service re Huron same | 0.2 | 86.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
Claim/Client File No. 23-10831-MFW
Page 24



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|------|------|------|------|
| 01/30/24 | M Molitor | B320 | Email exchange with D. Kovsky-Apap, F. Lawall, and T. Remington re Committee further extended deadline to object to confirmation | 0.1 | 43.00 |
| 01/30/24 | M Molitor | B320 | Obtain and review Debtors' 2nd motion to extend exclusivity re critical dates calendar | 0.1 | 43.00 |
| 01/30/24 | M Molitor | B165 | Efile Huron December fee application, and perfect email and 1st class mail service re same, confer with R. Piekarski re 1st class mail service | 0.4 | 172.00 |
| 01/30/24 | M Molitor | B160 | Efile TPHS 6th monthly fee application, and perfect email and 1st class mail service of same, email exchange with M. Smith and to UST re LEDES file re application | 0.6 | 258.00 |
| 01/30/24 | M Molitor | B160 | Email exchanges with T. Remington and D. Kovsky-Apap re TPHS December fee application, and update and finalize application for efiling | 0.4 | 172.00 |
| 01/30/24 | T Remington | B320 | Review second plan exclusivity period | 0.4 | 312.00 |
| 01/30/24 | T Remington | B320 | Emails with D. Kovsky and F. Lawall re: exclusivity motion | 0.1 | 78.00 |
| 01/30/24 | T Remington | B110 | Review critical dates calendar | 0.2 | 156.00 |
| 01/30/24 | T Remington | B320 | Review emails from M. Molitor and F. Lawall re: plan objection | 0.1 | 78.00 |
| 01/30/24 | T Remington | B165 | Review and revise Huron's 5th fee statement | 0.3 | 234.00 |
| 01/30/24 | T Remington | B165 | Emails with R. Loh and L. Marcero re: Huron 5th fee statement | 0.1 | 78.00 |
| 01/30/24 | T Remington | B160 | Email M. Molitor re: TPHS 6th monthly fee application | 0.1 | 78.00 |
| 01/30/24 | T Remington | B165 | Emails with M. Molitor re: filing and service of Huron 5th statement | 0.2 | 156.00 |
| 01/30/24 | T Remington | B165 | Review and revise TPHS 6th monthly fee application | 1.0 | 780.00 |
| 01/31/24 | D Kovsky-Apap | B310 | Correspondence with R. Loh re unliquidated claims | 0.1 | 93.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 25



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/31/24 | D Kovsky-Apap | B150 | Draft email to Committee re plan and GUC reserve | 0.2 | 186.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Telephone call with F. Lawall re additional plan comments | 0.2 | 186.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Review further revised plan | 0.5 | 465.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Conference with F. Lawall re plan revisions | 0.2 | 186.00 |
| 01/31/24 | D Kovsky-Apap | B310 | Review remaining unliquidated claims to assess risk | 0.4 | 372.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Follow up call with F. Lawall and R. Kampfner re plan reserve | 0.3 | 279.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Conference call with F. Lawall and R. Loh re plan reserve | 0.5 | 465.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Telephone call with F. Lawall re further discussions with R. Kampfner re plan | 0.2 | 186.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Telephone call with F. Lawall re waterfall analysis | 0.3 | 279.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Review debtors' revised waterfall and compare with Huron team's analysis | 0.4 | 372.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Receive and review updated waterfall and explanation from Huron team | 0.3 | 279.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Participate in call with F. Lawall and debtors' counsel re plan | 0.5 | 465.00 |
| 01/31/24 | D Kovsky-Apap | B320 | Correspondence with debtors' counsel re revised plan | 0.1 | 93.00 |
| 01/31/24 | F Lawall | B320 | Multiple reviews of plan | 1.0 | 1,360.00 |
| 01/31/24 | F Lawall | B320 | Review reserve issues with Huron and D. Kovsky | 0.5 | 680.00 |
| 01/31/24 | F Lawall | B320 | Calls (x2) with debtors and D. Kovsky re plan | 0.8 | 1,088.00 |

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 26



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/24**

| Date | Tkpr | Task Activity | Description of Work Performed | Hours | Amount |
|------|------|---------------|------------------------------|-------|--------|
| 01/31/24 | F Lawall | B320 | Telephone call with D. Kovsky re further discussions with R. Kampfner re plan | 0.2 | 272.00 |
| 01/31/24 | F Lawall | B320 | Telephone call with D. Kovsky re waterfall analysis | 0.3 | 408.00 |
| 01/31/24 | F Lawall | B320 | Telephone call with D. Kovsky re additional plan comments | 0.2 | 272.00 |
| 01/31/24 | F Lawall | B320 | Conference with D. Kovsky re plan revisions | 0.2 | 272.00 |
| 01/31/24 | F Lawall | B310 | Review claim materials from Huron | 1.0 | 1,360.00 |
| 01/31/24 | M Molitor | B160 | Email exchange with M. Smith re TPHS 6th monthly fee application | 0.1 | 43.00 |
| 01/31/24 | M Molitor | B160 | Confer with T. Remington re TPHS 2nd interim fee application | 0.1 | 43.00 |
| 01/31/24 | M Molitor | B160 | Update TPHS cumulative fee and expense chart re 2nd interim fee application, and update exhibits to application per same | 1.9 | 817.00 |
| 01/31/24 | M Molitor | B165 | Review KCC 6th monthly fee application, and update critical dates | 0.1 | 43.00 |
| 01/31/24 | M Molitor | B110 | Update critical dates calendar and email to D. Kovsky-Apap, F. Lawall, D. Fournier, S. McNally, T. Remington, S. Henry, J. Kusch, A. Sima and M. Willey re same | 0.2 | 86.00 |
| 01/31/24 | T Remington | B160 | Confer with M. Molitor re TPHS 2nd interim fee application | 0.1 | 78.00 |

Total:  123.7  117,834.00



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**TIMEKEEPER TIME SUMMARY THROUGH 01/31/24**

| Name | Rate | Hours | Amount |
|------|------|-------|--------|
| Henry, Susan M | 430.00 | 0.2 | 86.00 |
| Kovsky-Apap, Deborah | 930.00 | 47.9 | 44,547.00 |
| Lawall, Francis J | 1360.00 | 38.6 | 52,496.00 |
| Molitor, Monica A. | 430.00 | 23.3 | 10,019.00 |
| Remington, Tori L. | 780.00 | 13.7 | 10,686.00 |



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**TIME SUMMARY BY PHASE AND TASK THROUGH 01/31/24**

| | | | Hours | Amount |
|---|---|---|---:|---:|
| **B100** | **ADMINISTRATION** | | | |
| | B110 | Case Administration | 5.4 | 2,950.00 |
| | B130 | Asset Disposition | 0.3 | 234.00 |
| | B140 | Relief from Stay-Adequate Protection Proceedings | 1.3 | 1,308.00 |
| | B150 | Meetings of and Communications with Creditors | 6.8 | 5,183.00 |
| | B155 | Court Hearings | 3.3 | 2,564.00 |
| | B160 | Fee/Employment Applications | 12.3 | 6,519.00 |
| | B165 | Fees Applications and Invoices - Others | 6.0 | 3,900.00 |
| | B170 | Fee/Employment Objections | 1.9 | 967.00 |
| | B171 | Employment of Professionals/Objections | 0.4 | 342.00 |
| | B175 | Employment and Retention Applications - Others | 0.1 | 43.00 |
| | B185 | Assumption/Rejection of Leases and Contracts | 0.9 | 737.00 |
| | B186 | Assumption/Rejection of Contracts | 0.2 | 186.00 |
| | B190 | Other Contested Matters | 2.3 | 2,231.00 |
| | B191 | General Litigation | 13.5 | 14,232.00 |
| | B195 | Non-Working Travel | 0.4 | 372.00 |
| | | Total B100 | 55.1 | 41,768.00 |
| **B300** | **CLAIMS AND PLAN** | | | |
| | B310 | Claims Administration and Objections | 6.0 | 6,520.00 |
| | B320 | Plan and Disclosure Statement | 62.6 | 69,546.00 |
| | | Total B300 | 68.6 | 76,066.00 |