# **EXHIBIT B**

**(Detailed Description of Expenses Incurred During Fee Period)**

Invoice Date 03/14/24
Invoice Number 30710423
File No. 264995.000001
 Claim/Client File No. 23-10831-MFW
Page 27



Official Committee of Unsecured Creditor

In re Lordstown Motor Corporation

**FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/24**

| Date | Description | Amount |
|---|---|---:|
| 01/16/24 | Search Costs - VENDOR: Pacer Service Center INVOICE#: 12312023 DATE: 12/31/2023  Document Retrieval | 78.70 |
| 01/29/24 | Airfare Costs - VENDOR: Capital One NA INVOICE#: 01292024 DATE: 1/29/2024 Passenger:LAWALL/FRANCIS; Vendor: N/A; Description:MEETING WITH CLIENT; Departure:1/10/2024; Flight:N/A | 23.00 |
| | Total Costs: | 101.70 |