## EXHIBIT A

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4897499

### ITEMIZED SERVICES BILL

| Date: | Description: | Attorney: | Hours: | Rate: | Amount: |
|---|---|---|---|---|---|
| **BKAV - Adversary** | | | | | |
| 02/05/2024 | Email to W&C and WBD teams regarding motion to extend removal deadline (.1); prepare CNO regarding same (.1); email to M. Patterson regarding review (.1); efile same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/07/2024 | Retrieve order extending removal deadline (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| | | **Total for Task:** | | | $ 222.00 |
| **BKD - Documentations/Plan Negotiation** | | | | | |
| 02/01/2024 | Work with co-counsel regarding service of amended plan | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 02/02/2024 | Calls with David Turetsky regarding regarding amended plan issues (.6); work with KCC regarding service of amended plan (.2); correspondence with Doah Kim regarding confirmation evidence preparation (.2) | Patterson, Morgan L. (2372) | 1.00 | 720.00 | $ 720.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4897499

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/2024 | Call with David Turetsky regarding confirmation hearing preparation (.3); review precedent regarding hearing preparation (1.8) | Patterson, Morgan L. (2372) | 2.10 | 720.00 | $ 1,512.00 |
| 02/06/2024 | Emails regarding potential continuance of plan confirmation hearing date | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 02/07/2024 | Calls with David Turetsky regarding confirmation hearing preparation (.7); multiple correspondence with court chambers regarding same (.2) | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 02/08/2024 | Work with Court and co-counsel regarding rescheduling confirmation hearing | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 02/09/2024 | Calls with David Turetsky regarding confirmation hearing preparation (.4); review objection to exclusivity (.3); prepare confirmation hearing re-notice (.4); multiple correspondence with court chambers regarding (.2) | Patterson, Morgan L. (2372) | 1.30 | 720.00 | $ 936.00 |

Lordstown Motors Corp (DE)                                                           120360.0001.8/4897499
Lordstown Motors Corp.

| 02/12/2024 | Call with David Turetsky regarding exclusivity motion (.2); address potential resolution of Singh objection to exclusivity (.7) | Patterson, Morgan L. (2372) | 0.90 | 720.00 | $ 648.00 |
| 02/13/2024 | Calls with David Turetsky regarding exclusivity motion (.4); multiple correspondence with court chambers regarding exclusivity motion continuance (.2); revise and file COC and order regarding same (.5) | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 02/26/2024 | Call with co-counsel regarding confirmation filings (.3); correspondence with Court regarding same (.2); call with UST regarding same (.2); review/revise confirmation brief and order (1.7); multiple correspondence with W&C team regarding updated confirmation documents (.2); call with David Turetsky regarding revisions to Plan (.2) | Patterson, Morgan L. (2372) | 2.80 | 720.00 | $ 2,016.00 |
| 02/26/2024 | Review and analysis of emails to and from L. Capp regarding confirmation briefing and upcoming confirmation filings | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 02/27/2024 | Review/revise amended Plan (1.3); review/revise proposed confirmation order (1.8); review/revise plan supplement (1.7) | Patterson, Morgan L. (2372) | 4.80 | 720.00 | $ 3,456.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4897499
Lordstown Motors Corp.

| | | | | | |
|---|---|---|---|---|---|
| 02/28/2024 | Review/revise/file amended Plan (1.6); calls with David Truetsky regarding plan revisions (.4); legal research regarding claims ombudsman (1.3); research precedent regarding confirmation legal issue rulings (1.9) | Patterson, Morgan L. (2372) | 5.20 | 720.00 | $ 3,744.00 |
| 02/29/2024 | Review and file reply in support of exclusivity motion (.7); review/revise confirmation brief (1.6); calls (x3) with David Turetsky regarding plan revisions (.8); review precedent regarding confirmation hearing preparation (1.7) | Patterson, Morgan L. (2372) | 4.80 | 720.00 | $ 3,456.00 |
| 02/29/2024 | Multiple internal calls M. Patterson and H. Sasso regarding plan documents to be filed | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

                                                                                                            $ 19,095.50
                                                                              **Total for Task:**

### BKE - Executory Contracts/Lease Agreements

| | | | | | |
|---|---|---|---|---|---|
| 02/05/2024 | Review/file CNO regarding 365(d)(4) rejection motion | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |

Lordstown Motors Corp (DE)                                                   120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 02/05/2024 | Email to W&C and WBD teams regarding motion to extend 365(d)(4) (.1); prepare CNO regarding same (.1); email to M. Patterson regarding review (.1); efile same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/07/2024 | Retrieve order extending 365(d)(4) (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

| | | | | | $ 294.00 |
|---|---|---|---|---|---|
| | | **Total for Task:** | | | |

**BKF - Fee Application/Monthly Billing**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 02/02/2024 | Revise WBD second monthly fee application (.3); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/05/2024 | Revise and file fee application | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

Lordstown Motors Corp (DE)                                        120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/2024 | Email (x3) to/from M. Patterson regarding WBD second monthly fee application (.1); revise objection deadline regarding notice/application (.1); prepare documents for filing (.1); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 02/07/2024 | Review/revise and circulate December fee application (.3); address preparation of Womble first interim fee application (.3) | Patterson, Morgan L. (2372) | 0.60 | 720.00 | $ 432.00 |
| 02/07/2024 | Revise notice of WBD third monthly fee application (.1); email to/from M. Patterson regarding same (.1); prepare fee application for filing, efile same (.2); coordinate service of same (.1); calendar deadlines (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 02/08/2024 | Draft interim fee application | Kosman, Elazar A. (10329) | 2.50 | 385.00 | $ 962.50 |
| 02/09/2024 | Work with Elazar Kosman regarding WBD interim fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |

Lordstown Motors Corp (DE)                                   120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/12/2024 | Review and revise WBD second interim fee application (.8); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 02/13/2024 | Review/revise/circulate first interim application | Patterson, Morgan L. (2372) | 1.10 | 720.00 | $ 792.00 |
| 02/13/2024 | Revise WBD first interim (.2); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
| 02/14/2024 | Prepare WBD first interim application for filing (.2); email (x3) to M. Patterson regarding same (.2); efile same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |
| 02/15/2024 | Prepare WBD fourth monthly fee application (.8); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4897499

| 02/20/2024 | Revise and prepare for filing WBD fee application | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 02/21/2024 | Prepare CNO regarding WBD second monthly fee application (.2); WBD third monthly fee application (.2); email (x2)  to C. Giobbe regarding same (.2) | Wilcher, Nichole M.* (10600) | 0.60 | 315.00 | $ 189.00 |
| 02/27/2024 | Email to/from M. Patterson regarding WBD third and fourth monthlies (.1); email to N. Wilcher regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/28/2024 | Review/file CNOs regarding fee applications | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |

**Total for Task:** $ 4,939.50

**BKFO - Fees of Others**

Lordstown Motors Corp (DE)                                          120360.0001.8/4897499
Lordstown Motors Corp.

| 02/02/2024 | Email (x2) to S. Ludovici regarding White & Case fifth monthly fee application (.1); efile CNO (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/06/2024 | Work with co-counsel regarding interim professional fee filings and hearing (.4); review interim compensation order regarding same (.3) | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 02/06/2024 | Email (x4) to/from M. Patterson regarding second interim fee applications | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/08/2024 | Address preparation and scheduling of interim fees (.3); multiple correspondence with court and co-counsel regarding same (.4) | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 02/09/2024 | Review/file KPMG fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4897499

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 02/09/2024 | Prepare notice regarding Silverman and KPMG second interim applications (.5); email (x3) to M. Patterson and S. Ludovici regarding same (.2); review applications (.3); further revise KMPG second interim (.3); email (x3) to/from M. Patterson (.1); efile same (.1); coordinate service (.1) | Giobbe, Cynthia M.* (10258) | 1.60 | 370.00 | $ 592.00 |
| 02/12/2024 | Work with Debtor professionals regarding interim fee applications | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 02/12/2024 | Email to/from S. Ruben regarding interim fee applications (.1); prepare CNO regarding Baker fifth monthly fee application (.1); email to M. VanNiel regarding same (.1); email to M. Patterson regarding second interim fee applications (.1); prepare CNO regarding Silverman sixth monthly fee application (.1); email to C. Tsitsis regarding same (.1); prepare CNO regarding KPMG's fourth monthly fee application (.1); email to M. Orobia regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 02/13/2024 | Email (x3) to/from M. Patterson regarding professional's CNOs (.2); email to M. VanNiel (.1); email to M. Orobia (.1); email to C. Tsitsis (.1); email to S. Ludovici and M. Patterson regarding W&C sixth monthly fee application (.2); prepare notice regarding same (.1); email sixth monthly fee application (.1); coordinate service of same (.1); efile CNO for Baker fifth monthly, Silverman sixth monthly and KPMG fourth monthly (.2); prepare Baker's sixth monthly fee application for filing (.2); email to M. VanNiel and M. Patterson (.1); efile same (.1); coordinate service of same (.1); review KCC second interim (.2); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 2.00 | 370.00 | $ 740.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 02/14/2024 | Review/revise/file professional second interim fee applications | Patterson, Morgan L. (2372) | 2.60 | 720.00 | $ 1,872.00 |
| 02/14/2024 | Prepare notices regarding second interim fee application of W&C, Silverman, Jefferies, Baker & Hostetler, KCC (.5); email (x6) to/from M. Patterson regarding same (.4); email to S. Ludovici regarding same (.2); emails to professionals (x5) regarding applications (.5); prepare interim applications, exhibits and notices for filing (1.1); efile same (.5); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 2.80 | 370.00 | $ 1,036.00 |
| 02/20/2024 | Multiple correspondence with White & Case team and Cindy Giobbe regarding Silverman fee application | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 02/21/2024 | Revise CNO regarding KCC sixth monthly application, email to S. Harbuck (.1); prepare notice regarding Silverman's seventh monthly fee application (.1); prepare application for filing (.1); email to M. Patterson regarding same (.1); efile KCC CNO (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 02/21/2024 | Prepare CNO regarding KCC sixth monthly fee application; (.2); email to C. Giobbe regarding same (.1) | Wilcher, Nichole M.* (10600) | 0.30 | 315.00 | $ 94.50 |

Lordstown Motors Corp (DE)                                            120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/21/2024 | File Silverman seventh MFA (.1); Efile CNO regarding KCC sixth MFA (.1) | Wilcher, Nichole M.* (10600) | 0.20 | 315.00 | $ 63.00 |
| 02/25/2024 | Further revise interim application index and binder | Giobbe, Cynthia M.* (10258) | 1.50 | 370.00 | $ 555.00 |
| 02/26/2024 | Review/file KCC fee application (.3); review/file KPMG fee application (.2) | Patterson, Morgan L. (2372) | 0.50 | 720.00 | $ 360.00 |
| 02/26/2024 | Prepare notice regarding KCC seventh monthly fee application (.1); email to D. Detweiler and M. Patterson regarding same (.1); email to S. Harbuck regarding same (.1); prepare application for filing (.1); efile same (.1); coordinate service of same (.1); email to/from M. Orobia, S. Ludovici and M. Patterson regarding KPMG's fifth monthly fee application (.1) prepare notice regarding same (.1); prepare exhibits for filing (.2); efile application (.1); coordinate service of same (.1); prepare COC and omnibus order regarding second interims (1.5) | Giobbe, Cynthia M.* (10258) | 2.70 | 370.00 | $ 999.00 |

Lordstown Motors Corp (DE)                                                      120360.0001.8/4897499
Lordstown Motors Corp.

| 02/27/2024 | Revise second interim certification of counsel and order | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |

|  |  |  |  |  | $ 8,896.50 |
|  |  | **Total for Task:** |  |  |  |

**BKG - General Case Administration**

| 02/05/2024 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/06/2024 | Address creditor inquiries regarding status of distribution | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 02/07/2024 | Revise/update weekly critical dates calendar (x2) | Giobbe, Cynthia M.* (10258) | 0.60 | 370.00 | $ 222.00 |

Lordstown Motors Corp (DE)                                              120360.0001.8/4897499
Lordstown Motors Corp.

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2024 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/13/2024 | Calendar objection deadlines (.2); revise critical dates calendar (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/15/2024 | Calendar interim fee application deadlines (.1); update critical dates calendars (.1); update 3/14/24 agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/25/2024 | Update critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/26/2024 | Revise critical dates calendar | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4897499
Lordstown Motors Corp.

|  |  |  |  |  | $ 1,032.00 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKH - Court Hearings/Preparation/Agenda**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/2024 | Revise 2/22/24 agenda | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 02/07/2024 | Revise 2/22/24 hearing agenda | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/08/2024 | Email (x2) to/from M. Patterson regarding 3/14/24 hearing (.1); prepare COC regarding same (.1); efile COC, upload order (.1); coordinate service of entered order (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/09/2024 | Calendar deadlines associated with 3/14/24 hearing (.2); update critical dates calendar (.1); email (x2) to/from M. Patterson regarding confirmation continuance (.1); revise 2/22/24 hearing agenda (.2); efile confirmation notice (.1); email to M. Patterson regarding same (.1); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4897499
Lordstown Motors Corp.

| 02/12/2024 | Prepare 3/5/24 confirmation agenda (.1); revise 2/22/24 agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.30 | 370.00 | $ 111.00 |
|------------|---------------------------------------------------------------------|------------------------------|------|--------|----------|
| 02/13/2024 | Revise 2/22/24 Agenda (.2); revise 3/5/24 agenda (.2) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/15/2024 | Work with co-counsel regarding hearing scheduling | Patterson, Morgan L. (2372) | 0.20 | 720.00 | $ 144.00 |
| 02/16/2024 | Revise 2/22/24 agenda (.4); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 02/19/2024 | Email (x3) to/from M. Patterson regarding 2/22/24 agenda | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |

Lordstown Motors Corp (DE)                                                                120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|-----------|-------|------|--------|
| 02/20/2024 | Review/revise and file agenda (.4); call with David Turetsky regarding same (.2); review/revise and file amended agenda (.2) | Patterson, Morgan L. (2372) | 0.80 | 720.00 | $ 576.00 |
| 02/20/2024 | Email (x3) to M. Patterson regarding 2/22/24 agenda (.2); revise 2/22/24 agenda (.2); efile same (.1); coordinate service regarding same (.1); prepare amended Agenda (.1); email to M. Patterson regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.80 | 370.00 | $ 296.00 |
| 02/21/2024 | Revise 3/5/24 agenda (.1); revise 3/14/24 agenda (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/27/2024 | Call with David Turetsky regarding confirmation hearing preparation | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |
| 02/27/2024 | Emails to and from Equity Committee Counsel regarding registration for upcoming hearing (.2); internal emails regarding registering new directors for upcoming hearing (.1) | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4897499

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/27/2024 | Email (x3) to/from D. Detweiler regarding confirmation hearing (.3); register A. Sole for 3/5/24 hearing (.1); update 3/5/24 agenda (.5) | Giobbe, Cynthia M.* (10258) | 0.90 | 370.00 | $ 333.00 |
| 02/28/2024 | Review/revise confirmation hearing agenda (.8); work with Doah Kim regarding confirmation hearing preparation (1.6) | Patterson, Morgan L. (2372) | 2.40 | 720.00 | $ 1,728.00 |
| 02/28/2024 | Revise 3/5/24 agenda (.7); email to M. Patterson regarding same (.1); revise 3/14/24 agenda/interim fee index (.5) | Giobbe, Cynthia M.* (10258) | 1.30 | 370.00 | $ 481.00 |

**Total for Task:** $ 5,431.50

**BKLT - Litigation**

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/2024 | Review/revise and circulate SEC COC and order | Patterson, Morgan L. (2372) | 0.40 | 720.00 | $ 288.00 |

Lordstown Motors Corp (DE)                                          120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/2024 | Review/revise and file COC and stipulation regarding 7023 litigation (1.5); review/file SEC COC and order regarding Plan provisions (.4) | Patterson, Morgan L. (2372) | 1.90 | 720.00 | $ 1,368.00 |
| 02/02/2024 | Email (x3) to/from M. Patterson regarding SEC motion to extend (.2); prepare COC and order regarding same (.1); efile COC, upload order (.1) | Giobbe, Cynthia M.* (10258) | 0.40 | 370.00 | $ 148.00 |
| 02/05/2024 | Review and file CNO regarding removal motion | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
| 02/05/2024 | Retrieve entered order regarding  7023 class claims, coordinate service (.1); retrieve SEC motion to extend, coordinate service (.1) | Giobbe, Cynthia M.* (10258) | 0.20 | 370.00 | $ 74.00 |
| 02/15/2024 | Review and analysis of SEC Extension Motion of Discharge Objection deadline | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |

Lordstown Motors Corp (DE)
Lordstown Motors Corp.

120360.0001.8/4897499

|  |  |  |  |  | $ 2,203.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKMO - Miscellaneous/Other**

| 02/29/2024 | Review SEC OIP and emails regarding filing of Notice of SEC OIP | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 02/29/2024 | Prepare Notice of Filling of Order Instituting Cease-and-Desist Proceedings; Email exchange with Morgan Patterson and Heidi Sasso related to same | Wilcher, Nichole M.* (10600) | 0.30 | 315.00 | $ 94.50 |

|  |  |  |  |  | $ 432.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKPO - Plan of Reorganization**

| 02/05/2024 | Emails White and Case and SEC counsel regarding SEC Stipulation and filing of Stipulation under Certification of Counsel | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 02/13/2024 | Email (x3) to/from M. Patterson regarding exclusivity motion (.1); prepare certification of counsel and order regarding continuance (1.1) | Giobbe, Cynthia M.* (10258) | 1.20 | 370.00 | $ 444.00 |

Lordstown Motors Corp (DE)                                                120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/26/2024 | Review multiple emails to and from White & Case team regarding plan confirmation and timing of updated plan confirmation documents | Detweiler, Donald J. (10135) | 0.20 | 845.00 | $ 169.00 |
| 02/26/2024 | Prepare notice of filing of blackline third amended plan (.2); prepare notice of proposed confirmation order (.2); email to W&C team regarding same (.1) | Giobbe, Cynthia M.* (10258) | 0.50 | 370.00 | $ 185.00 |
| 02/27/2024 | Review and analysis of multiple emails regarding plan confirmation documents and timing of filings of all plan documents (.4); multiple emails White & Case team regarding confirmation documents and scheduling of plan confirmation filings (.3); review multiple emails regarding confirmation schedule (.2); plan and confirmation filings and reports (.1); review of Third Modified First amended Joint Chapter 11 plan (.5); review Voting Report and exhibits for filing with Court for confirmation (.2); review Confirmation Order for Third Modified Plan (.6) | Detweiler, Donald J. (10135) | 2.30 | 845.00 | $ 1,943.50 |
| 02/27/2024 | Email (x2) to/from M. Patterson regarding revised confirmation order (.2); revise notice of confirmation order (.5) | Giobbe, Cynthia M.* (10258) | 0.70 | 370.00 | $ 259.00 |

Lordstown Motors Corp (DE)                                    120360.0001.8/4897499
Lordstown Motors Corp.

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/27/2024 | Preparation of third modified plan, plan supplement and exhibits, confirmation order; blackline of plan and voting declaration (1.5); email (x10) to/from M. Patterson regarding same (.6); prepare documents and exhibits for filing (1.0); efile same (.5); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 3.70 | 370.00 | $ 1,369.00 |
| 02/28/2024 | Confer with M. Patterson regarding confirmation documents; timing of filings; and open plan issues | Detweiler, Donald J. (10135) | 0.30 | 845.00 | $ 253.50 |
| 02/29/2024 | Review exclusivity reply and emails regarding filing of exclusivity reply | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 02/29/2024 | Telephone call Committee counsel regarding open plan issues (.2); review plan confirmation documents and issues (.2) | Detweiler, Donald J. (10135) | 0.40 | 845.00 | $ 338.00 |
| 02/29/2024 | File and serve reply in support of exclusivity | Sasso, Heidi E.* (6724) | 0.20 | 345.00 | $ 69.00 |

Lordstown Motors Corp (DE)                                        120360.0001.8/4897499
Lordstown Motors Corp.

|  |  |  |  |  | $ 5,621.50 |
|---|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |  |

**BKRS - Reports and Schedules**

| 02/21/2024 | Correspondence with UST regarding MORs | Patterson, Morgan L. (2372) | 0.10 | 720.00 | $ 72.00 |
|---|---|---|---|---|---|
| 02/26/2024 | Multiple correspondence with Silverman and W&C teams regarding revised and filing of MORs | Patterson, Morgan L. (2372) | 0.30 | 720.00 | $ 216.00 |
| 02/28/2024 | Review/revise/file amended December MORs and January MORs | Patterson, Morgan L. (2372) | 0.70 | 720.00 | $ 504.00 |
| 02/28/2024 | Email (x3) to/from D. Kim regarding December amended MORs and January MORs (.2); email to M. Patterson regarding same (.2); prepare attestations (x5) (.2); prepare MORs for filing (x5) and supporting documents (x5) (.8); efile same (.2); coordinate service of same (.1) | Giobbe, Cynthia M.* (10258) | 1.70 | 370.00 | $ 629.00 |

|  |  |  |  | $ 1,421.00 |
|---|---|---|---|---|
|  |  | **Total for Task:** |  |  |
|  |  | **Total for Services:** |  | $ 49,589.50 |

\*   If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                                120360.0001.8/4897499
Lordstown Motors Corp.

**TIMEKEEPER SUMMARY**

| Attorney: | Hours: | Amount: | Rate: |
|---|---|---|---|
| Patterson, Morgan L. | 41.50 | $ 29,880.00 | $ 720.00 |
| Detweiler, Donald J. | 5.60 | $ 4,732.00 | $ 845.00 |
| Kosman, Elazar A. | 2.50 | $ 962.50 | $ 385.00 |
| Giobbe, Cynthia M.* | 36.50 | $ 13,505.00 | $ 370.00 |
| Wilcher, Nichole M.* | 1.40 | $ 441.00 | $ 315.00 |
| Sasso, Heidi E.* | 0.20 | $ 69.00 | $ 345.00 |
| **Totals:** | 87.70 | $ 49,589.50 | |

\*  If an asterisk appears above, it designates a Legal Assistant or other non-lawyer professional.

Lordstown Motors Corp (DE)                                                                  120360.0001.8/4897499
Lordstown Motors Corp.

## TASK SUMMARY BILLING INFORMATION

| Task Code | Task Description | Hours | Amount |
|---|---|---|---|
| BKAV | Adversary | 0.60 | $ 222.00 |
| BKD | Documentations/Plan Negotiation | 26.40 | $ 19,095.50 |
| BKE | Executory Contracts/Lease Agreements | 0.70 | $ 294.00 |
| BKF | Fee Application/Monthly Billing | 10.50 | $ 4,939.50 |
| BKFO | Fees of Others | 19.20 | $ 8,896.50 |
| BKG | General Case Administration | 2.60 | $ 1,032.00 |
| BKH | Court Hearings/Preparation/Agenda | 10.70 | $ 5,431.50 |
| BKLT | Litigation | 3.30 | $ 2,203.50 |
| BKMO | Miscellaneous/Other | 0.70 | $ 432.50 |
| BKPO | Plan of Reorganization | 10.20 | $ 5,621.50 |
| BKRS | Reports and Schedules | 2.80 | $ 1,421.00 |
| | **Total** | 87.70 | $ 49,589.50 |

### Use of Legal Support Service Providers

In an effort to continue delivering cost effective services, WBD (US) uses legal support service providers located both inside and outside the U.S. to assist with help desk and technology issues, word processing, time entry, photocopying and other administrative tasks. In order for these service providers to complete these tasks, we must share certain client information. WBD (US) has made reasonable efforts to ensure that these services are performed in a manner that is consistent with our firm's obligations under the relevant Rules of Professional Conduct with regard to maintaining client confidentiality and supervision of non-lawyer assistants, and the firm bears responsibility for the resulting work product.  As part of the engagement with the firm, you agree and consent to the use of the services of these providers in the manner stated above.