# EXHIBIT A

Invoices

**LORDSTOWN MOTORS CORP.**
**TASK CODE SUMMARY**
**JANUARY 1, 2024 - JANUARY 31, 2024**

| Code | Category | Hours | Amount |
|------|----------|-------|--------|
| B100 | Administration | 4.5 | 2,308.50 |
| B110 | Case Administration | 15.0 | 9,582.00 |
| B160 | Fee - Employment Applications | 2.5 | 1,310.00 |
| B200 | Operations | 28.5 | 18,525.00 |
| B250 | Real Estate | 9.0 | 5,235.00 |
| B260 | Board of Director Matters | 15.3 | 9,945.00 |
| B460 | Securities Matters | 187.1 | 128,792.50 |
| | | 261.9 | 175,698.00 |
| | Less Discounts | | -17,569.80 |
| | **Total** | **261.9** | **158,128.20** |

**LORDSTOWN MOTORS CORP.**
**TIMEKEEPER SUMMARY**
**JANUARY 1, 2024 - JANUARY 31, 2024**

| Timekeeper | Title | Rate | Hours | Amount |
|------------|-------|------|-------|--------|
| Atkinson, Susan L. | Paralegal | 285.00 | 2.7 | 769.50 |
| Gunther, Michael W. | Associate | 380.00 | 8.7 | 3,306.00 |
| Hanselman, Suzanne K. | Partner | 855.00 | 1.8 | 1,539.00 |
| Kellogg, Amy E. | Partner | 850.00 | 2.1 | 1,785.00 |
| Leonard, Melissa A. | Partner | 650.00 | 64.0 | 41,600.00 |
| McEvoy, Robert L. | Associate | 500.00 | 6.9 | 3,450.00 |
| Murray, Brian M. | Partner | 730.00 | 2.0 | 1,460.00 |
| Rodriguez, Jennifer R. | Associate | 985.00 | 2.4 | 2,364.00 |
| Shively, Douglas L. | Partner | 615.00 | 0.6 | 369.00 |
| Spreen, Janet A. | Partner | 825.00 | 113.1 | 93,307.50 |
| Stevenson, Brittany E. | Associate | 445.00 | 54.0 | 24,030.00 |
| Szalay, Sarah M. | Paralegal | 300.00 | 2.3 | 690.00 |
| Valdez, Carrie A. | Associate | 560.00 | 0.3 | 168.00 |
| VanNiel, Michael A. | Partner | 860.00 | 1.0 | 860.00 |
| | | | 261.9 | 175,698.00 |
| | | Less Discounts | | -17,569.80 |
| | | **Total** | **261.9** | **158,128.20** |

**LORDSTOWN MOTORS CORP.**
**EXPENSE SUMMARY**
**JANUARY 1, 2024 - JANUARY 31, 2024**

| | |
|---|---|
| Delivery Services | 28.18 |
| **Total** | **28.18** |

Lordstown Motors Corp.

**Regarding:**          **General Corporate Matters (2022-2024)**
Matter Number:          116592.000110

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Hanselman, Suzanne K. | 1.80 | $   855.00 | $   1,539.00 |
| Kellogg, Amy E. | 2.10 | 850.00 | 1,785.00 |
| Leonard, Melissa A. | 55.10 | 650.00 | 35,815.00 |
| Murray, Brian M. | 2.00 | 730.00 | 1,460.00 |
| Shively, Douglas L. | 0.60 | 615.00 | 369.00 |
| VanNiel, Michael A. | 1.00 | 860.00 | 860.00 |
| McEvoy, Robert L. | 6.90 | 500.00 | 3,450.00 |
| Valdez, Carrie A. | 0.30 | 560.00 | 168.00 |
| Atkinson, Susan L. | 2.70 | 285.00 | 769.50 |
| Szalay, Sarah M. | 2.30 | 300.00 | 690.00 |
| **10% Courtesy Discount** | | | (4,690.55) |
| **Total** | **74.80** | | $   **42,214.95** |

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|-----:|------:|-------:|
| 01/17/24 | Hanselman, Suzanne K. | Review form of D&O questionnaire to confirm response to required disclosures. | 855.00 | 1.30 | 1,111.50 |
| 01/17/24 | Hanselman, Suzanne K. | Follow-up with Ms. Spreen regarding D&O questionnaire. | 855.00 | 0.20 | 171.00 |
| 01/18/24 | Atkinson, Susan L. | Receive audit request. | 285.00 | 0.10 | 28.50 |
| 01/18/24 | Atkinson, Susan L. | Create file for audit request. | 285.00 | 0.10 | 28.50 |
| 01/18/24 | Atkinson, Susan L. | Run internal audit report. | 285.00 | 0.10 | 28.50 |
| 01/18/24 | Atkinson, Susan L. | Draft audit response. | 285.00 | 0.70 | 199.50 |
| 01/18/24 | Atkinson, Susan L. | Compose email to timekeepers requesting | 285.00 | 0.10 | 28.50 |

Baker & Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston
Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*

Lordstown Motors Corp.

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | L. | comments to audit response. | | | |
| 01/18/24 | Atkinson, Susan L. | Revise draft to reflect matter summary provided by Mr. Dawson. | 285.00 | 0.20 | 57.00 |
| 01/22/24 | Atkinson, Susan L. | Re-run the audit inquiry to comply with the terms of the request. | 285.00 | 0.10 | 28.50 |
| 01/22/24 | Atkinson, Susan L. | Review and track attorney responses to audit request inquiry and send follow up email to those who have not yet responded. | 285.00 | 0.20 | 57.00 |
| 01/22/24 | Atkinson, Susan L. | Request updates to seven previously reported matters. | 285.00 | 0.10 | 28.50 |
| 01/22/24 | Atkinson, Susan L. | Review prior correspondence to determine which attorneys to ask for specific matter updates. | 285.00 | 0.20 | 57.00 |
| 01/23/24 | Atkinson, Susan L. | Request and receive Ms. Leonard's approval for audit response content, detailing outstanding issues in track changes. | 285.00 | 0.30 | 85.50 |
| 01/23/24 | Atkinson, Susan L. | Send response to audit committee member for approval. | 285.00 | 0.10 | 28.50 |
| 01/23/24 | Atkinson, Susan L. | Finalize audit response. | 285.00 | 0.20 | 57.00 |
| 01/23/24 | Atkinson, Susan L. | Obtain signature to response and send to auditor and client. | 285.00 | 0.10 | 28.50 |
| 01/23/24 | Atkinson, Susan L. | Supplement electronic and hard copy files. | 285.00 | 0.10 | 28.50 |
| 01/23/24 | Hanselman, Suzanne K. | Conduct audit committee review of audit response. | 855.00 | 0.30 | 256.50 |
| **Administration(B100)** | | | | **4.50** | **2,308.50** |
| 01/02/24 | Szalay, Sarah M. | Access and obtain current docket and recently filed pleadings and forward to Mr. VanNiel for review. | 300.00 | 0.20 | 60.00 |
| 01/04/24 | Shively, Douglas L. | Attention to document preservation issues relating to shipment of boxes received from | 615.00 | 0.60 | 369.00 |

Baker & Hostetler LLP

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | Amanda Ciccone. | | | |
| 01/08/24 | Leonard, Melissa A. | Messages to and from White & Case and Mr. Ninivaggi regarding outstanding disputes to Plan and status of Hudson's response to Dechert. | 650.00 | 0.50 | 325.00 |
| 01/08/24 | Leonard, Melissa A. | Weekly update meeting with White & Case. | 650.00 | 0.50 | 325.00 |
| 01/08/24 | Szalay, Sarah M. | Access and obtain current docket and recently filed pleadings and forward to Mr. VanNiel for review. | 300.00 | 0.10 | 30.00 |
| 01/09/24 | Szalay, Sarah M. | Access and obtain recently filed pleadings and forward to Mr. VanNiel for review. | 300.00 | 0.10 | 30.00 |
| 01/11/24 | Leonard, Melissa A. | Attend meeting with White & Case to review outstanding work streams. | 650.00 | 0.80 | 520.00 |
| 01/11/24 | Leonard, Melissa A. | Attention to SEC communications. | 650.00 | 1.00 | 650.00 |
| 01/12/24 | Leonard, Melissa A. | Attention to SEC matters. | 650.00 | 1.50 | 975.00 |
| 01/15/24 | Leonard, Melissa A. | Review revised Plan and Schedule of Retained Causes of Action. | 650.00 | 1.00 | 650.00 |
| 01/15/24 | Leonard, Melissa A. | Respond to Mr. Ninivaggi's question concerning factual information impacting the revised Plan. | 650.00 | 0.50 | 325.00 |
| 01/15/24 | Valdez, Carrie A. | Advise client regarding EEO-1 filing obligations. | 560.00 | 0.30 | 168.00 |
| 01/16/24 | Leonard, Melissa A. | Attention to case administration. | 650.00 | 1.00 | 650.00 |
| 01/17/24 | Leonard, Melissa A. | Attention to case administration. | 650.00 | 1.00 | 650.00 |
| 01/17/24 | Murray, Brian M. | Draft email for Ms. Leonard regarding the permissible uses of forfeitures under the savings plan. | 730.00 | 0.30 | 219.00 |
| 01/18/24 | Leonard, | Attention to case administration. | 650.00 | 1.00 | 650.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

Invoice Date:                02/26/24
Invoice Number:          51250558
Matter Number:     116592.000110
Page 6

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | Melissa A. | | | | |
| 01/19/24 | Leonard, Melissa A. | Attention to case administration. | 650.00 | 1.00 | 650.00 |
| 01/22/24 | Leonard, Melissa A. | Attention to case administration. | 650.00 | 1.00 | 650.00 |
| 01/22/24 | Szalay, Sarah M. | Access and obtain current docket and recently filed pleadings and forward to Mr. VanNiel for review. | 300.00 | 0.10 | 30.00 |
| 01/23/24 | Szalay, Sarah M. | Access and obtain recently filed pleadings and forward to Mr. VanNiel for review. | 300.00 | 0.20 | 60.00 |
| 01/29/24 | Leonard, Melissa A. | Attention to filings. | 650.00 | 0.50 | 325.00 |
| 01/29/24 | Murray, Brian M. | Draft e-mail for Mr. Port regarding the categories of compensation that would be includible under the savings plan to determine the amount of matching contributions and the plan's provisions regarding true-up contributions. | 730.00 | 1.70 | 1,241.00 |
| 01/30/24 | Szalay, Sarah M. | Access and obtain recently filed pleadings and forward to Mr. VanNiel for review. | 300.00 | 0.10 | 30.00 |
| **Case Administration(B110)** | | | | **15.00** | **9,582.00** |
| 01/08/24 | VanNiel, Michael A. | Review and comment on Fourth Monthly Fee Statement. | 860.00 | 0.10 | 86.00 |
| 01/08/24 | VanNiel, Michael A. | Correspondence with working group regarding Fourth Monthly Fee Statement. | 860.00 | 0.10 | 86.00 |
| 01/09/24 | Szalay, Sarah M. | Prepare Baker & Hostetler's Fifth Monthly Fee Statement and forward to Mr. VanNiel for review and comment. | 300.00 | 1.00 | 300.00 |
| 01/09/24 | VanNiel, Michael A. | Correspondence with White & Case team regarding Baker Fourth Monthly Statement. | 860.00 | 0.10 | 86.00 |
| 01/09/24 | VanNiel, Michael A. | Review and address supplemental disclosures regarding Baker Hostetler retention. | 860.00 | 0.10 | 86.00 |

## Baker & Hostetler LLP

Lordstown Motors Corp.

Invoice Date:                    02/26/24
Invoice Number:                  51250558
Matter Number:              116592.000110
Page 7

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/10/24 | Szalay, Sarah M. | Prepare Notice of Rate Increase and forward to Mr. VanNiel for review and comment. | 300.00 | 0.30 | 90.00 |
| 01/10/24 | VanNiel, Michael A. | Correspondence with working group regarding supplemental disclosures for filing with court. | 860.00 | 0.20 | 172.00 |
| 01/17/24 | VanNiel, Michael A. | Review and comment on latest monthly fee statement for Baker & Hostetler. | 860.00 | 0.40 | 344.00 |
| 01/19/24 | Szalay, Sarah M. | Revise Notice of Rate Increase at the request of Mr. VanNiel. | 300.00 | 0.20 | 60.00 |

**Fee - Employment Application(B160)**                                    **2.50**    **1,310.00**

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/02/24 | Leonard, Melissa A. | Attention to severance agreements. | 650.00 | 0.50 | 325.00 |
| 01/02/24 | Leonard, Melissa A. | Attention to supplier issues. | 650.00 | 0.50 | 325.00 |
| 01/02/24 | Leonard, Melissa A. | Attention to obtaining title documents from DC. | 650.00 | 0.50 | 325.00 |
| 01/03/24 | Leonard, Melissa A. | Attention to severance agreements. | 650.00 | 0.50 | 325.00 |
| 01/04/24 | Leonard, Melissa A. | Attention to obtaining vehicles titles from DC. | 650.00 | 0.10 | 65.00 |
| 01/04/24 | Leonard, Melissa A. | Meeting with White & Case to review open items. | 650.00 | 0.20 | 130.00 |
| 01/04/24 | Leonard, Melissa A. | Attention to issues with former employees. | 650.00 | 0.70 | 455.00 |
| 01/04/24 | Leonard, Melissa A. | Meeting to review winddown checklist and follow-up on responsibilities. | 650.00 | 2.00 | 1,300.00 |
| 01/05/24 | Leonard, Melissa A. | Attention to transfer of charging truck to Fisker. | 650.00 | 1.50 | 975.00 |
| 01/05/24 | Leonard, Melissa A. | Attention to scrapping of DC vehicle that was located in Farmington Hills. | 650.00 | 1.50 | 975.00 |
| 01/05/24 | Leonard, | Review Asset Transfer Letter from Dassault | 650.00 | 0.20 | 130.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | Melissa A. | Systems. | | | |
| 01/05/24 | Leonard, Melissa A. | Messages from and to Mr. Hightower regarding same. | 650.00 | 0.10 | 65.00 |
| 01/08/24 | Leonard, Melissa A. | Review information provided by Aon. | 650.00 | 0.50 | 325.00 |
| 01/08/24 | Leonard, Melissa A. | Attention to supplier claims. | 650.00 | 1.00 | 650.00 |
| 01/08/24 | Leonard, Melissa A. | Attention to vehicle removal from Farmington Hills. | 650.00 | 0.30 | 195.00 |
| 01/09/24 | Leonard, Melissa A. | Attention to Mr. Bowen's garnishment issue. | 650.00 | 0.50 | 325.00 |
| 01/10/24 | Leonard, Melissa A. | Attention to Mr. Backing's claims regarding severance payment. | 650.00 | 0.50 | 325.00 |
| 01/10/24 | Leonard, Melissa A. | Attention to documents needed by KPMG for audit. | 650.00 | 4.50 | 2,925.00 |
| 01/10/24 | Leonard, Melissa A. | Messages to and from Mr. Skiljan regarding information needed from Aon. | 650.00 | 0.20 | 130.00 |
| 01/10/24 | Leonard, Melissa A. | Attention to destruction of vehicle in Farmington Hills. | 650.00 | 0.10 | 65.00 |
| 01/10/24 | Leonard, Melissa A. | Telephone meeting with collection agency regarding Mr. Bowen's garnishment. | 650.00 | 0.20 | 130.00 |
| 01/11/24 | Leonard, Melissa A. | Attend meetings regarding supplier claims and pre-emergence matters. | 650.00 | 1.50 | 975.00 |
| 01/11/24 | Leonard, Melissa A. | Attend meeting with Aon to discuss existing policies and manner in which to extend D&O policy, if necessary. | 650.00 | 1.00 | 650.00 |
| 01/12/24 | Leonard, Melissa A. | Attention to payment for repurchased DC vehicles. | 650.00 | 0.70 | 455.00 |
| 01/12/24 | Leonard, Melissa A. | Attention to Mr. Bowen's garnishment issue. | 650.00 | 0.50 | 325.00 |
| 01/12/24 | Leonard, Melissa A. | Attention to retainers and the return of the retainers. | 650.00 | 0.70 | 455.00 |

Baker & Hostetler LLP

Lordstown Motors Corp.

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/24 | Leonard, Melissa A. | Attention to issues relating to rejected leases. | 650.00 | 1.00 | 650.00 |
| 01/24/24 | Leonard, Melissa A. | Attention to status of various pre-emergence activities. | 650.00 | 1.00 | 650.00 |
| 01/25/24 | Leonard, Melissa A. | Attention to NHTSA correspondence and pre-emergence activities. | 650.00 | 1.00 | 650.00 |
| 01/26/24 | Leonard, Melissa A. | Meet with NHTSA counsel and Mr. Hightower to discuss NHTSA correspondence and response thereto. | 650.00 | 0.70 | 455.00 |
| 01/26/24 | Leonard, Melissa A. | Review and comment on NHTSA correspondence. | 650.00 | 0.80 | 520.00 |
| 01/26/24 | Leonard, Melissa A. | Attention to 401K true up questions. | 650.00 | 0.50 | 325.00 |
| 01/29/24 | Leonard, Melissa A. | Attention to return of security deposits and sale of vehicle to Fisker. | 650.00 | 1.00 | 650.00 |
| 01/30/24 | Leonard, Melissa A. | Attention to execution of SEC offer. | 650.00 | 0.50 | 325.00 |
| 01/31/24 | Leonard, Melissa A. | Attention to accounting memo for litigation reserve. | 650.00 | 1.00 | 650.00 |
| 01/31/24 | Leonard, Melissa A. | Attention to supplier claims. | 650.00 | 0.50 | 325.00 |
| **Operations(B200)** | | | | **28.50** | **18,525.00** |
| 01/23/24 | Kellogg, Amy E. | Conference with Ms. Leonard regarding letter to landlord of Irvine, CA lease. | 850.00 | 0.30 | 255.00 |
| 01/23/24 | McEvoy, Robert L. | Discuss security deposit dispute and discuss matters relating to same. | 500.00 | 0.20 | 100.00 |
| 01/23/24 | McEvoy, Robert L. | Review and analyze correspondence regarding bankruptcy law analysis of landlord's calculation of leasing costs. | 500.00 | 0.20 | 100.00 |
| 01/23/24 | McEvoy, Robert L. | Review and analyze proof of claim and Lease. | 500.00 | 0.20 | 100.00 |

**Baker & Hostetler LLP**

Lordstown Motors Corp.

Invoice Date: 02/26/24
Invoice Number: 51250558
Matter Number: 116592.000110
Page 10

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/24/24 | McEvoy, Robert L. | Review and analyze lease, addenda and first amendment. | 500.00 | 0.20 | 100.00 |
| 01/24/24 | McEvoy, Robert L. | Review and analyze proof of claim. | 500.00 | 0.30 | 150.00 |
| 01/24/24 | McEvoy, Robert L. | Draft letter to landlord regarding request for return of the security deposit and matters relating to rejection damages pursuant to landlord's proof of claim filing. | 500.00 | 0.30 | 150.00 |
| 01/25/24 | Kellogg, Amy E. | Review lease and proof of claim. | 850.00 | 0.50 | 425.00 |
| 01/25/24 | Kellogg, Amy E. | Review and revise letter to landlord regarding security deposit. | 850.00 | 0.50 | 425.00 |
| 01/25/24 | Kellogg, Amy E. | Conference with Mr. McEvoy. | 850.00 | 0.50 | 425.00 |
| 01/25/24 | McEvoy, Robert L. | Review and analyze lease and addenda and first amendment thereto. | 500.00 | 0.30 | 150.00 |
| 01/25/24 | McEvoy, Robert L. | Review and analyze landlord's proof of claim and assertion of damages in connection with same. | 500.00 | 0.30 | 150.00 |
| 01/25/24 | McEvoy, Robert L. | Draft letter to landlord regarding the return of the security deposit and matters relating to landlord's claim for rejection damages. | 500.00 | 2.30 | 1,150.00 |
| 01/25/24 | McEvoy, Robert L. | Draft summary of lease analysis in connection with analysis of landlord's Proof of Claim and attend to discussions of same. | 500.00 | 0.90 | 450.00 |
| 01/29/24 | Kellogg, Amy E. | Conference with Mr. McEvoy. | 850.00 | 0.10 | 85.00 |
| 01/29/24 | Kellogg, Amy E. | Review revised letter to landlord. | 850.00 | 0.10 | 85.00 |
| 01/29/24 | Kellogg, Amy E. | Communications with Ms. Leonard regarding revised letter to landlord. | 850.00 | 0.10 | 85.00 |
| 01/29/24 | McEvoy, Robert L. | Conduct research regarding return of security deposit to tenant under commercial lease pursuant to California law and discuss same. | 500.00 | 0.90 | 450.00 |
| 01/29/24 | McEvoy, Robert L. | Draft correspondence regarding summary of laws regarding timing to return a security | 500.00 | 0.30 | 150.00 |

**Baker&Hostetler LLP**

Lordstown Motors Corp.

Invoice Date:                    02/26/24
Invoice Number:                51250558
Matter Number:        116592.000110
Page 11

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| | | deposit for a commercial tenant and questions relating to same. | | | |
| 01/29/24 | McEvoy, Robert L. | Review and analyze correspondence regarding return of possession of property to landlord. | 500.00 | 0.10 | 50.00 |
| 01/29/24 | McEvoy, Robert L. | Revise letter to landlord regarding return of security deposit and attend to matters relating to same. | 500.00 | 0.40 | 200.00 |
| **Real Estate(B250)** | | | | **9.00** | **5,235.00** |
| 01/02/24 | Leonard, Melissa A. | Attention to board matters. | 650.00 | 0.50 | 325.00 |
| 01/03/24 | Leonard, Melissa A. | Attention to board matters. | 650.00 | 0.50 | 325.00 |
| 01/08/24 | Leonard, Melissa A. | Review D&O forms and correspondence from Ms. Spreen regarding plan to distribute same. | 650.00 | 1.00 | 650.00 |
| 01/08/24 | Leonard, Melissa A. | Review information regarding share availability and board members' deferral of RSUs. | 650.00 | 0.70 | 455.00 |
| 01/10/24 | Leonard, Melissa A. | Attention to scheduling board of directors meeting. | 650.00 | 0.50 | 325.00 |
| 01/11/24 | Leonard, Melissa A. | Attention to board of director meeting. | 650.00 | 1.30 | 845.00 |
| 01/11/24 | Leonard, Melissa A. | Attention to minutes for prior board meetings. | 650.00 | 3.00 | 1,950.00 |
| 01/12/24 | Leonard, Melissa A. | Attention to minutes for prior board meetings. | 650.00 | 0.20 | 130.00 |
| 01/12/24 | Leonard, Melissa A. | Attend board of directors' meeting and provide materials for same. | 650.00 | 1.30 | 845.00 |
| 01/23/24 | Leonard, Melissa A. | Attention to board of director minutes and questionnaires. | 650.00 | 2.00 | 1,300.00 |
| 01/25/24 | Leonard, Melissa A. | Attention to bankruptcy plan and communications to directors. | 650.00 | 1.00 | 650.00 |

Baker & Hostetler LLP

Lordstown Motors Corp.

Invoice Date:                02/26/24
Invoice Number:          51250558
Matter Number:    116592.000110
                                  Page 12

| Date | Name | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 01/26/24 | Leonard, Melissa A. | Attention to certification to SEC in connection with offer to SEC. | 650.00 | 0.50 | 325.00 |
| 01/26/24 | Leonard, Melissa A. | Draft resolution for approval by the Board of Directors. | 650.00 | 0.50 | 325.00 |
| 01/26/24 | Leonard, Melissa A. | Correspondence to Board of Directors regarding draft resolution. | 650.00 | 0.50 | 325.00 |
| 01/29/24 | Leonard, Melissa A. | Attention to board resolution. | 650.00 | 0.30 | 195.00 |
| 01/31/24 | Leonard, Melissa A. | Draft and distribute unanimous written consent for Board. | 650.00 | 1.00 | 650.00 |
| 01/31/24 | Leonard, Melissa A. | Correspondence with Board regarding draft consent. | 650.00 | 0.50 | 325.00 |

**Board Of Directors Matters(B260)** **15.30** **9,945.00**

**Baker & Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

**B460**            **Securities Matters**
116592.000024

| Name | Hours | Rate | Amount |
|------|------:|------:|------:|
| Leonard, Melissa A. | 8.90 | $ 650.00 | $ 5,785.00 |
| Spreen, Janet A. | 113.10 | 825.00 | 93,307.50 |
| Gunther, Michael W. | 8.70 | 380.00 | 3,306.00 |
| Rodriguez, Jennifer R. | 2.40 | 985.00 | 2,364.00 |
| Stevenson, Brittany E. | 54.00 | 445.00 | 24,030.00 |
| **10% Courtesy Discount** | | | (12,879.25) |
| **Total** | **187.10** | | $ **115,913.25** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 01/02/24 | Spreen, Janet A. | Correspondence with CUSIP and DTC regarding questions. | 0.30 | 247.50 |
| 01/02/24 | Spreen, Janet A. | Attention to Form 10-K preparation questions and planning. | 2.00 | 1,650.00 |
| 01/02/24 | Stevenson, Brittany E. | Prepare resolutions. | 1.60 | 712.00 |
| 01/03/24 | Spreen, Janet A. | Call with Ms. Stevenson regarding preparation of items for emergence and 10-K filing. | 0.50 | 412.50 |
| 01/03/24 | Spreen, Janet A. | Correspondence with DTC and CUSIP regarding requirements. | 0.50 | 412.50 |
| 01/03/24 | Stevenson, Brittany E. | Prepare director and officer questionnaires. | 0.50 | 222.50 |
| 01/03/24 | Stevenson, Brittany E. | Prepare resolutions. | 1.60 | 712.00 |
| 01/03/24 | Stevenson, Brittany E. | Prepare director resignation letters. | 0.50 | 222.50 |
| 01/03/24 | Stevenson, Brittany E. | Call with Ms. Spreen to discuss post-effective matters. | 0.60 | 267.00 |
| 01/03/24 | Stevenson, Brittany E. | Review sample disclosure and prepare Form 8-K. | 1.00 | 445.00 |

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston
Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington

Lordstown Motors Corp.

Invoice Date:                    02/26/24
Invoice Number:                  51251052
Matter Number:            116592.000024
                                   Page 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/04/24 | Leonard, Melissa A. | Attention to 8-K. | 0.30 | 195.00 |
| 01/04/24 | Spreen, Janet A. | Prepare and file Form 8-K. | 2.50 | 2,062.50 |
| 01/04/24 | Stevenson, Brittany E. | Prepare director and officer questionnaires. | 1.30 | 578.50 |
| 01/04/24 | Stevenson, Brittany E. | Prepare Form 8-K for filing. | 0.40 | 178.00 |
| 01/05/24 | Spreen, Janet A. | Attention to Broadridge question. | 0.10 | 82.50 |
| 01/05/24 | Spreen, Janet A. | Prepare Board minutes. | 0.30 | 247.50 |
| 01/05/24 | Spreen, Janet A. | Review updates to D&O questionnaires. | 0.70 | 577.50 |
| 01/05/24 | Spreen, Janet A. | Attention to Form 10-K preparation questions and planning. | 1.70 | 1,402.50 |
| 01/06/24 | Leonard, Melissa A. | Attention to potential 8-K filing. | 0.50 | 325.00 |
| 01/06/24 | Leonard, Melissa A. | Telephone meetings with Mr. Ninivaggi and Ms. Spreen regarding potential 8-K filing. | 0.30 | 195.00 |
| 01/06/24 | Spreen, Janet A. | Attention to Form 8-K for filing of SEC claim. | 4.00 | 3,300.00 |
| 01/07/24 | Leonard, Melissa A. | Attention to 8-K filing. | 1.00 | 650.00 |
| 01/07/24 | Leonard, Melissa A. | Telephone meetings with Mr. Ninivaggi, Mr. Kroll and Ms. Spreen regarding 8-K filing. | 0.30 | 195.00 |
| 01/07/24 | Spreen, Janet A. | Attention to Form 8-K for filing of SEC claim. | 1.50 | 1,237.50 |
| 01/07/24 | Stevenson, Brittany E. | Prepare director and officer questionnaires. | 0.30 | 133.50 |
| 01/08/24 | Leonard, Melissa A. | Attention to 8-K. | 0.50 | 325.00 |
| 01/08/24 | Spreen, Janet A. | Review equity grant and plan balance matters. | 2.00 | 1,650.00 |
| 01/08/24 | Spreen, Janet A. | Review draft documents for termination of registration statement matters. | 2.20 | 1,815.00 |
| 01/08/24 | Spreen, Janet A. | Attention to Form 8-K for filing of SEC claim. | 1.50 | 1,237.50 |

**Baker & Hostetler LLP**

Lordstown Motors Corp.

Invoice Date:                    02/26/24
Invoice Number:                51251052
Matter Number:           116592.000024
                                   Page 6

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/08/24 | Stevenson, Brittany E. | Prepare director and officer questionnaires. | 6.00 | 2,670.00 |
| 01/09/24 | Leonard, Melissa A. | Attention to 8K. | 0.50 | 325.00 |
| 01/09/24 | Spreen, Janet A. | Attention to share deferral questions. | 0.80 | 660.00 |
| 01/09/24 | Spreen, Janet A. | Attention to questionnaires and 10-K planning. | 2.50 | 2,062.50 |
| 01/09/24 | Spreen, Janet A. | Attention to open items on emergence checklist. | 0.40 | 330.00 |
| 01/09/24 | Stevenson, Brittany E. | Review and update resolutions. | 0.40 | 178.00 |
| 01/09/24 | Stevenson, Brittany E. | Review and update director and officer questionnaires. | 2.50 | 1,112.50 |
| 01/10/24 | Leonard, Melissa A. | Review emergence checklist prepared by Ms. Spreen. | 0.50 | 325.00 |
| 01/10/24 | Leonard, Melissa A. | Review emails regarding RSU deferrals by directors. | 0.50 | 325.00 |
| 01/10/24 | Spreen, Janet A. | Update emergence checklist. | 0.20 | 165.00 |
| 01/10/24 | Spreen, Janet A. | Attention to share deferral questions. | 0.70 | 577.50 |
| 01/10/24 | Spreen, Janet A. | Attention to Board resolutions for emergence matters. | 0.50 | 412.50 |
| 01/11/24 | Spreen, Janet A. | Attention to 10-K information, timing and drafting. | 2.90 | 2,392.50 |
| 01/11/24 | Spreen, Janet A. | Attention to share deferral and stock plan questions. | 0.70 | 577.50 |
| 01/11/24 | Spreen, Janet A. | Attention to open items on emergence checklist for registration statements. | 1.00 | 825.00 |
| 01/12/24 | Gunther, Michael W. | Meeting with Ms. Spreen to discuss assignment regarding 10-K filing. | 0.30 | 114.00 |
| 01/12/24 | Leonard, Melissa A. | Attention to 10K matters. | 1.00 | 650.00 |
| 01/12/24 | Spreen, Janet A. | Draft 10-K. | 6.50 | 5,362.50 |
| 01/12/24 | Spreen, Janet A. | Review and revise sets of resolutions | 1.50 | 1,237.50 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

Invoice Date: 02/26/24
Invoice Number: 51251052
Matter Number: 116592.000024
Page 7

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | needed for emergence matters. | | |
| 01/12/24 | Spreen, Janet A. | Review materials for and attend LMC Board Meeting. | 1.00 | 825.00 |
| 01/12/24 | Spreen, Janet A. | Call regarding Form 10-K timeline and process. | 0.80 | 660.00 |
| 01/12/24 | Spreen, Janet A. | Attention to draft minutes status. | 0.30 | 247.50 |
| 01/13/24 | Spreen, Janet A. | Draft 10-K. | 7.00 | 5,775.00 |
| 01/15/24 | Leonard, Melissa A. | Review draft of compensation disclosure for the 10K. | 0.70 | 455.00 |
| 01/15/24 | Leonard, Melissa A. | Messages to and from Ms. Spreen and Mr. Port regarding compensation disclosure for the 10-K. | 0.30 | 195.00 |
| 01/15/24 | Leonard, Melissa A. | Review documents prepared by Ms. Spreen relating to withdrawal of registration statement, registration rights waiver, emergence checklist and proposed resolutions. | 1.00 | 650.00 |
| 01/15/24 | Spreen, Janet A. | Attention to questions on executive compensation disclosure and other 10-K items. | 2.50 | 2,062.50 |
| 01/16/24 | Spreen, Janet A. | Prepare 10-K draft. | 9.00 | 7,425.00 |
| 01/16/24 | Spreen, Janet A. | Attention to D&O questionnaire updates and responses. | 0.60 | 495.00 |
| 01/16/24 | Spreen, Janet A. | Attention to deferral questions. | 0.30 | 247.50 |
| 01/17/24 | Gunther, Michael W. | Draft 10-k bios for new directors and officers. | 1.50 | 570.00 |
| 01/17/24 | Spreen, Janet A. | Attention to open items for effective date. | 0.50 | 412.50 |
| 01/17/24 | Spreen, Janet A. | Prepare 10-K draft. | 5.60 | 4,620.00 |
| 01/17/24 | Spreen, Janet A. | Call with working group regarding 10-K. | 1.00 | 825.00 |
| 01/17/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 3.30 | 1,468.50 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Lordstown Motors Corp.

Invoice Date: 02/26/24
Invoice Number: 51251052
Matter Number: 116592.000024
Page 8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/17/24 | Stevenson, Brittany E. | Review share deferral elections and share ownership records. | 1.60 | 712.00 |
| 01/18/24 | Gunther, Michael W. | Draft 10-k bios for new directors and officers. | 1.70 | 646.00 |
| 01/18/24 | Rodriguez, Jennifer R. | Research questions relating to disclosure of director and officer indemnity in 10-K. | 2.40 | 2,364.00 |
| 01/18/24 | Spreen, Janet A. | Prepare 10-K draft. | 4.00 | 3,300.00 |
| 01/18/24 | Spreen, Janet A. | Attention to review of questionnaires. | 0.70 | 577.50 |
| 01/18/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 5.90 | 2,625.50 |
| 01/19/24 | Gunther, Michael W. | Draft 10-k bios for new directors and officers. | 1.90 | 722.00 |
| 01/19/24 | Spreen, Janet A. | Attention to 10-K matters. | 0.70 | 577.50 |
| 01/19/24 | Stevenson, Brittany E. | Attend call with Mr. Gunther to discuss director and officer biographies. | 0.50 | 222.50 |
| 01/19/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 3.80 | 1,691.00 |
| 01/20/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 3.10 | 1,379.50 |
| 01/21/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 3.10 | 1,379.50 |
| 01/22/24 | Spreen, Janet A. | Prepare and update 10-K. | 3.00 | 2,475.00 |
| 01/22/24 | Spreen, Janet A. | Prepare DTC Indemnity Letter. | 1.30 | 1,072.50 |
| 01/22/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 3.10 | 1,379.50 |
| 01/23/24 | Gunther, Michael W. | Track and review for completeness the Director and Officer questionnaires. | 1.20 | 456.00 |
| 01/23/24 | Spreen, Janet A. | Attention to Broadridge questions. | 0.20 | 165.00 |
| 01/23/24 | Spreen, Janet A. | Attention to DTC letter request. | 0.30 | 247.50 |
| 01/23/24 | Spreen, Janet A. | Attend 10-K meeting. | 0.60 | 495.00 |
| 01/23/24 | Spreen, Janet A. | Review and revise risk factors and related matters for Form 10-K. | 3.50 | 2,887.50 |

**Baker&Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

Invoice Date: 02/26/24
Invoice Number: 51251052
Matter Number: 116592.000024
Page 9

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/23/24 | Spreen, Janet A. | Assemble sections for equity review and update and circulate same. | 1.00 | 825.00 |
| 01/23/24 | Stevenson, Brittany E. | Review completed director and officer questionnaires. | 0.50 | 222.50 |
| 01/23/24 | Stevenson, Brittany E. | Attend call to discuss Form 10-K. | 0.60 | 267.00 |
| 01/24/24 | Gunther, Michael W. | Correspondence regarding 10-k bios and warrant holders list. | 0.10 | 38.00 |
| 01/24/24 | Gunther, Michael W. | Update questionnaire tracker to reflect Mr. Hightower's responses. | 0.40 | 152.00 |
| 01/24/24 | Spreen, Janet A. | Attention to 10-K questions and updates. | 2.00 | 1,650.00 |
| 01/24/24 | Spreen, Janet A. | Attention to identifying potential remaining parties to registration rights agreement for waiver. | 0.80 | 660.00 |
| 01/24/24 | Spreen, Janet A. | Attention to potential 8-K for plan update. | 1.00 | 825.00 |
| 01/24/24 | Stevenson, Brittany E. | Review completed director and officer questionnaires. | 0.50 | 222.50 |
| 01/25/24 | Gunther, Michael W. | Draft 10-K biography for Mr. Gallagher and update questionnaire tracker accordingly. | 0.70 | 266.00 |
| 01/25/24 | Gunther, Michael W. | Check shareholder list and Warrantholder list for discrepancies. | 0.40 | 152.00 |
| 01/25/24 | Spreen, Janet A. | Attention to 10-K updates and related calls. | 5.00 | 4,125.00 |
| 01/25/24 | Spreen, Janet A. | Attention to emergence tasks. | 1.70 | 1,402.50 |
| 01/25/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 1.70 | 756.50 |
| 01/25/24 | Stevenson, Brittany E. | Call with Ms. Spreen to discuss Form 10-K. | 0.30 | 133.50 |
| 01/25/24 | Stevenson, Brittany E. | Attend call to discuss Form 10-K updates. | 0.40 | 178.00 |
| 01/26/24 | Spreen, Janet A. | Attention to registration rights party list and other emergence items. | 0.80 | 660.00 |
| 01/26/24 | Spreen, Janet A. | Review and revise Part III and other 10-K information. | 2.00 | 1,650.00 |

**Baker & Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Lordstown Motors Corp.

Invoice Date: 02/26/24
Invoice Number: 51251052
Matter Number: 116592.000024
Page 10

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/26/24 | Stevenson, Brittany E. | Review and update Form 10-K. | 7.40 | 3,293.00 |
| 01/27/24 | Spreen, Janet A. | Review comments on Disclosure Controls section for 10-K. | 0.50 | 412.50 |
| 01/27/24 | Spreen, Janet A. | Attention to emergence steps for notifications. | 0.50 | 412.50 |
| 01/27/24 | Spreen, Janet A. | Review and revise Part III information and circulate for review. | 1.30 | 1,072.50 |
| 01/28/24 | Spreen, Janet A. | Address 10-K questions. | 0.30 | 247.50 |
| 01/29/24 | Spreen, Janet A. | Attention to Form 8-K for Second Modified Plan Filing. | 2.00 | 1,650.00 |
| 01/29/24 | Spreen, Janet A. | Attention to 10-K matters. | 0.50 | 412.50 |
| 01/30/24 | Gunther, Michael W. | Review new questionnaire responses. | 0.10 | 38.00 |
| 01/30/24 | Leonard, Melissa A. | Attention to 8-K. | 0.50 | 325.00 |
| 01/30/24 | Leonard, Melissa A. | Attention to 10-K. | 1.00 | 650.00 |
| 01/30/24 | Spreen, Janet A. | Attention to 10-K matters. | 3.50 | 2,887.50 |
| 01/30/24 | Spreen, Janet A. | Attention to Form 8-K for Second Modified Plan Filing. | 1.00 | 825.00 |
| 01/30/24 | Stevenson, Brittany E. | Review Form 10-K. | 0.20 | 89.00 |
| 01/30/24 | Stevenson, Brittany E. | Attend call with Ms. Spreen to discuss Form 10-K. | 0.20 | 89.00 |
| 01/30/24 | Stevenson, Brittany E. | Attend call to discuss Form 10-K. | 0.30 | 133.50 |
| 01/31/24 | Gunther, Michael W. | Update tracker to reflect questionnaire responses of Ms. Bell and Ms. Reiss. | 0.40 | 152.00 |
| 01/31/24 | Spreen, Janet A. | Attention to Form 8-K for Second Modified Plan Filing and updates to plan. | 1.00 | 825.00 |
| 01/31/24 | Spreen, Janet A. | Attention to 10-K comments and revisions. | 7.30 | 6,022.50 |
| 01/31/24 | Spreen, Janet A. | Prepare board minutes. | 0.50 | 412.50 |
| 01/31/24 | Stevenson, Brittany E. | Review completed director and officer | 0.40 | 178.00 |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Lordstown Motors Corp.

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | questionnaires. | | |
| 01/31/24 | Stevenson, Brittany E. | Prepare and distribute written consent for signature. | 0.40 | 178.00 |
| | **Total** | | **187.10** | **128,792.50** |

**Baker & Hostetler LLP**