IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Michael Villa, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 28, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors** [Docket No. 1014]

- **Notice of Filing of First Supplemental Plan Supplement for the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors** *with Exhibit I Schedule of Contracts Rejected Pursuant to Plan* [Notice of Docket No. 1016]

- **Notice of Filing of Revised Proposed Order (I) Confirming Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1018]

- **Order (I) Confirming Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1069]

Furthermore, on March 28, 2024, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

- **Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors** [Docket No. 1014]

- **Notice of Filing of First Supplemental Plan Supplement for the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and Its Affiliated Debtors** *with Exhibit I Schedule of Contracts Rejected Pursuant to Plan* [Notice of Docket No. 1016]

- **Notice of Filing of Revised Proposed Order (I) Confirming Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1018]

- **Order (I) Confirming Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1069]

- **Notice of Effective Date and Entry of Order (I) Confirming the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1096]

Dated: April 5, 2024

*/s/ Michael Villa*
Michael Villa
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Luis Mayen dba Guarantee Detail Cleaning | Kenny Mayen | Address Redacted | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Contract Rejection Service List**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Kekst and Company, Incorporated | 1675 Broadway, 30th Floor | New York | NY | 10019 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1