## Exhibit B

## Expense Detail

| Date | Name | Narrative | Category | Amount |
|---|---|---|---|---|
| 2/13/2024 | Turetsky, David | Everest Court Reporting LLC.  Invoice Date: 15 August 2023. - CERTIFIED COPY OF TRANSCRIPT OF: Adam Kroll | Case Name: In re Lordstown Motor Corp., et al. v. Atri Amin and Benjamin Hebert, et al. | Deposition Transcripts | $4,193.42 |