# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Lordstown Motors Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On March 28, 2024, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail to the parties on the service list attached hereto as **Exhibit A**:

- **Notice of Effective Date and Entry of Order (I) Confirming the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1096]

Dated: March 29, 2024

*/s/ Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Amir ParalakManesh | | Address Redacted | | | |
| David Crozier | | Address Redacted | | | |
| NTS Technical Systems dba National Technical Systems | Darryl Morris | 1536 E Valencia Dr | Fullerton | CA | 92831-4797 |
| Pat Strand | | Address Redacted | | | |
| Proact Office Services | Garrett Melvey | PO Box 7760 | Pomona | CA | 91767 |
| Raef Williams | | Address Redacted | | | |
| Russell Gehring | | Address Redacted | | | |
| Summerjax Inc. | Lauren Tanzer | 328 30th Pl | Manhattan Bch | CA | 90266-3905 |
| Yamen Nanne | | Address Redacted | | | |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)

Page 1 of 1