**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Lordstown Motors Corp., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before April 4, 2024, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail to the parties on the service list attached hereto as **Exhibit A**:

- **Notice of Effective Date and Entry of Order (I) Confirming the Third Modified First Amended Joint Chapter 11 Plan of Lordstown Motors Corp. and its Affiliated Debtors and (II) Granting Related Relief** [Docket No. 1096]

Dated: April 5, 2024

                                        */s/ Heather Fellows*
                                        Heather Fellows
                                        KCC
                                        222 N Pacific Coast Highway, 3rd Floor
                                        El Segundo, CA 90245
                                        Tel 310.823.9000

---

[1]      The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101).  The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

# Exhibit A

**Exhibit A**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Abdullah Taleb | | Address Redacted | | | |
| Andrew Strickland | | Address Redacted | | | |
| Anthony Crisci | | Address Redacted | | | |
| Anthony Milone | | Address Redacted | | | |
| Axosoft LLC, dba GitKraken | GitKraken Sales | 16435 N Scottsdale Rd Ste 130 | Scottsdale | AZ | 85254-1606 |
| Axosoft, LLC | Laura Hinsley | 16435 N Scottsdale Rd Ste 130 | Scottsdale | AZ | 85254-1606 |
| Christopher Carsey | | Address Redacted | | | |
| Computer Aided Technology, LLC dba Computer Aided Technology | Josh Bates | 739 E Fort Union Blvd | Midvale | UT | 84047-2348 |
| David Setting | | Address Redacted | | | |
| Dr. Chris Cale | | Address Redacted | | | |
| Dustin Grutza | | Address Redacted | | | |
| Harish Chandran Chandrasekaran | | Address Redacted | | | |
| Hewiit Pate | | Address Redacted | | | |
| Hutch Schilling | | Address Redacted | | | |
| Jacob Daniels | | Address Redacted | | | |
| James Beavers | | Address Redacted | | | |
| James Gregory | | Address Redacted | | | |
| Jegesh Patel | | Address Redacted | | | |
| John Viroglio | | Address Redacted | | | |
| Jordan Miller | | Address Redacted | | | |
| Kevin Urichich | | Address Redacted | | | |
| MacLean-Fogg - Royal Oak MFCS-Royal Oak | | 23400 Haggerty Rd | Farmington Hls | MI | 48335-2613 |
| Mary S. Liang | | Address Redacted | | | |
| Mazheruddin Mohammed | | Address Redacted | | | |
| Michael Fabian | | Address Redacted | | | |
| Nicole Hughes | | Address Redacted | | | |
| Patrick Madsen | | Address Redacted | | | |
| Randall Sawyer | | Address Redacted | | | |
| Sarah Pipo | | Address Redacted | | | |
| SMD Sales Inc. | Elissa Meschino | 2441 Northeast Pkwy | Fort Worth | TX | 76106-1816 |
| Thomas Whalen | | Address Redacted | | | |
| Victory Auto Enterprises LLC dba Victory Custom Trailers | | 3589 Van Dyke Rd | Almont | WI | 48003-8040 |

In re Lordstown Motors Corp., et al.
Case No. 23-10831 (MFW)