**<u>EXHIBIT A</u>**

**<u>DETAILED TIME ENTRIES</u>**

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6976267 |
| Date | Apr 8, 2024 |
| Client | 039963 |

RE: LORDSTOWN MOTORS CORP. OFFICIAL EQUITY
COMMITTEE

### I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0002 | CASE ADMINISTRATION | 1,728.00 | 0.00 | 1,728.00 |
| 039963.0003 | MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS | 3,105.00 | 0.00 | 3,105.00 |
| 039963.0004 | EMPLOYMENT AND FEE APPLICATIONS | 14,999.00 | 0.00 | 14,999.00 |
| 039963.0006 | PLAN AND DISCLOSURE STATEMENT | 195,489.50 | 0.00 | 195,489.50 |
| 039963.0011 | CLAIMS ADMINISTRATION AND OBJECTIONS | 54,168.00 | 0.00 | 54,168.00 |
| 039963.0014 | REGULATORY ISSUES | 66,367.00 | 0.00 | 66,367.00 |
| 039963.0017 | FOXCONN LITIGATION RELATED | 2,850.00 | 0.00 | 2,850.00 |
| | **Total** | **338,706.50** | **0.00** | **338,706.50** |

| | |
|---|---|
| Total Current Fees | $338,706.50 |
| 20% Holdback Amount | (67,741.30) |
| 80% CURRENT BALANCE DUE | 270,965.20 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$270,965.20** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6976267 |
| Date | Apr 8, 2024 |
| Client | 039963 |

RE: CASE ADMINISTRATION

**INVOICE**

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0002 | CASE ADMINISTRATION | 1,728.00 | 0.00 | 1,728.00 |
| | **Total** | **1,728.00** | **0.00** | **1,728.00** |

| | |
|---|---|
| Total Current Fees | $1,728.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,728.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 3

RE: CASE ADMINISTRATION

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 02/01/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.2) | 0.30 | 144.00 |
| 02/05/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.50 | 240.00 |
| 02/07/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1); ANALYSIS OF PERTINENT DATES (.2) | 0.40 | 192.00 |
| 02/09/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 192.00 |
| 02/12/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.1) | 0.30 | 144.00 |
| 02/13/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADINGS (.2); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.50 | 240.00 |
| 02/15/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1); ANALYSIS OF PERTINENT DATES AND DEADLINES (.2) | 0.40 | 192.00 |
| 02/20/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1); ANALYSIS OF PERTINENT DATES (.4) | 0.60 | 288.00 |
| 02/21/24 | SOLIMAN | MONITOR DOCKET (.1); CIRCULATE PLEADING (.1) | 0.20 | 96.00 |
| **Total Hours and Fees** | | | **3.60** | **1,728.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|------|-------|---|------|-------|
| MADELYN A. SOLIMAN | 3.60 | hours at | 480.00 | 1,728.00 |
| **Total Fees** | | | | **1,728.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| Invoice | 6976267 |
| Date | Apr 8, 2024 |
| Client | 039963 |

RE: MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0003 | MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS | 3,105.00 | 0.00 | 3,105.00 |
| | **Total** | **3,105.00** | **0.00** | **3,105.00** |

| | |
|---|---|
| Total Current Fees | $3,105.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,105.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 5

RE: MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/02/24 | SILVERBERG | CONFERENCES WITH A. SOLE RE PLAN NEGOTIATIONS | 0.30 | 540.00 |
| 02/13/24 | STARK | T/C LATIGO PERSONNEL RE STATUS AND STRATEGY | 0.50 | 1,125.00 |
| 02/22/24 | SILVERBERG | CONFERENCE WITH A. SOLE REGARDING CONFIRMATION HEARING PREPARATIONS | 0.20 | 360.00 |
| 02/27/24 | SILVERBERG | CONFERENCE WITH INCOMING BOARD MEMBERS REGARDING CONFIRMATION ISSUES, TIMELINE | 0.60 | 1,080.00 |
| | **Total Hours and Fees** | | **1.60** | **3,105.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| ROBERT J. STARK | 0.50 | hours at | 2,250.00 | 1,125.00 |
| BENNETT S. SILVERBERG | 1.10 | hours at | 1,800.00 | 1,980.00 |
| **Total Fees** | | | | **3,105.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6976267 |
| Date | Apr 8, 2024 |
| Client | 039963 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0004 | EMPLOYMENT AND FEE APPLICATIONS | 14,999.00 | 0.00 | 14,999.00 |
| | **Total** | **14,999.00** | **0.00** | **14,999.00** |

| | |
|---|---|
| Total Current Fees | $14,999.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$14,999.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 7

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/01/24 | SOLIMAN | WORK ON INTERIM FEE APPLICATION | 1.80 | 864.00 |
| 02/02/24 | SAWYER | REVIEW AND COMMENT RE MJ DECEMBER FEE APPLICATION (.8); WORK ON FIRST INTERIM FEE APPLICATION (3.5) | 4.30 | 4,085.00 |
| 02/02/24 | SOLIMAN | EDITS TO INTERIM FEE APPLICATION (.2); CIRCULATE TO TEAM FOR REVIEW (.1); PHONE CALLS WITH M.SAWYER RE SAME (.3); PHONE CALL AND EMAILS WITH BILLING RE QUESTIONS ON INTERIM SUMMARIES (.3) | 0.90 | 432.00 |
| 02/05/24 | SOLIMAN | EDITS TO INTERIM FEE APPLICATION (.7); CIRCULATE TO TEAM FOR REVIEW (.1) | 0.80 | 384.00 |
| 02/06/24 | SILVERBERG | CONFERENCE WITH M. SAWYER REGARDING INTERIM FEE APPLICATION | 0.10 | 180.00 |
| 02/06/24 | SOLIMAN | EMAILS WITH BILLING RE FEE ESTIMATES REQUEST FROM DEBTORS (.2); PHONE CALL WITH M.SAWYER RE SAME (.2); EMAIL TO B.SILVERBERG RE THE SAME (.1) | 0.50 | 240.00 |
| 02/08/24 | SOLIMAN | FOLLOW UP WITH TEAM RE RESPONSE TO DEBTORS RE ESTIMATED FEES | 0.10 | 48.00 |
| 02/09/24 | SOLIMAN | WORK ON 5TH MONTHLY FEE APPLICATION | 0.70 | 336.00 |
| 02/12/24 | SILVERBERG | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION (.3); REVIEW M3 MONTHLY FEE STATEMENTS (.1) | 0.40 | 720.00 |
| 02/12/24 | SAWYER | REVIEW M3 NOVEMBER AND DECEMBER MONTHLY FEE APPLICATIONS (.8); REVIEW COMMENST TO BR INTERIM FEE APPLICATION (.6) | 1.40 | 1,330.00 |
| 02/12/24 | SAWYER | REVIEW AND COMMENT RE JANUARY PRE BILL | 1.00 | 950.00 |
| 02/12/24 | SOLIMAN | EDITS TO INTERIM FEE APPLICATION (.2); EMAILS WITH LOCAL COUNSEL RE OBJECTION DEADLINE AND FEE APPLICATION HEARING (.2); COMPILE FEE APPLICATION AND COVER PAGE (.3); FACILITATE FILING OF SAME WITH LOCAL COUNSEL (.1) | 0.80 | 384.00 |
| 02/13/24 | SAWYER | REVIEW AND COMMENT RE M3 INTERIM APPLICATION | 0.70 | 665.00 |
| 02/20/24 | SILVERBERG | REVIEW AND REVISE JANUARY MONTHLY FEE STATEMENT | 0.30 | 540.00 |
| 02/20/24 | SOLIMAN | WORK ON 5TH MONTHLY FEE STATEMENT | 0.30 | 144.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 8

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/21/24 | SAWYER | REVIEW DECEMBER FEE APPLICATION CNO (.3); REVIEW AND COMMENT RE JANUARY MONTHLY FEE APPLICATION (1.1) | 1.40 | 1,330.00 |
| 02/21/24 | SOLIMAN | DRAFT CNO RE 4TH MONTHLY FEE STATEMENT (.4); CIRCULATE FOR REVIEW (.1); COORDINATE FILING WITH LOCAL COUNSEL (.2); WORK ON 5TH MONTHLY FEE APPLICATION (1.2); CIRCULATE FOR REVIEW (.2); INCORPORATE EDITS (.2) | 2.30 | 1,104.00 |
| 02/22/24 | SOLIMAN | EMAIL RE PAYMENT REQUEST FOR 4TH MONTHLY FEE APPLICATION | 0.10 | 48.00 |
| 02/26/24 | SILVERBERG | REVIEW AND REVISE JANUARY MONTHLY FEE STATEMENT | 0.20 | 360.00 |
| 02/26/24 | SAWYER | FINAL REVISIONS TO JANUARY FEE APPLICATION AND PREPARE SAME FOR FILING | 0.40 | 380.00 |
| 02/27/24 | SAWYER | REVIEW AND COMMENT RE MJ JANUARY FEE APPLICATION | 0.50 | 475.00 |
| **Total Hours and Fees** | | | **19.00** | **14,999.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|--------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 1.00 | hours at | 1,800.00 | 1,800.00 |
| MATTHEW A. SAWYER | 9.70 | hours at | 950.00 | 9,215.00 |
| MADELYN A. SOLIMAN | 8.30 | hours at | 480.00 | 3,984.00 |
| **Total Fees** | | | | **14,999.00** |

# brown rudnick

| | | |
|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice | 6976267 |
| 27000 HILLS TECH CT. | Date | Apr 8, 2024 |
| FARMINGTON HILLS, MI 48331 | Client | 039963 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0006 | PLAN AND DISCLOSURE STATEMENT | 195,489.50 | 0.00 | 195,489.50 |
| | **Total** | **195,489.50** | **0.00** | **195,489.50** |

| | | |
|---|---|---|
| Total Current Fees | | $195,489.50 |
| Total Current Costs | | $0.00 |
| **Total Invoice** | | **$195,489.50** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 10

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/01/24 | KASNETZ | ANALYZE PROPOSED REVISIONS TO PLAN (.2); ANALYZE PROPOSED DRAFT STIPULATION (.2) | 0.40 | 380.00 |
| 02/01/24 | FLINK | ATTEND TO EMERGENCE ITEMS | 0.30 | 435.00 |
| 02/01/24 | CUSHING | ATTENTION TO REVIEW OF OUTSTANDING CORPORATE GOVERNANCE MATTERS (1.9); REVIEW REVISIONS TO PLAN AND CONFIRMATION REGARDING OHIO PLAINTIFFS (.4) | 3.40 | 3,876.00 |
| 02/01/24 | SILVERBERG | CONFERENCE WITH R. KAMPFNER, D. TURETSKY REGARDING PLAN, CONFIRMATION ORDER MODIFICATIONS RE RESERVE, 7023 STIPULATION (.2); NEGOTIATIONS REGARDING RESERVE, ADEQUATE PROTECTION PROVISIONS UNDER PLAN (2.0) | 2.20 | 3,960.00 |
| 02/01/24 | DWOSKIN | REVISE PLAN PROVISIONS (2.5); CALLS WITH DEBTORS COUNSEL RE SAME (.2) | 2.70 | 4,050.00 |
| 02/02/24 | SILVERBERG | CONFERENCE WITH R. KAMPFNER, M. ETKIN, ET AL., REGARDING ADEQUATE PROTECTION PROVISION IN PLAN (.4); NEGOTIATIONS REGARDING RESERVE PROVISION UNDER PLAN/CONFIRMATION ORDER (1.0); REVIEW PROPOSED MODIFICATIONS RE OHIO PLAN TREATMENT (.3); CORRESPONDENCE RE 7023 STIPULATION SUBMISSION (.2); EMERGENCE PLANNING WITH J. CUSHING, R. WINNING (.3) | 2.20 | 3,960.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 11

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/24 | CUSHING | PREPARE FOR (1.2) AND PARTICIPATE IN CONFERENCE REGARDING CORPORATE GOVERNANCE MATTERS (1.0); STRATEGIZE CONCERNING SECURITIES LAW COMPLIANCE IN COORDINATION WITH PLAN AND CONFIRMATION ORDER (1.1); ADDRESS PUBLIC COMPANY DUTIES OF OFFICERS AND DIRECTORS (.5); PREPARE AND PROVIDE ANALYSIS OF OPEN CORPORATE GOVERNANCE AND SECURITIES ITEMS (.5); ATTENTION TO DEVELOPMENT OF RISK FACTORS (.7); ATTENTION TO BYLAWS AND RELATED ITEMS CONCERNING DIRECTOR NOMINATION AND ELECTION (.4); PROVIDE ADVICE TO OFFICERS AND DIRECTORS REGARDING MATTERS REVIEWED (.4); ATTENTION TO PLAN AND CONFIRMATION ORDER REVISIONS RELATED TO OHIO PLAINTIFFS (.4); REVIEW STATUS OF DTC AND TRANSFER AGENT RESPONSE TO NOL RESTRICTION IMPLEMENTATION (.4); BEGIN REVIEW OF DTC INDEMNITY AGREEMENT (.3) | 6.90 | 7,866.00 |
| 02/02/24 | DWOSKIN | REVIEW REVISED PLAN LANGUAGE (.8); CALL WITH LOWENSTEIN AND DEBTORS' COUNSEL RE SAME (.5); CALL WITH DEBTORS' COUNSEL RE COMMITTEE ISSUES (.3) | 1.60 | 2,400.00 |
| 02/02/24 | FLINK | PREPARE FOR (.3) AND ALL HANDS CALL RE CLOSING CHECKLIST (1.0) | 1.30 | 1,885.00 |
| 02/04/24 | BOUCHARD | REVIEW AND ANALYSIS OF DRAFT DTC ASSURANCES AND INDEMNITY LETTER | 0.80 | 1,120.00 |
| 02/05/24 | KASNETZ | ANALYZE SETTLEMENT ISSUES | 0.10 | 95.00 |
| 02/05/24 | CUSHING | ATTENTION TO DTC  TRANSFER RESTRICTION ISSUES, INCLUDING INDEMNITY (.8); ADDRESS MATTERS RELATED TO 10-K (.4); ATTENTION TO RISK FACTOR DISCLOSURES (.6); ATTENTION TO BOARD GOVERNANCE MATTERS (.6) | 2.40 | 2,736.00 |
| 02/05/24 | SILVERBERG | WORK ON RESOLUTION OF CONDITIONS PRECEDENT TO PLAN CONFIRMATION | 0.60 | 1,080.00 |
| 02/06/24 | SILVERBERG | CONFERENCE WITH S. DWOSKIN, M. WINOGRAD REGARDING DILIGENCE GATHERING (.2); CONFERENCE WITH D. TURETSKY RE SCHEDULING, PLAN CONFIRMATION HEARING PLANNING AND STRATEGY (.6) | 0.80 | 1,440.00 |
| 02/06/24 | DWOSKIN | REVIEW UCC COMMENTS TO PLAN | 0.40 | 600.00 |



| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/06/24 | CUSHING | ATTENTION TO REVIEW OF PLAN SUPPLEMENTS (.2); ADDRESS MATTER RELATED TO INDEMNITY AND ADMINISTRATION OF NOL TRANSFER RESTRICTIONS (.6); ATTENTION TO 10-K DISCLOSURES (.9) | 1.70 | 1,938.00 |
| 02/07/24 | FLINK | ADDRESS NOL RESTRICTIONS LEGEND AND CHARTER PROVISIONS | 0.20 | 290.00 |
| 02/07/24 | DWOSKIN | REVIEW PLAN REVISIONS (.4); CALLS WITH DEBTORS COUNSEL RE PLAN (1.6) | 2.00 | 3,000.00 |
| 02/08/24 | KASNETZ | ANALYZE UPDATES RE SETTLEMENT DISCUSSIONS, PLAN CONFIRMATION | 0.20 | 190.00 |
| 02/08/24 | SILVERBERG | CONFERENCE WITH S. DWOSKIN REGARDING CONFIRMATION HEARING SCHEDULING (.3); FOLLOWUP CORRESPONDENCE REGARDING SAME (.1) | 0.40 | 720.00 |
| 02/08/24 | DWOSKIN | REVIEW REVISED BYLAWS | 0.40 | 600.00 |
| 02/08/24 | CUSHING | REVIEW PLAN SUPPLEMENT, INCLUDING IMPACT OF PROPOSED EDITS (1.2); REVISE AND EDIT PLAN SUPPLEMENT (.6); DISCUSS SAME WITH COMPANY COUNSEL (.2); STRATEGIZE MATTERS CONCERNING INDEMNIFICATION (.6); ATTENTION TO SEC MATTERS, INCLUDING RESEARCH (1.9); REVIEW 10-K (.2) | 4.70 | 5,358.00 |
| 02/09/24 | SAWYER | REVIEW AND COMMENT RE 10-K ASSERTIONS | 0.50 | 475.00 |
| 02/13/24 | KASNETZ | WORK ON CONFIRMATION BRIEFING | 0.30 | 285.00 |
| 02/13/24 | SAWYER | CORRESPONDENCE WITH B. SILVERBERG, S. DWOSKIN, AND A. KASNETZ RE CONFIRMATION STRATEGY (.3); REVIEW COMMUNICATIONS FROM SHAREHOLDER RE CONFIRMATION (.2) | 0.50 | 475.00 |
| 02/13/24 | DWOSKIN | REVIEW UST PLAN OBJECTION (.6); CALL WITH DEBTORS' COUNSEL RE SAME (.5); RESEARCH RE SAME (2.4); REVIEW UCC REVISIONS TO PLAN (.3) | 3.80 | 5,700.00 |
| 02/14/24 | KASNETZ | CALL WITH S. DWOSKIN AND B. SILVERBERG RE CONFIRMATION ISSUES (.3); CONDUCT RESEARCH IN CONNECTION WITH CONFIRMATION BRIEFING (.5) | 0.80 | 760.00 |
| 02/14/24 | DWOSKIN | REVISE PLAN PROVISIONS RE RESERVE | 2.70 | 4,050.00 |
| 02/14/24 | TODD | RESEARCH RESTRICTED SECURITIES ISSUE | 2.10 | 1,869.00 |
| 02/14/24 | SILVERBERG | REVIEW AND REVISE LANGUAGE REGARDING PLAN RESERVES | 2.00 | 3,600.00 |
| 02/14/24 | STARK | T/C S. DWOSKIN RE PLAN OBJECTIONS AND W&C PROPOSED RESPONSES | 0.50 | 1,125.00 |



| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 02/14/24 | CUSHING | ADDRESS SECURITIES LAW MATTERS (.6); ATTEND TO POST-EFFECTIVE STOCK TRANSFER ISSUES (1.1) | 1.70 | 1,938.00 |
| 02/15/24 | DWOSKIN | REVIEW REVISIONS TO PLAN LANGUAGE RE RESERVES | 0.20 | 300.00 |
| 02/16/24 | DWOSKIN | CALL WITH DEBTORS COUNSEL RE RESERVE LANGUAGE (.5); CALL WITH M3 RE UST OBJECTION (.7) | 1.20 | 1,800.00 |
| 02/16/24 | SILVERBERG | CONFERENCE WITH R. KAMPFNER, D. TURETSKY, S. DWOSKIN REGARDING RESERVE LANGUAGE FOR CONFIRMATION ORDER (.5); CONFERENCE WITH D. TURETSKY REGARDING DIRECTOR CONFIRMATION OBJECTIONS (.2) | 0.70 | 1,260.00 |
| 02/19/24 | DWOSKIN | CALL WITH DEBTOR COUNSEL RE DIAMONDPEAK | 0.40 | 600.00 |
| 02/19/24 | DWOSKIN | EMAILS WITH DEBTOR COUNSEL RE UCC CHANGES TO CONFIRMATION ORDER | 0.30 | 450.00 |
| 02/20/24 | DWOSKIN | CALL WITH BR TEAM AND M3 RE SECURITIES FILINGS (.4); CALL WITH CUSHING RE SAME (.2); CALL WITH DEBTORS' COUNSEL RE DIAMONDPEAK (.3); CALL WITH DEBTORS' COUNSEL RE UCC COMMENTS TO PLAN (.6); REVIEW UCC'S COMMENTS TO PLAN (.4); OUTLINE RESPONSE TO UST OBJECTION (1.8); PREPARE GALLAGHER DECLARATION (2.2) | 5.90 | 8,850.00 |
| 02/20/24 | SILVERBERG | CONFERENCE WITH R. KAMPFNER, RJ, S. DWOSKIN REGARDING RESERVE PROVISIONS | 0.50 | 900.00 |
| 02/20/24 | BOUCHARD | CONFERENCE WITH M3 RE: SEC FILINGS (.4); REVIEW AND RESPOND TO COMMUNICATIONS RE: SAME (.2) | 0.60 | 840.00 |
| 02/20/24 | CUSHING | ATTENTION TO MEETING WITH CLIENT PARTY REGARDING SEC COMPLIANCE MATTERS (.8); PERFORM ADDITIONAL RESEARCH REGARDING SECURITIES LAW ISSUES (2.0); ATTEND TO CORRESPONDENCE (.6) | 4.60 | 5,244.00 |
| 02/20/24 | HEALY | REVIEW STRING OF CORRESPONDENCE RE D&O COVERAGE ISSUES AND DRAFT RESPONSE RE SAME BASED ON REVIEW OF POLICY LANGUAGE | 0.70 | 745.50 |
| 02/21/24 | KASNETZ | ANALYZE PLAN OBJECTIONS | 0.20 | 190.00 |
| 02/21/24 | DWOSKIN | REVIEW PLAN REVISIONS (.5); CALL WITH COMMITTEE MEMBER RE SAME (.2) | 0.70 | 1,050.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 14

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 02/21/24 | SILVERBERG | REVIEW PROPOSED PLAN MODIFICATIONS (.4); CONFERENCE WITH D. TURETSKY REGARDING INSURANCE ACCESS FOR D&O DEFENDANTS (.2); CONFERENCE WITH R. WINNING REGARDING CONFIRMATION PREPARATIONS (.4) | 1.00 | 1,800.00 |
| 02/21/24 | CUSHING | REVIEW DECLARATION (.3) ADDRESS CORPORATE GOVERNANCE MATTERS FOR NU RIDE (1.2) | 1.50 | 1,710.00 |
| 02/22/24 | KASNETZ | CALL WITH S. DWOSKIN RE DRAFT JOINDER (.4); CONDUCT RESEARCH RE PLAN CONFIRMATION BRIEFING (1.9); DRAFT JOINDER (.5); CALL WITH M3 RE DECLARATION, SECURITIES ISSUES (.6) | 3.40 | 3,230.00 |
| 02/22/24 | SILVERBERG | CONFERENCE WITH R. STARK, D. TURETSKY REGARDING PLAN CONFIRMATION ISSUES (.3); CONFERENCE WITH W. GALLAGHER, R. WINNING, S. DWOSKIN REGARDING CONFIRMATION DECLARATION (.4); REVIEW PLAN MODIFICATIONS (.2) | 0.90 | 1,620.00 |
| 02/22/24 | CUSHING | PARTICIPATE IN CONFERENCE WITH CLIENT PARTIES ADDRESSING US TRUSTEE (.5) AND SECURITIES LAW MATTER (.2) AND CORPORATE GOVERNANCE MATTERS (.5) | 1.20 | 1,368.00 |
| 02/22/24 | DWOSKIN | CALL WITH M3 RE DECLARATION IN SUPPORT OF CONFIRMATION | 0.50 | 750.00 |
| 02/23/24 | KASNETZ | CONDUCT RESEARCH RE PLAN DISCHARGE, RELATED ISSUES (3.5); DRAFT CONFIRMATION JOINDER (1.6) AND CORRESPOND WITH S. DWOSKIN AND DEBTORS' COUNSEL RE SAME (.6) | 5.70 | 5,415.00 |
| 02/23/24 | SILVERBERG | CONFERENCES WITH D. TURETSKY REGARDING 10K FILING REQUIREMENTS (.3); FOLLOWUP CONFERENCE WITH BAKER MCKENZIE, D. NINNIVAGI, D. TURETSKY, J. CUSHING RE 10K FILING REQUIREMENTS (.6) | 0.90 | 1,620.00 |
| 02/24/24 | SAWYER | REVIEW PLAN AND CONFIRMATION ORDER RE CREATE CLAIMS OMBUDSMAN DUTIES CHART | 2.60 | 2,470.00 |
| 02/24/24 | KASNETZ | CONDUCT RESEARCH RE PLAN DISCHARGE (1.2) ; DRAFT JOINDER RE CONFIRMATION (2.3) | 3.50 | 3,325.00 |
| 02/25/24 | KASNETZ | DRAFT JOINDER TO CONFIRMATION BRIEF | 5.20 | 4,940.00 |
| 02/26/24 | KASNETZ | ANALYZE DRAFT CONFIRMATION BRIEF AND SUPPORTING DECLARATIONS (.8) CORRESPONDENCE WITH S. DWOSKIN, B. SILVERBERG AND M. SAWYER RE SAME (.2) | 1.00 | 950.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/26/24 | SILVERBERG | CONFERENCE WITH A. HALPERIN, R. WINNING, S. DWOSKIN REGARDING CLAIMS OMBUDSMAN RESPONSIBILITY (.5), FOLLOWUP CONFERENCE WITH M. SAWYER REGARDING SAME (.2) | 0.70 | 1,260.00 |
| 02/26/24 | SAWYER | REVIEW REVISED CONFIRMATION ORDER (.5); MEETING WITH B. SILVERBERG, R. WINNING, A. HALPERIN ET AL RE OMBUDSMAN RIGHTS/DUTIES UNDER PLAN AND CONFIRMATION ORDER (.7); FOLLOW UP WITH B. SILVERBERG RE SAME (.2); CONTINUE DRAFT CLAIMS OMBUDSMAN RIGHTS/OBLIGATIONS SUMMARY (3.8) | 5.20 | 4,940.00 |
| 02/26/24 | DWOSKIN | REVISE JOINDER IN SUPPORT OF CONFIRMATION (3.6); REVISE GALLAGHER DECLARATION (1.2); CALL RE CLAIMS OMBUDSMAN RESPONSIBILITIES (.5); REVISE LIST OF SAME (.4) | 5.70 | 8,550.00 |
| 02/27/24 | KASNETZ | ANALYZE LITIGATION TRUST AGREEMENT (.3); ANALYZE REVISED JOINDER (.3) | 0.60 | 570.00 |
| 02/27/24 | SILVERBERG | CONFERENCE WITH W&C, BM, B. GALLAGHER, S. DWOSKIN REGARDING FORM 10K, CONFIRMATION HEARING PREPARATIONS (.5); CONSIDER CONFIRMATION ORDER REVISIONS (.3), CONFERENCE WITH R. STARK REGARDING CONFIRMATION ISSUES (.2); CONFERENCE WITH WINSTON, W&C, R. WINNING, S. DWOSKIN REGARDING WINSTON INVESTIGATION (.8); REVIEW ISSUES REGARDING RETAINED ACTION SCHEDULE (.3); CORRESPONDENCE W&C, S. DWOSKIN REGARDING PLAN REVISIONS (.3); CORRESPONDENCE R. WINNING, W&C REGARDING CLAIMS SUBJECT TO RESERVE (.2) | 2.60 | 4,680.00 |
| 02/27/24 | SAWYER | REVIEW JOINDER ISO CONFIRMATION (.7) AND GALLAGHER DEC. RE SAME (.3); MEETING WITH NEW BOARD RE SEC DISCLOSURES AND CONFIRMATION DISCUSSION (.7) | 1.70 | 1,615.00 |
| 02/27/24 | DWOSKIN | DRAFT JOINDER TO CONFIRMATION BRIEF (1.1); CALLS RE SAME WITH DEBTORS COUNSEL (.7); NEGOTIATE PROVISIONS OF REVISED PLAN AND CONFIRMATION ORDER (4.2) | 6.00 | 9,000.00 |
| 02/27/24 | BOUCHARD | REVIEW AND REVISE TRUST AGREEMENT FOR PLAN SUPPLEMENT FILING | 2.80 | 3,920.00 |
| 02/28/24 | KASNETZ | WORK ON REVISED DECLARATIONS AND JOINDER | 0.80 | 760.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/28/24 | BOUCHARD | REVIEW COMMENTS TO PLAN SUPPLEMENT DOCUMENTS (.8); MULTIPLE COMMUNICATIONS WITH FINANCIAL ADVISORS RE: SAME (.3) | 1.10 | 1,540.00 |
| 02/28/24 | SAWYER | REVIEW HINDENBURG REPORT RE RETAINED CAUSES OF ACTION SCHEDULE (1.7); REVIEW TRUSTEE COMPENSATION COMPARABLES (.4) | 2.10 | 1,995.00 |
| 02/28/24 | DWOSKIN | REVISE DECLARATION IN SUPPORT OF PLAN (1.7); REVISE JOINDER IN SUPPORT OF PLAN (3.3); CALLS WITH DEBTOR COUNSEL RE PLAN (.6); CALL WITH GALLAGHER AND WINNING RE DECLARATION (.6) | 6.20 | 9,300.00 |
| 02/28/24 | STARK | REVIEW AND REVISE CONFIRMATION BRIEF JOINDER | 0.50 | 1,125.00 |
| 02/29/24 | KASNETZ | ANALYZE PLAN REVISIONS (.6); REVIEW BALLOT CERTIFICATION (.2); ANALYZE REVISED DECLARATIONS (.4); DRAFT JOINDER ISO CONFIRMATION (2.2); ANALYZE PROPOSED REVISIONS TO CONFIRMATION BRIEFING, DECLARATIONS (.3) | 3.70 | 3,515.00 |
| 02/29/24 | SILVERBERG | REVIEW AND REVISE CONFIRMATION HEARING BRIEFING (2.0); REVIEW ISSUES REGARDING RETAINED ACTION SCHEDULE RE HINDENBERG REPORT, SEC OIP (.8); CONFERENCES WITH D. TURETSKY, J. ZAKIA REGARDING SAME (.7); CONFIRMATION OF SEC CLAIMS RESOLUTION (.2); FOLLOWUP CONFERENCE WITH D. TURETSKY REGARDING SAME (.1); CONSIDER REVISIONS TO GALLAGHER DECLARATION (.3) | 4.10 | 7,380.00 |
| 02/29/24 | SAWYER | CONTINUE REVIEW OF HINDENBURG REPORT AND REVISE SCHEDULE OF RETAINED CAUSES OF ACTION RE SAME (2.7); REVIEW AND CIRCULATE CLAIMS OMBUDSMAN RIGHTS AND OBLIGATIONS SUMMARY (.3); CALLS WITH S. DWOSKIN (.3) AND A. KASNETZ (.3) RE PREPARATIONS FOR FILING PLAN SUPPLEMENT DOCS AND JOINDER TO CONFIRMATION RESPONSE | 3.60 | 3,420.00 |
| 02/29/24 | DWOSKIN | REVIEW DEBTORS' CONFIRMATION BRIEF AND DECLARATIONS IN SUPPORT (2.6); REVISE JOINDER AND GALLAGHER DECLARATION (2.8); REVISE RETAINED CAUSES OF ACTION SCHEDULE (.3) | 5.70 | 8,550.00 |
| 02/29/24 | CUSHING | REVIEW CONFIRMATION BRIEF | 0.90 | 1,026.00 |
| 02/29/24 | BOUCHARD | REVIEW AND REVISE MULTIPLE PLAN SUPPLEMENT DOCUMENTS (CONFIRMATION BRIEF, DECLARATIONS) | 1.90 | 2,660.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 17

| Date | Professional | Description | | Hours | Value |
|------|-------------|-------------|--|-------|-------|
| | **Total Hours and Fees** | | | **149.90** | **195,489.50** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|--|------|-------|
| PHILIP J. FLINK | 1.80 | hours at | 1,450.00 | 2,610.00 |
| ROBERT J. STARK | 1.00 | hours at | 2,250.00 | 2,250.00 |
| NICOLE M. BOUCHARD | 7.20 | hours at | 1,400.00 | 10,080.00 |
| BENNETT S. SILVERBERG | 19.60 | hours at | 1,800.00 | 35,280.00 |
| SHARI I. DWOSKIN | 46.40 | hours at | 1,500.00 | 69,600.00 |
| MATTHEW A. SAWYER | 16.20 | hours at | 950.00 | 15,390.00 |
| ALEXANDER F. KASNETZ | 25.90 | hours at | 950.00 | 24,605.00 |
| DANIEL J. HEALY | 0.70 | hours at | 1,065.00 | 745.50 |
| R. JOEL TODD | 2.10 | hours at | 890.00 | 1,869.00 |
| JOHN CUSHING | 29.00 | hours at | 1,140.00 | 33,060.00 |
| **Total Fees** | | | | **195,489.50** |

# brown rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6976267 |
| Date | Apr 8, 2024 |
| Client | 039963 |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0011 | CLAIMS ADMINISTRATION AND OBJECTIONS | 54,168.00 | 0.00 | 54,168.00 |
| | **Total** | **54,168.00** | **0.00** | **54,168.00** |

| | |
|---|---|
| Total Current Fees | $54,168.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$54,168.00** |



RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/02/24 | SILVERBERG | CONFERENCE WITH R. WINNING REGARDING UNLIQUIDATED CLAIMS RECONCILIATION | 0.40 | 720.00 |
| 02/07/24 | DWOSKIN | RESEARCH INDEMNIFICATION CLAIMS | 3.20 | 4,800.00 |
| 02/08/24 | SAWYER | REVIEW CLAIMS OBJECTION RESEARCH AND RELATED STRATEGY DISCUSSIONS WITH S. DWOSKIN (1.2); CALL WITH E. CALHOUN RE SAME (.3); ADDITIONAL SUBORDINATION RESEARCH (3.6) | 5.10 | 4,845.00 |
| 02/08/24 | SILVERBERG | FOLLOWUP ANALYSIS RE INDEMNIFICATION, UNLIQUIDATED CLAIMS | 1.00 | 1,800.00 |
| 02/08/24 | DWOSKIN | CALLS WITH DEBTOR COUNSEL RE INDEMNIFICATION CLAIMS (1.3); EMAILS WITH DEBTOR COUNSEL RE SAME (.2); RESEARCH INDEMNIFICATION CLAIMS (4.2) | 5.70 | 8,550.00 |
| 02/09/24 | SAWYER | CONTINUE SUBORDINATION RESEARCH | 1.00 | 950.00 |
| 02/09/24 | DWOSKIN | RESEARCH INDEMNIFICATION CLAIMS | 2.90 | 4,350.00 |
| 02/10/24 | HEALY | PROVIDE COMMENTS RE POTENTIAL COVERAGE FOR CLAIMS RE NEW DIRECTORS AND OFFICERS | 0.40 | 426.00 |
| 02/11/24 | DWOSKIN | RESEARCH INDEMNIFICATION CLAIMS | 2.40 | 3,600.00 |
| 02/12/24 | SAWYER | CONTINUE SUBORDINATION RESEARCH AND SUMMARIZE SAME (2.0); REVIEW MEMO RE SAME (.3) | 2.30 | 2,185.00 |
| 02/12/24 | DWOSKIN | RESEARCH AND DRAFT MEMO RE INDEMNIFICATION CLAIMS (7.3); CALL WITH DEBTORS COUNSEL RE SAME (.3) | 7.60 | 11,400.00 |
| 02/13/24 | DWOSKIN | RESEARCH RE INDEMNIFICATION CLAIMS | 0.80 | 1,200.00 |
| 02/14/24 | DWOSKIN | RESEARCH AND DEVELOP STRATEGY RE INDEMNIFICATION CLAIMS | 2.80 | 4,200.00 |
| 02/14/24 | CUSHING | REVIEW AND ANALYZE DIAMONDPEAK CHARTER, BYLAWS AND OTHER AGREEMENTS (2.5); AND PROVIDE COMMENTARY REGARDING INDEMNIFICATION MATTERS (.3) | 2.80 | 3,192.00 |
| 02/15/24 | DWOSKIN | CALL WITH DEBTORS' COUNSEL RE INDEMNIFICATION CLAIMS | 0.30 | 450.00 |
| 02/27/24 | DWOSKIN | CALL WITH WINSTON & STRAWN RE SPECIAL COMMITTEE INVESTIGATION | 1.00 | 1,500.00 |
| | **Total Hours and Fees** | | **39.70** | **54,168.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 20

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| BENNETT S. SILVERBERG | 1.40 | hours at | 1,800.00 | 2,520.00 |
| SHARI I. DWOSKIN | 26.70 | hours at | 1,500.00 | 40,050.00 |
| MATTHEW A. SAWYER | 8.40 | hours at | 950.00 | 7,980.00 |
| DANIEL J. HEALY | 0.40 | hours at | 1,065.00 | 426.00 |
| JOHN CUSHING | 2.80 | hours at | 1,140.00 | 3,192.00 |
| **Total Fees** | | | | **54,168.00** |

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
27000 HILLS TECH CT.
FARMINGTON HILLS, MI 48331

| | |
|---|---|
| Invoice | 6976267 |
| Date | Apr 8, 2024 |
| Client | 039963 |

RE: REGULATORY ISSUES

**I N V O I C E**

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0014 | REGULATORY ISSUES | 66,367.00 | 0.00 | 66,367.00 |
| | **Total** | **66,367.00** | **0.00** | **66,367.00** |

| | |
|---|---|
| Total Current Fees | $66,367.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$66,367.00** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 22

RE: REGULATORY ISSUES

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/01/24 | CUSHING | ATTENTION TO REVIEW OF SEC AND RELATED RULES AND GUIDANCE (2.9); DETERMINE IMPACT ON 10-K DISCLOSURE (.2); CORRESPOND WITH CLIENT PARTIES (.3) | 3.40 | 3,876.00 |
| 02/02/24 | CUSHING | EXAMINE SEC RULES AND REGULATIONS | 0.60 | 684.00 |
| 02/04/24 | TODD | RESEARCH RULE 144 QUESTIONS (.5); RESEARCH AND DRAFT POTENTIAL RISK FACTORS (2.5) | 3.00 | 2,670.00 |
| 02/09/24 | CUSHING | REVIEW AND ANALYZE SECURITIES LAWS (1.9); REVIEW, REVISE AND EDIT 10-K (2.9); REVIEW PRECEDENT REGARDING RISK FACTORS (1.7); ADDRESS GOVERNANCE MATTERS (.4) | 6.90 | 7,866.00 |
| 02/15/24 | TODD | RESEARCH REGISTRATION STATEMENT ISSUES (1.5); CALL WITH J. CUSHING (.2); DRAFT CLIENT RESPONSE (.5) | 2.20 | 1,958.00 |
| 02/15/24 | CUSHING | ADDRESS SECURITIES LAW MATTERS (.6); STOCK TRANSFER RESTRICTIONS, INCLUDING DTC AND TRANSFER AGENT (.8); AND STRATEGIZE RELATED TO SEC RULES AND REQUIREMENTS (.9) | 2.30 | 2,622.00 |
| 02/20/24 | TODD | RESEARCH REGARDING SEC ISSUE | 2.70 | 2,403.00 |
| 02/20/24 | SAWYER | DISCUSSION WITH BR TEAM AND W. GALLAGHER RE SEC RULES INTERPRETATION | 0.40 | 380.00 |
| 02/21/24 | CUSHING | ATTENTION TO REVIEW OF SEC RULES (.9); ANALYZE LMC BUSINESS AND APPLICATION OF SEC RULES (.6); ADDRESS REVIEW OF 10-K DISCLOSURES (.4) | 1.90 | 2,166.00 |
| 02/22/24 | CUSHING | ATTENTION TO SEC RESEARCH (1.4); ATTENTION TO 10-K (.6) | 2.00 | 2,280.00 |
| 02/23/24 | FITZSIMONS | RESEARCH RE: SEC REGULATIONS | 2.10 | 2,173.50 |
| 02/23/24 | CUSHING | ATTENTION REVIEW AND ANALYSIS OF SEC RULES .9); STRATEGIZE RELATED TO SAME (1.2); PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH COMPANY AND COUNSEL (1.0) | 3.10 | 3,534.00 |
| 02/23/24 | DWOSKIN | CALLS WITH DEBTORS' COUNSEL RE SECURITIES FILINGS AND UST OBJECTION | 1.30 | 1,950.00 |
| 02/25/24 | FITZSIMONS | RESEARCH RE: SEC RULES | 7.50 | 7,762.50 |
| 02/26/24 | DWOSKIN | CALLS WITH DEBTORS' COUNSEL RE 10K DISCLOSURE | 1.60 | 2,400.00 |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
April 8, 2024

Invoice 6976267
Page 23

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/26/24 | CUSHING | RESEARCH REGARDING SEC RULES AND INTERPRETATIONS (1.9); ANALYSIS OF SEC RULES AND INTERPRETATIONS (1.3); CORRESPONDENCE WITH CLIENT PARTIES REGARDING SECURITIES LAW MATTERS (.4); 10-K REVIEW (.6); ADDRESS MATTERS RELATED TO 10-K DISCLOSURE (.7); PROVIDE ADVICE WITH RESPECT TO SEC MATTERS (1.3); STRATEGIZE OPTIONS AND IMPACTS OF SEC RULES (.8) | 7.00 | 7,980.00 |
| 02/26/24 | SILVERBERG | CORRESPONDENCE REGARDING SEC FILING ISSUES (.4); ATTENTION TO FORM 10K COMPLIANCE ISSUES (.7) | 1.10 | 1,980.00 |
| 02/27/24 | CUSHING | PERFORM RESEARCH RELATED TO INTERPRETATION OF SEC RULES (2.1); STRATEGIZE IMPACT OF SEC RULES (.6); PREPARE FOR AND MEET WITH BOARD MEMBERS AND PROVIDE ADVICE REGARDING SEC MATTERS (1.1); MEET WITH COMPANY COUNSEL AND COMPANY PARTIES AND ADDRESS SEC MATTERS (.9); REVIEW REVISED 10-K (.7); CORRESPOND WITH COMPANY COUNSEL (.3) | 5.70 | 6,498.00 |
| 02/27/24 | DWOSKIN | CALLS WITH DEBTORS COUNSEL RE 10K (.6); REVISE 10K (1.7); CALL WITH INCOMING BOARD RE COMPANY DISCLOSURE (.7) | 3.00 | 4,500.00 |
| 02/28/24 | CUSHING | ADDRESS MATTERS RELATED TO 10-K | 0.60 | 684.00 |
| | **Total Hours and Fees** | | **58.40** | **66,367.00** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|-------------|-------|---|------|-------|
| BENNETT S. SILVERBERG | 1.10 | hours at | 1,800.00 | 1,980.00 |
| SHARI I. DWOSKIN | 5.90 | hours at | 1,500.00 | 8,850.00 |
| JONATHAN T. FITZSIMONS | 9.60 | hours at | 1,035.00 | 9,936.00 |
| MATTHEW A. SAWYER | 0.40 | hours at | 950.00 | 380.00 |
| R. JOEL TODD | 7.90 | hours at | 890.00 | 7,031.00 |
| JOHN CUSHING | 33.50 | hours at | 1,140.00 | 38,190.00 |
| | **Total Fees** | | | **66,367.00** |

**brown**rudnick

| | |
|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice        6976267 |
| 27000 HILLS TECH CT. | Date       Apr 8, 2024 |
| FARMINGTON HILLS, MI 48331 | Client         039963 |

RE: FOXCONN LITIGATION RELATED

## I N V O I C E

For professional services rendered in connection with the above captioned matter through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0017 | FOXCONN LITIGATION RELATED | 2,850.00 | 0.00 | 2,850.00 |
| | **Total** | **2,850.00** | **0.00** | **2,850.00** |

| | |
|---|---|
| Total Current Fees | $2,850.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$2,850.00** |



RE: FOXCONN LITIGATION RELATED

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 02/06/24 | WINOGRAD | EMAILS AND CALL RE DISCOVERY | 0.50 | 900.00 |
| 02/07/24 | DWOSKIN | DEVELOP STRATEGY FOR DISCOVERY | 1.30 | 1,950.00 |
| | **Total Hours and Fees** | | **1.80** | **2,850.00** |

## T I M E   S U M M A R Y

| Professional | Hours | | Rate | Value |
|-------------|-------|------|------|-------|
| SHARI I. DWOSKIN | 1.30 | hours at | 1,500.00 | 1,950.00 |
| MICHAEL S. WINOGRAD | 0.50 | hours at | 1,800.00 | 900.00 |
| **Total Fees** | | | | **2,850.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE       Invoice        6976267
27000 HILLS TECH CT.                                   Date      Apr 8, 2024
FARMINGTON HILLS, MI 48331                             Client        039963

RE: LORDSTOWN MOTORS CORP. OFFICIAL EQUITY
COMMITTEE



Remittance

**Balance Due:  $270,965.20**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: