**<u>EXHIBIT B</u>**

**<u>SUMMARY OF DISBURSEMENTS</u>**

**brown**rudnick

| | | |
|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice | 6976268 |
| 27000 HILLS TECH CT. | Date | Apr 8, 2024 |
| FARMINGTON HILLS, MI 48331 | Client | 039963 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter
through February 29, 2024:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039963.0001 | COSTS | 0.00 | 4,926.69 | 4,926.69 |
| | **Total** | **0.00** | **4,926.69** | **4,926.69** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $4,926.69 |
| **Total Invoice** | **$4,926.69** |



LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE
RE: COSTS
April 8, 2024

Invoice 6976268
Page 2

## C O S T   S U M M A R Y

| Description | Value |
|---|---|
| MEALS | 60.87 |
| LEXIS | 2,019.96 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,798.86 |
| PACER | 25.60 |
| COPIES | 21.40 |
| **Total Costs** | **4,926.69** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

| | | |
|---|---|---|
| LORDSTOWN MOTORS CORP. OFFICIAL EQUITY COMMITTEE | Invoice | 6976268 |
| 27000 HILLS TECH CT. | Date | Apr 8, 2024 |
| FARMINGTON HILLS, MI 48331 | Client | 039963 |

RE: COSTS



Remittance

**Balance Due:  $4,926.69**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: