IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LORDSTOWN MOTORS CORP., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Sixth Monthly Fee Application of Brown Rudnick LLP, as Counsel for the Official Committee of Equity Security Holders of Lordstown Motors Corp., et al., for Allowance of Interim Compensation and for Reimbursement of Disbursements Incurred for the Period from February 1, 2024 through February 29, 2024* upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was competed via electronic mail or first class mail on the parties listed on the attached service list.

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Debtors' service address is 27000 Hills Tech Ct., Farmington Hills, MI 48331.

16652833/1

**Service List**

| | |
|---|---|
| Adam Kroll<br>Lordstown Motors Corporation<br>27000 Hills Tech Ct.<br>Farmington Hills, MI 48331<br><br>*Debtors* | David M. Fournier, Esq.<br>Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>E-mail: david.fournier@troutman.com<br>tori.remington@troutman.com |
| Donald J. Detweiler, Esq,<br>Morgan L. Patterson, Esq.<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>E-mail: don.detweiler@wbd-us.com<br>morgan.patterson@wbd-us.com<br><br>and | and<br><br>Francis J. Lawall, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>E-mail: francis.lawall@troutman.com<br><br>and |
| David M. Turetsky, Esq.<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>E-mail: david.turetsky@whitecase.com<br><br>and | Deborah Kovsky-Apap<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, NY 10022<br>United States<br>E-mail: deborah.kovsky@troutman.com<br><br>and |
| Fan B. He, Esq.<br>White & Case LLP<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131<br>E-mail: fhe@whitecase.com<br><br>*Counsel to the Debtors* | Sean P. McNally (admitted pro hac vice)<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>Telephone: (248) 359-7317<br>Fax: (248) 359-7700<br>E-mail: sean.mcnally@troutman.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| Benjamin Hackman, Esq.<br>Office of The United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>E-mail: Benjamin.a.hackman@usdoj.gov<br><br>*Office of The United States Trustee* | |