# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NU RIDE INC., *et al.*,[1] | Case No. 23-10831 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |

### ORDER GRANTING POST-EFFECTIVE DATE DEBTORS' AND CLAIMS OMBUDSMAN'S JOINT FOURTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS
**(Insufficient Documentation, No Liability)**

Upon the *Post-Effective Date Debtors' and Claims Ombudsman's Joint Third (Non-Substantive) Omnibus Objection to Claims (Insufficient Documentations, No Liability,)* (the "Objection")[2], filed by Nu Ride Inc. and its affiliated reorganized debtors (the "Post-Effective Date Debtors") and Alan Halperin, solely in his capacity as Claims Ombudsman in the above-captioned cases (the "Claims Ombudsman" and together with the Post-Effective Date Debtors, the "Movants") for entry of an order disallowing and expunging in their entirety the claims set forth on **Schedule 1 and 2** hereto (each a "Disputed Claim" and collectively, the "Disputed Claims"), all as more fully set forth in the Objection; and upon the *Declaration of Alan D. Halperin Pursuant to 28 U.S.C. § 1746 and Local Rule 3007-1 in Support of the Post-Effective Date Debtors' and Claims Ombudsman's Joint Fourth (Non-Substantive) Omnibus Objection to Claims (Insufficient Documentation, No Liability)* (the "Halperin Declaration") filed contemporaneously with the Objection and in support thereof; and this Court having jurisdiction to consider the Objection and

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Reorganized Debtors' service address is: Nu Ride Inc. c/o William Gallagher, CEO, M 3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and no other or further notice being required; and the Court having considered all responses to the Objection, if any, and all such responses having been either overruled or withdrawn; and upon all proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and

This Court having **FOUND AND DETERMINED THAT:**

A. Each holder of a Disputed Claim listed on **Schedule 1 and 2** attached hereto was properly and timely served with a copy of the Objection and all of its accompanying exhibits and notice of a hearing on the Objection and response deadline,

B. Any entity known to have an interest in the Disputed Claims subject to the Objection has been afforded reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection, and

C. The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest;

D. And after due deliberation and sufficient cause appearing therefor,

**IT IS THEREFORE ORDERED THAT:**

1. The Objection is **GRANTED**.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. The Insufficient Documentation Claims listed on **Schedule 1** attached hereto are hereby disallowed and expunged in their entirety.

4. The No Liability Claims listed on **Schedule 2** attached hereto are hereby disallowed and expunged in their entirety.

5. The objection by the Movants to each of the Disputed Claims, as addressed in the Objection, and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

6. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to other contested matters arising from the Objection or this Order.

7. Nothing in the Objection or this Order shall be construed as an allowance of any Claim.

8. Movants' rights to amend, modify, or supplement the Objection, to file additional objections to the Disputed Claims or any other claims (filed or not) which have or may be asserted against the Debtors or their estates, and to seek further reduction of any Claim, are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Ombudsman's right to object on other stated grounds or any other grounds that the Ombudsman discovers during the pendency of these Chapter 11 Cases are further preserved.

9. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Movants may have to enforce rights of setoff against the claimants.

10. The Movants, Verita, and the Clerk of this Court are authorized and directed to

expunge the Disputed Claims on the official claims registry pursuant to this Order and to make other changes to the official claims registry as necessary to reflect the terms of this Order.

11. Nothing in the Objection or this Order, nor any actions or payments made by the Post-Effective Date Debtors pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any Claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Movants' or any other party in interest's right to dispute any Claim; (c) a promise or requirement to pay any particular Claim; (d) an implication or admission that any particular Claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

12. This Order is immediately effective and enforceable.

13. This Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order.

Dated: _____, 2024
      Wilmington, Delaware

                                                The Honorable Mary F. Walrath
                                                United States Bankruptcy Judge

Schedule 1 - Insufficient Documentation Claims

| # | Name of Claimant | Claim # | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 1 | Ahmed, Shereef | 1597 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 2 | Asif, Muhammad | 1005 | $0.00<br>$0.00<br>$0.00<br>$1,069.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 3 | Barton, Wayne A. | 238 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 4 | Berger, Tim | 470 | $0.00<br>$0.00<br>$0.00<br>$5,443.23 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 5 | Buehler, Greg | 615 | $0.00<br>$0.00<br>$18,500.00<br>$34,500.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 6 | Carleton, Michael D. | 1594 | $1,500.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 7 | Cataloni, Raymond Christopher | 271 | $0.00<br>$0.00<br>$0.00<br>$12,930.86 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 8 | Chou, John and Yajane Chu, JT | 796 | $0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 9 | Colman, Thomas D | 1552 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 10 | Damron, Monica J | 108 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 11 | Daniels, Calyssa | 1574 | $203.56<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 12 | Daniels, Cayla | 1573 | $203.54<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 13 | Dargy, Brandi R | 828 | $0.00<br>$0.00<br>$0.00<br>$44.45 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |

Schedule 1 - Insufficient Documentation Claims

| # | Name of Claimant | Claim # | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 14 | Dimov, Svetlin | 1489 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 15 | Dinh, Trinh | 260 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 16 | Dreger, Jonathan | 1048 | $0.00<br>$0.00<br>$0.00<br>$18,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 17 | Garber, John Joseph | 206 | $0.00<br>$0.00<br>$0.00<br>$1,199.66 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 18 | Ho, Hoa My | 1274 | $4,000.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 19 | Jaramillo Jr, Pedro M | 897 | $0.00<br>$0.00<br>$0.00<br>$34.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 20 | Jones, Randy | 69 | $0.00<br>$0.00<br>$0.00<br>$2,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 21 | Kanj, Jamal | 83 | $0.00<br>$0.00<br>$0.00<br>$23,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 22 | Kloxin, Richard | 337 | $0.00<br>$0.00<br>$0.00<br>$5,531.15 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 23 | Laginya, Gina | 381 | $0.00<br>$0.00<br>$0.00<br>$526.75 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 24 | Mathew, Alan | 473 | $0.00<br>$0.00<br>$0.00<br>$141.33 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 25 | Mulholland, Kevin J | 1031 | $0.00<br>$0.00<br>$0.00<br>$3,960.66 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 26 | Mulholland, Kevin John | 642 | $0.00<br>$0.00<br>$0.00<br>$3,082.63 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |

| # | Name of Claimant | Claim # | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 27 | Napoles, Raudel | 289 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 28 | Nguyen, Hoa Binh | 1551 | $0.00<br>$0.00<br>$0.00<br>$4,800.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 29 | Nguyen, Huy Lac | 1549 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 30 | Nguyen, Jason H | 1277 | $318.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 31 | Okoh, Ifechukwude | 1584 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 32 | Pellerin, Kevin | 1565 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 33 | Philemy, Josiamise Joseph | 1536 | $0.00<br>$0.00<br>$0.00<br>$231.49 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 34 | Pierburg GmbH | 1516 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 35 | Poujade, Grant | 916 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 36 | Primavera, Gary E. | 1583 | $0.00<br>$0.00<br>$0.00<br>$6,314.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 37 | Promsiri, Samantha | 562 | $0.00<br>$0.00<br>$0.00<br>$1,025.09 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 38 | Ramanathan, Sambandam | 1627 | $0.00<br>$0.00<br>$0.00<br>$5,995.69 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 39 | Ramirez, Juan C. | 1638 | $0.00<br>$0.00<br>$0.00<br>$994.47 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |

Schedule 1 - Insufficient Documentation Claims

| # | Name of Claimant | Claim # | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 40 | Ricablanca, Genesis | 868 | $0.00<br>$0.00<br>$0.00<br>$5,930.25 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 41 | Roman, Maria | 67 | $0.00<br>$0.00<br>$0.00<br>$259.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 42 | Saint-Fleur, Hermann | 1535 | $0.00<br>$0.00<br>$0.00<br>$709.44 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 43 | Shinn, Doug | 1530 | $0.00<br>$0.00<br>$1,000.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 44 | Strickland, Mark | 229 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 45 | Sudham Group of Companies LLC | 670 | $0.00<br>$0.00<br>$0.00<br>$10,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 46 | Ta, Vina | 182 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 47 | Tejeda, Martin | 927 | $0.00<br>$0.00<br>$0.00<br>$680.40 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 48 | Urmam, Mark | 399 | $0.00<br>$0.00<br>$0.00<br>$250.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 49 | Vun, Charlie | 600 | $0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 50 | Xiong, Ruojun | 859 | $0.00<br>$0.00<br>$0.00<br>$197,956.08 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 51 | Xiong, Ruojun | 861 | $0.00<br>$0.00<br>$0.00<br>$264,854.58 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |
| 52 | Yang, Mej-Tzu | 1579 | $0.00<br>$0.00<br>$0.00<br>$15,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claimant does not provide sufficient documentation to determine the validity of the claim. |

Schedule 2 - No Liability Claims

| # | Name of Claimant | Claim No. | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 1 | Alloway, Robert | 1447 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 2 | Anderson, William | 286 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 3 | Arthur, Ann | 207 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 4 | Barth, Thomas | 334 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 5 | Blake, Robert | 270 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 6 | Booth, Talmage | 591 | $0.00<br>$0.00<br>$100.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 7 | Briegel, Terry | 137 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 8 | Clark, Nolan S | 93 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 9 | Clutch Technologies | 1284 | $0.00<br>$0.00<br>$0.00<br>$5,552.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' books and records reflect that amount claimed was paid to Cox Automotive and no liability remains with the Debtors |
| 10 | Collotia, Kamaljit | 611 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 11 | Eidman, Scott | 492 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 12 | Foust, Marvin | 43 | $0.00<br>$0.00<br>$100.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 13 | GAC R and D Center Silicon Valley, Inc. | 1248 | $0.00<br>$107,072.28<br>UNLIQUIDATED<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim satisfied by claimant's application of security deposit |

| # | Name of Claimant | Claim No. | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 14 | GAC R and D Center Silicon Valley, Inc. | 1415 | $0.00<br>$107,072.28<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim satisfied by claimant's application of security deposit |
| 15 | Gilliam, James F. | 1 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 16 | Gwinn, James Paul | 195 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 17 | Hewlett-Packard Financial Services Company | 12 | $0.00<br>$0.00<br>$0.00<br>$8,100.10 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' AP system indicates amounts have already been paid |
| 18 | Johnson Controls Fire Protection LP | 16 | $0.00<br>$0.00<br>$0.00<br>$54,066.50 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate liability assumed and satisfied by Foxconn |
| 19 | Julian, Justin | 588 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 20 | Karadimas, Jason | 296 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 21 | Kelso, Kris | 35 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 22 | Law, Charles | 657 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 23 | Lee, Stephen | 678 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 24 | Marano, Michael | 197 | $0.00<br>$0.00<br>$100.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 25 | Medeiros, Kelli | 322 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 26 | Melcher, Eleana | 1618 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |

Schedule 2 - No Liability Claims

| # | Name of Claimant | Claim No. | Claim Amount | Claim Type | Reason for Disallowance |
|---|---|---|---|---|---|
| 27 | Nelson, Daniel | 866 | $0.00<br>$0.00<br>$100.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 28 | Newcomer, Joseph E. | 2 | $0.00<br>$0.00<br>$100.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 29 | Power and Signal Group | 434 | $0.00<br>$0.00<br>$0.00<br>$15,558.97 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records do not reflect invoices or any goods delivered |
| 30 | Rabah, Maz | 519 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 31 | Reed, John | 856 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 32 | Satterwhite, Mike | 320 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 33 | Smith, Harold | 582 | $0.00<br>$0.00<br>$0.00<br>$1,000.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 34 | Smith, Peter | 459 | $0.00<br>$0.00<br>$100.00<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 35 | Turner, Robert | 172 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 36 | U.S. Customs and Border Protection | 1563 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim filed in unliquidated amount and Debtors' books and records do not contain evidence of liability to claimant. |
| 37 | Vallero, Daniel Alan | 142 | $0.00<br>$0.00<br>$0.00<br>$100.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' records indicate truck deposit was refunded |
| 38 | YRC Inc. dba YRC Freight | 1134 | $0.00<br>$0.00<br>$0.00<br>$2,427.51 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Debtors' books and records do not contain evidence of liability to claimant |