Schedule 1 - Duplicate Claims

| # | Name of Claimant | Duplicate Claim to be Disallowed | | | Surviving Claim | | | Reason for Disallowance* |
|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Claim Amount | Claim Type | Claim No. | Claim Amount | Claim Type | |
| 1 | Anderson Jr, Joseph | 1402 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1401 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1402 is duplicative of Claim 1401 |
| 2 | Anderson Jr, Joseph | 1407 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1401 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1407 is duplicative of Claim 1401 |
| 3 | Cairone, David C. | 382 | $0.00<br>$0.00<br>$0.00<br>$639.65 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 697 | $0.00<br>$0.00<br>$0.00<br>$639.65 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 382 is duplicative of Claim 697 |
| 4 | Coniglio-Kirk, Jill | 1423 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1422 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1423 is duplicative of Claim 1422 |
| 5 | Coniglio-Kirk, Jill | 1424 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1422 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1424 is duplicative of Claim 1422 |
| 6 | Daniel, Geevarughese & Lilly C | 504 | $0.00<br>$0.00<br>$0.00<br>$28,260.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 503 | $0.00<br>$0.00<br>$0.00<br>$28,260.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 504 is duplicative of Claim 503 |
| 7 | Daniel, Geevarughese & Lilly C | 505 | $0.00<br>$0.00<br>$0.00<br>$28,260.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 503 | $0.00<br>$0.00<br>$0.00<br>$28,260.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 505 is duplicative of Claim 503 |
| 8 | Duong, Hien Q | 274 | $0.00<br>$0.00<br>$0.00<br>$45,565.86 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 488 | $0.00<br>$0.00<br>$0.00<br>$45,565.86 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 274 is duplicative of Claim 488 |

Schedule 1 - Duplicate Claims

| # | Name of Claimant | Duplicate Claim to be Disallowed | | | Surviving Claim | | | Reason for Disallowance* |
|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Claim Amount | Claim Type | Claim No. | Claim Amount | Claim Type | |
| 9 | Feldman, Keith | 1146 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1139 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1146 is duplicative of Claim 1139 |
| 10 | Feldman, Keith | 1149 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1139 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1149 is duplicative of Claim 1139 |
| 11 | Globestar Systems Inc. | 1420 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1399 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1420 is duplicative of Claim 1399 |
| 12 | Globestar Systems Inc. | 1421 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1399 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1421 is duplicative of Claim 1399 |
| 13 | Ibarra Jr, Adolfo | 1409 | $0.00<br>$0.00<br>$0.00<br>$9,999.60 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1408 | $0.00<br>$0.00<br>$0.00<br>$9,999.60 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1409 is duplicative of Claim 1408 |
| 14 | Jiang, Galen X | 1358 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1381 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1358 is duplicative of Claim 1381 |
| 15 | Langdon, Judy | 1520 | $0.00<br>$0.00<br>$0.00<br>$1,944.10 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 625 | $0.00<br>$0.00<br>$0.00<br>$1,944.10 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1520 is duplicative of Claim 625 |
| 16 | Libby, Kenneth D. | 1466 | $0.00<br>$0.00<br>$0.00<br>$411.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1182 | $0.00<br>$0.00<br>$0.00<br>$411.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1466 is duplicative of Claim 1182 |

Schedule 1 - Duplicate Claims

| # | Name of Claimant | Duplicate Claim to be Disallowed | | | Surviving Claim | | | Reason for Disallowance* |
|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Claim Amount | Claim Type | Claim No. | Claim Amount | Claim Type | |
| 17 | Libby, Kenneth D. | 1495 | $0.00<br>$0.00<br>$0.00<br>$411.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1182 | $0.00<br>$0.00<br>$0.00<br>$411.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1495 is duplicative of Claim 1182 |
| 18 | Libby, Kenneth D. | 1502 | $0.00<br>$0.00<br>$0.00<br>$411.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1182 | $0.00<br>$0.00<br>$0.00<br>$411.77 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1502 is duplicative of Claim 1182 |
| 19 | Lopez V.., J Demetrio | 778 | $0.00<br>$0.00<br>$0.00<br>$2,839.29 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 875 | $0.00<br>$0.00<br>$0.00<br>$2,839.29 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 778 is duplicative of Claim 875 |
| 20 | Nandlall, Deovitree | 735 | $0.00<br>$0.00<br>$0.00<br>$4,135.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 733 | $0.00<br>$0.00<br>$0.00<br>$4,135.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 735 is duplicative of Claim 733 |
| 21 | Nikoo, Majid | 1643 | $0.00<br>$0.00<br>$0.00<br>$773.98 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1035 | $0.00<br>$0.00<br>$0.00<br>$773.98 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1643 is duplicative of Claim 1035 |
| 22 | Pabbathi, Ashith | 1377 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1376 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1377 is duplicative of Claim 1376 |
| 23 | Pabbathi, Ashith | 1378 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1376 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1378 is duplicative of Claim 1376 |
| 24 | Ramirez, Juan Carlos | 975 | $0.00<br>$0.00<br>$0.00<br>$994.47 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 999 | $0.00<br>$0.00<br>$0.00<br>$994.47 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 975 is duplicative of Claim 999 |

Schedule 1 - Duplicate Claims

| # | Name of Claimant | Claim No. | Duplicate Claim to be Disallowed | | Claim No. | Surviving Claim | | Reason for Disallowance* |
|---|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Claim Type | | Claim Amount | Claim Type | |
| 25 | Reiss, Jane | 1201 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1198 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1201 is duplicative of Claim 1198 |
| 26 | Reiss, Jane | 1286 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1198 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1286 is duplicative of Claim 1198 |
| 27 | RITSON, JANE | 1235 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1234 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1235 is duplicative of Claim 1234 |
| 28 | RITSON, JANE | 1238 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1234 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1238 is duplicative of Claim 1234 |
| 29 | Rock, Joseph | 324 | $0.00<br>$0.00<br>$0.00<br>$4,140.24 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 295 | $0.00<br>$0.00<br>$0.00<br>$4,140.24 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 324 is duplicative of Claim 295 |
| 30 | Sancrainte, Robert Matthew | 73 | $0.00<br>$0.00<br>$0.00<br>$2,068.97 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1577 | $0.00<br>$0.00<br>$0.00<br>$2,068.97 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 73 is duplicative of Claim 1577 |
| 31 | Soave, Laura | 1404 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1403 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1404 is duplicative of Claim 1403 |
| 32 | Soave, Laura | 1405 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1403 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1405 is duplicative of Claim 1403 |

Schedule 1 - Duplicate Claims

| # | Name of Claimant | Claim No. | Duplicate Claim to be Disallowed | | Surviving Claim | | | Reason for Disallowance* |
|---|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Claim Type | Claim No. | Claim Amount | Claim Type | |
| 33 | Spencer, Dale | 1165 | $0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1159 | $0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1165 is duplicative of Claim 1159 |
| 34 | Spencer, Dale G. | 1160 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1159 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1160 is duplicative of Claim 1159 |
| 35 | Strand, Angela | 1350 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1311 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1350 is duplicative of Claim 1311 |
| 36 | Strand, Angela | 1355 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1311 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1355 is duplicative of Claim 1311 |
| 37 | Tavares, Daniel | 1397 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1395 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1397 is duplicative of Claim 1395 |
| 38 | Tavares, Daniel | 1398 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1395 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1398 is duplicative of Claim 1395 |
| 39 | Urmam, Mark | 399 | $0.00<br>$0.00<br>$0.00<br>$250.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1545 | $0.00<br>$0.00<br>$0.00<br>$250.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 399 is duplicative of Claim 1545 |
| 40 | Watne, Matthew T | 57 | $0.00<br>$0.00<br>$0.00<br>$2,785.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 63 | $0.00<br>$0.00<br>$0.00<br>$2,785.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 57 is duplicative of Claim 63 |

Schedule 1 - Duplicate Claims

| # | Name of Claimant | Claim No. | Duplicate Claim to be Disallowed | | Claim No. | Surviving Claim | | Reason for Disallowance* |
|---|---|---|---|---|---|---|---|---|
| | | | Claim Amount | Claim Type | | Claim Amount | Claim Type | |
| 41 | Watne, Matthew T | 58 | $0.00<br>$0.00<br>$0.00<br>$2,785.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 63 | $0.00<br>$0.00<br>$0.00<br>$2,785.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 58 is duplicative of Claim 63 |
| 42 | Wilson, Ross A | 1633 | $0.00<br>$0.00<br>$0.00<br>$1,305.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 521 | $0.00<br>$0.00<br>$0.00<br>$1,305.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1633 is duplicative of Claim 521 |
| 43 | Workhorse Group Inc. | 1183 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 1168 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 1183 is duplicative of Claim 1168 |
| 44 | Yau, Kevin | 446 | $0.00<br>$0.00<br>$0.00<br>$15,127.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | 448 | $0.00<br>$0.00<br>$0.00<br>$15,127.00 | Administrative Priority<br>Secured<br>Priority<br>General Unsecured | Claim 446 is duplicative of Claim 448 |

*As the Plan provides the Debtors' estates are substantively consolidated for purposes of making Distributions, duplicate claims filed against multiple Debtors, including Claims based on joint and several liability and guarantee and/or surety Claims, are deemed to constitute a single Claim against the consolidated Estate.