# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nu Ride Inc., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 23-10831 (MFW)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Michael Villa, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On October 2, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Submission of Proofs of Claim in Connection with the Post-Effective Date Debtors' and Claims Ombudsman's Joint Fourth (Non-Substantive) Omnibus Objection to Claims (Insufficient Documentation, No Liability)** [Docket No. 1358]

Dated: October 9, 2024

*/s/ Michael Villa*
Michael Villa
Verita
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are: Lordstown Motors Corp. (3239); Lordstown EV Corporation (2250); and Lordstown EV Sales LLC (9101). The Reorganized Debtors' service address is: Nu Ride Inc. c/o William Gallagher, CEO, M 3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

# Exhibit A

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen Overy Shearman Sterling US LLP | Daniel Guyder, Bradley Pensyl, Christopher Newcomb, Justin Ormand, Joseph Badtke-Berkow, Jacob R. Herz, Robin Spigel | daniel.guyder@aoshearman.com; robin.spigel@aoshearman.com; bradley.pensyl@aoshearman.com; chris.newcomb@aoshearman.com; justin.ormand@aoshearman.com; joseph.badtke-berkow@aoshearman.com; jacob.herz@aoshearman.com |
| Counsel to Hon Hai Precision Industry Co., Ltd. (a/k/a Hon Hai Technology Group), Foxconn EV Technology, Inc., Foxconn EV Property Development LLC, and Foxconn EV System LLC | Allen Overy Shearman Sterling US LLP | Noah Brumfield, Patrick Pearsall | noah.brumfield@aoshearman.com; patrick.pearsall@aoshearman.com |
| Committee of Unsecured Creditors | Barry L. Leonard & Co. Inc. | Attn: Kim Parsons | kim@trans-machine.com |
| Top 30 and Committee of Unsecured Creditors | Barry L. Leonard and Company Inc. | dba Trans Machine Technologies | Barry@trans-machine.com |
| Counsel to the Post-Effective Date Debtors | Brown Rudnick LLP | Matthew A. Sawyer, Sharon I. Dwoskin, Tristan G. Axelrod | msawyer@brownrudnick.com; sdwoskin@brownrudnick.com; taxelrod@brownrudnick.com |
| Counsel to the Post-Effective Date Debtors | Brown Rudnick LLP | Robert J. Stark, Bennett S. Silverberg, Michael S. Winograd | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; mwinograd@brownrudnick.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Cross & Simon, LLC | Christopher P. Simon, Esq. | csimon@crosslaw.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Official Committee of Equity Security Holders | Esopus Creek Value Series Fund LP - Series "A" | Attn: Andrew L. Sole | andrewsole@ecvlp.com |
| Foxconn et. al. (Foxconn Ventures Pvt. Ltd., Foxconn (Far East) Limited, Foxteq Holdings Inc., Foxteq Integration Inc., Hon Hai Precision Industry Co., Ltd, I27, PCE Paragon Solutions Kft.) | Foxconn EV Technology, Inc. | Attention: Jerry Hsiao and Steven Yu | jerry.hsiao@foxconn.com; stevenyu@foxconn.com |
| Claims Ombudsman | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin | ahalperin@halperinlaw.net |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to the Ohio Class | Labaton Keller Sucharow LLP | Attn: Jake Bissell-Linsk, Nicole M. Zeiss, Carol C. Villegas | jbissell-linsk@labaton.com; nzeiss@labaton.com; cvillegas@labaton.com |
| Counsel to Judith Hannaway, Steven Hash, Andrew Richardson, and Mark Walsh | Landis Rath & Cobb LLP | Richard S. Cobb, Joshua B. Brooks | cobb@lrclaw.com; brooks@lrclaw.com |
| Counsel to Auto Motive Power, Inc. (d/b/a AMP) | Loeb & Loeb LLP | Noah Weingarten | nweingarten@loeb.com |
| Bankruptcy Counsel to the to the Securities Litigation Lead Plaintiff George Troicky | Lowenstein Sandler LLP | Michael S. Etkin, Esq., Andrew Behlmann, Esq.,Scott Cargill, Esq. | metkin@lowenstein.com; abehlmann@lowenstein.com; scargill@lowenstein.com |
| Financial Advisor to the Official Committee of Equity Security Holders | M3 Advisory Partners | Robert Winning | rwinning@m3-partners.com |
| Counsel to the Post-Effective Date Debtors | Morris James LLP | Eric J. Monzo, Brya M. Keilson | emonzo@morrisjames.com; bkeilson@morrisjames.com |
| Counsel to Foxconn | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey, Matthew O. Talmo, Donna L. Culver | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mtalmo@morrisnichols.com; dculver@morrisnichols.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Benjamin Hackman | USTPRegion03.WL.ECF@USDOJ.GOV; benjamin.a.hackman@usdoj.gov |
| Counsel to Auto Motive Power, Inc. (d/b/a AMP) | Pashman Stein Walder Hayden, P.C. | John W. Weiss | jweiss@pashmanstein.com |
| Counsel to Foxconn | Paul Hastings LLP | Mike Huang, Kevin P. Broughel | mikehuang@paulhastings.com; kevinbroughel@paulhastings.com |
| Official Committee of Equity Security Holders | Pertento Partners LLP | Attn: Ian Trundle | ian@pertento.com |
| Top 30 and Committee of Unsecured Creditors | SA Automotive LTD | Shar Hedayat | Shar.Hedayat@saautomotive.com |
| Committee of Unsecured Creditors | SA Automotive Ltd. | Attn: Katherine Diederich | katherine.diederich@aesseinvltd.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 and Committee of Unsecured Creditors | Superior Cam Inc | John Basso | jbasso@diversifiedtoolinggroup.com; jmbasso@diversifiedtoolinggroup.com |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | David M. Fournier, Tori L. Remington | david.fournier@troutman.com; tori.remington@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Francis J. Lawall | francis.lawall@troutman.com |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Sean P. McNally | sean.mcnally@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Counsel for Darren Post, Steve Burns, John LaFleur, Rich Schmidt, Julio Rodriguez, and Caimin Flannery | Young Conaway Stargatt & Taylor, LLP | Sean M. Beach, Esq., Ashley E. Jacobs, Esq. | sbeach@ycst.com; ajacobs@ycst.com; bankfilings@ycst.com |

# Exhibit B

**Exhibit B**
**Objecting & Responding Parties Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Johnson Controls Fire Protection LP | Godfrey & Kahn, S.C. | Nicholas Hahn | nhahn@gklaw.com |
| Counsel to Johnson Controls Fire Protection LP | Hogan McDaniel | Daniel C. Kerrick | dckerrick@dkhogan.com |

In re Nu Ride Inc., et al.
Case No. 23-10831 (MFW)

Page 1 of 1

# Exhibit C

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alan Mathew | | Email Redacted |
| Ann Arthur | Done Right Pest Control | Email Redacted |
| Brandi R Dargy | | Email Redacted |
| Calyssa Daniels | Renea Smith | Email Redacted |
| Cayla Daniels | Renea Smith | Email Redacted |
| Charles Law | | Email Redacted |
| Charlie Vun | | Email Redacted |
| Clutch Technologies | c/o John D. Elrod | elrodj@gtlaw.com |
| Daniel Alan Vallero | | Email Redacted |
| Daniel Nelson | | Email Redacted |
| Doug Shinn | | Email Redacted |
| Eleana Melcher | | Email Redacted |
| GAC R and D Center Silicon Valley, Inc. | GAC R&D Center Silicon Valley, Inc | zhangfan@gacrnd.com |
| GAC R and D Center Silicon Valley, Inc. | Marc N. Swanson | swansonm@millercanfield.com |
| Gary E. Primavera | | Email Redacted |
| Genesis Ricablanca | | Email Redacted |
| Gina Laginya | | Email Redacted |
| Grant Poujade | | Email Redacted |
| Greg Buehler | | Email Redacted |
| Harold Smith | | Email Redacted |
| Hermann Saint-Fleur | | Email Redacted |
| Hewlett-Packard Financial Services Company | Diane Morgan | diane.morgan@hpe.com; liliana.cruz-vega@hpe.com; jaime-antonio.elias@hpe.com |
| Hewlett-Packard Financial Services Company | Hewlett Packard Enterprise | mark.conlon@hpe.com |
| Hoa Binh Nguyen | | Email Redacted |
| Hoa My Ho | | Email Redacted |
| Huy Lac Nguyen | | Email Redacted |
| Jamal Kanj | | Email Redacted |
| James F. Gilliam | | Email Redacted |
| James Paul Gwinn | | Email Redacted |
| Jason H Nguyen | | Email Redacted |
| Jason Karadimas | | Email Redacted |
| John Chou and Yajane Chu, JT | John Chou | Email Redacted |
| John Joseph Garber | | Email Redacted |
| John Reed | | Email Redacted |
| Johnson Controls Fire Protection LP | | shilpi.1.jain@jci.com |
| Jonathan Dreger | | Email Redacted |
| Joseph E. Newcomer | | Email Redacted |
| Josiamise Joseph Philemy | | Email Redacted |
| Juan C. Ramirez | | Email Redacted |
| Justin Julian | | Email Redacted |

**Exhibit C**
**Fourth Omnibus Claims Objection Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
| --- | --- | --- |
| Kamaljit Collotia | | Email Redacted |
| Kelli Medeiros | | Email Redacted |
| Kevin J Mulholland | | Email Redacted |
| Kevin Pellerin | | Email Redacted |
| Kris Kelso | | Email Redacted |
| Maria Roman | | Email Redacted |
| Mark Strickland | | Email Redacted |
| Mark Urmam | | Email Redacted |
| Martin Tejeda | | Email Redacted |
| Marvin Foust | | Email Redacted |
| Maz Rabah | | Email Redacted |
| Mej-Tzu Yang | | Email Redacted |
| Michael Marano | | Email Redacted |
| Mike Satterwhite | | Email Redacted |
| Monica J Damron | | Email Redacted |
| Muhammad Asif | | Email Redacted |
| Nolan S Clark | | Email Redacted |
| Pedro M Jaramillo Jr | | Email Redacted |
| Peter Smith | | Email Redacted |
| Pierburg GmbH | Kimberly Van Waeyenberge | kimberly.vanwaeyenberge@rheinmetall-americas.com |
| Pierburg GmbH | | timo.regeniter@de.rheinmetall.com |
| Power and Signal Group | c/o Martha Harvey | maharvey@arrow.com |
| Randy Jones | | Email Redacted |
| Raudel Napoles | | Email Redacted |
| Raymond Christopher Cataloni | | Email Redacted |
| Richard Kloxin | | Email Redacted |
| Robert Alloway | | Email Redacted |
| Robert Blake | ELECTRIC ONE | Email Redacted |
| Robert Turner | | Email Redacted |
| Ruojun Xiong | | Email Redacted |
| Samantha Promsiri | | Email Redacted |
| Sambandam Ramanathan | | Email Redacted |
| Scott Eidman | | Email Redacted |
| Shereef Ahmed | | Email Redacted |
| Stephen Lee | | Email Redacted |
| Sudham Group of Companies LLC | | brsudham@hotmail.com |
| Svetlin Dimov | | Email Redacted |
| Talmage Booth | | Email Redacted |
| Terry Briegel | | Email Redacted |
| Thomas Barth | | Email Redacted |
| Thomas D Colman | Wedbush Securities | gregory.jacobs@wedbush.com |
| Thomas D Colman | | Email Redacted |
| Tim Berger | | Email Redacted |
| Trinh Dinh | | Email Redacted |
| U.S. Customs and Border Protection | Attn REV-Bankruptcy-203Ja | bankruptcyteam@cbp.dhs.gov |

**Exhibit C**
**Fourth Omnibus Claims Objection Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Vina Ta | | Email Redacted |
| Wayne A. Barton | | Email Redacted |
| William Anderson | | Email Redacted |
| YRC Inc. dba YRC Freight | Andy Lamancusa | Andy.Lamancusa@myyellow.com |

# Exhibit D

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Alan Mathew | | Address Redacted | | | | | | |
| Ann Arthur | Done Right Pest Control | Address Redacted | | | | | | |
| Brandi R Dargy | | Address Redacted | | | | | | |
| Calyssa Daniels | Renea Smith | Address Redacted | | | | | | |
| Cayla Daniels | Renea Smith | Address Redacted | | | | | | |
| Charles Law | | Address Redacted | | | | | | |
| Charlie Vun | | Address Redacted | | | | | | |
| Clutch Technologies | c/o John D. Elrod | Greenberg Traurig, LLP | 3333 Piedmont Road NE Suite 2500 | | Atlanta | GA | 30305 | |
| Daniel Alan Vallero | | Address Redacted | | | | | | |
| Daniel Nelson | | Address Redacted | | | | | | |
| Doug Shinn | | Address Redacted | | | | | | |
| Eleana Melcher | | Address Redacted | | | | | | |
| GAC R and D Center Silicon Valley, Inc. | GAC R&D Center Silicon Valley, Inc | Fan Zhang, General Manager | No. 668 Jinshan Road East | Panyu District, Guangzhou | Guangdong | | | China |
| GAC R and D Center Silicon Valley, Inc. | Marc N. Swanson | Miller, Canfield, Paddock and Stone, P.L.C. | 150 West Jefferson Suite 2500 | | Detroit | MI | 48226 | |
| Gary E. Primavera | | Address Redacted | | | | | | |
| Genesis Ricablanca | | Address Redacted | | | | | | |
| Gina Laginya | | Address Redacted | | | | | | |
| Grant Poujade | | Address Redacted | | | | | | |
| Greg Buehler | | Address Redacted | | | | | | |
| Harold Smith | | Address Redacted | | | | | | |
| Hermann Saint-Fleur | | Address Redacted | | | | | | |
| Hewlett-Packard Financial Services Company | Diane Morgan | 200 Connell Drive Suite 5000 | | | Berkeley Heights | NJ | 07922 | |
| Hewlett-Packard Financial Services Company | Hewlett Packard Enterprise | 1701 East Mossy Oaks Road | | | Spring | TX | 77429 | |
| Hoa Binh Nguyen | | Address Redacted | | | | | | |
| Hoa My Ho | | Address Redacted | | | | | | |
| Huy Lac Nguyen | | Address Redacted | | | | | | |
| Ifechukwude Okoh | | Address Redacted | | | | | | |
| Jamal Kanj | | Address Redacted | | | | | | |
| James F. Gilliam | | Address Redacted | | | | | | |
| James Paul Gwinn | | Address Redacted | | | | | | |

**Exhibit D**
**Fourth Omnibus Claims Objection Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Jason H Nguyen | | Address Redacted | | | | | | |
| Jason Karadimas | | Address Redacted | | | | | | |
| John Chou and Yajane Chu, JT | John Chou | Address Redacted | | | | | | |
| John Joseph Garber | | Address Redacted | | | | | | |
| John Reed | | Address Redacted | | | | | | |
| Johnson Controls Fire Protection LP | | Dept CH 10320 | | | Palatine | IL | 60055 | |
| Jonathan Dreger | | Address Redacted | | | | | | |
| Joseph E. Newcomer | | Address Redacted | | | | | | |
| Josiamise Joseph Philemy | | Address Redacted | | | | | | |
| Juan C. Ramirez | | Address Redacted | | | | | | |
| Justin Julian | | Address Redacted | | | | | | |
| Kamaljit Collotia | | Address Redacted | | | | | | |
| Kelli Medeiros | | Address Redacted | | | | | | |
| Kevin J Mulholland | | Address Redacted | | | | | | |
| Kevin John Mulholland | | Address Redacted | | | | | | |
| Kevin Pellerin | | Address Redacted | | | | | | |
| Kris Kelso | | Address Redacted | | | | | | |
| Maria Roman | | Address Redacted | | | | | | |
| Mark Strickland | | Address Redacted | | | | | | |
| Mark Urmam | | Address Redacted | | | | | | |
| Martin Tejeda | | Address Redacted | | | | | | |
| Marvin Foust | | Address Redacted | | | | | | |
| Maz Rabah | | Address Redacted | | | | | | |
| Maz Rabah | | Address Redacted | | | | | | |
| Mej-Tzu Yang | | Address Redacted | | | | | | |
| Michael D. Carleton | | Address Redacted | | | | | | |
| Michael Marano | | Address Redacted | | | | | | |
| Mike Satterwhite | | Address Redacted | | | | | | |
| Monica J Damron | | Address Redacted | | | | | | |
| Muhammad Asif | | Address Redacted | | | | | | |
| Nolan S Clark | | Address Redacted | | | | | | |
| Pedro M Jaramillo Jr | | Address Redacted | | | | | | |
| Peter Smith | | Address Redacted | | | | | | |
| Pierburg GmbH | Kimberly Van Waeyenberge | Alfred Pierburg Str. 1 | | | Neuss | | 41460 | Germany |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Pierburg GmbH | | 1 Leuschstrasse | | | Neuss | | 41460 | Germany |
| Power and Signal Group | c/o Martha Harvey | 9151 E. Panorama Circle | | | Centennial | CO | 80112 | |
| Randy Jones | | Address Redacted | | | | | | |
| Raudel Napoles | | Address Redacted | | | | | | |
| Raymond Christopher Cataloni | | Address Redacted | | | | | | |
| Richard Kloxin | | Address Redacted | | | | | | |
| Robert Alloway | | Address Redacted | | | | | | |
| Robert Blake | ELECTRIC ONE | Address Redacted | | | | | | |
| Robert Turner | | Address Redacted | | | | | | |
| Ruojun Xiong | | Address Redacted | | | | | | |
| Samantha Promsiri | | Address Redacted | | | | | | |
| Sambandam Ramanathan | | Address Redacted | | | | | | |
| Scott Eidman | | Address Redacted | | | | | | |
| Shereef Ahmed | | Address Redacted | | | | | | |
| Stephen Lee | | Address Redacted | | | | | | |
| Sudham Group of Companies LLC | | 20 Ventada Street | | | Rancho Mission Vijeo | CA | 92694 | |
| Svetlin Dimov | | Address Redacted | | | | | | |
| Talmage Booth | | Address Redacted | | | | | | |
| Terry Briegel | | Address Redacted | | | | | | |
| Thomas Barth | | Address Redacted | | | | | | |
| Thomas D Colman | Wedbush Securities | Gregory Jacobs | 5885 Meadows Rd Ste 350 | | Lake Oswego | OR | 97038 | |
| Thomas D Colman | | Address Redacted | | | | | | |
| Tim Berger | | Address Redacted | | | | | | |
| Trinh Dinh | | Address Redacted | | | | | | |
| U.S. Customs and Border Protection | Attn REV-Bankruptcy-203Ja | 8899 E 56th Street | | | Indianapolis | IN | 46249 | |
| Vina Ta | | Address Redacted | | | | | | |
| Wayne A. Barton | | Address Redacted | | | | | | |
| William Anderson | | Address Redacted | | | | | | |
| YRC Inc. dba YRC Freight | Andy Lamancusa | 11500 Outlook St Ste 400 | | | Overland Park | KS | 66211-2030 | |